**EXHIBIT A**

| Registered CCTV Programs | | |
|---|---|---|
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

EXHIBIT A

**EXHIBIT B**

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-289

**Effective date of
registration:**

November 19, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Across the Strait |
| **Contents Titles:** | Across the Strait Episodes 265, 266, 267, 268, 270, 271, 277, 278 |

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

---

EXHIBIT B          Page 1 of 1

**Registration #:**   PAU003751289
**Service Request #:**   1-1866733960



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-288**

**Effective date of
registration:**

November 19, 2014

## Title

**Title of Work:** Around China

**Contents Titles:** Around China Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:**   PAU003751288
**Service Request #:**   1-1866734056



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-290**

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** Art life

**Contents Titles:** Art life Episodes 37, 38

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751290
**Service Request #:**  1-1866733912



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PAu 3-751-295**

**Effective date of
registration:**

November 17, 2014

---

## Title

**Title of Work:** Echo clear

**Contents Titles:** Echo clear Episodes 38, 39, 41

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751295

**Service Request #:**  1-1855728507



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-281

**Effective date of
registration:**

November 18, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Fashion Infinite |
| **Contents Titles:** | Fashion Infinite Episodes 39,40 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |

## Author

| | | |
|---|---|---|
| ■ | **Author:** | China Central Television |
| | **Author Created:** | entire motion picture |
| | **Work made for hire:** | Yes |
| | **Domiciled in:** | China |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | China Central Television |
| | No.11 Fuxinglu, Beijing, 100859, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | China Central Television |

## Certification

| | |
|---|---|
| **Name:** | Wengian Wang |
| **Date:** | December 29, 2014 |

---

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:**   PAU003751281

**Service Request #:**   1-1855755671



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-285**

**Effective date of
registration:**

November 18, 2014

---

## Title

**Title of Work:**  I want to go to the Spring Festival gala

**Contents Titles:**  I want to go to the Spring Festival gala Episodes 35, 36

## Completion/Publication

**Year of Completion:**  2014

## Author

**Author:**  China Central Television

**Author Created:**  entire motion picture

**Work made for hire:**  Yes

**Domiciled in:**  China

## Copyright claimant

**Copyright Claimant:**  China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:**  China Central Television

## Certification

**Name:**  Wengian Wang

**Date:**  December 29, 2014

---

**Correspondence:**  Yes

**Registration #:**   PAU003751285
**Service Request #:**   1-1855755635



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-292

**Effective date of registration:**

November 18, 2014

## Title

**Title of Work:** Star Walk

**Contents Titles:** Star Walk Episode 31, Special 3, and Special 4

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wenqian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

Registration #:  PAU003751292

Service Request #:  1-1866733862



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-746-792

**Effective date of
registration:**

November 18, 2014

## Title

Title of Work: To a happy departure Episode 37

## Completion/Publication

Year of Completion: 2014

## Author

■ Author: China Central Television

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: China

## Copyright claimant

Copyright Claimant: China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

Organization Name: China Central Television

## Certification

Name: Wengian Wang

Date: December 29, 2014

Correspondence: Yes

**Registration #:**  PAU003746792

**Service Request #:**  1-1855728599



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-293

**Effective date of registration:**

November 17, 2014

---

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Variety festival Episode 36

## Completion/Publication ━━━━━━━━━━━━━━━━━

**Year of Completion:** 2014

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■   **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions ━━━━━━━━━━━━━━━━━

