| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
| | carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California  90017-2566 |
| | Tel.:  (213) 633-6800  Fax:  (213) 633-6899 |
| 4 | |
| | ROBERT D. BALIN (*pro hac vice* to be filed) |
| 5 | robbalin@dwt.com |
| | LACY H. KOONCE, III (*pro hac vice* to be filed) |
| 6 | lancekoonce@dwt.com |
| | SAMUEL BAYARD (*pro hac vice* to be filed) |
| 7 | samuelbayard@dwt.com |
| | GEORGE WUKOSON (*pro hac vice* to be filed) |
| 8 | georgewukoson@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1633 Broadway |
| | New York, New York  10019 |
| 10 | Tel.:  (212) 489-8230  Fax:  (212) 489-8340 |
| | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, | ) ) ) ) ) ) ) | Case No. CV 15-1869 |
| Plaintiffs, | ) ) | **PLAINTIFFS' NOTICE OF INTERESTED PARTIES** |
| vs. | ) | |
| CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **[L.R. 7.1-1]** |
| Defendants. | ) | |

In accordance with Local Rule 7.1-1, the undersigned, counsel of record for Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C., certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| Party | Relationship to Case |
|---|---|
| China Central Television | Plaintiff and ultimate parent of Plaintiff China International Communications Co., Ltd. |
| China International Television Corporation | Parent company of Plaintiff China International Communications Co., Ltd. |
| China International Communications Co., Ltd. | Plaintiff |
| TVB Holdings (USA) Inc. | Plaintiff |
| Television Broadcasts Limited | Ultimate parent of Plaintiff TVB Holdings (USA) Inc. |
| DISH Network L.L.C. | Plaintiff |
| DISH DBS Corporation | Parent company of Plaintiff DISH Network L.L.C. |
| DISH Orbital Corporation | Parent company of DISH DBS Corporation |
| DISH Network Corporation | Parent company of DISH Orbital Corporation and ultimate parent of Plaintiff DISH Network L.L.C. |
| Create New Technology (HK) Limited | Defendant |

NOTICE OF INTERESTED PARTIES
DWT 26100380v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| Hua Yang International Technology Limited | Defendant |
| Shenzhen Greatvision Network Technology Co., Ltd. | Defendant |
| Club TVpad, Inc. | Defendant |
| Bennett Wong | Defendant |
| Asha Media Group Inc. d/b/a TVpad.com | Defendant |
| Amit Bhalla | Defendant |
| newTVpad Ltd. Company d/b/a newtvpad.com a/k/a TVpad USA | Defendant |
| Liangzhong Zhou | Defendant |
| Honghui Chen d/b/a e-Digital | Defendant |
| John Does 1 through 10, who do business as: BETV, Yue Hai, 516, HITV, Gang Yue, Sport Online, and/or Gang Tai Wu Xia | Defendants |

DATED: March 13, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice* to be filed)
LACY H. KOONCE, III (*pro hac vice* to be filed)
SAMUEL BAYARD (*pro hac vice* to be filed)
GEORGE WUKOSON (*pro hac vice* to be filed)

By: /s/Carla A. McCauley
Carla A. McCauley
Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

2

NOTICE OF INTERESTED PARTIES
DWT 26100380v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899