| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
|  | carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|  | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California  90017-2566 |
|  | Tel.:  (213) 633-6800  Fax:  (213) 633-6899 |
| 4 | |
|  | ROBERT D. BALIN (*pro hac vice* to be filed) |
| 5 | robbalin@dwt.com |
|  | LACY H. KOONCE, III (*pro hac vice* to be filed) |
| 6 | lancekoonce@dwt.com |
|  | SAMUEL BAYARD (*pro hac vice* to be filed) |
| 7 | samuelbayard@dwt.com |
|  | GEORGE WUKOSON (*pro hac vice* to be filed) |
| 8 | georgewukoson@dwt.com |
|  | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1633 Broadway |
|  | New York, New York  10019 |
| 10 | Tel.:  (212) 489-8230  Fax:  (212) 489-8340 |
|  | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No. CV 15-1869<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**<br><br>**[F.R.C.P. 7.1]** |

1 Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)"), and DISH Network L.L.C. ("DISH"), provide the following statements to comply with Federal Rule of Civil Procedure 7.1(a):

Plaintiff CCTV has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Plaintiff CICC is a wholly owned subsidiary of China International Television Corporation, a wholly owned subsidiary of CCTV. No publicly traded corporation owns 10% or more of CICC's stock.

Plaintiff TVB (USA) is a wholly owned indirect subsidiary of Television Broadcasts Limited, a publicly traded corporation.

Plaintiff DISH Network L.L.C. is a wholly-owned subsidiary of DISH DBS Corporation, a corporation with publicly traded debt. Both DISH Network L.L.C and DISH DBS corporation are wholly owned indirect subsidiaries of DISH Network Corporation, a corporation with publicly traded equity (NASDAQ: DISH). DISH Network Corporation has no parent corporation and, based solely upon our review of 13D and 13G filings with the Securities and Exchange Commission with respect to DISH Network Corporation, to our knowledge, no publicly traded company owns 10% or more of its stock.

DATED: March 13, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice* to be filed)
LACY H. KOONCE, III (*pro hac vice* to be filed)
SAMUEL BAYARD (*pro hac vice* to be filed)
GEORGE WUKOSON (*pro hac vice* to be filed)

By: /s/Carla A. McCauley
    Carla A. McCauley
Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

1

CORPORATE DISCLOSURE STATEMENT
DWT 26099811v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899