Φ AO 121 (6/90)

| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court, Central District of California, Western Div. |
|---|---|---|
| DOCKET NO<br>CV 15-1869 | DATE FILED<br>March 13, 2015 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| China Central Television; China International Communications Co., Ltd.; TVB Holdings (USA), Inc.; and DISH Network L.L.C. | Create New Technology (HK) Limited; Hua Yang International Technology Ltd.; Shenzhen Greatvision Network Technology Co., Ltd; Club TVpad, Inc.; Bennett Wong; Asha Media Group; Amit Bhalla; new TVPad Ltd. Company d/b/a newtvpad.com a/k/a/ TVPad USA; Liangzhong Zhou; Honghui Chen d/b/a e-Digital; John Doe 1 d/b/a BETV; John Doe 2 d/b/a Yue Hai; John Doe 3 d/b/a 516; John Doe 4 d/b/a HITV; John Doe 5 d/b/a Gang Yue; John Doe 6 d/b/a Sport Online; John Doe 7 d/b/a Gang Tai Wu Xia; and John Does 8 through 10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | Please See Attachment | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

American LegalNet, Inc.
www.USCourtForms.com

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

American LegalNet, Inc.
www.USCourtForms.com

## ATTACHMENT TO REPORT ON FILING OF AN ACTION RE A COPYRIGHT

**Registered TVB Programs (VOD)**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA0001388870 | A Change of Destiny, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001388870 | A Change of Destiny, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001388870 | A Change of Destiny, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001388870 | A Change of Destiny, Ep. 14 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001388870 | A Change of Destiny, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001388870 | A Change of Destiny, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866892 | A Change of Heart, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866892 | A Change of Heart, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866892 | A Change of Heart, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866892 | A Change of Heart, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866892 | A Change of Heart, Ep. 22 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866892 | A Change of Heart, Ep.26 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866892 | A Change of Heart, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001847097 | A Great Way To Care II, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001847097 | A Great Way To Care II, Ep. 4 | Television Broadcasts Limited; |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | | TVBO Production Limited |
| PA0001847097 | A Great Way To Care II, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001847097 | A Great Way To Care II, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001847097 | A Great Way To Care II, Ep. 18 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001847097 | A Great Way To Care II, Ep. 22 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001847097 | A Great Way To Care II, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001074513 | A Step into the Past, Ep. 1 | Television Broadcasts Limited; TVB (Overseas) Limited |
| PA0001074513 | A Step into the Past, Ep. 9 | Television Broadcasts Limited; TVB (Overseas) Limited |
| PA0001074513 | A Step into the Past, Ep. 13 | Television Broadcasts Limited; TVB (Overseas) Limited |
| PA0001074513 | A Step into the Past, Ep. 20 | Television Broadcasts Limited; TVB (Overseas) Limited |
| PA0001074512 | A Step into the Past, Ep. 30 | Television Broadcasts Limited; TVB (Overseas) Limited |
| PA0001074512 | A Step into the Past, Ep. 40 | Television Broadcasts Limited; TVB (Overseas) Limited |
| PA0001866873 | Always And Ever, Ep 1 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866873 | Always And Ever, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866873 | Always And Ever, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866873 | Always And Ever, Ep. 12 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866873 | Always And Ever, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| PA0001866873 | Always And Ever, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 33 | PA0001866873 | Always And Ever, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 34 | PA0001866873 | Always And Ever, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 35 | PA0001866873 | Always And Ever, Ep. 31 | Television Broadcasts Limited; TVBO Production Limited |
| 36 | PA0001866872 | Awfully Lawful, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 37 | PA0001866872 | Awfully Lawful, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 38 | PA0001866872 | Awfully Lawful, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| 39 | PA0001866872 | Awfully Lawful, Ep. 14 | Television Broadcasts Limited; TVBO Production Limited |
| 40 | PA0001866872 | Awfully Lawful, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 41 | PA0001849236 | Beauty At War, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 42 | PA0001849236 | Beauty At War, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 43 | PA0001849236 | Beauty At War, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 44 | PA0001849236 | Beauty At War, Ep. 14 | Television Broadcasts Limited; TVBO Production Limited |
| 45 | PA0001849236 | Beauty At War, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 46 | PA0001849236 | Beauty At War, Ep. 23 | Television Broadcasts Limited; TVBO Production Limited |
