AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| China Central Television; China International Communications Co., Ltd.; TVB Holdings (USA), Inc.; and DISH Network L.L.C. <br> *Plaintiff(s)* <br> v. <br> Create New Technology (HK) Limited; Hua Yang International Technology Ltd.; Shenzhen Greatvision Network Technology Co., Ltd; Club TVpad, Inc.; Bennett Wong; Asha Media Group Inc. d/b/a TVpad.com; Amit Bhalla; newTVpad Ltd. Co. d/b/a newTVpad.com a/k/a/ TVPad USA; Liangzhong Zhou; Honghui Chen d/b/a e-Digital; John Doe 1 d/b/a BETV; John Doe 2 d/b/a Yue Hai; John Doe 3 d/b/a 516; John Doe 4 d/b/a HITV; John Doe 5 d/b/a Gang Yue; John Doe 6 d/b/a Sport Online; John Doe 7 d/b/a Gang Tai Wu Xia; and John Does 8 through 10 <br> *Defendant(s)* | Civil Action No. CV 15-1869 -MMM (AJWx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Create New Technology (HK) Limited, Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong, China

Hua Yang International Technology Ltd, Room 19c, Lockhart Rd., 301-307 Lockhart Rd., Wan Chai, Hong Kong, China

Shenzhen Greatvision Network Technology Co., Ltd., North Gate, Building R2-A, Virtual University Park, High-Tech Industrial Park, Keyuan Road W., Nanshan District, Shenzhen, China

Club TVpad, Inc., 3240 Shawn Way, Hayward, CA 94541, Registered Agent: Bennett Wong

Bennett Wong, 3240 Shawn Way, Hayward, CA 94541

Asha Media Group, 10031 Remington Drive, Riverview, FL 33578, Registered Agent: Rena Mehta

Amit Bhalla, 10031 Remington Drive, Riverview, FL 33578

newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA, 7411 La Bolsa Dr., Dallas, TX 75248, Registered Agent: Liangzhong Zhou

Liangzhong Zhou, 7411 La Bolsa Dr., Dallas TX 75248

Honghui Chen d/b/a e-Digital, 229 S Marguerita Avenue, Alhambra, CA 91801

AO 440 (Rev. 06/12) Summons in a Civil Action

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carla A. McCauley
Davis Wright Tremaine LLP
865 South Figueroa St., 24th Floor
Los Angeles, CA 90017-2566

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 13, 2015

/s/ Estrella Tamayo

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: