Davis Wright Tremaine LLP
Carla A. McCauley SBN 223910
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Ph: (213) 633-6800
Fax: (213) 633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Central Television, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Create New Technology (HK) Limited, et al.<br><br>Defendant(s). | CASE NUMBER  CV 15-1869 MMM (AJWx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

___Balin, Robert D.___ of

*Applicant's Name (Last Name, First Name & Middle Initial)*

___(212) 489-8230___  ___(212) 489-8340___
*Telephone Number*     *Fax Number*

___robbalin@dwt.com___
*E-Mail Address*

Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019-6708

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

___Plaintiffs China Central Television, China International Communications Co., Ltd.,___
___TVB Holdings (USA), Inc. and DISH Network L.L.C.___

*Name(s) of Party(ies) Represented*   ☑ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*___

**and designating as Local Counsel**

___Carla A. McCauley___ of
*Designee's Name (Last Name, First Name & Middle Initial)*

___223910___  ___(213) 633-6800___
*Designee's Cal. Bar Number*   *Telephone Number*

___(213) 633-6899___
*Fax Number*

Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

*Firm Name & Address*

___carlamccauley@dwt.com___
*E-Mail Address*

**hereby ORDERS the Application be:**

**[ ] GRANTED**.
**[ ] DENIED.**  Fee shall be returned by the Clerk.
**[ ] DENIED.**  For failure to pay the required fee.

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**