Davis Wright Tremaine LLP
Carla A. McCauley SBN 223910
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Ph: (213) 633-6800
Fax: (213) 633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Central Television, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Create New Technology (HK) Limited, et al.<br><br>Defendant(s). | CASE NUMBER  CV 15-1869 MMM (AJWx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

　　Bayard, Samuel M.                                          of     Davis Wright Tremaine LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*          1633 Broadway, 27th Floor
                                                                     New York, NY 10019-6708
　　*(212) 489-8230*          *(212) 489-8340*
*Telephone Number*          *Fax Number*

　　*sambayard@dwt.com*
*E-Mail Address*                                                     *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

　　Plaintiffs China Central Television, China International Communications Co., Ltd.,
　　TVB Holdings (USA) , Inc. and DISH Network L.L.C.

*Name(s) of Party(ies) Represented*          ☑ *Plaintiff*     ◯ *Defendant*     ◯ *Other:*

**and designating as Local Counsel**

　　Carla A. McCauley                                         of     Davis Wright Tremaine LLP
*Designee's Name (Last Name, First Name & Middle Initial)*          865 S. Figueroa Street, Suite 2400
                                                                     Los Angeles, CA 90017
　　223910                 (213) 633-6800
*Designee's Cal. Bar Number*   *Telephone Number*

　　                       (213) 633-6899
                           *Fax Number*                              *Firm Name & Address*

                                                                     *carlamccauley@dwt.com*
                                                                     *E-Mail Address*

**hereby ORDERS the Application be:**

**[ ] GRANTED**.
**[ ] DENIED.**  Fee shall be returned by the Clerk.
**[ ] DENIED.**  For failure to pay the required fee.

**Dated** _____

                                                                     **U.S. District Judge/U.S. Magistrate Judge**