Davis Wright Tremaine LLP
Carla A. McCauley SBN 223910
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Ph: (213) 633-6800
Fax: (213) 633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Central Television, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Create New Technology (HK) Limited, et al.<br><br>Defendant(s). | CASE NUMBER CV 15-1869 MMM (AJWx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

_Koonce III, Lacy H._ of    Davis Wright Tremaine LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1633 Broadway, 27th Floor
    New York, NY 10019-6708
_(212) 489-8230_        _(212) 489-8340_
*Telephone Number*        *Fax Number*

_lancekoonce@dwt.com_
*E-Mail Address*        *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs China Central Television, China International Communications Co., Ltd.,
TVB Holdings (USA), Inc. and DISH Network L.L.C.

*Name(s) of Party(ies) Represented*    ☑ *Plaintiff*    ☐ *Defendant*    ☐ *Other:*

**and designating as Local Counsel**

_Carla A. McCauley_ of    Davis Wright Tremaine LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
_223910_        _(213) 633-6800_
*Designee's Cal. Bar Number*    *Telephone Number*

_(213) 633-6899_
*Fax Number*        *Firm Name & Address*

_carlamccauley@dwt.com_
*E-Mail Address*

**hereby ORDERS the Application be:**

**[ ] GRANTED**.
**[ ] DENIED.** Fee shall be returned by the Clerk.
**[ ] DENIED.** For failure to pay the required fee.

**Dated** _____

                            **U.S. District Judge/U.S. Magistrate Judge**