# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| CHINA CENTRAL TELEVISION, et al. | 2:15−cv−01869−MMM−AJW |
| Plaintiff(s), | |
| v. | |
| CREATE NEW TECHNOLOGY HK LIMITED, et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

  3/16/2015         16−19       Application to Appear Pro Hac Vice

 Date Filed       Doc. No.    Title of Doc.

**IT IS HEREBY ORDERED:**

The documents are stricken. See deficiency issued on March 16, 2015 (Docket No. 20).

Clerk, U.S. District Court

Dated: March 16, 2015         By:  /s/ *Anel Huerta*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112B (01/07)    **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**