1  CARLA A. McCAULEY (State Bar No. 223910
       carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899

4  ROBERT D. BALIN (*pro hac vice* pending)
       bobbalin@dwt.com
5  LACY H. KOONCE, III (*pro hac vice* pending)
       lancekoonce@dwt.com
6  SAMUEL BAYARD (*pro hac vice* pending)
       samuelbayard@dwt.com
7  GEORGE WUKOSON (*pro hac vice* pending)
       georgewukoson@dwt.com
8  DAVIS WRIGHT TREMAINE LLP
   1633 Broadway
9  New York, New York  10019
   Tel.:  (212) 489-8230  Fax:  (212) 489-8340
10 ATTORNEYS FOR PLAINTIFFS

11              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12
13 CHINA CENTRAL TELEVISION, a China        ) Case No.
   company; CHINA INTERNATIONAL             ) CV15-01869 MMM (AJWx)
   COMMUNICATIONS CO., LTD., a China        )
14 company; TVB HOLDINGS (USA), INC., a     ) **COMPENDIUM OF EVIDENCE**
   California corporation; and DISH         ) **IN SUPPORT OF PLAINTIFFS'**
15 NETWORK L.L.C., a Colorado limited       ) **MOTION FOR PRELIMINARY**
   liability company,                       ) **INJUNCTION, VOLUME 1 OF 7**
16                      Plaintiffs,          )
                                            )[Notice of Motion and Motion for
17         vs.                               )Preliminary Injunction and
   CREATE NEW TECHNOLOGY (HK)               )[Proposed] Order filed concurrently]
18 LIMITED, a Hong Kong company; HUA        )
   YANG INTERNATIONAL TECHNOLOGY            )
   LIMITED, a Hong Kong company;            )**Date:        June 8, 2015**
19 SHENZHEN GREATVISION NETWORK             )**Time:        10:00 a.m.**
   TECHNOLOGY CO. LTD., a China             )**Crtrm.:      780**
20 company; CLUB TVPAD, INC., a California   )
   corporation; BENNETT WONG, an            )
21 individual; ASHA MEDIA GROUP INC.        )Action Filed March 13, 2015
   d/b/a TVPAD.COM, a Florida corporation;  )
22 AMIT BHALLA, an individual;              )
   NEWTVPAD LTD. COMPANY d/b/a              )
23 NEWTVPAD.COM a/k/a TVPAD USA, a          )
   Texas corporation; LIANGZHONG ZHOU,      )
24 an individual; HONGHUI CHEN d/b/a E-     )
   DIGITAL, an individual; JOHN DOE 1 d/b/a )
25 BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN     )
   DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV;  )
26 JOHN DOE 5 d/b/a GANG YUE; JOHN          )
   DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7     )
27 d/b/a GANG TAI WU XIA; and JOHN DOES     )
   8-10,                                    )
28                      Defendants.         )

1
2

**INDEX**

**VOLUME 1**

3    DECLARATION OF CHRISTOPHER WEIL

4    DECLARATION OF NICHOLAS BRAAK

5    DECLARATION OF SHUK KUEN "LILY" LAU

6    DECLARATION OF SAMUEL P. TSANG

7    DECLARATION OF CHUNGUANG LU

8    DECLARATION OF CHRISTOPHER KUELLING

9    DECLARATION OF GEORGE P. WUKOSON

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPENDIUM OF EVIDENCE ISO MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 26439959v1 0094038-000021

**WEIL DECLARATION**

## DECLARATION OF CHRISTOPHER WEIL

I, Christopher Weil, declare as follows:

1.     I am a licensed private investigator and partner/shareholder of Mintz Group LLC ("Mintz"), a corporate research and investigations firm headquartered in New York, with offices located in Washington D.C., London, Hong Kong, Beijing, Nairobi, and six other cities throughout the world.  I have been employed by Mintz since July 1999.  I have worked as a corporate investigator for more than 15 years.  During my career I have been involved in, and have overseen, hundreds of investigations involving intellectual property infringement, cybercrime, Internet forensics, and other matters.  I make this declaration in support of Plaintiffs' motion for a preliminary injunction.  I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters I believe to be true.

### Mintz's Engagement by Plaintiffs

2.     Mintz has extensive experience conducting computer and Internet forensics investigations for a wide variety of clients in various types of matters, including intellectual property enforcement and litigation. In 2014, China Central Television ("CCTV") and China International Communications Co., Ltd. ("CICC") engaged Mintz to investigate a television set-top box device known as "TVpad" and the unlicensed international television programming accessible to U.S. consumers through the TVpad (the "TVpad Retransmission Service").  In July 2014, TVB Holdings (USA), Inc. ("TVB (USA)") and DISH Network L.L.C. ("DISH") joined CICC and CCTV in retaining Mintz for purposes of this investigation.  (I will refer to CCTV, CICC, TVB (USA), and DISH collectively as "Plaintiffs".)  Specifically, Plaintiffs retained Mintz to investigate the origin, distribution, and sale of the TVpad device into and within the United States and to perform forensic analysis of the TVpad device and the TVpad Retransmission Service.

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3.     I am the lead investigator on this matter.  In my work on this matter, I managed all aspects of the investigation, including directing our investigators' research, forensic examination, contact with targets, and other activities undertaken in furtherance of the investigation.  As the lead investigator, I have reviewed all of the records generated by Mintz's research, have had detailed discussions with the investigators on the direction, progress, and results of our investigation, and have personally viewed the TVpad devices we have acquired through our investigation, as well as the streamed content delivered by those devices.

4.     The TVpad streams television programming to customers through the Internet without the customers paying subscription fees to an authorized cable, satellite, or other television services provider. TVpad users connect the TVpad device to their home Internet connection and to their televisions with a cable.  When the TVpad is connected to the Internet, software applications or "apps"[1] available through the "TVpad Store" on the device permit users to view streaming television programs on their televisions.  In particular, the TVpad allows users in the U.S. and around the world to watch television content that originates from mainland China, Hong Kong, Korea and other countries in Asia.  Among the Asian television programming streamed by the device to TVpad users in the United States are television channels and programs broadcast by CCTV in mainland China and by TVB (USA)'s Hong Kong-based parent company Television Broadcasts Limited ("TVB") in Hong Kong and Taiwan.  I am informed by my clients that none of the Plaintiffs authorize any parties to provide their television programming to consumers in the United States through the TVpad device or TVpad Retransmission Service.

5.     The manufacturer of the TVpad, Defendant Create New Technology (HK) Ltd. ("CNT"), claims on its website that it is not responsible for any infringing

---

[1] An "app" is a small, specialized software program, often downloaded onto a mobile device or computer.

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

content delivered by the TVpad.  In our investigation, Mintz set out to test this claim and to investigate the manufacturer's involvement in the TVpad Retransmission Service. To do this, we investigated how the TVpad Store on the TVpad device operates, and reviewed the manufacturer's advertising, promotional, and customer support materials.

6. In addition, Mintz investigated the distribution channels into and within the United States for the TVpad device and the infringing apps.  In particular, we researched the activities of certain TVpad distributors in the U.S., including analyzing their websites and reviewing their online and print advertising and marketing/promotional materials. We then made purchases of the device from each of these U.S. distributors, reviewed the packaging and shipment information, analyzed the devices that were shipped to our address in the Central District of California by each U.S. distributor, and made follow-up contact with the U.S. distributors regarding those purchases. The details of this aspect of our investigation are set forth in the accompanying Declaration of Shuk Kuen "Lily" Lau (the "Lau Declaration").

7. Finally, Mintz forensically examined the TVpad device and associated apps to determine their functions and methods of delivering infringing television content.  The results of our forensic examination of the TVpad device and the TVpad Retransmission Service are set forth in the accompanying declaration of Nicholas Braak (the "Braak Declaration").

**Summary of Investigative Findings**

8. In addition to the matters addressed in the Braak and Lau Declarations, our investigation revealed the following facts and conclusions about Defendant CNT, the TVpad device, the TVpad Store, and the infringing applications made available through the TVpad Store, as detailed more fully below:

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

a.     CNT exercises control over the TVpad Store, decides what apps appear there, and contractually reserves the right to suspend, delete, modify and/or filter all software applications made available through the TVpad Store.

b.     CNT actively promotes the infringing capabilities of the TVpad device, encourages users to engage in infringing conduct by downloading and using the infringing apps available through the TVpad Store to view CCTV and TVB programs, and provides customer support and assistance to help TVpad users access and share infringing CCTV and TVB television programming.

c.     The infringing apps available through the TVpad Store—and the free television programming streamed through them—constitute a significant draw for potential customers of the TVpad device.

d.     CNT has substantial ties to purported "third-party" entities involved in the development of the infringing apps.

e.     CNT actively targets customers in the United States and the Central District of California.

**Create New Technology (HK) Ltd.**

9.     Defendant CNT manufactures the TVpad device. CNT's current registered address is Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong, according to the Hong Kong Companies Registry ("HK Companies Registry"). This address is also associated with SBC International, a corporate registration service in Hong Kong. Attached hereto as Exhibit 1 are true and correct copies of printouts of HK Companies Registry records identifying CNT's current registered address, which printouts were made from the HK Companies Registry website by an investigator under my direction and control.

10.     CNT operates a website at iTVpad.com. The website contains both Chinese- and English-language webpages.  On the English-language "About Us" webpage, the CNT website states:

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Headquartered in Hong Kong, Create New Technology (HK) Limited ('Creatent') has set up R&D centers and business centers in New York, Singapore and Shanghai, as well as a large modern manufacturing base in Shenzhen, China.  As one of the world's leading smart OTT[2] operators, Creatent has been specializing in the R&D of TVpad products since 2008.  With thousands of engineers' hard work and research, Creatent has finally launched the new generation of OTT box - TVpad, and made it the best brand in the industry.

Attached hereto as Exhibit 2 is a true and correct copy of a printout of the English-language "About Us" webpage from iTVpad.com, which printout I personally confirmed accurately reflects the contents of that webpage on February 2, 2015.

11.     The English-language "About Us" webpage on iTVpad.com also lists the following contact information:

**Create New Technology (HK) Limited**

**Phone**

Customer Service: 00852-21349910

Investment: 00852-21349910

Email

Customer Service: service@tvpad.hk

Investment: sales@creatent.net

TVpad Order: help@itvpad.com

TVpad Promoters: apply@itvpad.com

*See* Exhibit 2.

12.     The footer of every webpage of the iTVpad.com website contains a CNT copyright notice.  Most often it reads: "Copyright © 2007-2015 啟創科技（香

----

[2] For purposes of this motion, "Over The Top" or "OTT" refers to the delivery of video programming using an Internet connection that is not owned, managed, or operated by such distributor (e.g. Netflix).

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

港）有限公司 (CREATE NEW TECHNOLOGY (HK) LIMITED) All Rights Reserved." Sometimes the copyright notice does not have Chinese characters. Attached hereto as Exhibit 3 are true and correct copies of screenshots of representative webpages from iTVpad.com showing the CNT copyright notice, which screenshots I personally confirmed accurately reflect the contents of those webpages on February 6, 2015.

13.     On its iTVpad.com website, CNT offers TVpad devices for sale to consumers, including to consumers in the United States, the State of California, and the Los Angeles area. CNT sells the TVpad device for $199 to $299, depending on the particular TVpad "edition" being sold (see Paragraph 18 below). Attached hereto as Exhibit 4 is a true and correct copy of a printout of the "Store" webpage from iTVpad.com, which printout I personally confirmed accurately reflects the contents of that webpage on February 2, 2015.

14.     CNT also operates the "TVpad" Facebook page at https://www.facebook.com/mytvpad, and provides links to that Facebook page on the English- and Chinese-language homepages of iTVpad.com. All pages on the Facebook page prominently display CNT's TVpad logo, and the "About" page lists iTVpad.com as the Facebook page's associated website. Attached hereto as Exhibit 5 is a true and correct copy of a printout of the TVpad Facebook page titled "Timeline" (top of page), which printout I personally confirmed accurately reflect the contents of that Facebook page on February 5, 2015. Attached hereto as Exhibit 6 is a true and correct copy of a printout of the TVpad Facebook page titled "About", which printout I personally confirmed accurately reflect the contents of that Facebook page on February 5, 2015.

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

15.     The packaging for the TVpad device, CNT's website, CNT's Facebook page, and CNT's marketing materials all feature the following TVpad logo:



**The TVpad Device**

16.     As explained above, the TVpad device is a set-top box that delivers television programming to customers over the Internet without the customers paying subscription fees to an authorized cable, satellite, or other provider.

17.     CNT and its predecessors have sold four models of the TVpad device. Based on our investigation, the Models currently being sold are:

> *TVpad3* (M358 model), sold from approximately late 2013 to December 2014 (and still sold by many distributors); and

> *TVpad4* (M418 model), sold from December 1, 2014 to the present.

18.     The TVpad4 model is currently sold in two "editions"; one that sells for $199 and offers only apps that stream Mandarin-language television, and one that sells for $299 and offers apps that stream television programming from Hong Kong, mainland China, and Taiwan.  Attached hereto as Exhibit 7 are true and correct copies of printouts of relevant webpages from iTVpad.com describing these TVpad editions, which printouts I personally confirmed accurately reflect the contents of those webpages on February 5, 2015.

19.     The TVpad3 device was in broad circulation in 2014, when our investigation began.  On December 1, 2014, CNT announced the release of the TVpad4. The primary differences between TVpad4 and TVpad3, according to CNT, are that "upgraded hardware and P2P processing" make the TVpad4 perform better especially when large audiences are viewing a broadcast, and that TVpad4 uses an advanced high definition video standard.  In other words, CNT touts TVpad4 as

providing a more stable, higher quality video viewing experience, in particular because of its improved peer-to-peer functionality. Attached hereto as Exhibit 8 are true and correct copies of printouts of relevant webpages from iTVpad.com announcing the release of the TVpad4 and discussing TVpad4's purported upgrades, which printouts I personally confirmed accurately reflect the contents of those webpages on February 6, 2015, along with images from the original December 1, 2014 website announcement at http://www.itvpad.com/index.html that I personally preserved from that website on December 1, 2014.

20.     All of the TVpad devices that we have purchased in the course of our investigation have been TVpad3 and TVpad4 models, and we have confirmed that the functions that we have analyzed work commonly across these two models, with modest exceptions (*see* Braak Decl. ¶¶ 19-21, 23, 27-57, 60-63).  For the remainder of this Declaration, I will use the term "TVpad" to mean collectively the TVpad3 and TVpad4 models unless otherwise indicated.

**CNT Exercises Control Over the TVpad Store**

21.     As described in detail in the accompanying Braak Declaration, TVpad users access television content by downloading apps from a "TVpad Store" that appears on the TVpad device automatically when a user turns it on. Superficially, the TVpad Store is similar to the "iTunes Store" offered by Apple to deliver apps to various Apple devices, and "Google Play," the equivalent marketplace for Android apps.  One major difference, however, is that TVpad users do not have to pay to download any of the apps in the TVpad Store. Also unlike the iTunes Store and Google Play, CNT's TVpad Store does not adequately identify the purported third-party sources of the apps.  *See also* Braak Decl. at ¶ 43.

22.     Mintz's investigation has revealed that CNT exercises practical and legal control over the TVpad Store and the infringing apps made available through the TVpad Store. This conclusion is based on three factors:

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

23.     First, CNT asserts legal ownership and control of the TVpad Store, requiring users to agree to its terms of service to access the TVpad Store. As explained in the Braak Declaration, when a user first turns on a TVpad device as boxed by the manufacturer, the user must take certain steps to set up the device, including accepting mandatory terms of service called the "TVpad Legal Information and User Agreement". Among other things, the TVpad Legal Information and User Agreement states:

> (1.1.) CNT supplies the TVpad;
>
> (1.2.) the "TVpad Store is the platform that allows you to browse, search, download and install software applications of interest . . . that TVpad supports . . . ";
>
> (3.1.1.) "CNT does not recommend software applications other than those provided through the TVpad Store be installed into the TVpad";
>
> (3.8) "CNT reserves the right to preview, examine, report, filter, modify, refuse or delete any or all software applications in the TVpad Store"; and
>
> (7.4) "CNT reserves the right to modify, suspend, or discontinue the TVpad Store (or any part or content thereof) at any time with or without notice to you."

*See* Braak Decl. ¶ 30, Exhibit 47.

24.     Second, CNT exercises technical and practical control of the TVpad Store.  The TVpad Store can only be reached through the TVpad device, which CNT manufactures. Each device is configured to (a) automatically authenticate itself as a genuine TVpad by sending unique identifying information to an Internet server, and (b) subsequently download operational support content such as the current menu of available apps from other Internet servers. *See* Braak Decl. ¶¶ 24-25.  TVpad devices also regularly contact these servers to update the contents of the TVpad Store. Braak Decl. ¶ 25. Also, when users download apps from the TVpad Store to their TVpad

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

devices, those apps are downloaded from the same servers that CNT uses to provide operational support to the TVpad Store itself. Braak Decl. ¶ 26.

25. Third, CNT publicly acknowledges that it controls which apps are included in the TVpad Store, in at least the following ways:

a. On its website, CNT solicits apps for the TVpad Store through the "App Publishing" section of the "Help Center", which invites readers to "click App Publishing to submit your app" and includes a hyperlink to a web contact form. Attached hereto as Exhibit 9 is a true and correct copy of a printout of the Help Center webpage, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 2, 2015, and a certified translation of that printout. Attached hereto as Exhibit 10 is a true and correct copy of a printout of the web submission form webpage, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 2, 2015, and a certified translation of that printout.

b. On its Facebook page, CNT announces the release of new applications available in the TVpad Store. Attached hereto as Exhibit 11 are true and correct copies of printouts of representative announcements from the TVpad Facebook page, which printouts I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflect the contents of those webpages on February 2, 2015, and certified translations of those printouts. CNT also announces the release of new applications available in the TVpad Store on its blog, for example as discussed in paragraph 36 below.

c. Also in posts on its Facebook page, CNT representatives solicit ideas and suggestions from TVpad users about new apps and channels to make available, sometimes stating that CNT will convey those suggestions to

unidentified, purported app developers. Attached hereto as Exhibit 12 are true and correct copies of printouts of representative posts from the TVpad Facebook page, which printouts I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflect the contents of those webpages on February 2, 2015, and certified translations of those printouts.

d.      Finally, as noted above, CNT provides "editions" of its TVpad4 device that have different collections of apps.  *See* Paragraph 18 above.

**The Infringing TVpad Apps**

26.      Among the apps available through CNT's TVpad Store are numerous apps  that, when downloaded, provide immediate unauthorized access to CCTV and TVB television broadcasts and video-on-demand programming that originate in mainland China and Hong Kong.  (Collectively, I shall refer to these apps as the "Infringing TVpad Apps".)  These Infringing TVpad Apps include the following infringing apps that stream CCTV and/or TVB programming:



BETV PLUS

BETV_HD

BETV II

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| BETV |  |
| 粵海時移 (Yue Hai Shi Yi) |  |
| 粵海寬頻 (Yue Hai Kuan Pin) |  |
| 粵海寬頻2 (Yue Hai Kuan Pin 2) |  |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi) |  |
| 粵海直播 (Yue Hai Zhi Bo) |  |

12

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| 516TV |
| --- |
|  |

| 516網路電視 (516 Online TV) |
| --- |
|  |

| HITV |
| --- |
|  |

| 体育online (Sport Online) |
| --- |
|  |

| 港粤快看 (Gang Yue Kuai Kan) |
| --- |
|  |

| 港台武俠 (Gang Tai Wu Xia) |
| --- |
|  |

*See* Braak Decl. ¶ 16 for a full description of the Infringing TVpad Apps.

13

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## CNT Encourages and Promotes Infringement Through the TVpad Device

27.     Our investigation into CNT's advertising, promotional, and customer support materials demonstrates that CNT intends for the TVpad to be used for infringement, promotes that infringing capability, encourages others to engage in infringing conduct, and provides customer support and assistance to achieve that end.

**(a)     CNT Advertises and Promotes Infringing TVpad Apps on its Website**

28.     In advertising and promotion on CNT's website, CNT pervasively touts the ability of TVpad users to stream CCTV, TVB and other television programming from Asia without paying subscription fees. I used the Wayback Machine website from the Internet Archive—a non-profit organization that archives historical copies of other websites, identified by web address and date—to access archived historical copies of the iTVpad.com website. According to these historical copies of iTVpad.com for October 28, 2014, the English-language "TVpad Center" webpage on iTVpad.com advertised the TVpad3 as follows:

> No monthly fees. Once purchased, you have access to our ever growing shows & movies with no monthly fees, and enjoy our ongoing customer support; for instance, free system updates.
>
> ***
>
> TVpad3 is specially designed for overseas Chinese, from which you are free to enjoy various real-time live TV from HK/TW/Macao/Chinese mainland. And its ever growing international and local shows & movies make TVpad3 your own video library.
>
> ***
>
> Time-shift TV–especially for users located in different time zones. 24/7 live TV, massive updated VOD contents, time-shift

14

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

& playback service and more. TVpad3 gets everything fast to

you, wherever you are!

Attached hereto as Exhibit 13 is a true and correct copy of a printout of the archived

historical copy of the above-quoted webpage from the Wayback Machine at

https://web.archive.org/web/20141028220840/http://en.itvpad.com/tvpad3zt/products

.html, which printout I personally confirmed on February 2, 2015 accurately reflects

the contents of that archived historical copy.

29.     On December 1, 2014, CNT announced on its website the release of the

TVpad4. An English-language announcement on CNT's website promotes the

features of the new device, such as hardware and software upgrades and higher video

quality, as compared to previous models.  This announcement states in part:

GCN edition packs massive contents from mainland China,

Taiwan and HK.

Exclusive mandarin and Cantonese contents and massive third party

apps.

Hundreds of live, time-shifting, payback contents from mainland China,

Taiwan and HK.

* * *

TVpad4 has introduced and cooperated with thousands of 3rd

party content providers, providing massive apps for your

choice.

*See* Exhibit 8, at 2, 4.

