CARLA A. McCAULEY (State Bar No. 223910
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
    bobbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>              Plaintiffs,<br><br>       vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>              Defendants. | Case No.<br>CV15-01869 MMM (AJWx)<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7**<br><br>[Notice of Motion and Motion for Preliminary Injunction and {Proposed} Order filed concurrently]<br><br>**Date:** **June 8, 2015**<br>**Time:** **10:00 a.m.**<br>**Crtrm.:** **780**<br><br>Action Filed March 13, 2015 |

**INDEX**
**VOLUME 2**

EXHIBIT 1

EXHIBIT 2

EXHIBIT 3

EXHIBIT 4

EXHIBIT 5

EXHIBIT 6

EXHIBIT 7

EXHIBIT 8

EXHIBIT 9

EXHIBIT 10

EXHIBIT 11

EXHIBIT 12

EXHIBIT 13

EXHIBIT 14

EXHIBIT 15

EXHIBIT 16

EXHIBIT 17

COMPENDIUM OF EVIDENCE ISO MOTION FOR PRELIMINARY INJUNCTION
DWT 26440603v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 1



| Search ▾ | Product ▾ | Shopping ▾ | About e-Search ▾ | Logout |

Welcome!                                     System Clock: 10-SEP-2014 15:33:46 GMT +0800



Company Name Search

Your Search: LEFT PARTIAL match with 'create new technology' , CR No.: = 1232601

| CR No.: | 1232601 |
|---|---|
| Company Name: | CREATE NEW TECHNOLOGY (HK) LIMITED<br>啓創科技(香港)有限公司 |
| Company Type: | Private company limited by shares |
| Date of Incorporation: | 29-APR-2008 |
| Active Status: | Live |
| Remarks: | - |
| Winding Up Mode: | - |
| Date of Dissolution: | - |
| Register of Charges: | Unavailable |
| Important Note: | - |

Name History

| Effective Date | Name Used |
|---|---|
| 29-APR-2008 | CREATE NEW TECHNOLOGY (HK) LIMITED<br>啓創科技(香港)有限公司 |

Please select if you want to perform other searches or order other products for this company:

Image Record (including Document Index) ▾   GO

Please select the Order Type:

Order certified screen print         HK$140.00 plus additional handling charges for different delivery mode(*)

(*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

Back

Back to top
ICRIS_Ver_1_0_5_Build_07_01
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.

EXHIBIT 1

**No.** 1232601
編號



# CERTIFICATE OF INCORPORATION
## 公 司 註 冊 證 書

———————— * * * ————————

**I hereby certify that**
本 人 謹 此 證 明

## CREATE NEW TECHNOLOGY (HK) LIMITED
## 啓創科技(香港)有限公司

**is this day incorporated in Hong Kong under the Companies Ordinance**
於 本 日 在 香 港 根 據 《 公 司 條 例 》（第 32 章）

**(Chapter 32) and that this company is limited.**
註 冊 成 為 有 限 公 司 。

**Issued on** 29 April 2008 .
本 證 書 於 二 〇 〇 八 年 四 月 二 十 九 日 發 出 。

Ms. Fanny Wing-chi LAM
..............................................
**for *Registrar of Companies***
***Hong Kong***
香港公司註冊處處長
（ 林詠芝 代行 ）

Note 註 :
Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.
公司名稱獲公司註冊處註冊，並不表示獲授予該公司名稱或其任何部分的商標權或任何其他知識產權。

# MEMORANDUM

# AND

# ARTICLES OF ASSOCIATION

# OF

# CREATE NEW TECHNOLOGY (HK) LIMITED
# 啓創科技(香港)有限公司

Incorporated on

**HONG KONG**

---

**No.**

## [COPY]

## COMPANIES ORDINANCE
## (CHAPTER 32)

## CERTIFICATE OF INCORPORATION

### I hereby certify that

## CREATE NEW TECHNOLOGY (HK) LIMITED
## 啓創科技(香港)有限公司

is this day incorporated in Hong Kong under the Companies Ordinance, and that this Company is limited.

Issued by the undersigned on

(Sd.)

For Registrar of Companies
Hong Kong



22100335050
MA
23/04/2008

# THE COMPANIES ORDINANCE (CHAPTER 32)

### Private Company Limited by Shares

## MEMORANDUM OF ASSOCIATION

## OF

## CREATE NEW TECHNOLOGY (HK) LIMITED
## 啓創科技(香港)有限公司

**First:-** The name of the Company is "CREATE NEW TECHNOLOGY (HK) LIMITED 啓創科技(香港)有限公司"

**Second:-** The Registered Office of the Company will be situated in Hong Kong.

**Third:-** The liability of the Members is limited.

**Fourth:-** The Share Capital of the Company is HK$10,000,000.00 divided into 10,000,000 shares of HK$1.00 each with the power for the company to increase or reduce the said capital and to issue any part of its capital, original of increased, with or without preference, priority or special privileges, or subject to any postponement of rights or to any conditions or restrictions and so that, unless the conditions of issue shall otherwise expressly declare, every issue of shares, whether declared to be preference or otherwise, shall be subject to the power hereinbefore contained.

*********************************************

1

We, the several persons, whose names, addresses and descriptions are hereto subscribed, are desirous of being formed into a Company in pursuance of this Memorandum of Association, and we respectively agree to take the number of shares in the capital of the Company set opposite to our respective names:

| Names, Addresses and Descriptions of Subscribers | Number of Shares taken by Each subscriber |
| --- | --- |
| ZHANG MIN 張民<br>ROOM 10B, JIN FENG BUILDING,<br>NO. 1001,<br>SHANG BU ROAD SOUTH,<br>FU TIAN DISTRICT,<br>SHENZHEN, CHINA.<br>MERCHANT | 10,000,000 |
| Total Number of Shares Taken................... | 10,000,000 |

Dated: 2 3 APR 2008 _____

WITNESS to the above signatures:

Ruby Tseng
Secretary
13/F., Tung Sun Commercial Centre,
200 Lockhart Road, Wanchai,
Hong Kong.

2

# THE COMPANIES ORDINANCE (CHAPTER 32)

### Private Company Limited by Shares

# ARTICLES OF ASSOCIATION

## OF

# CREATE NEW TECHNOLOGY (HK) LIMITED
## 啓創科技(香港)有限公司

---

### Preliminary

1.  The regulations contained in Table "A" in the First Schedule to the Companies Ordinance (Chapter 32) shall apply to the Company save in so far as they are hereby expressly excluded or modified. In case of conflict between the provisions of Table "A" and these presents, the provisions herein contained shall prevail.

2.  The company is a private company and accordingly :-
    (a)  the right to transfer shares is restricted in manner hereinafter prescribed;

    (b)  the number of members of the company (exclusive of persons who are in the employment of the company and of persons who having been formerly in the employment of the company were while in such employment and have continued after the determination of such employment to be members of the company) is limited to 50. Provided that where 2 or more persons hold one or more shares in the company jointly they shall for the purpose of this regulation be treated as a single member;

    (c)  any invitation to the public to subscribe for any shares or debentures of the company is prohibited.

### Transfer of Shares

3.  The Directors may decline to register any transfer of shares to any person without giving any reason therefor. The Directors may suspend the registration of transfers during the twenty-one days immediately preceding the Ordinary General Meeting in each year. The Directors may decline to register any instrument of transfer, unless (a) a fee not exceeding two dollars is paid to the Company in respect thereof, and (b) the instrument of transfer is accompanied by the Certificate of the shares to which it relates, and such other evidence as the Directors may reasonably require to show the right of the transferor to make the transfer.

### Chairman of Directors

4.  The Directors may elect a chairman of their meetings, and determine the period for which he is to hold office, and unless otherwise determined the chairman shall be elected annually. If no chairman is elected, or if at any meeting the chairman is not present within half an hour of the time appointed for holding the same, the Directors present shall choose someone of their number to be the chairman of such meeting.

3

5. Unless and until the Company in General Meeting shall otherwise determine, the number of Directors shall not be less than one. The first Director(s) of the Company shall be nominated in writing by the subscriber(s) to the Memorandum of Association.

6. A Director who is about to go away from or is absent from Hong Kong may with the approval of the majority of the other Directors nominate any person to be his substitute and such substitute whilst he holds office as such shall be entitled to notice of Meetings of the Directors and to attend and vote thereat accordingly and he shall ipso facto vacate office if and when the appointor returns to Hong Kong or vacate office as a Director or removes the substitute from office and any appointment and removal under this Article shall be effected by notice in writing under the hand of or by cable from the Director making the same. A Director may appoint (subject as above provided) one of the other Directors to be his substitute who shall thereupon be entitled to exercise (in addition to his own right of voting as a Director) such appointor's rights at Meetings of the Directors.

7. At the Ordinary General Meeting to be held next after the adoption of these Articles and at every succeeding Ordinary General Meeting all Directors, except Permanent Directors if any are appointed, shall retire from office and shall be eligible for re-election.

8. A Director shall not require any qualification shares.

9. The office of a Director shall be vacated if the Director: -

   (a) resigns his office by notice in writing to the Company; or

   (b) becomes bankrupt or makes any arrangement or composition with his creditors generally; or

   (c) becomes of unsound mind.

10. (a) No Director shall be disqualified from his office by contracting with the Company, nor shall any such contract or any contract entered into by or on behalf of the Company in which any Director shall be in any way interested be avoided, nor shall any Director so contracting or being so interested be liable to account to the Company for any profit realised by any such contract by reason only of such Director holding that office, or of the fiduciary relations thereby established but it is declared that the nature of his interest must be disclosed by him at the meeting of the Directors at which the contract is determined on if his interest then exists, or, in any other case, at the first meeting of the Directors after the acquisition of his interest. A Director may vote in respect of any contract or arrangement in which he is interested.

    (b) A Director of the Company may be or become a Director of any company promoted by this Company or in which it may be interested as a vendor, shareholder or otherwise and no such Director shall be accountable for any benefits received as a Director or shareholder of such company.

11. The Directors may meet together for the dispatch of business, adjourn and otherwise regulate their Meetings as they think fit and determine the quorum necessary for the transaction of business. Until otherwise determined, one Director shall constitute a quorum.

12. Any casual vacancy occurring in the Board of Directors may be filled up by the Directors, but the person so chosen shall be subject to retirement at the same time as if he had become a Director on the day on which the Director in whose place he is appointed was last elected a Director.

S000

13. Subject to the provisions of Article 6 hereof, the Directors shall have power at any time, and from time to time, to appoint a person as an additional Director who shall retire from office at the next following Ordinary General Meeting, but shall be eligible for election by the Company at that meeting as an additional Director.

14. The Company may by special resolution remove any Director and may by an ordinary resolution appoint another person in his stead. The person so appointed shall be subject to retirement at the same time as if he had become a Director on the day on which the Director in whose place he is appointed was last elected a Director.

15. Any Resolution of the Board of Directors in writing signed by the majority of the Directors, in whatever part of the world they may be, shall be valid and binding as a resolution of the Directors provided that notice shall have been given to all the Directors of the Company capable of being communicated with conveniently according to the last notification of address by each such Director given to the Registered Office of the Company.

16. Where any notice is required either by these Articles, by Table "A", by the Ordinance or otherwise, to be given to any Director or to any Member of the Company, such shall be valid if given by cable and where any consent, agreement, signature, notice by or authority from any Director or Member of the Company such shall be good and valid if given by cable in spite of the fact that neither the cable nor the document by which the cable is sent bears a written signature. This clause shall not apply to Special Resolutions.

### Powers of Directors

17. The Directors, in addition to the powers and authorities by these Articles or otherwise expressly conferred upon them, may exercise all such powers and do all such acts and things as may be exercised or done by the Company in General Meeting subject nevertheless to the provisions of the Companies Ordinance (Chapter 32), to these Articles, and to any regulations from time to time made by the Company in General Meetings, provided that no such regulation so made shall invalidate any prior act of the Directors which would have been valid if such regulations had not been made.

18. Without prejudice to the general powers conferred by the preceding Article and the other powers conferred by these Articles, it is hereby expressly declared that the Directors shall have the following powers, that is to say, power: -

    (1) To pay the costs, charges and expenses preliminary and incidental to the promotion, formation, establishment and registration of the Company.

    (2) To purchase or otherwise acquire for the Company or sell or otherwise dispose of any property, rights or privileges which the Company is authorised to acquire at such price and generally on such terms and conditions as they shall think fit.

    (3) To engage, suspend or dismiss the employees of the Company, and to fix and vary their salaries or emoluments.

    (4) To institute, conduct, defend, compromise or abandon any legal proceedings by or against the Company or its officers, or otherwise concerning the affairs of the Company, and also to compound and allow time for payment or satisfaction of any debts due and of any claims or demands by or against the Company.

    (5) To refer any claims or demands by or against the Company to arbitration and observe and perform the awards.

    (6) To make and give receipts, releases and other discharges for moneys payable to the Company, and for claims and demands of the Company.

5

(7) To invest, lend or otherwise deal with any of the moneys or property of the Company in such manner as they think fit having regard to the Company's Memorandum of Association and from time to time to vary or realise any such investment.

(8) To borrow money on behalf of the Company, and to pledge, mortgage or hypothecate any of the property of the Company.

(9) To open a current account with themselves for the Company and to advance any money to the Company with or without interest and upon such terms and conditions as they shall think fit.

(10) To enter into all such negotiations and contracts and rescind and vary all such contracts and execute and do all such acts, deeds and things in the name and on behalf of the Company as they may consider expedient for, or in relation to, any of the matters aforesaid, or otherwise for the purposes of the Company.

(11) To give to any Director, officer or other person employed by the Company a commission on the profits of any particular business or transaction, and such commission shall be treated as part of the working expenses of the Company, and to pay commissions and make allowances (either by way of a share in the general profits of the Company or otherwise) to any person introducing business to the Company or otherwise promoting or serving the interest thereof.

(12) To sell, improve, manage, exchange, lease, let, mortgage or turn to account all or any part of the land, property, rights and privileges of the Company.

(13) To employ, invest or otherwise deal with any Reserve Fund or Reserve Funds in such manner and for such purposes as the Directors may think fit.

(14) To execute, in the name and on behalf of the Company, in favour of any Director or other person who may incur or be about to incur any personal liability for the benefit of the Company, such mortgages of the Company's property (present or future) as they think fit, and any such mortgage may contain a power of sale and such other powers, covenants and provision as shall be agreed upon.

(15) From time to time to provide for the management of the affairs of the Company abroad in such manner as they think fit, and in particular to appoint any persons to be the attorneys or agents of the Company with such powers (including power to sub-delegate) and upon such terms as they think fit.

(16) From time to time to make, vary or repeal rules and by-laws for the regulation of the business of the Company, its officers and servants.

(17) To delegate any or all of the powers herein to any Director or other person or persons as the Directors may at any time think fit.

19. Clause 81 of Table "A" shall not apply.

## Seal and Cheques

20. The Seal of the Company shall be kept by the Board of Directors and shall not be used except with their authority.

21. Every document required to be sealed with the Seal of the Company shall be deemed to be properly executed if sealed with the Seal of the Company and signed by the Chairman of the Board of Directors, or such person or persons as the Board may from time to time authorised for such purpose.

6

22. All cheques, promissory notes, drafts, bills of exchange, and other negotiable instruments, shall be made, signed, drawn, accepted and endorsed, or otherwise executed by the person or persons from time to time authorised by a resolution of the Board of Directors.

### General Meetings

23. For all purposes, the quorum for all general meetings shall be at least one member personally present and holding either in his own right or by proxy at least fifty-one per cent of the paid-up capital of the Company, and no business shall be transacted at any General Meeting unless the requisite quorum be present at the commencement of the business.

24. A resolution in writing signed by all the shareholders shall be as valid and effectual as a resolution passed at a general meeting duly convened and held.

### Votes of Members

25. All voting of members in respect of any matter or matters shall be by poll and every member present in person or by proxy shall have one vote for each share of which he is the holder.

### Divisions of Profits

26. The net profits of the Company in each year shall be applied in or towards the formation of such reserve fund or funds and in or towards the payment of such dividends and bonuses as the Directors subject to the approval of the Company in General Meeting may direct.

27. No dividend shall be payable except out of the profits of the Company, and no dividend shall carry interest as against the Company.

28. A transfer of shares shall not pass the right to any dividend declared thereon before the registration of the transfer.

29. If two or more persons are registered as joint holders of any share, any one of such persons may give effectual receipts for any dividends or for other moneys payable in respect of such share.

30. The Directors may retain any dividends payable on shares on which the Company has a lien, and may apply the same in or towards satisfaction of the debts, liabilities or engagements in respect of which the lien exists.

31. All dividends unclaimed for one year after having been declared may be invested or otherwise made use of by the Directors for benefit of the Company until claimed.

### Secretary

32. The First Secretary of the Company shall be **SUCCESS CORPORATE SERVICES LIMITED** (駿業會計秘書服務有限公司) who may resign from this office upon giving notice to Company of such intention and such resignation shall take effect upon the expiration of such notice or its earlier acceptance.

### Notice

33. Any notice required to be given to the shareholders under these Articles may be in Chinese or English or both.

| Names, Addresses and Descriptions of Subscribers |
|---|
| ZHANG MIN 張民<br>ROOM 10B, JIN FENG BUILDING,<br>NO. 1001,<br>SHANG BU ROAD SOUTH,<br>FU TIAN DISTRICT,<br>SHENZHEN, CHINA.<br>MERCHANT |

Dated: **2 3 APR 2008**

WITNESS to the above signatures:

Ruby Tseng
Secretary
13/F., Tung Sun Commercial Centre,
200 Lockhart Road, Wanchai,
Hong Kong.

8



**CR**

公司註冊處
**Companies Registry**

# 公司秘書及董事辭職通知書
## Notice of Resignation of
## Company Secretary and Director

表格
Form **ND4**

公司編號 Company Number

**1232601**

註 Note

**1** 公司名稱 **Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

**2** 公司秘書／董事的辭職 **Resignation of Company Secretary／Director**

**A.** 現時在公司註冊處登記的詳情 **Particulars Currently Registered with the Companies Registry**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**6** 身分　　　　　☑ 公司秘書　　☐ 董事　　☐ 候補董事　　　代替 Alternate to
Capacity　　　　　Company　　　Director　　Alternate
　　　　　　　　　Secretary　　　　　　　　Director

公司秘書／董事的詳情 （自然人） **Particulars of Company Secretary／Director (Natural Person)**

中文姓名
**Name in Chinese**

英文姓名　　　　姓氏
**Name in English**　Surname

　　　　　　　　名字
　　　　　　　　Other Names

**7** 身分證明
**Identification**

香港身分證號碼　　　　　　　　　　　　護照號碼
Hong Kong Identity Card Number　　　　Passport Number

**或 OR**

**8** 公司秘書／董事的詳情 （法人團體） **Particulars of Company Secretary／Director (Body Corporate)**

中文及英文名稱 **Chinese and English Names**

**聯邦國際商務(香港)有限公司**
**LIANBANG INT'L BUSINESS (HK) LIMITED**

**B.** 辭職詳情 **Details of Resignation**

辭職日期
**Date of Resignation**

| 01 | 07 | 2014 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

**9** 上述董事或候補董事在辭職日期後，是否仍然擔任這公司的候補董事或董事職位？　　☐ 是 Yes
Will this director or alternate director continue to hold office as alternate director or director
in this company after the date of resignation?　　☑ 否 No

**3** 提交人資料 **Presenter's Reference**　　　　　　　　　請勿填寫本欄 **For Official Use**
姓名 Name:　LIANBANG INT'L BUSINESS (HK) LIMITED
地址 Address: UNIT 04, 7/F, BRIGHT WAY TOWER
　　　　　　NO. 33 MONG KOK ROAD, KOWLOON, HK

23001035812
ND4　　　　　1232601
08/07/2014

CR
收件日期 REC
0 8 JUL
實件管理組
Document Management
Section

電話 Tel:　23892981　　傳真 Fax:
電郵 Email:　wsc1618@yahoo.com.hk
檔號 Reference:

　　0055

**❿ 3 辭職通知 Notice of Resignation**

*請在適用的空格內加上 ✓ 號　Please tick the relevant box*

☐　按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知；本人亦已按照該規定發出辭職通知。
**I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company and I have given notice of resignation in accordance with the requirement.**

☐　按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知。本人並未按照該規定發出通知，但已將辭職通知的印本送交該公司；或將該通知的電子版發送予該公司；或將該通知留在該公司的註冊辦事處。
**I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company. I have not given notice of resignation in accordance with the requirement but I have sent the notice of resignation to the Company in hard copy form or in electronic form, or have left it at the registered office of the Company.**

☑　按照上述公司的章程細則或本人與該公司訂立的任何協議，本人不須向該公司發出辭職通知。
**I am not required by the articles of the above-named Company or by any agreement with the Company to give notice of resignation to the Company.**

*or and on behalf of*
LIANBANG INT'L BUSINESS (HK) LIMITED
聯邦國際商務(香港)有限公司

**❺ 簽署 Signed :**

姓名 Name : ___LIANBANG INT'L BUSINESS (HK) LIMITED___　　日期 Date : **01**　**07**　**2014**

辭職的秘書／董事 *
Resigning Company Secretary／~~Director~~ *　　　　　　　　　日 DD ／ 月 MM ／ 年 YYYY

\* *請刪去不適用者 Delete whichever does not apply*



公司註冊處
Companies Registry

# 公司秘書及董事辭職通知書
# Notice of Resignation of
# Company Secretary and Director

表格 Form **ND4**

公司編號 **Company Number**

1232601

註 Note

## 1 公司名稱 Company Name

CREATE NEW TECHNOLOGY (HK) LIMITED
啟創科技(香港)有限公司

## 2 公司秘書／董事的辭職 Resignation of Company Secretary／Director

**A.** 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑥**

| 身分 Capacity | ☐ 公司秘書 Company Secretary | ☑ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|---|

公司秘書／董事的詳情 （自然人） Particulars of Company Secretary／Director (Natural Person)

| 中文姓名 Name in Chinese | | 田志剛 |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | TIAN |
| | 名字 Other Names | ZHIGANG |

**⑦** 身分證明 Identification

| N/A | G28965052 |
|---|---|
| 香港身分證號碼 Hong Kong Identity Card Number | 護照號碼 Passport Number |

<u>或 OR</u>

**⑧** 公司秘書／董事的詳情 （法人團體） Particulars of Company Secretary／Director (Body Corporate)

中文及英文名稱 Chinese and English Names

N/A

**B.** 辭職詳情 Details of Resignation

辭職日期
Date of Resignation

| 23 | 06 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**⑨** 上述董事或候補董事在辭職日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of resignation?

☐ 是 Yes
☑ 否 No

**⑩** 提交人資料 Presenter's Reference

姓名 Name: SBC CORPORATE SERVICES LIMITED
地址 Address: ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel: 852-2507 7219　　傳真 Fax: 852-2507 7225
電郵 Email: formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 For Official Use

22901191829
ND4
23/06/2014　　1232601

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0119

⑩ 3 辭職通知 Notice of Resignation

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知；本人亦已按照該規定發出辭職通知。
I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company and I have given notice of resignation in accordance with the requirement.

[ ] 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知。本人並未按照該規定發出通知，但已將辭職通知的印本送交該公司；或將該通知的電子版發送予該公司；或將該通知留在該公司的註冊辦事處。
I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company. I have not given notice of resignation in accordance with the requirement but I have sent the notice of resignation to the Company in hard copy form or in electronic form, or have left it at the registered office of the Company.

[ ] 按照上述公司的章程細則或本人與該公司訂立的任何協議，本人不須向該公司發出辭職通知。
I am not required by the articles of the above-named Company or by any agreement with the Company to give notice of resignation to the Company.

⑬ 簽署 Signed :

姓名 Name : TIAN ZHIGANG

日期 Date : 23/06/2014

辭職的 ~~公司秘書~~ ／ 董事 *
Resigning ~~Company Secretary~~ ／ Director *

日 DD ／ 月 MM ／ 年 YYYY

\* *請剔去不適用者 Delete whichever does not apply*

0120



公司註冊處
Companies Registry

更改公司秘書及董事通知書(委任／停任)
**Notice of Change of Company Secretary and Director (Appointment／Cessation)**

表格
Form **ND2A**

公司編號 Company Number
1232601

註 Note

**1  公司名稱 Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

**2  公司秘書／董事的停任 Cessation to Act as Company Secretary／Director**

*(如超過一名公司秘書／董事停任，請用補頁 A 填報 Use Continuation Sheet A if more than 1 company secretary／director ceased to act)*

**A.  現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

| 身分<br>Capacity | 公司秘書<br>Company Secretary ☐ | 董事<br>Director ✓ | 候補董事<br>Alternate Director ☐ | 代替 Alternate to |
|---|---|---|---|---|

公司秘書／董事的詳情（自然人）**Particulars of Company Secretary／Director (Natural Person)**

| 中文姓名<br>Name in Chinese | | 田志剛 |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏 Surname: | TIAN |
| | 名字 Other Names: | ZHIGANG |

| 身分證明<br>Identification | N/A | G28965052 |
|---|---|---|
| | 香港身分證號碼<br>Hong Kong Identity Card Number | 護照號碼<br>Passport Number |

**或 OR**

公司秘書／董事的詳情（法人團體）**Particulars of Company Secretary／Director (Body Corporate)**

中文及英文名稱 Chinese and English Names

N/A

**B.  停任詳情 Details of Cessation**

| 停任原因<br>Reason for Cessation | ✓ 辭職／其他<br>Resignation／Others | ☐ 去世<br>Deceased |
|---|---|---|

| 停任日期<br>Date of Cessation | 23<br>日 DD | 06<br>月 MM | 2014<br>年 YYYY |
|---|---|---|---|

上述董事或候補董事在停任日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of cessation?

☐ 是 Yes
✓ 否 No

**提交人資料 Presentor's Reference**

姓名 Name:  SBC CORPORATE SERVICES LIMITED

地址 Address:  ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel:  852-2507 7219    傳真 Fax:  852-2507 7225
電郵 Email:  formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 For Official Use

22901191828
ND2A          1232601
23/06/2014

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0116

3 委任公司秘書／董事（自然人）Appointment of Company Secretary／Director (Natural Person)

*(如委任超過一名自然人為公司秘書／董事，請用續頁 B 號紙) Use Continuation Sheet B if more than 1 natural person is appointed as company secretary／director)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑫ 身分**
Capacity

☐ 公司秘書 Company Secretary　☑ 董事 Director　☐ 候補董事 Alternate Director

代替 Alternate to

| | |
|---|---|
| 中文姓名<br>Name in Chinese | 張文偉 |
| 英文姓名<br>Name in English　姓氏 Surname | ZHANG |
| 名字 Other Names | WENWEI |
| 前用姓名<br>Previous Names　中文 Chinese | N/A |
| 英文 English | N/A |
| 別名<br>Alias　中文 Chinese | N/A |
| 英文 English | N/A |

**⑬ 地址**
Address

ROOM 102, NO. 19, YUAN NAN YI VILLAGE,

XU HUI DISTRICT, SHANG HAI, CHINA.

國家／地區
Country／Region

**⑭ 電郵地址**
Email Address

N/A

**⑮ 身分證明 Identification**

310104196907014015 (CHINA ID)

(a) 香港身分證號碼
Hong Kong Identity Card Number

N/A

(b) 護照
Passport　簽發國家 Issuing Country

N/A

號碼 Number

N/A

委任日期 Date of Appointment

| 23 | 06 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**⑯** 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?

☐ 是 Yes　☑ 否 No

**⑰**

| 提示<br>Advisory Note | 所有公司董事均要閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。<br>All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide. |
|---|---|

**⑰** 出任董事職位同意書 Consent to Act as Director *請刪去不適用者 Delete whichever does not apply*

本人同意擔任公司的董事／~~候補董事~~*，並確認本人已年滿 18 歲。
I consent to act as director／~~alternate director~~* of this company and confirm that I have attained the age of 18

簽署 Signed : _[signature]_　ZHANG WENWEI

公司編號 **Company Number**

1232601

**4  委任公司秘書／董事 (法人團體) Appointment of Company Secretary／Director (Body Corporate)**
(如委任超過一個法人團體爲公司秘書／董事，請用續頁 C 填報 Use Continuation Sheet C if more than 1 body corporate is appointed as company secretary／director)
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**⑱ 身分 Capacity**
☐ 公司秘書 Company Secretary　☐ 董事 Director　☐ 候補董事 Alternate Director　代發 Alternate to

**⑲ 中文名稱 Name in Chinese**
N/A

**⑲ 英文名稱 Name in English**

**⑳ 地址 Address**

國家／地區 Country／Region

**㉑ 電郵地址 Email Address**

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

委任日期 **Date of Appointment**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

**㉒** 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?
☐ 是 Yes
☐ 否 No

**㉓ 提示 Advisory Note**　所有公司董事均須閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

**㉓ 出任董事職位同意書 Consent to Act as Director**
本人謹代表上述公司確認，上述公司同意擔任公司的董事／候補董事* 。
I, acting on behalf of the above named company, confirm that the above company consents to act as director／alternate director* of this company.

簽署 Signed :

董事(法人團體)的董事／公司秘書／獲授權人士*
Director／Company Secretary／Authorized Person of the Director (Body Corporate)*

本通知書包括下列續頁 This Notice includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

**㉔ 5  確認(適用的話) Confirmation (If applicable)**
名列本通知書內的每一名獲委任爲公司秘書的自然人通常居於香港。
Each natural person appointed as company secretary and named in this Notice ordinarily resides in Hong Kong.

