1 | CARLA A. McCAULEY (State Bar No. 223910
carlamccauley@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
3 | Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899
4 |
ROBERT D. BALIN (*pro hac vice* pending)
5 | bobbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
6 | lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
7 | samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
8 | georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
9 | 1633 Broadway
New York, New York 10019
10 | Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

11 | 
**UNITED STATES DISTRICT COURT**
12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,

Plaintiffs,

vs.

CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,

Defendants.

Case No.
CV15-01869 MMM (AJWx)

**COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7**

[Notice of Motion and Motion for Preliminary Injunction and {Proposed} Order filed concurrently]

**Date:** **June 8, 2015**
**Time:** **10:00 a.m.**
**Crtrm.:** **780**

Action Filed March 13, 2015

---

COMPENDIUM OF EVIDENCE ISO MOTION FOR PRELIMINARY INJUNCTION
DWT 26440621v1 0094038-000021

**INDEX**
**VOLUME 3**

EXHIBIT 18

EXHIBIT 19

EXHIBIT 20

EXHIBIT 21

EXHIBIT 22

EXHIBIT 23

EXHIBIT 24

EXHIBIT 25

EXHIBIT 26

EXHIBIT 27

EXHIBIT 28

EXHIBIT 29

EXHIBIT 30

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 18

TVPAD必装：港澳網路電视，這個APP足夠爽！！！_TVpad網城

 **TVpad** 官网

首頁　TVpad4介紹　購買TVpad　招商合作　關於我們　Fans社區



华扬博客 BLOG
Tvpad海外华人电视

**Rss订阅**

🏠 當前位置--> 首頁--> 官方博客 --> TVpad知識介紹

 掌上路訊

標籤：tvpad智能網絡机顶盒,海外电视直播,热门电视剧直播,高清体育赛事直播,高清电视直播

**TVPAD必裝：港粵網路電视，這個APP足夠爽！！！**

出處：Tvpad 作者：Nicole 發表時間：2015-01-08 11:32:11

　　TVPAD4到手10多天。個人覺得比前幾代有很多改變，例如清晰度，介面還有遙控器。個人傾向於粵語節目，買TVPAD也是因為它專門的粵語用比較好，對這方面比較關注。。所以和大家分享一下這方面心得：

　　TVPAD4上架了一個新的APP：港粵網路電视。又一個TVPAD專用的APP。。。

　　不知道有多少人在用它，不過確實有它的獨特之處，介面和分類很像泰捷視頻。。綜合了其他粵語應用的功能在裡面，感覺粵海寬頻。粵海時移。港粵快看。粵TV這些加起來都沒有港粵網路電视一個APP牛逼~~~



無圖無真相，先看看這個軟體：

**Blog 分類**

所有文章 [270]

TVpad用戶體驗 [8]

TVpad公司新聞 [116]

TVpad影視资訊 [104]

TVpad官方活動 [18]

TVpad知识介绍 [23]

**熱門標籤**

tvpad 优惠券　tvpad软件　tvpad问题
tvpad智能网络机顶盒　启创科技
海外电视直播　Tvpad4 新品首發 優惠
TVpad4网络中文电视　热门电视剧直播
热门音乐放送　TVpad网络中文电视
高清体育赛事直播　海外中文电视机顶盒
免费海外中文直播　高清电视直播

**熱點推文**

手把手教你用ipad看Tvpad......

TVpad2 体感游戏全攻略（......

Legal Notice co......

TVpad常見問題解析

携手TVpad2012欧州杯决赛......

EXHIBIT 18



前面說了，介面和泰捷視頻、愛奇藝之類的雷同。。不過直播和重播是特色吧，單賣很多國內出名的APP因為政策原因不敢上這兩個功能，海外專用的APP就沒有這個限制了。

### 節目內容

總體來說，節目比上面說的粵海寬頻這幾個粵語APP加起來要多，好就好在，用一個APP就可以方便切換。





直播大部分都是高清台，絕對是看TVB的筒子的真愛。





點播給分成電視劇電影和綜藝。。我最喜歡的就是TVB劇集和娛樂節目全是
1080P高清視頻一一相比其他一些盒子，作為TVPAD專有APP的口碑還是不錯
的，更新速度方面還需要一段時間跟進才知道。

TVPAD吧客: 港粵網路電視, 追個APP足夠爽！！！_TVpad論壇



东北大哥

　　電影內容有待增加，畢竟每年的影片都很多，能讓我們第一時間看到免費的新電影才是最重要的。希望TVPAD官方人員看看到我的建議。。



　　這個專門給倒倒時差和平時忙的筒子準備的，建議台再搞多一些。。

**總結一下：**

1、功能比較全，足夠用了，直播點播和重播都整合在一起了。

2、一個軟體相容了其他幾個粵語APP的功能，不需要下載很多個粵語APP，看的時候不要來回切換也省事。。省得老媽記不住，老問我哪個APP是看什麼。。

3、節目資源基本上是一些比較新的節目和電影，可點播的內容比其他幾個粵語APP加起來多。不過這是希望多多益善~~~

4、點播內容基本都是高清的，直播有一大半是高清，而且看官方的宣傳趨勢可能慢慢的都轉為高清。

5、換台載入的時間大概在2-3秒之間（我家20M頻寬），可以接受。

總的來說，使用方便，體驗也好。TVPAD完全可以考慮用港粵網路電視替代其他幾個粵語APP了，沒必要整這麼多APP讓大家眼花繚亂！！！

　　非常值得推薦的一款APP。特別是有老人的家庭，用港粵網路電視的話方便



上一篇：中國喜迎1月10日首以2       下一篇：

發件：bell | 分類：TVpad如訊介紹 | 回應：0 | 瀏覽：964

分享到：📄 複製網址 📘 Facebook 🆀QQ空間

所有評論

發表評論

抱歉,您還沒有登錄！登錄 註冊新用戶

發　表

 正品保證
0月租

 交易保障
第三方支付平臺

 DHL/UPS/TNT
全球範圍安全放心

售後政策
質量問題7天退換1年保修

| 幫助中心 | 物流配送 | 支付方式 | 售後服務 | 關於我們 | 聯繫我們 |
|---|---|---|---|---|---|
| 購物指南 | 簽收說明 | 支付寶支付 | 售後承諾 | 公司簡介 | ☎ (00852)2134-9910 |
| 我的訂單 | 國際信用卡 | 國際信用卡 | 應用安裝 | 公司簡明 | 24小時客服電話 |
| 常見問題 | 配送方式 | 西聯匯款 | 關於退換貨 | 聯繫軟件 | 全球客服中心 |
| 應用入駐 | 配送範圍 | 安全性 | 查詢保修期 | 聯繫支持 | |

Copyright © 2007-2015 遊豪科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED ) All Rights Reserved



**TRANSLATOR CERTIFICATION**

456 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.itvpad.com/blog/blogInfo400.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Essential on your TVpad: Gang Yue Web TV, an awesome APP!!!_TVpad Store

| Log in | Register | I want to promote TVpad. | App Entry | [English] |
|---|---|---|---|---|
| Home | Introduction to TVpad4 | Buy TVpad | Investment | About Us | Fans Community |

Hua Yang Blog

TVpad – TV for overseas Chinese

RSS Feed

Current location --> Home --> Official Blog --> TVpad know-how

| | Blog classification |
|---|---|
| Tag: TVpad smart web OTT box, live broadcast of overseas TV, live broadcast of popular TV dramas, HD live broadcast of sports events, HD TV live broadcast<br><br>Essential on your TVpad: Gang Yue Web TV, an awesome APP!!!<br><br>Source: TVpad   Author: Nicole   Post time: 11:32:11, January 8, 2015<br><br>I have had my TVpad4 for over ten days. I think that TVpad4 is significantly different from previous versions in terms of definition, interface, and remote controller. I prefer Cantonese TV programs, and I bought my TVpad because it provides good specialized Cantonese APPs, and I pay special attention to this aspect. I'd like to share with you my experience of using TVpad4.<br><br>In TVpad4, a new APP, namely, Gang Yue Web TV, is added. This is another specialized APP for TVpad. | All articles [270]<br>TVpad user experience [8]<br>TVpad corporate news [116]<br>TVpad movie & TV information [104]<br>TVpad official activities [18]<br>TVpad know-how [23] |
| I don't know how many people are using this APP. With some distinctive characteristics, it is very similar to Taijie Video in terms of interface and classification. It is integrated with the functions provided by other Cantonese APPs. I even feel that Gang Yue Web TV is more powerful than Yue Hai Broadband, Yue Hai Time-Shift, Gang Yue Kuai Kan, and Yue TV put together. | Popular tags<br>TVpad coupon, TVpad software, TVpad problem<br>TVpad smart network OTT box, CREATE NEW TECHNOLOGY<br>Live broadcast of overseas TV, initial launch of new TVpad4, discount<br>TVpad4 Chinese web TV, live broadcast of popular TV dramas<br>Broadcast of popular music, TVpad Chinese web TV<br>HD live broadcast of sports events, overseas Chinese TV OTT box<br>Free live broadcast of overseas Chinese TV, HD TV broadcast |
| No photo, no truth. First, let's take a look at the APP shown in the following figure: | Hot blogs<br>How to watch TVpad programs on |

Essential on your TVpad: Gang Yue Web TV, an awesome APP!!!_TVpad Store

| | |
|---|---|
| | your iPad… |
| | Total strategy for playing motion-sensing games on a TVpad2 (… |
| | Legal Notice co…… |
| | Analysis of common TVpad problems |
| | Enjoying the Euro 2012 final on TVpad… |

| | |
|---|---|
| As I just mentioned, its interface is very similar to those of other APPs, such as Taijie Video and Aiqiyi. Live broadcast and rebroadcast are its unique features. After all, due to policy restrictions, few of the well-known APPs dare to provide these two functions in mainland China. In contrast, APPs intended for overseas Chinese are not restricted by the policies.<br><br>Program contents<br>On the whole, it provides more programs than those provided by the above-mentioned several Cantonese APPs combined. One of its benefits is that channels can be switched conveniently by using one APP. | |
| Most of the channels broadcast live are HD channels, which are absolutely the favorites of TVB fans. | |

Essential on your TVpad: Gang Yue Web TV, an awesome APP!!!_TVpad Store

The VOD section is divided into TV dramas, Movies and Variety Shows. My favorites are TVB dramas and variety shows, all of which are 1080P HD videos. Compared with other TV boxes, this APP, as the specialized APP of TVpad, has a good reputation. I need more time to know how fast it is updated.

The number of movies needs to be increased. After all, a large number of movies are produced each year. The most important is to allow us to enjoy the latest movies in a timely manner and for free. I hope that TVpad personnel will consider my suggestion.

This is specially provided for those who need to cope with time differences and are busy. It is advisable to add more channels.

Summary:

1. Sufficient functions are provided, with live broadcast, VOD, and rebroadcast integrated.

2. A single APP provides the functions available in several other Cantonese APPs combined. These is no need to download several Cantonese APPs or switch between APPs during watching. Thus, my mother, who keeps asking me for what purposes the many APPs are intended, can easily remember the APP.

3. Most of the resources are recent TV programs and movies. The number of VOD contents it provides is larger than the numbers of VOD contents provided by the other Cantonese APPs combined. Even so, I hope that more contents will be added.

4. Almost all the VOD contents are HD contents. Most of the live broadcast programs are HD programs. In addition, as indicated in the official publicity, the trend is possibly to convert all the programs to HD programs.

5. Channel switching and loading takes two seconds to three seconds (at an Internet access speed of 20 Mbps at my home). This is acceptable.

On the whole, it is convenient to use and provides good experience. TVpad absolutely can consider replacing the other Cantonese APPs with Gang Yue Web TV. It is unnecessary to provide so many APPs, which are rather confusing.

This APP is highly recommended. In particular, in families with elderly people, Gang Yue Web TV makes TV watching much more convenient.

Essential on your TVpad: Gang Yue Web TV, an awesome APP!!!_TVpad Store

| | |
|---|---|
| Posted by: bell \| Category:   TVpad know-how\| Reply:   0 \| Browsed: 964<br><br> Share to:      Copy URL     Facebook    QQ Space<br>Previous article: On January 10, Chinese Men's Football Team, at their first stop…Next article: | |
| All comments<br>Add a comment | |
| Click here to add a comment…<br>Sorry, but you have not logged in.    Log in     Register as a new user<br>Login | |

| Authentic Guarantee | Safe Transaction | Worldwide free shipping | After-sales policy |
|---|---|---|---|
| No            Monthly Fees/Contracts | Secure Payment via a Third-Party     Payment Platform | by DHL/UPS/TNT | 7-day Exchange, 1-year Warranty |

| Help Center | Shipping | Payment | After-sale | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide<br>My Order<br>FAQ<br>App Entry | About Receipt<br>About Tariffs<br>Shipping Mode<br>Shipping Range | Alipay<br>Credit Card<br>Western Union<br>Security | Service<br>Commitment<br>App Installation<br>About Return<br>Check<br>Warrantee | Company<br>Profile<br>Statement<br>Contact Us<br>Media Support | (00852)2134-99<br>10<br>24-hour<br>customer<br>service number<br>Global<br>Customer<br>Service Center |

# EXHIBIT 19

The latest app BETV☐ for TVpad2 released on June 5, 2013_TVpad Mall



Login | Register | 🔍🔟📧💬f

Home    Store    TVpad4    Investment    **TVpad News**



**RSS Feeds**

You are here:--> Home-->Blogs -->TVPAD NEWS -->Tvpad upgrade,TVPAD COUPON,TVPAD EVENT -->The latest app BETV   for TVpad2 released on June 5, 2013

Tags  TVpad upgrade,TVPAD COUPON,TVPAD EVENT

**The latest app BETV   for TVpad2 released on June 5, 2013**

From:TVpad   By:liubj

BETV   is an exclusively designed for overseas Chinese to provide local Chinese TV programming application. A new replay function for BETV   added into TVpad2 with the brand new user interface.

By this new function, users can reply 32+ Chinese (mainland) live channels of BETV at anywhere and anytime to solve time shift issue. It is really good news for users who have much trouble with jet lag that they can optionally choose view history within 72 hrs.

**How to install**   (*Follow screenshots guide below*)

BETV   -Install

*Attention: BETV   is only available for TVpad 3.62 version or higher.*



| Blog Category | |
| --- | --- |
| All articles [20] | |
| TVPAD NEWS [16] | |
| TVPAD INTRODUCE [4] | |

| Hot Tags |
| --- |
| app tvpad4 tvpad hktv HD Live TV TVpad upgrade TVPAD COUPON TVPAD EVENT TVPAD2 TVPAD |

| Hot blogs |
| --- |
| Tons of Apps in …… |
| TVpad Firmware U…… |
| TVpad 2 Reduce S…… |
| Good news for ne…… |
| The New English…… |





EXHIBIT 19

The latest app BETV□ for TVpad2 released on June 5, 2013_TVpad Mall



-TVpad Store- BETV



BETV  -Install



The latest app BETV□ for TVpad2 released on June 5, 2013_TVpad Mall

*At last, enjoy it.*





BETV  , stable, clear and smooth etc have won living overseas Chinese your consistent high praise, covers all news finance, science and technology, sports, drama, children dozens of sets of Chinese channel resources. From now on you can lie on the sofa, with remote control operation, relaxed and comfortable to watch the high quality of Chinese local TV show. Whatever you want, up to you!

Prev Article   Good news fo……          Next Article   New Release ……

Posted by:bell | Category    TVPAD NEWS | Reply    0 | Views    3618

All comments

Leave comments

Sorry, you are current logged out! Login Register

Public

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | |
| My Order | Logistics | Alipay | App Installation | Statement | |
| FAQ | About Tariffs | Western Union | About Return | Contact Us | |
| App Publishing | About Receipt | Security | Check Warranty | Media Support | |



(00852)2134-9910
24 hours customer service
Global Service Center

Copyright © 2007-2015 欣創科技　香港　有限公司　CREATE NEW TECHNOLOGY (HK) LIMITED  All Rights Reserved

# EXHIBIT 20



EXHIBIT 20

**Morningside**
Translations

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/VIDEO.PHP?V=10201248080395719

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| Back to Album | | | | Previous - Next |
| | TVpad [Eternal classic! Review McGrady's 13 points in 35 seconds] "McGrady declared on ESPN that he would formally retire from the NBA". His 13 points in 35 seconds have touched so many people; it was McGrady's most glorious moment. Will such a classic moment be repeated in the NBA? That year, you were _____? Let's review that moment together. | | | Shared with: Public |
| | See Translation | | | Embed Post |
| | August 26, 2013 | | | |
| | Ryan Yap and Ann Lo like this. | Top Comments | | |
| | Ann Lo: I certainly watched that game. It was so breath-taking that my blood pressure soared and my apartment was shaken by my cheers.  Haha, I felt cheerful for several days after. Such wonderful matches often happen in the NBA. Now, my uncle and I often watch the games on CCTV5 and Star Sports, because they provide Chinese commentary. August 26, 2013 at 10:20 pm | | | |
| | TVpad   Thank you for your support. TVpad has been endeavoring to provide better services for each overseas Chinese family. August 26, 2013 at 11:24 pm | | | |
| | Hendrick Lim Hi there, just wondering which APPs can we use to watch NBA? August 26, 2013 at 7:46 pm | | | |
| | TVpad DL the sports online app, watch the cctv5, Guangdong sports…. August 26, 2013 at 11:35 pm | | | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |

TVpad - 中國美食，《舌尖上的中國 2》播放時間表，盒粉趕快搜藏！Foodies，Chinese

Case 2:15-cv-01869-MMM-AJW   Document 23-3   Filed 03/16/15   Page 25 of 190   Page ID
#:811

facebook  **Sign Up**

Email or Phone

Password

Keep me logged in    Forgot your password?

**News Feed**

**TVpad** added 8 new photos.
April 22 ·

中國美食 《舌尖上的中國 2》播放時間表 盒粉趕快搜藏
Foodies  Chinese Cuisine documentary <a bite of china > is coming soon!!!!!!!

See Translation



Like · Comment

Nav Nav, John Shiu, Ray Chuang and 7 others like this.       Top Comments

**Chuen Nin Ip** 如果是講國語的就沒興趣看
April 26 at 12:48pm

  2 Replies

**Jimmy Wong** watched it on youtube 😊😊😊😊
April 22 at 11:08pm

  2 Replies

English (US) · Privacy · Terms · Cookies · Advertising
· More
Facebook © 2014

**TRANSLATOR CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/637604316309012

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

TVpad – Schedule of the Chinese cuisine documentary "A Bite of China". Check it out, fans.    Foodies, Chinese...

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | News Feed | | Keep me logged in | Forgot your password? |
| | | | | English (US) · Privacy · Terms · Cookies · Advertising |
| | TVpad added 8 new photos. | | | · More |
| | April 22 · | | | Facebook © 2014 |
| | Schedule of the Chinese cuisine documentary "A Bite of China". Check it out, fans. Foodies Chinese Cuisine documentary <a bite of china > is coming soon!!!!!!! | | | |
| | See Translation | | | |
| | Footsteps | | | |
| | TVpad | Schedule | Beijing time 04/18/2014 (Friday) | |
| | CCTV-1 | Initial broadcast: 21:00 | Playback:   13:00   the next day | |
| | CCTV-9 | Initial broadcast: 22:00 | Playback: 03:00/06:00/11:30   the next day | |
| | CCTV-2 | Initial broadcast: 23:00 | Playback:   17:35   on Saturday/Sunday | |
| | Passing Down by Heart | Seasons | Home Cooking | |
| | | | | |
| | Like · Comment | | | |
| | Nav Nav, John Shiu, Ray Chuang and 7 others like this. | Top Comments | | |
| | Chuen Nin Ip: If it is in Mandarin, I have no interest in it. April 26 at 12:48pm | | | |
| | 2 Replies | | | |
| | Jimmy Wong watched it on YouTube April 22 at 11:08pm | | | |
| | 2 Replies | | | |

https://www.facebook.com/mytvpad/posts/637604316309012[12/18/2014 7:36:24 PM]





# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/VIDEO.PHP?V=10201117199603781

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

| facebook Sign Up | | | | | Email or Phone | Password | |
|---|---|---|---|---|---|---|---|
| | | | | | Keep me logged in | Forgot your password? | Log In |
| | NG video clips of "Triumph in the Skies 2" | | | | | | |
| | Back to Album | | | | | Previous - Next | |
| | TVpad Good morning. | | | | | Shared with: Public | |
| | See Translation August 6, 2013 | | | | | Embed Post | |
| | Carol Kwan, Chen Sato, Winnle D Meow Meow and 14 others like this. | | | | | | |
| | 1 share | | | | | | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

https://www.facebook.com/video.php?v=10201117199603781 12/17





**TRANSLATOR CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/video.php?v=10200979501161406

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| Back to Album | | | | Previous – Next |
| | TVpad<br>Last night, broadcasting of "Triumph in the Skies 2" started on TVB. The general opinion reflected in the commentaries is that the theme song is far worse than "Songlike Years". Ten years ago, when Eason Chan sang "Songlike Years", the theme song of "Triumph in the Skies 1", this song was considered as a classic like the drama series itself. It was expected that "Songlike Years" would become the theme song of the sequel. However, the new theme song turns out to be sung by George Lam. The fans are very disappointed. Let's enjoy it one more time - "Songlike Years". | | | Shard with: Public |
| | See Translation | | | Embed Post |
| | July 15, 2013 | | | |
| | Jimmy Wong, Ann Lo and 2 others like this. | Top Comments | | |
| | Chee Seng Wong    I don't like the new theme song, I just skipped it.<br>July 16, 2013 at 2:54am | | | |
| | TVpad: Haha, same here.<br>July 16, 2013 at 6:27pm | | | |
| | Jenny Wong This is my next project to be…dedicate my time to watching my tab drams<br>July 15, 2013 at 11:48 pm | | | |
| | TVpad awesome<br>July 16, 2013 at 6:27 m | | | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

https://www.facebook.com/video.php?v=10200979501161406 12/17



**Morningside Translations**

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/VIDEO.PHP?V=10200953503631484

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

| facebook Sign Up | | Email or Phone | Password |
|---|---|---|---|
| | | Keep me logged in | Forgot your password? |
| Back to Album | | | Previous – Next |
| | TVpad | | Shared with: Public |
| | The last episode of #AChangeofHeart will be broadcast tonight. Let us check out the trailer of the last episode. | | Embed Post |
| | See Translation | | |
| | July 11, 2013 | | |
| | Add Lo, chin Yeepei, Kent Hu and 2 others like this. | | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

https://www.facebook.com/video.php?v=10200953503631484 12/17





# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/VIDEO.PHP?V=10200953568433104

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| facebook Sign Up | | | Email or Phone | Password | |
|---|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? | Log In |
| Back to Album | | | | Previous - Next | |
| | TVpad | | | Shared with: Public | |
| | Tonight, the last episode of #AwfullyLawful will also be on. Here is the trailer. | | | Embed Post | |
| | See translation | | | | |
| | July 11, 2013 | | | | |
| | Ann Lo likes this. | | | | |

https://www.facebook.com/video.php?v=10200953568433104 12/17

 **Sign Up**

Email or Phone

Password

☐ Keep me logged in          Forgot your password?

