1 | CARLA A. McCAULEY (State Bar No. 223910
carlamccauley@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
3 | Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4
ROBERT D. BALIN (*pro hac vice* pending)
5 | bobbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
6 | lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
7 | samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
8 | georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
9 | 1633 Broadway
New York, New York  10019
10 | Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13 CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. CV15-01869 MMM (AJWx) <br><br> **COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7** <br><br> [Notice of Motion and Motion for Preliminary Injunction and {Proposed} Order filed concurrently] <br><br> **Date:       June 8, 2015** <br> **Time:       10:00 a.m.** <br> **Crtrm.:       780** <br><br> Action Filed March 13, 2015 |

**INDEX**
**VOLUME 4**

EXHIBIT 31

EXHIBIT 32

EXHIBIT 33

EXHIBIT 34

EXHIBIT 35

EXHIBIT 36

EXHIBIT 37

EXHIBIT 38

EXHIBIT 39

EXHIBIT 40

EXHIBIT 41

EXHIBIT 42

EXHIBIT 43

EXHIBIT 44

EXHIBIT 45

EXHIBIT 46

EXHIBIT 47

EXHIBIT 48

EXHIBIT 49

EXHIBIT 50

1

DWT 26440647v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT 31**

TVpad - 重磅好消息！！！516网络电视...



**News Feed**

**TVpad**
May 3, 2013 · Redwood City, CA · 🌐

重磅好消息！！！516网络电视 APP新增台视频道：中天综合、中天娱乐、中天新闻、东森财经、东森幼幼、东森戏曲、东森电影、东森洋片、三立国际、三立台湾等电视台

See Translation

Like · Comment

👍 Ann Lo, Joanna Lee, TVpad and 3 others like this.                    Top Comments ▾

**Kenny Huang** 能不能增加多些广东电视台直播（广东话），这样在海外华人更加值得高兴啦！
May 4, 2013 at 11:46am

> **TVpad** 您好，我们已经把这样的需求提交给我们的第三方APP运营商了，相信很快这样的问题就会被解决
> May 5, 2013 at 7:14pm

**Kenneth Dai** 如果能做到720p，才值得高兴啊
May 3, 2013 at 8:14am

> **TVpad** 您好，您的建议我们会转给第三方APP运营商，感谢您的建议
> May 3, 2013 at 7:10pm

English (US) · Privacy · Terms · Cookies · Advertising · More ▾
Facebook © 2014

EXHIBIT 31

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/476502815752497

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad - Blockbuster good news!!!   516 Web TV…

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| | News Feed | | | English (US) · Privacy · Terms · Cookies · Advertising · More |
| | TVpad<br>May 3, 2013 · Redwood City, CA · | | | Facebook © 2014 |
| | Blockbuster good news!!! The following Taiwanese channels have been added to 516 Web TV: CTI Variety, CTI Entertainment, CTI News, ETTV Finance, ETTV Yo Yo, ETTV Drama, ETTV Movies, ETTV Foreign Movies, SETInternational, and SET Taiwan. | | | |
| | See Translation<br>Like · Comment | | | |
| | Ann  Lo,  Joanna  Lee,  TVpad  and  3 others like this. | Top Comments | | |
| | Kenny  Huang   Can  more  live  Guangdong  TV  channels  (in  Cantonese)  be added? That will make overseas Chinese even happier!<br>May 4, 2013 at 11:46am | | | |
| | TVpad   Hi, we have forwarded your request to our third-party APP operator. We believe that this issue will be solved soon.<br>May 5, 2013 at 7:14pm | | | |
| | Kenneth Dai   It will be truly great if 720p video is provided.<br>May 3, 2013 at 8:14am | | | |
| | TVpad   Hi, we will forward your suggestion to the third-party APP operator. Thank you for your suggestion.<br>May 3, 2013 at 7:10pm | | | |

# EXHIBIT 32

facebook  Sign Up

Email or Phone　　　Password

Keep me logged in　　Forgot your password?

**Timeline Photos**

Back to Album · TVpad's Photos · TVpad's Page　　　　　Previous · Next



**TVpad**
TVpad粉絲們，接到相關應用商通知，為大家公示以下消息：
為了提供更好的電視內容，今日直播應用516網絡電視有部分節目從早上9時開始進行維護，歷時8個小時，可能會給客戶們造成不便，請提前知曉；
另外，直播應用NIJI_show新增四個日語頻道，分別是
1 大阪电视台 テレビ大阪
2 读卖电视台 読売テレビ
3 J sports 1 J sports 1
4 关西电视台 関西テレビ

See Translation

October 14, 2013

Album: Timeline Photos

Shared with: 🌐 Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

 Vivien Shin, Chacha Wang, Allen Wang and 10 others like this.

 1 share

 **John Shiu** 請問您們，不知您們可以加(高清探索頻道臺)及(高清國家頻道臺)，謝謝!!
October 25, 2013 at 2:04am

Sign Up　Log In　Mobile　Find Friends　Badges　People　Pages　Places　Games
Locations　About　Create Ad　Create Page　Developers　Careers　Privacy　Cookies　Terms
Help

Facebook © 2014
English (US)

https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/548707948531983/?type=1[12/18/2014 7:39:46 PM]

EXHIBIT 32

Case 2:15-cv-01869-SVW-AJW   Document 23-4   Filed 03/16/15   Page 9 of 264   Page ID #:985



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/548707948531983/?type=1

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

TVpad - Timeline Photos | Facebook

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| Timeline Photos Back to Album · TVpad's Photos · TVpad's Page | | | | Previous · Next |
| | TVpad Hi, TVpad fans, we have received notifications from relevant application developers and hereby publish the following message: In order to provide better TV contents, maintenance of certain live 516 Web TV programs will start from 09:00 this morning and last for eight hours. Please note that the maintenance may cause inconvenience to you. In addition, the following four Japanese channels will be added to the live application NIJI_show: 1. Osaka TV 2. Yomiuri TV 3 J sports 1 4. Kansai TV See Translation October 14, 2013 | | | Album:          Timeline Photos Shared with: Open Photo Viewer Download Make Profile Picture Embed Post Public |
| | Vivien Shin, Chacha Wang, Allen Wang and 10 others like this. 1 share | | | |
| | John Shiu   Can you please add the HD Discovery Channel and HD National Geography Channel. Thanks. October 25, 2013 at 2:04am | | | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

TVpad - Timeline Photos | Facebook

# EXHIBIT 33



**facebook**   Sign Up

Email or Phone          Password

Keep me logged in          Forgot your password?

Facebook © 2014

**News Feed**

**TVpad**
June 15 · 🌐

【緊急通知】
尊敬的TVpad用戶
非常抱歉地通知大家  近日由於系統伺服器突發異常  可能會影響到部分使用者的
正常使用  我司的技術團隊正與ISP  網路運營商  共同努力  使其儘快恢復正常。
請大家給予我們諒解和支持

啟創科技  香港  有限公司
【Urgent Notice】
Dear users
We are sorry to inform you that recently an unexpected condition was
encountered by the servers, which may affect the normal use of some users.
However, our technical team is working hard together with the ISP (Internet
service provider) to solve the problem.
We hope you understand and support us!

Create New Technology (HK) Limited

See Translation

Like · Comment

👍 Steven Boon, Kow Sing Hon, 蘇孟聰 and 11 others like this.          Top Comments ▾

➦ 1 share

 **Kats Nojiri** Been trying to set up TVpad3 for the last 4 days... When I do test
network, only the server bit says abnormal.. How do I fix this or is this your server's
fault??
👍 1 · July 13 at 8:07am

 **Adison Wong** God damn horrible issues!
August 13 at 9:16pm

 **Johan An** streaming app and hk app not working
August 11 at 9:22am

 **Gj Peng** Same shit just happen again and again. What a garbage server ! it had been
2 months already! Tired of using this f###ing garbage!
August 6 at 7:44pm

↳ **3 Replies**

 **Eunice Yeung** Very Disappointed!!! Can't be connected to any channels,
August 5 at 10:10pm

 **Aldrich Chan** What is the server problem.
August 3 at 5:17am

 **William Yip** Experienced the Server Error 5 problems. Had tried everything that was
suggested on ClubTVPAD forum, still does not work. When will this be fixed? 😦
August 1 at 10:59pm

 **Sarah She** What's the problem? My tvpad 2 just don't work anymore after I turned
it off and on... Do you have server problems again?
August 1 at 12:32pm

 **Jianwen Jiang** 为什么hot韩剧社的综艺没更新啊  已经两个星期没更新了
July 28 at 9:17am

 **Crystal Liu** Keep getting server error code 5 and13!!! What is happening?
July 23 at 8:24am

 **Chyna Yuen** I have lost all my channels and currently trying to reinstall the channels
but the ones with new tvb shows and dramas have completely disappeared.. what's
happened?
July 22 at 12:04pm

 **Stanley Choi** It stopped working for 4 days, and the error is: cannot connect to the
cable network. What is going on?
July 21 at 10:23am



EXHIBIT 33

 **Kow Sing Hon** Just setting up TVpad 3... Keep getting error code 5 and 13.. When can you fix your server?
July 13 at 4:30am

 **ND Tam** Errors occur from time to time. Nearly one month and you still can't fix the shit?
July 11 at 12:29pm

 **Dennis Lam** Problem again for two days since yesterday. I guess that's why the above message is here to stay!
July 10 at 10:21am

 **Forest Sunshine** it says connecting to server, then it quit out to the main screen.
July 10 at 5:29am

 **Forest Sunshine** having problem today
July 10 at 5:27am

 **Tom Cordon** channel 5 on taiwan 516 app is still not working. It has been a week already. Plus, I email customer service and they don't respond anymore. They are just ignoring everyone now. Great job at helping your customers TVpad!
July 9 at 7:52pm

↳ **2 Replies**

 **Ben Ng** Stop selling your products if you can't fix the server problem!!
July 9 at 1:12pm

 **HeyCuong To** For one week my tvpad has stop working.
Keeps saying " user does not exist"
Ive checked the internet connect and there's nothing wrong with it…. See More
July 8 at 8:04pm

 **Ck Simon Lo** 用戶不存在
July 8 at 7:56pm

 **Ralph Chin Soon Tang** Can't go into tvpad store! Try to install new tvpad 3 for my friends but they are very disappointed with this product that I highly recommend to them ! I would never recommend to anybody in future !!!
July 8 at 1:22am

 **Anne Chan Leong** This is crazy! You mean your server has not been working since June 15 and today is 7/7???????
July 7 at 10:02pm

 **Anne Chan Leong** it has not been working since two weeks ago!
July 7 at 10:01pm

 **Nav Nav** Not everybody is affected! Contact customer Service for your specific problem!
July 7 at 11:33pm

**Rong Rong** 听说出现问题已经两周多了　但是买之前咨询客服却没有告知问题的存在　明知有问题还在卖　不知道算不算欺骗行为
July 7 at 3:16pm

 **Linda Hu** 問題已經解決,非常感謝
July 7 at 3:13pm

 **Chau Trinh** [緊急通知] 伺服器異常, 這情況已好長一段時間, 目前仍未改變, 用戶已開始感到失望.
July 7 at 6:08am

 **Nav Nav** 客服联络 http://www8.53kf.com/webCompany.php?
arg=lulucute&style=1
客服電話　+ 852-2134-9920
July 7 at 9:08am

 **Howard Tan** 为什么明知连接有问题还在卖
July 6 at 7:24pm

 **Howard Tan** 我在休斯顿地区　刚刚买了Tvpar3　无法安装　是服务器异常　DNS改了8.8.8.8和61.139.54.66都不行　有什么办法
July 6 at 8:03pm · Edited

 **Phieu Au-Yeung** I will not be purchasing anymore TV Pads. They lose my business going forward.
July 6 at 3:19pm

 **Rong Rong** 服务器异常　用不了　请问什么时候能修复阿
July 6 at 3:41am

 **Emily Zhao** 今天刚买的TV pad 3, 测试服务器error code 1, 5, 7 都出现过　是我网的问题还是其他问题　请教　什么都看不了
July 6 at 3:22am

 **Jenny Chan** When will the server be fixed?
July 5 at 11:44am

 BBomi OmiOmi 怎麼變了做韓國節目的!?!?! <span style="color:blue">#:992</span>



July 5 at 10:09am

 Lau Kei-Chuen 已經超過兩星期了 真系"吊癮" 請起快修复吧。
July 4 at 10:32pm

 Linda Hu My Tvpad also stopped working helpppp
July 4 at 6:17am

 Nav Nav CS online   http://www8.53kf.com/webCompany.php?
arg=lulucute&style=1
CS phone    +852-2134-9920
July 5 at 9:27pm

 Fion Lee Me too. Not working at all in this few days. Lost the green man. Server issue again?
July 4 at 2:07am

 Samantha Nemo Wan Hello. My TVPad recently stopped working also. No channels are loading whatsoever.
July 4 at 1:56am

 Emanuele Ciriachi Hello there - since a couple of days we lost the green man and we are getting the "user does not exist" error. What can we do about it?
July 3 at 2:05pm

 Nav Nav CS online   http://www8.53kf.com/webCompany.php?
arg=lulucute&style=1
CS phone    +852-2134-9920
July 5 at 9:27pm

 Chris Tee How come it's still not working at all !!!!!!! No one can fix it ???? What a worst service !!!!!
July 3 at 8:36am

 Vanessa Wen Why the problems are still there? When can be fixed?
July 3 at 3:07am

 Andus Lau Is that worth to buy the tvpad? Do they always has problem ?
July 3 at 2:43am

 Kennie Lee It has been very slow and no channel since the world cup started. Bandwidth???
June 30 at 6:38pm

 Arthur Tao Sometimes all the channels are not available, sometimes there is video but no audio. It's frustrating! What is your ETA of service getting back to normal?
June 22 at 8:34pm

 Chris Jones The vast majority of the channels are off. So I'm not surprised what is'nt been shown! They can't handle it as an international setup. Better dropping all the international channels and sticking to Chinese. At least I'll watch the odd file or listen to music on the youtube app.
June 22 at 2:49pm

 Hùng Hero 何时维修好 影视谷&各台等等看不到 有声没影 ??
June 22 at 7:24am

 Gene Park Can't watch world cup!
June 21 at 1:55pm

 Gene Park when is this going to be fixed?
June 21 at 1:55pm

 Tom Cordon taiwan 516 app is still not working in New York.
June 21 at 1:49pm

 Jerry Li Is your isp censoring the contents or is the isp having hardware issue?
June 21 at 1:00am

 Anne Chao i can not watch taiwan live channel...
June 20 at 8:28am

 **Winnie Chan** 甚麼時候修理完
June 18 at 5:43pm

 **Jonathon Chen** Any update on your outage?
June 18 at 11:50am

 **Je-Seong Won** When I click Solive3 in my TVPAD3, there is an message "This app is unauthorized!" Any idea?
June 17 at 7:16pm

 **Chris Jones** Ka Man Erica Doll the service works fine! I've been using my M121 box for 1.5 years now! There's something called the FIFA World Cup on at the moment. The last time Chinese servers went funny was the China Olympic Games, so expect it, next year for the British Commonwealth Games, and the Olympics a year later. As I said in my post I would have cancelled my subscription by now.
June 16 at 10:24pm

>  **Adam Fong** you havent been around long enough, its been happening since last year chinese spring new year, plus their long Labour day holiday 1 week breaks ...
> June 22 at 12:01am
>
>  **Chris Jones** I've been around long enough Adam. Everytime the Japanese play bumper ships with a Chinese Spy Fishing boat, the Japanese channels disappear. Now they've got Korean, Vietmanese, Phillipino, Malaysian, Thai, Indian to fall out with and I'll bet those will disappear as well.
> June 22 at 2:45pm

 **Chris Jones** I'm glad I'm not paying a monthly subscription. I'd have cancelled by now.
June 16 at 10:19pm

 **Ka Man Erica Doll** We just received ours and it only worked for a few times.....If it's going to be this unreliable, I might not have a choice but to return it, what a shame.
June 16 at 1:27pm

 **Sky Weng** 又只是看了一场就不能看了。。。。还是直接网站看了。真是郁闷。。
June 16 at 11:02am

 **Gary Su** 請問如何減低TVPAD信號　與實際信號的延遲　普通電視進球了同樣的臺　TVPAD慢兩分多鐘
June 16 at 12:22am

 **Danny Lim** Are viewers viewing the World Cup causing a problem with the broadband usage from you ISP?
June 15 at 11:15pm

 **Er Ic** It must be World Cup usage. I do not mind the slight delay as long as the live stream works!
June 16 at 2:56am

 **Philip Shun** Hey guys. More than 2 weeks already . Can't fix it?? Still very slow , sometimes stop . What should we do????
July 3 at 10:58pm

# EXHIBIT 34



设为首页 收藏本站

用QQ帐号登录 只需一步,快速开始 用户名 □ 自动登录 找回密码 密码 登录 立即注册

论坛　TVpad产品区　App内容区　盒粉交流区　问题反馈　**购买TVpad**　TVpad 招商　　快捷导航

请输入搜索内容　　　　　　　本版 搜索 热搜: TVpad2 TVpad wifi设置 使用心得 BETV

论坛　App内容区　体育赛事　紧急通知！！！！

发帖 ▾　　　　　　　　　　　　　　　　　　　　　　　返回列表

| 查看: 902 \| 回复: 5 | [应用反馈]紧急通知！！！！ [复制链接] |
| --- | --- |

admin

管理员
😊😊☆

TA的每日心情
**奋斗**
昨天 18:14

签到天数: 105 天
[LV.6]常住居民II
串个门　加好友
打招呼　发消息

[应用反馈]紧急通知！！！！ [复制链接]

发表于 2014-6-15 03:57:00 | 只看该作者 | 倒序浏览　　　　　　楼主 电梯直达



本主题由 edwin0108 于 2014-11-16 02:52:10 解除置顶

分享到: QQ空间 腾讯微博 腾讯朋友

♥分享0　⭐收藏0　👍支持0　👎反对2

做人不能太红X字，所以我来签到了

使用道具　举报

那棵树多

新手上路
☆

发表于 2014-9-15 12:54:27 | 只看该作者　　　　　　　　　　　沙发

HOHO~~~~~~

EXHIBIT 34

举报

西松屋哦

发表于 2014-10-6 14:46:19 ｜只看该作者　　板凳

不是很明白
！

新手上路
☆
该用户从未签到
串个门　加好友
打招呼　发消息

举报

基本二手

发表于 2014-10-22 13:49:04 ｜只看该作者　　地板

真有如此？

分享到…

新手上路
☆
该用户从未签到
串个门　加好友
打招呼　发消息

举报

仔仔期待

发表于 2014-10-28 11:51:35 ｜只看该作者　　5#

路过 看看。

新手上路
☆
该用户从未签到
串个门　加好友
打招呼　发消息

举报

发帖

返回列表





**TRANSLATOR CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/forum.php?mod=viewthread&tid=168024#lastpost

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

Accurate Translation Services 24/7

12/08/2014                Urgent notice!!!! - Sports Events – TVpad Fans

Set       as
homepage
.
Bookmar
k       this
page.

Login   with
my     QQ
account

|  | Only   one step away. Quick start. | User name | Automatic login | Retrieve password |
|  |  | Password | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV   Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment |  | Fast Navigation |

Please enter the content to be searched.     This forum     Search     Popular search: TVpad2  TVpad  WIFI Setting Use Tips BETV

| Forum | App Content Section | Sports Events | Urgent notice!!!! |

Write   a
post

Return to the list.

| Views: 902 | Replies: 5 | [Application Feedback] Urgent Notice!!! [copy link] | | | | |
|---|---|---|---|---|---|---|
| admin | | Posted at   03:57:00, 06/15/2014 | | Posts by this author | Browse   in   inverted order | Thre ad starte r | Go to post No. |
| Administr ator | | Urgent notice | | | | | |
| His (her) daily mood | | Dear TVpad users: | | | | | |
| **Striving** | | We are very sorry to inform you that the unexpected system server abnormalities that have occurred for the past few days may affect the normal use by certain users. Our technical team is working with the Internet service provider (ISP) to restore the system to normal as soon as possible. I hope you understand this. | | | | | |
| 18:14, yesterday | | | | | | | |
| Sign-in by days: 105 days | | CREATE NEW TECHNOLOGY (HK) LIMITED | | | | | |
| [LV.6] Inhabitant II | | | | | | | |
| Pay a visit | Add   as buddy | Setting of this topic to top was cancelled by edwin0108 at 02:52:10, 11/16/2014. | | | | | |
| Say hello | Send   a message | | | | | | |
|  | | Share to: | QQ Space | Tencent microblog | Tencent Friends | | |
|  | | Share: 0 | Add to favorite: 0 | Support 0 | Object 2 | | |
|  | | | | | | | |
|  | | To behave myself, I am signing in. | | | | Tool used | Report   an abuse. |
| Na Ke Shu Duo | | Posted at 12:54:27, 09/15/2014 | | Posts by this author | | Sofa | |
| Freshman | | HOHO~~~~~~ | | | | | |
| This user   has never signed in. | | | | | | | |
| Pay a visit | Add   as buddy | | | | | | |
| Say hello | Send   a message | | | | | | |
|  | | | | | | | |
|  | | | | | | Report   an abuse. | |

| Xi Song Wu O | Posted at 14:46:19, 10/06/2014 | Posts by this author | | Bench |
|---|---|---|---|---|
| Freshman | I don't quite understand. | | | |
| This user has never signed in. | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | | | Report an abuse. | |
| Basically second-hand | Posted at 13:49:04, 10/22/2014 | Posts by this author | | Floor |
| Freshman | Is it real? | | | |
| This user has never signed in. | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | | | Report an abuse. | |
| Zaizai expecting | Posted at 11:51:35, 10/28/2014 | Posts by this author | | 5# |
| Freshman | Just passing through. | | | |
| This user has never signed in. | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | | | Report an abuse. | |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br>Go to the last page after the reply. | | |

| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans<br>GMT+8, 2014-12-9 07:09 , Processed in 0.099826 second(s),<br>25 queries . |
|---|---|

# EXHIBIT 35

设为首页 收藏本站

**Fans**

用QQ帐号登录
只需一步，快速开始

用户名 　□ 自动登录 　找回密码
密码 　　　**登录** 　立即注册

论坛　TVpad产品区　App内容区　盒粉交流区　问题反馈　**购买TVpad**　TVpad招商　　　**快捷导航**

请输入搜索内容　　　本版 **搜索** 热搜: TVpad2 TVpad wifi设置 使用心得 BETV

论坛　TVpad产品区　TVpad问题求助&客服　今天CCTV5 高清的画面很差？

**发帖 ▾**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**返回列表**

查看: 204 | 回复: 3　　**今天CCTV5 高清的画面很差？** [复制链接]　　　　　分享到　　🖨 ⇦ ⇨

**mahenry**　　　📷 发表于 2014-6-13 03:01:20 | 只看该作者 | 倒序浏览　　　　楼主 电梯直达 □ 🔧

看的betv HD 的cctv5高清，清晰度比前几天差了很多。

难道是因为怕看的人太卡，换了低分的视频源？

新手上路
⭐　　　　　　　◦ CCTV5

TA的每日心情　　　　　　　　　　本主题由 admin 于 2014-6-13 11:02:49 下沉
**开心**
2014-6-13
02:49:12

签到天数: 1 天　　**分享到:** 🔵 QQ空间 🔵 腾讯微博 ✽ 腾讯朋友
[LV.1]初来乍到

申个门　加好友　　💗 分享0　　⭐ 收藏0　　👍 支持0　　👎 反对0
打招呼　发消息
　　　　　　　　**相关帖子**

　　　　　　　　• CCTV5 频道聲音　　　　　　　　　　　• CCTV5+频道
　　　　　　　　• [ 好消息 ] CCTV5+体育赛事频道正式上线！　　• 我对TVPAD的一些意见，希望TVPAD能够听得进去！
　　　　　　　　• 世界杯快开始了 希望能添加cctv 5 cctv5+ cctv1 全高清频道　• 看CCTV5 高清要收费？
　　　　　　　　• 澳大利亚，连不上服务器，小人头是灰的

　　　　　　　　做人不能太红X字，所以我来签到 ...

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　使用道具　举报

**cbc123456**　　📷 发表于 2014-6-13 05:19:02 | 只看该作者　　　　　　　　沙发

如果还不行请改下DNS8.8.8.8

金牌会员
🔵📶

TA的每日心情
**开心**
3 小时前

EXHIBIT 35 1/3

签到天数: 705 天

[LV.9]以坛为家II

串个门      加好友
打招呼      发消息



做人不能太红X字，所以我来来签到了

举报

hicuagain

发表于 2014-6-13 05:32:46  | 只看该作者

板凳

金牌会员

TA的每日心情
开心
2 小时前

签到天数: 924 天

[LV.10]以坛为家III

串个门      加好友
打招呼      发消息

天天都有好心情！

举报

admin

发表于 2014-6-13 10:33:36  | 只看该作者

地板

很抱歉给您带来不便，目前已在在处理中，感谢关注！

管理员

TA的每日心情
奋斗
前天 09:30

签到天数: 104 天

[LV.6]常住居民II

串个门      加好友
打招呼      发消息

做人不能太红X字，所以我来来签到了

举报

发帖

返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册    用QQ帐号登录

回帖后跳转到最后一页

Powered by **Discuz!** X2

© 2001-2011 Comsenz Inc.

Archiver | 手机版 | **TVpad Fans**

GMT+8, 2014-12-5 03:35 , Processed in 0.172130 second(s), 23 queries .

**Morningside**
Translations

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/thread167567-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

12/04/2014The CCTV5 stream quality was poor today?        - TVpad Help & Customer Service – TVpad Fans

Set          as
homepage
Bookmark
this page

Login  with  my
QQ account

| Only  one  step away    Quick start | User name Password | Automatic login Log in | Retrieve password Register now |
|---|---|---|---|

| Forum | TVpad    Product Section | App    Content Section | TV Box  Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | | Fast Navigation |
|---|---|---|---|---|---|---|---|---|

| Please enter the content to be searched | | This forum | Search | Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV |
|---|---|---|---|---|

| Forum | TVpad    Product Section | TVpad Help & Customer Service | The CCTV5 stream quality was poor today? |
|---|---|---|---|

Write a post                                                                                      Return to the list

| Views: 204 | Replies: 3 | The CCTV5 stream quality was poor today?     [copy link] | | | |
|---|---|---|---|---|---|
| mahenry | | Posted at 03:01:20, 06/13/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No |
| Freshman | | I watched CCTV 5 HD using BETV HD, and the video definition was much lower than it was several days ago | | | | |
| His (her) daily mood | | It is because the video source was switched to a lower definition to keep the video playing smooth even when too many people are watching the same channel at the same time? | | | | |
| **Happy** | | CCTV5 | | | | |
| 2014-6-13 02:49:12 | | | | | | |
| Sign-in by days: 1 day | | This topic was sunk by admin at 11:02:49, 06/13/2014 | | | | |
| [LV 1] New comer | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send       a message | Share to: | QQ Space | Tencent microblog | Tencent Friends | |
| | | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 | |
| | | | | | | |
| | | Related posts | | | | |
| | | • CCTV5 audio | | • CCTV5+ | | |
| | | • [Good News] The CCTV5+ Sports Events channel has been formally launched! | | • I have some opinions regarding TVpad, and I hope that those opinions will be accepted | | |
| | | • As the World Cup is around the corner, I hope that CCTV 5, CCTV5+, and CCTV1 HD channels will be added | | • Do I need to pay for watching the CCTV5 HD channel? | | |
| | | • The server failed to be connected, and the connection icon turned gray  I am in Australia | | | | |
| | | To behave myself, I am signing in | | | Tool used | Report       an abuse |
| cbc123456 | | Posted at 05:19:02, 06/13/2014 | Posts by this author | | | Sofa |
| Gold member | | If the problem persists, change the DNS address to 8 8 8 8 and try again | | | | |
| His (her) daily mood | | | | | | |
| **Happy** | | | | | | |
| 3 hours ago | | | | | | |
| Sign-in by days: 705 day | | | | | | |
| [LV 9] Make the forum a home II | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send       a message | | | | | |
| | | | | | | |
| | | To behave myself, I am signing in | | | | Report an abuse |

12/04/2014The CCTV5 stream quality was poor today?      - TVpad Help & Customer Service – TVpad Fans

| hicuagain | | Posted at 05:32:46, 06/13/2014 | Posts by this author | | Bench |
|---|---|---|---|---|---|
| Gold member | | | | | |
| His (her) daily mood **Happy** | | | | | |
| 2 hours ago | | | | | |
| Sign-in by days: 924 day | | | | | |
| [LV.10] Make the forum a home. III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | Have a good mood every day! | | Report an abuse. | |
| admin | | Posted at 10:33:36, 06/13/2014 | Posts by this author | | Floor |
| Administrator | | Sorry for the inconvenience. We are currently working on this issue. Thank you! | | | |
| His (her) daily mood **Striving** | | | | | |
| 9:30, the day before yesterday. | | | | | |
| Sign-in by days: 104 days | | | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |

12/04/2014The CCTV5 stream quality was poor today？      - TVpad Help & Customer Service – TVpad Fans

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br>Go to the last page after the reply. | | |

| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans<br>GMT+8, 2014-12-5 03:35 , Processed in 0.172130 second(s),<br>23 queries . |
|---|---|

# EXHIBIT 36



Sign Up

Email or Phone     Password

Keep me logged in     Forgot your password?

## News Feed

 **TVpad**
October 7, 2013 ·

【關於"用戶不存在"】由於前兩日服務器被攻擊，現已基本全部恢復，如有個別用戶仍出現此類狀況，請直接撥打客服熱線(00852)2134-9910或通過在線諮詢（訪問http://www.itvpad.com/tvpadzt.html#sc_top點擊"在線諮詢"按鈕諮詢）來解決。煩請TVpad粉粉們相互轉告!

