1 | CARLA A. McCAULEY (State Bar No. 223910
carlamccauley@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
3 | Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4
ROBERT D. BALIN (*pro hac vice* pending)
5 | bobbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
6 | lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
7 | samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
8 | georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
9 | 1633 Broadway
New York, New York  10019
10 | Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

11 | **UNITED STATES DISTRICT COURT**
12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, | ) Case No.
) CV15-01869 MMM (AJWx)
)
) **COMPENDIUM OF EVIDENCE**
) **IN SUPPORT OF PLAINTIFFS'**
) **MOTION FOR PRELIMINARY**
) **INJUNCTION, VOLUME 5 OF 7**
)

Plaintiffs, | )[Notice of Motion and Motion for
)Preliminary Injunction and
vs. | ){Proposed} Order filed concurrently]

CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, | )**Date:        June 8, 2015**
)**Time:        10:00 a.m.**
)**Crtrm.:      780**
)
)Action Filed March 13, 2015
)
)
)
)
)
)
)
)
)
)
)
)
)

Defendants. | )

---

COMPENDIUM OF EVIDENCE ISO MOTION FOR PRELIMINARY INJUNCTION
DWT 26440690v1 0094038-000021

**INDEX**
**VOLUME 5**

EXHIBIT 51

EXHIBIT 52

EXHIBIT 53

EXHIBIT 54

EXHIBIT 55

EXHIBIT 56

EXHIBIT 57

EXHIBIT 58

EXHIBIT 59

EXHIBIT 60

EXHIBIT 61

EXHIBIT 62

EXHIBIT 63

EXHIBIT 64

EXHIBIT 65

EXHIBIT 66

EXHIBIT 67

EXHIBIT 68

EXHIBIT 69

EXHIBIT 70

EXHIBIT 71

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 51



## Timeline Photos

Back to Album · TVpad's Photos · TVpad's Page                    Previous · Next



**TVpad**
回看功能 內容供應商已解除故障 後期都會正常 請放心使用。感謝各位粉絲的積極反饋和支持!

Playback failure has been solved by App providers, now can enjoy any playback content. Thank you for all positively feedback and support of TVpad fans!

如有故障反饋或求助均可與7x24小時線上客服聯絡 www.itvpad.com 或撥打+852 2134 9910全球服務熱線。
January 5

👍 Linda Liu, Leon Truong, Ken Leung and 12 others like this.      Top Comments ▾

張家義 高清翡翠台 still not watchable, been 4 days! Only 翡翠台. Very disappointing.
January 6 at 10:09pm

💬 2 Replies

**Francis Chan** You keep on saying if you have any service problem call +863 2134 9910, we, the overseas customers, won't call this number unless it is a free long distance call. Get it? Don't pass the ball to the other department!!!
👍 1 · January 5 at 7:59am · Edited

💬 9 Replies

**Mandy Luong** How come keep having 沒有信号 message?
👍 1 · January 5 at 5:15am

💬 2 Replies

**Celina Wu** Thank you!
January 5 at 2:15am

**TVpad** my pleasure
January 7 at 6:22pm

**Fiona To** 有时还不对嘴形

Album: Timeline Photos

Shared with: 🌐 Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

EXHIBIT 51



January 5 at 1:46am



**TVpad** 請問是粵海時移　粵海道頻還是港粵快看呢　下載速度是多少呢

January 7 at 6:23pm



**Fiona To** 但係我部机现在要等到第二天才看到playback.因以前可以既晚看到的和以前有嘅節目到现在还未收到

January 5 at 1:25am

💬 1 Reply



**Marc Thiessen** ALSO BE ON ALERT, YOUR PRODUCTS DON'T COME SHRINK WRAPPED, GOD KNOWS IF THEY ARE REFURBIRED OR HAD EXISTING PROBLEMS IN THE SYSTEM ITSELF, I SHOULD HAVE KNOWN NOT TO ORDER FROM YOU WHEN I REALIZED YOUR PAGE SAYS "WE WILL CALL ONLY IF WE REALLY NEED TO... See More

January 8 at 2:20am



**TVpad** Sorry for any inconvience, could u plase let us know what is the problem cause to you and how can we help you?

January 8 at 10:37pm

**Fiona To** You keep on saing problem is solved but mine problem is still not solved yet. Its been since 2 weeks before christmas. 以前劇集可以即晚可以看到當天那放. 到現在还是要等到第二天才看到

👍 1 · January 8 at 2:22am



**Fiona To** 劇集还是要等到第二天早上才

January 8 at 2:14am



**Jenny Yuen** 謝謝

January 5 at 7:32am



**Félix Trieu** 多謝通告

January 5 at 4:28am



**Tony KL** Good

January 5 at 1:43am



**Ting Kee Bing Darren** Good job.

January 5 at 1:24am

**Marc Thiessen** YOUR PRODUCT "AWESOME" SUPPORT STAFF MEMBERS ARE THE WORST IN THE INDUSTRY............I WOULD NOT RECOMMEND YOUR PRODUCT TO ANYONE AND WILL ACTIVELY DISCOURAGE POTENTIAL OR INTERESTED CUSTOMERS. YOUR ISSUES GO BEYOND THE APPS, IT THE FACT THAT YOUR REP... See More

January 8 at 2:12am

Sign Up    Log In    Mobile    Find Friends    Badges    People    Pages    Places    Games
Locations    About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Terms
Help

Facebook © 2015
English (US)

https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/771982469537862/?type=1&theater[1/20/2015 2:09:11 PM]

**Morningside Translations**

# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.147689075300541/771982469537862/?type=1&theater

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

TVpad - Timeline Photos | Facebook

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| Timeline Photos | | | | |
| Back to Album · TVpad's Photos · TVpad's Page | | | | Previous · Next |
| | TVpad Playback failure has been solved by App providers. Now, you can enjoy any playback contents. Thank you for all positive feedback and support of TVpad fans! To report any problem or to seek help, contact the 24/7 online customer service at www.itvpad.com or dial the global service hotline number +852 21349910. January 5 | | | Album:          Timeline Photos Shared with: Open Photo Viewer Download Make Profile Picture Embed Post Public |
| | 👍 Linda Liu, Leon Truong, Ken Leung and 12 others like this. | Top Comments | | |
| | Zhang Jiayi   HD Jade is still not watchable; it has been 4 days!    Only Jade is available. Very disappointing. January 6 at 10:09pm 💬 2 Replies | | | |
| | Francis Chan  You keep on saying if you have any service problem call +863 2134 9910, we, the overseas customers, won't call this number unless it is a free long distance call. Get it? Don't pass the ball to the other department!!! 👍 1 · January 5 at 7:59am · Edited 💬9 Replies | | | |
| | Mandy Luong    How come I keep having the "No signal" message? 👍1 · January 5 at 5:15am 💬2 Replies | | | |
| | Celina Wu Thank you! January 5 at 2:15am | | | |
| | TVpad my pleasure January 7 at 6:22pm | | | |
| | Fiona To    Video sometimes does not synchronize with sound. | | | |

| | | |
|---|---|---|
| | January 5 at 1:46am<br>TVpad   Can you tell me is it Yue Hai Time-Shift, Yue Hai Broadband, or Gang Yue Kuai Kan? What is the download speed?<br>January 7 at 6:23pm | |
| | Fiona To   But I cannot watch the playback on my TVpad until the next day; I have not seen the programs from last night and some of the past programs.<br>January 5 at 1:25am<br>💬1 Reply | |
| | Marc Thiessen ALSO BE ON ALERT, YOUR PRODUCTS DON'T COME SHRINK WRAPPED, GOD KNOWS IF THEY ARE REFURBISHED OR HAD EXISTING PROBLEMS IN THE SYSTEM ITSELF, I SHOULD HAVE KNOWN NOT TO ORDER FROM YOU WHEN I REALIZED YOUR PAGE SAYS "WE WILL CALL ONLY IF WE REALLY NEED TO... See More<br>January 8 at 2:20am | |
| | TVpad Sorry for any inconvenience, could u please let us know what is the problem caused to you and how can we help you?<br>January 8 at 10:37pm | |
| | Fiona To You keep on saying problem is solved but mine problem is still not solved yet. It's been since 2 weeks before Christmas. In the past, TV dramas played during the day could be played back that very evening. Now, I cannot watch played TV dramas until the next day.<br>👍1 · January 8 at 2:22am | |
| | Fiona To     I still have to wait till the next morning before I can watch the TV dramas.<br>January 8 at 2:14am | |
| | Jenny Yuen   Thanks.<br>January 5 at 7:32am | |
| | Félix Trieu   Thanks for the notice.<br>January 5 at 4:28am | |
| | Tony KL Good<br>January 5 at 1:43am | |
| | Ting Kee Bing Darren Good job.<br>January 5 at 1:24am | |
| | Marc Thiessen YOUR PRODUCT "AWESOME" SUPPORT STAFF MEMBERS ARE THE WORST IN THE INDUSTRY...........I WOULD NOT RECOMMEND YOUR PRODUCT TO ANYONE AND WILL ACTIVELY DISCOURAGE POTENTIAL OR INTERESTED CUSTOMERS. YOUR ISSUES GO BEYOND THE APPS, IT THE FACT THAT YOUR REP... See More<br>January 8 at 2:12am | |

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
|---|---|---|---|---|---|---|---|---|
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2015
English (US)

设为首页 收藏本站



| 论坛 | TVpad产品区 | App内容区 | 盒粉交流区 | 问题反馈 | 购买TVpad | TVpad 招商 | 快捷导航 |

请输入搜索内容　　　　　本版　搜索　热搜: TVpad2 TVpad wifi设置 使用心得 BETV

论坛　App内容区　App内容交流区　BETV和516直播的所有台看不了!! ...

发帖 ▾　　　　　　　　　　　　　　　　　　　　　　　　　　　返回列表

查看: 290 | 回复: 2　　　[直播] BETV和516直播的所有台看不了!!下载速度0~4KB~ [复制链接]

**ultralighting**　　发表于 2014-6-14 12:20:24 | 只看该作者 | 倒序浏览　　　　楼主 电梯直达

新手上路
☆
该用户从未签到
串个门　加好友
打招呼　发消息

本帖最后由 ultralighting 于 2014-6-14 13:12 编辑

BETV和516直播的所有台看不了!!下载速度0~4KB~发生咩事????

本主题由 admin 于 2014-6-15 05:36:30 下沉

分享到: QQ空间 腾讯微博 腾讯朋友

♥分享0　★收藏0　↑支持0　↓反对0

使用道具　举报

**stephanie_kyn**　　发表于 2014-6-15 04:32:11 | 只看该作者　　　　　　　沙发

same here.
还有粤海也是
總之所有直播apps都用不了

新手上路
☆
该用户从未签到
串个门　加好友
打招呼　发消息

举报

**nav**　　　　　发表于 2014-6-15 04:48:17 | 只看该作者　　　　　　　板凳

金牌会员
海外用户
😊👍
TA的每日心情

stephanie_kyn 发表于 2014-6-14 13:32
same here.
還有粤海也是
總之所有直播apps都用不了

http://www.tvpadfans.com/forum.p ... tid=168024#lastpost



开心
7 小时前

签到天数: 301 天
[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

发帖 ▼

返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册 🟦 用QQ帐号登录

发表回复　☐ 回帖后跳转到最后一页

Powered by Discuz! X2
© 2001-2011 Comsenz Inc.

Archiver | 手机版 | TVpad Fans 🟢 🄰 🎏
GMT+8, 2014-12-9 07:08 , Processed in 0.130863 second(s), 21 queries .



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread167892-1-4.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

12/8/2014   None of the BETV or 516 live channels can be watched!! The download speed is only 0 Kbps to 4 Kbps  – App Content Exchange Section – TVpad Fans

Set as homepage. Bookmark this page.

Login with my QQ account

Only one step away. Quick start.

User name

Password

Automatic login

Log in

Retrieve password

Register now

| Forum | TVpad Product Section | App Content Section | Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched.

This forum    Search    Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | App Content Section | App Content Exchange Section | None of the BETV or 516 live channels can be watched!! The download speed is only 0 Kbps to 4 Kbps. |

Write a post

Return to the list.

| Views: 290 | Replies: 2 | [Live Broadcast] None of the BETV or 516 live channels can be watched!! The download speed is only 0 Kbps to 4 Kbps. [copy link] |
|---|---|---|
| ultralighting | Posted at 12:20:24, 06/14/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Freshman | Last edited by ultralighting at 13:12, 06/14/2014 |
| This user has never signed in. | None of the BETV or 516 live channels can be watched!! The download speed is only 0 Kbps to 4 Kbps. What happened? |
| Pay a visit | Add as buddy | This topic was sunk by admin at 05:36:30, 06/15/2014. |
| Say hello | Send a message | |

| Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|
| Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

| | | Tool used | Report an abuse |

| stephanie_kyn | Posted at 04:32:11, 06/15/2014 | Posts by this author | Sofa |
|---|---|---|---|
| Freshman | same here. |
| This user has never signed in. | Yue Hai Broadband has the same problem. |
| Pay a visit | Add as buddy | Anyway, none of the live Apps works. |
| Say hello | Send a message | |

| | | Report an abuse |

| nav | Posted at 04:48:17, 06/15/2014 | Posts by this author | Bench |
|---|---|---|---|
| Gold member Overseas user | Posted by stephanie_kyn at 13:32, 06/14/2014 |
| | same here. |
| His (her) daily mood | Yue Hai Broadband has the same problem. |
| **Happy** | Anyway, none of the live Apps works. |
| 7 hours ago | |
| Sign-in by days: 301 days | http://www.tvpadfans.com/forum.p ... tid=168024#lastpost |
| [LV.8] Make the forum a home. I | |
| Pay a visit | Add as buddy | |
| Say hello | Send a message | |

| | To behave myself, I am signing in. | Report an abuse |

12/8/2014    None of the BETV  or  516 live channels can be watched!! The download speed is only 0 Kbps to 4 Kbps  – App Content Exchange Section – TVpad Fans

| Write a post | | Return to the list. | |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br>Go to the last page after the reply. | | |

| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans<br>GMT+8, 2014-12-9 07:08 , Processed in 0.130863 second(s),<br>21 queries . |
|---|---|

设为首页  收藏本站

Fans

用QQ帐号登录
只需一步，快速开始

用户名 [_____]  ☐ 自动登录  找回密码
密码 [_____]  [登录]  立即注册

论坛   TVpad产品区   App内容区   盒粉交流区   问题反馈   购买TVpad   TVpad 招商          快捷导航

请输入搜索内容          本版 [搜索]  热搜: TVpad2 TVpad wifi设置 使用心得 BETV

论坛 › App内容区 › App内容交流区 › APP 516 三立新闻

[发帖 ▾]                                                          [返回列表]

| | |
|---|---|
| 查看: 301 \| 回复: 1 | [直播] APP 516 三立新闻 [复制链接]  🖨 ⇦ ⇨ |

**toka0204**



新手上路
☆

TA的每日心情
开心
2014-9-8
05:53:54

签到天数: 1 天
[LV.1]初来乍到

串个门    加好友
打招呼    发消息

🔲 发表于 2014-9-8 05:53:08 | 只看该作者 | 倒序浏览              楼主 电梯直达 [ ] 🔧

516 三立新聞台, 一直顯示節目維護中, 已經一個禮拜都無法觀看了.請問有解嗎？
感謝

From Brasil

三立

分享到: 🟦 QQ空间 🟦 腾讯微博 🟩 腾讯朋友

❤ 分享 0   ⭐ 收藏 0   👍 支持 0   👎 反对 0

相关帖子

• 516网路电视 - 三立国际台变成三立新闻台？          • 516 网络电视 - 三立国际台变成中天亚洲台？
• 516 三立国际台                                    • 516S三立新闻和三立国际台消失

做人不能太红X字，所以我来签到 ...

                                                    使用道具   举报

**admin**



管理员
😊😐☆

TA的每日心情
奋斗
昨天 18:14

签到天数: 105 天
[LV.6]常住居民II

串个门    加好友
打招呼    发消息

🔲 发表于 2014-9-9 11:24:58 | 只看该作者                                沙发

☎  非常抱歉，目前还在处理中~~



做人不能太红X字，所以我来签到了

举报

发帖 ▾

返回列表

Powered by **Discuz!** X2
© 2001-2011 Comsenz Inc.

Archiver | 手机版 | **TVpad Fans**
GMT+8, 2014-12-9 07:05 , Processed in 0.042762 second(s), 23 queries .

http://tvpadfans.com/thread-177802-1-3.html

2/2



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread177802-1-3.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

12/8/2014          APP 516 SetNews – App Content Exchange Section – TVpad Fans

Set          as homepage. Bookmark this page.

Login    with my      QQ account

| Only one step away.  Quick start. | User name |  | Automatic login | Retrieve password |
|---|---|---|---|---|
|  | Password |  | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | Box      Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |
|---|---|---|---|---|---|---|---|

Please enter the content to be searched.

| This forum | search | Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV |
|---|---|---|

| Forum | App    Content Section | App Content Exchange Section | APP 516 SetNews |
|---|---|---|---|

Write a post

Return to the list.

| Views: 301 | Replies: 1 | [Live Broadcast] APP 516 SetNews [copy link] | | | | |
|---|---|---|---|---|---|---|
| toka0204 | | Posted    at    05:53:08, 09/08/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Freshman | | For a week, I have been unable to watch the 516 SetNews channel, which says "program maintenance". What is the problem? | | | | |
| His (her) daily mood | | | | | | |
| **Happy** | | Thanks. | | | | |
| 2014-9-8 05:53:54 | | | | | | |
| Sign-in by days: 1 day | | From Brasil | | | | |
| [LV.1] New comer | | Sanlih E-Television | | | | |
| Pay a visit | Add      as buddy | Share to: | QQ Space | Tencent microblog | Tencent Friends | |
| Say hello | Send     a message | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 | |
| | | Related posts | | | | |
| | | • 516 Web TV – Set International becoming SetNews? | | • 516 Web TV – Set International becoming CTI Asia? | | |
| | | • 516 Set International | | • 516 SetNews and Set International gone. | | |
| | | To behave myself, I am signing in. | | | Tool used | Report   an abuse |
| admin | | Posted at 11:24:58, 09/09/2014 | Posts by this author | | | Sofa |
| Administrator | | I am sorry, we are still trying to solve the problem. | | | | |
| His (her) daily mood | | | | | | |
| **Striving** | | | | | | |
| 18:14, yesterday | | | | | | |
| Sign-in by days: 105 days | | | | | | |
| [LV.6] Inhabitant II | | | | | | |
| Pay a visit | Add      as buddy | | | | | |
| Say hello | Send     a message | | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse | |

| Write a post | | Return to the list. | |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br><br>Go to the last page after the reply. | | |

| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans<br>GMT+8, 2014-12-9 07:05 , Processed in 0.042762 second(s),<br>23 queries . |
|---|---|

设为首页 收藏本站

Fans

用QQ帐号登录
只需一步，快速开始

用户名 [　　　] ☐ 自动登录 找回密码
密码 [　　　] **登录** 立即注册

论坛 TVpad产品区 App内容区 盒粉交流区 问题反馈 **购买TVpad** TVpad 招商 **快捷导航**

请输入搜索内容 本版 | **搜索** 热搜: TVpad2 TVpad wifi设置 使用心得 BETV

论坛 ▸ App内容区 ▸ App内容交流区 ▸ 粤海宽频23和betv ii 3

**发帖 ▾** **返回列表**

---

查看: 495 | 回复: 1

**[直播] 粤海宽频23和betv ii 3** [复制链接]

Essencheng84

🔲 发表于 2014-9-14 08:11:13 | 只看该作者 | 倒序浏览 楼主 电梯直达 [　] 🔧

新手上路
⭐

TA的每日心情
😡 怒
2014-9-15
02:29:31

签到天数: 1 天
[LV.1]初来乍到

串个门 加好友
打招呼 发消息

粤海宽频23和betv ii3 已经两天没有回放了2014-09-12&2014-09-13.

分享到: 🔵 QQ空间 📄 腾讯微博 🌸 腾讯朋友

💗 分享 0 ⭐ 收藏 0 👍 支持 2 👎 反对 0

Tvpad 是否要down?

使用道具 举报

---

admin

管理员
🔲🔲⭐

TA的每日心情
😊 奋斗
昨天 18:14

签到天数: 105 天
[LV.6]常住居民II

串个门 加好友
打招呼 发消息

🔲 发表于 2014-9-15 11:52:30 | 只看该作者 沙发

👓 很抱歉给您带来困扰，目前此问题正在处理中！

分享到

---



做人不能太虹X字，所以我来签到了

举报

发帖 ▾

返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册   用QQ帐号登录

查看回复    回帖后跳转到最后一页

Powered by **Discuz!** X2

© 2001-2011 **Comsenz Inc.**

Archiver | 手机版 | **TVpad Fans**

GMT+8, 2014-12-9 06:38 , Processed in 0.088152 second(s), 20 queries .



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread179636-1-3.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

12/08/2014   Yue Hai Broadband 23 and BETV II 3 – App Content Exchange Section – TVpad Fans

| Set as homepage. Bookmark this page. | | | | Login with my QQ account | | | |
|---|---|---|---|---|---|---|---|
| | | | | Only one step away. Quick start. | User name | Automatic login | Retrieve password |
| | | | | | Password | Log in | Register now |
| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched.   | This forum | Search | Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | App Content Section | App Content Exchange Section | Yue Hai Broadband 23 and BETV II 3 |
|---|---|---|---|

Write a post                                                                 Return to the list.

| Views: 495 | Replies: 1 | [Live broadcast] Yue Hai Broadband 23 and BETV II 3 [copy link] | | | | |
|---|---|---|---|---|---|---|
| Essencheng84 | | Posted at 08:11:13, 09/14/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| **Freshman** | | No playback has been available on Yue Hai Broadband 23 or BETV II3 for two days (09/12/2014 and 09/13/2014). | | | | |
| His (her) daily mood **Angry** | | | | | | |
| 2014-9-15 02:29:31 | | Share to: | QQ Space | Tencent microblog | Tencent Friends | |
| | | Share: 0 | Add to favorite: 0 | Support 2 | Object 0 | |
| Sign-in by days: 1 day | | | | | | |
| [LV.1] New comer | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |
| | | | | | | |
| | | Is TVpad going down? | | | Tool used | Report an abuse. |
| admin | | Posted at 11:52:30, 09/15/2014 | Posts by this author | | Sofa | |
| Administrator | | Sorry for the inconvenience. We are currently working on this issue. | | | | |
| His (her) daily mood **Striving** | | | | | | |
| 18:14, yesterday | | | | | | |
| Sign-in by days: 105 days | | | | | | |
| [LV.6] Inhabitant II | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |
| | | | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse. | |

12/08/2014  Yue Hai Broadband  23 and BETV II 3 – App Content Exchange Section – TVpad Fans

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br>Go to the last page after the reply. | | |

| | |
|---|---|
| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans<br>GMT+8, 2014-12-9 06:38 , Processed in 0.088152 second(s),<br>20 queries . |

设为首页 收藏本站

Fans

用QQ帐号登录　用户名 ☐ 自动登录 找回密码
只需一步，快速开始　密码 登录 立即注册

论坛　TVpad产品区　App内容区　盒粉交流区　问题反馈　**购买TVpad**　TVpad招商　**快捷导航**

请输入搜索内容　本版 **搜索** 热搜: TVpad2 TVpad wifi设置 使用心得 BETV

论坛　TVpad产品区　TVpad问题求助&客服　今天CCTV5 高清的画面很差？

**发帖** ▾ 　　返回列表

查看: 204 | 回复: 3

**mahenry**

新手上路
☆

TA的每日心情
开心
2014-6-13
02:49:12

签到天数: 1 天
[LV.1]初来乍到

串个门　加好友
打招呼　发消息

分享到

## 今天CCTV5 高清的画面很差？ [复制链接]

发表于 2014-6-13 03:01:20 | 只看该作者 | 倒序浏览　　楼主 电梯直达 ☐ 🔧

看的betv HD 的cctv5高清，清晰度比以前几天差了很多。

难道是因为怕看的人太卡，换了低分的视频源？

CCTV5

本主题由 admin 于 2014-6-13 11:02:49 下沉

分享到: 🔵 QQ空间 🔵 腾讯微博 🍀 腾讯朋友

❤ 分享 0　　⭐ 收藏 0　　👍 支持 0　　👎 反对 0

### 相关帖子

- CCTV5 频道聲音
- [ 好消息 ] CCTV5+体育赛事频道正式上线！
- 世界杯快开始了 希望能添加cctv 5 cctv5+ cctv1 全高清频道
- 澳大利亚，连不上服务器，小人头是灰的

- CCTV5+频道
- 我对TVPAD的一些意见，希望TVPAD能够听得进去！
- 看CCTV5 高清要收费？

做人不能太红X字，所以我来签到 ...

使用道具　举报

**cbc123456**

正牌会员
😊 🌙

TA的每日心情
开心
3 小时前

发表于 2014-6-13 05:19:02 | 只看该作者　　沙发

如果还不行请改下DNS8.8.8.8

签到天数: 705 天
[LV.9]以坛为家II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

hicuagain



金牌会员

TA的每日心情
开心
2 小时前

签到天数: 924 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

发表于 2014-6-13 05:32:46  | 只看该作者

天天都有好心情！

举报

板凳

admin

管理员

TA的每日心情
奋斗
前天 09:30

签到天数: 104 天
[LV.6]常住居民II

串个门　加好友
打招呼　发消息

发表于 2014-6-13 10:33:36  | 只看该作者

很抱歉给您带来不便，目前已在在处理中，感谢关注！

做人不能太红X字，所以我来签到了

举报

地板

发帖

返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册　用QQ帐号登录

发表回复 回帖后跳转到最后一页

Powered by **Discuz!** X2
© 2001-2011 Comsenz Inc.

Archiver | 手机版 | **TVpad Fans**

GMT+8, 2014-12-5 03:35 , Processed in 0.172130 second(s), 23 queries .



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/thread167567-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

12/04/2014The CCTV5 stream quality was poor today?        - TVpad Help & Customer Service – TVpad Fans

Set as homepage Bookmark this page

Login with my QQ account

| Only one step away Quick start | User name | Automatic login | Retrieve password |
| | Password | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched | This forum | Search | Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Help & Customer Service | The CCTV5 stream quality was poor today |

Write a post

Return to the list

| Views: 204 | Replies: 3 | The CCTV5 stream quality was poor today?     [copy link] |

| mahenry | Posted at 03:01:20, 06/13/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No |

| Freshman | I watched CCTV 5 HD using BETV HD, and the video definition was much lower than it was several days ago |
| His (her) daily mood | It is because the video source was switched to a lower definition to keep the video playing smooth even when too many people are watching the same channel at the same time? |
| **Happy** | CCTV5 |
| 2014-6-13 02:49:12 | |
| Sign-in by days: 1 day | This topic was sunk by admin at 11:02:49, 06/13/2014 |

| [LV 1] New comer | | | | |
| Pay a visit | Add as buddy | Share to: | QQ Space | Tencent microblog | Tencent Friends |
| Say hello | Send a message | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

Related posts

| • | CCTV5 audio | • | CCTV5+ |
| • | [Good News] The CCTV5+ Sports Events channel has been formally launched! | • | I have some opinions regarding TVpad, and I hope that those opinions will be accepted |
| • | As the World Cup is around the corner, I hope that CCTV 5, CCTV5+, and CCTV1 HD channels will be added | • | Do I need to pay for watching the CCTV5 HD channel? |
| • | The server failed to be connected, and the connection icon turned gray  I am in Australia | | |

| To behave myself, I am signing in | Tool used | Report an abuse |

| cbc123456 | Posted at 05:19:02, 06/13/2014 | Posts by this author | Sofa |

| Gold member | If the problem persists, change the DNS address to 8 8 8 8 and try again |
| His (her) daily mood | |
| **Happy** | |
| 3 hours ago | |
| Sign-in by days: 705 day | |

| [LV 9] Make the forum a home II | |
| Pay a visit | Add as buddy |
| Say hello | Send a message |

| To behave myself, I am signing in | Report an abuse |

12/04/2014The CCTV5 stream quality was poor today?     - TVpad Help & Customer Service – TVpad Fans

| hicuagain | | Posted at 05:32:46, 06/13/2014 | Posts by this author | | Bench |
|---|---|---|---|---|---|
| Gold member | | | | | |
| His (her) daily mood **Happy** 2 hours ago | | | | | |
| Sign-in by days: 924 day | | | | | |
| [LV.10] Make the forum a home. III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | Have a good mood every day! | | | Report an abuse. |
| admin | | Posted at 10:33:36, 06/13/2014 | Posts by this author | | Floor |
| Administrator | | Sorry for the inconvenience. We are currently working on this issue. Thank you! | | | |
| His (her) daily mood **Striving** 9:30, the day before yesterday. | | | | | |
| Sign-in by days: 104 days | | | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |

12/04/2014The CCTV5 stream quality was poor today?      - TVpad Help & Customer Service – TVpad Fans

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br>Go to the last page after the reply. | | |

| | |
|---|---|
| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans<br>GMT+8, 2014-12-5 03:35 , Processed in 0.172130 second(s),<br>23 queries . |





新手上路
⭐

TA的每日心情
怒
2013-2-22
05:48:53

签到天数: 1 天
[LV.1]初来乍到

串个门     加好友
打招呼     发消息

cookie808

发表于 2014-10-7 18:54:36 | 只看该作者

刘德華：今時今日這種服務態度不 ...

举报

地板

可以看了，Thanks!

新手上路
⭐

TA的每日心情
怒
2013-2-22
05:48:53

签到天数: 1 天
[LV.1]初来乍到

串个门     加好友
打招呼     发消息

admin

发表于 2014-10-9 14:10:49 | 只看该作者

刘德華：今時今日這種服務態度不 ...

举报

5#

后期的不会有问题，这些已经错过了录制时间了，很抱歉给大家带来不便！

管理员
😆😆⭐


TA的每日心情
奋斗
前天 09:30

签到天数: 104 天
[LV.6]常住居民II

串个门        加好友
打招呼        发消息

做人不能太红X字，所以我来签到了

举报

cookie808



发表于 2014-10-10 23:42:45 | 只看该作者                                                6#

請問為什麼高清翡翠，翡翠及J2都只更新到10月9日20：30就沒有了呢？

新手上路
⭐

TA的每日心情



怒
2013-2-22
05:48:53

签到天数: 1 天
[LV.1]初来乍到

串个门        加好友
打招呼        发消息

劉德華：今時今日這種服務態度不 ...

举报

keitai



发表于 2014-10-11 13:39:11 | 只看该作者                                                7#

TVB 高清，翡翠 & J2 回放都 dead!

新手上路
⭐
该用户从未签到

串个门        加好友
打招呼        发消息

举报

cookie808

发表于 2014-10-14 16:26:53 | 只看该作者                                                8#

所有台的回放更新到12日就沒有了，是要update個 app嗎？

新手上路
⭐

TA的每日心情
怒
2013-2-22
05:48:53

签到天数: 1 天
[LV.1]初来乍到

串个门　加好友
打招呼　发消息

劉德華：今時今日這種服務態度不 ...

举报

cookie808

发表于 2014-10-15 06:42:44 ｜只看该作者　9#

怎麼我的粵海寬頻23回放仍然停留在10月12日　所有台都一樣

新手上路
⭐

TA的每日心情
怒
2013-2-22
05:48:53

签到天数: 1 天
[LV.1]初来乍到

串个门　加好友
打招呼　发消息

劉德華：今時今日這種服務態度不 ...

