CARLA A. McCAULEY (State Bar No. 223910
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
    bobbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. <br> CV15-01869 MMM (AJWx) <br><br> **COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7** <br><br> [Notice of Motion and Motion for Preliminary Injunction and {Proposed} Order filed concurrently] <br><br> **Date:**     **June 8, 2015** <br> **Time:**     **10:00 a.m.** <br> **Crtrm.:**    **780** <br><br> Action Filed March 13, 2015 |

**INDEX**
**VOLUME 6**

1

2

3 EXHIBIT 72

4 EXHIBIT 73

5 EXHIBIT 74

6 EXHIBIT 75

7 EXHIBIT 76

8 EXHIBIT 77

9 EXHIBIT 78

10 EXHIBIT 79

11 EXHIBIT 80

12 EXHIBIT 81

13 EXHIBIT 82

14 EXHIBIT 83

15 EXHIBIT 84

16 EXHIBIT 85

17 EXHIBIT 86

18 EXHIBIT 87

19 EXHIBIT 88

20 EXHIBIT 89

21 EXHIBIT 90

22 EXHIBIT 91

23 EXHIBIT 92

24 EXHIBIT 93

25 EXHIBIT 94

26 EXHIBIT 95

27

28

COMPENDIUM OF EVIDENCE ISO MOTION FOR PRELIMINARY INJUNCTION

DWT 26440706v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 72

Henry Li - I hv not been able to watch TVB drama series 2...



Sign Up

Email or Phone

Password

Keep me logged in

Forgot your password?

**News Feed**

English (US) · Privacy · Terms · Cookies · Advertising · More ▾

Facebook © 2015



**Henry Li** ▶ **Toyz&More4u - Club TVpad**
December 16, 2014 · 🌐

I hv not been able to watch TVB drama series 2 days in a row.......am I the only one?

Like · Comment · Share


**Toyz&More4u - Club TVpad** on what platform?
December 17, 2014 at 5:51am

**Henry Li** 港嘅快看
December 17, 2014 at 8:49am


**Toyz&More4u - Club TVpad** They tend to be a bit slow in updating content during the holidays. Just have to wait.
December 17, 2014 at 1:08pm


**Henry Li** Tks!
December 17, 2014 at 1:12pm

EXHIBIT 72

# EXHIBIT 73

| Subject: | [Club TVpad] Order Received |
|---|---|
| **From:** | [Club TVpad Orders] (orders@clubtvpad.com) |
| **To:** | slau1014@yahoo.com; |
| **Date:** | Sunday, October 26, 2014 4:13 PM |

# Order Received

Thank you, we are now processing your order. Your order's details are below.

# Order: #1819

| Product | Quantity | Price |
|---|---|---|
| TVpad3 M358 (#TVpad3) | 1 | $259 |
| **Cart Subtotal:** | | $259 |
| **Cart Discount:** | | -$40 |
| **Shipping:** | | Free Shipping |
| **Tax (9%):** | | $19.71 |
| **Order Total:** | | $238.71 |

# Order information

**Note:** I spoke to Bennett Wong on 10/26/14. He said that since I am ordering TVpad from NY and shipping it to CA, I do not need to pay taxes on it.

**Coupons:** clubtvpad326

# Customer details

**Email:** slau1014@yahoo.com

EXHIBIT 73

**Tel:** REDACTED

# Billing address

Shuk Lau
REDACTED
West Hills, California 91307

# Shipping address

Shuk Lau
REDACTED
West Hills, California 91307

Club TVpad

# EXHIBIT 74

# Electronic Articles of Incorporation For

P13000001288
FILED
**January 04, 2013**
Sec. Of State
jshivers

ASHA MEDIA GROUP INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

ASHA MEDIA GROUP INC.

## Article II

The principal place of business address:

4307 BAYSIDE DR.
203
TAMPA, FL.   33615

The mailing address of the corporation is:

P. O. BOX-6282
BRANDON, FL.   33508

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

5,000.  COMMON STK.

## Article V

The name and Florida street address of the registered agent is:

RENA  MEHTA
10031 REMINGTON DR.
RIVERVIEW, FL.   33578

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   RENA MEHTA

EXHIBIT 74

**P13000001288**
**FILED**
**January 04, 2013**
**Sec. Of State**
**jshivers**

# Article VI

The name and address of the incorporator is:

AMIT  BHALLA
4307 BAYSIDE DR.
203
TAMPA,  FL.  33615


Electronic Signature of Incorporator:    AMIT BHALLA

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
AMIT  BHALLA
4307 BAYSIDE  DR.  #203
TAMPA, FL.  33615

# Article VIII

The effective date for this corporation shall be:

01/03/2013

**2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P13000001288

**FILED**
**Apr 21, 2014**
**Secretary of State**
**CC2177302018**

**Entity Name:** ASHA MEDIA GROUP INC.

**Current Principal Place of Business:**

411 WALNUT ST
STE 5900
GREEN COVE SPRINGS, FL 32043-3443

**Current Mailing Address:**

P. O. BOX 6282
BRANDON, FL 33508

**FEI Number:** 46-1683761          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MEHTA, RENA
10031 REMINGTON DR.
RIVERVIEW, FL 33578 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

            Electronic Signature of Registered Agent            Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | BHALLA, AMIT |
| Address | 411 WALNUT ST STE 5900 |
| City-State-Zip: | GREEN COVE SPRINGS FL 32043-3443 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: AMIT BHALLA            PRESIDENT            04/21/2014

            Electronic Signature of Signing Officer/Director Detail            Date

**2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P13000001288

**Entity Name:** ASHA MEDIA GROUP INC.

**FILED**
**Apr 21, 2014**
**Secretary of State**
**CC2177302018**

**Current Principal  Place of Business:**

411 WALNUT ST
STE 5900
GREEN COVE SPRINGS,  FL  32043-3443

**Current Mailing Address:**

P. O. BOX-6282
BRANDON,  FL  33508

**FEI Number: 46-1683761**                                          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MEHTA, RENA
10031 REMINGTON DR.
RIVERVIEW, FL  33578  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

            Electronic Signature of Registered Agent                                                Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | BHALLA, AMIT |
| Address | 411 WALNUT ST STE 5900 |
| City-State-Zip: | GREEN COVE SPRINGS  FL  32043-3443 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: AMIT BHALLA                                  PRESIDENT                        04/21/2014

            Electronic Signature of Signing Officer/Director Detail                          Date



# Detail by Entity Name

<u>Florida Profit Corporation</u>

ASHA MEDIA GROUP INC.

<u>Filing Information</u>

| | |
|---|---|
| **Document Number** | P13000001288 |
| **FEI/EIN Number** | 46-1683761 |
| **Date Filed** | 01/04/2013 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 01/03/2013 |

<u>Principal Address</u>

411 WALNUT ST
STE 5900
GREEN COVE SPRINGS, FL 32043-3443

Changed: 04/21/2014

<u>Mailing Address</u>

P. O. BOX-6282
BRANDON, FL 33508

<u>Registered Agent Name & Address</u>

MEHTA, RENA
10031 REMINGTON DR.

RIVERVIEW, FL 33578

**Officer/Director Detail**

**Name & Address**

Title P

BHALLA, AMIT
411 WALNUT ST
STE 5900
GREEN COVE SPRINGS, FL 32043-3443

**Annual Reports**

| **Report Year** | **Filed Date** |
|---|---|
| 2014 | 04/21/2014 |

**Document Images**

| | |
|---|---|
| 04/21/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2013 -- Domestic Profit | View image in PDF format |

Copyright © and  Privacy Policies
State of Florida, Department of State

# EXHIBIT 75



TVpad Authorized Store    Welcome !    Login / Register    Account ▾    English ▾    US Dollar ▾    Checkout

TVPAD PRODUCTS      PREVIEW VIDEOS      CHANNELS      WARRANTY      FAQ

SUPPORT      BLOG

ABOUT US



## Who Are We?

The TVpad Store is an authorized TVpad Reseller that ships Genuine and Authentic TVpad products. We offer genuine standard manufacturer warranty on all TVPad products we sell.

We have an awesome customer team that would always be there answer your questions. In case y unsatisfied with our services, we have in place a no-nonsense **Fu return/Exchange policy**.

"*If we can't fix it, we would gladly replace it*".

Our business is based on strong family values. We love what we do and we want to keep doing it. We, a team, are dedicated towards betterment of the store and would always be willing to go that extra mile for satisfaction. You can make us walk that mile by simply contacting us.

## How are we different?

**Authorized TVPad Reseller:**
We're an authorized TVPad Reseller. *What does this mean*? Well, this implies that we ship the latest and brand new TVPad products directly from the factory. As we're an authorized TVPad reseller, we also provide unmatched aftersales services. We're not going to disappear, unlike other TVpad sellers who might not even respond to your emails. We would always be there to hear you out.

EXHIBIT 75

**Genuine and Authentic Products:**
We ship *only* the latest TVPad models that run the latest version of the firmware. If you've purchased TVpad products from unauthorized marketplaces like EBay or Amazon, you should know that the sellers on those marketplaces usually ship old models that run old software versions. They install the latest version of software by manually opening the box, which voids the warranty on your TVPad. These products can also be replicated/non-original products that look similar to TVpad. The products we ship, on the other hand, are 100% genuine, authentic, sealed and come straight from the factory. If your not happy with our products, we have a no hassle return policy. All products also carry a standard 1 year manufacturer warranty. Read more about product warranty options, here.



**Lifetime Product support:**
We provide lifetime product support on all the products we sell. If you experience any technical issues with TVPad, you can reach us anytime and our courteous customer service staff would always be there to help you out.

**Full return/Exchange policy:**
We also have a Full return/Exchange policy. If you do not receive the product in the right condition and want it returned/exchanged, we would gladly replace it. Read more about our Return and Exchange policies.

**Warranty Service:**
We provide **Genuine Warranty** on TVPad products. Our warranty covers all labor charges and cost of internal parts. The warranty period starts after you receive the product.

# Our Values

We are an enthusiastic bunch of people, who love what they do and want to keep doing it. We, as one big family, strive to maintain the highest levels of customer satisfaction, all around. We have a cheerful, friendly and wonderful customer support staff that is easily approachable and provides the best possible assistance.

We live by the golden rule- "*Treat others as you would treat yourself*". We believe that a business grows out of customer interest and not out of capital interest. So, whatever we do, we always think of you first.

At TVPad Store, we also believe in honesty and transparency. What you see is what you buy. We only sell genuine products and would always be there to solve any issues that might arise. You can count on us.



# Reach Us

Want to shout out loud but don't know who would listen?
Well, we're listening. You can reach us, any time, **here by contacting us.**

TVPad Store is owned and managed by **Asha Media Group Inc**., a Florida, U.S based company. Our management and customer service departments are located in U.S, while the factory and shipping units are in China.

## SHOP BY CATEGORIES

- **TVpad Products**
  - TVpad 3 M358 Series
  - TVpad 2 M233 Series
  - TVpad Factory Original Accessories

TVpad Store About Us

- Preview Videos
- Channels
- Warranty
- Installation and Setup
- FAQ
- Support

## INFORMATION

About
Shipping Info
Privacy Policy
Terms & Conditions

## CUSTOMER SERVICE

Contact Us
Blog
Return Policy
FAQ

## MY ACCOUNT

My Account
Order History
Wish List
Newsletter

## NEWSLETTER SIGNUP

]

© 2013 TVpad . All Rights Reserved.



INTERNET ARCHIVE
WaybackMachine

4 captures
20 Oct 13 - 2 Jul 14

Official Authorized TVpad Store    Welcome !   Login / Register    Account    English    US Dollar    Checkout

## TVPAD PRODUCTS   PREVIEW VIDEOS   CHANNELS   WARRANTY   FAQ

## SUPPORT   BLOG

# ABOUT US



## Who Are We?

The TVpad Store is an authorized TVpad Reseller that ships Genuine and Authentic TVpad products, directly from the factory. We offer genuine standard manufacturer warranty on all TVPAD products we sell. In fact, we're the only store on the Internet that offers an **Extended TVPAD Warranty** and **Lifetime Product Support**. We have an awesome customer team that would always be there to answer your questions. In case you're unsatisfied with our services, we have in place a no-nonsense **Full-return/Exchange policy**.

"*If we can't fix it, we would gladly replace it*".

Our business is based on strong family values. We love what we do and we want to keep doing it. We, as a team, are dedicated towards betterment of the store and would always be willing to go that extra mile for satisfaction. You can make us walk that mile by simply contacting us.

# How are we different?

**Authorized TVPad Reseller:**
We're an authorized TVPad Reseller. *What does this mean*? Well, this implies that we ship the latest and brand new TVPad products directly from the factory. As we're an authorized TVPad reseller, we also provide unmatched aftersales services. We're not going to disappear, unlike other TVPad sellers who might not even respond to your emails. We would always be there to hear you out.

**Genuine and Authentic Products:**
We ship *only* the latest TVPad models that run the latest version of the firmware. If you've purchased

TVpad products from unauthorized marketplaces like eBay or Amazon, you should know that the sellers on those marketplaces usually ship old models that run old software versions. They install the latest version of software by manually opening the box, which voids the warranty on your TVPad. These products can also be replicated/non-original products that look similar to TVpad. The products we ship, on the other hand, are 100% genuine, authentic, sealed and come straight from the factory. If your not happy with our products, we have a no hassle return policy. All products also carry a standard 1 year manufacturer warranty. Read more about product warranty options, here.



**Lifetime Product support:**
We provide lifetime product support on all the products we sell. If you experience any technical issues with TVPad, you can reach us anytime and our courteous customer service staff would always be there to help you out.

**Full return/Exchange policy:**
We also have a Full return/Exchange policy. If you do not receive the product in the right condition and want it returned/exchanged, we would gladly replace it. Read more about our Return and Exchange policies.

**Extended warranty:**
We are the **only store** that offers **Extended Warranty** on TVPad products. Our Extended warranty covers all labor charges and cost of internal parts. You don't have to pay a penny, once you're insured. The extended warranty period starts after the first year of standard warranty is over. Read more about our extended warranty policy, here.

# Our Values

We are an enthusiastic bunch of people, who love what they do and want to keep doing it. We, as one big family, strive to maintain the highest levels of customer satisfaction, all around. We have a cheerful, friendly and wonderful customer support staff that is easily approachable and provides the best possible assistance.
We live by the golden rule- "*Treat others as you would treat yourself*". We believe that a business grows out of customer interest and not out of capital interest. So, whatever we do, we always think of you first.

At TVPad Store, we also believe in honesty and transparency. What you see is what you buy. We only sell genuine products and would always be there to solve any issues that might arise. You can count on us.

# Reach Us

Want to shout out loud but don't know who would listen?
Well, we're listening. You can reach us, any time, **here by contacting us.**

TVPad Store is owned and managed by **Asha Media Group Inc**., a Florida, U.S based company. Our management and customer service departments are located in U.S, while the factory and shipping units are in China.

## SHOP BY CATEGORIES

TVpad Products
    TVpad 3 M358 Series
    TVpad 2 M233 Series
    TVpad Factory Original Accessories
    TVpad Extended Warranties
Preview Videos
Channels
Warranty
Installation and Setup

TVpad Store About Us

FAQ

Support

# INFORMATION

About
Shipping Info
Privacy Policy
Terms & Conditions

# CUSTOMER SERVICE

Contact Us
Blog
Return Policy
FAQ

# MY ACCOUNT

My Account
Order History
Wish List
Newsletter

# NEWSLETTER SIGNUP

]



© 2013 TVpad . All Rights Reserved.

# EXHIBIT 76



Brownbook.net the FREE directory that ANYONE can edit

Search

Worldwide

Home | Add a business | Login | Register | Help | Blog

## AmBhalla's Profile

Report User

**Real name:** Amit Bhalla
**Screen name:** AmBhalla
**Home country:**
**Website:** http://www.tvpad.com
**Blog:**

### About Them

## AmBhalla's Contributions

(1)

| | | |
|---|---|---|
| Business Added | TVpad Store | |
| 22 Jan 14 | 1-800-731-8872 | sales@tvpad.com |
| 1 | | |

## AmBhalla's Claims

TVpad Store
1-800-731-8872 sales@tvpad.com
1

**Top cities:** New York, Los Angeles, London, Chicago, Toronto, Philadelphia, San Francisco, Washington DC, Houston, Dallas, Detroit, Sydney, Montreal, Melbourne, Phoenix, San Antonio, San Diego (CA), Birmingham, Glasgow, Liverpool, Sheffield, Brisbane, Perth, Adelaide

EXHIBIT 76



**Top countries:** United States (US), United Kingdom (UK), Canada (CA), Australia (AU), **more...**

Hall of fame | press | terms & conditions | about | contact Brownbook

# Brownbook.net
the FREE directory that ANYONE can edit

Search

Worldwide

Home | Add a business | Login | Register | Help | Blog



1 bing YAHOO! Google altavista   FREE listing
Get found on search engines
Choose your own keywords



2 Claimed + FREE claim
Protect your identity
Claim and verify your listing



3 + FREE to complete your business profile
Add logos, text, photos, videos & more. Promote your business online

Like | Share | Tweet

## TVpad Store

Claimed

411 Walnut Street Suite 5900 Green Cove Springs, FL , 32043

1-800-731-8872

sales@tvpad.com

http://www.tvpad.com/

Twitter: @TV_Pad

Link to this page:

Edit

Like | Share | Tweet

## Tags

**Business Tags**                                    Edit

chinese tv , korean tv , japanese tv , china , korea , japan , streaming,
television , entertainment , global tv

**Location Tags**                                    Edit

us , united states

## Reviews & comments (0)              Get this as a Bidget [?]

Review or comment
Be the first to review this business
TVpad Store Rated 0 out of 0 reviews

20% business profile completed          [?]

## Endorsements (0)                                    [?]

## Ads by Google

**Computer Repair - $89.99**
Same Day Online & In-Home Service.Flat Fee.We'll Repair it in 1 Hour!
pcesupport.com/Call-Now

**Japanese Origami Paper**
Discount Price Origami Paper, RicePaper, Calligraphy Ink, Brush &More
www.japanbargain.com

**Walk-In Tubs For Disabled**
Designed To Make Bathing More Safe.Made In The USA. Save Up To $1,500!
safesteptub.com/Free-Estimates

**Marcus Chan Studio**
Canadian artistgraffiti and oriental calligraphy
www.marcuschanstudio.com

## Map                          Get this as a Bidget [?]

## Page statistics

Page views          [?]

Links, mails and tweets                    [?]

## Listing history

Claimed by: AmBhalla ( ⭐ 1 )
Expires: 22 Jan 15
If this is your business and you wish to dispute this claim,
click here

Revision: 1 (22 Jan 14 - 11:11:30)
By: AmBhalla ( ⭐ 1 )
View recent revisions
    1 -- 22 Jan 14 - 11:11:30 -- AmBhalla

**Top cities:** New York, Los Angeles, London, Chicago, Toronto, Philadelphia, San Francisco, Washington DC, Houston, Dallas, Detroit, Sydney, Montreal, Melbourne, Phoenix, San Antonio, San Diego (CA), Birmingham, Glasgow, Liverpool, Sheffield, Brisbane, Perth, Adelaide

**Top countries:** United States (US), United Kingdom (UK), Canada (CA), Australia (AU), **more...**

Hall of fame   |   press   |   terms & conditions   |   about   |   contact Brownbook

# EXHIBIT 77

**myLot**

🔍 Search

STOP
SEARCHING.



# Amit Bhalla

@ABhalla

Green Cove Springs, Florida
Joined myLot 11 months ago

An entrepreneur in the TVpad business, enabling
people to watch Chinese, Japanese, and Korean TV
from anywhere in the world.

www.tvpad.com/

**New to myLot?**

Full name

Email

Password

Sign Up

**Have an account?**

Username

Password

☑ Remember me    Sign In

Forgot password?

| Posts | 0 › |
|---|---|
| Responses | 0 › |
| Comments | 0 › |
| All | 0 › |
| Mentions | 0 › |
| Likes | 0 › |
| Followers | 0 › |
| Following | 0 › |

## Amit Bhalla's Activity

This user has no activity to display.

EXHIBIT 77

**myLot**

Search

# EXHIBIT 78



Home    Directory    Submit    Search    Stats    Spy

It's about Clouds. It's about Tags. It's about you.


Adult.CloudyTags.com
Adult social bookmarking taken to the Top.

Power Your Business
(Terms and Conditions Apply)


The Business Gold Rewards Card


The Plum Card®

CHOOSE YOUR CARD

OPEN

Google™ Custom Search    Search ✕

**NEWS:** We have been forced to limit the number of free users, due to system overloads. Please consider subscribing CloudyTags, as low as $2 per month! Access is **UNLIMITED** for subscribers.

## CloudyTags - Link Details:

Why is TvPad so awesome? - Because you can watch Chinese, Korean, or Japanese TV from anywhere in the world with this awesome device.

*Submitted by* **abhalla** *on 2014-01-20 17:42:00*
*Last check: 2014-05-26 12:21:09*
*Links to:* **http://www.tvpad.com/en/tvpad-store-blog/why-is-tvpad-so-awesome.html**

**iZones Category**: Computers & Internet

      

## Link Clouds:

TVPAD television chinese korean japanese watch streaming internet

👁 **2** visits    💭 **0** votes    🌐 Saved by **0** people.    ⊙⊕⊖

No comments yet                                [add comment]

✓ Follow  2,833 followers

When you submit to **CloudyTags**
you also submit to:

   

We love this guys!


