Davis Wright Tremaine LLP
Carla A. McCauley SBN 223910
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Ph: (213) 633-6800
Fax: (213) 633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| China Central Television, et al. | CASE NUMBER CV 15-1869 MMM (AJWx) |
|---|---|
| Plaintiff(s) | |
| v. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |
| Create New Technology (HK) Limited, et al. | |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Balin, Robert D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019-6708

(212) 489-8230     (212) 489-8340
*Telephone Number    Fax Number*

robbalin@dwt.com
*E-Mail Address*

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C.

*Name(s) of Party(ies) Represented*     ☑ *Plaintiff*     ☐ *Defendant*     ☐ *Other:*

**and designating as Local Counsel**

Carla A. McCauley
*Designee's Name (Last Name, First Name & Middle Initial)*

Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

223910     (213) 633-6800
*Designee's Cal. Bar Number    Telephone Number*

(213) 633-6899
*Fax Number*

*Firm Name & Address*

carlamccauley@dwt.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**[ ] GRANTED.**
**[ ] DENIED.** Fee shall be returned by the Clerk.
**[ ] DENIED.** For failure to pay the required fee.

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**