Davis Wright Tremaine LLP
Carla A. McCauley SBN 223910
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Ph: (213) 633-6800
Fax: (213) 633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| China Central Television, et al. | CASE NUMBER CV 15-1869 MMM (AJWx) |
|---|---|
| Plaintiff(s) | |
| v. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |
| Create New Technology (HK) Limited, et al. | |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

_____Bayard, Samuel M._____ of
*Applicant's Name (Last Name, First Name & Middle Initial)*

Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019-6708

_____(212) 489-8230_____   _____(212) 489-8340_____
*Telephone Number*   *Fax Number*

_____sambayard@dwt.com_____
*E-Mail Address*   *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs China Central Television, China International Communications Co., Ltd.,
TVB Holdings (USA), Inc. and DISH Network L.L.C.

*Name(s) of Party(ies) Represented*   ☑ *Plaintiff*   ◯ *Defendant*   ◯ *Other:*_____

**and designating as Local Counsel**

_____Carla A. McCauley_____ of
*Designee's Name (Last Name, First Name & Middle Initial)*

Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

_____223910_____   _____(213) 633-6800_____
*Designee's Cal. Bar Number*   *Telephone Number*

_____(213) 633-6899_____
*Fax Number*   *Firm Name & Address*

_____carlamccauley@dwt.com_____
*E-Mail Address*

**hereby ORDERS the Application be:**

**[ ] GRANTED**.
**[ ] DENIED.** Fee shall be returned by the Clerk.
**[ ] DENIED.** For failure to pay the required fee.

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**