Davis Wright Tremaine LLP
Carla A. McCauley SBN 223910
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Ph: (213) 633-6800
Fax: (213) 633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Central Television, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Create New Technology (HK) Limited, et al.<br><br>Defendant(s). | CASE NUMBER CV 15-1869 MMM (AJWx)<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

   Koonce III, Lacy H.    of    Davis Wright Tremaine LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1633 Broadway, 27th Floor
   New York, NY 10019-6708

   (212) 489-8230      (212) 489-8340
*Telephone Number*      *Fax Number*

   lancekoonce@dwt.com
*E-Mail Address*      *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

   Plaintiffs China Central Television, China International Communications Co., Ltd.,
   TVB Holdings (USA) , Inc. and DISH Network L.L.C.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff   ☐ Defendant   ☐ Other:

**and designating as Local Counsel**

   Carla A. McCauley    of    Davis Wright Tremaine LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   865 S. Figueroa Street, Suite 2400
   Los Angeles, CA 90017

   223910      (213) 633-6800
*Designee's Cal. Bar Number*   *Telephone Number*

   (213) 633-6899
*Fax Number*   *Firm Name & Address*

   carlamccauley@dwt.com
   *E-Mail Address*

**hereby ORDERS the Application be:**

**[X ] GRANTED**.
[ ] DENIED. Fee shall be returned by the Clerk.
[ ] DENIED. For failure to pay the required fee.

**Dated March 17, 2015**

*Margaret M. Morrow*
**U.S. District Judge/U.S. Magistrate Judge**