1  CARLA A. McCAULEY (State Bar No. 223910
      carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice* pending)
5     bobbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice* pending)
6     lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice* pending)
7     samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice* pending)
8     georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1633 Broadway
   New York, New York 10019
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS

11            **UNITED STATES DISTRICT COURT**
12            **CENTRAL DISTRICT OF CALIFORNIA**

13 CHINA CENTRAL TELEVISION, a China       ) Case No.
   company; CHINA INTERNATIONAL            ) **CV 15-1869 MMM (AJWx)**
14 COMMUNICATIONS CO., LTD., a China       )
   company; TVB HOLDINGS (USA), INC., a    ) **PROOF OF SERVICE BY U.S.**
15 California corporation; and DISH        ) **MAIL**
   NETWORK L.L.C., a Colorado limited      )
16 liability company,                      )
                                           )
17           Plaintiffs,                   )
       vs.                                 )
18 CREATE NEW TECHNOLOGY (HK)              )
   LIMITED, a Hong Kong company; HUA       )
19 YANG INTERNATIONAL TECHNOLOGY           )
   LTD., a Hong Kong company; SHENZHEN     )
20 GREATVISION NETWORK                     )
   TECHNOLOGY CO. LTD., a China            )
21 company; CLUB TVPAD, INC., a California )
   corporation; BENNETT WONG, an           )
22 individual; ASHA MEDIA GROUP INC.       )
   d/b/a TVPAD.COM, a Florida corporation; )
23 AMIT BHALLA, an individual;             )
   NEWTVPAD LTD CO. a/k/a TVPAD USA,       )
24 a Texas corporation; LIANGZHONG ZHOU,   )
   an individual; HONGHUI CHEN d/b/a e-    )
25 Digital, an individual; JOHN DOE 1 d/b/a)
   BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN    )
26 DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; )
   JOHN DOE 5 d/b/a GANG YUE; JOHN         )
27 DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7    )
   d/b/a GANG TAI WU XIA; and JOHN DOES    )
28 8-10,                                   )
              Defendants.                  )

PROOF OF SERVICE BY U.S. MAIL
DWT 26450662v1 0094038-000021

# PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 17, 2015, I served the foregoing document(s) described as:

1. NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6. COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9. [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| **Club TVpad, Inc.** | **3240 Shawn Way**<br>**Hayward, CA 94541,** |
|---|---|
| **Bennett Wong** | **3240 Shawn Way**<br>**Hayward, CA 94541** |
| **Asha Media Group** | **10031 Remington Drive,**<br>**Riverview, FL 33578,** |

| Amit Bhalla | 10031 Remington Drive<br>Riverview, FL 33578 |
|---|---|
| newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Drive<br>DallasTX 75248, |
| Liangzhong Zhou | 7411 La Bolsa Drive<br>Dallas TX 75248 |
| Honghui Chen d/b/a e-Digital | 229 S Marguerita Avenue<br>Alhambra, CA 91801 |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 17, 2015, at Los Angeles, California.

☑ Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Frank M. Romero
Print Name

Signature