# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Central Television et al.,<br><br>v.<br><br>Create New Technology HK Limited et al.,<br>PLAINTIFF(S) / DEFENDANT(S). | **CASE NUMBER**<br>CV15-01869 MMM (AJWx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

**TRANSFER ORDER DECLINED**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_3/23/15_
Date

R. Gary Klausner
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The parties and facts at issue are different.

_____
Date

_/s/ Gary Klausner_
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   CV14-04213 RGK (RZx)   and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☑ Previous Judge   ☐ Statistics Clerk

CV-34 (06/14)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)