1  CARLA A. McCAULEY (State Bar No. 223910)
       carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4
   ROBERT D. BALIN (admitted *pro hac vice*)
5      robbalin@dwt.com
   LACY H. KOONCE, III (admitted *pro hac vice*)
6      lancekoonce@dwt.com
   SAMUEL BAYARD (admitted *pro hac vice*)
7      samuelbayard@dwt.com
   GEORGE WUKOSON (admitted *pro hac vice*)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1633 Broadway
   New York, New York  10019
10 Tel.:  (212) 489-8230  Fax:  (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>CV 15-1869 MMM (AJWx)<br><br>PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON HUA YANG INTERNATIONAL TECHNOLOGY LIMITED<br><br><br><br>Courtroom:  780<br>Judge:   Hon. Margaret M. Morrow<br><br><br>Action Filed:  March 13, 2015<br>Trial Date: |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Davis Wright Tremaine LLP<br>Carla A. McCauley SBN 223910<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 633-6800  FAX NO. *(Optional)*: (213) 633-6899<br>E-MAIL ADDRESS *(Optional)*: carlamccauley@dwt.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Western Division | |
| PLAINTIFF/PETITIONER: China Central Television, et al.<br>DEFENDANT/RESPONDENT: Create New Technology (HK) Limited, et al | CASE NUMBER:<br>CV 15-1869 MMM (AJWx) |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: Notice of Related Case; Notice of Interested Parties; Corporate Disclosure Statement; Notice of Assignment; Report Re: Trademark; Report Re: Copyright

3. a. Party served *(specify name of party as shown on documents served)*: Hua Yang International Technology Limited
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: Room 19c, Lockhart Ctr., 301-307 Lockhart Rd., Wan Chai, Hong Kong

5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: March 17, 2015     (2) at *(time)*: 5:00 p.m.
   b. ☐ **by substituted service.** On *(date)*:         at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:         from *(city)*:         or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
DWT 26460170v1 0094038-000021

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: China Central Television, et al. | CASE NUMBER: CV 15-1869 MMM (AJWx) |
|---|---|
| DEFENDANT/RESPONDENT: Create New Technology (HK) Limited, et al | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:   (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* Hua Yang International Technology Limited
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                       ☒ other: FRCP 4(f)(2); CCP § 413.10(c); Companies Ordinance § 827, Cap. 622 of the Laws of Hong Kong

7. **Person who served papers**
   a. Name: Leung Shun Chi
   b. Address: Vivien Chan & Co., Solicitors & Notaries, 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong
   c. Telephone number: (852) 2533 2162
   d. **The fee** for service was: $
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 23, 2015

LEUNG SHUN CHI
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                           (SIGNATURE)

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 24, 2015, I served the foregoing document(s) described as:

1. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON HUA YANG INTERNATIONAL TECHNOLOGY LIMITED
2. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON CREATE NEW TECHNOLOGY (HK) LIMITED
3. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON LIANGZHONG ZHOU
4. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON LIANGZHONG ZHOU AS AGENT FOR NEWTVPAD LTD. CO. D/B/A NEWTVPAD.COM A/D/A TVPAD USA

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Soyeun D Choi, Esq.<br><br>Attorney for Club TVpad, Inc., Bennett Wong | 333 Twin Dolphin Drive, Suite 220<br>Redwood Shores CA 94065 |
| Rena Mehta<br>Asha Media Group | 10031 Remington Drive,<br>Riverview, FL 33578 |
| Amit Bhalla | 3102 W. El Prado Blvd., Unit 1<br>Tampa, FL 33629 |
| Liangzhong Zhou<br>newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Dr.<br>Dallas, TX 75248 |
| Honghui Chen d/b/a e-Digital | 815 S. Marguerita Ave.<br>Alhambra, CA 91801 |
| Create New Technology (HK) Limited | Limited, Room D,<br>10/F, Tower A, Billion Centre,<br>1 Wang Kwong Road,<br>Kowloon Bay, Kowloon, Hong Kong, China |
| Hua Yang International Technology Ltd | Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 24, 2015, at Los Angeles, California.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | *Frank M. Romero* |
|---|---|
| Print Name | Signature |