CARLA A. McCAULEY (State Bar No. 223910
   carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
   robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
   lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
   samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
   georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>             Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**EX PARTE APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015; DECLARATION OF CARLA A. McCAULEY AND EXHIBITS A THROUGH E**<br><br>[Proposed Order concurrently submitted]<br><br>Current Hearing: June 8, 2015 at 10:00 a.m.<br>Proposed Hearing: April 27, 2015 at 10:00 a.m.<br>Courtroom:     780<br><br>Action Filed:  March 13, 2015 |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19, Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively "Plaintiffs") hereby request through the instant Ex Parte Application that Plaintiffs' pending Motion for Preliminary Injunction, now set for June 8, 2015 at 10:00 a.m., be advanced and specially set for a new hearing date of April 27, 2015 at 10:00 a.m.

Good cause exists to grant this application because the first hearing date listed as available on the Court's civil motion calendar when Plaintiffs filed their Motion for Preliminary Injunction on March 16, 2015 was June 8, 2015.  That hearing date is still over ten weeks away as of the date of the filing of the instant Ex Parte. Plaintiffs' Motion for a Preliminary Injunction seeks relief for immediate and irreparable harm that is continuing and will continue until Plaintiffs' Motion can be heard. As set forth below and in Plaintiffs' pending Motion for Preliminary Injunction, it is crucial that Plaintiff's PI Motion be heard as soon as possible.

Concurrent with the filing of its Complaint on March 13, 2015, Plaintiffs immediately took steps to personally serve all defendants with the Complaint in this action.  As of today, only one Defendant, Shenzhen Greatvision Network Technology Co. Ltd., has not been personally served with the complaint.  All Defendants that are subject to the Motion, including CreateNewTechnology (HK) Limited ("CNT"), Club TVPad Inc. ("Club TVpad") and Asha Media Group Inc. ("Asha Media") (the "PI Defendants"), were personally served with the complaint in this action, and were personally served or mail served with the Motion for Preliminary Injunction, last week.  Therefore, if Plaintiffs' requested relief for expediting the hearing in this action on the Preliminary Injunction is granted, the Defendants addressed in the Motion for Preliminary Injunction will have had more than the full statutory notice of the Motion as provided in the Local Rules.

Although the PI Defendants have been served, none have as of yet entered an appearance in the instant action.  However, Plaintiffs have contacted all known

EX PARTE APPLICATION TO ADVANCE HEARING
DWT 26514022v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

contact information for the Defendants in an effort to give notice of the instant Ex Parte pursuant to Local Rule 7-19, as set forth in the accompanying declaration of Carla A. McCauley at Paragraph 5 and Exhibits C through E.

This Application is based upon the attached Memorandum of Points and Authorities, the Declaration of Carla A. McCauley and accompanying exhibits, the pleadings and files in this action, and such other argument and evidence as may be presented at any hearing on the Application.

DATED: March 25, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By: /s Carla A. McCauley
          Carla A. McCauley
Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TELEVISION BROADCASTS LIMITED; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     INTRODUCTION AND STATEMENT OF RELEVANT FACTS**

On March 13, 2015, Plaintiffs filed their Complaint in this action for copyright and trademark infringement based upon Defendants' operation of a parallel pirate broadcasting network that perpetrates and facilitates copyright infringement on a massive scale.  Among the victims of this piracy are Plaintiff China Central Television ("CCTV")—the largest television broadcaster in mainland China—and Television Broadcasts Limited ("TVB")—the largest television broadcaster in Hong Kong. This pirate network streams entire CCTV and TVB television channels over the Internet to U.S. users of the "TVpad" set-top box, 24 hours a day and seven days a week. CNT and its affiliates accomplish this piracy in part through a peer-to-peer network—like Napster, Grokster, and BitTorrent—through which TVpad users not only receive unauthorized foreign programming in the U.S., but <u>retransmit</u> it to large numbers of other TVpad users.

In its Motion for Preliminary Injunction, Plaintiffs provided detailed evidence of CNT's liability for secondary copyright infringement by, among other actions detailed in the papers, promoting infringement by TVpad users, providing infringing apps that deliver free and unauthorized content to TVpad users, providing technical support to help users access Plaintiffs' content, controlling the servers that facilitate unauthorized streaming, and profiting from the infringement. Plaintiffs also provided detailed evidence that CNT's U.S. distributors—including PI Defendants Asha Media and Club TVpad—likewise advertise and promote the infringing apps and infringing capabilities of TVpad, and help customers use the infringing apps to access CCTV and TVB programming.

