CARLA A. McCAULEY (State Bar No. 223910)
   carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
   robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
   lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
   samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
   georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>                Plaintiffs,<br><br>  vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>                Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO APRIL 27, 2015** |

1  This Court has considered (i) the submissions of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") in support of Plaintiffs' Ex Parte Application to Advance the Hearing on Plaintiffs' Motion for Preliminary Injunction, the Memorandum of Points and Authorities in Support of the Motion, and the declarations and exhibits in support thereof; (ii) the oppositions thereto of defendants Create New Technology (HK) Limited, Club TVpad, Inc., and Asha Media Group Inc. (collectively, "Defendants"), and the declarations and exhibits in support of Defendants' oppositions.

Good cause having been shown, the Ex Parte Application is GRANTED. Plaintiffs' Motion for Preliminary Injunction is advanced to April 27, 2015 at 10:00 a.m. in Courtroom 780.  Any Oppositions to Plaintiffs' Motion for Preliminary Injunction shall be filed no later than April 6, 2015.  Any Replies to any filed Oppositions shall be filed no later than April 13, 2015.

**IT IS SO ORDERED.**

_____, 2015        _____
                                             Hon. Margaret M. Morrow
                                             United States District Court Judge

[Proposed] Order Granting Ex Parte Application       1
DWT 26515920v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899