| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
| 2 |    carlamccauley@dwt.com<br>DAVIS WRIGHT TREMAINE LLP |
| 3 | 865 South Figueroa Street, 24th Floor<br>Los Angeles, California  90017-2566 |
| 4 | Tel.: (213) 633-6800  Fax: (213) 633-6899 |
| 5 | ROBERT D. BALIN (admitted *pro hac vice*)<br>   robbalin@dwt.com |
| 6 | LACY H. KOONCE, III (admitted *pro hac vice*)<br>   lancekoonce@dwt.com |
| 7 | SAMUEL BAYARD (admitted *pro hac vice*)<br>   samuelbayard@dwt.com |
| 8 | GEORGE WUKOSON (admitted *pro hac vice*)<br>   georgewukoson@dwt.com |
| 9 | DAVIS WRIGHT TREMAINE LLP<br>1633 Broadway |
| 10 | New York, New York  10019<br>Tel.: (212) 489-8230  Fax: (212) 489-8340<br>ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br>            Plaintiffs,<br>vs.<br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br>            Defendants. | Case No.<br>CV 15-1869 MMM (AJWx)<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON AMIT BHALLA<br><br><br>Courtroom: 780<br>Judge:  Hon. Margaret M. Morrow<br><br><br>Action Filed:  March 13, 2015<br>Trial Date: |

CARLA A. MCCAULEY SBN: 223910
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CA 90017
(213) 633-6800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHINA CENTRAL TELEVISION, ETC., ET AL. | CASE NUMBER:<br>CV 15-1869-MMM (AJWx) |
|---|---|
| v. | |
| CREATE NEW TECHNOLOGY (HK) LIMITED, ETC., ET AL. | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons    [ ] first amended complaint    [ ] third party complaint
       [X] complaint    [ ] second amended complaint    [ ] counter claim
       [ ] alias summons    [ ] third amended complaint    [ ] cross claim
       [X] other **SEE ATTACHED DOCUMENT LIST**

2. **Person served:**
   a. [X] Defendant *(name:)* **AMIT BHALLA, AN INDIVIDUAL**
   b. [ ] Other *(specify name and title or relationship to the party/business named)*:

   c. [X] Address where the papers were served: **3102 WEST EL PRADO BLVD., UNIT 1**
                                                     **TAMPA, FL 33629**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. I served the person named in Item 2:
   a. [X] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
       1. [X] Papers were served on *(date):* **03/19/2015** at *(time):* **07:12 pm**
   b. [ ] By **Substituted Service.** By leaving copies:
       1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
       2. [ ] (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
       3. [ ] Papers were served on *(date):* at *(time):*
       4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
       5. [ ] papers were mailed on
       6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.
   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC (12-234648)**
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CASE #:** CV 15-1869-MMM (AJWx)                **DATE:** March 23, 2015

**CASE NAME:** CHINA CENTRAL TELEVISION, ETC., ET AL. VS. CREATE NEW TECHNOLOGY (HK) LIMITED, ETC., ET AL.

summons;complaint;CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK; PLAINTIFFS' NOTICE OF RELATED CASE; PLAINTIFFS' NOTICE OF INTERESTED PARTIES; PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   NATIONWIDE LEGAL
   **JAMES ISENHOUR**
   Nationwide Legal, LLC (12-234648)
   1609 James M. Wood Blvd., 2nd Fl
   Los Angeles, CA 90015
   (213) 249-9999

   a. Fee for service: $ .00
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :
      County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 23, 2015        **JAMES ISENHOUR**                *(Signature)*
                            *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)

PAGE 2
736726SK

<u>PROOF OF SERVICE BY MAIL</u>

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

    On March 27, 2015, I served the foregoing document(s) described as:

1. PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON AMIT BHALLA
2. PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON ASHA MEDIA GROUP INC. D/B/A TVPAD.COM
3. PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON CLUB TVPAD, INC., VIA AGENT OF SERVICE BENNETT WONG
4. PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON BENNETT WONG
5. PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON HONGHUI CHEN D/B/A/ E-DIGITAL

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Soyeun D Choi, Esq.<br><br>Attorney for Club TVpad, Inc., Bennett Wong | 333 Twin Dolphin Drive, Suite 220<br>Redwood Shores CA 94065 |
| Rena Mehta<br>Asha Media Group | 10031 Remington Drive,<br>Riverview, FL 33578 |
| Amit Bhalla | 3102 W. El Prado Blvd., Unit 1<br>Tampa, FL 33629 |
| Liangzhong Zhou<br>newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Dr.<br>Dallas, TX 75248 |
| Honghui Chen d/b/a e-Digital | 815 S. Marguerita Ave.<br>Alhambra, CA 91801 |
| Create New Technology (HK) Limited | Room D,<br>10/F, Tower A, Billion Centre,<br>1 Wang Kwong Road,<br>Kowloon Bay, Kowloon, Hong Kong, China |
| Hua Yang International Technology Ltd | Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China |

    I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

    Executed on March 27, 2015, at Los Angeles, California.

☑    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | _/s/ Frank M. Romero_ |
|---|---|
| Print Name | Signature |