Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHINA CENTRAL TELEVISION, A China company; CHINA INTERNATIONAL COMMUNICATIONS, CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C. a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong Company, HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong Company, SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., a China company, CLUB | Case No. CV 15-1869 MMM (AJWx)<br><br>Assigned for all purposes to:<br>Honorable Margaret M. Morrow<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD. TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>[C.D. Cal. Loc. R. 8-3] |

| | |
|---|---|
| 1 | TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a/ E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, |
| | Defendants. |

Defendant CREATE NEW TECHNOLOGY (HK) CO. LTD. ("Create"), on the one hand, and Plaintiffs CHINA CENTRAL TELEVISION, CHINA INTERNATIONAL COMMUNICATIONS CO., LTD, TVB HOLDINGS (USA), INC. AND DISH NETWORK L.L.C., on the other hand (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on March 13, 2015;

WHEREAS, Plaintiffs served their Complaint on Defendant Create on March 18, 2015, making the current deadline for Create to respond to the Complaint April 8, 2015;

WHEREAS, in order to allow sufficient time for Create to evaluate Plaintiffs' claims and prepare a responsive pleading, the Parties have agreed that Create may have a brief extension, until and including April 22, 2015, to respond to Plaintiffs' Complaint; and

WHEREAS, Create has not made any prior requests for an extension of time to respond in this action.

///
///
///
///
///
///
///
///
///

1
STIPULATION TO EXTEND TIME FOR DEFENDANT CREATE NEW
TECHNOLOGY (HK) CO. LTD. TO RESPOND TO COMPLAINT

NOW, THEREFORE, the Parties stipulate and agree, pursuant to Local Rule 8-3, to extend the time for Defendant Create to answer or otherwise respond to Plaintiff's Complaint up to and including April 22, 2015.

DATED: April 8, 2015  YOUNG, ZINN & BATE LLP

By: /s/ Lester F. Aponte
LESTER F. APONTE
Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

DATED: April 8, 2015  DAVIS WRIGHT TREMAINE LLP

By: /s/ Carla A. McCauley
CARLA A. McCAULEY
Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION, CHINA INTERNATIONAL COMMUNICATIONS, CO., LTD., TVB HOLDINGS (USA), INC., and DISH NETWORK L.L.C.

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On April 8, 2015, I hereby certify that I electronically filed the foregoing document described as **STIPULATION TO EXTEND TIME FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD. TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS** with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| | |
|---|---|
| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com | Representing PLAINTIFFS |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 8, 2015, at Los Angeles, California.

*/s/ Patty Flores*
Patty Flores