Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHINA CENTRAL TELEVISION, A China company; CHINA INTERNATIONAL COMMUNICATIONS, CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C. a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong Company, HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong Company, SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., a China company, CLUB | Case No.  CV 15-1869 MMM (AJWx)<br><br>Assigned for all purposes to: Honorable Margaret M. Morrow<br><br>**CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CORPORATE DISCLOSURE STATEMENT** |

9258860 v1

| | |
|---|---|
| 1 | TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a/ E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,  Defendants. |

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

9258860 v1

CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CREATE NEW TECHNOLOGY (HK) CO. LTD. ("Create") hereby discloses that Create is a wholly-owned subsidiary of Create New Technology International Limited. No other publicly traded company presently owns 10% or more of Create.

Respectfully Submitted,

DATED: April 8, 2015        YOUNG, ZINN & BATE LLP

By: /s/ Lester F. Aponte
　　 LESTER F. APONTE

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK)
CO. LTD.

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On April 8, 2015, I hereby certify that I electronically filed the foregoing document described as **CREATE NEW TECHNOLOGY (HK) CO. LTD.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| | |
|---|---|
| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com | Representing PLAINTIFFS |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 8, 2015, at Los Angeles, California.

*[signature]*
Patty Flores