1  Harry A. Zinn (SBN 116397)
   hzinn@yzblaw.com
2  Lester F. Aponte (SBN 143692)
3  laponte@yzblaw.com
   YOUNG, ZINN & BATE LLP
4  888 South Figueroa Street, Fifteenth Floor
5  Los Angeles, California  90017
   Telephone: (213) 362-1860
6  Facsimile:   (213) 362-1861
7
8  Attorneys for Defendant
   CREATE NEW TECHNOLOGY (HK) CO. LTD.
9

10

11                 UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
12
                        WESTERN DIVISION
13

14

15  CHINA CENTRAL TELEVISION, A          Case No.  CV 15-1869 MMM (AJWx)
    China company; CHINA                 Assigned for all purposes to:
16  INTERNATIONAL                         Honorable Margaret M. Morrow
    COMMUNICATIONS, CO., LTD., a
17  China company; TVB HOLDINGS          **CERTIFICATION AND NOTICE OF**
    (USA), INC., a California corporation; **INTERESTED PARTIES**
18  and DISH NETWORK L.L.C. a            **(Local Rule 7.1-1)**
19  Colorado limited liability company,

20          Plaintiffs,                  Discovery Cut-Off:      Not Assigned
                                         Motion Cut-Off:    Not Assigned
21                                       Trial Date:   Not Assigned
22      vs.
                                         Complaint Filed:    March 13, 2015
23  CREATE NEW TECHNOLOGY
24  (HK) LIMITED, a Hong Kong
    Company, HUA YANG
25  INTERNATIONAL TECHNOLOGY
    LIMITED, a Hong Kong Company,
26  SHENZHEN GREATVISION
27  NETWORK TECHNOLOGY CO.,
28  LTD., a China company, CLUB

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1   TVPAD, INC., a California
    corporation; BENNETT WONG, an
2   individual; ASHA MEDIA GROUP
    INC. d/b/a TVPAD.COM, a Florida
3   corporation; AMIT BHALLA, an
    individual; NEWTVPAD LTD.
4   COMPANY d/b/a NEWTVPAD.COM
    a/k/a TVPAD USA, a Texas
5   corporation; LIANGZHONG ZHOU,
    an individual; HONGHUI CHEN
6   d/b/a/ E-DIGITAL, an individual;
    JOHN DOE 1 d/b/a BETV; JOHN
7   DOE 2 d/b/a YUE HAI; JOHN DOE 3
    d/b/a 516; JOHN DOE 4 d/b/a HITV;
8   JOHN DOE 5 d/b/a GANG YUE;
    JOHN DOE 6 d/b/a SPORT ONLINE;
9   JOHN DOE 7 d/b/a GANG TAI WU
    XIA; and JOHN DOES 8-10,
10
11              Defendants.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1  The undersigned, counsel of record for Defendant CREATE NEW

2  TECHNOLOGY (HK) CO. LTD. ("Create"), certifies that the following listed

3  parties may have a pecuniary interest in the outcome of this case.  These

4  representations are made to enable to Court to evaluate possible disqualification or

5  recusal.

6

7        1.     Plaintiff CHINA CENTRAL TELEVISION;

8        2.     Plaintiff CHINA INTERNATIONAL COMMUNICATIONS CO.,
LTD,

9        3.     Plaintiff TVB HOLDINGS (USA), INC.;

10        4.     Plaintiff DISH NETWORK L.L.C.;

11        5.     Defendant HUA YANG INTERNATIONAL TECHNOLOGY
LIMITED;

12        6.     Defendant SHENZHEN GREATVISION NETWORK

13  TECHNOLOGY CO., LTD.;

14        7.     Defendant CLUB TVPAD, INC.,;

15        8.     Defendant BENNETT WONG;

16        9.     Defendant ASHA MEDIA GROUP INC. d/b/a TVPAD.COM;

17        10.    Defendant AMIT BHALLA;

18        11.    Defendant NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM

19  a/k/a TVPAD USA;

20        12.    Defendant LIANGZHONG ZHOU;

21        13.    Defendant HONGHUI CHEN d/b/a/ E-DIGITAL;

22        14.    Defendant JOHN DOE 1 d/b/a BETV;

23        15.    Defendant JOHN DOE 2 d/b/a YUE HAI;

24        16.    Defendant JOHN DOE 3 d/b/a 516;

25        17.    Defendant JOHN DOE 4 d/b/a HITV;

26        18.    Defendant JOHN DOE 5 d/b/a GANG YUE;

27

28

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

19.   Defendant JOHN DOE 6 d/b/a SPORT ONLINE;

20.   Defendant JOHN DOE 7 d/b/a GANG TAI WU XIA;

21.   Defendant CREATE NEW TECHNOLOGY (HK) CO. LTD.;

22.   CREATE NEW TECHNOLOGY INTERNATIONAL LIMITED,

parent company of Defendant CREATE NEW TECHNOLOGY (HK) CO. LTD.

Respectfully Submitted,

DATED:  April 8, 2015                    YOUNG, ZINN & BATE LLP

By:  /s/ Lester F. Aponte
      LESTER F. APONTE

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK)
CO. LTD.

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

## PROOF OF SERVICE

    I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of 18 and not a party to the within action.  My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

    On April 8, 2015, I hereby certify that I electronically filed the foregoing document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** with the Clerk of the Court for the United States District Court, Central District of California.  Participants in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| | |
|---|---|
| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com | Representing PLAINTIFFS |

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on April 8, 2015, at Los Angeles, California.

Patty Flores

CERTIFICATION AND NOTICE OF INTERESTED PARTIES