Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHINA CENTRAL TELEVISION, A China company; CHINA INTERNATIONAL COMMUNICATIONS, CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C. a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong Company, HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong Company, SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., a China company, CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP | Case No.  CV 15-1869 MMM (AJWx)<br><br>Assigned for all purposes to:<br>Honorable Margaret M. Morrow<br><br>**DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015** |

| | |
|---|---|
| 1 | INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a/ E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Defendants. |

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

CREATE'S OPP. TO PLAINTIFFS' *EX PARTE* APPLICATION

Defendant Create New Technology (HK) Co. Ltd. ("Create") opposes Plaintiffs' *Ex Parte* Application to Advance Hearing on Plaintiffs' Motion for Preliminary Injunction from June 8, 2015 to April 27, 2015 (hereinafter, "Plaintiffs' *Ex Parte* Application") for two reasons: first, Create will not have adequate time to prepare its defenses by April 27; and second, Plaintiffs have not shown that advancement of the hearing date is necessary.[1]

Create has only in the last few days engaged counsel for this litigation. Create will need time to evaluate the claims and prepare its response. In addition, it is impossible for Create to file an opposition to Plaintiffs' motion under Plaintiffs' proposed order because the proposed deadline for an opposition, April 6, has already passed.

Plaintiffs state, in conclusory fashion, that "Plaintiffs' will continue to suffer immediate and irreparable harm from Defendants' infringement, if Plaintiffs' Motion for Preliminary Injunction is not granted." (Plaintiffs' *Ex Parte* Application at 5.) But Plaintiffs offer no evidence that waiting six weeks for the currently scheduled hearing date will cause them "immediate and irreparable harm." In addition, Plaintiffs offer no evidence that they acted diligently in bringing this action or their motion for preliminary injunction. In fact, evidence suggests that the basis for the action dates to at least last year: (1) Plaintiffs cite evidence regarding accused infringing "apps" dated January 8, 2014 (Doc. No. 23 at 6); (2) Plaintiffs state that the current model TVpad sold by Create is the fourth generation model of its kind (Doc. No. 23 at 4); and (3) Plaintiffs state that there is a related case alleging "similar claims for copyright infringement" regarding Create's TVpad product that was filed almost one year ago (Doc. No. 3 at 1). Thus, there is no evidence that Plaintiffs will suffer "immediate and irreparable harm" in waiting six weeks for the

---

[1] Create reserves its right to plead or otherwise respond to Plaintiffs' Complaint in any manner provided in the Federal Rules of Civil Procedure and the Local Rules of this court.

1 | scheduled hearing or that Plaintiffs have acted diligently in bringing their motion for
2 | preliminary injunction.
3 |     As a result, Defendant Create respectfully requests that the Court deny
4 | Plaintiffs' *Ex Parte* Application.

DATED: April 8, 2015      YOUNG, ZINN & BATE LLP

By: /s/ Lester F. Aponte
LESTER F. APONTE

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On April 8, 2015, I hereby certify that I electronically filed the foregoing document described as **DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015** with the Clerk of the Court for the United States District Court, Central District of California. Participants in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com | Representing PLAINTIFFS |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 8, 2015, at Los Angeles, California.

*/s/ Patty Flores*
Patty Flores