**Organization Name:** China Central Television

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751293

**Service Request #:**  1-1855688331



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

**EXHIBIT C**

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
|---|---|---|
| All That is Bitter is Sweet, Ep. 16 | September 29, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 17 | September 30, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 18 | October 1, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 19 | October 2, 2014 | PA 1-922-865 |
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club,  Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club,  Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| Come Home Love, Episode 610 | September 29, 2014 | PA 1-922-874 |
| Come Home Love, Episode 611 | September 30, 2014 | PA 1-922-874 |
| Come Home Love, Episode 613 | October 2, 2014 | PA 1-922-874 |
| Come Home Love, Episode 614 | October 3, 2014 | PA 1-922-874 |
| Line Walker, Ep. 26 | September 29, 2014 | PA 1-922-863 |
| Line Walker, Ep. 27 | September 30, 2014 | PA 1-922-863 |
| Line Walker, Ep. 28 | October 1, 2014 | PA 1-922-863 |
| Line Walker, Ep. 30 | October 3, 2014 | PA 1-922-863 |
| Line Walker, Ep. 31 | October 3, 2014 | PA 1-922-863 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

EXHIBIT C

**Registered TVB Programs (VOD)**

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| A Change of Destiny, Ep. 1 | PA0001388870 |
| A Change of Destiny, Ep. 9 | PA0001388870 |
| A Change of Destiny, Ep. 10 | PA0001388870 |
| A Change of Destiny, Ep. 14 | PA0001388870 |
| A Change of Destiny, Ep. 15 | PA0001388870 |
| A Change of Destiny, Ep. 20 | PA0001388870 |
| A Change of Heart, Ep. 1 | PA0001866892 |
| A Change of Heart, Ep. 6 | PA0001866892 |
| A Change of Heart, Ep. 11 | PA0001866892 |
| A Change of Heart, Ep. 16 | PA0001866892 |
| A Change of Heart, Ep. 22 | PA0001866892 |
| A Change of Heart, Ep.26 | PA0001866892 |
| A Change of Heart, Ep. 30 | PA0001866892 |
| A Great Way To Care II, Ep. 1 | PA0001847097 |
| A Great Way To Care II, Ep. 4 | PA0001847097 |
| A Great Way To Care II, Ep. 9 | PA0001847097 |
| A Great Way To Care II, Ep. 13 | PA0001847097 |
| A Great Way To Care II, Ep. 18 | PA0001847097 |
| A Great Way To Care II, Ep. 22 | PA0001847097 |
| A Great Way To Care II, Ep. 25 | PA0001847097 |
| A Step into the Past, Ep. 1 | PA0001074513 |
| A Step into the Past, Ep. 9 | PA0001074513 |
| A Step into the Past, Ep. 13 | PA0001074513 |
| A Step into the Past, Ep. 20 | PA0001074513 |
| A Step into the Past, Ep. 30 | PA0001074512 |
| A Step into the Past, Ep. 40 | PA0001074512 |
| Always And Ever, Ep 1 | PA0001866873 |
| Always And Ever, Ep. 5 | PA0001866873 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Always And Ever, Ep. 10 | PA0001866873 |
| Always And Ever, Ep. 12 | PA0001866873 |