| 47 | PA0001849236 | Beauty At War, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 48 | PA0001920529 | Black Heart White Soul, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 49 | PA0001920529 | Black Heart White Soul, Ep. 4 | Television Broadcasts Limited; TVBO Production Limited |
| 50 | PA0001920529 | Black Heart White Soul, Ep. 10 | Television Broadcasts Limited; |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| | | | TVBO Production Limited |
| 51 | PA0001920529 | Black Heart White Soul, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 52 | PA0001920529 | Black Heart White Soul, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 53 | PA0001920529 | Black Heart White Soul, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 54 | PA0001890407 | Bounty Lady, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 55 | PA0001890407 | Bounty Lady, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 56 | PA0001890407 | Bounty Lady, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 57 | PA0001890407 | Bounty Lady, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 58 | PA0001890407 | Bounty Lady, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 59 | PA0001878628 | Brother's Keeper, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 60 | PA0001878628 | Brother's Keeper, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 61 | PA0001878628 | Brother's Keeper, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 62 | PA0001878628 | Brother's Keeper, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 63 | PA0001878628 | Brother's Keeper, Ep. 18 | Television Broadcasts Limited; TVBO Production Limited |
| 64 | PA0001878628 | Brother's Keeper, Ep. 23 | Television Broadcasts Limited; TVBO Production Limited |
| 65 | PA0001878628 | Brother's Keeper, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 66 | PA0001878628 | Brother's Keeper, Ep. 31 | Television Broadcasts Limited; TVBO Production Limited |
| 67 | PA0001847052 | Bullet Brain, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 68 | PA0001847052 | Bullet Brain, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 69 | PA0001847052 | Bullet Brain, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| 70 | PA0001847052 | Bullet Brain, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 71 | PA0001847052 | Bullet Brain, Ep. 18 | Television Broadcasts Limited; TVBO Production Limited |
| 72 | PA0001847052 | Bullet Brain, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 73 | PA0001847052 | Bullet Brain, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 74 | PA0001910249 | Coffee Cat Mama, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 75 | PA0001910249 | Coffee Cat Mama, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 76 | PA0001910249 | Coffee Cat Mama, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 77 | PA0001910249 | Coffee Cat Mama, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| 78 | PA0001910249 | Coffee Cat Mama, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 79 | PA0001872347 | Come Home Love, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 80 | PA0001872347 | Come Home Love, Ep. 31 | Television Broadcasts Limited; TVBO Production Limited |
| 81 | PA0001872347 | Come Home Love, Ep. 61 | Television Broadcasts Limited; TVBO Production Limited |
| 82 | PA0001872347 | Come Home Love, Ep. 91 | Television Broadcasts Limited; TVBO Production Limited |
| 83 | PA0001872347 | Come Home Love, Ep. 113 | Television Broadcasts Limited; TVBO Production Limited |
| 84 | PA0001872347 | Come Home Love, Ep. 121 | Television Broadcasts Limited; TVBO Production Limited |
| 85 | PA0001872347 | Come Home Love, Ep. 151 | Television Broadcasts Limited; |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| | | | TVBO Production Limited |
| 86 | PA0001857840 | Daddy Good Deeds, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 87 | PA0001857840 | Daddy Good Deeds, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 88 | PA0001857840 | Daddy Good Deeds, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 89 | PA0001857840 | Daddy Good Deeds, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 90 | PA0001857840 | Daddy Good Deeds, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 91 | PA0001827059 | Divas In Distress, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 92 | PA0001827059 | Divas In Distress, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 93 | PA0001827059 | Divas In Distress, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 94 | PA0001827059 | Divas In Distress, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 95 | PA0001827059 | Divas In Distress, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 96 | PA0000923706 | Duke of Mount Deer, Ep. 1 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 97 | PA0000923706 | Duke of Mount Deer, Ep. 10 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 98 | PA0000923706 | Duke of Mount Deer, Ep. 14 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 99 | PA0000923706 | Duke of Mount Deer, Ep. 15 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 100 | PA0000923708 | Duke of Mount Deer, Ep. 22 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 101 | PA0000923708 | Duke of Mount Deer, Ep. 29 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 102 | PA0000923708 | Duke of Mount Deer, Ep. 30 | Television Broadcasts Limited; TVB (Overseas) Limited |

| | Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| 103 | PA0000923708 | Duke of Mount Deer, Ep. 35 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 104 | PA0000923708 | Duke of Mount Deer, Ep. 40 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 105 | PA0000922071 | Duke of Mount Deer, Ep. 41 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 106 | PA0000922071 | Duke of Mount Deer, Ep. 45 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 107 | PA0001840636 | Friendly Fire, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 108 | PA0001840636 | Friendly Fire, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 109 | PA0001840636 | Friendly Fire, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 110 | PA0001840636 | Friendly Fire, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 111 | PA0001840636 | Friendly Fire, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 112 | PA0001840636 | Friendly Fire, Ep. 24 | Television Broadcasts Limited; TVBO Production Limited |
| 113 | PA0001827048 | Ghetto Justice II, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 114 | PA0001827048 | Ghetto Justice II, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 115 | PA0001827048 | Ghetto Justice II, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 116 | PA0001827048 | Ghetto Justice II, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 117 | PA0001827048 | Ghetto Justice II, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 118 | PA0001918949 | Ghost Dragon of Cold Mountain, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 119 | PA0001918949 | Ghost Dragon of Cold Mountain, Ep. 2 | Television Broadcasts Limited; TVBO Production Limited |
| 120 | PA0001918949 | Ghost Dragon of Cold Mountain, | Television Broadcasts Limited; |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| | | Ep. 5 | TVBO Production Limited |
| 121 | PA0001918949 | Ghost Dragon of Cold Mountain, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 122 | PA0001918949 | Ghost Dragon of Cold Mountain, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 123 | PA0001918949 | Ghost Dragon of Cold Mountain, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 124 | PA0001918949 | Ghost Dragon of Cold Mountain, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 125 | PA0001918949 | Ghost Dragon of Cold Mountain, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 126 | PA0001906159 | Gilded Chopsticks, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 127 | PA0001906159 | Gilded Chopsticks, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 128 | PA0001906159 | Gilded Chopsticks, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 129 | PA0001906159 | Gilded Chopsticks, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| 130 | PA0001906159 | Gilded Chopsticks, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 131 | PA0001906159 | Gilded Chopsticks, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 132 | PA0001857855 | Gloves Come Off, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 133 | PA0001857855 | Gloves Come Off, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 134 | PA0001857855 | Gloves Come Off, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 135 | PA0001857855 | Gloves Come Off, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 136 | PA0001857855 | Gloves Come Off, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 137 | PA0001857855 | Gloves Come Off, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 138 | PA0001063318 | Gods of Honour, Ep. 1 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 139 | PA0001063318 | Gods of Honour, Ep. 10 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 140 | PA0001063318 | Gods of Honour, Ep. 20 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 141 | PA0001063319 | Gods of Honour, Ep. 30 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 142 | PA0001063319 | Gods of Honour, Ep. 38 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 143 | PA0001776413 | Grace Under Fire, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 144 | PA0001776413 | Grace Under Fire, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 145 | PA0001776413 | Grace Under Fire, Ep. 12 | Television Broadcasts Limited; TVBO Production Limited |
| 146 | PA0001776413 | Grace Under Fire, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 147 | PA0001776413 | Grace Under Fire, Ep. 18 | Television Broadcasts Limited; TVBO Production Limited |
| 148 | PA0001776413 | Grace Under Fire, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 149 | PA0001776413 | Grace Under Fire. Ep. 32 | Television Broadcasts Limited; TVBO Production Limited |
| 150 | PA0001012498 | Heaven Sword and Dragon Sabre, Ep. 1 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 151 | PA0001012498 | Heaven Sword and Dragon Sabre. Ep. 10 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 152 | PA0001012498 | Heaven Sword and Dragon Sabre, Ep. 20 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 153 | PA0001012450 | Heaven Sword and Dragon Sabre, Ep. 30 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 154 | PA0001012450 | Heaven Sword and Dragon Sabre, Ep. 31 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 155 | PA0001012450 | Heaven Sword and Dragon Sabre, | Television Broadcasts Limited; |

| | Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| | | Ep. 41 | TVB (Overseas) Limited |
| 156 | PA0001840632 | Highs and Lows, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 157 | PA0001840632 | Highs and Lows, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 158 | PA0001840632 | Highs and Lows, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 159 | PA0001840632 | Highs and Lows, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 160 | PA0001840632 | Highs and Lows, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 161 | PA0001840632 | Highs and Lows, Ep. 26 | Television Broadcasts Limited; TVBO Production Limited |
| 162 | PA0001840632 | Highs and Lows, Ep. 29 | Television Broadcasts Limited; TVBO Production Limited |
| 163 | PA0001857846 | House of Harmony and Vengeance, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 164 | PA0001857846 | House of Harmony and Vengeance, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 165 | PA0001857846 | House of Harmony and Vengeance, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 166 | PA0001857846 | House of Harmony and Vengeance, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| 167 | PA0001857846 | House of Harmony and Vengeance, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 168 | PA0001857846 | House of Harmony and Vengeance, Ep. 26 | Television Broadcasts Limited; TVBO Production Limited |
| 169 | PA0001857846 | House of Harmony and Vengeance, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 170 | PA0001848886 | Inbound Troubles, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 171 | PA0001848886 | Inbound Troubles, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 172 | PA0001848886 | Inbound Troubles, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 173 | PA0001848886 | Inbound Troubles, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 174 | PA0001848886 | Inbound Troubles, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 175 | PA0001863828 | Karma Rider, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 176 | PA0001863828 | Karma Rider, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 177 | PA0001863828 | Karma Rider, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 178 | PA0001863828 | Karma Rider, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 179 | PA0001863828 | Karma Rider, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 180 | PA0001827056 | King Maker, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 181 | PA0001827056 | King Maker, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 182 | PA0001827056 | King Maker, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 183 | PA0001827056 | King Maker, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 184 | PA0001827056 | King Maker, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 185 | PA0001827056 | King Maker, Ep. 22 | Television Broadcasts Limited; TVBO Production Limited |
| 186 | PA0001827056 | King Maker, Ep. 26 | Television Broadcasts Limited; TVBO Production Limited |
| 187 | PA0001738145 | Man In Charge, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 188 | PA0001738145 | Man In Charge, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| 189 | PA0001738145 | Man In Charge, Ep. 12 | Television Broadcasts Limited; TVBO Production Limited |
| 190 | PA0001738145 | Man In Charge, Ep. 19 | Television Broadcasts Limited; |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| | | | TVBO Production Limited |
| 191 | PA0001738145 | Man In Charge, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 192 | PA0001827046 | Master of Play, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 193 | PA0001827046 | Master of Play, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 194 | PA0001827046 | Master of Play, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 195 | PA0001827046 | Master of Play, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| 196 | PA0001827046 | Master of Play, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 197 | PA0001827046 | Master of Play, Ep. 27 | Television Broadcasts Limited; TVBO Production Limited |
| 198 | PA0001827046 | Master of Play, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 199 | PA0001840634 | Missing You, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 200 | PA0001840634 | Missing You, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 201 | PA0001840634 | Missing You, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 202 | PA0001840634 | Missing You, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 203 | PA0001840634 | Missing You, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 204 | PA0001919570 | Never Dance Alone, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 205 | PA0001919570 | Never Dance Alone, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 206 | PA0001919570 | Never Dance Alone, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 207 | PA0001919570 | Never Dance Alone, Ep. 14 | Television Broadcasts Limited; TVBO Production Limited |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 208 | PA0001919570 | Never Dance Alone, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 209 | PA0001919570 | Never Dance Alone, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 210 | PA0001919570 | Never Dance Alone, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 211 | PA0001827058 | No Good Either Way, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 212 | PA0001827058 | No Good Either Way, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 213 | PA0001827058 | No Good Either Way, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 214 | PA0001827058 | No Good Either Way, Ep. 14 | Television Broadcasts Limited; TVBO Production Limited |
| 215 | PA0001827058 | No Good Either Way, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 216 | PA0001891391 | Outbound Love, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 217 | PA0001891391 | Outbound Love, Ep. 4 | Television Broadcasts Limited; TVBO Production Limited |
| 218 | PA0001891391 | Outbound Love, Ep. 8 | Television Broadcasts Limited; TVBO Production Limited |
| 219 | PA0001891391 | Outbound Love, Ep. 14 | Television Broadcasts Limited; TVBO Production Limited |
| 220 | PA0001891391 | Outbound Love, Ep. 18 | Television Broadcasts Limited; TVBO Production Limited |
| 221 | PA0001891391 | Outbound Love, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 222 | PA0001894494 | Queen Divas, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 223 | PA0001894494 | Queen Divas, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 224 | PA0001894494 | Queen Divas, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| 225 | PA0001894494 | Queen Divas, Ep. 14 | Television Broadcasts Limited; |

| | Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| | | | TVBO Production Limited |
| 226 | PA0001845356 | Reality Check, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 227 | PA0001845356 | Reality Check, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 228 | PA0001845356 | Reality Check, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 229 | PA0001845356 | Reality Check, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 230 | PA0001845356 | Reality Check, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 231 | PA0001910251 | Return of the Silver Tongue, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 232 | PA0001910251 | Return of the Silver Tongue, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 233 | PA0001910251 | Return of the Silver Tongue, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 234 | PA0001910251 | Return of the Silver Tongue, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 235 | PA0001910251 | Return of the Silver Tongue, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 236 | PA0001910251 | Return of the Silver Tongue, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 237 | PA0001901753 | Ruse of Engagement, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 238 | PA0001901753 | Ruse of Engagement, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 239 | PA0001901753 | Ruse of Engagement, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| 240 | PA0001901753 | Ruse of Engagement, Ep 15 | Television Broadcasts Limited; TVBO Production Limited |
| 241 | PA0001901753 | Ruse of Engagement, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 242 | PA0001901753 | Ruse of Engagement, Ep. 24 | Television Broadcasts Limited; TVBO Production Limited |

| | Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| 243 | PA0001840377 | Season of Love, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 244 | PA0001840377 | Season of Love, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 245 | PA0001840377 | Season of Love, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 246 | PA0001840377 | Season of Love, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 247 | PA0001840377 | Season of Love, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 248 | PA0001827198 | Sergeant Tabloid, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 249 | PA0001827198 | Sergeant Tabloid, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 250 | PA0001827198 | Sergeant Tabloid, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 251 | PA0001827198 | Sergeant Tabloid, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 252 | PA0001827198 | Sergeant Tabloid, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 253 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 254 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep. 4 | Television Broadcasts Limited; TVBO Production Limited |
| 255 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep. 8 | Television Broadcasts Limited; TVBO Production Limited |
| 256 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 257 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep 18 | Television Broadcasts Limited; TVBO Production Limited |
| 258 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep. 22 | Television Broadcasts Limited; TVBO Production Limited |
| 259 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep. 27 | Television Broadcasts Limited; TVBO Production Limited |
| 260 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep. | Television Broadcasts Limited; |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| | | 33 | TVBO Production Limited |
| 261 | PA0001840638 | Silver Spoon, Sterling Shackles, Ep. 40 | Television Broadcasts Limited; TVBO Production Limited |
| 262 | PA0001857765 | Slow Boat Home, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 263 | PA0001857765 | Slow Boat Home, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 264 | PA0001857765 | Slow Boat Home, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 265 | PA0001857765 | Slow Boat Home, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 266 | PA0001857765 | Slow Boat Home, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 267 | PA0001857765 | Slow Boat Home, Ep. 23 | Television Broadcasts Limited; TVBO Production Limited |
| 268 | PA0001857765 | Slow Boat Home, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 269 | PA0001881211 | Sniper Standoff, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 270 | PA0001881211 | Sniper Standoff, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 271 | PA0001881211 | Sniper Standoff, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 272 | PA0001881211 | Sniper Standoff, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 273 | PA0001881211 | Sniper Standoff, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 274 | PA0001881211 | Sniper Standoff, Ep. 22 | Television Broadcasts Limited; TVBO Production Limited |
| 275 | PA0001881211 | Sniper Standoff, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 276 | PA0001901640 | Storm in a Cocoon, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 277 | PA0001901640 | Storm in a Cocoon, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |

| | Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| 278 | PA0001901640 | Storm in a Cocoon, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 279 | PA0001901640 | Storm in a Cocoon, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 280 | PA0001901640 | Storm in a Cocoon, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 281 | PA0001901640 | Storm in a Cocoon, Ep. 24 | Television Broadcasts Limited; TVBO Production Limited |
| 282 | PA0001901640 | Storm in a Cocoon, Ep. 29 | Television Broadcasts Limited; TVBO Production Limited |
| 283 | PA0001901640 | Storm in a Cocoon, Ep. 31 | Television Broadcasts Limited; TVBO Production Limited |
| 284 | PA0001660153 | Sweetness in the Salt, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 285 | PA0001660153 | Sweetness in the Salt, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| 286 | PA0001660153 | Sweetness in the Salt, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 287 | PA0001660153 | Sweetness in the Salt, Ep. 17 | Television Broadcasts Limited; TVBO Production Limited |
| 288 | PA0001727287 | Sweetness in the Salt, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 289 | PA0001727287 | Sweetness in the Salt, Ep. 23 | Television Broadcasts Limited; TVBO Production Limited |
| 290 | PA0001727287 | Sweetness in the Salt, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 291 | PA0001900069 | Swipe Tap Love, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 292 | PA0001900069 | Swipe Tap Love. Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 293 | PA0001900069 | Swipe Tap Love, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 294 | PA0001900069 | Swipe Tap Love, Ep. 14 | Television Broadcasts Limited; TVBO Production Limited |
| 295 | PA0001900069 | Swipe Tap Love, Ep. 20 | Television Broadcasts Limited; |

| | Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| | | | TVBO Production Limited |
| 296 | PA0001840635 | The Confidant, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 297 | PA0001840635 | The Confidant, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 298 | PA0001840635 | The Confidant, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 299 | PA0001840635 | The Confidant, Ep. 17 | Television Broadcasts Limited; TVBO Production Limited |
| 300 | PA0001840635 | The Confidant, Ep. 22 | Television Broadcasts Limited; TVBO Production Limited |
| 301 | PA0001840635 | The Confidant, Ep. 28 | Television Broadcasts Limited; TVBO Production Limited |
| 302 | PA0001840635 | The Confidant, Ep. 33 | Television Broadcasts Limited; TVBO Production Limited |
| 303 | PA0001839833 | The Day of Days, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 304 | PA0001839833 | The Day of Days, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 305 | PA0001839833 | The Day of Days, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 306 | PA0001839833 | The Day of Days, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 307 | PA0001839833 | The Day of Days, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 308 | PA0001638548 | The Four, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 309 | PA0001638548 | The Four, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 310 | PA0001638548 | The Four, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 311 | PA0001638548 | The Four, Ep. 12 | Television Broadcasts Limited; TVBO Production Limited |
| 312 | PA0001638548 | The Four, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 313 | PA0001638548 | The Four, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 314 | PA0001638550 | The Four, Ep. 24 | Television Broadcasts Limited; TVBO Production Limited |
| 315 | PA0001638550 | The Four, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 316 | PA0001660075 | The Greatness of A Hero, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 317 | PA0001660075 | The Greatness of A Hero, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 318 | PA0001660075 | The Greatness of A Hero, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 319 | PA0001660075 | The Greatness of A Hero, Ep. 14 | Television Broadcasts Limited; TVBO Production Limited |
| 320 | PA0001660075 | The Greatness of A Hero, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 321 | PA0001857863 | The Hippocratic Crush, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 322 | PA0001857863 | The Hippocratic Crush, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 323 | PA0001857863 | The Hippocratic Crush, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 324 | PA0001857863 | The Hippocratic Crush, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| 325 | PA0001857863 | The Hippocratic Crush, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 326 | PA0001857863 | The Hippocratic Crush, ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 327 | PA0001883626 | The Hippocratic Crush II, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 328 | PA0001883626 | The Hippocratic Crush II, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 329 | PA0001883626 | The Hippocratic Crush II, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 330 | PA0001883626 | The Hippocratic Crush II, Ep. 16 | Television Broadcasts Limited; |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| | | | TVBO Production Limited |
| 331 | PA0001883626 | The Hippocratic Crush II, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 332 | PA0001883626 | The Hippocratic Crush II, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 333 | PA0001883626 | The Hippocratic Crush II, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 334 | PA0001827043 | The Last Steep Ascent, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 335 | PA0001827043 | The Last Steep Ascent, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 336 | PA0001827043 | The Last Steep Ascent, Ep. 12 | Television Broadcasts Limited; TVBO Production Limited |
| 337 | PA0001827043 | The Last Steep Ascent, Ep. 17 | Television Broadcasts Limited; TVBO Production Limited |
| 338 | PA0001827043 | The Last Steep Ascent, Ep. 20 | Television Broadcasts Limited; TVBO Production Limited |
| 339 | PA0001827043 | The Last Steep Ascent, Ep. 24 | Television Broadcasts Limited; TVBO Production Limited |
| 340 | PA0001619042 | The Master of Tai Chi, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 341 | PA0001619042 | The Master of Tai Chi, Ep. 8 | Television Broadcasts Limited; TVBO Production Limited |
| 342 | PA0001619042 | The Master of Tai Chi, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| 343 | PA0001619042 | The Master of Tai Chi, Ep. 17 | Television Broadcasts Limited; TVBO Production Limited |
| 344 | PA0001619041 | The Master of Tai Chi, Ep. 23 | Television Broadcasts Limited; TVBO Production Limited |
| 345 | PA0001916638 | The Ultimate Addiction, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 346 | PA0001916638 | The Ultimate Addiction, Ep. 6 | Television Broadcasts Limited; TVBO Production Limited |
| 347 | PA0001916638 | The Ultimate Addiction, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |

| | Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| 348 | PA0001916638 | The Ultimate Addiction, Ep. 15 | Television Broadcasts Limited; TVBO Production Limited |
| 349 | PA0001916638 | The Ultimate Addiction, Ep. 17 | Television Broadcasts Limited; TVBO Production Limited |
| 350 | PA0001916638 | The Ultimate Addiction, Ep. 22 | Television Broadcasts Limited; TVBO Production Limited |
| 351 | PA0001916638 | The Ultimate Addiction, Ep. 26 | Television Broadcasts Limited; TVBO Production Limited |
| 352 | PA0001916638 | The Ultimate Addiction, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 353 | PA0001827052 | Three Kingdoms RPG, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 354 | PA0001827052 | Three Kingdoms RPG, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 355 | PA0001827052 | Three Kingdoms RPG, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| 356 | PA0001827052 | Three Kingdoms RPG, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 357 | PA0001827052 | Three Kingdoms RPG, Ep. 18 | Television Broadcasts Limited; TVBO Production Limited |
| 358 | PA0001827052 | Three Kingdoms RPG, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 359 | PA0001827052 | Three Kingdoms RPG, Ep. 24 | Television Broadcasts Limited; TVBO Production Limited |
| 360 | PA0001827044 | Tiger Cubs, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 361 | PA0001827044 | Tiger Cubs, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 362 | PA0001827044 | Tiger Cubs, Ep. 9 | Television Broadcasts Limited; TVBO Production Limited |
| 363 | PA0001827044 | Tiger Cubs, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 364 | PA0001877655 | Triumph in The Skies II, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 365 | PA0001877655 | Triumph in The Skies II, Ep. 7 | Television Broadcasts Limited; |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| | | | TVBO Production Limited |
| 366 | PA0001877655 | Triumph in The Skies II, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 367 | PA0001877655 | Triumph in The Skies II, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 368 | PA0001877655 | Triumph in The Skies II, Ep. 24 | Television Broadcasts Limited; TVBO Production Limited |
| 369 | PA0001877655 | Triumph in The Skies II, Ep. 29 | Television Broadcasts Limited; TVBO Production Limited |
| 370 | PA0001877655 | Triumph in The Skies II, Ep. 33 | Television Broadcasts Limited; TVBO Production Limited |
| 371 | PA0001877655 | Triumph in The Skies II, Ep. 39 | Television Broadcasts Limited; TVBO Production Limited |
| 372 | PA0001877655 | Triumph in The Skies II, Ep. 41 | Television Broadcasts Limited; TVBO Production Limited |
| 373 | PA0001242731 | Twin of Brothers, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 374 | PA0001242731 | Twin of Brothers, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 375 | PA0001242731 | Twin of Brothers, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 376 | PA0001242731 | Twin of Brothers, Ep. 13 | Television Broadcasts Limited; TVBO Production Limited |
| 377 | PA0001242731 | Twin of Brothers, Ep. 18 | Television Broadcasts Limited; TVBO Production Limited |
| 378 | PA0001242730 | Twin of Brothers, Ep. 23 | Television Broadcasts Limited; TVBO Production Limited |
| 379 | PA0001242730 | Twin of Brothers, Ep. 25 | Television Broadcasts Limited; TVBO Production Limited |
| 380 | PA0001242730 | Twin of Brothers, Ep. 30 | Television Broadcasts Limited; TVBO Production Limited |
| 381 | PA0001242730 | Twin of Brothers, Ep. 35 | Television Broadcasts Limited; TVBO Production Limited |
| 382 | PA0001242739 | Twin of Brothers, Ep. 41 | Television Broadcasts Limited; TVBO Production Limited |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 383 | PA0001242739 | Twin of Brothers, Ep. 42 | Television Broadcasts Limited; TVBO Production Limited |
| 384 | PA0001102787 | Whatever It Takes, Ep. 1 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 385 | PA0001102787 | Whatever It Takes, Ep. 7 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 386 | PA0001102787 | Whatever It Takes, Ep. 8 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 387 | PA0001102787 | Whatever It Takes, Ep. 14 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 388 | PA0001102787 | Whatever It Takes, Ep. 17 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 389 | PA0001102787 | Whatever It Takes, Ep. 20 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 390 | PA0001884284 | Will Power, Ep.1 | Television Broadcasts Limited; TVBO Production Limited |
| 391 | PA0001884284 | Will Power, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 392 | PA0001884284 | Will Power, Ep. 11 | Television Broadcasts Limited; TVBO Production Limited |
| 393 | PA0001884284 | Will Power, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| 394 | PA0001884284 | Will Power, Ep. 21 | Television Broadcasts Limited; TVBO Production Limited |
| 395 | PA0001884284 | Will Power, Ep. 26 | Television Broadcasts Limited; TVBO Production Limited |
| 396 | PA0001884284 | Will Power, Ep. 31 | Television Broadcasts Limited; TVBO Production Limited |
| 397 | PA0001827051 | Witness Insecurity, Ep. 1 | Television Broadcasts Limited; TVBO Production Limited |
| 398 | PA0001827051 | Witness Insecurity, Ep. 5 | Television Broadcasts Limited; TVBO Production Limited |
| 399 | PA0001827051 | Witness Insecurity, Ep. 10 | Television Broadcasts Limited; TVBO Production Limited |
| 400 | PA0001827051 | Witness Insecurity, Ep. 14 | Television Broadcasts Limited; |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| | | | TVBO Production Limited |
| 401 | PA0001827051 | Witness Insecurity, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 402 | PA0000980415 | Witness to a Prosecution, Ep. 1 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 403 | PA0000980415 | Witness to a Prosecution, Ep. 8 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 404 | PA0000980415 | Witness to a Prosecution, Ep. 15 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 405 | PA0000980415 | Witness to a Prosecution, Ep. 16 | Television Broadcasts Limited; TVB (Overseas) Limited |
| 406 | PA0000980415 | Witness to a Prosecution, Ep. 22 | Television Broadcasts Limited; TVB (Overseas) Limited |