30.     On its website, CNT uses images of the Infringing TVpad Apps to

promote the TVpad device.  For example, in the course of advertising educational

content available through the TVpad3, CNT previously included the following

graphic on its website:

15

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



This graphic on CNT's website featured icons for two BETV apps, a Yue Hai app, the Gang Yue Kuai Kan app, the Gang Tai Wu Xia app, a 516 app, and the Sport Online app, all of which are Infringing TVpad Apps.  *See* Exhibit 13, at 3.

    31.    CNT's website announcement for the TVpad4 contains two graphics displaying icons for Infringing TVpad Apps, including two Yue Hai apps, the Gang Yue Wang Luo Dian Shi app, and the Gang Yue Kuai Kan app:

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



**3 Infringing TVpad Apps**



**4 Infringing TVpad Apps**

*See* Exhibit 8 at 8-9.

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

32.    On the Chinese-language version of its website, CNT uses the following graphics in connection with promoting the TVpad4, which feature the BETV Plus app and a Yue Hai app, each of which is an Infringing TVpad App:



Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Attached hereto as Exhibit 14 is a true and correct copy of a printout of the Chinese-Language "TVpad4 CN" webpage from iTVpad.com, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 2, 2015, and a certified translation of that printout.

33.    On the "Investment" webpage on its website, where CNT solicits new distributors for the TVpad device, CNT uses CCTV's and TVB's logos and falsely claims that CNT has authorization to stream Plaintiffs' television programming:



Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Attached hereto as Exhibit 15 is a true and correct copy of a printout of the English-language "Investment" webpage from iTVpad.com, which printout I personally confirmed accurately reflects the contents of that webpage on February 2, 2015.

**(b)   CNT Advertises, Promotes, and Provides Customer Support for Infringing TVpad Apps on its Blog**

34.   CNT also promotes the Infringing TVpad Apps through blog posts on its website iTVpad.com.  For example, in an undated blog post entitled "Tons of Apps in TVpad, which app is designed for you?" CNT expressly recommends the following Infringing TVpad Apps:

> LIVE TV
>
> 516: is a live Chinese TV app, and you can watch live channels or local TV from Taiwan
>
> BETV: is a live app for providing local TV channels of mainland china ,which covers abundant TV resources including financial news, entertainment gossip, local TV and sports, and more.
>
> 粤海宽频APP [Yue Hai Kuan Pin]：provides you some characteristic live tv programs such as TVB drama, contonese [sic] songs and Hongkong-made films, and more.

The infringing 516 apps streams both TVB and CCTV programs; the infringing BETV apps stream CCTV programs; and the infringing Yue Hai apps stream TVB programming. Attached hereto as Exhibit 16 is a true and correct copy of a printout of CNT's "Tons of Apps" blog post, which printout I personally confirmed accurately reflects the contents of that blog post on February 3, 2015.

35.   A blog post by CNT on December 23, 2014  announcing the TVpad4 specifically touts the availability of live TVB content, stating:

> Most streaming players do not support live channels or may charge relative fees, but TVpad4 provides us with over 300

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

channels from mainland China and more than 40 live TV
channels from HK andTaiwan [sic] (TVB also included) for
free!

Attached hereto as Exhibit 17 is a true and correct copy of a printout of CNT's
December 23, 2014 blog post, which printout I personally confirmed accurately
reflects the contents of that blog post on February 3, 2015. This same blog post also
displays images of multiple Infringing TVpad Apps, and of CCTV television
programming delivered by the Infringing TVpad Apps:





**18 Infringing TVpad Apps**

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



23

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



CCTV Logo

CCTV Program

36.    A CNT blog post on January 8, 2015, states that the infringing Gang Yue Wang Luo Dian Shi app provides most of its live channels in high definition, and is "definitely the favorite of those who love to watch TVB," illustrating this point with a screenshot of a TVB program:



TVB Jade Logo

TVB Program

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Attached hereto as Exhibit 18 is a true and correct copy of a printout of CNT's January 8, 2015 blog post, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

37.    Another CNT blog post instructs customers how to download and install one of the infringing BETV apps (BETVII) from the TVpad Store and how to select infringing television broadcasts, using a series of screenshots (reading left to right):











25

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

BETVⅡ, stable, clear and smooth etc have won living overseas Chinese your consistent high praise, covers all news finance, science and technology, sports, drama, children dozens of sets of Chinese channel resources. From now on you can lie on the sofa, with remote control operation, relaxed and comfortable to watch the high quality of Chinese local TV show. Whatever you want, up to you!

Attached hereto as Exhibit 19 is a true and correct printout of CNT's instructional blog post, which printout I personally confirmed accurately reflects the contents of that blog post on February 3, 2015.

### (c)   CNT Advertises, Promotes, and Provides Customer Support for Infringing TVpad Apps on its Facebook Page

38.   CNT's TVpad Facebook page uses the slogan "Let all Chinese people around the world exclusively stream on Chinese TV & VOD without monthly fees because of TVpad" and states that "TVpad delivers the biggest & best selection of streaming live TV & VOD to your TV.  Enjoy the best movies and TV shows, live sports, music, games and more."  *See* Exhibit 6, at 1.

39.   On its TVpad Facebook page, CNT promotes the Infringing Apps and infringing capabilities of the TVpad and provides customer support and assistance to help TVpad users download Infringing TVpad Apps, and to access and share infringing streams of CCTV, TVB, and other unauthorized television programming. For example, CNT administrators posting under the name "TVpad" frequently publish posts promoting the availability of specific CCTV and TVB programs on the TVpad. Attached hereto as Exhibit 20 are true and correct copies of printouts and screenshots of representative postings from the TVpad Facebook page, which printouts and screenshots I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflect the contents of those postings from the TVpad Facebook page on February 3, 2015, and certified translations of those printouts and screenshots.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

40.     One such posting on CNT's Facebook page, on April 22, 2014, includes CNT's TVpad logo beside program information for the CCTV documentary "A Bite of China 2" airing on CCTV 1, CCTV 2, and CCTV 9:



*See* Exhibit 20, at 3-6.

41.     Another CNT post on its Facebook page promotes the season finale of the TVB drama "Change of Heart" by posting a trailer and encouraging TVpad users to tune in:

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



*See* Exhibit 20, at 13-15.

42.     A promotional video on CNT's Facebook page features the icons for the infringing BETV, 516, Yue Hai, and Gang Yue Kuai Kan apps and demonstrates streaming television content with a CCTV broadcast:

Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



29

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Infringing TVpad Apps**





Weil Decl. ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Attached hereto as Exhibit 21 are true and correct copies of screenshots from the promotional video on CNT's Facebook page, which screenshots I personally confirmed accurately reflect the contents of that Facebook page and that promotional video on February 3, 2015.

43.     In several of CNT's TVpad Facebook posts, CNT administrators recommend that TVpad users download and use Infringing Apps to access CCTV and TVB programming. For instance, in August 2013, an administrator posted a video promoting the availability of NBA games on TVpad.  In the English-language comments to that post, the following exchange took place:



The Sports Online app referenced in CNT's response is an Infringing TVpad App that streams CCTV programming. Based on my experience, I interpret "DL" to mean "download." Attached hereto as Exhibit 22 is a true and correct copy of a screenshot of this August 2013 posting webpage containing both English and Chinese, which screenshot I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 4, 2015, and a certified translation of that screenshot.

44.     In another example from CNT's Facebook page, on June 12, 2014, when a user asked "Anyone knows which app or channel on tvpad is showing the World Cup???", the CNT administrator wrote:  "Hi, please try 體育online [Sport Online], BETV." Sport Online and BETV are Infringing TVpad Apps that steams CCTV programming.   Attached hereto as Exhibit 23 is a true and correct copy of a printout of this June 12, 2014 post, which printout I personally confirmed with the assistance

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

45.     On November 3, 2013, when a user asked "[w]hich tvpad is can see tvb day and night and 12 hour back and tvb drama," the administrator on CNT's Facebook page wrote "Could download three party applications from TVpad store for this case have a nice day."  Attached hereto as Exhibit 24 is a true and correct copy of a printout of this November 3, 2013 post, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

46.     In a December 15, 2014 post on CNT's TVpad Facebook page, a TVpad customer posted that "TV pad2 not streaming TVB series today. Please sort it out!!!" A TVpad moderator responded by offering assistance, instructing the customer to provide the name of the drama and the TVpad device number:



Attached hereto as Exhibit 25 is a true and correct copy of a printout of this December 15, 2014 Facebook post, which printout I personally confirmed accurately reflects the contents of that Facebook post on February 3, 2015.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

47.    On January 6, 2015, a consumer from California posted the question "Did TVpad sign contract with TVB, so customers can watch TVB programs LEGALLY?", and the TVpad administrator replied "It is legal to watch HK channel in TVpad, no worry."  Attached hereto as Exhibit 26 is a true and correct copy of a printout of the January 6, 2015 post and response from the TVpad Facebook page, which printout I personally confirmed accurately reflects the contents of that Facebook post and response on February 3, 2015.

**(d)    CNT Advertises, Promotes, and Provides Customer Support for Infringing TVpad Apps on the TVpad "Fans" Forum**

48.    The Chinese-language homepage for CNT's website links to a "Fans" webpage. Attached hereto as Exhibit 27 is a true and correct copy of a printout of the Chinese-language homepage of iTVpad.com, showing the "Fans" link (in English) in the top right-hand corner, which printout I personally confirmed accurately reflects the contents of that homepage on February 3, 2015. The "TVpad Fans" forum homepage is located at http://www.tvpadfans.com/forum.php.  Attached hereto as Exhibit 28 is a true and correct copy of a printout of the TVpad Fans homepage, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

49.    On its website, CNT describes TVpad Fans as an "official platform":
>    The TVpad Fans is an official platform ran [sic] by TVpad, dedicated to bringing together TVpad users and delivering the excellent performance & features of TVpad and tons of amazing apps to TVpad users. It also involves sharing comments and exchanging ideas and tips on the use of TVpad products. It sets also a feedback column to collect suggestions and advice from users which TVpad think [sic] highly of and takes as [sic] effective way to improve TVpad products and better serve TVpad users. TVpad Fans: http:www.tvpadfans.com

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 2, at 1.

50.     With the assistance of a Mintz investigator fluent in Chinese, I have reviewed the TVpad Fans forum. The TVpad Fans forum hosts discussion threads on everything from technical support for the TVpad device to discussions about the infringing television programming available on the TVpad. The TVpad Fans forum contains hundreds of posts by TVpad users discussing the availability of TVB and CCTV channels and programming on the TVpad device, including discussions about which particular apps stream CCTV and TVB content, how to access those apps, problems with the apps, and the like.  Administrators on the TVpad Fans forum promote the availability of CCTV and TVB programming and provide advice and support to TVpad users in identifying, installing, and using the Infringing TVpad Apps to view and share CCTV and TVB content.  Attached hereto as Exhibit 29 are true and correct copies of printouts of representative examples of these forum post webpages, which printouts I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflect the contents of those webpages on February 3, 2015, and certified translations of those printouts.

**CNT Collaborates With Purported Third-Party App Developers and Provides Technical Assistance to Those Accessing Infringing Television Programming**

51.     In addition to the evidence Mintz uncovered in its investigation that CNT knows about and actively encourages and promotes copyright infringement through the TVpad device, our investigation also demonstrated significant ties between CNT and the development and provision of the Infringing TVpad Apps.

52.     Other than self-serving statements by CNT itself, there is no public record of the existence of any actual third-party developers of the Infringing TVpad Apps.  Despite extensive investigation, we have not been able to identify any purported third-party developer of any of the Infringing TVpad Apps, or locate any valid contact information for any such third-party app developers.  Nowhere in the materials we reviewed—not in the TVpad Store, nor on CNT's website or Facebook

page, nor in any of CNT's voluminous marketing materials—does CNT itself provide any corporate or individual names or contact information for the purported third-party developers behind the Infringing TVpad Apps.

53.    During the course of our investigation, Mintz investigators also were not able to uncover any means by which supposed third-party app developers might earn revenues from the creation of Infringing TVpad Apps or the provision of television content for those apps.  Customers who own TVpad devices download the Infringing TVpad Apps for free and the Infringing TVpad Apps do not contain on-screen advertisements (such as banners), do not display advertisements inserted into video content, and do not offer paid upgrades.  Users of the TVpad need only pay for the TVpad device itself and do not need to pay any subscription fees to view infringing CCTV and TVB content using the TVpad.

54.    To the extent there may be third-party app developers, CNT works very closely with those developers, in particular to develop and improve infringing content. For example, on August 18, 2013, an administrator on CNT's Facebook page published a post asking for suggestions to help CNT "better serve [its] overseas customers and allow overseas TVpad users to enjoy better Chinese TV services." One user suggested adding a TVB football channel; the administrator replied, "Thank you for your suggestion. Regarding the adjustment and adding of program applications, we will communicate with third-party application developers, as we need to give consideration to their development plans." Another user stated that he wanted more Cantonese channels; the administrator wrote "OK, thanks." One user suggested adding additional channels to the infringing BETV HD app; the administrator responded, "Noted." Another user asked to add a browser with Internet access; the administrator responded, "Thank you for your suggestion. We will consider it. The product has been positioned to provide TV services, so far giving little consideration to network support." Yet another user asked CNT to "improve all streaming sound bit rate and enable stereo"; the administrator responded that "the

application providers are working on this issue." Attached hereto as Exhibit 30 is a true and correct copy of a printout the August 18 Facebook post and responses, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

55.     Likewise, in comments to a May 2013 post on CNT's Facebook page, a user requested more Cantonese programming, and the CNT administrator responded that the suggestion had been forwarded to the app provider. Attached hereto as Exhibit 31 is a true and correct copy of a printout of the May 2013 Facebook post and responses, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

56.     CNT also conveys messages from the purported third-party application developers to CNT's customers.  For instance, on October 14, 2013, an administrator on CNT's Facebook page notified TVpad users that maintenance was to be carried out on the infringing 516 app that might cause service disruptions.  Attached hereto as Exhibit 32 is a true and correct copy of a printout of the October 14 Facebook post, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

57.     CNT also provides technical assistance and updates to customers regarding server problems impacting their ability to stream infringing television content. For example, in June 2014 an "Urgent Notice" was posted on CNT's Facebook page and fan forum: "Dear users：We are sorry to inform you that recently an unexpected condition was encountered by the servers . . . However, our technical team is working hard together with the ISP (Internet service provider) to solve the problem."  User comments beneath this notice made clear that CNT was responding to problems users were reporting in streaming infringing programming. For example,

one user complained that "taiwan 516 app [an Infringing TVpad App] is still not working in New York," and another stated "I have lost all my channels and currently trying to reinstall the channels but the ones with new tvb shows and dramas have completely disappeared.. what's happened?"  Attached hereto as Exhibit 33 is a true and correct copy of a printout of the June 2014 Facebook post and responses, which printout I personally confirmed accurately reflects the contents of that webpage on February 3, 2015.  CNT posted the same notice on the TVpad Fans forum in June 2014.  Attached hereto as Exhibit 34 is a true and correct copy of a printout of the TVpad Fans webpage with this notice, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

58.     Similarly, on June 13, 2014, when a user posted on CNT's official fan forum that the video clarity for CCTV 5 on the infringing BETV app was poor, a TVpad administrator advised the user, "We are currently working on this issue."  Attached hereto as Exhibit 35 is a true and correct copy of a printout of this post and response, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

59.     In another example, on October 7, 2013, an administrator on CNT's Facebook page posted a service update about a server problem causing service disruptions.  In a comment to the post, one user wrote:  "Thank God! I think [sic] my TVpad box was broken, I am able to watch Hong Kong drama now."  A TVpad administrator replied to the user:  "The incident is just an episode, everything will ganna [sic] be ok. TVpad will always support more high quality service for Chinese in the whole world."  Attached hereto as Exhibit 36 is a true and correct copy of a printout of this Facebook post and responses, which printout I personally confirmed accurately reflects the contents of that webpage on February 3, 2015.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

60.     As recently as January 13, 2015, CNT was fielding a barrage of user complaints on its Facebook page about problems downloading the new Gang Yue Wang Luo Dian Shi app (an Infringing TVpad App), apologizing for the inconvenience, and asking customers to send private messages to CNT through its Facebook page so that CNT and the supposed "App provider" could address the problem.  Attached hereto as Exhibit 37 is a true and correct copy of a printout of the Facebook post and responses, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and certified translations of that printout.

**The Infringing TVpad Apps Available Through the TVpad Store Constitute a Significant Draw for Potential Customers of the TVpad Device**

61.     Consistent with CNT's advertising and promotional efforts, our investigation confirms that the Infringing TVpad Apps available through the TVpad Store—and the infringing CCTV and TVB television programming they stream—represent a significant draw for potential customers of the TVpad device.

62.     Web posts by TVpad users on a variety of websites, including the TVpad Facebook page and CNT's official fan forum, demonstrate that TVpad users are motivated to purchase and use the device to access infringing television programming from Asia, including CCTV and TVB television programming, without paying cable, satellite, or other subscription fees.  For example:

a.     As discussed in paragraphs 12-15 the Lau Declaration, Defendant Club TVpad, Inc. ("Club TVpad") operates a discussion board (or "forum") section on its website located at clubtvpad.com. On December 12, 2014, a TVpad user on the Club TVpad forum discussed the purchase of a TVpad4: "no big surprise. . .  the thing I like:  I can install the apk app. . . the channels change very fast . . . the thing I don't like:  live channels video and audio quality similar to tvpad3, bad."  The post includes screenshots of the TVpad4 interface with six Infringing TVpad Apps on it.

b.      On December 9, 2014, A TVpad user posted on the Club TVpad forum about an inaccurate rumor that "TVpad and TVB ha[d] signed an agreement."  The TVpad user speculated that such an agreement would "mean[] TVpad can now legitimately start selling TVpad with TVB content!!! That is great news!!!"  Another user responded on December 10, 2014:  "I agree with you and highly doubt if that's true.  I bet this will be the end of TVpad if they start collecting subscription fee on the same level as, if not more than, what TVB is charging for their TV Everywhere service in Europe.  On the other hand, if there were an agreement, TVB will most likely request TVpad to stop streaming TVB contents on all existing TVpads (or request subscription fee), which will piss off every existing TVpad users [sic] who will never buy another TVpad again."

c.      On February 24, 2014, in response to a posting about technical difficulties on CNT's TVpad Facebook page, a customer complained that she "cannot watch TVB programs.. Over a week...please help."

d.      In August 2012, a TVpad user posted a message on the TVpadfans.com forum entitled "TVpad, thank you for playing a role in our life."  The TVpad user wrote that TVpad had given him/her "tremendous delight" by providing access to many Chinese TV channels, including CCTV channels 1-5, which featured Chinese athletes during the London Olympic Games.

Attached hereto as Exhibit 38 are true and correct copies of printouts from these webpages containing these statements by TVpad users, which printouts I personally confirmed accurately reflect the contents of those webpages on February 10, 2015

63.     CNT's promotional materials for the TVpad4 state that "Over millions of TVpad have been sold."  *See* Exhibit 9, at 2.

**CNT Targets the United States and Central District of California**

64.     Our investigation also has revealed that CNT targets customers in the United States and the Central District of California and conducts significant business in both the Los Angeles area and across the United States.

65.     CNT aggressively recruits new distributors in the United States and other regions of the world.  For instance, on iTVpad.com, CNT states that "Createant is ready to set up a worldwide distribution network with regional sole agents, desired to make TVpad a stronger brand around the world."  CNT further states that it has "set up sales & service outlets in over 40 countries (covering over 100 developed cities)" including the United States.  CNT states that its "regional sole agents" will have exclusive territorial rights, "exclusive access to online marketing resources," and "market promotion fund, materials and service supports."  *See* Exhibit 15.

66.     On the same webpage of its website, CNT encourages those interested in becoming a TVpad distributor to consult with CNT by email or phone, submit a distributor application, pass CNT's evaluation, and then sign a "Sole Agent Agreement" to become an authorized agent.

67.     CNT's website includes a Chinese-Language webpage that lists a number of existing authorized distributors around the world.  There are fourteen authorized distributors listed for the United States, including one authorized distributor in Buena Park, California and another (Defendant Club TVpad) in Dublin, California.  Attached hereto as Exhibit 39 is a true and correct copy of a printout of the Chinese-Language "Sales Channels" webpage from iTVpad.com, which printout I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflects the contents of that webpage on February 3, 2015, and a certified translation of that printout.

68.     According to records with the United States Patent & Trademark Office ("USPTO"), CNT has registered a United States trademark for TVPAD in International Class 9 for set-top boxes and other audio-visual goods and services.

40

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

CNT's application claimed a date of first use in commerce in the United States of June 21, 2011.

69.     CNT also filed an Opposition before the United States Trademark Trial & Appeal Board ("TTAB") against a New Jersey company that attempted to register the mark TVPAD.  In that proceeding, CNT claimed that "Since at least as early as October of 2011, Opposer has sold or distributed 'set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals' … under the mark TVPAD … in the United States."  True and correct copies of printouts of select CNT filings with the USPTO and TTAB, referenced above, are attached hereto as Exhibit 40, which printouts I have personally confirmed accurately reflect records available on the USPTO website located at uspto.gov.

70.     U.S. Customs records show that, during a nine-month period in 2013 and 2014, CNT repeatedly shipped TVpad devices to a company known as YTC Summit International Inc. in Arcadia, California, in the Central District of California. According to customs abstracts obtained from Datamyne, a provider of trade data information, including data from U.S. Customs and Border Protection ("CBP") bills of lading records, during this nine-month period CNT made twelve shipments to YTC Summit containing a total of 1,414 cartons of set-top box devices and one shipment apparently containing set-top box accessories including remote controls power adapters and video cables. A true and correct copy of a spreadsheet of Datamyne abstracts of U.S. CBP records showing these shipments is attached hereto as Exhibit 41, which I personally generated using Datamyne's online database and a query for "Create New Technology." For readability, I have also included a copy of that spreadsheet truncated to the key spreadsheet columns in Exhibit 42. According to Google search engine "cached" webpages—copies made by Google so that webpages can be accessed more quickly—of e-commerce listings we have reviewed, there are 20 TVpad devices per shipping carton, which suggests that CNT shipped at least 28,280 TVpad devices to this single Central District of California address over

nine months.  True and correct copies of printouts of Google cached e-commerce listing webpages showing the number of TVpad devices per carton are attached hereto as Exhibit 43, which printouts I personally confirmed on February 3, 2015 accurately reflect the contents of Google's cached copies of those webpages.