**㉖ 簽署 Signed** :

姓名 Name :　TIAN ZHIGANG　日期 Date : 23/06/2014

| | 日 DD / 月 MM / 年 YYYY |
|---|---|

董事 Director／~~公司秘書 Company Secretary~~ *

*請刪去不適用者 Delete whichever does not apply

0118



**CR**
公司註冊處
Companies Registry

存案 Filed

註冊辦事處地址更改通知書
# Notice of Change of Address of Registered Office

表格
**Form NR1**

公司編號 Company Number

| 1232601 |

註 Note

## 1 公司名稱 Company Name

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

## 2 更改詳情 Details of Change

*只需申報有更改的項目 Please complete item(s) with change(s) only*

### (a) 新註冊辦事處地址 New Address of Registered Office

(本處不接納非香港地址、「轉交」地址或郵政信箱號碼)
*Non-Hong Kong addresses, 'care of' addresses or post office box numbers are not acceptable)*

ROOM D, 10/F., TOWER A, BILLION CENTRE,

1 WANG KWONG ROAD, KOWLOON BAY, KOWLOON, HONG KONG.

地區 Region

生效日期 Effective Date

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

### (b) 新電郵地址 New Email Address

N/A

生效日期 Effective Date

| | | |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

簽署 Signed :



姓名 Name : SBC CORPORATE SERVICES LIMITED    日期 Date : 30/04/2014

董事 Director / 公司秘書 Company Secretary *    日 DD / 月 MM / 年 YYYY

*刪劃去不適用者 Delete whichever does not apply*

### 提交人資料 Presentor's Reference

姓名 Name:    SBC CORPORATE SERVICES LIMITED
地址 Address:  ROOM B, 10/F., TOWER A,
             BILLION CENTRE, 1 WANG KWONG ROAD,
             KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel: 852-2507 7219   傳真 Fax: 852-2507 7225
電郵 Email:  formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 For Official Use

22400988892
NR1        1232601
30/04/2014

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0009



**更改公司秘書及董事詳情通知書**
**Notice of Change in Particulars
of Company Secretary and Director**

公司註冊處
Companies Registry

表格
Form **ND2B**

公司編號 **Company Number**

1232601

註 Note

**1**  公司名稱 **Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

**2**  公司秘書／董事詳情更改 (自然人)
**Change in Particulars of Company Secretary／Director (Natural Person)**
*(如涉及超過一名關自然人的公司秘書／董事，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary／director, who is a natural person, is involved)*

**A.**  現時在公司註冊處登記的詳情 **Particulars Currently Registered with the Companies Registry**

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**❼**  身分
**Capacity**

☐ 公司秘書
Company Secretary

☑ 董事
Director

☐ 候補董事
Alternate Director

中文姓名
**Name in Chinese**

田志剛

英文姓名
**Name in English**

姓氏
Surname

TIAN

名字
Other Names

ZHI GANG

**❽**  身分證明
**Identification**

330222197305173138 (CHINA ID)

| N/A | N/A |
|---|---|
| 香港身分證號碼<br>Hong Kong Identity Card Number | 護照號碼<br>Passport Number |

**❹**  提交人資料 **Presentor's Reference**
姓名 Name:  SBC CORPORATE SERVICES LIMITED
地址 Address:  ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel: 852-2507 7219   傳真 Fax: 852-2507 7225
電郵 Email:  formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 **For Official Use**

22400988891
ND2B          1232601
30/04/2014

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0010

**2** 公司秘書／董事詳情更改（自然人）（續上頁）
**Change in Particulars of Company Secretary／Director (Natural Person)** (cont'd)

**10 B.** 更改詳情 **Details of Change(s)**

*請只填報有更改的項目 Please complete item(s) with change(s) only*

生效日期
**Effective Date**

**(a)** 中文姓名 **Name in Chinese**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

**(b)** 英文姓名 **Name in English**

TIAN

姓氏 Surname

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

ZHIGANG

名字 Other Names

**11 (c)** 別名 **Alias**

中文 Chinese

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

英文 English

**12 (d)** 地址 **Address**

NO. 57, TIAN ZHONG ROAD, ZHANG QI JU WEI,

ZHANG QI TOWN, CI XI, ZHEJIANG, CHINA.

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

國家／地區
Country / Region

**13 (e)** 電郵地址 **Email Address**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

**(f)** 香港身分證號碼 **Hong Kong Identity Card Number**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

**(g)** 護照 **Passport**                    NIL (CHINA ID)

CHINA

簽發國家 Issuing Country

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

G28965052

號碼 Number

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0011

3 公司秘書／董事詳情更改 (法人團體)
**Change in Particulars of Company Secretary／Director (Body Corporate)**

*(如涉及超過一名屬法人團體的公司秘書／董事，請用續頁 B 填報 Use Continuation Sheet B if more than 1 company secretary／director, which is a body corporate, is involved)*

**A.** 現時在公司註冊處登記的詳情 **Particulars Currently Registered with the Companies Registry**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

⑦ 身分     ☐ 公司秘書     ☐ 董事     ☐ 候補董事
**Capacity**     Company Secretary     Director     Alternate Director

⑨ 公司秘書／董事的名稱 (法人團體) Name of Company Secretary／Director (Body Corporate)

| N/A |
|---|
| 中文 Chinese |

| |
|---|
| 英文 English |

公司編號 **Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

⑩ **B.** 更改詳情 **Details of Change(s)**

*請只填報有更改的項目 Please complete item(s) with change(s) only*

⑭ **(a)** 公司秘書／董事的名稱 (法人團體)
**Name of Company Secretary／Director (Body Corporate)**

生效日期 **Effective Date**

| N/A |
|---|
| 中文 Chinese |

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

| |
|---|
| 英文 English |

⑮ **(b)** 地址 **Address**

| |
|---|
| |
| |

國家／地區
Country／Region

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

⑬ **(c)** 電郵地址 **Email Address**

| |
|---|

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

本通知書包括下列續頁 **This Notice includes the following Continuation Sheet(s)**

| 續頁 Continuation Sheet(s) | A | B |
|---|---|---|
| 頁數 Number of pages | 0 | 0 |

⑥ 簽署 Signed : 

姓名 Name : SBC CORPORATE SERVICES LIMITED    日期 Date : 30/04/2014

~~董事 Director~~／公司秘書 Company Secretary *

日 DD ／ 月 MM ／ 年 YYYY

*請刪去不適用者 Delete whichever does not apply



公司註冊處
Companies Registry

更改公司秘書及董事通知書(委任／停任)
**Notice of Change of Company Secretary and
Director (Appointment／Cessation)**

表格
Form **ND2A**

公司編號 Company Number

1232601

存案 Filed

註 Note

**1** 公司名稱 **Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

**2** 公司秘書／董事的停任 **Cessation to Act as Company Secretary／Director**
(如超過一名公司秘書／董事停任，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary／director ceased to act)

**A.** 現時在公司註冊處登記的詳情 **Particulars Currently Registered with the Companies Registry**
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

❼ 身分
Capacity

[✓] 公司秘書
Company
Secretary

[ ] 董事
Director

[ ] 候補董事
Alternate
Director

代替 Alternate to

公司秘書／董事的詳情 (自然人) **Particulars of Company Secretary／Director (Natural Person)**

中文姓名
**Name in Chinese**

N/A

英文姓名
**Name in English**

姓氏
Surname

N/A

名字
Other Names

❽ 身分證明
**Identification**

| | | | | | | ( | ) | | |

香港身分證號碼
Hong Kong Identity Card Number

護照號碼
Passport Number

**或 OR**

❾ 公司秘書／董事的詳情 (法人團體) **Particulars of Company Secretary／Director (Body Corporate)**
中文及英文名稱 **Chinese and English Names**

聯邦國際商務(香港)有限公司
LIANBANG INT'L BUSINESS (HK) LIMITED

**B.** 停任詳情 **Details of Cessation**

停任原因
Reason for Cessation

[✓] 辭職／其他
Resignation／Others

[ ] 去世
Deceased

❿ 停任日期
Date of Cessation

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

⓫ 上述董事或候補董事在停任日期後，是否仍然擔任這間公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in
this company after the date of cessation?

[ ] 是 Yes

[ ] 否 No

❹ 提交人資料 **Presenter's Reference**
姓名 Name:   SBC CORPORATE SERVICES LIMITED
地址 Address:  ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel:  852-2507 7219    傳真 Fax:  852-2507 7225
電郵 Email:  formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 **For Official Use**

22400988890
ND2A              1232601
30/04/2014

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0013

**3** 委任公司秘書／董事（自然人）**Appointment of Company Secretary／Director (Natural Person)**

*(如委任超過一名自然人為公司秘書／董事，請用續頁 B 填報 Use Continuation Sheet B if more than 1 natural person is appointed as company secretary／director)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑫** 身分 **Capacity**

☐ 公司秘書 Company Secretary ☐ 董事 Director ☐ 候補董事 Alternate Director

| 代替 Alternate to |
| --- |
| |

| 中文姓名<br>Name in Chinese | | N/A |
| --- | --- | --- |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**⑬** 地址 **Address**

| |
| --- |
| |
| |
| |

國家／地區 Country／Region

**⑭** 電郵地址 **Email Address**

**⑮** 身分證明 **Identification**

(a) 香港身分證號碼 Hong Kong Identity Card Number

☐☐ ☐☐☐☐☐☐ ( )

(b) 護照 Passport

簽發國家 Issuing Country

號碼 Number

委任日期 **Date of Appointment**

| 日 DD | 月 MM | 年 YYYY |
| --- | --- | --- |
| | | |

**⑯** 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
**Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?**

☐ 是 Yes

☐ 否 No

**⑰** 提示 **Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

**⑰** 出任董事職位同意書 **Consent to Act as Director** *請刪去不適用者 Delete whichever does not apply*

本人同意擔任公司的董事／候補董事*，並確認本人已年滿 18 歲。
I consent to act as director／alternate director* of this company and confirm that I have attained the age of 18 years.

簽署 Signed ：_____

**4 委任公司秘書／董事（法人團體）Appointment of Company Secretary／Director (Body Corporate)**
*(如委任超過一個法人團體為公司秘書／董事，請用續頁C填報 Use Continuation Sheet C if more than 1 body corporate is appointed as company secretary／director)*
*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**(18)**

| 身分 Capacity | ✓ 公司秘書 Company Secretary | ☐ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|---|

**(19)** 中文名稱 Name in Chinese

駿業秘書服務有限公司

**(19)** 英文名稱 Name in English

SBC CORPORATE SERVICES LIMITED

**(20)** 地址 Address

ROOM B, 10/F., TOWER A, BILLION CENTRE,

1 WANG KWONG ROAD, KOWLOON BAY, KOWLOON, HONG KONG.

國家／地區 Country／Region

**(21)** 電郵地址 Email Address

N/A

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

618863

委任日期 Date of Appointment

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**(22)** 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment？

☐ 是 Yes
☐ 否 No

**(23)**

| 提示 Advisory Note | 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。 All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide. |
|---|---|

**(23)** 出任董事職位同意書 Consent to Act as Director

本人謹代表上述公司確認，上述公司同意擔任公司的董事／候補董事＊。
I, acting on behalf of the above named company, confirm that the above company consents to act as director／alternate director＊ of this company.

簽署 Signed : _____

董事(法人團體)的董事／公司秘書／獲授權人士＊
Director／Company Secretary／Authorized Person of the Director (Body Corporate)＊

本通知書包括下列續頁 This Notice includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

**(24)** **5 確認（適用的話）Confirmation (If applicable)**

名列本通知書內的每一名獲委任為公司秘書的自然人通常居於香港。
Each natural person appointed as company secretary and named in this Notice ordinarily resides in Hong Kong.

**(6)** 簽署 Signed : 

姓名 Name : SBC CORPORATE SERVICES LIMITED

董事 Director／公司秘書 Company Secretary ＊

日期 Date : 30/04/2014
日 DD ／ 月 MM ／ 年 YYYY

*＊請刪去不適用者 Delete whichever does not apply*

周年申報表
**Annual Return**

存案 Filed

表格
Form **NAR1**

公司編號 **Company Number**

1232601

註 Note

**1** 公司名稱 **Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

**7**

**2** 商業名稱(如有的話) **Business Name (If any)**

N/A

**3** 公司類別 **Type of Company**

請在適用的空格內加上 ✓ 號 *Please tick the relevant box*

☑ 私人公司
Private company

☐ 公眾公司
Public company

☐ 擔保有限公司
Company limited by guarantee

**8**

**4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司,本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司,申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司,申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**9**

**5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**

*(私人公司無需填報此項 A private company need not complete this section)*

| - | - | - | 至 | - | - | - |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | To | 日 DD | 月 MM | 年 YYYY |

**10**

**6** 註冊辦事處地址 **Address of Registered Office**

Room D, 10/F., Tower A, Billion Centre, 1 Wang Kwong Road,
Kowloon Bay, Kowloon, Hong Kong.

**3**

提交人資料 **Presentor's Reference**

姓名 Name: SBC CORPORATE SERVICES LIMITED
地址 Address: ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel: 852-2507 7219　傳真 Fax: 852-2507 7225
電郵 Email: formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 **For Official Use**

22400988893
NAR1L　　　1232601
30/04/2014

0001

**7 電郵地址 Email Address**

N/A

**8 按揭及押記 Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

N/A

**9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**

N/A

**10 股本 Share Capital**
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | |
|---|---|---|---|---|
| | | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| ORDINARY | HKD | 10,000,000 | HKD10,000,000.00 | HKD10,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 10,000,000 | HKD10,000,000.00 | HKD10,000,000.00 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0002

**11 公司秘書 Company Secretary**

**A. 公司秘書（自然人）Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | N/A |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**(13)** 香港通訊地址
Hong Kong
Correspondence
Address

地區
Region

**(14)** 電郵地址
Email Address

**(15)** 身分證明 Identification
(a) 香港身分證號碼
Hong Kong Identity Card Number

(b) 護照
Passport

簽發國家
Issuing Country

號碼
Number

**B. 公司秘書（法人團體）Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體，請用續頁A填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| | |
|---|---|
| **(16)** 中文名稱<br>Name in Chinese | 駿業秘書服務有限公司 |
| **(16)** 英文名稱<br>Name in English | SBC CORPORATE SERVICES LIMITED |
| **(17)** 香港地址<br>Hong Kong<br>Address | ROOM B, 10/F., TOWER A, |
| | BILLION CENTRE, 1 WANG KWONG ROAD, |
| | KOWLOON BAY, KOWLOON, HONG KONG. |
| 地區<br>Region | |
| **(14)** 電郵地址<br>Email Address | formation@sbcincorp.com |

公司編號 **Company Number**

618863

## 12 董事 Directors

### A. 董事 （自然人） Director (Natural Person)

(如超過一名董事屬自然人，請用續頁 B 填報 *Use Continuation Sheet B if more than 1 director is a natural person*)

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

**18** 身分
**Capacity** | ☑ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to

| | |
|---|---|
| 中文姓名 Name in Chinese | 田志剛 |
| 英文姓名 Name in English | 姓氏 Surname | TIAN |
| | 名字 Other Names | ZHIGANG |
| 前用姓名 Previous Names | 中文 Chinese | N/A |
| | 英文 English | N/A |
| 別名 Alias | 中文 Chinese | N/A |
| | 英文 English | N/A |

**19** 住址
**Residential Address**

NO. 57, TIAN ZHONG ROAD, ZHANG QI JU WEI, ZHANG QI TOWN, CI XI, ZHEJIANG, CHINA.

國家／地區 Country／Region

**20** 電郵地址
**Email Address**

N/A

**21** 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

N/A

(b) 護照
Passport | 簽發國家 Issuing Country | CHINA

號碼 Number | G28965052

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0004

**12 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**
*(如超過兩名董事和法人團體,請用續頁C填報 Use Continuation Sheet C if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

⑱ **1 身分**
**Capacity**
☐ 董事 Director
☐ 候補董事 Alternate Director

代替 Alternate to

**中文名稱**
**Name in Chinese**
N/A

**英文名稱**
**Name in English**

㉒ **地址**
**Address**

**國家／地區**
**Country／Region**

⑳ **電郵地址**
**Email Address**
N/A

**公司編號 Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

⑱ **2 身分**
**Capacity**
☐ 董事 Director
☐ 候補董事 Alternate Director

代替 Alternate to

**中文名稱**
**Name in Chinese**
N/A

**英文名稱**
**Name in English**

㉒ **地址**
**Address**

**國家／地區**
**Country／Region**

⑳ **電郵地址**
**Email Address**
N/A

**公司編號 Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

## 12 董事 Directors (續上頁 cont'd)

### C. 備任董事 Reserve Director

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
**(Only applicable to a private company with only one member who is also the sole director of the company)**

| 中文姓名<br>Name in Chinese | | N/A |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**19** 住址
Residential
Address

| |
|---|
| |
| |

國家／地區
Country／Region

| |

**20** 電郵地址
Email Address

| |

**21** 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

| | | | | | | | ( | ) |

(b) 護照
Passport

簽發國家
Issuing Country

| |

號碼
Number

| |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0006

**❷❸ 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*

請在適用的空格內加上 ✓ 號 Please tick the relevant box

- [✓] 非上市公司的成員詳情列於附表一
  Particulars of members of a non-listed company are listed in Schedule 1

- [ ] 上市公司的成員詳情列於附表二
  Particulars of members of a listed company are listed in Schedule 2

**❷❹ 14 公司紀錄 Company Records**
*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內 )
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

**15 陳述書 Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

- [✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如或成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2) 條於計算公司成員人數時不包括在內的人。
  The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**❷❺**
| 提示 Advisory Note |
|---|
| 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。<br>All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide. |

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**❻** 簽署 Signed :

30 APR 2014

姓名 Name : SBC CORPORATE SERVICES LIMITED          日期 Date : _____

~~董事 Director~~／公司秘書 Company Secretary *          日 DD ／ 月 MM ／ 年 YYYY

*請刪去不適用者 Delete whichever does not apply

表格
Form **NAR1**

附表一 **Schedule 1**
**(非上市公司適用**
**FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 04 | 2014 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

| 1232601 |
|---------|

㉖ 非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**

| ORDINARY |
|----------|

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**

| 10,000,000 |
|------------|

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| ZHANG MIN<br>張民 | ROOM 302, UNIT 2, BLOCK 3, GUAN HAI TAI GARDEN, NO. 4, CHUANG YE ROAD, NAN SHAN DISTRICT, SHEN ZHEN, GUANGDONG, CHINA. | 0 | 10,000,000 | 31/07/2013 | Transferred to CREATE NEW TECHNOLOGY INTERNATIONAL LIMITED |
| CREATE NEW TECHNOLOGY INTERNATIONAL LIMITED | TMF CHAMBERS, P. O. BOX 3269, APIA, SAMOA. | 10,000,000 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任
何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since
incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee
should be stated in the 'Remarks' column.

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)



**CR**
公司註冊處
Companies Registry

秘書及董事更改通知書(委任／離任)
# Notification of Change of Secretary and Director
## (Appointment／Cessation)

（《公司條例》第 158(4)、(4AA) 及 (9A)條）
(Companies Ordinance s. 158(4), (4AA) & (9A))

存案 Filed

表格
Form **D2A**

**重要事項　Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 Company Number
| 1232601 |
| --- |

## 1　公司名稱 Company Name

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啓創科技(香港)有限公司

## 2　更改詳情 Details of Change

**A.　秘書／董事的離任 Cessation to Act as Secretary／Director**
*(如有超過一名秘書／董事離任，請用續頁 A 填報　Use Continuation Sheet A if more than 1 secretary／director ceased to act)*
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(註 Note 6)　身份
Capacity

| ☐ 秘書 Secretary | ☑ 董事 Director | ☐ 候補董事 Alternate Director |
| --- | --- | --- |

代替 Alternate to

個人秘書／董事的姓名 Name of Individual Secretary／Director

| 張民 | ZHANG | MIN |
| --- | --- | --- |
| 中文姓名 Name in Chinese | 英文姓氏 Surname in English | 英文名字 Other Names in English |

(註 Note 7)　身份證明
Identification

| NIL | NIL |
| --- | --- |
| 香港身份證號碼 HK Identity Card Number | 護照號碼 Passport Number |

(註 Note 8)　或 OR　法人團體秘書／董事的中文及英文名稱
Chinese and English Names of Corporate Secretary／Director

**CHINA　ID　321123730117002**

離任原因
**Reason for Cessation**

| ☑ 辭職／其他 Resignation／Others | ☐ 去世 Deceased |
| --- | --- |

(註 Note 9)　離任日期
Date of Cessation

| 25 | 07 | 2013 |
| --- | --- | --- |
| 日 DD | 月 MM | 年 YYYY |

(註 Note 10)　請述明上述離任董事／候補董事在離任日期後，是否繼續擔任公司的
候補董事／董事職位
Please indicate whether the director／alternate director who is ceasing to act
will continue to hold office as alternate director／director in the company after
the date of cessation

| ☐ 是 Yes |
| --- |
| ☑ 否 No |

(註 Note 4)　提交人的資料 **Presentor's Reference**

姓名 Name:　FU WAH INT'L BUSINESS (HK) LIMITED

地址 Address:　UNIT 04, 7/F, BRIGHT WAY TOWER
　　　　　　NO. 33 MONG KOK ROAD, KOWLOON, HK.

電話 Tel: 23892981　　傳真 Fax:

電郵地址 E-mail Address:　wsc1618@yahoo.com.hk

檔號 Reference:

請勿填寫本欄 For Official Use

**CR**
收件日期 RECEIVED
**30 JUL 2013**
文件管理組
Document Management Section

22501026492
D2A
30/07/2013

1232601

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0096

2 更改詳情 **Details of Change** (接上頁 cont'd)

B. 個人秘書／董事的委任 **Appointment of Individual Secretary／Director**
*(如委任超過一名個人秘書／董事，請用續頁 B 填報)*
*(Use Continuation Sheet B if more than 1 individual secretary／director is appointed)*
請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

(註 Note 11)

| 身份 Capacity | ☐ 秘書 Secretary | ☑ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|---|

| 中文姓名 Name in Chinese | 田志剛 |
|---|---|

| 英文姓名 Name in English | **TIAN** 姓氏 Surname | **ZHI GANG** 名字 Other Names |
|---|---|---|

| 前用姓名 Previous Names | NIL |
|---|---|

| 別名 Alias | NIL |
|---|---|

(註 Note 12)

| 住址 Residential Address | No.57, Tianzhong Road, Zhangqi Neighborhood, Zhangqi Town, Cixi City, Zhejiang | **CHINA** 國家 Country |
|---|---|---|

*(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)*

(註 Note 13)

| 電郵地址 E-mail Address | |
|---|---|

(註 Note 14)

身份證明 Identification    **CHINA ID    330222197305173138**

| a 香港身份證號碼 Hong Kong Identity Card Number | NIL |
|---|---|

| b 護照 Passport | NIL 簽發國家 Issuing Country | NIL 號碼 Number |
|---|---|---|

| 委任日期 Date of Appointment | 25 日 DD | 07 月 MM | 2013 年 YYYY |
|---|---|---|---|

(註 Note 15)

請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事
Please indicate whether the director／alternate director whose appointment is reported above is already an existing alternate director／director in the company at the time of the above appointment

☐ 是 Yes
☑ 否 No

(註 Note 16)

---

**提示 Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

---

(註 Note 16)

出任董事職位同意書 **Consent to Act as Director**

本人同意出任公司的董事／候補董事*，並確認本人已年滿 18 歲。
I consent to act as a director／alternate director* of this company and confirm that I have attained the age of 18 years.

簽署 Signed    :

*請刪去不適用者 Delete whichever does not apply*

**2  更改詳情 Details of Change**  (續上頁  cont'd)

**C.  法人團體秘書／董事的委任 Appointment of Corporate Secretary／Director**
*(如委任超過一名法人團體秘書／董事，請用續頁C 填報)*
*(Use Continuation Sheet C if more than 1 corporate secretary／director is appointed)*

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

| (註 Note 17) | 身份<br>Capacity | ☐ 秘書<br>Secretary | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|---|

| (註 Note 18) | 中文名稱<br>Name in Chinese | |
|---|---|---|

| (註 Note 18) | 英文名稱<br>Name in English | |
|---|---|---|

| (註 Note 19) | 地址<br>Address | | |
|---|---|---|---|
| | | | 國家 Country |

*(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)*

| (註 Note 20) | 電郵地址<br>E-mail Address | |
|---|---|---|

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

委任日期 Date of Appointment

日 DD    月 MM    年 YYYY

| (註 Note 21) | 請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事<br>Please indicate whether the director／alternate director whose appointment is reported above is already an existing alternate director／director in the company at the time of the above appointment | ☐ 是 Yes<br><br>☐ 否 No |
|---|---|---|

(註 Note 22)

**提示 Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

(註 Note 22)  **出任董事職位同意書 Consent to Act as Director**

本人謹代表上述公司確認，上述公司同意出任的董事／候補董事*。
I, acting on behalf of the above named company, confirm that the above company consents to act as a director／alternate director* of this company.

簽署 Signed :
_____
法人團體董事的董事／秘書／獲授權人士*
Director／Secretary／Authorized Person of the Corporate Director*

本通知書包括下列續頁。This Notification includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

| (註 Note 5) | 簽署 Signed : | |
|---|---|---|

姓名 Name :    ZHANG MIN (張民)     日期 Date :   25    07    2013
董事 Director／秘書 Secretary*        日 DD ／ 月 MM ／ 年 YYYY

*請刪去不適用者 Delete whichever does not apply



**CR**

公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

(《公司條例》第 107(1)條)
(Companies Ordinance s. 107(1))

表格 **Form** **AR1**

重要事項 **Important Notes**

● 填表前請參閱《填表須知》。
請用黑色墨水列印。
● Please read the accompanying notes before completing this form.
Please print in black ink.

公司編號 **Company Number**

| 1232601 |

**1** 公司名稱 **Company Name**

| **CREATE NEW TECHNOLOGY (HK) LIMITED**<br>啓創科技(香港)有限公司 |

(註 Note 8) **2** 商業名稱 **Business Name**

| |

**3** 公司類別 **Type of Company**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 有股本的私人公司
Private company having a share capital

[ ] 其他
Others

**4** 本申報表日期 **Date of this Return**

本申報表列載公司截至右列日期爲止的資料
The information in this return is made up to

| **29**<br>日 DD | **04**<br>月 MM | **2013**<br>年 YYYY |

*(如屬有股本的私人公司,本申報表應列載截至公司成立爲法團的周年日期的*
*資料。如屬其他公司,所列載的資料則應截至公司周年大會日期或以代替周年*
*大會的書面決議的日期爲止。*
*For a private company having a share capital, the information in this return should*
*be made up to the anniversary of the date of incorporation. For other companies,*
*the information should be made up to the date of the annual general meeting*
*(AGM) or the date of written resolution passed in lieu of AGM.)*

(註 Note 9) **5** 註冊辦事處地址 **Address of Registered Office**

| **UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD,**<br>**KOWLOON, HK.** |

(註 Note 10) **6** 電郵地址 **E-mail Address**

| |

(註 Note 3) 提交人的資料 **Presentor's Reference**

姓名 Name: FU WAH INT'L BUSINESS (HK) LIMITED

地址 Address: UNIT 04, 7/F, BRIGHT WAY TOWER,
NO. 33 MONG KOK ROAD, KOWLOON, HK.

電話 Tel: 23892981 傳真 Fax:

電郵地址 E-mail Address: wsc1618@yahoo.com.hk

檔號 Reference:

請勿填寫本欄 **For Official Use**



22700862082
AR1L 1232601
29/04/2013

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0027

**7    按揭及押記 Mortgages and Charges**

截至本申報表日期，所有須根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額
Total amount outstanding as of the date of this return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

(註 Note 11)    **8    無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表日期的成員數目
**Number of Member(s) as at the Date of this Return**

(註 Note 12)    **9    股本 Share Capital**
*(無股本的公司無需填報第 9 及第 10 項 Company not having a share capital need not complete sections 9 & 10)*

| | 截至本申報表日期 As at the Date of this Return | | | | |
| --- | --- | --- | --- | --- | --- |
| | 法定股本 Authorized Share Capital | 已發行股本 Issued Share Capital | | | |
| 股份類別 Class of Shares | 總面值 **Total** Nominal Value † | 已發行股份數目 Number of Shares Issued (a) | 每股已發行股份的面值 Nominal Value of Each Share Issued † (b) | 已發行股份的總面值 **Total** Nominal Value of Shares Issued † (a) x (b) | 已發行股份的已繳股款總值 (不包括溢價) **Total** Paid up Value of Shares Issued † (excluding premium) |
| ORDINARY | HKD10,000,000 | 10,000,000 | HKD1 | HKD10,000,000 | HKD10,000,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| 總值 Total | HKD10,000,000 | 10,000,000 | | HKD10,000,000 | HKD10,000,000 |

† 請註明貨幣單位(例如：港元、美元)
  Please specify the currency (e.g. HKD, USD)

(註 Note 13)　**10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項。如未能盡錄於下列表格內，請用續頁A填報。 Company having a share capital must complete this section. Use Continuation Sheet A if there is insufficient space.)*

截至本申報表日期的成員詳情　Details of Member(s) as at the Date of this Return

股份類別 **Class of Shares**　　**ORDINARY**

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| **ZHANG MIN**<br>**(張民)** | **302, Unit 2, Building 3, Guanhaitai Garden, No.4/Chuang Ye Road, Nanshan District, Shenzhen, Guangdong** | 10,000,000 | | | |
| | 總數<br>Total | 10,000,000 | | | |

\* 如公司的股份自上一份周年申報表日期以來 (如屬首份周年申報表，則自公司成立為法團以來)
有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
\* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

**11 秘書 Secretary**

**A. 個人秘書 Individual Secretary**
*(如超過一名個人秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 individual secretary)*

| 中文姓名<br>Name in Chinese | |
|---|---|

| 英文姓名<br>Name in English | |
|---|---|
| | 姓氏 Surname　　　　　　　　　　名字 Other Names |

| 前用姓名<br>Previous Names | |
|---|---|

| 別名<br>Alias | |
|---|---|

(註 Note 14)

| 香港住址<br>Hong Kong<br>Residential<br>Address | |
|---|---|

(註 Note 15)

| 電郵地址<br>E-mail Address | |
|---|---|

(註 Note 16)

身份證明 Identification

a　香港身份證號碼
　Hong Kong Identity Card Number

b　護照
　Passport

簽發國家 Issuing Country　　　號碼 Number

**B. 法人團體秘書 Corporate Secretary**
*(如超過一名法人團體秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 corporate secretary)*

(註 Note 17)

| 中文名稱<br>Name in Chinese | 聯邦國際商務(香港)有限公司 |
|---|---|

(註 Note 17)

| 英文名稱<br>Name in English | **LIANBANG INT'L BUSINESS (HK) LIMITED** |
|---|---|

(註 Note 18)

| 香港地址<br>Hong Kong<br>Address | **UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD, KOWLOON, HK.** |
|---|---|

(註 Note 15)

| 電郵地址<br>E-mail Address | |
|---|---|

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

**1247280**

## 12 董事 Directors

### A. 個人董事 Individual Director
*(如超過一名個人董事,請用續頁 C 填報  Use Continuation Sheet C if more than 1 individual director)*

請在適用的空格內加上 ✓ 號  *Please tick the relevant box(es)*

(註 Note 19)

| 身份 Capacity | ☑ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|

| 中文姓名 Name in Chinese | 張民 |
|---|---|

| 英文姓名 Name in English | ZHANG 姓氏 Surname | MIN 名字 Other Names |
|---|---|---|

| 前用姓名 Previous Names | NIL |
|---|---|

| 別名 Alias | NIL |
|---|---|

(註 Note 20)

| 住址 Residential Address | 302, Unit 2, Building 3, Guanhaitai Garden, No.4/Chuang Ye Road, Nanshan District, Shenzhen, Guangdong | CHINA 國家 Country |
|---|---|---|

(註 Note 21)

| 電郵地址 E-mail Address | |
|---|---|

CHINA   ID   321123730117002

(註 Note 22)

身份證明 Identification

| a | 香港身份證號碼 Hong Kong Identity Card Number | NIL |
|---|---|---|

| b | 護照 Passport | NIL 簽發國家 Issuing Country | NIL 號碼 Number |
|---|---|---|---|

**12** 董事 **Directors** (續上頁 cont'd)

**B.** 法人團體董事 **Corporate Director**

*(如超過兩名法人團體董事,請用續頁 D 填報 Use Continuation Sheet D if more than 2 corporate directors)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

| (註 Note 19) | **1** | 身份<br>**Capacity** | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|---|

中文名稱<br>**Name in Chinese**

英文名稱<br>**Name in English**

(註 Note 23)　地址<br>**Address**

國家 Country

(註 Note 21)　電郵地址<br>**E-mail Address**

公司編號 **Company Number**<br>*(只適用於在香港註冊的法人團體)*<br>*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

| (註 Note 19) | **2** | 身份<br>**Capacity** | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|---|

中文名稱<br>**Name in Chinese**

英文名稱<br>**Name in English**

(註 Note 23)　地址<br>**Address**

國家 Country

(註 Note 21)　電郵地址<br>**E-mail Address**

公司編號 **Company Number**<br>*(只適用於在香港註冊的法人團體)*<br>*(Only applicable to body corporate registered in Hong Kong)*

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司 **Only applicable to a private company with only one member who is also the sole director of the company**)

中文姓名<br>**Name in Chinese**

英文姓名<br>**Name in English**

姓氏 Surname　　　　　　　　名字 Other Names

前用姓名<br>**Previous Names**

別名<br>**Alias**

(註 Note 20)　住址<br>**Residential Address**

國家 Country

(註 Note 21)　電郵地址<br>**E-mail Address**

(註 Note 22)　身份證明 **Identification**
a　　香港身份證號碼<br>　　**Hong Kong Identity Card Number**

b　　護照<br>　　**Passport**

簽發國家 Issuing Country　　　　　號碼 Number

0033

**13 登記冊 Registers**

公司備存下列登記冊的地址(如並非備存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the registered office stated in Section 5)

| 登記冊 Register | 地址 Address |
|---|---|
| a 成員登記冊<br>Register of Members | |
| b 債權證持有人登記冊<br>(如有的話)<br>Register of Debenture<br>Holders (if any) | |

(註 Note 24) **14 隨本表格提交的帳目所涵蓋的會計期**
**Period Covered by Accounts Submitted with this Form**

(私人公司無需填報此項 A private company need not complete this section)

| 日 DD | 月 MM | 年 YYYY | 至<br>To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|

**15 證明書 Certificate**

(此項證明只適用於私人公司。如不適用，請刪去此項。)
(This certificate should only be completed in respect of a private company.   If not applicable, please delete.)