## Timeline Photos

Back to Album · TVpad's Photos · TVpad's Page                    Previous · Next



**TVpad**

【准备好你的TVpad，敬请朋待春节联欢晚会大餐吧！】祝全球的华人华侨们一帆风顺，二龙腾飞，三羊开泰，四季平安，五福临门，六六大顺，七星高照，八方来财，九九同心，十全十美！

See Translation

February 6, 2013

Eric But, Rick Yu and John Shiu like this.

Album: Timeline Photos

Shared with: 🌐 Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

Sign Up    Log In    Mobile    Find Friends    Badges    People    Pages    Places    Games

Locations    About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Terms

Help

Facebook © 2014
English (US)

**Morningside**
Translations

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: February 9, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/442236532512459/?type=1

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad - Timeline Photos | Facebook

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| Timeline Photos | | | | |
| Back to Album · TVpad's Photos · TVpad's Page | | | | Previous · Next |
| | TVpad will provide you with: HD live broadcasting of the Spring Festival Gala for 2013 (the year of the Snake). For overseas Chinese, TVpad will broadcast live the Spring Festival Galas for 2013 of CCTV, major local satellite TV stations of mainland China, TV stations of Hong Kong, and TV stations of Taiwan. | | | |
| | For your elderlies / For your juniors / For your friends — The most hearty care / The best environment for Chinese / The most special gift | | | |
| | TVpad [Get your TVpad ready for the Spring Festival Galas!] Wish all the Chinese around world the best of luck, the most of fortunes, and a safe, smooth-sailing, happy New Year! | | | Album:          Timeline Photos |
| | See Translation | | | Shared with: Public |
| | February 6, 2013 | | | Open Photo Viewer |
| | Eric But, Rick Yu and John Shiu like this. | | | Download |
| | | | | Make Profile Picture |
| | | | | Embed Post |

Within the content cell there is a nested table:

| For your elderlies | For your juniors | For your friends |
|---|---|---|
| The most hearty care | The best environment for Chinese | The most special gift |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)



Sign Up

Email or Phone

Password

Keep me logged in          Forgot your password?

## Timeline Photos

Back to Album · TVpad's Photos · TVpad's Page                                    Previous · Next



**TVpad**
[产品交流] 一齐奥运 人人興奮  TVpad各频道將進行直播 萬勿錯過
http://www.tvpadfans.com/thread-29795-1-1.html

See Translation

July 26, 2012

Wai Man Ho and Ka Shing Wai like this.

Album: Timeline Photos

Shared with:  Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

Sign Up     Log In     Mobile     Find Friends     Badges     People     Pages     Places     Games
Locations     About     Create Ad     Create Page     Developers     Careers     Privacy     Cookies     Terms
Help

Facebook © 2014
English (US)

**Morningside**
Translations

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.1476890753 00541/366014130134700/?type=1

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad - Timeline Photos | Facebook

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| Timeline Photos | | | | |
| Back to Album · TVpad's Photos · TVpad's Page | | | | Previous · Next |
| | 02:15 a m., Friday<br>Large Party for the Opening of the London Olympic Games | | | |
| | TVpad<br>[Product Information Exchange] Each channel of TVpad will broadcast live the exciting Olympic Games. Don't miss it. Please visit the following URL. http://www.tvpadfans.com/thread-29795-1-1 html | | | Album:          Timeline Photos |
| | See Translation | | | Shared with: Public |
| | July 26, 2012 | | | Open Photo Viewer |
| | Wai Man Ho and Ka Shing Wai like this. | | | Download |
| | | | | Make Profile Picture |
| | | | | Embed Post |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

https://www facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/366014130134700/?type=1[12/17/20 14 5:12:51 PM]



Sign Up

Email or Phone

Password

Keep me logged in   Forgot your password?

## Timeline Photos

Back to Album · TVpad's Photos · TVpad's Page

Previous · Next





**TVpad**
TVpad节目预告
3月21日 翡翠台 德國杯准决賽兩場激戰 TVpad無間斷直播 絕對給你好看

See Translation

March 19, 2012

Lala Wu likes this.

Album: Timeline Photos

Shared with: Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

Sign Up   Log In   Mobile   Find Friends   Badges   People   Pages   Places   Games
Locations   About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Terms
Help

Facebook © 2014
English (US)

**Morningside Translations**

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/295169547219159/?type=1

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad - Timeline Photos | Facebook

| facebook Sign Up | | | | Email or Phone | Password |
|---|---|---|---|---|---|
| | | | | Keep me logged in | Forgot your password? |
| Timeline Photos | | | | | |
| Back to Album · TVpad's Photos · TVpad's Page | | | | | Previous · Next |
| | Monchengladbach VS Bayern Munich 02:55 a m., Wednesday | | | | Album:        Timeline Photos |
| | TVpad TVpad program notice On March 21, Jade will broadcast live the two semifinals of DFB-Pokal, and TVpad will broadcast live nonstop, and "show" you a good time! | | | | Shared with: Public |
| | See Translation | | | | Open Photo Viewer |
| | March 19, 2012 | | | | Download |
| | Lala Wu likes this. | | | | Make Profile Picture |
| | | | | | Embed Post |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/295169547219159/?type=1[12/17/2014 5:13:55 PM]



**Email or Phone**

**Password**

☐ Keep me logged in     Forgot your password?

## Timeline Photos

Back to Album · TVpad's Photos · TVpad's Page

Previous · Next







**TVpad**
TVpad节目预告
Mar 24 (SAT)  9:25AM–7:20PM 明珠台《香港國際七人欖球賽2012》關注香港體育賽事 TVpad全
程直播!

See Translation

March 23, 2012

Lala Wu likes this.

Lala Wu 一起来关注吧
March 23, 2012 at 2:55am

Album: Timeline Photos

Shared with: Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

---

Sign Up     Log In     Mobile      Find Friends     Badges      People      Pages      Places     Games

Locations     About     Create Ad     Create Page     Developers     Careers     Privacy     Cookies     Terms

Help

Facebook © 2014
English (US)

# TRANSLATOR CERTIFICATION

**Morningside** Translations

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/297058140363633/?type=1

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad - Timeline Photos | Facebook

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| Timeline Photos | | | | |
| Back to Album · TVpad's Photos · TVpad's Page | | | | Previous · Next |
| | Cathay pacific / HSBC<br>Hong Kong sevens 2012<br>NEXT WEEKEND!<br>FRI night 1:10 highlights<br>SAT 9:25 am live<br>SUN 8:55 am live | | | Album:          Timeline Photos |
| | TVpad<br>TVpad program notice<br>Mar 24 (SAT) 09:25 AM – 7:20 PM: Pearl will broadcast live "Hong Kong Sevens 2012". TVpad brings live coverage of major sports events in Hong Kong, stay tuned! | | | Shared with: Public |
| | See Translation | | | Open Photo Viewer |
| | March 23, 2012 | | | Download |
| | Lala Wu likes this. | | | Make Profile Picture |
| | Lala Wu    Let's watch it.<br>March 23, 2012 at 2:55am | | | Embed Post |

https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/297058140363633/?type=1[12/17/2014 5:13:21 PM]

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

Sign Up

Email or Phone    Password

Keep me logged in    Forgot your password?    Log In

## TVpad's Photos

Back to Album                                                    Previous · Next



**TVpad**
【直播马刺vs热火】抢七战！这时候，比拼的不仅仅是技术、战术，更是两队的意志力，谁对总冠军更加渴望？NBA总决赛历史上第18次抢七战，马刺和热火，谁能站在江湖之巅？我们翘首以盼！
June 20, 2013

Ann Lo likes this.

From: TVpad's Photos in Timeline Photos

Shared with:    Public

Open Photo Viewer
Download
Embed Post

Sign Up    Log In    Mobile    Find Friends    Badges    People    Pages    Places    Games
Locations    About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Terms
Help

Facebook © 2014
English (US)



**TRANSLATOR CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/pb.147689075300541.2207520000.1418662954./496537170415728/?type=3&src=https%3A%2F%2Ffbcdnsphotos...

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

12/15/2014 TVpad TVpad's Photos | Facebook

TVpad's Photos

Back to Album                                                                     Previous · Next

TVpad

[Live coverage of Spurs vs. Heat] This will be the seventh and final game, and the two teams will compete against each other in terms of not only skills and tactics but also willpower. Who are more eager for the Championship? For the 18th time in the history of NBA finals, the seventh game is needed to decide the champions. And this time, who, Spurs or Heat, will be crowned? Let's get excited!

June 20, 2013

Ann Lo likes this.

From: TVpad's Photos in Timeline Photos

Shared with: Public

Open Photo Viewer

Download

Embed Post

Sign Up Log In Mobile Find Friends Badges People Pages Places Games

Locations About Create Ad Create Page Developers Careers Privacy Cookies Terms

Help

Facebook © 2014

English (US)

https://www.facebook.com/mytvpad/photos/pb.147689075300541.2207520000.1418662954./496537170415728/?type=3&src=https%3A%2F%2Ffbcdnsphotos…

**EXHIBIT 21**



EXHIBIT 21











# EXHIBIT 22



EXHIBIT 22



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/VIDEO.PHP?V=10201248080395719

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| TVpad |
| --- |
| August 26, 2013 |
| [Eternal classic! Review McGrady's 13 points in 35 seconds] "McGrady declared on ESPN that he would formally retire from the NBA". His 13 points in 35 seconds have touched so many people; it was McGrady's most glorious moment. Will such a classic moment be repeated in the NBA? That year, you were _____? Let's review that moment together. |

| Ryan Yap and Ann Lo like this. | Top Comments |
| --- | --- |
| Ann Lo: I certainly watched that game. It was so breath-taking that my blood pressure soared and my apartment was shaken by my cheers. Haha, I felt cheerful for several days after. Such wonderful matches often happen in the NBA. Now, my uncle and I often watch the games on CCTV5 and Star Sports, because they provide Chinese commentary. ||
| August 26, 2013 at 10:20 pm ||
| TVpad    Thank you for your support. TVpad has been endeavoring to provide better services for each overseas Chinese family. ||
| August 26, 2013 at 11:24 pm ||
| Hendrick Lim Hi there, just wondering which APPs can we use to watch NBA? ||
| August 26, 2013 at 7:46 pm ||
| TVpad DL the sports online app, watch the cctv5, Guangdong sports…. ||
| August 26, 2013 at 11:35 pm ||

# EXHIBIT 23

 **facebook**　**Sign Up**

Email or Phone　　Password

Keep me logged in　　Forgot your password?

Facebook © 2014

**News Feed**

 **TVpad** added 3 new photos.
June 12 · Edited · 🌐

【世界盃倒計時1天】32強球迷驗證，激情捍衛主場

令眾多球迷熱血沸騰的巴西世界盃僅有1天就將開幕啦。2014年6月12日！巴西聖保羅市！32支隊伍，12個城市的12個場館，64場比賽!帶給自己一份好心情一起期待一起迎接吧!go!go!go!

現今，32強球隊已經陸續抵達巴西備戰，你是屬於哪國的球迷呢？

準備好啤酒、零食，約三五知己，打開TVpad，「零時差、不卡頓、超清晰」，客廳就是你的賽竟場，跟著世界盃腳步一起狂歡一起吶喊吧！

See Translation





Like · Comment

👍 Eric But, Ka Sing Choy, Jennie Loh and 10 others like this.

Top Comments ▾

↪ 1 share

 **BBomi OmiOmi** Anyone knows which app or channel on tvpad is showing the World Cup???
June 12 at 12:29am

 **TVpad** Hi, please try 體育online、BETV.
June 12 at 1:29am

 **Celina Wu** Sorry I can't read Chinese. Which Channel (app) would these matches be shown in tvpad?
👍 2 · June 12 at 12:27am

↪ **2 Replies**

 **Sam Chu** 希望你們可控制好流量吧。很怕中途斷線
👍 4 · June 12 at 1:52am

EXHIBIT 23



Case 2:15-cv-01869-MMM-AJW Document 23-3 Filed 03/16/15 Page 68 of 190 Page ID #:854

**Anna Wu** Celina Wu . All the games free to play on SBS
2 · June 12 at 4:23am

**BBomi OmiOmi** Oh ... On the mandarin channels !! Any Cantonese free coverage for the World Cup ???
1 · June 12 at 1:49am

2 Replies

**Eric Leung** Is it covered all gam ?
1 · June 12 at 1:41am

Show edit history

**Nav Nav** All 64 games will be on CCTV1, CCTV5 & CCTV5+
3 · June 12 at 2:25pm · Edited

**Chin P Siu** the server is not working again ... can't watch world cup !!!
June 14 at 11:25am

**Kelvin Yeung** 粵海寬頻 is down what's going on???/
June 13 at 7:45am

3 Replies

**Ka Sing Choy** OK喇終於可以睇到了 希望一路睇都冇事喇！
June 15 at 3:21pm

**Ka Sing Choy** 開波喇 仲睇唔倒 TVpad點搞呀。唉……
June 14 at 3:12pm

**Ka Sing Choy** 唉！ 部機經常都卡往睇唔倒 怎
June 12 at 6:08pm

**Nav Nav** 如果你部機經常都卡, 可能是罔络的問題. 是否有賞试修改DNS為8.8.8.8?
1 · June 12 at 10:26pm · Edited

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/664505466952230

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

TVpad - [1 day before kickoff of the Word Cup) Faces of the fans of the 32 teams, passionately defending respective team…

| facebook Sign Up | | Email or Phone | Password | Log In |
|---|---|---|---|---|
| | | Keep me logged in | Forgot your password? | |
| | News Feed | | Facebook © 2014 | |
| | TVpad added 3 new photos.<br>June 12 · Edited · | | | |
| | [1 day before kickoff of the Word Cup] Faces of the fans of the 32 teams, passionately supporting their respective teams.<br>The exciting Brazil Word Cup will open in only one day! June 12, 2014! Sao Paulo, Brazil! 32 teams, 12 stadiums in 12 cities, 64 matches! Let's have a good mood, get prepared for and greet the matches! Go! Go! Go!<br>Now, all the 32 teams have arrived in Brazil for preparations. Which team do you support?<br>Get ready beer and snacks; with your parlor as the football field, watch the games using TVpad and chant together with your friends, with "zero time lag, no interruptions, and ultra-high definitions".<br>See Translation | | | |
| | 1 day till the opening of the World Cup on June 12. | | | |
| | Like · Comment | | | |
| | 👍Eric But, Ka Sing Choy, Jennie Loh and 10 others like this. | Top Comments | | |
| | ↪1 share | | | |
| | BBomi OmiOmi Anyone knows which app or channel on tvpad is showing the World Cup???<br>June 12 at 12:29am | | | |
| | TVpad   Hi, please try Sports Online and BETV.<br>June 12 at 1:29am | | | |
| | Celina Wu Sorry I can't read Chinese. Which Channel (app) would these matches be shown in tvpad?<br>👍2 · June 12 at 12:27am<br>↪ 2 Replies | | | |
| | Sam Chu: I hope that the traffic will be controlled well. I am afraid that I may get disconnected when watching a match.<br>👍 4 · June 12 at 1:52am | | | |

TVpad - [1 day before kickoff of the Word Cup] Faces of the fans of the 32 teams, passionately defending respective team…

| | | |
|---|---|---|
| | Anna Wu Celina Wu: All the games free to play on SBS<br>👍 2 · June 12 at 4:23am | |
| | BBomi OmiOmi Oh ... On the mandarin channels !! Any Cantonese free coverage for the World Cup ???<br>👍1 · June 12 at 1:49am<br>➡2 Replies | |
| | Eric Leung Is it covered all games on that channel???<br>👍1 · June 12 at 1:41am | |
| | Show edit history<br>Nav Nav All 64 games will be on CCTV1, CCTV5 & CCTV5+<br>👍3 · June 12 at 2:25pm · Edited | |
| | Chin P Siu the server is not working again ... can't watch world cup !!!<br>June 14 at 11:25am | |
| | Kelvin Yeung: Yue Hai Broadband is down. What's going on???<br>June 13 at 7:45am | |
| | ↩ 3 Replies | |
| | Ka Sing Choy   OK. Finally, I can watch the matches now. Hope that I will be able to watch all the matches without problem.<br>June 15 at 3:21pm | |
| | Ka Sing Choy   The matches have been started, but I still cannot watch any matches. What is wrong with TVpad? Alas…<br>June 14 at 3:12pm | |
| | Ka Sing Choy   Alas, the video on my device always gets stuck. How can I watch the matches?<br>June 12 at 6:08pm | |
| | Nav Nav: If the video on your device often gets stuck, that may be a network problem. You can change the DNS address to 8.8.8.8 and try again.<br>👍1 · June 12 at 10:26pm · Edited | |

https://www.facebook.com/...184814060_2108933747_n.jpg%3Foh%3D2787e691200c8749d4a3913889eaeeae%26oe%3D5500
F4A7&size=195%2C394&fbid=485887184814060[12/17/2014 12:22:54 PM]

https://www.facebook.com/mytvpad/posts/664505466952230[12/17/2014 4:38:03 PM]

# EXHIBIT 24

facebook   **Sign Up**

Email or Phone        Password

Keep me logged in        Forgot your password?

## Timeline Photos

**Back to Album** · **TVpad's Photos** · **TVpad's Page**                 Previous · Next



**TVpad**
【New Arrival-TVpad3】小夥伴們，土豪們，全球華人家庭最受追捧的電視盒發佈新品啦！TVpad3隆重上市，邀你來嘗新！ http://www.itvpad.com/

See Translation

October 12, 2013

Carol Ton, So Live, Steve Huynh and 7 others like this.        Top Comments ▾

**Kiko Leung** Which tvpad is can see tvb day and night and 12 hour back and tvb drama o
November 3, 2013 at 5:43pm

> **TVpad** Could download three party applications from TVpad store for this case 🙂 have a nice day
> November 3, 2013 at 6:47pm · Edited

**T-Ling Fang** 相較於消費者，貴公司對新舊（TVPAD 2 & TVPAD3）產品的差異性應該更嚴若指掌，且應可輕易點出 … 未能於新品推出之第一時間的官網清楚說明或列表，已讓人失望 … 現有顧客點出並提出『產品說明』之基本服務要求，卻仍給予制式的官腔回覆 … 這樣好嗎？
October 21, 2013 at 1:45am

💬 **3 Replies**

**Ann Lo** 請介紹一下功能，官網沒有詳加說明. thanks
October 12, 2013 at 8:41pm

> **TVpad** 請訪問專題頁面http://www.itvpad.com/tvpadzt.html
>
> 
>
> **TVpad2**定制版智能系統网络智能机頂盒
>
> ITVPAD.COM

---

Album: **Timeline Photos**

Shared with:  🌐 Public

**Open Photo Viewer**
**Download**
**Make Profile Picture**
**Embed Post**

**EXHIBIT 24**

TVpad - Timeline Photos | Facebook

October 14, 2013 at 2:38am

**Mic Mok** damn i juz bought tvpad 2 not long ago
October 12, 2013 at 5:05am

**TVpad** you can directly contact customer service for exchange requirements. thx.
October 14, 2013 at 2:45am

**Huỳnh Lệ Nghi** JyJy Shaw 买啦
October 12, 2013 at 4:42am

💬 2 Replies

**Cindy Sun** 請問Malaysia 幾時才有。價錢多少一個
October 12, 2013 at 7:22am

**TVpad** 現在隨時都可以買啦，官方購買地址http://www.itvpad.com/tvpadzt.html，不要忘記使用我們facebook用戶專用禮品碼A999，有新品大禮包送哦!



TVpad2定制版智能系统网络智能机顶盒

ITVPAD.COM

October 14, 2013 at 2:48am

**Shuang Jiang** Hi, How does the VOIP work? Do you get a local telephone number for the phone and then work as a home phone? or you can only call people who are also using TVPad?
October 28, 2013 at 1:03pm

**Wanli Yu Fakinos** 我剛买的TVpad2才一个月，这就出3了，叫我情何以堪阿...... 😟
October 14, 2013 at 5:29am

**Man Lui** 換款換得快過iphone! 仲諗緊好唔好買tvpad 2 之時, 已經出3! 😮
October 13, 2013 at 12:40pm

**Mark Yang** 哎，刚刚买2你地就出TVpad3～!
October 12, 2013 at 3:42am

**Samuel Liang** What is the difference with 2
October 12, 2013 at 5:13am

Sign Up        Log In        Mobile        Find Friends        Badges        People        Pages        Places        Games
Locations      About         Create Ad     Create Page                 Careers      Privacy      Cookies       Terms
Help

Facebook © 2014
English (US)

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/547169388685839/?type=1

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad - Timeline Photos | Facebook

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| Timeline Photos Back to Album · TVpad's Photos · TVpad's Page | | | | Previous · Next |
| | New TVpad3 launched. No monthly fee. Once purchased, always free! Chinese TV preferred by millions of Chinese families. Preferential price: $259 Retail price: $329 Buy now. | | | |
| | TVpad [New Arrival-TVpad3] Hi, guys, the new product, most popular with the Chinese around the world, has been launched! TVpad3 has been put on the market, and you are invited to try it. For details about the product, visit http://www.itvpad.com. See Translation October 12, 2013 | | | Album: Timeline Photos Shared with: Open Photo Viewer Download Make Profile Picture Embed Post Public |
| | Carol Ton, So Live, Steve Huynh and 7 others like this. | Top Comments | | |
| | Kiko Leung Which tvpad is can see tvb day and night and 12 hour back and tvb drama o November 3, 2013 at 5:43pm | | | |
| | TVpad Could download three party applications from TVpad store for this case have a nice day November 3, 2013 at 6:47pm · Edited | | | |
| | T-Ling Fang  Compared with the consumers, the company has a much better understanding of the differences between the old and new products (TVpad 2 and TVpad3) and can easily point out the differences. It is disappointing enough that your company failed to clearly describe or list the differences on your official website immediately after the new product was launched. When the customer asked for the basic function description that should be provided in the Product Specification, you still gave a perfunctory reply. Is it a good idea? October 21, 2013 at 1:45am | | | |
| | 3 Replies | | | |
| | Ann Lo   The functions of the product are not described in detail on the official website. Please introduce its functions. thanks October 12, 2013 at 8:41pm | | | |
| | TVpad  For details, please visit the special topic page at http://www.itvpad.com/tvpadzt.html. | | | |
| | TVpad2 – Custom smart network OTT box | | | |
| | ITVPAD.COM | | | |
| | October 14, 2013 at 2:38am | | | |

TVpad - Timeline Photos | Facebook

| | | |
|---|---|---|
| | Mic Mok damn I just bought tvpad 2 not long ago<br>October 12, 2013 at 5:05am | |
| | TVpad you can directly contact customer service for exchange requirements. thx.<br>October 14, 2013 at 2:45am | |
| | Huỳnh Lệ Nghi JyJy Shaw   I bought it.<br>October 12, 2013 at 4:42am | |
| | 2 Replies | |
| | Cindy Sun   When will the product be available in Malaysia? How much is it?<br>October 12, 2013 at 7:22am | |
| | You can buy TVpad anytime, on the official purchase website at http://www.itvpad.com/tvpadzt.html. Don't forget to use the gift code A999 for Facebook users. We will give away large present packages for the new product. | |
| | TVpad2 – Custom smart network OTT box | |
| | ITVPAD.COM | |
| | October 14, 2013 at 2:48am | |
| | Shuang Jiang Hi, How does the VOIP work? Do you get a local telephone number for the phone and then work as a home phone? or you can only call people who are also using TVPad?<br>October 28, 2013 at 1:03pm | |
| | Wanli Yu Fakinos   I bought a TVpad2 just one month ago, and TVpad3 has been lunched. What can I do?<br>October 14, 2013 at 5:29am | |
| | Man Lui   The product has been upgraded more frequently than iPhone!   When I am still considering whether I need to buy a TVpad2, TVpad3 has been launched!<br>October 13, 2013 at 12:40pm | |
| | Mark Yang   Alas, I bought my TVpad2 not long ago, and TVpad3 has been launched!<br>October 12, 2013 at 3:42am | |
| | Samuel Liang What is the difference with 2<br>October 12, 2013 at 5:13am | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

TVpad - Timeline Photos | Facebook

https://www.facebook.com/...184814060_2108933747_n.jpg%3Foh%3D2787e691200c8749d4a3913889eaeeae%26oe%3D5500F4A7&size=195%2C394&fbid=485887184814060[12/17/2014 12:22:54 PM]

# EXHIBIT 25

facebook Sign Up

Email or Phone
Password
Keep me logged in
Forgot your password?