【"The user does not exist!"】For the servers down issue, most of the servers are now up and running again but if there are still several users' TVpad cannot work , please directly dial customer service hotline at (00852)2134-9910 or visit online service at http://en.itvpad.com/tvpadzt.html via clicking "Question?" button to ask for help. Please spread the news to remind your friends or family whoever saw this notice.

See Translation

 **TVpad2**定制版智能系统网络智能机顶盒

ITVPAD.COM

Like · Comment · Share

👍 Rosanna Man Kränglin, Yiu Chi Leung, Ann Lo and 10 others like this.

Top Comments ▾

 **John Shiu** 我在Sydney嗰一切己正常,但是, (中國好聲音)還沒有第二季12.13.14集, 多謝!
👍 1 · October 7, 2013 at 10:04pm

↩ 2 Replies

 **Ann Lo** 前三天，我四處出動，為我的aunt, uncle 們，解决接收問題。看到他們心急表情，好像小孩失去了玩具，真可愛。TV pad 同人加油，海外粉粉們的精神食糧，靠你們啊! Thank you for work hard
👍 1 · October 8, 2013 at 10:12pm

 **Niklas Man** My customers are experiencing some problems with NamTV app. Channels like VTV only have sound and no picture, is this related to the incident? ///regards www.tvpad.se

 **TV pad**
My Store
TVPAD.SE

October 18, 2013 at 9:05am

 **Jonathan Zhong** "用戶不存在" 今天又短暫出現。
October 8, 2013 at 4:14am

      **TVpad** 如有此問題，請聯繫客服記錄情況并跟進解決。Thx !
     October 8, 2013 at 6:45pm

 **Sam Ly** Well done for posting in both 中文 and English! Keep up the good work.
October 7, 2013 at 11:29pm

 **Christine Wong Chau** Thank God! I think my TVpad box was broken, I am able to watch Hong Kong drama now!
October 7, 2013 at 8:38pm

      **TVpad** The incident is just an episode, everything will ganna be ok. TVpad will always support more high quality service for Chinese in the whole world.
     👍 1 · October 8, 2013 at 6:48pm

English (US) · Privacy · Terms · Cookies · Advertising · More ▾
Facebook © 2015

EXHIBIT 36

# EXHIBIT 37

TVpad - TVpad4新App推介：港等網路電視 高清包羅粵語頻道...

**facebook** [Sign Up]

Email or Phone     Password     [Log In]

Keep me logged in     Forgot your password?

Facebook © 2015

**News Feed**

**TVpad** added 3 new photos.
January 7 at 9:17pm · Edited · 🌐

TVpad4新App推介　港等網路電視 高清包羅粵語頻道
用戶的忠實試用評測請查閱　http://www.itvpad.com/blog/blogInfo400.html

See Translation



Like · Comment

👍 Francis Chan, Ken Lo, Robert Lee and 21 others like this.     Top Comments ▾

**Francis Chan** TVpad either has no clue of what has happened or they simply don't care!
January 13 at 2:12pm

  **TVpad** we care all of our users
  January 13 at 5:49pm · Edited

  **Francis Chan** All you care is squeezing more money from your committed
  TVpad users, I see no action for complaints from your old TVpad users.
  January 13 at 7:07pm

**Jenny Yuen** 在那里可以下载
January 8 at 1:49pm

  **TVpad** 現在When時不要下載　故障暫未解除。更新大家下載。
  👍 1 · January 8 at 11:26pm

  **Francis Chan** Looks like your apps download system has capacity problem
  and your server needs to be upgraded to cater for the sudden surge in
  download transaction volume for the new app release. I also suspect that
  your apps download system has specifically designed not to allow TVpad
  hardwares 1, 2 and 3 to download the latest app release to coincide with
  your TVpad4 hardware promotion strategy.
  👍 1 · January 12 at 8:13pm

**波漢** 見唔到佢地所講既app...嘗試更新,但更新到%%一定會顯示"更新失敗,又想已經搞壞
咗。
January 8 at 11:19am

  **TVpad** 謝謝反饋　上次您已提供過Mac碼　我們將進入後台查詢　大力解決
  中。
  January 8 at 10:18pm

**Félix Trieu** 不錯　那些1-3代在那裡找到apps!
January 8 at 3:42am

  **TVpad** 您好　在應用商城中可以找到。目前有下載%%出錯故障　請等待內容
  供應商修復后再進行下載
  👍 1 · January 8 at 10:45pm

  **Félix Trieu** 在那裡可以下載 給一代TVpad?
  January 9 at 12:48am

**張家義** up to 6% just like other users, then said file is corrupted. Nice one TVpad.

https://www.facebook.com/mytvpad/posts/774706539265455[1/20/2015 2:51:19 PM]

EXHIBIT 37



4 · January 8 at 12:23am

**TVpad** sorry for any inconvience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #港粵網絡電視 download 6% trouble shootings so we and App provider can help to solve APSP
January 8 at 10:24pm

**Francis Chan** May be

May I suggest someone should form a "TVpad 123 User Group" to fight TVpad for this issue.
11 · January 7 at 11:22pm

**TVpad** 首先 給您帶來的不便 深表歉意。您有問題 可以讓我們幫到您ㄠ 您把問題說出來我們才能真正解決問題的。
January 9 at 12:28am · Edited

**Francis Chan** I demand the HKTV app to be included for all TVpad versions, no matter whether it is version 1, 2, 3 or 4. No if, or, but. Is that clear enough?
3 · January 9 at 9:39am

**TVpad** 您好 已經PM您 請查閱
January 13 at 5:48pm

**Francis Chan** Where is it? I still haven't any private message from you. By the way, I am asking the question on behalf of all TVpad hardware release 1, 2 and 3 users, certainly there is no secrecy involved, I prefer you to answer my question in public. Don't play game with me!
January 13 at 6:13pm

**Mandy Luong** Mine stuck at 6% too and frozen
3 · January 7 at 10:08pm

**TVpad** sorry for any inconvience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #港粵網絡電視 download 6% trouble shootings so we and App provider can help to solve APSP
January 8 at 10:24pm

**Ben Lau** Update 到6%就唔識郁 你地攪咩9呀
6 · January 7 at 9:59pm

**Jun Lam** I have this problem as well! No response from them on this problem.
1 · January 8 at 12:37am

**Simon Lui** I have this problem too if I try to check for upgrade. My TVPAD2 is already on v3.9.4 ....I think it is already the latest (from approx one year ago??) ... but the system still try to download a new firmware and will stuck on 6%. Don't bother, I only use TVPAD2 for TVB news .... and as a backup system in case my Mi Box (much cheaper with lot more contents) stop working. TVPAD is the past, they are killing their own business becoz they don't take care of existing customer. I will only upgrade if there is a upgrade special which will cost me less then $50 USD (which BTW is still more expensive then a new Mi Box).
January 8 at 7:11am

**TVpad** sorry for any inconvience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #港粵網絡電視 download 6% trouble shootings so we and App provider can help to solve APSP
January 8 at 10:24pm

**劉漢傑** 都說了你們只會更新tvpad4而已的啦...還要騙我們說會更新tvpad1-3?哪為什麼只有tvpad4有新的app?
3 · January 7 at 9:46pm

**TVpad** 請您前往應用商城下載 均有更新。祝您使用愉快
January 7 at 9:52pm

**劉漢傑** 我住馬來西亞的...現在還不能更新?
January 7 at 10:04pm

**BBomi OmiOmi** Tvpad d 賴皮態度真係想抽巴你
January 7 at 10:32pm

**劉漢傑** 剛剛我問你們的客戶人員...他們說這個app只有tvpad4才有...!!!!看來你真的很厲害騙人了!!!老千tvpad
January 8 at 12:44am

**TVpad** 正正一下 是所有版本都有的 現在只有TVpad4能夠正常下載。現在很多用戶反饋有下載到6%無法下載故障 所以現在正在處理。
1 · January 9 at 12:26am · Edited

**Francis Chan** Including HKTV in the upcoming APP for all TVpad hardware releases (TVpad 1, 2, 3 and 4)? Be specific!!!
January 12 at 6:28am

**We Che** can we upgrade tvpad3 to have more apps?
January 7 at 9:43pm

**TVpad** yeap, this new app is for TVpad2、3、4 but now there is error, it will release soon
January 8 at 10:44pm

**Francis Chan** How soon? Give me a date.
January 12 at 6:21am

**Jacky Leung** No one will buy your product, as many users are forced to buy new

hardware if they want the new app.
4 · January 7 at 9:35pm

**TVpad** 您好 請您前往應用商城下載 所有TVpad均有這個App
January 7 at 9:53pm

**Chic Tan Bergqvist** can t not se 電影 and hktv tvped 3
January 8 at 6:49am

**Mandy Luong** is Tvpad 3 going to get update too?
January 7 at 9:27pm

∧    Hide 13 Replies

**TVpad** it is for all TVpad version 🙂
January 7 at 9:51pm

**Mandy Luong** I don't see any new apps you mention. Try to upgrade new firmware alway stuck at 6% and frozen. How do I get these new apps? Don't see any in the app store
👍 7 · January 7 at 10:07pm

**BBomi OmiOmi** Mandy Luong … They won't answer your questions. They only look after new customers whom purchase the new tvpad … Old customers like us can get stuff according to their attitude.
👍 2 · January 7 at 10:27pm

**BBomi OmiOmi** And I am having the same issues stuck at 6% on update system
👍 1 · January 7 at 10:28pm

**Overkamp Rego** I'm having the same stuck at 6% issue too
👍 2 · January 7 at 11:04pm

**Francis Chan** Dishonest business practice as usual. Shame on you, TVpad!
👍 1 · January 7 at 11:13pm

**Debbie Wan** I'm stuck at 6% too.
January 8 at 4:38am

**渡邊** same here
January 8 at 11:20am

**Francis Chan** I rather see you remain silent than to tell lies one after the other. Your PR skill sucks and ought to be fired by your senior management. You have done enough serious brand name damage to your company!
January 8 at 12:20pm · Edited

**TVpad** sorry for any inconvience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #港亮網絡電視 download 6% trouble shootings   so we and App provider can help to solve APSP
January 8 at 10:24pm · Edited

**TVpad** 請示位朋心 TVpad無心歌屬大家 造成的不便十分抱歉
👍 1 · January 8 at 10:33pm

**Francis Chan** Three days have passed, still see no fix. I start to doubt the ability of your technical staff, or is it because TVpad doesn't put enough resources in after sale service??
January 12 at 6:17am

**Francis Chan** The app download and frozen at 6% problem has happened since Jan 9. we consumers don't see any fix from TVpad for five days, how can you expect any good rating from your customers? This kind of problem solving service deserves a kick in the butt! Bye Bye for the TVpad brand name reputation. Potential TVpad buyers beware, don't buy any product from TVpad for sure!!!
January 13 at 2:06pm

**Wing Chan** No one going buy tvpad4. Please update hktv app!
👍 4 · January 7 at 11:20pm

**Joanne Su** We want HKTV!!!!!!!!
👍 3 · January 7 at 11:13pm

**TVpad** sorry for any inconvience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #港亮網絡電視 download 6% trouble shootings   so we and App provider can help to solve APSP
January 8 at 10:25pm

**Francis Chan** This is a life or death situation, work your butt off !!! Your time is running out .......
👍 1 · January 9 at 9:48am

**Francis Chan** Warning…. You damn well know that downloading the current app and abending at 6% is a known system problem, asking you customers to send in download failure messages might flood your email system and generate another capacity problem!!!!
January 12 at 8:26pm

Francis Chan and Er Ic like this.                     d version of this app on TVPAD2, didn't see any updates for a
                                                        Disappointed.
👍 2 · January 7 at 7:03am

**BBomi OmiOmi** Tvpad attitude to get stuff old customers !!! Welcome new customers until we have new product AGAIN !!
👍 2 · January 7 at 10:30pm

**Christy Hoi Ying Tsang** 都係無 HKTV 咁   !!同以前有乜分別呀
👍 5 · January 7 at 10:04pm · Edited

**Debbie Wan** They just added 港亮網絡電視 for all users to download, not HKTV. They suck!!

👍 1 · January 8 at 6:27am

邢녕님 靚尼哥   在 韓國可以下載 韓國節目app吗   在韓國使用是否
有地區限制   收得中文頻道中 有没有」 辽宁地区頻道吗
January 13 at 6:04pm

**Félix Trieu** 不見回應
January 13 at 2:43am

**Félix Trieu** 不中聽!找不到一代9s!apps?
January 9 at 12:47am

**Thompson Lee** Robert, did u get tv pad 4?
January 8 at 6:07pm

**David Kung** Richard Man Ho Kung
January 8 at 7:05am

**Albert Yong** where is the link to download?
January 7 at 10:14pm

**Kiki Mei** Yying Mei 唔有更新咗
January 7 at 10:56pm

**Er Ic** 都揾HKTV,又唔係新app
January 8 at 4:40am



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/774706539265455

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad – Recommendation on a new app provided on TVpad4: Gang Yue Wang Luo Dian Shi, providing all the HD Cantonese channels…

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| | News Feed | | | |
| | TVpad added 3 new photos.<br>January 7 at 9:17pm · Edited · | | | |
| | Recommending a new app on TVpad4: Gang Yue Wang Luo Dian Shi, providing all the HD Cantonese channels.<br>For details on our faithful users' trials, visit http://www.itvpad.com/blog/blogInfo400.html.<br>See Translation | | | |
| | Like · Comment | | | |
| | 👍 Francis Chan, Ken Lo, Robert Lee<br>and 21 others like this. | Top Comments | | |
| | Francis Chan TVpad either has no clue of what has happened or they simply don't care!<br>January 13 at 2:12pm | | | |
| | TVpad we care all of our users<br>January 13 at 5:49pm · Edited | | | |
| | Francis Chan All you care is squeezing more money from your committed TVpad users, I see no action for complaints from your old TVpad users.<br>January 13 at 7:07pm | | | |
| | Jenny Yuen   Where can I download it?<br>January 8 at 1:49pm | | | |
| | TVpad   Please don't download it now, because the problem has not been solved. Please start downloading after it is updated.<br>👍1 · January 8 at 11:26pm | | | |
| | Francis Chan Looks like your apps download system has capacity problem and your server needs to be upgraded to cater for the sudden surge in download transaction volume for the new app release. I also suspect that your apps download system has specifically designed not to allow TVpad hardware 1, 2 and 3 to download the latest app release to coincide with your TVpad4 hardware promotion strategy.<br>👍1 · January 12 at 8:13pm | | | |
| | Romance   I have not seen the app you mentioned. I had attempted the update. However, whenever the update reached 6%, the message "Update failed, and the file is corrupted." is displayed.<br>January 8 at 11:19am | | | |
| | TVpad   Thank you for your feedback. As you already provided the MAC code, we will perform the query in the background system and do best to solve the problem as soon as possible.<br>January 8 at 10:18pm | | | |
| | Félix Trieu   Good. But where do I find the app for TVpad1, TVpad2, or TVpad3?<br>January 8 at 3:42am | | | |
| | TVpad   Hi, you can find it in the AppStore. As an error occurs when the download reaches 6%, please start the download after the content provider fixes the problem.<br>👍1 · January 8 at 10:45pm | | | |
| | Félix Trieu   There I can download it for TVpad1?<br>January 9 at 12:48am | | | |
| | Zhang Jiayi   Up to 6% just like other users, then said file is corrupted. Nice one TVpad.<br>👍4 · January 8 at 12:23am | | | |

TVpad – Recommendation on a new app provided on TVpad4: Gang Yue Wang Luo Dian Shi, providing all the HD Cantonese channels···

| | | |
|---|---|---|
| | TVpad sorry for any inconvenience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #Gang Yue Wang Luo Dian Shi download 6% trouble shootings so we and App provider can help to solve APSP<br>January 8 at 10:24pm | |
| | Francis Chan May be<br>May I suggest someone should form a "TVpad 123 User Group" to fight TVpad for this issue.<br>👍 · January 7 at 11:22pm | |
| | TVpad   First I want to apologize for the inconvenience. We can help you with your problem. We can only solve your problem only after you tell us about it.<br>January 9 at 12:28am · Edited | |
| | Francis Chan I demand the HKTV app to be included for all TVpad versions, no matter whether it is version 1, 2, 3 or 4. No if, or, but. Is that clear enough?<br>👍 · January 9 at 9:39am | |
| | TVpad   Hi, I have sent you a private message. Please check.<br>January 13 at 5:48pm | |
| | Francis Chan Where is it? I still haven't any private message from you. By the way, I am asking the question on behalf of all TVpad hardware release 1, 2 and 3 users, certainly there is no secrecy involved, I prefer you to answer my question in public. Don't play game with me!<br>January 13 at 6:13pm | |
| | Mandy Luong Mine stuck at 6% too and frozen<br>👍3 · January 7 at 10:08pm | |
| | TVpad sorry for any inconvenience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #Gang Yue Wang Luo Dian Shi download 6% trouble shootings so we and App provider can help to solve APSP<br>January 8 at 10:24pm | |
| | Ben Lau   The update got stuck at 6%. What is the problem?<br>👍6 · January 7 at 9:59pm | |
| | Jun Lam I have this problem as well! No response from them on this problem.<br>👍1 · January 8 at 12:37am | |
| | Simon Lui I have this problem too if I try to check for upgrade. My TVPAD2 is already on v3.9.4 ....I think it is already the latest (from approx one year ago??) ... but the system still try to download a new firmware and will stuck on 6%. Don't bother, I only use TVPAD2 for TVB news .... and as a backup system in case my Mi Box (much cheaper with lot more contents) stop working. TVPAD is the past, they are killing their own business becoz they don't take care of existing customer. I will only upgrade if there is an upgrade special which will cost me less than $50 USD (which BTW is still more expensive then a new Mi Box).<br>January 8 at 7:11am | |
| | TVpad sorry for any inconvenience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #Gang Yue Wang Luo Dian Shi download 6% trouble shootings so we and App provider can help to solve APSP<br>January 8 at 10:24pm | |
| | Liu Hanjie   I knew you would provide the update on TVpad4 only. Why did you deceive us by saying that the update would be available on TVpad1, TVpad2, and TVpad3? Why then are new apps available for TVpad4 only?<br>👍3 · January 7 at 9:46pm | |
| | TVpad   Please go to AppStore to download, and the update is available for all the versions. We hope that you enjoy using our products.<br>January 7 at 9:52pm | |
| | Liu Hanjie   I am in Malaysia. The update still cannot be completed now, can it?<br>January 7 at 10:04pm | |
| | BBomi OmiOmi   TVpad's indifferent attitude is really annoying.<br>January 7 at 10:32pm | |
| | Liu Hanjie   Just now, when I asked your customer service people, they said that this app would be available for TVpad4 only! Looks like you have deceived us! You liar, TVpad.<br>January 8 at 12:44am | |
| | TVpad   Let me clarify: The app is available for all the versions; however, for the time being, the app can only be downloaded normally for TVpad4. As many users reported that their download got stuck at 6%, we are currently working on this problem.<br>👍1 · January 7 at 12:26am · Edited | |
| | Francis Chan Including HKTV in the upcoming APP for all TVpad hardware releases (TVpad 1, 2, 3 and 4)? Be specific!!!<br>January 12 at 6:28am | |
| | We Che can we upgrade tvpad3 to have more apps?<br>January 7 at 9:43pm | |
| | TVpad yeap, this new app is for TVpad2, 3, 4 but now there is error, it will release soon<br>January 8 at 10:44pm | |

TVpad – Recommendation on a new app provided on TVpad4: Gang Yue Wang Luo Dian Shi, providing all the HD Cantonese channels⋯

|  | Francis Chan How soon? Give me a date.<br>January 12 at 6:21am |  |

TVpad – Recommendation on a new app provided on TVpad4: Gang Yue Wang Luo Dian Shi, providing all the HD Cantonese channels···

| | | |
|---|---|---|
| | Jacky Leung No one will buy your product, as many users are forced to buy new hardware if they want the new app.<br>👍4 · January 7 at 9:35pm | |
| | TVpad   Hi, please go to AppStore to download. This app is available for all the TVpad versions.<br>January 7 at 9:53pm | |
| | Chic Tan Bergqvist Cannot watch movies or HKTV on TVpad3.<br>January 8 at 6:49am | |
| | Mandy Luong Is Tvpad 3 going to get update too?<br>January 7 at 9:27pm | |
| | Hide 13 Replies | |
| | TVpad it is for all TVpad version<br>January 7 at 9:51pm | |
| | Mandy Luong I don't see any new apps you mention. Try to upgrade new firmware, always stuck at 6% and frozen. How do I get these new apps?<br>Don't see any in the app store<br>👍7 · January 7 at 10:07pm | |
| | BBomi OmiOmi Mandy Luong ... They won't answer your questions. They only look after new customers from purchase the new tvpad ... Old customers like us can get stuff according to their attitude<br>👍2 · January 7 at 10:27pm | |
| | BBomi OmiOmi And I am having the same issues like you stuck at 6% on update system<br>👍1 · January 7 at 10:28pm | |
| | Overkamp Rego I'm having the same stuck at 6% issue too<br>👍2 · January 7 at 11:04pm | |
| | Francis Chan Dishonest business practice as usual. Shame on you, TVpad!<br>👍1 · January 7 at 11:13pm | |
| | Debbie Wan I'm stuck at 6% too.<br>January 8 at 4:38am | |
| | Romance   Same here.<br>January 8 at 11:20am | |
| | Francis Chan I rather see you remain silent than to tell lies one after the other. Your PR skill sucks and ought to be fired by your senior management. You have done enough serious brand name damage to your company!<br>January 8 at 12:20pm · Edited | |
| | TVpad sorry for any inconvenience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #Gang Yue Wang Luo Dian Shi download 6% trouble shootings so we and App provider can help to solve APSP<br>January 8 at 10:24pm · Edited | |
| | TVpad   Hi everybody, please be patient. TVpad has no intention of deceiving anyone of us. We are fully sorry for the inconvenience caused to you.<br>👍1 · January 8 at 10:33pm | |
| | Francis Chan Three days have passed, still see no fix. I start to doubt the ability of your technical staff, or is it because TVpad doesn't put enough resources in after sale service??<br>January 12 at 6:17am | |
| | Francis Chan The app download and frozen at 6% problem has happened since Jan 9, we consumers don't see any fix from TVpad for five days, how can you expect any good rating from your customers? This kind of problem solving service deserves a kick in the butt! Bye Bye for the TVpad brand name reputation. Potential TVpad buyers beware, don't buy any product from TVpad for sure!!!<br>January 13 at 2:06pm | |
| | Wing Chan No one going buy tvpad4. Please update hktv app!<br>👍4 · January 7 at 11:20pm | |
| | Lonne Su We want HKTV!!!!!!!!<br>👍3 · January 7 at 11:13pm | |
| | TVpad sorry for any inconvenience, please send private messages for us by this format Name+ Location+ Phone No. /Email +MAC code+ #Gang Yue Wang Luo Dian Shi download 6% trouble shootings so we and App provider can help to solve APSP<br>January 8 at 10:25pm | |
| | Francis Chan This is a life or death situation, work your butt off !!! Your time is running out .......<br>👍1 · January 9 at 9:48am | |
| | Francis Chan Warning.... You damn well know that downloading the current app and abending at 6% is a known system problem, asking you customers to send in system failure messages might flood your email system and generate another capacity problem!!!<br>January 12 at 8:26pm | |
| | Simon Lui Same old version of this app on TVPAD2, didn't see any updates for a very very long time. Disappointed.<br>👍2 · January 8 at 7:03am | |
| | Francis Chan and Er Ic like this. | |
| | BBomi OmiOmi Tvpad attitude is get stuff old customers !!! Welcome new customers until we have new product AGAIN !!<br>👍 · January 7 at 10:30pm | |
| | Christy Hoi Ying Tsang   Still HKTV is not available. What is the difference from before?<br>👍5 · January 7 at 10:04pm · Edited | |
| | Debbie Wan They just added Gang Yue Wang Luo Dian Shi for all users to download, not HKTV. They suck!!<br>👍1 · January 8 at 6:27am | |

| | | |
|---|---|---|
| | After purchase, can I download Korean TV program apps in Korea? If I use it in Korea, do any regional restrictions apply? Do the Chinese TV channels include any channels of the Liaoning province?<br>January 13 at 6:04pm | |
| | Félix Trieu    No response.<br>January 13 at 2:43am | |
| | Félix Trieu: Unpleasant to hear. Apps for TVpad1 cannot be found?<br>January 9 at 12:47am | |
| | Thompson Lee Robert, did u get tv pad 4?<br>January 8 at 6:07pm | |
| | David Kung Richard Man Ho Kung<br>January 8 at 7:05am | |
| | Albert Yong where is the link to download?<br>January 7 at 10:14pm | |
| | Kiki Mei Yying Mei    Oh, here is an update.<br>January 7 at 10:56pm | |
| | Er Ic    HKTV is not available, and no new app is provided.<br>January 8 at 4:40am | |

# EXHIBIT 38

- [Board index](#) ‹ [Club TVpad Lounge](#) ‹ [General TVpad Discussions](#)
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# just got my tvpad4

Moderators:   techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★★ • 5 posts • Page 1 of 1

- Report this post
- Reply with quote

## just got my tvpad4

by ej20 » Fri Dec 12, 2014 12:52 am

no big surprise
the thing I like:
I can install apk app
channels change very fast

the thing I dont like:
live channels video and audio quality similar to tvpad3,bad.

- { RS_ADD_POINTS }
- 1
- { RS_SUBTRACT_POINTS }


Attachments

EXHIBIT 38   1/7









ej20

> Posts: 24
> Joined: Thu Jan 09, 2014 10:26 am
> Reputation: 1
>
> - E-mail ej20

Top

---

- Report this post
- Reply with quote

## Re: just got my tvpad4

by tong98 » Fri Dec 12, 2014 1:45 am

Just read on the tvpadfans forum that an apps market can be found within 万花筒视频 and from there one can download and install 奇珀市场 and 当贝市场. ES 文件浏览器 is available from both those apps, while the JB versions of YouKu, Tudou, etc. are available from 奇珀市场.

- { RS_ADD_POINTS }
- 1
- { RS_SUBTRACT_POINTS }

TVpad M121S, TVpad2 M233, TVpad3 M358, TVpad4 M418, WELTV Premium+XBMC, Moon Box M3+XBMC, all with the latest firmware
Location: USA-Bay Area
Connection: wired-Comcast Cable
Speedtest.net result: 105 Mbps down, 12 Mbps up



tong98

Posts: 790
Joined: Tue Aug 28, 2012 7:54 pm
Reputation: 149

- E-mail tong98

Top

---

- Report this post
- Reply with quote

## Re: just got my tvpad4

by kwyeung » Fri Dec 12, 2014 3:47 am

How's the HKTV channel and their replay quality? Also, any other Cantonese channels in addition to those on the previous generations of TVpad?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

Weltv Premium - XBMC
TVpad1 3.26
Location: USA - Texas
Connection: Wired - Time Warner Cable - ASUS RT-AC68R
Speedtest.net result: 30 down/5 up



kwyeung

Posts: 555
Joined:  Tue Aug 07, 2012 8:44 pm
Reputation:  153

- E-mail kwyeung

Top

- Report this post
- Reply with quote

## Re: just got my tvpad4

☐ by clubtvpad  » Fri Dec 12, 2014 4:02 am

There is no HKTV live channel. They only have the 2 current drama series. No Korean or Japanese live channel apps and no korean drama app as of yet either. There is also no 粤海宽屏2(3). Only 港粤网络电视 and 港粤快看. Of course you still have BETV and BETVII. I haven't fully tested the unit yet so I could be wrong.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

## BUY WELTV NOW CLICK here !
**TVpad firmware and app downloads:** Download page
General TVpad FAQ:Click Here



clubtvpad
        Site Admin

        Posts:  4878
        Joined:  Sat Jul 07, 2012 7:50 pm
        Location:  San Francisco Bay Area
        Reputation:  584

- E-mail clubtvpad
- Website

Top

- Report this post

- Reply with quote

# Re: just got my tvpad4

⬚ by jerseto » Fri Dec 12, 2014 8:01 am

i got my TVpad4 2 days ago. it outputs 720p signal, i can't change the output resolution to 1080p.
Anyone know how to change to 1080p?
Thanks

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



jerseto

    Posts: 34
    Joined: Sat Oct 13, 2012 3:48 am
    Reputation:  1

- E-mail jerseto

Top



Post a reply
Topic evaluate: ★★★★★★ • 5 posts • Page 1 of 1

Return to General TVpad Discussions



# Who is online

Users browsing this forum: 1234 and 0 guests

- Board index
- Subscribe topic
- Bookmark topic

- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ Club TVpad Lounge ‹ General TVpad Discussions
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# TVB and Tvpad Agreement (True or False)?

Moderators:   techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 5 posts • Page 1 of 1

- Report this post
- Reply with quote

# TVB and Tvpad Agreement (True or False)?

by Dssjr » Tue Dec 09, 2014 11:44 pm

Hey fellow tvpad members. So there is a rumor that TVpad and TVB has signed an agreement. Meaning TVpad can now legitimately start selling Tvpad with TVB content!!! That is great news!!!!! However, I don't know how true is this rumor. If anyone here can confirm the agreeement that would be great! Why do I have doubt of this rumor? Let me list a few questions that I have on my mind.

1. what kind of agreement did they sign with TVB?
2. If it is true, why doesn't TVpad's official site advertising Tvpad4 have any TVB logos or pictures of their TVB dramas? (I would be pimping out TVB logo and pics all over if I was tvpad).
3. Wouldn't this agreement piss off Dish Network, Comcast, Fairchild and other cable/satallite services around the world that has license agreements with TVB? Even their own TVB Anywhere box!!!
4. also wouldn't Tvpad start collecting subscription fee for their boxes now? Since they have legitimate license with tvb?

Love to hear everyone's thought on this issue. Oh...Merry Xmas and Happy new years!!!!! Long Live TVPAD!!!!!