举报

nav

发表于 2014-10-15 07:11:12 ｜只看该作者　10#

9hk67 发表于 2014-10-14 16:04
我部是m121菁機
(粵海寬頻 第一代) & (粵海寬頻3)
所有t凸b台正常運作

他們說的粵海宽频23的回放功能，不是粵海宽频3的直播！

全辉会员
海外用户

TA的每日心情
开心
3 小时前

签到天数: 297 天
[LV.8]以坛为家I

串个门　加好友





# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/thread197133-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

12/4/2014     Yue Hai Broadband  23 – App Content Exchange Section – TVpad Fans

| Set as homepage Bookmark this page | | Login with my QQ account | | | | |
|---|---|---|---|---|---|---|
| | | Only one step away Quick start | User name | | Automatic login | Retrieve password |
| | | | Password | | Log in | Register now |
| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

| | | | |
|---|---|---|---|
| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched | This forum | Search | Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | App Content Section | App Content Exchange Section | Yue Hai Broadband 23 |
|---|---|---|---|

Write a post

Return to the list  1, 2     Next page

---

| Views: 1910 | Replies: 14 | [Live broadcast] Yue Hai Broadband 23 [copy link] | | | |
|---|---|---|---|---|---|
| 956072265 | | Posted at 03:57:01, 10/06/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No |
| Freshman | | There are problems with all the playback on Yue Hai Broadband 23  One-hour playback lasted only half an hour  This problem has been going on for a couple of days | | | |
| This user has never signed in | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | Share to: | QQ Space | Tencent microblog | Tencent Friends |
| | | Share: 0 | Add to favorite: 0 | Support 0 | Object 1 |

| | | | | Tool used | Report an abuse |
|---|---|---|---|---|---|
| cookie808 | | Posted at 01:18:12, 10/07/2014 | Posts by this author | | Sofa |
| Freshman | | Please fix the problem as soon as possible  For the last two Fridays, the last 10 minutes of "A Journey of Taste" were gone  Even last Sunday's "Running Man" was not available  I could watch only half a show  This is annoying | | | |
| His (her) daily mood | | | | | |
| **Angry** | | | | | |
| 2013-2-22 05:48:53 | | | | | |
| Sign-in by days: 1 days | | | | | |
| [LV 1] New comer | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |

| | Andy Lau: Nowadays, such an service attitude is not good enough | | Report an abuse |
|---|---|---|---|
| cookie808 | Posted at 03:03:41, 10/07/2014 | Posts by this author | Bench |
| Freshman | TVB HD, Jade & J2 | | |
| His (her) daily mood | | | |
| **Angry** | | | |
| 2013-2-22 05:48:53 | | | |
| Sign-in by days: 1 days | | | |
| [LV 1] New comer | | | |
| Pay a visit | Add as buddy | | |
| Say hello | Send a message | | |

| | Andy Lau: Nowadays, such an service attitude is not | | Report an abuse |
|---|---|---|---|

| cookie808 | | Posted at 18:54:36, 10/07/2014 | Posts by this author | | Floor |
|---|---|---|---|---|---|
| Freshman | | It works now. Thanks. | | | |
| His (her) daily mood **Angry** | | | | | |
| 2013-2-22 05:48:53 | | | | | |
| Sign-in by days: 1 days | | | | | |
| [LV.1] New comer | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | Andy Lau: Nowadays, such an service attitude is not good enough. | | | Report an abuse. |
| admin | | Posted at 14:10:49, 10/09/2014 | Posts by this author | | 5# |
| Administrator | | There will be no more problems in the future, but the recording time for these episodes has passed. | | | |
| His (her) daily mood **Striving** | | We are very sorry for the inconvenience. | | | |
| 9:30, the day before yesterday. | | | | | |
| Sign-in by days: 104 days | | | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse. |

| cookie808 | | Posted at 23:42:45, 10/10/2014 | Posts by this author | | 6# |
|---|---|---|---|---|---|
| Freshman | | Jade HD, Jade, and J2 have been unavailable since 20:30, October 9. Why is that? | | | |
| His (her) daily mood **Angry** 2013-2-22 05:48:53 | | | | | |
| Sign-in by days: 1 days | | | | | |
| [LV.1] New comer | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | Andy Lau: Nowadays, such an service attitude is not… | | | Report an abuse. |
| keitai | | Posted at 13:39:11, 10/11/2014 | Posts by this author | | 7# |
| Freshman | | The playbacks for TVB Jade HD, Jade, and J2 are all dead! | | | |
| This user has never signed in. | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | | | | Report an abuse. |
| cookie808 | | Posted at 16:26:53, 10/14/2014 | Posts by this author | | 8# |
| Freshman | | The playback of all the channels has been updated till October 12, and nothing after that. Does the APP need to be updated? | | | |
| His (her) daily mood **Angry** 2013-2-22 05:48:53 | | | | | |
| Sign-in by days: 1 days | | | | | |
| [LV.1] New comer | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | Andy Lau: Nowadays, such an service attitude is not… | | | Report an abuse. |

| cookie808 | | Posted at 06:42:44, 10/15/2014 | Posts by this author | | 9# |
|---|---|---|---|---|---|
| Freshman | | The updated of the playback of my Yue Hai Broadband 23 are stuck on October 12. | | | |
| His (her) daily mood **Angry** 2013-2-22 05:48:53 | | All the channels have this problem. | | | |
| Sign-in by days: 1 day | | | | | |
| [LV.1] New comer | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | Andy Lau: Nowadays, such an service attitude is not... | | Report an abuse. | |
| nav | | Posted at 07:11:12, 10/15/2014 | Posts by this author | | 10# |
| Gold member Overseas user | | Posted by 9hk67 at 16:04, 10/14/2014 | | | |
| | | Mine is an old m121. | | | |
| His (her) daily mood **Happy** 3 hours ago | | (Yue Hai Broadband first generation) & (Yue Hai Broadband 3) | | | |
| | | All the TVB channels work properly. | | | |
| Sign-in by days: 297 days | | | | | |
| [LV.8] Make the forum a home. I | | What they are talking about is the playback function of Yue Hai Broadband 23, but not the live broadcast of Yue Hai Broadband 3. | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |

12/4/2014        Yue Hai Broadband  23 – App Content Exchange Section – TVpad Fans

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode | | |
| | You need to log in before replying to a post. Login | Register | | |
| | Submit reply | | |
| | Go to the last page after the reply. | | |

| | |
|---|---|
| Powered by Discuz! X2 | Archiver | Mobile Edition | TVpad Fans |
| © 2001-2011 Comsenz Inc. | GMT+8, 2014-12-5 03:31 , Processed in 0.044528 second(s), 20 queries . |

# EXHIBIT 52



EXHIBIT 52

# EXHIBIT 53

FROM:
IVPAD.COM
IVPAD.COM
?409 S. LILAC AVE.

BLOOMINGTON, CA 92316
(951) 686-0896

Ship Date: 03JUN14
ActWgt: 2.1 LB
CAD: 102791285/WSXI2500

TO Shuk Lau
Shuk Lau
[redacted]
NEW YORK, NY 10001

(000) 000-0000

(US)

FedEx
Ground

G

J141014020721126

Ref: 234283209
INV:
PO: 1401788531 – 951357 – 1

Dept:

1 of 1

9612015995365616283766
ETP:5 PD:MR:100:Y

516-7048

NEW YORK,NY
[redacted]
SHUK LAU

10001-7604-9

G

S 158 09:31 SM-1D 259856

(9612015) 9953656 16283766

GND
Prepaid

DIRECT SIGN

EXHIBIT 53

# EXHIBIT 54



EXHIBIT 54



Removable Disk (E:)    Search Removable Disk (E:)

Burn    New folder

| Name | Date modified | Type | Size |
|---|---|---|---|
| 粤海宽频2_3.pkg | 4/21/2014 1:24 PM | PKG File | 1,348 KB |
| 港粤快看_3.8.pkg | 4/21/2014 1:24 PM | PKG File | 377 KB |
| 粤海宽频3.pkg | 4/21/2014 1:24 PM | PKG File | 341 KB |
| 粤海時移3.pkg | 4/21/2014 1:24 PM | PKG File | 342 KB |
| 516網路電視3.pkg | 4/21/2014 1:24 PM | PKG File | 334 KB |
| BETV_HD3.pkg | 4/21/2014 1:24 PM | PKG File | 336 KB |
| BETV3.pkg | 4/21/2014 1:24 PM | PKG File | 335 KB |
| BETV II 3.pkg | 4/21/2014 1:24 PM | PKG File | 865 KB |
| gvos2-sd1 | 4/21/2014 1:24 PM | File | 286 KB |
| Solive3.pkg | 4/21/2014 1:24 PM | PKG File | 334 KB |
| 体育online3.pkg | 4/21/2014 1:24 PM | PKG File | 334 KB |

**EXHIBIT 55**

Ship Date: 20OCT14
ActWgt: 2.4 LB
CAD: 102791285/WSXI2500

n:
AD.COM
PAD.COM
409 S. LILAC AVE.

BLOOMINGTON, CA 92316
(951) 686-0896

(000) 000-0000

**FedEx**
Ground

0  Shuk Lau
   Shuk Lau

REDACTED

**G**

J14221409232126

WEST HILLS, CA 91307            (US)

Ref: 225281149
INV:
PO: 1413599877-195302-1                     Dept:

1
of
1

EXHIBIT 55

# EXHIBIT 56





TVpad

*Loyalty Coupon*  **$20**off

Offer Expires October 31st 2014

老客户优惠券


Discount Code: **LOVE20X789**

Terms and conditions apply. Valid for new purchases o

**www.tvpad.com**





HGIFT2


tvpad.com

EXHIBIT 56

| Name | Date modified | Type | Size |
|---|---|---|---|
| 516網路電視3.pkg | 5/22/2014 10:59 AM | PKG File | 334 KB |
| BETV_HD3.pkg | 5/22/2014 10:59 AM | PKG File | 336 KB |
| BETV3.pkg | 5/22/2014 10:59 AM | PKG File | 335 KB |
| BETV II 3.pkg | 5/22/2014 10:59 AM | PKG File | 865 KB |
| DB¬ㅣᄃ┴ᄀ¬┴.pkg | 5/22/2014 10:59 AM | PKG File | 566 KB |
| DBᄋㅓ≡ㅣᄂᄋㅣ.pkg | 5/22/2014 10:59 AM | PKG File | 569 KB |
| DBᄋㅔㄴ—ᄋhot.pkg | 5/22/2014 10:59 AM | PKG File | 571 KB |
| DBᄋㅗ≡ㅣㅍ—≡┴.pkg | 5/22/2014 10:59 AM | PKG File | 568 KB |
| DBᄎ┴ᄋㅌㅏᄅᄋ┴≡ㅏ¬.pkg | 5/22/2014 10:59 AM | PKG File | 568 KB |
| DB≡ㅣᄇㅣᄀ—¬ᄎㅏᄋ.pkg | 5/22/2014 10:59 AM | PKG File | 567 KB |
| gvos2-sd1 | 5/22/2014 10:59 AM | File | 286 KB |
| HMᄋㅣᄂᄀㅣᄎㅗㅅㅏㄴ.pkg | 5/22/2014 10:59 AM | PKG File | 809 KB |
| HOT韓劇社_3.80.pkg | 5/22/2014 10:57 AM | PKG File | 3,546 KB |
| JINI SHOW3.80.pkg | 5/22/2014 11:00 AM | PKG File | 1,736 KB |
| KKS.pkg | 5/22/2014 10:59 AM | PKG File | 319 KB |
| K-POP.pkg | 5/22/2014 10:59 AM | PKG File | 575 KB |
| N+商城.pkg | 5/22/2014 11:00 AM | PKG File | 1,122 KB |
| Solive3.pkg | 5/22/2014 10:59 AM | PKG File | 334 KB |
| 体育online3.pkg | 5/22/2014 10:59 AM | PKG File | 334 KB |
| 港粤快看_3.8.pkg | 5/22/2014 10:59 AM | PKG File | 377 KB |
| 粤海寬頻2_3.pkg | 5/22/2014 11:00 AM | PKG File | 1,348 KB |
| 粤海寬頻3.pkg | 5/22/2014 10:59 AM | PKG File | 341 KB |
| 粤海時移3.pkg | 5/22/2014 10:59 AM | PKG File | 342 KB |

# EXHIBIT 57

California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |
|---|---|---|---|---|---|---|

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, December 09, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | CLUB TVPAD, INC. |
| Entity Number: | C3509036 |
| Date Filed: | 09/21/2012 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 3240 SHAWN WAY |
| Entity City, State, Zip: | HAYWARD CA 94541 |
| Agent for Service of Process: | BENNETT WONG |
| Agent Address: | 3240 SHAWN WAY |
| Agent City, State, Zip: | HAYWARD CA 94541 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2014   California Secretary of State

EXHIBIT 57

# EXHIBIT 58



# Domain Report - ClubTvPad.com

Domain Name **ClubTvPad.com**

Prepared On **November 23, 2014**



Website Screenshot taken 10/24/2014

EXHIBIT 58

# About This Report

This report documents a thorough analysis of the Internet domain name "**ClubTvPad.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

# Domain Profile

*As of November 23, 2014*

## Ownership

| | |
|---|---|
| Registered Owner | **Domains By Proxy, LLC** |
| Owned Domains | **About 11084722 other domains** |
| Email Addresses | **abuse@godaddy.com** |
| | **clubtvpad.com@domainsbyproxy.com** |
| Registrar | **godaddy.com, llc** |

## Registration

| | |
|---|---|
| Created | **Apr 17, 2012** |
| Expires | **Apr 17, 2016** |
| Updated | **Apr 2, 2014** |
| Domain Status | **Parked** |
| Whois Server | **whois.godaddy.com** |
| Name Servers | **domaincontrol.com** |

## Network

| | |
|---|---|
| Website IP Address | **50.62.64.1** |
| IP Location | **United States-Arizona-Scottsdale** |
| | **Godaddy.Com Llc** |
| IP ASN | **AS26496** |

## Website

| | |
|---|---|
| Site Title | **Club TVpad \| Watch International TV With No Monthly Fees!** |

 © 2014 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Nov 23, 2014*

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
```

 © 2014 DomainTools, LLC All Rights Reserved

```
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for ClubTvPad.com

DomainTools has 18 distinct historical ownership records for ClubTvPad.com. The oldest record dates Apr 18, 2012. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 21, 2014

Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:



Screenshot taken Oct 24, 2014

 © 2014 DomainTools, LLC All Rights Reserved

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 20, 2014



Screenshot taken Oct 24, 2014

Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 14, 2014

```
Domain Name: CLUBTVPAD.COM
Registrar URL: http://www.godaddy.com
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
```



Screenshot taken Oct 24, 2014

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 14, 2014

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
```

© 2014 DomainTools, LLC All Rights Reserved

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 24, 2014

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
```

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 30, 2014

```
Domain Name: CLUBTVPAD.COM
Registrar URL: http://www.godaddy.com
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
```

No adjacent screenshot available for this date.

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 29, 2014

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
```

 © 2014 DomainTools, LLC All Rights Reserved

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 6, 2014

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
```

 © 2014 DomainTools, LLC All Rights Reserved

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 25, 2014

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
```

© 2014 DomainTools, LLC All Rights Reserved

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

## Whois Record on Apr 23, 2014

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
```

 © 2014 DomainTools, LLC All Rights Reserved

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 10, 2014

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 17:48:14
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2016-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
```

 © 2014 DomainTools, LLC All Rights Reserved

```
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 30, 2014

```
Domain Name: CLUBTVPAD.COM
Registrar URL: http://www.godaddy.com
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
```

No adjacent screenshot available for this date.

## Whois Record on Nov 29, 2013

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registry Domain ID: 1713957391_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2012-11-08 22:51:36
Creation Date: 2012-04-16 19:38:06
Registrar Registration Expiration Date: 2014-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: (480) 624-2599
Registrant Phone Ext:
Registrant Fax: (480) 624-2598
Registrant Fax Ext:
Registrant Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: (480) 624-2599
Admin Phone Ext:
Admin Fax: (480) 624-2598
Admin Fax Ext:
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: (480) 624-2599
Tech Phone Ext:
```

 © 2014 DomainTools, LLC All Rights Reserved

```
Tech Fax: (480) 624-2598
Tech Fax Ext:
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 26, 2013

No adjacent screenshot available for this date.

```
Domain Name: CLUBTVPAD.COM
Registrar URL: http://www.godaddy.com
Updated Date: 2012-11-08 22:51:36
Creation Date: 2012-04-16 19:38:06
Registrar Expiration Date: 2014-04-16 19:38:06
Registrar: GoDaddy.com, LLC
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: (480) 624-2599
Admin Fax: (480) 624-2598
Admin Email: CLUBTVPAD.COM@domainsbyproxy.com
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: (480) 624-2599
Tech Fax: (480) 624-2598
Tech Email: CLUBTVPAD.COM@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 31, 2012

No adjacent screenshot available for this date.

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: CLUBTVPAD.COM
   Created on: 16-Apr-12
   Expires on: 16-Apr-14
   Last Updated on: 08-Nov-12

Registrant:
Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States

Administrative Contact:
   Private, Registration  CLUBTVPAD.COM@domainsbyproxy.com
   Domains By Proxy, LLC
   DomainsByProxy.com
   14747 N Northsight Blvd Suite 111, PMB 309
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599      Fax -- (480) 624-2598

Technical Contact:
   Private, Registration  CLUBTVPAD.COM@domainsbyproxy.com
   Domains By Proxy, LLC
   DomainsByProxy.com
   14747 N Northsight Blvd Suite 111, PMB 309
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599      Fax -- (480) 624-2598

Domain servers in listed order:
   NS17.DOMAINCONTROL.COM
   NS18.DOMAINCONTROL.COM
```

## Whois Record on Sep 25, 2012

No adjacent screenshot available for this date.

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: CLUBTVPAD.COM
   Created on: 16-Apr-12
   Expires on: 16-Apr-14
   Last Updated on: 07-Jul-12

Registrant:
Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States

Administrative Contact:
   Private, Registration  CLUBTVPAD.COM@domainsbyproxy.com
   Domains By Proxy, LLC
   DomainsByProxy.com
   14747 N Northsight Blvd Suite 111, PMB 309
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599     Fax -- (480) 624-2598

Technical Contact:
   Private, Registration  CLUBTVPAD.COM@domainsbyproxy.com
   Domains By Proxy, LLC
   DomainsByProxy.com
   14747 N Northsight Blvd Suite 111, PMB 309
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599     Fax -- (480) 624-2598

Domain servers in listed order:
   NS1.DREAMHOST.COM
   NS2.DREAMHOST.COM
   NS3.DREAMHOST.COM
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 9, 2012

No adjacent screenshot available for this date.

```
Registrant:
    Bennett Wong
    225 W Santa Clara St
    Ste 600
    San Jose, California 95113
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: CLUBTVPAD.COM
        Created on: 16-Apr-12
        Expires on: 16-Apr-14
        Last Updated on: 07-Jul-12

    Administrative Contact:
        Wong, Bennett  beamer168@aol.com
        225 W Santa Clara St
        Ste 600
        San Jose, California 95113
        United States
        (510) 501-3881

    Technical Contact:
        Wong, Bennett  beamer168@aol.com
        225 W Santa Clara St
        Ste 600
        San Jose, California 95113
        United States
        (510) 501-3881

    Domain servers in listed order:
        NS1.DREAMHOST.COM
        NS2.DREAMHOST.COM
        NS3.DREAMHOST.COM
```

© 2014 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 18, 2012

No adjacent screenshot available for this date.

```
Registrant:
    Bennett Wong
    225 W Santa Clara St
    Ste 600
    San Jose, California 95113
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: CLUBTVPAD.COM
        Created on: 16-Apr-12
        Expires on: 16-Apr-14
        Last Updated on: 16-Apr-12

    Administrative Contact:
        Wong, Bennett  beamer168@aol.com
        225 W Santa Clara St
        Ste 600
        San Jose, California 95113
        United States
        (510) 501-3881

    Technical Contact:
        Wong, Bennett  beamer168@aol.com
        225 W Santa Clara St
        Ste 600
        San Jose, California 95113
        United States
        (510) 501-3881

    Domain servers in listed order:
        NS23.DOMAINCONTROL.COM
        NS24.DOMAINCONTROL.COM
```

© 2014 DomainTools, LLC All Rights Reserved

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

| Date | Registrar |
|---|---|
| Apr 2, 2014 | GoDaddy.com |

## Name Server History

| Event Date | Action | New Server | Previous Server |
|---|---|---|---|
| Nov 10, 2012 | Transfer | domaincontrol.com | dreamhost.com |
| Jul 9, 2012 | Transfer | dreamhost.com | domaincontrol.com |
| Apr 18, 2012 | New | domaincontrol.com | - |

## IP Address History

| Event Date | Action | New IP | Previous IP |
|---|---|---|---|
| Nov 14, 2012 | New | 50.62.64.1 | 173.236.194.19 |
| Jul 9, 2012 | Change | 173.236.194.19 | 68.178.232.100 |
| May 2, 2012 | New | 68.178.232.100 | - |

© 2014 DomainTools, LLC All Rights Reserved

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 1 records collected between Oct 24, 2014 and Oct 24, 2014.


Oct 24, 2014

© 2014 DomainTools, LLC All Rights Reserved

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as ClubTvPad.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 20somethingboutique.com | Oct 16, 2012 | Courtney Bradley |
| 420medicalmc.com | Oct 9, 2012 | Andy Rivera |
| acacia61grc.org | Oct 16, 2012 | Acacia Lodge A.F. A.M. No. 61 GRC |
| aeswindowsanddoors.com | Mar 18, 2009 | AES, Inc. |
| afs-sn.com | Jan 3, 2014 | Mohamed Toure |
| amprelentless.com | Sep 17, 2012 | Domains By Proxy, LLC |
| anywaymedia.tv | Jul 24, 2013 | ARMANDO CORONEL |
| arxmgmt.com | Jan 12, 2012 | Domains By Proxy, LLC |
| azpropertyconcepts.com | Mar 31, 2010 | Property Concepts |
| bgckingman.org | Aug 22, 2013 | Boys Girls Club of Kingman |
| bgisurveys.com | Aug 20, 2008 | Optemax |
| blochpurvis.com | Sep 26, 2012 | stuart katz |
| bourzacwoodworks.com | Apr 10, 2012 | bourzac woodworks |
| brucecountychiropracticclinic.com | Oct 5, 2012 | Bruce County Chiropractic Clinic |
| btweenmr.com | Jan 27, 2010 | Btween Matus Rivas |
| buonobeef.net | Oct 16, 2013 | JoAnn Buono |
| castinglabdidier.com | Sep 27, 2012 | Castinglab didier |
| catalyticcc.com | Sep 28, 2010 | Catalytic Coaching Consulting, LLC |
| cclbranding.com | Oct 26, 2000 | CCL Branding |
| cgsbuilder.com | Oct 20, 2013 | CGS Construction |
| changeyourlifestylehabits.com | Sep 26, 2012 | KJDSOLUTIONS.LLC |
| constructionsexcelpro.com | Oct 23, 2013 | Francois Parent |
| coopnacer.com | May 21, 2010 | ColombiaHosting S.A.S. |
| cottagestuff.ca | Oct 30, 2013 | Cottagestuff.ca |
| crcassociates.com | Nov 1, 1999 | CRC Associates |
| dewinkel.com.uy | - | Dewinkel.com.uy |
| dmsapplications.com | Jul 18, 2013 | Ken Roberts |
| dunnwellpackaging.com | Oct 7, 2014 | Domains By Proxy, LLC |
| ebsforan.com | Oct 27, 1998 | John Foran |
| eirepub.com | Jun 12, 2011 | Paul Elwell |
| elledesgner.com | Dec 10, 2012 | Elle Design |
| emorrisarchitect.com | Oct 8, 2012 | Domains By Proxy, LLC |
| etisa-seguridadindustrial.com | Aug 4, 2012 | Inversiones ETISA 2005 |
| foxwoodfilms.com | May 6, 2013 | Jonathan Kang |

© 2014 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| freedomfootandankle.com | Jan 24, 2012 | Freedom Foot and Ankle |
| gaeilge2013.ie | Jun 8, 2012 | Conradh na Gaeilge |
| geekasarustoserialentrepreneur.com | Nov 12, 2013 | Patten Diversified Servces, Inc |
| glendalebankruptcylaw.com | May 9, 2010 | Raffy Boulgourjian |
| gradealiving.com | Sep 27, 2012 | Domains By Proxy, LLC |
| grandcentralentertainment.com | Sep 11, 2012 | Domains By Proxy, LLC |
| greatsculpture.com | May 29, 1999 | ENGINEERED AESTHETICS |
| gregorycounseling.com | Nov 8, 2012 | George Gregory |
| hal2hal.com | Oct 23, 2013 | Manrique Feoli |
| happysitedotcom.com | Oct 21, 2012 | Domains By Proxy, LLC |
| hasanbanks.com | Sep 13, 2013 | BLUEPRINT UNIVERSITY INC. |
| hcgiamo.com | Oct 30, 2013 | Colleen Giamo |
| herefordredbeef.com.au | - | BJORKSTEN, JAMES |
| holtsupholstery.com | Dec 31, 2013 | MFTIndustries |
| hoodtocoast99362.com | Apr 8, 2007 | Tim Copeland |
| iggyseggadventure.com | Oct 3, 2013 | Ginger Labs LLC |
| iklutah.org | Sep 28, 2012 | Martin Hing Photography LLC |
| ismilekids.com | Jul 19, 2006 | Casale Design, Inc. |
| jennigreenphotography.com | May 9, 2011 | Cynthia Bryant |
| kempbuild.com.au | - | Computer Crusaders |
| keylargoboatslip.us | Mar 17, 2005 | Patricia Gill |
| kyledeanford.com | Oct 2, 2012 | Kyle Ford |
| langdon-productions.com | Jun 13, 2012 | rob rosenzweig |
| level-leaders.com | Nov 7, 2014 | Blueprint University |
| livingsafernow.com | Jan 21, 2014 | Doctor M Media, LLC |
| maana.io | - | James Ward |
| mediablackoutusa.com | Aug 21, 2014 | Bounce Back Ent |
| meyerhardt314.org | May 6, 2013 | Richard Gibson |
| minneapolisfamilyphotography.com | Aug 17, 2012 | 211 Photography Bloom Portraits |
| mlmheadlines.com | Sep 7, 2013 | Domains By Proxy, LLC |
| murphyspub.mx | Dec 9, 2010 | Gabriel Hernandez |
| mybrothersplacearlington.com | Mar 12, 2012 | thrapsano inc |
| newjerseyfixedratemortgage.org | Jun 22, 2010 | Domains By Proxy, LLC |
| novantusgas.info | Nov 4, 2013 | chike nwasike |
| outlawid.com | Oct 8, 2012 | Outlaw Interaction Design |
| paramusimmigration.com | Sep 23, 2012 | mitchell ignatoff |
| patchclean.ca | Oct 15, 2012 | Patchclean.ca |
| pdxinterlock.com | Mar 22, 2012 | PDX Interlock, LLC |
| radmarketingla.com | Oct 3, 2004 | RAD Marketing LA |
| rdevillers.com | Mar 25, 2014 | Richard DeVillers |
| renakilgannon.com | Feb 17, 2013 | Domains By Proxy, LLC |
| ricefinancialproducts.com | Apr 14, 2000 | Rice Financial Products Company |
| rioplasticsurgery.com | Oct 14, 2013 | Domains By Proxy, LLC |
| risewithbusiness.com | Jun 5, 2012 | Domains By Proxy, LLC |
| roctheworld4life.ca | Jun 17, 2013 | Roctheworld4life.ca |

 © 2014 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| rovilink.com | Aug 16, 2013 | Alain Eav |
| scanlonco.com | Jan 15, 1998 | PERFECT PRIVACY, LLC |
| seweranddrainencino.com | Jun 30, 2011 | Plumbing Center, Inc. |
| seweremergencymarinadelrey.com | Jun 25, 2011 | Plumbing Center, Inc. |
| smcsuperduty.com | Dec 7, 2006 | Domains By Proxy, LLC |
| stratcompros.com | Jan 21, 2013 | Domains By Proxy, LLC |
| superflair.ca | Feb 9, 2008 | Superflair.ca |
| tagteampro.com | Feb 9, 1999 | Tag Team Productions |
| techaxisinc.com | Jan 26, 2009 | Domains By Proxy, LLC |
| thenthman.com | Feb 4, 2006 | Christopher Gaydos |
| towclick.com | Feb 26, 2014 | Domains By Proxy, LLC |
| treefrogpropertyservices.com | Oct 16, 2013 | Treefrog Property Services |
| tremarglobal.com | Jan 30, 2008 | Sage Group Advertising |
| turnaroundsolutions.net | Feb 10, 2006 | TurnAround Solutions |
| uglykidclothing.com | May 17, 2002 | Domains By Proxy, LLC |
| valeriehunterrmtmassagekids.com | Nov 5, 2013 | Domains By Proxy, LLC |
| vonniequest.com | Feb 1, 2014 | Neat Dream |
| wamlogisticscr.com | Mar 11, 2010 | Virtual Support |
| willytech.com.br | Feb 27, 2014 | Pacta Web Apps |
| yec.or.ke | - | Yec.or.ke |
| ywms.net | Dec 26, 2005 | Zhengyoucai |

© 2014 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as ClubTvPad.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 542n.com | Nov 8, 2013 | shanshan he |
| abinabraham.com | Mar 14, 2014 | tHEaBIN |
| adinteriors.net | Jan 10, 2003 | fdew r3e4 |
| aeradigm.org | Apr 25, 2010 | Gilbert Staffend, Inc. |
| affordablelitigationsupport.com | May 2, 2009 | LuciData |
| alliansmissionen.net | Aug 6, 2014 | FXD Int |
| arcadeimpact.org | Mar 4, 2006 | Pramant Suriyathep |
| areyoureversed.com | Aug 31, 2011 | Intuitive EFT |
| arnavkamra.com | Dec 25, 2012 | Pawan Kamra |
| atravesdelglobo.com | Mar 21, 2010 | AtlanticDomains.NET |
| avia018.com | Dec 13, 2013 | haha |
| batch52.com | Apr 18, 2014 | Batch52 |
| beamonor.com | Oct 6, 2011 | Beam On Technology |
| bet-athon.com | Oct 26, 2013 | Francis Farmakidis |
| bethremeans.com | Oct 1, 2010 | Domains By Proxy, LLC |
| beverlywoodworks.com | Mar 11, 2010 | ye lu |
| brandeebrock.com | Apr 18, 2011 | Brandee Brock |
| buybyseven.com | Dec 15, 2013 | Tobin Seven |
| californiatruckexchange.com | Aug 31, 2010 | Brian Foster |
| canef.com | Feb 16, 2011 | AB |
| clarendondermconsultsonline.com | May 10, 2011 | Domains By Proxy, LLC |
| cledera.com | Oct 16, 2007 | VEKTORA BILISIM TEKNOLOJILERI |
| clsmanagement.net | Mar 30, 2011 | Cynthia Shifflett |
| copy-not.com | Mar 8, 2003 | Kayoko Nagashima |
| danarozellebleiferdvm.com | Oct 6, 2010 | Domains By Proxy, LLC |
| datasry.com | Aug 8, 2013 | Domains By Proxy, LLC |
| desmokefree.org | Nov 5, 2014 | Adam Bowen |
| diamondflippers.com | Feb 18, 2013 | OM ENT |
| dimitrijevicfoundation.org | Dec 16, 2010 | Domains By Proxy, LLC |
| drive-buy-autos.com | Apr 21, 2014 | George Sparsis |
| dualtool.com | Apr 5, 2004 | Infusion Brands International, Inc. |
| enigmatechworks.com | Jan 20, 2013 | Sarah Parent |
| epicproperties.net | Dec 1, 2012 | M Flo |
| furniture-decor.com | Nov 22, 2013 | greg segal |
| gennextransport.com | Oct 10, 2014 | Ted Vander Hoek |