Caballeros de C  ◁
▶  🔊 0:00 / 3:55

☁ Welcome!

Welcome to CloudyTags,
**216.59.117.139!**

Username: ✳
Password: ✳
Remember me ☐


EXHIBIT 78



[Forgot Password?]
Not registered? Sign-Up!

If you create an account you will
be able to submit links and
modify or repost your
submissions in the future, get
community recognition, and
build your own Cloudy Library.

Create an account NOW! It's
free, and we just request you a
nickname!

(Profanity filter is ON)



# EXHIBIT 79

Official Authorized TVpad Store.

TVPAD

FREE WORLDWIDE SHIPPING | 全球包邮
FREE GIFT-WRAP • FREE USB APP BUNDLE

Norton SECURED

TVPAD4

| ⌂ | TVPAD PRODUCTS | PREVIEW VIDEOS | CHANNELS | WARRANTY | FAQ | SUPPORT | BLOG |

Totally Awesome  FREE Shipping USB App Bundle  TVpad4

Sort by: Position          View as: ☐ ☐                        Show: 10 per page

2 Item(s)

SALE

**TVpad 3 M358 - 1 Year Standard Warranty - Smart TV Streaming Media Player**

~~$329.00~~ **$259.00**   ☆☆☆☆☆

**Consumer Alert:** Our Warranty and Support is not provided for Amazon and Ebay purchases. You must checkout directly with us here at TVPAD.COM in order to receive your manufacturer 1 Year Replacement Warranty and Technical Support. Shop with us with confidence that your product is secured with our no hassle warranty , Money Back Guarantee and Genuine Factory Direct products.

extended HOLIDAY RETURNS Until 1/7/2015

TVpad3 is the latest and the most advanced smart TV box that delivers superior performance and quality playback. It's faster, slimmer and better. It now supports **more Chinese and Korean channels** in almost every genre—be it hot news, children's education, health, health, dance, drama, or sporting events. It also comes with more **Stable Playback technology** for uninterrupted and smooth streaming in **High-definition (HD).**

☐ **ADD TO CART**      ♡ Add to Wishlist      ⇄ Add to Compare

SALE

**TVpad 4 M418 Ultra HD Smart TV Streaming Media Player - Watch Live Chinese TV**

~~$359.00~~ **$329.00**

**Consumer Alert:** Our Warranty and Support is not provided for Amazon and Ebay purchases. You must checkout directly with us here at TVPAD.COM in order to receive your manufacturer 1 Year Replacement Warranty and Technical Support. Shop with us with confidence that your product is secured with our no hassle warranty , Money Back Guarantee and Genuine Factory Direct products.

ULTRA HD

TVpad4 is the best streaming media device for **Chinese** living overseas. It features an exciting new and improved **Android system** that is stable, more secure, has new Ultra HD Capabilities, while also being amazingly power efficient. TVpad 4 blends technology and Ultra HD TV entertainment to provide unlimited fun and excitement. Watch movies, play games, or just relax and surf the web with **no monthly fees**

☐ **ADD TO CART**      ♡ Add to Wishlist      ⇄ Add to Compare

Sort by: Position          View as: ☐ ☐                        Show: 10 per page

EXHIBIT 79

TVpad Shop Line of Products - Official Authorized Tvpad Store

**SHOP BY CATEGORIES**

- TVpad Products
  - TVpad 4 M418 Series
  - TVpad 3 M358 Series
  - TVpad Factory Original Accessories
- Preview Videos
- Channels
- Warranty
- Installation and Setup
- FAQ
- Support



**COMPARE PRODUCTS**

You have no items to compare.



**INFORMATION**

About
TVpad Reseller Program
Shipping Info
Privacy Policy
Terms & Conditions

**CUSTOMER SERVICE**

Contact Us
Blog
Return Policy
FAQ

**MY ACCOUNT**

My Account
Order History
Wish List
Newsletter

**NEWSLETTER SIGNUP**

© 2014 TVpad     . All Rights Reserved.

http://www.tvpad.com/en/tvpad-store.html[1/10/2015 4:24:21 PM]

# EXHIBIT 80



Official Authorized TVpad Store.

Welcome ! Login / Register | Account | English | US Dollar | Checkout





 rch entire store here...

Norton SECURED



🏠 **TVPAD PRODUCTS**    **PREVIEW VIDEOS**    **CHANNELS**    **WARRANTY**    **FAQ**

**SUPPORT**    **BLOG**



TVpad is the most popular streaming smart box that offers the best access to Chinese, Korean, and Japanese TV from anywhere in the world.

If you live abroad and miss your favorite shows, including dramas, sports, gameshows, news, movies, and music, then TVpad can keep you connected to it all. TVpad is the perfect streaming entertainment solution for students, ex-pats, travelers, and business people that want to turn on the TV and feel like they're back home.

## OVERVIEW OF FEATURES
✓ No Monthly Fees
✓ High Definition Live TV

EXHIBIT 80

✔ Time-Shift Live TV Playback

✔ Interactive Educational Learning for Kids

✔ More Channels compared to other services.

✔ Video On Demand Service

✔ Extensive Video Library

✔ Interactive Learning



But there's more! TVpad does so much more than streaming TV. With a vast collection of apps, you can explore other functions:

- Organize your favorite categories and shows with apps.
- Like horror movies? Dance videos? Sports highlights? There are apps for that!
- Access high quality educational resources with interactive learning tools for kids and great educational programming!

Check out the latest TVpad model TVpad4 for even more features and order the coolest smart TV platform for your home.

□ **Consumer Alert:** Our Warranty and Support is not provided for Amazon and Ebay purchases. You must checkout directly with us here at TVPAD.COM in order to receive your manufacturer 1 Year Replacement Warranty and Technical Support. Shop with us with confidence that your product is secured with our no hassle warranty , Money Back Guarantee and Genuine Factory Direct products.

## FEATURED PRODUCTS



SALE

TVpad 3 M358 - 1 Year Standard Warranty - Smart TV Streaming Media Player

~~$329.00~~ $259.00

☐

SALE



TVpad 3 M358 Factory Original Remote Control

~~$35.00~~ $29.99

☐







TVpad Authorized Store - Authentic Factory Direct TV pad Products







## WHO WE ARE



The TVpad Store is an Authorized TVpad store that ships Genuine and Authentic TVpad products, directly from the factory. We offer genuine standard manufacturer warranty on all TVPad products we sell. In fact, we're the only store on the Internet that offers an Extended TVpad Warranty and Lifetime Product Support. Our business is based on strong family values. Our latest hotselling product is the TVpad4 M418 Ultra HD version. We love what we do and we want to keep doing it. We, as a team, are dedicated towards betterment of the store and would always be willing to go that extra mile for your satisfaction.  .... Read More

## FACEBOOK

 **Tvpad** 

You like this.

You and 662 others like Tvpad. 662 people like Tvpad.

            



Facebook social plugin

TVpad Authorized Store - Authentic Factory Direct TV pad Products

## ☐ RECENT BLOG POSTS

- Sheepish Chinese Celebrities: Born in the Zodiac Year of the Sheep

- TVpad4 Review: New and Improved Set-Top Box Impresses

- TVpad4 Features: Revolutionary User Experience

- TVpad4 Features: Google Play Store Apps

- TVpad4 Features: Expanded Channel Library

- TVpad4 Features: Enhanced Security System

- TVpad4 Features: The Efficient New Quad-Core Processor

- TVpad4 features: H.265 High Efficiency Video Coding

- TVpad4 On Sale Now!

- Zhou Xun Crowned China's Favorite Celebrity

## ☐ OUR COMMITMENT

The TVpad Store Customer Service team is here to provide you **Exceptional Customer Service** for your Tvpad products:

- ☐ We are **Reliable** so you can always expect that we'll be there to answer your questions.
- ☐ We are very **Timely** and will respond to your request within 24 hours.
- ☐ We are real people and are very **Personal and Friendly** so you can always feel like you're talking to your friend :-)Learn more **About us**
- ☐ We are very **Approachable** so you can feel free to talk to us openly and let us know how we can serve you better..
- ☐ We will go above and beyond your expectations. That is our **Promise**
- ] **Connect with us here**

## INFORMATION

About
TVpad Reseller Program
Shipping Info
Privacy Policy
Terms & Conditions

## CUSTOMER SERVICE

Contact Us
Blog
Return Policy
FAQ

## MY ACCOUNT

My Account
Order History
Wish List

Newsletter

## NEWSLETTER SIGNUP

er your e-mail...

Norton
SECURED

powered by Symantec

PayPal   VISA   MasterCard   AMERICAN EXPRESS   DISCOVER

© 2014 TVpad    . All Rights Reserved.

# EXHIBIT 81



⬛ Official Authorized TVpad Store.     Welcome ! Login / Register    Account ⌄     English ⌄     US Dollar ⌄     Checkout



⌂     TVPAD PRODUCTS     PREVIEW VIDEOS     CHANNELS     WARRANTY     FAQ

SUPPORT     BLOG



TVPAD FREQUENTLY ASKED QUESTIONS

# The General Questions:

✓ **WHAT IS THE TVPAD?**

This is a set-top box using the Android operating system. It allows you to access many movies and TV channels in Asia without paying extra. It is possible to watch channels in China, Japan, Taiwan, Hong Kong and Korea.

✓ **HOW DO I WORK THE TVPAD?**

You just need a broadband connection with 3Mbps or faster. Simply connect your device to your modem/router and your TV and you can enjoy all the channels through the apps.

✓ **IS IT LEGAL TO USE THE TVPAD?**

YES, it is legal. The device sold from the TVpad store is a platform for users to install the apps of their choice on. The only responsibility of the company is to provide the hardware. The apps, themselves, come from third-party vendors so you can stream and view video content. The TVpad store has no control over the contents in the videos and does not install any of the apps.

EXHIBIT 81

## ✓ HOW DO TVPADS DIFFER FROM OTHER SET-TOP BOXES AVAILABLE?

Think of the difference between the two types of boxes as the different between regular cell phones and smartphones. TVPads offer more personalization options. You can install the apps tha tyou want, adjust functions easily based on your preferences. These options are not available with most other set-top boxes currently on the market. Read our post about **Why TVpad is so awesome!** :-)

The TVPad uses the Android operating system. It uses the most dependable and biggest software for video streaming, including BETV, XunLei, UUSEE, PPS and PPLive. The pictures are high in quality and stable due to the upgraded P2P service it uses. The software can be downloaded onto the computer initially to make sure the area gives good coverage. When it is then downloaded onto the TVPad, the outcome should be the exact same.

The majority of other set-top boxes will link to main sources and usually without permission, which leads to low quality. Since the permission hasn't been granted, this can lead to the service being terminated once the source finds out. You may find that you suddenly can't watch anything. There is also an element of network sharing, which can mean the channels are unwatchable if used overseas. TVPad is revolutionary to the set-top box market.

## ✓ WHAT IS THE DIFFERENCE BETWEEN TVPAD2 AND TVPAD3 ?

The TVpad3 is the latest generation of the TVpad product series. The main differences is the sleek new design, upgraded firmware to V4.08, Improved Wifi capability and a much more stable signal than the TVpad2. The new VOIP functionality is a very neat feature that allows you to make free international calls worldwide. All the Apps from TVpad2 are supported within the TVpad3 however the games are not supported because TVpad3 is releasing it's own Game Controller which is only compatible with the TVpad3. TVpad3 also has a smoother HD playback and a much better overall user experience.

## ✓ HOW DO I MAKE VOIP CALLS USING THE TVPAD3 ?

The TVpad3 allows you to make VOIP calls however the TVpad Official VOIP phone will be available soon on our website. Compatability with other VOIP phones is not yet determined and we cannot guarantee that other VOIP phones will be compatible. Please standby for more details on our blog about the VOIP compatability.

✓

## ✓ WHY DOES THE TVPAD SIMPLE IMPRINT APPEAR ON SOME TVPADS AND NOT ON OTHERS?

Older versions don't have the imprint. Only those manufactured with the 2.70 versions, such as the M121 and M121S, and newer will have it.

## ✓ HOW CAN I CHECK THE VERSION OF FIRMWARE ON MY TVPAD?

Go into Settings and then System Info.

## ✓ CAN THE TVPAD PROVIDE ANY PROGRAMS LIVE?

YES! You can watch Live channels using the TVpad.  You will need to install apps that will allow you to stream the channels. It is just like downloading Apps from an Iphone :-).

## ✓ HOW DO I KNOW IF I HAVE THE 1ST GENERATION OR 2ND GENERATION TVPAD?

If your firmware is v.1.xx, you have the 1st generation. If you have v. 2.xx or v.3.xx, you have the 2nd generation models.

## ✓ CAN I UPGRADE MY TVPAD SYSTEM TO A LATER VERSION?

This isn't possible. For an upgrade, you will need to request a replacement from TVPad. This will usually involve shipping costs and processing fees.

## ✓ I ONLY HAVE HITV IN MAINLAND CHINA ON MY TVPAD. WHY?

Some of the apps, like BETV, have IP restrictions in certain areas so you may find that you cannot use them.

## ✓ CAN I USE THE TVPAD IN MAINLAND CHINA?

The majority of recorded and live channels are currently unavailable in China. This is due to restrictions out of TVPad's control so is not recommended for residents in the area. This is a device for those overseas, mainly.

## ✓ HOW DO I BUY THE TVPAD?

Our Official **TVpad Store** offers the ability to buy directly. Find out **why you should buy from us** here from our blog post.

# ✓ I'VE BOUGHT MY TVPAD DEVICE FROM THE WEBSITE. CAN I TRACK THE STATUS?

 You can if you have a registered account. Log in through the website and you will be able to view your order history.


Those who chose not to register will have a userID automatically assigned—their email address. You can use this and the password to log in and check the status in the same way as above.


# ✓ HOW LONG WILL IT TAKE TO RECEIVE MY TVPAD ORDER?

DHL and UPS have partnered with TVPad for shipping. Most deliveries are made within five business days. This will depend on your location though as remote areas can take longer.


# ✓ DOES THE TVPAD HAVE A WARRANTY?

Yes! You get a Full 1 Year Warranty with the TVpad already included!  Super Awesome!. Also check out other **TVpad Warranty Options.**. We also offer a Money Back Guarantee and 100% Satisfaction.


# Hardware Questions:

# ✓ WHAT ARE THE DIFFERENCES BETWEEN THE THREE DIFFERENT TVPAD MODELS?

There are three models of the 2nd generation: M121S, M121 and M120 and the new TVpad3 M358. Currently, only the TVpad3 is being manufactured and the other models are no longer being created.


# ✓ WHY ARE THERE TWO DIFFERENT REMOTE CONTROLS FOR THE TVPAD?

This will depend on the version you buy. Those buying the 2.70 or older will receive the older remotes. The newer versions have a newly designed remote. Those with the newer ones will find that it will operate your TV so there is no need for a secondary TV remote.


# ✓ CAN I SWITCH BETWEEN THE NEW AND OLDER REMOTE?

Yes. They have the same control code so can be used on all TVPad versions.


# ✓ I HAVE THE NEW REMOTE. HOW DO I SET IT UP TO CONTROL THE TV?

Please check the remote setup section for this process.

## ✓ CAN I USE AV OUTPUT ON THE TVPAD?

Av and HDMI outputs are available on the newer models (MS121S and MS121).

## ✓ WHY DOESN'T MY TVPAD RECOGNIZE MY USB MEMORY STICK? CAN I SOLVE THIS ISSUE?

You will usually need to restart the device so the TF card and flash drives appear. If you still get the problem, try inserting the USB stick again. If there is still a problem, it could be your drive. Try a different flash drive or microSD card.

## ✓ WHAT FORMATS FOR THE USB DRIVE AND MICROSD (TF) CARD ARE SUPPORTED?

EXT3, NTFS and Fat2 formats can all be read. The TVPad works best with the EXT3.

## ✓ WHAT FILES SYSTEM FORMAT IS SUPPORTED WHEN USING THE USB DRIVE OR FT CARD UNDER SETTINGS AND FORMAT?

Linux EXT3.

## ✓ HOW CAN I USE THE CARD ON A WINDOWS PC AFTER THE TVPAD CHANGES THE FORMAT TO EXT3?

Visit our Downloading Zone for the file Ext2Fsd-0.51.exe. Install this onto your Windows PC (for 2K to Windows 7 operating systems only) and you will then be able to view the files in the EXT3 format. You can also check out the Ext2Fsd Project official website for more information on the software.

## ✓ I'VE REINSTALLED SOME APPS ON MY TVPAD AND NOW CAN'T CONTROL THE VOLUME. WHAT SHOULD I DO?

Go into Settings and click the Reset button. This will put all settings back to their defaults and should fix the issue.

## ✓ ARE EXTERNAL HARD DRIVES ALSO SUPPORTED FOR THE TVPAD?

Yes but you will also need an external additional power supply.

# Network Questions:

## ✓ HOW MUCH INTERNET USAGE WILL THE TVPAD USE PER HOUR?

When used for between four and six hours a day, around 20GB is used each month. This is about 150MB each hour but that is a rough estimation and it depends on your usage.

## ✓ WHAT IS THE TVPAD'S NETWORK REQUIREMENT?

Most of the apps require streaming, whether it is video or audio, and is it based on streaming and sharing the data online. At least 2MB bandwidth is needed to ensure the best quality and uninterrupted viewing.

## ✓ IS WIFI SUPPORTED BY TVPAD?

There are three options for connecting WiFi to the TVPad:

Using a dongle (network adapter) through the USB port
Use a wireless network bridge
Connect through the router with a power line network adapter

## ✓ WHAT IS THE RECOMMENDED WAY FOR CONNECTING THE TVPAD DEVICE TO THE INTERNET?

A wired connection is the best way. When you can't do this, an ethernet adaptor is the next recommended option. Wireless is a last resort as it can prove to be unstable.

## ✓ WHICH ETHERNET ADAPTERS SHOULD I USE?

Any brand is okay. There are three speeds available and you should opt for the 200Mbps or 500Mbps for the device.

## ✓ IS THERE A CERTAIN DONGLE SUPPORTED BY THE DEVICE?

This depends on the firmware for the TVPad. V2.24 will only support the Ralink RT3070.

The D-Link DWA-125 is recommended but be aware that not all DWA-125 revisions work. The TVPad supports the A1 and A2 but not A3. You can purchase these dongles directly from the TVPad official website if you cannot find them in your area.

The RTL8192SU is supported by any version after the v2.42 and the Net Core version is highly

recommended.

# Questions About the Apps:

✓ IS ANY MANUAL INSTALLATION OF ANY APPS REQUIRED WHEN FIRST OUT THE BOX? WHERE ARE THE APPS DOWNLOADED FROM?

You will need to manually install all apps. They are available from the TF card when buying the M121 version. You can visit the App Garden for the M121S. The official TVpad forum also gives details of other great apps and where to download them from.

✓ I WANT TO WATCH MOVIE VALLEY ON MY TVPAD. WHERE DO THEY COME FROM?

The sources from Movie Valley are from PPS.

✓ I HAVE THE M121S VERSION THREE. WHY DOESN'T IT HAVE THE COMPREHENSIVE THEATRE, MUTLIPLEX, APP? DO I NEED TO MANUALLY INSTALL IT?

Unfortunately, the license for the comprehensive theatre, Multiplex, is no longer valid. Movies can only be watched through Movie Valley. This comprehensive theatre doesn't look likely in the future either and when installed you still won't gain access.

✓ IS THE TF CARD NEEDED TO WATCH LIVE TV FROM 516, BETV AND OTHER PLACES?

No. The only time the TF card is needed for buffering is when watching from Movie Valley. No live TV needs the TF card.

✓ CAN I BOOKMARK MY FAVORITE MOVIE VALLEY CHANNELS ON TVPAD?

Yes. You can use the Favorite button on your remote when on the channel you want to bookmark.

✓ I CAN'T SAVE MY FAVORITE CHANNELS FROM THE COMPREHENSIVE THEATRE AND MOVIE VALLEY. WHAT ARE MY OPTIONS?

Try resetting the device so all settings are returned to default. This should fix the issue.

✓

✓ CAN I REMOVE PROGRAMS AND CHANNELS FROM MY FAVORITE LIST?

Select the program or channel you want to remove and then click on the Menu button on the remote. You will then see a pop-up on the screen so you can remove it. Confirm the choice by clicking Okay and it will be removed from your list.

✓ HOW DOES THE TVPAD DIFFER FROM OTHER TV BOXES THAT ARE AVAILABLE?

The fees and charges differ. At the moment, most of the similar products have monthly subscription fees. You could find that your 12 month bill is more than the cost for the TVpad outright.

The service and contents also differs. While you can watch through satellite receivers, the quality and reception is dependent on the weather. This is also costly and bulky. Many find that the installation for the boxes just takes up far too much room.

There is also a limit to the channels that you will get with the other boxes as there is no compatibility for expanding. TVpads use applications from third-party developers, meaning much more is available. There are currently over 10 language apps available, including Japanese, Korean and Cantonese/Mandarin Chinese. There are also over 100 channels (live) and 10,000 VODs available.

There is also more authority and stability with the TVpad since many high-profile suppliers decided to join.

There is the ability to enjoy HD channels, play motion games, free VoIP, home KTV and much more. This one device gives you so much to do from your sofa.

✓ HOW DO I GUARANTEE THE TVPAD WILL BE STABLE AFTER BUYING?

The device runs on the Smart operating system with the open application platform (OAP). This allows for third-party developers to create apps that are free to download. You will find something for all your needs through the different apps available. There are also a number of highly reliable and profiled suppliers, including BETV and PPS. So far over 10,000 users are happy with the reliability and stability from the device.