As a result of this conduct, Plaintiffs suffer irreparable injury on an hourly and daily basis.  Not only is Plaintiffs' content being infringed as we speak, but Plaintiffs are, daily, losing opportunities to provide content to U.S. customers through authorized licensees.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

When Plaintiffs filed their Motion for Preliminary Injunction on March 16, 2015, the first available date listed with the Court for a hearing was June 8, 2015. *See* Declaration of Carla A. McCauley ("McCauley Decl.") ¶ 2.  Now that Plaintiffs have, over the course of last week, personally served the complaint on all of the PI Defendants, as well as the other U.S. based and Hong-Kong based Defendants named in the action[1], as well as serving the Motion for Preliminary Injunction, Plaintiffs are still 10 weeks removed from possible relief in this action.  Given the nature of the irreparable injury experienced by Plaintiffs during the delay on a decision on its motion, Plaintiffs respectfully request that the hearing be advanced to April 27, 2015, which will still provide more notice to the Defendants than that provided under Local Rule.

## II.    ARGUMENT

This Court has held that *ex parte* relief is appropriate if:

(1) the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures; and

(2) the moving party is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect. *See Mission Power Eng'g. Co. v. Continental Cas. Co.,* 883 F. Supp. 488, 495 (C.D. Cal. 1995). Plaintiffs meet both tests.

<u>First</u>, this Application only seeks to have Plaintiffs' Motion for Preliminary Injunction heard slightly beyond the regularly noticed motion time period of 28 days from the date of hand delivery of the notice and 31 days from the date of mail delivery of the notice.  Specifically, Defendant CNT was personally served in Hong Kong with the Motion for Preliminary Injunction on March 18, 2015.  Asha Media and Club TVpad were both mail served with the Motion for Preliminary Injunction

---

[1] Defendant Shenzhen Greatvision Network Technology Co. Ltd. is based in mainland China and subject to Hague Convention service protocols, and as a consequence, has not yet been served.

EX PARTE APPLICATION TO ADVANCE HEARING
DWT 26514022v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

on March 17, 2015, and again mail served on March 20, 2015 after these defendants were personally served with the summons and complaint. McCauley Decl. ¶¶3-4, Exs. A, B. Therefore, Plaintiffs' requested hearing date of April 27, 2015 is well beyond the date ordinarily provided for a regularly noticed motion under these procedures.  Local Rule 6-1.  This application is necessary because the Court's calendar did not list at time of filing an available hearing date for a noticed motion prior to June 8, 2015.  McCauley Decl. ¶ 2.  As discussed above, Plaintiffs' Motion seeks to halt actionable, infringing conduct that is occurring right now and will continue to occur until that Motion is heard. Hence, Plaintiffs' will continue to suffer immediate and irreparable harm from Defendants' infringement, if Plaintiffs' Motion for Preliminary Injunction is not granted, and its Motion is not heard at the earliest possible date on regular notice.  *See* Dkt 23-1 at 119-125, 134-138, 148-150. (declarations in support of Motion for Preliminary Injunction detailing irreparable injury experienced by each Plaintiff).

Second, Plaintiffs are without fault in creating this emergency. Plaintiffs filed their Complaint on March 13, 2015, and only the evening of the filing received the Notice of Assignment.  McCauley Decl. ¶ 2. Only then did Plaintiffs become aware of the fact that the first available hearing date this Court could hear its Motion was June 8, 2015.  *Id.*  All earlier dates are marked as closed on the Court's calendar. Hence, due to the Court's calendar, Plaintiffs could not have had their Motion heard prior to June 8, 2015, even though the proposed April 27, 2015 hearing date is within the statutory notice period set by the Local Rules.  Local Rule 6-1.

## III.   CONCLUSION

For all the reasons stated above, Plaintiffs respectfully request that the Court grant their Ex Parte Application and advance the hearing date on Plaintiffs' Motion for Preliminary Injunction to April 27, 2015 at 10:00 a.m., or the first available date that the Court may hear the Motion.

| | |
|---|---|
| 1 | DATED: March 25, 2015 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)


By:    /s Carla A. McCauley
              Carla A. McCauley
Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA
INTERNATIONAL COMMUNICATIONS CO.,
LTD.; TELEVISION BROADCASTS LIMITED;
TVB HOLDINGS (USA), INC.; AND DISH
NETWORK L.L.C.