| Always And Ever, Ep. 16 | PA0001866873 |
| Always And Ever, Ep. 21 | PA0001866873 |
| Always And Ever, Ep. 25 | PA0001866873 |
| Always And Ever, Ep. 30 | PA0001866873 |
| Always And Ever, Ep. 31 | PA0001866873 |
| Awfully Lawful, Ep. 1 | PA0001866872 |
| Awfully Lawful, Ep. 5 | PA0001866872 |
| Awfully Lawful, Ep. 9 | PA0001866872 |
| Awfully Lawful, Ep. 14 | PA0001866872 |
| Awfully Lawful, Ep. 20 | PA0001866872 |
| Beauty At War, Ep. 1 | PA0001849236 |
| Beauty At War, Ep. 5 | PA0001849236 |
| Beauty At War, Ep. 10 | PA0001849236 |
| Beauty At War, Ep. 14 | PA0001849236 |
| Beauty At War, Ep. 19 | PA0001849236 |
| Beauty At War, Ep. 23 | PA0001849236 |
| Beauty At War, Ep. 30 | PA0001849236 |
| Black Heart White Soul, Ep. 1 | PA0001920529 |
| Black Heart White Soul, Ep. 4 | PA0001920529 |
| Black Heart White Soul, Ep. 10 | PA0001920529 |
| Black Heart White Soul, Ep. 15 | PA0001920529 |
| Black Heart White Soul, Ep. 25 | PA0001920529 |
| Black Heart White Soul, Ep. 30 | PA0001920529 |
| Bounty Lady, Ep. 1 | PA0001890407 |
| Bounty Lady, Ep. 5 | PA0001890407 |
| Bounty Lady, Ep. 10 | PA0001890407 |
| Bounty Lady, Ep. 15 | PA0001890407 |
| Bounty Lady, Ep. 19 | PA0001890407 |
| Brother's Keeper, Ep. 1 | PA0001878628 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Brother's Keeper, Ep. 6 | PA0001878628 |
| Brother's Keeper, Ep. 10 | PA0001878628 |
| Brother's Keeper, Ep. 13 | PA0001878628 |
| Brother's Keeper, Ep. 18 | PA0001878628 |
| Brother's Keeper, Ep. 23 | PA0001878628 |
| Brother's Keeper, Ep. 30 | PA0001878628 |
| Brother's Keeper, Ep. 31 | PA0001878628 |
| Bullet Brain, Ep. 1 | PA0001847052 |
| Bullet Brain, Ep. 6 | PA0001847052 |
| Bullet Brain, Ep. 9 | PA0001847052 |
| Bullet Brain, Ep. 13 | PA0001847052 |
| Bullet Brain, Ep. 18 | PA0001847052 |
| Bullet Brain, Ep. 21 | PA0001847052 |
| Bullet Brain, Ep. 25 | PA0001847052 |
| Coffee Cat Mama, Ep. 1 | PA0001910249 |
| Coffee Cat Mama, Ep. 6 | PA0001910249 |
| Coffee Cat Mama, Ep. 11 | PA0001910249 |
| Coffee Cat Mama, Ep. 16 | PA0001910249 |
| Coffee Cat Mama, Ep. 20 | PA0001910249 |
| Come Home Love, Ep. 1 | PA0001872347 |
| Come Home Love, Ep. 31 | PA0001872347 |
| Come Home Love, Ep. 61 | PA0001872347 |
| Come Home Love, Ep. 91 | PA0001872347 |
| Come Home Love, Ep. 113 | PA0001872347 |
| Come Home Love, Ep. 121 | PA0001872347 |
| Come Home Love, Ep. 151 | PA0001872347 |
| Daddy Good Deeds, Ep. 1 | PA0001857840 |
| Daddy Good Deeds, Ep. 5 | PA0001857840 |
| Daddy Good Deeds, Ep. 10 | PA0001857840 |
| Daddy Good Deeds, Ep. 15 | PA0001857840 |
| Daddy Good Deeds, Ep. 20 | PA0001857840 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Divas In Distress, Ep. 1 | PA0001827059 |
| Divas In Distress, Ep. 5 | PA0001827059 |
| Divas In Distress, Ep. 10 | PA0001827059 |
| Divas In Distress, Ep. 15 | PA0001827059 |
| Divas In Distress, Ep. 20 | PA0001827059 |
| Duke of Mount Deer, Ep. 1 | PA0000923706 |