**Registered TVB Programs (Live)**

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | PA 1-922-865 | All That is Bitter is Sweet, Ep. 16 | Television Broadcasts Limited; TVBO Production Limited |
| 2 | PA 1-922-865 | All That is Bitter is Sweet, Ep. 17 | Television Broadcasts Limited; TVBO Production Limited |
| 3 | PA 1-922-865 | All That is Bitter is Sweet, Ep. 18 | Television Broadcasts Limited; TVBO Production Limited |
| 4 | PA 1-922-865 | All That is Bitter is Sweet, Ep. 19 | Television Broadcasts Limited; TVBO Production Limited |
| 5 | PA 1-922-870 | Big Boys Club, Ep. 1200 | Television Broadcasts Limited; TVBO Production Limited |
| 6 | PA 1-922-866 | Big Boys Club, Ep. 1201 | Television Broadcasts Limited; TVBO Production Limited |
| 7 | PA 1-922-875 | Big Boys Club, Ep. 1202 | Television Broadcasts Limited; TVBO Production Limited |
| 8 | PA 1-922-872 | Big Boys Club, Ep. 1203 | Television Broadcasts Limited; TVBO Production Limited |
| 9 | PA 1-922-874 | Come Home Love, Episode 610 | Television Broadcasts Limited; TVBO Production Limited |
| 10 | PA 1-922-874 | Come Home Love, Episode 611 | Television Broadcasts Limited; TVBO Production Limited |
| 11 | PA 1-922-874 | Come Home Love, Episode 613 | Television Broadcasts Limited; TVBO Production Limited |
| 12 | PA 1-922-874 | Come Home Love, Episode 614 | Television Broadcasts Limited; TVBO Production Limited |
| 13 | PA 1-922-863 | Line Walker, Ep. 26 | Television Broadcasts Limited; TVBO Production Limited |
| 14 | PA 1-922-863 | Line Walker, Ep. 27 | Television Broadcasts Limited; TVBO Production Limited |
| 15 | PA 1-922-863 | Line Walker, Ep. 28 | Television Broadcasts Limited; TVBO Production Limited |
| 16 | PA 1-922-863 | Line Walker, Ep. 30 | Television Broadcasts Limited; |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | | TVBO Production Limited |
| PA 1-922-863 | Line Walker, Ep. 31 | Television Broadcasts Limited; TVBO Production Limited |
| PA 1-922-869 | News At Seven Thirty (Pearl) 2014 9/29 | Television Broadcasts Limited; TVBO Production Limited |
| PA 1-922-867 | News At Seven Thirty (Pearl) 2014 9/30 | Television Broadcasts Limited; TVBO Production Limited |
| PA 1-922-873 | News At Seven Thirty (Pearl) 2014 10/1 | Television Broadcasts Limited; TVBO Production Limited |
| PA 1-922-868 | Pleasure and Leisure 2014 9/30 | Television Broadcasts Limited; TVBO Production Limited |
| PA 1-922-864 | Pleasure and Leisure 2014 10/1 | Television Broadcasts Limited; TVBO Production Limited |
| PA 1-922-871 | Pleasure and Leisure 2014 10/2 | Television Broadcasts Limited; TVBO Production Limited |

**Registered CCTV Programs**

| | Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| 1 | PAu 3-751-289 | Across the Strait, Ep. 265 | China Central Television |
| 2 | PAu 3-751-289 | Across the Strait, Ep. 266 | China Central Television |
| 3 | PAu 3-751-289 | Across the Strait, Ep. 267 | China Central Television |
| 4 | PAu 3-751-289 | Across the Strait, Ep. 268 | China Central Television |
| 5 | PAu 3-751-289 | Across the Strait, Ep. 270 | China Central Television |
| 6 | PAu 3-751-289 | Across the Strait, Ep. 271 | China Central Television |
| 7 | PAu 3-751-289 | Across the Strait, Ep. 277 | China Central Television |
| 8 | PAu 3-751-289 | Across the Strait, Ep. 278 | China Central Television |
| 9 | PAu 3-751-288 | Around China, Ep. 265 | China Central Television |
| 10 | PAu 3-751-288 | Around China, Ep. 266 | China Central Television |
| 11 | PAu 3-751-288 | Around China, Ep. 267 | China Central Television |
| 12 | PAu 3-751-288 | Around China, Ep. 268 | China Central Television |
| 13 | PAu 3-751-288 | Around China, Ep. 270 | China Central Television |
| 14 | PAu 3-751-288 | Around China, Ep. 271 | China Central Television |
| 15 | PAu 3-751-288 | Around China, Ep. 277 | China Central Television |
| 16 | PAu 3-751-288 | Around China, Ep. 278 | China Central Television |
| 17 | PAu 3-751-290 | Art Life, Ep. 37 | China Central Television |
| 18 | PAu 3-751-290 | Art Life, Ep. 38 | China Central Television |
| 19 | PAu 3-751-295 | Echo Clear, Ep. 38 | China Central Television |
| 20 | PAu 3-751-295 | Echo Clear, Ep. 39 | China Central Television |
| 21 | PAu 3-751-295 | Echo Clear, Ep. 41 | China Central Television |
| 22 | PAu 3-751-281 | Fashion Infinite, Ep. 39 | China Central Television |
| 23 | PAu 3-751-281 | Fashion Infinite, Ep. 40 | China Central Television |
| 24 | PAu 3-751-285 | I want to go to the Spring Festival gala, Ep. 35 | China Central Television |

| | | |
|---|---|---|
| PAu 3-751-285 | I want to go to the Spring Festival gala, Ep. 36 | China Central Television |
| PAu 3-751-292 | Star Walk, Ep. 31 | China Central Television |
| PAu 3-751-292 | Star Walk, Special 3 | China Central Television |
| PAu 3-751-292 | Star Walk, Special 4 | China Central Television |
| PAu 3-746-792 | To a happy departure, Ep. 37 | China Central Television |
| PAu 3-751-293 | Variety Festival, Ep. 36 | China Central Television |