71.     Additionally, U.S. consumers may purchase TVpad devices directly from CNT on its iTVpad.com website.  On December 4, 2014, Mintz investigators purchased a TVpad4 through CNT's website, which was shipped by CNT to a Mintz address in California, and then forwarded to Mr. Braak in New York for review. True and correct copies of printouts of the confirmation emails an investigator under my direction and control received and photographs of the shipping materials that accompanied the TVpad, which I personally confirmed to be true and accurate photographs, are attached hereto as Exhibit 44, with the street address and telephone number Mintz used for this investigation redacted because the redacted information reflects confidential and proprietary business information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6 day of March 2015 in Washington, D.C.

Christopher Weil

Weil Decl, ISO Motion for Preliminary Injunction
DWT 25934350v11 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**BRAAK DECLARATION**

## DECLARATION OF NICHOLAS BRAAK

I, Nicholas Braak, declare as follows:

1.      I am a licensed private investigator, and have worked as a computer forensics investigator for more than nine years. I am employed by the Mintz Group LLC ("Mintz"), a corporate research and investigations firm based in New York, with offices in Washington D.C., London, Hong Kong, Beijing, Nairobi, and six other cities throughout the world. I have worked for Mintz since January 2014. During my career in information security and digital forensics, I have participated in hundreds of investigations involving intellectual property rights, cybercrime, Internet forensics, and other matters. I make this declaration in support of Plaintiffs' motion for a preliminary injunction. I have personal knowledge of the facts contained herein and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters I believe to be true.

### Mintz's Engagement by Plaintiffs

2.      Mintz has extensive experience conducting computer and Internet forensics investigations for a wide variety of clients in various types of matters, including intellectual property matters. In 2014, China Central Television ("CCTV") and China International Communications Co., Ltd. ("CICC") engaged Mintz to investigate a television set-top box device known as "TVpad" and the unlicensed international television programming accessible to U.S. consumers through the TVpad (the "TVpad Retransmission Service").  In July 2014, TVB Holdings (USA), Inc. ("TVB (USA)") and DISH Network L.L.C. ("DISH") joined CICC and CCTV in retaining Mintz for purposes of this investigation.  (I will refer to CCTV, CICC, TVB (USA), and DISH collectively as "Plaintiffs".)  Our services have included forensic analysis of the TVpad device and the TVpad Retransmission Service, and investigation into the origin, distribution, and sale into and within the United States of the TVpad.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3.     I managed the Internet forensic investigation for this matter and conducted research at the direction of Christopher Weil, the lead investigator. I personally have been involved with all of the activities described herein. I have personally viewed and tested, by the means described herein, each TVpad device our investigators purchased in the course of this investigation. I have personally viewed and caused to be recorded streamed content delivered by those devices.

4.     The TVpad device is manufactured by Defendant Create New Technology (HK) Ltd. ("CNT"). The TVpad delivers television programming to customers through the Internet without customers paying subscription fees to an authorized cable, satellite, or other television services provider. Rather, users purchase the TVpad for a price ranging from $199-$299. Users then connect the TVpad to their broadband Internet service and connect the device to their television with a cable. When the TVpad device is connected to the Internet, software applications or "apps"[1] available through the device's "TVpad Store" permit users to view streaming[2] video programs on their televisions. In particular, the TVpad allows viewers to watch television programs that are broadcast in mainland China, Hong Kong, Korea, and other countries in Asia.

5.     As discussed below, a number of apps available through the TVpad Store allow users in the United States to view Chinese-language television programs broadcast by CCTV in mainland China and broadcast by TVB (USA)'s Hong Kong-based parent company Television Broadcasts Limited ("TVB") in Hong Kong and Taiwan. I am informed by my clients that none of the Plaintiffs authorize any parties

---

[1] An "app" is a small, specialized software program, often downloaded onto a mobile device or computer.

[2] "Streaming" refers to a method of transmitting or receiving data (especially video and audio material) over a computer network as a steady, continuous flow, allowing playback to proceed while subsequent data is being received.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to provide their television programming to consumers in the United States through the TVpad device or TVpad Retransmission Service.

6.     We forensically tested TVpad devices and TVpad apps to understand the operation of the device, the functioning of TVpad apps, and the source of infringing video streams of TVB and CCTV programming. I personally conducted this forensic examination.

### Summary of Key Investigative Findings

7.     The TVpad is a set-top box designed to deliver video content. The TVpad, as distinct from cable television and satellite television boxes, delivers video content over the Internet.

8.     The TVpad device delivers this content by means of individual apps that users download with one click of their remote control from the "TVpad Store" interface on the TVpad device. Many of TVpad's most popular and most heavily promoted apps are designed to stream CCTV and TVB copyrighted television programming to users of the TVpad (the "Infringing TVpad Apps"). Through our investigation, we identified a total of 15 of these Infringing TVpad Apps across two models of the TVpad device. The Infringing TVpad Apps stream infringing content to users via four different streaming modes:  "live" streaming, "time-shifted" streaming, and two forms of "video-on-demand" streaming.

9.     The TVpad Store is designed to promote the Infringing TVpad Apps and make them easy to locate and install. CNT appears to exert total control over which apps are featured on the TVpad Store, and appears to control the servers from which apps are downloaded to TVpad devices.

10.     Our forensic testing of the Infringing TVpad Apps revealed the following:

a.  Live Streaming Apps: Those Infringing TVpad Apps that stream CCTV and TVB television programs "live," *i.e.*, at the same time they are broadcast in Asia, do so by means of a "peer-to-peer"

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

network, in which TVpad users not only receive the television programs but also simultaneously <u>retransmit</u> those programs to many other TVpad users.  These Infringing TVpad Apps also make use of commercial servers to stream live content to TVpad users.

b. <u>Video-on-Demand Apps</u>: Those Infringing TVpad Apps that make TVB and CCTV programs available in video-on-demand format do so by streaming programs to TVpad users directly from commercial servers in the United States and elsewhere. Our investigation reveals that these servers contain digital copies of the television programs that are streamed to TVpad users.

c. <u>Time-Shifted Apps</u>: Some of the Infringing TVpad Apps stream CCTV and TVB programs to TVpad users in the United States about 12 hours after the programs are first broadcast in Asia.  These "time-shifted" apps stream programs to TVpad users using both commercial servers as well as a peer-to-peer network in which each TVpad user <u>retransmits</u> programs to many other TVpad users.

d. <u>Replay Live Apps</u>: Lastly, some of the Infringing TVpad Apps allow TVpad users to select for viewing, through a menu system, specific recorded programming for a specific time frame, such as the past three days.  These "replay live" apps function in the same way as the infringing video-on-demand apps: They stream CCTV and TVB programs to TVpad users directly from commercial servers and those servers contain copies of the television programs that are streamed to TVpad users.

11. Regardless of the mode it employs (live, video-on-demand, time-shifted, or replay live), each of the Infringing TVpad Apps communicates on a continuous basis with a network of servers set up to ensure constant delivery of video content. We have identified numerous leased commercial servers used to facilitate the

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

activities of the Infringing TVpad Apps.  Many of these servers are located in the United States, including in Southern California.

### General Overview of TVpad Technology and Network

12.     Before setting forth in detail the results of our forensics review of the TVpad technology, I will briefly describe the general architecture of the TVpad device and network, based on our investigation.

#### The TVpad Device

13.     The TVpad is an Internet-connected set-top box device with an operating system based on Google's Android mobile operating system, which is used in conjunction with a television or other video monitor. The TVpad is marketed and used to deliver OTT video content. As such, TVpad is similar to Apple TV or the Roku Streaming Player, both of which are set-top boxes that deliver OTT video content. TVpad is different, however, because it delivers OTT video content—including CCTV and TVB programs—without the authorization of content owners. The models of the TVpad that are currently being sold are the TVpad3 and TVpad4. A detailed discussion of the TVpad device can be found below at Paragraphs 18 – 36.

#### The TVpad Store

14.     The TVpad Store is an embedded software application that acts as a user interface for the TVpad device; its primary function is to allow users to select and download apps onto the TVpad. The word "Store" is a misnomer, as all of the Infringing TVpad Apps we have tested are available free of charge. The TVpad Store is organized into categories, with each Infringing TVpad App represented by a graphic icon, allowing users to easily find a specific app they may want to use, and to download and install the app simply by clicking on the icon. When apps are downloaded from the TVpad Store, they then reside on the TVpad device and can be accessed directly by the user by clicking the corresponding icon.  A detailed discussion of the TVpad Store, as it appears on the TVpad3 and TVpad4 devices, can be found below at Paragraphs 37 – 50.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

*The Infringing TVpad Apps*

15.    For each of the Infringing TVpad Apps that stream CCTV and TVB programs, the user interface on the TVpad resembles an onscreen television program guide. The Infringing TVpad App displays a list of channels or, for video-on-demand, a list of particular programs. A user selects a particular channel or program and the content begins streaming. A detailed discussion of the operation of the Infringing TVpad Apps is found below at Paragraphs 52 – 63.

16.    In consultation with CICC, CCTV, and TVB (USA) and through investigators fluent in Mandarin and Cantonese, I have identified the following Infringing TVpad Apps that stream CCTV and TVB programming:

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS <br><br> BETV Plus | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD <br><br> BETV_HD3 | CCTV 1 HD (live), CCTV 5 HD (live) | |

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粤海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粤海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 粵海寬頻2<br>(Yue Hai Kuan Pin 2)<br> | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |
| 港粵網絡電視<br>(Gang Yue Wang Luo Dian Shi)<br> | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live)<br><br>TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live)<br><br>TVB programs on demand |
| 粵海直播<br>(Yue Hai Zhi Bo)<br> | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV<br> | TVBS (live) | |

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP<br>865 S. FIGUEROA ST, SUITE 2400<br>LOS ANGELES, CALIFORNIA 90017-2566<br>(213) 633-6800<br>Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 516網路電視 (516 Online TV)  | CCTV4 (live) TVBS (live) | CCTV4 (live) TVBS (live) TVBS News (live) |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球 (CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

|  | **TVpad3** | **TVpad4** |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港台武俠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

### *The TVpad Retransmission Service*

17.     Distribution of video content to TVpad devices in the U.S. takes place through a large network of dedicated computer servers both here and overseas. Some of these servers perform administrative functions, such as authenticating a device as an "official" TVpad when it is first initialized. The same servers also facilitate downloading of the various Infringing TVpad Apps by TVpad users. The same and/or different servers then provide video or other content to those Infringing TVpad Apps, including streaming live video content. Still other servers store digital copies of CCTV and TVB programs for Infringing TVpad Apps that provide video-on-demand playback. Because the Infringing TVpad Apps deliver programming originally broadcast in mainland China and Hong Kong, there also must be computers in or near the broadcast origination points that capture and convert the broadcasts and then deliver them to the servers that relay the programming to TVpad devices. That is, someone is using a video capture device to convert a broadcast signal for each CCTV and TVB channel in China into digital video data that is then placed on an originating computer and streamed through a server network and/or a peer-to-peer network to TVpads in the U.S.—thereby allowing live video content to stream to U.S. TVpad users within moments after it is broadcast in Asia.  Attached

10

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

hereto as Exhibit 45 is a list of leased U.S. commercial servers that I personally observed are involved in the operation of the TVpad Retransmission Service.

### Detailed Review of TVpad Operation

18.     Based on publicly available information, there have been several "generations" of the TVpad, as described in the accompanying Weil Declaration at Paragraph 17. The TVpad4 (M418) is the current model, and the older TVpad3 (M358) is still being sold by some distributors.

### *Purchases of the TVpad Device*

19.     We ordered one TVpad3 device from an Amazon Marketplace seller. As shipped and as shown in the photographs below that I took of the packaging, the TVpad arrived packaged in a white retail box, the underside of which reads "Manufacturer: CREATE NEW TECHNOLOGY (HK) LIMITED," and contains a serial number and a unique "MAC" address, which is used for locating the TVpad device on a network:


TVpad3 Packaging (Front)


TVpad3 Packaging (Underside)

20.     The TVpad package we received contained instruction documents, a TVpad3 set-top box device, a remote control, a USB cord to supply power (along with a USB-to-2 prong AC power plug adapter), an HDMI cable for transmitting video and audio signals to a television, and RCA audio/video cables for transmitting the same. From April 18, 2014 to early December 2014, we performed extensive

11

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

forensic testing on this device and other TVpad3 devices that Mintz investigators purchased from U.S. TVpad distributors (*see* Paragraphs 64 – 73 below).

21.     On December 1, 2014, CNT announced the release of a new model, the TVpad4 (M418).[3]  Shortly thereafter, we purchased a TVpad4, GCN edition, directly from CNT through its website. Although the packaging of the TVpad4 differed from the TVpad3, the accessories were similar. We undertook forensic testing of the TVpad4 to identify any material technical differences between that device and the TVpad3. Below is a photograph I took of the TVpad4 device that we examined forensically:



TVpad4 Set-Top Box

***Forensic Analysis of TVpad Initialization, Authentication, and Operation***

22.     We performed forensics on the TVpad devices using "packet capture" software that monitors data communications to and from a networked device, and documented our work using "video screen capture" software. My descriptions of the

_____

[3]  After we purchased the TVpad4 device, CNT began advertising two editions of the TVpad4: One that makes available apps that stream Mandarin-language television programming for $199 (the CN edition), and one that makes available apps that stream television programming from Hong Kong, Taiwan, and mainland China for $299 (the GCN edition).  *See* Weil Decl. ¶ 18.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVpad's operation are based on this forensic testing. I personally captured all of the images below of TVpad screen displays. Attached hereto as Exhibit 46 are true and correct, full-sized copies of those screen display images.

23.     Our testing confirmed that the TVpad4 device and network function similarly to that of the TVpad3, although some of the underlying architecture has changed. In this declaration, references to the TVpad will be to both models, unless otherwise specified.

24.     Our analysis of the TVpad device revealed that once the TVpad has been connected to the Internet, but before the user performs any actions with the device, the device automatically performs Internet domain name server (DNS) lookups, in order to locate one or more servers with which it needs to communicate in order to properly authenticate itself as a valid TVpad ("DNS Lookup Servers"). The device then contacts the identified servers and authenticates itself by sending unique identifying information to that server ("Authentication Servers"). *See* Exhibit 45 (list of U.S. servers involved in TVpad operations, including the DNS Lookup Servers and Authentication Servers).

25.     Our forensic analysis demonstrated that the TVpad then automatically downloads operational support content such as the TVpad Store menu of apps and thumbnail graphic images (icons) for those apps, from another set of servers (the "TVpad Store Servers"). *See* Exhibit 45. The device regularly contacts the TVpad Store Servers to update the contents of the TVpad Store. While the TVpad device is in operation, it also contacts a number of different leased commercial servers for operational assistance and content (the "Operational Servers").  *See* Exhibit 45.

26.     When users download Infringing TVpad Apps from the TVpad Store for installation to their TVpad devices, those apps are downloaded from the TVpad Store Servers.  During operation of the Infringing TVpad Apps, those Apps download operational content such as program guides and thumbnail graphics from certain of the TVpad Operational Servers.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### *Initial Onscreen Displays*

27.     Once the TVpad is connected to a television or other video monitor and turned on, and the above automatic functions occur, a welcome screen appears:



TVpad4 Welcome Screen

28.     Next, onscreen prompts appear requiring a user (a) to select the language the device will use for menus and to display text, and (b) to set the time zone:



TVpad4 User Settings Screens

29.     After selecting a few additional technical settings, depending on the model, the user is then prompted to read and accept mandatory terms of service (titled "TVpad Legal Information and User Agreement"):

---

14

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021



The TVpad4 User Agreement Screen

30.     Among other things, the TVpad Legal Information and User Agreement states:

"1.1.   TVpad products (hereinafter referred to as "TVpad") are supplied by Create New Technology (Hong Kong) Limited (hereinafter referred to as "CNT").

* * *

1.2.   TVpad Store is the platform that allows you to browse, search, download and install software applications of interest . . . that TVpad supports. . . .

* * *

3.1.1. CNT does not recommend software applications other than those provided through the TVpad Store be installed into the TVpad. If user installs any software application not provided through the TVpad Store into the TVpad, the user herein agrees to be responsible and to assume all risks and liabilities resulted from the installation and use of the software application.

* * *

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3.2.   You agree not to access (or try to access) TVpad in any ways other than through the interface provided by CNT, unless otherwise specifically permitted by the separate agreement between you and CNT.  You shall agree not to access (or try to access) TVpad in any automatic ways (including script, crawlers or similar techniques), and ensure to comply with instructions (in electronic and/or written form) provided with the TVpad.

* * *

3.8.   CNT reserves the right to preview, examine, report, filter, modify, refuse or delete any or all software applications in the TVpad Store . . .

3.9.   You agree that the TVpad product, the TVpad Store, the Products accessible through the TVpad Store, contain proprietary information and material . . . that is owned by CNT and/or the Publishers of the Products . . .

3.10.  Notwithstanding any other provision of this Agreement, CNT and the Publishers reserve the right to change, suspend, remove, or disable access to any Products, content, or other materials accessible through the TVpad Store at any time without notice.

* * *

7.4.   . . . CNT reserves the right to modify, suspend, or discontinue the TVpad Store (or any part or content thereof) at any time with or without notice to you."

Attached hereto as Exhibit 47 are true and correct photographs of the TVpad Legal Information and User Agreement as displayed on the TVpad3, which I personally captured.

31.   After the user accepts the terms of use, on the TVpad4 a series of four promotional screens appear as a slideshow on the device.[4]  The first promotional

---

[4]  This slideshow does not appear on the TVpad3 device.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

slide displays several apps with the caption "Watch TV shows, movies, VOD and Live TV whenever you like."



Promotional Screen No. 1

Notably, this first promotional slide features an icon for what appears to be a version of one of the "Yue Hai" Infringing TVpad Apps.

32.    The second promotional slide on the TVpad device promotes "Massive apps for your choice."

17

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



Promotional Screen No. 2

This promotional slide features an icon for a "516" app, one of the Infringing TVpad Apps.

33.     On both the TVpad3 and TVpad4, a menu screen for the device appears next; this screen is the device's primary or "home" screen. For the TVpad3, this contains a menu bar on the left side that a user can use to navigate to the "TVpad Store," "My TVpad,"[5] and "Settings." For the TVpad4, the menu screen has a hidden menu bar on the left with the same three options, and an onscreen button (denoted by a plus symbol) that provides a shortcut to the TVpad Store. The Tvpad4 menu screen also includes three promotional banners or advertisements.  The TVpad4 menu screen, as of January 13, 2015, included a banner advertisement promoting the Gang Yue Wang Luo Dian Shi Infringing TVpad App, and a banner advertisement promoting the BETV Plus Infringing TVpad App. Attached hereto as Exhibit 48 is a true and correct copy of an image of the TVpad4 menu screen, as of January 13, 2015, displaying these two banners advertisements (along with a third banner

_____

[5] Selecting the "My TVpad" option takes a user to a user account screen.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

advertisement touting the TVpad device itself), which I personally captured, and a certified translation of these two banner advertisements.[6]



The TVpad4 Menu Screen

34.    Clicking on the Gang Yue Wang Luo Dian Shi banner ad or the BETV Plus banner ad takes the user directly to the download page for the respective Infringing TVpad App, bypassing the TVpad Store home page:





Gang Yue Wang Luo Dian Shi Download Page



BETV Plus Download Page

---

[6] The BETV Plus banner ad contains Chinese language characters that I understand expressly state that the app provides live, VOD and replay live streaming.

19

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

35.     To reach the TVpad Store, a user can click on the shortcut button on the TVpad4 screen, or use the menu button on the left side of the menu screen on either model of the device:



TVpad4 Menu Screen With Menu Bar Revealed

36.     Although the TVpad Store functions similarly on the TVpad3 and the TVpad4, the apps available in the Store, and how the apps are organized, differ. I discuss the organization of the TVpad Store for each model of the device separately, below.

### *The TVpad Store on the TVpad3 Device*

37.     On the TVpad3, the left side of the home screen of the TVpad Store displays a menu bar that provides several optional views: "Hot," a list of popular apps; "App Category," a list of apps by type (such as "Live TV" and "TV Dramas"); "Search," a tool to find apps by name; and "App Manager," a tool to manage installed apps. When the TVpad user accesses the TVpad Store for the first time, the user automatically sees pre-selected app icons labeled "New Apps" and "Hot Apps" on the screen, in two rows on the right side of the screen:

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



TVpad Store Home Screen (TVpad3)

In the example above from May 13, 2014, the Infringing TVpad Apps BETVII, BETV_HD, and Sport Online were listed as "New Apps."

38.   When I selected "App Category" on the TVpad 3 device, I observed several Infringing TVpad Apps on the right two-thirds of the screen:



TVpad Store with "App Category" Selected (TVpad3)

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

39.   When I selected the "Live TV" category in the TVpad Store on the TVpad3, I observed the following Infringing TVpad Apps: BETV, BETV HD, BETV II, Sport Online, and 516.



TVpad Store with the "Live TV" Category Selected (TVpad3)

40.   Similarly, when I selected the "TV Dramas" category in the TVpad Store on the TVpad3, I observed the Gang Tai Wu Xia app, an Infringing TVpad App that streams TVB Kung Fu dramas in video-on-demand mode.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TV Dramas Category

Infringing Gang Tai Wu Xia App

TVpad Store with the "TV Dramas" Category Selected (TVpad3)

41.    By selecting an app from the TVpad Store and then pressing OK on the remote control, a user may download Infringing TVpad Apps free of charge. For example, during our testing of the TVpad3, we downloaded and installed the following Infringing TVpad Apps: BETV, BETVII, BETVHD, 516, and Sport Online, as well as the N+ app, discussed in Paragraphs 44-45 below. Our testing showed that for each app we selected for installation, the app was downloaded from the same TVpad Store Servers from which the TVpad device had automatically downloaded the TVpad Store menu of apps and app icons (*see* Paragraph 26 above; *see also* Exhibit 45).