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表，則自成立為法團以來)，並無
發出任何文件，邀請公眾人士認購公司任何股份或債權證；同時如成員數目於本申報表日期超過
五十，則所超出的成員，全是根據《公司條例》第 29(1)(b)條不須計算入該五十名額內的人士。
I certify that the company has not, since the date of the last annual return (or since incorporation if this is the first annual return), issued any invitation to the public to subscribe for any shares or debentures in the company and that if the number of members is in excess of 50 as at the date of this return, the excess are persons who under section 29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

(註 Note 25)

> 提示 Advisory Note
>
> 所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最
> 新版本，並熟悉該指引所概述的董事一般責任。
> All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

(註 Note 5) 簽署 Signed : *For and on behalf of*
LIANBANG INT'L BUSINESS (HK) LIMITED
聯邦國際商務(香港)有限公司

姓名 Name :   LIANBANG INT'L BUSINESS (HK) LIMITED

~~董事 Director~~／秘書 Secretary *

*請刪去不適用者 Delete whichever does not apply

日期 Date :   **29**   **04**   **2013**
日 DD   /   月 MM   /   年 YYYY

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0034



**CR**

公司註冊處
**Companies Registry**

存案 Filed

# 秘書及董事辭職通知書
# Notification of Resignation of Secretary and Director

(公司條例第 157D(2)條但書)
(Companies Ordinance s. 157D(2) Proviso)

表格
**Form** **D4**

重要事項　**Important Notes**

● 填表前請參閱《填表須知》。
　請用黑色墨水列印。

● Please read the accompanying notes before completing this form.
　Please print in black ink.

公司編號 **Company Number**

**1232601**

## 1 公司名稱 Company Name

CREATE NEW TECHNOLOGY (HK) LIMITED
啟創科技(香港)有限公司

## 2 辭職秘書／董事的資料 Particulars of the Resigning Secretary／Director

*請在有關空格內加 √ 號 Please tick the relevant box(es)*

(註 Note 5)

身份
**Capacity**

[✓] 秘書 Secretary　　[ ] 董事 Director　　[ ] 候補董事 Alternate Director

代替 Alternate to

個人秘書／董事的姓名 Name of Individual Secretary／Director

中文姓名 Name in Chinese　　英文姓氏 Surname in English　　英文名字 Other Names in English

(註 Note 6)

身份證明
**Identification**

香港身份證號碼 HK Identity Card Number　　海外護照號碼 Overseas Passport Number

或 OR

(註 Note 7)

法人團體秘書／董事的中文及英文名稱
**Chinese and English Names of Corporate Secretary／Director**

富華國際商務(香港)有限公司
**FU WAH INT'L BUSINESS (HK) LIMITED**

辭職日期
**Date of Resignation**

| 05 | 12 | 2012 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(註 Note 8)

請述明上述離任董事／候補董事在離任日期後，是否繼續擔任公司的候補董事／董事職位
Please indicate whether the Director／Alternate Director ceasing to act will continue to hold office as Alternate Director／Director in the Company after the date of cessation

[ ] 是 Yes

[✓] 否 No

(註 Note 3)

提交人的資料 **Presentor's Reference**

姓名 Name:　FU WAH INT'L BUSINESS (HK) LIMITED

地址 Address: UNIT 04, 7/F, BRIGHT WAY TOWER
　　　　　　NO. 33 MONG KOK ROAD, KOWLOON, HK.

電話 Tel: 23892981　　傳真 Fax:

電郵地址 E-mail Address: wsc1618@yahoo.com.hk

檔號 Reference:

請勿填寫本欄 For Official Use

**CR**
收件日期 RECEIVED
**17 DEC 2012**
文件管理組

23200729960
D4
17/12/2012
1232601

指明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

0037

(註 Note 9)  **3**  辭職通知 Notice of Resignation

*請在有關空格內加 ✓ 號 Please tick the relevant box*

☐  按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知；本人亦已按照有關的規定發出該辭職通知。
I am required by the articles of the above-named Company or by an agreement made with the Company to give notice of resignation to the Company and I have given such notice of resignation in accordance with the relevant requirement.

☐  按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知。本人並未按照有關規定發出通知，但已藉郵遞方式將辭職通知書送交公司的註冊辦事處，或將該通知書留交該辦事處。
I am required by the articles of the above-named Company or by an agreement made with the Company to give notice of resignation to the Company.  I have not given the notice of resignation in accordance with the requirement but have sent the notice of resignation by post to, or by leaving it at, the registered office of the Company.

☑  按照上述公司的章程細則或本人與該公司訂立的任何協議，本人不須向該公司發出辭職通知。
I am not required by the articles of the above-named Company or by any agreement made with the Company to give notice of resignation to the Company.

For and on behalf of
FU WAH INT'L BUSINESS (HK) LIMITED

簽署 Signed :  富華國際商務(香港)有限公司

姓名 Name :  FU WAH INT'L BUSINESS (HK) LIMITED
辭職的秘書／董事 *
Resigning Secretary／Director *

日期 Date  :

| 日 DD | / | 月 MM | / | 年 YYYY |
|-------|---|-------|---|---------|
| 05 | | 12 | | 2012 |

*  *請刪去不適用者 Delete whichever does not apply*

指明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

0038



**CR**

公司註冊處
**Companies Registry**

秘書及董事更改通知書(委任／離任)
**Notification of Change of Secretary and Director**
**(Appointment／Cessation)**

(《公司條例》第 158(4)、(4AA) 及 (9A)條)
(Companies Ordinance s. 158(4), (4AA) & (9A))

表格
**Form** D2A

存案 Filed

重要事項 **Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**

| 1232601 |

**1** 公司名稱 **Company Name**

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啓創科技(香港)有限公司

**2** 更改詳情 **Details of Change**

**A.** 秘書／董事的離任 **Cessation to Act as Secretary／Director**
*(如有超過一名秘書／董事離任，請用續頁 A 填報 Use Continuation Sheet A if more than 1 secretary／director ceased to act)*
請在適用的空格內加上✓號 Please tick the relevant box(es)

(註 Note 6) 身份
**Capacity**

☐ 秘書 Secretary  ☐ 董事 Director  ☐ 候補董事 Alternate Director

代替 Alternate to

個人秘書／董事的姓名 **Name of Individual Secretary／Director**

| 中文姓名 Name in Chinese | 英文姓氏 Surname in English | 英文名字 Other Names in English |

(註 Note 7) 身份證明
**Identification**

| 香港身份證號碼 HK Identity Card Number | 護照號碼 Passport Number |

或 OR

(註 Note 8) 法人團體秘書／董事的中文及英文名稱
**Chinese and English Names of Corporate Secretary／Director**

離任原因
**Reason for Cessation**

☐ 辭職／其他 Resignation／Others  ☐ 去世 Deceased

(註 Note 9) 離任日期
**Date of Cessation**

| 日 DD | 月 MM | 年 YYYY |

(註 Note 10) 請述明上述離任董事／候補董事在離任日期後，是否繼續擔任公司的
候補董事／董事職位
**Please indicate whether the director／alternate director who is ceasing to act
will continue to hold office as alternate director／director in the company after
the date of cessation**

☐ 是 Yes

☐ 否 No

(註 Note 4) 提交人的資料 **Presentor's Reference**

姓名 Name: LIANBANG INT'L BUSINESS (HK) LIMITED

地址 Address: UNIT 04, 7/F, BRIGHT WAY TOWER,
NO. 33 MONG KOK ROAD, KOWLOON, HK.

電話 Tel: 27935511    傳真 Fax:

電郵地址 E-mail Address:    wsc1618@yahoo.com.hk

檔號 Reference:

請勿填寫本欄 **For Official Use**



23100770813
D2A          1232601
27/12/2012

文件管理組
Document Management Section

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0102

2 更改詳情 Details of Change (續上頁 cont'd)

B. 個人秘書／董事的委任 Appointment of Individual Secretary／Director

*(如委任超過一名個人秘書／董事，請用續頁 B 填寫)*
*(Use Continuation Sheet B if more than 1 individual secretary／director is appointed)*

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

| (註 Note 11) | 身份<br>**Capacity** | ☐ 秘書<br>Secretary | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|---|

中文姓名
**Name in Chinese**

英文姓名
**Name in English**

姓氏 Surname      名字 Other Names

前用姓名
**Previous Names**

別名
**Alias**

(註 Note 12) 住址
**Residential Address**

國家 Country

*(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)*

(註 Note 13) 電郵地址
**E-mail Address**

(註 Note 14) 身份證明 **Identification**

a 香港身份證號碼
**Hong Kong Identity Card Number**

b 護照
**Passport**

簽發國家 Issuing Country      號碼 Number

委任日期 Date of Appointment

日 DD     月 MM     年 YYYY

(註 Note 15) 請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事
**Please indicate whether the director／alternate director whose appointment is reported above is already an existing alternate director／director in the company at the time of the above appointment**

☐ 是 Yes

☐ 否 No

(註 Note 16)

**提示 Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

(註 Note 16) 出任董事職位同意書 Consent to Act as Director

本人同意出任公司的董事／候補董事*，並確認本人已年滿 18 歲。
I consent to act as a director／alternate director* of this company and confirm that I have attained the age of 18 years.

簽署 Signed     : _____

*請刪去不適用者 Delete whichever does not apply

**2 更改詳情 Details of Change** (續上頁 cont'd)

**C. 法人團體秘書／董事的委任 Appointment of Corporate Secretary／Director**
(如委任超過一名法人團體秘書／董事，請用續頁C 填報)
(Use Continuation Sheet C if more than 1 corporate secretary／director is appointed)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

| (註 Note 17) | 身份<br>Capacity | ✓ 秘書<br>Secretary | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|---|

| (註 Note 18) | 中文名稱<br>Name in Chinese | **聯邦國際商務(香港)有限公司** |
|---|---|---|

| (註 Note 18) | 英文名稱<br>Name in English | **LIANBANG INT'L BUSINESS (HK) LIMITED** |
|---|---|---|

| (註 Note 19) | 地址<br>Address | **UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD, KOWLOON, HK.** | **CHINA**<br>國家 Country |
|---|---|---|---|

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

| (註 Note 20) | 電郵地址<br>E-mail Address | |
|---|---|---|

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

**1247280**

| 委任日期 Date of Appointment | 27<br>日 DD | 12<br>月 MM | 2012<br>年 YYYY |
|---|---|---|---|

| (註 Note 21) | 請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事<br>Please indicate whether the director／alternate director whose appointment is reported above is already an existing alternate director／director in the company at the time of the above appointment | ☐ 是 Yes<br>✓ 否 No |
|---|---|---|

(註 Note 22)

<u>提示 Advisory Note</u>

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並須悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

(註 Note 22) **出任董事職位同意書 Consent to Act as Director**

本人謹代表上述公司確認，上述公司同意出任公司的董事／候補董事＊。
I, acting on behalf of the above named company, confirm that the above company consents to act as a director／alternate director＊ of this company.

簽署 Signed　: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
法人團體董事的董事／秘書／獲授權人士＊
Director／Secretary／Authorized Person of the Corporate Director＊

本通知書包括下列續頁。This Notification includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

| (註 Note 5) | 簽署 Signed　: | | | | |
|---|---|---|---|---|---|
| | 姓名 Name　: LIANBANG INT'L BUSINESS (HK) LIMITED<br>董事 Director／秘書 Secretary ＊ | 日期 Date | 27<br>日 DD | 12<br>月 MM | 2012<br>年 YYYY |

＊請刪去不適用者　Delete whichever does not apply



**CR**
公司註冊處
Companies Registry

秘書及董事資料更改通知書
# Notification of Change of Particulars of Secretary and Director
(公司條例第 158(4)條)
(Companies Ordinance s. 158(4))

表格
Form **D2B**

存案 Filed

**重要事項　Important Notes**

● 填表前請參閱《填表須知》。
　請用黑色墨水列印。
● Please read the accompanying notes before completing this form.
　Please print in black ink.

公司編號 Company Number

**1232601**

**1　公司名稱 Company Name**

啟創科技（香港）有限公司
Create New Technology (HK) Limited

**2　個人秘書／董事資料更改 Change of Particulars of Individual Secretary／Director**
(如涉及超過一名個人秘書／董事，請用續頁A 填報　Use Continuation Sheet A if more than 1 individual secretary／director is involved)

**A.　更改資料的個人秘書／董事**
**Identity of the Individual Secretary／Director whose Particulars have Changed**

*請填報現時在公司註冊處登記的有關資料*
***Please state the relevant particulars currently registered with the Companies Registry***

*請在有關空格內加 ✓ 號 Please tick the relevant box(es)*

(註 Note 6)

| 身份 Capacity | ☐ 秘書 Secretary | ☑ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |

中文姓名
Name in Chinese：張民

英文姓名
Name in English：

| ZHANG | MIN |
|---|---|
| 姓氏 Surname | 名字 Other Names |

(註 Note 7)

身份證明
Identification

CHINA　ID　321123730117002

| NIL | NIL |
|---|---|
| 香港身份證號碼 HK Identity Card Number | 海外護照號碼 Overseas Passport Number |

(註 Note 4)　提交人的資料 Presenter's Reference

姓名 Name：MISS LEI

地址 Address：ROOM 10B, JIN FENG BUILDING, NO. 1001, SHANG BU ROAD SOUTH, FU TIAN DISTRICT. SHENZHEN, CHINA

電話 Tel：755-82077971-231 傳真 Fax：82079384

電郵地址 E-mail Address：LEIXC@GVTV.COM.CN

檔號 Reference：

請勿填寫本欄 For Official Use



23700180580
D2B　　　　1232601
25/06/2012

指明編號 1/2004 (2004 年 2 月)
Specification No. 1/2004 (Feb. 2004)

0045

**2 個人秘書／董事資料更改** (續上頁)
**Change of Particulars of Individual Secretary／Director** (cont'd)

(註 Note 8) **B. 更改詳情 Details of Change(s)**

*請只填報有更改的項目 Please complete item(s) with change(s) only*

生效日期 Effective Date

**(a) 中文姓名 Name in Chinese**

日 DD　月 MM　年 YYYY

**(b) 英文姓名 Name in English**

姓氏 Surname　　　名字 Other Names

日 DD　月 MM　年 YYYY

(註 Note 9) **(c) 別名 Alias**

日 DD　月 MM　年 YYYY

(註 Note 10) **(d) 住址 Residential Address**

國家 Country

日 DD　月 MM　年 YYYY

(註 Note 11) **(e) 電郵地址 E-mail Address**

日 DD　月 MM　年 YYYY

CHINA　ID　321123197301170028　19 06　2012

**(f) 香港身份證號碼**
**Hong Kong Identity Card Number**

日 DD　月 MM　年 YYYY

**(g) 海外護照 Overseas Passport**

簽發國家 Issuing Country　　　號碼 Number

日 DD　月 MM　年 YYYY

公司編號 Company Number

3  法人團體秘書／董事資料更改 Change of Particulars of Corporate Secretary／Director
*(如涉及超過一名法人團體秘書／董事，請用續頁B填報)*
*(Use Continuation Sheet B if more than 1 corporate secretary／director is involved)*

**A.** 更改資料的法人團體秘書／董事
**Identity of the Corporate Secretary／Director whose Particulars have Changed**

*請填報現時在公司註冊處登記的有關資料*
*Please state the relevant particulars currently registered with the Companies Registry*

*請在有關空格內加 ✓ 號 Please tick the relevant box(es)*

(註 Note 6) | 身份 Capacity | ☐ 秘書 Secretary | ☐ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to

(註 Note 12) | 中文名稱 Name in Chinese

(註 Note 12) | 英文名稱 Name in English

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

(註 Note 8) **B.** 更改詳情 Details of Change(s)

*請只填報有更改的項目 Please complete item(s) with change(s) only*  生效日期 Effective Date

(a) 中文及英文名稱 Name in Chinese and English

| 日 DD | 月 MM | 年 YYYY |

(註 Note 13) (d) 地址 Address

國家 Country

| 日 DD | 月 MM | 年 YYYY |

(註 Note 11) (c) 電郵地址 E-mail Address

| 日 DD | 月 MM | 年 YYYY |

本通知書包括 ____ 0 ____ 張續頁A及 ____ 0 ____ 張續頁B。
This Notification includes _____ Continuation Sheet(s) A and _____ Continuation Sheet(s) B.

簽署 Signed :

姓名 Name : _____    日期 Date : __17__  __06__  __2012__
董事 Director／~~秘書 Secretary~~ *                            日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號 1/2004 (2004 年 2 月)
Specification No. 1/2004 (Feb. 2004)

0047



**存案 Filed**

# 周年申報表
# Annual Return

《《公司條例》第 107(1)條》
(Companies Ordinance s. 107(1))

表格
**Form** **AR1**

<u>重要事項 **Important Notes**</u>

● 填表前請參閱《填表須知》。
請用黑色墨水列印。

● Please read the accompanying notes before completing this form.
Please print in black ink.

公司編號 **Company Number**

| 1232601 |

**1** 公司名稱 **Company Name**

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啓創科技(香港)有限公司

(註 Note 8) **2** 商業名稱 **Business Name**

**3** 公司類別 **Type of Company**

*請在適用的空格內加上 ✓ 號* *Please tick the relevant box*

☑ 有股本的私人公司
Private company having a share capital

☐ 其他
Others

**4** 本申報表日期 **Date of this Return**

本申報表列載公司截至右列日期爲止的資料
The information in this return is made up to

| **29** | **04** | **2012** |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬有股本的私人公司，本申報表應列載截至公司成立爲法團的周年日期的
資料。如屬其他公司，所列載的資料則應截至公司周年大會日期或以代替周年
大會的書面決議的日期爲止。*
*For a private company having a share capital, the information in this return should
be made up to the anniversary of the date of incorporation. For other companies,
the information should be made up to the date of the annual general meeting
(AGM) or the date of written resolution passed in lieu of AGM.)*

(註 Note 9) **5** 註冊辦事處地址 **Address of Registered Office**

**UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD,
KOWLOON, HK.**

(註 Note 10) **6** 電郵地址 **E-mail Address**

(註 Note 3) 提交人的資料 **Presentor's Reference**

姓名 Name: FU WAH INT'L BUSINESS (HK) LIMITED

地址 Address: UNIT 04, 7/F, BRIGHT WAY TOWER,
NO. 33 MONG KOK ROAD, KOWLOON, HK.

請勿填寫本欄 **For Official Use**



23600561708
AR1L           1232601
04/05/2012

電話 Tel: 23892981     傳真 Fax:

電郵地址 E-mail Address: wsc1618@yahoo.com.hk

檔號 Reference:

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

7 按揭及押記 Mortgages and Charges

截至本申報表日期，所有須根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額
Total amount outstanding as of the date of this return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

(註 Note 11)　8　無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項)* Company having a share capital need not complete this section)

截至本申報表日期的成員數目
**Number of Member(s) as at the Date of this Return**

(註 Note 12)　9　股本 Share Capital
*(無股本的公司無需填報第 9 及第 10 項)* Company not having a share capital need not complete sections 9 & 10)

| 股份類別<br>Class of Shares | 法定股本<br>Authorized<br>Share Capital | 截至本申報表日期 As at the Date of this Return | | | |
| --- | --- | --- | --- | --- | --- |
| | | 已發行股本<br>Issued Share Capital | | | |
| | *總面值*<br>*Total*<br>Nominal Value † | 已發行<br>股份數目<br>Number of<br>Shares Issued<br><br>(a) | 每股已<br>發行股份<br>的面值<br>Nominal Value<br>of Each Share<br>Issued †<br>(b) | 已發行股份的<br>*總面值*<br>*Total* Nominal<br>Value of Shares<br>Issued †<br>(a) x (b) | 已發行股份的<br>已繳股款 *總值*<br>(不包括溢價)<br>*Total* Paid up Value<br>of Shares Issued †<br>(excluding premium) |
| **ORDINARY** | HKD10,000,000 | **10,000,000** | HKD1 | HKD10,000,000 | HKD10,000,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| 總值<br>Total | HKD10,000,000 | 10,000,000 | | HKD10,000,000 | HKD10,000,000 |

† 請註明貨幣單位(例如：港元、美元)
 Please specify the currency (e.g. HKD, USD)

(註 Note 13)  **10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項。如未能盡錄於下列表格內，請用續頁A填報。 Company having a share capital must complete this section. Use Continuation Sheet A if there is insufficient space.)*

截至本申報表日期的成員詳情 Details of Member(s) as at the Date of this Return

股份類別 Class of Shares | **ORDINARY**

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
| | | 現時持有<br>量<br>Current | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| **ZHANG MIN<br>(張民)** | **ROOM 10B, JIN FENG<br>BUILDING, NO. 1001,<br>SHANG BU ROAD SOUTH,<br>FU TIAN DISTRICT.<br>SHENZHEN, CHINA.** | 10,000,000 | | | |
| 總數<br>Total | | 10,000,000 | | | |

**\*** 如公司的股份自上一份周年申報表日期以來 (如屬首份周年申報表，則自公司成立為法團以來) 有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
**\*** If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

## 11 秘書 Secretary

### A. 個人秘書 Individual Secretary
*(如超過一名個人秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 individual secretary)*

| | |
|---|---|
| 中文姓名<br>Name in Chinese | |

| 英文姓名<br>Name in English | | |
|---|---|---|
| | 姓氏 Surname | 名字 Other Names |

| 前用姓名<br>Previous Names | |
|---|---|

| 別名<br>Alias | |
|---|---|

**(註 Note 14)** 香港住址<br>Hong Kong Residential Address

**(註 Note 15)** 電郵地址<br>E-mail Address

**(註 Note 16)** 身份證明 Identification

a 香港身份證號碼<br>　Hong Kong Identity Card Number

| b | 護照<br>Passport | | |
|---|---|---|---|
| | | 簽發國家 Issuing Country | 號碼 Number |

### B. 法人團體秘書 Corporate Secretary
*(如超過一名法人團體秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 corporate secretary)*

**(註 Note 17)** 中文名稱<br>Name in Chinese

**富華國際商務(香港)有限公司**

**(註 Note 17)** 英文名稱<br>Name in English

**FU WAH INT'L BUSINESS (HK) LIMITED**

**(註 Note 18)** 香港地址<br>Hong Kong Address

**UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD, KOWLOON, HK.**

**(註 Note 15)** 電郵地址<br>E-mail Address

公司編號 Company Number<br>*(只適用於在香港註冊的法人團體)*<br>*(Only applicable to body corporate registered in Hong Kong)*

1205540

## 12 董事 Directors

### A. 個人董事 Individual Director
*(如超過一名個人董事，請用續頁 C 填報  Use Continuation Sheet C if more than 1 individual director)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

| (註 Note 19) | 身份 Capacity | ☑ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|---|

| 中文姓名 Name in Chinese | 張民 |
|---|---|

| 英文姓名 Name in English | ZHANG 姓氏 Surname | MIN 名字 Other Names |
|---|---|---|

| 前用姓名 Previous Names | NIL |
|---|---|

| 別名 Alias | NIL |
|---|---|

| (註 Note 20) | 住址 Residential Address | ROOM 10B, JIN FENG BUILDING, NO. 1001, SHANG BU ROAD SOUTH, FU TIAN DISTRICT. SHENZHEN, CHINA. | CHINA 國家 Country |
|---|---|---|---|

| (註 Note 21) | 電郵地址 E-mail Address | |
|---|---|---|

**CHINA  ID  321123730117002**

| (註 Note 22) | 身份證明 Identification | | |
|---|---|---|---|
| | a | 香港身份證號碼 Hong Kong Identity Card Number | NIL |
| | b | 護照 Passport | NIL 簽發國家 Issuing Country | NIL 號碼 Number |

12 董事 **Directors** (接上頁 cont'd)

B. 法人團體董事 **Corporate Director**

(如超過兩名法人團體董事，請用續頁 D 填報 Use Continuation Sheet D if more than 2 corporate directors)

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

| (註 Note 19) | 1 | 身份<br>Capacity | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
| --- | --- | --- | --- | --- | --- |

中文名稱
Name in Chinese

英文名稱
Name in English

(註 Note 23) | 地址
Address | 國家 Country

(註 Note 21) | 電郵地址
E-mail Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

| (註 Note 19) | 2 | 身份<br>Capacity | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
| --- | --- | --- | --- | --- | --- |

中文名稱
Name in Chinese

英文名稱
Name in English

(註 Note 23) | 地址
Address | 國家 Country

(註 Note 21) | 電郵地址
E-mail Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司　Only applicable to a private company with only one member who is also the sole director of the company)

| | |
|---|---|
| 中文姓名<br>Name in Chinese | |

| | | |
|---|---|---|
| 英文姓名<br>Name in English | | |
| | 姓氏 Surname | 名字 Other Names |

| | |
|---|---|
| 前用姓名<br>Previous Names | |

| | |
|---|---|
| 別名<br>Alias | |

(註 Note 20)　住址<br>Residential Address

國家 Country

(註 Note 21)　電郵地址<br>E-mail Address

(註 Note 22)　身份證明 Identification

a　香港身份證號碼<br>Hong Kong Identity Card Number

b　護照<br>Passport

簽發國家 Issuing Country　　　號碼 Number

**13 登記冊 Registers**

公司備存下列登記冊的地址(如並非備存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the registered office stated in Section 5)

| 登記冊 Register | 地址 Address |
|---|---|
| a 成員登記冊<br>Register of Members | |
| b 債權證持有人登記冊<br>*(如有的話)*<br>Register of Debenture<br>Holders *(if any)* | |

**(註 Note 24) 14 隨本表格提交的帳目所涵蓋的會計期**
**Period Covered by Accounts Submitted with this Form**
*(私人公司無需填報此項 A private company need not complete this section)*

| | | | 至<br>To | | | |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**15 證明書 Certificate**

*(此項證明只適用於私人公司。如不適用,請刪去此項。)*
*(This certificate should only be required in respect of a private company. If not applicable, please delete.)*

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表,則自成立為法團以來),並無
發出任何文件,邀請公眾人士認購公司任何股份或債權證;同時如成員數目於本申報表日期超過
五十,則其所超出的成員,全是根據《公司條例》第 29(1)(b)條不須計算入該五十名額內的人士。
I certify that the company has not, since the date of the last annual return (or since incorporation if this is the first
annual return), issued any invitation to the public to subscribe for any shares or debentures in the company and that
if the number of members is in excess of 50 as at the date of this return, the excess are persons who under section
29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

**(註 Note 25)**

提示 **Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最
新版本,並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory
Guidelines on Directors' Duties' published by the Companies Registry and acquaint
themselves with the general duties of directors outlined in the Guidelines.

本申報表包括下列續頁。 This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**(註 Note 5)** 簽署 Signed :

*For and on behalf of*
FU WAH INT'L BUSINESS (HK) LIMITED
富華國際商務(香港)有限公司

| 姓名 Name : | FU WAH INT'L BUSINESS (HK) LIMITED | 日期 Date : | 03 | 05 | 2012 |
|---|---|---|---|---|---|
| | ~~董事 Director~~/秘書 Secretary * | | 日 DD / | 月 MM / | 年 YYYY |

*請刪去不適用者 Delete whichever does not apply

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

0066



# 註冊辦事處地址更改通知書
## Notification of Change of Address of Registered Office

**公司註冊處**
**Companies Registry**

（《公司條例》第 92(3)條）
(Companies Ordinance s. 92(3))

表格 **Form** **R1**

**重要事項　Important Notes**

- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**

**1232601**

**1　公司名稱 Company Name**

**CREATE NEW TECHNOLOGY (HK) LIMITED**
**啟創科技(香港)有限公司**

**2　更改詳情 Details of Change**

(註 Notes 1 & 5)

在香港的註冊辦事處地址 **Address of Registered Office in Hong Kong**

## UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD, KOWLOON, HK.

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

生效日期 **Effective Date**

| 28 | 04 | 2011 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(註 Note 6) **3　電郵地址 E-mail Address**

生效日期 **Effective Date**

| | | |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*For and on behalf of*
*FU WAH INT'L BUSINESS (HK) LIMITED*
*富華國際商務(香港)有限公司*

(註 Note 4) 簽署 **Signed** :

*Authorized Signature(s)*

姓名 **Name** ：FU WAH INT'L BUSINESS (HK) LIMITED
~~董事 Director~~／秘書 **Secretary** *

日期 **Date** :

| 28 | 04 | 2011 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

***請刪去不適用者 Delete whichever does not apply**

(註 Note 3)

**提交人的資料 Presentor's Reference**

姓名 Name:　FU WAH INT'L BUSINESS (HK) LIMITED

地址 Address: UNIT 04, 7/F, BRIGHT WAY TOWER,
　　　　　　 NO. 33 MONG KOK ROAD, KOWLOON, HK.