## News Feed

**Edmund Tan** ▸ **TVpad**
December 15 at 8:48am ·

TV pad2 not streaming TVB series today. Please sort it out!!!

Like · Comment · Share

Rhoda Wong likes this.

Top Comments

**TVpad** please msg me which drama did you watch and your mac no.(at the back of device)
15 hrs

**Edmund Tan** Happy to say it is working today. On Monday we were trying to watch TVB Love come home and Over Achievers. The Bit rate was "0".
7 hrs

English (US) · Privacy · Terms · Cookies · Advertising · More

Facebook © 2014

EXHIBIT 25

# EXHIBIT 26

Simon Lee - Did TvPad sign contract with TVB, so customers



Email or Phone          Password

Keep me logged in          Forgot your password?

**News Feed**

English (US) · Privacy · Terms · Cookies · Advertising
· More ▾
Facebook © 2015



**Simon Lee** ▸ **TVpad**
January 6 at 4:03pm · 🌐

Did TvPad sign contract with TVB, so customers can watch TVB programs
LEGALLY?

Like · Comment · Share

**TVpad** It is legal to watch HK channel in TVpad, no worry.
January 7 at 6:00pm

EXHIBIT 26

# EXHIBIT 27



★ ⊙ ⊛ f                                    登錄  註冊  🚩  | 我要推廣TVpad | 應用入駐 | [English]

**TVpad官網**     首頁   TVpad4介紹   購買TVpad   招商合作   關於我們   Fans社區          [ TVpad4    🔍 ]



---

## TVpad產品專區/product                                      更多>>



TVpad4 GCN版 高清中港臺
APP一網打盡 全面升級智能機
頂盒（型號M418）！

**USD 299.0** ⚫



TVpad4 GCN版 2臺套餐 高清
中港臺APP一網打盡

**USD 579.0** ⚫



TVpad4 GCN版 3臺套餐 高清
中港臺APP一網打盡

**USD 859.0** ⚫



TVpad4 CN版 国语用户专享
全新智能机顶盒（型号M418）

**USD 199.0** ⚫

---

─── **TVpad用戶體驗**/news ───        更多>>        **TVpad視頻展播**

EXHIBIT 27

◎ **TVpad官方網站聲明 NEW**                                        2014-12-19

為了更好的保護用戶權益，TVpad商城特此鄭重聲明

◎ **【用戶評測】小盒子，大精彩，TVpad4搶先評測**                      2014-12-17

新買的TVPAD4今天到貨了，到作為一直在使用atv,小米盒子。TVpad3的電視

◎ **粉絲支招：TVpad不翻牆不搞VPN輕鬆看HKTV的攻略**                   2014-12-11

TVpad4中文電視盒子，HKTV破解版APP的安裝攻略



 **正品保證**
0月租

 **交易保障**
第三方支付平臺

 **DHL/UPS/TNT**
全球範圍安全放心

 **售後政策**
質量問題7天退換1年保修

**幫助中心**  **物流配送**  **支付方式**  **售後服務**  **關於我們**  **聯繫我們**

購物指南    簽收說明    支付寶支付   售後承諾    公司簡介     **(00852)2134-9910**
我的訂單    關稅說明    國際信用卡   應用安裝    公司聲明              24小時客服電話
常見問題    配送方式    西聯匯款    關於退換貨   聯繫我們              全球客服中心
應用入駐    配送範圍    安全性     查詢保修期   媒體支持

Copyright © 2007-2015 啟創科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED）All Rights Reserved

**Morningside**
Translations

**TRANSLATOR CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.itvpad.com/index.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

TVpad – HD Live Chinese TV for Overseas Chinese—TVpad Official Store

| [English] | Login | Register | I want to promote TVpad. | App Entry |
|-----------|-------|----------|--------------------------|-----------|

| Home | Introduction to TVpad4 | Buy TVpad | Investment | About Us | Fans Community |
|------|------------------------|-----------|------------|----------|----------------|

CN version

Only 300 quotas

Let's enjoy it together.

Buy it at only $99.

January 14, 2015 – January 20, 2015

Discounted price: $99

TVpad Product Section/product

More >>

| Hot-selling | Two-set package | Three-set package | New product |
|-------------|-----------------|-------------------|-------------|
| TVpad4 GCN version, providing all the HD APPs of mainland China, Hong Kong, and Taiwan, fully upgraded smart streaming box (model: M418)! USD 299.0 | TVpad4 GCN version, two-set package, providing all the HD APPs of mainland China, Hong Kong, and Taiwan USD 579.0 | TVpad4 GCN version, three-set package, providing all the HD APPs of mainland China, Hong Kong, and Taiwan USD 859.0 | TVpad4 CN version, entirely new smart streaming box (model: M418) exclusively for mandarin-speaking customers USD 199.0 |
| TVpad user experience/news | | More >> | TVpad video demonstration |

TVpad – HD Live Chinese TV for Overseas Chinese—TVpad Official Store

| | | |
|---|---|---|
| Statement of TVpad's official website. NEW<br>To better protect user rights and interests, TVpad Store hereby declares that… | 2014-12-19 | |
| [Evaluation by user] Great wonderfulness in a small box – TVpad4 evaluation.<br>Today, I received the new TVpad4 I just bought. Previously, I had used a Xiaomi box to watch ATV programs. The TV programs available on TVpad3… | 2014-12-17 | |
| Tips given by TVpad fans: Strategy of easily watching HKTV on TVpad without firewall bypassing or VPN setting.<br>How to install a TVpad4 Chinese TV streaming box and the cracked version of HKTV. | 2014-12-11 | |

| Authentic Guarantee | Safe Transaction | Worldwide free shipping | After-sales policy |
|---|---|---|---|
| No Monthly Fees/Contracts | Secure Payment via a Third-Party Payment Platform | by DHL/UPS/TNT | 7-day exchange, 1-year warranty |

| Help Center | Shipping | Payment | After-sale | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide<br>My Order<br>FAQ<br>App Entry | About Receipt<br>About Tariffs<br>Shipping Mode<br>Shipping Range | Alipay<br>Credit Card<br>Western Union<br>Security | Service<br>Commitment<br>App Installation<br>About Return<br>Check<br>Warrantee | Company<br>Profile<br>Statement<br>Contact Us<br>Media Support | (00852)2134-9910<br>24-hour customer service number<br>Global Customer Service Center |

**EXHIBIT 28**

TVpad Fans 社区——互助分享，让我们一起玩转TVpad!

设为首页 收藏本站

# TVpadFans

用QQ帐号登录
只需一步，快速开始

用户名
☐ 自动登录    找回密码
密码
登录    立即注册

论坛    TVpad产品区    App内容区    盒粉交流区    问题反馈    购买TVpad    TVpad 招商

快捷导航 ▼

请输入搜索内容    搜索 ▼        热搜： TVpad2  TVpad  wifi设置  使用心得  BETV  海外华人看中文电视

🏠 | 论坛



盒子买的好
直播看的爽

## 热门贴

○ 诚邀各位TVpadfans加入TVpad官方内测组
○ **TVpad4-V5.036固件版本升级说明**
○ 【首发免费】免单战队集结完毕！！
○ 哇塞！~广东体育频道的测试版清晰度很高啊！
○ 教你如何一部TVpad可以同时观看2个不同频道
○ TVPAD4問題研討
○ 随街有得睇！TVpad不翻墙不搞VPN轻松看HKTV
○ 新一代Tvpad4大不同
○ 收到奖品TVpad后的操作体验分享（补图）
○ **关于TVpad官方商城授權聲明**

## 精华帖

○ TVPAD必裝：港粵網絡電視，秒殺其他任何電
○ 官方视频：小有惊喜，TVpad4开箱
○ 官方教程：TVpad4安装视频
○ **【研发心声】5年500人只铸造一件艺术品**
○ How to play TVpad on iPad
○ TVpad4应用商城：HOT韓劇社全新上线
○ TVpad2的xx工具，有兴趣的可以进来看看
○ **【本版版规】新手必看！！！！**
○ TVpad4開箱咯~~ 小編極力推薦(第二週板評測)
○ TVpad 韓文版，你可能不知道的新大陸！！

📊 今日: 149 | 昨日: 1371 | 帖子: 100354 | 会员: 287033 | 欢迎新会员: GabrielarHon

查看新帖

### 新手区    —

新手报到/版规学习区 (30)
版主: admin

1191 / 59127    合肥代开广告费发票 ...
半小时前 ummep

### TVpad产品区    —

**TVpad产品交流区 (10)**
此版块仅供TVpad产品交流，产品资讯分享。
版主: brightlook, fengld821

1060 / 12428    2月2日德法瑞4国11天，一价全 ...
半小时前 zimu860

**TVpad活动专区 (7)**
TVpad活动发布，产品动态，T币竞拍活动等。
版主: xiaoling0127

122 / 3969    滨海新区塘沽四季雅苑宠物医院emm ...
昨天 15:36 蓝蓝天上zre

**TVpad招商专区 (43)**
子版块: 招商咨询
版主: 致命罗密欧

141 / 417    武汉代开咨询费发票 ...
1 小时前 ummep

**TVpad问题求助&客服 (21)**

1  2  3  4  5

内测组招募
TVpad4  第1期

开年福利：内测组开放招募

**最新主题**

● (TVpad4全球首發預熱中)老用    80
● 2015年1月14日签到记录贴！    50
● Test, just a test    13
● 代开建筑劳务费发票135-0302-    8
● 诶哟，天气不错哦！1824    10
● 诶哟，天气不错哦！1413    27
● 湖北代开餐饮费发票135-0302-    9
● 诶哟，天气不错哦！0807    9
● 2015年1月13日签到记录贴！    127

EXHIBIT 28



TVpad用户问题求助，客服答疑。
版主：。残月。|

1357 / 8015   2月2日德法意瑞4国11天，一价全 ...
1 分钟前 zimu860

◇ TV pad 3 悉尼地区 为何        122

## 一日之星

1 🏆 TVgeek                      2
2 🟥 lexbewwbces                1
2 🟪 jdyj6560                    1
4 📷 wxfxorfadfo                 1

## App内容区                                  —

**App内容交流区** (7)
寻找最新应用，解决App观看问题，点播直播内
容讨论。
版主：传奇, frank

1427 / 10869   和静哪里有虎头鹰牌双管猎 鎗152 ...
2 小时前 国尼阿



🐦 微博

TVpad 香港
➕加关注

**体育赛事** (1)
赛事分享，讨论，以及观看比赛APP讨论。
版主：hicuagain, edwin0108, admin

99 / 545   诶昀，天气不错哦！0594 ...
昨天 12:53 blovdxgm

#亚洲杯#国足加油，盒子选的好，
直播看的爽！TVpad移动商城1#周
年店庆#，扫码下单立减＄20！！
转发有惊喜哦~~

**影содерж视交流** (7)
影视，音乐，电视剧，综合类内容分享，以及
APP分享讨论。

603 / 1117   办/证 Q:746662507
1 小时前 cxzj988



## TVpad盒粉交流区                            —

**TVpadfans灌水茶楼** (18)
版主：candice

442 / 1630   代开徐州差旅费发票 ...
19 分钟前 ummep

1月13日 16:03    转发 | 评论

TA 的粉丝 (3131)             全部»

## 站务管理区                                  —

**版务办公室** (3)
主题：47, 帖数：87
最后发表：昨天 16:26

**投诉建议区** (2)
主题：358, 帖数：2063
最后发表：昨天 18:14

百豆可可   叮BO-   老张—泡

## TVpad 强大的后盾支持

     

在线会员 - 总计 325 人在线 - 最高记录是 5379 于 2013-1-28.

facebook



>>>友情链接申

Powered by **Discuz!** X2
© 2001-2011 Comsenz Inc.

Archiver | 手机版 | **TVpad Fans**

GMT+8, 2015-3-14 02:47, Processed in 0.030792 second(s), 12 queries.

**Morningside Translations**

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/forum.php

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

TVpad Fans Community —— Help and share; let's enjoy TVpad together!

| Set as homepage | Add the website to favorites. | | | Login with my QQ account. | | | | |
| Only one step away. Quick start. | User name Password | | | Automatic login Log in | Retrieve password Register now | | | |
| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | | Fast Navigation |

Please enter the content to be searched.    This forum    Search    Popular search: TVpad2, TVpad, wifi setting, use experience, BETV, overseas Chinese watch Chinese TV programs

Forum
Ideal TV box for wonderful experience of live broadcasting.

| | Popular posts | Select posts |
|---|---|---|
| | ○ TVpad fans are sincerely invited to join the official TVpad4 internal test group.<br>○ Explanations on the upgrade of TVpad4-V5.036 firmware<br>○ [Initial release without order placement] The order-free team has been rallied!<br>○ Wow, the definition of the test version of GDTV Sports is very high!<br>○ How to concurrently watch two different channels on one TVpad<br>○ Discussion on TVpad4 problems<br>○ Available for watching everywhere! Strategy of easily watching HKTV on TVpad without firewall bypassing or VPN setting.<br>○ New-generation TVpad4 truly unique<br>○ Sharing of the experience of operating the TVpad4 received as a prize (photos supplemented)<br>○ Authorization statement of the TVpad official mall | ○ Essential on your TVpad: Gang Yue Web TV, which outperforms any other Cantonese…<br>○ Official video: A pleasant surprise: TVpad4 Unpacking.<br>○ Official course: Video showing how to install a TVpad4.<br>○ [R&D thinking] 500 persons cultivating a work of art for five years<br>○ How to play TVPad on iPad<br>○ TVpad4 AppStore: Launch of the entirely new HOT Korean TV drams<br>○ Xx tool for TVpad2. If you are interested in it, come in and have a try.<br>○ [Rules of this forum] Newcomers must take a look!!!<br>○ TVpad4 unpacking~~ Strongly recommended (evaluation for week 2)<br>○ TVpad of Korean version, a New World of which you may not know!! |

| Today: 149 | Yesterday: 1371 | Posts: 100354 | Members: 287033 | Welcome our new member: GabrielarHon | View new posts |
|---|---|---|---|---|---|
| Newcomer Section | | | | Recruitment for the internal test group | |
| Section for Arrival Reporting/Understanding of the Forum Rules by Newcomers (30)<br>Moderator: admin | 1191 / 59127 | | Issuance of invoices for advertisement fees in Hefei<br>Half an hour ago by ummep | TVpad issue 1 | |
| TVpad Product Section | | | | New Year benefit: Recruitment started for the internal test group. | |
| TVpad Product Info Exchange Section (10)<br>This forum is intended only for exchanging information on TVpad products and sharing TVpad use experiences. | 1060 / 12428 | | On February 2, for four countries, namely, Germany, France, Italy, and Switzerland, for even days, a single | Latest topic | |

TVpad Fans Community —— Help and share; let's enjoy TVpad together!

| | | | | |
|---|---|---|---|---|
| Moderators: brightlook, fengld821 | | price…Half an hour by zimu860 | | |
| TVpad Activity Section (7) Announcement of TVpad activities, product developments, T coin auction, etc. Moderator: xiaoling0127 | 122 / 3969 | The Si Ji Ya Yuan pet hospital in the Bin Hai New Zone in Tanggu is… 15:36, yesterday, by Lan Lan Tian Shang zre | (Preparation for the initial launch of TVpad4 around the world). Our old customers… | 80 |
| | | | Post for the sign-in record for January 14, 2015 | 50 |
| TVpad Investment Section (43) Subsection:   Investment consultation Moderator: Lethal Romeo | 141 / 417 | Issuance of invoices for consultation fees in Wuhan… One hour ago by ummep | Test, just a test | 13 |
| | | | Issuance of invoices for labor service fees in Fujian 135-0302-… | 8 |
| TVpad Help & Customer Service (21) Help for TVpad users, replies by the customer service personnel to questions. Moderator: Can Yue | 1357 / 8015 | On February 2, for four countries: Germany, France, Italy, and Switzerland, for even days, a single price… One minute ago by zimu860 | Wow, nice weather! 1824 | 10 |
| | | | Wow, nice weather! 1413 | 27 |
| | | | Issuance of invoices for catering fees in Hubei 135-0302-… | 9 |
| | | | Wow, nice weather! 0807 | 9 |
| | | | Post for the sign-in record for January 13, 2015 | 127 |
| | | | TV pad 3: In Sydney, why… | 122 |

TVpad Fans Community —— Help and share; let's enjoy TVpad together!

| App Content Section | | | Star of the Day | | | |
|---|---|---|---|---|---|---|
| App Content Exchange Section (7) Looking for the latest apps, solving the problems encountered in TV watching with the apps, and discussing VOD and live broadcast contents. Moderator: Legend, frank | 1427 / 10869 | Hejing, where are Tiger Head and Eagle brand double-barreled sporting guns 152 are available... Two hours ago by Guo Ni A | 1 | TVgeek | 2 | |
| | | | 2 | lexbewwbces | 1 | |
| | | | 3 | jdyj6560 | 1 | |
| | | | 4 | wxfxorfadfo | 1 | |
| Sports Events (1) Sharing and discussions of sports events, discussions of the apps used to watch matches. Moderators: hicuagain, edwin0108, admin | 99 / 545 | Wow, nice weather! 0594 ... 12:53, yesterday, by blovdxgm | Microblog TVpad HK Follow | | | |
| Audio & Video (7) Sharing of movies, TV programs, music, TV dramas, variety shows contents, and APP sharing and discussion. | 603 / 1117 | Credentials Q:746662507 One hour ago by cxzj988 | #Asian Cup#Go, China! The box is ideal for watching live broadcast! TVpad Mobile Store 1#Store anniversary celebration#Scan the code to place an order and have a $ 20 discount!! Forward the message to have a pleasant surprise. | | | |
| TVpad Fans Exchange Section | | | Store anniversary celebration Instant $20 discount | | | |
| TVpadfans Chat (18) Moderator: candice | 442 / 1630 | Issuance of invoices for travel expenditures in Xuzhou 19 minutes ago by ummep | 16:03, January 13 | Forward | Comment | |
| Site Affairs Management Section | | | His (her) fans (3131) | All » | | |
| Forum Affairs Office (3) Topics: 47. Posts: 87 Last posted at:   16:26, yesterday | Complaint and Suggestion Section (2) Topics: 358. Posts: 2063 Last posted at:   18:14, yesterday | | Bai Dou Ke Ke | Ah BO- | Lao Zhang -- Pao | |
| Powerful support for TVpad | | | | | | |
| Online members – A total 325 members online. – Highest record, 5379, on January 28, 2013. | | | | | | |
| >>> Links to friends | | | | | | |

| Powered by Discuz! X2 © 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans GMT+8, 2015-1-14 02:47 , Processed in 0.030792 second(s), 12 queries . |
|---|---|

# EXHIBIT 29

新一代TVpad4大不同 - TVpad产业交流区 - TVpadfans

设为首页　收藏本站



用户名　[　　　　　] □ 自动登录　找回密码

用QQ帐号登录

只需一步，快捷登录　密码　[　　　　　]　[登录]　立即注册

| 论坛 | TVpad产品区 | App内容区 | 盒粉交流区 | 问题反馈 | 购买TVpad | TVpad 招商 | 快捷导航 |

请输入搜索内容　　　　　　本版 [搜索]　热搜：TVpad2 TVpad wifi设置 使用心得 BETV

论坛　TVpad产品区　TVpad产品交流区　新一代TVpad4大不同

[发帖 ▼]　　　　　　　　　　　　　　　　　[返回列表] [1] [2] [下一页]

查看: 2387 | 回复: 16

admin

[产品交流] 新一代TVpad4大不同 [复制链接]

发表于 2014-12-1 10:34:54 | 只看该作者 | 倒序浏览　　　　　分享到　　精华　　关注　电梯直达 🔧

管理员
😆😆⭐

TA的每日心情
奋斗
昨天 18:14

签到天数: 105 天
[LV.6]常住居民II

[串个门] [加好友]
[打招呼] [发消息]

新一代TVpad4大不同

备受期待的TVpad4终于上市，很多TVpad的粉丝们这几天一直在说一个问题，说TVpad4与其他盒子比有何不同，甚至跟上一代的TVpad3有什么创新或者突破，到底有多牛x，下面就让小编来给大家整理，整理，希望对大家了解TVpad4有好处。（为了跟更形象直观，我直接用对比形势来展示给大家看）

1、首先咱来看一下外观：



TVpad4比起其他盒子更纤薄、更轻巧、更圆润、更精致。

2、播放更清晰了，TVpad4采用最新的H.265高清解码技术，什么叫H.265技术，这个直接看图更能明白。









H.265视频编码技术首次尝试海外中文盒子商业化，实属国际领先水平。
H.265技术下TVpad4播放1080P超高清播放效果，比TVpad3的画质清晰不少。

EXHIBIT 29

3、顶配硬件

内芯强劲，才够持久动力

| 品牌 | TVpad4 | 某米 | 某模仿品牌 |
|---|---|---|---|
| CPU | 四核 | 双核 | 双核 |

四核CPU，操作反应、视频播放处理速度秒杀同行，加之首款使用H.265技术的盒子，播放，不卡机，体验飞起来！！！

4、UI界面对比



UI越来越人性化，操作更实用、更高效简单，切换速度极快。

5、节目内容（这个是最牛x之处，其他地方完全没有）





直播：



港台剧都正常播放
300多个国内台+40多个港台直播
国内盒子受限政策因素，不支持直播功能，海外同类盒子收费或少量直播台



点播：
覆盖中、港、台、美、日、韩等几乎所有热门经典电影、电视剧，以及新闻、体育、娱乐节目。



时移：
国内盒子受限政策因素，不支持时移功能，海外同类盒子少有时移功能。

6、特有直播APP



独家拥有粤海宽频、粤海宽频2、粤海时移、港粤快看等10余个APP。
最近最火的HKTV？？看图有惊喜~



更多精彩，请购买体验..........