- { RS_ADD_POINTS }
- 1
- { RS_SUBTRACT_POINTS }



[Dssjr](#)

Posts:  108
Joined:  Sun Jul 08, 2012 10:57 pm
Reputation:   11

- [E-mail Dssjr](#)

[Top](#)

---

- [Report this post](#)
- [Reply with quote](#)

## Re: TVB and Tvpad Agreement (True or False)?

by [kwyeung](#) » Wed Dec 10, 2014 12:17 am

> *Dssjr wrote:*Hey fellow tvpad members. So there is a rumor that TVPad and TVB has signed
> an agreement. Meaning TVpad can now legitimately start selling Tvpad with TVB content!!!
> That is great news!!!!! However, I don't know how true is this rumor. If anyone here can
> confirm the agreeement that would be great! Why do I have doubt of this rumor? Let me list
> a few questions that I have on my mind.
>
> 1. what kind of agreement did they sign with TVB?
> 2. If it is true, why doesn't TVpad's official site advertising Tvpad4 have any TVB logos or
> pictures of their TVB dramas? (I would be pimping out TVB logo and pics all over if I was
> tvpad).
> 3. Wouldn't this agreement piss off Dish Network, Comcast, Fairchild and other
> cable/satallite services around the world that has license agreements with TVB? Even their
> own TVB Anywhere box!!!
> 4. also wouldn't Tvpad start collecting subscription fee for their boxes now? Since they have
> legitimate license with tvb?
>
> Love to hear everyone's thought on this issue. Oh...Merry Xmas and Happy new years!!!!!
> Long Live TVPAD!!!!!

I agree with you and highly doubt if that's true. I bet this will be the end of TVpad if they start collecting
subscription fee on the same level as, if not more than, what TVB is charging for their TV Everywhere
service in Europe. On the other hand, if there were an agreement, TVB will most likely request TVpad to
stop streaming TVB contents on all existing TVpads (or request subscription fee), which will piss off
every existing TVpad users who will never buy another TVpad again 😬

- [{ RS_ADD_POINTS }](#)
- [3](#)

- **{ RS_SUBTRACT_POINTS }**

Weltv Premium - XBMC
TVpad1 3.26
Location: USA - Texas
Connection: Wired - Time Warner Cable - ASUS RT-AC68R
Speedtest.net result: 30 down/5 up



kwyeung

Posts:  555
Joined:  Tue Aug 07, 2012 8:44 pm
Reputation:  153

- E-mail kwyeung

Top

---

- Report this post
- Reply with quote

## Re: TVB and Tvpad Agreement (True or False)?

by tong98 » Wed Dec 10, 2014 1:41 am

> kwyeung wrote:
>
> > Dssjr wrote:Hey fellow tvpad members. So there is a rumor that TVpad and
> > TVB has signed an agreement. Meaning TVpad can now legitimately start
> > selling Tvpad with TVB content!!! That is great news!!!!! However, I don't
> > know how true is this rumor. If anyone here can confirm the agreeement that
> > would be great! Why do I have doubt of this rumor? Let me list a few questions
> > that I have on my mind.
> >
> > 1. what kind of agreement did they sign with TVB?
> > 2. If it is true, why doesn't TVpad's official site advertising Tvpad4 have any
> > TVB logos or pictures of their TVB dramas? (I would be pimping out TVB logo
> > and pics all over if I was tvpad).
> > 3. Wouldn't this agreement piss off Dish Network, Comcast, Fairchild and other
> > cable/satallite services around the world that has license agreements with TVB?
> > Even their own TVB Anywhere box!!!
> > 4. also wouldn't Tvpad start collecting subscription fee for their boxes now?
> > Since they have legitimate license with tvb?
> >
> > Love to hear everyone's thought on this issue. Oh...Merry Xmas and Happy new

12/13/2014     Club TVpad Forum • View topic - TVB and Tvpad Agreement (True or False)?

Case 2:15-cv-01869-SVW-AJW   Document 23-4   Filed 03/16/15   Page 59 of 264   Page ID #:1035

years!!!!! Long Live TVPAD!!!!!

I agree with you and highly doubt if that's true. I bet this will be the end of TVpad if they start collecting subscription fee on the same level as, if not more than, what TVB is charging for their TV Everywhere service in Europe. On the other hand, if there were an agreement, TVB will most likely request TVpad to stop streaming TVB contents on all existing TVpads (or request subscription fee), which will piss off every existing TVpad users who will never buy another TVpad again 😫

Perhaps it is an agreement (for a fee) between the two that would allow TVpad to carry Hong Kong TVB's off-the-air programs on their boxes, including the older models. This would not be in conflict with Hong Kong TVB's Network Vision subscription programming in Hong Kong and TVB Anywhere service in Europe, as well as TVB(USA)'s programming in the U.S.

TVpad should post a copy of the agreement, if any, on their website to remove any doubt about the legitimacy of their TVB program source.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

Last edited by tong98 on Wed Dec 10, 2014 10:03 am, edited 1 time in total.
TVpad M121S, TVpad2 M233, TVpad3 M358, TVpad4 M418, WELTV Premium+XBMC, Moon Box M3+XBMC, all with the latest firmware
Location: USA-Bay Area
Connection: wired-Comcast Cable
Speedtest.net result: 105 Mbps down, 12 Mbps up



tong98

       Posts: 790
       Joined: Tue Aug 28, 2012 7:54 pm
       Reputation: 149

- E-mail tong98

Top

- Report this post
- Reply with quote

## Re: TVB and Tvpad Agreement (True or False)?

☐ by **kwyeung** » Wed Dec 10, 2014 2:36 am

But the thing is, if there is any licensing fee from TVB, it will most likely turn into subscription fee for the TVpad end user. On the other hand, I believe TVB, as a publicly traded company, will not partner with someone that carries illegal (or at least questionable) content from any TV stations. That means TVpad will either have to become a sole TVB content reseller, or pay licensing fee to every content owner. I don't think TVpad can afford either of those options, IMHO 😕

- **{ RS_ADD_POINTS }**
- **0**
- **{ RS_SUBTRACT_POINTS }**

Weltv Premium - XBMC
TVpad1 3.26
Location: USA - Texas
Connection: Wired - Time Warner Cable - ASUS RT-AC68R
Speedtest.net result: 30 down/5 up



**kwyeung**

Posts:  555
Joined:  Tue Aug 07, 2012 8:44 pm
Reputation:  **153**

- **E-mail kwyeung**

Top

---

- **Report this post**
- **Reply with quote**

## Re: TVB and Tvpad Agreement (True or False)?

☐ by **tong98** » Wed Dec 10, 2014 2:55 am

*kwyeung wrote:*But the thing is, if there is any licensing fee from TVB, it will most likely turn into subscription fee for the TVpad end user. On the other hand, I believe TVB, as a publicly traded company, will not partner with someone that carries illegal (or at least questionable) content from any TV stations. That means TVpad will either have to become a sole TVB content reseller, or pay licensing fee to every content owner. I don't think TVpad can afford either of those options, IMHO 😕

Could be a one-time per unit fee that has already been factored into the price of TVpad4. A reasonable amount would be US$10 per unit.

Another guess is that it is not actually a licensing agreement but rather one that will let TVpad off the hook as long as a 'per unit' royalty is paid to TVB. 

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }


TVpad M121S, TVpad2 M233, TVpad3 M358, TVpad4 M418, WELTV Premium+XBMC, Moon Box M3+XBMC, all with the latest firmware
Location: USA-Bay Area
Connection: wired-Comcast Cable
Speedtest.net result: 105 Mbps down, 12 Mbps up



**tong98**

      Posts: 790
      Joined: Tue Aug 28, 2012 7:54 pm
      Reputation: 149

- E-mail tong98

Top



Post a reply
Topic evaluate: ★★★★★★ • 5 posts • Page 1 of 1

Return to General TVpad Discussions



# Who is online

Users browsing this forum: 1234, cheungyingfun and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by [phpBB](#)® Forum Software © phpBB Group
[Reputation System](#) ©

TVpad - 更高清，更穩定，更豐富，更出眾，12.1新品全球首發，謎底即將揭曉！...

Case 2:15-cv-01869-SVW-AJW   Document 23-4   Filed 03/16/15   Page 63 of 264   Page ID #:1039

 **facebook**   **Sign Up**

Email or Phone          Password

Keep me logged in          Forgot your password?

Facebook © 2014

## News Feed

 **TVpad**
November 27 at 5:49am · Edited · 🌐

更高清，更穩定，更豐富，更出眾，12.1新品全球首發，謎底即將揭曉！
為了迎接TVpad4新品發佈，感謝一直陪伴在TVpad身邊的fans們，我們將特別針對老用戶推出感恩大回饋活動，凡TVpad的老用戶或TVpadfans論壇老用戶均可獲得專屬的特別優惠。

Facebook也將全面提升及時响应！TVpad与您相約11月28日！

See Translation

Like · Comment

👍 Raymond Yu, Lai Ng, Eric But and 13 others like this.      Top Comments ▾

↪ 1 share

 **Alan Kwan** please add HKTV to ur line up..... 👏 👏 👏 👏
 3 · November 27 at 9:25am

↪ **4 Replies**

 **Cuong Ly** Please more cantonese channel, tv shows, drama and movie. Same moonbox but better 😬
 1 · November 27 at 7:27am

 **TVpad** hahaha,and more smooth
November 27 at 6:11pm

 **Alex Lau** Make sure is work for Christmas and Chinese new year
👍 2 · November 27 at 6:49am

 **TVpad** It will be 🙂
November 27 at 10:09pm

 **Taco Lee** What so special in tvpad4 ?
November 27 at 10:56pm

↪ **3 Replies**

 **Tony KL** new TVPAD?
November 27 at 10:15pm

↪ **2 Replies**

 **Feng Yang** TVpad 4 is available tomorrow?
November 27 at 12:22pm

 **TVpad** It is available on December 1 😊
November 27 at 6:12pm · Edited

 **Hann Soo** 甚么优惠？
November 27 at 6:07am

 **TVpad** 新品上市大回饋，請持續關注Facebook更新：）
November 27 at 6:10pm · Edited

 **權楠** TVpad已經放棄了舊用戶，小心求証，以免買了之後會後悔！
👍 2 · November 27 at 10:57am

 **TVpad** 請您放心求證，TVpad會證明強勢回歸：）
November 27 at 6:09pm

 **Wai Hon Lee** 我有tvpad1 tvpad2 喫。。有更新 有hktv睇。。。
November 27 at 7:25am

 **TVpad** HKTV app 内容商话马来西亚同埋香港IP有目第
November 27 at 10:09pm

 **Taco Lee** 改少少又猛人錢
👍 3 · November 27 at 10:56pm

**Er Ic** 個盒寫住4，咪係最大upgrade囉。人地moonbox 已經有香港電視劇，係美國都

TVpad - 更高清，更穩定，更豐富，更出眾，12.1新品全球首發，謎底即將揭曉！...

播到，tvpad 都無。我果幾個TV Pad 1, 2,3 等同垃圾

December 3 at 7:30am · Edited



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- https://www.facebook.com/mytvpad/posts/749330308469745

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad - With higher definition, higher stability, more diversities, and better performance, the new product will be globally launched on December 1. The veil will be lifted soon!. . . .

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| News Feed | TVpad<br>November 27 at 5:49am · Edited · | | | Facebook © 2014 |
| | With higher definition, higher stability, more diversities, and better performance, the new product will be globally launched on December 1. The veil will be lifted soon!<br>To greet the launch of the new TVpad4 product and thank the fans who have always been with TVpad, we will launch special deals to show our gratefulness for our old users. All old TVpad users and old TVpad fans forum users will be given exclusive special privileges.<br>TVpad Facebook page will also comprehensively improve accordingly. TVpad will meet you on November 28!<br>See Translation<br>Like · Comment | | | |
| | 👍 Raymond Yu, Lai Ng, Eric But and 13 others like this. | Top Comments | | |
| | ➡ 1 share | | | |
| | Alan Kwan please add HKTV to ur line up.....<br>👍3 · November 27 at 9:25am | | | |
| | Cuong Ly Please more Cantonese channel, tv shows, drama and movie. Same moonbox but better<br>👍1 · November 27 at 7:27am | | | |
| | TVpad hahaha, and more smooth<br>November 27 at 6:11pm | | | |
| | Alex Lau Make sure is work for Christmas and Chinese new year<br>👍2 · November 27 at 6:49am | | | |
| | TVpad It will be<br>November 27 at 10:09pm | | | |
| | Taco Lee What so special in tvpad4 ?<br>November 27 at 10:56pm | | | |
| | ↳ 3 Replies | | | |
| | Tony KL new TVPAD?<br>November 27 at 10:15pm | | | |
| | ↳ 2 Replies | | | |
| | Feng Yang TVpad 4 is available tomorrow?<br>November 27 at 12:22pm | | | |
| | TVpad It is available on December 1<br>November 27 at 6:12pm · Edited | | | |
| | Hann Soo   What privileges?<br>November 27 at 6:07am | | | |
| | Great rewards will be given to celebrate the launch of the new TVpad product. Please follow up with the updates on our Facebook page:).<br>November 27 at 6:10pm · Edited | | | |
| | Quan Quan   TVpad has abandoned its old users. Think twice so that you don't regret buying one.<br>👍2 · November 27 at 10:57am | | | |
| | TVpad   No problem. Please rest assured that TVpad will make a strong comeback:).<br>November 27 at 6:09pm | | | |
| | Wai Hon Lee   I have TVpad1 and TVpad2. Since no update is available, I cannot watch HKTV.<br>November 27 at 7:25am | | | |
| | TVpad   According to the HKTV APP content provider, IP addresses of Malaysia and those of Hong Kong can be used to watch HKTV.<br>November 27 at 10:09pm | | | |
| | Taco Lee   They charge again for minor changes.<br>👍3 · November 27 at 10:56pm | | | |

TVpad - With higher definition, higher stability, more diversities, and better performance, the new product will be globally launched on December 1. The veil will be lifted soon!. . . .

| | Er Ic   The number "4" shown on the box is the greatest upgrade. Moonbox has provided HK TV dramas that can be watched even in the US but are not available on TVpad. If my TVpad 1, TVpad2, and TVpad3 are not rubbish, I don't know what is.<br>December 3 at 7:30am · Edited | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---------|--------|--------|--------------|--------|--------|-------|--------|-------|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014
English (US)

TVpad - Timeline Photos | Facebook

Sign Up

Email or Phone    Password    Log In

☑ Keep me logged in

Forgot your password?

**Timeline Photos**

Back to Album · TVpad's Photos · TVpad's Page

Previous · Next



 **TVpad**

各位尊敬的用户：

非常抱歉，今日部分地區再次出現使用者不存在等異常情況。

公司技術部門剛剛回復，大部分區域問題已經解決，及時向Facebook盒粉們彙報，請大家重新開機試下。

可能還會有些區域和個別使用者不能收看的，請私下諮詢TVpad客服頁面在線諮詢或電話諮詢，客服會盡力協助每一位用戶的！

Facebook是大家交流溝通的管道，可能沒辦法按時解決使用者的服務問題，但是我們承諾，一定會把你們的一些真實聲音反應給公司！

謝謝大家一直對TVpad的支持。

小編我也會盡力向大家做好傳話筒的～～

謝謝大家的支持！

See Translation

January 17, 2014

Yeap Bee Lean, Tiffy Chen, Coco Chen and 7 others like this.

Top Comments

 **Ann Lo** 我的TV PAD回復正常In L.A.
January 18, 2014 at 1:38pm

 **Coco Chen** 重新開機後小線人回來了，現在可以看了！謝謝！
   1 · January 21, 2014 at 7:00pm

 **Kin Min** So this mean yes tvpad have trouble again and will try to repair it soon. It will probably happen before the new holliday again but just report it to us so we know. We will fix it when the holliday is over again...
   1 · January 18, 2014 at 1:55am

 **Hon Poon** I cannot watch TVB programs.. Over a week...please help
February 24, 2014 at 12:17pm

 **Cherry Yan** Hi 您好 我是悉尼的TV Pad3 用戶 今天突然看不了 港粵快看Beth 的節目 請問有方法解決嗎???急
February 14, 2014 at 6:20am

 **Mandy Tao** 請問有沒有這樣嗎
January 30, 2014 at 7:56am

 **Mandy Tao** 為什麼看電影只有看到一半就沒有了
January 30, 2014 at 7:55am

 溫岐希 台灣看不到
January 20, 2014 at 12:10am

 **Steven Chu** My tvpad won't load it said a unsupported signal check device output ..what to do?

Album: Timeline Photos

Shared with: Public

Open Photo Viewer

Download

Embed Post

January 18, 2014 at 7:42pm

---

Sign Up      Log In      Mobile      Find Friends      Badges      People      Pages      Places      Games
Locations    About       Create Ad    Create Page      Developers    Careers    Privacy    Cookies    Terms
Help

Facebook © 2015
English (US)



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/593368077399303/?type=1

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

| Sign Up | | Email or Phone | Password | Log In |
|---|---|---|---|---|
| | | Keep me logged in | Forgot your password? | |

| Timeline Photos | | | |
|---|---|---|---|
| Timeline Photos Back to Album · TVpad's Photos · TVpad's Page | | | Previous · Next |
| TVpad<br>Dear users,<br>We are awfully sorry that problems, such as "user does not exist", occurred again in certain regions today. Our tech department has just restored the system, and the problems in most of the regions have been resolved. We promptly update all the Facebook fans on this. Now, you can restart your TVpads and try again.<br>Those who possibly still cannot watch the TV programs on their tvpads in certain regions can visit TVpad's customer service page for consultation online or by phone. Our customer service team will try their best to help you.<br>Facebook is where people can communicate with each other, but it may be difficult to solve service problems of users in a timely manner. However, we promise that your voice will be heard by the company!<br>Thank you all for your continued support of TVpad.<br>I, as an editor, will also do my best to connect you with the company. ~~<br>Thanks for your support | | | Album:        Timeline Photos<br>Shared with:   Public<br>Open Photo Viewer<br>Download<br>Embed Post |
| See Translation<br>January 17, 2014 | | | |
| Yeap Bee Lean, Tiffy Chen, Coco Chen and 7 others like this. | Top Comments | | |
| Ann Lo   My TVpad has restored to normal in L.A.<br>January 18, 2014 at 1:38pm | | | |
| Coco Chen   "Little green guy" returned after I restarted, and I can watch the TV programs now. Thanks!<br>1 · January 21, 2014 at 7:00pm | | | |
| Kin Min So this mean yes tvpad have trouble again and will try to repair it soon. It<br>will probably happen before the new holiday again but just report it to us so we<br>know. We will fix it when the holiday is over again...<br>1 · January 18, 2014 at 1:55am | | | |
| Hon Poon I cannot watch TVB programs. Over a week...please help<br>February 24, 2014 at 12:17pm | | | |
| Cherry Yan   Hi, I am a TV Pad3 user in Sydney. Today, I found that Beth's program could not be watched using Gang Yue Kuai Kan.<br>Is there a solution to this problem??? Urgent.<br>February 14, 2014 at 6:20am | | | |
| Mandy Tao   Do you have the same problem?<br>January 30, 2014 at 7:56am | | | |
| Mandy Tao   Why did movies stop only half way through?<br>January 30, 2014 at 7:55am | | | |
| Wen Lingxi   I cannot watch it in Taiwan.<br>January 20, 2014 at 12:10am | | | |
| Steven Chu My tvpad won't load; it said an unsupported signal check device output<br>..what to do?<br>January 18, 2014 at 7:42pm | | | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---------|--------|--------|--------------|--------|--------|-------|--------|-------|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2015

English (US)

Case 2:15-cv-01869-SVW-AJW   Document 23-4   Filed 03/16/15   Page 73 of 264   Page ID
#:1049

## TVpad Fans

**标题:** TVpad，谢谢你走进我们的生活 [打印本页]

---

**作者:** 澳洲奥利奥   **时间:** 2012-8-18 20:59:42   **标题:** TVpad，谢谢你走进我们的生活

*本帖最后由 澳洲奥利奥 于 2012-8-18 21:05 编辑*

提起tvpad，可能我使用的时间没有其他前辈那么长时间，但她在短短几个月内给我带来的快乐，却是丝毫不输给那些老玩家的。

七月初的某一天，我在澳大利亚墨尔本Glen Waverley华人区的一家小店门口路过，无意中看到一张海报写着"使用tvpad免费看奥运和大部分精彩国内电视"，立立即引起了我强烈的好奇心，有什么东西这么神奇不用装卫星天线就可以收看国内的电视节目？走进店家亲眼看到这个黑乎乎的可爱小盒，我简直不敢相信这个小东东会有这么强大的力量？回家后立即上tvpad官网研究了大半天，但说实在的，还是不敢百分百相信她有这么强大的能力，而我身边又没有朋友拥有这个设备，所以自然而然我就成了朋友圈子里第一个吃螃蟹的人。

从在官网下单到tvpad运到公司居然只用了三天时间，DHL的速度真是一流。回家第一件事就是连上电视和网络，安装存储卡自带的软件，作为Android的忠实拥护者，这些流程对我来说实在是太熟悉不过了。而当久违而又熟悉的中央1-5台，湖南卫视，浙江卫视，东方卫视等一大批我在国内天天观看的电视台出现在我的电视上流畅而又清晰的播放时，我只差没有流下激动的泪水了。

的确，来澳洲快十年了，由于自己没有足够的经济实力购买卫星天线（就是我们俗称的锅了），而住的小Unit又不适合安装那么大的锅，自己也就越来越少有机会收看国内的电视节目了，每次逢年过节去一些装了锅的朋友家收看春晚或者其他电视剧的时候，他们都有说不出的优越感，也有朋友可能会问，为什么不用电脑看，可我实在不想对着狭小的电脑屏幕收看音质和画质并不优秀并且时常卡顿的电视节目，而躺在沙发上慵懒的收看电视节目的那种乐趣也荡然无存。

我觉得自己购买tvpad的时机实在是太好了，因为她就在伦敦奥运会开幕前的一两个星期飘然而至，而自己又在奥运开幕后有一个星期的假期，墨尔本和中国只有两小时的时差，所以整整一个星期我都在家收看中央5台，如果是以往没有tvpad的日子里，我只能收看澳洲本地电视台节选的奥运项目，而其中百分之百是看不到我们中国奥运健儿的，有了tvpad，有了CCTV-5，我随时随地都可以打开电视收看咱们中国人自己的奥运。所以在那一个难忘的一个多星期里，我观看了林丹和李宗伟那惊心动魄的羽毛球大战，也目睹了女排姑娘们艰难战胜韩国队，却遗憾败给日本队的悲痛时刻，我看到了乒乓球项目席卷奥运的强大气势，却也看到了陈一冰含泪夺取吊环银牌的悲壮画面。我无法想象如果没有tvpad，我还能否有机会感受到这样四年才有一次的精神和视觉大餐，还有感受作为中国人的自豪和骄傲的机会。

不仅仅是奥运会，tvpad也让我和数年不见的老朋友们重新相聚，当年在国内最爱看的就是湖南卫视的"快乐大本营"，如今每周六晚上，我又可以准时和这个老朋友相会，并且能够开开心心的大笑一回，这无疑是忙碌一周后一个最好的精神放松。而近年来无数内容新颖，样式各异的新型综艺节目更是让人眼前一亮，东方卫视的"梦立方"和"今晚80后"，湖南卫视的"百变大咖秀"，更有近期红遍全中国的浙江卫视的"中国好声音"，都成为我每周必看的珍爱，以前和国内的朋友聊天，对于当红的电视完全毫不知情，现在完全没有隔阂，甚至许多我看过的节目他们反倒没有看过，而每晚观看的各地新闻，更是让我对国内的情况了如指掌，不是回国，胜似回国，这全都得归功于tvpad啊。

可以说tvpad的出现，彻底改变了我的生活，以前每天下班回家，在公司用完电脑，回家再看自己的电脑，除了电脑还是电脑。现在下班回家，打开电视，就可以收看国内频道，和国内朋友零距离交流。而tvpad频道内容之丰富，画面效果之出色，又没有丝毫停顿感，实在是让看过的人都叫好不迭。更不用象一些家庭搬个大电脑连在电视上，即妨碍居室之美观，增加耗电量，又造成资源的重复浪费，实在是海外华人收看国内电视的必备之宝啊。

现在那些装卫星天线的朋友来我家，看着从我家这个小小的黑盒子里放出效果一流的电视节

目，而投资又不足他们的五分之一甚至更少，一个个都睁大了眼睛说不出话来。而那些没有安装卫星天线的朋友，更是纷纷向我咨询哪里才能买到这么好的宝物。

Tvpad的Facebook网页也是非常周到，每周都有精彩节目的预告，让我知道什么时间收看精彩的电视节目，更有不定期的使用心得精选，让我们这些盒粉有更好的用户体验。

当然，黑盒虽好，也不是一点瑕疵也没有的，首先黑盒的外观设计，像极了apple TV，做为apple最大的竞争者Android，外观有必要这么像吗？其次，我知道tvpad最近推出了一款Android手机使用的app，但只适用最新的M121S，我的M121还不能用， 另外可不可以在这个app中包含一个精彩电视的推荐或者各台的节目时间播出表呢，这样我们就可以随时查看具体时间而不会错过精彩节目了。

Tvpad的出现，改变了海外华人看电视的方式，由家家户户每人一台电脑单独看，变成了一家人重新坐回电视机前一起看电视的局面，这也正是千千万万中国人以前，现在和将来看电视的方式，这其中也渗透了我们中国人最注重的一个理念，那就是—家庭，以及围绕家庭所展开的活动。

谢谢你，tvpad，也期待你给我们的下一次惊喜。

图片附件: **PhotoGrid_1345294258906.jpg** (2012-8-18 20:59:23, 446.81 KB) / 下载次数 5
http://www.tvpadfans.com/forum.php?
mod=attachment&aid=MTgyNXwyODBiMTNjOXwxNDE4MTU4ODQ5fDB8MA%3D%3D



---

**作者:** linan   **时间:** 2012-8-20 09:31:33

{:6_379:}你都写成这样了，我还怎么拿奖啊？

**作者:** brightlook   **时间:** 2012-8-20 10:01:36

写的真不错

**作者:** sherry   **时间:** 2012-8-28 15:33:47



写的真不错 好 赞一个

欢迎光临 TVpad Fans (http://www.tvpadfans.com/)          Powered by Discuz! X2



450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/forum.php?mod=viewthread&action=printable&tid=31588

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

TVpad, thank you for being a part of our lives. - TVpad Fans                Page 1 of 4

| TVpad Fans | | |
|---|---|---|
| Title: TVpad, thank you for playing a role in our life. [Print this page.] | | |
| Author: Australian Olio | Time: 20:59:42, 08/18/2012 | Title: TVpad, thank you for playing a role in our life. |

This post was last edited by Australian Olio at 21:05, 08/18/2012.

Though I have not been using TVpad for as long as other users, TVpad has brought me tremendous delight for the past several months.

One day this July, when I walked past by a small store in the Chinese community - Glen Waverley in Melbourne, Australia, I saw a poster that read "Use TVpad to watch, for free, the Olympic Games and most TV channels in mainland China". It immediately sparked my intense curiosity. I wondered how the TV programs of mainland China could be watched here without satellite antenna. When I entered the store and saw this lovely little black box, I could hardly believe that such a little thing could be so powerful. After I returned home, I visited the official website of TVpad and studied the product for quite long. To be frank, however, I still could not 100% believe its power. None of my friends around me had this device, I became the first person in my friend circle to use this product.

After I placed the order on the official website, it took only three days for the TVpad to be delivered to my company. The service of DHL was superb. Once I arrived home, I connected the TVpad to my TV set and the Internet, and installed the software stored in the storage card. As a loyal Android advocate, I know these flows by heart. When CCTV1 to CCTV5, Hunan TV, Zhejiang TV and Dragon TV, which I watched every day in mainland China and had not been able to watch for ages, were playing clearly and smoothly on my TV set, tears of joy all but came to my eyes.

I had been living in Australia for nearly ten years. As I couldn't afford a satellite antenna (also known as a "dish") and a large "dish" is unsuitable for the small unit in which I live in, I seldom have the opportunity to watch the TV programs of mainland China. Each time I watched the CCTV's Spring Festival Gala or any other TV drama at my friends' homes where "dishes" were installed, they seemed to have this ineffable sense of superiority. Why not just watch them on the computer then, you might ask. Honestly, I do not want to watch TV on a small computer screen that has poor audio and video quality and often gets stuck, and I won't be able to enjoy watching TV while relaxing on my sofa.

I think that it was the right time for mw to buy a TVpad, because it came just a couple of weeks before the London Olympic Games. I had a one-week holiday after the opening of the Olympic Games, and the time difference between Melbourne and Beijing is only two hours. So I spent the whole week watching CCTV5 at home. Without TVpad, I would have only been able to watch the Olympic Games events selected by the local Australian TV station, but not all the events involving Chinese athletes. With my TVpad and CCTV5, I could watch the events anytime and anywhere, and experience the Olympic Games as if I were home in China. During that unforgettable week, I watched the thrilling badminton final between Lin Dan and Lee Chong Wei; and the hard-earned victory against the Korean team that the Chinese female volleyball team enjoyed before being defeated by the Japanese team in heart-breaking match. I admired that the Chinese table tennis dominated at the Olympic Games, I also saw the moving scene where Chen Yibing reaped the silver medal for rings. Without TVpad, would I have been able to enjoy this rare event that happens only every four years so thoroughly and take pride in being a Chinese? I cannot imagine it.