© 2014 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| getclickmagick.com | Apr 27, 2014 | Donald R Mann |
| girlsclub-djs.com | Dec 4, 2012 | Suzy Kenny |
| giveherwings.org | Jul 5, 2013 | Domains By Proxy, LLC |
| glassfordocs.org | Apr 15, 2014 | Margaret Plumly |
| gomeegirl.info | Mar 6, 2012 | Wearable Expression |
| guetteme.com | Mar 22, 2012 | Marc Garand |
| hazeangels.com | Jul 3, 2013 | Benjamin Griego |
| hhlightinginc.org | Apr 25, 2007 | H Industries |
| hobbypanel.com | Mar 2, 2000 | J Howitt Ltd |
| hosperity.com | Nov 17, 2010 | Pro-Rec, Inc. - Mships.com |
| houstonhealthytan.com | Sep 14, 2014 | Maura Holcomb MD |
| hzsinc.com | Jan 22, 2008 | Tang Zhiyan |
| inf9ite.com | Nov 25, 2013 | Manjunath P |
| introsocial.com | May 19, 2008 | Eli Rosenberg |
| jp-entertainment.net | Dec 5, 2013 | DJ's Portraits Designs |
| judyhindes.com | Aug 19, 2009 | Judy Hindes |
| kitkingdom.com | Feb 24, 2006 | Domains By Proxy, LLC |
| laalkitaab.com | Sep 3, 2013 | AK Parashar |
| lecru02wp.com | Sep 3, 2014 | Domains By Proxy, LLC |
| lovejoyandhope.com | Feb 4, 2014 | milburn fernandes |
| lowmedigaprates.com | Apr 21, 2010 | Richard Cantu |
| mgssgps.com | Apr 8, 2008 | Domains By Proxy, LLC |
| miamibeachtrademarks.com | Nov 3, 2007 | Amaury Cruz |
| mybeernow.net | Mar 16, 2013 | Eric VanZile |
| nclivingwreaths.com | Mar 6, 2014 | Sheryl Marsden |
| njsfinest.com | Mar 17, 2013 | Richard Rivera |
| novral.net | May 19, 2014 | Rudy Lynch |
| nremtquestions.net | Jan 5, 2010 | Jehangir Gowani |
| nwpcaid.info | Feb 9, 2009 | Domains By Proxy, LLC |
| oceanscienceinc.com | Jan 5, 2010 | ocean science, inc. |
| osmosisandyou.com | Oct 24, 2009 | OSMOSIS |
| pacificwhale.org | Mar 4, 1997 | Pacific Whale Foundation |
| peruleagues.com | Dec 2, 2012 | Daniel Angeles Lujan |
| pillowtopmattressoutlet.com | Aug 4, 2011 | Lake Oswego Tutoring |
| prohealthdds.com | Dec 27, 2010 | plaza Health Dentistry |
| purpose-profit.com | Aug 25, 2014 | Domains By Proxy, LLC |
| ramandbelinda.com | Dec 10, 2013 | Ramratan Vennam |
| real-estate-sma.com | Jun 6, 2006 | Mexlinks |
| rescueyourhair.com | Nov 15, 2014 | Domains By Proxy, LLC |
| restaurantcontractors.com | Nov 14, 2011 | Tri Star Construction LLC |
| rsruk.com | Apr 25, 2014 | Blue Pear Ltd |
| rubricfinancial.com | Nov 26, 2012 | Michael Cabalquinto |
| rubypr.com | May 23, 2001 | jmac enterprises |
| sacblackcars.com | Oct 3, 2012 | Robert Reid |
| safestepofwestvirginia.com | Apr 1, 2014 | Safe Step Walk-In Tub Company |

 © 2014 DomainTools, LLC All Rights Reserved

| servicenoe.com | Nov 30, 2013 | hdtc |
|---|---|---|
| seventhsenseengineering.com | Dec 4, 2012 | Brent Metz |
| simplicitynj.com | Jul 17, 2005 | Contact Privacy Inc. Customer 0110621904 |
| sixxdegrees.info | Jun 12, 2012 | Nexus Promo Group |
| solarreadysystems.com | May 7, 2008 | Fielding Staton |
| southflvoice.org | Dec 24, 2009 | Richard Vivero |
| spanishfortrentals.com | Oct 10, 2007 | Pointe South Real Estate |
| sparklepassion.org | Dec 10, 2013 | Angela Deportage |
| suplus.org | Dec 6, 2013 | mingyang he |
| terrystraus.com | Apr 5, 2012 | Peter Stone |
| tyleratpe.org | Feb 19, 2012 | Tyler ATPE |
| ultra2sata.com | Jul 18, 2005 | CoolGear |
| utubersidad.net | Mar 2, 2010 | Luis Fok |
| villaprivileges.com | Dec 3, 2012 | Wimco |
| virtualnecrology.com | Jun 29, 2013 | Master Mobile marketing |
| vitalitybeautysalon.com | Dec 20, 2010 | Domains By Proxy, LLC |
| walkingsoundscapes.com | Oct 5, 2010 | PJ Johnson |
| websiteheadsbilling.com | Aug 25, 2011 | Website Heads |
| westernskysettlement.net | Feb 25, 2014 | Garden City Group |
| wufamilyproperty.com | Jun 3, 2014 | wu family properties LLC |

© 2014 DomainTools, LLC All Rights Reserved

# EXHIBIT 59





查看所有國家和城市的服務網點　　　　　　　　　　經銷商用戶中心



| 國家 | 城市 | 網點名稱 | 詳細地址 | 負責人 |
|---|---|---|---|---|
| 加拿大 | 阿爾伯塔（埃德蒙頓） | | 4907 99 Street NwEdmonton Alberta T6E 4Y1 Canada | Kenny |
| 加拿大 | 溫哥華 | Tvpad Store | 列治文第三廣八百�␣中心二樓2055室 | 楊先生 |
| 澳大利亞 | 悉尼 | K-MAX COMPUTER SERVICES | SUITE 76 47 NERIDAH STREET CHATSWOOD NSW 2067 AUSTRALIA | Kenneth X |
| 澳大利亞 | 悉尼 | HOBICOM AUSTRALIA | Suit 1 16 Ninth Ave. Campsie 2194 NSW Australia | Danny Kim |
| 澳大利亞 | 悉尼 | Evernel | 104 Adderton Rd. Carlingford NSW Australia 2118 | Danny Cha |
| 澳大利亞 | 悉尼 | korea-iptv | 1F 9-13 Redmyre Rd Strathfield NSW 2135 | DANNY KIM |
| 澳大利亞 | 悉尼 | Intact Media Pty Ltd | 22/52 Holker St Silverwater NSW 2128 | Jay Wu |
| 澳大利亞 | 墨爾本 | Ying xuan pty ltd. | 28 Cambridge st boxhill 3128(墨華電腦服務中心) | Gordon Wu |
| 澳大利亞 | 墨爾本 | BONDAT PTY LTD | 52–54 O'Sullivan Road Glen Waverley Vic Melbourne Australia 3150 | Anna Huang |
| 澳大利亞 | 佩斯 | KUTTE UNION (AUSTRALIA) PTY LTD | 11 Janter Close Willetton Wa 6155 Australia | Charry Xu |
| 美國 | 芝加哥 | HM enterprise LLC | 5821 SE 82AVE STE 103 Portland OR 97267 U.S.A | Jeffrey Chan |
| 美國 | 亞特蘭大 | | 11270 Donnington Dr.Johns Creek GA 30097(USA) | Jun Wang |
| 美國 | 馬里蘭 | Y.S. International Inc. | 8659 Baltimore National Pike Suite FEllicott City Maryland21043 U.S.A. | Mr Byun |
| 美國 | 關島 | SY Supplies | PO Box 6154 Tamauning Guam 96931 | James Yang |
| 美國 | Las Vegas | Koreana News | 222 S. Rainbow Blvd #219 Las Vegas NV 89145 | Max Moon |
| 美國 | 杜魯士 | Korean Installation Sevice | 3740 Club Dr APT 3110Duluth GA 30096-1826 | Micheal Kim |
| 美國 | Maryland | SMART TVPAD INC | 9612 FT.MEADE RD LAUREL MD 20707 .USA | SEAN HAHN |
| 美國 | 夏威夷州 | | 76 N PAUAHI ST HONOLULU HAWAII. | KEN / Ms Li(黎小姐) |
| 美國 | 卡弗特縣教 | USA Club TVpad | 4101 Dublin BlvdSte F PMB 18 Dublin CA 94568-4603 | Ben |

EXHIBIT 59

| | 國家 | 城市 | | | |
|---|---|---|---|---|---|
| | 美國 | 康州 | Asian Trade Ventures Inc | Central Avenue Norwich Connecticut | Raymond Ng |
| | 美國 | 達拉斯 | 個人經營 | 5323 Harry Hines Boulevard , Dallas Texas 75390 | Raymond Ng |
| | 美國 | 休斯頓 | Formark Resource Asset Management LLC – SERIES B | 11152 Westheimer Rd #108 Houston TX 77042 | Edward Wang |
| | 美國 | 達拉斯 | Jong Lee | 4204 Briarbend Rd Dallas TX 75287 USA | |
| | 美國 | 洛杉磯 | Tvpad USA | 6 Tidewater cove. Buena Park DA 90621 U.S.A | |
| | 法國 | 巴黎 | SARL KW WORLD COM | 117 AV D IVRY 75013 PARIS FRANCE | Miss Xu |
| | 英國 | 倫敦 | phoneunlock.com | 6 Macaret Close London N20 9RA | Philip Kuch |
| | 英國 | 倫敦 | K-EYETEL/TVpad Europe | 4 Presburg Road New Malden Surrey UK KT3 5AH | |
| | 中國 | 深圳 | HUAYANGINTERNATIONAL TECHNOLOGY LIMITED | http://www.itvpad.com | Justin |
| | 中國 | 西安市 | 陝西鴻流商務交流有限公司 | 陝西省西安市雁塔區東儀路173號（樂風馥楼緻對面） | Mr Shin |
| | 中國 | 潘陽市 | 潘陽世普裝飾裝修工程有限公司 | 潘陽市鐵西區北一東路65號5単川19門 | 金先生 |
| | 中國 | 上海 | 田潤商貿有限公司 | 上海市 閔行區 吳寶路27弄50支弄 6號402室 | 胡先生 |
| | 中國 | 延吉市 | 天洲經濟貿易有限公司 | 吉林省延吉市市府路高麗食品超市 | 裴先生 |
| | 中國 | 唐州市 | 唐州市汽岛電腦有限公司 | 唐州市白雲區連勝路康鹏街122號 | 崔先生 |
| | 中國 | 張家港 | 特科（TICO）通訊有限公司 | 蘇州張家港市湖西27-3 | 河小姐 |
| | 日本 | 東京 | 有限會社PC-TAKU | 日本国東京都台東区上野3-9-1朝日ビル12号館4F | 方 拓 |
| | 日本 | 東京 | THREE ACE company.ltd | SHIMOMURA B/D 102 4-13-7 KOTOBASHI SUMIDAKU Tokyo JAPAN 130-0022 | LEE SHI LAK |
| | 日本 | 東京 | 有限會社PC-TAKU（急速電腦） | PC TAKU LTD.4F ASAHI BUILDING NO.12 UENO3-9-1 TAITOU-KU TOKYO JAPAN 〒110-0005 | 方先生 |
| | 巴拿馬 | 巴拿馬城 | INVERSIONES WEN S.A. | Edif.Tecnic Panama City Apartado 835-521 zona 10 | Willy Wen |
| | 巴拉圭 | 東方市 | AGROGANADERA CAMPO FLOR S.R.L | CALLE CAMILO RECALDE 101 AP. 204 | Ricky Lam |
| | 巴拉圭 | 亞松森 | SPA EL TIGRE | Paraguay asuncion Europa 2186 casi proceres de mayo | |
| | 巴西 | 聖保羅 | LI SI INDUSTRIA COMERCIO IMPORTACAO E EXPORTACAO LTDA. | Av. Sebastiao de Brito 890 – Dona Clara- Belo Horizonte – MG -Brasil | GUANG SHENG JIAN |
| | 巴西 | 聖保羅 | Augusto Nam | R.Silva Pinto 381 Sao Paulo S.P. Brazil | Augusto Nam |
| | 巴西 | 累約 | H&L COMERCIAL IMPORTADORA E EXPORTADORA LTDA | AV EMBAIXADOR ABELARDO BUENO N°3500 SALA 1213 BARRA DA TIJUCARIO DE JANEIRO R-J BRASAL | HUANG LIRONG |
| | 巴西 | 庫裡提巴 | CASA YIFA PRESENTES LDTA | RUA EMILIANO PERNETA 195 APT93B CENTRO CEP 80010–050CURITIBA –PR BRAZIL | ZHENG RONGYU |
| | 印尼 | 雅加達 | INDO SUNG-IL JAYA | Jl. Gatot Subroto Km. 8 No. 122 Telesonik Ujung Desa Pasir JayaKec. Jati Uwung Tangerang 15135 INDO | Jihoon Shin |
| | 印尼 | 雅加達 | PT.MEDIART JAYA | BLOK B21 PINANGSIA LIPPO KARAWACI TANGERANG INDONESIA | Shin Jihoon |
| | 泰國 | 北攬府 | KTV on | 577 / 1198 Srinakarin Road Samrongnua Muang Samutparakan10270 THAILAND | Kim Seung Soo |
| | 泰國 | 曼谷 | 大視界 | 326/4 Soi Sukhumvit 63 Sukhumvit Road Klongtonnur Vadhana Bangkok 10110 | Mike Chen |
| | 瑞典 | 馬爾默 | Store 4 Fun(TVpad.se) | Blekingsborgsgatan 3D 21463 Malmoe Skane Sweden | Niklas Man (文律健) |
| | 荷蘭 | 阿姆斯特丹 | 荷福（威信）貿易公司（Andrew Trading） | Clara Bartonstraat 16 1025KT Amsterdam The Netherlands | Winson Chau |
| | 荷蘭 | 鹿特丹 | Dimension Automatisering | Goudsesingel 93 3031 EE Rotterdam Holland | Andrew |
| | 荷蘭 | 阿姆斯特丹多倫 | Kenji Trading | Rousseaustraat 287323 GP Apeldoorn The Netherlands | Andy Wong |
| | 荷蘭 | 海牙 | Note2.nl | Wagenstraat 149 (Den Haag Center) 2512 AV Den Haag The Netherlands | Dr. Isamu (Yong) |
| | 菲律賓 | 馬尼拉 | SITTIXIAN | 227 Aguirre ave BF homes Paranaque City. Manila. Phillippines | Kim dug chun |
| | 韓國 | 太田 | Creble Inc. | Korea Daejeon Yuseong-gu Jeonmin-dong 463-1 2013# | Jonghoon Eom |





| | 越南 | 胡志明 | MODEL LINE CO. LTD | VAN MAI P.8 Q.3 HO CHI MINH CITY | Mr Kim |
|---|---|---|---|---|---|
| | 越南 | 胡志明 | KORVIET Co. | Room 2.2 K-Apartment KDC Lang Dai Hoc 101/21/38 Le Van Luong Xa Phuoc Kien huyen Nha Be HCMC HCM | |
| | 孟加拉 | 達卡 | JANG WON CORP LTD | HoUSE NO -99 rOAD NO -4 BLOCK-1 BANANI DHAKA-1213 BANGLADESH | Mr JONG HAK RYOO |
| | 哈薩克斯坦 | ALMATY | TETRO MDD | Room 804 entrance 2 B Business Center "Nurly Tau" | JUNG TAE HYENG |
| | 新西兰 | 奥克兰 | Roxapac International Trading Co. Limited | 11A/266 Onewa Road North Shore Auckland 0626 New Zealand | Pat Hou |
| | 西班牙 | 瓦倫西亞 | Han Chinese Language School Marbella | Av de Gustavo Adolfo Bécquer 34 29660 Nueva Andalucía Málaga | YINGYING XU |
| | 瑞士 | 洛桑 | Moderne Pont | MODERNE PONT Avenue de Vinet 24 CH - 1004 Lausanne Switzerland | Tony |
| | 匈牙利 | 布達佩斯 | Realm-Global Kereskedelmi Kft | 1194 Budapest Fadrusz J. u. 2. Hungary | Chen Jun |
| | 智利 | 聖地牙哥 | TV Pad Chile | Cerro Colorado 4922 C-111 Las Condes Santiago CHILE | |
| | 阿根廷 | 布宜諾斯艾利斯 | TVPAD argentina | gral alvares condarco 522 piso6 deto a 1406 ciudad autonoma buenos aire | |
| | 阿根廷 | 布宜諾斯艾利斯 | OCEANTEXIL | CONCORDIA 373/407 cap.FED BS.AS ARGENTINA | |
| | 印度 | 加爾 | FJ NETWORK PRIVATE LIMITED | PLAT NO 404 MERIDIAN HEIGHTS NEW NO 154 PETERS ROAD ROYAPETTAH CHENNAI TN-600014 TAMILNADU INDIA | |
| | 德國 | 埃森 | Qed-Consulting Gmbh | c/o Jo-Seob Kim Kawehlstr. 2 45130 Essen | Jo-Seob Kim |

 正品保證 0月租

 交易保障 第三方支付平臺

 DHL/UPS/TNT 全球範圍安全放心

 售後政策 質量問題7天退換1年保修

**幫助中心**
購物指南
我的訂單
常見問題
應用入駐

**物流配送**
簽收說明
關稅說明
配送方式
配送範圍

**支付方式**
支付寶支付
國際信用卡
西聯匯款
安全性

**售後服務**
售後承諾
應用安裝
關於退換貨
查詢保修期

**關於我們**
公司簡介
公司榮譽
聯繫我們
媒體支持

**聯繫我們**
(00852)2134-9910
24小時客服電話
全球客服中心

Copyright © 2007-2015 遊�)科技 ( 香港 ) 有限公司 | CREATE NEW TECHNOLOGY (HK) LIMITED | All Rights Reserved

TVpad海外高清中文直播電視—全球銷售网点



**TRANSLATOR CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.itvpad.com/serviceNetwork.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

12/28/2014                      TVpad Overseas HD Chinese Live TV – Global Sales Outlets

Home Buy    TVpad        Investment       About Us      Fans Community

Login  Register    0      I want to promote TVpad [English]

Please enter the name of the commodity to be searched.

\# Home > Service Outlet

View the service outlets in your country or city.                     Dealer User Center

| Country | City | Website name | | Detailed address | Person in charge |
|---------|------|--------------|---|------------------|------------------|
| Canada | Alberta (Edmonton) | | | 4907 99 Street NwEdmonton Alberta T6E 4Y1 Canada | Kenny |
| Canada | Vancouver | | | Room 2035, 2/F, Yohan Center, 3rd road, Richmond | Mr. Gu |
| Australia | Sydney | K-MAX COMPUTER SERVICES | | SUITE 76, 47 NERIDAH STREET, CHATSWOOD NSW 2067 AUSTRALIA | Kenneth X |
| Australia | Sydney | HOBICOM AUSTRALIA | | Suite 3, 16 Ninth Ave. Campsite 2194 NSW Australia | Danny Kim |
| Australia | Sydney | Evernet | | 104 Adderton Rd. Carlingford NSW Australia 2118 | Danny Cha |
| Australia | Sydney | Korea-iptv | | 1F, 9-13 Redmyre Rd Strathfield NSW 2135 | DANNY KIM |
| Australia | Sydney | Intact Med | *Follow TVpad* | 22/52 Holker St Silverwater NSW 2128 | Jay Wu |
| Australia | Melbourne | Ying xuan | | 28 Cambridge st, boxhill 3128 (Huihua Computer Service Center) | Gordon Wu |
| Australia | Melbourne | BONDAT P | *Return to top.* | 52-54 O'Sullivan Road Glen Waverley Vic Melbourne Australia 3150 | Anna Huang |
| Australia | Perth | KUTTE UNION (AUSTRALIA) PTY LTD | | 11 Janter Close Willetton Wa 6155 Australia | Charry Xu |
| USA | Chicago | | | 5821 SE 82AVE STE 103 Portland OR 97267 U.S.A | Jeffrey Chan |
| USA | Atlanta | | | 11270 Donnington Dr. Johns Creek, GA 30097(USA) | Jun Wang |

12/28/2014                          TVpad Overseas HD Chinese Live TV – Global Sales Outlets

| USA | Washington | Y.S. International, Inc. | 8659 Baltimore National Pike, Suite FEllicott City, Maryland 21043 U.S.A. | Mr Byun |
|------|-----------|------------------------|---------------------------------------------------------------------------|---------|
| USA | Guam | SY Supplies | PO Box 6154 Tamauning, Guam 96931 | James Yang |
| USA | Las Vegas | Koreana News | 222 S. Rainbow Blvd #219 Las Vegas NV 89145 | Max Moon |
| USA | Duluth | Korean Installation Service | 3740 Club Dr, APT 3110 Duluth GA 30096-1826 | Micheal Kim |
| USA | Maryland | SMART TVPAD INC | 9612 FT. MEADE RD, LAUREL, MD 20707 .USA | SEAN HAHN |
| USA | Hawaii | | 76 N PAUAHI ST HONOLULU HAWAII. | KEN/Ms Li |
| USA | Castro Valley | USA Club TVpad | 4101 Dublin BlvdSte F PMB 18 Dublin, CA 94568-4603 | Ben |
| USA | New York | ELECTRONIC LAND | 163-15 Northern Blvd. suite 1 Flushing NY 11358 | Peter Yoo |
| USA | Connecticut | Asian Trade Ventures Inc | 294 Central Avenue Norwich, Connecticut | Raymond Ng |
| USA | Dallas | Private business | 5323 Harry Hines Boulevard , Dallas, Texas, 75390 | Raymond Ng |
| USA | Houston | Formark Resource Asset Management LLC - SERIES B | 11152 Westheimer Rd #108, Houston, TX 77042 | Edward Wang |
| USA | Dallas | Jong Lee | 4204 Briarbend Rd Dallas TX 75287 USA | |
| USA | Los Angeles | Tvpad USA | 6 Tidewater cove. Buena Park,DA 90621 U.S.A | |
| France | Paris | SARL KW WORLD COM | 117 AV D IVRY 75013 PARIS FRANCE | Miss Xu |
| UK | London | phoneunlock.com | 6 Macaret Close, London, N20 9RA | Philip Kuch |
| UK | London | K-EYETEL/TVpad Europe | 4 Presburg Road New Malden Surrey, UK KT3 5AH | |
| China | Shenzhen | HUAYANGINTERNATIONAL TECHNOLOGY LIMITED | http://www.itvpad.com | Justin |
| China | Xi'an | Shaanxi Hanliu Commerce Exchange Co., Ltd. | No. 173, Dongyi Road, Yanta District, Xi'an, Shaanxi (opposite to Dongfeng Instrument Factory) | Mr Shin |
| China | Shenyang | Shenyang Shiya Decoration and Finishing Engineering Co , Ltd. | Door 19, No. 5, A65, Beiyi East Road, Tiexi District, Shenyang | Mr. Jin |
| China | Shanghai | Tianhu Commerce Co., Ltd. | Room 402, No. 6, sub-lane 50, lane 27, Wubao Road, Minhang District, Shanghai | Mr. Hu |
| China | Yanji | Tianzhou Economics and Trade Co., Ltd. | Gaosong Food Supermarket, Niushi Street, Yanji, Jilin Province | Mr. Zheng |
| China | Guangzhou | Guangzhou Haigao Computer Co., Ltd. | No. 122, Kangyi Street, Yuanjing Road, Baiyun District, Guangzhou | Mr. Cui |
| China | Zhang Jiagang | TICO Communications Co., Ltd. | 27-3, Donghuyuan, Zhuangjiagang, Suzhou | Miss He |
| Japan | Tokyo | PC-TAKU Commercial Firm | 4F, Pavilion 12, Asahi building, 3-9-1, Ueno, Taito-Ku, Tokyo, Japan | Fang Tuo |
| Japan | Tokyo | THREE ACE company.ltd | SHIMOMURA B/D 102 4-13-7 KOTOBASHI SUMIDAKU Tokyo JAPAN 130-0022 | LEE SHI LAK |
| Japan | Tokyo | PC-TAKU Commercial Firm (Fast Computer) | PC-TAKU LTD. 4F ASAHI BUILDING NO. 12, UENO3-9- 1, TAITOU-KU, TOKYO, JAPAN 110-0005 | Mr. Fang |
| Panama | Panama City | INVERSIONES WEN, S.A. | Edif. Tecnic. Panama City Apartado: 835-521 zona 10 | Willy Wen |
| Paraguay | Ciudad del Este | AGROGANADERA CAMPO FLOR S.R.L | CALLE CAMILO RECALDE 101 AP. 204 | Ricky Lam |
| Paraguay | Asuncion | SPA EL TIGRE | Paraguay asuncion Europa 2186 casi proceres de mayo | |
| Brazil | São Paulo | LI SI INDUSTRIA COMERCIO | Av. Sebastiao de Brito, 890 - Dona Clara- Belo Horizonte | GUANG SHENG JIAN |

12/28/2014                    TVpad Overseas HD Chinese Live TV – Global Sales Outlets

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | IMPORTACAO E EXPORTACAO LTDA. | -MG -Brasil |  |
| Brazil | São Paulo | Augusto Nam | R.Silva Pinto 381, Sao Paulo, S.P., Brazil | Augusto Nam |
| Brazil | Rio De Janeiro | H&L COMERCIAL IMPORTADORA E EXPORTADORA LTDA | AV EMBAIXADOR ABELARDO BUENO N 3500 SALA 1213 BARRA DA TIJUCARIO DE JANEIRO R-J BRASAL | HUANG LIRONG |
| Brazil | Curitiba | CASA YIFA PRESENTES LDTA | RUA EMILIANO PERNETA 195 APT93B CENTRO CEP: 80010-050 CURITIBA -PRBRAZIL | ZHENG RONGYU |
| Indonesia | Jakarta | INDO SUNG-IL JAYA | Jl. Gatot Subroto Km. 8 No. 122 Telesonik Ujung Desa Pasir JayaKec. Jati Uwung Tangerang 15135, INDO | Jihoon Shin |
| Indonesia | Jakarta | PT. MEDIART JAYA | BLOK B21 PINANGSIA LIPPO KARAWACI TANGERANG INDONESIA | Shin Jihoon |
| Thailand | Paknam | KTV on | 577 / 1198, Srinakarin Road, Samrongnua Muang, Samutparakan 10270, THAILAND | Kim Seung Soo |
| Thailand | Bangkok | Vadhana | 326/4 Soi Sukhumvit 63, Sukhumvit Road, Klongtonnur, Vadhana, Bangkok 10110 | Mike Chen |
| Sweden | Malmo | Store 4 Fun(TVpad.se) | Blekingsborgsgatan 3D 21463 Malmoe Skane, Sweden | Niklas Man (Man Lutkin) |
| Holland | Amsterdam | Andrew Trading | Clara Bartonstraat 16, 1025KT Amsterdam, The Netherlands | Winson Chau |
| Holland | Rotterdam | Dimension Automatisering | Goudsesingel 93 ,3031 EE Rotterdam, Holland | Andrew |
| Holland | Apeldoorn | Kenji Trading | Rousseaustraat 287323 GP Apeldoorn, The Netherlands | Andy Wong |
| Holland | The Hague | Note2.nl | Wagenstraat 149 (Den Haag Center),2512 AV Den Haag,The Netherlands | Dr. Isamu (Yong) |
| Philippines | Manila | SITTIXIAN | 227 Aguirre ave BF homes Paranaque City. Manila. Philippines | Kim dug chun |
| Korea | Daejeon | Creble Inc. | Korea, Daejeon, Yuseong-gu, Jeonmin-dong, 463-1, 2013# | Jonghoon Eom |
| Vietnam | Ho Chi Minh City | MODEL LINE CO., LTD | 47 NGUYEN VAN MAI P.8 Q.3 HO CHI MINH CITY | Mr Kim |
| Vietnam | Ho Chi Minh City | KORVIET Co. | Room 2.2, K-Apartment, KDC Lang Dai Hoc, 101/21/3B, Le Van Luong Xa Phuoc Kien, huyen Nha Be HCMC HCM |  |
| Bengal | Dhaka | JANG WON CORP, LTD | HoUSE NO -99 , rOAD NO -4, BLOCK-1 , BANANI, DHAKA-1213 ,BANGLADESH | Mr JONG HAK ,RYOO |
| Kazakhstan | Almaty | TETRO MDD | Room 804 entrance 2 B, Business Center "Nurly Tau" | JUNG TAE HYENG |
| New Zealand | Auckland | Roxapac International Trading Co., Limited | 11A/266 Onewa Road,North Shore Auckland 0626,New Zealand | Pat Hou |
| Spain | Valencia | Han Chinese Language School Marbella | Av de Gustavo Adolfo Becquer, 34, 29660 Nueva Andaluda, Malaga | YINGYING XU |
| Switzerland | Lausanne | Moderne Pont | MODERNE PONT, Avenue de Vinet 24 ,CH - 1004 Lausanne, Switzerland | Tony |
| Hungary | Budapest | Realm-Global Kereskedelmi Kft | 1194 Budapest Fadrusz J. u. 2.,Hungary | Chen Jun |
| Chile | Santiago | TV Pad Chile | Cerro Colorado 4922 C-111, Las Condes, Santiago, CHILE |  |
| Argentina | Buenos Aires | TVPAD argentina | gral alvares condarco 522 piso6 deto a 1406 ciudad autonoma buenos aire |  |
| Argentina | Buenos Aires | OCEANTEXIL | CONCORDIA 373/407 cap.FED BS.AS ARGENTINA PLAT NO 404 MERIDIAN HEIGHTS, NEW NO 154, PETERS |  |
| India | Chennai | FJ NETWORK PRIVATE LIMITED | ROAD, ROYAPETTAH, CHENNAI, TN-600014 TAMILNADU, INDIA |  |
| Germany | Essen | Qed-Consulting Gmbh | c/o Jo-Seob Kim Kawehlstr. 2 45130 Essen | Jo-Seob Kim |

12/28/2014                    TVpad Overseas HD Chinese Live TV – Global Sales Outlets

| Quality goods guarantee | Transaction guarantee | DHL/UPS/TNT | After-sales policy |
|---|---|---|---|
| 0 monthly fee | Third-party payment platform | Globally secure and reassuring | Returnable within 7 days due to any quality problems; one-year warrantee |

| Help Center | Shipping | Payment | After-sales Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | About Receipt | Alipay | After-sale Service | Company Profile | |
| My Order | About Tariffs | Credit Card | App Installation | Statement | (00852)2134-9910 |
| FAQ | Shipping Mode | Western Union | About Return | Contact Us | |
| Application Entry | Shipping Range | Security | Check Warrantee | Media Support | |

Copyright © 2007-2015 CREATE NEW TECHNOLOGY (HK) LIMITED All Rights Reserved

# EXHIBIT 60



EXHIBIT 60

Like if you want HKTV live channel on WELTV!!!

Like · Comment

Michael Chu, Alan Tan, Kuen Pei and 52 others like this.

View 6 more comments



**POSTS TO PAGE**

**Kenneth Wong**
December 7 at 7:32pm

When you get your shipment of Tvpad 4's can you please do a review, ... See More

Like · Comment · Share                                          1

**Mai-Li Pang**
December 7 at 1:32pm

Hi I am having issue with my TV pad 1. The section of stored tvb dr... See More

Like · Comment · Share                                          12

**Chi Fai Cfk**
December 7 at 12:30pm

Hi, Norway have problem with Tvpad 3, nothing program haven't been update since friday? Waiting your reply.