✓ ARE THERE ANY SPECIFICATIONS BY LAW THAT THE TVPAD FITS?

The aim is for all app to be free to download through the third-party developers and open application

platform. There is also the ability to install the apps directly onto Apple devices, despite the contents being from different developers.

## ✓ WHAT'S THE DIFFERENCE BETWEEN THE MS121S AND M223 (TVPAD2)?

The TVpad2 offers upgraded hardware and software compared to the MS121S. These include an updated processor, improved speed at startup, improved app start speed and operation speed and more sensitivity for the 3D motion games. The TVpad2 also has a built-in WiFi so there is no need for any external adapters.

Apps have also been further developer. There are more apps from PPS, BETV and other suppliers to improve your viewing experience.

## ✓ WHAT ARE THE TVPAD NETWORK REQUIREMENTS?

The TVpad does require the internet. If you want a smooth experience, those with a 2M network speed or more is beneficial. It is best to download anything you choose to use onto your computer so you can test the network's capability. This is generally a good way to determine if it is compatible. Between 1G and 2G is used each hour so select your packages according to your needs.

## ✓ WILL THE TVPAD SUPPORT A CONNECTION THROUGH WIFI?

Connections through WiFi and cable are supported. According to customer data and feedback, the cable connections are better for smoothness and stability. We recommend cable or power line adapters for a great experience.

## ✓ ARE OLD TELEVISION TYPES SUPPORTED?

There are AV and HDMI ports available so old and new TVs are supported. It supports all user needs.

## ✓ HOW MUCH POWER DOES THE TVPAD NEED AND WILL IT WORK ABROAD?

Staff will also provide a conversion plug when placing an order at our website so you don't need to worry about this.

## ✓ WHICH BRANDS OF TVS DOES THE TVPAD WORK WITH?

Due to a transfer agreement, the following brands and models will not work with the TVpad:

Sharp LC-65D64U and LC-52D64U

Samsung UA55B6000

Sony 32EX400


We have not been able to test all brands and models due to so many available. There may be others that will not work with the TVpad. This is not a quality issue.


## ✓ HOW DO ALL THE MODELS DIFFER?

The 4th generation, M233 TVpad2 has a faster GPU and CPU processor. There is more memory and it supports VoIP and gaming. It also has a duel output for audio and video through AV and HDMI connections.


The 3rd generation M121S has an added chipset to the M121. It uses the firmward 3.0 but has no other performance increase compared to the M121.


The 2nd generation M121 has a USB connection and TF card slot, along with AV and HDMI connections. Most of these will have the TVpad logo and uses the 2.6 to 2.72 firmware, although can be upgraded to the 3.0.


The 1st generation M120 uses the2.4 to 2.72 firmware. It doesn't include the TVpad logo on the unit or have a AV or TF card slot.


## ✓ IS IT POSSIBLE TO RECORD THE PROGRAMS THROUGH TVPAD?

There is no currently option for recording programs through TVpad but this doesn't mean there never will be. There are many fans and an app may be one day created to allow recording of shows through the device.


## ✓ WHICH COUNTRIES ARE THE TVPAD COMPATIBLE IN?

The device will work in all countries. Some apps won't work in Hong Kong and China.


## ✓ IS IT POSSIBLE TO WATCH MULTIPLE PROGRAMS AT THE SAME TIME?

It is only possible to watch one program from your TV. There are ways to watch more than one but the TVPad Store doesn't support them.

✔ **WHAT HAPPENS IF I DON'T HAVE HDMI ON MY TV?**

It is possible to watch through AV connections on the M121 and M121S model. It is only possible to get a resolution up to 480p with AV while HDMI allows up to 1080p.

✔ **WHAT SUPPORT DO I GET WITH THE DEVICE?**

Our FAQ Section, Our Blog Posts and Froum can answer alot of your common questions. It is also possible to contact us and we will be glad to help.

✔ **I CAN'T SEE A PICTURE ON THE TV. WHAT DO I DO?**

Make sure your HDMI cable is plugged in firmly and then set the TV to the right channel for the setting. When using AVI mode then transfer it across from the HDMI first of all.

✔ **MY USB WON'T ALLOW ME TO CONNECT TO THE WIFI. WHAT DO I DO?**

**Here are the main steps for your wireless setting:**

1. Place the USB WiFi into the device
2. Go into the wireless setting
3. Select the wireless connection for your home
4. Enter any passwords
5. Click OK
You will see the icon for the wireless in the bottom right corner turn green when set up correctly.

# Troubleshooting:

1. Make sure the signal is no less than 50% strong
2. Make sure no other electrical appliances are near the TVpad
3. It is possible to use WPA, WPA2 and WEP settings. Some are better than others so try a few to find the best for you
4. heck the password is inputted correctly. Remember that this is case sensitive
5. Turn on the router's DHCP connection
6. Turn the MAC filter off
7. Turn the password authorization on the router
8. Check the bottom right corner for the USB icon
9. Keep the password simple to remember it

If there is still an issue with the wireless connection, contact our support center.

✔ **HOW DO I INSTALL THE SPECIAL APPS?**

When you receive the shipping package, you will have all the instructions needed to install all the apps you want. There is no U-disk required for the installation process.



**SHOP BY CATEGORIES**

- TVpad Products
  - **TVpad 4 M418 Series**
  - TVpad 3 M358 Series
  - TVpad Factory Original Accessories
- Preview Videos
- Channels
- Warranty
- Installation and Setup
- FAQ
- Support



## COMPARE PRODUCTS

You have no items to compare.

## INFORMATION

About
TVpad Reseller Program
Shipping Info
Privacy Policy
Terms & Conditions

## CUSTOMER SERVICE

Contact Us
Blog
Return Policy
FAQ

## MY ACCOUNT

My Account
Order History
Wish List
Newsletter

## NEWSLETTER SIGNUP

]



                 

© 2014 TVpad          . All Rights Reserved.

# EXHIBIT 82





Official Authorized TVpad Store.    Welcome !  Login / Register

| Account ▾ | English ▾ | US Dollar ▾ | Checkout |



⌂    TVPAD PRODUCTS    PREVIEW VIDEOS    CHANNELS    WARRANTY    FAQ    SUPPORT    BLOG

# TVPAD4 ON SALE NOW!

☐ By TVpad Team

☐ December 18, 2014

☐ Go to comments    ☐ Leave a comment

Prepare yourself and your family for a whole new way to stream your favorite entertainment directly to your TV, with the new TVpad4. The revolutionary set-top box brings you even more of the content you love, now in full 1080p high definition. With upgrades in functionality, speed, and performance, the TVpad4 solidifies TVpad as the world's premier provider of streaming devices.

## NEW FEATURES ON THE TVPAD 4

TVpad 4 is using the revolutionary H.265 streaming technology. Apple's new iPhone 6 uses H.265 technology for FaceTime video calls, creating video that is true to life. TVpad uses this technology to ensure the ability to stream in HD using as little data possible - 62% less data at 1080p! You won't need lightning fast internet to stream live-TV in HD!

EXHIBIT 82



HD isn't the only new feature. The TVpad 4 will feature access to the Google Play Store, meaning access to millions of apps, games, and streaming video services – Netflix, HBO Go, YouTube, and more!

Not wanting to pay for streaming television? TVpad4 still streams live news, sports, and television programming from stations like SoLive, CCTV and many, many more. On TVpad 4 you'll be able to watch live Chinese ( Mandarin and Cantonese ) television. Popular shows like The Voice: China, Red Sorghum, and Where are We Going, Dad are all available streaming live in HD. And, with the new H.265 streaming technology, you can be sure to see them in crystal clear HD.

To improve user experience, designers of the TVpad 4 tested more than ten different versions of the user interface for over 30,000 hours. Streaming TV has never been easier! With the new experience comes enhanced security. We've created stricter guidelines for 3rd party apps, making 3rd party app installation safer for users. The new security and user experience create a more stable user environment, meaning you won't miss a second of your favorite TV show.

Buy a TVpad4 Today!

☐ TVpad Information

**Share and Enjoy**

 Recommend this on Google

☐ Leave a comment     ☐ Comments feed                              No comments

# CATEGORIES

- Chinese TV

- Chinese Film

- Chinese News

- Chinese Music

- Chinese Drama

- Japanese TV

- Japanese Film

- Japanese News

- J-pop

- J-drama

- Korean TV

- Korean Film

- Korean News

- K-pop

- K-drama

- Sports

Culture

☐ TVpad Information

---

# SEARCH THE BLOG

---

# TAGS

tvpad_store

---

# RECENT POSTS

☐ TVpad4 features: H.265 High Efficiency Video Coding

*January 9, 2015*

☐ TVpad4 On Sale Now!

*December 18, 2014*

☐ Zhou Xun Crowned China's Favorite Celebrity

*December 8, 2014*

☐ New John Woo Film "The Crossing" Features pan-Asian Cast

*December 5, 2014*

☐ Australia And China Reach Free Trade Agreement

*December 3, 2014*

---

# RECENT COMMENTS

☐ TVpad3 Reviews - Why is it More Awesome?

*October 15, 2013*

We're glad you love it! Thanks for your review! :-) ...

☐ TVpad3 Reviews - Why is it More Awesome?

*October 13, 2013*

I think TVPAD3 is more awesome as it has the karaoke, gaming and VOIP facilities and improved...

---

# ARCHIVES

- [January 2015](#)
- [December 2014](#)
- [November 2014](#)
- [October 2014](#)
- [September 2014](#)
- [August 2014](#)
- [July 2014](#)
- [June 2014](#)
- [May 2014](#)
- [April 2014](#)
- [March 2014](#)
- [October 2013](#)

how more

## INFORMATION

About
TVpad Reseller Program
Shipping Info
Privacy Policy
Terms & Conditions

## CUSTOMER SERVICE

Contact Us
Blog
Return Policy
FAQ

## MY ACCOUNT

My Account
Order History
Wish List
Newsletter

## NEWSLETTER SIGNUP

]

TVpad4 On Sale Now!



    



© 2014 TVpad . All Rights Reserved.

# EXHIBIT 83

👍 Official Authorized TVpad Store.

Login (http://www.tvpad.com/en/customer/account/login/) / Register (http://www.tvpad.com/en/customer/account/create/)    Account    English    US Dollar

C                          d.com/en/checkout/onepage/)

🌈™
**TVpad**    (http://www.tvpad.com/en/)

🔍    search entire store here...

🛒
(http://www.tvpad.

Norton SECURED
(http://www.tvpad.com/en/tvpad3-m358.html)

**HOLIDAY SPECIAL** 🛍️ **SALE** Ends Dec 15th

🏠  (HTTP://WWW.TVPAD.COM/EN/)    TVPAD PRODUCTS (HTTP://WWW.TVPAD.COM/EN/TVPAD-STORE.HTML)

PREVIEW VIDEOS (HTTP://WWW.TVPAD.COM/EN/TVPAD-VIDEO-PREVIEWS.HTML)

CHANNELS (HTTP://WWW.TVPAD.COM/EN/TVPAD-CHANNELS.HTML)

WARRANTY (HTTP://WWW.TVPAD.COM/EN/TVPAD-WARRANTY-OPTIONS.HTML)

FAQ (HTTP://WWW.TVPAD.COM/EN/TVPAD-FREQUENTLY-ASKED-QUESTIONS.HTML)

SUPPORT (HTTP://WWW.TVPAD.COM/EN/SUPPORT.HTML)    BLOG (HTTP://WWW.TVPAD.COM/EN/TVPAD-STORE-BLOG.HTML)

## THE 10 MOST POPULAR OVERSEAS CHINESE DRAMAS

By TVpad Team

July 31, 2014

Leave a comment (http://www.tvpad.com/en/tvpad-store-blog/the-10-most-popular-overseas-chinese-dramas.html#form)
Go to comments (http://www.tvpad.com/en/tvpad-store-blog/the-10-most-popular-overseas-chinese-dramas.html#comments)

There are more than 30,000 episodes of Chinese television dramas produced every year in China, which gives audiences a large range of viewing options. Now the television dramas are beginning to gain an overseas following, and include shows that were originally broadcast years ago. With a set on top TV box, it is now even easier for Asians and other foreign audiences to watch all of the popular Chinese dramas.

### WATCH POPULAR CHINESE TELEVISION DRAMAS WITH TVPAD

TVpad is a set on top box that gives users hundreds of viewing options. Streaming live channels directly from the Chinese mainland, foreign audiences can watch episodes of all of the most popular Chinese dramas. There are more than 100 channels to choose from, including some that are dedicated to playing only the best Chinese TV dramas.

Not only does TVpad feature more channels than other set on top boxes, but it also includes the "on demand" feature. Users now can play back any of their favorite dramas and TV shows up to three days, and never have to worry about missing a single nail biting moment. TVpad also features one of the largest online video libraries, which includes apps just for Chinese dramas.

TVpad gives viewers so many programming options that it can be difficult to choose which ones to keep up with. Here is a list of the 10 most popular overseas Chinese dramas that can all be watched with a TVpad.

### 10 MOST POPULAR OVERSEAS CHINESE DRAMAS

It is easy to watch Chinese dramas with TVpad, and these are only a small example of the great television programming foreign audiences can watch with this set on top box.

### CATEGORIES

General (http://www.tvpad.com/en/tvpad-store-blog/category/general-tvpad-information.html)

Consumer Awareness (http://www.tvpad.com/en/tvpad-store-blog/category/tvpad-consumer-awareness.html)

Tvpad3 Information (http://www.tvpad.com/en/tvpad-store-blog/category/tvpad3-information-reviews-tutorials.html)

### SEARCH THE BLOG

SEARCH

### TAGS

tvpad store (http://www.tvpad.com/en/tvpad-store-blog/tag/tvpad-store.html)

### RECENT POSTS

Zhou Xun Crowned China's Favorite Celebrity (http://www.tvpad.com/en/tvpad-store-blog/zhou-xun-crowned-chinas-favorite-celebrity.html)

EXHIBIT 83

### THE SCARLET HEART (2011)

Popular in foreign countries such as the United States and Japan, this Chinese drama follows the adventures of a young woman who is transported back in time to the ancient Qing Dynasty. Viewers can follow her as she experiences life in the Imperial Palace and wonder if she will ever return to her own time. This television drama is based on the book of the same name.

### PRINCESS PEARL (1998)

An older drama, it has gained an adoring following among Chinese, Asian, and American viewers. It is classified as a "costume drama" and is set during the visually stunning 18th century. With a Cinderella style theme and magnificent cast, it is easy to see what it is still a popular favorite among television viewers.

### METEOR GARDEN (2002)

This Chinese drama is actually based on a Japanese manga series, and has become widely popular in Asian communities around the world. Now gaining more attention from Western audiences, it tells a story that almost everyone is familiar with. See how a poor young girl tries to fit in which her wealthy classmates, and the love/hate relationship that develops throughout the series.

### KANGXI DYNASTY (2001)

This is a historical drama that takes place during the Qing Dynasty and follows the life of the Kangxi Emperor. It's blend of history and action has made it popular with many Western viewers.

### ROMANCE OF THE THREE KINGDOMS (1994)

Sometimes the older Chinese dramas are the best, and this is a favorite among both Chinese and foreign television viewers. It is based on the novel of the same name, and features one of the largest television casts ever assembled for a dramatic series. Rebroadcast in Japan and around the world, TVpad owners can now watch it whenever they want.

### NEW LEGEND OF MADAME WHITE SNAKE (1992)

Follow the love story of a kind hearted young man and his lover the demon snake goddess. See how she becomes a beautiful young woman, and delight in the traditional Chinese songs and music.

### JOURNEY TO THE WEST (1986)

There is no denying that this timeless classic remains popular with Chinese and foreign viewing audiences. It is one of the rare dramatic series that can remind television viewers of their own childhoods and memories of home. Based on one of the four great Chinese novel of literature, it was also used in Vietnam to keep children home during summer vacations.

### LEGEND OF THE CONDOR HEROES (1983)

This is one of the television dramas that is continually being remade, but the original will always be the best. With a TVpad, not only will viewers be able to stream the original cast, but also the ones that have come afterwards. Compare favorite characters and the different actors who portray them, and remember everything that is great about Chinese dramatic series. All of the remakes are also based on the book by the same name.

### THE BUND (1980)

*December 8, 2014*

New John Woo Film "The Crossing" Features pan-Asian Cast (http://www.tvpad.com/en/tvpad-store-blog/new-john-woo-film-the-crossing-features-pan-asian-cast.html)

*December 5, 2014*

Australia And China Reach Free Trade Agreement (http://www.tvpad.com/en/tvpad-store-blog/australia-and-china-reach-free-trade-agreement.html)

*December 3, 2014*

China And Japan Mourn The Death Of Ken Takakura (http://www.tvpad.com/en/tvpad-store-blog/china-and-japan-mourn-the-death-of-ken-takakura.html)

*December 1, 2014*

How To Install TVpad Apps For Korean Channels (http://www.tvpad.com/en/tvpad-store-blog/how-to-install-tvpad-apps-korean-channels.html)

*November 24, 2014*

### RECENT COMMENTS

TVpad3 Reviews - Why is it More Awesome? (http://www.tvpad.com/en/tvpad-store-blog/tvpad3-reviews-why-is-it-more-awesome.html#mp-blog-comment-8)

*October 15, 2013*

We're glad you love it!

Thanks for your review! :-) ...

TVpad3 Reviews - Why is it More Awesome? (http://www.tvpad.com/en/tvpad-store-blog/tvpad3-reviews-why-is-it-more-

One of the older Chinese drama shows, it has maintained its popularity and strong following with audiences around the world. Not only does it star famous Chinese actor Chow Yun-fat, but it also follows the turbulent lives of the members of Shanghai's various gangs during the days of the Republic of China. While it can be seen as a dark dramatic series, there is no denying its appeal to both domestic and foreign audiences.

## THE LEGEND OF ZHEN HUAN (2011)

This Chinese dramatic series surprised critics with its initial success. Based on an internet novel, and no one expected it to gain the popularity that it has. The series follows the life of a young concubine in the Imperial Palace during the Qing Dynasty, and all of the perils, plots, and intrigues that were a daily part of court life. Watch a she quickly learns to survive in this dangerous environment, and cheer as she finally defeats her enemies.

With TVpad it is easy to watch all of these Chinese dramas and so many more. There are over one hundred television channels to choose from, with some dedicated to playing only Chinese dramas. It is not only Asians living abroad that are addicted to these great television shows but foreign audiences as well. With ten different language apps also available, it is easy for anyone to watch their favorite Chinese television dramas with a TVpad.

General (http://www.tvpad.com/en/tvpad-store-blog/category/general-tvpad-information.html)

Share and Enjoy

Leave a comment    Comments feed (http://www.tvpad.com/en/mpblog/rss/comments/)    No comments

awesome.html#mp-blog-comment-5)

*October 13, 2013*

I think TVPAD3 is more awesome as it has the karaoke, gaming and VOIP facilities and improved...

## ARCHIVES

December 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-12.html)

November 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-11.html)

October 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-10.html)

September 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-09.html)

August 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-08.html)

July 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-07.html)

June 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-06.html)

May 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-05.html)

April 2014 (http://www.tvpad.com/en/tvpad-store-blog/archive/2014-04.html)

March 2014 (http://www.tvpad.com/en/tvpad-

store-blog/archive/2014-
03.html)

October 2013
(http://www.tvpad.com/en/tvpad-
store-blog/archive/2013-
10.html)

September 2013
(http://www.tvpad.com/en/tvpad-
store-blog/archive/2013-
09.html)

## INFORMATION

About (http://www.tvpad.com/en/about-
us)

TVpad Reseller Program
(http://www.tvpad.com/en/tvpad-reseller-
program)

Shipping Info
(http://www.tvpad.com/en/delivery)

Privacy Policy
(http://www.tvpad.com/en/privacy-policy)

Terms & Conditions
(http://www.tvpad.com/en/terms-and-
conditions)

## CUSTOMER SERVICE

Contact Us
(http://www.tvpad.com/en/contacts)

Blog (http://www.tvpad.com/en/tvpad-
store-blog.html)

Return Policy
(http://www.tvpad.com/en/returns)

FAQ (http://www.tvpad.com/en/tvpad-
frequently-asked-questions.html)

## MY ACCOUNT

My Account
(http://www.tvpad.com/en/customer/account) ✉

Order History
(http://www.tvpad.com/en/sales/guest/form)

Wish List
(http://www.tvpad.com/en/wishlist)

Newsletter
(http://www.tvpad.com/en/newsletter)

## NEWSLETTER SIGNUP

enter your e-mail...



   © 2014 TVpad Store. All Rights Reserved.