EX PARTE APPLICATION TO ADVANCE HEARING
DWT 26514022v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

# DECLARATION OF CARLA A. MCCAULEY

I, Carla A. McCauley, declare as follows:

1.      I am licensed to practice law before all the courts in the State of California and am admitted to the United States Court of Appeals for the Ninth Circuit. I am a partner at Davis Wright Tremaine LLP, counsel for Plaintiffs in the above-entitled matter. I submit this Declaration in support of Plaintiffs' Ex Parte Application to Advance the Hearing on Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.

2.      On March 13, 2015, Plaintiffs filed their Complaint in this action. I received notice after 5:00 p.m. on March 13, 2015 of the Notice of Assignment. Later on Friday evening, and again on the morning of Monday, March 16, 2015, I checked the Court's website to search for available hearing dates for the filing of Plaintiffs' Motion for Preliminary Injunction. All dates for Judge Morrow from April through June 1, 2015 were closed. The first available open calendar date available was June 8, 2015 at 10:00 a.m.

3.      Plaintiffs filed their Motion for Preliminary Injunction on March 16, 2015. Papers were concurrently provided to counsel in Hong Kong for personal service on Defendant CNT immediately after filing the Motion on March 16, 2015, which based on the time change, was then March 17, 2015 in Hong Kong. Personal service of the Motion for Preliminary Injunction, as well as the summons and complaint, was attempted on CNT on March 17, 2015 and effectuated on March 18, 2015. Attached hereto as Exhibit A is the proof of service by hand delivery for the Motion for Preliminary Injunction on CNT.

4.      The Motion for Preliminary Injunction was mail served on all U.S. based defendants on March 17, 2015. Efforts to personally serve all U.S. based

EX PARTE APPLICATION TO ADVANCE HEARING
DWT 26514022v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

defendants continued all last week, until all U.S. based defendants were personally served.  Once I received confirmation of service, I caused Plaintiffs' Motion for Preliminary Injunction to again be mail served on all defendants at the service addresses where service of the complaint and summons had been effectuated.  Asha Media was therefore mail served twice, on both March 17, 2015 and again on March 19, 2015.  Club TVpad was mail served once on March 17, 2015, and Club TVpad's attorney, Soyeun Choi, was mail served on March 19, 2015.  Thus, service of all defendants who are the subject of Plaintiffs Motion for Preliminary Injunction— namely CNT, Asha Media and Club TVpad—have been served well beyond the 28 days required for personal service under Local Rule and 31 days required for mail service under Local Rule.  Attached hereto as **Exhibit B** are true and correct copies of the mail delivery proofs of service for these defendants.

5.      I and my colleagues working at my direction, provided notice to CNT, Asha Media and Club TVpad of Plaintiffs' intention to file the instant ex parte application, and the requirement that the PI Defendants provide any opposition within 24 hours of that filing, as follows:

a.  On March 25, 2015, my colleague Lance Koonce, attorney of record in this matter, caused a letter of notice to be emailed to Owen Tse of the law firm Vivien Chan &  Co., with instructions for personal delivery of the notice letter to CNT at its registered address.  A true and correct copy of those email communications, on which I was copied, are attached hereto as **Exhibit C.**

b.  On March 25, 2015, my colleague Lance Koonce, emailed oneamit@gmail.com and sales@tvpad.com, which is an email address believe to be associated with Asha Media.  A true and correct copy of Mr. Koonce's email is attached hereto as **Exhibit D.**

c.  On March 25, 2015 at 5:45 p.m., I emailed counsel for Club TVpad, Soyeun Choi, with notice of the pending ex parte application.  A true

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

1         and correct copy of my email and Ms. Choi's response is attached hereto

2         as **Exhibit E.**

3       I declare under penalty of perjury under the laws of the United States of

4 America that the foregoing is true and correct.

5 Executed March 25, 2015 at Los Angeles, California.

6                     /s Carla A. McCauley

7                      Carla A. McCauley

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION TO ADVANCE HEARING

DWT 26514022v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

EXHIBIT A

CARLA A. McCAULEY (State Bar No. 223910)
   carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
   robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
   lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
   samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
   georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, | ) Case No. <br> ) **CV 15-1869 MMM (AJWx)** <br> ) <br> ) <br> ) **PROOF OF SERVICE BY HAND** <br> ) **DELIVERY** |
| Plaintiffs, | ) |
| vs. | ) |
| CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## PROOF OF SERVICE BY HAND DELIVERY

I am employed in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On March 17, 2015, I served the following document(s):

1.  NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9.  [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in 5 arch files, to the addressee(s) at the following address(es):