| Duke of Mount Deer, Ep. 10 | PA0000923706 |
| Duke of Mount Deer, Ep. 14 | PA0000923706 |
| Duke of Mount Deer, Ep. 15 | PA0000923706 |
| Duke of Mount Deer, Ep. 22 | PA0000923708 |
| Duke of Mount Deer, Ep. 29 | PA0000923708 |
| Duke of Mount Deer, Ep. 30 | PA0000923708 |
| Duke of Mount Deer, Ep. 35 | PA0000923708 |
| Duke of Mount Deer, Ep. 40 | PA0000923708 |
| Duke of Mount Deer, Ep. 41 | PA0000922071 |
| Duke of Mount Deer, Ep. 45 | PA0000922071 |
| Friendly Fire, Ep. 1 | PA0001840636 |
| Friendly Fire, Ep. 6 | PA0001840636 |
| Friendly Fire, Ep. 10 | PA0001840636 |
| Friendly Fire, Ep. 15 | PA0001840636 |
| Friendly Fire, Ep. 19 | PA0001840636 |
| Friendly Fire, Ep. 24 | PA0001840636 |
| Ghetto Justice II, Ep. 1 | PA0001827048 |
| Ghetto Justice II, Ep. 6 | PA0001827048 |
| Ghetto Justice II, Ep. 11 | PA0001827048 |
| Ghetto Justice II, Ep. 15 | PA0001827048 |
| Ghetto Justice II, Ep. 20 | PA0001827048 |
| Ghost Dragon of Cold Mountain, Ep. 1 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 2 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 5 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 10 | PA0001918949 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Ghost Dragon of Cold Mountain, Ep. 15 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 19 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 25 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 30 | PA0001918949 |
| Gilded Chopsticks, Ep. 1 | PA0001906159 |
| Gilded Chopsticks, Ep. 5 | PA0001906159 |
| Gilded Chopsticks, Ep. 10 | PA0001906159 |
| Gilded Chopsticks, Ep. 16 | PA0001906159 |
| Gilded Chopsticks, Ep. 20 | PA0001906159 |
| Gilded Chopsticks, Ep. 25 | PA0001906159 |
| Gloves Come Off, Ep. 1 | PA0001857855 |
| Gloves Come Off, Ep. 5 | PA0001857855 |
| Gloves Come Off, Ep. 10 | PA0001857855 |
| Gloves Come Off, Ep. 15 | PA0001857855 |
| Gloves Come Off, Ep. 20 | PA0001857855 |
| Gloves Come Off, Ep. 25 | PA0001857855 |
| Gods of Honour, Ep. 1 | PA0001063318 |
| Gods of Honour, Ep. 10 | PA0001063318 |
| Gods of Honour, Ep. 20 | PA0001063318 |
| Gods of Honour, Ep. 30 | PA0001063319 |
| Gods of Honour, Ep. 38 | PA0001063319 |
| Grace Under Fire, Ep. 1 | PA0001776413 |
| Grace Under Fire, Ep. 6 | PA0001776413 |
| Grace Under Fire, Ep. 12 | PA0001776413 |
| Grace Under Fire, Ep. 13 | PA0001776413 |
| Grace Under Fire, Ep. 18 | PA0001776413 |
| Grace Under Fire, Ep. 25 | PA0001776413 |
| Grace Under Fire. Ep. 32 | PA0001776413 |
| Heaven Sword and Dragon Sabre, Ep. 1 | PA0001012498 |
| Heaven Sword and Dragon Sabre. Ep. 10 | PA0001012498 |
| Heaven Sword and Dragon Sabre, Ep. 20 | PA0001012498 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Heaven Sword and Dragon Sabre, Ep. 30 | PA0001012450 |
| Heaven Sword and Dragon Sabre, Ep. 31 | PA0001012450 |
| Heaven Sword and Dragon Sabre, Ep. 41 | PA0001012450 |
| Highs and Lows, Ep. 1 | PA0001840632 |