23

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

42.     Examples of user interfaces of Infringing TVpad Apps appear below:




BETV Live TV Mode Menu                    BETV Replay Live Mode Menu

43.     Initiating a download of a particular Infringing TVpad App does not produce onscreen prompts requiring a user to review any terms and conditions for the app itself. We also did not observe and were unable to locate, for any Infringing TVpad App we downloaded, any information provided within the app or anywhere else (including online) that adequately identify the owner, creator, or distributor of such app.

44.     One particular app available in the TVpad Store on the TVpad3 model merits further explanation. The app called "N+" is itself another "store" offering multiple infringing apps for free download. The user interface of this "N+ Store" resembles the user interface of the TVpad Store, displaying a menu bar that provides users with several different optional views: "Hot Apps," a list of popular TVpad Apps available through the N+ app store; "Recommends," a list of recommended apps; "Search;" and "Download." The TVpad3 device shows the N+ store on the TVpad user's television screen, with the default "Hot Apps" category appearing first, as follows:

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



N+ App Interface on TVpad3

When I opened the N+ Store app on the TVpad3 device, I observed icons for the following Infringing TVpad Apps (as shown in the above image): BETV, Gang Yue Kuai Kan, Yue Hai Kuan Pin, Yue Hai Shi Yi, BETVII, and Yue Hai Kuan Pin 2.

45.    A user may download individual TVpad apps or entire TVpad app collections using the N+ Store. Notably, the Hot Apps option on the N+ store includes a collection of Infringing TVpad Apps titled "CN&HK TV Shows", which I interpreted to mean "Chinese and Hong Kong TV Shows". During our testing, we downloaded the "CN&HK TV Shows" collection from the N+ Store, which resulted in installation on the TVpad3 device of the following Infringing TVpad Apps: BETV, BETVII, Yue Hai Kuan Pin 23, Yue Hai Shi Yi 3, Yue Hai Kuan Pin 3, and Gang Yue Kuai Kan.

25

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

*The TVpad Store on the TVpad4 Device*

46.     The home screen on the TVpad4 has a menu bar at the top of the screen that contains the following options: "Picks", "Top", "Categories", "Search", and "Management." The selected option is highlighted, and the others are dimmed.



Home Screen of TVpad Store on TVpad4 ("Picks" Selected)

The home screen of the TVpad4 defaults to the "Picks" option, and this screen automatically shows icons under "New" and "Hot" categories of apps, just as on the home screen of the TVpad Store on the TVpad3 but arranged in blocks of six icons. When I opened the home screen on the TVpad4, I observed the following six Infringing TVpad Apps (shown in the image above): Gang Yue Wang Luo Dian Shi, BETV Plus, 516 Online TV, Sports Online, Gang Tai Wu Xia, and Yue Hai Shi Yi.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

47. Selecting the "Top" option yields another screen with what appear to be curated app selections, divided into "Apps" and "Games":



"Top" Screen on TVpad Store (TVpad4)

The above image shows two Infringing TVpad Apps under the "Apps" category: Gang Yue Wang Luo Dian Shi and BETV Plus.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

48.     Selecting the "Categories" option yields a screen with seven app categories, including "VOD" and "Live TV":



"Categories" Screen on TVpad Store (TVpad4)

Clicking on a particular category takes a user to a screen or series of screens displaying multiple apps for the selected category.

49.     When I viewed the first screen of the VOD category, I observed three Infringing TVpad Apps (shown in the image below): the Gang Yue Wang Luo Dian Shi, BETV Plus, and Gang Tai Wu Xia apps.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

First Screen in "VOD" Category in TVpad Store (TVpad4)

50.     Similarly, when I selected the "Live TV" category in the TVpad Store on the TVpad4, I observed three Infringing TVpad Apps on the first screen:

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



First Screen in "Live TV" Category in TVpad Store (TVpad4)

The Infringing TVpad Apps that appear on this screen are the 516 Online TV, Sports Online, and Yue Hai Shi Yi apps.

### *No Procedures for Reporting Infringement*

51.     On both the TVpad3 and TVpad4, the TVpad Store has no posted policy or statement instructing users how to report activity that they believe infringes copyrights.  Nor are there any informal procedures or mechanisms (such as a "Report This App" button) that would enable users of the TVpad device to report activity that they believe infringes copyrights.  Based on information available on the United States Copyright Office's website, I have determined that CNT has not appointed an agent to receive notifications of claimed copyright infringement relating to the TVpad Store.

30

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## Methods by Which Infringing TVpad Apps Stream CCTV and TVB Programs

52.    My forensics investigation showed that Infringing TVpad Apps stream CCTV and TVB programming through four modes familiar to users of contemporary cable and satellite television set-top boxes. As noted above, these modes deliver:

- live television programming as it is broadcast, subject to minor delay due to the video capture and streaming process ("Live TV Mode");

- time-delayed live television programming, such that programming is streamed around the same time of day in the U.S. as it originally aired in China, depending on respective time zones ("Time-Shifted Mode");

- specific recorded programming chosen through a menu system, often known as video-on-demand ("VOD Mode"); and

- specific recorded programming chosen through a menu system for a specific time frame, such as the last three days ("Replay Live Mode").

### *TVpad Live Television Mode: Peer-to-Peer Streaming*

53.    The live television video data streamed through Infringing TVpad Apps in Live TV Mode is delivered to TVpad users through a peer-to-peer network. In Live TV Mode, each TVpad user connects to a group of many other TVpad users, and receives data from those peers that is assembled to view video. That TVpad user, in turn, transmits data out to numerous other TVpad users to perpetuate the peer-to-peer network.  In other words, TVpad users who use Infringing TVpad Apps to watch live CCTV and TVB programming not only receive that programming, but also simultaneously retransmit that programming to large numbers of other TVpad users in the United States and elsewhere.

54.    Our investigation showed that, in addition to transmitting and receiving content from other TVpads, Infringing TVpad Apps in Live TV Mode also connect to a set of leased commercial servers that the apps treat as peers ("Live TV Servers").

31

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

These Live TV Servers also stream content to the TVpad devices, presumably to add stability to the peer-to-peer network, especially when few TVpad peers are online. A number of these Live TV Servers are located in the United States, including Los Angeles, California.  *See* Exhibit 45 (list of U.S. servers).

55.     In the case of the TVpad4, when operating in Live TV Mode, each TVpad "peer" communicates with an unknown central server on the public Internet that learns and manages the peers' IP addresses and methods needed for the peers to find each other and to act as upload points.  In the case of the TVpad3, Infringing TVpad Apps in Live TV Mode retrieve an encrypted file (from a server on the SopCast P2P network at sopserv.com), readable only by TVpad Live TV apps, that provides locations in the peer-to-peer network so that the Live TV Apps can establish connections to peers.

56.     Although the peer-to-peer network utilized by the Infringing TVpad Apps in Live TV Mode exists on the "open" Internet, these Apps make use of a private network of TVpad device peers, each of which must be authenticated by central servers in order to operate on the network (the "TVpad Peer-to-Peer Network"). Also, the video streams themselves used by the TVpad Peer-to-Peer Network are encoded at the upstream end (in Hong Kong or mainland China), and then decoded by the Infringing TVpad Apps on the TVpad devices downstream, which means that the party who encodes the stream must provide the decoding key to the party controlling the Infringing TVpad App in order for TVpad devices to view the content, thus keeping the entire process private. By analogy, the public Internet is like a neighborhood, and the TVpad Peer-to-Peer Network is like an adjacent gated community, to which only TVpad apps have access.

57.     While starting up and throughout the playback of live content, Infringing TVpad Apps in Live TV Mode connect to one or more of the TVpad Operational Servers to download content such as program guides for use with those apps. *See* Exhibit 45 (list of U.S. servers).

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

58.     Our review of Internet discussion board posts shows that some TVpad users are aware that Infringing TVpad Apps in Live TV Mode receive and upload streamed video content through a peer-to-peer network. True and correct copies of printouts of such Internet discussion board posts are attached hereto as Exhibit 49, which printouts I personally confirmed accurately reflect the contents of those Internet discussion board posts on February 5, 2015.  Other TVpad users are aware that watching television programming through the TVpad device uses a significant amount of the upload capacity or bandwidth of the user's Internet connection. Attached hereto as Exhibit 50 are true and correct copies of printouts of two Internet discussion board posts and one blog post, in which users discuss the TVpad device's consumption of upload bandwidth, which printouts I personally confirmed accurately reflect the contents of those posts on February 19, 2015.

59.     TVpad users also complain generally about the quality of the TVpad viewing experience, including complaints regarding slow downloads, failed downloads, unavailable channels, unavailable programs, low video quality, and poor sound quality. Attached hereto as Exhibit 51 are true and correct copies of examples of such Internet discussion board posts, which printouts I personally confirmed (with the assistance of a Mintz investigator fluent in Chinese) accurately reflect the contents of those Internet discussion board posts on February 5, 2015, and certified translations of those posts.  During our investigation, I personally observed numerous problems with the TVpad viewing experience, such as video failing to stream or download, video freezing while playing, video terminating in the middle of a program, low video quality, blurring of video, pixelation, and soundtrack out of sync with video.

### *TVpad VOD and Replay Live Modes: Direct Streaming*

60.     Our investigation has demonstrated that Infringing TVpad Apps in VOD Mode and Replay Live Mode function in the same manner as one another, though they access different servers.

33

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

61.     Infringing TVpad Apps in VOD Mode and Replay Live Modes allow the user to select an available television program (such as a specific episode from a CCTV or TVB television series) to view "on demand"—that is, commencing from the beginning of the program and playing the program whenever the user chooses. Infringing TVpad Apps in VOD Mode and Replay Live Mode receive video streams from servers in the U.S., including in Los Angeles, California ("VOD Servers" and "Replay Live Servers", respectively). *See* Exhibit 45 (list of U.S. servers).

62.     We have determined through forensic analysis that Infringing TVpad Apps in VOD Mode and Replay Live Mode specifically request video files from the above (and other) servers, indicating that such video files reside on those servers. Further, the Infringing TVpad Apps in VOD Mode and Replay Live Mode receive data packets from these servers that are of a size indicating they contain recorded video data. The Infringing TVpad Apps also establish connections and begin streaming sufficiently quickly, as compared with live streaming mode, to indicate that the TVpad VOD and Replay Live Servers store copies of CCTV and TVB programs.

### *TVpad Time-Shifted Mode: Peer-to-Peer and Direct Streaming*

63.     Sometimes Infringing TVpad Apps in Time-Shifted Mode stream video content by means of a combination of peer-to-peer streaming (through the TVpad Peer-to-Peer Network) and direct streaming, while at other times, they stream video content exclusively through direct streaming from servers. Time-Shifted direct streams of television programming appear to originate with servers in China and in California.

### **Analysis of TVpad Devices Purchased from U.S. Distributors**

64.     We also examined TVpad3 devices purchased from certain U.S. Distributors by my colleague Shuk Kuen "Lily" Lau. The purchases of these devices are described in the accompanying Declaration of Ms. Lau.

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

***ClubTVpad***

65.     One of the TVpad3 devices I examined was purchased from Defendant Club TVpad, Inc. ("Club TVpad"). Shipping materials accompanying the package indicated that the TVpad device was shipped from 4101 Dublin Blvd Suite F, PMB#18, Dublin, CA 94568 on October 31, 2014.  Attached hereto as Exhibit 52 is a true and correct copy of a photograph I took of the shipping materials that accompanied the TVpad device Ms. Lau purchased from Club TVpad, with the street address and contact information Mintz uses in investigations redacted because the redacted information reflects confidential and proprietary business information.

66.     The TVpad device Ms. Lau purchased from Club TVpad appears to have been configured by Club TVpad before it was shipped to her. When I connected the TVpad device to the Internet and turned it on, instead of displaying the user agreement and the new user questions, the TVpad device had been set up with the following Infringing TVpad Apps already pre-installed: the Gang Yue Wang Luo Dian Shi app, three BETV apps, the HITV app, the Sport online app, three Yue Hai apps, and the Gang Yue Kuai Kan app.  Even had these Infringing TVpad Apps not been pre-installed by Club TVpad, I could have downloaded the Infringing TVpad Apps through the TVpad Store; but Club TVpad facilitated this process by already downloading the infringing TVpad Apps prior to shipping the TVpad device to Ms. Lau.

67.     Using the Infringing TVpad Apps that Club TVpad had pre-installed on that device, I viewed CCTV and TVB television programs on the TVpad device we received from Club TVpad.

***Asha Media***

68.     I examined two TVpad3 devices Ms. Lau purchased through the TVpad.com website.  As set forth in the accompanying Lau Declaration, which I have reviewed, Ms. Lau has determined that the TVpad.com website is operated by Defendant Asha Media Group Inc. ("Asha Media").  For the first device received

from TVpad.com, which arrived on June 9, 2014, the shipping materials accompanying the package indicated that the TVpad had been shipped from "TVPAD.COM" at 1409 South Lilac Avenue, Bloomington, California 92316 on June 3, 2014.  Attached hereto as Exhibit 53 are true and correct copies of photographs I took of the shipping materials that accompanied the first TVpad3 device Ms. Lau purchased from TVpad.com, with the street address Mintz uses in investigations redacted because the redacted information reflects confidential and proprietary business information.

69.    The shipping materials accompanying this TVpad included a sealed padded envelope containing a postcard offering a $20 discount on future purchases from the TVpad.com website and a USB flash drive.  The USB flash drive contained Infringing TVpad Apps and software used by the TVpad device to help load these applications onto the TVpad device. The Infringing TVpad Apps on the USB flash drive included: a 516 app, three BETV apps, the Sport Online app, the Gang Yue Kuai Kan app, and three Yue Hai apps.  Attached hereto as Exhibit 54 are true and correct copies of photographs I took of the envelope contents and a screenshot of the file contents of the USB flash drive.

70.    Based on Mintz's other purchases of TVpad devices, the flash drive shipped by TVpad.com along with the device is not part of the TVpad device as shipped from the manufacturer.  The flash drive is not necessary to load these Infringing TVpad Apps onto the TVpad because all of these Infringing TVpad Apps are available for download through the TVpad Store; but TVpad.com facilitated this process by providing a flash drive that contained Infringing TVpad Apps.

71.    Using the Infringing TVpad Apps TVpad.com supplied on the flash drive, I viewed CCTV and TVB television programs on the first TVpad device we received from TVpad.com.

72.    In October 2014, I examined a second TVpad3 device Ms. Lau purchased from TVpad.com, which was shipped from the same Bloomington,

36

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

California address as the first device.  Attached hereto as Exhibit 55 are true and correct copies of photographs I took of the shipping materials accompanying the second TVpad device Ms. Lau purchased from TVpad.com, with the street address Mintz uses in investigations redacted because the redacted information reflects confidential and proprietary business information.  The shipping materials for this TVpad device again included a sealed padded envelope containing a postcard offering a $20 discount and a USB flash drive containing the same Infringing TVpad Apps and software as provided with the first TVpad device, along with several additional apps.  Attached hereto as Exhibit 56 are true and correct copies of a photograph of the envelope contents and a screenshot of the file contents of the USB flash drive.

73.     Using the Infringing TVpad Apps TVpad.com supplied on the flash drive, I viewed CCTV and TVB television programs on the second TVpad device we received from TVpad.com.

**Recording of Infringing TVpad Apps Streaming CCTV and TVB Programs**

74.     To memorialize examples of infringement of CCTV and TVB programs, Mintz recorded video of CCTV and TVB programs being streamed through various Infringing TVpad Apps operating on the TVpad device in multiple modes.  I made these recordings using a digital recording device on the same local network as the TVpad, which received an exact copy of the streaming content being received by the TVpad, and displayed the content  simultaneously on a video monitor also set up in the room. I was present during each recording and viewed these broadcasts being played on the television monitor.

75.     Specifically, the details regarding these recordings—including program name, number of airings recorded, air date, CCTV or TVB channel, Infringing TVpad App used, and app mode used—are as follows:

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### Streaming of CCTV Programs

| Program (number of airings recorded) | Air date(s) (in 2014) | CCTV Channel | Infringing TVpad App(s) | Mode |
|---|---|---|---|---|
| Across the Strait (8) | Sept. 22-25, 27-28; Oct. 4-5 | CCTV-4 | BETV3, BETVII3, 516 | Live TV Mode, Replay Live Mode |
| Around China (8) | Sept. 22-25, 27-28; Oct. 4-5 | CCTV-4 | BETV3, BETVII3, 516 | Live TV Mode, Replay Live Mode |
| Art life (2) | Sept. 25; Oct. 3 | CCTV-3 | BETVII3 | Replay Live Mode |
| Echo Clear (3) | Sept. 26; Oct. 3, 5 | CCTV-3 | BETVII3 | Replay Live Mode |
| Fashion Infinite (2) | Sept. 28; Oct. 5 | CCTV-4 | BETVII3, 516 | Live TV Mode, Replay Live Mode |
| I Want to Go to the Spring Festival Gala (2) | Sept. 28; Oct. 5 | CCTV-3 | BETVII3 | Replay Live Mode |
| Star Walk (3) | Sept. 25, Oct. 3-4 | CCTV-3 | BETVII3 | Replay Live Mode |
| To A Happy Departure (1) | Sept. 22 | CCTV-3 | BETVII3 | Replay Live Mode |
| Variety Festival (1) | Sept. 23 | CCTV-3 | BETVII3 | Replay Live Mode |

### Streaming of TVB Programs

| Program (number of airings recorded) | Air date(s) (in 2014) | TVB Channel | App(s) | Mode |
|---|---|---|---|---|
| A Closer Look (1) | Oct. 6 | interactive News | Yue Hai Zhi Bo | Live TV Mode |
| All That is Bitter is Sweet (4) | Sept. 29-Oct. 2 | Jade | Yue Hai Kuan Pin 23, HITV, Yue Hai Kuan Pin 3 | Live TV Mode, Replay Live Mode |
| Big Boys Club (7) | Sept. 29-Oct. 3; Oct. 7 | J2 | Yue Hai Kuan Pin 23, HITV, Yue Hai Kuan Pin 3 | Live TV Mode, Replay Live Mode |
| Come Home Love (5) | Sept. 29-30; Oct. 2-3; Oct. 8 | Jade, JadeHD | Yue Hai Kuan Pin 23, Yue Hai Kuan Pin 3 | Live TV Mode, Replay Live Mode |
| Line Walker (5) | Sept. 29-Oct. 3 | Jade, JadeHD | Yue Hai Kuan Pin 23, HITV, Yue Hai Kuan Pin 3 | Live TV Mode, Replay Live Mode |

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Program (number of airings recorded) | Air date(s) (in 2014) | TVB Channel | App(s) | Mode |
|---|---|---|---|---|
| Pearl News (4) | Sept 29-Oct. 1; Oct. 9 | Pearl | Yue Hai Kuan Pin 23 | Replay Live Mode |
| Pleasure & Leisure (5) | Sept. 30-Oct. 2; Oct. 8-9 | Jade | Yue Hai Kuan Pin 23, Gang Yue Wang Luo Dian Shi | Replay Live Mode |

76.   I am informed by Plaintiff DISH that all of the CCTV and TVB programs we recorded using Infringing TVpad Apps on the TVpad device also are broadcast in the United States through DISH's satellite and OTT television service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ⎰day of March 2015 in New York, New York.

Nicholas Braak

Braak Decl. ISO Motion for Preliminary Injunction
DWT 25934365v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**LAU DECLARATION**

### DECLARATION OF SHUK KUEN "LILY" LAU

I, Shuk Kuen "Lily" Lau, declare as follows:

1.     I am a licensed private investigator with the Mintz Group LLC ("Mintz"), a corporate research and investigations firm headquartered in New York. For more than 20 years, I have worked as a legal translator—working with (among others) the Manhattan District Attorney's office, the office of the United States Attorney for the Southern District of New York, and various federal agencies (including U.S. Immigration and Customs Enforcement, the Drug Enforcement Administration, and the Federal Bureau of Investigation) on a variety of matters, including Chinese organized-crime investigations and prosecutions.  I am fluent in and a court certified translator of the Mandarin, Cantonese, and Fujianese dialects.  I make this declaration in support of the motion of plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd ("CCIC"), TVB Holdings (USA), Inc. ("TVB (USA)"), and DISH Network L.L.C. ("DISH" and collectively with CCTV, CICC, and TVB (USA), "Plaintiffs") for a preliminary injunction.  I have personal knowledge of the facts contained herein and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters I believe to be true.

2.     In 2014, Plaintiffs engaged Mintz to investigate a television set-top box device known as "TVpad" and the unlicensed international television programming accessible to U.S. consumers through the TVpad device.  Under the direction of lead Mintz investigator Christopher Weil, I was charged with investigating the distribution and sale of the TVpad device into and within the United States.  Among other things, I and other investigators under the direction and control of Mr. Weil researched the activities of two companies that distribute the TVpad device in the United States:  Defendants Club TVpad, Inc. ("Club TVpad") and Asha Media Group Inc. d/b/a TVpad.com ("Asha Media").

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### Club TVpad

3.     As part of my investigation of Club TVpad, I reviewed the company's website and other publicly available materials compiled by Mintz investigators regarding its location, ownership, and activities as a distributor of TVpad devices. Mintz investigators under the direction and control of my supervisor Christopher Weil also reviewed Club TVpad's website and Facebook page to determine the extent to which Club TVpad advertises, promotes, and encourages the use of TVpad applications or "apps" that illegally stream the television programming of CCTV and TVB (USA)'s Hong Kong-based parent company Television Broadcasts Limited ("TVB") to TVpad users in the United States.  (I shall refer to these apps collectively as the "Infringing TVpad Apps".)  Finally, I purchased a TVpad device from Club TVpad and engaged in communications with Club TVpad personnel regarding the TVpad device.  The results of my investigation are set forth in detail below.