電話 Tel: 23892981　　傳真 Fax:

電郵地址 E-mail Address:　wsc1618@yahoo.com.hk

檔號 Reference:

指明編號 2/2008 (修訂) (2008年7月)
Specification No. 2/2008 (Revision) (July 2008)

請勿填寫本欄 **For Official Use**



**CR**
收件日期 RECEIVED
**0 3 MAY 2011**

22500674677
R1　　　1232601
03/05/2011

64/110

**CR** 公司註冊處
Companies Registry

存案 Filed

秘書及董事更改通知書(委任／離任)
**Notification of Change of Secretary and Director
(Appointment／Cessation)**

（《公司條例》第 158(4)、(4AA) 及 (9A)條）
(Companies Ordinance s. 158(4), (4AA) & (9A))

表格
Form **D2A**

重要事項　**Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**

**1232601**

**1　公司名稱 Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

**2　更改詳情 Details of Change**

**A.　秘書／董事的離任　Cessation to Act as Secretary／Director**
(如有超過一名秘書／董事離任，請用續頁A填報　Use Continuation Sheet A if more than 1 secretary／director ceased to act)
請在適用的空格內加上✓號　Please tick the relevant box(es)

(註 Note 6)　身份
**Capacity**

| ✓ | 秘書 Secretary | ☐ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|---|

個人秘書／董事的姓名 Name of Individual Secretary／Director

| 中文姓名 Name in Chinese | 英文姓氏 Surname in English | 英文名字 Other Names in English |
|---|---|---|

(註 Note 7)　身份證明
**Identification**

| 香港身份證號碼 HK Identity Card Number | 護照號碼 Passport Number |
|---|---|

或 OR

(註 Note 8)　法人團體秘書／董事的中文及英文名稱
**Chinese and English Names of Corporate Secretary／Director**

駿業會計秘書服務有限公司
SUCCESS CORPORATE SERVICES LIMITED

離任原因
**Reason for Cessation**

| ✓ 辭職／其他 Resignation／Others | ☐ 去世 Deceased |
|---|---|

(註 Note 9)　離任日期
**Date of Cessation**

| 28 | 04 | 2011 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(註 Note 10)　請述明上述離任董事／候補董事在離任日期後，是否繼續擔任公司的候補董事／董事職位
**Please indicate whether the director／alternate director who is ceasing to act will continue to hold office as alternate director／director in the comp__ the date of cessation**

| ☐ 是 Yes |
|---|
| ✓ 否 No |

(註 Note 4)　提交人的資料 **Presenter's Reference**

請勿填寫本__

姓名 Name: FU WAH INT'L BUSINESS (HK) LIMITED

地址 Address: UNIT 04, 7/F, BRIGHT WAY TOWER,
NO. 33 MONG KOK ROAD, KOWLOON, HK.

電話 Tel: 23892981　　傳真 Fax:

電郵地址 E-mail Address:　wsc1618@yahoo.com.hk

檔號 Reference:

22500674676
D2A
03/05/2011　　1232601

收件日期 RECEIVED
**0 3 MAY 2011**
文件管理組
Document Management Section

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

**2** 更改詳情 **Details of Change** （續上頁 cont'd）

**B.** 個人秘書／董事的委任 **Appointment of Individual Secretary／Director**
*(如委任超過一名個人秘書／董事，請用續頁B 填報)*
*(Use Continuation Sheet B if more than 1 individual secretary／director is appointed)*
請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(註 Note 11)

| 身份 Capacity | ☐ 秘書 Secretary | ☐ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|---|

中文姓名
**Name in Chinese**

英文姓名
**Name in English**

姓氏 Surname　　　　　　名字 Other Names

前用姓名
**Previous Names**

別名
**Alias**

(註 Note 12) 住址
**Residential Address**

國家 Country

*(「轉交」地址及郵政信箱號碼您不接受 'Care of' addresses and post office box numbers are not acceptable)*

(註 Note 13) 電郵地址
**E-mail Address**

(註 Note 14) 身份證明 **Identification**

a 香港身份證號碼
**Hong Kong Identity Card Number**

b 護照
**Passport**

簽發國家 Issuing Country　　　號碼 Number

委任日期 **Date of Appointment**

日 DD　　月 MM　　年 YYYY

(註 Note 15)
請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事
Please indicate whether the director／alternate director whose appointment is reported above is already an existing alternate director／director in the company at the time of the above appointment

☐ 是 Yes

☐ 否 No

(註 Note 16)

**提示 Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

(註 Note 16) 出任董事職位同意書 **Consent to Act as Director**

本人同意出任公司的董事／候補董事*，並確認本人已年滿 18 歲。
I consent to act as a director／alternate director* of this company and confirm that I have attained the age of 18 years.

簽署 Signed ：_____

*請刪去不適用者 Delete whichever does not apply

**2 更改詳情 Details of Change** (續上頁 cont'd)

**C. 法人團體秘書／董事的委任 Appointment of Corporate Secretary／Director**
(如委任超過一名法人團體秘書／董事，請用續頁C填報)
*(Use Continuation Sheet C if more than 1 corporate secretary／director is appointed)*

請在適用的空格內加上 ✓ 號 *Please tick the relevant box(es)*

| (註 Note 17) | 身份<br>Capacity | ✓ 秘書<br>Secretary | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|---|

| (註 Note 18) | 中文名稱<br>Name in Chinese | **富華國際商務(香港)有限公司** |
|---|---|---|

| (註 Note 18) | 英文名稱<br>Name in English | **FU WAH INT'L BUSINESS (HK) LIMITED** |
|---|---|---|

| (註 Note 19) | 地址<br>Address | **UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD, KOWLOON, HK.** | **CHINA**<br>國家 Country |
|---|---|---|---|

(「轉交」地址及郵政信箱號碼恕不接受 *'Care of' addresses and post office box numbers are not acceptable*)

| (註 Note 20) | 電郵地址<br>E-mail Address | |
|---|---|---|

公司編號 Company Number
(只適用於在香港註冊的法人團體)
*(Only applicable to body corporate registered in Hong Kong)*

**1205540**

| 委任日期 Date of Appointment | **28**<br>日 DD | **04**<br>月 MM | **2011**<br>年 YYYY |
|---|---|---|---|

(註 Note 21) 請述明董事／候補董事在獲得上述委任時，是否公司現任的候補董事／董事
Please indicate whether the director／alternate director whose appointment is reported above is already an existing alternate director／director in the company at the time of the above appointment

☐ 是 Yes
✓ 否 No

(註 Note 22)

**提示 Advisory Note**

所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

(註 Note 22) **出任董事職位同意書 Consent to Act as Director**

本人謹代表上述公司確認，上述公司同意出任公司的董事／候補董事*。
I, acting on behalf of the above named company, confirm that the above company consents to act as a director／alternate director* of this company.

簽署 Signed : _____

法人團體董事的董事／秘書／獲授權人士*
Director／Secretary／Authorized Person of the Corporate Director*

本通知書包括下列續頁。• This Notification includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | **0** | **0** | **0** |

*Signed on behalf of*
*FU WAH INT'L BUSINESS (HK) LIMITED*
*富華國際商務(香港)有限公司*

| (註 Note 5) | 簽署 Signed | | | | |
|---|---|---|---|---|---|

姓名 Name : ~~FU WAH INT'L BUSINESS (HK) LIMITED~~
~~董事 Director~~／秘書 Secretary *

日期 Date : **28** / **04** / **2011**
日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply*



# 秘書及董事辭職通知書
# Notification of Resignation of Secretary and Director

(公司條例第 157D(2)條但書)
(Companies Ordinance s. 157D(2) Proviso)

公司註冊處
**Companies Registry**

表格 **Form** D4

**重要事項 Important Notes**

● 填表前請參閱《填表須知》。
請用黑色墨水列印。
● Please read the accompanying notes before completing this form.
Please print in black ink.

公司編號 **Company Number**

| 1232601 |

## 1 公司名稱 Company Name

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啓創科技(香港)有限公司

## 2 辭職秘書／~~董事~~的資料 Particulars of the Resigning Secretary／~~Director~~

請在有關空格內加 ✓ 號 Please tick the relevant box(es)

(註 Note 5)

| 身份<br>Capacity | ✓ 秘書<br>Secretary | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|

個人秘書／董事的姓名 **Name of Individual Secretary／Director**

|  | N/A |  |
|---|---|---|
| 中文姓名 Name in Chinese | 英文姓氏 Surname in English | 英文名字 Other Names in English |

(註 Note 6)

| 身份證明<br>**Identification** |  |  |
|---|---|---|
|  | 香港身份證號碼 HK Identity Card Number | 海外護照號碼 Overseas Passport Number |

或 OR

(註 Note 7)

法人團體秘書／董事的中文及英文名稱
**Chinese and English Names of Corporate Secretary／Director**

**SUCCESS CORPORATE SERVICES LIMITED**
駿業會計秘書服務有限公司

| 辭職日期<br>Date of Resignation | 28<br>日 DD | 04<br>月 MM | 2011<br>年 YYYY |
|---|---|---|---|

(註 Note 8)

請述明上述離任董事／候補董事在離任日期後，是否**繼續**擔任公司的候補董事／董事職位
Please indicate whether the Director／Alternate Director ceasing to act will continue to hold office as Alternate Director／Director in the Company after the date of cessation

☐ 是 Yes

☐ 否 No

(註 Note 3) 提交人的資料 **Presentor's Reference**

姓名 Name:
SUCCESS CORPORATE SERVICES LIMITED
地址 Address:
UNIT 2208, 22/F., WU CHUNG HOUSE,
213 QUEEN'S ROAD EAST,
WANCHAI, HONG KONG.
電話 Tel: 852-2507 7219    傳真 Fax: 852-2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk
檔號 Reference:

請勿填寫本欄 **For Official Use**

22300555870
D4
16/05/2011              1232601

指明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

(註 Note 9) **3 辭職通知 Notice of Resignation**

*請在有關空格內加 ✓ 號 Please tick the relevant box*

✓ 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知；本人亦已按照有關的規定發出該辭職通知。
I am required by the articles of the above-named Company or by an agreement made with the Company to give notice of resignation to the Company and I have given such notice of resignation in accordance with the relevant requirement.

☐ 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知。本人並未按照有關規定發出通知，但已藉郵遞方式將辭職通知書送交公司的註冊辦事處，或將該通知書留交該辦事處。
I am required by the articles of the above-named Company or by an agreement made with the Company to give notice of resignation to the Company. I have not given the notice of resignation in accordance with the requirement but have sent the notice of resignation by post to, or by leaving it at, the registered office of the Company.

☐ 按照上述公司的章程細則或本人與該公司訂立的任何協議，本人不須向該公司發出辭職通知。
I am not required by the articles of the above-named Company or by any agreement made with the Company to give notice of resignation to the Company.

簽署 Signed :

姓名 Name ： SUCCESS CORPORATE SERVICES LIMITED

日期 Date ： 16 MAY 2011

辭職的秘書／~~董事~~ *
Resigning Secretary／~~Director~~ *

日 DD ／ 月 MM ／ 年 YYYY

\* *請刪去不適用者 Delete whichever does not apply*



# 周年申報表
# Annual Return

（《公司條例》第 107(1)條）
(Companies Ordinance s. 107(1))

表格 Form **AR1**

公司註冊處
Companies Registry

**重要事項  Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**

| 1232601 |
|---|

**1  公司名稱 Company Name**

| CREATE NEW TECHNOLOGY (HK) LIMITED |
|---|
| 啓創科技(香港)有限公司 |

(註 Note 8)  **2  商業名稱 Business Name**

|  |
|---|

**3  公司類別 Type of Company**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 有股本的私人公司
  Private company having a share capital

[ ] 其他
  Others

**4  本申報表日期 Date of this Return**

本申報表列載公司截至右列日期爲止的資料
The information in this return is made up to

| **29** | **04** | **2011** |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬有股本的私人公司，本申報表應列載截至公司成立爲法團的周年日期的資料。如屬其他公司，所列載的資料則應截至公司周年大會日期或以代替周年大會的書面決議的日期爲止。*
*For a private company having a share capital, the information in this return should be made up to the anniversary of the date of incorporation. For other companies, the information should be made up to the date of the annual general meeting (AGM) or the date of written resolution passed in lieu of AGM.)*

(註 Note 9)  **5  註冊辦事處地址 Address of Registered Office**

| UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD, KOWLOON, HK. |
|---|

(註 Note 10)  **6  電郵地址 E-mail Address**

|  |
|---|

(註 Note 3)  **提交人的資料 Presentor's Reference**

姓名 Name:  FU WAH INT'L BUSINESS (HK) LIMITED

地址 Address: UNIT 04, 7/F, BRIGHT WAY TOWER,
         NO. 33 MONG KOK ROAD, KOWLOON, HK.

電話 Tel:  23892981    傳真 Fax:

電郵地址 E-mail Address:  wsc1618@yahoo.com.hk

檔號 Reference:

**請勿填寫本欄 For Official Use**



22400561171
AR1L        1232601
03/05/2011

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

## 7 按揭及押記 Mortgages and Charges

截至本申報表日期，所有須根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額
Total amount outstanding as of the date of this return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

(註 Note 11)

## 8 無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital

*(有股本的公司無須填報此項 Company having a share capital need not complete this section)*

截至本申報表日期的成員數目
**Number of Member(s) as at the Date of this Return**

(註 Note 12)

## 9 股本 Share Capital

*(無股本的公司無須填報第 9 及第 10 項 Company not having a share capital need not complete sections 9 & 10)*

| 股份類別 Class of Shares | 截至本申報表日期 As at the Date of this Return | | | | |
|---|---|---|---|---|---|
| | 法定股本 Authorized Share Capital | 已發行股本 Issued Share Capital | | | |
| | *總*面值 *Total* Nominal Value † | 已發行股份數目 Number of Shares Issued (a) | 每股已發行股份的面值 Nominal Value of Each Share Issued † (b) | 已發行股份的*總*面值 *Total* Nominal Value of Shares Issued † (a) x (b) | 已發行股份的已繳股款*總*值 (不包括溢價) *Total* Paid up Value of Shares Issued † (excluding premium) |
| ORDINARY | HKD10,000,000 | 10,000,000 | HKD1 | HKD10,000,000 | HKD10,000,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| 總值 Total | HKD10,000,000 | 10,000,000 | | HKD10,000,000 | HKD10,000,000 |

† 請註明貨幣單位(例如：港元、美元)
 Please specify the currency (e.g. HKD, USD)

(註 Note 13)   **10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital**

*(有股本的公司必須填報此項。如未能盡錄於下列表格內，請用續頁 A 填報。 Company having a share capital must complete this section. Use Continuation Sheet A if there is insufficient space.)*

截至本申報表日期的成員詳情  Details of Member(s) as at the Date of this Return

股份類別 Class of Shares | **ORDINARY**

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
| | | 現時持有量<br>Current | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| **ZHANG MIN**<br>(張民) | **ROOM 10B, JIN FENG BUILDING, NO. 1001, SHANG BU ROAD SOUTH, FU TIAN DISTRICT. SHENZHEN, CHINA.** | 10,000,000 | | | |
| | 總數<br>Total | 10,000,000 | | | |

\* 如公司的股份自上一份周年申報表日期以來 (如屬首份周年申報表，則自公司成立為法團以來)
有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
\* If there have been any transfers of the company's shares since the date of the last annual return (or since
incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee
should be stated in the 'Remarks' column.

## 11 秘書 Secretary

### A. 個人秘書 Individual Secretary
*(如超過一名個人秘書，請用續頁B填報   Use Continuation Sheet B if more than 1 individual secretary)*

| 中文姓名<br>Name in Chinese | |
|---|---|

| 英文姓名<br>Name in English | | |
|---|---|---|
| | 姓氏 Surname | 名字 Other Names |

| 前用姓名<br>Previous Names | |
|---|---|

| 別名<br>Alias | |
|---|---|

(註 Note 14) | 香港住址<br>Hong Kong<br>Residential<br>Address |

(註 Note 15) | 電郵地址<br>E-mail Address |

(註 Note 16) 身份證明 Identification

a 香港身份證號碼<br>Hong Kong Identity Card Number

b 護照<br>Passport

簽發國家 Issuing Country　　　號碼 Number

### B. 法人團體秘書 Corporate Secretary
*(如超過一名法人團體秘書，請用續頁B填報   Use Continuation Sheet B if more than 1 corporate secretary)*

(註 Note 17) | 中文名稱<br>Name in Chinese | **富華國際商務(香港)有限公司** |

(註 Note 17) | 英文名稱<br>Name in English | **FU WAH INT'L BUSINESS (HK) LIMITED** |

(註 Note 18) | 香港地址<br>Hong Kong<br>Address | **UNIT 04, 7/F, BRIGHT WAY TOWER, NO. 33 MONG KOK ROAD, KOWLOON, HK.** |

(註 Note 15) | 電郵地址<br>E-mail Address | |

公司編號 Company Number<br>*(只適用於在香港註冊的法人團體)*<br>*(Only applicable to body corporate registered in Hong Kong)*

1205540

## 12 董事 Directors

### A. 個人董事 Individual Director

(如超過一名個人董事，請用續頁 C 填報  Use Continuation Sheet C if more than 1 individual director)

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

(註 Note 19) 身份
Capacity

[✓] 董事
Director

[ ] 候補董事
Alternate Director

代替 Alternate to

中文姓名
Name in Chinese

張民

英文姓名
Name in English

| ZHANG | MIN |
| 姓氏 Surname | 名字 Other Names |

前用姓名
Previous Names

NIL

別名
Alias

NIL

(註 Note 20) 住址
Residential
Address

ROOM 10B, JIN FENG BUILDING, NO. 1001,
SHANG BU ROAD SOUTH, FU TIAN
DISTRICT. SHENZHEN, CHINA.

CHINA

國家 Country

(註 Note 21) 電郵地址
E-mail Address

**CHINA   ID   321123730117002**

(註 Note 22) 身份證明 Identification

a 香港身份證號碼
Hong Kong Identity Card Number

NIL

b 護照
Passport

| NIL | NIL |
| 簽發國家 Issuing Country | 號碼 Number |

## 12 董事 Directors (續上頁 cont'd)

### B. 法人團體董事 Corporate Director

*(如超過兩名法人團體董事，請用續頁 D 填報 Use Continuation Sheet D if more than 2 corporate directors)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

(註 Note 19) **1** 身份
**Capacity**
☐ 董事 Director
☐ 候補董事 Alternate Director
代替 Alternate to

中文名稱
**Name in Chinese**

英文名稱
**Name in English**

(註 Note 23) 地址
**Address**
國家 Country

(註 Note 21) 電郵地址
**E-mail Address**

公司編號 **Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

(註 Note 19) **2** 身份
**Capacity**
☐ 董事 Director
☐ 候補董事 Alternate Director
代替 Alternate to

中文名稱
**Name in Chinese**

英文名稱
**Name in English**

(註 Note 23) 地址
**Address**
國家 Country

(註 Note 21) 電郵地址
**E-mail Address**

公司編號 **Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

## 12 董事 Directors (續上頁 cont'd)

### C. 備任董事 Reserve Director
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司 Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名 Name in Chinese | |
|---|---|

| 英文姓名 Name in English | | |
|---|---|---|
| | 姓氏 Surname | 名字 Other Names |

| 前用姓名 Previous Names | |
|---|---|

| 別名 Alias | |
|---|---|

(註 Note 20) 住址 Residential Address

國家 Country

(註 Note 21) 電郵地址 E-mail Address

(註 Note 22) 身份證明 Identification

a 香港身份證號碼 Hong Kong Identity Card Number

b 護照 Passport

| | |
|---|---|
| 簽發國家 Issuing Country | 號碼 Number |

### 13 登記冊 Registers

公司備存下列登記冊的地址(如並非備存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the registered office stated in Section 5)

| 登記冊 Register | 地址 Address |
| --- | --- |
| a 成員登記冊<br>Register of Members | |
| b 債權證持有人登記冊<br>*(如有的話)*<br>Register of Debenture<br>Holders *(if any)* | |

(註 Note 24)

### 14 隨本表格提交的帳目所涵蓋的會計期
### Period Covered by Accounts Submitted with this Form

*(私人公司無需填報此項 A private company need not complete this section)*

| | | | 至<br>To | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

### 15 證明書 Certificate

*(此項證明只適用於私人公司。如不適用，請刪去此項。)*
*(This certificate should only be completed in respect of a private company. If not applicable, please delete.)*

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表，則自成立爲法團以來)，並無發出任何文件，邀請公衆人士認購公司任何股份或債權證；同時如成員數目於本申報表日期超過五十，則所超出的成員，全是根據《公司條例》第 29(1)(b)條不須計算入該五十名額內的人士。
I certify that the company has not, since the date of the last annual return (or since incorporation if this is the first annual return), issued any invitation to the public to subscribe for any shares or debentures in the company and that if the number of members is in excess of 50 as at the date of this return, the excess are persons who under section 29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

(註 Note 25)

> **提示 Advisory Note**
>
> 所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本，並熟悉該指引所概述的董事一般責任。
> All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
| --- | --- | --- | --- | --- |
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

(註 Note 5)  簽署 Signed :

*For and on behalf of*
FU WAH INT'L BUSINESS (HK) LIMITED
富華國際商務(香港)有限公司

姓名 Name : FU WAH INT'L BUSINESS (HK) LIMITED

~~董事 Director~~／秘書 Secretary *

*請刪去不適用者  Delete whichever does not apply

日期 Date : 　28　　04　　2011
　　　　　　　日 DD ／ 月 MM ／ 年 YYYY



**CR**

公司註冊處
**Companies Registry**

註冊辦事處地址更改通知書
# Notification of Change of Address of Registered Office

（《公司條例》第 92(3)條）
(Companies Ordinance s. 92(3))

表格
**Form** **R1**

**重要事項　Important Notes**

- 填寫前請參閱《填寫須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**

1232601

**1　公司名稱　Company Name**

啟創科技(香港)有限公司
**CREATE NEW TECHNOLOGY (HK) LIMITED**

**2　更改詳情　Details of Change**

(註 Notes 1& 5)

在香港的註冊辦事處地址 **Address of Registered Office in Hong Kong**

UNIT 2209, 22/F., WU CHUNG HOUSE,
213 QUEEN'S ROAD EAST, WANCHAI, HONG KONG.

（「轉交」地址及郵政信箱號碼恕不接受 'Care of ' addresses and post office box numbers are not acceptable）

生效日期 **Effective Date**

| 16 | 9 | 2010 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(註 Note 6)　**3　電郵地址　E-mail Address**

N/A

生效日期 **Effective Date**

| | | |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |



(註 Note 4)　簽署 **Signed**

姓名 **Name**　：　SUCCESS CORPORATE SERVICES LIMITED

~~董事 Director~~／秘書 **Secretary** *

日期 **Date**　：　**16 September 2010**
日 DD　／　月 MM　／　年 YYYY

*請刪去不適用者 *Delete whichever does not apply*

(註 Note 3)　提交人的資料 **Presentor's Reference**

姓名 Name:
**SUCCESS CORPORATE SERVICES LIMITED**
地址 Address:
UNIT 2208, 22/F., WU CHUNG HOUSE,
213 QUEEN'S ROAD EAST,
WANCHAI, HONG KONG.
電話 Tel: 852-2507 7219　傳真 Fax: 2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk
檔號 Reference:

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

請勿填寫本欄 **For Official Use**



22100599534
R1　　　1232601
21/09/2010

0133



# 周年申報表
# Annual Return

（《公司條例》第 107(1)條）
(Companies Ordinance s. 107(1))

公司註冊處
Companies Registry

表格 Form **AR1**

<u>重要事項</u> **Important Notes**

● 填表前請參閱《填表須知》。
　請用黑色墨水列印。
● Please read the accompanying notes before completing this form.
　Please print in black ink.

公司編號 **Company Number**

**1232601**

**1** 公司名稱 **Company Name**

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啓創科技(香港)有限公司

(註 Note 8) **2** 商業名稱 **Business Name**

**N/A**

**3** 公司類別 **Type of Company**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 有股本的私人公司
　　Private company having a share capital

[ ] 其他
　　Others

**4** 本申報表日期 **Date of this Return**

本申報表列載公司截至右列日期爲止的資料
The information in this return is made up to

| 29 | 04 | 2010 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬有股本的私人公司，本申報表應列載截至公司成立爲法團的周年日期的資料。如屬其他公司，所列載的資料則應截至公司周年大會日期或以代替周年大會的書面決議的日期爲止。)*
*For a private company having a share capital, the information in this return should be made up to the anniversary of the date of incorporation. For other companies, the information should be made up to the date of the annual general meeting (AGM) or the date of written resolution passed in lieu of AGM.)*

(註 Note 9) **5** 註冊辦事處地址 **Address of Registered Office**

21st Floor, New World Tower 1,
18 Queen's Road Central, Hong Kong.

(註 Note 10) **6** 電郵地址 **E-mail Address**

**N/A**

(註 Note 3) 提交人的資料 **Presentor's Reference**

姓名 Name:
SUCCESS CORPORATE SERVICES LIMITED
地址 Address:
UNIT 2208, 22/F., WU CHUNG HOUSE,
213 QUEEN'S ROAD EAST, WANCHAI,
HONG KONG.
電話 Tel: 852-2507 7219 　傳真 Fax: 852-2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk
檔號 Reference:
說明編號 2/2008 (修訂) (2008 年 7 月)。
Specification No. 2/2008 (Revision) (July 2008)

請勿填寫本欄 **For Official Use**



22400450930
AR1L　　　　1232601
04/05/2010

## 7 按揭及押記 Mortgages and Charges

截至本申報表日期，所有根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額
Total amount outstanding as of the date of this return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

| N/A |
| --- |

(註 Note 11) **8 無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無須填報此項 Company having a share capital need not complete this section)*

截至本申報表日期的成員數目
**Number of Member(s) as at the Date of this Return**

| N/A |
| --- |

(註 Note 12) **9 股本 Share Capital**
*(無股本的公司無須填報第 9 及第 10 項 Company not having a share capital need not complete sections 9 & 10)*

| 股份類別<br>Class of Shares | 法定股本<br>Authorized<br>Share Capital<br>總面值<br>*Total*<br>Nominal Value † | 已發行股本 Issued Share Capital | | | |
| --- | --- | --- | --- | --- | --- |
| | 截至本申報表日期 As at the Date of this Return | 已發行<br>股份數目<br>Number of<br>Shares Issued<br>(a) | 每股已<br>發行股份<br>的面值<br>Nominal Value<br>of Each Share<br>Issued †<br>(b) | 已發行股份的<br>總面值<br>*Total* Nominal<br>Value of Shares<br>Issued †<br>(a) x (b) | 已發行股份的<br>已繳股款總值<br>(不包括溢價)<br>*Total* Paid up Value<br>of Shares Issued †<br>(excluding premium) |
| ORDINARY | HK$10,000,000.00 | 10,000,000 | HK$1.00 | HK$10,000,000.00 | HK$10,000,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| 總值<br>Total | HK$10,000,000.00 | 10,000,000 | | HK$10,000,000.00 | HK$10,000,000.00 |

† 請註明貨幣單位 (例如：港元、美元)
Please specify the currency (e.g. HKD, USD)

(註 Note 13) **10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項。如未能盡錄於下列表格內，請用續頁 A 填報。 Company having a share capital must complete this section. Use Continuation Sheet A if there is insufficient space.)*

截至本申報日期的成員詳情 Details of Member(s) as at the Date of this Return

股份類別 **Class of Shares**  |  ORDINARY

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| ZHANG MIN<br>張民 | ROOM 10B, JIN FENG BUILDING, NO. 1001, SHANG BU ROAD SOUTH, FU TIAN DISTRICT, SHENZHEN, CHINA. | 10,000,000 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 總 數<br>Total | | 10,000,000 | | | |

＊ 如公司的股份自上一份周年申報表日期以來 (如屬首份周年申報表，則自公司成立為法團以來) 有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
＊ If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

0134

## 11 秘書 Secretary

### A. 個人秘書 Individual Secretary
*(如超過一名個人秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 individual secretary)*

| | |
|---|---|
| 中文姓名<br>**Name in Chinese** | |
| 英文姓名<br>**Name in English** | 姓氏 Surname　　　　　　名字 Other Names |
| 前用姓名<br>**Previous Names** | |
| 別名<br>**Alias** | |
| (註 Note 14)　香港住址<br>**Hong Kong Residential Address** | |
| (註 Note 15)　電郵地址<br>**E-mail Address** | |

(註 Note 16)　身份證明 **Identification**

a　香港身份證號碼
　 Hong Kong Identity Card Number

b　護照
　 **Passport**

　　簽發國家 Issuing Country　　　號碼 Number

### B. 法人團體秘書 Corporate Secretary
*(如超過一名法人團體秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 corporate secretary)*

| | |
|---|---|
| (註 Note 17)　中文名稱<br>**Name in Chinese** | 駿業會計秘書服務有限公司 |
| (註 Note 17)　英文名稱<br>**Name in English** | SUCCESS CORPORATE SERVICES LIMITED |
| (註 Note 18)　香港地址<br>**Hong Kong Address** | UNIT 2208, 22/F., WU CHUNG HOUSE,<br>213 QUEEN'S ROAD EAST, WANCHAI, HONG KONG. |
| (註 Note 15)　電郵地址<br>**E-mail Address** | N/A |
| 公司編號 **Company Number**<br>*(只適用於在香港註冊的法人團體)*<br>*(Only applicable to body corporate registered in Hong Kong)* | 618863 |

**12 董事 Directors**

**A. 個人董事 Individual Director**
*(如超過一名個人董事，請用續頁 C 填報 Use Continuation Sheet C if more than 1 individual director)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