本主题由 candice 于 7 天前 提升

分享到：　QQ空间　腾讯微博　腾讯朋友

分享 0　收藏 0　支持 0　反对 0

做人不能太红X字，所以我来签到了

使用道具　举报

hicuagain

发表于 2014-12-1 11:10:54 | 只看该作者　　　　　　　　　　　　沙发

哇~~ TVpad4的频道有300多个国内台+40多个港台直播! 这要比TVpad3的可视资源增加了不知道多少倍！！！



顶TVpad！！！！！！~~~

金牌会员



TA的每日心情
开心
21 小时前

签到天数: 928 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

天天都有好心情！

举报

cheungyingfun

发表于 2014-12-1 11:13:07 | 只看该作者　　　　　　　　　　板凳

加顶TVpad




中级会员



TA的每日心情
开心
23 小时前

签到天数: 922 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

kl789456

发表于 2014-12-1 11:29:16 | 只看该作者　　　　　　　　　　地板

great.. new tvpad4


中级会员

TA的每日心情
开心
13 小时前

签到天数: 346 天
[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

携带好一天的好心情，汇入TVpadfans滴滴滚滚洪流

举报



kl789456

中级会员
🌙⭐

TA的每日心情
开心
13 小时前

签到天数: 346 天
[LV.8]以坛为家I

串个门   加好友
打招呼   发消息

发表于 2014-12-1 12:31:48 | 只看该作者          5#

what is the channel list?? can provide?

携带好一天的好心情，汇入TVpadfans滴滚滚洪流

举报

yuanbo1998

新手上路
⭐
该用户从未签到

串个门   加好友
打招呼   发消息

发表于 2014-12-1 12:55:58 | 只看该作者          6#

刚买TVPAD3！

举报

Dxxiaofeng

新手上路
⭐

TA的每日心情
难过
10 小时前

签到天数: 10 天
[LV.3]偶尔看看II

串个门   加好友
打招呼   发消息

发表于 2014-12-1 13:14:23 | 只看该作者          7#

great. 支持

做人不能太红X字，所以我来签到 ...



傳团

举报

发表于 2014-12-1 14:39:19 | 只看该作者    8#

國內300+頻道可以正常播放嗎？可以3天或者7天回放嗎？
有釣魚頻道嗎？謝謝·

金牌会员

TA的每日心情
擦汗
11 小时前

签到天数: 795 天
[LV.10]以坛为家Ⅲ

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

tanjerome

发表于 2014-12-1 23:44:21 | 只看该作者    9#

顶TVpad!买TVPAD4！

中级会员

TA的每日心情
郁闷
23 小时前

签到天数: 156 天
[LV.7]常住居民Ⅲ

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

edwin0108

发表于 7 天前 | 只看该作者    10#

我個人還是看直播居多, 在youtube看到換臺速度很快 估計是換格式了.支持Tvpad:DDD

關注一下小編新開通的facebook page, 第一手最新消息 隨時有驚喜喔:D
https://www.facebook.com/pages/TVpad-Overseas-Page/551670044970177

超级版主



TA的每日心情

开心
16 小时前

签到天数: 1063 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

发帖

返回列表　| 1 | 2 | 下一页



高级模式

您需要登录后才可以回帖 登录 | 立即注册　用QQ帐号登录

发表回复　☐ 回帖后跳转到最后一页

Powered by Discuz! X2
© 2001-2011 Comsenz Inc.

Archiver | 手机版 | TVpad Fans
GMT+8, 2014-12-9 23:26 , Processed in 0.059653 second(s), 25 queries .



9450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread271105-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Set as homepage.
Bookmark this page.

Login with my QQ account

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Only one step away. Quick start. | User name | | Automatic login | Retrieve password |
| | | | | Password | | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched.

This forum    Search    Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Product Exchange Section | New-Generation TVpad4 Truly Unique |

Write a post

Return to the list.    1, 2    Next page

| Views: 2387 | Replies: 16 | [Product Information Exchange] New-Generation TVpad4 Truly Unique [copy link] | | |
|---|---|---|---|---|
| admin | | Posted at 10:34:54, 12/01/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |

| Administrator | |
|---|---|
| His (her) daily mood **Striving** 18:14, yesterday | |
| Sign-in by days: 105 days | |
| [LV.6] Inhabitant II | |
| Pay a visit | Add as buddy |
| Say hello | Send a message |

New-Generation TVpad4 Truly Unique

The long-awaited TVpad4 has finally been launched. For the last few days, TVpad fans have been talking about the differences between TVpad4 and other boxes, its new features or breakthroughs compared with TVpad3, and how good TVpad4 is. The following summarizes the features of TVpad4 to help you better understand TVpad4. (For more visual description, TVpad4 will be directly compared with other TV boxes side by side).

1. First, let us compare their appearances.

| | The thickness is only 18 mm. |
|---|---|
| TVpad4 is thinner, smaller, and more streamline. | |

Compared with other TV boxes, TVpad4 is thinner, lighter, more streamline, and more refined.

2. The video definition is higher. TVpad4 adopts the latest H.265 high-definition decoding technology. The advantage of the H.265 technology is clearly shown in the following screenshots.

| Effect of live broadcast on TVpad4 | Effect of live broadcast on TVpad3 |
|---|---|
| Effect of video playing on TVpad4 | Effect of video playing on oonBox |

This is the first time the H.265 video encoding technology has been used in an attempt to commercialize Chinese boxes overseas. Its technological level is world-leading.

With the H.265 technology, the definition of a 1080P super HD video played on a TVpad4 is much higher than that on a TVpad3.

3. Top-configuration hardware.
The powerful CPU used provides lasting driving force.

| Brand | TVpad4 | A brand name containing "Mi" | An imitative brand |
|---|---|---|---|
| CPU | Quad-core | Dual-core | Dual-core |

Adopting a quad-core CPU, TVpad4 delivers much higher performance than similar products in terms of operation response, video playing, and processing speed. In addition, as the first box that uses the H.265 technology, TVpad4 plays videos very smoothly, providing you with a swift experience.

4. UI comparison.

| TVpad4 UI | |
|---|---|
| This can be hidden. | TVpad3 UI |

The TVpad4 UI is more customer-centered, easier-to-operate, more efficient, and simpler, and allows very fast switching.

5. Program contents (This is what makes TVpad4 unique, not available in any other product.)



| Open Android system, wireless APP installation (Duet to policy restrictions, the TV boxes provided in China can only use a closed platform.) | |
|---|---|
| APPs can be added and updated infinitely. | |



Live channels of mainland China: 370+
Live channels of Hong Kong and Taiwan: 40+
Live channels of other regions: 30+

Live broadcasting:

Hong Kong and Taiwanese TV dramas can be played normally.
Over 300 channels from main China and over 40 Hong Kong and Taiwan channels can be broadcast live.
Due to policy restrictions, the TV boxes provided by manufacturers in China do not support live broadcasting. Similar TV boxes developed by manufacturers outside China charge for live broadcasting or broadcast live only a few channels.

| Security is low. | |
|---|---|
| Other TV boxes | Few programs can be watched; most are invalid. |

VOD:
TVpad4 covers almost all the popular and classic movies, TV dramas, news, sports programs, and variety shows provided in mainland China, Hong Kong, Taiwan, the United States, Japan, and Korea.

| | VOD contents: over two million |
|---|---|
| | |

Time shift:
Due to policy restrictions, none of the TV boxes provided by manufacturers in China supports time shift. Few of the similar TV boxes developed by manufacturers outside China support time shift.

6. Special live APP

It exclusively owns over 10 APPs including Yue Hai Broadband, Yue Hai Broadband 2, Yue Hai Time Shift, and Gang Yue Kuai Kan.
Most popular HKTV?? See the following figure for a pleasant surprise.

Buy TVpad4 for more wonderful experience…

This topic was elevated by candice seven days ago.

| Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|
| Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

| To behave myself, I am signing in. | | Tool used | Report an abuse. |
|---|---|---|---|

| hicuagain | Posted at 11:10:54, 12/01/2014 | Posts by this author | Sofa |
|---|---|---|---|
| Gold member | Wow, TVpad4 provides live broadcasting of over 300 channels of mainland China and over 40 Hong Kong and Taiwan channels, which are many times the number of channels available on TVpad3. | | |
| His (her) daily mood **Happy** 21 hours ago | TVpad is great!!! | | |
| Sign-in by days: 928 days | | | |
| [LV.10] Make the forum a home. III | | | |
| Pay a visit | Add as buddy | | |
| Say hello | Send a message | | |

| | Have a good mood every day! | Report an abuse. |
|---|---|---|

| cheungyingfun | | Posted at 11:13:07, 12/01/2014 | Posts by this author | | Bench |
|---|---|---|---|---|---|
| Semi-seni or member | | I also support TVpad. <br><br> Great, great, great. | | | |
| TVpad-certified user | | | | | |
| His (her) daily mood **Happy** 23 hours ago | | | | | |
| Sign-in by days: 922 days | | | | | |
| [LV.10] Make the forum a home. III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |
| kl789456 | | Posted at 11:29:16, 12/01/2014 | Posts by this author | | Floor |
| Semi-seni or member | | great.. new tvpad4 | | | |
| His (her) daily mood **Happy** 13 hours ago | | | | | |
| Sign-in by days: 346 days | | | | | |
| [LV.8] Make the forum a home. I | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | Join TVpad fans every day with a good mood. | | Report an abuse. | |

| kl789456 | | Posted at 12:31:48, 12/01/2014 | Posts by this author | | 5# |
|---|---|---|---|---|---|
| Semi-seni or member | | what is the channel list?? can provide? | | | |
| His (her) daily mood **Happy** 13 hours ago | | | | | |
| Sign-in by days: 346 days | | | | | |
| [LV.8] Make the forum a home. I | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | Join TVpad fans every day with a good mood. | | Report an abuse. | |
| yuanbo1998 | | Posted at 12:55:58, 12/01/2014 | Posts by this author | | 6# |
| Freshman | | I have just bought a TVpad3! | | | |
| This user has never signed in. | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | Report an abuse. | |
| Dxxiaofeng | | Posted at 13:14:23, 12/01/2014 | Posts by this author | | 7# |
| Freshman | | Great. Support. | | | |
| His (her) daily mood **Grieved** 10 hours ago | | | | | |
| Sign-in by days: 10 days | | | | | |
| [LV.3] Occasional visit II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |

| Chuang Jian | | Posted at 14:39:19, 12/01/2014 | | Posts by this author | | 8# |
|---|---|---|---|---|---|---|
| Gold member | | Can the over 300 channels of mainland China play normally? Can the programs played three days or seven days ago be played back? <br><br> Are there any fishing channels? Thanks. | | | | |
| TVpad-certified user | | | | | | |
| His (her) daily mood<br>**Wiping sweat**<br>11 hours ago | | | | | | |
| Sign-in by days: 795 days | | | | | | |
| [LV.10] Make the forum a home. III | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |
| | | | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse. | |
| tanjerome | | Posted at 23:44:21, 12/01/2014 | | Posts by this author | | 9# |
| Semi-seni or member | | TVpad is great! Buy a TVpad4! | | | | |
| His (her) daily mood<br>**Depressed**<br>23 hours ago | | | | | | |
| Sign-in by days: 156 days | | | | | | |
| [LV.7] Inhabitant III | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |
| | | | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse. | |

| edwin0108 | Posted seven days ago | Posts by this author | | 10# |
|---|---|---|---|---|
| Super moderator | | I mainly watch live broadcast. I found that the channel switching on YouTube was very fast. I reckon that the video format has been changed. I support TVpad. <br><br> Please click the following URL to visit our new Facebook page. Learn the latest information firsthand and there may also be pleasant surprises! :D <br> https://www.facebook.com/pages/TVpad-Overseas-Page/551670044970177 | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 16 hours ago | | | | |
| Sign-in by days: 1063 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | | To behave myself, I am signing in. | Report an abuse. | |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode <br> You need to log in before replying to a post. Login | Register | | |
| | Submit reply <br> Go to the last page after the reply. | | |

| Powered by Discuz! X2 <br> © 2001-2011 Comsenz Inc. | Archiver | Mobile Edition | TVpad Fans <br> GMT+8, 2014-12-9 23:26 , Processed in 0.059653 second(s), 25 queries . |
|---|---|

设为首页  收藏本站



用QQ帐号登录

只需一步，快速开始

用户名      □ 自动登录    找回密码

密码      登录    立即注册

论坛    TVpad产品区    App内容区    盒粉交流区    问题反馈    购买TVpad    TVpad 招商      快捷导航

请输入搜索内容      本版   搜索    热搜： TVpad2   TVpad   wifi设置   使用心得   BETV

论坛   App内容区   影视交流   TVpad 高清看2013蛇年春晚

发帖 ▾             返回列表

查看: 2388 | 回复: 9     TVpad 高清看2013蛇年春晚 [复制链接]         分享到

admin

发表于 2013-1-29 17:20:10 | 只看该作者 | 倒序浏览      楼主   电梯直达

管理员
😊😊☆

TA的每日心情

奋斗
前天 09:30

签到天数: 104 天
[LV.6]常住居民II

串个门   加好友
打招呼   发消息



春晚节目曝光了！曝光了！各大卫视大比拼，拼爹拼娘能否拼得过央视？？？
还是让【TVpad春晚节目】早知道来告诉你吧！千万Hold住啊！

[2013年中央电视台春节联欢晚会]



直播频道：CCTV-1,3,4等
播出时间：2月9日 8:00 PM

朱军、李咏、董卿、毕福剑、撒贝宁、李思思担任主持。本届春晚将延续2012年春晚无广告风格，保持圆桌式聚会形式。张靓颖、那英、SHE等众多明星均应邀参加。2013年01月18日，春晚官方微博表示赵本山始终觉得作品未能达到自己的心理预期，决定放弃登上蛇年春晚的机会

节目单：
1 开场歌舞《龙腾虎跃》赵薇、王力宏 孙悦等
2 歌曲《和谐世界》宋祖英
3 相声剧《一块钱的事》冯巩 朱军 牛莉
4 歌舞《巨龙》群星(成龙 黄晓明 韩庚 等)
5 小品《火车站》郭冬临 王宝强
6 杂技《翻跟头》龙虎队
7 儿童歌舞剧《爸爸妈妈我爱你》林妙可 孔莹等
8、相声《说酒》姜昆 戴志成
9 民风歌舞
10 歌曲《追寻》孙楠
11 小品《家》黄宏 韩雪 林永健 巩汉林
12 歌舞《唱响欢乐》上海选送
13 我要上春晚歌曲《半城烟沙》许嵩歌曲《错错错》六哲
14 相声《三蛋子》刘天龙 徐永新
15 歌曲《烟花易冷》周杰伦
16 豫剧《朝阳沟》王奇 宋浪 周国君 韩志强
17 小品《承诺》郭达 蔡明
18 歌曲《看得最远的地方》张韶涵
19 魔术《奇迹》刘谦
20 小品《和谐就是好啊》句号 邵峰 金玉婷
21 歌曲《天使的翅膀》徐誉腾
22 杂技《独木桥》南京杂技团选送
23 小品《偶像之约》小沈阳王小虎周杰伦
24 歌舞《共和国之辉》谭晶
0点倒计时
25 舞蹈《腾飞》晨鸿艺术团选送
26 小品《拍卖诚实》大兵 赵卫国
27 歌曲《岁月》毛阿敏
28 歌曲《铁军》沈阳军区
29 武术 河南少林寺
30 歌曲《向天再借五百年》韩磊
31 相声《没关系》贾玲 白凯楠
32 老歌联唱《明天会更好》《同桌的你》《再回首》《黄种人》

33 歌曲《春天来了》李晓志 王耀辉
34 歌曲《幸福时刻》赵贾乐 张腾龙
35 歌曲《难忘今宵》李谷一 关牧村 佟铁鑫

### [江苏卫视2013蛇年春晚]



直播频道：江苏卫视
播出时间：2月10日 7:30 PM

跨年晚会收视惜败湖南，江苏卫视在"春晚"上无疑狠下功夫，江苏卫视总编室相关负责人表示，2013年荔枝春晚将重点
打造完全原创的语言类节目，数量多至7个，占节目总量的40%。目前已邀请到郭德纲、于谦、小沈阳、沈春阳、郭冬临、
贾玲、沈腾等众多一线语言类明星，组成语言类节目的"最强阵容"。
据说下面是表演嘉宾的全名单：
PSY(鸟叔)）、陈奕迅、汪峰、孙楠萧亚轩、李宇春、梁静茹、舒淇、林忆莲、潘长江、范伟、郭冬临、小沈阳、赵本山、
刘谦、关喆、庾澄庆、吴índ愁、那英、张玮、龚琳娜、吴建豪、言承旭、杨丽萍、龚琳娜、延参法师

### [辽宁卫视2013蛇年春晚]



直播频道：辽宁卫视
播出时间：2月8日 7:30 PM
主持人：姜昆、柳岩、王旭、徐璐璐、于洋、密密、杨悦、蝈蝈

辽宁卫视对本山大叔的朋友也来者不拒，刚跟赵本山合作《河东狮吼》的张柏芝，也将在辽宁春晚上之重聚，是携手合作还
是各展风采?这谜底只有当天揭晓。在"本山帮"之外，今年大热的"哈林"庾澄庆还会与姜昆携手，在辽宁卫视春晚来一
场混搭秀

[湖南卫视2013小年夜春节联欢晚会]



直播频道：湖南卫视
播出时间：2月4日 8:00 PM

湖南卫视将现场直播"小年夜春节联欢晚会"，著名笑星赵本山、英国歌手莎拉布莱曼，歌手张杰　等著名明星将登台亮相。另王祖蓝、贾玲这对"百变情侣"助阵春晚上演"百变斗嘴秀，07快男"回家" 俞灏明再现身，萨顶顶经典曲目等等各种看点，值得期待。

[安徽卫视2013蛇年春晚]



直播频道：安徽卫视
播出时间：2月9日 7:35 PM

2013年的春晚除了极具徽风皖韵的节目外，两岸叁地的明星们也是一大特色，今年的明星有韩国当红组合T-ara，还有台湾看着音乐人齐秦、赵传，音乐王子林俊杰、实力歌手胡夏、中国摇滚音乐之父崔健，以及月亮公主孟庭苇等等，流行音乐歌手林俊杰更是带来极具徽州特色的歌曲《江南》，实力歌手胡夏带我们一起回顾《那些年》

[北京电视台2013蛇年春晚]



<u>直播频道：北京电视台</u>
<u>播出时间：2月10日 7:35 PM</u>

继2010、2011、2012三届环球春晚成功举办之后，2013BTV环球春晚又将拉开帷幕啦。
2013BTV春晚的明星阵容初见端倪，宋祖英、谭晶、崔健、汪峰、韩磊、李玉刚、费玉清、童安格、戴玉强、莫华伦、魏松等实力歌手将倾情加盟。

以上由你任意选，可不要错过哟。

<span style="color:red">~  最后祝大家蛇年吉祥  Happy New Year  ~</span>

2013, 春晚节目

分享到： QQ空间   腾讯微博   腾讯朋友

分享 0   收藏 0   支持 0   反对 0

相关帖子

• 笑死我啦 ！！                                    • TVpad在线直播收看 2013年元宵晚会

做人不能太红X字，所以我来签到了

使用道具    举报

edwin0108 ✅                    发表于 2013-1-30 06:52:56 | 只看该作者                    沙发



超级版主





TA的每日心情
开心
昨天 12:18



果断看湖南TV的春節晚會 哦耶

签到天数: 1060 天
[LV.10]以坛为家III



串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

DNA | 发表于 2013-1-30 10:32:25 | 只看该作者 | 板凳

where are the HD channels ????????