Besides watching the Olympic Games, TVpad allows me to see my "old friends" again that I have not seen for years. When I was in mainland China, my favorite TV program was "Home of Happiness" of Hunan TV. Now, every Saturday evening without a fail, I can meet this "old friend" and have a good laugh, fully relaxing after a week's busy work. The many novel and diverse variety shows that have emerged in recent year attract my attention as well. Every week, I watch the "Dream Cube" and "Born in the 80s" of Dragon TV, the "Master Impersonators" of Hunan TV, and the "Voice of China" of Zhejiang TV, which has become one of the most popular programs all over china. Before when I chatted with my friends in mainland China, I was totally out of touch as to what the popular TV programs at the time were. Now, I have no difficulty chatting with my friends about the TV programs and I even know about more than they do. The local news broadcast every evening allows me to stay in touch with the domestic conditions of China. Thanks to my TVpad, it seems as if I were home again.

My TVpad has thoroughly changed my life. In the past, I used a computer in my office and again used my personal computer at home; I had to use a computer anywhere. Now, when I return home, I turn on my TV set and watch the TV channels of mainland China, thus maintaining close contact with my friends in China. TVpad provides abundant TV channels with excellent video quality and no interruptions. It is truly amazing. I don't need to connect a large computer to my TV set, like in some families, which affects the layout of my room, increases electricity consumption and wastes resources. TVpad is really the essential tool for overseas Chinese to watch TV program of mainland China.

TVpad, thank you for playing a role in our life. - TVpad Fans Page 2of 4

http://www.tvpadfans.com/forum.php?mod=viewthread&action=printable&tid=31588 12/9/2014

Now, my friends who have satellite antennas installed at home are dumbfound by my little black box that plays TV programs with excellent quality and yet costs only one-fifth of what they have invested or even lower. My friends who don't have satellite antennas installed at home, one after another, asked me where they could buy such good products.

The Facebook webpage of TVpad has been very considerate and provides advance notice for wonderful programs every week, allowing me to know when they are to be broadcast. In addition, the webpage gives use tips from time to time to provide TVpad fans with better user experience.

This black box, of course, is not flawless. First, the appearance design of TVpad resembles very much that of Apple TV. It is unnecessary for TVpad, which is the biggest competing Android product of Apple, to have such a similar appearance. Second, I know that an Android App for TVpad has been launched recently. However, this App is supported by only the latest M121S, but not by my M121. In addition, is it possible for this App to include recommendations for TV programs or the schedules of the programs on each channel? Thus, we can check the specific schedules, without missing out on any programs.

TVpad has revolutionized the way overseas Chinese watch TV. Instead of watching TV on computers, the whole family sits in front of a TV set and watch TV together. This is how thousands and thousands of Chinese people watched TV, are watching TV, and will watch TV. It promoted the most important idea that all Chinese people identify with – family, and everything that families do.

Thank you, TVpad! I look forward to the next pleasant surprise from you.

Image attachment: PhotoGrid_1345294258906.jpg (2012-8-18 20:59:23, 446.81 KB) / download count: 5

http://www.tvpadfans.com/forum.php?mod=attachment&aid=MTgyNXwyODBiMTNjOXwxNDE4MTU4ODQ5fDB8MA%3D%3D

TVpad, thank you for being a part of our lives. - TVpad Fans                Page 3 of 4

| Author: linan | Time: 09:31:33 08/20/2012 |
|---|---|
| {:6_379:} Since you have posted such a wonderful article, how can I win the prize? | |
| Author: brightlook | Time: 10:01:36, 08/20/2012 |
| Good post. | |
| Author: sherry | Time: 15:33:47, 08/28/2012 |
| This article is really good, good job! | |

TVpad, thank you for being a part of our lives. - TVpad Fans                 Page 4 of 4

| Welcome to TVpad Fans (http://www.tvpadfans.com/). | Powered by Discuz! X2 |
|---|---|

# EXHIBIT 39



登録    註冊        0    我要推薦TVpad    [English]

首頁        購買TVpad        招商合作        關於我們        Fans社區            請輸入搜索商品

首頁 > 服務網點

## 查看所在國家和城市的服務網點

**經銷商用戶中心**

| 國家 | 城市 | 網點名稱 | 詳細地址 | 負責人 |
|------|------|----------|----------|--------|
| 加拿大 | 阿爾伯塔（埃德蒙頓） | | 4907 99 Street NwEdmonton Alberta T6E 4Y1 Canada | Kenny |
| 加拿大 | 溫哥華 | Tvpad Store | 列治文第三路八佰伴中心二樓2035室 | 顧先生 |
| 澳大利亞 | 悉尼 | K-MAX COMPUTER SERVICES | SUITE 76, 47 NERIDAH STREET, CHATSWOOD NSW 2067 AUSTRALIA | Kenneth X |
| 澳大利亞 | 悉尼 | HOBICOM AUSTRALIA | Suit 3, 16 Ninth Ave. Campsie 2194 NSW Australia | Danny Kim |
| 澳大利亞 | 悉尼 | Evernet | 104 Adderton Rd. Carlingford NSW Australia 2118 | Danny Cha |
| 澳大利亞 | 悉尼 | korea-iptv | 1F,9-13 Redmyre Rd Strathfield NSW 2135 | DANNY KIM |
| 澳大利亞 | 悉尼 | Intact Med | 22/52 Holker St Silverwater NSW 2128 | Jay Wu |
| 澳大利亞 | 墨爾本 | Ying xuan | 28 Cambridge st,boxhill 3128(匯華電腦服務中心) | Gordon Wu |
| 澳大利亞 | 墨爾本 | BONDAT P | 52-54 O'Sullivan Road Glen Waverley Vic Melbourne Australia 3150 | Anna Huang |
| 澳大利亞 | 佩斯 | KUTTE UNION (AUSTRALIA) PTY LTD | 11 Janter Close Willetton Wa 6155 Australia | Charry Xu |
| 美國 | 芝加哥 | HM enterprise LLC | 5821 SE 82AVE STE 103 Portland OR 97267 U.S.A | Jeffrey Chan |
| 美國 | 亞特蘭大 | | 11270 Donnington Dr.Johns Creek, GA 30097(USA) | Jun Wang |

關注TVpad

返回頂部

EXHIBIT 39        1/4

| | | | | |
|---|---|---|---|---|
| 🇺🇸 美国 | 華盛頓 | Y.S. International, Inc. | Baltimore National Pike, Suite FEllicott City, Maryland21043 U.S.A. | Mr Byun |
| 🇺🇸 美国 | 關島 | SY Supplies | PO Box 6154 Tamauning, Guam 96931 | James Yang |
| 🇺🇸 美国 | Las Vegas | Koreana News | 222 S. Rainbow Blvd #219 Las Vegas NV 89145 | Max Moon |
| 🇺🇸 美国 | 杜魯士 | Korean Installation Sevice | 3740 Club Dr, APT 3110Duluth GA 30096-1826 | Micheal Kim |
| 🇺🇸 美国 | Maryland | SMART TVPAD INC | 9612 FT.MEADE RD,LAUREL,MD 20707 .USA | SEAN HAHN |
| 🇺🇸 美国 | 夏威夷州 | | 76 N PAUAHI ST HONOLULU HAWAII. | KEN / Ms Li(黎小姐) |
| 🇺🇸 美國 | 卡斯特羅毅 | USA Club TVpad | 4101 Dublin BlvdSte F PMB 18 Dublin, CA 94568-4603 | Ben |
| 🇺🇸 美國 | 紐約 | ELECTRONIC LAND | 163-15 Northern Blvd. suite 1Flushing NY 11358 | Peter Yoo |
| 🇺🇸 美國 | 康州 | Asian Trade Ventures Inc | 294 Central Avenue Norwich, Connecticut | Raymond Ng |
| 🇺🇸 美國 | 達拉斯 | 個人經營 | 5323 Harry Hines Boulevard , Dallas, Texas, 75390 | Raymond Ng |
| 🇺🇸 美國 | 休斯頓 | Formark Resource Asset Management LLC - SERIES B | 11152 Westheimer Rd #108, Houston, TX 77042 | Edward Wang |
| 🇺🇸 美國 | 達拉斯 | Jong Lee | 4204 Briarbend Rd Dallas TX 75287 USA | |
| 🇺🇸 美國 | 洛杉磯 | Tvpad USA | 6 Tidewater cove. Buena Park,DA 90621 U.S.A | |
| 🇫🇷 法國 | 巴黎 | SARL KW WORLD COM | 117 AV D IVRY 75013 PARIS FRANCE | Miss Xu |
| 🇬🇧 英國 | 倫敦 | phoneunlock.com | 6 Macaret Close, London, N20 9RA | Philip Kuch |
| 🇬🇧 英國 | 倫敦 | K-EYETEL/TVpad Europe | 4 Presburg Road New Malden Surrey, UK KT3 5AH | |
| 🇨🇳 中國 | 深圳 | HUAYANGINTERNATIONAL TECHNOLOGY LIMITED | http://www.itvpad.com | Justin |
| 🇨🇳 中國 | 西安市 | 陝西韓流商務交流有限公司 | 陝西省西安市雁塔區東儀路173號（東風儀錶廠對面） | Mr Shin |
| 🇨🇳 中國 | 瀋陽市 | 瀋陽世雅裝飾裝修工程有限公司 | 瀋陽市鐵西區北一東路65甲5號19門 | 金先生 |
| 🇨🇳 中國 | 上海 | 田胡商貿有限公司 | 上海市 閔行區 吳寶路27弄50支弄 6號402室 | 胡先生 |
| 🇨🇳 中國 | 延吉市 | 天洲經濟貿易有限公司 | 吉林省延吉市牛市街高麗食品超市 | 鄭先生 |
| 🇨🇳 中國 | 廣州市 | 廣州市海高電腦有限公司 | 廣州市白雲區遠景路康意街122號 | 崔先生 |
| 🇨🇳 中國 | 張家港 | 特科（TICO）通訊有限公司 | 蘇州張家港市東涝苑27-3 | 河小姐 |
| 🇯🇵 日本 | 東京 | 有限會社PC-TAKU | 日本国東京都台東区上野3-9-1朝日ビル12号館4 F | 方 拓 |
| 🇯🇵 日本 | 東京 | THREE ACE company.ltd | SHIMOMURA B/D 102 4-13-7 KOTOBASHI SUMIDAKU Tokyo JAPAN 130-0022 | LEE SHI LAK |
| 🇯🇵 日本 | 東京 | 有限會社PC-TAKU（急速電腦） | PC‐TAKU LTD.4F ASAHI BUILDING NO.12,UENO3-9-1,TAITOU-KU,TOKYO,JAPAN 〒110-0005 | 方先生 |
| 🇵🇦 巴拿馬 | 巴拿馬城 | INVERSIONES WEN,S.A. | Edif.Tecnic.Panama City Apartado:835-521 zona 10 | Willy Wen |
| 🇵🇾 巴拉圭 | 東方市 | AGROGANADERA CAMPO FLOR S.R.L | CALLE CAMILO RECALDE 101 AP. 204 | Ricky Lam |
| 🇵🇾 巴拉圭 | 亞松森 | SPA EL TIGRE | Paraguay asuncion Europa 2186 casi proceres de mayo | |
| 🇧🇷 巴西 | 聖保羅 | LI SI INDUSTRIA COMERCIO | Av. Sebastiao de Brito,890 – Dona Clara- Belo Horizonte | GUANG SHENG JIAN |

IMPORTACAO E EXPORTACAO LTDA ... Brasil

| | | | | |
|---|---|---|---|---|
| 巴西 | 聖保羅 | Augusto Nam | R.Silva Pinto 381,Sao Paulo,S.P.,Brazil | Augusto Nam |
| 巴西 | 裏約 | H&L COMERCIAL IMPORTADORA E EXPORTADORA LTDA | AV EMBAIXADOR ABELARDO BUENO N°3500 SALA 1213 BARRA DA TIJUCARIO DE JANEIRO R-J BRASAL | HUANG LIRONG |
| 巴西 | 庫裡提巴 | CASA YIFA PRESENTES LDTA | RUA EMILIANO PERNETA 195 APT93B CENTRO CEP:80010-050CURITIBA -PRBRAZIL | ZHENG RONGYU |
| 印尼 | 雅加達 | INDO SUNG-IL JAYA | Jl. Gatot Subroto Km. 8 No. 122 Telesonik Ujung Desa Pasir JayaKec. Jati Uwung Tangerang 15135, INDO | Jihoon Shin |
| 印尼 | 雅加達 | PT.MEDIART JAYA | BLOK B21 PINANGSIA LIPPO KARAWACI TANGERANG INDONESIA | Shin Jihoon |
| 泰國 | 北欖府 | KTV on | 577 / 1198, Srinakarin Road, Samrongnua Muang, Samutparakan10270, THAILAND | Kim Seung Soo |
| 泰國 | 曼谷 | 大視界 | 326/4 Soi Sukhumvit 63, Sukhumvit Road, Klongtonnur, Vadhana, Bangkok 10110 | Mike Chen |
| 瑞典 | 馬爾默 | Store 4 Fun(TVpad.se) | Blekingsborgsgatan 3D 21463 Malmoe Skane, Sweden | Niklas Man (文偉健) |
| 荷蘭 | 阿姆斯特丹 | 周福 (威信) 貿易公司 ( Andrew Trading ) | Clara Bartonstraat 16,1025KT Amsterdam,The Netherlands | Winson Chau |
| 荷蘭 | 鹿特丹 | Dimension Automatisering | Goudsesingel 93 ,3031 EE Rotterdam, Holland | Andrew |
| 荷蘭 | 阿帕爾多倫 | Kenji Trading | Rousseaustraat 287323 GP ApeldoornThe Netherlands | Andy Wong |
| 荷蘭 | 海牙 | Note2.nl | Wagenstraat 149 (Den Haag Center),2512 AV Den Haag,The Netherlands | Dr. Isamu (Yong) |
| 菲律賓 | 馬尼拉 | SITTIXIAN | 227 Aguirre ave BF homes Paranaque City. Manila. Phillippines | Kim dug chun |
| 韓國 | 大田 | Creble Inc. | Korea, Daejeon, Yuseong-gu, Jeonmin-dong, 463-1, 2013# | Jonghoon Eom |
| 越南 | 胡志明 | MODEL LINE CO.,LTD | 47 NGUYEN VAN MAI P.8 Q.3 HO CHI MINH CITY | Mr Kim |
| 越南 | 胡志明 | KORVIET Co. | Room 2.2, K-Apartment, KDC Lang Dai Hoc,101/21/3B, Le Van Luong Xa Phuoc Kien, huyen Nha Be HCMC HCM | |
| 孟加拉 | 達卡 | JANG WON CORP, LTD | HoUSE NO -99 , rOAD NO -4, BLOCK-1 , BANANI, DHAKA-1213 ,BANGLADESH | Mr JONG HAK ,RYOO |
| 哈薩克斯坦 | ALMATY | TETRO MDD | Room 804 entrance 2 B, Business Center "Nurly Tau" | JUNG TAE HYENG |
| 新西蘭 | 奧克蘭 | Roxapac International Trading Co.,Limited | 11A/266 Onewa Road,North Shore Auckland 0626,New Zealand | Pat Hou |
| 西班牙 | 瓦倫西亞 | Han Chinese Language School Marbella | Av de Gustavo Adolfo Bécquer, 34, 29660 Nueva Andalucía, Málaga | YINGYING XU |
| 瑞士 | 洛桑 | Moderne Pont | MODERNE PONT,Avenue de Vinet 24,CH - 1004 Lausanne,Switzerland | Tony |
| 匈牙利 | 布達佩斯 | Realm-Global Kereskedelmi Kft | 1194 Budapest Fadrusz J. u. 2,,Hungary | Chen Jun |
| 智利 | 聖地牙哥 | TV Pad Chile | Cerro Colorado 4922 C-111, Las Condes, Santiago, CHILE | |
| 阿根廷 | 布宜諾斯艾利斯 | TVPAD argentina | gral alvares condarco 522 piso6 deto a 1406 ciudad autonoma buenos aire | |
| 阿根廷 | 布宜諾斯艾利斯 | OCEANTEXIL | CONCORDIA 373/407 cap.FED BS.AS ARGENTINA | |
| 印度 | 加奈 | FJ NETWORK PRIVATE LIMITED | PLAT NO 404 MERIDIAN HEIGHTS, NEW NO 154, PETERS ROAD, ROYAPETTAH, CHENNAI,TN-600014 TAMILNADU,INDIA | |
| 德國 | 埃森 | Qed-Consulting Gmbh | c/o Jo-Seob Kim Kawehlstr. 2 45130 Essen | Jo-Seob Kim |

| 正品保證 | 交易保障 | DHL/UPS/TNT | 售後政策 |
|---|---|---|---|
| 0月租 | 第三方支付平臺 | 全球範圍安全放心 | 質量問題7天退換1年保修 |

| 幫助中心 | 物流配送 | 支付方式 | 售後服務 | 關於我們 | 聯繫我們 |
|---|---|---|---|---|---|
| 購物指南 | 簽收說明 | 支付寶支付 | 售後承諾 | 公司簡介 | |
| 我的訂單 | 關稅說明 | 國際信用卡 | 應用安裝 | 公司聲明 | **(00852)2134-9910** |
| 常見問題 | 配送方式 | 西聯匯款 | 關於退換貨 | 聯繫我們 | |
| 應用入駐 | 配送範圍 | 安全性 | 查詢保修期 | 媒體支持 | |

Copyright © 2007-2015 啟創科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED）All Rights Reserved



**TRANSLATOR CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.itvpad.com/serviceNetwork.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*

Signature of Anna Lee

Accurate Translation Services 24/7

12/28/2014                 TVpad Overseas HD Chinese Live TV – Global Sales Outlets

Login  Register    0      I want to promote TVpad [English]

Home Buy      TVpad        Investment      About Us      Fans Community      Please enter the name of the commodity to be searched.

\# Home > Service Outlet

View the service outlets in your country or city.                              Dealer User Center

| Country | City | Website name | | Detailed address | Person in charge |
|---------|------|-------------|--|------------------|------------------|
| Canada | Alberta (Edmonton) | | | 4907 99 Street NwEdmonton Alberta T6E 4Y1 Canada | Kenny |
| Canada | Vancouver | | | Room 2035, 2/F, Yohan Center, 3rd road, Richmond | Mr. Gu |
| Australia | Sydney | K-MAX COMPUTER SERVICES | | SUITE 76, 47 NERIDAH STREET, CHATSWOOD NSW 2067 AUSTRALIA | Kenneth X |
| Australia | Sydney | HOBICOM AUSTRALIA | | Suite 3, 16 Ninth Ave. Campsite 2194 NSW Australia | Danny Kim |
| Australia | Sydney | Evernet | | 104 Adderton Rd. Carlingford NSW Australia 2118 | Danny Cha |
| Australia | Sydney | Korea-iptv | | 1F, 9-13 Redmyre Rd Strathfield NSW 2135 | DANNY KIM |
| Australia | Sydney | Intact Med | *Follow TVpad* | 22/52 Holker St Silverwater NSW 2128 | Jay Wu |
| Australia | Melbourne | Ying xuan | | 28 Cambridge st, boxhill 3128 (Huihua Computer Service Center) | Gordon Wu |
| Australia | Melbourne | BONDAT P | *Return to top.* | 52-54 O'Sullivan Road Glen Waverley Vic Melbourne Australia 3150 | Anna Huang |
| Australia | Perth | KUTTE UNION (AUSTRALIA) PTY LTD | | 11 Janter Close Willetton Wa 6155 Australia | Charry Xu |
| USA | Chicago | | | 5821 SE 82AVE STE 103 Portland OR 97267 U.S.A | Jeffrey Chan |
| USA | Atlanta | | | 11270 Donnington Dr. Johns Creek, GA 30097(USA) | Jun Wang |

12/28/2014                    TVpad Overseas HD Chinese Live TV – Global Sales Outlets

| USA | Washington | Y.S. International, Inc. | 8659 Baltimore National Pike, Suite FEllicott City, Maryland 21043 U.S.A. | Mr Byun |
|---|---|---|---|---|
| USA | Guam | SY Supplies | PO Box 6154 Tamauning, Guam 96931 | James Yang |
| USA | Las Vegas | Koreana News | 222 S. Rainbow Blvd #219 Las Vegas NV 89145 | Max Moon |
| USA | Duluth | Korean Installation Service | 3740 Club Dr, APT 3110 Duluth GA 30096-1826 | Micheal Kim |
| USA | Maryland | SMART TVPAD INC | 9612 FT. MEADE RD, LAUREL, MD 20707 .USA | SEAN HAHN |
| USA | Hawaii | | 76 N PAUAHI ST HONOLULU HAWAII. | KEN/Ms Li |
| USA | Castro Valley | USA Club TVpad | 4101 Dublin BlvdSte F PMB 18 Dublin, CA 94568-4603 | Ben |
| USA | New York | ELECTRONIC LAND | 163-15 Northern Blvd. suite 1 Flushing NY 11358 | Peter Yoo |
| USA | Connecticut | Asian Trade Ventures Inc | 294 Central Avenue Norwich, Connecticut | Raymond Ng |
| USA | Dallas | Private business | 5323 Harry Hines Boulevard , Dallas, Texas, 75390 | Raymond Ng |
| USA | Houston | Formark Resource Asset Management LLC - SERIES B | 11152 Westheimer Rd #108, Houston, TX 77042 | Edward Wang |
| USA | Dallas | Jong Lee | 4204 Briarbend Rd Dallas TX 75287 USA | |
| USA | Los Angeles | Tvpad USA | 6 Tidewater cove. Buena Park,DA 90621 U.S.A | |
| France | Paris | SARL KW WORLD COM | 117 AV D IVRY 75013 PARIS FRANCE | Miss Xu |
| UK | London | phoneunlock.com | 6 Macaret Close, London, N20 9RA | Philip Kuch |
| UK | London | K-EYETEL/TVpad Europe | 4 Presburg Road New Malden Surrey, UK KT3 5AH | |
| China | Shenzhen | HUAYANGINTERNATIONAL TECHNOLOGY LIMITED | http://www.itvpad.com | Justin |
| China | Xi'an | Shaanxi Hanliu Commerce Exchange Co., Ltd. | No. 173, Dongyi Road, Yanta District, Xi'an, Shaanxi (opposite to Dongfeng Instrument Factory) | Mr Shin |
| China | Shenyang | Shenyang Shiya Decoration and Finishing Engineering Co , Ltd. | Door 19, No. 5, A65, Beiyi East Road, Tiexi District, Shenyang | Mr. Jin |
| China | Shanghai | Tianhu Commerce Co., Ltd. | Room 402, No. 6, sub-lane 50, lane 27, Wubao Road, Minhang District, Shanghai | Mr. Hu |
| China | Yanji | Tianzhou Economics and Trade Co., Ltd. | Gaosong Food Supermarket, Niushi Street, Yanji, Jilin Province | Mr. Zheng |
| China | Guangzhou | Guangzhou Haigao Computer Co., Ltd. | No. 122, Kangyi Street, Yuanjing Road, Baiyun District, Guangzhou | Mr. Cui |
| China | Zhang Jiagang | TICO Communications Co., Ltd. | 27-3, Donghuyuan, Zhuangjiagang, Suzhou | Miss He |
| Japan | Tokyo | PC-TAKU Commercial Firm | 4F, Pavilion 12, Asahi building, 3-9-1, Ueno, Taito-Ku, Tokyo, Japan | Fang Tuo |
| Japan | Tokyo | THREE ACE company.ltd | SHIMOMURA B/D 102 4-13-7 KOTOBASHI SUMIDAKU Tokyo JAPAN 130-0022 | LEE SHI LAK |
| Japan | Tokyo | PC-TAKU Commercial Firm (Fast Computer) | PC-TAKU LTD. 4F ASAHI BUILDING NO. 12, UENO3-9- 1, TAITOU-KU, TOKYO, JAPAN 110-0005 | Mr. Fang |
| Panama | Panama City | INVERSIONES WEN, S.A. | Edif. Tecnic. Panama City Apartado: 835-521 zona 10 | Willy Wen |
| Paraguay | Ciudad del Este | AGROGANADERA CAMPO FLOR S.R.L | CALLE CAMILO RECALDE 101 AP. 204 | Ricky Lam |
| Paraguay | Asuncion | SPA EL TIGRE | Paraguay asuncion Europa 2186 casi proceres de mayo | |
| Brazil | São Paulo | LI SI INDUSTRIA COMERCIO | Av. Sebastiao de Brito, 890 - Dona Clara- Belo Horizonte | GUANG SHENG JIAN |

12/28/2014                    TVpad Overseas HD Chinese Live TV – Global Sales Outlets

| | | IMPORTACAO E EXPORTACAO LTDA. | -MG -Brasil | |
|---|---|---|---|---|
| Brazil | São Paulo | Augusto Nam | R.Silva Pinto 381, Sao Paulo, S.P., Brazil | Augusto Nam |
| Brazil | Rio De Janeiro | H&L COMERCIAL IMPORTADORA E EXPORTADORA LTDA | AV EMBAIXADOR ABELARDO BUENO N 3500 SALA 1213 BARRA DA TIJUCARIO DE JANEIRO R-J BRASAL | HUANG LIRONG |
| Brazil | Curitiba | CASA YIFA PRESENTES LDTA | RUA EMILIANO PERNETA 195 APT93B CENTRO CEP: 80010-050 CURITIBA -PRBRAZIL | ZHENG RONGYU |
| Indonesia | Jakarta | INDO SUNG-IL JAYA | Jl. Gatot Subroto Km. 8 No. 122 Telesonik Ujung Desa Pasir JayaKec. Jati Uwung Tangerang 15135, INDO | Jihoon Shin |
| Indonesia | Jakarta | PT. MEDIART JAYA | BLOK B21 PINANGSIA LIPPO KARAWACI TANGERANG INDONESIA | Shin Jihoon |
| Thailand | Paknam | KTV on | 577 / 1198, Srinakarin Road, Samrongnua Muang, Samutparakan 10270, THAILAND | Kim Seung Soo |
| Thailand | Bangkok | Vadhana | 326/4 Soi Sukhumvit 63, Sukhumvit Road, Klongtonnur, Vadhana, Bangkok 10110 | Mike Chen |
| Sweden | Malmo | Store 4 Fun(TVpad.se) | Blekingsborgsgatan 3D 21463 Malmoe Skane, Sweden | Niklas Man (Man Lutkin) |
| Holland | Amsterdam | Andrew Trading | Clara Bartonstraat 16, 1025KT Amsterdam, The Netherlands | Winson Chau |
| Holland | Rotterdam | Dimension Automatisering | Goudsesingel 93 ,3031 EE Rotterdam, Holland | Andrew |
| Holland | Apeldoorn | Kenji Trading | Rousseaustraat 287323 GP Apeldoorn, The Netherlands | Andy Wong |
| Holland | The Hague | Note2.nl | Wagenstraat 149 (Den Haag Center),2512 AV Den Haag,The Netherlands | Dr. Isamu (Yong) |
| Philippines | Manila | SITTIXIAN | 227 Aguirre ave BF homes Paranaque City. Manila. Philippines | Kim dug chun |
| Korea | Daejeon | Creble Inc. | Korea, Daejeon, Yuseong-gu, Jeonmin-dong, 463-1, 2013# | Jonghoon Eom |
| Vietnam | Ho Chi Minh City | MODEL LINE CO., LTD | 47 NGUYEN VAN MAI P.8 Q.3 HO CHI MINH CITY | Mr Kim |
| Vietnam | Ho Chi Minh City | KORVIET Co. | Room 2.2, K-Apartment, KDC Lang Dai Hoc, 101/21/3B, Le Van Luong Xa Phuoc Kien, huyen Nha Be HCMC HCM | |
| Bengal | Dhaka | JANG WON CORP, LTD | HoUSE NO -99 , rOAD NO -4, BLOCK-1 , BANANI, DHAKA-1213 ,BANGLADESH | Mr JONG HAK ,RYOO |
| Kazakhstan | Almaty | TETRO MDD | Room 804 entrance 2 B, Business Center "Nurly Tau" | JUNG TAE HYENG |
| New Zealand | Auckland | Roxapac International Trading Co., Limited | 11A/266 Onewa Road,North Shore Auckland 0626,New Zealand | Pat Hou |
| Spain | Valencia | Han Chinese Language School Marbella | Av de Gustavo Adolfo Becquer, 34, 29660 Nueva Andaluda, Malaga | YINGYING XU |
| Switzerland | Lausanne | Moderne Pont | MODERNE PONT, Avenue de Vinet 24 ,CH - 1004 Lausanne, Switzerland | Tony |
| Hungary | Budapest | Realm-Global Kereskedelmi Kft | 1194 Budapest Fadrusz J. u. 2.,Hungary | Chen Jun |
| Chile | Santiago | TV Pad Chile | Cerro Colorado 4922 C-111, Las Condes, Santiago, CHILE | |
| Argentina | Buenos Aires | TVPAD argentina | gral alvares condarco 522 piso6 deto a 1406 ciudad autonoma buenos aire | |
| Argentina | Buenos Aires | OCEANTEXIL | CONCORDIA 373/407 cap.FED BS.AS ARGENTINA PLAT NO 404 MERIDIAN HEIGHTS, NEW NO 154, PETERS | |
| India | Chennai | FJ NETWORK PRIVATE LIMITED | ROAD, ROYAPETTAH, CHENNAI, TN-600014 TAMILNADU, INDIA | |
| Germany | Essen | Qed-Consulting Gmbh | c/o Jo-Seob Kim Kawehlstr. 2 45130 Essen | Jo-Seob Kim |

12/28/2014                              TVpad Overseas HD Chinese Live TV – Global Sales Outlets

| Quality goods guarantee | Transaction guarantee | DHL/UPS/TNT | After-sales policy |
|---|---|---|---|
| 0 monthly fee | Third-party payment platform | Globally secure and reassuring | Returnable within 7 days due to any quality problems; one-year warrantee |

| Help Center | Shipping | Payment | After-sales Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | About Receipt | Alipay | After-sale Service | Company Profile | |
| My Order | About Tariffs | Credit Card | App Installation | Statement | (00852)2134-9910 |
| FAQ | Shipping Mode | Western Union | About Return | Contact Us | |
| Application Entry | Shipping Range | Security | Check Warrantee | Media Support | |