Like · Comment · Share

English (US) · Privacy · Terms · Cookies · More
Facebook © 2014

**Toyz&More4u - Club TVpad** Victor Lui what you have is probably not official WELTV HKTV release. WELTV is planning to add HKTV to their live channel line up with replay! But seems like there is not a whole lot of support with only 40 "likes" LOL
December 5 at 10:05am · Edited

**John Lau** Victor, how you get it on your Weltv ?
December 6 at 9:36am

**Toyz&More4u - Club TVpad**
December 1

WELTV Users! We were pleasantly surprised to see these HKTV dramas added!!!



Like · Comment · Share

Billy Tung, John Lau, Kent Xu and 21 others like this.

**Toyz&More4u - Club TVpad**
November 26

Thanksgiving Sale!!! Coupon code released!
$20 off Moonbox (moonbox20off)
$20 off WELTV (weltv20off)
$40 off TVpad (clubtvpad326)

Please LIKE and SHARE!!!!

Like · Comment

Wing Ho Wong, Margaret Chen, Sylvia N Justin Plude and 13 others like this.

View 10 more comments

**Jia Jin Huang** Between Tvpad 4and weltv, which one would you recommend
December 1 at 12:54pm · Edited

**Toyz&More4u - Club TVpad** TVpad4 is too new for us to determine which is better. We haven't got one on hand to compare. But base on those who has seen it. Old TVpad users would hate it. If you never used TVpad before then it's like any android device.
December 1 at 4:48pm

**Toyz&More4u - Club TVpad** shared a link.
November 26 · Edited

WELTV XBMC Customers! New WELTV XBMC Custom build has just been uploaded to our forum for our XBMC customers. Here are some of the highlights with the new build. Fixed Mash Up add on. Added HKTV streams to playlist!!! Enjoy!!!!

Hang tight Moonbox customers, we will have update for you next!

Like and Share Please!!!

http://clubtvpad.com/forums/viewtopic.php?f=34&t=3377&p=31380#p31380

**Club TVPad • Login**
clubtvpad.com
In order to login you must be registered. Registering takes only a few moments but gives you increased capabilities. The board administrator may also grant additional permissions to registered users. Before you register please ensure you are familiar with our terms of use and related policies. Pleas...

Like · Comment · Share

Ron Lui, Eddie Chow, Jason Chin and 12 others like this.

View 13 more comments

**Toyz&More4u - Club TVPad** shinhwa, this section of the forum is for Club TVpad customers only. If you didn't buy your welty from us, you will not have access.
December 3 at 1:06pm

**Josh Yu** I have sent you a pm requesting access as per your forum post
http://clubtvpad.com/forums/viewtopic.php?f=33&t=1920

Club TVPad • Login
In order to login you must be registered. Registering takes only a few moments but gives you increased capabilities. The board administrator may also grant additional permissions to registered users. Before you register please ensure you are familiar with our terms of use and related policies. Pleas
CLUBTVPAD.COM

December 8 at 7:32am

**Toyz&More4u - Club TVpad**
November 20

Just watched an episode of 警界線 by HKTV. I really enjoyed the cinematic feel of a movie. Surely a breath of fresh air. How soon do you think others will follow making TV series the same way?

Like · Comment

Shinhwa Sarangheyo, Jason Chin, Wing Chan and 20 others like this.

View 13 more comments

**Lee Angela** I wish it will be on tvpad soon
November 22 at 8:28pm

**Wing Chan** Please add tvpad3 hk tv. Thanks
November 27 at 12:17am

**Toyz&More4u - Club TVpad** shared a link.
November 20

http://www.hkepc.com/11945



imal 5 Minute Incoming Traffic
imal 5 Minute Outgoing Traffic
:oming Traffic in Bits per Second
:going Traffic in Bits per Second
nal In:    439.558 G   Maximal Out:  437.592 G
ge In:   272.872 G   Average Out:  272.445 G
nt In:   331.936 G   Current Out:  331.497 G
tatistics was last updated on Thu Nov 20 13:36:32 2014

**HKTV開台大災難 設好的4G萬同時收看? 網絡癱瘓背後技術解析：過份依賴HKIX - 電腦領域**
**HKEPC Hardware - 全港 No.1 PC網站**

www.hkepc.com

HKEPC Hardware delivers the latest IT news and information on the latest PC hardware,
including coverStorys on CPU, mainboard, VGA card, power supplier and more.

Like · Comment · Share                                                                    1 Share

Jason Chin, Helena Kwok, Lesley Tan and 9 others like this.

**Toyz&More4u - Club TVpad** shared a link.
November 19

WELTV HDLive App Released! 135 Channels!! Download now!!! See link
below.

http://clubtvpad.com/forums/viewtopic.php?f=41&t=3487&p=32678#p32678

**Club TVPad • Login**
clubtvpad.com
In order to login you must be registered. Registering takes only a few moments but gives you
increased capabilities. The board administrator may also grant additional permissions to
registered users. Before you register please ensure you are familiar with our terms of use and
related policies. Pleas...

Like · Comment · Share

Benny So, Brian Murakami, Helena Kwok and 6 others like this.

**Sasa Horak** Thanks for the update        Works great and fast registration
November 20 at 5:15am

**Toyz&More4u - Club TVpad** shared a link.
November 19

MOONBOX users!!! HK World app has 警界線 and 選戰!!!! Enjoy!!!!! No
moonbox?? Buy it now!!!! Save $10 with coupon code "moonbox2014"

http://clubtvpad.com/main/shop/moonbox-m3/



**Moonbox M3 | Club TVpad**
clubtvpad.com
High end media player – Free access to 100+ live channels, HK, Korean, Taiwan, Viet and
China Movies and Drama series at your finger tips. Supports all media formats.

Like · Comment · Share

Danny Chow, Joseph Tse, Chi-Hon Choi and 11 others like this.

View 4 more comments

**Toyz&More4u - Club TVpad** Contact your reseller for code to get HK World app. But
you should already have it. See pic below.

1 · November 20 at 7:55pm

**Johnny Fung** Thanks
November 20 at 7:58pm

 **Toyz&More4u - Club TVpad**
November 18 · Edited

XBMC Users, AZdrama has HKTV THE BORDERLINE - 警界線 and The Election
選戰 episode 1 for viewing!!!

Like · Comment

Sylvia N Justin Plude, Gabriel Kong, Devin Lee and 16 others like this.

View 7 more comments

 **Dannis Fung** Ustream app search on HKTV. 大把source啦
November 19 at 1:23pm

 **Lee Angela** Will tvpad have hk tv soon?
November 19 at 7:45pm

 **Toyz&More4u - Club TVpad**
November 18

HKTV is now live!! Let's see which set top box will have it 1st! We may have a
surprise for our XBMC customers!!

Like · Comment

Eddie Chow, Wing Chan, Terry Fong and 20 others like this.

View 4 more comments

 **Misses Au** Icdrama.se is showing one episode
November 18 at 9:34pm · Edited

 **Ricky Lam** TVPAD please
November 19 at 7:19am ·       1

 **Toyz&More4u - Club TVpad**
November 16

After hours of messing around Mashup XBMC, we finally got it to work. We
are going to test it for a few more days and then release an update to our
custom XBMC. Stay tuned!

Like · Comment

Jason Chin, Johnny Fung, Cuong Ly and 15 others like this.

View 3 more comments

 **Jason Chin** You guys are the best!!!!!!!!!!!!!!!!!!
November 26 at 4:55am

 **Toyz&More4u - Club TVpad** It's uploaded and ready for download in the forum!
November 26 at 12:42pm

 **Toyz&More4u - Club TVpad**
November 14

XBMC users: Today is a sad day! MashUp Addon creator has stopped
supporting the MashUp addon. His official site and twitter account has also
been taken offline. It was a great addon and we will surely miss it!

Like · Comment

Eric Ng, Chi-Hon Choi, Sylvia N Justin Plude and 4 others like this.

**Johnny Fung** any addon substitute for live channles??
November 14 at 8:57pm

**Toyz&More4u - Club TVpad** Navi X, you just have to search within it.
November 14 at 11:03pm · Edited



**Toyz&More4u - Club TVpad**
November 7

WELTV Live channel recording feature has been restored!!! You can press menu key during a live broadcast and record to external drive. HK channels are suppose to be restore soon too. Keeping fingers crossed!

Like · Comment                                                              13    2

**Toyz&More4u - Club TVpad** shared a link.
November 5

Some really cool apps for your MOONBOX and WELTV.

http://clubtvpad.com/forums/viewtopic.php?f=41&t=3448

**Club TVPad • Login**
clubtvpad com

In order to login you must be registered. Registering takes only a few moments but gives you increased capabilities. The board administrator may also grant additional permissions to registered users. Before you register please ensure you are familiar with our terms of use and related policies. Pleas...

Like · Comment · Share                                                      9    5

**Toyz&More4u - Club TVpad** shared a link.
November 5

http://pcm.my-magazine.me/main/News/8603

港視下月殺上網創指電視廣告客
pcm.my-magazine me

引述星島日報報道，香港電視短期無望取得免費電視牌，密謀轉戰網上平台，最快下月中開台，殺入本地視劇市場。

Like · Comment · Share                                                      13    9

**Toyz&More4u - Club TVpad** shared a link.
November 5

WELTV ANNOUNCEMENT: TVB Channels Temporarily removed! See WELTV Official announcement posted in our forum.
http://clubtvpad.com/forums/viewtopic.php?f=37&t=3446

**Club TVPad • Login**
clubtvpad com

In order to login you must be registered. Registering takes only a few moments but gives you increased capabilities. The board administrator may also grant additional permissions to registered users. Before you register please ensure you are familiar with our terms of use and related policies. Pleas...

Like · Comment · Share                                                      9    6



**Toyz&More4u - Club TVpad**
November 4

Moonbox: If live channels are not working with moonbox app, please use Ray of HD app. They have enabled this app so customers can still watch various live channels. Great app to have as a back up to the regular moonbox apps.

Like · Comment                                                        7    2

**Toyz&More4u - Club TVpad**
November 1

Moonbox Ray of HD app is now working again. Keep in mind this will only be temporary while they are being attacked.

Like · Comment                                                             5

See More Stories ▾



## About Toyz&More4u - Club TVpad

**Page Info**

**PAGE INFO**

| | |
|---|---|
| Start Info | **Launched on February 2012** |
| Short Description | Your One Stop Shop! Sales, Support, News, Updates and Outage Reports for TVPAD, iPlayer and WELTV. |
| Long Description | This is where you can get support from TVpad, iPlayer and WELTV owners worldwide. Feel free to ask questions regarding these devices. |
| Products | TVPAD, WELTV, Moonbox and iPlayer. |
| Website | www.clubtvpad.com and www.clubtvpad.com/forums |

Sign Up      Log In      Mobile      Find Friends      Badges      People      Pages      Places      Games
Locations    About      Create Ad    Create Page    Developers   Careers    Privacy    Cookies    Terms
Help

Facebook © 2014
English (US)

# EXHIBIT 61



Email or Phone          Password

Keep me logged in        Forgot your password?

**Timeline Photos**

Back to Album · Toyz&More4u - Club TVpad's Photos · Toyz&More4u - Club TVpad's Page          Previous · Next





**Toyz&More4u - Club TVpad**
Finally got my official TVpad Reseller/distributor certificate! Thanks for everyone's support!!!!
June 25, 2012

ILouis Law, Aaron Chan, BeNhor Claros and 10 others like this.

**Andrew Chan** Keep up the good work. Your after sales service is exceptional. That is the best selling point. Cheers, buddy.
June 25, 2012 at 5:06am · 1

Album:  Timeline Photos

Shared with:  Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

EXHIBIT 61

Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 120 of 303   Page ID #:1360

Sign Up      Log In      Mobile      Find Friends      Badges      People      Pages      Places      Games

Locations      About      Create Ad      Create Page      Developers      Careers      Privacy      Cookies      Terms

Help

Facebook © 2015

English (US)

**EXHIBIT 62**



| Club TVpad |  |
| --- | --- |

## TVPAD3 M358



 

## $249.99

**TVPad3**

## Latest Model! For more info on product please see here

**includes:**

TVpad Unit

Remote Control

4gb TF card(micro SD card)

HDMI cable

AV cable (red, white & yellow)

Power adapter

Manual

VOIP Handset and Game

EXHIBIT 62

controller sold separately. (not available at this time)

**TVpad wifi works best with N router with WPA2 security setting. If you have a G router it may not work. Please see our wifi FAQ here

Add to cart

SKU:TVpad3

Category: TVpad

Tags: M233, TVpad2, tvpad3.

Description

## Product Description

**Check our forum for current coupon code for additional discount! HERE**

**\*International shipping is 29.99 1st item and 14.99 each additional item.**

RELATED PRODUCTS



TVpad2 M233

From: $239.99

Read More



Shop Now!





Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 125 of 303   Page ID
#:1365

© 2015 Club TVpad

**EXHIBIT   63**

# Save Money - No Monthly Bills!

See what it's like to truly live in the convenient age of digital streaming.

## NO MONTHLY FEES

Access tons of content with no monthly charge!

It's a set top box that lets you access Chinese, Vietnamese and Korean TV and movies with no additional charge!!

Read More ▶

## DOWNLOADS

Download your favorite apps or firmware packages here!

Our download section has an extensive library of apps and firmware packages for all models of TVpad. It has full instructions and great support from our forum admin and members!

Download Now ▶

## FORUMS

Get support, or simply connect with others!

We offer a huge network of people just like you looking to share their experiences with ClubTVPad! Check our forum for outage reports, new app releases or news on TVpad developments etc.

Enter Forum Here ▶

© 2015 Club TVpad

Select Language

EXHIBIT 63

# EXHIBIT 64

For those who want to use TVpad to watch... - Toyz&More4u - Club TVpad          Page 1 of 1
Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 129 of 303   Page ID
#:1369

Sign Up

Email or Phone          Password

☐ Keep me logged in          Forgot your password?          Log In

**Toyz&More4u - Club TVpad**
April 26, 2013 ·

For those who want to use TVpad to watch the NBA Playoffs. Here is CCTV5
schedule.

http://www.nba.com/sche.../international_nba_tv_schedule.html...

### Global NBA Programming 2012-13 Season

Copyright © NBA Media Ventures, LLC. All rights reserved. No portion of NBA.com
may be duplicated, redistributed or manipulated in any form. By accessing any
information beyond this page, you agree to abide by the Privacy Policy / Your
California Privacy Rights and Terms of Use.

NBA.COM

Like · Comment · Share

Joseph Ip and David Yuen like this.

**Keiji Azuma** please tell me which app should i get to watch cctv5 thanks
April 26, 2013 at 5:30pm

**Toyz&More4u - Club TVpad** BETV or BETV HD
April 26, 2013 at 5:30pm

**Keiji Azuma** thanks let me try later!
April 26, 2013 at 5:35pm

English (US) · Privacy · Terms · Cookies · More
Facebook © 2014

EXHIBIT 64

# EXHIBIT 65

Timeline Photos - Toyz&More4u - Club TVpad | Facebook

 

## Timeline Photos

Back to Album · Toyz&More4u - Club TVpad's Photos · Toyz&More4u - Club TVpad's Page          Previous · Next




**Toyz&More4u - Club TVpad**
Here's the icon to look for when searching for BETV2
June 5, 2013

Album:  Timeline Photos

Shared with:  🌐 Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

EXHIBIT 65

Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 132 of 303   Page ID #:1372

Sign Up     Log In     Mobile     Find Friends     Badges          People     Pages     Places     Games

Locations     About     Create Ad     Create Page     Developers     Careers     Privacy     Cookies     Terms

Help

Facebook © 2015

English (US)

**EXHIBIT 66**

2/15/2015                    Are you a Direct TV subscriber? Then... Toyz&More4u - Club TVpad

Case 2:15-cv-01869-MMM-AGW   Document 23-5   Filed 03/30/15   Page 134 of 303   Page ID #:1374

Sign Up

Email or Phone                    Password
george.wukoson@gmail.com         ●●●●●●●●        Log In
☑ Keep me logged in              Forgot your password?

English (US) · Privacy · Terms · Cookies · Advertising · More
Facebook © 2015

 **Toyz&More4u - Club TVpad**
November 12, 2012 ·

Are you a Direct TV subscriber? Then you might be aware that they are removing TVB from their line up at the end of the month. Meaning Direct TV subscribers will no longer receive TVB channels with Direct TV. This is the best time to get a TVpad to replace Direct TV. So message me for Direct TV replacement Sale! I am hooking all Direct TV subscribers up with a new TVpad! Like this post to spread the word!

Like · Comment

Vincent Poy, Michael Lau, William Chi Kong Yip and 3 others like this.

 **Toyz&More4u - Club TVpad** Nice! A few people already took advantage of this sale!! Please continue to spread the word.
November 12, 2012 at 11:58am

 **Hong Yee** Will the channels directv offered be on tvpad? All the tvb channels?
November 12, 2012 at 12:04pm

 **Toyz&More4u - Club TVpad** Unfortunately no, it will only be the current channels available on TVpad.
November 12, 2012 at 12:07pm

 **Jackie Wong** tvb is moving to dishnetwork
November 12, 2012 at 12:50pm

 **Toyz&More4u - Club TVpad** Yes that is correct they are going to Dish Network for $39 a month. I think TVpad would be a wiser choice.
November 12, 2012 at 1:03pm

 **Hong Yee** Stupid. Oh we'll tvpad rules all anyways.
November 12, 2012 at 1:24pm

 **Toyz&More4u - Club TVpad** Hong Yee, you calling me Stupid? LOL j/k
November 12, 2012 at 2:31pm

 **Desmond Chung** Does this mean no more tvb for tvpad
November 12, 2012 at 7:41pm

 **Toyz&More4u - Club TVpad** NO! It means no more TVB for Direct TV!
November 12, 2012 at 8:44pm

 **Desmond Chung** Oh okay just making sure
November 12, 2012 at 8:59pm

 **Vincent Poy** Actually, TVB Jadeworld will be gone at 12:00AM on November 18, 2012 which is when it will be carried by Dish Networks for $29.99 per month, it is $9 cheaper than Directv, I am sure that Directv is keeping too much of the money they collected as both of them have their costs taken from the monthly fee.
November 16, 2012 at 9:28am

 權權 Is that mean the user will get trouble one day ?
November 30, 2012 at 9:07pm

 **Toyz&More4u - Club TVpad** Why?
December 1, 2012 at 2:29am

 權權 They told if they find your IP address , they will know where you are , the next step should be cost you $ 15000 !
December 1, 2012 at 6:42am

 **Toyz&More4u - Club TVpad** do you know how many torrent users out there downloading free movies? These are people downloading American movies, such as Universal Studio, Paramount Pictures etc. these companies are 1000x bigger than TVB and they still can't stop people from downloads. Also there are lots of TVpad users who use TVpad for other channels. They don't even watch TVB. How are they going to sue those people? They would 1st have to prove they use TVpad to watch TVB. So again, using and owning a TVpad is not illegal. Just like if you use an ipad or ipod and install PPS app to watch movies. Does your ipad or ipod become illegal to own and use? Can someone sue you for 15K?
December 1, 2012 at 6:15pm · 1

 權權
December 1, 2012 at 6:20pm

EXHIBIT 66

# EXHIBIT 67



EXHIBIT 67

# EXHIBIT 68

- Board index ‹ TVpad Help/FAQ ‹ TVPad3 M358
- Change font size
- Print view

- FAQ
- Register
- Login

# TVB Drama does not Work

Moderator:  techgadgets88

Post a reply
14 posts • Page 1 of 2 • 1, 2

## TVB Drama does not Work

by DarkKnight22  » Tue Jul 08, 2014 7:09 pm

Not sure if its just me or if others are facing the same problem.
The TVB drama app does not load at all. It is the one with the disc Icon. Every time I click on the app, it will either load for a bit and the red mark comes up or the red mark just comes up after I click on the app.
I am connected to the internet and all the other apps seems to work fine.
Other then that, other streaming apps seems to take a bit longer to load then usual, not sure why.
Never experience this before, until about a weeks ago.
Anyone has a solution to this.
Thank you. 😊

- 
- 0



DarkKnight22

Posts:  10
Joined:  Thu Feb 06, 2014 12:07 am
Reputation:  0

Top

## Re: TVB Drama does not Work

by clubtvpad  » Tue Jul 08, 2014 7:21 pm

EXHIBIT 68

Sounds like you are not running the latest version of the app. Go to app manager and see if there is an update. Also check to make sure one on the latest firmware. All VOD and live TV is working on Tvpad.

- 
- 0

# <span style="color:red">BUY WELTV NOW CLICK</span> [here](here) !

**<span style="color:green">TVpad firmware and app downloads:</span>** [Download page](#)
**General TVpad FAQ:** [Click Here](#)



[clubtvpad](#)
    Site Admin

    Posts:  4832
    Joined:  Sat Jul 07, 2012 4:50 pm
    Location:  San Francisco Bay Area
    Reputation:  577

- [Website](#)

[Top](#)

---

## Re: TVB Drama does not Work

🗋by [DarkKnight22](#)  » Wed Jul 09, 2014 7:25 pm

MY firmware is up to date and I have also updated all my apps from the app store.
Also did a reset and plug off the power cord.
Don't seem to have any changes. Same issue.
My next door neighbor is also having the same problem.

- 
- 0



[DarkKnight22](#)

    Posts:  10
    Joined:  Thu Feb 06, 2014 12:07 am

Reputation:   0

Top

## Re: TVB Drama does not Work

by [clubtvpad](#)   » Wed Jul 09, 2014 7:26 pm

Try changing the DNS manually

- 
- 0

# BUY WELTV NOW CLICK [here](#) !

**TVpad firmware and app downloads:** [Download page](#)

**General TVpad FAQ:**[Click Here](#)



[clubtvpad](#)
Site Admin

Posts:  4832
Joined:  Sat Jul 07, 2012 4:50 pm
Location:  San Francisco Bay Area
Reputation:   577

- [Website](#)

Top

## Re: TVB Drama does not Work

by [DarkKnight22](#)   » Wed Jul 09, 2014 7:28 pm

I will try that and and will provide an update later.
Thanks

- 
- 0



[DarkKnight22](#)

      Posts:  10
      Joined:  Thu Feb 06, 2014 12:07 am
      Reputation:  0

[Top](#)

---

## Re: TVB Drama does not Work

by [DarkKnight22](#)  » Fri Jul 11, 2014 5:01 pm

did the change and still the same. Dont seem to work

- 
- 0



[DarkKnight22](#)

      Posts:  10
      Joined:  Thu Feb 06, 2014 12:07 am
      Reputation:  0

[Top](#)

---

## Re: TVB Drama does not Work

by [Dssjr](#) » Fri Jul 11, 2014 5:03 pm

did you revert back to auto afterwards? Seems to work for me when this happened to me. I changed the DNS to 8.8.8.8 and still didn't work. I went back in and changed it back to auto and it worked.

- 
- 0



[Dssjr](#)

> Posts:  107
> Joined:  Sun Jul 08, 2012 7:57 pm
> Reputation:   10

[Top](#)

## Re: TVB Drama does not Work

by [DarkKnight22](#) » Sat Jul 12, 2014 11:51 pm

Ya, I did what you ,mention and it did work for for me now, THANKS!!
but now for some reason for like the HK and China channels, those apps don't even load. After 10 sec or more of waiting, it still in 0kbps to like 15kbps.
So weird!!!
Any suggestion on this now?

Also, on the other note, I do have fast and stable internet connection so this shouldn't be the problem and I also I have the latest firmware and updated apps for the TVPAD 3.

- 
- 0



[DarkKnight22](#)

> Posts:  10
> Joined:  Thu Feb 06, 2014 12:07 am
> Reputation:   0

[Top](#)

## Re: TVB Drama does not Work

by [DarkKnight22](#) » Fri Jul 18, 2014 10:06 am

It actually started working normally now.
Very weird. I guess it was the HK server problems.
Thanks for the help guys!!!

12/3/2014    Case 2:15-cv-01869-MMM-AJW    Document 23-5    Filed 03/16/15    Page 143 of 303    Page ID
#:1383
Club TVPad • View topic - TVB Drama does not Work

- 
- 0



[DarkKnight22](#)

Posts:  10
Joined:  Thu Feb 06, 2014 12:07 am
Reputation:   0

[Top](#)

## Re: TVB Drama does not Work

⌧ by [Will](#) » Fri Jul 25, 2014 4:52 pm

I brought my TV pad two weeks ago and have the same problem - live stream is working fine but vod is not working. Connection is not an issue since live stream works perfectly and I am connected thru Ethernet cable. Please assist. How do I set DNS server etc? Thanks!

- 
- 0



[Will](#)

Posts:  3
Joined:  Fri Jul 25, 2014 4:46 pm
Reputation:   0

[Top](#)

[Next](#) Display posts from previous:  All posts ▼   Sort by  Post time ▼   Ascending ▼   Go

[Post a reply](#)
14 posts • [Page 1 of 2](#) • 1, [2](#)

[Return to TVPad3 M358](#)

Jump to:  | TVPad3 M358                    ▼ |  Go

## Who is online

Users browsing this forum: No registered users and 5 guests

- Board index
- The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ Club TVpad Lounge ‹ TVB Drama Discussion
- Change font size
- Print view

- FAQ
- Register
- Login

# CCTV5 NBA Playoff Schedule

Post a reply

3 posts • Page 1 of 1

## CCTV5 NBA Playoff Schedule

by clubtvpad  » Fri Apr 26, 2013 4:51 pm

If you want to watch the NBA Playoff on TVpad. CCTV is covering the playoffs. You can use BETV-HD to watch CCTV5 HD.
http://www.nba.com/schedules/international_nba_tv_schedule.html?RID=8&cName=China

Enjoy!!

- 
- 0

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
           Site Admin

           Posts: 4832
           Joined: Sat Jul 07, 2012 4:50 pm
           Location: San Francisco Bay Area
           Reputation: 577

- Website

Top

## Re: CCTV5 NBA Playoff Schedule

by **Denny1981** » Thu Mar 20, 2014 11:53 pm

Awesome. I hope is on the iplayer i5. Dont have NBA in UK. Its all football only. lol Thanks!

- 
- 0



Denny1981

       Posts: 10
       Joined:  Thu Mar 20, 2014 6:15 pm
       Reputation:   0

Top

## Re: CCTV5 NBA Playoff Schedule

by **Phantoman** » Fri Mar 21, 2014 3:16 am

You don't have NBATV on your iPlayer ?

- 
- 0

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



Phantoman

       Posts: 4210
       Joined:  Sun Jul 08, 2012 2:10 pm
       Reputation:   494

Top

Display posts from previous: All posts ▾  Sort by  Post time ▾  Ascending ▾  Go

Post a reply

3 posts • Page 1 of 1

Return to TVB Drama Discussion

Jump to:  TVB Drama Discussion ▾  Go

## Who is online

Users browsing this forum: No registered users and 1 guest

- Board index
- The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ Club TVpad Lounge ‹ TVB Drama Discussion
- Change font size
- Print view

- FAQ
- Register
- Login

# TVB series recommendations

Post a reply

6 posts • Page 1 of 1

## TVB series recommendations

by yyh » Thu Aug 30, 2012 2:00 am

Finished watching Tiger Cubs (SDU). Anyone have any recommendations on good TVB series that are still being broadcasted (have not ended yet), so I can either watch it on the TVB app or watch it through the TVB live stream?

- 
- 0



yyh

Posts:  392
Joined:  Sun Jul 15, 2012 3:33 am
Reputation:  2

Top

## Re: TVB series recommendations

by yyh » Fri Aug 31, 2012 10:40 am

Ok, I'll start:

Currently watching Divas in Distress ( no, it's not a drama for women 😑 ). It's a comedy. More info:

http://en.wikipedia.org/wiki/Divas_in_Distress

ps. I thought most of you wanted a forum for TVB drama discussion, where is everyone?

- 
- 0



[yyh](#)

Posts: 392
Joined: Sun Jul 15, 2012 3:33 am
Reputation: 2

Top

## Re: TVB series recommendations

by [Patricklam1](#)   » Sat Dec 01, 2012 8:18 pm

I am having lots of trouble looking for new tab series to watch on my tvpad. Can somebody tell me which app they use and how many tab series are usually available? My tvpad app only has about 8 series and they don't seem so good. Thanks!

- 
- 0



[Patricklam1](#)

Posts: 4
Joined: Wed Aug 29, 2012 5:10 pm
Reputation: 0

Top

## Re: TVB series recommendations

by [clubtvpad](#)   » Sat Dec 01, 2012 10:10 pm

Case 2:15-cv-01869-MMM-AJW   Document 28-5   Filed 03/10/15   Page 150 of 303   Page ID #:1390

what app are you using?

- 
- 0

# BUY WELTV NOW CLICK [here](here) !

**TVpad firmware and app downloads:** [Download page](Download page)
**General TVpad FAQ:** [Click Here](Click Here)



[clubtvpad](clubtvpad)

Site Admin

Posts: 4832
Joined: Sat Jul 07, 2012 4:50 pm
Location: San Francisco Bay Area
Reputation: 577

- [Website](Website)

[Top](Top)

## Re: TVB series recommendations

by [Patricklam1](Patricklam1) » Sun Dec 02, 2012 7:35 pm

The blue one with a cd in the middle?

- 
- 0



[Patricklam1](Patricklam1)

Posts: 4
Joined: Wed Aug 29, 2012 5:10 pm
Reputation: 0

[Top](Top)

## Re: TVB series recommendations

by **clubtvpad** » Sun Dec 02, 2012 10:24 pm

You have the right app and what you see is what you get. It's the latest and current series in 2012. No older ones.

- 
- 0


# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
     Site Admin

     Posts: 4832
     Joined: Sat Jul 07, 2012 4:50 pm
     Location: San Francisco Bay Area
     Reputation: 577

- Website

Top

---

Display posts from previous: [All posts ▼] Sort by [Post time ▼] [Ascending ▼] [Go]

---

Post a reply
6 posts • Page 1 of 1

Return to TVB Drama Discussion

Jump to: [ TVB Drama Discussion ▼] [Go]

## Who is online

Users browsing this forum: No registered users and 1 guest

- Board index
- The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

Case 2:15-cv-01869-MMM-AJW Document 28-5 Filed 03/10/15 Page 152 of 303 Page ID #:1392

Powered by [phpBB](#)® Forum Software © phpBB Group

[Reputation System](#) ©

12/13/2016 Club TVpad · View topic - TVpad2 (M233) and TVpad3 (M358) app download ONLY.

Case 2:15-cv-01869-MMM-AJW · Document 23-5 · Filed 03/16/15 · Page 153 of 303   Page ID #:1393

- Board index ‹ Club TVpad Lounge ‹ TVpad App discussions ‹ Downloads
- Change font size
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# TVpad2 (M233) and TVpad3 (M358) app download ONLY.

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 3 posts • Page 1 of 1

☺ **TVpad2 (M233) and TVpad3 (M358) app download ONLY.**

by clubtvpad » Wed Jan 30, 2013 5:56 am

**If you updated your firmware and lost all your HK and Korean apps. Please follow the instructions below. You MUST download the Quick Install Utility to re-install the apps. Most of theHK apps are available for download in this post, but the easiest way is to install the N+ Store app and access the N+ store to get the** latest **version of the HK apps.**

**For TVpad1 M121(s) please go to our TVpad1 download section.**

**Install the N+store app from link below. Within the N+Store you will find all the missing apps from the regular appstore. This includes all the apps below.**

**Download from here directly.**



**FOR CHINESE INSTRUCTIONS SEE LINK BELOW.**

http://www.tvpadfans.com/thread-46929-1-1.html

# Please follow the instructions below to install 3.70, 3.80, 4.08 and 4.18 apps.

**HOW TO INSTALL APPS on TVPad 2 and 3 using quick install utility. Credit to Kingofthekings**



**\*\*All apps below must be copied to a FAT32 USB drive** (do not place files in a folder on the usb, must be at root level)**.**

Once you have all the apps (.pkg) and the quick install utility on your USB drive. Insert the USB drive to your TVpad's USB port. A menu will come up. Select the 1st option and begin the auto install. When finish, exit to main menu and you should have all the apps you have downloaded.