(http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-
50ee374870c9a0d4&source=tbx-300&lng=en-US&s=google_plusone_share&url=http%3A%2F%
2Fwww.tvpad.com%2Fen%2Ftvpad-store-blog%2Fthe-10-most-popular-overseas-chinese-
dramas.html&title=The%2010%20Most%20Popular%20Overseas%20Chinese%20Dramas&ate=AT-ra-
50ee374870c9a0d4/-/-
/548a0e4533b98aea/2&frommenu=1&uid=548a0e4505095b9c&ct=1&tt=0&captcha_provider=recaptc

(http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=ra-
50ee374870c9a0d4&source=tbx-300&lng=en-US&s=digg&url=http%3A%2F%2Fwww.tvpad.com%
2Fen%2Ftvpad-store-blog%2Fthe-10-most-popular-overseas-chinese-dramas.html&title=The%2010%
20Most%20Popular%20Overseas%20Chinese%20Dramas&ate=AT-ra-50ee374870c9a0d4/-/-
/548a0e4533b98aea/3&frommenu=1&uid=548a0e45aa3e009f&ct=1&tt=0&captcha_provider=recaptch

# EXHIBIT 84



Official Authorized TVpad Store.          Welcome !   Login / Register    Account ▼   English ▼   Australian Dollar ▼   Checkout

⌂   TVPAD PRODUCTS      PREVIEW VIDEOS      CHANNELS      WARRANTY    FAQ

SUPPORT      BLOG

# WATCH THE LATEST MOVIES AND MORE WITH TVPAD

By TVpad Team

June 30, 2014

Go to comments      Leave a comment

Many Asians living abroad find it difficult to watch movies at home. Whether it is a language barrier or simply not being able to find any movies from their homelands a problem for many Chinese families. With a set on top box like TVpad Asian families finally watch all of their favorite movies, including new releases. TVpad is easy to s and best of all there is no monthly viewing fee.

## VIEWERS CAN WATCH MOVIES ANYTIME

With TVPad, viewers can watch any movie whenever they want. Featuring on demand service, movies can be played in real time up to three days after originally airing. This means that viewers never have to worry about missing a favorite movie, or a new r

Easily stream movies directly from the cloud, and play back on an HD TV or even on a connected PC. With over 100 channels to choose from, there is always a great movie playing. Asians living abroad can even watch English movies with Chinese subtitles.

## MORE CHANNELS AND MOVIES

With hundreds of channels to choose from, Asians living overseas can still watch all of

EXHIBIT 84

their favorite Chinese and Japanese movies with a TVpad. Older Asians can enjoy watching American movies on HBO, with easy to read Chinese subtitles. Now the language barrier is no longer an issue for TVpad users with an interest in English movies and television programs.

TVpad also streams live BETV channels straight from the Chinese mainland, including movies in Cantonese. Viewers will also have access to CCTV which is broadcast directly from the People's Republic of China. Watch reports on the latest Asian movies being released, and stay current with all of the stars and directors.

## MOVIES AND NEWS

With CCTV programming that includes a world and Chinese film report, along with a weekly byline, it is easy for viewers to find all of their favorite Asian movie stars. TVpad brings all of CCTV's great movie programming to any HD television. Watch the Chinese Film Festival and see the weekly movie special. Some of the feature presentations Asian viewers can enjoy include a series of romantic movies along with the Golden Times designed with the older Asian generation in mind.

Watch narrative and translated movies with TVpad, and even catch all of the made for television movie specials. The CCTV app on TVpad will also let viewers watch French and Spanish movies with all Chinese subtitles. With a set on top box, it is possible to watch any film no matter its country of origin.

## SEE THE BEST MOVIES OF 2013 WITH TVPAD

Asian living off of the Chinese mainland can now see the latest movies from global superstar Jet Li. See his collection of action packed feature films that cover popular genres such as fantasy, comedy, and of course action adventure. Watch as he teams up with Wen Zhang in Badges of Fury, or choose to follow the great Jackie Chan in his Police Story 2013.

Other blockbuster Asian films include the busy and versatile star Mark Chao in his films So Young and Young Detective Dee-Rise of the Sea Dragon. Movie lovers who prefer crime dramas won't be disappointed either with Firestorm or Special ID, which are both guaranteed to have viewers sitting on the edge of their seats.

The 2013 film year in China also saw the release of two romantic comedies which are sure to make anyone feel good. Follow Tang Wei in her touchingly hilarious search for the perfect guy in Mr. Right, or giggle with glee in the lighthearted romantic comedy My Lucky Star. With all of the new movies available with a set on top box, there is something to

catch everyone's attention.

## WATCH OLD FAVORITES

TVpad does not just let viewers watch the latest, hot new Asian film releases, but it also includes hundreds of nostalgic favorites. Watch the beloved classic Street Angel released in 1937, which gives viewers a glimpse into China's left winged film scene. Or watch the thought provoking To Live, released in 1994 which documents part of Mao's rise to power during the Chinese Civil War.

Other favorite Asian films include 1994's Yellow Earth and the more recent West of the Tracks released in 2004. Whether it is silent Asian classic films or more modern movies dealing with China's historic past, TVpad has an app that will let viewers watch them all.

## TVPAD AND MOVIE VALLEY

Only TVpad lets viewers' stream movies directly from the cloud, and the Movie Valley app gives users access to thousands of Asian movie titles. See all of the latest releases, and catch up on serial movies. The films are from PPS, and the app can be easily downloaded in TVpad's App Garden.

Viewers can bookmark their favorites for later viewing, or use the on demand service to catch movies that they might have missed. Movie Valley can give users the same experience they would have watching films on the mainland, all from the comfort of their living rooms. With the ability to watch films with Chinese subtitles included, the whole family can enjoy a night of watching movies together.

## CHOOSE FROM HUNDREDS OF DIFFERENT MOVIES

Watch movies on HBO with Chinese subtitles, or catch the latest in Japanese anime. TVpad offers over 100 channels and thousands of live streaming movies, all designed to entertain and delight Asian television viewers.

Watch Asian musicals or political based movies, in Chinese. There are also apps available that will support Mandarin and Cantonese films. Watch Japanese movies, and even see specials on the prestigious Asian Film Festival to see who is making a name for themselves in Chinese movies.

TVpad is easy to set up, and will let Asian families enjoy movies together. See the latest releases from the Chinese mainland, or download the app for Japanese action adventure movies. There is even a TVpad channel for movies based on Chinese operas. Whether viewers watch from CCTV, Movie Valley with its thousands of on demand movies, or even

HBO with Chinese subtitles TVpad has a movie that everyone can watch together.

☐ General

**Share and Enjoy**

☐ Leave a comment    ☐ Comments feed

No comments

# CATEGORIES

☐ General

☐ Consumer Awareness

☐ Tvpad3 Information

# SEARCH THE BLOG

# TAGS

tvpad_store

# RECENT POSTS

☐ Watch Popular Chinese Stars With TVpad

*August 14, 2014*

☐ TVpad Coupons Connect You For Less

*August 13, 2014*

☐ Follow TVpad on Facebook Twitter

*August 8, 2014*

☐ Chinese Living In Australia Stay Connected With TVpad

*August 4, 2014*

☐ The 10 Most Popular Overseas Chinese Dramas

*July 31, 2014*

# RECENT COMMENTS

☐ TVpad3 Reviews - Why is it More Awesome?

*October 15, 2013*

We're glad you love it! Thanks for your review! :-) ...

☐ TVpad3 Reviews - Why is it More Awesome?

*October 13, 2013*

I think TVPAD3 is more awesome as it has the karaoke, gaming and VOIP facilities and improved...

# ARCHIVES

☐ August 2014

☐ July 2014

☐ June 2014

☐ May 2014

☐ April 2014

☐ March 2014

☐ October 2013

☐ September 2013

☐ August 2013

# INFORMATION

About
TVpad Reseller Program
Shipping Info
Privacy Policy
Terms & Conditions

# CUSTOMER SERVICE

Contact Us
Blog
Return Policy
FAQ

Watch The Latest Movies And More With TVpad

# MY ACCOUNT

My Account
Order History
Wish List
Newsletter

## NEWSLETTER SIGNUP

]





© 2013 TVpad . All Rights Reserved.

# EXHIBIT 85

Official Authorized TVpad Store.          Welcome！ Login / Register    Account ▾    English ▾    US Dollar ▾    Checkout







⌂     TVPAD PRODUCTS     PREVIEW VIDEOS     CHANNELS     WARRANTY     FAQ

SUPPORT     BLOG

# WATCH THE LATEST MOVIES AND MORE WITH TVPAD

☐  By TVpad Team

☐  June 30, 2014

☐ Go to comments     ☐ Leave a comment

Many Asians living abroad find it difficult to watch movies at home. Whether it is a language barrier or simply not being able to find any movies from their homelands, it is a problem for many Chinese families. With a set on top box like TVpad Asian families can finally watch all of their favorite movies, including new releases. TVpad is easy to set up, and best of all there is no monthly viewing fee.

## VIEWERS CAN WATCH MOVIES ANYTIME

With TVpad, viewers can watch any movie whenever they want. Featuring on demand service, movies can be played in real time up to three days after originally airing. This means that viewers never have to worry about missing a favorite movie, or a new release.

Easily stream movies directly from the cloud, and play back on an HD TV or even on a connected PC. With over 100 channels to choose from, there is always a great movie playing. Asians living abroad can even watch English movies with Chinese subtitles.

## MORE CHANNELS AND MOVIES

With hundreds of channels to choose from, Asians living overseas can still watch all of their favorite Chinese and Japanese movies with a TVpad. Older Asians can enjoy

EXHIBIT 85

watching American movies, with easy to read Chinese subtitles. Now the language barrier is no longer an issue for TVpad users with an interest in English movies and television programs.

TVpad also streams live channels straight from the Chinese mainland, including movies in Cantonese. Viewers will also have access to news channels that broadcast directly from the People's Republic of China. Watch reports on the latest Asian movies being released, and stay current with all of the stars and directors.

## MOVIES AND NEWS

With news programming that includes a world and Chinese film report, along with a weekly byline, it is easy for viewers to find all of their favorite Asian movie stars. TVpad brings all of the great movie programming to any HD television. Watch the Chinese Film Festival and see the weekly movie special. Some of the feature presentations Asian viewers can enjoy include a series of romantic movies along with the Golden Times designed with the older Asian generation in mind.

Watch narrative and translated movies with TVpad, and even catch all of the made for television movie specials. TVpad will also let viewers watch French and Spanish movies with all Chinese subtitles. With a set-top box, it is possible to watch any film no matter its country of origin.

## SEE THE BEST MOVIES OF 2013 WITH TVPAD

Asian living off of the Chinese mainland can now see the latest movies from global superstar Jet Li. See his collection of action packed feature films that cover popular genres such as fantasy, comedy, and of course action adventure. Watch as he teams up with Wen Zhang in Badges of Fury, or choose to follow the great Jackie Chan in his Police Story 2013.

Other blockbuster Asian films include the busy and versatile star Mark Chao in his films So Young and Young Detective Dee-Rise of the Sea Dragon. Movie lovers who prefer crime dramas won't be disappointed either with Firestorm or Special ID, which are both guaranteed to have viewers sitting on the edge of their seats.

The 2013 film year in China also saw the release of two romantic comedies which are sure to make anyone feel good. Follow Tang Wei in her touchingly hilarious search for the perfect guy in Mr. Right, or giggle with glee in the lighthearted romantic comedy My Lucky Star. With all of the new movies available with a set on top box, there is something to catch everyone's attention.

## WATCH OLD FAVORITES

TVpad does not just let viewers watch the latest, hot new Asian film releases, but it also includes hundreds of nostalgic favorites. Watch the beloved classic Street Angel released in 1937, which gives viewers a glimpse into China's left winged film scene. Or watch the thought provoking To Live, released in 1994 which documents part of Mao's rise to power during the Chinese Civil War.

Other favorite Asian films include 1994's Yellow Earth and the more recent West of the Tracks released in 2004. Whether it is silent Asian classic films or more modern movies dealing with China's historic past, TVpad has an app that will let viewers watch them all.

## TVPAD AND MOVIE VALLEY

Only TVpad lets viewers' stream movies directly from the cloud, and the Movie Valley app gives users access to thousands of Asian movie titles. See all of the latest releases, and catch up on serial movies.

Viewers can bookmark their favorites for later viewing, or use the on demand service to catch movies that they might have missed. Movie Valley can give users the same experience they would have watching films on the mainland, all from the comfort of their living rooms. With the ability to watch films with Chinese subtitles included, the whole family can enjoy a night of watching movies together.

## CHOOSE FROM HUNDREDS OF DIFFERENT MOVIES

Watch movies with Chinese subtitles, or catch the latest in Japanese anime. TVpad offers over 100 channels and thousands of live streaming movies, all designed to entertain and delight Asian television viewers.

Watch Asian musicals or political based movies, in Chinese. There are also apps available that will support Mandarin and Cantonese films. Watch Japanese movies, and even see specials on the prestigious Asian Film Festival to see who is making a name for themselves in Chinese movies.

TVpad is easy to set up, and will let Asian families enjoy movies together. See the latest releases from the Chinese mainland, or download the app for Japanese action adventure movies. There is even a TVpad channel for movies based on Chinese operas. No matter which channel a user watches, TVpad has a movie that everyone can watch together.

TVpad Information

**Share and Enjoy**

Recommend this on Google

🔲 Leave a comment    🔲 Comments feed

No comments

## CATEGORIES

- Chinese TV
- Chinese Film
- Chinese News
- Chinese Music
- Chinese Drama
- Japanese TV
- Japanese Film
- Japanese News
- J-pop
- J-drama
- Korean TV
- Korean Film
- Korean News
- K-pop
- K-drama
- Sports
- Culture
- TVpad Information

## SEARCH THE BLOG

## TAGS

tvpad_store

## RECENT POSTS

- [TVpad4 features: H.265 High Efficiency Video Coding](#)

  *January 9, 2015*

- [TVpad4 On Sale Now!](#)

  *December 18, 2014*

- [Zhou Xun Crowned China's Favorite Celebrity](#)

  *December 8, 2014*

- [New John Woo Film "The Crossing" Features pan-Asian Cast](#)

  *December 5, 2014*

- [Australia And China Reach Free Trade Agreement](#)

  *December 3, 2014*

## RECENT COMMENTS

- [TVpad3 Reviews - Why is it More Awesome?](#)

  *October 15, 2013*

  We're glad you love it! Thanks for your review! :-) ...

- [TVpad3 Reviews - Why is it More Awesome?](#)

  *October 13, 2013*

  I think TVPAD3 is more awesome as it has the karaoke, gaming and VOIP facilities and improved...

## ARCHIVES

- [January 2015](#)
- [December 2014](#)
- [November 2014](#)
- [October 2014](#)
- [September 2014](#)
- [August 2014](#)
- [July 2014](#)
- [June 2014](#)

- May 2014
- April 2014
- March 2014
- October 2013

Show more



INFORMATION

- About
- TVpad Reseller Program
- Shipping Info
- Privacy Policy
- Terms & Conditions

CUSTOMER SERVICE

- Contact Us
- Blog
- Return Policy
- FAQ

MY ACCOUNT

- My Account
- Order History
- Wish List
- Newsletter

NEWSLETTER SIGNUP

]

© 2014 TVpad . All Rights Reserved.

**EXHIBIT 86**



# WHICH TVPAD APP IS RIGHT FOR YOU?

By TVpad Team

June 19, 2014

Go to comments    Leave a comment

There are over 90 different apps to choose and download in the TVpad app store, including applications in Chinese, Korean, and Japanese. They are easy to downloa can be removed in seconds. TVpad users can pick from apps for games, television channels, music, books, and movies. Watch live television shows streamed directly the cloud, or choose one of the live streaming apps that are delayed by 12 hours.

With all of the different apps to choose from, and more constantly being added, it can be almost impossible to choose a TVpad app that is right for you. Everyone will always have their own personal favorites and viewing tastes can change, but there are some apps that will always be popular among most TVpad owners. Perhaps one of these will be the one to keep you happily entertained for hours.

## ONE APP FOR ALL SPORTING EVENTS

Broadcast live from the Chinese mainland is the Chinese Central Television or CCTV 5. Found in the TVpad app store as BETV/Oneline sports, this app can satisfy every sports lover. Follow the Chinese national men's and women's soccer teams throughout their seasons, and watch in wonder as China enters onto the international basketball court.

EXHIBIT 86

See documentaries on favorite sports players, and learn how different sporting rules originated. During the off seasons viewers can still keep up with their favorite players. Watch one on one interviews, keep up with practice statistics and new team players all to stay ready for the start of the next playing season.

Watch beach volleyball in China, or follow the Korean Big Red soccer team, Sumo wrestling, and even a marathon tug of rope challenge are all broadcast on this great app for sport lovers.

## ALL YOUR FAVORITE MOVIES

It is easy to watch movies with TVpad. All of the movies viewers want can be easily found and streamed with the Movie Valley app. Streaming live in Cantonese, you can choose from a gigantic collection of movies and musical all stored in the cloud. Find favorites from childhood, or watch the latest blockbusters from the Chinese mainland.

Choose from comedies, romances, cartoons, and even horror movies. Bookmark the ones that you want to watch later and save favorites for easy repeat viewings. Watch an old black and white or an animated classic, all with the movie app from TVpad. On a side note for new TVpad owners, this is also the only app completely dedicated to playing movies.

## MUSIC AND KARAOKE

Karaoke is popular around the world, and TVpad has an app that will make anyone feel like singing. The popular app is listed under KTV in the TVpad store and is easy to download. For anyone having difficulty finding this entertaining app, it can be accessed through the applications manager tab.

Choose from thousands of songs by Chinese, Japanese, Indian, Western, and others. Users can create a playlist and organize it by genre. Set the search parameters and let the app find great music for you to listen to, or find a song by title or artist.

When you are using the karaoke app you have the option of singing along with the original recording artist, or going solo. If you want to add the singer's voice, simply press the "menu" key located on the TVpad remote. Restart the same music over and over until it is memorized with the "options" setting, or choose from one of the other menu options.

The app is easy to download and install, simply attach the AV cable from the TVpad to the karaoke system. Sing alone or invite some friends and family members to join in, and see who can sound the closest to their favorite recording artists.

## APPS FOR GAMES

There are several different apps for video games that will entertain any gamer. While it is up to the player to choose the game that really excites them, popular apps include racing and even motion sensing ping pong. Bounce around the room as you control the direction of the ball, or take a chance with a game of golf.

TVpad users can choose between 2D and 3D games, along with using a motion sensing remote controller. There are games suitable for players of all ages, including interactive learning games for preschoolers and toddlers. One of the most popular game apps is for the classic brain teaser Sudoku where math skills and logic are put to the test. Fishing enthusiasts will also find a game app just for them, where they can practice their skills with a fishing pole and see who can reel in the biggest catch.

## DRAMAS, DOCUMENTARIES, AND MORE

There are over 100 different Asian channels and apps to choose from, but lovers of television shows will certainly want to install the HITV app. Viewers can watch hundreds of live shows from Hong Kong, including all of their favorite dramas. Catch up with recent storylines and favorite characters, and playback missed episodes anytime.

With live TV from Hong Kong, Asian viewers living abroad can also stay up to date on all of the latest news and events on the Chinese mainland. See news reports from different provinces, and travel documentaries too unique and interesting places. See reports on finances and current affairs, and stay in touch with world events. With all of the different Asian television programming available with this app, there will always be something fun and entertaining to watch on TV.

## SO MANY APPS TO CHOOSE FROM

With all of the apps TVpad has to offer, it can be difficult to choose the perfect apps for you. Thankfully no one has to choose only one, and the apps can be uninstalled quickly and easily to make room for more. The TVpad apps download in seconds, and give users instant access to all of their favorite games and shows. Watch great Asian television programs with friends and family, and keep yourself entertained for hours with apps for every type of television viewer.

General

**Share and Enjoy**

Which TVpad App Is Right For You?

☐ Leave a comment    ☐ Comments feed

No comments

# CATEGORIES

☐ General

☐ Consumer Awareness

☐ Tvpad3 Information

# SEARCH THE BLOG

# TAGS

tvpad_store

# RECENT POSTS

☐ Watch The Latest Movies And More With TVpad

*June 30, 2014*

☐ TVpad 3 Features A New Remote Control

*June 23, 2014*

☐ Which TVpad App Is Right For You?

*June 19, 2014*

☐ Watch Asian Festivals With TVpad 3

*June 9, 2014*

☐ Watch Live Sports With TVpad 3

*June 7, 2014*

# RECENT COMMENTS

☐ TVpad3 Reviews - Why is it More Awesome?

*October 15, 2013*

We're glad you love it! Thanks for your review! :-) ...

- [TVpad3 Reviews - Why is it More Awesome?](#)

*October 13, 2013*

I think TVPAD3 is more awesome as it has the karaoke, gaming and VOIP facilities and improved...

---

## ARCHIVES

- June 2014
- May 2014
- April 2014
- March 2014
- October 2013
- September 2013
- August 2013

---

## RECENTLY VIEWED PRODUCTS

TVpad 3 M358 Factory Original Remote Control

---

## INFORMATION

About
TVpad Reseller Program
Shipping Info
Privacy Policy
Terms & Conditions

## CUSTOMER SERVICE

Contact Us
Blog
Return Policy
FAQ

## MY ACCOUNT

My Account
Order History
Wish List
Newsletter

## NEWSLETTER SIGNUP

Which TVpad App Is Right For You?

]

 



© 2013 TVpad . All Rights Reserved.

**EXHIBIT 87**

This is Google's cache of http://www.tvpad.com/zh/tvpad-store-blog/zhou-xun-crowned-chinas-favorite-celebrity.html. It is a snapshot of the page as it appeared on Dec 8, 2014 17:53:18 GMT. The current page could have changed in the meantime.
Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or   **-F** (Mac) and use the find bar.

Text-only version



TVpad Authorized Store   欢迎   登录 / 注册帐号   我的帐号   Chinese   美元   Checkout

FREE WORLDWIDE SHIPPING | 全球包邮
FREE GIFT-WRAP · FREE USB APP BUNDLE

rch entire store here...