**Hua Yang International Technology Limited, Rm. 19C, Lockhart Ctr., 301-307 Lockhart Rd., Wan Chai, Hong Kong**

Executed on March 18, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

LEUNG SHUN CHI
Print Name                                                          Signature

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY HAND DELIVERY

I am employed in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On March 18, 2015, I served the following document(s):

1.  NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6.  COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9.  [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in 5 arch files, to the addressee(s) at the following address(es):

**Create New Technology (HK) Limited, Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong**

Executed on March 18, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

LEUNG SHUN CHI
_____          _____
Print Name                               Signature

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

<u>PROOF OF SERVICE BY MAIL</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 18, 2015, I served the foregoing document(s) described as: **PROOF OF SERVICE BY HAND DELIVERY**
by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Club TVpad, Inc. | 3240 Shawn Way<br>Hayward, CA 94541 |
| Bennett Wong | 3240 Shawn Way<br>Hayward, CA 94541 |
| Asha Media Group | 10031 Remington Drive,<br>Riverview, FL 33578, |
| Amit Bhalla | 10031 Remington Drive,<br>Riverview, FL 33578 |
| newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Dr., Dallas<br>TX 75248 |
| Liangzhong Zhou | 7411 La Bolsa Dr.,<br>Dallas TX 75248 |
| Honghui Chen d/b/a e-Digital | 229 S Marguerita Avenue<br>Alhambra, CA 91801 |
| Create New Technology (HK) Limited | Limited, Room D,<br>10/F, Tower A, Billion Centre,<br>1 Wang Kwong Road,<br>Kowloon Bay, Kowloon, Hong Kong, China |
| Hua Yang International Technology Ltd | Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 18, 2015, at Los Angeles, California.

☑ FederalI declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Frank M. Romero | *Frank M. Romero* |
| Print Name | Signature |

# Service of Subsequent Document Filings:

2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al

ACCO,(AJWx),AO120,AO121,DISCOVERY,MANADR,RELATED-P

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McCauley, Carla on 3/18/2015 at 9:09 AM PDT and filed on 3/18/2015

| | |
|---|---|
| **Case Name:** | China Central Television et al v. Create New Technology HK Limited et al |
| **Case Number:** | 2:15-cv-01869-MMM-AJW |
| **Filer:** | China Central Television |
| | China International Communications Co., Ltd. |
| | Dish Network L.L.C. |
| | TVB Holdings USA Inc |

**Document Number:** 33

**Docket Text:**
**Proof OF SERVICE China Central Television, China International Communications Co., Ltd., Dish Network L.L.C., TVB Holdings USA Inc, re MOTION for Preliminary Injunction . Motion[23] (McCauley, Carla)**

**2:15-cv-01869-MMM-AJW Notice has been electronically mailed to:**

Carla A McCauley      carlamccauley@dwt.com, frankromero@dwt.com

George P Wukoson      georgewukoson@dwt.com

Lacy H Koonce , III      lancekoonce@dwt.com

Robert D Balin      robbalin@dwt.com

Samuel M Bayard      samuelbayard@dwt.com

**2:15-cv-01869-MMM-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Users\romef\Desktop\Proof of Service by Hand Delivery.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/18/2015] [FileNumber=19133453-0
] [7ebb117819717e3864da6a163fc4d00a85428637d39f11cf4a0d5b7b2db742329a4
e7d3d89882c4dd76f31344b8e7b9a3de3bc905640c3d7ce1fdbd54fef5124]]

EXHIBIT B

1 | CARLA A. McCAULEY (State Bar No. 223910
   | carlamccauley@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
   | 865 South Figueroa Street, 24th Floor
3 | Los Angeles, California 90017-2566
   | Tel.: (213) 633-6800 Fax: (213) 633-6899
4 |
   | ROBERT D. BALIN (*pro hac vice* pending)
5 | bobbalin@dwt.com
   | LACY H. KOONCE, III (*pro hac vice* pending)
6 | lancekoonce@dwt.com
   | SAMUEL BAYARD (*pro hac vice* pending)
7 | samuelbayard@dwt.com
   | GEORGE WUKOSON (*pro hac vice* pending)
8 | georgewukoson@dwt.com
   | DAVIS WRIGHT TREMAINE LLP
9 | 1633 Broadway
   | New York, New York 10019
10 | Tel.: (212) 489-8230 Fax: (212) 489-8340
   | ATTORNEYS FOR PLAINTIFFS
11 |
   | **UNITED STATES DISTRICT COURT**
12 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13 | CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, | Case No. **CV 15-1869 MMM (AJWx)** **PROOF OF SERVICE BY U.S. MAIL** |