| Highs and Lows, Ep. 5 | PA0001840632 |
| Highs and Lows, Ep. 10 | PA0001840632 |
| Highs and Lows, Ep. 15 | PA0001840632 |
| Highs and Lows, Ep. 20 | PA0001840632 |
| Highs and Lows, Ep. 26 | PA0001840632 |
| Highs and Lows, Ep. 29 | PA0001840632 |
| House of Harmony and Vengeance, Ep. 1 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 6 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 11 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 16 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 21 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 26 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 30 | PA0001857846 |
| Inbound Troubles, Ep. 1 | PA0001848886 |
| Inbound Troubles, Ep. 5 | PA0001848886 |
| Inbound Troubles, Ep. 10 | PA0001848886 |
| Inbound Troubles, Ep. 15 | PA0001848886 |
| Inbound Troubles, Ep. 20 | PA0001848886 |
| Karma Rider, Ep. 1 | PA0001863828 |
| Karma Rider, Ep. 6 | PA0001863828 |
| Karma Rider, Ep. 11 | PA0001863828 |
| Karma Rider, Ep. 15 | PA0001863828 |
| Karma Rider, Ep. 20 | PA0001863828 |
| King Maker, Ep. 1 | PA0001827056 |
| King Maker, Ep. 5 | PA0001827056 |
| King Maker, Ep. 10 | PA0001827056 |
| King Maker, Ep. 15 | PA0001827056 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| King Maker, Ep. 20 | PA0001827056 |
| King Maker, Ep. 22 | PA0001827056 |
| King Maker, Ep. 26 | PA0001827056 |
| Man In Charge, Ep. 1 | PA0001738145 |
| Man In Charge, Ep. 9 | PA0001738145 |
| Man In Charge, Ep. 12 | PA0001738145 |
| Man In Charge, Ep. 19 | PA0001738145 |
| Man In Charge, Ep. 20 | PA0001738145 |
| Master of Play, Ep. 1 | PA0001827046 |
| Master of Play, Ep. 6 | PA0001827046 |
| Master of Play, Ep. 11 | PA0001827046 |
| Master of Play, Ep. 16 | PA0001827046 |
| Master of Play, Ep. 21 | PA0001827046 |
| Master of Play, Ep. 27 | PA0001827046 |
| Master of Play, Ep. 30 | PA0001827046 |
| Missing You, Ep. 1 | PA0001840634 |
| Missing You, Ep. 5 | PA0001840634 |
| Missing You, Ep. 10 | PA0001840634 |
| Missing You, Ep. 15 | PA0001840634 |
| Missing You, Ep. 20 | PA0001840634 |
| Never Dance Alone, Ep. 1 | PA0001919570 |
| Never Dance Alone, Ep. 5 | PA0001919570 |
| Never Dance Alone, Ep. 10 | PA0001919570 |
| Never Dance Alone, Ep. 14 | PA0001919570 |
| Never Dance Alone, Ep. 19 | PA0001919570 |
| Never Dance Alone, Ep. 25 | PA0001919570 |
| Never Dance Alone, Ep. 30 | PA0001919570 |
| No Good Either Way, Ep. 1 | PA0001827058 |
| No Good Either Way, Ep. 6 | PA0001827058 |
| No Good Either Way, Ep. 10 | PA0001827058 |
| No Good Either Way, Ep. 14 | PA0001827058 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
| --- | --- |
| No Good Either Way, Ep. 20 | PA0001827058 |
| Outbound Love, Ep. 1 | PA0001891391 |
| Outbound Love, Ep. 4 | PA0001891391 |
| Outbound Love, Ep. 8 | PA0001891391 |
| Outbound Love, Ep. 14 | PA0001891391 |
| Outbound Love, Ep. 18 | PA0001891391 |
| Outbound Love, Ep. 21 | PA0001891391 |