4.     Club TVpad is a California corporation.  The "Business Entity Detail" page on the California Secretary of State's website identifies Bennett Wong as Club TVpad's agent for service of process and lists 3240 Shawn Way in Hayward, California as Club TVpad's business address.  Attached hereto as Exhibit 57 is a true and correct copy of a printout of the Business Entity Detail webpage for Club TVpad from http://kepler.sos.ca.gov/, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

5.     Club TVpad operates a website at the domain name clubtvpad.com. According to archived domain registration records, as of July 2012, the registrant of the domain for Club TVpad's website was Bennett Wong, 225 W. Santa Clara Street, Suite 600, in San Jose, California.  By September 2012, the domain registration had been transferred to a third-party domain-name privacy service named Domains by Proxy, which is the current registrant, according to archived domain registration records.  Attached hereto as Exhibit 58 is a true and correct copy of a DomainTools domain report for clubtvpad.com, which includes archived domain registration

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

records.  DomainTools is a website that provides publicly-available information regarding current and past domain name registrants, sometimes referred to as WHOIS registration information.  One obtains records from DomainTools by searching for a given domain name at domaintools.com and selecting the type of records one wishes to view.  I personally confirmed on February 5, 2015 that Exhibit 58 reflects the live domain registration records for clubtvpad.com on DomainTools.com.

6.    Club TVpad is listed as an authorized U.S. distributor of the TVpad device on itvpad.com, the website operated by the manufacturer of the TVpad device, Create New Technology (HK) Ltd. ("CNT").  Attached hereto as Exhibit 59 is a true and correct copy of a printout of the webpage at http://www.itvpad.com/serviceNetwork.html, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015, and a certified translation of that printout.

7.    Club TVpad operates a Facebook page at https://www.facebook.com /pages/ToyzMore4u-Club-TVpad/212039942176662.  Club TVpad advertises and promotes the TVpad device on this Facebook page.  Attached hereto as Exhibit 60 are true and correct copies of the Timeline and About Us webpages from Club TVpad's Facebook page, which printouts I personally confirmed accurately reflect the contents of those webpages on February 5, 2015.

8.    A June 25, 2012 post on Club TVpad's Facebook Page includes an image of a "Regional Reseller Authorization" certificate from CNT for Club TVpad. Attached hereto as Exhibit 61 is a true and correct copy of a printout of the January 25, 2012 Club TVpad Facebook posting, which printout I personally confirmed accurately reflects the contents of that Facebook posting on February 5, 2015

9.    Club TVpad advertises and offers TVpad devices for sale to consumers through its website, including to consumers in the United States, the State of California, and the Los Angeles area.  Club TVpad sells the TVpad3 device on its

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

website for $249.99.  Attached hereto as Exhibit 62 is a true and correct copy of a printout of the product webpage for the TVpad3 device at http://clubtvpad.com/main/shop/tvpad3-m58/, which I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

10.    On both its website and its Facebook page, Club TVpad promotes the Infringing TVpad Apps and the availability on the TVpad device of CCTV and TVB television programming streamed from Asia at no charge to consumers, as detailed below:

a.    Club TVpad states on its homepage that TVpad users may "Access tons of content with no monthly charge!  It's a set top box (IPTV) that lets you access Chinese, Vietnamese and Korean TV and movies with no additional charge!!"  Attached hereto as Exhibit 63 is a true and correct copy of a screenshot of the webpage at http://clubtvpad.com/main/, which screenshot I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

b.    In an April 26, 2013 post on Club TVpad's Facebook page, a Club TVpad administrator stated: "For those who want to use TVpad to watch the NBA Playoffs. Here is CCTV5 schedule."  When a user then asked which TVpad app to use to watch CCTV5, a Club TVpad Administrator stated "BETV or BETV HD."  As a result of our investigation, Mintz has determined that the BETV and BETV HD apps are Infringing TVpad Apps that stream CCTV television programming.  Attached hereto as Exhibit 64 is a true and correct copy of a printout of the April 26, 2013 Club TVpad Facebook post, which printout I personally confirmed accurately reflects the contents of that Facebook post on February 5, 2015.

c.    In a June 5, 2013 post on Club TVpad's Facebook page, a Club TVpad administrator posted a picture of the icon for the BETV II app and stated: "Here's the icon to look for when searching for the BETV2."  As a result of our investigation, Mintz has determined that the BETV II app is an Infringing TVpad App that streams CCTV television programming.  Attached hereto as Exhibit 65 is a

4

true and correct copy of a printout of the June 5, 2013 Club TVpad Facebook post, which printout I personally confirmed accurately reflects the contents of that Facebook post on February 5, 2015.

        d.    In a November 12, 2012 post on Club TVpad's Facebook page, Club TVpad posted the following message: "Are you a Direct TV subscriber? Then you might be aware that they are removing TVB from their line up at the end of the month. Meaning Direct TV subscribers will no longer receive TVB channels with Direct TV. This is the best time to get a TVpad to replace Direct TV."  In the responses to that post, a user asked whether TVpad users will get in "trouble" for using the TVpad device, and a Club TVpad administrator assured the user to the contrary, pointing to the many people using torrents to download movies for free. Attached hereto as Exhibit 66 is a true and correct copy of a printout of these November 12, 2012 Club TVpad Facebook posts, which printout I personally confirmed accurately reflects the contents of those Facebook posts on February 5, 2015.

        11.    The homepage of Club TVpad's website contains a graphic of the TVpad's interface that displays icons for seven Infringing TVPad Apps, specifically the Gang Yue Kuai Kan app, Yue Hai Shi Yi app, Yue Hai Kuan Pin app, 516 Online TV app, BETV app, HITV app and Sport Online app.  A screenshot of this graphic on Club TVpad's homepage follows:





DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Attached hereto as Exhibit 67 is a true and correct screenshot of the webpage containing this graphic at http://clubtvpad.com/main/, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

12. Club TVpad's website also includes a discussion board (or "forum") section, in which TVpad users solicit advice from Club TVpad on how to view CCTV and TVB television programming using the Infringing TVpad Apps. A Club TVpad site administrator under the screen name "clubtvpad" provides that advice. For example, an exchange of posts on the discussion board section of the Club TVpad website beginning on July 8, 2014 included the following statements:

> DarkKnight22: "The TVB drama app does not load at all. It is the one with the disc Icon…."
>
> Clubtvpad: "Sounds like you are not running the latest version of the app. Go to the app manager and see if there is an update.  Also check to make sure one on [sic] the latest firmware. All VOD and live TV is working on Tvpad."

Our investigation also located numerous exchanges where Club TVpad administrators promoted the Infringing TVpad Apps and/or the availability of CCTV and TVB programming on the TVpad device, including the TVB series "Divas in Distress" and the NBA Playoffs on CCTV5.  Attached hereto as Exhibit 68 are true and correct copies of printouts of the July 2014 forum thread and of other representative forum threads from the Club TVpad forum at http://clubtvpad.com/main/forums/, which printouts I personally confirmed accurately reflect the contents of those forum threads on February 5, 2015, and certified translations of selected portions of those printouts.

13. In numerous other threads on Club TVpad's forum, Club TVpad administrators provide technical assistance to TVpad users to help them access infringing content, including CCTV and/or TVB programming.  Attached hereto as

Lau Decl. ISO Motion for Preliminary Injunction
DWT 25498127v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 69 are true and correct copies of printouts of representative forum threads from the Club TVpad forum at http://clubtvpad.com/main/forums/, which printouts I personally confirmed accurately reflect the contents of those forum threads on February 5, 2015.

14.     Several other threads on Club TVpad's forum involving Club TVpad administrators and moderators demonstrate knowledge by Club TVpad and its customers that the TVpad makes use of a peer-to-peer network to provide streaming video content.  Attached hereto as Exhibit 70 are true and correct copies of printouts of representative forum threads from the Club TVpad forum at http://clubtvpad.com/main/forums/, which printouts I personally confirmed accurately reflect the contents of those forum threads on February 5, 2015.

15.     An entire section of the Club TVpad forum is dedicated to "TVB Drama Discussion."  Attached hereto as Exhibit 71 are true and correct copies of printouts of webpages from the Club TVpad forum showing the "TVB Drama Discussion" section, which printouts I personally confirmed accurately reflect the contents of those webpages on February 5, 2015.

16.     Club TVpad also provides customer support and assistance on its Facebook page to help its customers access infringing television programming.  For example, on December 16, 2014, a TVpad user in Arcadia, California stated that he had not been able to watch TVB drama series for two days. An administrator asked the user "on what platform" the user was attempting to watch the TVB drama series, and the user identified the Infringing TVpad App Gang Yue Kuai Kan in Chinese. An administrator then responded "They tend to be a bit slow in updating content during the holidays. Just have to wait."   Attached hereto as Exhibit 72 is a true and correct copy of a printout of the Facebook post at https://www.facebook.com/permalink.php?story_fbid=760421907338460&id=212039942176662, which printout I personally confirmed accurately reflects the contents of that Facebook post on February 5, 2015.

17.     On October 26, 2014, I called Club TVpad at the Oakland, California-area telephone number Bennett Wong used to register the domain name clubtvpad.com.  An individual identifying himself as Bennett Wong answered the phone.   During our phone conversation, Mr. Wong stated that there is no monthly charge to access Chinese television programming on the TVpad.  He explained that the one-time, up-front purchase price of the TVpad device is the only cost to access television programming, which is part of what makes the TVpad device so popular. He stated that the TVpad device is similar to a Roku set-top box but with more Asian television stations and indicated that the television channels available on the TVpad device include TVB's TVBS and Jade channels.  He instructed me about how to connect the TVpad device to the Internet, about how to open the TVpad Store on the TVpad device, and about how to download apps that provide access to television programming.  Mr. Wong also provided me with a discount coupon code to decrease the cost of the TVpad device to $220.

18.     On October 26, 2014, I purchased a TVpad device from Club TVpad on its clubtvpad.com website for a total cost of $238.71.  On October 26, 2014, I personally received an email confirming my purchase from orders@clubtvpad.com. A true and correct copy of that confirmation email is attached hereto as Exhibit 73, with the street address and telephone number Mintz used for this investigation redacted because the redacted information reflects confidential and proprietary business information.  On November 3, 2014, a package addressed to me containing the TVpad device was received at a Mintz address in West Hills, California, and was forwarded to my colleague Nicholas Braak in New York for review.

19.     Subsequently, Mr. Braak informed me that several Infringing TVpad Apps were pre-installed on the TVpad device I purchased from Club TVpad, as set forth in the accompanying Braak Declaration, which I have reviewed.

20.     On November 20, 2014, I called Club TVpad and again spoke with the individual identifying himself as Bennett Wong.  During our conversation, Mr. Wong

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

stated that he had directed his staff to install several apps because I had stated in our previous phone conversation that I wanted to watch television programs from Hong Kong. Mr. Wong instructed me to use the Infringing TVpad App Gang Hai Kuai Kan and stated that it would provide Hong Kong television series going back three years, including drama series and movies on demand. With respect to live programming, Mr. Wong advised me that I could use the Infringing TVpad App Yue Hai Kuan Pin to view live television channels from Hong Kong, including TVB channels, and that the Infringing TVpad App Yue Hai Kuan Pin 2 would provide live and pre-recorded programs going back three days, including on TVB's Jade channel. Mr. Wong stated that, based on feedback from other customers, he had instructed his staff to install the most popular TVpad apps at the top of the TVpad Store and less popular ones at the bottom on the device that was shipped to me.

### Asha Media

21.    I also investigated Asha Media, another U.S. distributor of TVpad devices. During my investigation, I reviewed publicly available materials to determine Asha Media's location, ownership, and its activities as a distributor of TVpad devices. I also reviewed the website at http://www.tvpad.com/en/ ("TVpad.com"), which, based on Mintz's investigation, we have concluded is operated by Asha Media. I also called Asha Media and spoke with Asha Media personnel directly. Finally, I purchased two TVpad devices from TVpad.com and engaged in communications with TVpad.com personnel regarding the devices. The results of my investigation are set forth in detail below.

22.    Asha Media is a Florida corporation with a registered business address in Green Cove Springs, Florida. According to records on file with the Florida Secretary of State, Amit Bhalla is the President of Asha Media, and Rena Mehta is Asha Media's registered agent for service of process. Attached hereto as Exhibit 74 are true and correct copies of records on file with the Florida Secretary of State pertaining to Asha Media, printed from the Florida Secretary of State's website,

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

which printed copies I personally confirmed accurately reflect live records on the Florida Secretary of State's website on February 10, 2015.

23.     Based on Mintz's investigation, we have concluded that Asha Media operates the TVpad.com website.  This conclusion is based on the following facts:

a.     A Mintz investigator under my supervisor Christopher Weil's direction and control used the Wayback Machine website from the Internet Archive—a non-profit organization that archives historical copies of other websites, identified by web address and date—to access archived historical copies of the TVpad.com website.  According to these historical copies of TVpad.com for February 9, 2014 and October 20, 2013, the "About Us" webpage on TVpad.com stated:

> TVPad Store is owned and managed by Asha Media Group Inc., a Florida, U.S based company. Our management and customer service departments are located in U.S, while the factory and shipping units are in China.

Attached hereto as Exhibit 75 are true and correct copies of printouts of these archived historical copies of the above-quoted webpage from the Wayback Machine at https://web.archive.org/web/20140209102717/http://www.tvpad.com/en/about-us and https://web.archive.org/web/20131020050516/http://www.tvpad.com/en/about-us, which printouts I personally confirmed on February 5, 2015 accurately reflect the contents of those archived historical copies.

b.     Mintz investigators located a profile webpage for Amit Bhalla (screen name AmBhalla) on the website Brownbook.net, an online business directory.  That profile states that Amit Bhalla operates the "TVpad Store" and lists an email address of sales@tvpad.com.  Another webpage on Brownbook.net identifies the "TVpad Store" as www.tvpad.com.  Attached hereto as Exhibit 76 are true and correct copies of printouts of the above-mentioned webpages on

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Brownbook.net, which printouts I personally confirmed accurately reflect the contents of those webpages on February 5, 2015.

      c.    Mintz investigators also located a profile webpage for Amit Bhalla on the website Mylot.com, which is a discussion board and blogging community.  The profile states that Amit Bhalla is "[a]n entrepreneur in the TVpad business, enabling people to watch Chinese, Japanese, and Korean TV from anywhere in the world" and lists Amit Bhalla's website as www.tvpad.com/. Attached hereto as Exhibit 77 is a true and correct copy of a printout from the webpage at http://www.mylot.com/abhalla, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

      d.    Mintz investigators also located a post on cloudytags.com, an "adult social bookmarking" website.  A user going by the name "abhalla" posted on the website: "Why is TvPad so awesome? – Because you can watch Chinese, Korean or Japanese TV from anywhere in the world with this awesome device." The post provided a link to a blog post on the TVpad.com website.  Attached hereto as Exhibit 78 is a true and correct copy of a printout of the webpage at www.cloudytags.com/linkdetails/471437.html, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015

24.    TVpad.com offers TVpad devices for sale to consumers, including to consumers in the United States, the State of California, and the Los Angeles area. TVpad.com sells the TVpad3 model for $259 and the TVpad4 model for $329. Attached hereto as Exhibit 79 is a true and correct copy of a printout of the product webpage for TVpad devices at http://www.tvpad.com/en/tvpad-store.html, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

25.    The TVpad.com website contains both Chinese- and English-language web pages.  The English-language homepage of TVpad.com states that the website is an "Authorized TVpad store that ships Genuine and Authentic TVpad products,

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

directly from the factory."  Attached hereto as Exhibit 80 is a true and correct copy of a printout of the webpage at http://www.tvpad.com/en/, which printout I personally confirmed accurately reflects the contents of that webpage on February 10, 2015.

26.    The TVpad.com website advertises and promotes the TVpad device as permitting customers to watch television programing from Asia.  For instance, the English-language homepage of TVpad.com states:

> TVpad is the most popular streaming smart box that offers the best access to Chinese, Korean, and Japanese TV from anywhere in the world.  If you live abroad and miss your favorite shows, including dramas, sports, gameshows, news, movies, and music, then TVpad can keep you connected to it all. TVpad is the perfect streaming entertainment solution for students, ex-pats, travelers, and business people that want to turn on the TV and feel like they're back home.

A checklist on the TVpad.com homepage further promotes the availability of "High Definition Live TV," "Time-Shift Live TV Playback," "Video On Demand Service," and "No Monthly Fees."  Exhibit 80.

27.    A FAQ (Frequently Asked Questions) on TVpad.com boasts about the TVpad's use of a peer-to-peer network to stream content to TVpad users, stating that "[t]he pictures are high in quality and stable due to the upgraded P2P service [the TVpad device] uses."  Elsewhere, the same FAQ notes: "Most of the apps require streaming, whether it is video or audio, and is it [sic] based on streaming and sharing the data online." (Emphasis added).  Attached hereto as Exhibit 81 is a true and correct copy of a printout of the webpage at http://www.tvpad.com/en/tvpad-frequently-asked-questions.html, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

Lau Decl. ISO Motion for Preliminary Injunction
DWT 25498127v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

28.     A blog on TVpad.com routinely promotes the TVpad device as providing customers free access to Chinese television programming and encourages customers to use Infringing TVpad Apps to view CCTV and TVB programs.  For example:

a.     A December 18, 2014 blog post on TVpad.com, entitled "TVpad4 On Sale Now!", states:

> Not wanting to pay for streaming television? TVpad4 still streams live news, sports, and television programming from stations like SoLive, <u>CCTV</u> and many, many more. On TVpad4 you'll be able to watch live Chinese (Mandarin and Cantonese ) television. Popular shows like The Voice: China, Red Sorghum, and Where are We Going, Dad are all available streaming live in HD. And, with the new H.265 streaming technology, you can be sure to see them in crystal clear HD (emphasis added).

Attached hereto as Exhibit 82 is a true and correct copy of a printout of the website at http://www.tvpad.com/en/tvpad-store-blog/tvpad4-on-sale-now.html, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

b.     A July 31, 2014 blog post on TVpad.com states:

> There are more than 30,000 episodes of Chinese television dramas produced every year in China, which gives audiences a large range of viewing options. Now the television dramas are beginning to gain an overseas following, and include shows that were originally broadcast years ago. With a set on top TV box, it is now even easier for Asians and other foreign audiences to watch all of the popular Chinese dramas.
>
> **Watch Popular Chinese Television Dramas with TVpad**

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1
2
3
4
5
6
7

TVpad is a set on top box that gives users hundreds of viewing options. Streaming live channels directly from the Chinese mainland, foreign audiences can watch episodes of all of the most popular Chinese dramas. There are more than 100 channels to choose from, including some that are dedicated to playing only the best Chinese TV dramas.

8
9
10
11
12
13
14

Not only does TVpad feature more channels than other set on top boxes, but it also includes the "on demand" feature. Users now can play back any of their favorite dramas and TV shows up to three days, and never have to worry about missing a single nail biting moment. TVpad also features one of the largest online video libraries, which includes apps just for Chinese dramas.

15   Attached hereto as Exhibit 83 is a true and correct copy of a printout of the
16   webpage at http://www.tvpad.com/en/tvpad-store-blog/the-10-most-popular-
17   overseas-chinese-dramas.html, which printout I personally confirmed
18   accurately reflects the contents of that webpage on February 5, 2015.

19          c.      A blog post from TVpad.com entitled "Watch the Latest Movies
20   and More With TVpad" dated June 30, 2014 stated:

21
22
23
24
25
26
27

With hundreds of channels to choose from, Asians living overseas can still watch all of their favorite Chinese and Japanese movies with a TVpad. Older Asians can enjoy watching American movies on HBO, with easy to read Chinese subtitles. Now the language barrier is no longer an issue for TVpad users with an interest in English movies and television programs.

28

14

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVpad also streams live BETV channels [sic] straight from the Chinese mainland, including movies in Cantonese. Viewers will also have access to <u>CCTV</u> which is broadcast directly from the People's Republic of China. Watch reports on the latest Asian movies being released, and stay current with all of the stars and directors (emphasis added).

As a result of our investigation, Mintz has determined that the BETV apps are Infringing TVpad Apps that stream CCTV programming. Attached hereto as Exhibit 84 is a true and correct copy of a printout of the archived historical copy of the above-quoted blog post retrieved from the Wayback Machine website from the Internet Archive at https://web.archive.org/web/20140816002455/http://www. tvpad.com/en/tvpad-store-blog/watch-the-latest-movies-and-more-with-tvpad.html, which printout I personally confirmed on February 5, 2015 accurately reflects the contents of that archived historical copy. By January 3, 2015, TVpad.com had altered this blog post so that it no longer specifically mentions CCTV or the infringing BETV app, but still promotes more generally the availability of infringing television programming on the TVpad device. Attached as Exhibit 85 is a true and correct copy of a printout of the webpage at http://www.tvpad.com/en/tvpad-store-blog/watch-the-latest-movies-and-more-with-tvpad.html, which printout I personally confirmed accurately reflects the contents of that webpage on February 5, 2015.

d.    A blog post from TVpad.com entitled "Which TVpad App Is Right For You?" dated June 19, 2014 promoted use of the Infringing TVpad apps on the TVpad device to view CCTV programs and programming from Hong Kong:

**One App for All Sporting Events**

15

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Broadcast live from the Chinese mainland is the <u>Chinese Central Television or CCTV 5</u>. Found in the TVpad app store as BETV/Oneline [sic] sports, this app can satisfy every sports lover. Follow the Chinese national men's and women's soccer teams throughout their seasons, and watch in wonder as China enters onto the international basketball court.

. . .

**Dramas, Documentaries, and More**

There are over 100 different Asian channels and apps to choose from, but lovers of television shows will certainly want to install the HITV app. Viewers can watch hundreds of live shows from Hong Kong, including all of their favorite dramas. Catch up with recent storylines and favorite characters, and playback missed episodes anytime.

With live TV from Hong Kong, Asian viewers living abroad can also stay up to date on all of the latest news and events on the Chinese mainland. See news reports from different provinces, and travel documentaries too [sic] unique and interesting places. See reports on finances and current affairs, and stay in touch with world events. With all of the different Asian television programming available with this app, there will always be something fun and entertaining to watch on TV (emphasis added).