(註 Note 19)

| 身份 Capacity | ☑ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |
|---|---|---|---|

| 中文姓名 Name in Chinese | 張民 |
|---|---|

| 英文姓名 Name in English | ZHANG MIN |
|---|---|

姓氏 Surname · · · 名字 Other Names

| 前用姓名 Previous Names | N/A |
|---|---|

| 別名 Alias | N/A |
|---|---|

(註 Note 20)

| 住址 Residential Address | ROOM 10B, JIN FENG BUILDING, NO. 1001, SHANG BU ROAD SOUTH, FU TIAN DISTRICT, SHENZHEN, CHINA. |
|---|---|

國家 Country

(註 Note 21)

| 電郵地址 E-mail Address | N/A |
|---|---|

(註 Note 22)

**身份證明 Identification**   321123730117002 (CHINA ID)

| a 香港身份證號碼 Hong Kong Identity Card Number | N/A |
|---|---|

| b 護照 Passport | N/A | N/A |
|---|---|---|

簽發國家 Issuing Country · · · 號碼 Number

**12 董事 Directors** (續上頁 cont'd)

**B. 法人團體董事 Corporate Director**

(如超過兩名法人團體董事，請用續頁 D 填報 Use Continuation Sheet D if more than 2 corporate directors)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(註 Note 19) 1 身份 Capacity ☐ 董事 Director ☐ 候補董事 Alternate Director | 代替 Alternate to

中文名稱 Name in Chinese | N/A

英文名稱 Name in English |

(註 Note 23) 地址 Address | 國家 Country

(註 Note 21) 電郵地址 E-mail Address |

公司編號 **Company Number** (只適用於在香港註冊的法人團體) (Only applicable to body corporate registered in Hong Kong) |

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(註 Note 19) 2 身份 Capacity ☐ 董事 Director ☐ 候補董事 Alternate Director | 代替 Alternate to

中文名稱 Name in Chinese |

英文名稱 Name in English |

(註 Note 23) 地址 Address | 國家 Country

(註 Note 21) 電郵地址 E-mail Address |

公司編號 **Company Number** (只適用於在香港註冊的法人團體) (Only applicable to body corporate registered in Hong Kong) |

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

**12 董事 Directors** (標上頁 cont'd)

**C.備任董事 Reserve Director**
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司 Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名<br>**Name in Chinese** | N/A |
|---|---|

| 英文姓名<br>**Name in English** | | |
|---|---|---|
| | 姓氏 Surname | 名字 Other Names |

| 前用姓名<br>**Previous Names** | |
|---|---|

| 別名<br>**Alias** | |
|---|---|

(註 Note 20)

| 住址<br>**Residential**<br>**Address** | | |
|---|---|---|
| | | 國家 Country |

(註 Note 21)

| 電郵地址<br>**E-mail Address** | |
|---|---|

(註 Note 22)

身份證明 Identification

a 香港身份證號碼<br>Hong Kong Identity Card Number

b 護照<br>Passport

簽發國家 Issuing Country　　　號碼 Number

## 13 登記冊 Registers

公司備存下列登記冊的地址(如並非備存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the registered office stated in Section 5)

| 登記冊 Register | 地址 Address |
|---|---|
| a 成員登記冊<br>Register of Members | |
| b 債權證持有人登記冊<br>*(如有的話)*<br>Register of Debenture<br>Holders *(if any)* | |

**(註 Note 24)** **14** 隨本表格提交的帳目所涵蓋的會計期
**Period Covered by Accounts Submitted with this Form**

*(私人公司無需填報此項 A private company need not complete this section)*

| 日 DD | 月 MM | 年 YYYY | 至<br>To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
| | | | | | | |

## 15 證明書 Certificate

*(此項證明只適用於私人公司。如不適用,請刪去此項。)*
*(This certificate should only be completed in respect of a private company.  If not applicable, please delete.)*

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表,則自成立為法團以來),並無發出任何文件,邀請公眾人士認購公司任何股份或債權證;同時如成員數目於本申報表日期超過五十,則超出的成員,全是根據《公司條例》第 29(1)(b)條不須計算入該五十名額內的人士。
I certify that the company has not, since the date of the last annual return (or since incorporation if this is the first annual return), issued any invitation to the public to subscribe for any shares or debentures in the company and that if the number of members is in excess of 50 as at the date of this return, the excess are persons who under section 29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

**(註 Note 25)**

> <u>提示 Advisory Note</u>
> 所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本,並熟悉該指引所概述的董事一般責任。
> All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | - | - | - | - |

**(註 Note 5)** 簽署 Signed :

姓名 Name : SUCCESS CORPORATE SERVICES LIMITED

~~董事 Director~~／秘書 Secretary *

日期 Date : <u>29 APRIL 2010</u>

日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply



**公司註冊處**
**Companies Registry**

秘書及董事資料更改通知書
**Notification of Change of Particulars of**
**Secretary and Director**
(公司條例第 158(4)條)
(Companies Ordinance s. 158(4))

表格
**Form** D2B

重要事項　Important Notes

● 填表前請參閱《填表須知》。
　請用黑色墨水列印。
● Please read the accompanying notes before completing this form.
　Please print in black ink.

公司編號 Company Number

**1232601**

**1 公司名稱 Company Name**

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啓創科技(香港)有限公司

**2 個人秘書／董事資料更改 Change of Particulars of Individual Secretary／Director**
*(如涉及超過一名個人秘書／董事,請用續頁 A 填報　Use Continuation Sheet A if more than 1 individual secretary／director is involved)*

**A. 更改資料的個人秘書／董事**
**Identity of the Individual Secretary／Director whose Particulars have Changed**

*請填報現時在公司註冊處登記的有關資料*
*Please state the relevant particulars currently registered with the Companies Registry*

*請在有關空格內加　✓ 號　Please tick the relevant box(es)*

| (註 Note 6) | 身份<br>Capacity | ☐ 秘書<br>Secretary | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|---|

中文姓名
**Name in Chinese**

英文姓名
**Name in English**

姓氏 Surname　　　　　　　　　　名字 Other Names

(註 Note 7)　身份證明
**Identification**

香港身份證號碼 HK Identity Card Number　　海外護照號碼 Overseas Passport Number

(註 Note 4)　提交人的資料 Presenter's Reference

請勿填寫本欄 For Official Use

姓名 Name:
**SUCCESS CORPORATE SERVICES LIMITED**
地址 Address:
UNIT 2208, 22/F., WU CHUNG HOUSE,
213 QUEEN'S ROAD EAST, WANCHAI,
HONG KONG.
電話 Tel: 852-2507 7219　　傳真 Fax: 852-2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk
檔號 Reference:
指明編號 1/2004 (2004 年 2 月)
Specification No. 1/2004 (Feb. 2004)



22100457778
D2B　　　　　1232601
05/05/2009

**2** 個人秘書／董事資料更改 (續上頁)
**Change of Particulars of Individual Secretary／Director** (cont'd)

(註 Note 8) **B.** 更改詳情 **Details of Change(s)**

*請只填報有更改的項目 Please complete item(s) with change(s) only*

生效日期 **Effective Date**

**(a)** 中文姓名 **Name in Chinese**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

**(b)** 英文姓名 **Name in English**

姓氏 Surname          名字 Other Names

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

(註 Note 9) **(c)** 別名 **Alias**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

(註 Note 10) **(d)** 住址 **Residential Address**

國家 Country

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

(註 Note 11) **(e)** 電郵地址 **E-mail Address**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

**(f)** 香港身份證號碼
**Hong Kong Identity Card Number**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

**(g)** 海外護照 **Overseas Passport**

簽發國家 Issuing Country          號碼 Number

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

8500

表格 **D2B**
Form

3 法人團體秘書／董事資料更改 Change of Particulars of Corporate Secretary／Director
*(如涉及超過一名法人團體秘書／董事，請用續頁 B 填報)*
*(Use Continuation Sheet B if more than 1 corporate secretary／director is involved)*

A. 更改資料的法人團體秘書／董事
**Identity of the Corporate Secretary／Director whose Particulars have Changed**

請填報現時在公司註冊處登記的有關資料
**Please state the relevant particulars currently registered with the Companies Registry**

請在有關空格內加 ✓ 號 *Please tick the relevant box(es)*

(註 Note 6) | 身份<br>**Capacity** | ✓ 秘書<br>Secretary | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |

(註 Note 12) | 中文名稱<br>**Name in Chinese** | 駿業會計秘書服務有限公司 |

(註 Note 12) | 英文名稱<br>**Name in English** | SUCCESS CORPORATE SERVICES LIMITED |

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

618863

(註 Note 8) B. 更改詳情 Details of Change(s)

*請只填報有更改的項目 Please complete item(s) with change(s) only*

生效日期 Effective Date

(a) 中文及英文名稱 Name in Chinese and English

| | 日 DD | 月 MM | 年 YYYY |

(註 Note 13) (d) 地址 Address

UNIT 2208, 22/F., WU CHUNG HOUSE,
213 QUEEN'S ROAD EAST, WANCHAI,
HONG KONG.

國家 Country

| **16** | **03** | **2009** |
| 日 DD | 月 MM | 年 YYYY |

(註 Note 11) (c) 電郵地址 E-mail Address

N/A

| | 日 DD | 月 MM | 年 YYYY |

本通知書包括 _____ - _____ 張續頁 A 及 _____ - _____ 張續頁 B。
This Notification includes _____ - _____ Continuation Sheet(s) A and _____ - _____ Continuation Sheet(s) B.

簽署 Signed :

姓名 Name : SUCCESS CORPORATE SERVICES LIMITED
~~董事 Director~~／秘書 Secretary *

日期 Date : 2 9 APR 2009

| 日 DD / 月 MM / 年 YYYY |

*請刪去不適用者 Delete whichever does not apply*

第三頁 Page 3



# CR
公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

(《公司條例》第 107(1)條)
(Companies Ordinance s. 107(1))

表格
**Form** **AR1**

**重要事項 Important Notes**

- 填裝前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**

**1232601**

**1** 公司名稱 **Company Name**

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啟創科技(香港)有限公司

(註 Note 8) **2** 商業名稱 **Business Name**

N/A

**3** 公司類別 **Type of Company**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 有股本的私人公司
Private company having a share capital

☐ 其他
Others

**4** 本申報表日期 **Date of this Return**

本申報表列載公司截至右列日期爲止的資料
The information in this return is made up to

| 29 | 04 | 2009 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

*(如屬有股本的私人公司，本申報表應列載截至公司成立爲法團的周年日期的
資料。如屬其他公司，所列載的資料則應截至公司周年大會日期或以代替周年
大會的書面決議的日期爲止。*
*For a private company having a share capital, the information in this return should
be made up to the anniversary of the date of incorporation. For other companies,
the information should be made up to the date of the annual general meeting
(AGM) or the date of written resolution passed in lieu of AGM.)*

(註 Note 9) **5** 註冊辦事處地址 **Address of Registered Office**

**21st Floor, New World Tower 1,**
**18 Queen's Road Central, Hong Kong.**

(註 Note 10) **6** 電郵地址 **E-mail Address**

N/A

(註 Note 3) 提交人的資料 **Presentor's Reference**

姓名 Name:
SUCCESS CORPORATE SERVICES LIMITED
地址 Address:
UNIT 2208, 22/F., WU CHUNG HOUSE,
213 QUEEN'S ROAD EAST, WANCHAI,
HONG KONG.
電話 Tel: 852-2507 7219　傳真 Fax: 852-2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk
檔號 Reference:
拼明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

請勿填寫本欄 **For Official Use**



```
22200403012
AR1L          1232601
05/05/2009
```

0110

**7 按揭及押記 Mortgages and Charges**

截至本申報表日期，所有須根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額

Total amount outstanding as of the date of this return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

| N/A |
|---|

(註 Note 11) **8 無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital**

*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表日期的成員數目
**Number of Member(s) as at the Date of this Return**

| N/A |
|---|

(註 Note 12) **9 股本 Share Capital**

*(無股本的公司無需填報第 9 及第 10 項 Company not having a share capital need not complete sections 9 & 10)*

| 股份類別<br>Class of Shares | 法定股本<br>Authorized<br>Share Capital<br><br>*Total*<br>Nominal Value †<br> | 已發行股本 Issued Share Capital | | | |
|---|---|---|---|---|---|
| | | 已發行<br>股份數目<br>Number of<br>Shares Issued<br><br>(a) | 每股已<br>發行股份<br>的面值<br>Nominal Value<br>of Each Share<br>Issued †<br>(b) | 已發行股份的<br>*總*面值<br>*Total* Nominal<br>Value of Shares<br>Issued †<br>(a) x (b) | 已發行股份的<br>已繳股款*總值*<br>(不包括溢價)<br>*Total* Paid up Value<br>of Shares Issued †<br>(excluding premium) |
| ORDINARY | HK$10,000,000.00 | 10,000,000 | HK$1.00 | HK$10,000,000.00 | HK$10,000,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| 總值<br>Total | HK$10,000,000.00 | 10,000,000 | | HK$10,000,000.00 | HK$10,000,000.00 |

† 請註明貨幣單位 (例如：港元 · 美元)
Please specify the currency (e.g. HKD, USD)

(註 Note 13) **10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項。如未能盡錄於下列表格內，請用續頁 A 填報。 Company having a share capital must complete this section. Use Continuation Sheet A if there is insufficient space.)*

截至本申報表日期的成員詳情  Details of Member(s) as at the Date of this Return

股份類別 **Class of Shares**  |  ORDINARY

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
| | | 現時持有量<br>Current Holding | 轉讓*<br>Transferred* | | |
| | | | 數目<br>Number | 日期<br>Date | |
| ZHANG MIN<br>張民 | ROOM 10B, JIN FENG BUILDING, NO. 1001, SHANG BU ROAD SOUTH, FU TIAN DISTRICT, SHENZHEN, CHINA. | 10,000,000 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 總 數<br>Total | | 10,000,000 | | | |

＊ 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)
有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
＊ If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

**11 秘書 Secretary**

**A. 個人秘書 Individual Secretary**
(如超過一名個人秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 individual secretary)

| 中文姓名<br>Name in Chinese | |
|---|---|

| 英文姓名<br>Name in English | | |
|---|---|---|
| | 姓氏 Surname | 名字 Other Names |

| 前用姓名<br>Previous Names | |
|---|---|

| 別名<br>Alias | |
|---|---|

(註 Note 14)

| 香港住址<br>Hong Kong<br>Residential<br>Address | |
|---|---|

(註 Note 15)

| 電郵地址<br>E-mail Address | |
|---|---|

(註 Note 16)

身份證明 Identification

a　香港身份證號碼
　　Hong Kong Identity Card Number

b　護照
　　Passport

| 簽發國家 Issuing Country | 號碼 Number |
|---|---|

**B. 法人團體秘書 Corporate Secretary**
(如超過一名法人團體秘書，請用續頁 B 填報　Use Continuation Sheet B if more than 1 corporate secretary)

(註 Note 17)

| 中文名稱<br>Name in Chinese | 駿業會計秘書服務有限公司 |
|---|---|

(註 Note 17)

| 英文名稱<br>Name in English | SUCCESS CORPORATE SERVICES LIMITED |
|---|---|

(註 Note 18)

| 香港地址<br>Hong Kong<br>Address | UNIT 2208, 22/F., WU CHUNG HOUSE,<br>213 QUEEN'S ROAD EAST, WANCHAI, HONG KONG. |
|---|---|

(註 Note 15)

| 電郵地址<br>E-mail Address | N/A |
|---|---|

| 公司編號 Company Number<br>(只適用於在香港註冊的法人團體)<br>(Only applicable to body corporate registered in Hong Kong) | 618863 |
|---|---|

### 12 董事 Directors

#### A. 個人董事 Individual Director
(如超過一名個人董事，請用續頁 C 填報 Use Continuation Sheet C if more than 1 individual director)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

(註 Note 19)

| 身份<br>Capacity | ☑ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
| --- | --- | --- | --- |

中文姓名<br>Name in Chinese

張民

英文姓名<br>Name in English

ZHANG MIN

姓氏 Surname　　　　　　　　　　　　名字 Other Names

前用姓名<br>Previous Names

N/A

別名<br>Alias

N/A

(註 Note 20)

住址<br>Residential<br>Address

ROOM 10B, JIN FENG BUILDING, NO. 1001,

SHANG BU ROAD SOUTH,

FU TIAN DISTRICT, SHENZHEN, CHINA.

國家 Country

(註 Note 21)

電郵地址<br>E-mail Address

N/A

(註 Note 22)

身份證明 Identification　　　321123730117002 (CHINA ID)

a　香港身份證號碼<br>　　Hong Kong Identity Card Number

N/A

b　護照<br>　　Passport

| N/A | N/A |
| --- | --- |
| 簽發國家 Issuing Country | 號碼 Number |

## 12 董事 Directors (續上頁 cont'd)

### B. 法人團體董事 Corporate Director

*(如超過兩名法人團體董事,請用續頁 D 填報 Use Continuation Sheet D if more than 2 corporate directors)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

(註 Note 19) | 1 | 身份 Capacity | ☐ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to

中文名稱 Name in Chinese: **N/A**

英文名稱 Name in English:

(註 Note 23) 地址 Address | 國家 Country

(註 Note 21) 電郵地址 E-mail Address:

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

(註 Note 19) | 2 | 身份 Capacity | ☐ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to

中文名稱 Name in Chinese:

英文名稱 Name in English:

(註 Note 23) 地址 Address | 國家 Country

(註 Note 21) 電郵地址 E-mail Address:

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

指明編號 2/2008 (修訂) (2008 年 7 月)
Specification No. 2/2008 (Revision) (July 2008)

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司　Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名<br>Name in Chinese | N/A |
|---|---|

| 英文姓名<br>Name in English | 姓氏 Surname | . 名字 Other Names |
|---|---|---|

| 前用姓名<br>Previous Names | |
|---|---|

| 別名<br>Alias | |
|---|---|

(註 Note 20)

| 住址<br>Residential<br>Address | | 國家 Country |
|---|---|---|

(註 Note 21)

| 電郵地址<br>E-mail Address | |
|---|---|

(註 Note 22)

**身份證明 Identification**

a　香港身份證號碼
　　Hong Kong Identity Card Number

b　護照
　　Passport

| 簽發國家 Issuing Country | 號碼 Number |
|---|---|

0116

## 13 登記冊 Registers

公司備存下列登記冊的地址(如並非備存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the registered office stated in Section 5)

| 登記冊 Register | 地址 Address |
|---|---|
| a 成員登記冊<br>Register of Members | |
| b 債權證持有人登記冊<br>(如有的話)<br>Register of Debenture<br>Holders (if any) | |

(註 Note 24) **14 隨本表格提交的帳目所涵蓋的會計期**
**Period Covered by Accounts Submitted with this Form**
*(私人公司無需填報此項 A private company need not complete this section)*

| 日 DD | 月 MM | 年 YYYY | 至<br>To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|

## 15 證明書 Certificate

*(此項證明只適用於私人公司。如不適用,請刪去此項。)*
*(This certificate should only be completed in respect of a private company.  If not applicable, please delete it.)*

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表,則自成立為法團以來),並無發出任何文件,邀請公眾人士認購公司任何股份或債權證;同時如成員數目於本申報表日期超過五十,則所超出的成員,全是根據《公司條例》第 29(1)(b)條不須計算入該五十名額內的人士。
I certify that the company has not, since the date of the last annual return (or since incorporation if this is the first annual return), issued any invitation to the public to subscribe for any shares or debentures in the company and that if the number of members is in excess of 50 as at the date of this return, the excess are persons who under section 29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

(註 Note 25)

> **提示 Advisory Note**
> 所有公司董事均應閱讀公司註冊處編製的《有關董事責任的非法定指引》的最新版本,並熟悉該指引所概述的董事一般責任。
> All directors of the company are advised to read the latest version of the 'Non-Statutory Guidelines on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guidelines.

本申報表包括下列續頁。This Return includes the following Continuation Sheet(s).

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | - | - | - | - |

(註 Note 5)  簽署 Signed :

姓名 Name :  SUCCESS CORPORATE SERVICES LIMITED

~~董事 Director~~/秘書 Secretary *

日期 Date :  2 9 APR 2009

| 日 DD | / | 月 MM | / | 年 YYYY |
|---|---|---|---|---|

*請刪去不適用者  Delete whichever does not apply



**公司註冊處**
**Companies Registry**

註冊辦事處座落地點通知書
**Notification of Situation of Registered Office**

(公司條例第 92(2)條)
(Companies Ordinance s. 92(2))

表格 **Form** **R1**

重要事項　**Important Notes**

● 填表前請參閱《填表須知》。
　請用黑色墨水列印。
● Please read the accompanying notes before completing this form.
　Please print in black ink.

公司編號 **Company Number**

1232601

**1** 公司名稱 **Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

**2** 註冊辦事處 **Registered Office**

*請在有關空格內加 ✓ 號 Please tick the relevant box*

☑ 申報首個註冊辦事處座落地點
**Notification of Situation of First Registered Office**

☐ 申報更改註冊辦事處座落地點
**Notification of Change of Situation of Registered Office**

(Note 5) 在香港的註冊辦事處座落地點 **Situation of Registered Office in Hong Kong**

21st Floor, New World Tower 1,
18 Queen's Road Central, Hong Kong.

生效日期 **Effective Date**

| 29 APR 2008 | | |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

Note 6) **3** 電郵地址 **E-mail Address**

N/A

生效日期 **Effective Date**

| | | |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

簽署 Signed :

姓名 Name :　SUCCESS CORPORATE SERVICES LIMITED

董事 Director／秘書 Secretary *

日期 Date :

| 29 APR 2008 | | |
|---|---|---|
| 日 DD / | 月 MM / | 年 YYYY |

*請刪去不適用者 Delete whichever does not apply*

(Note 3) 提交人的資料 **Presentor's Reference**

姓名 Name:
**SUCCESS CORPORATE SERVICES LIMITED**
地址 Address:
27/F., HOPEWELL CENTRE,
183 QUEEN'S ROAD EAST,
HONG KONG.
電話 Tel: 852-2507 7219　傳真 Fax: 2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk
檔號 Reference:
指明編號 2/2004 (修訂) (2004年2月)
Specification No. 2/2004 (Feb. 2004)

請勿填寫本欄 **For Official Use**



22900389087
R1
30/04/2008　　1232601



公司註冊處
**Companies Registry**

首任秘書及董事通知書
**Notification of First Secretary and Director**

(公司條例第 158(4) 及 (4A) 條)
(Companies Ordinance s. 158(4) & (4A))

表格 **Form** **D1**

重要事項 **Important Notes**

- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**

| 1 2 3 2 6 0 1 |

**1** 公司名稱 **Company Name**

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啓創科技(香港)有限公司

**2** 秘書 **Secretary** (如超過一名秘書，請用續頁 A 填報 Use Continuation Sheet A if more than 1 secretary)

**A.** 個人秘書 **Individual Secretary**

| 中文姓名 Name in Chinese | **N/A** |
|---|---|

| 英文姓名 Name in English | | |
|---|---|---|
| | 姓氏 Surname | 名字 Other Names |

| 前用姓名／別名 Previous Names ／ Alias | | |
|---|---|---|
| | 前用姓名 Previous Names | 別名 Alias |

(註 Note 8) 香港住址 Hong Kong Residential Address

(註 Note 9) 電郵地址 E-mail Address

(註 Note 10) 身份證明 **Identification**

a 香港身份證號碼 Hong Kong Identity Card Number

b 海外護照 Overseas Passport

| | |
|---|---|
| 簽發國家 Issuing Country | 號碼 Number |

委任日期 Date of Appointment

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

(註 Note 6) 提交人的資料 **Presenter's Reference**

姓名 Name:
**SUCCESS CORPORATE SERVICES LIMITED**
地址 Address:
**27/F., HOPEWELL CENTRE,**
**183 QUEEN'S ROAD EAST,**
**HONG KONG.**
電話 Tel: 852-2507 7219    傳真 Fax: 2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk
檔號 Reference:
指明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

請勿填寫本欄 **For Official Use**



22900389085
D1                      1232601
30/04/2008

८S00

**2  秘書 Secretary** (續上頁 cont'd)

(註 Note 11)  **B. 法人團體秘書 Corporate Secretary**

(註 Note 12)  中文名稱
Name in Chinese

駿業會計秘書服務有限公司

(註 Note 12)  英文名稱
Name in English

**SUCCESS CORPORATE SERVICES LIMITED**

(註 Note 13)  香港地址
Hong Kong
Address

**27/F., HOPEWELL CENTRE,
183 QUEEN'S ROAD EAST, HONG KONG.**

(註 Note 9)  電郵地址
E-mail Address

formation@sbc.com.hk

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

618863

委任日期 Date of Appointment

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| | 2 9 APR 2008 | |

指明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

8500

## 3 董事 Director

### A. 個人董事 Individual Director

(如超過兩名個人董事，請用續頁B填報  Use Continuation Sheet B if more than 2 individual directors)

請在有關空格內加 ✓ 號  Please tick the relevant box(es)

(註 Note 14) **1** 身份
**Capacity**

☑ 董事 Director　☐ 候補董事 Alternate Director

代替 Alternate to

中文姓名
**Name in Chinese**

張民

英文姓名
**Name in English**

ZHANG MIN

姓氏 Surname　　　　　　名字 Other Names

前用姓名
**Previous Names**

N/A

別名
**Alias**

N/A

(註 Note 15) 住址
**Residential Address**

ROOM 10B, JIN FENG BUILDING,
NO. 1001, SHANG BU ROAD SOUTH,
FU TIAN DISTRICT, SHENZHEN, CHINA.

國家 Country

(註 Note 16) 電郵地址
**E-mail Address**

N/A

(註 Note 17) 身份證明 Identification　　321123730117002 (CHINA ID)

a 香港身份證號碼
Hong Kong Identity Card Number

N/A

b 海外護照
Overseas Passport

N/A　　　　　N/A

簽發國家 Issuing Country　　號碼 Number

委任日期 Date of Appointment

29 APR 2008

日 DD　　月 MM　　年 YYYY

6900

## 3 董事 Director (續上頁 cont'd)

*請在有關空格內加 ✓ 號 Please tick the relevant box(es)*

| (註 Note 14) 2 | 身份<br>Capacity | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
| | | | | |

| | 中文姓名<br>Name in Chinese | N/A |
| | 英文姓名<br>Name in English | |
| | | 姓氏 Surname　　　　　　名字 Other Names |
| | 前用姓名<br>Previous Names | |
| | 別名<br>Alias | |
| (註 Note 15) | 住址<br>Residential<br>Address | |
| | | 國家 Country |
| (註 Note 16) | 電郵地址<br>E-mail Address | |

(註 Note 17)　身份證明 Identification

| a | 香港身份證號碼<br>Hong Kong Identity Card Number | |
| b | 海外護照<br>Overseas Passport | |
| | | 簽發國家 Issuing Country　　　號碼 Number |

委任日期 Date of Appointment

| 日 DD | 月 MM | 年 YYYY |

0900

3 董事 **Director** (續上頁 cont'd)

B. 法人團體董事 **Corporate Director**
(如超過一名法人團體董事，請用續頁 C 填報 Use Continuation Sheet C if more than 1 corporate director)

請在有關空格內加 ✓ 號 Please tick the relevant box(es)

| (註 Note 14) | 身份<br>**Capacity** | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|

中文名稱
**Name in Chinese**

N/A

英文名稱
**Name in English**

| (註 Note 18) | 地址<br>**Address** | | 國家 Country |
|---|---|---|---|

| (註 Note 16) | 電郵地址<br>**E-mail** | |
|---|---|---|

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

委任日期 **Date of Appointment**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

本通知書包括 ＿＿ - ＿＿ 張續頁 A、 ＿＿ - ＿＿ 張續頁 B 及 ＿＿ - ＿＿ 張續頁 C。

This Notification includes ＿＿＿＿ Continuation Sheet(s) A, ＿＿＿＿ Continuation Sheet(s) B and Continuation Sheet(s) C.

簽署 Signed :

姓名 Name : SUCCESS CORPORATE SERVICES LIMITED
董事 Director／秘書 Secretary *

日期 Date : 2 9 APR 2008
＿＿＿＿＿＿＿＿＿＿＿＿＿＿
日 DD ／ 月 MM ／ 年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明表格 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

第五頁 Page 5

I300



**CR**

公司註冊處
**Companies Registry**

# 出任董事或候補董事職位同意書
# Consent to Act as
# Director or Alternate Director

(公司條例第 158(5)條)
(Companies Ordinance s. 158(5))

表格
**Form** **D3**

重要事項  **Important Note**

● 請用黑色墨水列印。
  Please print in black ink.

公司編號 **Company Number**

`1232601`

## 公司名稱 Company Name

**CREATE NEW TECHNOLOGY (HK) LIMITED**
啓創科技(香港)有限公司

本人
I,

張民
**ZHANG MIN**

*(請填報姓名 Please state full name)*

同 意 出 任 上 述 公 司 的
**consent to act as the above company's**

*請在有關空格內加 ✓ 號  Please tick the relevant box(es)*

☑ 董事，
**Director**

☐ 候補董事，
**Alternate Director**

代替 **Alternate to**

*(請填報獲代替行事的董事姓名或名稱 Please state full name of the principal director)*

生效日期爲
**with effect from**

`29 APR 2008`

日 DD    月 MM    年 YYYY

，並 確 認 本 人 已 年 滿 十 八 歲 。
**, and confirm that I have attained the age of 18 years.**

簽署 Signed :

日期 Date :  `29 APR 2008`

日 DD   /   月 MM   /   年 YYYY

提交人的資料 **Presentor's Reference**

姓名 Name:
SUCCESS CORPORATE SERVICES LIMITED
地址 Address:
27/F., HOPEWELL CENTRE,
183 QUEEN'S ROAD EAST,
HONG KONG.
電話 Tel: 852-2507 7219    傳真 Fax: 2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk
檔號 Reference:

指明編號 2/2004 (修訂) (2004 年 2 月)
Specification No. 2/2004 (Revision) (Feb. 2004)

請勿填寫本欄 **For Official Use**



22900389086
D3
30/04/2008

1232601

9500

**EXHIBIT  2**

Login | Register    **0**

🔍 [中文版]



**Home**    **Store**    **TVpad4**    **Investment**    **TVpad News**

| Help |
| --- |
| **Help Center** |
| Shopping Guide |
| My Order |
| FAQ |
| App Publishing |
| **Shipping** |
| Shipping Range |
| Logistics |
| About Tariffs |
| About Receipt |
| **Payment** |
| Credit Card |
| Alipay |
| Western Union |
| Security |
| **After-sale Service** |
| Commitment |
| App Installation |
| About Return |
| Check Warranty |
| **About Us** |
| Company Profile |
| Statement |
| Contact Us |
| Media Support |

🌏 Home--> help

**Company Profile :**

Headquartered n Hong Kong, Create New Technology (HK) Limited ("Creatent") has set up R&D centers and business York, Singapore and Shanghai, as well as a large modern manufactur ng base in Shenzhen, China. As one of the world's leading smart OTT operators, Creatent has been specializing in the R&D of Tvpad products s nce 2008. With thousands of eng neers' hard work and research,Creatent has finally launched the new generation of OTT box - TVpad, and made it the best brand in the ndustry.