注册会员


TA的每日心情
怒 2013-3-22 06:44:16


签到天数: 56 天
[LV.5]常住居民I

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

eleven11 | 发表于 2013-1-30 13:37:40 | 只看该作者 | 地板

DNA 发表于 2013-1-30 10:32
where are the HD channels ????????

http://www.tvpadfans.com/thread-45951-1-2.html

[发帖际遇]：eleven11 买了张彩票，刮开发现中了 1 T币。



中级会员


TA的每日心情
郁闷 2013-8-20 09:11:54


签到天数: 100 天
[LV.6]常住居民II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

猪猪

高级会员

TA的每日心情
开心
2014-3-28
11:31:39

签到天数: 631 天
[LV.9]以坛为家II

串个门　　加好友
打招呼　　发消息

发表于 2013-1-30 16:03:56 | 只看该作者　　　　　　　　　　　　　　5#

期待

开心

举报

birch1580

金牌会员

TVpad认证用户

TA的每日心情
无聊
2014-11-26
12:15:23

签到天数: 852 天
[LV.10]以坛为家III

串个门　　加好友
打招呼　　发消息

发表于 2013-1-31 00:35:48 | 只看该作者　　　　　　　　　　　　　　6#

可移时收看最好.不用早起！

做人不能太红X字，所以我来签到了

举报

江南才子

发表于 2013-1-31 00:56:06 | 只看该作者　　　　　　　　　　　　　　7#

好消息！



新手上路

该用户从未签到

串个门　加好友
打招呼　发消息

举报

hairfly



发表于 2013-1-31 14:15:41 | 只看该作者　　　　　　　　8#

这是哪来的节目单啊？好像不对呀！说赵本山不上春晚，但是节目单还有他；听说有郭德纲，这个单子上也没有。如下这个靠谱：
http://www.tvmao.com/CCTV_chunwan_jiemudan.html

新手上路



TA的每日心情
开心
2012-5-16
05:05:01

签到天数: 6 天
[LV.2]偶尔看看I

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

twoten



发表于 2013-2-20 14:38:50 | 只看该作者　　　　　　　　9#

　　hairfly 发表于 2013-1-31 14:15 
　　这是哪来的节目单啊？好像不对呀！说赵本山不上春晚，但是节目单还有他；听说有郭德纲，这个单子上也没有。...

版主

TA的每日心情
开心
2014-4-14
16:10:38

事实证明 靠谱

签到天数: 66 天
[LV.6]常住居民II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了



随便呼呼

新手上路
☆
该用户从未签到

串个门    加好友
打招呼    发消息

举报

发表于 2013-2-26 06:59:22 | 只看该作者                                    10#

阿米尔汗，8岁时出演一部轰动印度的电影，是公认的童星。

举报

[发帖]                                                          [返回列表]

高级模式

您需要登录后才可以回帖 登录 | 立即注册 | 用QQ帐号登录

[发表回复]   ☐ 回帖后跳转到最后一页

Powered by Discuz! X2                          Archiver | 手机版 | TVpad Fans
© 2001-2011 Comsenz Inc.                    GMT+8, 2014-12-5 03:37 , Processed in 0.097092 second(s), 27 queries .



# TRANSLATOR CERTIFICATION

9450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

* http://www.tvpadfans.com/thread-46824-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

Accurate Translation Services 24/7

12/04/2014Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

| Set as homepage. Bookmark this page. | | | | Login with my QQ account | | | |
|---|---|---|---|---|---|---|---|
| | | | | Only one step away. Quick start. | User name Password | Automatic login Log in | Retrieve password Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |
|---|---|---|---|---|---|---|---|

Please enter the content to be searched.   This forum   Search   Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | App Content Section | Audio & Video | Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) |
|---|---|---|---|

Write a post                                                                                                                          Return to the list.

| Views: 2388 | Replies: 9 | Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) [copy link] | | |
|---|---|---|---|---|
| admin | | Posted at 17:20:10, 01/29/2013 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Administrator | | TVpad | | | | |
| His (her) daily mood **Striving** 9:30, the day before yesterday. | | Wherever your home is, there is TVpad. You can use your TVpad to watch live HD Spring Festival Galas for 2013 (the Year of the Snake). For overseas Chinese, TVpad will broadcast live the Spring Festival Galas for 2013 of CCTV, major local satellite TV stations of mainland China, TV stations of Hong Kong, and TV stations of Taiwan. | | | | |
| Sign-in by days: 104 days | | | | | | |
| [LV.6] Inhabitant II | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |
| | | | For your elderlies | For your juniors | For your friends | |
| | | | The most hearty care | Best education environment for Chinese | Most special gift | |
| | | The program list for the Spring Festival Galas for 2013 came out! Yes it did!   All the major local satellite televisions are in the game, will give all they've got and out do CCTV? Let the "TVpad Program List of the Spring Festival Gala" tell you about that. Sit tight! [CCTV 2013 Spring Festival Gala] | | | | |

12/04/2014Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

Snake
2013
CCTV
2013 Spring Festival Gala
Live broadcast channels: CCTV-1, CCTV-3, CCTV-4
Broadcast time:    20:00, 02/09/2013

The gala will be emceed by Zhu Jun, Li Yong, Dong Qing, Bi Fujian, Sa Beining, and Li Sisi. The gala will keep the advertisement-free round table party format adopted by the Gala for 2012. A number of pop stars including Zhang Liangying, Na Ying, and SHE will join the gala. According to the official blog of the Spring Festival Gala on January 18, 2013, Zhao Benshan, feeling that his comedy skit had failed to meet his expectation, had decided not to go on the stage of the Spring Festival Gala for the Year of the Snake.

Program list:
1. Opening song and dance number "Dragons Rising and Tigers Leaping " by Zhao Wei, Wang Lihong, Sun Yue, etc.
2. Song "Harmonious World" by Song Zuying.
3 Crosstalk drama "One Yuan Affair" by Feng Gong, Zhu Jun, and Niu Li.
4 Song and dance number "Giant Dragon" by various artists, including Jackie Chen, Huang Xiaoming, and Han Geng.
5 Comedy skit "Railway Station" by Guo Donglin and Wang Baoqiang.
6. Acrobatics "Somersault" by the Dragons and Tigers Team.
7. Children's song and dance screenplay "I Love You, Dad and Mom" by Lin Miaoke, Kong Ying, etc.
8. Crosstalk "On Wine" by Jiang Kun and Dai Zhicheng
9. Folk songs and dances
10. Song "Pursuit" by Sun Nan.
11. Comedy skit "Home" by Huang Hong, Han Xue, Lin Yongjian, and Gong Hanlin.
12. Song and dance number "Song of Joy" selected and sent from Shanghai.
13. Songs of "I Want To Go on the Stage of Spring Festival Gala": "Misty City" by Xu Song; "Wrong, Wrong, Wrong" by Liu Zhe.
14 Crosstalk "San dan zi" by Liu Tianlong and Xu Yongxin
15 Song "Transient Fireworks" by Jay Chou.
16 Henan opera "Chao Yang Valley" by Wang Qi, Song Lang, Zhou Guojun, and Han Zhiqiang.
17. Comedy skit "Promise" by Guo Da and Cai Ming.
18 Song "A Place with the Farthest View" by Angela Chang.
19. Magic "Miracle" by Lu Chen.
20. Comedy skit "Harmony is Simply Great" by Ju Hao, Shao Feng, and Jin Yuting.
21. Song "Angel's Wings" by Xu Yuteng.
22. Acrobatics "Single-Plank Bridge" selected and sent by Nanjing Acrobatic Troupe.
23. Comedy skit "Meeting My Idol" by Xiao Shenyang, Wang Xiaohu, and Jay Chou.
24. Song and dance number "Glory of the Republic" by Tan Jing.
Countdown to 24:00.
25. Dance number "Takeoff" selected and sent by Chen Hong Ensemble.
26 Comedy skit "Honesty for Auction" by Da Bing and Zhao Weiguo.
27 Song "Years" by Mao Amin.
28 Song "Iron Army" by Shenyang Military Region.
29. Martial art by Henan Shaolin Temple.
30. Song "Asking God for Another Five Hundred Years" by Han Lei.
31. Crosstalk "Never Mind" by Jia Ling and Bai Kainan.
32 Classical songs: "It Will Be Better Tomorrow", "Desk Mate", "Looking Back", and "Yellow Race".

12/04/2014Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

33. Song "Spring Is Here" by Li Xiaozhi and Wang Yaohui.
34. Song "Happy Hour" by Zhao Jiale and Zhang Tenglong.
35. Song "Unforgettable Night" by Li Guyi, Guan Mucun, and Tong, Texin.

[Jiangsu TV 2013 Spring Festival Gala]
Jiangsu TV
Spring Festival Gala
Broadcast channel: Jiangsu TV
Broadcast time: 19:30, 02/10/2013

Narrowly defeated by Hunan TV in the New Year's Day Evening Party, Jiangsu has undoubtedly concentrated their efforts on the Spring Festival Gala. According to a person in charge of the general editorial department of Jiangsu TV, Jiangsu TV 2013 Spring Festival Gala will focus on fully original comedian programs, there are 7 in total and they account from 40% of all the programs. Many top comedians, including Guo Degang, Yu Qian, Xiao Shenyang, Shen Chunyang, Guo Donglin, Jia Ling, and Shen Teng, have been invited, forming the "strongest lineup" of comedian programs.
The following is allegedly a full list of the invited artists:
PSY, Eason Chan, Wang Feng, Sun Nan, Elva Hsiao, Li Yuchun, Fish Leong, Shu Qi, Sandy Lam, Pan Changjiang, Fan Wei, Guo Donglin, Xiao Shenyang, Zhao Benshan, Lu Chen, Guan Zhe, Harlem Yu, Wu Mochou, Na Ying, Zhang Wei, Gong Linna, Van Ness Wu, Jerry Yan, Yang Liping, Gong Linna, Master Yancan.

[Liaoning TV 2013 Spring Festival Gala]
Who Will Benshan Take to the Spring Festival Gala?
Broadcast channel: Liaoning TV
Broadcast time: 19:30, 02/08/2013
Emcees: Jiang Kun, Liu Yan, Wang Xu, Xu Lulu, Yu Yang, Mi Mi, Yang Yue, Guo Guo

Liaoning TV also welcomed Zhao Benshan's friends. Cecilia Cheung, who had just worked with Zhao Benshan in "My Shrewish Wife", will also appear again in Liaoning TV Spring Festival Gala. Will they perform together or separately? The answer will be revealed tomorrow night. In addition to Zhao Benshan and his friends and disciples, Harlem Yu, who had been in the headlines this year, will partner up with Jiang Kun in an exceptional show in Liaoning TV Spring Festival Gala.

12/04/2014Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

[[Hunan TV 2013 Spring Festival Gala]]
2013 Spring Festival Gala
Delivering Happiness to Your Home.
Broadcast channel: Hunan TV
Broadcast time: 20:00, 02/04/2013

Hunan TV will broadcast live the 2013 Spring Festival Gala, in which famous artists, including the famous comedian Zhao Benshan, British singer Sarah Brightman, and singer Zhang Jie, will perform on the stage. In addition, Wang Zulan and Jia Ling will partner in a hilarious comedian show in the Spring Festival Gala; the "Happy Boys" of 2007 will "return home; Yu Haoming will appear again; Sa Dingding will sing classical songs. The various wonderful performances are worthy of expectations.

[Anhui TV 2013 Spring Festival Gala]
Anhui TV 2013 Spring Festival Gala
Broadcast channel: Anhui TV
Broadcast time: 19:35, 02/09/2013

In addition to having a lingering "Anhui charm", Anhui TV 2013 Spring Festival Gala boasts the participation of famous artists of mainland China, Hong Kong, and Taiwan. The invited artists include the popular Korean band T-ara, famous Taiwanese singers Qi Qin and Zhao Chuan, music prince Lin Junjie, singer Hu Xia, father of Chinese Rock & Roll Cui Jian, and moon princess Meng Tingwei. Pop singer Lin Junjie will sing "South of the Yangtze River", which has a unique Anhui characteristic. Singer Hu Xia will sing "Those Years", allowing us to look back on the past.

[BTV 2013 Spring Festival Gala]

12/04/2014 Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

|  | Love Beijing, Love Spring Festival Gala<br>BTV 2013 Spring Festival Gala<br>Spring Festival Gala Tailored to Your Needs.<br>Broadcast channel: BTV<br>Broadcast time: 19:35, 02/10/2013<br><br>After successfully holding global Spring Festival Galas for 2010, 2011, and 2012, BTV will continue to hold the 2013 Spring Festival Gala.<br>Famous artists, including Song Zuying, Tan Jing, Cui Jian, Wang Feng, Han Lei, Li Yugang, Fei Yuqing, Tong Ange, Dai Yuqiang, Mo Hualun, and Wei Song, will join the BTV 2013 Spring Festival Gala.<br><br>These are all for you to choose from! Don't miss out!<br><br>~ Happy New Year! Wish you luck and success in the year of the Snake! ~<br><br>2013, spring festival gala programs |
|---|---|

| Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|
| Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

Related posts

| • Dying of laughter!! | • Using TVpad to watch live the 2013 Lantern Festival Evening Party. |
|---|---|

| | To behave myself, I am signing in. | | Tool used | Report an abuse. |
|---|---|---|---|---|
| edwin0108 | Posted at 06:52:56, 01/30/2013 | Posts by this author | | Sofa |
| Super moderator | I will certainly be watching Hunan TV 2013 Spring Festival Gala. | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 12:18, yesterday | | | | |
| Sign-in by days: 1060 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | | Report an abuse. |

12/04/2014Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

| DNA | | Posted at 10:32:25, 01/30/2013 | Posts by this author | | Bench |
|---|---|---|---|---|---|
| Registered member | | where are the HD channels ???????? | | | |
| His (her) daily mood **Angry** | | | | | |
| 2013-3-22 06:44:16 | | | | | |
| Sign-in by days: 56 days | | | | | |
| [LV.5] Inhabitant I | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |
| eleven11 | | Posted at 13:37:40, 01/30/2013 | Posts by this author | | Floor |
| Semi-senior member | | Posted by DNA at 10:32, 01/30/2013 | | | |
| TVpad-certified user | | where are the HD channels ???????? | | | |
| His (her) daily mood **Depressed** | | http://www.tvpadfans.com/thread-45951-1-2.html | | | |
| 2013-8-20 09:11:54 | | | | | |
| Sign-in by days: 100 days | | [Post fortune]: eleven11 bought a lottery ticket, scratched off the coating, and found that she won 1 T. | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |

12/04/2014Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

| Zhuzhu | Posted at 16:03:56, 01/30/2013 | Posts by this author | | 5# |
|---|---|---|---|---|
| Senior member | Excited | | | |
| His (her) daily mood **Happy** 2014-3-28 11:31:39 | | | | |
| Sign-in by days: 631 days | | | | |
| [LV.9] Make the forum a home. II | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | Happy | | Report an abuse. | |
| birch1580 | Posted at 00:35:48, 01/31/2013 | Posts by this author | | 6# |
| Gold member | It would be best if the time-shift function is supported for the galas, so that I don't need to get up early. | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Bored** 2014-11-26 12:15:23 | | | | |
| Sign-in by days: 852 days | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| [LV.10] Make the forum a home. III | | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |
| Gifted scholar of the south of the Yangtze River | Posted at 00:56:06, 01/31/2013 | Posts by this author | | 7# |
| Freshman | This is good news! | | | |
| This user has never signed in. | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | | | Report an abuse. | |

12/04/2014Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

| hairfly | | Posted at 14:15:41, 01/31/2013 | Posts by this author | | 8# |
|---|---|---|---|---|---|
| Freshman | | Where did you get these programs? They don't seem right. It is said that Zhao Benshan will not go up on the stage of a spring festival gala, but the program still mentions him. It is said that Guo Degang will appear in the spring festival gala, but the program list does not mention him. The program list available at the following URL is more reliable: <br><br>http://www.tvmao.com/CCTV_chunwan_jiemudan.html | | | |
| His (her) daily mood **Happy** | | | | | |
| 2012-5-16 05:05:01 | | | | | |
| Sign-in by days: 6 days | | | | | |
| [LV.2]  Occasional visit I | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |
| twoten | | Posted at 14:38:50, 02/20/2013 | Posts by this author | | 9# |
| Moderator | | Posted by hairfly at 14:15, 01/31/2013 <br><br> Where did you get the program lists? They don't seem right. It is said that Zhao Benshan will not go up on the stage of a spring festival gala, but the program lists still mention him. It is said that Guo Degang will appear in the spring festival gala, but the program list does not mention him.   ... <br><br> They are proved right. | | | |
| His (her) daily mood **Happy** | | | | | |
| 2014-4-14 16:10:38 | | | | | |
| Sign-in by days:  66 days | | | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |

12/04/2014Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) – Audio & Video – TVpad Fans

| Casual call | | Posted at 06:59:22, 02/26/2013 | Posts by this author | | 10# |
|---|---|---|---|---|---|
| Freshman | | Aamir Khan, who at the age of eight played a role in a movie that caused a sensation in India, was an famous child actor. | | | |
| This user has never signed in. | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | | | Report an abuse. | |

| Write a post | | | Return to the list. | Next page |
|---|---|---|---|---|
| | | Advanced mode | | |
| | You need to log in before replying to a post. Login \| Register | | | |
| | Submit reply | | | |
| | Go to the last page after the reply. | | | |

| Powered by Discuz! X2 | Archiver \| Mobile Edition \| TVpad Fans |
|---|---|
| © 2001-2011 Comsenz Inc. | GMT+8, 2014-12-5 03:37 , Processed in 0.097092 second(s), 27 queries . |



设为首页　收藏本站

| 论坛 | TVpad产品区 | App内容区 | 盒粉交流区 | 问题反馈 | 购买TVpad | TVpad 招商 | 快捷导航 |

请输入搜索内容　　　　　　　　　　　本版　搜索　热搜：TVpad2　TVpad　wifi设置　使用心得　BETV

论坛 ＞ App内容区 ＞ 体育赛事 ＞ 欧冠四强排位竞猜（4.17发布）

发帖　　　　　　　　　　　　　　　　　　　　　　　　　　　返回列表　1　2　3　下一页

查看: 1058 | 回复: 23

brightlook

超级版主

TA的每日心情
开心
2014-6-11
11:37:15

签到天数: 382 天
[LV.9]以坛为家II

串个门　加好友
打招呼　发消息

**[足球天下] 欧冠四强排位竞猜（4.17发布）** [复制链接]

发表于 2014-4-17 10:13:09 | 只看该作者 | 倒序浏览　　　　　　　　　楼主　电梯直达

本帖最后由 brightlook 于 2014-4-17 10:37 编辑

鉴于本版伙伴们的推荐，先把欧冠四强活动继续下去。
感谢 cheungyingfun hicuagain candice 的热心。

欧冠四强出乎我们的意料，马竞成为一匹黑马搅动欧冠时局，当然，每场比赛都很精彩，球队都是百分百的投入激情进行战斗，即使8强中那些落败者，也是真英雄，因为他们和4强一起的奉献，我们才看到了那些激动人心的比赛，翻盘、逆转、强势......



8强有个定律，不知道伙伴们发现了没有？？？
主队不败，胜率更是高的惊人，达75%。
而皇马的德国行依旧沿袭了传统。此番对战拜仁，能够完成逆袭吗？？？
马竞和切尔西不得不说精神可嘉，在不被看好的前提下，两队表现惊人的战力，半决赛中两队直接碰撞也是值得期待！！！
试问今年谁能站在里斯本光明球场之巅？？？？C罗在家乡捧杯？？？拜仁强势5年4进决赛，欧冠2连霸？切尔西王者归来？马竞一黑到底？？？

好了，现在来讲下活动规则了。。。

活动介绍：欧冠半决赛即将燃起战火，即日起我们将推出欧冠竞猜活动，评选出多位"最佳球迷"，将获赠神秘大奖，赶快打开TVpad收看欧冠赛事。
欧冠4强球队和对阵名单：（赛程和活动时间皆为北京时间）
马竞、皇马、切尔西、拜仁



TVpad赛事直播平台：

| 语言 | 直播频道 | 所属应用 |
|---|---|---|
| 粤语 | 1.翡翠台<br>2.高清翡翠台<br>3.高清翡翠台HD<br>4.广东体育台 | 粤海宽频<br>HITV<br>体育online |
| 普通话 | 1.CCTV5<br>2.CCTV5高清<br>3.CCTV5+体育赛事<br>4.风云足球<br>5.欧洲足球 | BETV<br>BETV HD版 |

竞猜方式：四强竞猜，回帖预测进军四强的球队及排名
回帖格式：
<span style="color:blue">冠军：XXX
亚军：XXX
季军：XXX
殿军：XXX
最喜欢的解说员：XXX（如：贺炜）
最用哪个应用看欧冠直播：（如：BETV）</span>
（由于欧冠不进行三四名排位赛，但考虑到竞猜的难易程度，此次以<span style="color:blue">欧冠小组积分规则</span>进行三四名排位）
竞猜截止时间：2014年4月23日2点整（北京时间）

竞猜规则：
1. 每个ID在此期间只能竞猜一次，重复或无效帖将作废；
2. 截止时间后参与竞猜和修改竞猜结果将作废处理；
3. 竞猜获奖结果按回帖最终编辑时间排序。

活动奖品：
TVpad白色版　　　　　1台　　　　　首位猜中者（竞猜修改后按最近一次修改的时间计数）
TVpad3代金券 $50　　5张　　　　　2-6顺位猜中者

兑奖时间：
1. 决赛后7日内统计并私信获奖者，若其若日内无答复则作废，顺延给下一位猜中者；
2. 奖品将在收到获奖者有效信息后7日内寄出。

白色版中奖者须知：
1. 目前白色版还在内测中，公开版发售时间还未定（最晚世界杯前1个月），so，若您获得白色版TVpad，可能需要暂缓收到礼品（brightlook提前说一句抱歉）。若您不介意，也可以工程机或者TVpad3进行奖品替代（死私信沟通）。
2.TVpad白色版获奖者需在收到礼品后10天内，提供最少一篇详细评测文章（评测内容包括但不限定：拆包图、包装、配件、产品外观设计、应用安装和使用、玩法攻略、应用推荐等）。

其他主题活动：
欧冠4强赛事下注帖：http://tvpadfans.com/forum.php?mod=viewthread&tid=158028&page=1&extra=#pid305944

获奖攻略：参加微信活动，不断的有TVpad白色版作为奖品

顺便留心下，所有活动可以点击下方图片：



北京时间, 王者归来, 切尔西, 半决赛, 里斯本

本主题由 brightlook 于 2014-4-17 10:49:06 设置高亮

分享到：　 QQ空间　 腾讯微博　 腾讯朋友

❤ 分享 0　⭐ 收藏 0　👍 支持 0　👎 反对 0

相关帖子

• 2012 欧洲杯 前三名竞猜 率先猜对者将获赠TVpad M121
• 2013/14赛季世界斯诺克英国锦标赛
• 【每周正能量】第2期周�858�son拿奖活动（4.2-4.8获奖已公布）
• 2014世界杯赛程（北京时间）一张小图便简单明了
• 2013中国足协杯赛程：3月30日开打 12月7日争冠
• 2013世俱杯半决赛：恒大0比3不敌拜仁将争季军
• 【TVpad劲能量】2014欧冠半决赛下注竞猜（5.4开奖）

做人不能太红X字，所以我来签到了

使用道具　举报

lfengyw

🔲 发表于 2014-4-17 13:48:50 | 只看该作者　沙发

冠军：拜仁
亚军：马竞
季军：切尔西
殿军：皇马
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

高级会员
😣

TA的每日心情
奋斗
13 小时前

签到天数：86 天

[LV.6]常住居民II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

**香茅**

注册会员 🌙

TA的每日心情

衰
2014-4-22
10:23:01

签到天数: 9 天
[LV.3]偶尔看看II

串个门　加好友
打招呼　发消息

发表于 2014-4-17 14:57:21 ｜只看该作者　　　　　　　　　　　　　　　　　　　板凳

冠军：皇马
亚军：切尔西
季军：拜仁
殿军：马竞
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

做人不能太红X字，所以我来签到了 ...