Copyright © 2007-2015 CREATE NEW TECHNOLOGY (HK) LIMITED All Rights Reserved

**EXHIBIT 40**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85905065**
**Filing Date: 04/16/2013**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [TVPAD](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TVPAD |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Create New Technology (HK) Limited |
| INTERNAL ADDRESS | Unit 04, 7/F, Bright Way Tower |
| *STREET | No. 33, Mong Kok Road |
| *CITY | Kowloon |
| *COUNTRY | Hong Kong |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Hong Kong |

EXHIBIT 40

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Apparatus for transmission of communication; Audio-video receivers; Computer monitors; Computer software for **use in database management, use as a spreadsheet, and word processing**; Data processing apparatus; Data processors; Electric relays; Electronic and optical communications instruments and components, namely, optical receivers; Electronic and optical communications instruments and components, namely, optical transceivers; Electronic and optical communications instruments and components, namely, optical transmitters; Optical cables; Radio transmitters; Set-top boxes; Telecommunications transmitters; Telephone apparatus; Telephone transmitters; Transmitters of electronic signals; TV monitors; Video monitors |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/30/2011 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/21/2011 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\859\050\85905065\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | packaging |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | John Alumit |
| FIRM NAME | ALUMIT IP |

| STREET | 135 South Jackson Street, Suite 200 |
| CITY | Glendale |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 91205 |
| PHONE | 8182444861 |
| EMAIL ADDRESS | john@alumitip.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | John Alumit |
| FIRM NAME | ALUMIT IP |
| *STREET | 135 South Jackson Street, Suite 200 |
| *CITY | Glendale |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 91205 |
| PHONE | 8182444861 |
| *EMAIL ADDRESS | john@alumitip.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| * SIGNATURE | /john alumit/ |
| * SIGNATORY'S NAME | John Alumit |
| * SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | 818 |
| * DATE SIGNED | 04/15/2013 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85905065**
**Filing Date: 04/16/2013**

## To the Commissioner for Trademarks:

**MARK:** TVPAD (Standard Characters, see mark)
The literal element of the mark consists of TVPAD.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Create New Technology (HK) Limited, a limited company (ltd.) legally organized under the laws of Hong Kong, having an address of
    Unit 04, 7/F, Bright Way Tower,
    No. 33, Mong Kok Road
    Kowloon
    Hong Kong

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Apparatus for transmission of communication; Audio-video receivers; Computer monitors; Computer software for use in database management, use as a spreadsheet, and word processing; Data processing apparatus; Data processors; Electric relays; Electronic and optical communications instruments and components, namely, optical receivers; Electronic and optical communications instruments and components, namely, optical transceivers; Electronic and optical communications instruments and components, namely, optical transmitters; Optical cables; Radio transmitters; Set-top boxes; Telecommunications transmitters; Telephone apparatus; Telephone transmitters; Transmitters of electronic signals; TV monitors; Video monitors

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/30/2011, and first used in commerce at least as early as 06/21/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) packaging.
Specimen File1

The applicant's current Attorney Information:

    John Alumit of ALUMIT IP

    135 South Jackson Street, Suite 200

    Glendale, California 91205

    United States

The applicant's current Correspondence Information:

    John Alumit

    ALUMIT IP

    135 South Jackson Street, Suite 200

    Glendale, California 91205

    8182444861(phone)

    john@alumitip.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /john alumit/   Date Signed: 04/15/2013
Signatory's Name: John Alumit
Signatory's Position: Attorney of record, California bar member

RAM Sale Number: 85905065
RAM Accounting Date: 04/16/2013

Serial Number: 85905065
Internet Transmission Date: Tue Apr 16 01:25:24 EDT 2013
TEAS Stamp: USPTO/FTK-75.85.23.87-201304160125245362
22-85905065-500479c1f948061511361743c534
ea4339e6d290f25c5def2e492fd0568bf3ba6c-C
C-8103-20130416005711315220

# TVPAD





# United States of America

## United States Patent and Trademark Office

# TVPAD

**Reg. No. 4,443,369**

**Registered Dec. 3, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CREATE NEW TECHNOLOGY (HK) LIMITED (HONG KONG LIMITED COMPANY (LTD.))
UNIT 04, 7/F, BRIGHT WAY TOWER
NO. 33, MONG KOK ROAD
KOWLOON, HONG KONG

FOR: APPARATUS FOR TRANSMISSION OF COMMUNICATION; AUDIO-VIDEO RECEIVERS; COMPUTER MONITORS; COMPUTER SOFTWARE FOR USE IN DATABASE MANAGEMENT, USE AS A SPREADSHEET, AND WORD PROCESSING; DATA PROCESSING APPARATUS; DATA PROCESSORS; ELECTRIC RELAYS; ELECTRONIC AND OPTICAL COMMUNICATIONS INSTRUMENTS AND COMPONENTS, NAMELY, OPTICAL RECEIVERS; ELECTRONIC AND OPTICAL COMMUNICATIONS INSTRUMENTS AND COMPONENTS, NAMELY, OPTICAL TRANSCEIVERS; ELECTRONIC AND OPTICAL COMMUNIC-ATIONS INSTRUMENTS AND COMPONENTS, NAMELY, OPTICAL TRANSMITTERS; OPTICAL CABLES; RADIO TRANSMITTERS; SET-TOP BOXES; TELECOMMUNICATIONS TRANSMITTERS; TELEPHONE APPARATUS; TELEPHONE TRANSMITTERS; TRANSMITTERS OF ELECTRONIC SIGNALS; TV MONITORS; VIDEO MONITORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-30-2011; IN COMMERCE 6-21-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-905,065, FILED 4-16-2013.

PAUL CROWLEY, EXAMINING ATTORNEY



Deborah S. Cohn

Commissioner for Trademarks of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA531617** |
|---|---|
| Filing date: | **04/10/2013** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Create New Technology (HK), Limited | | |
|---|---|---|---|
| Entity | Limited Company | Citizenship | Hong Kong |
| Address | Unit 4, 7/F, Bright Way Tower No. 33, Mong Kok Road Kowloon, HONG KONG | | |

| Correspondence information | John Alumit ALUMIT IP 135 South Jackson Street, Suite 200 Glendale, CA 91205 UNITED STATES john@alumitip.com Phone:8182444861 |
|---|---|

## Applicant Information

| Application No | 85728075 | Publication date | 03/12/2013 |
|---|---|---|---|
| Opposition Filing Date | 04/10/2013 | Opposition Period Ends | 04/11/2013 |
| Applicant | Madison Ave B 990 Chedarbridge Ave Brick, NJ 08723 UNITED STATES | | |

## Goods/Services Affected by Opposition

| Class 009. First Use: 2012/06/01 First Use In Commerce: 2012/06/01 All goods and services in the class are opposed, namely: Computer hardware and computer peripheral devices; Computer hardware and computer peripherals |
|---|

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|

## Mark Cited by Opposer as Basis for Opposition

| U.S. Application/ Registration No. | NONE | Application Date | NONE |
|---|---|---|---|
| Registration Date | NONE | | |
| Word Mark | TVPAD | | |
| Goods/Services | set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals | | |

| Attachments | Opposition - TTAB - TV PAD.pdf ( 5 pages )(68706 bytes ) |
|---|---|

# Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /john alumit/ |
|---|---|
| Name | John Alumit |
| Date | 04/10/2013 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Create New Technology (HK), Limited | ) |
| | ) |
| | ) |
| Opposer | ) |
| | ) |
| | ) |
| v. | ) Opposition No. |
| | ) Application Serial No. 85728075 |
| | ) Mark: TVPAD |
| Madison Ave B | ) |
| | ) |
| | ) |
| Applicant | ) |
| | ) |
| | ) |

**NOTICE OF OPPOSITION**

Opposer, Create New Technology (HK), Limited, a limited company of Hong Kong located at Unit 4, 7/F, Bright Way Tower, No. 33, Mong Kok Road, Kowloon, Hong Kong, hereby opposes registration of the mark TVPAD by Madison Ave B, a limited liability company of New Jersey with its principal place of business located at 990 Chedarbridge Ave, Brick, New Jersey 08723, that is the subject of Application Serial No. 85728075, published in the Official Gazette on March 12, 2013, and requests that registration to Applicant be refused.

As grounds in support of its opposition, Opposer(s) asserts as follows:

**COUNT 1**

**LIKELIHOOD OF CONFUSION**

The grounds for opposition are as follows:

1. On information and belief, Applicant is a limited liability company organized under the laws of New Jersey with a principal place of business at 990 Chedarbridge Ave,

Brick, New Jersey  08723.

2.  Since at least as early as October of 2011, Opposer has sold or distributed "set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals" (hereinafter "Opposer's Goods") under the mark TVPAD (hereinafter "Applicant's Mark") in the United States.

3.  Since at least as early as October of 2011, Opposer has sold or distributed "set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals" under the mark TVPAD in the Hong Kong, China, Canada, Australia, the United Kingdom, Singapore, South Korea, Japan, Malaysia, Indonesia, Philippines, France, Italy, Germany, Russia and South Africa.

4.  Through extensive use, advertising, marketing and promotion of Opposer's goods under the TVPAD mark, Opposer has built up, at great expense and effort, a valuable reputation and goodwill symbolized by its strong and distinctive TVPAD mark.

5.  By reason of the adoption and continuous use of the TVPAD mark in connection with Opposer's set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals, Opposer has established valuable public recognition in the TVPAD mark as identifying Opposer as the trusted source of said goods.  By way of Opposer's substantial and exclusive use of the TVPAD mark in U.S. commerce since October 2011, the TVPAD mark has achieved a distinctive quality and has acquired special and particular significance as identifying Opposer and its goods.

6.  Nevertheless, on September 17, 2012, Applicant filed U.S. Trademark Application Ser. No. 85728075 for the mark "TVPAD" (hereinafter "Applicant's Mark") for use

in connection with "Computer hardware and computer peripheral devices; Computer hardware and computer peripherals" in International Class 9 (hereinafter "Applicant's Goods").

7. Applicant's alleged date of first use in U.S. interstate commerce is listed as June 1, 2012, nearly eight months (8 months) after Opposer first began using its TVPAD mark.

8. Applicant's U.S. filing date is listed as September 13, 2012, approximately eleven months (11 months) after Opposer first began using its TVPAD mark.

9. Applicant's Mark is identical, or very similar to, Opposer's mark.

10. Applicant's Goods are identical, or closely related to, Opposer's goods.

11. Given the aforementioned dates of first use, there is no dispute as to priority of use.

12. Applicant's Mark is confusingly similar and substantially identical to Opposer's TVPAD mark in connection with the goods with which each mark is used.

13. Registration of Applicant's Mark and continued use by Applicant on its goods is likely to cause confusion, mistake and deception as to the origin, sponsorship and approval of Applicant's Goods by Opposer.

14. Continued use of Applicant's confusingly similar trademark on identical or closely related goods would irreparably damage and injure the valuable reputation and goodwill Opposer has established over the last two years.


WHEREFORE, Opposer prays that the opposition be sustained and that registration to Applicant be refused.

Dated: April 11, 2013

Respectfully submitted,

By: _/john Alumit/_____
     John Alumit

ALUMIT IP
135 South Jackson Street, Suite 200
Glendale, CA  91205
(818) 380-1900
Attorneys for Opposer,
Create New Technology (HK), Limited

## <u>PROOF OF SERVICE</u>

I hereby certify that a true and complete copy of the foregoing **NOTICE OF**

**OPPOSITION** has been served on the following person, on April 11, 2013, via First

Class U.S. Mail, postage prepaid to:

<div align="center">

MADISON AVE B
990 CHEDARBRIDGE AVE
BRICK, NEW JERSEY 08723-4159
UNITED STATES

</div>

_____/joe robroo/_____

Joe "Pantep" Robroo

# EXHIBIT 41

Client:

Chris Weil - James Mintz
01/30/2015 - 14:40

**USA Bills Import HOUSES**
Data available from: 01/01/2004 to 01/17/2015

Retrieve all Bills of Lading (Houses) 01/01/2006 to 12/31/2014 where : Entire B/L:  "Create New Technology"

Found 13 results

| Date | Month | Consignee Declared | Consignee Declared Address | Shipper Declared | Shipper Address |
|------|-------|--------------------|-----------------------------|------------------|------------------|
| 10/2/2014 | 10 | CREATE NEW TECHNOLOGY(HK)LIMITED | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. . | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK  ROAD,MONG KOK HONG KONG CHINA |
| 9/5/2014 | 9 | CREATE NEW TECHNOLOGY(HK)LTD. | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. . | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG CHINA |
| 7/21/2014 | 7 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK ST ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY HK LIMITED | FLATRM 704 7F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HK CN |
| 7/15/2014 | 7 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK ST. ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN |

EXHIBIT 41

| | | | | | |
|---|---|---|---|---|---|
| 6/6/2014 | | 6 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN |
| 5/29/2014 | | 5 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN |
| 5/15/2014 | | 5 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN |
| 5/2/2014 | | 5 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN |
| 4/4/2014 | | 4 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN |
| 3/19/2014 | | 3 | YTC SUMMIT INTERNATIONAL,INC. | 12037 CLARK STREET, ARCADIA CA 91006 USA | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HONG KONG HONG KONG |

| 1/12/2014 | 1 | YTC SUMMIT INTERNATIONAL,INC. | 12037 CLARK STREET, ARCADIA CA 91006 USA | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HONG KONG HONG KONG |
| 12/1/2013 | 12 | YTC SUMMIT INTERNATIONAL, INC. | 12037 CLARK ST.ARCADIA, CA. 91006,USA ATTN  JENNIFER CHEN TEL 626-359-4801 EMAIL JENNIFER YTCSUMMIT.COM | CREATE NEW TECHNOLOGY(HK)LIMITED | FLAT RM 704 7 F BRIGHT WAY TOWER,33 MONG KOK ROAD,MONG KOK HONG KONG EMAIL SHANT GVTV.COM.CN TEL 86-755-82077971-854 CC ERIC SHA |
| 12/23/2011 | 12 | METRO VISTA INC | 114 E ADAMS AVENUE ALHAMBRA CA 91801 US | CREATE NEW TECHNOLOGY (HK) LIMITED | KINGHILL BUILDING,RM 10E,SHANGBU ROAD,FUTIAN DISTRICT SHENZHEN GD  CN |

Obs.: TENTATIVE DATA SUBJECT TO MODIFICATIONS
Source: U.S. Customs and Border Protection (CBP)
http://www.datamyne.com
Email: contact@datamyne.com
© 2005-2012 Datamyne - Terms of Use
Privacy Policy

z Group, Inc.

| Notify Name | Notify Address | Carrier Code | Carrier | Bill Master Carrier |
|---|---|---|---|---|
| CREATE NEW TECHNOLOGY(HK)LIMITED | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. . | BNXC | BINEX LINE CORPORATION | CHINA SHIPPING CONTAINER LINES CO LTD |
| CREATE NEW TECHNOLOGY(HK)LTD. | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. . | MGNG | MIRAGROWN LOGISTICS CORPORATION | CHINA SHIPPING CONTAINER LINES CO LTD |
| | | NAQA | NACA | MITSUI O S K LINES LTD |
| | | NAQA | NACA | HANJIN SHIPPING COMPANY LTD |

| | | | | |
|---|---|---|---|---|
| | | NAQA | NACA | HANJIN SHIPPING COMPANY LTD |
| | | NAQA | NACA | CMA-CGM |
| | | NAQA | NACA | CMA-CGM |
| | | NAQA | NACA | HANJIN SHIPPING COMPANY LTD |
| | | NAQA | NACA | CMA-CGM |
| | | CTYO | CITY OCEAN LOGISTICS CO LTD | CHINA SHIPPING CONTAINER LINES CO LTD |

| | | | | |
|---|---|---|---|---|
| | | CTYO | CITY OCEAN LOGISTICS CO LTD | CHINA SHIPPING CONTAINER LINES CO LTD |
| SAME AS CONSIGNEE | CO91006 NOT AVAILABLE NOT AVAILABLE | CHNJ | CHINA SHIPPING CONTAINER LINES CO LTD | CHINA SHIPPING CONTAINER LINES CO LTD |
| | | NAQA | NACA | CHINA SHIPPING CONTAINER LINES CO LTD |

| Master Consignee (Unified) | Master Shipper | Master Notify | Consignee (Unified) | Shipper (Unified) |
|---|---|---|---|---|
| RICH SHIPPING AMERICA INC, CA | RICH SHIPPING CO LTD. | RICH SHIPPING AMERICA,INC. | CREATE NEW TECHNOLOGY HK LTD, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| RICH SHIPPING AMERICA INC, CA | RICH SHIPPING CO LTD. | RICH SHIPPING AMERICA,INC. | CREATE NEW TECHNOLOGY HK LTD, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| NACA LOGISTICS USA INC, CA | VANGUARD LOGISTICS SERVICES (HONG K | NACA LOGISTICS (USA), INC. | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| NACA LOGISTICS USA INC, CA | VANGUARD LOGISTICS SERVICES (HONG K | NACA LOGISTICS USA INC | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |

| | | | | |
|---|---|---|---|---|
| NACA LOGISTICS USA INC, CA | VANGUARD LOGISTICS SERVICES | NACA LOGISTICS USA INC | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| NACA LOGISTICS USA INC, CA | VANGUARD LOGISTICS SERVICES | SAME AS CONSIGNEE | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| NACA LOGISTICS USA INC, CA | VANGUARD LOGISTICS SERVICES (HONG | SAME AS CONSIGNEE | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| NACA LOGISTICS USA INC, CA | VANGUARD LOGISTICS SERVICES | NACA LOGISTICS USA INC | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| NACA LOGISTICS USA INC, CA | VANGUARD LOGISTICS SERVICES (HONG | SAME AS CONSIGNEE | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| CITY OCEAN INTERNATIONAL INC, CA | CITY OCEAN LOGISTICS CO.,LTD. | SAME AS CONSIGNEE | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |

| | | | | |
|---|---|---|---|---|
| CITY OCEAN INTERNATIONAL INC, CA | CITY OCEAN LOGISTICS CO.,LTD. | SAME AS CONSIGNEE | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| PNL LOGISTICS INC, CA | TELSO INTERNATIONAL LOGISTICS | SAME AS CONSIGNEE | YTC SUMMIT INTERNATIONAL INC, CA | CREATE NEW TECHNOLOGY HK LIMITED (HK) |
| RICH SHIPPING AMERICA INC, NV | RICH SHIPPING CO LTD. | SAME AS CONSIGNEE | METRO VISTA INC, CA | CREATINGWAY TECHNOLOGY  HK LIMITED (CN) |

| Consignee's State | Consignee's City | Consignee's Zip Code | Bill of lading Nbr. | Master/House |
|---|---|---|---|---|
| CALIFORNIA, CA | ARCADIA, CA | 91006 | BNXCLAX4905255 | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | MGNGLAX4809251 | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | NAQAZLAX4920862V | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | NAQAZLAX4919140V | H |

| | | | | |
|---|---|---|---|---|
| CALIFORNIA, CA | ARCADIA, CA | 91006 | NAQAZLAX4914940V | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | NAQAZLAX4913560V | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | NAQAZLAX4911550V | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | NAQAZLAX4910213V | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | NAQAZLAX4906094V | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | CTYOGZCRUNB0169 | H |

| | | | | |
|---|---|---|---|---|
| CALIFORNIA, CA | ARCADIA, CA | 91006 | CTYOGZCRUML0300 | H |
| CALIFORNIA, CA | ARCADIA, CA | 91006 | CHNJ2YTJAR100000 | H |
| CALIFORNIA, CA | ALHAMBRA, CA | 91801 | NAQAZLGB1910732V | H |

| Mode of Transport | Estimated Date | In bond entry type | Short Container Description | IMO Code |
|---|---|---|---|---|
| VESSEL. CONTAINERIZED. | 9/29/2014 | | SET TOP BOXHS CODE:8528.71.20005PLT=150CTNS | YM MUTUALITY |
| VESSEL. CONTAINERIZED. | 9/2/2014 | | SET TOP BOX | XIN DA YANG ZHOU |
| VESSEL. CONTAINERIZED. | 7/17/2014 | | SET TOP BOX INVOICE NO GN201406 30 1 NON-WOVEN SHOPPING BAG INVOICE NO GN201406 30 2 6 PACKAGES 78 CTNS | APL SOUTHAMPT ON |
| VESSEL. CONTAINERIZED. | 7/15/2014 | | SET TOP BOX GN201406-18 5 PALLETS=150 CTNS | COSCO EXCELLENCE |

| | | | | |
|---|---|---|---|---|
| VESSEL. CONTAINERIZED. | 6/5/2014 | | SET TOP BOX GN201405-15 3 PALLETS=90 CTNS | 9247766 |
| VESSEL. CONTAINERIZED. | 5/29/2014 | | SET TOP BOX | 9399193 |
| VESSEL. CONTAINERIZED. | 5/14/2014 | | POSTER FLYER NON-WOVEN SHOPPING BAG SET TOP BOX | 9410777 |
| VESSEL. CONTAINERIZED. | 5/1/2014 | | SET TOP BOX 90 CTNS=3 PALLETS | 9247742 |
| VESSEL. CONTAINERIZED. | 4/2/2014 | | FLYER NON WOVEN SHOPPING BAG REMOTE CONTROL POWER ADAPTER HDMI CABLE USB CABLE POSTER  COLOR BOX LID | CMA CGM CENTAURUS |
| VESSEL. CONTAINERIZED. | 3/17/2014 | | SET TOP BOX | 9231262 |

| | | | | |
|---|---|---|---|---|
| VESSEL. CONTAINERIZED. | 1/12/2014 | | SET TOP BOX | 9293789 |
| VESSEL. CONTAINERIZED. | 12/1/2013 | | GENERAL SET TOP BOX  HS CODE 8528.71.2000  INVOICE NO.GN201311-01 | 9293789 |
| VESSEL, NON-CONTAINER, OR UNABLE TO DETERMINE IF CONTAINER. | 12/22/2011 | | INTERNET TV BOX COLOR PAGE | 9293765 |

| High Cube | Bill Master | HS | HS Description | Container Size 20 | Container Size 40 | Container Size 45 |
|---|---|---|---|---|---|---|
| YES (1) | CHNJYTNLAX937272 | 852871 | 852871 - RECEPTION APPARATUS FOR TELEVISION, NOT DESIGNED TO INCORPOR | 0 | 1 | 0 |
| YES (1) | CHNJYTNLAX937251 | 8528 | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 0 | 1 | 0 |
| YES (1) | MOLU13012544250 | 4202 | 4202 - TRAVEL GOODS, VANITY CASES, BINOCULAR AND CAMERA CASES, HAND | 0 | 1 | 0 |
| YES (1) | HJSCSZP486866400 | 8528 | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 0 | 1 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| NO (1) | HJSCSZP467447500 | 8528 | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 0 | 1 | 0 |
| NO (1) | CMDUHKA1303509 | 8528 | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 0 | 1 | 0 |
| YES (1) | CMDUHKA1303203 | 4202 | 4202 - TRAVEL GOODS, VANITY CASES, BINOCULAR AND CAMERA CASES, HAND | 0 | 1 | 0 |
| YES (1) | HJSCSZP435392600 | 8528 | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 0 | 1 | 0 |
| YES (1) | CMDUHKA1292492 | 4202 | 4202 - TRAVEL GOODS, VANITY CASES, BINOCULAR AND CAMERA CASES, HAND | 0 | 1 | 0 |
| NO (1) | CHNJYTNCRU901745 | 8528 | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 1 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NO (1) | CHNJYTNCRU90 1654 | 8528 | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 1 | 0 | 0 |
| NO (1) | CHNJYTNJAR100 000 | 852871 | 852871 - RECEPTION APPARATUS FOR TELEVISION, NOT DESIGNED TO INCORPOR | 1 | 0 | 0 |
| | CHNJYTNLAX935 101 | 85 | 85 - ELECTRICAL MACHINERY AND EQUIPMENT AND PARTS THEREOF; SOUND | 0 | 1 | 0 |

| Container Size Others | Container Type Dry | Container Type Refrigerated | Container Type Others |
|---|---|---|---|
| 0 | 1 | 0 | 0 |
| 0 | 1 | 0 | 0 |
| 0 | 0 | 0 | 1 |
| 0 | 1 | 0 | 0 |

| | | | |
|---|---|---|---|
| 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 1 |
| 0 | 0 | 1 | 0 |
| 0 | 0 | 1 | 0 |
| 0 | 1 | 0 | 0 |
| 0 | 1 | 0 | 0 |

| | | | |
|---|---|---|---|
| 0 | 1 | 0 | 0 |
| 0 | 1 | 0 | 0 |
| 0 | 0 | 1 | 0 |

| Foreign Destination | US Region | World Region by Port of Departure | Country by Port of Departure |
|---|---|---|---|
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |

| | | | |
|---|---|---|---|
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |

| | | | |
|---|---|---|---|
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |
| | WEST | EASTERN ASIA | CHINA |

| Port of Departure | Arrival Port | Vessel | Vessel Country | Final Destination | Country of Origin |
|---|---|---|---|---|---|
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | YM MUTUALITY | LIBERIA | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | XIN DA YANG ZHOU | CHINA | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | APL SOUTHAMPTON | SINGAPORE | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LONG BEACH,CA | COSCO EXCELLENCE | CHINA | | HONG KONG |

| | | | | | |
|---|---|---|---|---|---|
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | NYK ATHENA | PANAMA | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LONG BEACH,CA | CMA CGM LIBRA | MALTA | | HONG KONG |
| CHIWAN, CHINA MAINLAND | LONG BEACH,CA | CMA CGM CENTAURUS | UNITED KINGDOM | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | NYK ARTEMIS | PANAMA | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LONG BEACH,CA | CMA CGM CENTAURUS | UNITED KINGDOM | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | E.R. SWEDEN | LIBERIA | | HONG KONG |

| | | | | | |
|---|---|---|---|---|---|
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | HATSU COURAGE | MARSHALL ISLANDS | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | HATSU COURAGE | GERMANY | | HONG KONG |
| YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | EVER CHAMPION | MARSHALL ISLANDS | | CHINA |

| World Region by Country of Origin | Place of Receipt | Country by Place of Receipt |
|---|---|---|
| EASTERN ASIA | YANTIAN, CHINA | CHINA |
| EASTERN ASIA | YANTIAN, CHINA | CHINA |
| EASTERN ASIA | SHENZHEN, CHINA | CHINA |
| EASTERN ASIA | SHENZHEN, CHINA | CHINA |

| | | |
|---|---|---|
| EASTERN ASIA | SHENZHEN, CHINA | CHINA |
| EASTERN ASIA | SHENZHEN, CHINA | CHINA |
| EASTERN ASIA | GUANGZHOU, CHINA | CHINA |
| EASTERN ASIA | SHENZHEN, CHINA | CHINA |
| EASTERN ASIA | SHENZHEN, CHINA | CHINA |
| EASTERN ASIA | YANTIAN, CHINA | CHINA |

| | | |
|---|---|---|
| EASTERN ASIA | YANTIAN, CHINA | CHINA |
| EASTERN ASIA | YANTIAN, CHINA | CHINA |
| EASTERN ASIA | SHENZHEN, CHINA | CHINA |

| World Region by Place of Receipt | Quantity | Quantity Unit | Weight | Weight Unit | Measure | Measure Unit |
|---|---|---|---|---|---|---|
| EASTERN ASIA | 150 | CTN | 2300 | KG | 0 | |
| EASTERN ASIA | 100 | CTN | 1600 | KG | 0 | |
| EASTERN ASIA | 78 | CTN | 1336 | KG | 0 | CM |
| EASTERN ASIA | 150 | CTN | 2290 | KG | 0 | CM |

| | | | | | |
|---|---|---|---|---|---|
| EASTERN ASIA | 90 | CTN | 1351 | KG | 0 CM |
| EASTERN ASIA | 4 | PKG | 1700 | KG | 0 CM |
| EASTERN ASIA | 11 | CTN | 2402 | KG | 0 CM |
| EASTERN ASIA | 90 | CTN | 1367 | KG | 0 CM |
| EASTERN ASIA | 14 | CTN | 194 | KG | 0 CM |
| EASTERN ASIA | 250 | CTN | 3841 | K | 0 |

| | | | | | |
|---|---|---|---|---|---|
| EASTERN ASIA | 250 | CTN | 3841 | K | 0 |
| EASTERN ASIA | 200 | CTN | 3040 | K | 0 |
| EASTERN ASIA | 41 | PKG | 360 | KG | 1 CM |

| Container Quantity | Metric Tons | Teus Quantity | Container | Pieces | Description |
|---|---|---|---|---|---|
| 0.11 | 2.3 | 0.22 | SEGU4923828 | 150 | SET TOP BOXHS CODE:8528.71.20005PLT=150CTNS |
| 0.1 | 1.6 | 0.2 | CCLU7386598 | 100 | SET TOP BOX |
| 0.14 | 1.34 | 0.29 | TCLU1063629 | 78 | SET TOP BOX INVOICE NO GN201406 30 1 NON-WOVEN SHOPPING BAG INVOICE NO GN201406 30 2 6 PACKAGES 78 CTNS |
| 0.11 | 2.29 | 0.22 | CRLU1385171 | 150 | SET TOP BOX GN201406-18 5 PALLETS=150 CTNS |

| | | | | | |
|---|---|---|---|---|---|
| 0.09 | 1.35 | 0.18 | SEGU9074699 | 90 | SET TOP BOX GN201405-15 3 PALLETS=90 CTNS |
| 0.09 | 1.7 | 0.18 | CGMU5090458 | 4 | SET TOP BOX |
| 0.09 | 2.4 | 0.18 | CGMU4913839 | 11 | POSTER FLYER NON-WOVEN SHOPPING BAG SET TOP BOX |
| 0.08 | 1.37 | 0.15 | TCLU1145985 | 90 | SET TOP BOX 90 CTNS=3 PALLETS |
| 0.08 | 0.19 | 0.17 | CXRU1320365 | 14 | FLYER NON WOVEN SHOPPING BAG REMOTE CONTROL POWER ADAPTER HDMI CABLE USB CABLE POSTER  COLOR BOX LID |
| 1 | 3.84 | 1 | CSLU1322621 | 250 | SET TOP BOX |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 3.84 | 1 | DFSU2333848 | 250 | SET TOP BOX |
| 1 | 3.04 | 1 | CSLU1019240 | 200 | GENERAL SET TOP BOX  HS CODE 8528.71.2000  INVOICE NO.GN201311-01 |
| 0.08 | 0.36 | 0.15 | CCLU8577135 | 41 | INTERNET TV BOX COLOR PAGE |

| Harmonized | Marks & Numbers | HS | Container | Pieces | Description | Harmonized |
|---|---|---|---|---|---|---|
| | YTCCTN NO:150/1TOYTCCTN NO:150/150 | 852871 | | | | |
| | YTCCTN NO:100/1TOYTCCTN NO:100/100 | 8528 | | | | |
| | YTC CTN NO75 1 TO YTC CTN NO75 75 YTC CTN NO3 1 TO YTC CTN NO3 3 | 4202 | | | | |
| | YTC CTN NO:150/1 TO YTC CTN NO:150/150 | 8528 | | | | |

| | | |
|---|---|---|
| | YTC CTN NO:90/1 TO YTC CTN NO:90/90 | 8528 |
| | YTC CTN NO:100/1 TO YTC CTN NO:100/100 | 8528 |
| | YTC CTN NO:156/151 YTC CTN NO:156/152 YTC CTN NO:156/153-- YTC CTN NO:156/156 YTC CTN NO:156/1-- YTC CTN NO:156/150 | 4202 |
| | YTC2014041001-90 | 8528 |
| | YTC INV NO:GN201403 10 CTN NO:1 14 YTC INV NO:GN201403 10 CTN NO:2 14 11 14 YTC INV NO GN201403 10 CTN NO:12 14 INV NO:GN201403 10 CTN NO: | 4202 |
| | NO MARKS | 8528 |

| | | |
|---|---|---|
| | NO MARKS | 8528 |
| | . N M NO MARKS NO MARKS | 852871 |
| | M120 | 85 |

| Marks & Numbers | HS | Container | Pieces | Description | Harmonized | Marks & Numbers |
|---|---|---|---|---|---|---|

| HS | Container | Pieces | Description | Harmonized | Marks & Numbers | HS | Container |
|----|-----------|--------|-------------|------------|-----------------|----|-----------|

| Pieces | Description | Harmonized | Marks & Numbers | HS |
|--------|-------------|------------|-----------------|----|