0. **You must download this app** quick install utility

# 3.8 to 4.18 VERSION 3 apps package download (includes the apps below.You will see the app name with #3 after you install)



You can download all the current apps including one that are not in tvpad store.[/color]
**You will still need the quick install utility to install the apps. See below for download link!**

# http://www.appnnn.com/tvpad/

2. HITV

3. 电视精灵 (TV Genie)

4. 粤海宽频

5. 港粤快看 (Quick Look App NEW RELEASE 5/13/13 )

6. 粤海时移 (Time Shift App)

7. 迪士尼 (Disney)

**Apps below: Download and unzip to USB drive. Install using quick install utility.**

8. 聚合網視 **(130 channel app)**

📎 聚合網視.zip
      (404.99 KiB) Downloaded 2101 times

<span style="color:red">**This app is still in development. Do not expect all channels to work.**</span>



9.      <span style="color:red">(This app does not work well)</span>

📎 爱奇艺for3.7.zip
      (484.8 KiB) Downloaded 752 times



10.

📎 搜狐视频for3.7.zip
      (503.27 KiB) Downloaded 754 times

11.



粤海宽屏2.png (17.96 KiB) Viewed 31871 times

<span style="color:red">Update 3/14/13</span>



12.



13.

华数TV.zip

(1.14 MiB) Downloaded 548 times



direct appnnn download link here.

Or

14. 粤海直播 - **install this app using N+store! See detail** here .

- { RS_ADD_POINTS }
- 9
- { RS_SUBTRACT_POINTS }

Attachments

📎 我爱K歌1.3.zip

(1.18 MiB) Downloaded 349 times

🔗 粵海寬頻2_回放.zip
        (1.3 MiB) Downloaded 1544 times

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
      Site Admin

      Posts:  4878
      Joined:  Sat Jul 07, 2012 7:50 pm
      Location:  San Francisco Bay Area
      Reputation:  584

- E-mail clubtvpad
- Website

Top

## TVpad2 M233 Games 3.70 ONLY

☐ by clubtvpad  » Mon Feb 04, 2013 5:42 am

These games will only work if you have the exclusive TVpad game controller and TVPad2 M233 with 3.70 firmware only. **WILL NOT WORK WITH 3.80 FIRMWARE!**

Download and unzip all files to the root of your USB drive.

Insert your USB drive to TVpad. A menu will come up asking you to install or uninstall app. Select the 1st option from top. It will auto install all games for you.

For game instructions and description go HERE

12 games total

全景乒乓.pkg
喜羊羊之找不同.pkg
快乐乒乓.pkg
快乐豆豆.pkg
快乐蹦床.pkg
拳击擂台.pkg
欢乐赛跑.pkg
百米冲刺.pkg
眼明手快1.pkg
眼明手快2.pkg
路亚钓鱼.pkg
黑白棋2.pkg

games.jpg (24.5 KiB) Viewed 34020 times

**All 12 games plus quick install utility available for download!**Download All (163MB 12 games)



**If you want to download the games individually, see link below.**

http://www.tvpadfans.com/thread-47291-1-1.html

- { RS_ADD_POINTS }
- 3
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:**Click Here



clubtvpad
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

## M233 TVpad2 3.80 New games

by clubtvpad  » Sun Jun 09, 2013 4:13 am

**THESE GAMES ARE FOR 3.80 FIRMWARE ONLY**. 3.70 GAMES WILL NOT WORK WITH 3.80. IF YOU HAVE 3.70 FIRMWARE PLEASE DOWNLOAD GAMES ABOVE THIS POST.

**You will still need the quick install utility for 3.80. Please download HERE**

# DO NOT INSTALL ALL GAMES, TVpad internal memory can not hold all games. We suggest 12 games max on TVpad. If you install more than 12 games, TVpad may hang and lock up, and you will not be able to use the device at all!

THESE 33 GAMES ARE FOR M233 (TVpad2) 3.80 FIRMWARE ONLY. 3.70 GAMES WILL NOT WORK WITH 3.80. (thanks to Sudhera for the links)

These games will only work if you have the exclusive white TVpad game controller and TVpad2 M233 with 3.80 firmware only.WILL NOT WORK WITH 3.70 FIRMWARE!

You will need the quick install games utility for 3.80. Please download HERE

Download and unzip all files to the root of your USB drive.

Insert your USB drive to TVpad. A menu will come up asking you to install or uninstall app. Select the 1st option from top. It will auto install all games for you.

enjoy !

**Download ALL the games here!**

1.) http://www.sendspace.com/file/f1fw68
Antarctic Sports.pkg
Happy Race.pkg

Hurdle.pkg
Mini Jumper.pkg
Othello.pkg
Ping Pong.pkg
Sprint.pkg
Tennis.pkg
百米冲刺.pkg
2.) http://www.sendspace.com/file/kj9b46
Dancing Beats.pkg
热舞节拍.pkg
3.) http://www.sendspace.com/file/3lq2nl
全景乒乓.pkg
冰壶运动.pkg
快乐乒乓.pkg
快乐豆豆.pkg
欢乐赛跑.pkg
花式撞球.pkg
迷你跳跳.pkg
飞碟射击.pkg
黑白棋2.pkg
4.) http://www.sendspace.com/file/ojpeiv
人鱼球球.pkg
喜羊羊太鼓律动.pkg
喜羊羊找不同.pkg
喜羊羊育脑游戏.pkg
眼明手快1.pkg
眼明手快2.pkg
眼明手快3.pkg
自由跨栏.pkg
5.) http://www.sendspace.com/file/ufl08i
喜羊羊滑雪.pkg
快乐蹦床.pkg
拳击擂台.pkg
网球王子.pkg
路亚钓鱼.pkg


If you are using The Phanto app, The Recorder app or The VPlayer app & appreciate the work that
Phantoman & the Hacker team are doing including porting the New BETV II app aswell as 粤海宽屏2
for older models m121s m121 m120, then please consider making a small donation.
*** CLICK HERE TO DONATE ***

Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 163 of 303   Page ID #:1463



Download boxing game HERE



Download Fishing game HERE



Download Sheep game HERE



Download Animal Racing game HERE

Case 2:15-cv-01869-MMM-AJW Document 23-5 Filed 03/16/15 Page 165 of 303 Page ID #:1405



Download Jumping game [HERE](#)



Download Sprint 2 game [HERE](#)



Download Quick Hand and Eye game HERE



Download Quick Hand and Eye game 2 HERE



Download Othello 2 [HERE](#)



Download Quick Match game [HERE](#)



Download Table Tennis game HERE



Download Ping Pong Ball game HERE

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here

Case 2:15-cv-01869-MMM-AJW · Document 23-5 · Filed 03/16/15 · Page 169 of 303 · Page ID #:1409



**clubtvpad**
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

---

Display posts from previous: [All posts ▼]  Sort by [Post time ▼] [Ascending ▼] [Go]

---

Topic evaluate: ★★★★★ • 3 posts • Page 1 of 1

Return to Downloads

---

Jump to:  [Downloads ▼] [Go]

---

## Who is online

Users browsing this forum: 1234 and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©



**TRANSLATOR CERTIFICATION**

9450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://clubtvpad.com/forums/viewtopic.php?f=13&t=1040&p=8261#p8261

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

12/13/2014        Club TVPad • View topic - TVpad2 (M233) and TVpad3 (M358) app download ONLY.

- Board index ‹ Club TVpad Lounge ‹ TVpad App discussions ‹ Downloads
- Change font size
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

TVpad2 (M233) and TVpad3 (M358) app download ONLY.

| Search this topic… | Search |
|---|---|

Topic evaluate: ★★★★★        • 3 posts • Page 1 of 1

 TVpad2 (M233) and TVpad3 (M358) app download ONLY.

by clubtvpad » Wed Jan 30, 2013 5:56 am

If you updated your firmware and lost all your HK and Korean apps. Please follow the instructions below. You MUST download the Quick Install Utility to re-install the apps. Most of the HK apps are available for download in this post, but the easiest way is to install the N+ Store app and access the N+ store to get the latest version of the HK apps.

For TVpad1 M121(s) please go to our TVpad1 download section.

Install the N+store app from link below. Within the N+Store you will find all the missing apps from the regular appstore. This includes all the apps below.

Download from here directly.

12/13/2014        Club TVPad • View topic - TVpad2 (M233) and TVpad3 (M358) app download ONLY.

FOR CHINESE INSTRUCTIONS SEE LINK BELOW.

http://www.tvpadfans.com/thread-46929-1-1.html

Please follow the instructions below to install 3.70, 3.80, 4.08 and 4.18 apps.

HOW TO INSTALL APPS on TVPad 2 and 3 using quick install utility. Credit to Kingofthekings

**All apps below must be copied to a FAT32 USB drive (do not place files in a folder on the usb, must be at root level).

Once you have all the apps (.pkg) and the quick install utility on your USB drive. Insert the USB drive to your TVpad's USB port. A menu will come up. Select the 1st option and begin the auto install. When finish, exit to main menu and you should have all the apps you have downloaded.

0. You must download this app quick install utility

3.8 to 4.18 VERSION 3 apps package download (includes the apps below. You will see the app name with #3 after you install)

12/13/2014          Club TVPad • View topic - TVpad2 (M233) and TVpad3 (M358) app download ONLY.

| | |
|---|---|
| **BETV**<br>BETV is an app that provides live Chinese TV programs, covering channel resources including news, finance, parenting, entertainment, sports, and local satellite TV channels. | **BETV HD**<br>BETV HD is an app that provides live HD Chinese TV programs, covering channel resources including news, finance, parenting, entertainment, sports, and local satellite TV channels. |
| **BETVII**<br>BETV is an app that provides live Chinese TV programs. The entirely new UI and wonderful playback function allow you to enjoy the new experience brought by BETV. | **Yue Hai Kuan Pin**<br>Yue Hai Kuan Pin is the worlds' first live TV app designed to run on TVpads and specially cater for Cantonese-speaking people, covering resources including Hong Kong movies, Cantonese songs… |
| **Yue Hai Kuan Pin 2**<br>Yue Hai Kuan Pin 2 is the world's first live TV app designed to run on TVpads and specially cater for Cantonese-speaking people. With an entirely new UI, Yue Hai Kuan Pin 2 provides the mainstream web live channels of Hong Kong and Guangdong. | **516 Web TV**<br>516 Web TV provides the excellent live TV programs available in Taiwan, allowing you to enjoy the Taiwanese style wherever you are. |
| **Sports Online**<br>Sports Online is the paradise for sports fans. Bringing to you high-definition and smooth watching experience, it is your earnest partner in enjoying the exciting English Premier League, La Liga, French Open, NBA, NHL, MLB… | **Gang Yue Kuai Kan**<br>Gang Yue Kuai Kan is a web VOD app. It covers the latest live Hong Kong TV dramas, focusing on the newest and most popular ones. |
| **Yue Hai Time-shift**<br>Yue Hai Shi Yi is a live TV app that postpones by 12 hours the playback of the TV programs provided in Yue Hai Kuan Pin; it provides the time-shift function and is specially designed for Cantonese-speaking people… | **Solive**<br>Solive is a Korean live TV app that provides a wide variety of TV programs, including financial news, entertainment news, and TV dramas. |

You can download all the current apps including one that are not in tvpad store.[/color]
You will still need the quick install utility to install the apps. See below for download link!

http://www.appnnn.com/tvpad/

2. HITV

3. TV Genie

4. Yue Hai Kuan Pin

5. Gang Yue Kuai Kan (Quick Look) App NEW RELEASE on 05/13/2013

6. Yue Hai Shi Yi (Time Shift App)

7. Disney

12/13/2014        Club TVPad • View topic - TVpad2 (M233) and TVpad3 (M358) app download ONLY.

Apps below: Download and unzip to USB drive. Install using quick install utility.

8. Ju He Wang Shi (130 channel app)

⎙ Ju He Wang Shi.zip
(404.99 KiB) Downloaded 2101 times

This app is still in development. Do not expect all channels to work.

9. (This app does not work well)

⎙iQIYI for 3.7.zip
(484.8 KiB) Downloaded 752 times

10. Sohu Video

⎙Sohu Video for 3.7.zip
(503.27 KiB) Downloaded 754 times

11.

12/13/2014          Club TVPad • View topic - TVpad2 (M233) and TVpad3 (M358) app download ONLY.

Yue Hai Kuan Pin 2.png (17.96 KiB) Viewed 31871 times

Update 03/14/2013

12.

13. Wasu

⌀ Wasu TV.zip
(1.14 MiB) Downloaded 548 times

12/13/2014        Club TVPad • View topic - TVpad2 (M233) and TVpad3 (M358) app download ONLY.

Yue Hai Zhi Bo

direct appnnn download link here. Or

14. Yue Hai Zhi Bo - install this app using N+store! See detail here.

- { RS_ADD_POINTS }
- 9
- { RS_SUBTRACT_POINTS }

Attachments

⌷I Love Karaoke 1.3.zip

12/13/2014        Club TVPad • View topic - TVpad2 (M233) and TVpad3 (M358) app download ONLY.


(1.18 MiB) Downloaded 349 times

⬚Yue Hai Kuan Pin 2_Playback.zip
(1.3 MiB) Downloaded 1544 times

BUY WELTV NOW CLICK here!
TVpad firmware and app downloads: Download page
General TVpad FAQ:Click Here


clubtvpad
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

• E-mail clubtvpad
• Website

Top

TVpad2 M233 Games 3.70 ONLY

⬚ by clubtvpad » Mon Feb 04, 2013 5:42 am

These games will only work if you have the exclusive TVpad game controller and TVPad2 M233 with
3.70 firmware only. WILL NOT WORK WITH 3.80 FIRMWARE!

Download and unzip all files to the root of your USB drive.

Insert your USB drive to TVpad. A menu will come up asking you to install or uninstall app. Select the 1st
option from top. It will auto install all games for you.

For game instructions and description go HERE

12 games total

- [Board index](#) ‹ [Club TVpad Lounge](#) ‹ [TVpad App discussions](#)
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# Movie Valley with English Categories

Moderators:   techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 15 posts • Page 2 of 2 • 1, 2

- Report this post
- Reply with quote

## Re: Movie Valley with English Categories

🗋by aptech2000 » Thu Apr 04, 2013 1:41 am

> *coolwing wrote:*Thank you so much! I was wondering if anyone used the "Favorite" function
> within M Valley and how, they have so much content that I would like to bookmark some of
> them. Thanks



That's very easy, just go to the individual title that you want to save, and push the "Favorite" button on
your remote, you will see a check mark flashes for a second to tell you that it was saved successfully.

The next time when you go to Movie Valley, you can go directly to "My Favorites" category, and you
should see all the saved titles there. If you need to remove it from the list, just push "Menu" button on the
remote, 2 choices will pop up, the top button says "delete", and the bottom button says "Cancel".

- { RS_ADD_POINTS }
- 1
- { RS_SUBTRACT_POINTS }


TVPad1 M121s firmware 3.26, TVpad2 M233 firmware 3.94, WELTV Premium - XBMC
Location: USA - Calif.
Connection: wire - Comcast Cable, Asus RT-AC68U

12/13/2015                     Club TVpad - View topic - Movie Valley with English Categories
Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 179 of 303   Page ID
#:1419

speedtest.net result: 110 down - 12 up



[aptech2000](#)

> Posts:  96
> Joined:  Thu Aug 09, 2012 2:11 pm
> Reputation:   [21](#)

[Top](#)

- [Report this post](#)
- [Reply with quote](#)

## Re: Movie Valley with English Categories

by [GTO656](#)  » Sat Jun 21, 2014 6:19 pm

Does this work on Tvpad 3?

- [{ RS_ADD_POINTS }](#)
- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)



[GTO656](#)

> Posts:  48
> Joined:  Thu Aug 09, 2012 6:59 am
> Reputation:   [2](#)

- [E-mail GTO656](#)

[Top](#)

- [Report this post](#)
- [Reply with quote](#)

## Re: Movie Valley with English Categories

by [Phantoman](#)  » Sat Jun 21, 2014 7:28 pm

Yes the translations work on all TVPad versions 🙂

Maybe you are referring to the app located at [viewtopic.php?f=3&t=282](viewtopic.php?f=3&t=282) ?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



**Phantoman**

      Posts: 4222
      Joined: Sun Jul 08, 2012 5:10 pm
      Reputation: 502

Top

- Report this post
- Reply with quote

## Re: Movie Valley with English Categories

by **Whoopie** » Thu Jun 26, 2014 6:41 pm

I have just purchased TVpad3 but do not read Chinese. Do the recorded HongKong TV shows automatically get updated? How long are they kept in the system? Which is the Movie Valley app?

I would really appreciated your help if can you tell me how to find apps for English, HongKong, Japanese and Indian shows. 😕

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



**Whoopie**

Posts: 3
Joined: Thu Jun 26, 2014 5:51 pm
Reputation: 0

- E-mail Whoopie

Top

---

- Report this post
- Reply with quote

## Re: Movie Valley with English Categories

◻ by clubtvpad   » Thu Jun 26, 2014 7:18 pm

yes shows are updated by TVpad company. There are not too many english apps since this is targeting an asian audience. You can try these.

Movie Valley



American drama



Japan live NiJi app



Anerican movies

Case 2:15-cv-01869-MMM-AJW Document 23-5 Filed 03/16/15 Page 182 of 303 Page ID #:1422







Hong Kong drama, variety shows, live TV, replay TV all in one app.



HK drama series



HK 12 hr delay



HK Live tv with replay and guide.



The last few apps requires the N+Store app and is not found in tvpad store. You can find the download in our download section, use link in my signature. The above should get you started. Why didn't you ask your reseller for this info? Shouldn't they have this info for you?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
      Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: **584**

- **E-mail clubtvpad**
- **Website**

**Top**

---

| Quick Reply |

**Previous** Display posts from previous: | All posts ▾ | Sort by | Post time ▾ | | Ascending ▾ | | Go |

---

**Post a reply**
Topic evaluate: ★★★★★ • 15 posts • **Page 2 of 2** • **1**, 2

**Return to TVpad App discussions**

Jump to:    | TVpad App discussions ▾ | | Go |

## Who is online

Users browsing this forum: **1234**, Bing [Bot] and 0 guests

- **Board index**
- **Subscribe topic**
- **Bookmark topic**
- **The team** • **Delete all board cookies** • All times are UTC - 5 hours [ DST ]

Powered by **phpBB**® Forum Software © phpBB Group
**Reputation System** ©

- Board index ‹ Club TVpad Lounge ‹ General TVpad Discussions
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# TVpad Channel List

Moderators:    techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 23 posts • Page 1 of 3 • 1, 2, 3

- Report this post
- Reply with quote

## TVpad Channel List

by clubtvpad » Tue Apr 02, 2013 2:25 am

**TVpad Channel list by App**

BETV
鳳凰衛視中文臺
鳳凰衛視資訊臺
潮商卫视
湖南卫视高清
江苏卫视高清
北京卫视高清
广东卫视高清
东方卫视高清
浙江卫视高清
黑龙江卫视高清
CCTV1综合频道
CCTV2財經頻道
CCTV3綜藝頻道
CCTV4中文國際頻道
CCTV5體育頻道
CCTV6電影頻道
CCTV10科教頻道
CCTV11戲曲頻道

CCTV12社會與法頻道
CCTV13新闻頻道
CCTV14少儿頻道
风云足球
欧洲足球
國家地理
探索頻道
彭博財經
第一财经
台湾大爱台
生命电视台
劲爆体育
高尔夫网球
BBC
CNN
HBO
法界卫视
唯心电视

**BETV-HD**
CCTV5高清
CCTV1高清
湖南卫视高清
江苏卫视高清
浙江卫视高清
东方卫视高清

**粤TV**
本港臺
ATV World
南方衛視
珠江臺
广东卫视高清
广东体育台
潮商卫视
鳳凰衛視中文臺
鳳凰衛視資訊臺
鳳凰衛視香港臺

**粤海時移**
高清翡翠
翡翠台
本港臺

**粤海寬频**
高清翡翠臺HD
亞洲高清臺
高清翡翠臺

J2
本港臺
翡翠臺
Pearl
atv world
南方衛視
互動新聞臺
鳳凰衛視香港臺
珠江臺

## HITV

鳳凰衛視中文臺
鳳凰衛視資訊臺
鳳凰衛視香港臺
HBO
彭博財經
國家地理
探索頻道
亞洲高清臺
高清翡翠臺
J2
本港臺
翡翠臺
Pearl
atv world
互動新聞

## 体育on Line

CCTV5
广东体育台
五星体育
劲爆体育
风云足球
高尔夫网球
欧洲足球
KBS N Sports
MBC sports
SBS ESPN
JGOLF

## 佛海视界

台湾大爱一台
生命电视台
唯心电视
法界卫视

## 516网络电视

中视
民视

公視
臺視
華視
中天综合
中天娱乐
中天新闻
東森新聞
東森綜合
东森财经
东森幼幼
东森戏曲
东森电影
东森洋片
三立国际
三立台湾
三立新聞
TVBS
非凡新聞
彭博財經
探索頻道
國家地理
HBO
CNN
BBC
鳳凰衛視中文臺
鳳凰衛視資訊臺
CCTV4中文國際頻道

Solive
KBS1
YTN
SBS_HD
SBS
KBS2
MBC_HD
MBC
KBS drama
MBC dramanet
SBS plus
OCN
tvN
Comedy TV
JTBC
KIDS
KBS N Sports
MBC sports
SBS GOLF
SBS ESPN
JGOLF

EBS

월드TV
BBC
CNN
BLOOMBERG
CCTV4

KKS
SBS_HD
MBC_HD
KBS1_HD
KBS2_HD
YTN_HD
KBS_N_SPORT HD

NIJI SHOW
NHK総合
日本テレビ
NHK教育
TBS
フジテレビ
テレビ朝日
テレビ東京

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !
**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
   Site Admin

   Posts: 4878
   Joined:  Sat Jul 07, 2012 7:50 pm
   Location:  San Francisco Bay Area
   Reputation:  584

   - E-mail clubtvpad
   - Website

Top

- Report this post
- Reply with quote

## Re: TVpad Channel List

by edywap » Tue Apr 16, 2013 11:23 am

how to add them?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



edywap

Posts:  5
Joined:  Fri Dec 28, 2012 6:29 am
Reputation:   2

- E-mail edywap

Top

- Report this post
- Reply with quote

## Re: TVpad Channel List

by clubtvpad  » Tue Apr 16, 2013 11:42 am

These channels are in various apps available in TVpad Store. Install the live channel apps such as HITV, BETV and a few others.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:**Click Here



[clubtvpad](#)

Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: TVpad Channel List

by sjjpharm » Sat May 11, 2013 8:31 am

> *clubtvpad wrote:* These channels are in various apps available in TVpad Store. Install the live channel apps such as HITV, BETV and a few others.

Is there a complete list of apps that shows the live channels. Thanks

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



sjjpharm

Posts: 1
Joined: Sat May 11, 2013 8:06 am
Reputation: 0

- E-mail sjjpharm

Top

- Report this post
- Reply with quote

## Re: TVpad Channel List

☐ by **clubtvpad** » Tue May 14, 2013 4:21 am

> *edywap wrote:* how to add them?

go to our download section to find instructions.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page

**General TVpad FAQ:** Click Here



**clubtvpad**
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

## Re: TVpad Channel List

☐ by **evomaniac** » Sat May 18, 2013 5:42 pm

Are all of these channels available for only the latest firmware version? I think I am still on 3.06 factory firmware.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



evomaniac

     Posts: 14
     Joined: Tue Nov 06, 2012 2:00 am
     Reputation:   0

- E-mail evomaniac

Top

---

- Report this post
- Reply with quote

## Re: TVpad Channel List

by clubtvpad  » Sat May 18, 2013 6:17 pm

They are available for all versions.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
     Site Admin

     Posts: 4878
     Joined: Sat Jul 07, 2012 7:50 pm
     Location: San Francisco Bay Area
     Reputation:   584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: TVpad Channel List

🗋by jhsun3 » Mon May 20, 2013 2:43 am

any apps to watch Thailand Channels? I heard there is 14 thai channels to watch, but no idea what's the apps' name 😡

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



jhsun3

Posts:  1
Joined:  Wed Sep 26, 2012 9:21 pm
Reputation:    0

- E-mail jhsun3

Top

---

- Report this post
- Reply with quote

## Re: TVpad Channel List

🗋by Abug8lisa » Mon Jun 24, 2013 12:51 am

For the Americans on this forum who can't read Chinese (ha ha), any apps that anyone can recommend for hd movies, from all nationalities. Any strongly recommended apps in general?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



[Abug8lisa](#)

Posts: 17
Joined: Sun Jun 23, 2013 9:59 pm
Reputation: 0

- E-mail Abug8lisa

Top

---

- Report this post
- Reply with quote

## Re: TVpad Channel List

by bigtalker » Mon Jun 24, 2013 8:14 pm

There is no more capable or flexible app than the Phantoman app created by our resident guru. It runs on all firmware and hardware versions. That program, plus a little initiative and some googling skills will present you with a new universe of both live and VOD resources that will enhance your TVPAD experience beyond the default Sino/Korean centric channels.
You can also find many user provided channel lists to give you a starting point. Just remember, the streaming URLs found here and elsewhere are subject to change at a moment's notice.
Username Chengye is a good source for source URLs.

Good luck

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



[bigtalker](#)

Posts: 105
Joined: Sat Nov 03, 2012 10:26 pm
Reputation: 24

- E-mail bigtalker

Top

| Quick Reply |
| --- |

**Next** Display posts from previous: [ All posts ▾ ]  Sort by [ Post time ▾ ]  [ Ascending ▾ ]  [ Go ]

[Post a reply](#)
Topic evaluate: ★★★★★ • 23 posts • [Page 1 of 3](#) • 1, [2](#), [3](#)

[Return to General TVpad Discussions](#)

Jump to:  [ General TVpad Discussions                    ▾ ]  [ Go ]

# Who is online

Users browsing this forum: [1234](#) and 0 guests

- [Board index](#)
- [Subscribe topic](#)
- [Bookmark topic](#)
- [The team](#) • [Delete all board cookies](#) • All times are UTC - 5 hours [ DST ]

Powered by [phpBB](#)® Forum Software © phpBB Group
[Reputation System](#) ©



# TRANSLATOR CERTIFICATION

9450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- http://clubtvpad.com/forums/viewtopic.php?f=10&t=1221

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Accurate Translation Services 24/7

- Board index ‹ Club TVpad Lounge ‹ General TVpad Discussions
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

TVpad Channel List

Moderators: techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |
|---|---|

Topic evaluate: ★★★★★      · 23 posts · Page 1 of 3 · 1, 2, 3

- Report this post
- Reply with quote

TVpad Channel List

by clubtvpad » Tue Apr 02, 2013 2:25 am

TVpad Channel list by App

**BETV**
Phoenix Chinese Channel
Phoenix InfoNews Channel
CSTV
Hunan TV HD
Jiangsu TV HD
BTV HD
GDTV HD
Dragon TV HD
Zhejiang TV HD
Heilongjiang TV HD
CCTV1 Comprehensive
CCTV2 Finance
CCTV3 Variety
CCTV4 Chinese International Channel
CCTV5 Sports
CCTV6 Movies
CCTV10 Science and Education
CCTV11 Opera

CCTV12 Society and Law
CCTV13 News
CCTV14 Kids
Total Soccer
European Soccer
National Geography
Discovery Channel
Bloomberg Finance
First Finance
Taiwan DaAi TV
Life TV
Great Sports
Golf and Tennis
BBC
CNN
HBO
UCTV
WXTV

**BETV-HD**
CCTV5 HD
CCTV1 HD
Hunan TV HD
Jiangsu TV HD
Zhejiang TV HD
Dragon TV HD

**Yue TV**
ATV Home
ATV World
South TV
Pearl River Channel
GDTV HD
GDTV Sports Channel
CSTV
Phoenix Chinese Channel
Phoenix InfoNews Channel
Phoenix HK Channel

**Yue Hai Time-Shift**
HD Jade
Jade
ATV Home

**Yue Hai Broadband**
HD Jade (HD)
HD ATV
HD Jade

J2
ATV Home
Jade
Pearl
ATV World
South TV
iNews Channel
Phoenix HK Channel
Pearl River Channel

**HITV**
Phoenix Chinese Channel
Phoenix InfoNews Channel
Phoenix HK Channel
HBO
Bloomberg Finance
National Geography
Discovery Channel
HD ATV
HD Jade
J2
ATV Home
Jade
Pearl
ATV World
iNews

**Sports Online**
CCTV5
GDTV Sports Channel
Star Sports
Great Sports
Total Soccer
Golf and Tennis
European Soccer
KBS N Sports
MBC sports
SBS ESPN
JGOLF

**Buddhism TV**
Taiwan DaAi TV 1
Life TV
WXTV
UCTV

**516 Web TV**
China Television
Formosa TV

PTS
TTV
CTS
CTI Variety
CTI Entertainment
CTI News
ETTV News
ETTV Variety
ETTV Finance
ETTV Yo Yo
ETTV Opera
ETTV Movie
ETTV Foreign Movie
Set International
Set Taiwan
SetNews
TVBS
Special News
Bloomberg Finance
Discovery Channel
National Geography
HBO
CNN
BBC
Phoenix Chinese Channel
Phoenix InfoNews Channel
CCTV4 Chinese International Channel

**Solive**
KBS1
YTN
SBS_HD
SBS
KBS2
MBC_HD
MBC
KBS drama
MBC dramanet
SBS plus
OCN
tvN
Comedy TV
JTBC
KIDS
KBS N Sports
MBC sports
SBS GOLF
SBS ESPN
JGOLF

EBS

**World TV**
BBC
CNN
BLOOMBERG
CCTV4

**KKS**
SBS_HD
MBC_HD
KBS1_HD
KBS2_HD
YTN_HD
KBS_N_SPORT HD

**NIJI SHOW**
NHK Comprehensive
Japan TV
NHK Education
TBS
Asahi TV
Tokyo TV

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

BUY WELTV NOW CLICK here!
TVpad firmware and app downloads: Download page
General TVpad FAQ:Click Here

clubtvpad
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by edywap » Tue Apr 16, 2013 11:23 am

how to add them?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }


edywap

Posts: 5
Joined: Fri Dec 28, 2012 6:29 am
Reputation: 2
- E-mail edywap

Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by clubtvpad » Tue Apr 16, 2013 11:42 am

These channels are in various apps available in TVpad Store. Install the live channel apps such as HITV, BETV and a few others.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }


BUY WELTV NOW CLICK here!
TVpad firmware and app downloads: Download page
General TVpad FAQ:Click Here

clubtvpad
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by sjjpharm » Sat May 11, 2013 8:31 am

clubtvpad wrote:These channels are in various apps available in TVpad Store. Install the live channel apps such as HITV, BETV and a few others.