CYBER WEEK SALE Ends Dec 7th

⌂   TVPAD 产品   视频演示   频道   保   常见问题   支持   博客

# ZHOU XUN CROWNED CHINA'S FAVORITE CELEBRITY

By TVpad Team

2014年12月8日

Go to comments   Leave a comment

It is official; the people's favorite in China is Zhou Xun. In an international fan ba
survey to crown China's "most favorite star," the beautiful actress was the overw
favorite. The Huading Awards survey results were compiled from data gathered
nationwide, and showed some surprises in the finalized list of the nation's favorite
celebrities.

With 96.83 points in her favor, Chinese actress and singer Zhou Xun tops the list o
China's favorite stars by a large margin. Most recently appearing in "Red Sorghum," she
has also gained international fame for her roles in the *Legend of the Condor* and 2
*Cloud Atlas*. The beautiful actress recently married actor Archie Kao who was a reg
on the popular American television series "CSI." The newlywed couple has since been
named the face of the 2015 Chinese New Year's campaign from H&M.

EXHIBIT 87



## CHINA'S MOVIE FANS EXPRESS DISAPPROVAL

While Chinese moviegoers overwhelmingly showed their approval for Zhou Xun, they also expressed their disapproval for the actions of some celebrities. The Huading Awards survey included questions that dealt with a celebrity's professionalism, social influence, and commercial value. Several famous names had problems when the questions were on the topic of morality. If the recent popularity rating is any indication of how Chinese fans view their celebrities, some famous names might be in trouble.

At the bottom of the list was Taiwanese actor Kai Ko who is still trying to recover his image after being arrested for illegal substance use in Beijing earlier this year. Other celebrities at the bottom of the popularity list include veteran actor Zhang Guoli's son, Zhang Mo, who also had problems recently with drug possession. What was slightly surprising to some moviegoers was the son of Jackie Chan, Jaycee Chan, appearing in the bottom top ten. It seems that not even being the son of a beloved Chinese film star is enough to keep the public from showing their disapproval when drugs are involved.

## CHINA'S OTHER FAVORITE CELEBRITIES

Along with Zhou Xun, the Chinese showed their love and support for several other celebrities that include renowned directors, musicians, and of course the multitalented Nicholas Tse. Starting as an artist in Hong Kong, Nicholas Tse went on to gain fame as a singer and now, as a businessman. For many fans, he is the embodiment of a truly talented and modern Chinese man.

The list of Chinese celebrities also included singer Eason Chan, who is only slightly less popular than Zhou Chan. The proclaimed "king of pop" is also a record producer and successful entrepreneur. He is best known for popularizing a style of music known as Cantopop, along with the genre referred to as Mandopop. Winner of the Golden Melody Awards' "Best Male Singer" award in 2003, his albums have also been listed in Time magazine's "Five Asian Albums Worth Buying".



Also included in the top ten most popular Chinese celebrities is actor Chen Daoming. For more than twenty years, fans have been watching the veteran actor in both television and film roles, eagerly awaiting his next project. He gained international stardom for his role as King of Qin on television, and for his role in the film "Hero" released in 2002. His varied roles span generations and film genres, which is one of the reasons he has remained a favorite celebrity of the Chinese people.

## WATCH ALL THE POPULAR CHINESE CELEBRITIES

Chinese living abroad can still watch all of their favorite movies and celebrities with an easy to use smart media box. With the ability to stream thousands of movies, interviews, and awards shows directly from the cloud, TVpad owners can watch all of their favorite

Asian celebrities. The music apps make it possible to listen to all of Eason Chan's albums, and Chinese living abroad can even catch one of his live televised concerts.

Watch the early television shows and movies from all of the popular stars, and with complete access to CCTV, owners of a smart streaming media box can also catch all of the interviews and late breaking news. With the ability to stay connected to the Chinese mainland, Asians living overseas will always know the latest gossip surrounding all of their favorite celebrities. See who has been arrested, and which stars are behaving badly. TVpad owners can even have fun guessing who will be crowned China's favorite celebrity next year.

**Share and Enjoy**



在 Google 上推荐

☐ Leave a comment     ☐ Comments feed                          No comments

## CATEGORIES

☐ Tvpad3 Information

## SEARCH THE BLOG

## RECENT POSTS

☐ Zhou Xun Crowned China's Favorite Celebrity

*2014年12月8日*

☐ New John Woo Film "The Crossing" Features pan-Asian Cast

*2014年12月5日*

☐ Australia And China Reach Free Trade Agreement

*2014年12月3日*

☐ China And Japan Mourn The Death Of Ken Takakura

*2014年12月1日*

☐ How To Install TVpad Apps For Korean Channels

## ARCHIVES

- [12月 2014](#)
- [11月 2014](#)
- [10月 2014](#)
- [9月 2014](#)
- [7月 2014](#)
- [6月 2014](#)
- [5月 2014](#)



信息

关于
TVpad经销商计划
航运信息
隐私政策
条款与条件

客戶服务

联络我们
博客
退货政策
常见问题

我的账戶

我的账戶
订单历史
愿望单
新闻

NEWSLETTER SIGNUP

Enter your e-mail...

© 2014 TVpad    . 保留所有权利。

# EXHIBIT 88

| | |
|---|---|
| **Subject:** | TV Pad Store: Order Confirmation For Order # TVP-14061053 |
| **From:** | TVpad. com Authorized Store (support@tvpad.com) |
| **To:** | shuklau555@yahoo.com; |
| **Date:** | Monday, June 2, 2014 11:33 PM |



# Hello, Shuk Lau

Thank you for your order from TV Pad Store. We appreciate your business! Once your package ships we will send an email with a link to track your order.

You can check the status of your order by logging into your account. If you have any questions about your order please contact us at support@tvpad.com

Your order confirmation is below. Thank you again for your business.

## Your Order #TVP-14061053 (placed on June 2, 2014 10:33:16 PM CDT)

**Billing Information:**

Shuk Lau
REDACTED

New York, New York, 10002
United States
T: REDACTED

**Payment Method:**

**Credit Card (Secure)**

### Credit Card Type:
Visa
### Credit Card Number:
xxxx-2340

**Shipping Information:**

Shuk Lau
REDACTED

New York, New York, 10001
United States
T: REDACTED

**Shipping Method:**

FREE SHIPPING (3-5 Business Days ) - Best Carrier ( DHL, USPS, FedEx, or UPS )

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| **TVpad 3 M358 - 1 Year Standard Warranty - Smart TV Streaming Media Player** | TVPAD-004 | 1 | $259.00 |
| **FREE - FREE 8GB USB Drive ( With Preloaded Apps) Holiday Promotion** | HGIFT2 | 1 | $0.00 |

EXHIBIT 88

| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| | Subtotal | | $259.00 |
| | Shipping & Handling | | $0.00 |
| Discount (FIFA2014 Gift Voucher, Free Gifts Promotion, Store Credit Gift Voucher) | | | -$20.00 |
| | **Grand Total** | | **$239.00** |

Thank you, **TV Pad Store**

**EXHIBIT 89**

| **Subject:** | TVpad Inquiry Request - |
| --- | --- |
| **From:** | TVpad Awesome Customer Support (support@tvpad.com) |
| **To:** | shuklau555@yahoo.com; |
| **Date:** | Tuesday, June 3, 2014 9:52 AM |

## Conversation started by **Charles**

Jun 3 9:52am

Hello Shuk,
I hope you're having a good day. I was given your name and email address from Amit ( one of our account managers ) and mentioned
that you were needing some information. My name is Charles and it's a pleasure to help you.

Attached is the Channel Guide which you can review.

**Here are some overall benefits of the TVpad:**
- Live Chinese, Korean and Japanese Channels
- More Channels Compared to other services.
- Timeshift Live TV playback
- Video On Demand of TV Shows, Dramas and Sports.
- No Monthly Fees
- Educational Learning for Kids
- and much more....

**Some benefits of shopping with us:**
- Free and Fast Shipping Worldwide
- Full 1 Year Warranty Support ( If we can't fix it, we replace it )
- 7 Day Return Period ( 100% Satisfaction )
- Lifetime Customer Support


Please let me know if you have any questions as I'm here to serve you.

Regards,
Charles Franco



Ask me about our new **Reseller Program** and how you can partner with us :-)
----
Thank you!
TVpad Awesome Customer Support
http://www.tvpad.com

**Read more About us here:** http://www.tvpad.com/en/about-us
**Become a TVpad Reseller:** http://www.tvpad.com/en/tvpad-reseller-program

EXHIBIT 89

**Check our latest blog posts:**

**"The New White TVpad is Here" - http://www.tvpad.com/en/tvpad-store-blog/the-new-white-tvpad-is-finally-here.html**

"Why is TVpad3 Even More Awesome? - http://www.tvpad.com/en/tvpad-store-blog/tvpad3-reviews-why-is-it-more-awesome.html

"Why Shop with us?" - http://www.tvpad.com/en/tvpad-store-blog/where-can-you-buy-a-tvpad.html

"Why Buying a Cheap TVpad can Cost you more" - http://www.tvpad.com/en/tvpad-store-blog/where-can-you-buy-a-tvpad.html

| 序号 | 粤海宽频 | BETV | HITV | 体育on Line | 佛海视界 | 516网络电视 | Solive | 월ㄷTV | NIJI SHOW | KKS | NamTV | 粤海時移 | BETV-HD | 粤TV | INDTV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 高清翡翠臺HD | 鳳凰衛視中文臺 | 鳳凰衛視資訊臺 | CCTV5 | 台灣大愛一台 | 中視 | KBS1 | BBC | NHK综合 | SBS_HD | SCTV9 | 高清翡翠 | CCTV5高清 | 本港臺 | Time TV |
| 2 | 亞洲高清臺 | 鳳凰衛視資訊臺 | 鳳凰衛視資訊臺 | 广东体育台 | 生命电视台 | 民視 | YTN | CNN | 日本テレビ | MBC_HD | VTV4 | 翡翠台 | CCTV1高清 | ATV World | Arihant TV |
| 3 | 高清翡翠臺 | 湖南卫视 | 鳳凰衛視香港臺 | 五星体育 | 唯心电视 | 公視 | SBS_HD | BLOOMBERG | NHK教育 | KBS1_HD | VTV3 | 本港臺 | 湖南卫视高清 | 南方衛視 | planet movies |
| 4 | J2 | 湖南卫视高清 | HBO | 劲爆体育 | 法界卫视 | 臺視 | SBS | CCTV4 | TBS | KBS2_HD | THVL1 | | 江苏卫视高清 | 珠江臺 | DD National |
| 5 | 本港臺 | 江苏卫视高清 | 彭博財經 | 风云足球 | | 華視 | KBS2 | | フジテレビ | tvN_HD | VTV1 | | 浙江卫视高清 | 广东卫视高清 | sadhna news |
| 6 | 翡翠臺 | 北京卫视高清 | 國家地理 | 高尔夫网球 | | 中天综合 | MBC_HD | | テレビ朝日 | KBS_N_SPORT HD | BBC | | 东方卫视高清 | 广东体育台 | JAIN TV |
| 7 | Pearl | 广东卫视高清 | 探索頻道 | 欧洲足球 | | 中天娛乐 | MBC drama | | テレビ東京 | CNN | | | | 潮商卫视 | DD News |
| 8 | atv world | 东方卫视高清 | 亞洲高清臺 | KBS N Sports | | 中天新聞 | KBS drama | | テレビ大阪 | | | | | 鳳凰衛視中文臺 | Vision Music |
| 9 | 南方衛視 | 浙江卫视高清 | 高清翡翠臺 | MBC sports | | 東森新聞 | MBC dramanet | | 讀賣テレビ | | | | | 鳳凰衛視資訊臺 | Live India |
| 10 | 互動新聞臺 | 黑龙江卫视高清 | J2 | SBS ESPN | | 東森综合 | SBS plus | | J sports 1 | | | | | 鳳凰衛視香港臺 | DD Sports |
| 11 | 鳳凰衛視香港臺 | CCTV综合频道 | 本港臺 | JGOLF | | 東森財經 | OCN | | 関西テレビ | | | | | | Explore TV |
| 12 | 珠江臺 | CCTV2财經频道 | 翡翠臺 | | | 東森幼幼 | tvN | | | | | | | | Travel Trendz |
| 13 | | CCTV3综藝频道 | Pearl | | | 東森戲曲 | Comedy TV | | | | | | | | Lemon TV |
| 14 | | CCTV4中文國際频道 | atv world | | | 東森电影 | JTBC | | | | | | | | sea news |
| 15 | | CCTV5體育频道 | 互動新聞 | | | 東森洋片 | KIDS | | | | | | | | Zee News |
| 16 | | CCTV6电影频道 | | | | 三立國際 | KBS N Sports | | | | | | | | Blessing KIDS |
| 17 | | CCTV10科教频道 | | | | 三立台湾 | MBC sports | | | | | | | | P7 News |
| 18 | | CCTV11戲曲频道 | | | | 三立新聞 | SBS ESPN | | | | | | | | Day&Night News |
| 19 | | CCTV12社會與法频道 | | | | TVBS | SBS GOLF | | | | | | | | FW News |
| 20 | | CCTV13新聞频道 | | | | 非凡新聞 | JGOLF | | | | | | | | DISHA TV |
| 21 | | CCTV14少儿频道 | | | | 彭博財經 | EBS | | | | | | | | Music India |
| 22 | | 风云足球 | | | | 探索頻道 | | | | | | | | | |
| 23 | | 欧洲足球 | | | | 國家地理 | | | | | | | | | |
| 24 | | 國家地理 | | | | HBO | | | | | | | | | |
| 25 | | 探索頻道 | | | | CNN | | | | | | | | | |
| 26 | | 彭博財經 | | | | BBC | | | | | | | | | |
| 27 | | 第一財經 | | | | 鳳凰衛視中文臺 | | | | | | | | | |
| 28 | | 台湾大爱台 | | | | 鳳凰衛視資訊臺 | | | | | | | | | |
| 29 | | 生命电视台 | | | | CCTV4中文國際频道 | | | | | | | | | |
| 30 | | 劲爆体育 | | | | | | | | | | | | | |
| 31 | | 高尔夫网球 | | | | | | | | | | | | | |
| 32 | | BBC | | | | | | | | | | | | | |
| 33 | | CNN | | | | | | | | | | | | | |
| 34 | | HBO | | | | | | | | | | | | | |
| 35 | | 法界卫视 | | | | | | | | | | | | | |
| 36 | | 唯心电视 | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | |
| 频道 | 12个 | 36个 | 15个 | 11个 | 4个 | 29个 | | 21 | 4 | 7 | 6 | | 3 | 6 | 10 |

注：2013年4月26日更新



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Chinese-Language List of Channels from Asha Media

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*
Signature of Anna Lee

| No. | Yue Hai Broadband | BETV | Sports Online | Buddhism TV | 516 Web TV | Solive | World's TV | NIJI SHOW | KKS | NamTV | Yue Hai T | BETV-HD | Yue TV | INDTV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HD Jade (HD) | Phoenix Chinese Channel | CCTV5 | Taiwan DaAi TV | CTS | KBS1 | BBC | NHK General | SBS_HD | SCTV9 | HD Jade | CCTV5 HD | ATV Home | Time TV |
| 2 | HD ATV | Phoenix InfoNews Channel | GDTV Sports Ch | Life TV | Formosa TV | YTN | CNN | Nippon TV | MBC_HD | VTV4 | Jade | CCTV1 HD | ATV World | Arihant TV |
| 3 | HD Jade | CSTV | Star Sports | WXTV | PTS | SBS_HD | BLOOMBERG | NHK Education | KBS1_HD | VTV3 | ATV Home | Hunan TV HD | South TV | planet movies |
| 4 | J2 | Hunan TV HD | Great Sports | UCTV | TTV | SBS | CCTV4 | TBS | KBS2_HD | THVL1 | | Jiangsu TV HD | Peal River Channel | DD National |
| 5 | ATV Home | Jiangsu TV HD | Total Soccer | | CTS | KBS2 | | Fuji TV | KBS_N_SPORT H | VTV1 | | Zhejiang TV HD | GDTV HD | sadhna news |
| 6 | Jade | BTV HD | Golf and Tennis | | CTI Variety | MBC_HD | | TV Asahi | BBC | | | Dragon TV HD | GDTV Sports Chan | JAIN TV |
| 7 | Pearl | GDTV HD | European Soccer | | CTI Entertainment | MBC | | TV Tokyo | CNN | | | | CSTV | DD News |
| 8 | ATV World | Dragon TV HD | KBS N Sports | | CTI News | KBS drama | | TV Osaka | | | | | Phoenix Chinese Ch | Vision Music |
| 9 | South TV | Zhejiang TV HD | MBC sports | | ETTV News | MBC dramanet | | Yomiuri TV | | | | | Phoenix InfoNews C | Live India |
| 10 | iNews Channel | Heilongjiang TV HD | SBS ESPN | | ETTV Variety | SBS plus | | Jsports 1 | | | | | Phoenix HK Chann | DD Sports |
| 11 | Phoenix HK Channel | CCTV1 Comprehensive | JGOLF | | ETTV Finance | OCN | | Kansai TV | | | | | | Explore TV |
| 12 | Peal River Channel | CCTV2 Finance | | | ETTV Yo Yo | tvN | | | | | | | | Travel Trendz |
| 13 | | CCTV3 Variety | | | ETTV Drama | Comedy TV | | | | | | | | Lemon TV |
| 14 | | CCTV4 Chinese International Channel | | | ETTV Movie | JTBC | | | | | | | | sea news |
| 15 | | CCTV5 Sports | | | ETTV Foreign Movi | KIDS | | | | | | | | Zee News |
| 16 | | CCTV6 Movies | | | Set International | KBS N Sports | | | | | | | | Blessing KIDS |
| 17 | | CCTV10 Science and Education | | | Set Taiwan | MBC sports | | | | | | | | P7 News |
| 18 | | CCTV11 Opera | | | SetNews | SBS ESPN | | | | | | | | Day&Night News |
| 19 | | CCTV12 Society and Law | | | TVBS | SBS GOLF | | | | | | | | FW News |
| 20 | | CCTV13 News | | | Special News | JGOLF | | | | | | | | DISHA TV |
| 21 | | CCTV14 Kids | | | Bloomberg Finance | EBS | | | | | | | | Music India |
| 22 | | Total Soccer | | | Discovery Channel | | | | | | | | | |
| 23 | | European Soccer | | | National Geography | | | | | | | | | |
| 24 | | National Geography | | | HBO | | | | | | | | | |
| 25 | | Discovery Channel | | | CNN | | | | | | | | | |
| 26 | | Bloomberg Finance | | | BBC | | | | | | | | | |
| 27 | | CBN | | | Phoenix Chinese Channel | | | | | | | | | |
| 28 | | DaAi TV | | | Phoenix InfoNews Channel | | | | | | | | | |
| 29 | | Life TV | | | CCTV4 Chinese International Channel | | | | | | | | | |
| 30 | | Great Sports | | | | | | | | | | | | |
| 31 | | Golf and Tennis | | | | | | | | | | | | |
| 32 | | BBC | | | | | | | | | | | | |
| 33 | | CNN | | | | | | | | | | | | |
| 34 | | HBO | | | | | | | | | | | | |
| 35 | | UCTV | | | | | | | | | | | | |
| 36 | | WXTV | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | |
| Total | 12 | 36 | 11 | 4 | 29 | 21 | 4 | 7 | 6 | | 3 | 6 | 10 | |

Note: Last updated on April 26, 2013

4

# EXHIBIT 90

**From:** Shuk Lau [mailto:slau1014@yahoo.com]
**Sent:** Thursday, October 16, 2014 11:53 AM
**To:** Chris Weil
**Subject:** Fw: TVpad Store: Contact Request - General Question ( Sales Support )

On Wednesday, October 15, 2014 5:49 AM, TVpad Awesome Customer Support <support@tvpad.com> wrote:

**Abby** replied                                                              Oct 15 5:49am

Dear Shuk Lau ,

Thank you for contacting the TVpad Store Awesome Customer Support. We appreciate you as a
customer and are delighted to serve you! :-)

The attachment is the channels list of tvpad3,pls know more hk channels details from it.
Our phone number is 0086-134 1088 3241.


Regards,
Abby Zhou ( Your Awesome Customer Support Agent )


Ask me about our new **Reseller Program** and how you can partner with us :-)
----
Thank you!
TVpad Awesome Customer Support
http://www.tvpad.com

**Read more About us here:** http://www.tvpad.com/en/about-us
**Become a TVpad Reseller:** http://www.tvpad.com/en/tvpad-reseller-program

**Check our latest blog posts:**
**"The New White TVpad is Here" -** **http://www.tvpad.com/en/tvpad-store-blog/the-new-white-tvpad-is-finally-here.html**
"Why is TVpad3 Even More Awesome? - http://www.tvpad.com/en/tvpad-store-blog/tvpad3-reviews-why-is-it-more-

1

EXHIBIT 90

awesome.html
"Why Shop with us?" - http://www.tvpad.com/en/tvpad-store-blog/where-can-you-buy-a-tvpad.html
"Why Buying a Cheap TVpad can Cost you more" - http://www.tvpad.com/en/tvpad-store-blog/where-can-you-buy-a-tvpad.html

---

**Abby** replied                                                                                    Oct 15 5:47am

Dear Shuk Lau ,

Thank you for contacting the TVpad Store Awesome Customer Support. We appreciate you as a customer and are delighted to serve you! :-)

The attachment is the channels list of tvpad3,pls know more hk channels details from it.
Our phone number is 0086-134 1088 3241.