14 | company; CHINA INTERNATIONAL

15 

16 

17 |                Plaintiffs,
   |        vs.
18 | CREATE NEW TECHNOLOGY (HK)
   | LIMITED, a Hong Kong company; HUA
19 | YANG INTERNATIONAL TECHNOLOGY
   | LTD., a Hong Kong company; SHENZHEN
20 | GREATVISION NETWORK
   | TECHNOLOGY CO. LTD., a China
21 | company; CLUB TVPAD, INC., a California
   | corporation; BENNETT WONG, an
22 | individual; ASHA MEDIA GROUP INC.
   | d/b/a TVPAD.COM, a Florida corporation;
23 | AMIT BHALLA, an individual;
   | NEWTVPAD LTD CO. a/k/a TVPAD USA,
24 | a Texas corporation; LIANGZHONG ZHOU,
   | an individual; HONGHUI CHEN d/b/a e-
25 | Digital, an individual; JOHN DOE 1 d/b/a
   | BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN
26 | DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV;
   | JOHN DOE 5 d/b/a GANG YUE; JOHN
27 | DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7
   | d/b/a GANG TAI WU XIA; and JOHN DOES
28 | 8-10,
   |                Defendants.

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 17, 2015, I served the foregoing document(s) described as:

1. NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6. COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9. [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| **Club TVpad, Inc.** | **3240 Shawn Way**<br>**Hayward, CA 94541,** |
| **Bennett Wong** | **3240 Shawn Way**<br>**Hayward, CA 94541** |
| **Asha Media Group** | **10031 Remington Drive,**<br>**Riverview, FL 33578,** |

1

| Amit Bhalla | 10031 Remington Drive Riverview, FL 33578 |
|---|---|
| newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Drive DallasTX 75248, |
| Liangzhong Zhou | 7411 La Bolsa Drive Dallas TX 75248 |
| Honghui Chen d/b/a e-Digital | 229 S Marguerita Avenue Alhambra, CA 91801 |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 17, 2015, at Los Angeles, California.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____         _____
Frank M. Romero                            Signature
Print Name

PROOF OF SERVICE BY U.S. MAIL
DWT 26450662v1 0094038-000021

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

# Service of Subsequent Document Filings:

2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al

ACCO,(AJWx),AO120,AO121,DISCOVERY,MANADR,RELATED-P

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by McCauley, Carla on 3/17/2015 at 5:44 PM PDT and filed on 3/17/2015

| | |
|---|---|
| **Case Name:** | China Central Television et al v. Create New Technology HK Limited et al |
| **Case Number:** | 2:15-cv-01869-MMM-AJW |
| **Filer:** | China Central Television |
| | China International Communications Co., Ltd. |
| | Dish Network L.L.C. |
| | TVB Holdings USA Inc |
| **Document Number:** | 32 |

**Docket Text:**
**OF SERVICE China Central Television, China International Communications Co., Ltd., Dish Network L.L.C., TVB Holdings USA Inc, re MOTION for Preliminary Injunction . Motion[23] (McCauley, Carla)**

**2:15-cv-01869-MMM-AJW Notice has been electronically mailed to:**

Carla A McCauley     carlamccauley@dwt.com, frankromero@dwt.com

George P Wukoson     georgewukoson@dwt.com

Lacy H Koonce , III     lancekoonce@dwt.com

Robert D Balin     robbalin@dwt.com

Samuel M Bayard     samuelbayard@dwt.com

**2:15-cv-01869-MMM-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Users\romef\Desktop\POS PI Motion.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/17/2015] [FileNumber=19132462-0
] [0ec8dea14b1ebe033f5b533926818605bdfb47230ff172fa995cc8c8207d92ee2e1
4d0e0157089bc2f82f258e2b9480fb507d421d63c53ced848cf16d0ece91b]]

1  CARLA A. McCAULEY (State Bar No. 223910
      carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800 Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice* pending)
5     bobbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice* pending)
6     lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice* pending)
7     samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice* pending)
8     georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1633 Broadway
   New York, New York 10019
10 Tel.: (212) 489-8230 Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
                  **UNITED STATES DISTRICT COURT**
12                **CENTRAL DISTRICT OF CALIFORNIA**