| Queen Divas, Ep. 1 | PA0001894494 |
| Queen Divas, Ep. 5 | PA0001894494 |
| Queen Divas, Ep. 9 | PA0001894494 |
| Queen Divas, Ep. 14 | PA0001894494 |
| Reality Check, Ep. 1 | PA0001845356 |
| Reality Check, Ep. 5 | PA0001845356 |
| Reality Check, Ep. 10 | PA0001845356 |
| Reality Check, Ep. 15 | PA0001845356 |
| Reality Check, Ep. 20 | PA0001845356 |
| Return of the Silver Tongue, Ep. 1 | PA0001910251 |
| Return of the Silver Tongue, Ep. 5 | PA0001910251 |
| Return of the Silver Tongue, Ep. 10 | PA0001910251 |
| Return of the Silver Tongue, Ep. 15 | PA0001910251 |
| Return of the Silver Tongue, Ep. 20 | PA0001910251 |
| Return of the Silver Tongue, Ep. 25 | PA0001910251 |
| Ruse of Engagement, Ep. 1 | PA0001901753 |
| Ruse of Engagement, Ep. 5 | PA0001901753 |
| Ruse of Engagement, Ep. 9 | PA0001901753 |
| Ruse of Engagement, Ep 15 | PA0001901753 |
| Ruse of Engagement, Ep. 20 | PA0001901753 |
| Ruse of Engagement, Ep. 24 | PA0001901753 |
| Season of Love, Ep. 1 | PA0001840377 |
| Season of Love, Ep. 5 | PA0001840377 |
| Season of Love, Ep. 10 | PA0001840377 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Season of Love, Ep. 15 | PA0001840377 |
| Season of Love, Ep. 20 | PA0001840377 |
| Sergeant Tabloid, Ep. 1 | PA0001827198 |
| Sergeant Tabloid, Ep. 6 | PA0001827198 |
| Sergeant Tabloid, Ep. 11 | PA0001827198 |
| Sergeant Tabloid, Ep. 15 | PA0001827198 |
| Sergeant Tabloid, Ep. 20 | PA0001827198 |
| Silver Spoon, Sterling Shackles, Ep. 1 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 4 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 8 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 13 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep 18 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 22 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 27 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 33 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 40 | PA0001840638 |
| Slow Boat Home, Ep. 1 | PA0001857765 |
| Slow Boat Home, Ep. 6 | PA0001857765 |
| Slow Boat Home, Ep. 11 | PA0001857765 |
| Slow Boat Home, Ep. 15 | PA0001857765 |
| Slow Boat Home, Ep. 19 | PA0001857765 |
| Slow Boat Home, Ep. 23 | PA0001857765 |
| Slow Boat Home, Ep. 25 | PA0001857765 |
| Sniper Standoff, Ep. 1 | PA0001881211 |
| Sniper Standoff, Ep. 5 | PA0001881211 |
| Sniper Standoff, Ep. 10 | PA0001881211 |
| Sniper Standoff, Ep. 15 | PA0001881211 |
| Sniper Standoff, Ep. 20 | PA0001881211 |
| Sniper Standoff, Ep. 22 | PA0001881211 |
| Sniper Standoff, Ep. 25 | PA0001881211 |
| Storm in a Cocoon, Ep. 1 | PA0001901640 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Storm in a Cocoon, Ep. 6 | PA0001901640 |
| Storm in a Cocoon, Ep. 10 | PA0001901640 |
| Storm in a Cocoon, Ep. 15 | PA0001901640 |
| Storm in a Cocoon, Ep. 19 | PA0001901640 |
| Storm in a Cocoon, Ep. 24 | PA0001901640 |
| Storm in a Cocoon, Ep. 29 | PA0001901640 |