As a result of our investigation, Mintz has determined that the BETV and Online Sports apps are Infringing TVpad Apps that stream CCTV programming, and that the HITV app is an Infringing TVpad App that streams

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVB programming. A Mintz investigator under the direction and control of my supervisor Christopher Weil used the Wayback Machine website from the Internet Archive to access an archived historical copy of the above blog post. Attached hereto as Exhibit 86 is a true and correct copy of a printout of an archived historical copy of the above-quoted blog post from the Wayback Machine at https://web.archive.org/web/20140702095142/http://www.tvpad.com/en/tvpad-store-blog/which-tvpad-app-is-right-for-you.html, which printout I personally confirmed on February 5, 2015 accurately reflects the contents of that archived historical copy.  As of approximately January 3, 2015, this page was no longer accessible on TVpad.com.

     e.    A blog post on TVpad.com entitled "Zhou Xun Crowned China's Favorite Celebrity" and dated December 8, 2014 stated that the TVpad device provides "complete access to CCTV."  Attached hereto as Exhibit 87 is a true and correct copy of a printout of Google's cached copy of the webpage at webpage at http://www.tvpad.com/en/tvpad-store-blog/zhou-xun-crowned-chinas-favorite-celebrity.html, which printout I personally confirmed on February 5, 2015 accurately reflects the contents of Google's cached copy of that webpage.

    29.    In addition to the research by Mintz investigators of statements found on the TVpad.com website, I also purchased two TVpad devices from TVpad.com, and had phone calls with representatives of TVpad.com.

    30.    In May 2014, prior to making my first TVpad purchase from TVpad.com, I located a New Jersey telephone number listed for Asha Media on a Better Business Bureau website.  On May 30, 2014, I called the New Jersey telephone number listing and spoke to an individual identifying himself as Amit.  I believe "Amit" is Amit Bhalla, the President of Asha Media, based on information recounted above tying Amit Bhalla to Asha Media and statements made by the Amit

Lau Decl. ISO Motion for Preliminary Injunction
DWT 25498127v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

with whom I spoke by phone.  During the course of our phone conversation, Amit stated that his company is a large distributor of TVpads and he is an "account manager" who sells wholesale to retailers, electronics stores, and supermarkets.  Stating that he cannot deal with individual sales, Amit directed me to make individual purchases through the website at TVpad.com and provided me with a coupon code for a $20 discount.  Amit stated that the TVpad device relies on apps for streaming of media, but that TVpad.com also provides a USB flash drive with the TVPad device pre-loaded with popular apps.  When I asked whether there were any subscription fees associated with the TVpad device or its apps, Amit said "no" and that there is only a one-time payment, which is the purchase of the TVpad.  When I asked Amit about available Chinese-language channels, Amit told me he did not speak or read Chinese, but he offered to email me a list of Chinese-language channels available on the device.  During our phone conversation, Amit confirmed that CCTV channels were available on the TVpad device and mentioned that the World Cup was coming up and would be available on a CCTV channel.

31.     On June 2, 2014, I used the TVpad.com website to purchase a TVpad device for a total cost of $239.  On June 2, 2014, I personally received an email confirming my purchase from support@tvpad.com.  Attached hereto as Exhibit 88 is a true and correct copy of that email, with the street address and telephone number Mintz used for this investigation redacted because the redacted information reflects confidential and proprietary business information.  On June 9, 2014, I received a package addressed to me containing a TVpad device at an address in New York, New York.  As set forth more fully in the Braak Declaration, my colleague Mr. Braak picked up this TVpad device from the address in New York and reviewed the operation of the TVpad device I purchased from TVpad.com.

32.     On June 3, 2014, I again called the number I had for Asha Media and spoke to the same individual identifying himself as Amit.  During my phone conversation with Amit, I stated I had not received from him the email with Chinese-

18

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

language television channel listings and provided Amit with my email address. Shortly thereafter, I personally received an email from an individual using the email address support@tvpad.com who identified himself as "Charles Franco."  Attached to the email was a Chinese-language Excel spreadsheet listing CCTV, TVB, and other Chinese-language television channels available through the TVpad device and listing the Infringing TVpad Apps that access those channels. Attached hereto as Exhibit 89 are true and correct copies of the email and Chinese-language spreadsheet I received from Charles Franco on June 3, 2014, and a certified translation of that spreadsheet.

33.    On October 15, 2014, I emailed a written request to speak with a customer representative through a contact form available on the TVpad.com website. I provided my email address in the contact form, wrote that I had a question about "HK television," and asked for a telephone number I could call.  On October 15, 2014, an individual using the email address support@tvpad.com who identified herself as "Abby Zhou (Your Awesome Customer Support Agent)" responded by email to me.  In her email, Ms. Zhou stated in part, "The attachment is the channels list of tvpad3.pls [sic] know more hk channels details from it."  Ms. Zhou attached to her email a Chinese-language Excel spreadsheet identical to the spreadsheet sent to me by "Charles Franco" on June 3, 2014.  The spreadsheet included the same CCTV and TVB channels and corresponding Infringing TVpad Apps listed in the previous spreadsheet I had received from Mr. Franco.  The email contained a telephone number for TVpad.com customer support, which was a mobile telephone in Mainland China.  Attached hereto as Exhibit 90 are true and correct copies of the email and spreadsheet I received from Abby Zhou, and a certified translation of that spreadsheet.

34.    On October 16, 2014, I called the same New Jersey telephone number for Asha Media I had used to speak with "Amit" on May 30, 2014, and June 3, 2014. I again spoke with the same individual identifying himself as Amit.  Amit directed

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

me to make individual TVpad purchases through the website at TVpad.com and provided me with a coupon code for a $20 discount.  He stated that the TVpad device does not require monthly fees and can be used as long as the customer wants to use it.  He also stated the TVpad device has all of the Hong Kong channels.  In response to my questions, Amit could not provide me with specifics on what Hong Kong channels can be viewed on the TVpad device, but he asked for my email address. I provided Amit with the email address slau1014@yahoo.com.  Amit then stated that Abby Zhou had already responded to my email. He said Ms. Zhou was the support representative based in China and that for any future questions, I could also contact her.  When I asked how long it would take to ship the TVpad device, Amit stated that his company has two warehouses—one in Philadelphia, Pennsylvania and the other in Los Angeles, California.

35.    On October 17, 2014, I used the TVpad.com website to purchase a second TVpad device for a total cost of $239.  On October 17, I personally received an email confirming my purchase from support@tvpad.com.  Attached hereto as Exhibit 91 is a true and correct copy of the email confirmation, with the street address and telephone number Mintz used for this investigation redacted because the redacted information reflects confidential and proprietary business information.  On October 21, 2014, a package addressed to me containing the TVpad device was received at a Mintz address in West Hills, California, and was then forwarded to my colleague Nicholas Braak in New York for review.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### Chart of TVpad Purchases

36.    In summary, I purchased  TVpad devices from Defendants Club TVpad and Asha Media as follows:

| Defendant (and website) | Date Purchased | Date Received | Cost | Shipped From | Shipped To |
|---|---|---|---|---|---|
| Asha Media (tvpad.com) | June 2, 2014 | June 9, 2014 | $239.00 | Bloomington, CA | New York, NY |
| | October 17, 2014 | October 21, 2014 | $239.00 | Bloomington, CA | West Hills, CA |
| Club TVpad (clubtvpad.com) | October 26, 2014 | November 3, 2014 | $238.71 | Dublin, CA | West Hills, CA |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of March 2015 in New York, New York.

_____
Shuk Kuen "Lily" Lau

Lau Decl. ISO Motion for Preliminary Injunction
DWT 25498127v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**TSANG DECLARATION**

## DECLARATION OF SAMUEL P. TSANG

I, Samuel P. Tsang, declare as follows:

1.　　I am the Vice President, Operations for Plaintiff TVB Holdings (USA), Inc. ("TVB (USA)").  I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true. I make this declaration in support of Plaintiffs' motion for a preliminary injunction.

2.　　I have worked for TVB (USA) in various roles since 2000.  In 2002, I was promoted to Vice President.  In my current role as Vice President, Operations, I am responsible for overseeing the functions of Subscription Sales and Customer Service, U.S. News Production, Television Production, Engineering, and Information Technology.  As a result of my experience working for TVB (USA) since 2000 and in my different roles as Customer Service Manager, Vice President, Marketing, and now Vice President, Operations, I am familiar with TVB (USA)'s business, including its history as a company, its programming, its programming distribution models, and its agreements with other companies to distribute its television programming within the United States.  I am also familiar with the TVpad device, the infringing television programming available on that device, and TVB (USA)'s investigation of the manufacturer and distributors of the TVpad.

### TVB (USA)'s Parent Company

3.　　TVB (USA) is a wholly owned indirect subsidiary of Television Broadcasts Limited ("TVB"), the largest and most popular producer of Cantonese-language television programming in the world.  In Hong Kong, TVB operates five over-the-air television channels—Jade, J2, Jade HD, iNews (Cantonese), and Pearl (English)—and 13 pay TV channels.  TVB also has operations in Taiwan, owning

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

the popular TVBS, TVBS-News, and TVBS-G channels.  (Hereafter, I shall refer to TVB's Hong Kong channels together with its Taiwan channels collectively as the "TVB Channels").

4.     Under a series of written license agreements, TVB (USA) and its affiliates broadcast and distribute TVB programming in the United States.

### TVB's Television Programs

5.     TVB produces and distributes a wide variety of television programming including episodic dramas, comedies, news programs, sports, and other programs that are initially broadcast in Hong Kong and subsequently or simultaneously distributed internationally ("TVB Programs").  TVB Programs include the highly popular prime-time drama "Triumph in the Skies II," over 600 episodes of the highly successful situation comedy "Come Home Love," and variety shows such as the Anniversary Gala and the Miss Hong Kong Pageant Final.

6.     TVB spends substantial sums of money each year producing or acquiring rights to its content, including episodic dramas, sporting events, and news programs.

7.     TVB's wholly owned subsidiary, TVBO Production Limited ("TVBO"), and TVBO's predecessor-in-interest, TVB (Overseas) Limited ("TVB (Overseas)"), have obtained United States copyright registrations for the television programs listed in Exhibit 92 (the "Registered TVB Programs").  The Registered TVB Programs are only a small subset of the total programming that TVB produces and that TVB (USA) and its affiliates distribute in the United States.

8.     Under a co-production agreement, TVB and TVBO have agreed to co-produce TVB television programs and that the copyrights subsisting in the co-produced programs throughout the world except Hong Kong vest in and are owned by TVBO.  TVBO, through its affiliate, TVBI Company Limited, has granted TVB (USA) the exclusive right to reproduce, publicly perform, and transmit TVB Programs in all media in the United States.  In turn, TVB (USA) has sublicensed

2

certain of those rights to its affiliate, TVB (USA), Inc., which, in turn, has sublicensed certain rights to TVB Satellite Platform, Inc. ("TVB Satellite Platform").

9.     Although TVB (USA) has licensed certain rights in the United States, TVB (USA) retains and owns the exclusive rights to reproduce, publicly perform, and transmit TVB programming, including but not limited to the Registered TVB Programs, in the United States on platforms other than satellite and OTT (linear channel only).[1]  These exclusive rights retained and owned by TVB (USA) include the exclusive rights to reproduce, publicly perform, and transmit TVB programming, including but not limited to the Registered TVB Programs, in the United States via Internet Protocol Television (IPTV)[2] and OTT in video-on-demand format.

## U.S. Distribution of TVB Programs Through Lawful Channels

10.     Certain TVB Programs that originally aired in Hong Kong are broadcast by TVB (USA) in the United States on the following channels:  TVB1, TVB2, TVBe, TVB Pearl, TVBHD, TVB8, TVB Drama, TVBS, Jade SF, Jade NY, and Jade LA (collectively, the "TVB U.S. Channels").  TVB (USA)'s most popular television package is called the Jadeworld Package, which includes TVB1, TVB2, TVBe, and TVBS.

11.     TVB (USA) and its affiliates distribute the TVB U.S. Channels and the TVB Programs carried on those channels through license agreements with a limited number of cable television systems, satellite television services, and other multi-channel distributors, including Plaintiff DISH Network L.L.C. ("DISH"), Time-

---

[1] For purposes of this motion, "Over-the-Top" or "OTT" refers to the delivery of video programming using an Internet connection that is not owned, managed, or operated by the party delivering the programming (e.g., Netflix).

[2] For purposes of this motion, "IPTV" refers to electronic delivery of video programming via Internet protocol over a service provider's own infrastructure (e.g., AT&T's U-verse).

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Warner Cable, Comcast Cable, AT&T U-Verse, and Verizon FiOs (collectively, the "U.S. Distribution Partners").  These U.S. Distribution Partners pay TVB (USA) or its affiliates licensing fees for the right to broadcast or transmit the TVB U.S. Channels and the TVB Programs carried on those channels to their customers in the United States.

12.     In 2012, Plaintiff DISH entered into a license agreement with TVB Satellite Platform. Pursuant to the license agreement, DISH owns the exclusive right to transmit via satellite in the United States certain TVB U.S. Channels and the TVB Programs comprising those channels.  The license agreement also grants to DISH the exclusive right to transmit certain TVB U.S. Channels and the TVB Programs comprising those channels in the United States via OTT television services, except for video-on-demand content.

13.     The U.S. Distribution Partners carry various TVB U.S. Channels and TVB Programs, depending on the terms of their license agreements.  In general, there is a twelve-hour delay (referring to the U.S. East Coast time schedule) between the first transmission of TVB Programs in Hong Kong and their initial retransmission in the United States on the TVB U.S. Channels.  This delay accounts for the time difference between Asia and the United States and permits TVB Programs to air on TVB U.S. Channels at approximately the same time of day as they air in Asia.  Thus, if a TVB Program is first transmitted in Hong Kong at 8PM local time, the same program generally will be aired in the United States twelve hours after that, *i.e.*, at 8PM Eastern time on the same calendar day.

14.     The U.S. Distribution Partners charge their subscribers subscription fees to access one or more TVB U.S. Channels, including the Jadeworld Package, and the TVB Programs carried on those channels.  Typically, the licensing agreements of TVB (USA) and its affiliates require that the U.S. Distribution Partners split some portion of their revenues from subscription fees with TVB (USA) or one of its affiliates.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

15.     TVB maintains a website at www.tvb.com through which consumers in Hong Kong can access some of its programming over the Internet.  Only users with Hong Kong IP addresses can access this TVB programming because geo-blocking prevents users outside of Hong Kong from receiving anything other than certain promotional clips. This geo-blocking protects the exclusive copyright interests of TVB (USA) in the United States.

16.     TVB has also launched several mobile applications, including myTV, GOTV, TVB News, TVB Finance, TVB Zone, TVB fun, and myEPG, which allow users to access streaming video of certain TVB Programs.  Those applications are also geo-blocked outside of Hong Kong.

17.     TVB (USA) spends substantial sums of money each year on the facilities, equipment, and the labor necessary to distribute the TVB U.S. Channels and TVB Programs in the United States.  These costs include the costs associated with creating and maintaining a dedicated point-to-point data fiber from Hong Kong to Norwalk, California (where TVB (USA) is located); complex, state-of-the-art broadcasting systems; and expert personnel responsible for overseeing the process of creating a unique feed of TVB programming for distribution in the United States, editing those programs, and overseeing the technical logistics of that distribution.

**Infringement of TVB Channels and TVB Programs
Through the TVpad Retransmission Service**

18.     As part of my job responsibilities, I have led TVB (USA)'s investigation of the TVpad device and the unlicensed international television programming accessible to U.S. consumers through the TVpad device (the "TVpad Retransmission Service").[3]  I personally have inspected several TVpad devices

---

[3] TVB (USA) previously filed a lawsuit against Tai Lake Communication Inc., a Los Angeles distributor of the TVpad device, alleging violations of the anti-circumvention provisions of the Digital Millennium Copyright Act, contributory copyright infringement, false endorsement under the Lanham Act, and unfair competition.  *See TVB Holdings (USA), Inc. v. Tai Lake Communication Inc.*, 12-cv-9809 (C.D. Cal.).  The *Tai Lake* case was stayed by Tai Lake's bankruptcy.

Tsang Decl. ISO Motion for Preliminary Injunction
DWT 25499410v6 0094038-000021

5

**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

acquired by TVB (USA) in the course of its investigation.  In addition, I personally have viewed the streamed video content delivered by the TVpad Retransmission Service.  Also, I personally have inspected the software applications or "apps" available through the TVpad device's "TVpad Store" to determine which apps illegally stream TVB Channels and TVB Programs without authorization.

19.   In June 2014, TVB (USA) and DISH joined co-Plaintiffs China Central Television ("CCTV") and China International Communications Co., Ltd. ("CICC") in their anti-piracy efforts involving the TVpad device and the TVpad Retransmission Service, including working with the Mintz Group, Inc. ("Mintz") in its private investigation.

20.   The TVpad device is a set-top box.  When a TVpad user connects the TVpad device to the Internet and then to a television, apps downloaded from the device's TVpad Store stream television channels and programs from Asia to the user in the United States for viewing.  There are currently two models of the TVpad device—TVpad3 and TVpad4—that are being sold to consumers in the United States.

21.   Based on TVB (USA)'s own investigation, as well as Mintz's investigation in preparation for this lawsuit, I know that infringing applications available through the TVpad Store on the TVpad device provide television content to TVpad customers by capturing TVB Channels from Hong Kong and Taiwan, as well as capturing other Asian television programming from China, Korea, Japan, and Vietnam, and streaming that pirated content to TVpad users in the United States.

22.   Some TVpad applications stream live broadcasts of TVB Channels from Asia at the same time they air in Asia.  (I shall hereafter refer to this

Thereafter, TVB filed suit against Tai Lake's principal, Kenny Chen, alleging the same claims.  *TVB Holdings (USA), Inc. v. Kenny Chen*, 2:14-cv-03064 (C.D. Cal.).  The *Chen* case recently settled.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

application function as the "live" function.)  Some TVpad applications stream broadcasts of TVB Channels from Asia with a 12-hour time delay from the time they air in Asia.  (I shall hereafter refer to this application function as the "time-shift" function.)  Some TVpad applications also permit users of the TVpad device to play broadcasts of TVB Channels from Asia for up to three days after they air in Asia.  (I shall hereafter refer to this application function as the "replay live" function.)  Finally, some TVpad applications stream previously aired TVB Programs "on-demand."  (I shall hereafter refer to this TVpad function as the "video-on-demand" function.)  I shall refer collectively to the TVpad applications that stream TVB Channels and TVB Programs without authorization as the "Infringing TVpad Apps".

23.     Neither TVB (USA) nor any of its affiliates have granted the Defendants in this action or any other party a license or other permission to perform, stream, transmit, reproduce, display, exhibit, or distribute TVB Channels or TVB Programs through the Infringing TVpad Apps in the United States, and TVB (USA) and its affiliates receive no revenue for this unauthorized streaming.

24.     Through my own investigation of the TVpad device and consultation with Mintz, TVB (USA) has identified the following Infringing TVpad Apps with live, time-shift, video-on-demand, and/or replay live functions that stream the following TVB Channels and TVB Programs to TVpad users in the United States without authorization:

Tsang Decl. ISO Motion for Preliminary Injunction
DWT 25499410v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

|  | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **TVB's Programming and Mode** | **TVB's Programming and Mode** |
| 粵海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粵海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粵海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi)  | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live)<br><br>TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live)<br><br>TVB programs on demand |

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **TVB's Programming and Mode** | **TVB's Programming and Mode** |
| 粵海直播 (Yue Hai Zhi Bo) | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV | TVBS (live) | |
| 516網路電視 (516 Online TV) | TVBS (live) | TVBS (live)<br><br>TVBS News (live) |
| HITV | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 港粵快看 (Gang Yue Kuai Kan) | TVB programs on demand | |

9

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **TVB's Programming and Mode** | **TVB's Programming and Mode** |
| 港台武俠 (G ang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

25.     One of the Mintz investigators with whom TVB (USA) has worked as part of our TVpad investigation is Nicholas Braak.  As detailed in the accompanying Braak Declaration, which I have reviewed, between September 29 and October 9, 2014, Mr. Braak recorded infringing public performances of 23 episodes of TVB Programs streamed through certain of the Infringing TVpad Apps in live, time-shift, and replay live modes.  TVBO has United States copyright registrations for those 23 episodes of TVB Programs.  *See* Exhibit 92, part 1, entitled "Registered TVB Programs (Live)," for a list of those 23 Registered TVB Programs.  The unauthorized streaming of these 23 Registered TVB Programs represent only a small fraction of the infringing public performances of TVB Programs transmitted without authorization through the TVpad.  Each and every day, 24 hours a day, the Infringing TVpad Apps stream to U.S. TVpad users <u>all</u> of the copyrighted content on TVB Channels from Asia without permission and without any fees being paid to TVB (USA) or the U.S. Distribution Partners.

26.     In October and November 2014, I personally reviewed the infringing Gang Yue Kuai Kan app, Gang Yue Wang Luo Dian Shi app, and Gang Tai Wu Xia apps (collectively, the "VOD Apps") using a TVpad3 device in TVB (USA)'s office in Norwalk, California, and in my home in Irvine, California.  The purpose of

Tsang Decl. ISO Motion for Preliminary Injunction
DWT 25499410v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

my review was to determine which TVB Programs the VOD Apps offer for video-on-demand streaming in the United States. I opened each VOD App and personally observed what TVB series and episodes were available for streaming by that VOD App. I took photographs of what appeared on the television screen, documenting the TVB program titles and episodes available on each of the VOD Apps. Attached hereto as Exhibit 93 are true and correct copies of the photographs I took during my review of the VOD Apps.

27.    Because of the large number of TVB Programs offered for video-on-demand streaming through the VOD Apps, I did not open and stream each and every TVB episode offered by those apps. Instead, I spot checked the streaming function of the infringing VOD Apps by streaming and recording portions of episodes of certain TVB Programs. I personally observed and recorded excerpts of a total of 406 episodes of TVB Programs for which TVBO and TVB (Overseas) have U.S. copyright registrations. *See* Exhibit 92, part 2, entitled "Registered TVB Programs (VOD)," for a list of those 406 Registered TVB Programs.

## **Irreparable Harm to TVB (USA)'s Business**

28.    Defendants' infringing conduct in providing, inducing, and facilitating unauthorized streaming of TVB Channels and TVB Programs in the United States has caused and, unless enjoined, will continue to cause serious and irreparable injury to TVB (USA) in at least the following ways, all of which are inherently and practically difficult to measure.