**Statement :**

Privacy Policy :

TVpad Mall will not disclose, transfer, lease or sell users' personal information (including user list, transaction records, etc.) and secret contents users saved in TVpad Mall, unless you explicitly authorize TVpad Mall, or Tvpad Mall thinks, on basis of good faith, it necessary to reveal the necessary data includ ng your registered nformation, transaction records according to the requirements of the relevant laws and regulations at the request of government departments (including the judicial and administrative departments).

Disclaimer:

Where the sales system of TVpad Mall crashes or does not work for force majeure or other reasons which are out of the control of TVpad Mall, and which leads to online transaction failure or loss of relevant information and records, TVpad Mall shall bear no responsibility. However, we will do our best to deal with the aftermath and help to reduce the financial loss that customers might suffer from.

The TVpad products sold on TVpad Mall are based on customized Android OS on which 3rd party app developers are free to publish apps that are available for users to download and install freely, and Create New Technology (HK) Limited shall bear no respons bility for all app related affairs.

Complaints :

We hope that we can, through unremitting efforts, safely send our TVpad products to thousands of overseas Chinese without delay. We are ready to accept your supervisions on our services. If you are dissatisfied for any reasons or have any suggestions for us, please e-mail at our customer service (help@itvpad.com) at any time. We highly value your feedback on our products and service!

**Contact Us :**



Create New Technology (HK) Limited

Phone

Customer Serv ce: 00852-21349910

Investment: 00852-21349910

Email

Customer Serv ce: service@itvpad.com

Investment: sales@creatent.net

Tvpad Order: serv ce@itvpad.com

Tvpad Promoters: apply@itvpad.com

Tvpad Fans

The TVpad Fans is an official platform ran by TVpad, dedicated to bringing together TVpad users and delivering the excellent performance & features of TVpad and tons of amazing apps to TVpad users. It also involves sharing comments and exchanging ideas and tips on the use of TVpad products. It sets also a feedback column to collect suggestions and advice from users which TVpad th nk highly of and takes as effective way to improve TVpad products and better serve TVpad users.

TVpad Fans:http://www.tvpadfans.com

Follow Us :   





Order Hotline: Click 📧 to contact our customer service or e-mail at service@itvpad.com

Global Customer Service hotline: 00852-21349910

**EXHIBIT 2**

**Media Support :**

   
   

Sing Tao Daily, Ming Pao Daily News, World Journal, Nouvelles d'Europe, UK Chinese Times, China Press, Sin Chew Daily, Global Chinese Press, Hua Shang News, AustralianCh nese Daily



| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | |
| My Order | Logistics | Alipay | App Installation | Statement | **(00852)2134-9910** |
| FAQ | About Tariffs | Western Union | About Return | Contact Us | |
| App Publishing | About Receipt | Security | Check Warranty | Media Support | |

Copyright © 2007-2015 啟創科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED）All Rights Reserved

**EXHIBIT 3**



EXHIBIT 3



Special Offer—TVpad4 GCN Edition (Model M418) Streaming Player

Price : USD 299.0

TVpad4 GCN Edition Package for 2 Sets—Special Offer

Price : USD 579.0

TVpad4 GCN Edition Package for 3 Sets—Special Offer

Price : USD 859.0

Buy our product on ebay, Amazon, Aliexpress

Special Offer—TVpad4 CN Edition (Model M418) Streaming Player

Price : USD 199.0

Amazing *Gifts* for the Chinese New Year

Official Store    Quality    Warranty

**Help Center**
Shopping Guide
My Order
FAQ
App Publishing

**Shipping**
Shipping Range
Logistics
About Tariffs
About Receipt

**Payment**
Credit Card
Alipay
Security

**After-sale Service**
Commitment
App Installation
About Return
Check Warranty

**About Us**
Company Profile
Statement
Contact Us
Media Support

**Contact Us**
📞 (00852)2134-9910
24 hours customer service
**Global Service Center**

Copyright © 2007-2015 啟�devraj科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED）All Rights Reserved





### TVpad4 NEW ARRIVAL Amazing & A......

2014-12-23 18:41:17 From:TVpad    By:Camilla

TVpad4, our powerful streaming player, is available! I'm really excited to introduce its new feature......

Read more>>

Category： TVPAD NEWS | Reply： 0 | Views： 0 | Tags： tvpad4 hktv HD Live TV TVPAD

### Trial experience of TVpad4 fro......

2014-12-20 10:10:00 From:TVpad    By:Camilla

TVpad4 is a solid product and we benefit a lot from TVpad4. I would recommend it for offering many f......

Read more>>

Category： TVPAD NEWS | Reply： 0 | Views： 0 | Tags： tvpad4 tvpad HD Live TV TVpad upgrade
TVPAD

### Shipping Arrangement for the S......

2014-01-24 11:59:33 From:TVpad    By:Camilla

Dear customers, Please kindly note that the change of shipping arrangement from 12:00 p.m. (Beiji......

Read more>>

Category： TVPAD NEWS | Reply： 0 | Views： 2882 | Tags： Tvpad upgrade TVPAD COUPON TVPAD
EVENT TVPAD2 TVPAD

«    1    2    3    »    Jump to      GO

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitments | Company Profile | **(00852)2134-9910** |
| My Order | Logistics | Alipay | App Installation | Statement | 24 hours customer service |
| FAQ | About Tariffs | Security | About Return | Contact Us | **Global Service Center** |
| App Publishing | About Receipt | | Check Warranty | Media Support | |

Copyright © 2007-2015 啟劍科技（香港）有限公司（ CREATE NEW TECHNOLOGY (HK) LIMITED ) All Rights Reserved



change apps to find the Cantonese programs you want.

2. The TV dramas and movies on it are keeping updated. And the VoD contents are much more than the total of other Cantonese apps.

3. Most VoD contents and half of the live channels are HD. From TVpad's official blog, all contents will gradually be HD.

4. The loading time is around 2 to 3 seconds. FYR, my bandwidth is 20 mbps.

In general, PPlayer is a highly recommend app.

Prev Article : A Letter to ......          Next Article : Take TVpad's ......

Posted by:bell | Category : TVPAD INTRODUCE | Reply : 0 | Views : 0

Share on : Copy URL  Facebook  QQ-zone

### All comments

#### Leave comments

Click here to enter your comment...

Sorry, you are current logged out! Login Register

**Public**

Help Center          Shipping          Payment          After-sale Service          About Us          Contact Us
Shopping Guide     Shipping Range    Credit Card      Commitments      Company Profile
My Order           Logistics         Alipay           App Installation  Statement          **(00852)2134-9910**
FAQ                About Tariffs     Security          About Return     Contact Us          24 hours customer service
App Publishing     About Receipt                      Check Warranty   Media Support       **Global Service Center**

Copyright © 2007-2015 啟勝科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED）All Rights Reserved

USD 299.0 ●      USD 199.0 ●

TVpad用戶體驗/*news.* 更多>>

⊙ YOHA遊戲手柄評測 **NEW**        2015-01-28

⊙ TVpad官方網站聲明        2014-12-19
為了更好的保護用戶權益，TVpad商城特此鄭重聲明

⊙ 【用戶評測】小盒子，大精彩，TVpad4搶先評測        2014-12-17
新買的TVPAD4今天到貨了，到作為一直在使用htv,小米盒子，TVpad3的老視

TVpad視頻展播



| | |
|---|---|
| 正品保證 | 交易保障 |
| 0月租 | 第三方支付平臺 |

| | |
|---|---|
| DHL/UPS/TNT | 售後政策 |
| 全球範圍安全放心 | 質量問題7天退換1年保修 |

幫助中心    物流配送    支付方式    售後服務    關於我們      聯繫我們

購物指南    簽收驗貨    支付寶支付    售後維修    公司簡介

我的訂單    開箱驗明    國際信用卡    應用安裝    公司聲明

常見問題    配送方式    安全性    關於退換貨    聯繫我們

應用入駐    配送範圍      遊戲保修    保鏈支持

📞 **(00852)2134-9910**

24小時客服電話

全球客服中心

關注Tvpad

返回頂部

Copyright © 2007-2015 宏毅科技｜香港｜有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED｜All Rights Reseved



**6.售前售後的疑問怎麼解決？**

歡迎聯繫在線客服，或撥打熱線電話(00852)2134-9910，我們將7×24小時全天候為您提供貼心服務。

更貿情在以下網站購買？請點擊：

購買套裝更優惠

新春有禮 TVpad4 GCN版 高清
中港臺APP一鍵打賞 全面升級
智能解碼盒（型號M418）
價格USD 299.00

新春有禮 TVpad4 GCN版 2臺
套餐 高清中港臺APP一鍵打賞
價格USD 579.00

新春有禮 TVpad4 GCN版 3臺
套餐 高清中港臺APP一鍵打賞
價格USD 859.00

正品保護
0月租

交易保障
第三方支付平臺

DHL/UPS/TNT
全球範圍安全放心

售後政策
質量問題7天退換1年保修

幫助中心
購物指南
我的訂單
常見疑難
應用入駐

物流配送
簽收說明
關務說明
配送方式
配送範圍

支付方式
支付擔保支付
國際信用卡
安全性

售後服務
售後手冊
應用安裝
關於退換貨
返換保修期

關於我們
公司簡介
公司聲明
聯繫我們
隱私支持

聯繫我們

📞 (00852)2134-9910

24小時客服電話
全球客服中心

關注 TVpad

回到頂部

Copyright © 2007-2015 宏銘科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED）All Rights Reserved

# EXHIBIT 4



EXHIBIT 4

**EXHIBIT 5**



EXHIBIT 5



VIDEOS









POSTS TO PAGE



**Chok-Kit Yeung**
Today at 1:30am

Hi 您好, 我們的 TVpad 於2012年購買,最近出現經常斷線和不能UPDATE 的問題,請問有什麼辦法可以解決呢? 謝謝。

Like · Comment · Share



**Zi Jun Duong**
Yesterday at 8:30am

Way is it laging at Hongkong drama. Am use fiber line, down 100mb/s with kabel?

Like · Comment · Share

**Albert Au**
February 2 at 12:02pm

Why is episode 4 of 四個女仔三個Bar in the 港粵快看 app only 2 minutes long? The episode should be at least 45 minutes long?

Like · Comment · Share      2

LIKED BY THIS PAGE

BETV

中国好声音

English (US) · Privacy · Terms · Cookies · Advertising · More
Facebook © 2015



### TVpad海外高清中文直播電視—TVpad官方商城

TVpad為全球華人提供海量高清中文電視節目, 是目前最流行的电视盒子, 擁有中文節目直播、點播, 时移等多种形式, 提供最新最热中文影视、体育, 财经, 教育, 宗教, 港澳臺及日韓經典影視點播。

ITVPAD.COM

Like · Comment · Share ·    16    14

**TVpad** updated their cover photo.
January 20 at 6:59pm ·



Like · Comment · Share ·    4    4

**TVpad** updated their cover photo.
January 13 at 12:25am ·



Like · Comment · Share ·    4    5

**TVpad**
January 12 at 5:35pm · Edited ·

WAP商城週年慶, 20美元拿到手軟, 詳情可掃QR code 或手機登陸: m.itvpad.com

See Translation



Like · Comment · Share ·    5    5

 **TVpad**
January 8 at 10:11pm · Edited ·

Dear all, sorry for any inconvience, 港粵網絡電視 App download error like upgrade stuck at 6% and frozen, please send private messages for us by this format "Name+ Location+ Phone No. /Email +MAC code+ #港粵網絡電視 download 6% trouble shootings". so that we can check the issue ASAP and help it release to all.

粉絲們，對於港粵網絡電視下載至6%停頓顯示文檔錯誤深表歉意，請您以"稱呼 +所在地區+電話/Email +MAC碼+港粵網絡電視6%下載問題"的格式私信給我們， 內容供應商和我們將盡快解決！為此帶來不便，深表歉意。



Like · Comment · Share ·    11    18

 **TVpad** added 3 new photos.
January 7 at 9:17pm · Edited ·

TVpad4新App推介：港粵網路電視 高清包羅粵語頻道
用戶的忠實試用評測請查閱：http://www.itvpad.com/blog/blogInfo400.html

See Translation



Like · Comment ·    24    28

 **TVpad** updated their cover photo.
January 6 at 2:01am ·



Like · Comment · Share · 3 9

 **TVpad**
January 5 at 1:09am ·

回看功能 內容供應商已解除故障，後期都會正常，請放心使用。感謝各位粉絲的積極反饋和支持!

Playback failure has been solved by App providers, now can enjoy any playback content. Thank you for all positively feedback and support of TVpad fans!

如有故障反饋或求助均可與7x24小時線上客服聯絡：www.itvpad.com 或撥打+852 2134 9910全球服務熱線。



Like · Comment · Share · 15 13

 **TVpad**
January 3 ·

為了驅動TVpad4產品更完善更穩定，TVpadfans論壇從今日起啟動內測計畫，面向全球招募內測組成員。感謝大家和我們共同經歷五年的磨礪，謝謝大家一直以來堅定的支持和不斷的鞭策。目前已有14位論壇用戶申請成功，請火速加入我們，福利多多~~~~

Thanks for all TVpad fans 5 years supports, in order to help us to provide more stable using experience, we are hunting TVpad internal trial version tester members, please come and help us and get returns

猛戳詳情/details: http://www.tvpadfans.com/thread-313659-1-1.html



Like · Comment · Share · 7 11

 **TVpad**
December 29, 2014 ·

Grow up with all reviews, thanks all fans!





Like · Comment · Share ·      6      22



**TVpad** updated their cover photo.
December 22, 2014 ·

Like · Comment · Share ·      4      8

**TVpad**
December 22, 2014 · Edited ·

又有新劇集了！

See Translation



Like · Comment · Share ·      8      12

**TVpad**
December 14, 2014 · Edited ·

HI ALL! HKTV is Availible in TVpad4 , one of our fans have tried, perfect experience!!!

see this: http://www.tvpadfans.com/forum.php...



隨街有得睇！TVpad不翻牆不搞VPN輕鬆看HKTV的攻略
- TVpad产品交流区 - TVpad Fans

隨街有得睇！TVpad不翻牆不搞VPN輕鬆看HKTV的攻略 ,TVpad Fans

TVPADFANS.COM  |  BY DISCUZ! TEAM AND COMSENZ UI TEAM

Like · Comment · Share ·      17      21      1

**TVpad**
December 3, 2014 ·

woah!!! <Over Achievers> OM, when i heart this, I am drunk @_@



Like · Comment · Share ·    1

 **TVpad**
December 3, 2014 · Edited ·

(TVpad4全球首發預熱中)老用戶大回饋 憑論壇ID可兌換30美金優惠券！！！
TVpad老使用者可前往TVpad4官方活動頁面憑MAC碼兌換優惠券。按此链接跳轉
http://www.itvpad.com/tvpad4/starting.html
************還有更多活動，請關注www.itvpad.com************

See Translation



Like · Comment · Share ·    12    7

 **TVpad** updated their cover photo.
December 1, 2014 ·



Like · Comment · Share ·    10

 **TVpad**
November 30, 2014 ·

【关于HKTV APP】第三方App供應商反饋給我們：目前這個App不穩定，目前已經
在App store下架。第三方供應商更新我們重新上架時間后再更新給大家知道：）
給大家帶來不便，請原諒。

See Translation

Like · Comment ·    17    7

 **TVpad**
November 28, 2014 · Edited ·

TVpad微信服务号也靚麗登場咯！快扫快扫，有惊喜！：））

See Translation





Like · Comment · Share ·      5

See More Stories

**EXHIBIT 6**



Email or Phone          Password                   Log In
☑ Keep me logged in     Forgot your password?

**TVpad**
**is on Facebook.**

To connect with TVpad, sign up for Facebook today.

Sign Up   Log In

TVpad
Product/Service

Timeline   **About**   Photos   TVpad YouTube主页   More ▾

## About TVpad

Page Info

### PAGE INFO

| | |
|---|---|
| Short Description | Let all Chinese people around the world exclusively stream on Chinese TV & VOD without monthly fees because of TVpad http://www.itvpad.com |
| Company Overview | TVpad can watch HD Chinese TV shows, and also can optionally FREE download tons of apps that the third part supplier provided. |
| Long Description | TVpad delivers the biggest & best selection of streaming live TV & VOD to your TV.Enjoy the best movies and TV shows, live sports, music, games and more. |
| General Information | Chat with us: 2389075307 (QQ) Wechat Official Account: TVpad TVpad blog:http://www.itvpad.com/blog.html Follow Sina weibo: http://weibo.com/tvpad Official website: http://www.itvpad.com/ Join our fans forum: http://www.tvpadfans.com/ Service email:help@itvpad.com |
| Mission | Where there is a family, there is TVpad! |
| Products | TVpad streaming box based on Android OS |
| Website | http://www.itvpad.com/ |

Sign Up   Log In   Mobile   Find Friends   Badges   People   Pages   Places   Games
Locations   About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Terms
Help

Facebook © 2015
English (US)

EXHIBIT 6

**EXHIBIT 7**



Login | Register   0



Home   Store   TVpad4 GCN   TVpad4 CN   Investment   TVpad News

[中文版]

Home-->**Product Details**

### Store Info

Name : TVpad Mall

正品保障   7天包退   一年保修

### Products&Accessories

TVpad

Special Offer—TVpad4 CN

Special Offer—TVpad4 GCN

TVpad4 GCN Edition Package for

TVpad4 GCN Edition Package for

Accessories



**Special Offer—TVpad4 CN Edition (I
Streaming Player**

Price : USD 199.00   View Reference Currency

Shipping Cost : Free shipping   ( excluding remote areas )
Check Shipping Zones

Service : TVpad Mall will ship the goods and offer after service to you.

Quan ity :   -   1   +

Tips : Customers shall bear any duties generated by overseas shopping.

Product details    Specification    Packing    Comments ( 17 )

### Special Offer
(Instructions: The Chinese New Year promotion is not applicable to the TVpad4 CN edition that is paid with our $100 promotion coupon from Jan 21, 2015 to Feb 15, 2015)



TVpad4 GCN Edition $299 **Buy Now**

① Tons of Programs
   GCN edition packs massive contents from mainland China, Taiwan and HK

② Exclusive apps
   Exclusive mandarin and Cantonese contents and massive third party apps

③ Massive programs

**EXHIBIT 7**

Hundreds of live, time-shifting, playback programs from mainland China, Taiwan and HK.

TVpad4 CN Edition  $199   **Buy Now**

① Cost-effective
   CN edition is tailored for mandarin-speaking overseas Chinese

② Tons of exclusive apps
   Exclusive mandarin contents and massive third party apps

③ Fantastic contents
   Over dozens of live channelsand 10 thousands of hit VODs, films and entertainments



1. TVpad has received praises from millions of oversea users for 5 years, newly
launched its cost-effective —TVpad4 CN edition.



2.  Can't understand English or Cantonese contents? Only wanna enjoy mandarin
programs?
       —TVpad4 (CN), most preferred one for mandarin-speaking overseas Chinese.



3. Wanna get rid of  VPN and enjoy mandarin contents?
   —TVpad4 (CN), most reasonable one for mandarin-speaking users.



4. 24/7customer support available via hotline, online help and email !



5. TVpad Mall support third party platform payments, like Alipay, Visa, Master and

Paydollar.

**Famous Payment Platforms Secure Your Account!**

   

6. Multiple international logistics like DHL, UPS and TNT are available. Deliver your global packages within 2-5 days!



Recommended



TVpad4 GCN Edi ion Package for 3 Sets —Special Offer
Price : USD 859.0

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | |
| My Order | Logis ics | Alipay | App Installation | Statement | **(00852)2134-9910** |
| FAQ | About Tariffs | Security | About Return | Contact Us | |
| App Publishing | About Receipt | | Check Warranty | Media Support | |

Copyright © 2007-2015 啟創科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) L MITED）All Rights Reserved

Login | Register    0



 [中文版]

Home     Store     TVpad4 GCN     TVpad4 CN     Investment     TVpad News

🏠 Home-->Product Details

### Store Info

Name : TVpad Mall

正品保障   7天包退   一年保修

### Products&Accessories

**TVpad**

Special Offer—Tvpad4 CN

Special Offer—Tvpad4 GCN

Tvpad4 GCN Edition Package for

Tvpad4 GCN Edition Package for

**Accessories**



   

## Special Offer—TVpad4 GCN Edition M418) Streaming Player

Price : **USD 299.00** <u>View Reference Currency</u>

Shipping Cost : Free shipping   ( excluding remote areas )
<u>Check Shipping Zones</u>

Service : TVpad Mall will ship the goods and offer after service to you.

Quan ity :   −   1   +

Tips : Customers shall bear any duties generated by overseas shopping.

Product details     Specification     Packing     FAQ     Comments ( 175 )

## Special Offer



TVpad4 GCN Edition $299   Buy Now

① Tons of Programs
   GCN edition packs massive programs from mainland China, Taiwan and HK

② Exclusive apps
   Exclusive mandarin and Cantonese contents and massive third party apps

③ Massive programs
   Hundreds of live, time-shifting, playback programs from mainland China, Taiwan and HK.

TVpad4 CN Edition  $199  **Buy Now**

① Cost-effective
CN edition is tailored for mandarin-speaking overseas Chinese

② Tons of exclusive apps
Exclusive mandarin programs and massive third party apps

③ Fantastic contents
Over dozens of live channelsand 10 thousands of hit VODs, films and entertainments

TVpad4 INT Edition  Coming soon...



# What's TVpad4?

TVpad4 is a smart streaming player running on customized Android system, on which massive 3rd party apps are ready for your download. Just connect TVpad4 to your network and TV set, and you are free to enjoy tons of entertainment and video contents. From TVpad1 to TVpad4, we have been always focusing on the overseas market, making TVpad products the best streaming player for overseas Chinese.



# Updated contents? Licensed apps? Or Latest news?

## Yes! We all have!

TVpad4 has introduced and cooperated with thousands of excellent content providers which include Wasu, ready to offer you a worry-free environment to enjoy tons of movies, sports, entertainments, news and more fantastic copyrighted contents.



# Low picture quality? Get stuck often? And get your eye hurt?

## Say NO!!

Upgraded hardware, quad-core CPU and H.265* standard make TVpad4 stronger and more stable than ever. Faster loading speed and excellent visual display lead you into an amazing high definition visual world.
*TVpad4 is the world's first streaming player that takes the H.265 (HEVC) standard. With the technology, you can enjoy the same image quality with 50% less bandwidth than before.



# Is it easy to get started?

## Yes! Always!

Connect it to your TV set and network, and it's that simple! And easy operation and fast response of TVpad remote makes things easier for you, even for kid and grandma.



# Is it safe to purchase in TVpad Mall?

We have cooperated with the world well-known 3rd party payment platform, providing you with a safe and secure purchasing environment. Learn more

      

# How to get customer service support?

Please feel free to contact our **Online help** or call us at (00852)2134-9910, we will provide 24/7 intimate service for you.

Recommended





TVpad4... ...ckage
for 3 Sets —Special Offer
Price：USD 859.0

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | |
| My Order | Logis ics | Alipay | App Installation | Statement | |
| FAQ | About Tariffs | Security | About Return | Contact Us | |
| App Publishing | About Receipt | | Check Warranty | Media Support | |

**(00852)2134-9910**

Copyright © 2007-2015 啟創科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) L MITED）All Rights Reserved

**EXHIBIT 8**

Login | Register

Home    Store    TVpad4 GCN    TVpad4 CN    Investment    TVpad News



Get TVpad4
For the Spring Festival Gala

CN
Edition
Special!

Online
Help

**Smoother**
Upgraded hardware & P2P processing make it effective to remove any barrier to entry for broadcasting, especially when there are larger audiences involved.

**Super HD**
HEVC (H.265) standard contributes to reduced bandwidth requirement as compared to other standards for high-resolution videos, it brings high-quality visual enjoyment.

**Worry-free**
Exclusive resources & authorized contents for your enjoyment. And for five-year receiving phase from users, TVpad is definitely your reliable and trustworthy friend.

Copyright © 2007–2015    CREATE NEW TECHNOLOGY (HK) LIMITED   All Rights Reserved

Help | About Us

EXHIBIT 8

Login | Register

TVpad

Home    Store    TVpad4 GCN    TVpad4 CN    Investment    TVpad News

Online Help

Amazing *Gifts* for the Chinese New Year

2015 Hot Chinese New Year Shows on TVpad

Buy 1 Get 5 Free

Gamepad    8G TF Card    "fu" Sticker    Red Envelope    Shopping Bag

GCN Edition
**$299**
Buy Now

Free shipping
DHL/UPS/TNT/Postal delivery in
3 to 5 days

Warranty
7-day return & 1 year warranty

Customer service
24/7 customer service

## TVpad4 GCN Features

✔ Tons of contents        GCN edition packs massive contents from mainland China, Taiwan and HK.
✔ Exclusive apps          Exclusive mandarin and cantonese contents and massive third party apps.
✔ Fantastic contents      Over 10 live channels and 10 thousands of hit VODs, films and entertainments.

TVpad4 GCN edition, a world of HD contents  from
mainland China/HK/Taiwan

MORE >>

CN Edition

# Best Streaming Player for Overseas Chinese

Over millions of TVpad have been sold
Over ten millions of loyal users worldwide

From TVpad1 to TVpad4, we make better TVpad
Accelerating sales
Stable expanding market share
Top-selling streaming player for overseas Chinese



## Powerful Software & Firmware

### 2K full HD, 4 times the resolution of 720P

Updated software and firmware bring better streaming and life-like visual experience

First H.265 streaming player    Quad-core CPU

Android 4.4    1080p HD video transmission

The half of bandwidth required

1280×720
720P

2560×1440
2K

## Stable Streams

### 16 secured mechanisms

All-new security mechanism and powerful backing supports totally achieve "real stability".

500 technicians    5-year technologies accumulation    App security testing

Over 30,000 hours under test    24/7 customer service    Well-established emergency response mechanism



## Tons of Live, VOD & time shifting Apps for Your Enjoyment

Popular apps are adopted into TVpad to customize exclusive apps for oversea Chinese.

TVpad4 has introduced and cooperated with more than dozens of high quality 3rd party content providers, providing massive apps for your choice.

Sports live    Film VOD    12-hour time shifting    72-hour playback

Customer Reviews



## Simple & Easy Operation

Say NO to firewall and IP restriction, just 2 steps to set up TVpad4!

Automatically connect to server after starting up, simple operation!
Fast response and smooth interactive experience make it easier to search and enjoy the contents!

TVpad Remote | Wired mouse | Wireless mouse | App control (phone)



TVpad Store    My TVpad    Settings

## Choose TVpad, Far More Convenient

24/7 customer support available via hotline, online help and email

More ways to purchase TVpad:

TVpad services & sales outlets covering n more than 200 cities in over 40 countries
Make your purchase infinitely convenient



# 4 EASY STEPS TO SET UP TVpad4



AV cable

HDMI cable

# Specifications

| | | |
|---|---|---|
| **Basic** | Device Name | TVpad4 |
| | Model | M418 |
| | Network | Bandwidth≥2M |
| | L*W*H | TVpad device: 100*100*21mm  Package: 149*149*82mm |
| | Weight | N.W.: 135g; G.W.: 820g |
| **Specifications** | CPU | quad-core |
| | CPU Frequency | 1.4G |
| | FLASH (built-in memory) | 4G |
| | RAM | 1G |
| | Power | Working power  5W; Standby power  0.5W |
| | Video Output | HDMI/AV |
| **Ports & Interfaces** | USB Port | USB2.0 port ×1 |
| | Memory Card | TF card slot ×1 |
| | Ethernet Port | Ethernet port×1/Built-in Wi-Fi |
| | Power Port | Input: DC5V, 2A |
| **Software** | System Language | Multi-language (简体中文/繁體中文/English/日本語/한국어) |
| | Video Decorder | MPEG1/2/4, H.263, Xvid, WMV9, H.264, VC-1, H.265, etc. |
| **Audio/Video** | Video Format | AVI, MKV, WMV, MPG, VOB, MP4, ASF, TS, MOV, etc. |
| | Audio Decorder | MP3, WMA, OGG, WAV, AAC, PCM, AC3, M4A, etc. |
| **Certification** | Certified by | CE,C-TICK,FCC,IC  RoHS  HDMI |

Help Center          Shipping          Payment          After sale Service          About Us          Contact Us

Shopping Guide

My Order

FAQ

App Publishing

Shipping Range

Logistics

About Tariffs

About Receipt

Credit Card

Alipay

Security

Commitment

App Installation

About Return

Check Warranty

Company Profile

Statement

Contact Us

Media Support



**(00852)2134-9910**

24 hours customer service

**Global Service Center**

Copyright © 2007-2015 创剧科技　香港　有限公司　CREATE NEW TECHNOLOGY (HK) LIMITED　All Rights Reserved





**EXHIBIT 9**

Login | Register



Home   Store   TVpad4   Investment   TVpad News

Home→ help

**Help**

**Help Center**
Shopping Guide
My Order
FAQ
App Publishing

**Shipping**
Shipping Range
Logistics
About Tariffs
About Receipt

**Payment**
Credit Card
Alipay
Western Union
Security

**After-sale Service**
Commitment
App Installation
About Return
Check Warranty

**About Us**
Company Profile
Statement
Contact Us
Media Support

**TVpad Global Investment**
Invite you to succeed in audio-visual field

**Shopping Guide**

1  Browse items

2  "Buy Now" or "Add to Cart"

3  Check shopping cart and proceed to "Checkout"

4  Fill in shipping address, confirm payment method and whether to use coupons

5  Submit order and make payment

6  Confirm receipt!

7  Leave reviews

8  Finish

Note: One order must have one and only one shipping address.

**My Order**

Order Modify

The "Order Details" (including order quantity, consignee, shipping address, etc.) are not allowed to be modified after your order is submitted, unless it is necessary and important. In that case, you can contact our customer service to modify manually or place the order again.

Order Check

1. Only registered users can place orders on TVpad Mall. After registering, you can login and check your account and order details in "User Center".

2. You can also ask our online customer service to check your order status by providing order No. and shipping information.

Note: Unpaid orders are valid for only one month. On the last day of every month, the unpaid orders of previous month will be removed (for example,the unpaid orders from March1 to March31 will be removed on April 30.Customers who still want to buy need to place a new order). To get your TVpad and enjoy an all-new visual experience as soon as possible, we suggest you pay upon placing orders.