举报

**brightlook**

超级版主 😫😫

TA的每日心情

开心
2014-6-11
11:37:15

签到天数: 382 天
[LV.9]以坛为家II

串个门　加好友
打招呼　发消息

发表于 2014-4-17 16:28:19 ｜只看该作者　　　　　　　　　　　　　　　　　　　地板

本帖最后由 brightlook 于 2014-4-17 16:29 编辑

我也来猜

冠军：皇马
亚军：马竞
季军：拜仁
殿军：切尔西
最喜欢的解说员：刘宁 何辉 陈熙荣（被迫无奈看央视5，解说员把自己喜欢的队简直当成北京队，听刘建宏段那群直接静音）
最用哪个应用看欧冠直播：粤海宽频

做人不能太红X字，所以我来签到了

举报

**hicuagain**

金牌会员 😫🌙

TA的每日心情

发表于 2014-4-18 02:21:54 ｜只看该作者　　　　　　　　　　　　　　　　　　　5#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：廣東体育台



开心
21 小时前

签到天数: 928 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

天天都有好心情！

举报

hicuagain

发表于 2014-4-18 02:37:40　| 只看该作者　　　　　　6#

本帖最后由 hicuagain 于 2014-4-18 02:58 编辑

cheungyingfun 发表于 2014-4-18 02:24
哈哈!!!

冠军：马竞 - 會不會真的好眼光呢???

这叫出奇制胜, 哈哈哈！~

不过，我也不看好马竞。 但是，今年的联赛成绩不错的说，嘿嘿

金牌会员

TA的每日心情
开心
21 小时前

签到天数: 928 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

天天都有好心情！

举报

ans

发表于 2014-4-18 03:29:50　| 只看该作者　　　　　　7#

本帖最后由 ans 于 2014-4-22 02:37 编辑

冠军：皇马
亚军：切尔西
季军：拜仁
殿军：马竞
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

新手上路

该用户从未签到

串个门　加好友
打招呼　发消息

举报

timmyng ✓

发表于 2014-4-18 07:36:47　| 只看该作者　　　　　　8#

冠军：拜仁
亚军：马竞
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

高级会员

TVpad认证用户

TA的每日心情
开心
昨天 13:50

签到天数：367 天
[LV.9]以坛为家II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

---

moresales

发表于 2014-4-18 09:53:58 | 只看该作者　　　　　　　9#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：廣東体育台

新手上路
⭐
该用户从未签到

串个门　加好友
打招呼　发消息

举报

---

candice

发表于 2014-4-18 11:50:21 | 只看该作者　　　　　　10#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：没时间看。。。呜呜呜
最用哪个应用看欧冠直播：粤海宽频

虽然没时间看，太晚了。。。但是我还是支持马竞一路黑到低！！

皇马的贝尔开始爆发，但是不看好皇马的欧冠运气。哈哈哈

网站编辑
😄😣

TA的每日心情
开心
2014-4-4
09:07:21

签到天数：2 天
[LV.1]初来乍到

串个门　加好友
打招呼　发消息

点评

brightlook　你说有没有可能欧冠最后来个同城大战？？？皇马客战德国的宿命要打破才有戏。。。　详情 回复 发表于 2014-4-18 13:42:53

放假咯~~TVpad有你更精彩

举报

---

发帖 ▼

返回列表　1　2　3　下一页

高级模式

您需要登录后才可以回帖 登录 | 立即注册　🐧 用QQ帐号登录

发表回复　☐ 回帖后跳转到最后一页

Powered by Discuz! X2

© 2001-2011 Comsenz Inc.

Archiver | 手机版 | TVpad Fans

GMT+8, 2014-12-9 23:36 , Processed in 0.060950 second(s), 27 queries .

http://tvpadfans.com/thread-158026-1-3.html　　7/7

# Morningside Translations

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 18, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread-158026-1-3.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

12/09/2014  Guess the Ranking of the Final Four of the UEFA Champions League (published on April 17) – Sports Events – TVpad Fans

Set as homepage. Bookmark this page.

Login with my QQ account

Only one step away. Quick start. | User name
| Password | Automatic login Login | Retrieve password Register now

| Forum | TVpad Product Section | App Content Section | TVpad Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched. | This forum | Search | Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | App Content Section | Sports Events | Guess About the Ranking of the Final Four of the UEFA Champions League (published on April 17) |

Write a post

Return to the list.   1 2 3   Next page

| Views: 1058 | Replies: 23 | [Total Soccer] Guess the Ranking of the Final Four of the UEFA Champions League (published on April 17) [Copy link] |
|---|---|---|
| brightlook | | Posted at 10:13:09, 04/17/2014 · Posts by this author · Browse in inverted order · Thread starter · Go to post No. |
| Super moderator | | Last edited by brightlook at 10:37, 04/17/2014 |
| His (her) daily mood **Happy** 2014-6-11 11:37:15 | | Thanks to the recommendation by friends of this forum, we will continue the guess of the ranking of the final four of the UEFA Champions League. We'd like to thank cheungyingfun, hicuagain, and candice for their enthusiasm. |
| Sign-in by days: 382 days | | The final four of the UEFA Champions League was not what we expected. As a dark horse, Atlético De Madrid shook the UEFA Champions League. Every game was wonderful. Every team spared no effort in the games. Even the teams defeated in the quarterfinals are true heroes who, along with the final four, presented us with those exciting moments, including lead changes and mighty offensive... |
| [LV.9] Make the forum a home. II | | |
| Pay a visit | Add as buddy | I don't know whether you are aware of a "law" of the final eight. The home teams remained largely undefeated, with a surprisingly high victory rate of 75%. |
| Say hello | Send a message | As it has been before, Real Madrid was defeated in Germany. Can they rewrite history and beat FC Bayern München this time??? |
| | | Though formerly underestimated, Atlético De Madrid and Chelsea, with splendid spirit, delivered spectacular performance. The semifinal between them is going to be exciting. Who will be crowned in Estadio da Luz in Lisbon this year? Will Cristiano Ronaldo hold the trophy in front of home audience? Will FC Bayern München, who have reached the semifinal four times in the last five years, win the championship twice in row? Will Chelsea make a triumphant comeback? Or will Atlético De Madrid remain a dark horse till the end? |
| | | The rules of the guess games are as follows. |
| | | Games information: The semifinals of the UEFA Champions League will start soon. From now on, we will launch the UEFA Champions League guess games and select a number of "Best Fans" who will be awarded big prizes. Please tune in to the UEFA Champions League matches on your TVpad. Final four of the UEFA Champions League: (The match schedule and activity schedule are both in Beijing time.) Atlético De Madrid vs. FC Bayern München, Atlético De Madrid vs. Chelsea |

| | Group phase | | | | | Knockout phase | | | Finale |
|---|---|---|---|---|---|---|---|---|---|
| Round 1 | Round 2 | Round 3 | Round 4 | Round 5 | Round 6 | Eighth-final | Quarterfinal | Semifinal | |
| 02:45, 04/23/2014, Wednesday<br>Atlético De Madrid vs. Chelsea<br>Match report   Video   Statistics   Images | | | | | | 02:45, 04/24/2014, Thursday<br>Real Madrid vs. FC Bayern München<br>Match report   Video   Statistics   Images | | | |
| 02:45, 05/21/2014, Thursday<br>Chelsea vs. Atlético De Madrid<br>Match report   Video   Statistics   Images | | | | | | 02:45, 04/30/2014, Wednesday<br>FC Bayern München vs. Real Madrid<br>Match report   Video   Statistics   Images | | | |

TVpad match live broadcast platform:

| Language | Live TV channel | App |
|---|---|---|
| Cantonese | 1. Jade<br>2. HD Jade<br>3. HD Jade (HD)<br>4. GDTV Sports | Yue Hai Broadband<br><br>HITV<br><br>Sports Online<br><br>BETV<br><br>BETV HD |
| Mandarin | 1. CCTV5<br>2. CCTV5 HD<br>3. CCTV5+ Sports Events<br>4. Total Soccer<br>5. European Soccer | |

**Guess method:** For the final four guess, write posts to predict the four teams that will reach the semifinals and their final ranking.
**Post format:**
Champion: XXX
Runner-up: XXX
Third place: XXX
Fourth place: XXX
Favorite commentator: XXX (for example, He Wei)
Favorite app used to watch the UEFA Champions League matches: (for example, BETV)
(There is no final to determine the third and fourth places in the UEFA Champions League. Considering the difficulty of the guess, the third place and fourth place will be ranked according to their points accumulated during the group phase. The deadline for participation is 02:00, April 23, 2014 (Beijing time)).

12/09/2014  Guess the Ranking of the Final Four of the UEFA Champions League (published on April 17) – Sports Events – TVpad Fans

**Guess rules:**
1. An ID can be used to guess only once during this period. Any repeated posts or any other invalid posts will not be accepted.
2. Any guesses or guess changes made after the deadline will not be accepted.
3. Guess results will be sorted according to the time when posts are last edited. Prizes:

| TVpad (white) | 1 | First person who made the right guess (according to the last modified guess) |
|---|---|---|
| TVpad3 coupon ($50) | 5 | Second person to sixth person who made the right guess |

**Time for giving prizes:**
1. Within seven days after the finale, statistics will be collected and the prize-winners informed individually. If we receive no reply from a prize winner in 7 days, he or she will become ineligible for the prize, which will be given to the next person who made the right guess.
2. After receiving the valid information about a prize winner, we will send the prize within seven days.
**Notice to the winners of white TVpad:**
1. Currently, the white edition is still undergoing internal testing. The release date of the public edition is yet to be determined (not later than one month before the World Cup). Therefore, if you win a white TVpad, you may need to wait some time before receiving your prize. (brightlook would like to say sorry in advance.)If you don't mind it, the prize can be replaced by an engineering machine or TVpad3 (through individual communication).
2. A winner of a white TVpad needs to, within 10 days after receiving his or her prize, post at least one detailed evaluation article (The evaluation contents should include, but are not restricted to, packaging, unpacking photos, accessories, product appearance design, application installation and use, use strategy , and application recommendation).
**Relevant activities:**
Post for making a bet on the UEFA Champions League semifinals: http://tvpadfans.com/forum.php?mod=viewthread&tid=158028&page=1&extra=#pid305944

**Prize-winning strategy:** Participate in WeChat activities in which white TVpads are often provided as prizes.

Beijing time, triumphant comeback, Chelsea, semifinal, Lisbon

This topic was highlighted by brightlook at 10:49:06, 04/17/2014.

| Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|
| Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

Related posts

- Guess the final three of Euro 2012: The first person who makes the right guess will be awarded a TVpad M121.
- World Snooker U.K. Championships for the 2013/14 Season

- [Weekly Positive Energy] Phase-2 weekly post sending for wining prizes (winners for April 2 to April 8 published)
- 2014 World Cup Schedule (Beijing time) in a picture

- 2013 CFA Cup schedule: from April 30 to December 7

- 2013 FIFA Club World Cup semifinal: Defeated by Bayern München 0 to 3, Guangzhou Evergrande win for the third place.

- [TVpad powerful energy] Make a bet on guess about 2014 UEFA Champions League semifinals (winners to be announced on May 4).

To behave myself, I am signing in.

| | | Tool used | Report an abuse |
|---|---|---|---|
| lfengyw | Posted at 13:48:50, 04/17/2014 | Posts by this author | | First to reply |

| | |
|---|---|
| Senior member | Champion: Bayern München |
| His (her) daily mood | Runner-up: Atlético De Madrid |
| **Striving** | Third place: Chelsea |
| 13 hours ago | Fourth place: Real Madrid |
| Sign-in by days: 86 days | Favorite commentator: He Hui |
| [LV.6] Inhabitant II | Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband |
| Pay a visit | Add as buddy |
| Say hello | Send a message |

12/09/2014  Guess the Ranking of the Final Four of the UEFA Champions League (published on April 17) – Sports Events – TVpad Fans

| Xiang Mao | | Posted at 14:57:21, 04/17/2014 | Posts by this author | | Bench |
|---|---|---|---|---|---|
| Registered member | | Champion: Real Madrid<br>Runner-up: Chelsea<br>Third place: Bayern München<br>Fourth place: Atlético De Madrid<br>Favorite commentator: He Hui<br>Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| His (her) daily mood<br>**Depressed** | | | | | |
| 2014-4-22 10:23:01 | | | | | |
| Sign-in by days: 9 days | | | | | |
| [LV.3] Occasional visit II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | Report an abuse | |
| brightlook | | Posted at 16:28:19, 04/17/2014 | Posts by this author | | Floor |
| Super moderator | | Last edited by brightlook at 16:29, 04/17/2014 | | | |
| His (her) daily mood<br>**Happy** | | Let me guess also.<br><br>Champion: Real Madrid<br>Runner-up: Atlético De Madrid<br>Third place: Bayern München<br>Fourth place: Chelsea<br>Favorite commentator: Liu Ning, He Hui, Chen Xirong (I was compelled to watch the matches on CCTV5. CCTV5 commentators virtually think of their favorite teams as the Beijing team. For a match commented by Liu Jianhong or Duan Xuan, I directly turned off the sound.)<br>Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| 2014-6-11 11:37:15 | | | | | |
| Sign-in by days: 382 days | | | | | |
| [LV.9] Make the forum a home. II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | Report an abuse | |
| hicuagain | | Posted at 02:21:54, 04/18/2014 | Posts by this author | | 5# |
| Gold member | | Champion: Atlético De Madrid<br>Runner-up: Bayern München<br>Third place: Real Madrid<br>Fourth place: Chelsea<br>Favorite commentator: He Hui<br>Favorite app used to watch the UEFA Champions League matches: GD TV Sports | | | |
| His (her) daily mood<br>**Happy** | | | | | |
| 21 hours ago | | | | | |
| Sign-in by days: 928 days | | | | | |
| [LV.10] Make the forum a home. III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |

| hicuagain | Posted at 02:37:40, 04/18/2014 | Posts by this author | | 6# |
|---|---|---|---|---|
| Gold member | Last edited by hicuagain at 02:58, 04/018/2014 | | | |
| His (her) daily mood **Happy** 21 hours ago | Posted by cheungyingfun at 02:24, 04/18/2014 Ha-ha! | | | |
| Sign-in by days: 928 days | Champion: Atlético De Madrid. Will my insight be proved right? | | | |
| [LV.10] Make the forum a home. III | This is what we call winning by surprise. Ha-ha! Though not promising in the UEFA Champions League semifinal, Atlético De Madrid had done a good job in La Liga in this season. | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | Have a good mood every day! | | Report an abuse | |
| ans | Posted at 03:29:50, 04/18/2014 | Posts by this author | | 7# |
| Freshman | Last edited by ans at 02:37, 04/22/2014 | | | |
| This user has never signed in. | Champion: Real Madrid Runner-up: Chelsea Third place: Bayern München Fourth place: Atlético De Madrid Favorite commentator: He Hui Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | | | Report an abuse | |
| timmyng | Posted at 07:36:47, 04/18/2014 | Posts by this author | | 8# |
| Senior member | Champion: Bayern München Runner-up: Atlético De Madrid Third place: Real Madrid Fourth place: Chelsea Favorite commentator: He Hui Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 13:50, yesterday | | | | |
| Sign-in by days: 367 days | | | | |
| [LV.9] Make the forum a home. II | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | To behave myself, I am signing in. | | Report an abuse | |

| moresales | Posted at 09:53:58, 04/18/2014 | Posts by this author | | 9# |
|---|---|---|---|---|
| Freshman | Champion: Atlético De Madrid<br>Runner-up: Bayern München<br>Third place: Real Madrid<br>Fourth place: Chelsea<br>Favorite commentator: He Hui<br>Favorite app used to watch the UEFA Champions League matches: GD TV Sports | | | |
| This user has never signed in. | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | Report an abuse | |
| candice | Posted at 11:50:21, 04/18/2014 | Posts by this author | | 10# |
| Website editor | Champion: Atlético De Madrid<br>Runner-up: Bayern München<br>Third place: Real Madrid<br>Fourth place: Chelsea<br>Favorite commentator: I had no time to watch the matches…This is too bad.<br>Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband<br><br>Though I did not watch the matches, which were too late into the night, I will continue supporting Atlético De Madrid in ultimately winning the trophy as a dark horse!<br>Real Madrid's Bale is beginning to prove his talent, but I still don't think that Real Madrid will have good luck in the Champions League. Ha-ha!<br><br>Comments:<br><br>brightlook   Do you think that the final will be a derby?   A derby final is possible only if Real Madrid put an end to their defeats in Germany.   Details   Reply   Posted at 13:42:53, 04/18/2014 | | | |
| His (her) daily mood<br>**Happy**<br>2014-4-4<br>09:07:21 | | | | |
| Sign-in by days: 2 days | | | | |
| [LV.1] New comer | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | TVpad makes your holiday more wonderful. | | Report an abuse | |

| Write a post | | Return to the list 1 2 3 Next page |
|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | |

| | Submit reply |
|---|---|
| | Go to the last page after the reply. |

| Powered by Discuz! X2 | Archiver \| Mobile Edition \| TVpad Fans |
|---|---|
| © 2001-2011 Comsenz Inc. | GMT+8, 2014-12-9 23:36 , Processed in 0.060950 second(s), 27 queries . |





一直用TVPad收看"佔中"，完全冇问题。

金牌会员

TA的每日心情
开心
前天 10:06

签到天数: 896 天
[LV.10]以坛为家III

串个门    加好友
打招呼    发消息

大家好

举报

admin

发表于 2014-10-9 14:11:45 | 只看该作者    地板

现在已经恢复正常了，请大家安心观看节目！

管理员

TA的每日心情
奋斗
前天 09:30

签到天数: 104 天
[LV.6]常住居民II

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

发帖 ▾                                                    返回列表

高级模式

您需要登录后才可以回帖    登录 | 立即注册    用QQ帐号登录

发表回复    □ 回帖后就跳转到最后一页



# TRANSLATOR CERTIFICATION

3450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/thread-191223-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

12/4/2014Since "Occupy Central" started, all the TVB channels have been unavailable. – TVpad Product Information Exchange Section – TVpad Fans

| Set as homepage. Bookmark this page. | | Login with my QQ account | | | | |
|---|---|---|---|---|---|---|
| | | Only one step away. Quick start. | User name | | Automatic login | Retrieve password |
| | | | Password | | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |
|---|---|---|---|---|---|---|---|

Please enter the content to be searched.     This forum   Search   Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Product Exchange Section | Since "Occupy Central" started, all the TVB channels have been unavailable. |
|---|---|---|---|

Write a post                                                                    Return to the list.

| Views: 849 | Replies: 3 | [Product Information Exchange] Since "Occupy Central" started, all the TVB channels have been unavailable. [copy link] | | | |
|---|---|---|---|---|---|
| vincent29 | | Posted at 08:34:25, 10/01/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Freshman | | iNews and Jade are both down. What happened? Were they under attack? | | | | |
| This user has never signed in. | | | | | | |
| Pay a visit | Add as buddy | Share to: | QQ Space | Tencent microblog | Tencent Friends |
| Say hello | Send a message | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |
| | | | | | |
| | | | | Tool used | Report an abuse. |
| terryfong2011 | | Posted at 00:11:50, 10/07/2014 | Posts by this author | | Sofa |
| Gold member | | Mine is working fine, no interruption so far. I am in USA Boston... | | | |
| TVpad-certified user | | | | | |
| His (her) daily mood **Angry** 1:05:00 AM, yesterday | | [Post fortune]: terryfong2011 bought a lottery ticket, scratched off the coating, and found out that he won 3 T coins. | | | |
| Sign-in by days: 903 day | | | | | |
| [LV.10] Make the forum a home. III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | God bless me. Wish I gain torrents of T coins. | | Report an abuse. |