# EXHIBIT 42

**USA Bills Import HOUSES**
Data available from: 01/01/2004 to 01/17/2015

Client:
Chris Weil - James Mintz Group, Inc.
01/30/2015 - 14:40

Retrieve all Bills of Lading (Houses) 01/01/2006 to 12/31/2014 where : Entire B/L:  "Create New Technology"

Found 13 results

| Date | Month | Consignee Declared | Consignee Declared Address | Shipper Declared | Shipper Address | Short Container Description | HS Description | Quantity | Quantity Uni | Weight | Weight Unit |
|------|-------|--------------------|-----------------------------|------------------|-----------------|-----------------------------|-----------------|----------|--------------|--------|-------------|
| 10/2/2014 | 10 | CREATE NEW TECHNOLOGY(HK)LIMITED | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. . | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK  ROAD,MONG KOK HONG KONG CHINA | SET TOP BOXHS CODE:8528.71.20005PLT=150CTNS | 852871 - RECEPTION APPARATUS FOR TELEVISION, NOT DESIGNED TO INCORPOR | 150 | CTN | 2300 | KG |
| 9/5/2014 | 9 | CREATE NEW TECHNOLOGY(HK)LTD. | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. . | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG CHINA | SET TOP BOX | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 100 | CTN | 1600 | KG |
| 7/21/2014 | 7 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK ST ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY HK LIMITED | FLAT.RM 704 7F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HK CN | SET TOP BOX INVOICE NO GN201406 30 1 NON-WOVEN SHOPPING BAG INVOICE NO GN201406 30 2 6 PACKAGES 78 CTNS | 4202 - TRAVEL GOODS, VANITY CASES, BINOCULAR AND CAMERA CASES, HAND | 78 | CTN | 1336 | KG |
| 7/15/2014 | 7 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK ST. ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN | SET TOP BOX GN201406-18 5 PALLETS=150 CTNS | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 150 | CTN | 2290 | KG |
| 6/6/2014 | 6 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN | SET TOP BOX GN201405-15 3 PALLETS=90 CTNS | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 90 | CTN | 1351 | KG |
| 5/29/2014 | 5 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN | SET TOP BOX | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 4 | PKG | 1700 | KG |
| 5/15/2014 | 5 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN | POSTER FLYER NON-WOVEN SHOPPING BAG SET TOP BOX | 4202 - TRAVEL GOODS, VANITY CASES, BINOCULAR AND CAMERA CASES, HAND | 11 | CTN | 2402 | KG |
| 5/2/2014 | 5 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN | SET TOP BOX 90 CTNS=3 PALLETS | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 90 | CTN | 1367 | KG |
| 4/4/2014 | 4 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN | FLYER NON WOVEN SHOPPING BAG REMOTE CONTROL POWER ADAPTER HDMI CABLE USB CABLE POSTER  COLOR BOX LID | 4202 - TRAVEL GOODS, VANITY CASES, BINOCULAR AND CAMERA CASES, HAND | 14 | CTN | 194 | KG |

EXHIBIT 42

| 3/19/2014 | 3 | YTC SUMMIT INTERNATIONAL,INC. | 12037 CLARK STREET, ARCADIA CA 91006 USA | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HONG KONG HONG KONG | SET TOP BOX | | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 250 | CTN | 3841 | K |
| 1/12/2014 | 1 | YTC SUMMIT INTERNATIONAL,INC. | 12037 CLARK STREET, ARCADIA CA 91006 USA | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HONG KONG HONG KONG | SET TOP BOX | | 8528 - TELEVISION RECEIVERS, INCLUDING VIDEO MONITORS AND VIDEO PRO | 250 | CTN | 3841 | K |
| 12/1/2013 | 12 | YTC SUMMIT INTERNATIONAL, INC. | 12037 CLARK ST.ARCADIA, CA. 91006,USA ATTN  JENNIFER CHEN TEL 626-359-4801 EMAIL JENNIFER YTCSUMMIT.COM | CREATE NEW TECHNOLOGY(HK)LIMI TED | FLAT RM 704 7 F BRIGHT WAY TOWER,33 MONG KOK ROAD,MONG KOK HONG KONG EMAIL SHANT GVTV.COM.CN TEL 86-755-82077971-854 CC ERIC SHA | GENERAL SET TOP BOX  HS CODE 8528.71.2000  INVOICE NO.GN201311-01 | | 852871 - RECEPTION APPARATUS FOR TELEVISION, NOT DESIGNED TO INCORPOR | 200 | CTN | 3040 | K |
| 12/23/2011 | 12 | METRO VISTA INC | 114 E ADAMS AVENUE ALHAMBRA CA 91801 US | CREATE NEW TECHNOLOGY (HK) LIMITED | KINGHILL BUILDING,RM 10E,SHANGBU ROAD,FUTIAN DISTRICT SHENZHEN GD  CN | INTERNET TV BOX COLOR PAGE | | 85 - ELECTRICAL MACHINERY AND EQUIPMENT AND PARTS THEREOF; SOUND | 41 | PKG | 360 | KG |

Obs.: TENTATIVE DATA SUBJECT TO MODIFICATIONS
Source: U.S. Customs and Border Protection (CBP)
http://www.datamyne.com
Email: contact@datamyne.com
© 2005-2012 Datamyne - Terms of Use
Privacy Policy

# EXHIBIT 43

This is Google's cache of http://www.alibaba.com/product-detail/2013-Newest-tvpad3-the-strong-latest_1327469763.html. It is a snapshot of the page as it appeared on Dec 12, 2014 20:15:59 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version



Sign In | Join Free    My Alibaba ∨

For Buyers ∨    For Suppliers ∨    Help ∨    Safe Trading Guide    About Alibaba Group

Products ∨    What are you looking for...    Search    Get Quotations ∨

About 73 results: Set Top Box (69) , Satellite TV Receiver (2)

Home > Products > Consumer Electronics > Home Audio, Video & Accessories > Radio & TV Accessories > Set Top Box **(772479)**

Multi-Language Sites ▼

## 2013 Newest tvpad3 the latest version of tv pad 2,hd tv pad 3 support call function and network

| FOB Price: | **Get Latest Price** |
| Min.Order Quantity: | 50 Piece/Pieces |
| Supply Ability: | 30000 Piece/Pieces per Month |
| Port: | shenzhen |
| Payment Terms: | T/T,Western Union,MoneyGram,paypal |

**Contact Supplier**

**Leave Messages**

See larger image

Start Order    Add to Inquiry Cart

**Unverified Supplier**

Not exactly what you want?
1 request,multiple quotations
Get Quotations Now >>

**You May Like:**

2013 Newest tvpad M233 the latest version of
10 Piece/Pieces

TVpad M121s,original hd tv pad
50 Piece/Pieces

2013 Newest tvpad M233 the

EXHIBIT 43



latest version of
10 Piece/Pieces

| | |
|---|---|
| | |

## Product Details

Report Suspicious Activity

**Selected Suppliers**

# Hot Deal

Air Express Shipping
Low MOQs

Shop Now ›

### Quick Details

| | | | | | |
|---|---|---|---|---|---|
| Place of Origin: | Guangdong China (Mainla... | Brand Name: | tvpad | Model Number: | tvpad 3 |
| CPU: | tcc8925 | RAM: | 512MB | color: | black |
| wifi inside: | yes | call function: | yes | | |

### Packaging & Delivery

Packaging Detail: 20pc/carton 2013 Newest tvpad3 the latest version of tv pad 2,hd tv pad 3 support call function and network

Delivery Detail: 1-2days

### Specifications

Tvpad 3 tvpad3 1.built-in wifi 2.Play more Games 3.More APPs 4.call function

Not exactly what you want? 1 request,multiple quotations **Get Quotations Now >>**

## Send your message to this supplier

From:

Enter email or Member ID.

To:  Ms. Wang sandy

**Offline**

**Message:**

Enter your inquiry details such as:
- Self introduction
- Required specifications
- Inquire about price/MOQ

View sample

Your message must be between 20-8000 characters

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **AliSource**Pro

Send

## Sourcing Products & Suppliers on Alibaba.com

**Search Products**
Enter the product you are looking for in the **Search Bar** and click **Search**

**Contact Suppliers**
Click **Contact Now** to send an inquiry or **I'm online, Chat now** to chat online

**Check Messages**
Check quotes & messages from suppliers in your email inbox or Message Center
Learn more ▶

**Related Searches:**

Tvpad3

arabic iptv

xbmc

beats.by dr.dre

chromecast

power banks

camera battery

**You may also be interested in :**

digital tv converter set top box

tv set box

digital tv top box

land rover top box

removable top box

open set top box

tv top box

hd digital tv set top box

direct tv set top box

View more ▾

TradeManager:

Input keywords    Subscribe

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama
Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Taobao Travel | Xiami | Laiwang | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

© 1999-2014 Alibaba.com. All rights reserved.

This is Google's cache of http://www.alibaba.com/product-detail/Newest-tvpad-2-m233-More-APP_753346367.html. It is a snapshot of the page as it appeared on Nov 9, 2014 19:17:42 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version

Sign In | Join Free    My Alibaba ˅

For Buyers ˅    For Suppliers ˅    Help ˅    Safe Trading Guide    About Alibaba Group

Products ˅    What are you looking for...    Search    Get Quotations ˅

About 62 results:  Set Top Box (46) , Satellite TV Receiver (15)

Home > Products > Consumer Electronics > Home Audio, Video & Accessories > Radio & TV Accessories > Set Top Box (772479)

Multi-Language Sites ▾



See larger image

## Newest tvpad 2 m233 More APP add Japanese and Korea TV Live channels Tv pad 2 M233

FOB Price:              **Get Latest Price**

Min.Order Quantity:    20 Piece/Pieces

Supply Ability:        30000 Piece/Pieces per Month

Port:                  shenzhen

Payment Terms:         T/T,Western Union,MoneyGram,paypal

**Contact Supplier**

**Leave Messages**

Start Order        Add to Inquiry Cart

Add to My Favorites

## Quick Details

| | | | | | |
|---|---|---|---|---|---|
| Place of Origin: | Guangdong China (Mainla... | Brand Name: | tvpad 2 m233 | Model Number: | tvpad 2 m233 |
| color: | black | CPU: | tcc8925 | RAM: | 512MB |
| wifi inside: | yes | full hd: | 1080p | | |

## Packaging & Delivery

Packaging Detail:   20pc/carton Newest tvpad 2 m233 More APP add Japanese and Korea TV Live channels Tv pad 2 M233

Delivery Detail:   1-2days

## Specifications

Tvpad 2 m233 tv pad
1.built-in wifi
2.Play Games
3.More APPs
4.Dual-core, 512MB

## Newest tvpad 2 m233 More APP add Japanese and Korea TV Live channels Tv pad 2 M233



## THIS IS A BRAND NEW TVPAD2 M233 FIRMWARE VERSION 3.70

### NO MONTHLY FEE TO WATCH

TVpad M233 V3.7 是Android系列智能機頂盒，打破傳統電視傳輸接收理念，以新興的網絡電視服務方式, 海量免費電視播 (中國, 香港, 臺灣, 韓國) 專供全國客戶分享。

### NO MONTHLY FEE (INTERNET CONNECTION REQUIRED)
"0" 月費, 無套餐, 即買即享用!! 一次付費, 終身免費升級
中, 港, 台, 日, 韓 高清智能機頂盒(需有網路連接服務)

### Internet Media Player - YouTube . PPS - Chinese . Korean . Việt TV + Built-In WiFi
M233 Newest version 3.70 - FASTER + 100 APPS + Game + KARAOKE APP



專為偷懶設計不用懂電腦即開即看無需電腦
電影 電視劇無限點播 新聞時事 體育財經歃食綜藝戲劇旅遊教育
不懂英文也能操作無需下載操作簡單接上網線接上電視就可以收看
為保持畫面暢順 網絡速度需要 **3Mbps**以上





1/15/2015    Newest tvpad 2 m233 More APP, View Japanese and Korea TV Channels 4 v Pad 2013 3.1 0/ 1pad 2 Magic tv Pad 2 0132.0 pad Production Alibaba.com



Case 2:15-cv-01869-SVW-AJW Document 23-4 Filed 03/16/15 Page 170 of 264 Page ID #:1146









**Product Details** | **Company Profile** | Report Suspicious Activity

Communicate with Supplier:



Ms. amy Xie:
What can I do for you?

Contact Supplier

Leave Messages

Not exactly what you want?
1 request,multiple quotations
Get Quotations Now >>

You May Like:









1/15/2015        Newest tvpad 2 m233 more APP Add Japanese And Kids Channels 4 v Pid 2013 Buy tvpad 2 m233, tvpad 2, tvpad Product on Alibaba.com

Case 2:15-cv-01869-SVW-AJW   Document 23-4   Filed 03/16/15   Page 173 of 264   Page ID
#:1149





Newest tvpad 2 m233 More APP Advantages and Value Included Mechanical s 4 v Pad 2012 Buy 1 pad 2 m233 v 2 4 2 m233 pad Product on Alibaba.com





1/15/2015    Newest tvpad 2 m233 More APP Advanced And Kuka Cull Mechanicals 4 v Prize 2013 Buy Ipad 2 Magic Pad 2 M233 Ipad Production Alibaba.com

Case 2:15-cv-01869-SVW-AJW Document 23-4 Filed 03/16/15 Page 175 of 264 Page ID #:1151





1/15/2015 Newest tvpad 2 m233 More APP Android Japanese and Korea TV Live Channels 4 v Pad Video Buy tvpad 2 m233 tv pad 2 m233 tvpad Production Alibaba.com

Case 2:15-cv-01869-SVW-AJW Document 23-4 Filed 03/16/15 Page 176 of 264 Page ID #:1152



1/15/2015 Newest tvpad 2 m233 More APP About Japanese and Korea TV Channels 4 v Pad Tv 2 Buy Tvpad 2 M233 Tv 2 M233 Tvpad Product On Alibaba.com

Case 2:15-cv-01869-SVW-AJW Document 23-4 Filed 03/16/15 Page 177 of 264 Page ID #:1153



1/15/2015 Newest tvpad 2 m233 More APP Added Japanese and Korean TV channels 4 v Find Complete Buy Tvpad 2 M233 Tv Box 2014 Tvpad Product on Alibaba.com

Case 2:15-cv-01869-SVW-AJW Document 23-4 Filed 03/16/15 Page 178 of 264 Page ID #:1154



1/15/2015 Newest tvpad 2 m233 More APP Add Japanese and Korea Cultural Channels 4 v Pad 2013 Buy Ipad 2 Magic Box m233 Ipad Production Alibaba.com

Case 2:15-cv-01869-SVW-AJW Document 23-4 Filed 03/16/15 Page 179 of 264 Page ID #:1155





## Each TVPAD2 Package Comes With:

• Tvpad2 M233 v3.70

•  4G MicroSD

•Programmable Remote Control

•HDMI Cable

•Composite Audio / Video Cable

- •Universal AC Adapter

- • User Manual

- •*Gaming Motion Remote NOT included*

Not exactly what you want? 1 request,multiple quotations **Get Quotations Now >>**

---



## Send your message to this supplier

**From:** [                    ]
Enter email or Member ID.

**To:** Ms. amy Xie
**Offline**

**Message:**
[                                        ]

Enter your inquiry details such as:
- Self introduction
- Required specifications
- Inquire about price/MOQ

View sample

Your message must be between 20-8000 characters

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **AliSource**Pro

[ Send ]

---

## Sourcing Products & Suppliers on Alibaba.com

1/15/2015 Newest tvpad 2 m233 More APP, View tvpad 2 m233 More APP Product Details from Shenzhen V-Channel Technology Co... on Alibaba.com

Case 2:15-cv-01869-SVW-AJW Document 23-4 Filed 03/16/15 Page 182 of 264 Page ID #:1158

**Search Products**

Enter the product you are
looking for in the **Search
Bar** and click **Search**

**Contact Suppliers**

Click **Contact Now** to send
an inquiry or **I'm online,
Chat now** to chat online

**Check Messages**

Check quotes & messages from
suppliers in your email inbox or
Message Center

Learn more ▶

**Related Searches:**

| | | |
|---|---|---|
| Tvpad 2 m233 | tvpad 3 m358 | tvpad 3 |
| tvpad m121s | tvpad 4 | mini pc tvpad |
| tvpad 2 | | |

**You may also be interested in :**

| | | |
|---|---|---|
| earpiece 2 | chinese tvpad 2 | new tvpad 2 m233 |
| tvpad2 m233 | hero 2 ii | 2012 new product tvpad 2 |
| kindl 2 | tvpad 2 tvpad | loudspeakers 2 |

View more ▼

TradeManager:                    Input keywords        Subscribe

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama
Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Taobao Travel | Xiami | Laiwang | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

© 1999-2014 Alibaba.com. All rights reserved.

**EXHIBIT 44**

| | |
|---|---|
| **Subject:** | slau1014 You have Been Successfully Placed |
| **From:** | TVpad商城 (system2@itvpad.com) |
| **To:** | slau1014@yahoo.com; |
| **Date:** | Wednesday, December 31, 1969 7:00 PM |

Dear slau1014：

We have received you order (Order No.: C022014120502171250801) in 2014-12-05 02:17:12, please make payment as soon as possible so that we can arrange shipment in time. We will deal with the order shipment once we receive the payment .

If you have any problem in payment, please click here

Best regards.

Please do not reply to this email as we are unable to respond to messages sent to this address. Please click here to find help for On-line Service. Thanks.

All Overseas Chinese Watch Live TV with TVpad.

TVpad Customer Service Center

2014-12-05 02:17:12

EXHIBIT 44

| Subject: | Your Order (Order No.:C022014120502171250801) Have Been Succes |
| --- | --- |
| From: | TVpad商城 (system9@itvpad.com) |
| To: | slau1014@yahoo.com; |
| Date: | Wednesday, December 31, 1969 7:00 PM |

Dear Shuk Lau

We have received you payment of USD279.0of the order (Order No.:C022014120502171250801) by paydollar支付. We will ship the order in 48 hours from Shenzhen , Guangdong China.

Best regards.

Please do not reply to this email as we are unable to respond to messages sent to this address. Please click here to find help for On-line Service. Thanks.

All Overseas Chinese Watch Live TV with TVpad.

TVpad Customer Service Center
2014-12-05 02:20

| Subject: | TVpad service center--Order Confirmation |
| --- | --- |
| From: | enservice (enservice@tvpad.hk) |
| To: | slau1014@yahoo.com; |
| Date: | Thursday, December 4, 2014 8:46 PM |

Dear Shuk Lau,
This is TVpad service center.
We have checked that you order 1 set of Tvpad4  on our website and I am writing to confirm your shipping address so that we could deliver as soon as possible. Would you please reply with your shipping address and phone number and so we could deliver? Please note that you can not watch Japanese and Korean programs by this version of TVpad4.
Please let us know! Thanks for your support!
Have a nice day!

Should you have any further queries, please feel free to reply to this email address.

Best Regards
Jane Huang

TVPAD Customer Service Center

on line service(24hours)http://www8.53kf.com/webCompany.php?arg=lulucute&style=1

customer service hotline:+852-21349920

| Subject: | Re: Re: TVpad service center--Order Confirmation |
|---|---|
| From: | enservice (enservice@tvpad.hk) |
| To: | slau1014@yahoo.com; |
| Date: | Monday, December 8, 2014 2:55 AM |

Dear  Shuk Lau ,
Thank you for your reply. We will deliver within 2 business days , and it will take 3 to 5 days to reach US.
Have a nice day!

Should you have any further queries, please feel free to reply to this email address.

Best Regards
Jane Huang

TVPAD Customer Service Center

on line service(24hours)http://www8.53kf.com/webCompany.php?arg=lulucute&style=1

customer service hotline:+852-21349920

From: Shuk Lau
Date: 2014-12-06 05:27
To: enservice
Subject: Re: TVpad service center--Order Confirmation

Shipping addresss is    REDACTED      West Hills, CA 91307
Telephone number REDACTED

From: enservice <enservice@tvpad.hk>
To: slau1014 <slau1014@yahoo.com>
Sent: Thursday, December 4, 2014 8:46 PM
Subject: TVpad service center--Order Confirmation

Dear Shuk Lau,
This is TVpad service center.
We have checked that you order 1 set of Tvpad4  on our website and I am writing to confirm your shipping address so that we could deliver as soon as possible. Would you please reply with your shipping address and phone number and so we could deliver? Please note that you can not watch Japanese and Korean programs by this version of TVpad4.
Please let us know! Thanks for your support!
Have a nice day!

Should you have any further queries, please feel free to reply to this email address.

Best Regards
Jane Huang

TVPAD Customer Service Center

on line service(24hours)http://www8.53kf.com/webCompany.php?arg=lulucute&style=1

customer service hotline:+852-21349920



Shipper:

LanHua Ave,Futian Free Trade Zone,ShenZhen,China

Contact Name:    Bi Wen Liu
Phone:              00852-21349910

Ship To:

REDACTED        West
-Hills-CA-USA

Contact Name:    Shuk Lau
Phone:        REDACTED

Postal code:      91307

# Commercial Invoice

| | |
|---|---|
| Date | 2014-12-10 |
| Invoice Number: | B012014121009183169004 |
| Number of Pieces: | 1 |
| Remark: | |

| Description of Goods | Quantity | HS Tariff Code | Country of Origin | Unit Weight （KGS） | Total Weight （KGS） | Unit Value （USD） | Total Value （USD） |
|---|---|---|---|---|---|---|---|
| set top box | 1 | | China | 0.7 | 0.700 | 25.00 | 25.00 |
| | | | | | | | |
| | | | Total Weight | 0.700 | | Total Dec. Value | 25.00 |
| | | | | | | Freight Charges | 0 |
| | | | | | | Insurance | 0 |
| | | | | | | Other Charges | 0 |
| | | | | | | Invoice Total | 25.00 |

Samples with no commercial value,the invoice value only for customs reference.

I/we hereby certify that the information on this invoice is ture and correct and that the contents of this shipment are as stated above.

Name of company：_____          Signature: _____

# EXHIBIT 45

**EXHIBIT 45 TO DECLARATION OF NICHOLAS BRAAK**

| Hosting Provider | Observed Server Location(s) | IP address or Domain Name | Type of Content Delivered |
|---|---|---|---|
| **TVPAD DNS LOOKUP SERVERS** | | | |
| Hostspace Networks Unicom | Los Angeles, California China | xz.boxepg.com | DNS Lookup TVpad Operational Content |
| Sharktech ClearDDoS Technologies | Los Angeles, California | xzsec.boxepg.com | DNS Lookup TVpad Operational Content |
| ClearDDoS Technologies | Newark, Delaware Los Angeles, California | xzsec.padepg.com | DNS Lookup TVpad Operational Content |
| Sharktech ClearDDoS Technologies | Los Angeles, California Los Angeles, California | xzsec.listebox.com | DNS Lookup TVpad Operational Content |
| **TVPAD AUTHENTICATION SERVERS** | | | |
| ClearDDoS Technologies | Los Angeles, California | stbepg.wsxlist.com | TVpad Authorization |
| ClearDDoS Technologies | Hong Kong Los Angeles, California | stbepg.bmsftr.com | TVpad Authorization |
| **TVPAD STORE SERVERS** | | | |
| ClearDDoS Technologies | Newark, Delaware Los Angeles, California | bi.wsxlist.com | TVpad Store Menus/Graphics |
| Datashack CloudDDOS | Kansas City, Missouri San Jose, California | cmsres.wsxlist.com | TVpad Store Menus/ Graphics Infringing Apps |
| ClearDDoS Technologies | Los Angeles, California | bi4.wsxlist.com | TVpad 4 Store Menus/Graphics |
| **TVPAD OPERATIONAL SERVERS** | | | |
| Sharktech Hostpace Networks | Los Angeles, California | epg.qaxlist.com | TVpad Operational Content |
| ClearDDoS Technologies CloudDDOS | Hong Kong San Jose, California | sepg.qaxlist.com | TVpad Operational Content Infringing Apps' |

EXHIBIT 45

| | | | Program Guides |
|---|---|---|---|
| ClearDDoS Technologies | Newark, Delaware | hsp2p.sinohao.com | TVpad Operational Content |
| ClearDDoS Technologies | Newark, Delaware Los Angeles, California | jqknb.khjdaq.com | TVpad Operational Content |
| Hostspace Networks | Los Angeles, California | zmrt.kda8ifdi.com | TVpad Operational Content |
| Hostspace Networks | Los Angeles, California | zbuy.kda8ifdi.com | TVpad Operational Content |
| Hostspace Networks China Telecom | Los Angeles, California China | rtx.apljndc.net | TVpad Operational Content |
| Nobis Technology | Los Angeles, California Phoenix, Arizona | tvepg.iyqwc.com | TVpad Operational Content |
| Enzu | Los Angeles, California | btvstb.xqlzoy.com | TVpad 4 Operational Content |
| Protected by Cloudflare | Location unknown | ngdvc.gvplayer.com | TVpad 4 Operational Content |
| Sharktech | Los Angeles, California | vnpcg.gvppp.com | TVpad 4 Operational Content |
| Chinanet | China | ysxup.gvppp.com | TVpad 4 Operational Content |
| ClearDDoS Technologies | Los Angeles, California | apspu.gvppp.com | TVpad 4 Operational Content |
| Hostspace | Los Angeles, California | hkok.rfvlist.com | TVpad 4 Operational Content |
| Hostspace | Los Angeles, California | public.gvppp.com | TVpad 4 Operational Content |
| Sharktech CloudDDOS | Los Angeles, California San Jose, California | canpic.vdese.com | VOD Thumbnail graphics |
| | | | |

DWT 25934111v2 0094038-000021

Live TV mode (TVB)

The app Gang Yue Wang Luo Dian Shi used the following IP addresses to stream Live content from TVB's Jade, Jade HD and J2 on January 30, 2015.

| Hosting Provider | Location | IP address |
|---|---|---|
| Enzu | Los Angeles, California | 104.151.28.194 |
| Cloudddos Technology | Los Angeles, California | 104.171.230.30 |
| Enzu | Los Angeles, California | 23.89.39.194 |
| Cloudddos Technology | San Jose, California | 168.235.240.149 |
| Clearddos Technologies | Los Angeles, California | 104.193.92.111 |

Live TV mode CCTV

The app BETV Plus used the following IP addresses to stream Live content from CCTV's CCTV1, CCTV3 and CCTV4 on January 30, 2015.

| Hosting Provider | Location | IP address |
|---|---|---|
| Cloudddos Technology | San Jose, California | 168.235.241.77 |
| Clearddos Technologies | Los Angeles, California | 162.221.12.41 |
| Clearddos Technologies | Los Angeles, California | 104.193.92.60 |
| Cloudddos Technology | San Jose, California | 168.235.241.60 |
| Esited | Los Angeles,California | 104.171.230.23 |
| Esited | Los Angeles,California | 104.171.230.16 |
| Cloudddos Technology | San Jose, California | 168.235.240.65 |
| Cloudddos Technology | San Jose, California | 168.235.241.10 |
| Clearddos Technologies | Los Angeles,California | 23.234.41.9 |
| Krypt Technologies | Los Angeles,California | 98.126.14.26 |

Timeshift Live Mode

The app Yue Hai Shi Yi used the following IP addresses to stream Timeshift Live TV content from TVB's Jade and Jade HD channels on Jan. 23, 2015.

| Hosting Provider | Location | IP address |
|---|---|---|
| Cloudddos Technology | Los Angeles,California | 104.171.230.30 |
| Cloudddos Technology | San Jose, California | 168.235.240.149 |
| Los Angeles,California | Los Angeles,California | 104.193.92.111 |
| Esited | Los Angeles, California | 192.225.233.202 |
| Enzu | Los Angeles, California | 104.151.28.194 |
| Enzu | Los Angeles, California | 199.48.69.146 |

DWT 25934111v2 0094038-000021

| | | |
|---|---|---|
| Enzu | Los Angeles, California | 23.89.39.194 |

Replay Live Mode CCTV

The BETV Plus app used the following IP addresses to stream an episode of the CCTV3 show "I want to go to the Spring Festival gala" and an episode of the CCTV4 show "Around China" on Jan. 23, 2015.

| App | Content | IP address | Hosting provider | Location |
|---|---|---|---|---|
| BETV Plus | CCTV3 | 168.235.241.70 | Cloudddos Technology | San Jose, California |
| BETV Plus | CCTV3 | 104.171.230.72 | Cloudddos Technology | San Jose, California |
| BETV Plus | CCTV3 | 168.235.241.77 | Cloudddos Technology | San Jose, California |
| BETV Plus | CCTV3 | 162.221.12.215 | Clearddos Technologies | Los Angeles, California |
| BETV Plus | CCTV4 | 168.235.241.60 | Cloudddos Technology | San Jose, California |
| BETV Plus | CCTV4 | 168.235.241.70 | Cloudddos Technology | San Jose, California |
| BETV Plus | CCTV4 | 104.171.230.72 | Cloudddos Technology | San Jose, California |
| BETV Plus | CCTV4 | 168.235.241.77 | Cloudddos Technology | San Jose, California |
| BETV Plus | CCTV4 | 162.221.12.215 | Clearddos Technologies | Los Angeles, California |

Replay Live Mode TVB

The app Gang Yue Wang Luo Dian Shi app used the following IP addresses to stream an episode of the TVB Jade HD show "Come on love" and an episode of the TVB J2 show "big boys club" on Jan 30 2015.

| App | Content | IP address | Hosting provider | Location |
|---|---|---|---|---|
| Gang Yue Wang Luo Dian Shi | Jade HD, J2 | 162.221.12.215 | Clearddos Technologies | Los Angeles, California |
| Gang Yue Wang Luo Dian Shi | Jade HD, J2 | 67.198.192.3 | Krypt Technologies | Los Angeles, California |

4

| Gang Yue Wang Luo Dian Shi | Jade HD, J2 | 168.235.241.77 | Clouddos Technology | San Jose, California |
| Gang Yue Wang Luo Dian Shi | Jade HD, J2 | 104.171.230.72 | Clouddos Technology | San Jose, California |
| Gang Yue Wang Luo Dian Shi | Jade HD, J2 | 168.235.241.60 | Clouddos Technology | San Jose, California |
| Gang Yue Wang Luo Dian Shi | Jade HD, J2 | 98.126.14.26 | Krypt Technologies | Los Angeles, California |

VOD Mode TVB

The app Gang Yue Wang Luo Dian Shi used the following IP addresses to stream VOD content of three TVB musical variety shows on January 30, 2015.

| Hosting Provider | Location | IP address |
| --- | --- | --- |
| Clouddos Technology | Los Angeles, California | 104.171.230.72 |
| Clearddos Technologies | Los Angeles, California | 162.221.12.215 |
| Clouddos Technology | San Jose, California | 168.235.241.60 |
| Krypt Technologies | Los Angeles, California | 98.126.14.26 |
| Clouddos Technology | San Jose, California | 168.235.241.77 |
| Leaseweb | Manassas, Virginia | 162.210.198.179 |
| Krypt Technologies | Los Angeles, California | 67.198.192.3 |

VOD mode Kung Fu Dramas

The app Gang tai wu xia used the following IP addresses to stream VOD content of three episodes of TVB Kung Fu Dramas on January 30, 2015.

| Hosting Provider | Location | IP address |
| --- | --- | --- |
| Krypt Technologies | Los Angeles, California | 67.198.192.3 |

5

# EXHIBIT 46


TVpad

# Welcome!
## You are using TVpad.

Press any key on TVpad remote to get started.