Is there a complete list of apps that shows the live channels. Thanks

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }


sjjpharm

Posts: 1
Joined: Sat May 11, 2013 8:06 am
Reputation: 0

E-mail sjjpharm
Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by clubtvpad » Tue May 14, 2013 4:21 am

edywap wrote:how to add them?

go to our download section to find instructions.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

BUY WELTV NOW CLICK here!
TVpad firmware and app downloads: Download page
General TVpad FAQ:Click Here


clubtvpad
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by evomaniac » Sat May 18, 2013 5:42 pm

Are all of these channels available for only the latest firmware version? I think I am still on 3.06 factory firmware.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

evomaniac

Posts: 14
Joined: Tue Nov 06, 2012 2:00 am
Reputation: 0

- E-mail evomaniac

Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by clubtvpad » Sat May 18, 2013 6:17 pm

They are available for all versions.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

BUY WELTV NOW CLICK here!
TVpad firmware and app downloads: Download page
General TVpad FAQ:Click Here

clubtvpad
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by jhsun3 » Mon May 20, 2013 2:43 am

any apps to watch Thailand Channels? I heard there is 14 thai channels to watch, but no idea what's the apps' name

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }


jhsun3

Posts: 1
Joined: Wed Sep 26, 2012 9:21 pm
Reputation: 0

- E-mail jhsun3

Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by Abug8lisa » Mon Jun 24, 2013 12:51 am

For the Americans on this forum who can't read Chinese (ha ha), any apps that anyone can recommend for hd movies, from all nationalities. Any strongly recommended apps in general?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

Abug8lisa

Posts: 17
Joined: Sun Jun 23, 2013 9:59 pm
Reputation: 0

- E-mail Abug8lisa

Top

- Report this post
- Reply with quote

Re: TVpad Channel List

by bigtalker » Mon Jun 24, 2013 8:14 pm

There is no more capable or flexible app than the Phantoman app created by our resident guru. It runs on all firmware and hardware versions. That program, plus a little initiative and some googling skills will present you with a new universe of both live and VOD resources that will enhance your TVPAD experience beyond the default Sino/Korean centric channels.
You can also find many user provided channel lists to give you a starting point. Just remember, the streaming URLs found here and elsewhere are subject to change at a moment's notice.
Username Chengye is a good source for source URLs.

Good luck
- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

bigtalker

Posts: 105
Joined: Sat Nov 03, 2012 10:26 pm
Reputation: 24

- E-mail bigtalker

Top

| Quick Reply | | | | | |
|---|---|---|---|---|---|
| Next Display posts from previous: | All posts | Sort by | Post time | Ascending | Go |

Post a reply

Topic evaluate:   ★★★★★ • 23 posts • Page 1 of 3 • 1, 2, 3

**Return to General TVpad Discussions**

| Jump to: | General TVpad Discussions | Go |
|---|---|---|

Who is online

Users browsing this forum: 1234 and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

# EXHIBIT 69

- Board index ‹ Club TVpad Lounge ‹ General TVpad Discussions
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# Annoucements and Updates 4/16/14

Moderators:    techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 24 posts • Page 1 of 3 • 1, 2, 3

- Report this post
- Reply with quote

## Annoucements and Updates 4/16/14

by clubtvpad  » Tue Jul 10, 2012 12:36 am

4/16/14
TVpad 3.70 to 3.94upgrade released. Users who are on 3.70 will get a pop up asking them to upgrade to 3.94. Keep in mind this upgrade will erase all pre-installed apps. You will have to re-install all apps.

3/27/14
TVpad2 UPDATE: Auto Update for 3.94 is now available for TVpad2 users. Go to settings - update system to begin update. For best results use cable network. Wifi update may take a lot longer. Do not panic if it seems like it is stuck at 6%. Take about 10-15 minutes to update. Apps DO NOT need to be reinstall. So don't worry about losing your apps!

2/17/14
Please help me welcome WELTV staff member WELTV-FRANK. He will help answer any WELTV questions and issues! viewtopic.php?f=37&t=2358

2/16/14
URGENT TVPAD3 Announcement - TVpad HK will release 4.18 Firmware AUTO UPDATE later this evening to a group of selected mac addresses. If your mac address is selected, you will get a pop up massage informing you that a Firmware upgrade is available with instructions. AGAIN THIS IS ONLY FOR A SELECTED GROUP OR REGION. SO KEEP AN EYE OUT FOR IT. If you are one of the lucky ones to get it and is successful in getting the update. Please post here or on our forum so we can keep track of the success rate. Thanks and please share the info with your tvpad friends.

EXHIBIT 69

2/14/14 Happy Valentine's day. Successfully tested AUTO FIRMWARE Update from 4.0 to 4.18. Works
very well see our report [here](#).

2/13/14
We just released TVpad2 3.94 firmware upgrade. Which should fix all the issues caused by the outages.
See details [here](#).

2/7/14
TVpad servers are still having issues and some customers are still not able to get the GM, if they do get
GM, they are not able to access the app store or use any of the apps.
To fix some of these issues, TVpad HK released a few new apps. However, you can only get them from
the N+app. It is not available to the public as a regular download because they reported that the reason
the current apps are having issues is because the hackers are now attacking their apps and content
servers. The new apps are for TVpad 2 and 3: 516網路電視3, BETV_HD3, BETV3, KKS3, Solive3, 体
育online3, 粵海寬頻3, 粵海時移3 and 粵海寬頻3. (we will release these apps in the donor section for
TVpad1 with 3.26 firmware).

1/29/14
TVPAD3 Firmware upgrade 4.18 was released. Please do not upgrade if you are using any custom apps
such as remote+stream, phanto and recorder apps. We have not tested our custom apps with the new
firmware yet. So upgrade at your own risk. If you don't use any custom apps feel free to upgrade.

1/25/14
We officially added WELTV to our product list. It is a TVpad, iplayer i5/i8/i9 killer! Watch our video
demo [here](#) and check out our [current promo](#)!

iPlayer promo: Watch all 180+ channels for free between 1/30/14 to 2/15/14. If you like you can
subscribe to get all the premium channels after the promo.

12/30/13
TVpad servers are 90% restored. 10% of users out there are still having issues getting the green man. If
you are affected. Leave your TVpad on over night and the green man should come back and you can
watch. However, do not turn off your TVpad or else you will loose the green man again. Keep the unit at
the main menu and just turn off your TV until further notice. For more details see our outage report post
[here!](#)

iPlayer news - we just released the latest i5 firmware that removes the annoying desktop widget and also
updated some of the local apps. Download the new firmware [here!](#)

7 day playback app with EPG has been released. Currently only CCTV1 through CCTV6 is available,
more channels will be added over the next few weeks. To update, just launch the app and install the
update when prompted. For S3100 users, you can download the app from our iplayer download section.

10/5/13
As most of you may have noticed, TVpad servers were hacked on 10/3 and we have been out of service
for a couple of days. TVpad has now fixed the issue and everything should now be back to normal. If you
are still having issues please visit our general forum for support.

10/1/13
Club TVpad is now an official Authorized Reseller for the iPlayer. A 100% android base IPTV media

player. Please check out our video review HERE

9/25/13
我爱K歌 app has been updated with new categories with 3000+ songs!
TVpad3 Release date has been postponed to 10/8/2013

9/24/13
TVpad3 Specs released! See detail info http://clubtvpad.com/forums/viewtopic.php?f=27&t=1633

9/17/13
Over the past week or so, TVpad released a handful of new apps. 3 apps that may interest you is the new
HOT Korean Drama app, India TV app and New American Drama App. All available in TVpad Store!

8/1/13
New N+Store app released. This is an enhanced version of the Appstore. Install this and you will get
access to some HK apps.

7/17/13
More apps released in TVpad app store. A handful of new apps are in Cantonese. (thanks to a forum
member goodan)

欧陆苍穹下 Under The Skies of Europe
香港歷史 History of Hong Kong
計算文明 Math And The Rise of Civilization
and two TVB shows from 2012
玩轉三周1/2 TV Funny
歷史補習社 Crazy for History

6/8/13
3.80 games for TVpad2 have been updated and released for download. CLICK HERE

6/5/13
New BETV2 app released for TVpad2. This app is similar to 粤海寬頻2 with both live streaming, VOD
and tv guide.

6/1/13
TVpad 2 firmware 3.80 released! Please visit our download section for instruction and download!

5/19/13
港粤快看 new version!! This version supports continuous play. 3.26 and 3.70 version of the app can be
found in our download section. New firmware for TVpad2 M233 will be released towards the end of the
month. This will fix the black side bar issue and also some lip sync issue with some apps.

4/21/13

Super break through by our Hacker team! 粤海寬頻2 released for M120/M121(s) model. See link:
viewtopic.php?f=3&t=1270

4/20/13
2 new apps added to TVpad store for installation see link: http://clubtvpad.com/forums/viewtopic.php?

3/14/13
A few new apps have surfaced for TVpad. A new site has also been released for TVpad2 app download.
Check it out!

# http://www.appnnn.com/tvpad/

2/4/13
Games for TVpad2 finally released for those who bought with the gift pack. You can download from our
forum.
The games are:
百米冲刺、快乐蹦床、欢乐赛跑、快乐豆豆、快乐乒乓、路亚钓鱼、拳击擂台.

viewtopic.php?f=13&t=1040#p8421

2/1/13
Apps in TVpad2 are now available for all models of TVpad M120, M121 and M121s.

1/26/13
TVpad2 Apps review video uploaded https://www.youtube.com/watch?v=xrGdfMZRZmY

1/18/13

TVpad2 video review posted http://clubtvpad.com/forums/viewtopic.php?f=10&t=1004

1/17/13
Niji Show app re-release with 7 channels, download available in app store. See link for details
http://clubtvpad.com/forums/viewtopic.php?f=10&t=986

01/09/13
TVpad 2 available for pre-order NOW at Club TVpad See link below for details.
viewtopic.php?f=10&t=976

01/08/13
TVpad2 (New Model) will be released sometime during Chinese New Year! See the promo ad and also a
video review to follow.
viewtopic.php?f=10&t=966

12/09/12

THE FIRMWARE FILES RELEASED BY TVPADFANS FORUM WERE NOT THE RIGHT FILES.
THEY UPLOADED THE WRONG FILES AND SHOULD NOT BE USED. FIRMWARE RELEASED
BY CLUB TVPAD ARE THE CORRECT .TAR FILES AT 45MB. ANOTHER REASON TO
FOLLOW CLUB TVPAD FOR UPDATES AND INFO. WE KNOW WHAT WE ARE DOING AND
ACTUALLY TEST FILES BEFORE WE RELEASE.

12/07/12
KTV App released to Club TVpad forum users. 3.26 firmware released.

12/13/2012                    Club TVpad • View topic - Announcement & Updates 4/12/11
Case 2:15-cv-01869-MMM-AJW  Document 23-5  Filed 03/16/15  Page 215 of 303   Page ID
                                                        #:1455
viewtopic.php?f=13&t=130&p=6261#p6261

12/05/12

New firmware 3.26 will be released on 12/07 according to TVpad. What's the difference between 3.14 and 3.26? See link for info.
http://clubtvpad.com/forums/viewtopic.php?f=10&t=800

12/2/12
Here's a review and demo of the latest KTV app. viewtopic.php?f=9&t=786

11/25/12

TVpad release second AD on Norcal SingTao Daily and New York World Journal. See ad here
viewtopic.php?f=10&t=751

11/18/12
TVpad released official response to TVB's allegations. http://clubtvpad.com/forums/viewtopic.php?f=10&t=722&p=5470#p5470

11/12/12

Confirmed with TVpad official that HOTV is no longer available. The provider has stopped providing content to TVpad. A replacement app is in the works. Once we have more info we will share with the board.

10/31/12

We have notified TVpad regarding Korean contents not being updated. They are aware of the issue and is working with the vendor in updating the content and said it should be updated by next week.

10/26/12

As promised! with 220 facebook likes we will release 3.06 to 3.14 firmware upgrade package. This is an official TVpad release link.

viewtopic.php?f=13&t=6&p=6#p6

New Vietnam Video On Demand app released in App Garden. App name "V-Sen"

10/25/12

App Garden server error. Users are reporting an error when accessing App Garden "There is no the recommended App List". This is a server issue and TVpad is looking into it. In the mean time please download apps from our download section and install using USB drive. Once server is fixed, you can download the missing apps not in our download section. (server problem resolved on 10/26!)


10/9/12

12/13/2014                        Club TVpad :: View topic - Announcements 4/13/14

Testing new 3.14 upgrade package for 3.06. After upgrade it erases all your apps!!!! Have to reinstall all from scratch! (wonder how many of you will see this announcement).

10/7/12

TVpad officials has announced that the Niji app will remain temporarily out of service. This is due to the conflict between Japan and China. There is no ETA and no reports of a replacement app at this time. However, they are furiously working on a solution for our Japanese customers. TVpad ask customers to be patient while they try to work things out.

10/4/12

We just received the latest batch of M121s with the latest firmware 3.14. Fixes the lag issue with the remote and seems to boot up a bit faster. Or maybe it's just my imagination. Have to keep testing. Hold your horses....I know the next question is where is the firmware upgrade. It's coming should be released soon. I'll let you know once I find out.

10/1/12

Outage notification: Niji, Youku, youtube, cnn and discovery channels are all out of service at this point. We have reported the issue to TVpad. However, they are still on National Week Holiday and don't think the issue will be looked at for now.

Edit: **For Firmware 3.0 Youku and Youtube app are fixed**, new version have been updated again. Please go to app garden and update to latest version. Youtube 4.20 and Youku 2.50.
Niji app also has a newer version 2.32 but still doesn't work after upgrade.

Firmware 2.72 youku app has also been updated. Please download from our download section. No fix for youtube or Niji for 2.72 yet.

9/29/12

TVpad started their holiday for China's National Week. They won't be back until 10/8/12. With that said, they are not taking any support/outage etc during this time. We will just have to wait till they get back to resolve any issues.

9/21/12

Along with the fixed apps, TVpad also released a dozen new apps in app garden. I uploaded a snap shot of all the new apps. See link below!

viewtopic.php?f=9&t=419

9/20/12

载优酷看看（含2.72及3.0版本）、华夏剧场, 每日焦点, 热辣综艺 and 老电影HD has been updated with new versions. All download links have been updated in our download section.

9/9/12

Confirmed with manufacturer that all new M121s will come with 4gb TFcards instead of 8gb TFcards.

NamTV (Viet app) will not be released for another month. Stability and channel line up still an issue.

9/4/12

TVpad released TPdoctor.pkg utility to fix wifi connectivity issues and apps that can't be installed or can't download from App Garden.

*This utility will only work with firmware 3.06*

Features:

Improves wifi module behavior

fixes wifi connections that can't login to your wifi network after TVpad reboot.

fixes App library issue. For those who can't download apps from App Garden or can't see certain apps.

fixes app icon placement after installation.

Added MD5 Checksum to improve application management.

viewtopic.php?f=13&t=294

8/26/12
Brought to you by Club TVpad! 粵海時移 Hong Kong time shift app released!
viewtopic.php?f=13&t=130&p=1141#wrap

8/25/12
港粵快看 server upgrade completed. The buffering issue should now be resolved.

8/24/2012
粵海時移 Test review - see my review notes below!
http://clubtvpad.com/forums/viewtopic.php?f=9&t=148&p=1911#wrap

8/12/12

Club TVpad again 1st to release news of Vietnamese app NamTV.

http://www.youtube.com/watch?v=LKUszdqx_yk

8/8/12

TVpad officials informed us that they are working with the manufacturers to put 512mb in TVpad M121s. I assume they are waiting to deplete the 1st batch of inventory before they make an official announcement. I believe they've gotten many complaints of false advertisement that they are now trying to cover their tracks.

8/1/12

Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15

Folks, looks like TVpad marketing group made another mistake in reporting that M121s has 512mb of
internal ram. TVpad has confirmed it has the same amount of ram as M121 256mb. So our earlier report
that M121 and M121s are identical in hardware is 95% correct.

7/31/12

TVpad released a new test remote app for firmware 3.0. Unfortunately it's for android devices only
(tablet, android phones etc) iOS version will be released later, no dates were given.

7/22/12

Hello TVpad fans! Again Club TVpad is the 1st to report breaking news to the TVpad community!

More firmware 3.0 update! As mentioned in our last update, 3.0 should be released at the end of August
or early September. Don't be too excited! The release will be with a new purchase of TVpad M121s
model! WHAT M121s??? You ask? This is to promote TVpad as an international model. Initially it will
allow you to play both Chinese and Korean Apps. When Viet, Thai and Hindu language apps are
released, it can be installed on the M121s.

**What is the difference between M121 and M121s?**

*NOTHING!!!! It's all part of TVpad's marketing strategy. The hardware is identical to M121. The only
difference is M121s comes with firmware 3.0 and the retail box will be redesigned and the price will be
set at $259US.

*At the time of this update on 7/22/12, TVpad did not release the new hardware info to us, we were told
it would be the same. Later it was brought to our attention that there is a minor difference in chipset and
internal memory. *(8/1/12) Internal memory of 512mb is false. TVpad has admitted M121s has only
256mb.

The only difference between TCC8901 and TCC8902 is the newer chip has 3D graphic support. You will
still need a 3D TV to take advantage of this feature.



Table 1. Comparing Difference Between TCC8900/01/02

| NO | Function | TCC8900 | TCC8901 | TCC8902 | Remark |
|----|----------|---------|---------|---------|--------|
| 1 | SATA | O | - | - | |
| 2 | LVDS | O | - | - | |
| 3 | 3D Graphic Engine (Internal) | O | - | O | |

*chipset info*
tc8901.2.jpg (20.53 KiB) Viewed 13825 times

**App Garden!**

This is TVpad's app store! See pics of app garden and 3.0 below

http://clubtvpad.com/forums/viewtopic.php?f=10&t=68

**Will my current M121 be outdated?**

Absolutely not! Again M121 and M121s are identical. Current M121 owners will have the option to update to 3.0 to take advantage of the new interface and new features. Here's the catch…..3.0 firmware WILL NOT be released to the public immediately until M121s is on the market for a while. Again, another marketing strategy to get new customers who wants to play Korean apps to purchase the more expensive M121s model.

**What does this mean to the Korean M311 and current M121 models?**

Once the M121s is released, Korean M311 model will be discontinued. It will still be supported by TVpad, but will no longer be available for purchase. As for the M121, it will be repackaged with firmware 3.0 and new retail box and sold to consumers with the new price hike.

**Should I wait for M121s or buy the current M121 model?**

This is a personal preference option. You can wait and pay a lot more for a M121s or save some money and just get the current M121 at the current price. You can later update to 3.0 when available to get the same features as M121s. The only people I recommend getting the S model are those who need to watch Korean channels and Korean VOD. Or if you are a balla and money is not an object to you. The M121 model will be an HOT item once M121s is released because it's the same in hardware but a lot cheaper! Especially for those who don't care about other language apps. I'm sure local resellers will raise the price of M121 because of the demand. You will definitely see a price increase on ebay as well.


This breaking news is brought to you exclusively by Club TVpad, the #1 online TVpad resource site!

How do you feel about this update? Share your thoughts and comments with us!


7/17/12

Firmware 3.0 update. The much anticipated 3.0 firmware has once again been delayed, now they are saying late Aug or early Sept. We did find out with firmware 3.0 you will be able to install other language apps, such as the Korean app and later even Vietnamese, Thai and Hindi apps. Once released, they will market it as an International model and possibly raise the price to $259.99. If you haven't bought a TVpad yet, I suggest getting it before 3.0 is released. The price hike is not just for buyers, but resellers as well. This info is speculations only and it may or may not happen. TVpad management is still indecisive on what they will do at this time.

7/11/12

TVpad released new 港粤快看 (updated version) Quick Look TVB app and Club TVpad is 1st to give this to our registered members. You can find it in our TVpad Apps Download section. For more info and reviews from other users who has installed the app see link below.

http://clubtvpad.com/forums/viewtopic.php?f=9&t=24

7/11/12
Korean VOD apps are no longer playable on TVpad M121 models. TVpad has modified the streams to detect the model being used and deny access if it is not the the Korean model.

7/9/12:
We have some very positive news from TVpad. They are testing Vietnamese, Thai and Hindi streams. Sounds like they are planning to release apps for these languages and expand to more Asian communities!

We are slowly updating this forum with more TVpad info. If you like to help, we are looking for mods to help out with Tutorials, instructions and general info. PM me if you are interested.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

Last edited by clubtvpad on Wed Apr 16, 2014 11:24 pm, edited 91 times in total.
Reason:  *tvpad2 update 1/18/13*

## BUY WELTV NOW CLICK here !
**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
Site Admin

Posts:  4878
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:  584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

12/13/2016
Case 2:15-cv-01869-MMM-AJW    Document 23-5    Filed 03/16/15    Page 221 of 303    Page ID
Club TVpad - View topic - Annoucements and Updates 4/13/14
#:1461

## Re: Annoucements and updates

by **dreamyip** » Sun Jul 22, 2012 5:00 pm

Great information.... be best!!

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



dreamyip

Posts: 129
Joined: Tue Jul 10, 2012 11:13 pm
Reputation: 7

- E-mail dreamyip

Top

- Report this post
- Reply with quote

## Re: Annoucements and updates

by **chunwing78** » Wed Jul 25, 2012 6:50 am

Will there also update 3.0 come out for the tvpad M120?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



chunwing78

Posts: 12
Joined: Wed Jul 18, 2012 6:46 am
Reputation: 0

- E-mail chunwing78

Top

---

- Report this post
- Reply with quote

## Re: Annoucements and updates

⬚ by **Phantoman** » Wed Jul 25, 2012 9:36 am

> *chunwing78 wrote:*Will there also update 3.0 come out for the tvpad M120?

> *clubtvpad wrote:***Will my current M121 be outdated?**
>
> Absolutely not! Again M121 and M121s are identical. Current M121 owners will have the
> option to update to 3.0 to take advantage of the new interface and new features. Here's the
> catch…..3.0 firmware WILL NOT be released to the public immediately until M121s is on
> the market for a while. Again, another marketing strategy to get new customers who wants to
> play Korean apps to purchase the more expensive M121s model.

As far as I know you can install the M121 firmware on the M120. You can be our guinea pig 

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



**Phantoman**

Posts:  4222
Joined:  Sun Jul 08, 2012 5:10 pm
Reputation:  502

Top

---

- Report this post
- Reply with quote

# Re: Annoucements and updates

by **fang** » Mon Jul 30, 2012 9:38 pm

> *Phantoman wrote:*
>
>> *chunwing78 wrote:*Will there also update 3.0 come out for the tvpad M120?
>
> As far as I know you can install the M121 firmware on the M120. You can be our guinea pig 😬

Any idea what the difference between M120 and M121 is in terms of hardware?

- **{ RS_ADD_POINTS }**
- **0**
- **{ RS_SUBTRACT_POINTS }**

Quick links: Install 3.26 apps



**fang**

      Posts:  397
      Joined:  Sun Jul 29, 2012 5:15 am
      Reputation:  5

- E-mail fang

Top

---

- Report this post
- Reply with quote

# Re: Annoucements and updates

by **clubtvpad** » Mon Jul 30, 2012 10:32 pm

M120 does not have AV output only HDMI also no TFcard/micro sd support only USB connection. No power indicator light.

M121 has all of the above.

- **{ RS_ADD_POINTS }**
- **0**

- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page

**General TVpad FAQ:** Click Here



clubtvpad

Site Admin

Posts:  4878
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:  584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: Annoucements and TVPAD Updates 10/9/12

by jmchung  » Wed Oct 10, 2012 5:41 pm

Great information Thanks

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

TVpad1 3.26, iplayer i5 custom firmware 3.7 xbmc
Location: Netherland
Connection: wired - Comcast - Netgear powerlijn av500 nano
speedtest.net result: 10 down - 2 up



jmchung

Posts:  53
Joined:  Tue Sep 11, 2012 7:21 pm
Reputation:   4

- E-mail jmchung

Top

---

- Report this post
- Reply with quote

## Re: Annoucements and TVPAD Updates 10/9/12

by **tvpadclub**  » Wed Oct 10, 2012 7:09 pm

Can we download here?(3.14 )

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



tvpadclub

Posts:  40
Joined:  Sat Jul 21, 2012 4:54 pm
Reputation:   4

- E-mail tvpadclub

Top

---

- Report this post
- Reply with quote

## Re: Annoucements and TVPAD Updates 10/9/12

by **chrisjones0151**  » Thu Oct 11, 2012 7:38 am

Does this mean that everytime China has a bust up ( Disagreement) with its neighbours TVPad will pull
the plug ( stop the broadcasts ) of the country it is having a disagreement with. This is a very petty
attitude for China and TVPad. There is an international court for these disputes USE IT and let us Little
People get on with our lives.

- { RS_ADD_POINTS }

- [0](#)
- { RS_SUBTRACT_POINTS }



chrisjones0151

Posts: 2
Joined: Thu Oct 11, 2012 7:25 am
Reputation: 0

- E-mail chrisjones0151

Top

---

- Report this post
- Reply with quote

## Re: Annoucements and TVPAD Updates 10/9/12

by clubtvpad » Thu Oct 11, 2012 4:25 pm

*chrisjones0151 wrote:*Does this mean that everytime China has a bust up ( Disagreement) with its neighbours TVPad will pull the plug ( stop the broadcasts ) of the country it is having a disagreement with. This is a very petty attitude for China and TVPad. There is an international court for these disputes USE IT and let us Little People get on with our lives.

The decision to stop broadcast is not from TVpad. It is the company that runs Niji Show. TVpad has little control over it's vendors and what they can and can not do.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

## BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad



Site Admin

Posts: 4878
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:  **584**

- E-mail clubtvpad
- Website

**Top**

---

Quick Reply

Next Display posts from previous: All posts ▼  Sort by Post time ▼  Ascending ▼  Go

---

Post a reply
Topic evaluate: ★★★★★ • 24 posts • Page 1 of 3 • 1, 2, 3

Return to General TVpad Discussions

Jump to: General TVpad Discussions ▼  Go

# Who is online

Users browsing this forum: 1234 and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ Club TVpad Lounge ‹ TVpad App discussions
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# BETV‖ is not working

Moderators:  techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 7 posts • Page 1 of 1

- Report this post
- Reply with quote

## BETV‖ is not working

▢by Edmond » Sun Feb 16, 2014 3:50 pm

The BETV II is not working for my TV Pad3 for few days . Any one can help ?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



Edmond

      Posts:  7
      Joined:  Sun Jan 26, 2014 8:12 pm
      Reputation:  2

- E-mail Edmond

Top

- Report this post
- Reply with quote

## Re: BETVⅡ is not working

⊡ by clubtvpad  » Sun Feb 16, 2014 3:53 pm

Did you try updating to latest version? You can use N+ app or our download page.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

## BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page

**General TVpad FAQ:** Click Here



clubtvpad
Site Admin

Posts:  4878
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:  584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: BETVⅡ is not working

⊡ by ry0suk1 » Thu Feb 20, 2014 12:08 am

me BETVII don't seem to work too for TVPAD2, it was able to load up but all the channel cannot
watch... anyone can help?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



[ry0suk1](#)

Posts:  8
Joined:  Thu Feb 13, 2014 1:53 pm
Reputation:  0

- [E-mail ry0suk1](#)

[Top](#)

---

- [Report this post](#)
- [Reply with quote](#)

## Re: BETV‖ is not working

by [clubtvpad](#)  » Thu Feb 20, 2014 4:16 am

> *ry0suk1 wrote:*me BETVII don't seem to work too for TVPAD2, it was able to load up but all the channel cannot watch... anyone can help?

Read the post above yours!

- [{ RS_ADD_POINTS }](#)
- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)

# BUY WELTV NOW CLICK [here](#) !

**TVpad firmware and app downloads:** [Download page](#)
**General TVpad FAQ:**[Click Here](#)



[clubtvpad](#)
Site Admin

Posts:  4878
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area

Reputation:    [584](#)

- [E-mail clubtvpad](#)
- [Website](#)

[Top](#)

---

- [Report this post](#)
- [Reply with quote](#)

## Re: BETV‖ is not working

by [Edmond](#)  » Thu Feb 20, 2014 9:14 pm

Yes, I did updated my TV Pad3 to Version 4.18. But it still don't work. Like ryOsuk1 mentioned. Please
help !!!

- [{ RS_ADD_POINTS }](#)
- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)



[Edmond](#)

Posts:  7
Joined:  Sun Jan 26, 2014 8:12 pm
Reputation:    [2](#)

- [E-mail Edmond](#)

[Top](#)

---

- [Report this post](#)
- [Reply with quote](#)

## Re: BETV‖ is not working

by [clubtvpad](#)  » Thu Feb 20, 2014 9:26 pm

*Edmond wrote:*Yes, I did updated my TV Pad3 to Version 4.18. But it still don't work. Like
ryOsuk1 mentioned. Please help !!!

Let me rephrase that. After you updated to 4.18, did you update to the latest version 3 of the apps?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }


# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page

**General TVpad FAQ:**Click Here



clubtvpad

Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: BETV‖ is not working

by Edmond » Thu Feb 20, 2014 9:29 pm

Opp ! Just downloaded the BETV II V3.8. It is working. Thanks

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }




Edmond

Posts:  7
Joined:  Sun Jan 26, 2014 8:12 pm
Reputation:  2

- E-mail Edmond

Top

---

Quick Reply

| Display posts from previous: | All posts ▼ | Sort by | Post time ▼ | Ascending ▼ | Go |

---

Post a reply
Topic evaluate: ★★★★★★ • 7 posts • Page 1 of 1

Return to TVpad App discussions

Jump to:  TVpad App discussions ▼  Go

# Who is online

Users browsing this forum: 1234, Bing [Bot] and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

12/14/2015                      ClubTVPad • View topic • I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDATE!!

Case 2:15-cv-01869-MMM-AJW Document 23-5 Filed 03/16/15 Page 234 of 303 Page ID #:1474

- Board index ‹ Club TVpad Lounge ‹ TVpad App discussions
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDATE!!

Moderators:   techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 13 posts • Page 1 of 2 • 1, 2

- Report this post
- Reply with quote

### I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDATE!!

by clubtvpad  » Sat May 03, 2014 8:57 pm

**If you have a TVpad2 (M233) with 3.70 firmware. TVpad recently sent out pop up messages for everyone to update to 3.94 firmware. After you updated the firmware, all apps have been deleted. This is because 3.70 apps does not work with the new firmware and you must download the latest version of the app.**

**You can find the instruction and download links for TVpad2 and 3 HERE !**

**\*\*If you have TVpad1 models M120, M121 and M121s. The above does not apply to you. If you need apps you can download them from our download sections.**

- { RS_ADD_POINTS }
- 1
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK [here](#)!

**TVpad firmware and app downloads:** [Download page](#)
**General TVpad FAQ:** [Click Here](#)



[clubtvpad](#)
Site Admin

Posts: 4886
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: [584](#)

- [E-mail clubtvpad](#)
- [Website](#)

[Top](#)

---

- [Report this post](#)
- [Reply with quote](#)

## [Re: I LOST ALL HK APPS AFTER FIRMWARE UPDATE!!!](#)

by [asz88](#) » Mon May 12, 2014 6:17 am

HI I down loaded the install untility auto exec file onto my USB - however my TVPad 2 with 3.94 does not see it. I have tried a few times and downloaded software a few time also - not working. I used my mac to download onto USB.

- [{ RS_ADD_POINTS }](#)
- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)



[asz88](#)

Posts: 1
Joined: Sun Mar 24, 2013 2:38 pm
Reputation: [0](#)

- [E-mail asz88](#)

12/14/2016      ClubTVPad • View topic - I LOST ALL HK APPS AFTER FIRMWARE UPDATE!!!

Case 2:15-cv-01869-MMM-AJW Document 23-5 Filed 03/16/15 Page 236 of 303   Page ID #:1476

- Report this post
- Reply with quote

# Re: I LOST ALL HK APPS AFTER FIRMWARE UPDATE!!!

by **smdstyle** » Wed May 14, 2014 12:57 am

I tried it too it's doesn't work. I use a PC to download onto USB.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



smdstyle

     Posts: 2
     Joined: Wed May 14, 2014 12:02 am
     Reputation:   0

- E-mail smdstyle

- Report this post
- Reply with quote

# Re: I LOST ALL HK APPS AFTER FIRMWARE UPDATE!!!

by **clubtvpad** » Wed May 14, 2014 3:05 am

> *asz88 wrote:*
> HI I down loaded the install untility auto exec file onto my USB - however my TVPad 2 with 3.94 does not see it. I have tried a few times and downloaded software a few time also - not working. I used my mac to download onto USB.