Regards,
Abby Zhou ( Your Awesome Customer Support Agent )


Ask me about our new **Reseller Program** and how you can partner with us :-)


Thank you!
TVpad Awesome Customer Support
http://www.tvpad.com

**Read more About us here**: http://www.tvpad.com/en/about-us
**Become a TVpad Reseller:** http://www.tvpad.com/en/tvpad-reseller-program

**Check our latest blog posts:**
**"The New White TVpad is Here"** - **http://www.tvpad.com/en/tvpad-store-blog/the-new-white-tvpad-is-finally-here.html**
"Why is TVpad3 Even More Awesome? - http://www.tvpad.com/en/tvpad-store-blog/tvpad3-reviews-why-is-it-more-awesome.html
"Why Shop with us?" - http://www.tvpad.com/en/tvpad-store-blog/where-can-you-buy-a-tvpad.html
"Why Buying a Cheap TVpad can Cost you more" - http://www.tvpad.com/en/tvpad-store-blog/where-can-you-buy-a-tvpad.html

---

Conversation started by **slau1014@yahoo.com**                                                      Oct 15 12:27am

**Message:** I have questions about HK television. Please email me a telephone number I can call and speak to someone about my questions. Thank you!
**What is happening?:**
**Any Other Comments?:**

**Your Name**: Shuk Lau
**Email Address**: slau1014@yahoo.com
**Phone**: 347-585-6699
**Department**: General Question ( Sales Support )
**Did you purchase from http://www.tvpad.com ?**:
**What is your Order # ?**:
**What is the Device MAC# ?**:
**Select any of the issues that you are having**:
**When does it happen?**:
**How Often Does it Happen?**:
**File Upload**:
**What is your Order # ?**:
**Your Company Name**:
**Your Company Website**:

| 序号 | 粵海寬頻 | BETV | 体育on Line | 佛海視界 | 516网络电视 | Solive | 월드TV | NIJI SHOW | KKS | NanTV | 粵海時移 | BETV-HD | 粵TV | INDTV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 高清翡翠臺HD | 鳳凰衛視中文臺 | CCTV5 | 台湾大爱一台 | 中視 | KBS1 | BBC | NHK綜合 | SBS_HD | SCTV9 | 高清翡翠 | CCTV5高清 | 本港臺 | Time TV |
| 2 | 亞洲高清臺 | 鳳凰衛視資訊臺 | 广东体育台 | 生命电视台 | 民視 | YTN | CNN | 日本テレビ | MBC_HD | VTV4 | 翡翠台 | CCTV1高清 | ATV World | Arihant TV |
| 3 | 高清翡翠臺 | 潮商卫视 | 五星体育 | 唯心电视 | 公視 | SBS_HD | BLOOMBERG | NHK教育 | KBS1_HD | VTV3 | 本港臺 | 湖南卫视高清 | 南方衛視 | planet movies |
| 4 | J2 | 湖南卫视高清 | 勁爆体育 | 法界卫视 | 臺視 | SBS | CCTV4 | TBS | KBS2_HD | THVL1 | | 江苏卫视高清 | 珠江臺 | DD National |
| 5 | 本港臺 | 江苏卫视高清 | 风云足球 | | 華視 | KBS2 | | アナテレビ | tvN_HD | VTV1 | | 浙江卫视高清 | 广东体育台 | sadhna news |
| 6 | 翡翠臺 | 北京卫视高清 | 高尔夫网球 | | 中天综合 | MBC_HD | | テレビ朝日 | KBS_N_SPORT HD | BBC | | 东方卫视高清 | 珠江臺 | JAIN TV |
| 7 | Pearl | 广东卫视高清 | 欧洲足球 | | 中天娛乐 | MBC | | テレビ東京 | | CNN | | | 潮商 卫视 | DD News |
| 8 | atv world | 东方卫视高清 | KBS N Sports | | 中天新聞 | KBS drama | | テレビ大阪 | | | | | 凤凰卫视中文臺 | Vision Music |
| 9 | 南方衛視 | 浙江卫视高清 | MBC sports | | 東森新聞 | MBC dramanet | | | | | | | 凤凰卫视资讯臺 | Live India |
| 10 | 互动新闻臺 | 黑龙江卫视高清 | SBS_ESPN | | 東森綜合 | SBS plus | | 緑茶テレビ | | | | | 凤凰卫视香港臺 | DD Sports |
| 11 | 鳳凰衛視香港臺 | CCTV1综合频道 | JGOLF | | 東森財经 | OCN | | J_sports_1 | | | | | | Explore TV |
| 12 | 珠江臺 | CCTV2財經频道 | | | 東森幼動 | tvN | | 関西テレビ | | | | | | Travel Trendz |
| 13 | | CCTV3綜藝频道 | | | 東森戲曲 | Comedy TV | | | | | | | | Lemon TV |
| 14 | | CCTV4中文國際频道 | | | 東森电影 | JTBC | | | | | | | | sea news |
| 15 | | CCTV5體育频道 | | | 東森洋片 | KIDS | | | | | | | | Zee News |
| 16 | | CCTV6电影频道 | | | 三立国际 | KBS N Sports | | | | | | | | Blessing KIDS |
| 17 | | CCTV4教育频道 | | | 三立台灣 | MBC sports | | | | | | | | P7 News |
| 18 | | CCTV11戲曲频道 | | | 三立新聞 | SBS ESPN | | | | | | | | Day&Night News |
| 19 | | CCTV12社會與法频道 | | | TVBS | SBS GOLF | | | | | | | | PM News |
| 20 | | CCTV13新聞频道 | | | 非凡新聞 | JGOLF | | | | | | | | DISHA TV |
| 21 | | CCTV14少儿频道 | | | 彭博財經 | EBS | | | | | | | | Music India |
| 22 | | 风云足球 | | | 探索频道 | | | | | | | | | |
| 23 | | 欧洲足球 | | | 國家地理 | | | | | | | | | |
| 24 | | 國家地理 | | | HBO | | | | | | | | | |
| 25 | | 探索频道 | | | CNN | | | | | | | | | |
| 26 | | 彭博財經 | | | BBC | | | | | | | | | |
| 27 | | 第一财经 | | | 凤凰卫视中文臺 | | | | | | | | | |
| 28 | | 台湾大爱台 | | | 凤凰卫视资訊臺 | | | | | | | | | |
| 29 | | 生命电视台 | | | CCTV4中文國際频道 | | | | | | | | | |
| 30 | | 勁爆体育 | | | | | | | | | | | | |
| 31 | | 高尔夫网球 | | | | | | | | | | | | |
| 32 | | BBC | | | | | | | | | | | | |
| 33 | | CNN | | | | | | | | | | | | |
| 34 | | HBO | | | | | | | | | | | | |
| 35 | | 法界卫视 | | | | | | | | | | | | |
| 36 | | 唯心电视 | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | |
| 频道 | 12个 | 36个 | 11个 | 4个 | 29个 | 21 | 4 | 7 | 6 | | 3 | 6 | 10 |
| | | | | | | | | | | 4 | | | | |

注: 2013年4月26日更新



# TRANSLATOR CERTIFICATION

9450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- Chinese-Language List of Channels from Asha Media

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| No. | Yue Hai Broadband | BETV | Sports Online | Buddhism TV | 516 Web TV | Solive | World's TV | NIJI SHOW | KKS | NamTV | Yue Hai T | BETV-HD | Yue TV | INDTV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HD Jade (HD) | Phoenix Chinese Chann | CCTV5 | Taiwan DaAi TV | CTS | KBS1 | BBC | NHK General | SBS_HD | SCTV9 | HD Jade | CCTV5 HD | ATV Home | Time TV |
| 2 | HD ATV | Phoenix InfoNews Cha | GDTV Sports Ch | Life TV | Formosa TV | YTN | CNN | Nippon TV | MBC_HD | VTV4 | Jade | CCTV1 HD | ATV World | Arihant TV |
| 3 | HD Jade | CSTV | Star Sports | WXTV | PTS | SBS_HD | BLOOMBERG | NHK Education | KBS1_HD | VTV3 | ATV Home | Hunan TV HD | South TV | planet movies |
| 4 | J2 | Hunan TV HD | Great Sports | UCTV | TTV | SBS | CCTV4 | TBS | KBS2_HD | THVL1 | | Jiangsu TV HD | Peal River Channel | DD National |
| 5 | ATV Home | Jiangsu TV HD | Total Soccer | | CTS | KBS2 | | Fuji TV | KBS_N_SPORT H | VTV1 | | Zhejiang TV HD | GDTV HD | sadhna news |
| 6 | Jade | BTV HD | Golf and Tennis | | CTI Variety | MBC_HD | | TV Asahi | BBC | | | Dragon TV HD | GDTV Sports Chann | JAIN TV |
| 7 | Pearl | GDTV HD | European Soccer | | CTI Entertainment | MBC | | TV Tokyo | CNN | | | | CSTV | DD News |
| 8 | ATV World | Dragon TV HD | KBS N Sports | | CTI News | KBS drama | | TV Osaka | | | | | Phoenix Chinese Ch | Vision Music |
| 9 | South TV | Zhejiang TV HD | MBC sports | | ETTV News | MBC dramanet | | Yomiuri TV | | | | | Phoenix InfoNews Ch | Live India |
| 10 | iNews Channel | Heilongjiang TV HD | SBS ESPN | | ETTV Variety | SBS plus | | Jsports 1 | | | | | Phoenix HK Chann | DD Sports |
| 11 | Phoenix HK Channe | CCTV1 Comprehensiv | JGOLF | | ETTV Finance | OCN | | Kansai TV | | | | | | Explore TV |
| 12 | Peal River Channel | CCTV2 Finance | | | ETTV Yo Yo | tvN | | | | | | | | Travel Trendz |
| 13 | | CCTV3 Variety | | | ETTV Drama | Comedy TV | | | | | | | | Lemon TV |
| 14 | | CCTV4 Chinese International Channel | | | ETTV Movie | JTBC | | | | | | | | sea news |
| 15 | | CCTV5 Sports | | | ETTV Foreign Movi | KIDS | | | | | | | | Zee News |
| 16 | | CCTV6 Movies | | | Set International | KBS N Sports | | | | | | | | Blessing KIDS |
| 17 | | CCTV10 Science and Education | | | Set Taiwan | MBC sports | | | | | | | | P7 News |
| 18 | | CCTV11 Opera | | | SetNews | SBS ESPN | | | | | | | | Day&Night News |
| 19 | | CCTV12 Society and Law | | | TVBS | SBS GOLF | | | | | | | | FW News |
| 20 | | CCTV13 News | | | Special News | JGOLF | | | | | | | | DISHA TV |
| 21 | | CCTV14 Kids | | | Bloomberg Finance | EBS | | | | | | | | Music India |
| 22 | | Total Soccer | | | Discovery Channel | | | | | | | | | |
| 23 | | European Soccer | | | National Geography | | | | | | | | | |
| 24 | | National Geography | | | HBO | | | | | | | | | |
| 25 | | Discovery Channel | | | CNN | | | | | | | | | |
| 26 | | Bloomberg Finance | | | BBC | | | | | | | | | |
| 27 | | CBN | | | Phoenix Chinese Channel | | | | | | | | | |
| 28 | | DaAi TV | | | Phoenix InfoNews Channel | | | | | | | | | |
| 29 | | Life TV | | | CCTV4 Chinese International Channel | | | | | | | | | |
| 30 | | Great Sports | | | | | | | | | | | | |
| 31 | | Golf and Tennis | | | | | | | | | | | | |
| 32 | | BBC | | | | | | | | | | | | |
| 33 | | CNN | | | | | | | | | | | | |
| 34 | | HBO | | | | | | | | | | | | |
| 35 | | UCTV | | | | | | | | | | | | |
| 36 | | WXTV | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | |
| Total | 12 | 36 | 11 | 4 | 29 | 21 | 4 | 7 | 6 | | 3 | 6 | 10 | |
| | | | | | | | | | | 4 | | | | |

Note: Last updated on April 26, 2013.

# EXHIBIT 91

| Subject: | TV Pad Store: Order Confirmation For Order # TVP-14101205 |
|---|---|
| From: | TVpad. com Authorized Store (support@tvpad.com) |
| To: | slau1014@yahoo.com; |
| Date: | Friday, October 17, 2014 6:11 PM |



# Hello, Shuk Lau

Thank you for your order from TV Pad Store. We appreciate your business! Once your package ships we will send an email with a link to track your order.

You can check the status of your order by logging into your account. If you have any questions about your order please contact us at support@tvpad.com

Your order confirmation is below. Thank you again for your business.

## Your Order #TVP-14101205 (placed on October 17, 2014 5:11:40 PM CDT)

**Billing Information:**

Shuk Lau
REDACTED

West Hills, California, 91307
United States
T: REDACTED

**Payment Method:**

Credit Card (Secure)

### Credit Card Type:
Visa
### Credit Card Number:
xxxx-1214

**Shipping Information:**

Shuk Lau
REDACTED

West Hills, California, 91307
United States
T: REDACTED

**Shipping Method:**

FREE SHIPPING (3-5 Business Days ) - Best Carrier ( DHL, USPS, FedEx, or UPS )

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| **TVpad 3 M358 - 1 Year Standard Warranty - Smart TV Streaming Media Player** | TVPAD-004 | 1 | $259.00 |
| **FREE - FREE 8GB USB Drive ( With Preloaded Apps) Promotion** | HGIFT2 | 1 | $0.00 |

EXHIBIT 91

| | |
|---|---|
| Subtotal | $259.00 |
| Shipping & Handling | $0.00 |
| Discount (Free Gifts Promotion, OCT20, Store Credit Gift Voucher) | -$20.00 |
| **Grand Total** | **$239.00** |

Thank you, **TV Pad Store**

# EXHIBIT 92

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
|---|---|---|
| All That is Bitter is Sweet, Ep. 16 | September 29, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 17 | September 30, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 18 | October 1, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 19 | October 2, 2014 | PA 1-922-865 |
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club,  Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club,  Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| Come Home Love, Episode 610 | September 29, 2014 | PA 1-922-874 |
| Come Home Love, Episode 611 | September 30, 2014 | PA 1-922-874 |
| Come Home Love, Episode 613 | October 2, 2014 | PA 1-922-874 |
| Come Home Love, Episode 614 | October 3, 2014 | PA 1-922-874 |
| Line Walker, Ep. 26 | September 29, 2014 | PA 1-922-863 |
| Line Walker, Ep. 27 | September 30, 2014 | PA 1-922-863 |
| Line Walker, Ep. 28 | October 1, 2014 | PA 1-922-863 |
| Line Walker, Ep. 30 | October 3, 2014 | PA 1-922-863 |
| Line Walker, Ep. 31 | October 3, 2014 | PA 1-922-863 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