13 CHINA CENTRAL TELEVISION, a China      ) Case No.
   company; CHINA INTERNATIONAL           ) **CV 15-1869 MMM (AJWx)**
14 COMMUNICATIONS CO., LTD., a China      )
   company; TVB HOLDINGS (USA), INC., a   ) **AMENDED PROOF OF**
15 California corporation; and DISH        ) **SERVICE BY U.S. MAIL**
   NETWORK L.L.C., a Colorado limited     )
16 liability company,                     )
                                          )
17              Plaintiffs,               )
                                          )
18        vs.                             )
   CREATE NEW TECHNOLOGY (HK)             )
19 LIMITED, a Hong Kong company; HUA      )
   YANG INTERNATIONAL TECHNOLOGY          )
20 LTD., a Hong Kong company; SHENZHEN    )
   GREATVISION NETWORK                    )
21 TECHNOLOGY CO. LTD., a China           )
   company; CLUB TVPAD, INC., a California )
22 corporation; BENNETT WONG, an          )
   individual; ASHA MEDIA GROUP INC.      )
23 d/b/a TVPAD.COM, a Florida corporation; )
   AMIT BHALLA, an individual;            )
24 NEWTVPAD LTD CO. a/k/a TVPAD USA,      )
   a Texas corporation; LIANGZHONG ZHOU,  )
25 an individual; HONGHUI CHEN d/b/a e-   )
   Digital, an individual; JOHN DOE 1 d/b/a )
26 BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN   )
   DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; )
27 JOHN DOE 5 d/b/a GANG YUE; JOHN        )
   DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7   )
28 d/b/a GANG TAI WU XIA; and JOHN DOES   )
   8-10,                                  )
                  Defendants.             )

PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 20, 2015, I served the foregoing document(s) described as:

1.    NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2.    COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3.    COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4.    COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5.    COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6.    COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7.    COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8.    COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9.    [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| RENA MEHTA<br>REGISTERED AGENT<br>ASHA MEDIA GROUP<br>10031 REMINGTON DRIVE,<br>RIVERVIEW, FL 33578 | BENNETT WONG<br>CLUB TVPAD INC.<br>C/O<br>SOYEUN D. CHOI<br>ATTORNEY AT LAW<br>333 TWIN DOLPHIN DRIVE,<br>SUITE 220<br>REDWOOD SHORES, CA  94065 |
| AMIT BHALLA<br>3102 W. EL PRADO BLVD. UNIT 1<br>TAMPA, FL 33629 | |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service.

I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

     Executed on March 23, 2015, at Los Angeles, California.

☑    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | Frank M. Romero |
|---|---|
| Print Name | Signature |

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 20, 2015, I served the foregoing document(s) described as:

1.  NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6.  COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8.  COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9.  [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

HONGHUI CHEN
D/B/A E-DIGITAL
815 S. MARGUERITA AVE.
ALHAMBRA, CA 91801

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 23, 2015, at Los Angeles, California.

☑   FederalI declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | _Frank M. Romero_ |
|---|---|
| Print Name | Signature |

DWT 26482341v1 0094038-000021

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 23, 2015, I served the foregoing document(s) described as: **AMENDED PROOF OF SERVICE BY U.S. MAIL** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Soyeun D Choi, Esq.<br><br>Attorney for Club TVpad, Inc., Bennett Wong | 333 Twin Dolphin Drive, Suite 220<br>Redwood Shores CA 94065 |
| Rena Mehta<br>Asha Media Group | 10031 Remington Drive,<br>Riverview, FL 33578 |
| Amit Bhalla | 3102 W. El Prado Blvd., Unit 1<br>Tampa, FL 33629 |
| Liangzhong Zhou<br>newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Dr.<br>Dallas, TX 75248 |
| Honghui Chen d/b/a e-Digital | 815 S. Marguerita Ave.<br>Alhambra, CA 91801 |
| Create New Technology (HK) Limited | Limited, Room D,<br>10/F, Tower A, Billion Centre,<br>1 Wang Kwong Road,<br>Kowloon Bay, Kowloon, Hong Kong, China |
| Hua Yang International Technology Ltd | Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 23, 2015, at Los Angeles, California.

☑ Federal I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Frank M. Romero | *Frank M. Romero* |
| Print Name | Signature |

EXHIBIT C

**McCauley, Carla**

| | |
|---|---|
| **From:** | Koonce, Lance |
| **Sent:** | Wednesday, March 25, 2015 5:59 PM |
| **To:** | owentse@vcclawservices.com |
| **Cc:** | Wukoson, George; McCauley, Carla |
| **Subject:** | Urgent Request |
| **Attachments:** | DOC.PDF |

Owen:

Good morning.  I hope you will be able to help us with another request in connection with our lawsuit.  We urgently need to have someone deliver the attached one-page letter to Create New Technology as soon as possible.  Is that something that you would be able to do this morning?  We also will have a small set of papers that will then need to be delivered to Create New Technology later today.  (Unfortunately, these two deliveries cannot be combined -- we need you to deliver the letter first, then the papers later once they are ready.)