| Storm in a Cocoon, Ep. 31 | PA0001901640 |
| Sweetness in the Salt, Ep. 1 | PA0001660153 |
| Sweetness in the Salt, Ep. 9 | PA0001660153 |
| Sweetness in the Salt, Ep. 13 | PA0001660153 |
| Sweetness in the Salt, Ep. 17 | PA0001660153 |
| Sweetness in the Salt, Ep. 21 | PA0001727287 |
| Sweetness in the Salt, Ep. 23 | PA0001727287 |
| Sweetness in the Salt, Ep. 25 | PA0001727287 |
| Swipe Tap Love, Ep. 1 | PA0001900069 |
| Swipe Tap Love. Ep. 5 | PA0001900069 |
| Swipe Tap Love, Ep. 10 | PA0001900069 |
| Swipe Tap Love, Ep. 14 | PA0001900069 |
| Swipe Tap Love, Ep. 20 | PA0001900069 |
| The Confidant, Ep. 1 | PA0001840635 |
| The Confidant, Ep. 6 | PA0001840635 |
| The Confidant, Ep. 11 | PA0001840635 |
| The Confidant, Ep. 17 | PA0001840635 |
| The Confidant, Ep. 22 | PA0001840635 |
| The Confidant, Ep. 28 | PA0001840635 |
| The Confidant, Ep. 33 | PA0001840635 |
| The Day of Days, Ep. 1 | PA0001839833 |
| The Day of Days, Ep. 5 | PA0001839833 |
| The Day of Days, Ep. 10 | PA0001839833 |
| The Day of Days, Ep. 15 | PA0001839833 |
| The Day of Days, Ep. 20 | PA0001839833 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| The Four, Ep. 1 | PA0001638548 |
| The Four, Ep. 5 | PA0001638548 |
| The Four, Ep. 10 | PA0001638548 |
| The Four, Ep. 12 | PA0001638548 |
| The Four, Ep. 15 | PA0001638548 |
| The Four, Ep. 20 | PA0001638548 |
| The Four, Ep. 24 | PA0001638550 |
| The Four, Ep. 25 | PA0001638550 |
| The Greatness of A Hero, Ep. 1 | PA0001660075 |
| The Greatness of A Hero, Ep. 5 | PA0001660075 |
| The Greatness of A Hero, Ep. 10 | PA0001660075 |
| The Greatness of A Hero, Ep. 14 | PA0001660075 |
| The Greatness of A Hero, Ep. 20 | PA0001660075 |
| The Hippocratic Crush, Ep. 1 | PA0001857863 |
| The Hippocratic Crush, Ep. 6 | PA0001857863 |
| The Hippocratic Crush, Ep. 11 | PA0001857863 |
| The Hippocratic Crush, Ep. 16 | PA0001857863 |
| The Hippocratic Crush, Ep. 21 | PA0001857863 |
| The Hippocratic Crush, ep. 25 | PA0001857863 |
| The Hippocratic Crush II, Ep. 1 | PA0001883626 |
| The Hippocratic Crush II, Ep. 6 | PA0001883626 |
| The Hippocratic Crush II, Ep. 11 | PA0001883626 |
| The Hippocratic Crush II, Ep. 16 | PA0001883626 |
| The Hippocratic Crush II, Ep. 21 | PA0001883626 |
| The Hippocratic Crush II, Ep. 25 | PA0001883626 |
| The Hippocratic Crush II, Ep. 30 | PA0001883626 |
| The Last Steep Ascent, Ep. 1 | PA0001827043 |
| The Last Steep Ascent, Ep. 5 | PA0001827043 |
| The Last Steep Ascent, Ep. 12 | PA0001827043 |
| The Last Steep Ascent, Ep. 17 | PA0001827043 |
| The Last Steep Ascent, Ep. 20 | PA0001827043 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| The Last Steep Ascent, Ep. 24 | PA0001827043 |
| The Master of Tai Chi, Ep. 1 | PA0001619042 |
| The Master of Tai Chi, Ep. 8 | PA0001619042 |
| The Master of Tai Chi, Ep. 16 | PA0001619042 |
| The Master of Tai Chi, Ep. 17 | PA0001619042 |
| The Master of Tai Chi, Ep. 23 | PA0001619041 |