29.    First, Defendants' infringing conduct in providing and facilitating unauthorized streaming of TVB Channels and TVB Programs significantly reduces a valuable revenue stream to TVB (USA) and its affiliates. Through the TVpad Retransmission Service, Defendants compete directly with TVB (USA) and its U.S. Distribution Partners in distributing TVB Channels and TVB Programs in the United States. In substance, Defendants are operating a wholly unauthorized and free TVB retransmission service in the United States. This has caused and will

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

continue to cause TVB (USA)'s U.S. Distribution Partners to lose an unknown number of subscribers who otherwise would be willing to pay subscription fees for access to TVB U.S. Channels and TVB Programs.  When the U.S. Distribution Partners lose paying subscribers, it reduces the licensing revenues that TVB (USA) and its affiliates receive from the U.S. Distribution Partners because revenue payments are based on the number of their subscribers who subscribe to TVB U.S. Channels or packages.

30.    Although it is difficult to calculate the amount of revenue TVB (USA) has lost in this way because Plaintiffs do not know how many customers TVB (USA)'s U.S. Distribution Partners have lost as a result of Defendants' unlawful activities, I can explain the magnitude of the loss based on my knowledge and experience.  Prior to the launch of TVpad in 2011, TVB (USA)'s U.S. distribution revenue had been increasing every year.  But since the launch of the TVpad device, our annual U.S. distribution revenue has been dropping, especially in the last two years.  From 2011 to December 2014, our U.S. distribution revenue has decreased by more than 40%, totaling millions of dollars in lost revenues.

31.    I have personally observed the popularity of the TVpad device.  I know many Chinese-Americans who have purchased a TVpad device to watch TVB programming.  I have also observed that U.S. TVpad distributors advertise the TVpad device in major Chinese-language newspapers in the United States, online, and at events in the Chinese-American community.  Based on my personal experience, my understanding of the ethnic Chinese television market in the United States, and my experience working for TVB(USA), I conclude that a substantial factor in the precipitous drop in our subscriber base has been and continues to be unfair competition from the TVpad device and TVpad Retransmission Service, which can (and do) make TVB programming available to U.S. customers with no monthly fees solely because Defendants do not pay program license fees to us or anyone else.  As noted above, it is difficult to calculate the amount of revenue TVB

12

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

(USA) has lost in this way because we do not know how many subscribers and prospective subscribers TVB (USA) has lost due to the TVpad device and TVpad Retransmission Service.

32.     In addition, by providing the live, time-shift, video-on-demand, and replay live functions found in the Infringing TVpad Apps, the TVpad device basically encompasses all the different functions there are to allow any TVpad user to watch TVB Channels and TVB Programs at any time the user desires.  Each of these functions represents a potential revenue stream to TVB (USA), but Defendants have usurped this legitimate market.  This unfair competition undermines TVB (USA)'s U.S. Distribution Partners' competitive position in the market, and thus diminishes TVB (USA)'s existing as well as potential revenue. The precise scope of the harm is difficult to quantify, but I am certain that the magnitude of the harm has already affected TVB (USA)'s stability and standing in the market.

33.     Second, Defendants' infringing conduct in providing and facilitating unauthorized streaming undermines TVB (USA)'s strategic choices about where, when, and how to distribute its programs, particularly because TVB (USA) has chosen to limit distribution of TVB programming to a small number of U.S. Distribution Partners.  TVB (USA) also carefully controls the timing and location of the distribution of TVB's television programs in the United States to create the maximum incentive for U.S. customers to purchase access to TVB U.S. Channels through their cable, satellite, or telecommunications providers.

34.     For example, in the United States, TVB (USA) generally broadcasts its popular dramas based on the East Coast time schedule approximately twelve hours after they first air in Hong Kong, so that United States viewers may watch new episodes during the traditional prime time scheduling block between 6PM and 11PM on weeknights.  In turn, our U.S. Distribution Partners value the right to broadcast new episodes in this prime time scheduling block.  These U.S.

13

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Distribution Partners rely on the understanding that, in their particular time zone, they—along with other authorized U.S. Distribution Partners—all will air a new episode at exactly the same time so that their customers get access to fresh, timely content at the same time as their competitors' customers.  This is particularly important for TVB's popular dramas, many of which are "cliff hangers" that create a great deal of anticipation and excitement from episode to episode.

35.     By streaming live broadcasts of TVB Channels from Asia at the same time those broadcasts air in Asia, Defendants destroy TVB (USA)'s programming strategies and upset the legitimate expectations of our U.S. Distribution Partners. For example, if a popular drama airs at 8PM on TVB's Jade Channel in Hong Kong, the Infringing TVpad Apps that stream live television will show that TVB drama at approximately 4AM Los Angeles time.  A TVpad user living in Los Angeles can watch the TVB drama at 4AM rather than having to wait until later that day to see the show on an authorized TVB U.S. Channel.  Equally damaging, the TVpad user in Los Angeles could use an Infringing Application with a replay live function or video-on-demand function to watch the show at a more convenient time—for example, the following morning or during a break from work the next day—but still several hours before the show is aired on a TVB U.S. Channel by one of our authorized U.S. Distribution Partners.

36.     In addition, Defendants' unlawful conduct deprives TVB (USA) of its right not to retransmit the TVB Channels in the United States in their original form, as well as to limit or curate the TVB Programs that will air in the United States. TVB (USA) does not distribute all of the programming from TVB's Hong-Kong and Taiwan channels in the United States, and for that reason it creates a unique feed for the TVB U.S. Channels.  TVB (USA) carefully chooses the content distributed on the TVB U.S. Channels to fit the tastes of the U.S. market. Defendants' unauthorized streaming of all TVB Channels and TVB Programs aired in Asia deprives TVB (USA) of its ability to curate its television programming for a

United States audience.  This loss of control threatens to hurt TVB (USA)'s goodwill with U.S. audiences and U.S. Distribution Partners, and the precise scope of the harm is difficult to quantify.

37.   <u>Third</u>, Defendants' unlawful conduct significantly reduces the value of video-on-demand rights that TVB (USA) can offer its U.S. Distribution Partners.  In addition to licensing the TVB U.S. Channels, TVB (USA) can also license to cable, satellite, and other television providers the right to offer subscribers access to either previously aired TVB Programs or classic/popular TVB Programs for "on demand" viewing on standard televisions and mobile devices.  The free availability in the TVpad Store of Infringing TVpad Apps that provide a video-on-demand function undermines TVB (USA)'s ability to grant a lucrative exclusive license for video-on-demand content because our prospective licensees' potential customers can get the same video-on-demand service through the TVpad for free.

38.   <u>Fourth</u>, Defendants' infringing conduct in providing and facilitating unauthorized streaming of TVB Channels and TVB Programs in the United States interferes with TVB (USA)'s ability to develop and exploit a lawful market for Internet distribution of its television programs in the United States.  As noted above, DISH is our U.S. Distribution Partner for delivery of TVB content to subscribers via OTT (linear) streaming over the Internet.  The TVpad Retransmission Service competes directly with DISH's Internet-based streaming service (called "DishWorld," soon to be rebranded as "Sling International") because of the similarity of the technology, damaging TVB (USA)'s relationship and goodwill with DISH.  In addition, the TVpad Retransmission Service threatens to confuse consumers about Internet-based distribution channels more generally, including about what constitutes lawful Internet-based exploitation and whether payment is required for access to TVB Channels and TVB Programs through the Internet.

39.   <u>Fifth</u>, Defendants' infringing conduct in providing and facilitating unauthorized streaming of TVB Channels and TVB Programs in the United States

15

threatens TVB (USA)'s ability to negotiate favorable license agreements with its U.S. Distribution Partners in the United States.  As noted above, our U.S. Distribution Partners pay fees to TVB (USA) and its affiliates for the right to transmit TVB U.S. Channels and certain TVB Programs in the United States.  As further noted above, Defendants' unauthorized streaming of TVB Programs in the United States competes directly with our U.S. Distribution Partners, potentially undercutting the value of their license agreements.  If Defendants are permitted to continue competing directly with our U.S. Distribution Partners by illegally stealing and streaming TVB's own content, it inevitably will reduce the amount that U.S. Distribution Partners are willing to pay TVB (USA) and its affiliates, thereby significantly reducing TVB (USA)'s revenues through license agreements for retransmission in the United States.

40.    In addition, the unlicensed availability of TVB Channels and TVB Programs undermines TVB (USA)'s relationships with its U.S. Distribution Partners and damages TVB (USA)'s goodwill with them.

41.    Sixth, Defendants' infringing conduct impairs TVB (USA)'s brand, reputation, and goodwill with consumers by associating TVB programming with poor quality viewing experiences on the TVpad device.  TVB (USA) takes steps to safeguard its reputation with respect to the quality of the viewing experience that viewers can expect when they watch TVB Channels and TVB Programs.  Many of the license agreements that TVB (USA) and its affiliates have with U.S. Distribution Partners require that certain quality standards be met.  TVB (USA) has no contract with any of the Defendants and therefore lacks any way to ensure that they provide viewers with a quality viewing experience.  As set forth in detail in the accompanying Braak Declaration, which I have reviewed, Mintz investigators have documented numerous problems with the TVpad viewing experience. In addition, Mintz investigators have reviewed popular TVpad forums and discovered that posters on those forums frequently complain about technical problems with the

16

TVpad device, including poor image quality and interruptions in service.
Associating TVB Channels and TVB Programs with Defendants' poor-quality
TVpad service threatens to harm TVB (USA)'s brand and reputation, depriving it of
customer goodwill.  The harm associated with this injury to reputation and loss of
customer goodwill is difficult to quantify.

42.    In short, through their infringing activity, Defendants have stripped
TVB (USA) of control over its own copyrighted works and use those same
copyrighted works to compete directly with TVB (USA) and its U.S. Distribution
Partners, injuring their business models and depriving them of customer goodwill,
causing TVB (USA) harm that is virtually impossible to calculate or quantify.

I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.
Executed this _13th_ day of March, 2015.

Samuel P. Tsang

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**LU DECLARATION**

# DECLARATION OF CHUNGUANG LU

I, Chunguang Lu, declare as follows:

1.      I am the President of Plaintiff China International Communications Co., Ltd. ("CICC"), an affiliate of Plaintiff China Central Television ("CCTV").  I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true. I make this declaration in support of Plaintiffs' motion for a preliminary injunction.

2.      I have worked for CICC in various roles since 2006.  In 2013, I was promoted to President.  In my role as President, I am responsible for overseeing the entire business operations of CICC, including marketing, customer relations, and licensing relationships with CICC's distribution partners.  As a result of my experience working for CICC since 2006 and in my role as President, I am familiar with CICC's business and history as a company, and its licensing of CCTV programming in the United States.  I am also familiar with the TVpad device, the infringing television programming available on that device, and CICC's investigation of the manufacturers and distributors of the TVpad device.

## CCTV's Business

3.      Plaintiff CCTV is the predominant state television broadcaster in mainland China.  CCTV has 42 television channels.  CCTV's flagship over-the-air channels in China are CCTV1 through CCTV14 (collectively, the "CCTV Channels").  CCTV's television programming reaches more than a billion viewers, more than every major television network in the United States and Europe combined.  CCTV is China's most influential and prolific television program producer, creating and broadcasting a wide variety of television programs, including  news, dramas, comedies, sports, documentaries, and entertainment programming.  In addition to its

1

television programs, CCTV has also built up a multimedia broadcasting platform and business operation, which includes movies, newspapers, and the Internet.

4.     CICC is a wholly owned subsidiary of China International Television Corporation ("CITVC"), which, in turn, is a wholly owned subsidiary of CCTV. CICC is responsible for the overseas distribution and promotion of CCTV's "Great Wall Package."

5.     CCTV's Great Wall Package consists of programming from 22 Chinese television channels including the following CCTV channels:  CCTV-4, CCTV-E, CCTV-Entertainment, CCTV-News, CCTV Movies (distributed as "China Movie Channel (CMC)"), and CCTV-Opera.  CICC licenses and distributes the Great Wall Package in the United States, Canada, Latin America, Asia, Europe and Southeast Asia.  The Great Wall Package is the only package of Chinese television programs approved for overseas broadcast by China's State Administration of Radio Film and Television.  (Hereafter, I shall refer to the CCTV channels included in the Great Wall Package, as distributed in the United States, collectively as the "CCTV U.S. Channels".)

## CCTV's Television Programs

6.     CCTV produces, distributes, and owns the copyrights to a wide variety of television programming, including episodic dramas, comedies, news programs, sports, and other programs that are initially broadcast in China ("CCTV Programs"). CCTV Programs include episodes of highly successful programs such as "Across the Strait," "Star Walk," and "Art Life."

7.     CCTV spends substantial sums of money each year producing or acquiring rights to its content, including episodic dramas, sporting events, and news programs.  CCTV and its affiliates spend millions of dollars a year advertising and promoting CCTV Programs.

8.     CCTV has obtained United States copyright registrations for the television programs listed in Exhibit 94 (collectively, the "Registered CCTV

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Programs"). The Registered CCTV Programs are only a small subset of the total programming that CCTV produces and distributes internationally, including in the United States.

### Distribution of CCTV Programs Through Lawful Channels

9. On behalf of CCTV, CICC distributes the Great Wall Package in the United States through three authorized distribution partners: Plaintiff DISH Network L.L.C. ("DISH"), iTalk TV, and Kylin TV (collectively, the "Authorized U.S. Providers"). DISH is a satellite television and "Over-the-Top" (OTT)[1] services provider of the Great Wall Package. iTalk TV and Kylin TV are OTT providers of the Great Wall Package.

10. On behalf of CCTV, CICC enters into license agreements with the Authorized U.S. Providers that give the Authorized U.S. Providers the right to transmit the Great Wall Package, including the CCTV U.S. Channels and the CCTV programs carried on those channels, in the United States. The Authorized U.S. Providers pay CICC licensing fees for the right to transmit CCTV U.S. Channels and certain CCTV Programs to their customers. A portion of the licensing fees that CICC receives from the Authorized U.S. Providers are then paid to CCTV.

11. Although CICC licenses certain rights to CCTV programming in the United States, CCTV retains and owns the exclusive right to reproduce, publicly perform, and transmit CCTV channels and programs over the Internet in the United States.

12. In 2004, Plaintiff DISH's predecessor-in-interest, EchoStar Satellite L.L.C., entered into a license agreement with CITVC, which at the time handled U.S. licensing of CCTV television programs before CICC took responsibility for that role.

---

[1] For purposes of this motion, "Over-the-Top" or "OTT" refers to the delivery of video programming using an Internet connection that is not owned, managed, or operated by the party delivering the programming (e.g., Netflix).

Lu Decl. ISO Motion for Preliminary Injunction
DWT 25452235v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

That license agreement granted to EchoStar the exclusive right to transmit CCTV's Great Wall Package in the United States via satellite.

13.     DISH and CICC, as successors-in-interest to the original parties to the licensing agreement, have amended and renewed this licensing agreement periodically since 2004.  Under the license agreement, as amended, DISH continues to own the exclusive right to transmit the Great Wall Package via satellite in the United States.  In 2008, CICC also granted DISH the non-exclusive right to distribute the Great Wall Package via OTT television in the United States.

14.     Only a small subset of all CCTV Programs that air in China are retransmitted on the CCTV U.S. Channels.  For those programs, generally there is at least a twelve-hour delay between the first transmission of a CCTV Program in China and its initial retransmission in the United States on the CCTV U.S. Channels.  This delay accounts for the time difference between China and the East Coast of the United States and permits CCTV Programs to air on the CCTV U.S. Channels at approximately the same time of day as they air in China.

15.     The Authorized U.S. Providers in the United States charge their subscribers subscription fees to access the Great Wall Package.  Typically, CICC's licensing agreements require the Authorized U.S. Providers to split some portion of their revenues from subscription fees with CICC.

16.     Another CCTV affiliate, China Network Television (CNTV), streams CCTV television programming over the Internet from its website at http://tv.cntv.cn/.  CNTV's webcasts offer interactive audiovisual services, integrating features of Internet-based operations with those of television programming.  These include live video, video-on-demand, file upload, search and videocast services that make CNTV a popular online video platform for public information and entertainment.

17.     CNTV also distributes a number of mobile applications that offer streaming video of certain CCTV Programs, including CCTV SPORTS and CCTV

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

NEWS.  CNTV makes these apps available for download through the iTunes and Google Play stores, among other authorized sites.

18.     CICC spends substantial sums of money each year on the facilities, equipment, and labor necessary to distribute the CCTV U.S. Channels and CCTV Programs in the United States.  These costs include system building, satellite transponder rent, system maintenance, equipment purchases, and labor.

**Infringement of CCTV Channels and CCTV Programs
Through the TVpad Retransmission Service**

19.     In 2014, CCTV and CICC retained the Mintz Group, Inc. ("Mintz"), a global private investigation company, to investigate Defendants' operations and to conduct forensic analysis of the TVpad device and of the unlicensed international television programming accessible to U.S. consumers through the TVpad device (the "TVpad Retransmission Service").  Thereafter, TVB Holdings (USA), Inc. and DISH joined CCTV and CICC in their anti-piracy efforts involving the TVpad device and the TVpad Retransmission Service.

20.     The TVpad device is a set-top box.  When a user connects the TVpad device to both the Internet and a television, applications or "apps" available through a built-in software application called the "TVpad Store" on the TVpad device permit the user to view streaming television programs in the United States.  There are currently two TVpad models—TVpad3 and TVpad4—that are being sold to consumers in the United States.

21.     Based on Mintz's investigation, I understand that infringing applications available through the TVpad Store on the TVpad device intercept CCTV Channels and CCTV Programs from mainland China, as well as other television programming from Asia, and stream that pirated content to TVpad users in the United States and elsewhere around the world.

22.     Based on Mintz's investigation, I know that some TVpad applications stream live broadcasts of CCTV Channels from China at the same time they air in

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

China.  (I shall hereafter refer to this application function as the "live" function.)
Some TVpad applications permit users of the TVpad device to play broadcasts of
CCTV Channels from China for up to three days after they air in China.  (I shall
hereafter refer to this application function as the "replay live" function.)  I shall refer
collectively to the TVpad applications that stream CCTV Channels and CCTV
Programs without authorization as the "Infringing TVpad Apps".

23.     None of CICC, CCTV, or any of their affiliates have granted the
Defendants in this action or any other party a license or other permission to stream,
transmit or retransmit, or otherwise display, exhibit, perform, copy, and/or distribute
CCTV Channels or CCTV Programs through the Infringing TVpad Apps in the
United States, and CCTV and CICCC receive no revenue for this unauthorized
streaming.

24.     In consultation with Mintz, CICC has identified the following Infringing
TVpad Apps with live and/or replay live functions that stream the following CCTV
Channels to TVpad users in the United States without authorization:

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **CCTV's Programming and Mode** | **CCTV's Programming and Mode** |
| BETV PLUS   | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Infringing TVpad App and icon | TVpad3 CCTV's Programming and Mode | TVpad4 CCTV's Programming and Mode |
|---|---|---|
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 516網路電視(516 Online TV)  | CCTV4 (live) | CCTV4 (live) |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **CCTV's Programming and Mode** | **CCTV's Programming and Mode** |
| 体育online (Sport Online)<br> | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球 （CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV 风云足球（CCTV fengyun soccer), CCTV 高尔夫, 网球 （CCTV Golf/ Tennis) (all live) |

25.     One of the Mintz investigators with whom CICC has worked is Nicholas Braak.  As detailed in the accompanying Braak Declaration, between September 29 and October 9, 2014, Mr. Braak recorded infringing public performances of 30 episodes of CCTV Programs streamed through these Infringing TVpad Apps on the TVpad device.  CCTV has obtained United States copyright registrations for those 30 episodes.  *See* Exhibit 94 for the list of Registered CCTV Programs.  Based on Mintz's investigation, I know that the unauthorized streaming of the 30 Registered CCTV Programs represents only a small fraction of the infringing public performances of CCTV Programs transmitted without authorization through the TVpad device.  Each and every day, 24 hours a day, these Infringing TVpad Apps on the TVpad device stream to U.S. TVpad users <u>all</u> of the copyrighted content on the CCTV Channels from China without authorization and without any fees being paid to CCTV or its Authorized U.S. Providers.

### Irreparable Harm to CICC's and CCTV's Business

26.     Defendants' infringing conduct in providing and facilitating unauthorized streaming of CCTV Channels and CCTV Programs in the United States has caused and, unless enjoined, will continue to cause serious and irreparable injury

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to CCTV and CICC in at least the following ways, all of which are inherently and practically difficult to measure.

27.  First, Defendants' infringing conduct in providing and facilitating unauthorized streaming of CCTV Channels and CCTV Programs significantly reduces a valuable revenue stream to CCTV and CICC.  Through the TVpad Retransmission Service, Defendants compete directly with CCTV, CICC, and their Authorized U.S. Providers in distributing the Great Wall Package in the United States.  This has caused and will continue to cause CCTV's Authorized U.S. Providers to lose an unknown number of subscribers who otherwise would be willing to pay subscription fees for access to the Great Wall Package.  When the Authorized U.S. Providers lose paying subscribers, it reduces the licensing revenues that CICC and CCTV receive from the Authorized U.S. Providers, which revenue payments are based on the number of their subscribers who subscribe to the Great Wall Package.

28.  It is difficult to calculate the amount of U.S. licensing revenue CICC and CCTV have lost because Plaintiffs do not know how many subscribers and potential subscribers to the Great Wall Package the Authorized U.S. Providers have lost as a result of Defendants' unlawful activities. However, based on my experience and understanding of our business, the revenue losses suffered by CCTV and CICC have been substantial.  Since the launch of the TVpad device in 2011, CICC's annual U.S. licensing revenue has decreased by 41%, totaling millions of dollars in lost revenues.  Based on my knowledge and experience as President of CICC, I conclude that a substantial factor in this decline in our subscriber base has been and continues to be unfair competition from the TVpad Retransmission Service, which provides pirated CCTV programming to TVpad users for free without paying program license fees to CCTV, CICC, or anyone else.