Multi-currency Quotation

Your real payment is subject to US dollars. If you pay via third party payment platformin other currency, your payment will be automatically exchanged from US dollars to your account currency. (Note: The following are prices of TVpad in different currencies. Due to the flexibility of exchange rate, the prices listed are just for reference, and your real payment is subject to US dollars.)

For example: TVpad3 (M418) USD299

Price in different currencies is as follows:

| 人民币CNY | 欧元EUR | 英镑GBP | 日元JPY | 韩元KER | 法朗FRF |
|---|---|---|---|---|---|
| 1870 | 243 | 192 | 35870 | 329850 | 1585 |

| 澳元AUD | 台币TWD | 港币HKD | 加元CAD | 卢布RUB | 纽币NZD |
|---|---|---|---|---|---|
| 363 | 9363 | 2320 | 350 | 16950 | 385 |

**FAQ**

About TVpad Installation

How to install TVpad?

EXHIBIT 9



**About TVpad Brand:**

**What are the differences among TVpad, satellite TV dish and other Chinese streaming players?**

TVpad is of lower price, smaller size and more stable services. And, by cooperating with 3rd party content providers, TVpad is better at providing users with massive contents with no root or VPN required.

More comparisons are as follows:

| | Satellite TV dish | Other Chinese TV boxes | TVpad |
|---|---|---|---|
| Content | Limited | Limited | Rich |
| Price | Expensive | Expensive | Reasonable |
| | | Monthly fees | No monthly fees |
| Installation | Complicated | Simple | Simple |
| Signal | Unstable | Stable | Always stable |
| Size | Big | Small | Small and tiny |

**How does TVpad ensure its stability?**

TVpad is based on customized Android OS, which provides an open platform for 3rd party content providers to upload and share their apps. Up to now, PPS, BETV, Wasu TV and more famous and reliable 3rd party content providers have joined in the platform. With years of stable operation, TVpad has won the trust and support from users worldwide.

**Are TVpad products legal?**

The TVpad product is essentially a piece of equipment that operates like a computer or a smartphone, and does not itself provide any application and content. After the TVpad is sold to an end user, the end user may operate the TVpad according to his/her personal need, just like a user of a computer may use the computer for a variety of purposes based on personal need. Thus, sales of TVpad do not constitute any copyright violation.

**About TVpad Products:**

**What's new in TVpad4?**

1. Customized Android OS, providing you tons of apps from 3rd party content providers.

2. Quad-core CPU, making the operation smoother and faster.

3. H.265 technology, bringing you a clearer visual experience with less bandwidth required.

4. 50% faster loading speed, saving your time for better visual experience.

5. More secured "TVpad Store" and well-tested apps ensure you pleasing visual enjoyment.

**Does TVpad have any requirement for network**

TVpad requires 2 Mbps or above network bandwidth for smooth play of contents. You can download BETV or PPS in your PC to test your current network, if they can work smoothly on your PC, they will do the same on TVpad. It takes nearly 1-2Gbps per hour, so please choose a suitable broadband plan according to your needs.

**BETV Download**     **PPS Download**

**Does TVpad support Wi-Fi connection**

Both the Ethernet and Wi-Fi connection are supported by TVpad. According to users feedbacks about TVpad3 and TVpad2, the Ethernet network is more stable and smoother than Wi-Fi, but TVpad4 has greatly improved its Wi-Fi module, making streams as smooth as that under Wi-Fi connection.

**Can TVpad work normally with traditional TV set?**

TVpad supports both HDMI and AV output, which enables TVpad to work properly with traditional TV set. Also, users can set the TV system between NTSC and PAL standard to match the system that supported in different regions and countries.

**What's the power parameter of TVpad? Can TVpad work abroad?**

Each TVpad product will be shipped with a suitable power converter subject to your location to ensure normal operation of TVpad products in foreign regions and countries.

**Does TVpad have any requirement for the brand or model of TV set?**

Most of the current TVs are supported by TVpad, excluding the followings:

Sharp LC-65D64U

Sharp LC-52D64U

Samsung ua55b6000

Sony 32EX400

Please check your TV brand and model carefully before purchasing. There are some other TV brands or models that maybe incompatible with TVpad, and it's not caused by TVpad quality problem.

**About TVpad Mall:**

**Is TVpad Mall (tvpad.com) the official online store of TVpad products?**

TVpad Mall is the only official online store authorized by Create New Technology (HK) Limited. The products sold on TVpad Mall, as well as TVpad official stores on Taobao, Aliprees and ebay are genuine guaranteed. Any TVpad products that purchased on unauthorized online stores are not authentic guaranteed.

**What payment methods does TVpad Mall support?**

TVpad Mall support payment by international credit card (VISA/MasterCard), Alipay, and other cooperated 3rd party payment platforms. If your TVpad has any quality problem, you can claim for refund via our cooperated 3rd party payment platforms.

**What urrencies does TVpad Mall support?**

All prices quoted in TVpad Mall are in US dollars. We also provide prices in other currencies for your reference. If you make a transaction in other currency via an international credit card, the system will auto deal with the currency conversion. For example, if you make the transaction using your Yen-currency credit card, we will auto convert the purchase price of goods at the point of sale from US dollars into Yen subject to the real-time exchange rate.

**How long does it take for you to arrange shipment? How long does it take to receive the package? How to check the order status?**

Usually, the order will be processed and arranged for shipment within 48 hours. It takes 5 days or so for you to receive the package shipped via DHL, UPS and FEDEX (except remote areas). Once your order has shipped, you will receive an email with your tracking number, please pay attention to the order status updated in user center and keep yourself in touch before receipt of your package.

**How to use coupons on TVpad Mall?**

Please click "[ ] Use coupons" on the bottom of the "Fill in & check the order" page, and enter the coupon code to get discount.

**What kind of after-sale service does TVpad Mall provide?**

Every TVpad purchased from TVpad Mall comes with the following warranties from the day you receive your TVpad:

a. one-year limited warranty and a lifelong maintenance.

b. 7-day return and 15-day replacement for quality problem.

---

**App Publishing**

Click **App Publishing** to submit your app.



---

| Help Center | Shipping | Payment | After sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | **(00852)2134-9910** |
| My Order | Logistics | Alipay | App Installation | Statement | 24 hours customer service |
| FAQ | About Tariffs | Western Union | About Return | Contact Us | **Global Service Center** |
| App Publishing | About Receipt | Security | Check Warranty | Media Support | |

Copyright © 2007-2015 创数科技（ 香港 有限公司）  CREATE NEW TECHNOLOGY (HK) LIMITED  All Rights Reserved



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://en.itvpad.com/help43.html#M_184

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| Login | Register | Home | Store | TVpad4 | Investment | TVpad News |
|-------|----------|------|-------|--------|------------|------------|
|       |          |      |       |        |            | Home--> help |

| Help |
|------|
| Help Center |
| Shopping Guide |
| My Order |
| FAQ |
| App Publishing |
| Shipping |
| Shipping Range |
| Logistics |
| About Tariffs |
| About Receipt |
| Payment |
| Credit Card |
| Alipay |
| Western Union |
| Security |
| After-sale Service |
| Commitment |
| App Installation |
| About Return |
| Check Warranty |
| About Us |
| Company Profile |
| Statement |
| Contact Us |
| Media Support |
| TVpad Global Investment |
| Invite you to succeed in audio-visual field |

**Shopping Guide**

| 1 Browse items | 2 "Buy Now" or "Add to Cart" | 3 Check shopping cart and proceed to "Checkout" |
|----------------|------------------------------|--------------------------------------------------|
| 4 Fill in shipping address, confirm payment method and whether to use coupons | 5 Submit order and make payment | 6 Confirm receipt |
| 7 Leave reviews | 8 Finish | |

Note: One order must have one and only one shipping address.

**My Order**

**Order Modify**

The "Order Details" (including order quantity, consignee, shipping address, etc.) are not allowed to be modified after your order is submitted, unless it is necessary and important. In that case, you can contact our customer service to modify manually or place the order again.

**Order Check**

1. Only registered users can place orders on TVpad Mall. After registering, you can login and check your account and order details in "User Center".

2. You can also ask our online customer service to check your order status by providing order No. and shipping information.

Note: Unpaid orders are valid for only one month. On the last day of every month, the unpaid orders of previous month will be removed (for example, the unpaid orders from March1 to March31 will be removed on April 30.Customers who still want to buy need to place a new order). To get your TVpad and enjoy an all-new visual experience as soon as possible, we suggest you pay upon placing orders.

**Multi-currency Quotation**

Your real payment is subject to US dollars. If you pay via third party payment platform in other currency, your payment will be automatically exchanged from US dollars to your account currency. (Note: The followings are prices of TVpad in different currencies. Due to the flexibility of exchange rate, the prices listed are just for reference, and your real payment is subject to US dollars.) For example: TVpad4 (M418) USD299

Price in different currencies is as follows:

| China Yuan (CNY) | Euro (EUR) | Great Britain Pound (GBP) | Japanese Yen (JPY) | Korean Won (KER) | French Franc (FRF) |
|------------------|------------|---------------------------|--------------------|------------------|--------------------|
| 1870 | 243 | 192 | 35570 | 329850 | 1585 |

| Australian Dollar (AUD) | New Taiwan Dollar (TWD) | Hong Kong Dollar (HKD) | Canadian Dollar (CAD) | Ruble (RUB) | New Zealand Dollar |
|-------------------------|-------------------------|------------------------|-----------------------|-------------|---------------------|
| 363 | 9363 | 2320 | 350 | 16950 | 385 |

**FAQ**

About TVpad Installation:

How to install TVpad?

About TVpad Brand:

What are the differences among TVpad, satellite TV dish and other Chinese streaming players?

TVpad is of lower price, smaller size and more stable services. And, by cooperating with 3rd party content providers, TVpad is better at providing users with massive contents with no root or VPN required.

More comparisons are as follows:

|  | Satellite TV dish | Other Chinese TV boxes | TVpad |
|---|---|---|---|
| Content | Limited | Limited | Rich |
| Price | Expensive | Expensive | Reasonable |
|  |  | Monthly fees | No monthly fees |
| Installation | Complicated | Simple | Simple |
| Signal | Unstable | Stable | Always stable |
| Size | Big | Small | Small and tiny |

How does TVpad ensure its stability?

TVpad is based on customized Android OS, which provides an open platform for 3rd party content providers to upload and share their apps. Up to now, PPS, BETV, Wasu TV and more famous and reliable 3rd party content providers have joined in the platform. With years of stable operation, TVpad has won the trust and support from users worldwide.

Are TVpad products legal?

The TVpad product is essentially a piece of equipment that operates like a computer or a smartphone, and does not itself provide any application and content. After the TVpad is sold to an end user, the end user may operate the TVpad according to his/her personal need, just like a user of a computer may use the computer for a variety of purposes based on personal need. Thus, sales of TVpad do not constitute any copyright violation.

About TVpad Products:

What's new in TVpad4?

1. Customized Android OS, providing you tons of apps from 3rd party content providers.

2. Quad-core CPU, making the operation smoother and faster.

3. H.265 technology, bringing you a clearer visual experience with less bandwidth required.

4. 50% faster loading speed, saving your time for better visual experience.

5. More secured "TVpad Store" and well-tested apps ensure you pleasing visual enjoyment.

Does TVpad have any requirement for network

TVpad requires 2 Mbps or above network bandwidth for smooth play of contents. You can download BETV or PPS in your PC to test your current network, if they can work smoothly on your PC, they will do the same on TVpad. It takes nearly 1-2Gbps per hour, so please choose a suitable broadband plan according to your needs.

| BETV Download | PPS Download |
|---|---|

Does TVpad support Wi-Fi connection

Both of the Ethernet and Wi-Fi connection are supported by TVpad. According to users' feedbacks about TVpad3 and TVpad2, the Ethernet network is more stable and smoother than Wi-Fi, but TVpad4 has greatly improved its Wi-Fi module, making streams as smooth as that under Wi-Fi connection.

Can TVpad work normally with traditional TV set?

TVpad supports both HDMI and AV output, which enables TVpad to work properly with traditional TV set. Also, users can set the TV system between NTSC and PAL standard to match the system that supported in different regions and countries.

What's the power parameter of TVpad? Can TVpad work abroad?

Each TVpad product will be shipped with a suitable power converter subject to your location to ensure normal operation of TVpad products in foreign regions and countries.

Does TVpad have any requirement for the brand or model of TV set?

Most of the current TVs are supported by TVpad, excluding the followings:

| | |
|---|---|
| | Sharp LC-65D64U |
| | Sharp LC-52D64U |
| | Samsung ua55b6000 |
| | Sony 32EX400 |
| | Please check your TV brand and model carefully before purchasing. There are some other TV brands or models that maybe incompatible with TVpad, and it's not caused by TVpad quality problem. |
| | **About TVpad Mall:**<br>Is TVpad Mall (itvpad.com) the official online store of TVpad products?<br>TVpad Mall is the only official online store authorized by Create New Technology (HK) Limited. The products sold on TVpad Mall, as well as TVpad official stores on Taobao, Alipress and ebay are genuine guaranteed. Any TVpad products that purchased on unauthorized online stores are not authentic guaranteed.<br>What payment methods does TVpad Mall support?<br>TVpad Mall support payment by international credit card (VISA/MasterCard), Alipay, and other cooperated 3rd party payment platforms. If your TVpad has any quality problem, you can claim for refund via our cooperated 3rd party payment platforms.<br>What currencies does TVpad Mall support?<br>All prices quoted in TVpad Mall are in US dollars. We also provide prices in other currencies for your reference. If you make a transaction in other currency via an international credit card, the system will auto deal with the currency conversion. For example, if you make the transaction using your Yen-currency credit card, we will auto convert the purchase price of goods at the point of sale from US dollars into Yen subject to the real-time exchange rate.<br>How long does it take for you to arrange shipment? How long does it take to receive the package? How to check the order status?<br>Usually, the order will be processed and arranged for shipment within 48 hours. It takes 5 days or so for you to receive the package shipped via DHL, UPS and FEDEX (except remote areas). Once your order has shipped, you will receive an email with your tracking number, please pay attention to the order status updated in user center and keep yourself in touch before receipt of your package. How to use coupons on TVpad Mall?<br>Please click "(+) Use coupons" on the bottom of the "Fill in & check the order" page, and enter the coupon code to get discount. What kind of after-sale service does TVpad Mall provide?<br>Every TVpad purchased from TVpad Mall comes with the following warranties from the day you receive your TVpad:<br>a. one-year limited warranty and a lifelong maintenance.<br>b. 7-day return and 15-day replacement for quality problem. |
| | App Publishing |
| | Click App Publishing to submit your app. |

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | (00852)2134-9910 |
| My Order | Logistics | Alipay | App Installation | Statement | 24 hours customer service |
| FAQ | About Tariffs | Western Union | About Return | Contact Us | |
| App Publishing | About Receipt | Security | Check Warranty | Media Support | Global Service Center |

Copyright© 2007-2015 CREATE NEW TECHNOLOGY (HK) LIMITED All Rights Reserved

**EXHIBIT 10**



EXHIBIT 10



**TRANSLATOR CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.itvpad.com/web/www/noLoginInfo.jsp?jumpurl=%2Fweb%2Fdeveloper!developerIndex.action

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| | | | | Login | Register | I want to recommend TVpad. |
|---|---|---|---|---|---|---|
| TVpad Official Website | Home | Buy TVpad | Investment | About Us | Fans Community | TVpad4 |
| Home > User Login | | | | | | TVpad video demonstration |
| * Account | | Register | Log-in using a partner website account | | | TVpad official image; preferential Chinese TV box of overseas Chinese. |
| * Password | | Forget password? | QQ | | | |
| * Verification code | | 4854 Try another one. | | | | |
| | Log in | | | | | |
| | | | | | | |
| Express delivery (except remote areas) | | TVpad4 – No. 1 Chinese TV box brand for overseas Chinese<br>Official mall   Quality product guarantee   Carefree after-sale services<br>· Higher stability   Higher Definition   Smoother video | | | | |

| Authentic Guarantee / No Monthly Fees/Contracts | Safe Transaction / Secure Payment via a Third-Party Payment Platform | Worldwide free shipping by DHL/UPS/TNT | After-sales policy / 7-day Exchange, 1-year Warranty |
|---|---|---|---|

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | About Receipt | Alipay | Commitment | Company Profile | (00852)2134-9910 |
| My Order | About Tariffs | Credit Card | App Installation | Statement | 24-hour customer service number |
| FAQ | Shipping Mode | Western Union | About Return | Contact Us | Global Customer Service Center |
| App Publishing | Shipping Range | Security | Check Warrantee | Media Support | |

**EXHIBIT 11**



EXHIBIT 11



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/507835179285927

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| facebook Sign Up | | Email or Phone | Password |
|---|---|---|---|
| | | Keep me logged in | Forgot your password? |
| | News Feed | | |
| | TVpad<br>July 18, 2013 | | English (US) · Privacy · Terms · Cookies · Advertising · More |
| | #TVpad APPs: Six APPs have been added to TVpad: Mastering TVpad, TV Funny, Under The Skies of Europe, Crazy for History, Math and Civilization, and Hong Kong History. For details about the APPs, visit http://www.itvpad.com/web/blog/blogManage!view.action.<br>See Translation | | Facebook © 2014 |
| | | Blog detail_Hua Yang Mall<br>Six APPs have been added to TVpad: Mastering TVpad, TV Funny, Under The Skies of Europe, Crazy for History, Math and Civilization, and Hong Kong History. For more detailed introduction, please refer to the image below<br><br>ITVPAD.COM | |
| | Like · Comment · Share | | |
| | 👍John Shiu and Eric But like this. | | |

facebook **Sign Up**

Email or Phone

Password

Keep me logged in     Forgot your password?

## TVpad's Photos

Back to Album                                    Previous · Next



*11个点播应用：

| Religion | 福音录 |
| Entertainment | 大国崛起 |
| Cartoon | 大鸟看世界 |
| Entertainment | 第十放映室 |
| Entertainment | 荒野求生 |
| Cuisine | 美食美课 |
| Entertainment | 探索发现 |
| Cartoon | 喜羊羊 |
| Entertainment | 星跳水立方 |
| Entertainment | 亚马逊探秘 |
| Entertainment | 艺眼看世界 |

**TVpad**
TVPad又增加点播的应用啦   这下喜欢的点播功能的海外华人用户可以更加随意点播自己的节目啦  给力

See Translation

May 26, 2013

👍 Ann Lo likes this.

From: TVpad's Photos in Timeline Photos

Shared with: 🌐 **Public**

Open Photo Viewer
Download
Make Profile Picture
Embed Post

Sign Up     Log In     Mobile     Find Friends     Badges     People     Pages     Places     Games
Locations     About     Create Ad     Create Page     Developers     Careers     Privacy     Cookies     Terms
Help

Facebook © 2014
English (US)



450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/...184814060_2108933747_n.jpg%3Foh%3D2787e691200 c8749d4a3913889eaeeae%26oe%3D5500F4A7&size=195%2C394&fbid=485887184814 060

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

TVpad - TVpad's Photos | Facebook

| facebook Sign Up | | Email or Phone | Password |
|---|---|---|---|
| | | Keep me logged in | Forgot your password? |
| Timeline Photos<br>Back to Album<br>TVpad's Photos | *11 VOD APPs: | | Previous · Next |
| | Religion | Gospel | |
| | Entertainment | The Rise of the Great Nations | |
| | Cartoon | Elmo's World | |
| | Entertainment | 10th Screening Room | |
| | Entertainment | Man Vs. Wild | |
| | Cuisine | Cuisine Classroom | |
| | Entertainment | Exploration and Discovery | |
| | Cartoon | Pleasant Goat | |
| | Entertainment | Stars in Danger: High Diving | |
| | Entertainment | Exploration of Amazon | |
| | Entertainment | Artistic View of the World | |
| | TVpad<br>VOD applications have been added to TVpad. Now overseas Chinese who like VOD can view programs of their choice with even more ease. Amazing!<br>See Translation<br>May 26, 2013 | | From: TVpad's Photos<br>in Timeline Photos<br>Shared with:    Public<br>Open Photo Viewer<br>Download<br>Make Profile Picture<br>Embed Post |
| | 👍Ann Lo likes this. | | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

**EXHIBIT 12**

facebook **Sign Up**

Email or Phone          Password

Keep me logged in       Forgot your password?

## News Feed

 **TVpad**
August 18, 2013 · New York, NY · 🌐

【客户意见收集】为了更好的服务于广大海外用户，让广大的海外tvpad 用户获得更好的中文电视服务，小编特别发个帖子征求广大用户的意见，比如需要新增电视频道，直播或者点播；如何更好的提高服务质量等等，后期小编会对意见进行汇总提交给相关工作人员，感谢大家的支持哟！！！有家就有TVpad！！！

See Translation

Like · Comment

🙂 Eric But, Ann Lo, Vivien Shin and 6 others like this.

Top Comments ▾

 **Tommy Fung** 請考慮加入香港有線電視和Now TV的新聞和財經頻道和體育頻道。明年世界杯舉行，TVB會有足球頻道，請加入。謝謝！
👍 2 · August 19, 2013 at 12:23am

 ↳ 2 Replies

 **Yap LP** TvPad2真的很适合身在马来西亚的我，能看到非常多的中文节目，我先后已代朋友买了6台，下来还要再买。我希望在体育频道上多增加更多直播兼回放的频道，如北京体育台，ESPN英语，EuroSport英语，SuperSport英语；另外，广东体育台不很清晰，希望能改进；还有，希望第三方做一个软件看体育合集有：足球，篮球，乒乓球，羽毛球，方便大家寻找节目。此外，在粤海频道2和BETV2的回放，经常出现时段不连续，如回放下午二时至四时，下一段去下午七时至九时，中间时段不见了。现在我朋友又只能电影下载电影和美剧，利用TvPad2播放。美剧天下内容很不足，无论新旧剧，很多都搜寻不到。电影方面最好第三方做出『快播软件』直接搜索点播。hot韩剧社做的真好，希望也有一个『hot日剧社』能播放配有中文字幕的日本连续剧，现在泰国连续剧也很多人看，当然也希望有一个配上中文字幕的『hot泰剧社』。
👍 1 · August 21, 2013 at 4:12am

 **TVpad** 感谢您的建议，关于节目应用的调整与增加我们会与第三方应用开发商进行沟通，不过一定程度上也需要遵照从他们的开发计划，不过还是很感谢您的建议
August 21, 2013 at 6:21pm

 **Thomas Ye** 更多粤语频道
👍 1 · August 19, 2013 at 1:59am

 **TVpad** 好的，谢谢
August 19, 2013 at 2:33am

 **John Shiu** 在(BETV HD)現已有6個高清台，是否可以加多幾個高清台嗎？謝謝!
👍 2 · August 18, 2013 at 11:35pm

 **TVpad** 已记录
👍 1 · August 19, 2013 at 2:33am

 **Yap LP** 希望能增加澳门、新加坡、马来西亚等地的中文电视台；另外，越南电视台只有国家台用北越语，南部地区听不懂；希望增加越南的南部地方VTV Huế, VTV Đà Nẵng, VTV Phú Yên, VTV Cần Thơ 1, VTV Cần Thơ 2。

语言方面现在只有二个甲用幼教类语和轻松学汉语，希望多增加中文学韩语、日语、泰语、俄语、法语、西班牙语等；作为传承地方语言如中文学四川话、上海话、湘、鄂、粤语、闽南话、客家话等之类App。
September 1, 2013 at 1:01am

 **TVpad** 不好意思，小编最近生病，没有及时回复！！！您的宝贵意见小编已经记录，会及时提交给相关工作人员，再次感谢喀
September 5, 2013 at 8:32pm

 **Josie Keung** 強烈建议TV PAD增加一个可上网的浏览器，用户可以直接从电视机上网站浏览APP。我家的电视机本来就是自带浏览器的smart TV, 没装TV PAD之前就可以直接上不同网站，现在装了TV PAD后电视机自带的全部APP就不方便使用了，如果要用只能删除TV PAD，非常不方便。 请接纳建议及考虑开发上网浏览器追福广大用户，谢谢!
August 19, 2013 at 11:41am · Edited

 **TVpad** 谢谢您的建议，我们会参考的，因为产品一直定位于电视服务，在网络方面暂时未考虑，不过还是感谢您的建议，也许下一代产品就会有喀
August 19, 2013 at 6:26pm

English (US) · Privacy · Terms · Cookies · Advertising · More ▾
Facebook © 2014

**EXHIBIT 12**

TVpad ▸ 【客户意见收集】为了更好的服务于广大海外用户，让广大的海外tvpad...

 **SM Tie** 请考虑马来西亚，新加坡，印尼等东南亚。。谢谢。
August 19, 2013 at 1:43am

↳ 2 Replies

 **Jerry Choo** I wanna watch wwe wrestling and basketball nba, also fashion TV channel
August 19, 2013 at 12:58am

 **TVpad** mark
August 19, 2013 at 2:32am

 **Ivan See** Please improve all streaming sound bit rate and enable stereo (allow choosing different languages during bilingual programs too). The current sound quality on all Chinese and Hong Kong channels are just not ideal.
August 18, 2013 at 11:46pm

 **TVpad** thx a lot，the application providers are working on this issue
August 19, 2013 at 2:30am

 ちょう せん 增加更多日本台和錄影功能,還有日本直播那7個台常10-15MINS卡一次(PS:我用有線上網看,沒用WIFI,網速100MB,香港寬頻)其他APPS都成日重開APPS幾次先load到片)
August 18, 2013 at 11:44pm

 **TVpad** 谢谢您的建议
August 19, 2013 at 2:24am

 **Yap LP** 美劇和电影在TvPad2里的内容很不足，很多朋友都是用电脑先下載了，再傳到TvPad2中，利用MVod播放,希望第三方能做一个『快播』软件搜寻播放。
👍 1 · August 21, 2013 at 4:17pm

 **Joan Chua** 请问马来西亚能看Tvb所有的台吗?
July 28 at 8:04pm

 **Wei Song** 北京体育！！谢谢
April 15 at 8:28pm

 **Fun-fun Tse** 點解由昨晚開始,全部機都用唔到………
October 5, 2013 at 12:22am

 **Cathy Zhang** tvpad升級tvpad2計劃
August 19, 2013 at 3:29am

 **Ivan See** Agree with previous comment, NIJI app lags every 10 to 15 mins. This is only an issue in NIJI. I never had the same problem in BeTV or 粤海.
August 18, 2013 at 11:51pm

 ちょう せん 重開APPS前已load過2MINS左右係load唔到
August 18, 2013 at 11:45pm



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/522523404483771

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| | | | |
|---|---|---|---|
| facebook Sign Up | | Email or Phone | Password |
| | | Keep me logged in | Forgot your password? |
| | News Feed | | English |
| | | | (US) · Privacy · Terms · Cookies |
| | | | · Advertising |
| | TVpad | | · More |
| | August 18, 2013 · New York, NY · | | Facebook © 2014 |
| | [Customer opinion collection] In order to better serve our overseas customers and allow overseas TVpad users to enjoy better Chinese TV services, I am sending this post to collect the opinions of our customers, such as adding new TV channels, live broadcast or VOD, and how to improve the service quality. I will summarize the customers' opinions and submit them to relevant personnel. Thank you for your support! Wherever your home is, there is TVpad! | | |
| | See Translation | | |
| | Like · Comment | | |
| | Eric But, Ann Lo, Vivien Shin and 6 others like this. | Top Comments | |
| | Tommy Fung: Please consider adding HK Cable TV and Now TV News, Finance, and Sports channels. Next year, there will be the World Cup, and TVB will launch a football channel. Please add it. Thanks! | | |
| | 2 · August 19, 2013 at 12:23am | | |
| | 2 Replies | | |
| | Yap LP   TVPad2 is very suitable for me here in Malaysia, allowing me to watch many Chinese TV programs. I have bought six TVpads for my friends, and I will buy more. I hope that more live and playback sports channels, for example, BTV Sports, ESPN English, EuroSport English, and SuperSport English, will be added. In addition, I hope that the video definition of GDTV Sports will be improved. I also hope that a third-party App will be provided that collects football, basketball, table tennis, and badminton matches, to make program query more convenient. In addition, the playback on Yue Hai 2 and that on BETV 2 is often interrupted. For example, immediately after the program played from 14:00 p.m. to 16:00 p.m. is played back, the program played from 19:00 p.m. to 21:00 p.m. is played back, with the program played during the intervening time period gone missing. Now, my friends can only download movies and US TV dramas to their TVpad2 for playback. The US TV dramas provided are very insufficient. Many US TV dramas, old or new, are not available. It would be best if a third-party "quick VOD application" is developed for directly searching and playing movies on demand. "Hot Korean TV Dramas" is very good. I hope that "Hot Japanese TV Dramas" will also be provided for playing Japanese TV dramas with Chinese subtitles. Nowadays, Thai TV dramas are also very popular; I also hope that "Hot Thai TV Dramas" with Chinese subtitles will also be provided. | | |
| | 1 · August 21, 2013 at 4:12am | | |
| | TVpad   Thank you for your suggestion. Regarding the adjustment and adding of program applications, we will communicate with third-party application developers, as we need to give consideration to their development plans. Still, I'd like to thank you again for your suggestion. | | |
| | August 21, 2013 at 6:21pm | | |
| | Thomas Ye   More Cantonese channels, please. | | |
| | 1 · August 19, 2013 at 1:59am | | |
| | TVpad: OK, thanks. | | |
| | August 19, 2013 at 2:33am | | |
| | John Shiu   BETV HD has six HD channels. Can more HD channels be added? Thank you! | | |
| | 2 · August 18, 2013 at 11:35pm | | |
| | TVpad   Noted. | | |
| | 1 · August 19, 2013 at 2:33am | | |
| | Yap LP   I hope that Chinese channels of Macao, Singapore, and Malaysia can be added. In addition, for Vietnamese customers, only the National Channel uses the language of North Vietnamese, which is not understood in southern Vietnam. I hope that south Vietnamese channels VTV Huế, VTV ĐàNẵng, VTV Phú Yên, VTV Cần Thơ 1, and VTV Cần Thơ 2 will be added. | | |
| | For teaching and learning languages, only two channels "English for Children" and "Learn Chinese Easily", are available. I hope that more channels will be added for learning Chinese, Korean, Japanese, Thai, Russian, French, and Spanish. In addition, I hope that more Apps can be provided for learning and passing down dialects such as Sichuan dialect, Shanghai dialect, Hunan dialect, Hubei dialect, Cantonese, southern Fujian dialect, and Hakka. | | |
| | September 1, 2013 at 1:01am | | |
| | TVpad   Sorry, as I have been recently taken ill, I could not reply to your post sooner. I have recorded your valuable suggestion and will forward it to relevant personnel. Thank you again! | | |
| | September 5, 2013 at 8:32pm | | |
| | Josie Keung   I strongly advise adding a browser with Internet access to TVpad so that a user can browse APPs on the Internet directly using a TV set.   My TV set is a Smart TV that comes with a browser, which allows me to directly visit websites before TVpad is installed. Now, with TVpad installed, it is inconvenient to use the APPs available on the TV set. I have to remove TVpad before I can use the APPs. This is very inconvenient.   Please accept my suggestion and consider developing a browser with Internet access for benefiting the users. Thanks. | | |
| | August 19, 2013 at 11:41am · Edited | | |
| | TVpad   Thank you for your suggestion. We will consider it. The product has been positioned to provide TV services, so far giving little consideration to network support. Still, I'd like to thank you again for your suggestion. Maybe, the next-generation product will provide the function you suggested. | | |
| | August 19, 2013 at 6:26pm | | |

TVpad – [Customer opinion collection] In order to better serve our overseas customers and allow overseas TVpad users to…

| | | |
|---|---|---|
| | SM Tie   Please consider adding channels for Southeast Asian countries, such as Malaysia, Singapore, and Indonesia. Thanks.<br>August 19, 2013 at 1:43am | |
| | 2 Replies | |
| | Jerry Choo I wanna watch wwe wrestling and basketball nba, also fashion TV channel<br>August 19, 2013 at 12:58am | |
| | TVpad mark<br>August 19, 2013 at 2:32am | |
| | Ivan See Please improve all streaming sound bit rate and enable stereo (allow choosing different languages during bilingual programs too). The current sound quality on all Chinese and Hong Kong channels are just not ideal.<br>August 18, 2013 at 11:46pm | |
| | TVpad thx a lot, the application providers are working on this issue<br>August 19, 2013 at 2:30am | |
| | Please add more Japanese channels and the recording function. In addition, for the seven live Japanese channels, the video often becomes unsmooth every 10 minutes to 15 minutes (PS: I watch the programs by using a wired Internet connection, without WIFI connection. The Internet access speed is 100 Mbps. The ISP is HK Broadband). Other APPs need to be restarted for several times before movies can be loaded.<br>August 18, 2013 at 11:44pm | |
| | TVpad   Thanks for your suggestion.<br>August 19, 2013 at 2:24am | |
| | Yap LP   The US TV dramas and movies available on TVpad2 are very lacking. Many friends download US TV dramas to their TVpad2 for playback using MVod. I hope that a third-party "quick VOD application" is developed for directly searching and playing movies.<br>1 · August 21, 2013 at 4:17am | |
| | Joan Chua   Can all the TVB channels be watched in Malaysia?<br>July 28 at 8:04pm | |
| | Wei Song   BTV Sports. Thanks.<br>April 15 at 8:28pm | |
| | Fun-fun Tse   All the channels have failed since last night. Why is that?<br>October 5, 2013 at 12:22am | |
| | Cathy Zhang   Plan for upgrading TVpad to TVpad2.<br>August 19, 2013 at 3:29am | |
| | Ivan See Agree with previous comment, NIJI app lags every 10 to 15 mins. This is only an issue in NIJI. I never had the same problem in BETV or Yue TV.<br>August 18, 2013 at 11:51pm | |
| | After APP restart, loading of the about 2-minute movie already loaded before the restart failed.<br>August 18, 2013 at 11:45pm | |

TVpad - 重磅好消息！！！516网络电视...



facebook   Sign Up

Email or Phone          Password

Keep me logged in       Forgot your password?