12/4/2014Since "Occupy Central" started, all the TVB channels have been unavailable. – TVpad Product Information Exchange Section – TVpad Fans

| hksea | Posted at 10:29:50, 10/07/2014 | Posts by this author | | Bench |
|---|---|---|---|---|
| Gold member | Posted by 9hk67 at 00:22, 10/07/2014 | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 10:06, the day before yesterday. | No problem. I have been following "Occupy Central" on my TVpad, no problem at all. | | | |
| Sign-in by days: 896 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | Hi, everybody! | | Report an abuse. | |
| admin | Posted at 14:11:45, 10/09/2014 | Posts by this author | | Floor |
| Administrator | Problems are resolved. Now you can watch TV programs normally again. | | | |
| His (her) daily mood **Striving** 9:30, the day before yesterday. | | | | |
| Sign-in by days: 104 days | | | | |
| [LV.6] Inhabitant II | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode You need to log in before replying to a post. Login \| Register | | |
| | Submit reply Go to the last page after the reply. | | |

| Powered by Discuz! X2 © 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans GMT+8, 2014-12-5 03:06 , Processed in 0.065007 second(s), 21 queries . |
|---|---|

12/4/2014Since "Occupy Central" started, all the TVB channels have been unavailable. – TVpad Product Information Exchange Section – TVpad Fans



设为首页  收藏本站

用户名 [　　　] ☐ 自动登录  找回密码

用QQ帐号登录
只需一步，快速开始

密码 [　　　] [登录]
立即注册

论坛　TVpad产品区　App内容区　盒粉交流区　问题反馈　**购买TVpad**　TVpad 招商　　**快捷导航**

请输入搜索内容　　　　　　　　　本版 [搜索]　热搜: TVpad2  TVpad  wifi设置  使用心得  BETV

论坛 › App内容区 › App内容交流区 › ※港粤网络电视※最新应用包

[发帖 ▾]　　　　　　　　　　　　　[返回列表] 1 2 3 4 5 6 7 8 [下一页]

查看: 13264 | 回复: 75

传奇

[综合] ※港粤网络电视※最新应用包 [复制链接]

发表于 2014-4-18 11:10:16 | 只看该作者 | 倒序浏览　　　　　　　　　　　　　　电梯直达　🔧

版主

TA的每日心情
慵懒
2012-3-28
16:25:42

签到天数: 3 天
[LV.2]偶尔看看I

串个门　加好友
打招呼　发消息

本帖最后由 brightlook 于 2014-4-27 23:23 编辑

**应用基本介绍**



港粤网络电视是一款粤语视频综合软件，汇集了热门的粤语直播、点播节目，并提供节目预告、直播预约、精彩回放等功能，同时，港粤网络电视有着丰富的栏目设计，如热播剧、经典剧、娱乐、休闲、戏曲等栏目，可满足粤语用户全方位的节目需求。港粤网络电视，一个应用，足够精彩！

**应用类型**

综合（直播+回放+点播）

**应用下载渠道**

1、线下U盘安装

2、N+商城 下载

另外说明一下，原先的港粤网络电视测试版应用包已无法正常使用，所有安装测试版的用户需要重新卸载安装新应用，请大家自行去应用下载渠道下载。

有任何问题，可随时联系客服！

12/8/2014 香港 tvpad 论坛 tvpad 第三台 - Apple iOS TVpad Pad Fans

本主题由 admin 于 2014-5-23 14:59:24 设置高亮

分享到： 🔵 QQ空间 🔵 腾讯微博 🍀 腾讯朋友

❤分享 0   ⭐收藏 0   👍支持 0   👎反对 0

岁月刀刀催人老

　　　　　　　　　　　　　　　　　　　　　使用道具　举报

---

**candice**



网站编辑


TA的每日心情
 开心
2014-4-4
09:07:21

签到天数: 2 天
[LV.1]初来乍到

串个门　加好友
打招呼　发消息

发表于 2014-4-18 13:01:27 | 只看该作者　　　　　　沙发

哇哦~~下载地址N+商城

http://www.appnnn.com/topic/app_3914.html
各位坛友需要的赶紧下载啊

[发帖际遇]：一个袋子砸在了 candice 头上，candice 赚了 3 T币。

放假略~~TVpad有你更精彩

　　　　　　　　　　　　　　　　　　　　　　　　　举报

---

**ywcj**



高级会员
😞

TA的每日心情
 开心
2 小时前

签到天数: 509 天
[LV.9]以坛为家II

串个门　加好友
打招呼　发消息

发表于 2014-4-18 14:57:43 | 只看该作者　　　　　　板凳

 一個就足夠.

做人不能太紅X字，所以我來签到了

　　　　　　　　　　　　　　　　　　　　　　　　　举报

12/8/2014



[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

---

nav

发表于 2014-4-19 02:15:13 | 只看该作者                                    7#

TVpad3 & 2 only

金牌会员
海外用户

TA的每日心情
开心
7 小时前

签到天数: 301 天
[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

---

nav

发表于 2014-4-19 02:16:10 | 只看该作者                                    8#

sextant340 发表于 2014-4-18 08:57
不知TVPAD1(M121)可用?謝謝!

金牌会员
海外用户

TA的每日心情
开心
7 小时前

這版本不能

签到天数: 301 天
[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

---

cbc123456

发表于 2014-4-19 03:57:18 | 只看该作者                                    9#

nav 发表于 2014-4-19 02:16
這版本不能



工作中

金牌会员
海外用户

TA的每日心情

开心
5 小时前

签到天数: 709 天
[LV.9]以坛为家II

串个门        加好友
打招呼        发消息

nav

做人不能太红X字，所以我来签到了

举报

发表于 2014-4-19 03:58:46 ｜只看该作者                                                    10#

cbc123456 发表于 2014-4-18 12:57
工作中

明白了!

金牌会员
海外用户

TA的每日心情
开心
7 小时前

签到天数: 301 天
[LV.8]以坛为家I

串个门        加好友
打招呼        发消息

做人不能太红X字，所以我来签到了

举报

发帖

返回列表  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 下一页

高级模式

您需要登录后才可以回帖  登录 | 立即注册     用QQ帐号登录

发表回复    ☐ 回帖后跳转到最后一页

Powered by Discuz! X2                                    Archiver｜手机版｜TVpad Fans
© 2001-2011 Comsenz Inc.                          GMT+8, 2014-12-9 07:13，Processed in 0.078729 second(s), 25 queries .



# TRANSLATOR CERTIFICATION

9450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread-158188-1-5.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

12/8/2014      ※ Gang Yue Web TV ※ Latest App Package – App Content Forum – TVpad Fans

Set       as homepage. Bookmark this page.

Login with my    QQ account

Only    one step  away. Quick start. | User name | | Automatic login | Retrieve password
| | Password | | Log in | Register now

| Forum | TVpad Product Section | App Content Section | Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | | Fast Navigation |

Please enter the content to be searched.                  This forum      search      Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

Forum       App Content Section       App Content Exchange Section       ※ Guang Yue Web TV ※ Latest Application Package

Write   a post                                   Return   to the list.                  Next page

| Views: 13264 | Replies: 75 | [Integrated] ※Gang Yue Web TV ※Latest Application Package [copy link] | | | |
|---|---|---|---|---|---|
| Legend | | Posted at  11:10:16  , 04/18/2014 | Posts by this author | Browse  in  inverted order | Thread starter | Go to post No. |
| Moderator | | Last edited by brightlook at 23:23, 04/27/2014 | | | | |
| His (her) daily mood **Lazy** 2012-3-28 16:25:42 | | APP introduction | | | | |
| Sign-in by days: 3 days | | Gang Yue Web TV is a Cantonese video integration application. It has a collection of popular Cantonese live and VOD programs and provides functions including program advance notice, live broadcast appointment, and playback. In addition, Gang Yue Web TV is designed with abundant columns, such as popular teleplays, classic dramas, entertainment, leisure, and traditional operas, to meet the all-round program needs of Cantonese-speaking users. A single application, Gang Yue Web TV, is good enough. | | | | |
| [LV.2] Occasional visit I | | | | | | |
| Pay a visit | Add    as buddy | **Application type** Integrated (live + playback + VOD) | | | | |
| Say hello | Send    a message | **Application download channels** 1. Store it in a USB disk for offline installation. 2. Download from N+ mall. | | | | |
| | | Note that the original Gang Yue Web TV beta version no longer works. Users who are using the beta version need to uninstall the beta version and install the new application. Please download the application from the preceding download URL. | | | | |
| | | For any problems, please feel free to contact the customer service team. | | | | |
| | | This topic was highlighted by admin at 14:59:24, 05/23/2014. | | | | |
| | | Share to: | QQ Space | Tencent microblog | Tencent Friends | |
| | | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 | |
| | | Life is short and time is swift. | | | Tool used | Report an abuse |

12/8/2014 　※ Gang Yue Web TV ※ Latest App Package – App Content Forum – TVpad Fans

| candice | | Posted at 13:01:27, 04/18/2014 | Posts by this author | | Sofa |
|---------|---|---------|---------|---|---------|
| Website editor | | Wow! Download URL for the N+ mall: | | | |
| His (her) daily mood **Happy** 2014-4-4 09:07:21 | | http://www.appnnn.com/topic/app_3914.html | | | |
| Sign-in by days: 2 days | | If you need the application, you can download it from this URL. | | | |
| [LV.1] New comer | | [Post fortune]: A bag fell upon candice's head, and candice gained 3 T coins. | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | TVpad makes your holiday more wonderful. | | Report an abuse | |
| ywcj | | Posted at 14:57:43, 04/18/2014 | Posts by this author | | Bench |
| Senior member | | One is sufficient. | | | |
| His (her) daily mood **Happy** 2 hours ago | | | | | |
| Sign-in by days: 509 days | | | | | |
| [LV.9] Make the forum a home. II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | Report an abuse | |

| ielppa | Posted at 21:24:28, 04/18/2014 | Posts by this author | | Floor |
|---|---|---|---|---|
| Gold member | | | | |
| His (her) daily mood **Wiping sweat** 5 hours ago | | | | |
| Sign-in by days: 991 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | | Report an abuse |
| kkericb | Posted at 00:09:57, 04/19/2014 | Posts by this author | | 5# |
| Gold member | M120/M121/M121S V3.26 | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 7 hours ago | | | | |
| Sign-in by days: 935 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | | Report an abuse |
| nav | Posted at 12:17:12 AM, 04/19/2014 | Posts by this author | | 6# |
| Gold member Overseas user | Last edited by nav at 16:57, 05/14/2014 [Working] | | | |
| His (her) daily mood **Happy** 7 hours ago | | | | |
| Sign-in by days: 301 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | | Report an abuse |

| nav | Posted at 02:15:13, 04/19/2014 | Posts by this author | | 7# |
|---|---|---|---|---|
| Gold member Overseas user | TVpad3 & 2 only | | | |
| His (her) daily mood **Happy** 7 hours ago | | | | |
| Sign-in by days: 301 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | Report an abuse | |
| nav | Posted at 02:16:10, 04/19/2014 | Posts by this author | | 8# |
| Gold member Overseas user | Posted by sextant340 at 08:57, 04/18/2014 Can TVPAD1(M121) be used? Thanks. | | | |
| His (her) daily mood **Happy** 7 hours ago | This version cannot be used. | | | |
| Sign-in by days: 301 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | Report an abuse | |
| cbc123456 | Posted at 03:57:18, 04/19/2014 | Posts by this author | | 9# |
| Gold member | Posted by nav at 02:16, 04/19/2014 | | | |
| His (her) daily mood **Happy** 5 hours ago | This version cannot be used. | | | |
| Sign-in by days: 709 days | Working. | | | |
| [LV.9] Make the forum a home. II | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | Report an abuse | |

| nav | Posted at 03:58:46, 04/19/2014 | Posts by this author | | 10# |
|---|---|---|---|---|
| Gold member Overseas user | Posted by cbc123456 at 12:57, 04/18/2014 | | | |
| | Working. | | | |
| His (her) daily mood **Happy** 7 hours ago | Got it! | | | |
| Sign-in by days: 301 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | Report an abuse | |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode You need to log in before replying to a post. Login | Register | | |
| | Submit reply Go to the last page after the reply. | | |

| Powered by Discuz! X2 © 2001-2011 Comsenz Inc. | Archiver | Mobile Edition | TVpad Fans GMT+8, 2014-12-9 07:13 , Processed in 0.078729 second(s), 25 queries . |
|---|---|





举报

hicuagain

发表于 2014-6-12 23:45:17  | 只看该作者

板凳

哦? 真的吗？现在还是不能收看嘛？ 我回家也去查看一下。

金牌会员

TA的每日心情
开心
2 小时前

签到天数: 924 天
[LV.10]以坛为家III

串个门      加好友
打招呼      发消息

天天都有好心情！

举报

nav

发表于 2014-6-13 01:16:31  | 只看该作者

地板

> hicuagain 发表于 2014-6-12 08:45
> 哦? 真的吗？现在还是不能收看嘛？ 我回家也去查看一下。

金牌会员

海外用户

可以看!  我總覺得 Server 反應比較慢!

TA的每日心情
开心
3 小时前

签到天数: 297 天
[LV.8]以坛为家I

串个门      加好友
打招呼      发消息

做人不能太红X字，所以我来签到了

举报

hicuagain

发表于 2014-6-13 01:38:29  | 只看该作者

5#

> nav 发表于 2014-6-13 01:16
> 可以看!  我總覺得 Server 反應比較慢!

金牌会员

最近一直都是换台缓冲时间太长，下载速度前6，7秒钟里尚不去100，糟糕的时候甚至只有各位数的下载速度。不过，等的时间长点儿也无所谓了，能看就好！

希望TVpad到时候别掉链子！～

TA的每日心情
开心
2 小时前

天天都有好心情！

举报

nav

金牌会员
海外用户

TA的每日心情
开心
3 小时前

签到天数: 297 天
[LV.8]以坛为家I

串个门    加好友
打招呼    发消息

发表于 2014-6-13 01:48:45 ｜只看该作者                     6#

本帖最后由 nav 于 2014-6-12 11:03 编辑

hicuagain 发表于 2014-6-12 10:38
最近一直都是换台缓冲时间太长，下载速度前6，7秒钟里尚不去100，糟糕的时候甚至只有各位数的下载速度。 ...

我相信很多 TVpad 的工作人員都一齊看，他們是会见到問題的存在！我相信大家都会盡量看本地高清台。

因樓主說 "看CCTV5 高清要收費"

不要忘記 black Friday again！(玩笑而矣!)

做人不能太紅X字，所以我来签到了

举报

admin

管理員

TA的每日心情
奋斗
前天 09:30

签到天数: 104 天
[LV.6]常住居民II

串个门    加好友
打招呼    发消息

发表于 2014-6-13 10:31:24 ｜只看该作者                     7#

亲，不需要充值，点充值后可以继续看，是个bug我们正在解决！

做人不能太紅X字，所以我来签到了

举报

old_old_7

发表于 2014-6-13 11:37:16 ｜只看该作者                     8#

admin 发表于 2014-6-13 10:31
亲，不需要充值，点充值后可以继续看，是个bug我们正在解决！

注册会员

TA的每日心情
奋斗
2014-7-18
19:59:51

签到天数: 70 天
[LV.6]常住居民II

串个门    加好友
打招呼    发消息

华森国际

嚇死!以为要比錢

hi, hi, hi

举报

发表于 2014-6-13 22:22:25 | 只看该作者                               9#

现在进不去了,说没有授权

新手上路

TA的每日心情
怒
2013-10-5
18:55:31

签到天数: 2 天
[LV.1]初来乍到

串个门    加好友
打招呼    发消息

为什么不能登入啊

举报

发帖 ▾                                                                      返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册     用QQ帐号登录

发表回复    □ 回帖后跳转到最后一页

Powered by Discuz! X2                                    Archiver | 手机版 | TVpad Fans
© 2001-2011 Comsenz Inc.                        GMT+8, 2014-12-5 03:44 , Processed in 0.087241 second(s), 22 queries .



# TRANSLATOR CERTIFICATION

9450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/thread-167543-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

12/04/2014Do I need to pay for watching the CCTV5 HD channel? - TVpad Help & Customer Service – TVpad Fans

Set as homepage. Bookmark this page.

Login with my QQ account

| | | |
|---|---|---|
| Only one step away. Quick start. | User name | Automatic login |
| | | Retrieve password |
| | Password | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |
|---|---|---|---|---|---|---|---|

Please enter the content to be searched. | This forum | Search | Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Help & Customer Service | Do I need to pay for watching the CCTV5 HD channel? |
|---|---|---|---|

Write a post

Return to the list.

| Views: 1310 | Replies: 8 | Do I need to pay for watching the CCTV5 HD channel? [copy link] | | | | |
|---|---|---|---|---|---|---|
| Huasen International | | Posted at 22:37:37, 06/12/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Freshman | | It had been a long time since I used TVpad3 last. Today, after watching CCTV HD for a while, I was asked to recharge. Then, I found that I could not watch that channel. Why is that? | | | | |
| His (her) daily mood **Angry** | | | | | | |
| 2013-10-5 18:55:31 | | CCTV5 | | | | |
| Sign-in by days: 2 days | | | | | | |
| [LV.1] New comer | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |

| | | | |
|---|---|---|---|
| Share to: | QQ Space | Tencent microblog | Tencent Friends |
| Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

Related posts

| • | CCTV5 audio | • | CCTV5+ |
|---|---|---|---|
| • | [Good News] The CCTV5+ Sports Events channel has been formally launched! | • | I have some opinions regarding TVpad, and I hope that those opinions will be accepted. |
| • | As the World Cup is around the corner, I hope that CCTV 5, CCTV5+, and CCTV1 HD channels will be added. | • | The CCTV5 stream quality was poor today. |
| • | The server failed to be connected, and the connection icon turned gray. I am in Australia. | | |

| | Why did the login fail? | | Tool used | Report an abuse. |
|---|---|---|---|---|
| nav | Posted at 23:44:31, 06/12/2014 | Posts by this author | | Sofa |
| Gold member Overseas user | There may be problems with your TVpad. | | | |
| His (her) daily mood **Happy** | | | | |
| 3 hours ago | | | | |
| Sign-in by days: 297 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |

| | To behave myself, I am signing in. | | Report an abuse. |
|---|---|---|---|

| hicuagain | Posted at 23:45:17, 06/12/2014 | Posts by this author | | Bench |
|---|---|---|---|---|
| Gold member | Oh, really? Are you still unable to watch it? I will check it out after I get home. | | | |
| His (her) daily mood **Happy** 2 hours ago | | | | |
| Sign-in by days: 924 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| [LV.10] Make the forum a home. III | | | | |
| | Have a good mood every day! | | | Report an abuse. |
| nav | Posted at 01:16:31, 06/13/2014 | Posts by this author | | Floor |
| Gold member Overseas user | Posted by hicuagain at 8:45, 06/12/2014 Oh, Really? Are you still unable to watch it? I will check it out after I get home. Works for me. I always felt the server response is slow. | | | |
| His (her) daily mood **Happy** 3 hours ago | | | | |
| Sign-in by days: 297 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | To behave myself, I am signing in. | | | Report an abuse. |
| hicuagain | Posted at 01:38:29, 06/13/2014 | Posts by this author | | 5# |
| Gold member | Posted by nav at 01:16, 06/13/2014 Works for me. I always feel that the server response is slow. Recently, when I change channels, the buffering always takes too long. For the first six seconds to seven seconds, the download speed can't even get higher than 100 kbps; at its worst, the download speed would stay in the single digits. But the long buffering is not unacceptable as long as the program works. I hope that TVpad will keep working normally. | | | |
| His (her) daily mood **Happy** 2 hours ago | | | | |
| Sign-in by days: 924 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | Have a good mood every day! | | | Report an abuse. |

12/04/2014 Do I need to pay for watching the CCTV5 HD channel? - TVpad Help & Customer Service – TVpad Fans

| nav | | Posted at 01:48:45, 06/13/2014 | Posts by this author | | 6# |
|---|---|---|---|---|---|
| Gold member<br>Overseas user | | Last edited by nav at 11:03, 06/12/2014 | | | |
| His (her) daily mood<br>**Happy**<br>3 hours ago | | Posted by hicuagain at 10:38, 06/12/2014 | | | |
| Sign-in by days: 297 days | | Recently, when I change channels, the buffering always takes too long. For the first six seconds to seven seconds, the download speed can't even get higher than 100 kbps; at its worst, the download speed would stay in the single digits.... | | | |
| [LV.8] Make the forum a home. I | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | I believe that many TVpad personnel read the posts and will become aware of the problems. I think people will try and watch a local HD channel whenever possible.<br><br>The OP said that a user needed to pay for watching CCTV HD.<br><br>Don't forget black Friday again!    (This is a joke.) | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |
| admin | | Posted at 10:31:24, 06/13/2014 | Posts by this author | | 7# |
| Administrator | | Hi buddy, there is no need to recharge. After clicking the Recharge button, you can continue watching the program. It is a bug that we are trying to solve. | | | |
| His (her) daily mood<br>**Striving**<br>9:30, the day before yesterday. | | | | | |
| Sign-in by days: 104 days | | | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |

12/04/2014 Do I need to pay for watching the CCTV5 HD channel? - TVpad Help & Customer Service – TVpad Fans

| old_old_7 | | Posted at 11:37:16, 06/13/2014 | Posts by this author | | 8# |
|---|---|---|---|---|---|
| Registered member | | Posted by admin at 10:31, 06/13/2014 | | | |
| His (her) daily mood **Striving** 2014-7-18 19:59:51 | | Hi, buddy, there is no need to recharge. After clicking the Recharge button, you can continue watching the program. It is a bug that we are trying to solve. | | | |
| Sign-in by days: 70 days | | | | | |
| [LV.6] Inhabitant II | | I thought that we had to pay. So scary…phew! | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | hi, hi, hi | | Report an abuse. | |
| Huasen International | | Posted at 22:22:25, 06/13/2014 | Posts by this author | | 9# |
| Freshman | | I can't access it now. It says no authorization. | | | |
| His (her) daily mood **Angry** 2013-10-5 18:55:31 | | | | | |
| Sign-in by days: 2 days | | | | | |
| [LV.1] New comer | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | Why did the login fail? | | Report an abuse. | |

| Write a post | | | Return to the list. | Next page |
|---|---|---|---|---|
| | Advanced mode You need to log in before replying to a post. Login | Register | | | |
| | Submit reply Go to the last page after the reply. | | | |

| Powered by Discuz! X2 © 2001-2011 Comsenz Inc. | Archiver | Mobile Edition | TVpad Fans GMT+8, 2014-12-5 03:44, Processed in 0.087241 second(s), 22 queries . |
|---|---|



设为首页 收藏本站

Fans

用QQ帐号登录
只需一步，快速开始

用户名 ☐ 自动登录 找回密码
密码 登录 立即注册

论坛 TVpad产品区 App内容区 盒粉交流区 问题反馈 购买TVpad TVpad 招商 快捷导航

请输入搜索内容 本版 搜索 热搜: TVpad2 TVpad wifi设置 使用心得 BETV

论坛 TVpad产品区 TVpad产品交流区 高清 CCTV 5/CCTV 5+

发帖

返回列表

查看: 658 | 回复: 4

kwokwil0323

新手上路
☆
该用户从未签到

串个门  加好友
打招呼  发消息

hicuagain

金牌会员
😊🌙

TA的每日心情
开心
2 小时前

签到天数: 924 天
[LV.10]以坛为家III

串个门  加好友
打招呼  发消息

candice

[产品交流] 高清 CCTV 5/ CCTV 5+ [复制链接]

发表于 2014-6-4 13:42:53 | 只看该作者 | 倒序浏览                    楼主 电梯直达 🔧

請問 TVPAD - OL Sports app 有無可能將 CCTV 5/CCTV 5+ 變成高清?