EXHIBIT 46

简体中文

繁體中文

English ✓

日本語

한국의

Next



UTC-5:00

Bogota, Lima, Quito, Eastern Time (U.S. & Canada), Indiana (East)

# TVpad Legal Information and User Agreement

User Agreement

1. General Information

1.1. TVpad products (hereinafter referred to as "TVpad") are supplied by Create New Technology (HK) Limited (hereinafter referred to as "Creatent"). The use of TVpad by you will be bound by this legal agreement entered in by and between you and Creatent, the terms of which are set forth herein.

1.2. TVpad Store is the platform that allows you to browse, search, download and install software applications of interest (such as game software, software for listening to music, software for picture viewing, software for viewing videos, etc.), that TVpad supports for end user use only under the terms and conditions set forth in this Agreement. For TVpad Store Products (defined below), end users may be individuals acting in their own capacities, commercial enterprises or educational institutions.

1.3. It shall be deemed that you have accepted these terms when you (1) have clicked the approval

| Back | Activate |



Watch TV shows, movies, VOD and Live TV whenever you like.



Massive apps for your choice.

Next



**Add**


Find your favorite apps here

TVpad

A 🖵 19:00



Press here to enjoy more services
(Use the "Left" key on TVpad remote)





Screenshots:






港粵網路電視

Size: 4.3MB

Version: 2.024

**Download**

Supplier: 港粵網路電視工作室

Descriptions: 港粵網絡電視是一款網絡視頻軟件，匯集了港粵熱門的直播頻、熱門電視點播節目，提供節目預告、回放等功能。

Similar apps:






BETV PK        热映影吧        HOT韩剧        HKTV

Descriptions

Screenshots:





BETV Plus

Size: 4.4MB

Version: 1.1

Download

Supplier: BETV Plus工作室

Descriptions: 本应用由第三方应用商提供。BETV Plus是一款提供华人国语直播、回放及影视点播的播放软件。

Similar apps:








**TVpad Store**



**My TVpad**



**Settings**

 Find your favorite apps here

here to enjoy more services

he "Left" key on TVpad remote)









TVpad Store

Hot

App Category

Search

App Manager

Choice Apps







New Apps

 工具箱
Size : 499KB

 BETV II
Size : 880KB

 BETV_HD
Size : 345KB

 体育onli...
Size : 344KB

Hot Apps

 工具箱
Size : 499KB

 华数TV
Size : 1.15M

 巧连智
Size : 586KB

 时下热剧
Size : 1.58M

 Tvpada





TVpad Store

Hot

App Category

Search

App Manager

| All(340) |
|----------|
| Live TV(10) |
| Other(88) |
| Movies(16) |
| TV Dramas(24) |
| Education(36) |
| Entertainment (89) |
| Religion(3) |
| Cuisine(31) |
| Cartoon(17) |
| ∨ |

 欧陆苍...
Size : 1.61M

 巧连智
Size : 509KB

 中国好...
Size : 660KB

 工具箱
Size : 499KB

 欢乐中...
Size : 3.75M

 年夜饭
Size : 952KB

 BETVⅡ
Size : 880KB

 BETV_HD
Size : 345KB

 体育onli...
Size : 344KB

 516网路...
Size : 345KB

 BETV
Size : 340KB

 教室空...
Size : 470KB

1/29



  



**TVpad Store**

**Hot**

**App Category**

**Search**

**App Manager**

All(335)

Live TV(7)

Other(86)

Movies(16)

TV Dramas(24)

Education(36)

Entertainment (88)

Religion(3)

Cuisine(31)

Cartoon(17)

 516FBR... Size : 12KB

 IP-Sports... Size : 42KB

 BETV🎬 Size : 983KB

 BETV_HD Size : <32KB

 BETV Size : 43KB

 台TV Size : 322KB

 NamTV Size : 31KB



 



TVpad Store

Hot

App Category

Search

App Manager

All(335)

Live TV(7)

Other(86)

Movies(16)

**TV Dramas(24)**

Education(36)

Entertainment (88)

Religion(3)

Cuisine(31)

Cartoon(17)







人生DV组
Size : 405KB

Size : 434KB

Size : 322KB



毕爱剧场
Size : 618KB



港台武侠
Size : 1.05M



谍战剧场
Size : 963KB



V-Sen
Size : 621KB



天才进...
Size : 450KB

经典神...
Size : 627KB



帝王传奇
Size : 2.17M



黄飞鸿...
Size : 747KB



李卫当官
Size : 466KB

2/2



 



001 凤凰卫视中文台
002 凤凰卫视资讯台
003 湖南卫视
004 湖南卫视高清
005 浙江卫视高清
006 江苏卫视高清
007 北京卫视高清
008 东方卫视高清
009 广东卫视高清

▼                    5/32



发起者向警方自首



环信部：

| 2014-12-03 | 23:00-23:26 | 今日亚洲(直播) |
| 2014-12-03 | 22:45-23:00 | 全球华人资讯 |
| 2014-12-03 | 22:00-22:45 | 中华医药 |
| 2014-12-03 | 21:30-22:00 | 今日关注(直播) |
| 2014-12-03 | 20:30-21:00 | 海峡两岸 |
| 2014-12-03 | 20:00-20:30 | 走遍中国 |
| 2014-12-03 | 19:15-20:00 | 电视剧·永不眼目25/30 剧情 剧照 演… |
| 2014-12-03 | 18:45-19:00 | 国宝档案 |
| 2014-12-03 | 18:15-18:45 | 中国文艺 |
| 2014-12-03 | 17:15-18:00 | 远方的家 |



- 001 CCTV...
- 002 CCTV...
- 003 CCTV4中文国...
- 004 CCTV6...
- 005 CCTV...
- 006 CCTV...
- 007 CCTV少儿频道
- 008 凤凰卫视中文台
- 009 凤凰卫视资讯台
- 010 江苏卫视高清

第1/4项        3/32

*以频道时区为准                                        第1/20页






2014 FIFA ...


2014 FIFA ...


2014 FIFA ...


2014 FIFA ...


1/5





# N⁺ Store


Hot Apps  ›


Recommends


Category


Search


Download

New N+ Store launch!
www.appennn.com



CN&HK TV Shows

Install



Korean DB Shows

Install



Entertainment

Install



Education

Install



Health

Install



Games

Install

Use the numeric keys (1-6) on remote control to quickly install apps.

 tvpada



**New**     ›

**Hot**     ›



TVpad
裝機必備



港粵網路



HKTV



BETV Plus



体育online



紅動巨聲



HOT韓劇



1月 精彩大放送



516網路電



热映影吧

港台武侠



美劇天下



粵海時移



YohaGam

Picks    **Top**    Categories    Search    Management

| Apps ❭ | Games ❭ |

 港粵網路

 BETV Plus

 HOT韓劇

 YohaGam

 小鳥快飛

 人魚球球

 泰捷視頻

 萬花筒視

 百視通TV

 打地鼠

 杰克夢遊

 寶石三國

 VOD

 Live TV

 Music

 Life Service

 Games

 System Tools

 Education

VOD

 港粵網路電視

 BETV Plus

  热映影吧

  HOT韩剧

 HKTV

 美剧天下

  港台武侠

  YouTube

 快手看片

## 港粵網路電視



Supplier: 港粵網路電視工作室

Size: 4.9MB          Version: 2.024

Intro: 港粵网络电视是一款网络视频软件，汇集了港粵热门的直播频、热门电视点播节目，预告节目预告、回放等功能。

Live TV



電視　5



体育online



粵海時移



电视家2.0

小優直播

龙龙直播



非常电视



羽禾直播



阿狸直播

516網絡電視

Supplier: 516網絡電視工作室

Size: 4.8MB                Version: 2.018

Intro: 516網絡電視匯聚臺灣地區優秀的電視直播節目，無論您身在世界的哪個角落，都能時刻傾聽臺灣風情。

**EXHIBIT 47**

# TVpad Legal Information and User Agreement

TVpad Legal Information and User Agreement

1.General Information

1.1.TVpad products (hereinafter referred to as "TVpad") are supplied by Create New Technology (Hong Kong) Limited (hereinafter referred to as "CNT"). The use of TVpad by you will be bound by this legal agreement entered in by and between you and CNT, the terms of which are set forth herein.

1.2.TVpad Store is the platform that allows you to browse, search, download and install software applications of interest (such as game software, software for listening to music, software for picture viewing, software for viewing videos, etc.), that TVpad supports for end user use only under the terms and conditions set forth in this Agreement. For TVpad Store Products (defined below), end users may be individuals acting in their own capacities, commercial enterprises or educational institutions.

1.3.It shall be deemed that you have accepted these terms when you (1) have clicked the approval option or the acceptance option which is displayed when downloading or installing software application, or (2) have actually used the relevant software application via TVpad Store.

2.Terms of Sale on TVpad and TVpad Store





EXHIBIT 47

## About

TVpad Legal Information and User Agreement

1.General Information

1.1.TVpad products (hereinafter referred to as "TVpad") are supplied by Create New Technology (Hong Kong) Limited (hereinafter referred to as "CNT"). The use of TVpad by you will be bound by this legal agreement entered in by and between you and CNT, the terms of which are set forth herein.

1.2.TVpad Store is the platformthat allows you to browse, search, download and install software applications of interest (such as game software, software for listening to music, software for picture viewing, software for viewing videos, etc.), that TVpad supports for end user use only under the terms and conditions set forth in this Agreement. For TVpad Store Products (defined below), end users may be individuals acting in their own capacities, commercial enterprises or educational institutions.

1.3.It shall be deemed that you have accepted these terms when you (1) have clicked the approval option or the acceptance option which is displayed when downloading or installing software application, or (2) have actually used the relevant software application via TVpad Store.

# About

## 2.Terms of Sale on TVpad and TVpad Store

2.1.Various payment methods will be provided by CNT for you to assist your purchase of TVpad and to obtain license for software application of third party via TVpad Store. You agree to abide by any relevant service terms or other legal agreements entered in by and between you and CNT or third party. Your use of the designated payment method shall be bound by these terms or agreements. You agree that CNT reserves the right in its discretion to add or delete payment methods without any notice.

2.2.You agree to abide by any and all applicable tax laws, including the declaration and payment of any taxes arising from using TVpad or software application obtained through TVpad Store, and agree to declare and pay all applicable taxes.

2.3.All sales of products (which may include software licenses) are final. Prices for products offered via the TVpad Store may change at any time, and the TVpad Store does not provide price protection or refunds in the event of a price reduction or promotional offering. If a product becomes unavailable following a transaction but prior to download, your sole remedy is a refund. If technical problems prevent, or unreasonably delay, delivery of your product, your exclusive and sole remedy is either replacement or refund of the price paid, as determined by CNT.

## About

2.4.Your use of the TVpad Store includes the ability to enter into agreements and/or to make transactions electronically. You acknowledge that your electronic submissions constitute your agreement and intent to be bound by and to pay for such agreements and transactions. Your agreement and intent to be bound by electronic submissions applies to all records relating to all transactions you enter through the TVpad Store, including notices of cancellation, policies, contracts, and applications. In order to access and retain your electronic records, you may be required to have certain hardware and software, which are your sole responsibility. CNT is not responsible for typographic errors.

### 3. TVpad and TVpad Store

3.1.You agree to use TVpad for purposes only allowed by any applicable laws and regulations or rules or codes accepted in the jurisdictions. You agree to abide by all applicable export restrictions, including but not limited to any export administration regulations issued by Commerce Department of each country and sanction plan by Office of Foreign Assets Control under Ministry of Finance of each country. The use of TVpad by you shall be deemed that you acknowledge and warrant that you will comply with all export regulations and other applicable regulations of each country. You agree to abide by all local laws and regulations relating to the download, installation and /or use of software application.

3.1.1.CNT does not recommend software applications other than those provided through the TVpad Store be installed into the TVpad. If user installs any software application not provided through the TVpad Store into the TVpad, the user herein

## About

3.1.1.CNT does not recommend software applications other than those provided through the TVpad Store be installed into the TVpad. If user installs any software application not provided through the TVpad Store into the TVpad, the user herein agrees to be responsible and to assume all risks and liabilities resulted from the installation and use of the software application.

3.1.2.User of the TVpad herein agrees not to use the TVpad for any illegal purposes, including using the TVpad for viewing copyrighted content. The user herein agrees to be responsible and to assume all risks and liabilities resulted from any illegal use of the TVpad.

3.2.You agree not to access (or try to access) TVpad in any ways other than through the interface provided by CNT, unless otherwise specifically permitted by the separate agreement between you and CNT. You shall agree not to access (or try to access) TVpad in any automatic ways (including script, crawlers or similar techniques), and ensure to comply with instructions (in electronic and/or written form) provided with the TVpad.

3.3.TVpad Store is available for individuals aged 13 years or older. If you are 13 or older but under the age of 18, you should review this agreement with your parent or guardian to make sure that you and your parent or guardian understand it.

## About

3.4.The TVpad Store may require you to register as a user. As a registered user of the TVpad Store, you may establish an account ("Account"). Don't reveal your Account information to anyone else. You are solely responsible for maintaining the confidentiality and security of your Account and for all activities that occur on or through your Account, and you agree to immediately notify TVpad Store of any security breach of your Account. CNT shall not be responsible for any losses arising out of the unauthorized use of your Account. You agree to provide accurate and complete information when you register with, and as you use, the TVpad Store ("Registration Data"), and you agree to update your Registration Data to keep it accurate and complete. You agree that TVpad Store may store and use the Registration Data you provide for use in maintaining and billing fees to your Account.

3.5.TVpad Store is selling you a license to use the Products. There are two (2) categories of TVpad Store Products, as follows: (i) those TVpad Store Products that have been developed by CNT, and which are licensed to you by CNT through the TVpad Store ("TVpad Products"); and (ii) those TVpad Store Products that have been developed, and are licensed to you, by a third-party developer ("Third-Party Products"). The category of a particular TVpad Store Product (TVpad Product or Third-Party Product) is identified on TVpad Store application. Once obtained from TVpad Store, that license forms a binding agreement directly between you and the publisher of that Product (the "Publisher") governing your use of that Product.

3.6.You agree that the TVpad Store and certain Products include security technology that limits your use of Products and

## About

3.6. You agree that the TVpad Store and certain Products include security technology that limits your use of Products and that, whether or not Products are limited by security technology, you shall use Products in compliance with the applicable usage rules established by CNT and the Publishers ("Usage Rules"), and that any other use of the Products may constitute a copyright infringement. Any security technology is an inseparable part of the Products. CNT reserves the right to modify the Usage Rules at any time. You agree not to violate, circumvent, reverse-engineer, decompile, disassemble, or otherwise tamper with any of the security technology related to such Usage Rules for any reason - or to attempt or assist another person to do so. Usage Rules may be controlled and monitored by CNT for compliance purposes, and CNT reserves the right to enforce the Usage Rules without notice to you.

3.7. Certain content, Products, and services available via the TVpad Store may include materials from third parties. TVpad Store may provide links to third-party websites as a convenience to you. You agree that CNT is not responsible for examining or evaluating the content or accuracy and CNT does not warrant and will not have any liability or responsibility for any third-party materials or websites, or for any other materials, products, or services of third parties. You agree that you will not use any third-party materials in a manner that would infringe or violate the rights of any other party and that CNT is not in any way responsible for any such use by you.

3.8. CNT reserves the right to preview, examine, report, filter, modify, refuse or delete any or all software applications in the TVpad Store, and you shall agree to be responsible and liable for any and all risks resulted from, and in connection with

## About

3.8.CNT reserves the right to preview, examine, report, filter, modify, refuse or delete any or all software applications in the TVpad Store, and you shall agree to be responsible and liable for any and all risks resulted from, and in connection with, the use of TVpad.

3.9.You agree that the TVpad product, the TVpad Store, the Products accessible through the TVpad Store, contain proprietary information and material (including but not limited to graphics, user interface, audio clips, editorial content, and scripts and software used to implement the above items) that is owned by CNT and/or the Publishers of the Products, and is protected by applicable intellectual property and other laws, including but not limited to copyright. You agree that you will not use such proprietary information or materials in any way whatsoever except in compliance with this Agreement. No portion of the TVpad product, the TVpad Store, and the Products, including content accessible through the Products, may be reproduced in any form or by any means, except as expressly permitted in these terms.

3.10.Notwithstanding any other provision of this Agreement, CNT and the Publishers reserve the right to change, suspend, remove, or disable access to any Products, content, or other materials accessible through the TVpad Store at any time without notice. In no event will CNT be liable for making these changes. CNT may also impose limits on the use of, or access to, certain features or portions of the TVpad Store, in any case and without notice or liability.

4. Update

# About

## 4. Update

4.1.CNT will from time to time check the existence of update program of TVpad, such as the error correction and patching program, enhancement, missing plug-ins and new version (collectively referred to as "Update Program"). You will have the option to accept the update programs for installation.  The installation of these update programs shall be deemed that you agree to automatically request or accept the update program of the kind.

## 5.Export Restriction

5.1.The software application provided by TVpad Store may be faced with export restriction or control by some countries/regions or areas. You agree to abide by all applicable international export laws and regulations of each country.

## 6.Compensation

6.1.You agree that, to the maximum extent permitted by law, you shall be responsible for any claim, legal action, lawsuit and lawsuit process, and all loss, claim request, damage, expense and cost (including reasonable attorney fees) arising from your use of TVpad (including downloading, installing or using any software application), or from violation of the provisions set forth herein.

## About

7.Termination

7.1.The terms set forth herein will remain in full force and valid unless you or CNT terminates these terms in accordance with the following provisions.

7.2.You can stop using TVpad and any software application downloaded using the TVpad Store if you want to terminate the terms set forth herein.  However, you remain responsible for all liabilities you incurred that arose from the use of TVpad before termination.

7.3.In the event (A) you violates any terms specified in this agreement; or (B) CNT is required by law to terminate theses provisions; or (C) CNT decides not to provide TVpad any more, CNT shall has the right to terminate these terms any time.

7.4.If you fail, or CNT suspects that you have failed, to comply with any of the provisions of this Agreement, CNT, at its sole discretion, without notice to you may: (i) terminate this Agreement and/or your Account, and you will remain liable for all amounts due under your Account up to and including the date of termination; and/or (ii) terminate the license to the software; and/or (iii) preclude access to the TVpad store (or any part thereof). CNT reserves the right to modify, suspend, or discontinue the TVpad Store (or any part or content thereof) at any time with or without notice to you, and CNT will not be liable to you or to any third party should it exercise such rights.

## About

7.5.The termination of these terms will be without prejudice to any legal right and obligation and responsibility .

8.Disclaimer

8.1.You acknowledge and agree that, to the maximum extent permitted by law, you shall be liable for all risks arising from the use of any software application from TVpad and download or acquired by you through the TVpad Store; and TVpad Store is provided on the basis of "status in quo" and "availability" and no warranty in any form will be provided.

8.2.You shall be solely and fully liable for all responsibilities and risks arising from the use of any software application from TVpad and download or acquired by you through the TVpad Store; you shall bear all responsibilities in respect to the damage to your computer system, mobile device or other devices or data loss arising from such uses.

8.3.CNT further states that, to the maximum extent permitted by applicable law, CNT shall not, in respect to any software application download or acquired by you through the TVpad Store and TVpad itself, provide any expressed or implied warranty and conditions in any form, including but not limited to implied warranty and condition of merchantability, fitness for a particular purpose, non-infringement of others' rights, etc.

## About

### 9.Limitation of Liability

9.1.You expressly understand and agree that neither CNT nor its affiliated companies shall be liable for any direct, indirect, incidental, special, consequential or punitive damages (including loss of any data) arising out of the use of TVpad or of any software application download or acquired from TVpad Store, regardless of whether these liabilities arose from contractual obligations, negligence, or intentional tort, and whether CNT or its representative have been advised of the possibility of such damages.

### 10.General

10.1.These terms constitutes the complete legal agreement between the parties with respect to the subject hereof, and regulates the use by you of TVpad, TVpad Store and its software application, and supersedes all prior agreements with respect to TVpad and software application entered in by and between you and CNT.

10.2.You agree that the failure of CNT to exercise or enforce any of its legal rights or remedies under the agreement (or under any applicable laws) shall not be deemed a waiver of those rights by CNT, and CNT shall be entitled to exercise those rights or remedies.

## About

respect to TVpad and software application entered in by and between you and CNT.

10.2.You agree that the failure of CNT to exercise or enforce any of its legal rights or remedies under the agreement (or under any applicable laws) shall not be deemed a waiver of those rights by CNT, and CNT shall be entitled to exercise those rights or remedies.

10.3.If any provision shall be held by a court of competent jurisdiction to be invalid, that provision shall be removed from these clauses without prejudice to remaining provisions, and the remaining terms will remain in full force and effect.

10.4.You understand and agree that every member of the CNT should be the third party beneficiary of these terms, and such other companies shall be entitled to directly enforce these terms, and advocate relevant rights and interests in accordance with these terms (or rights in their favor). In addition, other individuals or companies should not become a third party beneficiary of these terms.

10.5.Without prior written permission from other party, you or CNT shall not be allowed to transfer or shift rights hereof. Without prior written permission from other party, you or CNT shall not be allowed to assign to others any liability or obligation under these clauses.

**EXHIBIT 48**



EXHIBIT 48



450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: February 9. 2015


To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- TVpad4 Menu Screen

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."


Signature of Anna Lee

Accurate Translation Services 24/7

Gang Yue Wang Luo Dian Shi

BETV Plus

Broadcasting app providing live broadcast + video on demand + replay in Mandarin

**EXHIBIT 49**



⌂ **Board index** ‹ **TVpad Help/FAQ** ‹ **TVpad2 M233 M121(S)**

❓FAQ   ✏Register   ⏻Login

# Tvpad works, but nothing else

**POSTREPLY** ↵

10 posts • Page 1 of 1

## Tvpad works, but nothing else



▯by **kaycal** » Fri Jan 09, 2015 7:56 pm

My house has two tvpads, one for each my parents. 1st and 2nd generations. We recently got Internet installed from Time Warner. The day it was installed, I hooked up and old linksys router to the tvpads, computer, xbox, and such. The network would be fine till the tvpad turns on. The network would just be dead and only one tvpad would work. Today, I bought a new asus router, hooked everything up and the problem would be the same. Anyone else ran into this problem?

**kaycal**

**Posts:** 4
**Joined:** Wed Jul 02, 2014 11:16 pm
**Reputation:** 0

0

## Re: Tvpad works, but nothing else

▯by **clubtvpad** » Fri Jan 09, 2015 8:53 pm

try turning off your Asus firewall and see if it makes a difference. I would also check to see if the Time Warner modem has firewall enabled.

**clubtvpad**
Site Admin

**Posts:** 4994
**Joined:** Sat Jul 07, 2012 4:50 pm
**Location:** San Francisco Bay Area
**Reputation:** 587

0

**BUY WELTV NOW CLICK** [here](#)!
**TVpad firmware and app downloads:** [Download page](#)
General TVPAD FAQ:[Click Here](#)



## Re: Tvpad works, but nothing else



▯by **kaycal** » Fri Jan 09, 2015 9:15 pm

> ❝ clubtvpad wrote:
> try turning off your Asus firewall and see if it makes a difference. I would also check to see if the Time Warner modem has firewall enabled.

Both firewall is off and the problem is still there. I did a connection test while the other tvpad was operating at the DNS and Server was abnormal. Would the tvpad cause some kind of dns problem?

**kaycal**

**Posts:** 4
**Joined:** Wed Jul 02, 2014 11:16 pm
**Reputation:** 0

0

## Re: Tvpad works, but nothing else

**clubtvpad**
Site Admin

EXHIBIT 49

□by **clubtvpad** » Fri Jan 09, 2015 9:49 pm

try using manual config and use DNS 8.8.8.8

**Posts:** 4994
**Joined:** Sat Jul 07, 2012 4:50 pm
**Location:** San Francisco Bay Area
**Reputation:** 587

0



**BUY WELTV NOW CLICK here!**
**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:**Click Here



## Re: Tvpad works, but nothing else

□by **KMK** » Fri Jan 09, 2015 10:34 pm

You need to setup your router with DHCP turn "ON"!



**KMK**

**Posts:** 135
**Joined:** Wed Dec 11, 2013 10:59 pm
**Reputation:** 32

0

## Re: Tvpad works, but nothing else

□by **kaycal** » Sat Jan 10, 2015 12:22 am

> **clubtvpad wrote:**
> try using manual config and use DNS 8.8.8.8

Did that, to no fix.

> **KMK wrote:**
> You need to setup your router with DHCP turn "ON"!

Its on by default



**kaycal**

**Posts:** 4
**Joined:** Wed Jul 02, 2014 11:16 pm
**Reputation:** 0

0

## Re: Tvpad works, but nothing else

□by **zzZzz** » Sat Jan 10, 2015 3:14 am

Just a thought. I presume your broadband download and upload speeds are fast enough and that a single TVpad when operating, isn't overwhelming the connection ?



**zzZzz**

**Posts:** 81
**Joined:** Sat Jul 21, 2012 1:42 am
**Reputation:** 12

0

## Re: Tvpad works, but nothing else

by **kaycal** » Sat Jan 10, 2015 11:21 am



**kaycal**

> **zzZzz wrote:**
> Just a thought. I presume your broadband download and upload speeds are fast enough and that a single TVpad when operating, isn't overwhelming the connection ?

Posts:  4
Joined:  Wed Jul 02, 2014 11:16 pm
Reputation:  0

It should be, 50D 5U. Network is running fine when its directly connected to the modem. Just major problem with the routers which I would like to use. Going to take one of the tvpads to a friends house today and see what happen there.

O

## Re: Tvpad works, but nothing else

by **tjeee** » Thu Jan 22, 2015 7:58 am

I have the same problem, did you fix it?