Can you be clear on what you have downloaded? There isn't any exe files.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK [here](#) !

**TVpad firmware and app downloads:** [Download page](#)
**General TVpad FAQ:** [Click Here](#)



[clubtvpad](#)
> Site Admin
>
> Posts:  4886
> Joined:  Sat Jul 07, 2012 7:50 pm
> Location:  San Francisco Bay Area
> Reputation:  [584](#)
>
> - [E-mail clubtvpad](#)
> - [Website](#)

[Top](#)

---

- [Report this post](#)
- [Reply with quote](#)

## Re: I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDA

by [Glowish3](#) » Tue May 27, 2014 11:27 pm

is there a password on the zip file for the quick install utility? when I extract it says no files

- [{ RS_ADD_POINTS }](#)
- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)



[Glowish3](#)
> Posts:  1
> Joined:  Tue May 27, 2014 10:12 pm
> Reputation:  [0](#)
>
> - [E-mail Glowish3](#)

Case 2:15-cv-01869-MMM-AJW Document 23-5 Filed 03/16/15 Page 238 of 303 Page ID #:1478

Top

- Report this post
- Reply with quote

## Re: I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDA

☐ by **clubtvpad** » Wed May 28, 2014 12:45 pm

> *Glowish3 wrote:*is there a password on the zip file for the quick install utility? when I extract it says no files

There is no password for the zip file. Sounds like you downloaded a corrupted file. Try downloading it again with a PC if you were using a MAC.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
    Site Admin

    Posts: 4886
    Joined: Sat Jul 07, 2012 7:50 pm
    Location: San Francisco Bay Area
    Reputation: 584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

## Re: I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDA

by **swtcupcake** » Thu Jun 05, 2014 10:55 pm

It looks like the Hong Kong apps have been removed from the N+ Store. Does anyone know how to get the Hong Kong apps?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



swtcupcake

Posts: 11
Joined: Sat Aug 17, 2013 9:30 pm
Reputation: 0

- E-mail swtcupcake

Top

- Report this post
- Reply with quote

## Re: I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDA

by **clubtvpad** » Thu Jun 05, 2014 11:23 pm

That is correct, it has been temporarily removed for maintenance. Hopefully it will be back in the store soon. In the mean time you can download all the apps from the link below.

http://www.appnnn.com/en/seektype.actio ... abelId=189

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

**BUY WELTV NOW CLICK here !**

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



12/14/2015                    ClubTVPad • View topic • I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDATE?
Case 2:15-cv-01869-MMM-AJW  Document 23-5  Filed 03/16/15  Page 240 of 303   Page ID
                                          #:1480

clubtvpad

Site Admin

Posts:  4886
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:  584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDA

by swtcupcake  » Fri Jun 06, 2014 11:07 am

*clubtvpad wrote:* That is correct, it has been temporarily removed for maintenance. Hopefully it will be back in the store soon. In the mean time you can download all the apps from the link below.

http://www.appnnn.com/en/seektype.actio ... abelId=189

Thank you @clubtvpad. ^_^

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



swtcupcake

Posts:  11
Joined:  Sat Aug 17, 2013 9:30 pm
Reputation:  0

- E-mail swtcupcake

Top

12/14/2015                    Club TVpad • View topic • I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDATE
Case 2:15-cv-01869-MMM-AJW    Document 23-5    Filed 03/16/15    Page 241 of 303    Page ID
                                              #:1481

- [Report this post](#)
- [Reply with quote](#)

## Re: I LOST ALL Hong Kong and Korean APPS AFTER FIRMWARE UPDA

by [swtcupcake](#) » Fri Jun 06, 2014 8:14 pm

> *clubtvpad wrote:*That is correct, it has been temporarily removed for maintenance. Hopefully it will be back in the store soon. In the mean time you can download all the apps from the link below.
>
> [http://www.appnnn.com/en/seektype.actio ... abelId=189](#)

@clubtbpad - Can i just drag the files downloaded from the link above onto a FAT 32 USB?

- [{ RS_ADD_POINTS }](#)
- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)



[swtcupcake](#)

    Posts:  11
    Joined:  Sat Aug 17, 2013 9:30 pm
    Reputation:  [0](#)

- [E-mail swtcupcake](#)

[Top](#)



[Post a reply](#)
Topic evaluate: ★★★★★ • 13 posts • [Page 1 of 2](#) • 1, [2](#)

[Return to TVpad App discussions](#)

Jump to:  | TVpad App discussions ▾ |  [Go]

## Who is online

Users browsing this forum: [1234](#) and 0 guests

- [Board index](#)
- [Subscribe topic](#)
- [Bookmark topic](#)
- [The team](#) • [Delete all board cookies](#) • All times are UTC - 5 hours [ DST ]

Powered by [phpBB](#)® Forum Software © phpBB Group
[Reputation System](#) ©

- Board index ‹ Club TVpad Lounge ‹ General TVpad Discussions
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# TV Pad 3 plays and after a while hangs

Moderators:   techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★★ • 26 posts • Page 1 of 3 • 1, 2, 3

- Report this post
- Reply with quote

## TV Pad 3 plays and after a while hangs

by kelvinkris » Sun Nov 16, 2014 5:47 am

Hi,

I've bought a TV pad 3 yesterday and tried to watch movies and also dramas.
I noticed that I have abnormal error 1 on network test but apps can still play.
However after a while, the TV pad will hang with the sound repeating in the background.
I went back to the vendor, he tested it and it is ok.
He even swapped a new set for me but the same thing happened.
I tried troubleshooting by connecting cable and wireless but problem still persist under both scenario.
Then I tried using my old modem hoping it is my current DSL modem that is incompatible but problem persists.
Not sure what to do next.

Living in Sydney running on TPG ADSL network.
Speed test shows 13Mbps.

Can anyone help?
Thanks

Kelvin

- { RS_ADD_POINTS }
- 0

12/13/2016                Club TVpad :: View topic - TV Pad 3 plays and after a while hangs
Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 244 of 303   Page ID
                                                    #:1484

- { RS_SUBTRACT_POINTS }



kelvinkris

     Posts:  6
     Joined:  Sun Nov 16, 2014 4:57 am
     Reputation:  0

- E-mail kelvinkris

Top

---

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

by KMK » Sun Nov 16, 2014 12:42 pm

Try to change your network setting to manual, change you DNS to 8.8.8.8. to see if it better.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



KMK

     Posts:  131
     Joined:  Thu Dec 12, 2013 1:59 am
     Reputation:  30

Top

---

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

by **Phantoman** » Sun Nov 16, 2014 3:15 pm

When it hangs, what do you do to recover from this situation ?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



Phantoman

      Posts: 4222
      Joined: Sun Jul 08, 2012 5:10 pm
      Reputation: 502

Top

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

by **kelvinkris** » Mon Nov 17, 2014 3:44 am

> *KMK wrote:* Try to change your network setting to manual, change you DNS to 8.8.8.8. to see if it better.

Thanks for the prompt reply. I'm running on Wifi so there isn't this page to set 8.8.8.8.
But I've tried using this DNS section when I tried it on lan and it still hangs.
Not sure what to do.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



kelvinkris

Posts:  6
Joined:  Sun Nov 16, 2014 4:57 am
Reputation:   0

- E-mail kelvinkris

Top

---

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

by kelvinkris  » Mon Nov 17, 2014 3:48 am

> *Phantoman wrote:* When it hangs, what do you do to recover from this situation ?

Hi Phantom,

When I hangs, i power off and on again with the controller.
The way it hangs is the TV repeats the last sound continuously.
Eg. if it hangs while a car honks, it will be " B B B B B B......" Until you power off.
I'm not sure what's wrong.
Swapped modem, changed unit and problem persists.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



kelvinkris

Posts:  6
Joined:  Sun Nov 16, 2014 4:57 am
Reputation:   0

- E-mail kelvinkris

Top

---

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

☐by clubtvpad   » Mon Nov 17, 2014 3:53 am

how about trying it with another TV? Also make sure your unit is well ventilated.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page

**General TVpad FAQ:** Click Here



clubtvpad
Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation:   584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

☐by kelvinkris   » Mon Nov 17, 2014 6:21 am

> *clubtvpad wrote:* how about trying it with another TV? Also make sure your unit is well ventilated.


Unfortunately i only have a tv in the living room.
is it possible that it is caused by settings in router?

- { RS_ADD_POINTS }
- 0

12/13/2015                    Club TVpad :: View topic - TV Pad 3 plays and after a while hangs
Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 248 of 303   Page ID
#:1488

- { RS_SUBTRACT_POINTS }



[kelvinkris](#)

       Posts:  6
       Joined:  Sun Nov 16, 2014 4:57 am
       Reputation:   0

- E-mail kelvinkris

Top

---

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

by **Phantoman**  » Mon Nov 17, 2014 7:42 am

If you have to power off/on again as opposed to exit and reopening the app, then I believe it must be a hardware issue. Maybe your TVPad is somehow overheating. When it hangs, does it feel very hot when you put your hand on the top of the TVPad ?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



**Phantoman**

       Posts:  4222
       Joined:  Sun Jul 08, 2012 5:10 pm
       Reputation:   502

Top

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

⬜by **KMK** » Mon Nov 17, 2014 1:21 pm

It cannot two TVpad having same symptom & it work good on your vendor too.

Seem like you have a noisy power line on which your TVpad plug on.
Try test it on other room or use filtered power strip.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



**KMK**

        Posts:  131
        Joined:  Thu Dec 12, 2013 1:59 am
        Reputation:  30

Top

- Report this post
- Reply with quote

## Re: TV Pad 3 plays and after a while hangs

⬜by **kelvinkris** » Tue Nov 18, 2014 12:26 am

> *Phantoman wrote:*If you have to power off/on again as opposed to exit and reopening the
> app, then I believe it must be a hardware issue. Maybe your TVPad is somehow overheating.
> When it hangs, does it feel very hot when you put your hand on the top of the TVPad ?

Thanks for the tips.

It doesn't feel hot on the tv pad.
Also, I have changed a second TV pad with the same issue.
And it was tested back at the vendor and its playing fine.

- { RS_ADD_POINTS }

- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)



[kelvinkris](#)

Posts: 6
Joined: Sun Nov 16, 2014 4:57 am
Reputation:   [0](#)

- [E-mail kelvinkris](#)

[Top](#)



| Quick Reply |
| --- |

[Next](#) Display posts from previous: All posts ▼   Sort by Post time ▼   Ascending ▼   Go

[Post a reply](#)
Topic evaluate: ★★★★★ • 26 posts • [Page 1 of 3](#) • 1, [2](#), [3](#)

[Return to General TVpad Discussions](#)

Jump to:   General TVpad Discussions ▼   Go

# Who is online

Users browsing this forum: [1234](#), [cheungyingfun](#) and 0 guests

- [Board index](#)
- [Subscribe topic](#)
- [Bookmark topic](#)
- [The team](#) • [Delete all board cookies](#) • All times are UTC - 5 hours [ DST ]

Powered by [phpBB](#)® Forum Software © phpBB Group
[Reputation System](#) ©

- Board index ‹ Club TVpad Lounge ‹ General TVpad Discussions
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# TVPAD OUTAGE UPDATES 8/30/2014

Moderators:   techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 166 posts • Page 1 of 17 • 1, 2, 3, 4, 5 ... 17

- Report this post
- Reply with quote

## TVPAD OUTAGE UPDATES 8/30/2014

⬛ by clubtvpad  » Wed Feb 20, 2013 5:15 am

8/30/14
Currently there are several server outages reported. However, not everyone is affected. Issue has been reported to TVpad and they are working on restoring service ASAP.

Update:
6-14-14 - World Cup outage

It is obvious that TVpad servers can't handle the demand for WORLD CUP viewers. On top of the constant reports of hacking attacks this is very upsetting to many TVpad users. We here at Club TVpad understand your frustration and is working with TVpad HK and pushing them to do more for their customers. Please understand we do

not maintain or manage their servers so we as resellers can't do much. We are at their mercy and hope they have the man power and resources to keep up with the current and future demands.

Good news is for those with a second device such as WELTV and iPlayer, these players have less outages during the world cup. With that said we are extending our father's day/world cup promotion to get WELTV and iPlayer at a discount. See here for details.



2/16/14 - All services should be restored. If you are still having issues. Please see below update info for links to either update apps or firmware.

2/13/14 - We just released TVpad2 3.94 firmware. This firmware

along with TVpad3 4.18 firmware should fix all the issues we've been
having. See detail for 3.94 here. After you update your firmware, you
should also update the apps.

2/11/14 - The below issues from 1/31 to present is still ongoing (90%
fixed). This includes no GM, error 4,5 and 8 codes. TVPAD HK
released a new firmware 4.18 for TVpad3 customers. Please update to
this new firmware if you have a TVpad3. You can download the
firmware from our download page.

If you cant access the app store, you can see phantoman's temporary
fix here.

TVpad HK also released a few new apps to fix the app issues when it
doesn't load. However, you can only get them from the N+app Store.
It is not available to the public as a regular download because they
reported that the reason the current apps are having issues is because
the hackers are now attacking their apps and content servers. The new
apps are suppose to fix some of these issues caused by the hackers
(not us 😛). These apps are for TVpad 2 and 3 and can be updated by
using the N+app or download them from our download page: (516網
路電視3, BETV_HD3, BETV3, KKS3, Solive3, 体育online3, 粵海
寬頻3, 粵海時移3 and 粵海寬頻3. (we will release some of these
apps in the donor section for TVpad1 with 3.26 firmware).

2/3/14 - 粵海寬頻2 and a few other apps are still not working. Please
try using 粵海直播 for live channels or 港粵网络电视 instead.

2/2/14 - most are back online, but now AppStore doesn't seem to be
working. If you need to install apps, please try our download page or
use appnnn.com.

1/31/2014 pm. TVPad outage update. According to TVpadfan forum

admin. They are experiencing severe power outage (new excuse). That is why most users are not able to watch TVpad even with GM.

In addition, there is a new app in N+store app that is recommended to watch HK channels. The app is called 粵海直播 and should work during the outage. See details here.

1/31/2014 am. Some users are reporting even with GM (green man) they are not able to watch TV. It could be an app issue, try HITV for HK channels. Some are able to resolve this by setting the time zone in Settings - Time Zone.

1/29/2014 - User does not exist error no green man is back! Some users are seeing this again. Just keep TVpad on and wait 15-20 minutes for the green man to come back and you should be able to watch again. Keep in mind TVpad HK are short staffed and they are still on 2 weeks vacation for CNY.

1/17/14 - Looks like the issue is getting worse, more customers are having the no green man issue and still getting USER DOES NOT EXIST error. Please follow the recommendation below leaving TVpad on. Some customers reported green man after 15-20 minutes, some reported they had to wait a few hours. Once you have the green man, do not turn off your TVpad. Just keep it on so you don't lose the green man again.

12/28/13 TVpad HK has reported that they have been hacked once again, service is affecting some users but not all - If you are still having issues, please reboot your modem and wifi router first. If that fails, **please leave TVpad on and wait for the green man to show up. It can be in 5 minutes or a few hours. But once you see gre**en **man, do not shut down TVpad.** Keep it on until they restore service indefinitely.

Are you getting "USER DOES NOT EXIST" error? If so check the following:

1. Your internet connection.
2. Little man icon has to be green. (TVpad server authenticated your tvpad successfully if green)
3. 2 computer icons must be blue. (this shows your tvpad is connected to the internet and has a valid IP)
4. If you are using wifi, make sure you are connected to your wifi network.
5. do a network test.
6. **If your connection is successful and still doesn't work. Try changing the DNS manually to one of the following 61.139.54.66 or 8.8.8.8 or 4.2.2.2**

NOTE:Some resellers are getting TVpads banned and you will get the same error message. Contact your reseller, they would have to contact tvpad HK to unblock your tvpad. This is why you want to purchase from a trusted source. Just because they say they are authorized resellers doesn't mean it is true. If you bought from ebay or paypal ask for your refund and file a claim.

If you have been banned due to your reseller, please post your reseller here so others can avoid.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }


# BUY WELTV NOW CLICK here !
**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
     Site Admin

     Posts: 4878
     Joined: Sat Jul 07, 2012 7:50 pm
     Location: San Francisco Bay Area
     Reputation: 584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

by ayam100 » Mon Mar 18, 2013 4:53 am

*Phantoman wrote:* A typical case of "If the shoe fits, wear it" 😐 I don't know what newtvpad is going on about, but to stay on-topic ... I personally did help a user on this forum who was informed by TVPad that his reseller has had his TVPad banned. The reseller left him standing in the cold. Well I helped him sort out that problem, but it's just to show that some resellers out there are con-artists. So people, beware where you make your purchase.

yup,is truth what phatoman say, i can be witness

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



ayam100

Posts: 109
Joined: Sun Jul 15, 2012 5:07 pm
Reputation: 2

- E-mail ayam100

Top

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

🗋 by fungp83 » Sat Mar 23, 2013 8:57 am

Hi,

I have the exact situation where the man icon isn't turning green and shows up with the error message as mentioned. I have returned the tvpad to the seller in Glasgow, Scotland where even the new device still don't work.

Is there anything I can do? For a fact nothing to do with internet connection as I use the internet day in day out.

Please help.

Thanks

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



[fungp83](#)

Posts: 9
Joined: Fri Nov 30, 2012 9:02 am
Reputation: 0

- E-mail fungp83

Top

---

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

by **Phantoman** » Sat Mar 23, 2013 6:05 pm

So are you saying that even with a new device you are getting the same error message ? In that case, did the reseller show you that this new device worked before he gave it you ? He might have given you another blocked device for all we know. Actually did the TVPad ever work for you ? Have you tried it at someone else's place ?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



**Phantoman**

Posts: 4222
Joined: Sun Jul 08, 2012 5:10 pm
Reputation: 502

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

by fungp83 » Sat Mar 23, 2013 6:22 pm

Hey Phantoman, Yes even with the replacement device the message still appear.

The seller just gave me a brand new device from another box, which was sealed so thought nothing much of it.

I have tried it in another property and that worked fine, only had issue in my place. I have no idea why its not working at mine.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



fungp83

Posts:  9
Joined:  Fri Nov 30, 2012 9:02 am
Reputation:  0

- E-mail fungp83

Top

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

by Shu » Tue Mar 26, 2013 1:55 pm

worked at another property...but not at yours...internet issue

who is your internet provider?

the other property that you tried at...was it the same internet provider?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



[Shu](#)

Posts: 75
Joined: Wed Feb 27, 2013 5:46 pm
Reputation:   4

- E-mail Shu

Top

---

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

☐by samsico » Wed May 22, 2013 5:44 am

I have the same issue , was working yesterday ... ! now keep getting the user is not exist.. all channels tv Korean, Japanese and Chinese. I bought this TVpad directly from China . does anyone had any issue ? I'm in Sydney, Australia.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



[samsico](#)

Posts: 4
Joined: Thu Sep 06, 2012 6:53 am
Reputation:   0

- E-mail samsico

Top

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

by **Almighty1** » Mon Jun 10, 2013 5:46 am

I have a question that hopefully clubtvpad knows the answer to. How does TVpad actually do their blocking as what I have noticed was that the TVpad2's I had seen at one store, all had the same serial number on the sticker on the outside packaging box but the TVpad2 itself does not even have a serial number. They all have individual MAC addresses which is required for networking. Does each vendor get batches with the identical serial number for that batch to distinguish it from what another vendor gets or do they really track using the MAC addresses?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



**Almighty1**

Posts:  96
Joined:  Fri Nov 16, 2012 1:45 pm
Reputation:  2

- E-mail Almighty1

Top

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

by **Phantoman** » Mon Jun 10, 2013 8:05 am

MAC address.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

If you appreciate the work that the Hacker team is doing, please consider making a small donation.

*** CLICK HERE TO DONATE ***



**Phantoman**

Posts: 4222
Joined: Sun Jul 08, 2012 5:10 pm
Reputation: 502

Top

- Report this post
- Reply with quote

## Re: USER DOES NOT EXIST or can not be Authenticated ERROR!!!

by Almighty1 » Mon Jun 10, 2013 5:36 pm

Hopefully they don't incorrectly blacklist a MAC address of a good vendor. Now I wonder, where do
these bad vendors get their inventory from and still able to sell at the same price unless these things are
very cheap in wholesale and have a high markup.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



**Almighty1**

Posts: 96
Joined: Fri Nov 16, 2012 1:45 pm
Reputation: 2

- E-mail Almighty1

Top



Quick Reply

Next Display posts from previous: All posts ▼ Sort by Post time ▼ Ascending ▼ Go

Post a reply

Topic evaluate: ★★★★★ • 166 posts • Page 1 of 17 • 1, 2, 3, 4, 5 ... 17

Return to General TVpad Discussions

| Jump to: | General TVpad Discussions ▼ | Go |

## Who is online

Users browsing this forum: 1234 and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

12/13/2016                                    Club TVpad - View topic - 影视谷 some shows not working
Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 263 of 303   Page ID
#:1503

- [Board index](#) ‹ [Club TVpad Lounge](#) ‹ [TVpad App discussions](#)
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# 影视谷 some shows not working

Moderators:   techgadgets88, Phantoman

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 4 posts • Page 1 of 1

- Report this post
- Reply with quote

## 影视谷 some shows not working

by olee » Fri Sep 14, 2012 3:44 pm

I went into 影视谷 and tried some old American series (ie, Friends season 1,2,3, House, Nikita, etc). None of them work. Any one have the same problem?

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



olee

Posts:  41
Joined:  Mon Sep 03, 2012 12:39 am
Reputation:   0

- E-mail olee

Top

- Report this post
- Reply with quote

## Re: 影视谷 some shows not working

◻ by **twosuctioncups** » Tue Sep 25, 2012 3:03 pm

Same here, I have tried NCIS, CSI, House, Friends, I can see the a few KBs being sent every 2 seconds
or so ... guessing that this is my attempt from the app to connect to the server with no response - retrying
a few times before the transmission stays at 0KB/s for food. it looks to me that the server is not
responding or the app is connecting to the wrong server. will appreciate if someone find out the root
cause and the cure.

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



twosuctioncups

      Posts:  5
      Joined:  Tue Sep 25, 2012 2:55 pm
      Reputation:  0

- E-mail twosuctioncups

Top

- Report this post
- Reply with quote

## Re: 影视谷 some shows not working

◻ by **steel66** » Fri Sep 27, 2013 2:26 pm

TW Drama -- Feng Shui Family also missing...

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }



[steel66](#)

Posts:  1
Joined:  Fri Sep 27, 2013 2:04 pm
Reputation:   [0](#)

- [E-mail steel66](#)

[Top](#)

---

- [Report this post](#)
- [Reply with quote](#)

## Re: 影视谷 some shows not working

by [clubtvpad](#)  » Fri Sep 27, 2013 6:11 pm

Those are blocked by pps, please use the new American drama app.

- [{ RS_ADD_POINTS }](#)
- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)

# BUY WELTV NOW CLICK [here](#) !

**TVpad firmware and app downloads:** [Download page](#)
**General TVpad FAQ:** [Click Here](#)



[clubtvpad](#)
Site Admin

Posts:  4878
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:   [584](#)

- [E-mail clubtvpad](#)
- [Website](#)

[Top](#)

Quick Reply

Display posts from previous: [All posts ▼] Sort by [Post time ▼] [Ascending ▼] [Go]

Post a reply

Topic evaluate: ★★★★★ • 4 posts • Page 1 of 1

Return to TVpad App discussions

Jump to: [ TVpad App discussions ▼] [Go]

## Who is online

Users browsing this forum: 1234, abba1221 and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

- [Board index](#) ‹ [Club TVpad Lounge](#) ‹ [TVpad App discussions](#)
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# live tvb servers are blocking my ISP addresses? other apps w

Moderators:   [techgadgets88](#), [Phantoman](#)

[Post a reply](#)

| Search this topic… | Search |
|---|---|

Topic evaluate: ★★★★★ • 2 posts • Page 1 of 1

- [Report this post](#)
- [Reply with quote](#)

## live tvb servers are blocking my ISP addresses? other apps w

◻by [seemore](#) » Wed Jun 19, 2013 4:56 pm

only 影視谷 and 港粵快看 and 粵海寬頻 servers are blocking my ISP addresses? other apps working fine
The speed stays at 0 kps and it was not buffering. I unplugged tvpad from router and connect it directly to my DSL modem and same result so I know it is not my router issue. I am using charter Internet in California. try other house same charter internet working fine all apps,
If anyone have idea that would be great. Thank you.

- [{ RS_ADD_POINTS }](#)
- [0](#)
- [{ RS_SUBTRACT_POINTS }](#)



[seemore](#)

      Posts:  6
      Joined:  Sat Aug 25, 2012 1:04 pm
      Reputation:   [0](#)

- E-mail seemore

Top

---

- Report this post
- Reply with quote

## Re: live tvb servers are blocking my ISP addresses? other ap

by **clubtvpad** » Wed Jun 19, 2013 4:58 pm

Try manually changing your DNS to 8.8.8.8 or 4.2.2.2

- { RS_ADD_POINTS }
- 0
- { RS_SUBTRACT_POINTS }

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:**Click Here



clubtvpad

Site Admin

Posts: 4878
Joined: Sat Jul 07, 2012 7:50 pm
Location: San Francisco Bay Area
Reputation: 584

- E-mail clubtvpad
- Website

Top

---



Quick Reply

Display posts from previous: [All posts ▼]   Sort by [Post time ▼] [Ascending ▼] [Go]

---

Post a reply
Topic evaluate: ★★★★★ • 2 posts • Page 1 of 1

Return to TVpad App discussions

## Who is online

Users browsing this forum: [1234](#), [mdk888](#) and 0 guests

- [Board index](#)
- [Subscribe topic](#)
- [Bookmark topic](#)
- [The team](#) • [Delete all board cookies](#) • All times are UTC - 5 hours [ DST ]

Powered by [phpBB](#)® Forum Software © phpBB Group
[Reputation System](#) ©

Case 2:15-cv-01869-MMM-AJW   Document 23-5   Filed 03/16/15   Page 270 of 303   Page ID
                                    #:1510

- Board index ‹ TVpad Help/FAQ ‹ TVPad3 M358
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# Feedback on 4.1.8 Firmware update

Moderator:   techgadgets88

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 40 posts • Page 1 of 4 • 1, 2, 3, 4

- Report this post
- Reply with quote

## Feedback on 4.1.8 Firmware update

⬜by cws » Wed Jan 29, 2014 2:16 pm

Anyone has update TVPAD3 to 4.1.8? Any comments?

- 
- 0



cws

|                | Posts:  16 |
|----------------|------------|
|                | Joined:  Sun Nov 10, 2013 1:20 am |
|                | Reputation:   0 |

- E-mail cws

Top

- Report this post

- Reply with quote

## Re: Feedback on 4.1.8 Firmware update

by clubtvpad  » Wed Jan 29, 2014 2:45 pm

Please do not upgrade if you are using any custom apps such as remote+stream, phanto and recorder apps. We have not tested our custom apps with the new firmware yet. So upgrade at your own risk. If you don't use any custom apps feel free to upgrade.

- 
- 0

## BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:**Click Here



clubtvpad
Site Admin

Posts:  4886
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:  584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

## Re: Feedback on 4.1.8 Firmware update

by louchau  » Tue Feb 11, 2014 10:10 pm

I am new to TVPad. Unfortunately, I have upgraded to 4.18. Is there a way to install 4.08 back? Can I save the custom apps into USB?

- 
- 0



louchau

> Posts: 1
> Joined: Tue Feb 11, 2014 10:02 pm
> Reputation:   0
>
> - E-mail louchau

Top

---

- Report this post
- Reply with quote

## Re: Feedback on 4.1.8 Firmware update

◻by clubtvpad   » Wed Feb 12, 2014 2:53 am

Sorry no way to go back. Why would you want to? It should fix your green man issue with the new firmware.

- 
- 0

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
> Site Admin
>
> Posts: 4886
> Joined: Sat Jul 07, 2012 7:50 pm
> Location: San Francisco Bay Area
> Reputation:   584
>
> - E-mail clubtvpad
> - Website

Top

---

- Report this post
- Reply with quote

## Re: Feedback on 4.1.8 Firmware update

by atz06 » Fri Feb 14, 2014 1:39 pm

I upgraded to 4.18 and it is very stable. BTW, I am at Los Angeles, California.

- 
- 0



atz06

Posts:  19
Joined:  Thu Jan 30, 2014 9:15 pm
Reputation:    1

- E-mail atz06

Top

- Report this post
- Reply with quote

## Re: Feedback on 4.1.8 Firmware update

by tho929 » Fri Feb 14, 2014 8:35 pm

Hi,

Where can i download the latest 4.18 firmware please??

Regards

tho929

- 
- 0



[tho929](#)

> Posts:  1
> Joined:  Mon Oct 28, 2013 1:50 pm
> Reputation:   0
>
> - [E-mail tho929](#)

Top

---

- [Report this post](#)
- [Reply with quote](#)

## Re: Feedback on 4.1.8 Firmware update

by [clubtvpad](#)  » Fri Feb 14, 2014 8:42 pm

> *tho929 wrote:* Hi,
>
> Where can i download the latest 4.18 firmware please??
>
>
> Regards
>
> tho929


See download link in my signature.

-
- [0](#)


## BUY WELTV NOW CLICK [here](#) !

**TVpad firmware and app downloads:** [Download page](#)
**General TVpad FAQ:** [Click Here](#)



[clubtvpad](#)
        Site Admin

Posts:  4886
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:   584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

## Re: Feedback on 4.1.8 Firmware update

by kwokie » Sat Feb 15, 2014 6:46 pm

sorry, I cannot find anything call My signature? Please inform, cheers.

- 
- 0



kwokie

Posts:  2
Joined:  Thu Jan 02, 2014 7:23 am
Reputation:   0

- E-mail kwokie

Top

- Report this post
- Reply with quote

## Re: Feedback on 4.1.8 Firmware update

by clubtvpad » Sun Feb 16, 2014 5:06 pm

*kwokie wrote:*sorry, I cannot find anything call My signature? Please inform, cheers.

LOL ...... Just look at the bottom of my post, my signature is the stuff (links) I included below including promo links, download links etc.

- 
- [0](#)

# BUY WELTV NOW CLICK [here](#) !

**TVpad firmware and app downloads:** [Download page](#)
**General TVpad FAQ:**[Click Here](#)



[clubtvpad](#)
   Site Admin

   Posts:  4886
   Joined:  Sat Jul 07, 2012 7:50 pm
   Location:  San Francisco Bay Area
   Reputation:    [584](#)

- [E-mail clubtvpad](#)
- [Website](#)

[Top](#)

- [Report this post](#)
- [Reply with quote](#)

## Re: Feedback on 4.1.8 Firmware update

by [jcoz](#) » Sun Feb 16, 2014 9:10 pm

I'm in Sydney, I had upgraded the Firmware to v4.18 also HK channels to 3 for more than a week, all working fine and I find the video quality was better.

- 
- [0](#)



[jcoz](#)



Posts:  8
Joined:  Thu Feb 14, 2013 2:33 am
Reputation:   0

- E-mail jcoz

Top

---

| Quick Reply |

| Next Display posts from previous: | All posts ▾ | Sort by | Post time ▾ | Ascending ▾ | Go |

---

Post a reply
Topic evaluate: ★★★★★ • 40 posts • Page 1 of 4 • 1, 2, 3, 4

Return to TVPad3 M358

Jump to: | TVPad3 M358 ▾ | Go |

# Who is online

Users browsing this forum: 1234 and 2 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

# EXHIBIT 70

- Board index ‹ TVpad Help/FAQ ‹ TVpad2 M233 M121(S)
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# Slow video with fast internet. Please help.