EXHIBIT 92

**Registered TVB Programs (VOD)**

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| A Change of Destiny, Ep. 1 | PA0001388870 |
| A Change of Destiny, Ep. 9 | PA0001388870 |
| A Change of Destiny, Ep. 10 | PA0001388870 |
| A Change of Destiny, Ep. 14 | PA0001388870 |
| A Change of Destiny, Ep. 15 | PA0001388870 |
| A Change of Destiny, Ep. 20 | PA0001388870 |
| A Change of Heart, Ep. 1 | PA0001866892 |
| A Change of Heart, Ep. 6 | PA0001866892 |
| A Change of Heart, Ep. 11 | PA0001866892 |
| A Change of Heart, Ep. 16 | PA0001866892 |
| A Change of Heart, Ep. 22 | PA0001866892 |
| A Change of Heart, Ep.26 | PA0001866892 |
| A Change of Heart, Ep. 30 | PA0001866892 |
| A Great Way To Care II, Ep. 1 | PA0001847097 |
| A Great Way To Care II, Ep. 4 | PA0001847097 |
| A Great Way To Care II, Ep. 9 | PA0001847097 |
| A Great Way To Care II, Ep. 13 | PA0001847097 |
| A Great Way To Care II, Ep. 18 | PA0001847097 |
| A Great Way To Care II, Ep. 22 | PA0001847097 |
| A Great Way To Care II, Ep. 25 | PA0001847097 |
| A Step into the Past, Ep. 1 | PA0001074513 |
| A Step into the Past, Ep. 9 | PA0001074513 |
| A Step into the Past, Ep. 13 | PA0001074513 |
| A Step into the Past, Ep. 20 | PA0001074513 |
| A Step into the Past, Ep. 30 | PA0001074512 |
| A Step into the Past, Ep. 40 | PA0001074512 |
| Always And Ever, Ep 1 | PA0001866873 |
| Always And Ever, Ep. 5 | PA0001866873 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Always And Ever, Ep. 10 | PA0001866873 |
| Always And Ever, Ep. 12 | PA0001866873 |
| Always And Ever, Ep. 16 | PA0001866873 |
| Always And Ever, Ep. 21 | PA0001866873 |
| Always And Ever, Ep. 25 | PA0001866873 |
| Always And Ever, Ep. 30 | PA0001866873 |
| Always And Ever, Ep. 31 | PA0001866873 |
| Awfully Lawful, Ep. 1 | PA0001866872 |
| Awfully Lawful, Ep. 5 | PA0001866872 |
| Awfully Lawful, Ep. 9 | PA0001866872 |
| Awfully Lawful, Ep. 14 | PA0001866872 |
| Awfully Lawful, Ep. 20 | PA0001866872 |
| Beauty At War, Ep. 1 | PA0001849236 |
| Beauty At War, Ep. 5 | PA0001849236 |
| Beauty At War, Ep. 10 | PA0001849236 |
| Beauty At War, Ep. 14 | PA0001849236 |
| Beauty At War, Ep. 19 | PA0001849236 |
| Beauty At War, Ep. 23 | PA0001849236 |
| Beauty At War, Ep. 30 | PA0001849236 |
| Black Heart White Soul, Ep. 1 | PA0001920529 |
| Black Heart White Soul, Ep. 4 | PA0001920529 |
| Black Heart White Soul, Ep. 10 | PA0001920529 |
| Black Heart White Soul, Ep. 15 | PA0001920529 |
| Black Heart White Soul, Ep. 25 | PA0001920529 |
| Black Heart White Soul, Ep. 30 | PA0001920529 |
| Bounty Lady, Ep. 1 | PA0001890407 |
| Bounty Lady, Ep. 5 | PA0001890407 |
| Bounty Lady, Ep. 10 | PA0001890407 |
| Bounty Lady, Ep. 15 | PA0001890407 |
| Bounty Lady, Ep. 19 | PA0001890407 |
| Brother's Keeper, Ep. 1 | PA0001878628 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Brother's Keeper, Ep. 6 | PA0001878628 |
| Brother's Keeper, Ep. 10 | PA0001878628 |
| Brother's Keeper, Ep. 13 | PA0001878628 |
| Brother's Keeper, Ep. 18 | PA0001878628 |
| Brother's Keeper, Ep. 23 | PA0001878628 |
| Brother's Keeper, Ep. 30 | PA0001878628 |
| Brother's Keeper, Ep. 31 | PA0001878628 |
| Bullet Brain, Ep. 1 | PA0001847052 |
| Bullet Brain, Ep. 6 | PA0001847052 |
| Bullet Brain, Ep. 9 | PA0001847052 |
| Bullet Brain, Ep. 13 | PA0001847052 |
| Bullet Brain, Ep. 18 | PA0001847052 |
| Bullet Brain, Ep. 21 | PA0001847052 |
| Bullet Brain, Ep. 25 | PA0001847052 |
| Coffee Cat Mama, Ep. 1 | PA0001910249 |
| Coffee Cat Mama, Ep. 6 | PA0001910249 |
| Coffee Cat Mama, Ep. 11 | PA0001910249 |
| Coffee Cat Mama, Ep. 16 | PA0001910249 |
| Coffee Cat Mama, Ep. 20 | PA0001910249 |
| Come Home Love, Ep. 1 | PA0001872347 |
| Come Home Love, Ep. 31 | PA0001872347 |
| Come Home Love, Ep. 61 | PA0001872347 |
| Come Home Love, Ep. 91 | PA0001872347 |
| Come Home Love, Ep. 113 | PA0001872347 |
| Come Home Love, Ep. 121 | PA0001872347 |
| Come Home Love, Ep. 151 | PA0001872347 |
| Daddy Good Deeds, Ep. 1 | PA0001857840 |
| Daddy Good Deeds, Ep. 5 | PA0001857840 |
| Daddy Good Deeds, Ep. 10 | PA0001857840 |
| Daddy Good Deeds, Ep. 15 | PA0001857840 |
| Daddy Good Deeds, Ep. 20 | PA0001857840 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Divas In Distress, Ep. 1 | PA0001827059 |
| Divas In Distress, Ep. 5 | PA0001827059 |
| Divas In Distress, Ep. 10 | PA0001827059 |
| Divas In Distress, Ep. 15 | PA0001827059 |
| Divas In Distress, Ep. 20 | PA0001827059 |
| Duke of Mount Deer, Ep. 1 | PA0000923706 |
| Duke of Mount Deer, Ep. 10 | PA0000923706 |
| Duke of Mount Deer, Ep. 14 | PA0000923706 |
| Duke of Mount Deer, Ep. 15 | PA0000923706 |
| Duke of Mount Deer, Ep. 22 | PA0000923708 |
| Duke of Mount Deer, Ep. 29 | PA0000923708 |
| Duke of Mount Deer, Ep. 30 | PA0000923708 |
| Duke of Mount Deer, Ep. 35 | PA0000923708 |
| Duke of Mount Deer, Ep. 40 | PA0000923708 |
| Duke of Mount Deer, Ep. 41 | PA0000922071 |
| Duke of Mount Deer, Ep. 45 | PA0000922071 |
| Friendly Fire, Ep. 1 | PA0001840636 |
| Friendly Fire, Ep. 6 | PA0001840636 |
| Friendly Fire, Ep. 10 | PA0001840636 |
| Friendly Fire, Ep. 15 | PA0001840636 |
| Friendly Fire, Ep. 19 | PA0001840636 |
| Friendly Fire, Ep. 24 | PA0001840636 |
| Ghetto Justice II, Ep. 1 | PA0001827048 |
| Ghetto Justice II, Ep. 6 | PA0001827048 |
| Ghetto Justice II, Ep. 11 | PA0001827048 |
| Ghetto Justice II, Ep. 15 | PA0001827048 |
| Ghetto Justice II, Ep. 20 | PA0001827048 |
| Ghost Dragon of Cold Mountain, Ep. 1 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 2 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 5 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 10 | PA0001918949 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Ghost Dragon of Cold Mountain, Ep. 15 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 19 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 25 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 30 | PA0001918949 |
| Gilded Chopsticks, Ep. 1 | PA0001906159 |
| Gilded Chopsticks, Ep. 5 | PA0001906159 |
| Gilded Chopsticks, Ep. 10 | PA0001906159 |
| Gilded Chopsticks, Ep. 16 | PA0001906159 |
| Gilded Chopsticks, Ep. 20 | PA0001906159 |
| Gilded Chopsticks, Ep. 25 | PA0001906159 |
| Gloves Come Off, Ep. 1 | PA0001857855 |
| Gloves Come Off, Ep. 5 | PA0001857855 |
| Gloves Come Off, Ep. 10 | PA0001857855 |
| Gloves Come Off, Ep. 15 | PA0001857855 |
| Gloves Come Off, Ep. 20 | PA0001857855 |
| Gloves Come Off, Ep. 25 | PA0001857855 |
| Gods of Honour, Ep. 1 | PA0001063318 |
| Gods of Honour, Ep. 10 | PA0001063318 |
| Gods of Honour, Ep. 20 | PA0001063318 |
| Gods of Honour, Ep. 30 | PA0001063319 |
| Gods of Honour, Ep. 38 | PA0001063319 |
| Grace Under Fire, Ep. 1 | PA0001776413 |
| Grace Under Fire, Ep. 6 | PA0001776413 |
| Grace Under Fire, Ep. 12 | PA0001776413 |
| Grace Under Fire, Ep. 13 | PA0001776413 |
| Grace Under Fire, Ep. 18 | PA0001776413 |
| Grace Under Fire, Ep. 25 | PA0001776413 |
| Grace Under Fire. Ep. 32 | PA0001776413 |
| Heaven Sword and Dragon Sabre, Ep. 1 | PA0001012498 |
| Heaven Sword and Dragon Sabre. Ep. 10 | PA0001012498 |
| Heaven Sword and Dragon Sabre, Ep. 20 | PA0001012498 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Heaven Sword and Dragon Sabre, Ep. 30 | PA0001012450 |
| Heaven Sword and Dragon Sabre, Ep. 31 | PA0001012450 |
| Heaven Sword and Dragon Sabre, Ep. 41 | PA0001012450 |
| Highs and Lows, Ep. 1 | PA0001840632 |
| Highs and Lows, Ep. 5 | PA0001840632 |
| Highs and Lows, Ep. 10 | PA0001840632 |
| Highs and Lows, Ep. 15 | PA0001840632 |
| Highs and Lows, Ep. 20 | PA0001840632 |
| Highs and Lows, Ep. 26 | PA0001840632 |
| Highs and Lows, Ep. 29 | PA0001840632 |
| House of Harmony and Vengeance, Ep. 1 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 6 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 11 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 16 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 21 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 26 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 30 | PA0001857846 |
| Inbound Troubles, Ep. 1 | PA0001848886 |
| Inbound Troubles, Ep. 5 | PA0001848886 |
| Inbound Troubles, Ep. 10 | PA0001848886 |
| Inbound Troubles, Ep. 15 | PA0001848886 |
| Inbound Troubles, Ep. 20 | PA0001848886 |
| Karma Rider, Ep. 1 | PA0001863828 |
| Karma Rider, Ep. 6 | PA0001863828 |
| Karma Rider, Ep. 11 | PA0001863828 |
| Karma Rider, Ep. 15 | PA0001863828 |
| Karma Rider, Ep. 20 | PA0001863828 |
| King Maker, Ep. 1 | PA0001827056 |
| King Maker, Ep. 5 | PA0001827056 |
| King Maker, Ep. 10 | PA0001827056 |
| King Maker, Ep. 15 | PA0001827056 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| King Maker, Ep. 20 | PA0001827056 |
| King Maker, Ep. 22 | PA0001827056 |
| King Maker, Ep. 26 | PA0001827056 |
| Man In Charge, Ep. 1 | PA0001738145 |
| Man In Charge, Ep. 9 | PA0001738145 |
| Man In Charge, Ep. 12 | PA0001738145 |
| Man In Charge, Ep. 19 | PA0001738145 |
| Man In Charge, Ep. 20 | PA0001738145 |
| Master of Play, Ep. 1 | PA0001827046 |
| Master of Play, Ep. 6 | PA0001827046 |
| Master of Play, Ep. 11 | PA0001827046 |
| Master of Play, Ep. 16 | PA0001827046 |
| Master of Play, Ep. 21 | PA0001827046 |
| Master of Play, Ep. 27 | PA0001827046 |
| Master of Play, Ep. 30 | PA0001827046 |
| Missing You, Ep. 1 | PA0001840634 |
| Missing You, Ep. 5 | PA0001840634 |
| Missing You, Ep. 10 | PA0001840634 |
| Missing You, Ep. 15 | PA0001840634 |
| Missing You, Ep. 20 | PA0001840634 |
| Never Dance Alone, Ep. 1 | PA0001919570 |
| Never Dance Alone, Ep. 5 | PA0001919570 |
| Never Dance Alone, Ep. 10 | PA0001919570 |
| Never Dance Alone, Ep. 14 | PA0001919570 |
| Never Dance Alone, Ep. 19 | PA0001919570 |
| Never Dance Alone, Ep. 25 | PA0001919570 |
| Never Dance Alone, Ep. 30 | PA0001919570 |
| No Good Either Way, Ep. 1 | PA0001827058 |
| No Good Either Way, Ep. 6 | PA0001827058 |
| No Good Either Way, Ep. 10 | PA0001827058 |
| No Good Either Way, Ep. 14 | PA0001827058 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| No Good Either Way, Ep. 20 | PA0001827058 |
| Outbound Love, Ep. 1 | PA0001891391 |
| Outbound Love, Ep. 4 | PA0001891391 |
| Outbound Love, Ep. 8 | PA0001891391 |
| Outbound Love, Ep. 14 | PA0001891391 |
| Outbound Love, Ep. 18 | PA0001891391 |
| Outbound Love, Ep. 21 | PA0001891391 |
| Queen Divas, Ep. 1 | PA0001894494 |
| Queen Divas, Ep. 5 | PA0001894494 |
| Queen Divas, Ep. 9 | PA0001894494 |
| Queen Divas, Ep. 14 | PA0001894494 |
| Reality Check, Ep. 1 | PA0001845356 |
| Reality Check, Ep. 5 | PA0001845356 |
| Reality Check, Ep. 10 | PA0001845356 |
| Reality Check, Ep. 15 | PA0001845356 |
| Reality Check, Ep. 20 | PA0001845356 |
| Return of the Silver Tongue, Ep. 1 | PA0001910251 |
| Return of the Silver Tongue, Ep. 5 | PA0001910251 |
| Return of the Silver Tongue, Ep. 10 | PA0001910251 |
| Return of the Silver Tongue, Ep. 15 | PA0001910251 |
| Return of the Silver Tongue, Ep. 20 | PA0001910251 |
| Return of the Silver Tongue, Ep. 25 | PA0001910251 |
| Ruse of Engagement, Ep. 1 | PA0001901753 |
| Ruse of Engagement, Ep. 5 | PA0001901753 |
| Ruse of Engagement, Ep. 9 | PA0001901753 |
| Ruse of Engagement, Ep 15 | PA0001901753 |
| Ruse of Engagement, Ep. 20 | PA0001901753 |
| Ruse of Engagement, Ep. 24 | PA0001901753 |
| Season of Love, Ep. 1 | PA0001840377 |
| Season of Love, Ep. 5 | PA0001840377 |
| Season of Love, Ep. 10 | PA0001840377 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Season of Love, Ep. 15 | PA0001840377 |
| Season of Love, Ep. 20 | PA0001840377 |
| Sergeant Tabloid, Ep. 1 | PA0001827198 |
| Sergeant Tabloid, Ep. 6 | PA0001827198 |
| Sergeant Tabloid, Ep. 11 | PA0001827198 |
| Sergeant Tabloid, Ep. 15 | PA0001827198 |
| Sergeant Tabloid, Ep. 20 | PA0001827198 |
| Silver Spoon, Sterling Shackles, Ep. 1 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 4 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 8 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 13 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep 18 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 22 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 27 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 33 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 40 | PA0001840638 |
| Slow Boat Home, Ep. 1 | PA0001857765 |
| Slow Boat Home, Ep. 6 | PA0001857765 |
| Slow Boat Home, Ep. 11 | PA0001857765 |
| Slow Boat Home, Ep. 15 | PA0001857765 |
| Slow Boat Home, Ep. 19 | PA0001857765 |
| Slow Boat Home, Ep. 23 | PA0001857765 |
| Slow Boat Home, Ep. 25 | PA0001857765 |
| Sniper Standoff, Ep. 1 | PA0001881211 |
| Sniper Standoff, Ep. 5 | PA0001881211 |
| Sniper Standoff, Ep. 10 | PA0001881211 |
| Sniper Standoff, Ep. 15 | PA0001881211 |
| Sniper Standoff, Ep. 20 | PA0001881211 |
| Sniper Standoff, Ep. 22 | PA0001881211 |
| Sniper Standoff, Ep. 25 | PA0001881211 |
| Storm in a Cocoon, Ep. 1 | PA0001901640 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Storm in a Cocoon, Ep. 6 | PA0001901640 |
| Storm in a Cocoon, Ep. 10 | PA0001901640 |
| Storm in a Cocoon, Ep. 15 | PA0001901640 |
| Storm in a Cocoon, Ep. 19 | PA0001901640 |
| Storm in a Cocoon, Ep. 24 | PA0001901640 |
| Storm in a Cocoon, Ep. 29 | PA0001901640 |
| Storm in a Cocoon, Ep. 31 | PA0001901640 |
| Sweetness in the Salt, Ep. 1 | PA0001660153 |
| Sweetness in the Salt, Ep. 9 | PA0001660153 |
| Sweetness in the Salt, Ep. 13 | PA0001660153 |
| Sweetness in the Salt, Ep. 17 | PA0001660153 |
| Sweetness in the Salt, Ep. 21 | PA0001727287 |
| Sweetness in the Salt, Ep. 23 | PA0001727287 |
| Sweetness in the Salt, Ep. 25 | PA0001727287 |
| Swipe Tap Love, Ep. 1 | PA0001900069 |
| Swipe Tap Love. Ep. 5 | PA0001900069 |
| Swipe Tap Love, Ep. 10 | PA0001900069 |
| Swipe Tap Love, Ep. 14 | PA0001900069 |
| Swipe Tap Love, Ep. 20 | PA0001900069 |
| The Confidant, Ep. 1 | PA0001840635 |
| The Confidant, Ep. 6 | PA0001840635 |
| The Confidant, Ep. 11 | PA0001840635 |
| The Confidant, Ep. 17 | PA0001840635 |
| The Confidant, Ep. 22 | PA0001840635 |
| The Confidant, Ep. 28 | PA0001840635 |
| The Confidant, Ep. 33 | PA0001840635 |
| The Day of Days, Ep. 1 | PA0001839833 |
| The Day of Days, Ep. 5 | PA0001839833 |
| The Day of Days, Ep. 10 | PA0001839833 |
| The Day of Days, Ep. 15 | PA0001839833 |
| The Day of Days, Ep. 20 | PA0001839833 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| The Four, Ep. 1 | PA0001638548 |
| The Four, Ep. 5 | PA0001638548 |
| The Four, Ep. 10 | PA0001638548 |
| The Four, Ep. 12 | PA0001638548 |
| The Four, Ep. 15 | PA0001638548 |
| The Four, Ep. 20 | PA0001638548 |
| The Four, Ep. 24 | PA0001638550 |
| The Four, Ep. 25 | PA0001638550 |
| The Greatness of A Hero, Ep. 1 | PA0001660075 |
| The Greatness of A Hero, Ep. 5 | PA0001660075 |
| The Greatness of A Hero, Ep. 10 | PA0001660075 |
| The Greatness of A Hero, Ep. 14 | PA0001660075 |
| The Greatness of A Hero, Ep. 20 | PA0001660075 |
| The Hippocratic Crush, Ep. 1 | PA0001857863 |
| The Hippocratic Crush, Ep. 6 | PA0001857863 |
| The Hippocratic Crush, Ep. 11 | PA0001857863 |
| The Hippocratic Crush, Ep. 16 | PA0001857863 |
| The Hippocratic Crush, Ep. 21 | PA0001857863 |
| The Hippocratic Crush, ep. 25 | PA0001857863 |
| The Hippocratic Crush II, Ep. 1 | PA0001883626 |
| The Hippocratic Crush II, Ep. 6 | PA0001883626 |
| The Hippocratic Crush II, Ep. 11 | PA0001883626 |
| The Hippocratic Crush II, Ep. 16 | PA0001883626 |
| The Hippocratic Crush II, Ep. 21 | PA0001883626 |
| The Hippocratic Crush II, Ep. 25 | PA0001883626 |
| The Hippocratic Crush II, Ep. 30 | PA0001883626 |
| The Last Steep Ascent, Ep. 1 | PA0001827043 |
| The Last Steep Ascent, Ep. 5 | PA0001827043 |
| The Last Steep Ascent, Ep. 12 | PA0001827043 |
| The Last Steep Ascent, Ep. 17 | PA0001827043 |
| The Last Steep Ascent, Ep. 20 | PA0001827043 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
| --- | --- |
| The Last Steep Ascent, Ep. 24 | PA0001827043 |
| The Master of Tai Chi, Ep. 1 | PA0001619042 |
| The Master of Tai Chi, Ep. 8 | PA0001619042 |
| The Master of Tai Chi, Ep. 16 | PA0001619042 |
| The Master of Tai Chi, Ep. 17 | PA0001619042 |
| The Master of Tai Chi, Ep. 23 | PA0001619041 |
| The Ultimate Addiction, Ep. 1 | PA0001916638 |
| The Ultimate Addiction, Ep. 6 | PA0001916638 |
| The Ultimate Addiction, Ep. 11 | PA0001916638 |
| The Ultimate Addiction, Ep. 15 | PA0001916638 |
| The Ultimate Addiction, Ep. 17 | PA0001916638 |
| The Ultimate Addiction, Ep. 22 | PA0001916638 |
| The Ultimate Addiction, Ep. 26 | PA0001916638 |
| The Ultimate Addiction, Ep. 30 | PA0001916638 |
| Three Kingdoms RPG, Ep. 1 | PA0001827052 |
| Three Kingdoms RPG, Ep. 5 | PA0001827052 |
| Three Kingdoms RPG, Ep. 9 | PA0001827052 |
| Three Kingdoms RPG, Ep. 13 | PA0001827052 |
| Three Kingdoms RPG, Ep. 18 | PA0001827052 |
| Three Kingdoms RPG, Ep. 21 | PA0001827052 |
| Three Kingdoms RPG, Ep. 24 | PA0001827052 |
| Tiger Cubs, Ep. 1 | PA0001827044 |
| Tiger Cubs, Ep. 5 | PA0001827044 |
| Tiger Cubs, Ep. 9 | PA0001827044 |
| Tiger Cubs, Ep. 13 | PA0001827044 |
| Triumph in The Skies II, Ep. 1 | PA0001877655 |
| Triumph in The Skies II, Ep. 7 | PA0001877655 |
| Triumph in The Skies II, Ep. 13 | PA0001877655 |
| Triumph in The Skies II, Ep. 19 | PA0001877655 |
| Triumph in The Skies II, Ep. 24 | PA0001877655 |
| Triumph in The Skies II, Ep. 29 | PA0001877655 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Triumph in The Skies II, Ep. 33 | PA0001877655 |
| Triumph in The Skies II, Ep. 39 | PA0001877655 |
| Triumph in The Skies II, Ep. 41 | PA0001877655 |
| Twin of Brothers, Ep. 1 | PA0001242731 |
| Twin of Brothers, Ep. 5 | PA0001242731 |
| Twin of Brothers, Ep. 10 | PA0001242731 |
| Twin of Brothers, Ep. 13 | PA0001242731 |
| Twin of Brothers, Ep. 18 | PA0001242731 |
| Twin of Brothers, Ep. 23 | PA0001242730 |
| Twin of Brothers, Ep. 25 | PA0001242730 |
| Twin of Brothers, Ep. 30 | PA0001242730 |
| Twin of Brothers, Ep. 35 | PA0001242730 |
| Twin of Brothers, Ep. 41 | PA0001242739 |
| Twin of Brothers, Ep. 42 | PA0001242739 |
| Whatever It Takes, Ep. 1 | PA0001102787 |
| Whatever It Takes, Ep. 7 | PA0001102787 |
| Whatever It Takes, Ep. 8 | PA0001102787 |
| Whatever It Takes, Ep. 14 | PA0001102787 |
| Whatever It Takes, Ep. 17 | PA0001102787 |
| Whatever It Takes, Ep. 20 | PA0001102787 |
| Will Power, Ep.1 | PA0001884284 |
| Will Power, Ep. 5 | PA0001884284 |
| Will Power, Ep. 11 | PA0001884284 |
| Will Power, Ep. 16 | PA0001884284 |
| Will Power, Ep. 21 | PA0001884284 |
| Will Power, Ep. 26 | PA0001884284 |
| Will Power, Ep. 31 | PA0001884284 |
| Witness Insecurity, Ep. 1 | PA0001827051 |
| Witness Insecurity, Ep. 5 | PA0001827051 |
| Witness Insecurity, Ep. 10 | PA0001827051 |
| Witness Insecurity, Ep. 14 | PA0001827051 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Witness Insecurity, Ep. 19 | PA0001827051 |
| Witness to a Prosecution, Ep. 1 | PA0000980415 |
| Witness to a Prosecution, Ep. 8 | PA0000980415 |
| Witness to a Prosecution, Ep. 15 | PA0000980415 |
| Witness to a Prosecution, Ep. 16 | PA0000980415 |
| Witness to a Prosecution, Ep. 22 | PA0000980415 |

# EXHIBIT 93

 **TVpad Store**

 **My TVpad**

 **Settings**

 粤海寬頻3

 粤海寬頻23

 港粤快看

 港粤網路電視

 粤海直播

 粤TV

 体育online3

 华数TV

 BETVⅡ3

 516TV

 516網路電視3

 DB예능hot

 Tvpad

 VIZIO

   

PM 7:14 OCT/30/2014

EXHIBIT 93

港粵快看

 按更新

 按評分

 按熱門

 收藏

 歷史

 搜索

2014世界杯专辑(22)

更新劇集(連載劇)(4)

熱播劇集(完結劇)(15)

強檔綜藝(12)

即將下線(7)

1/5

 推薦影片


2014 FIFA ...


2014 FIFA ...


2014 FIFA ...


2014 FIFA ...

 TVpad□

VIZIO

PM 5:28 NOV/ 4/2014

更新劇集(連載劇)

 按更新

 按評分

 按熱門

 收藏

歷史

 搜索

名門暗戰

老表，你好hea！

飛虎 II

愛•回家

1/4



名門暗戰

導演：　羅永賢
主演：　黎耀祥, 黃浩然, 邵美琪,...
時長：

 TVpado

HDMI DTV

VIZIO

 PM 5.28 NOV/ 4/2014

3

熱播劇集(完結劇)

再戰明天

大藥坊

使徒行者

載得有情人

我們的天空

忠奸人

寒山潛龍

點金勝手

1/15

 按更新

 按評分

 按熱門

 收藏

 歷史

 搜索



再戰明天

導演:　林志華
主演:　吳啟華, 徐子珊, 王浩信,...
時長:　0 mins

 tvpado

PM 5:29 NOV/ 4/2014

VIZIO

熱播劇集(完結劇)

點金勝手

西遊記

女人俱樂部

愛我請留言

叛逃

守業者

食為奴

單戀雙城

8/15



點金勝手

| | |
|---|---|
| 導演： | 莊偉建 |
| 主演： | 黃宗澤, 徐子珊, 黃智賢,... |
| 時長： | 0 mins |

 按更新

 按評分

 按熱門

 收藏

 歷史

 搜索



PM 5:29 NOV/ 4/2014

強檔綜藝

 按更新

 按評分

 按熱門

 收藏

 歷史

 搜索

**東張西望20141104**

東張西望20141103

超級巨聲4

守護生命的故事2

12道鋒味

爸B也Upgrade 2

女皇的盛宴

千奇百趣玩HIGH D

1/12



東張西望20141104

導演：　暫無

主演：　崔建邦 / 何傲芝 / 張慧...