If you can deliver the letter by hand for us now, can you please send an email back confirming that you will be sending someone out for delivery right away?  Please copy George and Carla on your response.  Also, please provide confirmation by email as soon as you have delivered the letter.

Regards,

Lance Koonce

Lance Koonce | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6467 | Fax: (212) 379-5207
Email: lancekoonce@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.



**Davis Wright Tremaine LLP**

27th Floor
1633 Broadway
New York, NY  10019-6708

**Lance Koonce**
212.603.6467 tel
212.379.5207 fax

lancekoonce@dwt.com

March 25, 2015

**Via Hand Delivery**

Create New Technology (HK) Limited
Room D,
10/F, Tower A, Billion Centre,
1 Wang Kwong Road,
Kowloon Bay, Kowloon, Hong Kong, China

Re:  *China Central Television et al. v. Create New Technology (HK) Limited et al., CV 15-1869*

To Whom It May Concern:

     We write as counsel for Plaintiffs in the above-reference action.  Please note that tomorrow, March 26, 2015, Plaintiffs will be moving, ex parte, for an order shortening time on the hearing on Plaintiffs Motion for Preliminary Injunction.  Specifically, Plaintiffs are requesting that the hearing for that Motion, presently set for June 8, 2015 at 10:00 a.m., be advanced to April 27, 2015, or the first available date on the Court's calendar.

     The basis for the requested relief is that, at the time of the filing of the Motion, the Court's calendar dates from April through early June were closed, with the first available date for hearing on June 8, 2015.  Given the nature of the relief requested by Plaintiffs in their Motion, and the irreparable nature of the harm they experience each day pending decision on their Motion, Plaintiffs are requesting an earlier hearing date that still provides all Defendants with statutory notice pursuant to Local Rule 6-1.

     According to Judge Morrow's procedures, Defendants shall have 24 hours to provide a response to the ex parte application after service of Plaintiffs' Ex Parte.  You must advise the Court within 24 hours of the filing and service of the Ex Parte whether you intend to file an Opposition.

Very truly yours,

Lance Koonce

DWT 15264815v1 0069462-000031

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington, D.C.

www.dwt.com

EXHIBIT D

## McCauley, Carla

| | |
|---|---|
| **From:** | Koonce, Lance |
| **Sent:** | Wednesday, March 25, 2015 6:16 PM |
| **To:** | oneamit@gmail.com; sales@tvpad.com |
| **Cc:** | McCauley, Carla |
| **Subject:** | Case No. CV 15-1869 MMM (AJWx) |

**Re: Case No. CV 15-1869 MMM (AJWx)**

Mr. Bhalla,

Please note that tomorrow, March 26, 2015, Plaintiffs in the above entitled action will be moving, ex parte, for an order shortening time on the hearing on Plaintiffs Motion for Preliminary Injunction.  Specifically, Plaintiffs are requesting that the hearing for that Motion, presently set for June 8, 2015 at 10:00 a.m., be advanced to April 27, 2015, or the first available date on the Court's calendar.

The basis for the requested relief is that, at the time of the filing of the Motion, the Court's calendar dates from April through early June were closed, with the first available date for hearing on June 8, 2015.  Given the nature of the relief requested by Plaintiffs in their Motion, and the irreparable nature of the harm they experience each day pending decision on their Motion, Plaintiffs are requesting an earlier hearing date that still provides all Defendants with statutory notice pursuant to Local Rule 6-1.

According to Judge Morrow's procedures, Defendants shall have 24 hours to provide a response to the ex parte application after service of Plaintiffs' Ex Parte.  You must advise the Court within 24 hours of the filing and service of the Ex Parte whether you intend to file an Opposition.

Regards,

Lance Koonce

**Lance Koonce** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6467 | Fax: (212) 379-5207
Email: lancekoonce@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

EXHIBIT E

## McCauley, Carla

| | |
|---|---|
| **From:** | McCauley, Carla |
| **Sent:** | Wednesday, March 25, 2015 5:45 PM |
| **To:** | Soyeun Choi (soyeun@soyeunesq.com) |
| **Cc:** | Koonce, Lance |
| **Subject:** | China Central Television, et al. v. CreateNewTechnology, et al./Notice of Ex Parte |

**Re: Case No. CV 15-1869 MMM (AJWx)**

Dear Ms. Choi,

Please note that tomorrow, March 26, 2015, Plaintiffs in the above entitled action will be moving, ex parte, for an order shortening time on the hearing on Plaintiffs Motion for Preliminary Injunction.  Specifically, Plaintiffs are requesting that the hearing for that Motion, presently set for June 8, 2015 at 10:00 a.m., be advanced to April 27, 2015, or the first available date on the Court's calendar.