| The Ultimate Addiction, Ep. 1 | PA0001916638 |
| The Ultimate Addiction, Ep. 6 | PA0001916638 |
| The Ultimate Addiction, Ep. 11 | PA0001916638 |
| The Ultimate Addiction, Ep. 15 | PA0001916638 |
| The Ultimate Addiction, Ep. 17 | PA0001916638 |
| The Ultimate Addiction, Ep. 22 | PA0001916638 |
| The Ultimate Addiction, Ep. 26 | PA0001916638 |
| The Ultimate Addiction, Ep. 30 | PA0001916638 |
| Three Kingdoms RPG, Ep. 1 | PA0001827052 |
| Three Kingdoms RPG, Ep. 5 | PA0001827052 |
| Three Kingdoms RPG, Ep. 9 | PA0001827052 |
| Three Kingdoms RPG, Ep. 13 | PA0001827052 |
| Three Kingdoms RPG, Ep. 18 | PA0001827052 |
| Three Kingdoms RPG, Ep. 21 | PA0001827052 |
| Three Kingdoms RPG, Ep. 24 | PA0001827052 |
| Tiger Cubs, Ep. 1 | PA0001827044 |
| Tiger Cubs, Ep. 5 | PA0001827044 |
| Tiger Cubs, Ep. 9 | PA0001827044 |
| Tiger Cubs, Ep. 13 | PA0001827044 |
| Triumph in The Skies II, Ep. 1 | PA0001877655 |
| Triumph in The Skies II, Ep. 7 | PA0001877655 |
| Triumph in The Skies II, Ep. 13 | PA0001877655 |
| Triumph in The Skies II, Ep. 19 | PA0001877655 |
| Triumph in The Skies II, Ep. 24 | PA0001877655 |
| Triumph in The Skies II, Ep. 29 | PA0001877655 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Triumph in The Skies II, Ep. 33 | PA0001877655 |
| Triumph in The Skies II, Ep. 39 | PA0001877655 |
| Triumph in The Skies II, Ep. 41 | PA0001877655 |
| Twin of Brothers, Ep. 1 | PA0001242731 |
| Twin of Brothers, Ep. 5 | PA0001242731 |
| Twin of Brothers, Ep. 10 | PA0001242731 |
| Twin of Brothers, Ep. 13 | PA0001242731 |
| Twin of Brothers, Ep. 18 | PA0001242731 |
| Twin of Brothers, Ep. 23 | PA0001242730 |
| Twin of Brothers, Ep. 25 | PA0001242730 |
| Twin of Brothers, Ep. 30 | PA0001242730 |
| Twin of Brothers, Ep. 35 | PA0001242730 |
| Twin of Brothers, Ep. 41 | PA0001242739 |
| Twin of Brothers, Ep. 42 | PA0001242739 |
| Whatever It Takes, Ep. 1 | PA0001102787 |
| Whatever It Takes, Ep. 7 | PA0001102787 |
| Whatever It Takes, Ep. 8 | PA0001102787 |
| Whatever It Takes, Ep. 14 | PA0001102787 |
| Whatever It Takes, Ep. 17 | PA0001102787 |
| Whatever It Takes, Ep. 20 | PA0001102787 |
| Will Power, Ep.1 | PA0001884284 |
| Will Power, Ep. 5 | PA0001884284 |
| Will Power, Ep. 11 | PA0001884284 |
| Will Power, Ep. 16 | PA0001884284 |
| Will Power, Ep. 21 | PA0001884284 |
| Will Power, Ep. 26 | PA0001884284 |
| Will Power, Ep. 31 | PA0001884284 |
| Witness Insecurity, Ep. 1 | PA0001827051 |
| Witness Insecurity, Ep. 5 | PA0001827051 |
| Witness Insecurity, Ep. 10 | PA0001827051 |
| Witness Insecurity, Ep. 14 | PA0001827051 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Witness Insecurity, Ep. 19 | PA0001827051 |
| Witness to a Prosecution, Ep. 1 | PA0000980415 |
| Witness to a Prosecution, Ep. 8 | PA0000980415 |
| Witness to a Prosecution, Ep. 15 | PA0000980415 |
| Witness to a Prosecution, Ep. 16 | PA0000980415 |
| Witness to a Prosecution, Ep. 22 | PA0000980415 |