29.  Second, Defendants' infringing conduct in providing and facilitating unauthorized streaming of CCTV Channels and CCTV Programs in the United States threatens CICC's ability to negotiate favorable license agreements on behalf of

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

CCTV with the Authorized U.S. Providers and other distributors in the United States. As noted above, the Authorized U.S. Providers pay fees to CICC for the right to transmit the Great Wall Package.   As noted above, the TVpad Retransmission Service competes directly with the Authorized U.S. Providers, potentially undercutting the value of their license agreements.  If Defendants are permitted to continue competing directly with the Authorized U.S. Providers using CCTV's own content, it will reduce the amount that Authorized U.S. Providers are willing to pay CICC, thereby significantly reducing the revenues received by CICC and CCTV through license agreements for retransmission in the United States.

30.     In addition, the unlicensed availability of CCTV Channels and CCTV Programs undermines CCTV's and CICC's relationships with the Authorized U.S. Providers and damages our goodwill with them.

31.     Third, Defendants' infringing conduct undermines CICC's and CCTV's strategic choices about where, when, and how to distribute their programs, particularly because CCTV and CICC have chosen to limit distribution of CCTV programming to a small number of Authorized U.S. Providers.  This loss of control harms CCTV's and CICC's goodwill with U.S. audiences and the Authorized U.S. Providers.  CICC carefully controls the timing and location of the distribution of CCTV Programs in foreign markets, including the United States, to create the maximum incentive for customers in those markets to purchase access to the Great Wall Package through the Authorized U.S. Providers.

32.     For example, in the United States, CCTV's popular television shows are generally retransmitted approximately twelve hours after they first air in China, so that United States viewers can watch new episodes during the traditional prime time scheduling block between 6PM and 10PM on weeknights.  In turn, the Authorized U.S. Providers in the United States value the right to retransmit new episodes in this prime time scheduling block.  The Authorized U.S. Providers rely on the understanding that, in their particular time zone, they—along with other Authorized

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

U.S. Providers—all will air a new episode at exactly the same time so that their customers get access to fresh, timely content at the same time as their competitors' customers.

33.     By streaming live broadcasts of CCTV Channels from China at the same time as those broadcasts air in China, the TVpad Retransmission Service upsets the legitimate expectations of the Authorized U.S. Providers by preemptively retransmitting CCTV Programs <u>before</u> those programs are first aired in the United States by the Authorized U.S. Providers.

34.     In addition, Defendants' unauthorized streaming deprives CCTV and CICC of their right <u>not</u> to retransmit most of the CCTV Channels in the United States at all, as well as to limit the CCTV Programs that will air in the United States.  CICC carefully chooses the content distributed on the CCTV U.S. Channels to fit the tastes of the U.S. market.  Defendants' unauthorized streaming of <u>all</u> CCTV programs aired in China deprives CCTV and CICC of their ability to curate their television programming for a United States audience.  This loss of control threatens to hurt CCTV's and CICC's goodwill with U.S. audiences and the Authorized U.S. Providers.  The precise scope of the harm is difficult to quantify.

35.     <u>Fourth</u>, Defendants' infringing conduct in providing and facilitating unauthorized streaming of CCTV Channels and CCTV Programs in the United States interferes with CCTV's and CICC's ability to develop and exploit a lawful market for Internet distribution of their television programs in the United States.  As noted above, on behalf of CCTV, CICC enters into licensing agreements with Authorized U.S. Providers, including DISH, that provide Internet-based streaming services.  The TVpad Retransmission Service competes directly with those services because of the similarity of the technology, damaging CCTV's and CICC's relationship and goodwill with legitimate Internet-based licensees.  In addition, the TVpad Retransmission Service threatens to confuse consumers about Internet-based distribution channels more generally, including about what constitutes lawful

11

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Internet-based exploitation and whether payment is required for access to CCTV Channels and CCTV Programs.

36.    Fifth, Defendants' infringing conduct impairs CCTV's brand, reputation, and goodwill with consumers by associating its programming with poor quality viewing experiences on the TVpad device. CCTV and CICC take steps to safeguard CCTV's reputation with respect to the quality of the viewing experience that U.S. viewers can expect when they watch CCTV Channels and CCTV Programs. Many of CICC's license agreements with the Authorized U.S. Providers require that certain quality standards be met. CICC has no contract with any of the Defendants and therefore lacks any way to ensure that they provide viewers with a quality viewing experience. As set forth in detail in the accompanying Braak Declaration, Mintz investigators have documented numerous problems with the TVpad viewing experience. In addition, Mintz investigators have reviewed popular TVpad forums and discovered that posters on those forums frequently complain about technical problems with the TVpad device, including poor image quality and interruptions in service. Associating CCTV Channels and CCTV Programs with Defendants' poor-quality service threatens to harm CCTV's and CICC's brand and reputation, depriving them of customer goodwill. The harm associated with this injury to reputation and loss of customer goodwill is difficult to quantify.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this /6 day of February, 2015.

Chunguang Lu

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**KUELLING DECLARATION**

# DECLARATION OF CHRISTOPHER KUELLING

I, Christopher Kuelling, declare as follows:

1.      I am Senior Vice President, International Business & Legal Affairs at DISH Network L.L.C. ("DISH").  I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true. I make this declaration in support of Plaintiffs' motion for a preliminary injunction.

2.      I have been employed by DISH since April 2002.  I became the Senior Vice President, International Business & Legal Affairs at DISH in May 2014.  Prior to this recent promotion, I served as Vice President, International Programming for approximately five years and my responsibilities included all content acquisition, marketing and sales of foreign language channels for DISH.  Prior to that role I served in various capacities including as senior attorney for DISH's programming department, head of content acquisition for a DISH affiliate in Taiwan, and head of international sports rights acquisition for the same affiliate while based for three years in Europe.  In my current role, I have responsibility for certain aspects of DISH's international channel business, including content rights acquisition and overseeing anti-piracy efforts with regard to unauthorized distribution of video content for which DISH holds exclusive distribution rights.  I am familiar with DISH's business, its history as a company, its video programming offerings, and its programming distribution models, including its agreements with other companies to obtain programming content from both within and outside the United States.

## DISH's Business

3.      DISH is the nation's third-largest pay television service, delivering video services to approximately 14 million customers nationwide through both satellite and Internet platforms.  DISH's primary service is satellite television, which

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DISH provides to subscribers in return for subscription fees.  Through its satellite service, DISH also offers approximately 75 international programming packages containing close to 300 international channels.

4.     Separately, DISH offers many of the same international packages and channels through its Over-the-Top ("OTT")[1] television service called "DishWorld" (soon to be rebranded as "Sling International").  DishWorld is an OTT subscription service that provides international television programming on numerous viewing devices including, but not limited to, Apple iPhones and iPads, Android phones and tablets, Samsung Smart TVs, Amazon Fire, Blu-Ray devices, personal computers, and the Roku Streaming Player.  The DishWorld OTT service is a standalone service separate from DISH's satellite delivery business, and a subscriber to the OTT service is not required to also subscribe to satellite service.  New subscribers to the DISH satellite service are required to sign a two-year commitment, while new subscribers to the DishWorld service are not required to do so.

**DISH's Rights to Transmit CCTV Programming**

5.     In 2004, DISH's predecessor-in-interest, EchoStar Satellite L.L.C. ("EchoStar"), entered into a license agreement with China International Television Corporation ("CITVC"), a wholly owned subsidiary of China Central Television ("CCTV").  That agreement granted to EchoStar the exclusive right to transmit CCTV's "Great Wall Package" of television channels in the United States via satellite.  The Great Wall Package includes content from 22 Chinese television channels, including the following CCTV channels:  CCTV-4, CCTV-E, CCTV-Entertainment, CCTV-News, CCTV Movies (distributed as "China Movie Channel (CMC)"), and CCTV-Opera (collectively, the "CCTV U.S. Channels").

---

[1] For purposes of this motion, "Over-the-Top" or "OTT" refers to the delivery of video programming using an Internet connection that is not owned, managed, or operated by such distributor (e.g., Netflix).

Kuelling Decl. ISO Motion for Preliminary Injunction
DWT 25450641v5 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6.     DISH and China International Communication Co., Ltd. ("CICC"), as successors-in-interest to the original parties to the license agreement, have amended and renewed the license agreement periodically since 2004.  Under the license agreement, as amended, DISH continues to own the exclusive right to transmit the Great Wall Package in the United States via satellite.  In 2008, CICC also granted DISH the non-exclusive right to distribute CCTV's Great Wall Package via OTT in the United States.

7.     Until recently, DISH charged its subscribers $22.99 per month for the Great Wall Package on its satellite service in the United States.  In October 2014, as a result of competitive pressure from unauthorized distribution of the Great Wall Package, DISH reduced its price for new customers to $14.99 per month.

8.     DISH also charges its subscribers $14.99 per month for the Great Wall Package on its DishWorld OTT service in the United States.

### DISH's Rights to Transmit TVB Programming

9.     In 2012, DISH entered into a license agreement with TVB Satellite Platform, Inc., an affiliate of Television Broadcasts Limited ("TVB") and Plaintiff TVB Holdings (USA), Inc. ("TVB (USA)").  Pursuant to the license agreement, DISH owns the exclusive right to transmit via satellite in the United States the following TVB television channels and the TVB television programs comprising those channels:  TVB1, TVB2, TVBe, TVBS, TVB8, TVBV, TVB Pearl, TVB Drama, and TVBHD (collectively, the "TVB U.S. Channels").  The license agreement also grants to DISH the exclusive right to transmit the TVB U.S. Channels and the TVB television programs comprising those channels in the United States via OTT, except for video-on-demand content.

10.     DISH offers its subscribers access to certain of the TVB U.S. Channels through a television package called the "Jadeworld" Package, which includes TVB1, TVB2, TVBe, TVBS, and CCTV's CCTV-4.

Kuelling Decl. ISO Motion for Preliminary Injunction
DWT 25450641v5 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

11.     DISH generally charges its subscribers $29.99 per month for the Jadeworld Package on its satellite and DishWorld OTT services in the United States.

### Infringement of CCTV and TVB Programming Through the TVpad Retransmission Service

12.     As part of my job responsibilities, I oversee DISH's anti-piracy efforts concerning international programming, including the investigation of "rogue" television services that deliver unlicensed international television programming to U.S. customers, such as the infringing international programming accessible through the TVpad device (the "TVpad Retransmission Service").  In July 2014, DISH (together with TVB (USA)) joined co-Plaintiffs CCTV and CICC in their anti-piracy efforts involving the TVpad device and the TVpad Retransmission Service, including retaining the Mintz Group, Inc. ("Mintz") in its private investigation of the TVpad device, the TVpad Retransmission Service, and of the Defendants named in this action.

13.     The TVpad device is a set-top box.  When a user connects the TVpad device to both the Internet and a television, applications or "apps" available through a built-in software application called the "TVpad Store" permit users in the United States to view streaming television programs from mainland China, Hong Kong, and other parts of Asia.

14.     One of the Mintz investigators with whom DISH has worked is Nicholas Braak.  As detailed in the accompanying Braak declaration, which I have reviewed, several applications available in the TVpad Store stream CCTV and TVB channels and television programs from Asia to TVpad users in the United States (the "Infringing TVpad Apps").  DISH has not authorized anyone to stream CCTV or TVB channels or individual programming content comprising such channels through the Infringing TVpad Apps to TVpad users in the United States.

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Defendants Refuse to Cease and Desist**

15.  On or about November 21, 2014, I sent cease-and-desist letters by Federal Express on behalf of DISH, TVB, and CCTV to Defendant Create New Technology (HK) Ltd. ("CNT"), the manufacturer of the TVpad device, and to Defendants Asha Media Group Inc. d/b/a TVpad.com ("Asha Media"), and Club TVpad, Inc. ("Club TVpad," together with Asha Media, the "U.S. Distributors"). Federal Express confirmed delivery of the cease-and-desist letter to Club TVpad on November 24, 2014.  Federal Express confirmed delivery of the cease-and-desist letter to Asha Media on November 26, 2014.  On November 23, 2014, Federal Express informed DISH that delivery of the cease-and-desist letter to CNT at its registered address in Hong Kong was attempted but refused by CNT because no specific individual's name was listed on the package.  I then provided Federal Express with the name of CNT's sole shareholder Zhang Wenwei, but Federal Express informed DISH on November 30, 2014 that CNT had refused delivery with that name as well.  True and correct copies of my November 2014 cease-and-desist letters to CNT and the U.S. Distributors are attached hereto as Exhibit 95.  True and correct copies of the emails from Federal Express to me and to a DISH employee working under my direction confirming delivery of the cease-and-desist letters to the U.S. Distributors, redacted to remove attorney-client communications, are attached hereto as Exhibit 96.  True and correct copies of emails from Federal Express to DISH employees working under my direction evidencing attempts by Federal Express to deliver the cease-and-desist letter to CNT are attached hereto as Exhibit 97.

16.  On December 8, 2014, I sent emails to CNT and the U.S. Distributors which attached copies of the cease-and-desist letters addressed to each of them.  I have not received any notifications (such as an "undeliverable" message) that would suggest that my email delivery of the cease-and-desist letters to CNT or the U.S. Distributors was unsuccessful.  True and correct copies of my emails to CNT and the

5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

U.S. Distributors, with the attached cease-and-desist letters, are attached hereto as Exhibit 98.

17. On December 8, 2014, in response to my November cease-and-desist 2014 letter to Asha Media, I received an email from an individual identifying himself as "Amit" from the email address tvboxplayer@gmail.com "On Behalf of TVPad Authorized Store." I believe that "Amit" is Amit Bhalla, President of Asha Media. The email stated: "I believe you are trying to contact the manufacturer which is www.itvpad.com. We are only a reseller . . . just like amazon, rakutan and sears also selling the product. All legal matters go to the manufacturer. Let me know if I can be of assistance." A true and correct copy of this email is attached hereto as Exhibit 99.

18. On December 16, 2014, after determining that the exhibits to my previous cease-and-desist letters were inadvertently omitted, I resent my November 2014 cease-and-desist letters with the exhibits to CNT and Club TVpad via email. True and correct copies of my emails with their attached cease-and-desist letters and exhibits are attached hereto as Exhibits 100 and 101.

19. On December 19, 2014, I emailed another cease-and-desist letter to Amit Bhalla at Asha Media, responding to his December 8, 2014 email and attaching the exhibits that were omitted from my previous cease-and-desist letter to Asha Media. A true and correct copy of my email with its attached cease-and-desist letter and exhibits is attached hereto as Exhibit 102.

20. On or about January 12, 2015, I received a letter dated December 17, 2014 from a lawyer for Club TVpad responding to my November cease-and-desist letter by pointing out a typographical error, but otherwise ignoring the substantive issues raised in my letter. On January 14, 2015, I sent a corrected version of my cease-and-desist letter to Club TVpad by email to fix the typos in the body of the letter. A true and correct copy of my email with its attached cease-and-desist letter and exhibits is attached hereto as Exhibit 103.

21.     My November 2014 cease-and-desist letter to CNT, as updated on December 16, 2014, notified CNT that "we have cause to believe that CNT and/or persons acting in concert with CNT are directly infringing the copyrights in television programming for which DISH, CCTV and/or TVB own exclusive rights, as well as inducing, materially contributing to, and failing to control the blatant infringing activities of others through the TVpad device."  The cease-and-desist letter, as updated, provided CNT with a list of the Infringing TVpad Apps, a list of the CCTV and TVB channels transmitted through those apps, and a representative list of 145 CCTV and TVB programs streamed through the Infringing TVpad Apps without authorization.  The cease-and-desist letter demanded that "CNT and any parties acting in concert with CNT, or pursuant to CNT's direction or control," immediately (a) cease and desist from "providing CCTV and TVB content through the TVpad and its affiliated network"; and (b) cease and desist from "providing the [Infringing TVpad Apps], and any similar infringing applications, through the TVpad app store or otherwise."  *See* Exhibits 95, 98, 100.

22.     I have received no response from CNT to my cease-and-desist letter, and our investigators have confirmed that CCTV and TVB channels and programs continue to be streamed through the TVpad device despite my cease-and-desist letter.

23.     My November 2014 cease-and-desist letters to the U.S. Distributors notified those distributors that they were subject to liability for "secondary copyright infringement because of [their] involvement in the sale and distribution of TVpad devices, [their] inducement of customers to infringe CCTV and TVB programming, and [their] material contribution to the infringing activities of others."  The cease-and-desist letters, as updated, provided the U.S. Distributors with a list of Infringing TVpad Apps, a list of the CCTV and TVB channels transmitted through those apps, and a representative list of 145 CCTV and TVB programs streamed through the Infringing TVpad Apps without authorization.  The cease-and-desist letters demanded that the U.S. Distributors immediately (a) cease and desist from "selling

7

TVpad devices that offer the [Infringing TVpad Apps], or any similar infringing applications, through the TVpad app store"; (b) cease and desist from "providing the [Infringing TVpad Apps], and any similar applications"; and (c) cease and desist from "marketing and promoting the availability of CCTV and TVB content on the TVpad, and encouraging consumers to access such content through the TVpad." *See* Exhibits 95, 98, 101-103.

24.    My December 19, 2014 response to Asha Media further stated in relevant part: "We strongly disagree with your statement that Asha Media is 'only a reseller' of the TVpad device.  In addition to selling a device that delivers pirated content, Asha Media actively induces and encourages customers to purchase and use the TVpad device in order to access and infringe copyrighted Chinese-language television programs, including CCTV and TVB programs.  In light of these activities, Asha Media is secondarily liable for the infringing conduct of its customers who use the TVpad device, as well as for the infringing conduct of other parties streaming pirated CCTV and TVB content to the TVpad device." *See* Exhibit 102.

25.    I received no subsequent response from Asha Media to my December 19, 2014 letter, and our investigators have confirmed that Asha Media continues to promote the Infringing TVpad Apps and the availability of infringing television programming on the TVpad device.  In February 2015, I received a letter from Club TVpad's lawyer denying that Club TVpad is engaged in infringing conduct, and our investigators have confirmed that Club TVpad continues to promote the Infringing TVpad Apps and the availability of infringing television programming on the TVpad device.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### Irreparable Harm to DISH's Business

26.     Defendants' infringing conduct in providing, inducing, and facilitating unauthorized streaming of CCTV and TVB channels and programs through the TVpad device competes directly with DISH's satellite and OTT pay television services in the United States.

27.     Defendants provide CCTV and TVB television programming to U.S. customers that satisfies the same demand for that programming as DISH's Chinese-language television packages including the Great Wall and Jadeworld Packages.  Because Defendants pay no license fees to the copyright owners for the TVpad Retransmission Service, they can provide CCTV and TVB channels and programs without assessing monthly fees to their customers, making their services cheaper and thus more attractive to potential consumers than DISH's competing services.  Moreover, as explained in more detail in the accompanying Declarations of Samuel  P. Tsang and Lu Chunguang, which I have reviewed, Infringing TVpad Apps on the TVpad device stream CCTV and TVB programming before it is available on DISH in the United States, compounding the competitive harm.

28.     The competitive harm is readily apparent when it comes to the DishWorld OTT service, which DISH markets to customers interested in international programming and provides that programming over the Internet to users of connected devices such as iPhones, Android devices, and the Roku set-top box. Users of authorized devices must pay a subscription fee for the DishWorld service to access CCTV and TVB content, while users of the TVpad get illegally streamed CCTV and TVB content for free.  This difference places our DishWorld service at a significant and unfair disadvantage vis-à-vis the TVpad device and TVpad Retransmission Service.

29.     I have a good-faith belief that, as a result of Defendants' unlawful activities described above, DISH has lost or failed to acquire many subscribers who otherwise would have been willing to pay subscription fees for access to DISH's

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Great Wall Package of CCTV channels and Jadeworld Package of TVB channels. For instance, with respect to the Great Wall Package, the total number of DISH subscribers and monthly gross activations has been steadily declining from 2011 to the present. With respect to the Jadeworld Package, DISH launched the package in November 2012 and fell well short of meeting the number of subscribers anticipated. Moreover, most of the subscribers to the Jadeworld package on DISH's satellite service had their two year commitments end in the last three months and, in just those three months alone, the number of subscribers has declined significantly.

30.     Based on my knowledge of the industry and my experience overseeing DISH's anti-piracy efforts, I conclude that this decline in DISH's subscriber base to the Great Wall and Jadeworld packages is attributable, at least in part, to the availability of CCTV and TVB programming for free on the TVpad device.  That conclusion is buttressed by feedback from our DISH retailers in the local markets, who see the TVpad being advertised in newspapers and other media.

31.     In addition, as noted above, DISH has reduced its monthly subscription fee for new customers of the Great Wall Package of CCTV channels from $22.99 to $14.99 per month because of competitive pressure from infringing television services like the TVpad Retransmission Service.

32.     This subscriber and price erosion has diminished and will continue to diminish DISH's revenues unless enjoined.  It is difficult to calculate the amount of revenue DISH has lost in this way because DISH does not know how many customers it has lost or failed to acquire as a result of Defendants' infringing activities.

33.     Defendants' infringing activities also diminish the value of the exclusive rights conveyed to DISH by license agreements with TVB (USA)'s affiliate and CICC, placing a strain on DISH's business relationships in a manner that is difficult to calculate.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 | I declare under penalty of perjury under the laws of the United States of America that
2 | the foregoing is true and correct.
3 | Executed this $10^{\underline{th}}$ day of March, 2015.
4 |
5 |                              Christopher Kuelling
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

11

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**WUKOSON DECLARATION**

## DECLARATION OF GEORGE P. WUKOSON

I, George P. Wukoson, declare as follows:

1.     I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York.  I am associated with the law firm of Davis Wright Tremaine LLP ("DWT"), counsel to the Plaintiffs in this action. My *pro hac vice* application to practice law before the bar of the Central District of California is pending.

2.     Attached hereto as Exhibit 104 is a true and correct copy of a printout of the webpage located at http://en.itvpad.com/tvpad4/index.html, which a DWT paralegal generated at my direction on January 4, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16ᵗʰ day of March, 2015 in New York, New York.

George P. Wukoson

Lau Decl. ISO Motion for Preliminary Injunction
DWT 26235065v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899