English (US) · Privacy · Terms · Cookies · Advertising
· More

Facebook © 2014

## News Feed

 **TVpad**
May 3, 2013 · Redwood City, CA · 🌐

重磅好消息！！！516网络电视 APP新增台视频道：中天综合、中天娱乐、中天新闻、东森财经、东森幼幼、东森戏曲、东森电影、东森洋片、三立国际、三立台湾等电视台

See Translation

👍 Like · Comment

👍 Ann Lo, Joanna Lee, **TVpad** and 3 others like this.          Top Comments ▾

 **Kenny Huang** 能不能增加多些广东电视台直播（广东话），这样在海外华人更加值得高兴啦！
May 4, 2013 at 11:46am

 **TVpad** 您好，我们已经把这样的需求提交给我们的第三方APP运营商了，相信很快这样的问题就会被解决
May 5, 2013 at 7:14pm

 **Kenneth Dai** 如果能做到720p，才值得高兴啊
May 3, 2013 at 8:14am

 **TVpad** 您好，您的建议我们会转给第三方APP运营商，感谢您的建议
May 3, 2013 at 7:10pm



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/476502815752497

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| | News Feed | | | English (US) · Privacy · Terms · Cookies · Advertising · More |
| | TVpad<br>May 3, 2013 · Redwood City, CA · | | | Facebook © 2014 |
| | Blockbuster good news!!! The following Taiwanese channels have been added to 516 Web TV: CTI Variety, CTI Entertainment, CTI News, ETTV Finance, ETTV Yo Yo, ETTV Drama, ETTV Movies, ETTV Foreign Movies, SETInternational, and SET Taiwan. | | | |
| | See Translation<br>Like · Comment | | | |
| | Ann Lo, Joanna Lee, TVpad and 3 others like this. | Top Comments | | |
| | Kenny Huang   Can more live Guangdong TV channels (in Cantonese) be added? That will make overseas Chinese even happier!<br>May 4, 2013 at 11:46am | | | |
| | TVpad   Hi, we have forwarded your request to our third-party APP operator. We believe that this issue will be solved soon.<br>May 5, 2013 at 7:14pm | | | |
| | Kenneth Dai   It will be truly great if 720p video is provided.<br>May 3, 2013 at 8:14am | | | |
| | TVpad   Hi, we will forward your suggestion to the third-party APP operator. Thank you for your suggestion.<br>May 3, 2013 at 7:10pm | | | |

**EXHIBIT 13**

INTERNET ARCHIVE
WaybackMachine

http://en.itvpad.com/tvpad3zt/products.html    Go

1 captures
28 Oct 14 - 28 Oct 14

SEP **OCT** NOV
◄ **28** ►
2013 **2014** 2015

Close ✕

Help ?





## Chinese TV-Preferred by millions of overseas Chinese.

Since its debut to overseas market, TVpad product has been tremendously popular among millions of Chinese family. As the latest TVpad product, TVpad3, equipped with more powerful features, is ready to bring you more high quality Chinese TV contents.

## No monthly fees.

Once purchased, you have access to our ever growing shows & movies with no monthly fees, and enjoy our ongoing customer support; for instance, free system updates.

**2** **Great VOD/Live TV programs.**

EXHIBIT 13



### TVpad 3rd party apps
### Get you time-shift TV & millions of videos on demand.

TVpad3 is specially designed for overseas Chinese, from which you are free to enjoy various real-time live TV from HK/TW/Macao/Chinese mainland. And its ever growing international and local shows & movies make TVpad3 your own video library.

## 3 Genuine HD contents. Smooth & stable.

### Authentic guarantee contents
### 100% high quality.

There are great genuine contents from TVpad3 covering Hollywood blockbuster, variety shows, TV shows, news, cartoon and more. Its highly guaranteed video quality also makes it easier for you to enjoy our contents without a hitch.



## 4 Chinese early education. Best teacher for your children.



## Tons of **Chinese education contents** for you children.

New early education contents have been updated to TVpad3: baby literacy, Chinese learning, traditional poem, educational cartoon, and from which your children can better learn Chinese language and get something good as well.

## 5 Ever growing contents. Get you everything.

## **All new TVpad3** gets you ever growing contents.

The updated contents from TVpad3 give a good coverage to your living room entertainment: News, early education, health & fitness, music, dance, sports; you can always get yourself something.



## 6 Time-shift live TV. Playback anytime.

## **Time-shift TV**–especially



## for users located in different time zones.

24/7 live TV, massive updated VOD contents, time-shift & playback service and more. TVpad3 gets everything fast to you, wherever you are!

## 7 / Home Karaoke. Sing as you like.

### Karaoke. Sing as you like.

Updated music library, pop songs, live concert songs, DJ music, children's songs, classic songs, traditional opera and more, you can always find a song for your family.



### Upgraded music app.
### All new experience.

Pop and top songs, classic MV, and live concert songs are reclassified and concentrated. And also, new "Recommend", "VOD songs" and "Children's songs" section are added.

## How to install **TVpad3?**

TVpad3 is a smart network set-top box, running on a highly customized OS. Users can optionally install tons of third-party apps via 2Mbps up broadband to enjoy local television from Mainland China, Hong Kong, Taiwan, Japan and Korea and more regions and countries. And also, its extended functions, such as home Karaoke, make it easier for you to have more fun at home.



AV cable

HDMI cable


As the exclusively authorized e-distributor of TVpad products,TVpad Mall provides you 100% quality guaranteed products!

Authentic Guarantee
No Monthly Fees/Contracts

Safe Transaction
Secure Payment

DHL/UPS/TNT Free Shipping
Safe & Secure to Worldwide

7-day Exchange
1-year Warranty

**EXHIBIT 14**



海外华人中文电视第一品牌

TVpad累计销量超百万台
全球千万华人长期使用TVpad观看中文电视

从TVpad1到TVpad4，产品日臻完美
销量每年极速增增
市场占有率稳步攀升
海外华人中文电视盒子销量第1



EXHIBIT 14

# THE ONE

TVpad系列产品成为大家购买中文电视盒子的首选，TVpad4作为最新一代产品，性能更为强劲，
同时也为用户提供了更加高清、稳定、丰富的中文视频节目。

## 顶配更胜一筹

**支持2K高清视频，清晰度是720P的4倍！**

软硬件性能极速提升，效率更高，直播 点播 游戏，享受酣畅淋漓的体验

| 首款H.265电视盒子 | 4核CPU | 安卓4.4系统 | 1080P高清极致体验 | 流量超省，仅需H.264一半带宽 |



1280×720
720P

2560×1440
2K

## 稳定才是王道

**专享16道保障机制**

全新安全机制组合，强大的后援支持，真正 "让稳定压倒一切"

| 500人技术团队 | 5年技术沉淀 | APP安全检测上架 |
| 累计30000小时以上测试 | 全天24小时保障服务 | 成熟应急事件处理机制 |







直播、点播、时移，海量内容无尽选择

知名应用入驻，定制专属海外华人APP

牵手数十家国内优质应用厂商，并拥抱其他第三方国内精选APP，热门节目都在盒子里任你观看！

赛事直播　影视点播　12小时延时直播　72小时直播

查看用户评价

## 操作简单，极速上手

不刷机、不越狱、不翻墙，开机观看只需2步！

开机自动快速连接服务器，简化操作步骤
极快的操作回应和圆滑的交互体验，
让搜索和观看节目更便捷！

遥控器遥控　有线键盘操作　无线键盘操控　手机APP遥控



应用商城　用户中心　系统设置



## 买大牌最放心

**7x24小时电话客服+TVpad商城全天候在线客服**

线下销售服务网点，遍布全球40多个国家，200多个城市；
咨询+支付+物流+售后一站式服务，全程为您保驾护航

# 如何安装TVpad4



# 规格参数

| 基本参数 | 整机名称 | TVpad4 |
|---|---|---|
| | 设备型号 | M418 |
| | 网络环境 | 2M以上带宽 |
| | 长*宽*高 | 裸机 100*100*21mm 包装 149*149*82mm |
| | 重 量 | 裸机净重 135g；整机毛重 620g |
| 规格参数 | CPU | 四核 |
| | CPU频率 | 1.4G |
| | FLASH（内置存储空间） | 4G |
| | RAM | 1G |
| | 功 率 | 芯片功耗＜5W 待机功耗＜0.5W |
| | 视频输出口 | HDMI/AV |
| | USB接口 | USB2.0接口1个 |
| 外围接口 | 存储卡接口 | TF卡接口1个 |
| | 网络接口 | 以太网接口1个/内置无线WIFI |
| | 电源口 | DC5V 2A输入 |
| 软件系统 | 系统语言 | 简体中文 繁体中文 英文 日文 韩文 |
| | 视频解码 | MPEG1/2/4 H.263 Xvid WMV9 H.264 VC-1 H.265等 |
| 音视频参数 | 视频格式 | AVI MKV WMV MPG VOB MP4 ASF TS MOV等 |
| | 音频解码 | MP3 WMA OGG WAV AAC PCM AC3 M4A等 |
| 认证 | 认证 | CE C-TICK FCC IC、RoHS、HDMI |

 正品保障
0月租

 交易保障
第三方支付平臺

 DHL/UPS/TNT
全球範圍安全放心

 售後政策
質量問題7天退換1年保修

| 幫助中心 | 物流配送 | 支付方式 | 售後服務 | 關於我們 | 聯繫我們 |
|---|---|---|---|---|---|
| 購物指南 | 籌收說明 | 支付寶支付 | 售後承諾 | 公司簡介 | (00852)2134-9910 |
| 我的訂單 | 關稅說明 | 國際信用卡 | 應用安裝 | 公司聲明 | 24小時客服電話 |
| 常見問題 | 配送方式 | 西聯匯款 | 關於退換資 | 聯繫我們 | 全球客服中心 |
| 應用入駐 | 配送範圍 | 安全性 | 查詢保修期 | 隱藏支持 | |

Copyright © 2002-2015 創盟科技（香港）有限公司 ( CREATE NEW TECHNOLOGY (HK) LIMITED ) All Rights Reserved



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.itvpad.com/tvpad4/tvpad_cn.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

| Log in | Register | I want to promote TVpad. | App Entry | [English] |
|---|---|---|---|---|

| Home | Introduction to TVpad4 | Buy TVpad | Investment | About Us | Fans Community |
|---|---|---|---|---|---|

CN version

$100 coupon

Only 300 quotas.

Let's enjoy it together.

Buy it at only $99.

January 14, 2015 – January 20, 2015

Note: To enjoy the device means using the electronic product.

| We invite 300 elites to join us in enjoying the device. The quotas are limited. | Buy now. | Upon application success, you can obtain a $100 device-enjoying fund, which can be used to offset USD 100 for buying a TVpad4 CN version. |
|---|---|---|
| Worldwide delivery Fast delivery by DHL/UPS/TNT/China Postal Service within 3 days to 5 days | Carefree purchase 7-day exchange, 1-year warranty | After-sale guarantee 7 x 24-hour customer service |

| Introduction to the TVpad4 CN version | | |
|---|---|---|
| ✓ Highly cost-effective ✓ Tons of exclusive APPs ✓ More wonderful contents | The CN version is a new product provided for overseas mandarin program viewers. Users can exclusively enjoy the TVpad4 mandarin program APPs provided by partners and tons of third-party APPs. Dozens of live channels in mainland China and hundreds of thousands of VOD movies, variety shows, and popular TV dramas are provided. | More version options Introduction to the GCN version Introduction to the INT version |
| TVpad4 CN version is your best choice for watching mandarin programs outside China. | | |

No. 1 Chinese TV box brand for overseas Chinese

Over one million TVpads have been sold.

For a long time, tens of millions of overseas Chinese have used TVpad to watch Chinese TV programs.

From TVpad1 and TVpad4, the product has become more and more sophisticated.

The sales has increased rapidly each year.

Its market share has increased steadily.

The best-selling Chinese TV box for overseas Chinese

TVpad series products have become the preferred Chinese TV boxes. As the latest-generation product, TVpad4 is even more powerful and

provides higher-definition, more stable, and more abundant Chinese video programs.

The top configuration ensures even better performance.

It supports 2K HD videos, with a definition four times that of 720P videos!

The software and hardware performance in improved rapidly, and the efficiency is higher, allowing you to enjoy wonderful live broadcast, VOD contents, and games.

| First H.265 TV box | Quad-core CPU | Android 4.4 | 1080P HD perfect experience | Highly traffic-saving, requiring a bandwidth half of that required in H.264 |
|---|---|---|---|---|

Stability is of the utmost importance. Exclusively enjoy the 16-channel guarantee mechanism.

An entirely new security mechanism and powerful support are provided, giving top priority to stability.

| 500-person technical support team | Accumulation of technical expertise for five years | Security test performed before putting an APP on shelf |
|---|---|---|
| Tests lasting accumulatively over 30000 hours | 7 x 24-hour guarantee service | Sophisticated emergence handling mechanism |

Tons of contents available for selection, including live broadcast, VOD, and time-shift

Entry of well-known APPs, customized APPs for overseas Chinese

TVpad partners with dozens of quality APP providers of mainland China and embraces other third-party select APPs provided in mainland China. All the popular programs are available for watching by using the TV box!

| Live sports games | VOD movies and TV | 12-hour time-shift playback | 72-hour playback |
|---|---|---|---|

View user comments

Easy to operate and taking very short to learn.

No rooting, prison break, or firewall bypassing is needed. It takes only two steps to power on the box and watch TV programs.

Upon startup, a connection to a server is established quickly. This simplifies the operation procedure.

Instant operation response and smooth interaction experience

makes program search and watching even more convenient!

| Remote control using a mobile phone APP | Control using a wireless mouse | Operations using a wired mouse | Remote control using a remote controller |
|---|---|---|---|
| AppStore | Customer Center | System Setting | |

Purchase of a famous brand is safest bet.

7 x 24-hour customer service hotline + 24-hour online customer service for TVpad mall

Offline sales service outlets are distributed in over 200 cities in over 40 countries around the world.

One-stop services covering inquiry, payment, logistics, and after-sale service provide you with whole-course support.

How to install TVpad4

Specifications

| Basic parameters | Device name | TVpad4 |
|---|---|---|
| | Device model | M418 |
| | Network environment | 2 Mbps and above |
| | Length x width x height | Device only: 100 mm * 100 mm * 21 mm    Packaging: 149 mm * 149 mm * 82 mm |
| | Weight | Device net weight: 135g; overall-unit gross weight: 620 g |
| Specifications | CPU | Quad-core |
| | CPU frequency | 1.4G |
| | FLASH (built-in storage space) | 4G |
| | RAM | 1G |
| | Power | Normal power consumption < 5 W; standby power consumption < 0.5 W |
| Peripheral interfaces | Video output port | HDMI/AV |
| | USB port | One USB 2.0 port |
| | Storage card slot | One TF card slot |
| | Network interface | One Ethernet interface/built-in WIFI |
| | Power interface | DC 5V, 2 A input |
| Software system | System language | Simplified Chinese, Traditional Chinese, English, Japanese, Korean |
| | Video decoding | MPEG1/2/4, H.263, Xvid, WMV9, H.264, VC-1, H.265, etc. |
| Audio and video parameters | Video formats | AVI, MKV, WMV, MPG, VOB, MP4, ASF, TS, MOV, etc. |
| | Audio decoding | MP3, WMA, OGG, WAV, AAC, PCM, AC3, M4A, etc. |
| Certifications | Certifications | CE, C-TICK, FCC, IC, RoHS, HDMI |

| Authentic Guarantee No Monthly Fees/Contracts | Safe Transaction Secure Payment via a Third-Party Payment Platform | Worldwide free shipping by DHL/UPS/TNT | After-sales policy 7-day exchange, 1-year warranty |
|---|---|---|---|

| Help Center Shopping Guide My Order FAQ App Entry | Shipping About Receipt About Tariffs Shipping Mode Shipping Range | Payment Alipay Credit Card Western Union Security | After-sale Service Commitment App Installation About Return Check Warrantee | About Us Company Profile Statement Contact Us Media Support | Contact Us (00852)2134-99 10 24-hour customer service number Global Customer Service Center |
|---|---|---|---|---|---|

**EXHIBIT 15**



Home    Store    TVpad4    Investment    TVpad News



# Regional Sole Agent Welcomed!

5-year quality guarantee,
we are worth your trust!

**APPLICATION FORM**

24/7 Global hotline: **00852-2134 9910**    Email: sales@creatent.net

## Why Choose Us?

### ① Infinite Market Potential ✔

For millions of Chinese living abroad, they enjoy a colorful life overseas but are still in great need of news and TV contents from the motherland. In response to the huge overseas market demands, TVpad emerges and brings a whole world of domestic news, movies, entertainments, sports, games, and more contents to the global users, taking them much closer to the motherland.

1. 50 million of overseas Chinese worldwide ensure an infinite market potential.

2. Exclusive regional market space protects you from fierce competition among peers.

Exclusive regional market

3. Exclusive & authorized live contents from mainland China/HK/Taiwan ensure safe operations with no risk.

**FORTUNE**

### ② Brand New Sole Agent Operation Mode ✔

EXHIBIT 15

**Comprehensive marketing supports pave your road to fortune.**



### Exclusive regional marketing rights
Protect you from price competition among peers and guarantee you stable returns.



### Favorable business environment
Protect you from vicious competition caused by goods-fleeing and online underselling.



### E-commerce promotion resources
Exclusive access to online marketing resources, making it possible to increase sales by just waiting for the orders.



### Market promotion support
Provide you with market promotion fund, materials and service supports.



### Value-added benefits
Offer you exclusive returns from continuous value-added services.



### Reward policy
Set up exclusive rewards for whoever achieves sales targets.

## 3 Best Streaming Player for Chinese Contents 

Headquartered in Hong Kong, Create New Technology (HK) Limited ("Creatent") also has its R&D centers and business centers in New York, Singapore and Shanghai, as well as a large modern manufacturing base in Shenzhen. Since 2008, Creatent has been focusing on the R&D of TVpad products. Up to now, Creatent have set up sales & service outlets in over 40 countries (covering over 100 developed cities), including US, Canada, Australia, UK, France, Japan, Malaysia, Philippines, Thailand, etc. More remarkably, Creatent has gained tens of millions of users' support and outstanding sales worldwide, and its products-TVpad has been regarded as the best Chinese streaming player for overseas Chinese.

### 1 Exclusive & authorized contents
Highlighting the strong brand advantage of TVpad




### 2 Stable & smooth streams
5-year technologies accumulation, thousands of technicians' efforts, well-established emergency response mechanism and 24/7 broadcast control management ensure you stable & smooth streams




### 3 Live TV from mainland China/HK/Taiwan
Millions of videos on demand available




### 4 Big on contents
Sports, news, entertainment, early education, health, dance, music and more




### 5 Time shifting & playback
12-hour time shifting & 72-hour playback




**Often imitated Never surpassed**






# How to Be a TVpad Sole Agent?

Creatent is ready to set up a worldwide distribution network with regional sole agents, desired to make TVpad a stronger brand around the world. And we welcome whoever's equipped with the followings to join us:


**Marketing Team**

A team supporting for marketing promotion, sales management and after-sales services


**Warehouse Ability**

Basic warehousing conditions


**Financial Resources**

Enough money to support marketing promotion


**Market Resources**

Overseas Chinese marketing channel resources and abilities to manage & develop sub-distributors


Online Help

## Cooperation Steps



1. Consult via email or phone
2. Submit application form
3. Pass Creatent's evaluation
4. Sign *Sole Agent Agreement*
5. Start business as a sole agent

## New sole agents welcomed!   Application Form

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | **(00852)2134-9910** |
| My Order | Logistics | Alipay | App Installation | Statement | 24 hours customer service |
| FAQ | About Tariffs | Western Union | About Return | Contact Us | **Global Service Center** |
| App Publishing | About Receipt | Security | Check Warranty | Media Support | |

Copyright © 2007-2015 创翻科技 香港 有限公司  CREATE NEW TECHNOLOGY (HK) LIMITED  All Rights Reserved

**EXHIBIT 16**



Login | Register  0



Home    Store    TVpad4    Investment    **TVpad News**



RSS Feeds



You are here:--> Home-->Blogs -->TVPAD INTRODUCE -->TVPAD2,TVPAD -->Tons of Apps in TVpad,which app is designed for you

Tags  TVPAD2,TVPAD

**Tons of Apps in TVpad,which app is designed for you**

From:TVpad   By:Lindsay

**Note: As with any streaming device, it relies on fast internet connection. It requires at least a 2Mb download connection to operate smoothly. After all, you are streaming in HD.**
**App Store**

LIVE TV
**516:** is a live chinese TV app, and you can watch live channels or local TV from Taiwan
**BETV:** is a live app for providing local TV channels of mainland china ,which covers abundant TV resources
incuding financail news,entertainment gossip,local TV and sports,and more.
**粤海宽频APP** provides you some characterstic live tv programs such  as TVB drama, contonese songs and Hongkong-made films, and more.



Korean Apps

**Blog Category**

All articles [20]

TVPAD NEWS [16]

TVPAD INTRODUCE [4]

**Hot Tags**

app tvpad4 tvpad hktv HD Live TV TVpad upgrade TVPAD COUPON TVPAD EVENT TVPAD2 TVPAD

**Hot blogs**

Tons of Apps in ......

TVpad Firmware U......

TVpad 2 Reduce S......

Good news for ne......

The New English......



EXHIBIT 16



Prev Article   Movies, TV e......          Next Article   Latest News ......

Posted by:bell | Category     TVPAD INTRODUCE | Reply   4 | Views    28146

🔗 Share on: 🔗 Copy URL 📘 Facebook 📷QQ-zone

### All comments

**Netizen message**   **Hoang** Time   2014-02-09 12:38:53

Help here is garbage...I wrote the message on "2013-03-06 02:06:27" and someone reply to me....and I don't even
know of it!!! and I just got back today Feb 8, 2014 lol .... TVPAD is down...it's trash...doesn't work....doesn't able to
view anything!!!

**Netizen message**   **myanmail** Time   2013-05-22 15:15:28

This link provides details on how to install "粤海宽频" and other Cantonese TV apps on TVPAD2.

http://www.tvpadfans.com/thread-46929-1-1.html

**Netizen message**   **eezone** Time   2013-04-07 16:57:28

JET 综合, 三立都会, 年代新闻 民视 好消息 goodtv, ,TLC 旅游生活, 中天娱乐, JET 综合, 三立都会, 年代新闻,民视
,好消息 goodtv,TLC旅游生活, when these stations show, can added to tvpad? also, about the upgrade Firmware, I
have a model M121S, I am not sure how to do the upgrade?Just don't want to mess the box,incase all programmed
all gone . but do I missed out anything/show if I don't do any upgrade firmware? thanks! regards
eezone2010@hotmail.com From -PERTH .W Aust

**Netizen message**   **Hoang** Time   2013-03-06 02:06:27

Hi, I have the TVPAD 2 and I can't find the "粤海宽频" and the HiTV...I would LOVE TO have the HiTV cuz it has
"English live app for providing famous international channels from sports, financial news and information, and
more"...how many channels in this HiTV anyway? When I look at the apps...it like like 96 apps...which number is
the "粤海宽频" on? and the HiTV, which number is it on the list? As I can not find it. PLEASE RESPOND ASAP!!!
Thank you from Canada.

### Leave comments

Sorry, you are current logged out! Login Register

**Public**

## Help Center
Shopping Guide
My Order
FAQ
App Publishing

## Shipping
Shipping Range
Logistics
About Tariffs
About Receipt

## Payment
Credit Card
Alipay
Western Union
Security

## After-sale Service
Commitment
App Installation
About Return
Check Warranty

## About Us
Company Profile
Statement
Contact Us
Media Support

## Contact Us

**(00852)2134-9910**
24 hours customer service
**Global Service Center**

Copyright © 2007-2015 微創科技   香港  有限公司   CREATE NEW TECHNOLOGY (HK) LIMITED   All Rights Reserved

**EXHIBIT 17**

Login | Register



Home    Store    TVpad4    Investment    **TVpad News**



NEWS
ChineseTV Contents for Overseas Chinese

**RSS Feeds**

You are here:→ Home→ Blogs →TVPAD NEWS →→tvpad4,hktv,HD Live TV,TVPAD →→Tvpad4 NEW ARRIVAL Amazing & Awesome

Tags  tvpad4,hktv,HD Live TV,TVPAD

**TVpad4 NEW ARRIVAL Amazing & Awesome**

From:TVpad   By:Camilla

It's a great day for TVpad fans. TVpad4, our powerful streaming player, is available!
I'm really excited to introduce its new features and the differences amongTVpad4,
TVpad3 and other streaming players from the following aspects.

**1. Appearance**



From the above pictures wecan find that TVpad4 is smaller and thinner than TVpad3.
And the corner of TVpad4 is rounded instead of hard edges bringing us a soft feeling.

**2. H.265-high efficiency video coding**



As one of the initiators who introduced H.265 technology into streaming players,
TVpad4 delivers extraordinary visual experience compared to TVpad3 on streaming the
same 1080p videos.

---

**Blog Category**

All articles [20]

TVPAD NEWS [16]

TVPAD INTRODUCE [4]

**Hot Tags**

app tvpad4 tvpad hktv HD Live TV TVpad
upgrade TVPAD COUPON TVPAD EVENT
TVPAD2 TVPAD

**Hot blogs**

Tons of Apps in ……

TVpad Firmware U……

TVpad 2 Reduce S……

Good news for ne……

The New English.……

EXHIBIT 17

### 3. CPU

TVpad4's CPU has updated to quad-core! Faster and smoother than other streaming players! Say no to stuck!

### 4. UI



TVpad4's user interface is getting more user-friendly, faster and easier to operate.

### 5. Open android platform (TVpad4's joker!)



### Live TV





Most streaming players do not support live channels or may charge relative fees, but TVpad4 provides us with over 300 channels from mainland China and more than 40 live TV channels from HK andTaiwan (TVB also included) for free!



VoD

TVpad4 streams a world of hit videos from mainland China, HK, Taiwan, US, Japan, Korea and more.

Time-shifting

TVpad4 supports time-shifting function that you may not find in many other streaming players.

**6. Special Apps for Live TV**



More than 10 apps like Yue Videos, QuikeSee and Yue TV are available in TVpad4.

Wanna get the hot HKTV？Find it out!



Get a TVpad4 to find more!

For more information please visit: TVpad Mall

Prev Article   Trial experi……          Next Article   For beginner……

Posted by:bell | Category    TVPAD NEWS | Reply   0 | Views   0

🔲 Share on:  🔗 Copy URL   📘 Facebook  ◎QQ-zone

| All comments |
| Leave comments |

Sorry, you are current logged out! Login Regisrer



| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
| --- | --- | --- | --- | --- | --- |
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | (00852)2134-9910 |
| My Order | Logistics | Alipay | App Installation | Statement | 24 hours customer service |
| FAQ | About Tariffs | Western Union | About Return | Contact Us | Global Service Center |
| App Publishing | About Receipt | Security | Check Warranty | Media Support | |

Copyright 2007-2015 创趣科技　香港　有限公司  CREATE NEW TECHNOLOGY (HK) LIMITED  All Rights Reserved