小米上的 VST 同埋怒風直播都有 HD CCTV 5 source.

Thanks

分享到: QQ空间  腾讯微博  腾讯朋友

❤分享0  ⭐收藏0  👍支持0  👎反对0

使用道具  举报

发表于 2014-6-5 03:29:09 | 只看该作者                    沙发

OL Sports app無CCTV 5+ 高清. 但是CCTV 5的高清在BETV HD 的app中可以看到 ，
同意楼主，如果能有CCTV 5+的高清频道就更好了。

天天都有好心情！

举报

发表于 2014-6-5 11:54:25 | 只看该作者                    板凳

在betv hd里有的





网站编辑

TA的每日心情
开心
2014-4-4 09:07:21

签到天数: 2 天
[LV.1]初来乍到

串个门 加好友
打招呼 发消息

放假咯~~TVpad有你更精彩

举报

hk234234

金牌会员
TVpad认证用户

TA的每日心情
慵懒
13 分钟前

签到天数: 623 天
[LV.9]以坛为家II

串个门 加好友
打招呼 发消息

发表于 2014-6-5 13:41:54 | 只看该作者 地板

總會有的......

做人不能太红X字，所以我来签到了

举报

admin

管理员

TA的每日心情
奋斗
前天 09:30

发表于 2014-6-5 17:37:15 | 只看该作者 5#

分享到：

目前只有BETVHD里面的CCTV5是高清的 回复姗姗来迟，望各位海涵啊！ sorry ~

签到天数: 104 天

[LV.6]常住居民II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

发帖 ▾

返回列表

高级模式

您需要登录后才可以回帖　登录 | 立即注册　用QQ帐号登录

发表回复　☐ 回帖后跳转到最后一页

Powered by Discuz! X2

© 2001-2011 Comsenz Inc.

Archiver | 手机版 | TVpad Fans

GMT+8, 2014-12-5 03:33 , Processed in 0.136265 second(s), 20 queries .



**TRANSLATOR CERTIFICATION**

9450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/thread-165359-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

12/04/2014　HD CCTV 5/CCTV 5+－TVpad Product Information Exchange Section – TVpad Fans

| | |
|---|---|
| Set as homepage. Bookmark this page. | Login with my QQ account |

| | | | | |
|---|---|---|---|---|
| Only one step away. Quick start. | User name | | Automatic login | Retrieve password |
| | Password | | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |
|---|---|---|---|---|---|---|---|

Please enter the content to be searched. 　This forum　Search　Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Product Exchange Section | HD CCTV 5/CCTV 5+ |
|---|---|---|---|

Write a post　　　　　　　　　　　　　　　　　　　　　　　Return to the list.

| Views: 658 | Replies: 4 | [Product Information Exchange] HD CCTV 5 /CCTV 5+ [copy link] | | | |
|---|---|---|---|---|---|
| kwokwil0323 | Posted at 13:42:53, 06/04/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Freshman | Question: Is it possible to turn CCTV 5/CCTV 5+ into HD channels in the OL Sports App on TVpad? | | | | |
| This user has never signed in. | HD CCTV 5 sources are provided on both Xiao MI's VST and Nufeng Live. | | | | |
| Pay a visit | Add as buddy | Thanks | | | |
| Say hello | Send a message | | | | |

| | Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|---|
| | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

| | | | | Tool used | Report an abuse. |
|---|---|---|---|---|---|
| hicuagain | Posted at 03:29:09, 06/05/2014 | Posts by this author | | Sofa | |
| Gold member | OL Sports App does not provide CCTV 5+ HD. But CCTV 5+ HD is available with the BETV HD App. | | | | |
| His (her) daily mood **Happy** | | | | | |
| 2 hours ago | I agree with kwokwil0323; it would be best if a CCTV 5+ HD channel is provided. | | | | |
| Sign-in by days: 924 days | | | | | |
| [LV.10] Make the forum a home. III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |

| | Have a good mood every day! | | | Report an abuse. |
|---|---|---|---|---|
| candice | Posted at 11:54:25, 06/05/2014 | Posts by this author | | Bench |
| Website editor | It is available on BETV HD. | | | |
| His (her) daily mood **Happy** | | | | |
| 2014-4-4 09:07:21 | | | | |
| Sign-in by days: 2 days | | | | |
| [LV.1] New comer | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |

| | TVpad makes my holiday more wonderful. | | | Report an abuse. |
|---|---|---|---|---|

12/04/2014   HD  CCTV 5/CCTV 5+ –  TVpad Product Information Exchange Section – TVpad Fans

| hk234234 | | Posted at 13:41:54, 06/05/2014 | Posts by this author | | Floor |
|---|---|---|---|---|---|
| Gold member | | They will be available someday… | | | |
| TVpad-certified user | | | | | |
| His (her) daily mood **Lazy** | | | | | |
| 13 minutes ago. | | | | | |
| Sign-in by days: 623 days | | | | | |
| [LV.9] Make the forum a home. II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse. |
| admin | | Posted at 17:37:15, 06/05/2014 | Posts by this author | | 5# |
| Administrator | | Currently, only the CCTV5 source on BETV HD is high-definition. | | | |
| His (her) daily mood **Striving** | | | | | |
| 9:30, the day before yesterday. | | I am sorry for replying late.   sorry ~ | | | |
| Sign-in by days: 104 days | | | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse. |

12/04/2014    HD CCTV 5/CCTV 5+ − TVpad Product Information Exchange Section – TVpad Fans

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br><br>Go to the last page after the reply. | | |

| | |
|---|---|
| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans<br>GMT+8, 2014-12-5 03:33 , Processed in 0.136265 second(s),<br>20 queries . |

# EXHIBIT 30

TVpad · 【客户意见收集】 为了更好的服务于广大海外用户，让广大的海外tvpad...

# facebook

**Sign Up**

Email or Phone                    Password

Keep me logged in                    Forgot your password?

Facebook © 2014

**News Feed**

 **TVpad**
August 18, 2013 · New York, NY · ⊙

【客户意见收集】 为了更好的服务于广大海外用户，让广大的海外tvpad 用户获得更好的中文电视服务，小编特别发个帖子征求广大用户的意见，比如需要新增电视频道，直播或者点播；如何更好的提高服务质量等等，后期小编会对意见进行汇总提交给相关工作人员，感谢大家的支持哟！！！有家就有TVpad！！！

See Translation

Like · Comment

👤 Eric But, Ann Lo, Vivien Shin and 6 others like this.        Top Comments ▾

 **Tommy Fung** 請考慮加入香港有線電視和Now TV的新聞和財經頻道和體育頻道。明年世界杯舉行，TVB會有足球頻道，請加入。謝謝！
👍 2 · August 19, 2013 at 12:23am

 ↱ 2 Replies

 **Yap LP** TvPad2真的很适合全身在马来西亚的我，能看到非常多的中文节目，我先后已代朋友买了6台，下来还要再买。我希望在体育频道上多增加更多直播播放的频道，如北京体育台，ESPN英语，EuroSport英语，SuperSport英语；另外，广东体育台不很清晰，希望能改进；还有，希望第三方做一个软件看体育合集有：足球，篮球，乒乓球，羽毛球，方便大家寻找节目。此外，在粤海频道2和BETV2的回放，经常出现时段不连续，如回放下午二时至四时，下一段去下午七时至九时，中间时段有欠了。现在我朋友只能电影下载电影和美剧，利用TvPad2播放。美剧天下内容极不足，无论新旧剧，很多都搜寻不到。电影方面最好第三方做出『快播软件』直接搜索点播。hot韩剧社做的真好，希望也有一个『hot日剧社』能播放配有中文字幕的日本连续剧，现在泰国连续剧也很多人看，当然也希望有一个配上中文字幕的『hot泰剧社』。
👍 1 · August 21, 2013 at 4:12am

 **TVpad** 感谢您的建议，关于节目应用的调整与增加我们会与第三方应用开发商进行沟通，不过一定程度上也需要遵从从他们的开发计划，不过还是很感谢您的建议
August 21, 2013 at 6:21pm

 **Thomas Ye** 更多粤語頻道
👍 1 · August 19, 2013 at 1:59am

 **TVpad** 好的，谢谢
August 19, 2013 at 2:33am


 **John Shiu** 在(BETV HD)現已有6個高清台，是否可以加多幾個高清台嗎？謝謝！
 👍 2 · August 18, 2013 at 11:35pm

 **TVpad** 已记录
👍 1 · August 19, 2013 at 2:33am

 **Yap LP** 希望能增加澳门、新加坡、马来西亚等地的中文电视台；另外，越南电视台只有国家台用北越语，南部地区听不懂；希望增加越南的南部地方台VTV Huế, VTV Đà Nẵng, VTV Phú Yên, VTV Cần Thơ 1, VTV Cần Thơ 2。

语言方面现在只有二个即幼教英语和轻松学汉语，希望多增加中文学韩语、日语、泰语、俄语、法语、西班牙语等；作为传承地方语言如中文学四川话、上海话、湘、鄂、粤语、闽南语、客家话等之类App。
September 1, 2013 at 1:01am

 **TVpad** 不好意思，小编最近生病，没有及时回复！！！您的宝贵意见小编已经记录，会及时提交给相关工作人员，再次感谢咯
September 5, 2013 at 8:32pm

 **Josie Keung** 强烈建议TV PAD增加一个可上网的浏览器，用户可以直接从电视机上网站浏览APP。我家的电视机本来就是自带浏览器的smart TV, 没装TV PAD之前就可以直接上不同网站，现在装了TV PAD后电视机自带的全部APP就不方便使用了，如果要用只能删除TV PAD，非常不方便。 请接纳建议及考虑开发上网浏览器造福广大用户，谢谢！
August 19, 2013 at 11:41am · Edited

 **TVpad** 谢谢您的建议，我们会参考的，因为产品一直定位于电视服务，在网络方面暂时未考虑，不过还是感谢您的建议，也许下一代产品就会有喔
August 19, 2013 at 6:26pm

https://www.facebook.com/mytvpad/posts/522523404483771[12/17/2014 4:39:57 PM]

**EXHIBIT 30**

 **SM Tie** 请考虑马来西亚，新加坡，印尼等东南亚...
August 19, 2013 at 1:43am

↳ **2 Replies**

 **Jerry Choo** I wanna watch wwe wrestling and basketball nba, also fashion TV channel
August 19, 2013 at 12:58am

 **TVpad** mark
August 19, 2013 at 2:32am

 **Ivan See** Please improve all streaming sound bit rate and enable stereo (allow choosing different languages during bilingual programs too). The current sound quality on all Chinese and Hong Kong channels are just not ideal.
August 18, 2013 at 11:46pm

 **TVpad** thx a lot，the application providers are working on this issue
August 19, 2013 at 2:30am

 ちょうせん 增加更多日本台和錄影功能,還有日本直播那7個台常10-15MINS卡一次(PS:我用有線上網看,沒用WIFI,網速100MB,香港寬頻)其他APPS都成日重開APPS幾次先load到片)
August 18, 2013 at 11:44pm

 **TVpad** 謝謝您的建议
August 19, 2013 at 2:24am

 **Yap LP** 美劇和电影在TvPad2里的内容很不足，很多朋友都是用电脑先下载了，再插到TvPad2中，利用MVod播放，希望第三方能做一个『快播』软件搜寻播放。
👍 1 · August 21, 2013 at 4:17am

 **Joan Chua** 请问马来西亚能看Tvb所有的台吗?
July 28 at 8:04pm

 **Wei Song** 北京体育！！谢谢
April 15 at 8:28pm

 **Fun-fun Tse** 點解由昨晚開始,全部機都用唔到………
October 5, 2013 at 12:22am

 **Cathy Zhang** tvpad升级tvpad2計劃
August 19, 2013 at 3:29am

 **Ivan See** Agree with previous comment, NIJI app lags every 10 to 15 mins. This is only an issue in NIJI. I never had the same problem in BeTV or 粤海.
August 18, 2013 at 11:51pm

ちょうせん 重開APPS前已load過2MINS左右係load唔到
August 18, 2013 at 11:45pm

https://www.facebook.com/mytvpad/posts/522523404483771[12/17/2014 4:39:57 PM]



# TRANSLATOR CERTIFICATION

9450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/522523404483771

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

TVpad – [Customer opinion collection] In order to better serve our overseas customers and allow overseas TVpad users to…

| facebook Sign Up | | | |
|---|---|---|---|
| | | Email or Phone | Password |
| | | Keep me logged in | Forgot your password? |
| | News Feed | | English (US) · Privacy · Terms · Cookies · Advertising |
| | TVpad | | · More |
| | August 18, 2013 · New York, NY · | | Facebook © 2014 |
| | [Customer opinion collection] In order to better serve our overseas customers and allow overseas TVpad users to enjoy better Chinese TV services, I am sending this post to collect the opinions of our customers, such as adding new TV channels, live broadcast or VOD, and how to improve the service quality. I will summarize the customers' opinions and submit them to relevant personnel. Thank you for your support! Wherever your home is, there is TVpad! | | |
| | See Translation | | |
| | Like · Comment | | |
| | Eric But, Ann Lo, Vivien Shin and 6 others like this. | Top Comments | |
| | Tommy Fung: Please consider adding HK Cable TV and Now TV News, Finance, and Sports channels. Next year, there will be the World Cup, and TVB will launch a football channel. Please add it. Thanks!<br>2 · August 19, 2013 at 12:23am | | |
| | 2 Replies | | |
| | Yap LP   TVPad2 is very suitable for me here in Malaysia, allowing me to watch many Chinese TV programs. I have bought six TVpads for my friends, and I will buy more. I hope that more live and playback sports channels, for example, BTV Sports, ESPN English, EuroSport English, and SuperSport English, will be added. In addition, I hope that the video definition of GDTV Sports will be improved. I also hope that a third-party App will be provided that collects football, basketball, table tennis, and badminton matches, to make program query more convenient. In addition, the playback on Yue Hai 2 and that on BETV 2 is often interrupted. For example, immediately after the program played from 14:00 p.m. to 16:00 p.m. is played back, the program played from 19:00 p.m. to 21:00 p.m. is played back, with the program played during the intervening time period gone missing. Now, my friends can only download movies and US TV dramas to their TVpad2 for playback. The US TV dramas provided are very insufficient. Many US TV dramas, old or new, are not available. It would be best if a third-party "quick VOD application" is developed for directly searching and playing movies on demand. "Hot Korean TV Dramas" is very good. I hope that "Hot Japanese TV Dramas" will also be provided for playing Japanese TV dramas with Chinese subtitles. Nowadays, Thai TV dramas are also very popular; I also hope that "Hot Thai TV Dramas" with Chinese subtitles will also be provided.<br>1 · August 21, 2013 at 4:12am | | |
| | TVPad   Thank you for your suggestion. Regarding the adjustment and adding of program applications, we will communicate with third-party application developers, as we need to give consideration to their development plans. Still, I'd like to thank you again for your suggestion.<br>August 21, 2013 at 6:21pm | | |
| | Thomas Ye   More Cantonese channels, please.<br>1 · August 19, 2013 at 1:59am | | |
| | TVpad: OK, thanks.<br>August 19, 2013 at 2:33am | | |
| | John Shiu   BETV HD has six HD channels. Can more HD channels be added? Thank you!<br>2 · August 18, 2013 at 11:35pm | | |
| | TVpad   Noted.<br>1 · August 19, 2013 at 2:33am | | |
| | Yap LP   I hope that Chinese channels of Macao, Singapore, and Malaysia can be added. In addition, for Vietnamese channels, only the National Channel uses the language of North Vietnamese, which is not understood in southern Vietnam. I hope that south Vietnamese channels VTV Huế, VTV ĐàNẵng, VTV Phú Yên, VTV Cần Thơ 1, and VTV Cần Thơ 2 will be added. | | |
| | For teaching and learning languages, only two channels "English for Children" and "Learn Chinese Easily", are available. I hope that more channels will be added for learning Chinese, Korean, Japanese, Thai, Russian, French, and Spanish. In addition, I hope that more Apps can be provided for learning and passing down dialects such as Sichuan dialect, Shanghai dialect, Hunan dialect, Hubei dialect, Cantonese, southern Fujian dialect, and Hakka.<br>September 1, 2013 at 1:01am | | |
| | TVpad   Sorry, as I have been recently taken ill, I could not reply to your post sooner. I have recorded your valuable suggestion and will forward it to relevant personnel. Thank you again!<br>September 5, 2013 at 8:32pm | | |
| | Josie Keung   I strongly advise adding a browser with Internet access to TVpad so that a user can browse APPs on the Internet directly using a TV set.   My TV set is a Smart TV that comes with a browser, which allows me to directly visit websites before TVpad is installed. Now, with TVpad installed, it is inconvenient to use the APPs available on the TV set. I have to remove TVpad before I can use the APPs. This is very inconvenient.   Please accept my suggestion and consider developing a browser with Internet access for benefiting the users. Thanks.<br>August 19, 2013 at 11:41am · Edited | | |
| | TVpad   Thank you for your suggestion. We will consider it. The product has been positioned to provide TV services, so far giving little consideration to network support. Still, I'd like to thank you again for your suggestion. Maybe the next-generation product will provide the function you suggested.<br>August 19, 2013 at 6:26pm | | |

TVpad – [Customer opinion collection] In order to better serve our overseas customers and allow overseas TVpad users to…

| | | |
|---|---|---|
| | SM Tie   Please consider adding channels for Southeast Asian countries, such as Malaysia, Singapore, and Indonesia. Thanks.<br>August 19, 2013 at 1:43am | |
| | 2 Replies | |
| | Jerry Choo I wanna watch wwe wrestling and basketball nba, also fashion TV channel<br>August 19, 2013 at 12:58am | |
| | TVpad mark<br>August 19, 2013 at 2:32am | |
| | Ivan See Please improve all streaming sound bit rate and enable stereo (allow choosing different languages during bilingual programs too). The current sound quality on all Chinese and Hong Kong channels are just not ideal.<br>August 18, 2013 at 11:46pm | |
| | TVpad thx a lot, the application providers are working on this issue<br>August 19, 2013 at 2:30am | |
| | Please add more Japanese channels and the recording function. In addition, for the seven live Japanese channels, the video often becomes unsmooth every 10 minutes to 15 minutes (PS: I watch the programs by using a wired Internet connection, without WIFI connection. The Internet access speed is 100 Mbps. The ISP is HK Broadband). Other APPs need to be restarted for several times before movies can be loaded.<br>August 18, 2013 at 11:44pm | |
| | TVpad   Thanks for your suggestion.<br>August 19, 2013 at 2:24am | |
| | Yap LP   The US TV dramas and movies available on TVpad2 are very lacking. Many friends download US TV dramas to their TVpad2 for playback using MVod. I hope that a third-party "quick VOD application" is developed for directly searching and playing movies.<br>1 · August 21, 2013 at 4:17am | |
| | Joan Chua   Can all the TVB channels be watched in Malaysia?<br>July 28 at 8:04pm | |
| | Wei Song   BTV Sports. Thanks.<br>April 15 at 8:28pm | |
| | Fun-fun Tse   All the channels have failed since last night. Why is that?<br>October 5, 2013 at 12:22am | |
| | Cathy Zhang   Plan for upgrading TVpad to TVpad2.<br>August 19, 2013 at 3:29am | |
| | Ivan See Agree with previous comment, NIJI app lags every 10 to 15 mins. This is only an issue in NIJI. I never had the same problem in BETV or Yue TV.<br>August 18, 2013 at 11:51pm | |
| | After APP restart, loading of the about 2-minute movie already loaded before the restart failed.<br>August 18, 2013 at 11:45pm | |

https://www.facebook.com/mytvpad/posts/522523404483771;[12/18/2014 8:30:22 PM]

Blockbuster good news!!!   516 Web TV…

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| | News Feed | | | English (US) · Privacy · Terms · Cookies · Advertising |
| | TVpad | | | · More |
| | May 3, 2013 · Redwood City, CA | | | Facebook © 2014 |
| | Blockbuster good news!!! The following Taiwanese channels have been added to 516 Web TV: CTI Variety, CTI Entertainment, CTI News, ETTV Finance, ETTV Yo Yo, ETTV Drama, ETTV Movie, ETTV Foreign Movie, Set International, and Set Taiwan. | | | |
| | See Translation | | | |
| | Like · Comment | | | |
| | Ann Lo, Joanna Lee, TVpad and 3 others like this. | Top Comments | | |
| | Kenny Huang   Can more live Guangdong channels (speaking Cantonese) be added? That will make overseas Chinese happier! May 4, 2013 at 11:46am | | | |
| | TVpad   Hi, we have forwarded such needs to our third-party APP operator. We believe that this issue will be solved soon. May 5, 2013 at 7:14pm | | | |
| | Kenneth Dai   That will be great if 720p video is provided. May 3, 2013 at 8:14am | | | |
| | TVpad   Hi, we will forward your suggestion to the third-party APP operator. Thank you for your suggestion. May 3, 2013 at 7:10pm | | | |
| | | | | |

https://www.facebook.com/mytvpad/posts/476502815752497[12/18/2014 8:30:53 PM]