**tjeee**

O

Posts:  1
Joined:  Sat Oct 05, 2013 8:05 am
Reputation:  0

## Re: Tvpad works, but nothing else

by **Phantoman** » Sun Jan 25, 2015 5:56 am

Maybe Time Warner is the issue here. TVPad uses P2P for all the live streams, so could it be that they are throttling your bandwidth ? On the other hand, maybe your router is getting overloaded with all the P2P connections.



**Phantoman**

O

Posts:  4322
Joined:  Sun Jul 08, 2012 2:10 pm
Reputation:  519

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***

---

Display posts from previous:  All posts    Sort by  Post time    Ascending

**POSTREPLY** ⤶

10 posts • Page 1 of 1

‹ Return to TVpad2 M233 M121(S)

Jump to:    TVpad2 M233 M121(S)

**WHO IS ONLINE**

Users browsing this forum: No registered users and 2 guests

⌂ Board index

The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

**Powered by phpBB** ® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ TVpad Help/FAQ ‹ TVpad2 M233 M121(S)
- Change font size
- Print view

- FAQ
- Register
- Login

# TVpad2 - Uses too much bandwidth!

Post a reply
3 posts • Page **1** of **1**

## TVpad2 - Uses too much bandwidth!

by **Rofl** » Sat May 04, 2013 3:03 am

My parents purchased a tvpad2 a couple of months ago, and whenever they used it to stream live content, it absolutely crippled my 8Mbit network.

Now I've just upgraded to fibre broadband 38Meg, and although I have a larger proportion of the bandwidth reserved for my usage, I still experience intermittent slowdowns - particularly during gaming. I attribute the stutters to the upload speed being below par.

Is there anyway to limit the tvpad2's download/upload speed? If you have a higher broadband connection, will it automatically use the most bandwidth it can muster?!

- 
- 0



Rofl

**Posts:** 2
**Joined:** Sat Mar 23, 2013 3:40 pm
**Reputation: 0**

Top

## Re: TVpad2 - Uses too much bandwidth!

by **clubtvpad** » Sat May 04, 2013 11:32 am

TVpad is a bandwidth hog. The only way to limit it is configuring QOS on your router and set your own limit for up and down speed. However, not all routers have QOS settings.

- 
- 0

# BUY WELTV NOW CLICK here!

**TVpad firmware and app downloads:** Download page

**General TVpad FAQ:** Click Here



clubtvpad
    Site Admin

**Posts:** 4456
**Joined:** Sat Jul 07, 2012 4:50 pm
**Location:** San Francisco Bay Area
**Reputation: 560**
- Website

Top

---

## Re: TVpad2 - Uses too much bandwidth!

by **Phantoman** » Sun May 05, 2013 2:21 pm

I have 100Mbps up/down fibre connection, and I have no issues at all. So the answer to your question is NO, it will not use the most bandwidth it can get. It depends how many peers you have (see it like torrents). Actually the SopCast protocol used by TVPad is very similar to torrents, so the more peers you have the more upload bandwidth it uses. The only difference is that you can limit the upload speed with torrents, but not with SopCast.

- 
- 0

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



Phantoman

**Posts:** 4117
**Joined:** Sun Jul 08, 2012 2:10 pm
**Reputation: 476**

Top

Display posts from previous: [All posts] Sort by [Post time] [Ascending] [Go]

Post a reply
3 posts • Page **1** of **1**

Return to TVpad2 M233 M121(S)

Jump to: [TVpad2 M233 M121(S)] [Go]

## Who is online

Users browsing this forum: No registered users and 1 guest

- Board index
- The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

Powered by **phpBB**® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ TVpad Help/FAQ ‹ TVpad2 M233 M121(S)
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# data usage

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★★ • 6 posts • Page 1 of 1

- Report this post
- Reply with quote

## data usage

◻ by herb » Wed Jun 05, 2013 4:43 pm

how much data usage does tvpad2 use per month, for 2 hours use per day

- 
- 0



herb

       Posts:  3
       Joined:  Wed Mar 20, 2013 9:29 pm
       Reputation:   0

- E-mail herb

Top

- Report this post
- Reply with quote

## Re: data usage

□ by <u>clubtvpad</u>  » Wed Jun 05, 2013 4:46 pm

see this thread on data consumption.

<u>viewtopic.php?f=10&t=865&p=6990&hilit=data+usage#p6990</u>

- 
- <u>0</u>

# BUY WELTV NOW CLICK <u>here</u> !

**TVpad firmware and app downloads:** <u>Download page</u>
**General TVpad FAQ:**<u>Click Here</u>



<u>clubtvpad</u>
      Site Admin

      Posts:  4905
      Joined:  Sat Jul 07, 2012 7:50 pm
      Location:  San Francisco Bay Area
      Reputation:  <u>584</u>

- <u>E-mail clubtvpad</u>
- <u>Website</u>

<u>Top</u>

- <u>Report this post</u>
- <u>Reply with quote</u>

## Re: data usage

□ by <u>herb</u>  » Wed Jun 05, 2013 5:22 pm

how data usage for live hd streaming

- 
- <u>0</u>

12/20/2016                Case 2:15-cv-01869-SVW-AJW    Document 23-4  Filed 03/16/15    Page 248 of 264    Page ID
club TVpad • View topic - data usage
#:1224



herb

> Posts:  3
> Joined:  Wed Mar 20, 2013 9:29 pm
> Reputation:  0

- E-mail herb

Top

---

- Report this post
- Reply with quote

## Re: data usage

by **Phantoman**  » Wed Jun 05, 2013 6:44 pm

It's difficult to say since you don't really know how much is the total upload unless you have a smart router or something like that. Anyway, there is no real HD on these devices, the source of the streams can be from an HD channel (e.g. ATV HD), but the streams themselves are SD quality. So I wouldn't worry about that.

- 
- 0


If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



Phantoman

> Posts:  4225
> Joined:  Sun Jul 08, 2012 5:10 pm
> Reputation:  503

Top

---

- Report this post
- Reply with quote

12/20/2016    Case 2:15-cv-01869-SVW-AJW    Document 23-4    Filed 03/16/15    Page 249 of 264    Page ID
clubtvpad - view topic - data usage
#:1225

## Re: data usage

by **Almighty1** » Wed Jun 05, 2013 7:18 pm

Maybe there is HD except just like cable/satellite - it's compressed.

- 
- [0](#)



[Almighty1](#)

Posts:  96
Joined:  Fri Nov 16, 2012 1:45 pm
Reputation:  [2](#)

- [E-mail Almighty1](#)

[Top](#)

- [Report this post](#)
- [Reply with quote](#)

## Re: data usage

by **Phantoman** » Thu Jun 06, 2013 5:10 am

Believe me, none of these devices have HD 😬 I'm pretty sure they never will if they keep using P2P networks.

- 
- [0](#)

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**[*** CLICK HERE TO DONATE ***](#)**



[Phantoman](#)

Posts: 4225
Joined: Sun Jul 08, 2012 5:10 pm
Reputation: 503

Top

---

| Quick Reply |
| --- |

| Display posts from previous: | All posts ▾ | Sort by | Post time ▾ | Ascending ▾ | Go |
| --- | --- | --- | --- | --- | --- |

---

Post a reply

Topic evaluate: ★★★★★★ • 6 posts • Page 1 of 1

Return to TVpad2 M233 M121(S)

| Jump to: | TVpad2 M233 M121(S) ▾ | Go |
| --- | --- | --- |

## Who is online

Users browsing this forum: 1234, Yahoo [Bot] and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

**EXHIBIT 50**

Case 2:15-cv-01869-SVW-AJW   Document 23-4   Filed 03/16/15   Page 252 of 264   Page ID
#:1228



EXHIBIT 50



much upload speed going through when the TVPAD is on.  Which is why my total upload speed for the month way exceeded my download speed.  If we have the option to limit that speed like bittorrent programs can, then we can manage our monthly bandwidth better.

注册会员

TA的每日心情
开心
2012-12-11
11:31:35

签到天数: 37 天
[LV.5]常住居民I

串个门       加好友
打招呼       发消息

做人不能太红X字，所以我来签到了

举报

timmyng

发表于 2012-5-9 14:03:54  │只看该作者                                                  地板

Some (not all) routers can limit the upload speed at their QoS section. You can try to config your router accordingly.

高级会员

TA的每日心情
慵懒
2014-5-27 12:35:57

签到天数: 359 天
[LV.8]以坛为家I

串个门       加好友
打招呼       发消息

做人不能太红X字，所以我来签到了

举报

frojj

发表于 2012-5-12 20:46:52  │只看该作者                                                  5#

Thanks for the advice.  That's what I end up having to do.  I wish there is a cleaner way to do it, but oh well.

注册会员

TA的每日心情
开心
2012-12-11



11:31:35

签到天数: 37 天
[LV.5]常住居民I

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

jk4287

发表于 2012-5-13 07:31:06 | 只看该作者          6#

TVPAD is based on internet bandwidth. There is limited thing you can do about it. If you are really concern with your internet bandwidth, get a satellite . And your problem is gone. :-)

No bandwidth issue, no low quality issue, no service interruption issue. Everyone's happy.

中级会员

TA的每日心情
开心
2013-3-2
18:43:45

签到天数: 113 天
[LV.6]常住居民II

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

frojj

发表于 2012-5-22 09:07:41 | 只看该作者          7#

the above post is not very helpful for tvpad.  you are basically telling me not to use it.

注册会员

TA的每日心情
开心
2012-12-11
11:31:35

签到天数: 37 天
[LV.5]常住居民I

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

easy2supply

发表于 2012-10-3 13:55:44 | 只看该作者          8#

simialr post already existed!!

高级会员

点评



TA的每日心情
擦汗
7 天前

签到天数: 494 天
[LV.9]以坛为家II

串个门          加好友
打招呼          发消息

frojj

注册会员

TA的每日心情
开心
2012-12-11
11:31:35

签到天数: 37 天
[LV.5]常住居民I

串个门          加好友
打招呼          发消息

beamer168

金牌会员

TA的每日心情
开心
2014-8-3
1 06:54:02

签到天数: 684 天
[LV.9]以坛为家II

串个门          加好友
打招呼          发消息

frojj  seriously, you dig up a post that's almost 5 months old and make an useless comment on it? are you bored?  详情 回复  发表于 2012-10-4 00:07:25

做人不能太红X字，所以我来签到了

举报

发表于 2012-10-4 00:07:25  | 只看该作者                                                    9#

> easy2supply 发表于 2012-10-3 13:55
> simialr post already existed!!

seriously, you dig up a post that's almost 5 months old and make an useless comment on it?  are you bored?

点评

beamer168  LOL......He likes seeing himself being in the top 3 daily highest poster list. If only his posts are helpful instead of useless info.  详情 回复  发表于 2012-10-4 01:03:56

做人不能太红X字，所以我来签到了

举报

发表于 2012-10-4 01:03:56  | 只看该作者                                                   10#

> frojj 发表于 2012-10-4 00:07
> seriously, you dig up a post that's almost 5 months old and make an useless comment on it?  are yo ...

LOL......He likes seeing himself being in the top 3 daily highest poster list. If only his posts are helpful instead of useless info.

港粤网络电视 for 3.26 download at www.clubtvpad.com/forums

举报

分享到

发帖                                         返回列表   1   2   下一页

高级模式

您需要登录后才可以回帖 登录 | 立即注册    用QQ帐号登录

发表回复    回帖后跳转到最后一页

Powered by **Discuz!** X2                                      Archiver | 手机版 | **TVpad Fans**

© 2001-2011 Comsenz Inc.                    GMT+8, 2014-9-24 05:15 , Processed in 0.046778 second(s), 21 queries .



OWN **JOHN WICK** ON BLU-RAY

FEATURING **DOLBY ATMOS**

BUY NOW

R

HOME    FORUMS ▾    ACTIVE TOPICS    TODAY'S POSTS    REVIEWS    ARTICLES ▾    GALLERY    REGISTER

User Name [                ]  [        ]  Log in  ☐ Remember

AVS Forum > Gaming & Content Streaming > Networking, Media Servers & Content Streaming > TVpad Owner Thread for the Asian Community

Forum Jump:  [ Networking, Media Servers & Content Streaming ]  Go          [                ]  Search

Page 5 of 5   « First   ◀   ▮   3   4   5

**Thread Tools**

☐ 12-24-2012, 11:54 AM

**Daniel Chapman**
Newbie

i can't seem to figure out how to use my tvpad as a USB media player.
everything i read says it plays back alot of different file formats through usb,
but i can't find the functions to allow me to do that. i inserted my usb drive
with content on it into the tvpad, i have a check mark on the thumbdrive icon
in the bottom right of the screen, but i can't figure out how to access the usb
drive or play any of the content on it. can someone help? thanks and happy
holidays!

Join Date: Oct 2012
Posts: 1
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 0 Post(s)
Liked: 10

■

☐ 12-28-2012, 06:38 PM

**afilipi**
Member

Hello,

I had the same problem. Then my wife (who is Chinese) showed me that one
must download media player apps using TVpad's app manager. The app for
video playback is called Mvod. (For audio, it is called Mplayer. Apparently, you
need a separate app to play audio files - I have not tried Mplayer myself.)

Once you start the app and point it to your USB drive, it will scan the drive and
show you a list of files that can be played. If your drive has many videos, the
scanning process will take quite a bit of time, which is really annoying. I do not
think it is possible to disable the scanning process and instead ask the app to
show you the drive's folder structure, so that you can navigate to the video
yourself without TVpad wasting time with figuring out a complete list of video
files on the drive.

Join Date: Oct 2003
Location: Washington, DC
Posts: 105
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 0 Post(s)
Liked: 10

Good luck,
Ales

Save up tp 25% with Visual Apex

**visualapex** VAPEX SCREENS
Home Theater

Home Theater Projector
Packages can save you up to 25%!

**Active Topics**

4    speaker wire check ?
     Today 02:16 PM by blazer10

1k   Samsung Panel Version Thread
     Today 02:16 PM by theroys88                    🔗

8    How to convert "Volts" into "Watts"
     Today 02:16 PM by Bill Fitzmaurice

259  UXL Group Buy-The Sequel
     Today 02:15 PM by wormraper                     🔗

634  LG 65EC9700 OLED Owners Thread
     Today 02:15 PM by Ken Ross                      🔗

4k   Cleveland, OH - HDTV
     Today 02:15 PM by Bismarck440                   🔗

1k   **miniDSP DDRC-88A Official Thread**8-
     channel AI/AO Dirac...
     Today 02:15 PM by AV Science Sales 5            🔗

11k  ***Official 2014 Vizio P Series Owner's
     Thread
     Today 02:15 PM by Ph8te                         🔗

1    Krell Vanguard Integrated Amplifier at CES
     2015
     Today 02:14 PM by R Harkness

41   Sony closing all 14 stores in Canada
     Today 02:14 PM by NorthSky

01-03-2013, 05:42 AM

**kitabata**
Member

Join Date: Apr 2008
Posts: 39
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 0 Post(s)
Liked: 10

Quote:

> Originally Posted by **mofo888**
>
> Kitabata, thanks for the review. I could be wrong, but it sounds like you have a pretty busy network with xbox, HTPC, slingbox and possibly other computers and pda on your network. The issues you are having with TVpad can probably be fixed by simply rebooting the router to clear the DHCP client table. As for your app loading slow, it's also internet related. TVpad is a bandwidth hog because it takes up both download and upload streams. So if you have other devices on your network it will affect TVpad's performance and vice versa. If you are using TVpad, other devices on the network may be affected. Hope after a few days of use, you can give us an update.

Sorry for late reply, I was away. My network is clean, only the TVpad has problems and although I didn't mentioned it before I don't run all the devices at the same time. I upgraded to fw 3.24 from 2.62 same problems. I have connected directly to my router bypassing the wireless bridge and it works better. Same ****** sound though. Now it's just a waiting game wondering if or when the TVB channels get blocked.
Quote:

> Originally Posted by **mofo888**
>
> ## YOU CAN NOW RECORD TVPAD STREAMS!!!!
> You can download the recorder app for TVpad M121s or M121. It records to SD card, USB or Network Share! You can play the recorded file using TVpad or VLC player on other devices.
> http://clubtvpad.com/forums/viewtopic.php?f=3&t=380

My only wish is that you can set it to work like a DVR to wakeup and record at a certain time, on a certain channel, from a certain app, for a certain amount of time. I am *certain* that would be a great feature. 😊

01-28-2013, 11:18 PM

**yyqfeng**
Newbie

Join Date: Jan 2013
Posts: 1
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 0 Post(s)
Liked: 10

http://www.aliexpress.com/store/product/New-TVPAD-English-network-HD-player-hdd-media-player/709241_512045947.html

12-27-2013, 09:33 PM

**L_T**
Senior Member

Join Date: Jul 2006
Posts: 473
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 2 Post(s)
Liked: 11

They say their servers were hacked a few days ago. This is affecting some users from connecting or reconnecting after a power down.

I just got one and after troubleshooting it and going over all the settings over and over. I almost gave up for the day. But a message popped up during the network test saying that the server had been hacked and people are still being affected from connecting. I ran the network test another 2 times then it finally connected. It is working now but I am afraid it won't connect again after I power it off and on.

I couldn't get the wireless to work. It would see the network SSID but wouldn't connect. I even put in the network settings manually but it still wouldn't connect. Resorted to ethernet. And before anyone asks. Yes, I know how to setup a router and client devices such as laptops, tablets, media players, etc.

Anyone know how to jump through multiple files? Some of the recorded VOD stuff has several hundred files and I dread having to push the down button a couple hundred times to get the file I want.



**01-13-2014, 12:37 PM**

**bowmah**
Advanced Member

Join Date: Nov 2006
Posts: 842
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 0 Post(s)
Liked: 16

I have heard conflicting remarks about whether the TVpad 3 uses a lot of upload bandwidth. In one stance, I was told the content you stream / download to watch is fed out again to share with others. In another instance, I was told there was only download streaming and no upload. Can anyone shed some light on this?

**03-26-2014, 10:22 AM**

**L_T**
Senior Member

Join Date: Jul 2006
Posts: 473
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 2 Post(s)
Liked: 11

> Quote:
>
> Originally Posted by **bowmah**
>
> I have heard conflicting remarks about whether the TVpad 3 uses a lot of upload bandwidth. In one stance, I was told the content you stream / download to watch is fed out again to share with others. In another instance, I was told there was only download streaming and no upload. Can anyone shed some light on this?

From what some people have posted online, that is pretty much how it works. It is sort of like peer to peer sharing/***********. When you are watching something the TVpad buffers some of the video and it is transmitted to other TVpad users.

It doesn't seem to use a tremendous amount of upload bandwidth but this could change when more people or less are watching the same thing.

I have noticed that it does use a lot of bandwidth in general. With the TVpad going I can browse and such on another machine without too much problem. This is on a cable internet connection.

Page 5 of 5   « First   3   4   5

**Tags**

Roku Streaming Player

AVS Forum > Gaming & Content Streaming > Networking, Media Servers & Content Streaming > TVpad Owner Thread for the Asian Community

**Thread Tools**

**Forum Jump:**   Networking, Media Servers & Content Streaming   Go

**POSTING RULES**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **Off**
Pingbacks are **Off**
Refbacks are **Off**

Forum Rules



# TVPAD M121S BLOG

Search

HOME     VIDEO     FAQ

## TVpad M121S/M121: Frequently asked questions (FAQ)

Saturday, July 07, 2012     faq

This post will mention the most frequently asked questions about the TVpad M233 (TVpad2), TVpad3 M121S or M121 and it will be updated frequently.

Go to this page for the TVpad3 promotion packages: tvpadm233.blogspot.com/2013/11/tvpad-3-discount-deals.html

**FAQ**

### 1. Do I have to pay shipping costs when I buy the machine on the official website?
*The shipping costs are free for a lot of countries. See the table below (source is tvpad official website). Also, you can see your tracking number in the account you have signed up for during the purchase process.*



### 2. Do I have to pay import costs/tax?
*The vendor will put a very low value on the package, but there is still a chance that you have to pay import costs/tax if the customs does not believe the low value of the machine. Also, the import duty rule (pay tax if the value is over a certain threshold) can differ for each country, so check your customs website about this.*

### 3. What is the after-sale service when you buy the TVpad on the official TVpad website?
*You can return the machine within 7 days or exchange the machine for a new one within 15 days if the machine is faulty. Also, this machine has 1 year warranty. If you want to return the machine, put the return receipt in your package and state the following information: your name, order number, registered ID (e-mail and nickname) and returns reason. Before sending back, I still advice you to make contact first with the customer service.*

### 4. Do all WIFI network adapters/dongles work on the TVpad?
*The answer is no, not all WIFI network adapters work on the TVpad. The vendor recommends the Netcore NW360 WIFI adapter. An user reported that the following WIFI usb adapter also works on the TVpad: WIFI usb adapter. The vendor also have mentioned that WIFI USB adapters with RT3070 or RTL8192SU chipset inside will work on the TVpad.*

*Note: it's best to use a wired connection , more stable in my opinion compared to a wireless connection, but you can always try the WIFI network adapter first. Please be aware that there is no built-in wifi chip inside the TVpad M121S or in the M121.*

## SHARE THIS SITE



## TVPAD3 OFFICIAL RETAIL SITE

**Buy 1 TVpad 3 unit on the following official site with confidence (free shipping worldwide):**



Instantly access files from any device. Anytime. Anywhere.

**http://bit.ly/tvpad3**

Popular     Tags     Blog Archives

## POPULAR POSTS

Tvpad M121S/M121 Apps download

## RECENT POSTS

Tvpad user does not exist

Tvpad servers should now be working again

Tvpad user does not exist update

Tvpad M121S model has been discontinued

New TVpad app: QQ video on demand app

## BLOGROLL

*A low cost RJ45 cable would work if you don't mind the long cables in your house or you could buy powerline adapters (at least two are needed). I must tell you that some people have some problems with the wireless connection (connection not stable enough), so my advice is really to use a wired connection.*

*There is a WIFI chipset built-in inside TVpad2 (TVpad M233), so you don't need to buy an external WIFI USB stick anymore.*

5.1 How to get TVpad working for the first time (short tutorial)?
*First, the following items should be included in the TVpad retail box: TVpad set top box, instruction brochure, power adapter, remote, av cable, hdmi cable and 8GB microSD card. After you have connected the TVpad with your TV and started it up, you will be ask to enter a three digit number shown on the TV screen. Type in that number using the remote control. After that, you will be able to configure your settings. (Edit: there is only 4GB microSD card in stead of 8GB in the M121S package and TVpad2 (TVpad M233)*

5.2 How to install/un-install the apps on the TVpad?
*No apps are installed when you start the machine for the first time. After you have configured your settings, you can install the apps by going to "App manager" in the main menu. In the "TVpad store" (first tab)(this can be found in firmware 3.0 or higher), you can find all the apps. Choose the app you would like to install and press "OK" in the remote control. You can un-install an app by going to the "Installed apps" tab. Go to the app you would like to un-install and press "OK" in the remote control.*

*Apps can also be installed using an USB-stick. Connect your USB-stick with the apps on it with your TVpad and go to "App manager" in the main menu. Go to the third tab ("Others") and there you will find all the apps you would like to install. If you have TVpad2 (TVpad M233) device, then it is normally not possible to install TVpad apps using an USB-stick (there is no third tab). However, you can use some software to allow apps installation using an USB-stick.*

6. Will the TV apps work forever?
*No, there is a chance that some of the apps won't work in the future.*

7. What kind of Internet connection do I need for the TVpad?
*At least a download speed of 2 till 3Mbps is going to be needed, 3-4Mbps is more on the safer side. Be aware that these livestreams also uses your upload connection, so you are downloading as well as uploading at the same time. Thus, this could affect your Internet browsing or gaming experience. Maybe your router has the option to limit the upload speed.*

8. Do I have to pay a monthly/yearly fee for this device?
*No, you don't have to pay a monthly/yearly fee for using this device.*

9. How to switch video output from AV to HDMI and vice versa?
*Normally, you can switch the video ouput in "Settings" ---> "Video Setting". You can also switch the video output by pressing F1 button for a couple of seconds on your remote control and wait for a couple of minutes. Try this method when the TVpad is turned on and you are only seeing a black screen on the TV. You can switch between PAL and NTSC by pressing the F2 button for a couple of seconds on your remote control.*

10. How is the quality of the livestreams and are they stable (without lags or stuttering)?
*Generally speaking, the quality of the livestreams is average (they are not HD quality), but still good enough to watch. In the past 11 months, I haven't experienced lags/stuttering, so the livestreams are quite stable.*

11. How much is the data usage when the TVpad is turned on?
*Since not all the TV livestreams are of the same quality (bitrate can differ), I can only mention a rough estimate of the data usage when you are watching a TV livestream. Watching a livestream for 10 minutes is about 63MB of data usage. This can be higher or lower depending on the livestream you are watching.*

12. How to see the channel list within an app?
*Press the "Menu" button on your remote to see the channel within the app. You can also change a TV channel by using the up and down "arrows" buttons on your remote and then press the "OK" button.*

13. How to update the TVpad apps?
*It does not happen often that you need to update the apps. New TV channels can be added by the TVpad management without updating your app. When there is a new update of an app, you need to download the app again and install it again (un-install the old app first). In firmware version 3.0, the system will notify you to update your app.*

14. What are the differences between the TVpad M121S and M121? (TVpad M121S vs M121)
*The TVpad management only mentioned that the CPU inside the M121S is the TCC8902 and there is 256M RAM inside the M121S. The CPU inside the M121 is the TCC8901 and there is also 256M RAM inside the M121. Searching the Internet for more information about the CPU, it can be noticed that the CPU core is the same between the TCC8902 and the TCC8901 (see this link and this link). They are both clocked at 800MHz.*

*The GPU is also the same.*

*Furthermore, M121S has firmware version 3.0 which allows you to watch more foreign channels (Korean TV streams) and it has more video on demand apps. Current M121/120 owners can update their firmware in the future to 3.0 to have the same features as the M121S. It seems that TVpad M121S has only a newer firmware version.*

15. What are the differences between the TVpad M311 and M121S?
*TVpad M311 was a device similar to the M121, but it was targeted to Koreans living overseas. Instead of Chinese TV channels, the TVpad M311 has Korean TV channels and Korean on demand content. Some while ago, the TVpad management discontinued the M311 (not for sale anymore) and allowed the TVpad M121S to watch Korean TV channels and Korean on demand content.*

16. What is the system interface language?
*The following languages are available: Simplified Chinese, Traditional Chinese, English, Korean and Japanese. Korean and Japanese language are only available in firmware version 3.0*

17. What kind of video's can be played by TVpad?
*TVpad can play video's with the following codecs: H.264, MPEG 1/2/4, VC-1, Real Video 8/9/10, H.263.*

18. Can I watch two different live channels at the same time with only 1 TVpad?
*No, that's not possible. You will need 2 TVpad units to be able to watch two different live channels at the same time.*

19. Is it possible to buy a new remote control when the old remote control is broken?
*Yes, that's possible. The market price for the remote control is $15 dollar and you can buy it on the official website. You can also use your Android phone as a remote control by installing the remote control app or you can use an Harmony One remote.*

20. I am getting a "user does not exist" message (this could happen to TVpad users with firmware 3.0 or higher). What should I do?
*It could be your Internet connection. Test whether your Internet connection works or not. Maybe your Internet cable is somehow disconnected (if you are using a wired connection). Also, try to restart your TVpad if you are getting the user does not exist message, this may help.*

*If your Internet connection does work fine and you have restarted your TVpad, then you may have a bigger problem. Your TVpad could have been blacklisted/banned. Contact the (online) customer service on the official TVpad website to unban your TVpad by mentioning your problem and the MAC address of your TVpad (this unique MAC address can be found beneath your TVpad)(customer service e-mailaddress: service@tvpad.hk). You can also use the chat service for help (see the next question) If you have bought this device from a dealer/reseller, then this dealer/reseller could have reported to the TVpad customer service that the TVpad device (sold to you) does not work (while it could be working fine). The dealer/reseller will then get a new one from TVpad in return.*

*There is also a possibility that there are some problems with the authentication server of TVpad (causing the "user does not exist" message), anyway you should still contact the customer service on the official site about your problem if the problem exists for more than 1 day.*

21. How can I contact the customer service for help?
*You can send an e-mail to the customer service (service @tvpad.hk) or you can chat with the customer service on the following site:* <span style="color:orange">Chat with the customer service</span>

*You can type your question/problem in English in the chat box, but they may answer only in Chinese. Use an online translator to understand their response to your question/problem.*

22. How to reset or restore the TVpad M121S to factory settings?
*You can reset or restore the TVpad M121S to factory settings by going to "Settings" in the main menu. Then, go to the tab "Factory Default" to restore your settings.*

23. Can I use the TVpad on my computer (PC)/laptop?
*If your PC monitor or laptop has HDMI input connection, then you can use the TVpad also on that device.*

24. What are the differences between TVpad M233 (TVpad2) and TVpad M121S?
*TVpad M233 (also known as TVpad2) has a better CPU and GPU compared to the older model (TVpad M121S). A better CPU and GPU does not mean that the livestreams or video on demand content of the apps are of better quality compared to the older model. A better CPU and GPU in the TVpad M233 model decreases the start-up time of the machine.*

*TVpad M233 (TVpad2) has also built-in WIFI chipset inside, so you don't need an external WIFI USB stick anymore. There is no built-in WIFI chipset inside TVpad M121S. Furthermore, you can play games on the TVpad M233 with the game controller (game controller is provided if you fill in the gift code 14696673 in the order form on the official website). TVpad M233 will also have VoIP support in the future.*

*The amount of TV apps is currently the same for TVpad M233 (TVpad2) as well as for TVpad M121S.*

g +1   +1   Recommend this on Google

Newer Post                              Home                              Older Post

Copyright © 2012-2013 TVpad M121S | Disclaimer | Powered by Blogger