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★ • 2 posts • Page 1 of 1

- Report this post
- Reply with quote

## Slow video with fast internet. Please help.

⬚by turtlestrap_ » Thu Jul 03, 2014 2:01 am

Hello, I am having trouble with watching video on my TvPad2.
It says it is streaming at ~160-200kb/s and it is buffering and stuttering all the time and is unwatchable.
Here are speedtest results to a server very close :



and a server in Hong Kong



I can watch 4K video on YouTube with no problem, but the TvPad2 struggles with 160-200kb/s.

I have the TvPad2 connected with Ethernet cable to my modem.

EXHIBIT 70

12/18/2015    Club TVPad • View topic - Slow video with fast internet. Please help.

Case 2:15-cv-01869-MMM-AJW   Document 23   Filed 03/16/15   Page 280 of 303   Page ID #:1520

Any help would be greatly appreciated! Thanks!

- 
- [0](#)



[turtlestrap](#)

       Posts:  1
       Joined:  Tue Jul 23, 2013 12:04 am
       Reputation:  [0](#)

       - [E-mail turtlestrap](#)

[Top](#)

---

- [Report this post](#)
- [Reply with quote](#)

## [Re: Slow video with fast internet. Please help.](#)

by [Phantoman](#) » Sat Jul 05, 2014 3:00 pm

TVPad uses the SopCast P2P protocol for live streams, assuming you have ADSL then one theory could be that it's killing your upload bandwidth which in turn kills your download bandwidth. Are you able to play these 4K videos while the stream is stuttering on the TVPad ?

Oh the another theory would be that your ISP is employing bandwidth throttling techniques for P2P traffic.

- 
- [0](#)

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**[*** CLICK HERE TO DONATE ***](#)**



[Phantoman](#)

       Posts:  4222

Joined:  Sun Jul 08, 2012 5:10 pm
Reputation:    502

Top

---

| Quick Reply |

| Display posts from previous: | All posts ▼ | Sort by | Post time ▼ | Ascending ▼ | Go |

---

Post a reply

Topic evaluate: ★★★★★★ • 2 posts • Page 1 of 1

Return to TVpad2 M233 M121(S)

---

| Jump to: | TVpad2 M233 M121(S) ▼ | Go |

---

## Who is online

Users browsing this forum: 1234 and 1 guest

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ TVpad Help/FAQ ‹ TVpad2 M233 M121(S)
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# data usage

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★★ • 6 posts • Page 1 of 1

- Report this post
- Reply with quote

## data usage

by herb » Wed Jun 05, 2013 4:43 pm

how much data usage does tvpad2 use per month, for 2 hours use per day

- 
- 0

herb

Posts:  3
Joined:  Wed Mar 20, 2013 9:29 pm
Reputation:  0

- E-mail herb

Top

- Report this post
- Reply with quote

## Re: data usage

☐by **clubtvpad** » Wed Jun 05, 2013 4:46 pm

see this thread on data consumption.

viewtopic.php?f=10&t=865&p=6990&hilit=data+usage#p6990

- 
- **0**

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:**Click Here



clubtvpad
      Site Admin

      Posts: 4905
      Joined: Sat Jul 07, 2012 7:50 pm
      Location: San Francisco Bay Area
      Reputation: 584

- E-mail clubtvpad
- Website

Top

- Report this post
- Reply with quote

## Re: data usage

☐by **herb** » Wed Jun 05, 2013 5:22 pm

how data usage for live hd streaming

- 
- **0**



herb

Posts: 3
Joined: Wed Mar 20, 2013 9:29 pm
Reputation: 0

- E-mail herb

Top

---

- Report this post
- Reply with quote

## Re: data usage

□ by Phantoman  » Wed Jun 05, 2013 6:44 pm

It's difficult to say since you don't really know how much is the total upload unless you have a smart router or something like that. Anyway, there is no real HD on these devices, the source of the streams can be from an HD channel (e.g. ATV HD), but the streams themselves are SD quality. So I wouldn't worry about that.

- 
- 0


If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



Phantoman

Posts: 4225
Joined: Sun Jul 08, 2012 5:10 pm
Reputation: 503

Top

---

- Report this post
- Reply with quote

12/20/2016                Club TVpad - View topic - data usage
Case 2:15-cv-01869-MMM-AJW    Document 29-5    Filed 03/10/15    Page 285 of 303    Page ID
                                    #:1525

## Re: data usage

by **Almighty1** » Wed Jun 05, 2013 7:18 pm

Maybe there is HD except just like cable/satellite - it's compressed.

- 
- [0](#)



[Almighty1](#)

    Posts:  96
    Joined:  Fri Nov 16, 2012 1:45 pm
    Reputation:  [2](#)

- [E-mail Almighty1](#)

[Top](#)

- [Report this post](#)
- [Reply with quote](#)

## Re: data usage

by **Phantoman** » Thu Jun 06, 2013 5:10 am

Believe me, none of these devices have HD 😬 I'm pretty sure they never will if they keep using P2P networks.

- 
- [0](#)

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



[Phantoman](#)

Posts:  4225
Joined:  Sun Jul 08, 2012 5:10 pm
Reputation:    503

Top

---

| Quick Reply |

| Display posts from previous: All posts ▾  Sort by Post time ▾  Ascending ▾  Go |

---

Post a reply
Topic evaluate: ★★★★★ • 6 posts • Page 1 of 1

Return to TVpad2 M233 M121(S)

| Jump to:    TVpad2 M233 M121(S)    ▾    Go |

## Who is online

Users browsing this forum: 1234, Yahoo [Bot] and 0 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ TVpad Help/FAQ ‹ TVpad FAQ
- Change font size
- E-mail friend
- Print view

- User Control Panel (0 new messages) • View your posts

- FAQ
- Members
- Logout [ 1234 ]

# cant connect tvpad3 to wifi that requires browser login

Post a reply

| Search this topic… | Search |

Topic evaluate: ★★★★★★ • 9 posts • Page 1 of 1

- Report this post
- Reply with quote

## cant connect tvpad3 to wifi that requires browser login

☐by aesop » Sun Jun 15, 2014 10:50 pm

Hi all

I recently got a tvpad3 for my dad who is at a retirement home. They have a fast wifi connection but it requires login details once connected. The actual wifi network is not password protected but requires user name and password login in a browser.

How can i input these details into the tvpad3?

Thanks in advance guys.

- 
- 0



aesop

      Posts:  4
      Joined:  Sun Jun 15, 2014 10:35 pm
      Reputation:  0

- E-mail aesop

Top

___

- Report this post
- Reply with quote

## Re: cant connect tvpad3 to wifi that requires browser login

by clubtvpad  » Mon Jun 16, 2014 1:59 am

Tvpad doesn't have a broswer. It's best you get a wifi bridge to connect the tvpad.

- 
- 0

# BUY WELTV NOW CLICK here !

**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
Site Admin

Posts:  4905
Joined:  Sat Jul 07, 2012 7:50 pm
Location:  San Francisco Bay Area
Reputation:  584

- E-mail clubtvpad
- Website

Top

___

- Report this post
- Reply with quote

## Re: cant connect tvpad3 to wifi that requires browser login

by aesop  » Mon Jun 16, 2014 2:05 am

I've tried taking my laptop and did the following:

1. connect laptop to wifi connection
2. allows sharing of wireless internet through LAN (also tried bridging wireless and LAN)

2. share internet to tvpad through ethernet cord

The connection is successful according to the tvpad but there is still no internet connection. Is there any resolution?

Can you explain a bit further what you mean by WIFI bridge?

Thank you

- 
- [0](#)



[aesop](#)

Posts:  4
Joined:  Sun Jun 15, 2014 10:35 pm
Reputation:   [0](#)

- [E-mail aesop](#)

[Top](#)

- [Report this post](#)
- [Reply with quote](#)

## Re: cant connect tvpad3 to wifi that requires browser login

by [clubtvpad](#) » Mon Jun 16, 2014 2:11 am

see this [http://compnetworking.about.com/od/hard ... pter_4.htm](#)

- 
- [0](#)

# BUY WELTV NOW CLICK [here](#) !

**TVpad firmware and app downloads:** [Download page](#)
**General TVpad FAQ:** [Click Here](#)



clubtvpad

    Site Admin

    Posts:  4905
    Joined:  Sat Jul 07, 2012 7:50 pm
    Location:  San Francisco Bay Area
    Reputation:     584

    - E-mail clubtvpad
    - Website

Top

- Report this post
- Reply with quote

## Re: cant connect tvpad3 to wifi that requires browser login

by KMK  » Mon Jun 16, 2014 2:15 am

  *aesop wrote:*Hi all

  How can i input these details into the tvpad3?

  Thanks in advance guys.


Go to settings & do the WiFi setup there.




-
- 0


KMK

    Posts:  131
    Joined:  Thu Dec 12, 2013 1:59 am
    Reputation:     30

Top

12/20/2016                          Club TVPad • View topic cant connect tvpad3 to wifi that requires browser login
Case 2:15-cv-01869-MMM-AJW    Document 23-5   Filed 03/16/15   Page 291 of 303   Page ID
                                                        #:1531

- Report this post
- Reply with quote

## Re: cant connect tvpad3 to wifi that requires browser login

◻by **aesop** » Mon Jun 16, 2014 2:32 am

> *clubtvpad wrote:*see this http://compnetworking.about.com/od/hard ... pter_4.htm

Will this device mean I can input the username/password login details? If so how will it do this?

> *KMK wrote:*
>
> > *aesop wrote:*
> > Go to settings & do the WiFi setup there.
> >
> > 1.png

Unfortunately that does not work as the password is not directly on the wifi connection but a user login after the wifi is connected.

- 
- 0



aesop

Posts:  4
Joined:  Sun Jun 15, 2014 10:35 pm
Reputation:  0

- E-mail aesop

Top

- Report this post
- Reply with quote

## Re: cant connect tvpad3 to wifi that requires browser login

☐by **clubtvpad** » Mon Jun 16, 2014 2:52 am

you set up the bridge to login to the wifi network. Than connect your laptop to the bridge to input the user name and password in the bridge settings. The bridge will than be connected to the internet and you can connect the tvpad to the bridge. I suggest you buy a bridge from best buys or frys so you can return it if it doesn't work.

- 
- **0**


# BUY WELTV NOW CLICK here !
**TVpad firmware and app downloads:** Download page
**General TVpad FAQ:** Click Here



clubtvpad
Site Admin

Posts:   4905
Joined:   Sat Jul 07, 2012 7:50 pm
Location:   San Francisco Bay Area
Reputation:     584

- E-mail clubtvpad
- Website

Top

---

- Report this post
- Reply with quote

## Re: cant connect tvpad3 to wifi that requires browser login

☐by **aesop** » Mon Jun 16, 2014 3:00 am

> *clubtvpad wrote:* you set up the bridge to login to the wifi network. Than connect your laptop to the bridge to input the user name and password in the bridge settings. The bridge will than be connected to the internet and you can connect the tvpad to the bridge. I suggest you buy a bridge from best buys or frys so you can return it if it doesn't work.

Thanks for the info. Please correct me if I am mistaken here but if my laptop can connect to the wifi and I am trying to use the laptop as a bridge to the tvpad isn't this the same thing? In this case we're just replacing the laptop with a wifi bridge device?

Aesop

- 
- [0](#)



[aesop](#)

     Posts:  4
     Joined:  Sun Jun 15, 2014 10:35 pm
     Reputation:   [0](#)

- [E-mail aesop](#)

[Top](#)

- [Report this post](#)
- [Reply with quote](#)

## [Re: cant connect tvpad3 to wifi that requires browser login](#)

by [clubtvpad](#)  » Mon Jun 16, 2014 3:27 am

yes, technically it should work. But MS internet sharing isn't the best way to use tvpad. If it was just used
to surf the web it's fine but when you need bandwidth and P2P networking, it doesn't work very well.

- 
- [0](#)

## BUY WELTV NOW CLICK [here](#) !

**TVpad firmware and app downloads:** [Download page](#)
**General TVpad FAQ:** [Click Here](#)



[clubtvpad](#)
     Site Admin

     Posts:  4905
     Joined:  Sat Jul 07, 2012 7:50 pm

Location:  San Francisco Bay Area
Reputation:   **584**

- E-mail clubtvpad
- Website

**Top**

---

| Quick Reply |

| Display posts from previous: [All posts ▼] Sort by [Post time ▼] [Ascending ▼] [Go] |

---

**Post a reply**
Topic evaluate: ★★★★★★ • 9 posts • Page 1 of 1

**Return to TVpad FAQ**

| Jump to: [ TVpad FAQ ▼] [Go] |

# Who is online

Users browsing this forum: 1234, gti2003 and 3 guests

- Board index
- Subscribe topic
- Bookmark topic
- The team • Delete all board cookies • All times are UTC - 5 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

- Board index ‹ TVpad Help/FAQ ‹ TVpad2 M233 M121(S)
- Change font size
- Print view

- FAQ
- Register
- Login

# TVpad2 - Uses too much bandwidth!

Post a reply
3 posts • Page **1** of **1**

## TVpad2 - Uses too much bandwidth!

by **Rofl** » Sat May 04, 2013 3:03 am

My parents purchased a tvpad2 a couple of months ago, and whenever they used it to stream live content, it absolutely crippled my 8Mbit network.

Now I've just upgraded to fibre broadband 38Meg, and although I have a larger proportion of the bandwidth reserved for my usage, I still experience intermittent slowdowns - particularly during gaming. I attribute the stutters to the upload speed being below par.

Is there anyway to limit the tvpad2's download/upload speed? If you have a higher broadband connection, will it automatically use the most bandwidth it can muster?!

-
- 0



Rofl

**Posts:** 2
**Joined:** Sat Mar 23, 2013 3:40 pm
**Reputation: 0**

Top

Case 2:15-cv-01869-MMM-AJW    Document 23-5    Filed 03/16/15    Page 296 of 303    Page ID #:1536

## Re: TVpad2 - Uses too much bandwidth!

by **clubtvpad** » Sat May 04, 2013 11:32 am

TVpad is a bandwidth hog. The only way to limit it is configuring QOS on your router and set your own limit for up and down speed. However, not all routers have QOS settings.

- 
- 0

# BUY WELTV NOW CLICK here!

**TVpad firmware and app downloads:** Download page

**General TVpad FAQ:** Click Here



clubtvpad
Site Admin

**Posts:** 4456
**Joined:** Sat Jul 07, 2012 4:50 pm
**Location:** San Francisco Bay Area
**Reputation: 560**

- Website

Top

## Re: TVpad2 - Uses too much bandwidth!

by **Phantoman** » Sun May 05, 2013 2:21 pm

I have 100Mbps up/down fibre connection, and I have no issues at all. So the answer to your question is NO, it will not use the most bandwidth it can get. It depends how many peers you have (see it like torrents). Actually the SopCast protocol used by TVPad is very similar to torrents, so the more peers you have the more upload bandwidth it uses. The only difference is that you can limit the upload speed with torrents, but not with SopCast.

- 
- 0

If you appreciate the work that the Hacker team is doing, please consider making a small donation.
**\*\*\* CLICK HERE TO DONATE \*\*\***



Phantoman

**Posts:** 4117
**Joined:** Sun Jul 08, 2012 2:10 pm
**Reputation: 476**

Top

---

Display posts from previous: | All posts | Sort by | Post time | | Ascending | | Go |

---

Post a reply

3 posts • Page **1** of **1**

Return to TVpad2 M233 M121(S)

---

Jump to: | TVpad2 M233 M121(S) | | Go |

## Who is online

Users browsing this forum: No registered users and 1 guest

- Board index
- The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

Powered by **phpBB**® Forum Software © phpBB Group
Reputation System ©

# EXHIBIT 71

 **Board index**

FAQ    Register    Login

It is currently Tue Dec 16, 2014 3:00 pm

| CLUB TVPAD LOUNGE | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **General TVpad Discussions**<br>Talk about anything related to TVpad here!<br>Moderators: techgadgets88, **Phantoman** | 803 | 6066 | by cheuk5 <br>Tue Dec 16, 2014 2:35 pm |
| **TVpad App discussions**<br>Download official apps and discuss anything related to Apps for TVpad.<br>Moderators: techgadgets88, **Phantoman** | 584 | 4116 | by **clubtvpad** <br>Tue Dec 16, 2014 12:57 pm |
| **Off Topic Discussions**<br>Shoot the shit, talk about anything you want. Share interesting stories, news, videos and links to interesting websites!<br>Moderator: techgadgets88 | 56 | 380 | by **Phantoman** <br>Wed Nov 12, 2014 4:34 pm |
| **TVB Drama Discussion**<br>Discuss current or past TVB Drama series news and gossips! | 25 | 69 | by addict3 <br>Sat Dec 13, 2014 12:11 pm |
| **Computer and Technology Talk**<br>Got a problem with your computer? Maybe we can help! Or you want to share some technology news with the rest, go ahead!<br>Moderator: **Phantoman** | 18 | 66 | by **clubtvpad** <br>Tue Sep 16, 2014 9:21 pm |
| **Jokes Jokes Jokes**<br>Got a funny joke to share, make us laugh!<br>Moderator: kenxu | 53 | 147 | by samooo <br>Wed Jun 11, 2014 9:33 pm |
| **Deals Deals Deals**<br>Know of a good deal? Share with fellow Club TVpad members. Wifi Routers, TV's, Laptops, computers etc | 35 | 88 | by i-spy <br>Fri Oct 31, 2014 9:23 pm |

| TVPAD HELP/FAQ | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **TVpad FAQ**<br>Check here if you have general inquiries related to TVpad. | 126 | 680 | by eliakim <br>Sun Dec 07, 2014 5:18 am |
| **TVPad3 M358**<br>TVpad3 model info<br>Moderator: techgadgets88 | 97 | 745 | by **clubtvpad** <br>Sun Dec 07, 2014 1:03 am |
| **TVpad2 M233 M121(S)**<br>General discussion for 2nd generation TVpad M121 | 210 | 1173 | by tvpadw <br>Sat Dec 13, 2014 11:07 pm |
| **Model M120 Gen 1**<br>General discussion for 1st generation TVpad M120 | 17 | 67 | by netrider <br>Sun Dec 14, 2014 2:52 pm |
| **Korean TVpad M311**<br>Discuss anything related to the Korean version of TVpad M311. | 6 | 15 | by **clubtvpad** <br>Fri Sep 26, 2014 4:49 pm |

| FORUM | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **Korean TVpad Corner**<br>This area is for all Korean TVpad users, feel free to discuss and help each other out here. Type in Korean, Chinese or English. Up to you! | 24 | 116 | by Xtian <br>Sun Dec 14, 2014 8:13 am |

| WELTV - WE LOVE TV | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **WELTV General Discussion**<br>Discuss all things WELTV related. Channel List - General info<br>Moderators: techgadgets88, **Phantoman** | 225 | 2607 | by Prost <br>Sat Dec 13, 2014 3:30 pm |
| **WELTV - APP Discussions**<br>Any WELTV App info, issues or news. | 74 | 645 | by mlytse <br>Tue Dec 16, 2014 8:22 am |

EXHIBIT 71

Club TVPad • Index page

Moderators: techgadgets88, **Phantoman**

| | | | |
|---|---|---|---|
| **WELTV - FAQ - Troubleshooting**<br>HELP - FAQ - Troubleshooting guides.<br>Moderators: techgadgets88, **Phantoman** | 69 | 504 | by **clubtvpad**<br>Wed Nov 26, 2014 9:19 pm |

| MOONBOX M3 | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **Moonbox General Discussion**<br>General discussion for Moonbox, tips and tricks, issues etc.... | 28 | 313 | by actng<br>Mon Dec 15, 2014 10:29 pm |
| **Moonbox App discussions**<br>Download apps, firmware. Discuss moonbox apps here! | 19 | 224 | by 2jay<br>Tue Dec 16, 2014 8:10 am |
| **FAQ/Troubleshooting** | 3 | 22 | by **clubtvpad**<br>Mon Nov 24, 2014 12:42 am |

| IPLAYER - S3100/I5 | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **iPlayer General Discussion**<br>Discuss anything here regarding iplayer. Reviews, tips and tricks etc.<br>Moderators: techgadgets88, **Phantoman** | 107 | 941 | by **clubtvpad**<br>Sat Dec 13, 2014 2:58 am |
| **iPlayer App discussion**<br>Downloads, app suggestions, app reviews and recommendations.<br>Moderators: techgadgets88, **Phantoman** | 60 | 475 | by strain17<br>Sat Nov 22, 2014 10:37 pm |
| **iPlayer FAQ/Troubleshooting**<br>Check here 1st before asking questions regarding iplayer fixes and issues.<br>Moderators: techgadgets88, **Phantoman** | 53 | 317 | by siratfus<br>Thu Dec 11, 2014 9:12 pm |

| XBMC | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **XBMC general - WELTV/Moonbox/iPlayer**<br>Share your XBMC experience. Discuss about addons and troubleshooting tips.<br>Moderator: **Phantoman** | 40 | 302 | by **clubtvpad**<br>Mon Dec 15, 2014 12:36 pm |

| FORUM | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **Other Network Media Players or Asian TV services**<br>This section is for those who would like to share info for other network media players such as iplayer, XBMC, himedia, Maige, italkTV, Direct TV, Dish Network etc. | 63 | 1341 | by Aredus<br>Mon Dec 15, 2014 3:28 pm |

| RESELLER CENTRAL | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **General Reseller Info**<br>Moderator: **clubtvpad** | 6 | 32 | by shin3<br>Wed May 14, 2014 1:51 pm |

| THE TVPAD / IPLAYER / WELTV UNDERGROUND | TOPICS | POSTS | LAST POST |
|---|---|---|---|
| **TVpad Hack**<br>This part of the forum is use at your own risk. Club TVpad is not responsible for any hacking of TVpad. We are just providing a platform for the enthusiast.<br>Moderator: **Phantoman** | 122 | 4483 | by **clubtvpad**<br>Sat Dec 13, 2014 7:41 pm |
| **Live Streaming**<br>This is for those who wants to share live streaming links and info. XMBC, VLC, etc<br>Moderators: **Phantoman**, Chengye | 61 | 1856 | by futuretv<br>Fri Dec 05, 2014 5:19 pm |
| **iPlayer Hack**<br>This part of the forum is use at your own risk. Club TVpad is not responsible for any hacking of iPlayer. We are just providing a platform for the enthusiast.<br>Moderator: **Phantoman** | 4 | 89 | by horhay<br>Sun Aug 31, 2014 2:24 pm |
| **WELTV Hack**<br>This part of the forum is not | 4 | 37 | by **goodan**<br>Thu Sep 25, 2014 11:52 pm |

EXHIBIT 71

responsible for any hacking of WELTV. We are just providing a discussion
platform for the enthusiast.
Moderator: **Phantoman**

**LOGIN • REGISTER**

Username:                    Password:                    | Log me on automatically each visit

**WHO IS ONLINE**

In total there are **23** users online :: 7 registered, 0 hidden and 16 guests (based on users active over the past 10 minutes)
Most users ever online was **232** on Fri Dec 07, 2012 12:49 pm

Registered users: 1234, Baidu [Spider], bbk, bigtalker, Bing [Bot], jehung2010, kkong
*Legend:* Administrators, *Global moderators*, *Hackers*, *Tweakers*

**STATISTICS**

Total posts **32155** • Total topics **3152** • Total members **23034** • Our newest member **1232131**

**REPUTATION TOPLIST**

Most popular members: **clubtvpad** (584), **Phantoman** (502), **zWolfman** (216), **kwyeung** (153), **tong98** (150), **Chengye** (128), **goodan** (123), **Sudhera** (103), **netghost** (77), **futuretv** (76), **mysnoopy** (72), **Neonlight** (54), **khauyeung** (41), **wolfdude1** (32), **cheuk5** (32), **KMK** (30), **pundit** (27), **bucknekked** (27), **WELTV-Frank** (27), **bigtalker** (24), **aptech2000** (21), **JLau88** (20), **hawai** (19), **kenxu** (19), **pakeonoahu** (17)

⌂ Board index                    The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©

Club TVPad • View forum - TVB Drama Discussion

⌂ Board index ‹ Club TVpad Lounge ‹ TVB Drama Discussion



❓FAQ  ✎Register  ⏻Login

## TVB Drama Discussion

NEWTOPIC ✫

24 topics • Page 1 of 1

| ANNOUNCEMENTS | REPLIES | VIEWS | LAST POST |
|---|---|---|---|
| ⓘ [video]Compare WELTV Prem - MOONBOX M3 - TVPAD3<br>by **clubtvpad** » Sun Aug 24, 2014 12:41 am  ▢ 1 … 4 5 6 | 50 | 14661 | by **clubtvpad** ▢<br>Sat Nov 29, 2014 5:11 pm |
| ⓘ Club TVpad Signature suggestion - PLEASE READ<br>by **clubtvpad** » Fri Mar 28, 2014 2:05 pm | 2 | 5041 | by spikiii ▢<br>Sat Mar 29, 2014 5:17 pm |
| ⓘ Thanks for making Club TVpad the best Forum!!!<br>by **clubtvpad** » Tue Feb 11, 2014 7:35 pm  ▢ 1 2 3 | 23 | 11352 | by **Phantoman** ▢<br>Thu Jun 19, 2014 5:19 pm |
| ⓘ WARNING!!! do not disclose your tvpad Mac address!!!<br>by **clubtvpad** » Tue Dec 31, 2013 11:07 pm | 1 | 8677 | by jean385 ▢<br>Wed Jan 01, 2014 2:56 am |
| ⓘ TVpad Official Response to TVB's Recent News Report<br>by **clubtvpad** » Mon Nov 19, 2012 1:56 am  ▢ 1 … 7 8 9 | 83 | 146575 | by yachine ▢<br>Sat Aug 09, 2014 1:42 am |
| ⓘ IMPORTANT DISCLAIMER - Please read!<br>by **clubtvpad** » Fri Jul 27, 2012 1:43 pm | 0 | 13962 | by **clubtvpad** ▢<br>Fri Jul 27, 2012 1:43 pm |

| TOPICS | REPLIES | VIEWS | LAST POST |
|---|---|---|---|
| 📄 Condor Heroes 2014<br>by **clubtvpad** » Tue Dec 09, 2014 9:59 pm | 2 | 64 | by addict3 ▢<br>Sat Dec 13, 2014 12:11 pm |
| 📄 Decline of MARTIAL ART MOVIES and TV in Modern Hong Kong?<br>by popme » Wed Jul 02, 2014 1:29 pm | 2 | 228 | by EdT ▢<br>Mon Nov 17, 2014 8:04 pm |
| 📄 粵海寬頻2 Issues<br>by chansw » Wed Oct 29, 2014 3:46 pm | 1 | 164 | by **clubtvpad** ▢<br>Wed Oct 29, 2014 4:15 pm |
| 📄 女拳 Episode 30 (final episode) stuck<br>by nahcar » Sun Jul 06, 2014 11:49 pm | 0 | 264 | by nahcar ▢<br>Sun Jul 06, 2014 11:49 pm |
| 📄 All Hong kong TV Streaming not working<br>by sns » Sat Jul 05, 2014 3:57 am | 0 | 298 | by sns ▢<br>Sat Jul 05, 2014 3:57 am |
| 📄 回放 - Recommendation<br>by Samson Y » Sat Mar 29, 2014 8:58 pm | 0 | 462 | by Samson Y ▢<br>Sat Mar 29, 2014 8:58 pm |
| 📄 CCTV5 NBA Playoff Schedule<br>by **clubtvpad** » Fri Apr 26, 2013 4:51 pm | 2 | 1875 | by **Phantoman** ▢<br>Fri Mar 21, 2014 3:16 am |
| 📄 TVB 煲劇2台 ?<br>by homeflash » Mon Feb 10, 2014 7:30 am | 1 | 1009 | by tong98 ▢<br>Wed Mar 12, 2014 7:04 am |
| 📄 New Justice, My Foot (新審死官)<br>by xboltss » Wed Feb 12, 2014 7:40 pm | 0 | 368 | by xboltss ▢<br>Wed Feb 12, 2014 7:40 pm |
| 📄 TVB Drama VOD<br>by cws » Sun Dec 08, 2013 11:47 am | 2 | 1371 | by Neonlight ▢<br>Mon Dec 09, 2013 3:43 am |
| 📄 TVB 今日VIP<br>by Miri_Miri » Fri Nov 08, 2013 11:00 am | 2 | 750 | by Miri_Miri ▢<br>Fri Nov 08, 2013 11:39 am |
| 📄 衝上雲霄<br>by jamesstock » Wed Sep 11, 2013 10:16 pm | 4 | 947 | by sharifay ▢<br>Fri Oct 04, 2013 10:38 pm |

Club TVPad • View forum - TVB Drama Discussion

| | 衝上雲霄ep.15 and 星雲傳奇ep.5<br>by wwwmg » Sun Aug 04, 2013 5:57 pm | 2 | 759 | by wwwmg<br>Tue Aug 06, 2013 7:46 pm |
|---|---|---|---|---|
| | 師父　明白了Karma Rider<br>by lisan0182 » Wed Jul 17, 2013 10:52 pm | 0 | 607 | by lisan0182<br>Wed Jul 17, 2013 10:52 pm |
| | Triumph in the Skies 2<br>by idannybo2 » Mon Jul 01, 2013 1:04 am | 0 | 1008 | by idannybo2<br>Mon Jul 01, 2013 1:04 am |
| | TVB latest police drama- a repeat?<br>by clu » Mon Mar 18, 2013 10:11 am | 2 | 1268 | by clu<br>Wed Apr 03, 2013 9:27 am |
| | come love home - why episodes not the latest?<br>by bon_clay2 » Mon Jan 07, 2013 8:48 pm | 0 | 902 | by bon_clay2<br>Mon Jan 07, 2013 8:48 pm |
| | 粵海時移 not working<br>by tuscanybay » Sat Jan 05, 2013 6:19 am | 1 | 1907 | by Phantoman<br>Sat Jan 05, 2013 6:59 am |
| | TVB series recommendations<br>by yyh » Thu Aug 30, 2012 2:00 am | 5 | 2712 | by clubtvpad<br>Sun Dec 02, 2012 10:24 pm |
| | hong kong tv on m121s with 3.14 ?!<br>by passby97 » Mon Nov 26, 2012 9:47 pm | 0 | 1781 | by passby97<br>Mon Nov 26, 2012 9:47 pm |
| | Highs and Lows<br>by yyh » Fri Sep 28, 2012 3:13 am | 7 | 2607 | by yyh<br>Mon Nov 05, 2012 2:59 pm |
| | Painted Skin II<br>by clubtvpad » Sun Sep 09, 2012 11:00 pm | 2 | 898 | by kenxu<br>Wed Sep 12, 2012 11:02 am |
| | Tiger Cubs (Special Duties Unit)<br>by yyh » Tue Aug 21, 2012 11:21 am | 8 | 1862 | by yyh<br>Wed Sep 05, 2012 12:01 pm |
| | Ghetto Justice 2 - 怒火街頭2<br>by Dssjr » Wed Aug 22, 2012 4:25 pm | 2 | 1125 | by Mango<br>Tue Sep 04, 2012 1:39 pm |

Display topics from previous:　All Topics　　Sort by　Post time　　Descending

NEWTOPIC

24 topics • Page 1 of 1

‹ Return to Board index

Jump to:　TVB Drama Discussion

**WHO IS ONLINE**

Users browsing this forum: 1234 and 2 guests

**FORUM PERMISSIONS**

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** post attachments in this forum

⌂ Board index

The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

Powered by phpBB® Forum Software © phpBB Group
Reputation System ©