時長：　0 mins



PM 5:29 NOV/ 4/2014

強檔綜藝

 按更新

 按評分

 按熱門

 收藏

 歷史

 搜索

**12道鋒味**

爸B也Upgrade 2

女皇的盛宴

千奇百趣玩HIGH D

香港人漂流記

沒女大翻身

Sunday扮嘢王

街頭魔法王2

5/12



12道鋒味

導演： 何小慧

主演： 謝霆鋒

時長： 0 mins

 tvpado



PM 5:30 NOV/ 4/2014

7

即將下線

 按更新

 按評分

 按熱門

 收藏

 歷史

 搜索

東張西望20141031

東張西望20141030

東張西望20141029

東張西望20141028

東張西望20141027

瘋狂夏水禮

新抱喜相逢

1/7



東張西望20141031

導演：　暫無

主演：　崔建邦 / 何傲芝 / 張慧...

時長：　0 mins

 TVpado



PM 5:30 NOV/ 4/2014

VIZIO


**TVpad Store**


**My TVpad**


**Settings**


粤海宽频3


粤海宽频23


港粤快看


港粤網路電視


粤海直播


粤TV


体育online3


华数TV


BETVⅡ3


516TV


516網路電視3


DB예능hot


**TVpad**
HDMI LDTV



VIZIO


GALLEVIA

**9**

PM 7:14 OCT/30/2014

 直播  回放  影視  專題  套餐  搜索  更多

直播頻道推薦

高清翡翠臺HD

 最近播放 　我的收藏 　我的預定

 世界地球日

互動新聞臺

同步劇場

亞洲高清臺

 愛‧回家　 使徒行者　 忠奸人

熱播綜藝

J2

 搵個好男人　 燭光晚餐　 年代大激鬥　 食平DD

2014.10.30 (四) 18:08

 TVpad

PM 7:09 OCT/30/2014

10

 影視

搜索

熱劇　經典劇　消閒　娛樂　戲曲



再戰明天

 我們的天空

 大藥坊

 使徒行者

 愛・回家

 忠奸人

 載得有情人

 瘋狂夏水禮

 叛逃

1/8

 Tvpad

  

PM 7:09 OCT/30/2014

11





 影視　　　　　　　　　　　　　　　　　　　　🔍 搜索

熱劇　　經典劇　　消閒　　娛樂　　戲曲



情逆三世緣


女警愛作戰


戀愛季節


巨輪


金枝慾孽貳

好心作怪


法外風雲

衝上雲霄II


OnCall36小时

4/8



  

VIZIO

PM 7:10 OCT/30/2014

14

 影視

 搜索

熱劇　經典劇　消閒　娛樂　戲曲



On Call 36小時II



My 盛 Lady



心戰



造王者



天梯



耀舞长安



盛世仁杰



幸福摩天輪



拳王

5/8

 TVpad

HDMI iDTV

  

PM 7:10 OCT/30/2014

VIZIO

15

 影視

 搜索

熱劇　經典劇　消閒　娛樂　戲曲



怒火街頭2



名媛望族



雷霆掃毒



老表, 你好嘢!

回到三國



護花危情



飛虎

法網狙擊



當旺爸爸

6/8

 TVpad



PM 7:10 OCT/30/2014

16

 影視

 搜索

熱劇　經典劇　消閒　娛樂　戲曲



大太監



初五啟市錄



沖呀！瘦薪兵團



愛情來的時候　新...



愛情來的時候 馬來...



愛情來的時候　韓...



食為奴



愛情來的時候　日...

舌劍上的公堂

7/8



  

PM 7:10 OCT/30/2014

17

 影視

 搜索

**熱劇**　經典劇　消閑　娛樂　戲曲



守護生命的故事



貓屎媽媽

8/8





PM 7:10 OCT/30/2014

18



影視 搜索

熱劇　經典劇　消閑　娛樂　戲曲



圓月彎刀（新）



天子尋龍



天機算（新）



太極（新）



精武門（新）



洗冤錄



碧血鹽梟



封神榜



幕后大老爷

1/3


tvpad



PM 7:10 OCT/30/2014

19

 影視

搜索

熱劇　經典劇　消閒　娛樂　戲曲



倚天屠龍記


尋秦记


新方世玉


天龙八部


神雕俠侣


射雕英雄传


少年四大名捕


女拳


鹿鼎记

2/3

  TVpad

PM 7:11 OCT/30/2014

 影視

 搜索

熱劇　經典劇　消閒　娛樂　戲曲



霍元甲



大唐双龙传

3/3

 TVpad

HDMI DTV

  

PM 7:11 OCT/30/2014

VIZIO

GALLEVIA

21



22

 影視

 搜索

熱劇　　經典劇　　消閒　　娛樂　　戲曲



度身訂造旅行團


走過浮華大地 亞洲...


走過浮華大地

走過烽火大地


迎海尋珍奪寶


新春自家菜


搵食

玩轉三周半


玩嘢王

2/4

 TVpado



PM 7:11 OCT/30/2014

 影視

🔍 搜索

熱劇　經典劇　消閒　娛樂　戲曲

暫無圖片

體通體透

 食平D

 千奇百趣玩FREE D

 千奇百趣东南亚

 滿Fun情趣鬥登對

 叻哥遊世界

快樂地圖

決戰一分鐘

極地狂奔

3/4

TVpad

PM 7:11 OCT/30/2014

24





影視　　　　　　　　　　　　🔍 搜索

熱劇　　經典劇　　消閒　　**娛樂**　　戲曲



千奇百趣玩HIGH D



東張西望



香港人漂流記



2014香港小姐競選...



2014香港小姐競選...



沒女大翻身



Sunday扮嘢王

街頭魔法王2

快樂聯盟

1/7


Tvpad

 影視

🔍 搜索

熱劇　　經典劇　　消閒　　娛樂　　戲曲



燭光晚餐


夏 . 日 . 悠遊


杜德偉·巨星同學會


2014 FIFA 巴西世...


2014勁歌金曲優秀...


2014 FIFA 巴西世...


走過足球聖地

年代大激鬥


2013年度勁歌金曲...

2/7

 Tvpado

PM 7:11 OCT/30/2014

VIZIO

27

 影視

搜索

熱劇　經典劇　消閑　娛樂　戲曲



2013娛樂大派對



萬千星輝頒獎典禮...



最佳女主角



萬千星輝頒獎典禮...



星夢傳奇



勁歌金曲馬拉松20...



超級無敵獎門人 終...



東張西望 萬千星輝...



歡樂滿東華2013

3/7

 TVpado

PM 7:12 OCT/30/2014

28

 影視

 搜索

熱劇　經典劇　消閒　娛樂　戲曲





最瀛自由行

最佳男主角

志在高興 志偉大派...


演嘢


左麟右李左Friend右Band...


星光熠熠耀保良

香港小姐競選 漫遊...

萬眾同心公益金


萬千星輝賀台慶20...

4/7

 TVpad

 

VIZIO

PM 7:12 OCT/30/2014

29

 影視

 搜索

熱劇　　經典劇　　消閑　　**娛樂**　　戲曲

暫無圖片

萬千星輝賀台慶2012

 萬千星輝頒獎典禮...

暫無圖片
萬千升呢福祿壽

 善心滿載仁愛堂

 求愛大作戰

 明愛暖萬心

反斗紅星放暑假

 2013香港小姐競選...

 2013香港小姐競選...

5/7

TVpad

PM 7:12 OCT/30/2014

 影視

 搜索

熱劇　　經典劇　　消閑　　娛樂　　戲曲


2013勁歌金曲優秀選第一…


2013國泰航空新春…


2013國際中華小姐…


2012香港小姐競選


2012年度十大勁歌…


2014國際中華小姐…


駿馬迎新歲


保良金馬賀新春


2014國泰航空新春…

6/7

 TVpad

   

PM 7:12 OCT/30/2014

VIZIO

31



 TVpad Store

 N+ Store

 谍战剧场

 老电影HD

 体育人间

 My TVpad

 工具箱

 港台武侠

 影视谷

 NamTV

 Settings

 월드TV

 NIJI_Show

 BETV3

 粤海時移3

 TVpad



PM 7:14 OCT/30/2014

34



## 港臺武俠



圆月弯刀（新）
★★★★★★★★★★



天子寻龙
★★★★★★★★★★



天机算
★★★★★★★★★★

太极（新）
★★★★★★★★★★



精武门（新）
★★★★★★★★★★

1/20

圆月弯刀（新）

导演： 萧显辉
主演： 古天乐 温碧霞 梁小冰
時長：

 Tvpad

  

VIZIO

# 港臺武俠

 洗冤录
★★★★★★★★★★

 碧血盐枭
★★★★★★★★★★

 封神榜
★★★★★★★★★★

 幕后大老爷
★★★★★★★★★★

 倚天屠龙记
★★★★★★★★★★

10/20



倚天屠龙记

導演: 庄伟建
主演: 黎姿 吴启华 佘诗曼 刘...
時長:



  

PM 7:13 OCT/30/2014

36

# 港臺武俠

 寻秦记
★★★★★★★★★★

 新方世玉
★★★★★★★★★★

 天龙八部
★★★★★★★★★★

 神雕侠侣
★★★★★★★★★★

 射雕英雄传
★★★★★★★★★★

15/20



射雕英雄传

導演：　王天林
主演：　黄日华 翁美玲 苗侨伟 ...
時長：

  


HDMI HDTV

VIZIO

PM 7:13 OCT/30/2014

37

# 港臺武俠

 少年四大名捕
★★★★★★★★★★

 女拳
★★★★★★★★★★

 鹿鼎记
★★★★★★★★★★

 霍元甲
★★★★★★★★★★

 大唐双龙传
★★★★★★★★★★

20/20



大唐双龙传

导演： 蔡晶盛
主演： 林峰 吴卓羲 杨怡 胡定...
時長：



  

PM 7:13 OCT/30/2014

VIZIO

# EXHIBIT 94

| Registered CCTV Programs | | |
|---|---|---|
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

EXHIBIT 94

# EXHIBIT 95



DISH Network L.L.C.
P.O. Box 6663, Englewood, CO 80155-6663
303.723-1000

November 20, 2014

**Via Federal Express and Email**

Create New Technology (HK) Limited
Room D, 10/F
Tower A, Billion Centre
1 Wang Kwong Road
Kowloon Bay, Kowloon
HONG KONG

Email: sales@creatent.net; help@itvpad.com

     Re:   Infringement of Programming

To Whom It May Concern:

    I am the Senior Vice President, International & Legal Affairs for DISH Network L.L.C. ("DISH"), which is the exclusive satellite provider in the United States of certain copyrighted television programming owned and distributed by China Central Television and its affiliated companies ("CCTV"), and the exclusive satellite and "over the top" provider in the United States of certain copyrighted television programming owned and distributed by Television Broadcasts Limited and its affiliated companies ("TVB"). On behalf of DISH, CCTV and TVB, I am writing to demand that you immediately cease and desist from infringing and/or contributing to the infringement of CCTV and TVB programs.

    As you may know, DISH is a leading provider of satellite television programming in the United States, with over 14 million commercial and residential subscribers. In addition to providing programming that originates in the United States, DISH is also proud to provide its U.S. customers with programming that is produced in other countries. This includes television content from CCTV and TVB.

    It has come to our attention that CNT manufactures a set-top device known as the "TVpad" and sells the device through a global network of distributors, including distributors in the United States. As you are aware, the TVpad device enables customers to view pirated television programming (played live, time-delayed, and on-demand) from overseas, including pirated television programming from Hong Kong and mainland China. It is our understanding

EXHIBIT 95

that CNT makes no payment to DISH, CCTV, TVB or other broadcasters for the use of this content, and neither DISH, CCTV nor TVB has authorized CNT or any other party to make CCTV or TVB content available through the TVpad. The unauthorized reproduction, public performance, display, and distribution of CCTV and TVB content in the United States constitutes copyright infringement under U.S. law.

It is our understanding that CNT is responsible not only for manufacture and sale of the TVpad device, but also for acquiring, reproducing and making available the unauthorized content on the device through an "app store," by means of applications available through that store, some or all of which may operate on a peer-to-peer basis. In light of the foregoing, we have cause to believe that CNT and/or persons acting in concert with CNT are directly infringing the copyrights in television programming for which DISH, CCTV and/or TVB own exclusive rights, as well as inducing, materially contributing to, and failing to control the blatant infringing activities of others through the TVpad device.

Attached hereto as <u>Exhibit A</u> is a list of applications available on the TVpad app store that provide infringing content and a list of the CCTV and TVB channels transmitted through those applications. Attached hereto as <u>Exhibit B</u> is a representative list of some of the CCTV and TVB programs that are illegally provided by CNT and/or persons acting in concert with CNT. Please be aware, however, that <u>all</u> of the CCTV and TVB television programming accessible through the TVpad by whatever means—whether live, time-delayed, or on-demand— is infringing.

We demand that CNT and any parties acting in concert with CNT, or pursuant to CNT's direction or control, immediately: **(a) cease and desist providing CCTV and TVB content through the TVpad and its affiliated network; and (b) cease and desist providing the applications listed in Exhibit A, and any similar infringing applications, through the TVpad app store or otherwise**. The continued reproduction, performance, display, and distribution of CCTV and TVB content following receipt of this letter may constitute willful infringement.

We note that CNT has not designated an agent under the Digital Millennium Copyright Act ("DMCA") for notification of claims of infringement pursuant to Section 512(c) of the DMCA. However, for the avoidance of doubt, in the unlikely event that any of the infringing content delivered through the TVpad app store and the applications available therein is provided by third parties, this letter constitutes notice on behalf of DISH, CCTV and TVB, under 17 U.S.C. § 512(c)(3)(A), that DISH, CCTV and TVB have a good faith belief that the reproduction, performance, display, and distribution of these applications, and the content provided through these applications including the representative programming listed on Exhibit B, is not authorized and infringes the respective rights of DISH, CCTV and TVB in their copyrighted works. We accordingly demand that you remove or disable access to the infringing material. If you fail to do so, you may be liable for damages and injunctive relief. I certify that the information we have provided is accurate and that, under penalty of perjury, I am authorized to act on behalf of DISH, CCTV and TVB, owners of the rights infringed by the above-referenced content.

This letter is without prejudice to any of DISH's, CCTV's or TVB's rights or remedies at law or in equity, all of which are specifically reserved.

Sincerely,

Chris Kuelling
Senior Vice President, International Business & Legal Affairs
DISH Network L.L.C.

3



DISH Network L.L.C.
P.O. Box 6663, Englewood, CO 80155-6663
303.723-1000

November 20, 2014

**Via Federal Express and Email**

Asha Media/TVpad.com
PO Box 6282
Brandon, Florida 33511

411 Walnut Street
Suite #5900
Green Cove Springs, FL, 32043

Email: sales@tvpad.com

> Re:   Infringement of Programming

To Whom It May Concern:

      I am the Senior Vice President, International & Legal Affairs for DISH Network L.L.C. ("DISH"), which is the exclusive satellite provider in the United States of certain copyrighted television programming owned and distributed by China Central Television and its affiliated companies ("CCTV"), and the exclusive satellite and "over the top" provider in the United States of certain copyrighted television programming owned and distributed by Television Broadcasts Limited and its affiliated companies ("TVB"). On behalf of DISH, CCTV and TVB, I am writing to demand that you immediately cease and desist from infringing and/or contributing to the infringement of CCTV and TVB programs.

      As you may know, DISH is a leading provider of satellite television programming in the United States, with over 14 million commercial and residential subscribers. In addition to providing programming that originates in the United States, DISH is also proud to provide its U.S. customers with programming that is produced in other countries. This includes television content from CCTV and TVB.

      It has come to our attention that Asha Media is currently selling a set-top device known as the "TVpad" that enables customers to view pirated television broadcasts (played live, time-delayed, and on-demand) from overseas, including pirated television programming from Hong Kong and mainland China. We also understand that Asha Media promotes the availability of

TVB and CCTV programming through the TVpad device.  It is our further understanding that neither Asha Media nor any other party makes any payment to DISH, CCTV, TVB or other broadcasters for the use of this content, and neither DISH, CCTV nor TVB has authorized Asha Media or any other party to make content available through the TVpad.  The unauthorized reproduction, public performance, display, and distribution of CCTV and TVB content in the United States constitutes copyright infringement under U.S. law, as does the advertising and promotion of the availability of—and the encouragement of consumers to access—such infringing content.

It is our understanding that pirated CCTV and TVB content on the TVpad device is made available to your customers without authorization through an "app store," by means of applications available through that store, some or all of which may operate on a peer-to-peer basis.  In light of the foregoing, we have cause to believe that the parties responsible for acquiring, reproducing, and transmitting pirated CCTV and TVB content on the device, as well as customers who purchase and use the TVpad device, may directly infringe the copyrights in television programming for which DISH, CCTV and/or TVB owns exclusive rights.  Asha Media is therefore liable for secondary copyright infringement because of its involvement in the sale and distribution of TVpad devices, its inducement of customers to infringe CCTV and TVB programming, and its material contribution to the infringing activities of others.  Attached hereto as <u>Exhibit A</u> is a list of applications available on the TVpad app store that provide infringing content and a list of the CCTV and TVB channels transmitted through those applications.  Attached hereto as <u>Exhibit B</u> is a representative list of some of the CCTV and TVB programs that are illegally provided through those applications.  Please be aware, however, that <u>all</u> of the CCTV and TVB television programming accessible through the TVpad by whatever means— whether live, time-delayed, or on-demand—is infringing.

We demand that Asha Media immediately:  **<u>(a) cease and desist selling TVpad devices that offer the applications listed in Exhibit A, or any similar infringing applications, through the TVpad app store; (b) cease and desist providing the applications listed in Exhibit A, and any similar applications; and (c) cease and desist marketing and promoting the availability of CCTV and TVB content on the TVpad, and encouraging consumers to access such content through the TVpad.</u>**  Your continued infringing activity following receipt of this letter may constitute willful infringement.

This letter is without prejudice to any of DISH's, CCTV's or TVB's rights or remedies at law or in equity, all of which are specifically reserved.

Sincerely,

Chris Kuelling
Senior Vice President, International Business & Legal Affairs
DISH Network L.L.C.



DISH Network L.L.C.
P.O. Box 6663, Englewood, CO  80155-6663
303.723-1000

November 20, 2014

**<u>Via Federal Express and Email</u>**

Club TVpad, Inc.
3240 Shawn Way
Hayward, California 94541

Email: clubtvpad.com@domainsbyproxy.com

       Re:     <u>Infringement of Programming</u>

To Whom It May Concern:

     I am the Senior Vice President, International & Legal Affairs for DISH Network L.L.C. ("DISH"), which is the exclusive satellite provider in the United States of certain copyrighted television programming owned and distributed by China Central Television and its affiliated companies ("CCTV"), and the exclusive satellite and "over the top" provider in the United States of certain copyrighted television programming owned and distributed by Television Broadcasts Limited and its affiliated companies ("TVB").  On behalf of DISH, CCTV and TVB, I am writing to demand that you immediately cease and desist from infringing and/or contributing to the infringement of CCTV and TVB programs.

     As you may know, DISH is a leading provider of satellite television programming in the United States, with over 14 million commercial and residential subscribers.  In addition to providing programming that originates in the United States, DISH is also proud to provide its U.S. customers with programming that is produced in other countries.  This includes television content from CCTV and TVB.

     It has come to our attention that Asha Media is currently selling a set-top device known as the "TVpad" that enables customers to view pirated television broadcasts (played live, time-delayed, and on-demand) from overseas, including pirated television programming from Hong Kong and mainland China.  We also understand that Asha Media promotes the availability of TVB and CCTV programming through the TVpad device.  It is our further understanding that neither Asha Media nor any other party makes any payment to DISH, CCTV, TVB or other broadcasters for the use of this content, and neither DISH, CCTV nor TVB has authorized Asha Media or any other party to make content available through the TVpad.  The unauthorized

reproduction, public performance, display, and distribution of CCTV and TVB content in the United States constitutes copyright infringement under U.S. law, as does the advertising and promotion of the availability of—and the encouragement of consumers to access—such infringing content.

It is our understanding that pirated CCTV and TVB content on the TVpad device is made available to your customers without authorization through an "app store," by means of applications available through that store, some or all of which may operate on a peer-to-peer basis. In light of the foregoing, we have cause to believe that the parties responsible for acquiring, reproducing, and transmitting pirated CCTV and TVB content on the device, as well as customers who purchase and use the TVpad device, may directly infringe the copyrights in television programming for which DISH, CCTV and/or TVB owns exclusive rights. Asha Media is therefore liable for secondary copyright infringement because of its involvement in the sale and distribution of TVpad devices, its inducement of customers to infringe CCTV and TVB programming, and its material contribution to the infringing activities of others. Attached hereto as Exhibit A is a list of applications available on the TVpad app store that provide infringing content and a list of the CCTV and TVB channels transmitted through those applications. Attached hereto as Exhibit B is a representative list of some of the CCTV and TVB programs that are illegally provided through those applications. Please be aware, however, that all of the CCTV and TVB television programming accessible through the TVpad by whatever means—whether live, time-delayed, or on-demand—is infringing.

We demand that Asha Media immediately: **(a) cease and desist selling TVpad devices that offer the applications listed in Exhibit A, or any similar infringing applications, through the TVpad app store; (b) cease and desist providing the applications listed in Exhibit A, and any similar applications; and (c) cease and desist marketing and promoting the availability of CCTV and TVB content on the TVpad, and encouraging consumers to access such content through the TVpad.** Your continued infringing activity following receipt of this letter may constitute willful infringement.

This letter is without prejudice to any of DISH's, CCTV's or TVB's rights or remedies at law or in equity, all of which are specifically reserved.

Sincerely,

Chris Kuelling
Senior Vice President, International Business & Legal Affairs
DISH Network L.L.C.