The basis for the requested relief is that, at the time of the filing of the Motion, the Court's calendar dates from April through early June were closed, with the first available date for hearing on June 8, 2015.  Given the nature of the relief requested by Plaintiffs in their Motion, and the irreparable nature of the harm they experience each day pending decision on their Motion, Plaintiffs are requesting an earlier hearing date that still provides all Defendants with statutory notice pursuant to Local Rule 6-1.

According to Judge Morrow's procedures, Defendants shall have 24 hours to provide a response to the ex parte application after service of Plaintiffs' Ex Parte.  You must advise the Court within 24 hours of the filing and service of the Ex Parte whether you intend to file an Opposition.

Regards,
Carla McCauley

**Carla McCauley** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8665 | Fax: (213) 633-6899
Email: carlamccauley@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

1

## PROOF OF SERVICE BY HAND DELIVERY

2          I am employed in Hong Kong Special Administrative Region of the People's Republic of
3 China, I am over the age of 18 and not a party to the within action.  My business address is 57/F
Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

4          On March 26, 2015, I served the following document(s):

5 1.     EX PARTE APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015;
6        DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A THROUGH E

7 2.     [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO
ADVANCE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY
8        INJUNCTION TO APRIL 27, 2015

9 on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed
in a sealed envelope(s), to the addressee(s) at the following address(es):

10       **Create New Technology (HK) Limited, Room D, 10/F, Tower A, Billion Centre, 1 Wang
Kwong Road, Kowloon Bay, Kowloon, Hong Kong**
11

12          Executed on March 26, 2015, at Hong Kong Special Administrative Region of the People's
Republic of China.

13 ☑     Federal     I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct and that I have served the above referenced
14                     documents at the direction of a member of the bar of this Court.

15
16        Chan Winnie
         Print Name                        Signature

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| CARLA A. MCCAULEY<br>DAVIS WRIGHT TREMAINE LLP<br>865 S. FIGUEROA ST, SUITE 2400  LOS ANGELES, CA 90017<br>Attorney For: Plaintiffs | SBN: 223910 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (213) 633-6800          FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |

UNITED STATES DISTRICT COURT
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF(name each): CHINA CENTRAL TELEVISION, ETC., ET AL.
DEFENDANT(name each): CREATE NEW TECHNOLOGY (HK) LIMITED, ETC., ET AL.

CASE NUMBER:
15-1869 MMM (AJWx)

| PROOF OF DELIVERY | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>94038-21 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO APRIL 27, 2015; EX PARTE APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015; DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A THROUGH E

NAME OF PARTY: SOYEUM D. CHOI, ESQ.

DELIVERED TO: JENNIFER CHAN - FRONT DESK RECEPTIONIST

DATE & TIME OF DELIVERY: 03/26/2015
10:45 am

ADDRESS, CITY, AND STATE: ATTORNEY AT LAW
333 TWIN DOLPHIN, SUITE 220
REDWOOD CITY, CA 94065

MANNER OF SERVICE:
Delivery to a Business: Service was made by delivery to the business office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011]

Fee for Service:
County: SAN FRANCISCO
Registration No.: 895
Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
Ref: 94038-21

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 26, 2015.

Signature: _____
MARCO ANTONIO DE LA FUENTE

PROOF OF HAND DELIVERY          Order#: 738044AM/DROPSERVE

## PROOF OF SERVICE BY FEDERAL EXPRESS

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine, LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express.  Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the next business day.

On March 26, 2015, I served the following document(s):

1.  EX PARTE APPLICATION TO ADVANCE HEARING O PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015; DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A THROUGH E

2.  PROPOSED ORDERGRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTIN FOR PRELIMINARY INJUNCTION TO APRIL 27, 2015

by placing a **true copy or original** in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Rena Mehta
Asha Media Group
10031 Remington Drive,
Riverview, FL 33578

Amit Bhalla
3102 W. El Prado Blvd., Unit 1
Tampa, FL 33629

and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on March 26, 2015, at Los Angeles, California.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____        _____
Frank M. Romero                         *Frank M. Romero*
Print Name                              Signature