1  CARLA A. McCAULEY (State Bar No. 223910
      carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
3  865 South Figueroa Street, 24th Floor
   Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice*)
5      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
6      lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice*)
7      samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1633 Broadway
   New York, New York  10019
10 Tel.:  (212) 489-8230  Fax:  (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS

11                  **UNITED STATES DISTRICT COURT**
                    **CENTRAL DISTRICT OF CALIFORNIA**
12

13  CHINA CENTRAL TELEVISION, a China      ) Case No.
    company; CHINA INTERNATIONAL           ) **CV 15-1869 MMM (AJWx)**
14  COMMUNICATIONS CO., LTD., a China      )
    company; TVB HOLDINGS (USA), INC., a   ) **REPLY IN SUPPORT OF EX**
15  California corporation; and DISH       ) **PARTE APPLICATION TO**
    NETWORK L.L.C., a Colorado corporation,) **ADVANCE HEARING ON**
16                                         ) **PLAINTIFFS' MOTION FOR**
                    Plaintiffs,            ) **PRELIMINARY INJUNCTION**
17            vs.                          ) **FROM JUNE 8, 2015 TO**
    CREATE NEW TECHNOLOGY (HK)             ) **APRIL 27, 2015**
18  LIMITED, a Hong Kong company; HUA      )
    YANG INTERNATIONAL TECHNOLOGY          )
19  LIMITED, a Hong Kong company;          )
    SHENZHEN GREATVISION NETWORK           ) Current Hearing: June 8, 2015
20  TECHNOLOGY CO. LTD., a China           )  at 10:00 a.m.
    company; CLUB TVPAD, INC., a California )
21  corporation; BENNETT WONG, an          ) Proposed Hearing: April 27, 2015
    individual, ASHA MEDIA GROUP INC.      )  at 10:00 a.m.
22  d/b/a TVPAD.COM, a Florida corporation; )
    AMIT BHALLA, an individual;            ) Courtroom:    780
23  NEWTVPAD LTD. COMPANY d/b/a            )
    NEWTVPAD.COM a/k/a TVPAD USA, a        )
24  Texas corporation; LIANGZHONG ZHOU,    ) Action Filed:  March 13, 2015
    an individual; HONGHUI CHEN d/b/a E-   )
25  DIGITAL, an individual; JOHN DOE 1 d/b/a )
    BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN   )
26  DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; )
    JOHN DOE 5 d/b/a GANG YUE; JOHN        )
27  DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7   )
    d/b/a GANG TAI WU XIA; and JOHN DOES   )
28  8-10,                                  )
                    Defendants.            )

Defendant Create New Technology (HK) Co. Ltd. ("CNT") belatedly opposes this ex parte application to advance the hearing on Plaintiffs' motion for a preliminary injunction on the grounds that CNT will not have adequate time to prepare its response to that motion, and that Plaintiffs have not shown that advancement of the hearing is necessary. Neither ground is valid.

First, in its opposition to this application CNT provides no explanation as to why it will not have adequate time to prepare its opposition to the preliminary injunction motion, other than a self-serving statement that it "only in the last few days engaged counsel for this litigation" (referring to Lester Aponte of Young, Zinn & Bate LLP). As set forth in Plaintiffs' opening papers on this application, CNT was properly served with the Complaint and the preliminary injunction papers in this action three full weeks ago, on March 18, and was given notice of this ex parte application to advance the preliminary injunction hearing nearly two weeks ago, on March 26. Additionally, since Plaintiffs are aware that Mr. Aponte represents CNT in another action pending in this Court that involves the TVpad, Plaintiffs' counsel also provided notice to Mr. Aponte of the instant ex parte application on March 26, as a courtesy. Declaration of Lacy H. Koonce, III, dated April 10, 2015, ¶ 2. CNT's claim that it only recently "engaged" its existing counsel to represent it in this matter should not excuse its three weeks of ignoring the pending motion, and allow it now to claim insufficient time to prepare.

With respect to CNT's argument that no advancement of the hearing is necessary, good cause exists to grant this application because the first hearing date listed as available on the Court's civil motion calendar was almost three months away when Plaintiffs filed their motion. Moreover, as a result of CNT's massive, continuing copyright infringement, Plaintiffs suffer irreparable injury on an ongoing basis as consumers in the U.S. stream CCTV and TVB content pirated through the TVpad network. Specifically, as set forth at length in Plaintiffs' memorandum in support of its motion for a preliminary injunction, the unauthorized public performances of CCTV and TVB programs for which CNT is secondarily liable cause Plaintiffs

EX PARTE APPLICATION TO ADVANCE HEARING
DWT 26612922v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

irreparable harm by directly competing with authorized subscriptions to CCTV and TVB television packages, disrupting Plaintiffs' relationships with authorized distribution partners, depriving Plaintiffs of their exclusive rights to control the distribution, timing of distribution, and quality of their own copyrighted programs, and interfering with Plaintiffs' ability to develop a lawful market for Internet distribution of their television programming. *See* Dkt 23-1 at 119-125, 134-138, 148-150. (declarations in support of Motion for Preliminary Injunction detailing irreparable injury experienced by each Plaintiff). In short, every day that passes before the hearing on the preliminary injunction is a day that literally hundreds of hours of copyrighted programming across multiple channels are being viewed illegally by viewers across the United States, for free.

CNT suggests that because Plaintiffs cite evidence of infringement from early 2014 involving an earlier generation of the TVpad device, and because the aforementioned other lawsuit against CNT involving the TVpad was filed in 2014, Plaintiffs cannot show urgency. To the contrary, the recent release of a new model of TVpad demonstrates CNT's continued, aggressive actions targeting U.S. consumers, and highlights the urgency here. Further, because the TVpad technology is complex and many aspects of that technology – as well as CNT's infringing actions – have been carefully obscured by CNT, Plaintiffs have been forced to spend a great deal of time and resources investigating the technology and the practices of CNT and the other defendants in order to present a compelling preliminary injunction motion to this Court. Make no mistake: Plaintiffs have been harmed by CNT's infringing acts during the time when Plaintiffs were conducting their investigation, and this in no way diminishes the fact that CNT's ongoing infringement, left unchecked, continues to irreparably harm Plaintiffs.

Indeed, another recent act by CNT further underscores the urgency here. On March 28, 2015, CNT opened its first-ever TVpad brick-and-mortar store, in Oakland, California. Koonce Declaration, ¶ 3. CNT trumpeted this launch on its

Facebook page and its official website, displaying photographs of TVpad devices operating in the store, including screenshots showing icons for the infringing apps that Plaintiffs complain of in this action. *Id.*, Ex. B. This audacious move again shows that CNT is aggressively expanding its infringing activity in the United States during the pendency of this lawsuit, and that immediate injunctive relief is necessary.

Finally, Plaintiffs recognize that because the application to advance the hearing has not yet been decided by the Court, the proposed April 27 hearing date is likely no longer practicable. However, Plaintiffs respectfully request that the Court set the hearing for the earliest possible hearing date after April 27.

DATED: April 9, 2015          DAVIS WRIGHT TREMAINE LLP
                              CARLA A. McCAULEY
                              ROBERT D. BALIN (*pro hac vice*)
                              LACY H. KOONCE, III (*pro hac vice*)
                              SAMUEL BAYARD (*pro hac vice*)
                              GEORGE WUKOSON (*pro hac vice*)


                                        /s/Carla A. McCauley
                              By: _____
                              Carla A. McCauley
                              Attorneys for Plaintiffs
                              CHINA CENTRAL TELEVISION; CHINA
                              INTERNATIONAL COMMUNICATIONS CO.,
                              LTD.; TELEVISION BROADCASTS LIMITED;
                              TVB HOLDINGS (USA), INC.; AND DISH
                              NETWORK L.L.C.

EX PARTE APPLICATION TO ADVANCE HEARING
DWT 26612922v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

**KOONCE DECLARATION**

# DECLARATION OF LACY H. KOONCE, III

I, Lacy H. Koonce, III, declare as follows:

1.      I am licensed to practice law before all the courts in the State of New York and am admitted to the United States Court of Appeals for the Ninth Circuit. I have been admitted *pro hac vice* in the Central District of California. I am a partner at Davis Wright Tremaine LLP, counsel for Plaintiffs in the above-entitled matter, and I have been admitted in this case *pro hac vice*. I submit this Declaration in support of Plaintiffs' Reply in Support of their Ex Parte Application to Advance the Hearing on Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.

2.      On March 26, I provided notice by email to Lester Aponte of Young, Zinn & Bate LLP that Plaintiffs had applied ex parte to advance the hearing on Plaintiffs' preliminary injunction motion. A true and correct copy of that email communication is attached hereto as **Exhibit A**.

///
///
///
///
///
///
///
///
///
///
///

3.     On March 27, 2015, I reviewed postings on CNT's official website at www.itvpad.com, its "TVpad Fans" official platform and its Facebook page that CNT was opening its first-ever TVpad brick-and-mortar store, in Oakland, California, on March 28, 2015. True and correct copies of the postings from CNT's official website and its TVpad Fans official platform postings are attached hereto as **Exhibit B**. The postings from CNT's Facebook page have apparently been removed since March 27, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 9, 2015 at New York, New York.

Lacy H. Koonce, III

EX PARTE APPLICATION TO ADVANCE HEARING
DWT 26612922v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

**EXHIBIT A**

| From: | Koonce, Lance |
|---|---|
| Sent: | Thursday, March 26, 2015 5:29 PM |
| To: | jfry@mmmlaw.com; hzinn@yzblaw.com; laponte@yzblaw.com |
| Cc: | Balin, Robert; McCauley, Carla |
| Subject: | Ex Parte Motion -- China Central Television v. Create New Technology, CV 15-1869 MMM (AJWx) |
| Attachments: | Filed Order.pdf; Filed Ex Parte Application.pdf |

Gentlemen:

We represent the plaintiffs in the above-referenced action, which was recently filed in the Central District of California.  We understand that you represent Create New Technology (HK) Limited ("CNT") in another case pending in this court, Munhwa Broadcasting Corp. v. Doo Hyun Song, 14-cv-04213.

We have served CNT with the complaint, as well as with plaintiffs' motion for preliminary injunction, at their offices in Hong Kong.  Yesterday, we also provided notice to CNT of an ex parte application to advance the hearing on plaintiffs' preliminary injunction motion from June 8 to April 27, and have served CNT with the motion papers in connection with the ex parte motion.  While we understand that your firms have not made an appearance in our case and may not be representing CNT in our case, out of an abundance of caution and as a matter of professional courtesy we wanted to provide you with the papers in support of the ex parte motion, as filed, which are attached.

If you will not be representing CNT in this matter, we apologize for the interruption.

Please feel free to give me a call if you have any questions.  I can be reached this evening at (917) 612-5861, or tomorrow at the phone number below.

Regards,

Lance Koonce

**Lance Koonce** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6467 | Fax: (212) 379-5207
Email: lancekoonce@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

EXHIBIT A

1  CARLA A. McCAULEY (State Bar No. 223910)
       carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice* pending)
5      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice* pending)
6      lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice* pending)
7      samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice* pending)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1633 Broadway
   New York, New York  10019
10 Tel.: (212) 489-8230 Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
                   UNITED STATES DISTRICT COURT
12               CENTRAL DISTRICT OF CALIFORNIA

13 CHINA CENTRAL TELEVISION, a China          ) Case No.
   company; CHINA INTERNATIONAL               ) **CV 15-1869 MMM (AJWx)**
14 COMMUNICATIONS CO., LTD., a China          )
   company; TVB HOLDINGS (USA), INC., a       ) **[PROPOSED] ORDER**
15 California corporation; and DISH           ) **GRANTING PLAINTIFFS' EX**
   NETWORK L.L.C., a Colorado limited         ) **PARTE APPLICATION TO**
16 liability company,                         ) **ADVANCE THE HEARING ON**
                                              ) **PLAINTIFFS' MOTION FOR**
17                         Plaintiffs,         ) **PRELIMINARY INJUNCTION**
            vs.                               ) **TO APRIL 27, 2015**
18 CREATE NEW TECHNOLOGY (HK)                 )
   LIMITED, a Hong Kong company; HUA          )
19 YANG INTERNATIONAL TECHNOLOGY              )
   LTD., a Hong Kong company; SHENZHEN        )
20 GREATVISION NETWORK                        )
   TECHNOLOGY CO. LTD., a China               )
21 company; CLUB TVPAD, INC., a California     )
   corporation; BENNETT WONG, an              )
22 individual; ASHA MEDIA GROUP INC.          )
   d/b/a TVPAD.COM, a Florida corporation;    )
23 AMIT BHALLA, an individual;                )
   NEWTVPAD LTD CO. a/k/a TVPAD USA,          )
24 a Texas corporation; LIANGZHONG ZHOU,      )
   an individual; HONGHUI CHEN d/b/a e-       )
25 Digital, an individual; JOHN DOE 1 d/b/a   )
   BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN       )
26 DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV;    )
   JOHN DOE 5 d/b/a GANG YUE; JOHN            )
27 DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7       )
   d/b/a GANG TAI WU XIA; and JOHN DOES       )
28 8-10,                                      )
                         Defendants.

This Court has considered (i) the submissions of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") in support of Plaintiffs' Ex Parte Application to Advance the Hearing on Plaintiffs' Motion for Preliminary Injunction, the Memorandum of Points and Authorities in Support of the Motion, and the declarations and exhibits in support thereof; (ii) the oppositions thereto of defendants Create New Technology (HK) Limited, Club TVpad, Inc., and Asha Media Group Inc. (collectively, "Defendants"), and the declarations and exhibits in support of Defendants' oppositions.

Good cause having been shown, the Ex Parte Application is GRANTED. Plaintiffs' Motion for Preliminary Injunction is advanced to April 27, 2015 at 10:00 a.m. in Courtroom 780. Any Oppositions to Plaintiffs' Motion for Preliminary Injunction shall be filed no later than April 6, 2015. Any Replies to any filed Oppositions shall be filed no later than April 13, 2015.

**IT IS SO ORDERED.**


_____, 2015

_____
Hon. Margaret M. Morrow
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

_____
[Proposed] Order Granting Ex Parte Application
DWT 26515920v1 0094038-000021

CARLA A. McCAULEY (State Bar No. 223910
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>                    Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**EX PARTE APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015; DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A THROUGH E**<br><br>[Proposed Order concurrently submitted]<br><br>Current Hearing: June 8, 2015 at 10:00 a.m.<br>Proposed Hearing: April 27, 2015 at 10:00 a.m.<br>Courtroom:    780<br><br>Action Filed: March 13, 2015 |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19, Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively "Plaintiffs") hereby request through the instant Ex Parte Application that Plaintiffs' pending Motion for Preliminary Injunction, now set for June 8, 2015 at 10:00 a.m., be advanced and specially set for a new hearing date of April 27, 2015 at 10:00 a.m.

Good cause exists to grant this application because the first hearing date listed as available on the Court's civil motion calendar when Plaintiffs filed their Motion for Preliminary Injunction on March 16, 2015 was June 8, 2015. That hearing date is still over ten weeks away as of the date of the filing of the instant Ex Parte. Plaintiffs' Motion for a Preliminary Injunction seeks relief for immediate and irreparable harm that is continuing and will continue until Plaintiffs' Motion can be heard. As set forth below and in Plaintiffs' pending Motion for Preliminary Injunction, it is crucial that Plaintiff's PI Motion be heard as soon as possible.

Concurrent with the filing of its Complaint on March 13, 2015, Plaintiffs immediately took steps to personally serve all defendants with the Complaint in this action. As of today, only one Defendant, Shenzhen Greatvision Network Technology Co. Ltd., has not been personally served with the complaint. All Defendants that are subject to the Motion, including CreateNewTechnology (HK) Limited ("CNT"), Club TVPad Inc. ("Club TVpad") and Asha Media Group Inc. ("Asha Media") (the "PI Defendants"), were personally served with the complaint in this action, and were personally served or mail served with the Motion for Preliminary Injunction, last week. Therefore, if Plaintiffs' requested relief for expediting the hearing in this action on the Preliminary Injunction is granted, the Defendants addressed in the Motion for Preliminary Injunction will have had more than the full statutory notice of the Motion as provided in the Local Rules.

Although the PI Defendants have been served, none have as of yet entered an appearance in the instant action. However, Plaintiffs have contacted all known

contact information for the Defendants in an effort to give notice of the instant Ex Parte pursuant to Local Rule 7-19, as set forth in the accompanying declaration of Carla A. McCauley at Paragraph 5 and Exhibits C through E.

This Application is based upon the attached Memorandum of Points and Authorities, the Declaration of Carla A. McCauley and accompanying exhibits, the pleadings and files in this action, and such other argument and evidence as may be presented at any hearing on the Application.

DATED: March 25, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By: /s Carla A. McCauley
Carla A. McCauley
Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TELEVISION BROADCASTS LIMITED; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

2

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     INTRODUCTION AND STATEMENT OF RELEVANT FACTS**

On March 13, 2015, Plaintiffs filed their Complaint in this action for copyright and trademark infringement based upon Defendants' operation of a parallel pirate broadcasting network that perpetrates and facilitates copyright infringement on a massive scale.  Among the victims of this piracy are Plaintiff China Central Television ("CCTV")—the largest television broadcaster in mainland China—and Television Broadcasts Limited ("TVB")—the largest television broadcaster in Hong Kong. This pirate network streams entire CCTV and TVB television channels over the Internet to U.S. users of the "TVpad" set-top box, 24 hours a day and seven days a week. CNT and its affiliates accomplish this piracy in part through a peer-to-peer network—like Napster, Grokster, and BitTorrent—through which TVpad users not only receive unauthorized foreign programming in the U.S., but <u>retransmit</u> it to large numbers of other TVpad users.

In its Motion for Preliminary Injunction, Plaintiffs provided detailed evidence of CNT's liability for secondary copyright infringement by, among other actions detailed in the papers, promoting infringement by TVpad users, providing infringing apps that deliver free and unauthorized content to TVpad users, providing technical support to help users access Plaintiffs' content, controlling the servers that facilitate unauthorized streaming, and profiting from the infringement. Plaintiffs also provided detailed evidence that CNT's U.S. distributors—including PI Defendants Asha Media and Club TVpad—likewise advertise and promote the infringing apps and infringing capabilities of TVpad, and help customers use the infringing apps to access CCTV and TVB programming.

As a result of this conduct, Plaintiffs suffer irreparable injury on an hourly and daily basis.  Not only is Plaintiffs' content being infringed as we speak, but Plaintiffs are, daily, losing opportunities to provide content to U.S. customers through authorized licensees.

3

When Plaintiffs filed their Motion for Preliminary Injunction on March 16, 2015, the first available date listed with the Court for a hearing was June 8, 2015. *See* Declaration of Carla A. McCauley ("McCauley Decl.") ¶ 2. Now that Plaintiffs have, over the course of last week, personally served the complaint on all of the PI Defendants, as well as the other U.S. based and Hong-Kong based Defendants named in the action[1], as well as serving the Motion for Preliminary Injunction, Plaintiffs are still 10 weeks removed from possible relief in this action. Given the nature of the irreparable injury experienced by Plaintiffs during the delay on a decision on its motion, Plaintiffs respectfully request that the hearing be advanced to April 27, 2015, which will still provide more notice to the Defendants than that provided under Local Rule.

## II. ARGUMENT

This Court has held that *ex parte* relief is appropriate if:

(1) the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures; and

(2) the moving party is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect. *See Mission Power Eng'g. Co. v. Continental Cas. Co.,* 883 F. Supp. 488, 495 (C.D. Cal. 1995). Plaintiffs meet both tests.

<u>First</u>, this Application only seeks to have Plaintiffs' Motion for Preliminary Injunction heard slightly beyond the regularly noticed motion time period of 28 days from the date of hand delivery of the notice and 31 days from the date of mail delivery of the notice. Specifically, Defendant CNT was personally served in Hong Kong with the Motion for Preliminary Injunction on March 18, 2015. Asha Media and Club TVpad were both mail served with the Motion for Preliminary Injunction

---

[1] Defendant Shenzhen Greatvision Network Technology Co. Ltd. is based in mainland China and subject to Hague Convention service protocols, and as a consequence, has not yet been served.

4

on March 17, 2015, and again mail served on March 20, 2015 after these defendants were personally served with the summons and complaint. McCauley Decl. ¶¶3-4, Exs. A, B. Therefore, Plaintiffs' requested hearing date of April 27, 2015 is well beyond the date ordinarily provided for a regularly noticed motion under these procedures.  Local Rule 6-1.  This application is necessary because the Court's calendar did not list at time of filing an available hearing date for a noticed motion prior to June 8, 2015.  McCauley Decl. ¶ 2.  As discussed above, Plaintiffs' Motion seeks to halt actionable, infringing conduct that is occurring right now and will continue to occur until that Motion is heard. Hence, Plaintiffs' will continue to suffer immediate and irreparable harm from Defendants' infringement, if Plaintiffs' Motion for Preliminary Injunction is not granted, and its Motion is not heard at the earliest possible date on regular notice. *See* Dkt 23-1 at 119-125, 134-138, 148-150. (declarations in support of Motion for Preliminary Injunction detailing irreparable injury experienced by each Plaintiff).

Second, Plaintiffs are without fault in creating this emergency. Plaintiffs filed their Complaint on March 13, 2015, and only the evening of the filing received the Notice of Assignment.  McCauley Decl. ¶ 2. Only then did Plaintiffs become aware of the fact that the first available hearing date this Court could hear its Motion was June 8, 2015. *Id*.  All earlier dates are marked as closed on the Court's calendar. Hence, due to the Court's calendar, Plaintiffs could not have had their Motion heard prior to June 8, 2015, even though the proposed April 27, 2015 hearing date is within the statutory notice period set by the Local Rules.  Local Rule 6-1.

### III.    CONCLUSION

For all the reasons stated above, Plaintiffs respectfully request that the Court grant their Ex Parte Application and advance the hearing date on Plaintiffs' Motion for Preliminary Injunction to April 27, 2015 at 10:00 a.m., or the first available date that the Court may hear the Motion.

EX PARTE APPLICATION TO ADVANCE HEARING
DWT 26514022v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

DATED: March 25, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)


By:   /s Carla A. McCauley
                Carla A. McCauley
Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA
INTERNATIONAL COMMUNICATIONS CO.,
LTD.; TELEVISION BROADCASTS LIMITED;
TVB HOLDINGS (USA), INC.; AND DISH
NETWORK L.L.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

## DECLARATION OF CARLA A. MCCAULEY

I, Carla A. McCauley, declare as follows:

1.      I am licensed to practice law before all the courts in the State of California and am admitted to the United States Court of Appeals for the Ninth Circuit.  I am a partner at Davis Wright Tremaine LLP, counsel for Plaintiffs in the above-entitled matter.  I submit this Declaration in support of Plaintiffs' Ex Parte Application to Advance the Hearing on Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.

2.      On March 13, 2015, Plaintiffs filed their Complaint in this action.  I received notice after 5:00 p.m. on March 13, 2015 of the Notice of Assignment. Later on Friday evening, and again on the morning of Monday, March 16, 2015, I checked the Court's website to search for available hearing dates for the filing of Plaintiffs' Motion for Preliminary Injunction.  All dates for Judge Morrow from April through June 1, 2015 were closed.  The first available open calendar date available was June 8, 2015 at 10:00 a.m.

3.      Plaintiffs filed their Motion for Preliminary Injunction on March 16, 2015.  Papers were concurrently provided to counsel in Hong Kong for personal service on Defendant CNT immediately after filing the Motion on March 16, 2015, which based on the time change, was then March 17, 2015 in Hong Kong.  Personal service of the Motion for Preliminary Injunction, as well as the summons and complaint, was attempted on CNT on March 17, 2015 and effectuated on March 18, 2015.  Attached hereto as Exhibit A is the proof of service by hand delivery for the Motion for Preliminary Injunction on CNT.

4.      The Motion for Preliminary Injunction was mail served on all U.S. based defendants on March 17, 2015.  Efforts to personally serve all U.S. based

EX PARTE APPLICATION TO ADVANCE HEARING

DWT 26514022v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP

865 S  FIGUEROA ST, SUITE 2400

LOS ANGELES, CALIFORNIA 90017-2566

defendants continued all last week, until all U.S. based defendants were personally served. Once I received confirmation of service, I caused Plaintiffs' Motion for Preliminary Injunction to again be mail served on all defendants at the service addresses where service of the complaint and summons had been effectuated. Asha Media was therefore mail served twice, on both March 17, 2015 and again on March 19, 2015. Club TVpad was mail served once on March 17, 2015, and Club TVpad's attorney, Soyeun Choi, was mail served on March 19, 2015. Thus, service of all defendants who are the subject of Plaintiffs Motion for Preliminary Injunction—namely CNT, Asha Media and Club TVpad—have been served well beyond the 28 days required for personal service under Local Rule and 31 days required for mail service under Local Rule. Attached hereto as **Exhibit B** are true and correct copies of the mail delivery proofs of service for these defendants.

5.    I and my colleagues working at my direction, provided notice to CNT, Asha Media and Club TVpad of Plaintiffs' intention to file the instant ex parte application, and the requirement that the PI Defendants provide any opposition within 24 hours of that filing, as follows:

a. On March 25, 2015, my colleague Lance Koonce, attorney of record in this matter, caused a letter of notice to be emailed to Owen Tse of the law firm Vivien Chan & Co., with instructions for personal delivery of the notice letter to CNT at its registered address. A true and correct copy of those email communications, on which I was copied, are attached hereto as **Exhibit C.**

b. On March 25, 2015, my colleague Lance Koonce, emailed oneamit@gmail.com and sales@tvpad.com, which is an email address believe to be associated with Asha Media. A true and correct copy of Mr. Koonce's email is attached hereto as **Exhibit D.**

c. On March 25, 2015 at 5:45 p.m., I emailed counsel for Club TVpad, Soyeun Choi, with notice of the pending ex parte application. A true

and correct copy of my email and Ms. Choi's response is attached hereto as **Exhibit E.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 25, 2015 at Los Angeles, California.

/s Carla A. McCauley

Carla A. McCauley

9

DAVIS WRIGHT TREMAINE LLP

865 S FIGUEROA ST, SUITE 2400

LOS ANGELES, CALIFORNIA 90017-2566

EXHIBIT A

1  CARLA A. McCAULEY (State Bar No. 223910)
       carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice* pending)
5      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice* pending)
6      lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice* pending)
7      samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice* pending)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1633 Broadway
   New York, New York  10019
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
                   UNITED STATES DISTRICT COURT
12                 CENTRAL DISTRICT OF CALIFORNIA

13 CHINA CENTRAL TELEVISION, a China         ) Case No.
   company; CHINA INTERNATIONAL              ) **CV 15-1869 MMM (AJWx)**
14 COMMUNICATIONS CO., LTD., a China         )
   company; TVB HOLDINGS (USA), INC., a      )
15 California corporation; and DISH          ) **PROOF OF SERVICE BY HAND**
   NETWORK L.L.C., a Colorado limited        ) **DELIVERY**
16 liability company,                        )
                                             )
17              Plaintiffs,                  )
                                             )
          vs.                                )
18                                           )
   CREATE NEW TECHNOLOGY (HK)                )
19 LIMITED, a Hong Kong company; HUA         )
   YANG INTERNATIONAL TECHNOLOGY             )
20 LTD., a Hong Kong company; SHENZHEN       )
   GREATVISION NETWORK                       )
21 TECHNOLOGY CO. LTD., a China              )
   company; CLUB TVPAD, INC., a California   )
22 corporation; BENNETT WONG, an             )
   individual; ASHA MEDIA GROUP INC.         )
23 d/b/a TVPAD.COM, a Florida corporation;   )
   AMIT BHALLA, an individual;               )
24 NEWTVPAD LTD CO. a/k/a TVPAD USA,         )
   a Texas corporation; LIANGZHONG ZHOU,     )
25 an individual; HONGHUI CHEN d/b/a e-      )
   Digital, an individual; JOHN DOE 1 d/b/a  )
26 BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN      )
   DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV;   )
27 JOHN DOE 5 d/b/a GANG YUE; JOHN           )
   DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7      )
28 d/b/a GANG TAI WU XIA; and JOHN DOES      )
   8-10,                                     )
                Defendants.                  )

## PROOF OF SERVICE BY HAND DELIVERY

I am employed in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On March 17, 2015, I served the following document(s):

1. NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6. COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9. [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in 5 arch files, to the addressee(s) at the following address(es):

**Hua Yang International Technology Limited, Rm. 19C, Lockhart Ctr., 301-307 Lockhart Rd., Wan Chai, Hong Kong**

Executed on March 18, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑ Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

LEUNG SHUN CHI
Print Name

Signature

PROOF OF SERVICE BY HAND DELIVERY
DWT 26450159v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**PROOF OF SERVICE BY HAND DELIVERY**

I am employed in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On March 18, 2015, I served the following document(s):

1. NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6. COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9. [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in 5 arch files, to the addressee(s) at the following address(es):

**Create New Technology (HK) Limited, Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong**

Executed on March 18, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑ Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

| LEUNG SHUN CHI | |
|---|---|
| Print Name | Signature |

PROOF OF SERVICE BY HAND DELIVERY
DWT 26450869v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

<u>PROOF OF SERVICE BY MAIL</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 18, 2015, I served the foregoing document(s) described as: **PROOF OF SERVICE BY HAND DELIVERY** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Club TVpad, Inc. | 3240 Shawn Way<br>Hayward, CA 94541 |
| Bennett Wong | 3240 Shawn Way<br>Hayward, CA 94541 |
| Asha Media Group | 10031 Remington Drive,<br>Riverview, FL 33578, |
| Amit Bhalla | 10031 Remington Drive,<br>Riverview, FL 33578 |
| newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Dr., Dallas TX 75248 |
| Liangzhong Zhou | 7411 La Bolsa Dr.,<br>Dallas TX 75248 |
| Honghui Chen d/b/a e-Digital | 229 S Marguerita Avenue<br>Alhambra, CA 91801 |
| Create New Technology (HK) Limited | Limited, Room D,<br>10/F, Tower A, Billion Centre,<br>1 Wang Kwong Road,<br>Kowloon Bay, Kowloon, Hong Kong, China |
| Hua Yang International Technology Ltd | Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 18, 2015, at Los Angeles, California.

☑ FederalI declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Frank M. Romero
Print Name

*Frank M. Romero*
Signature

# Service of Subsequent Document Filings:

[2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al](#)

ACCO,(AJWx),AO120,AO121,DISCOVERY,MANADR,RELATED-P

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by McCauley, Carla on 3/18/2015 at 9:09 AM PDT and filed on 3/18/2015

| | |
|---|---|
| **Case Name:** | China Central Television et al v. Create New Technology HK Limited et al |
| **Case Number:** | [2:15-cv-01869-MMM-AJW](#) |
| **Filer:** | China Central Television |
| | China International Communications Co., Ltd. |
| | Dish Network L.L.C. |
| | TVB Holdings USA Inc |
| **Document Number:** | [33](#) |

**Docket Text:**
**Proof OF SERVICE China Central Television, China International Communications Co., Ltd., Dish Network L.L.C., TVB Holdings USA Inc, re MOTION for Preliminary Injunction . Motion[23] (McCauley, Carla)**

**2:15-cv-01869-MMM-AJW Notice has been electronically mailed to:**

Carla A McCauley    carlamccauley@dwt.com, frankromero@dwt.com

George P Wukoson    georgewukoson@dwt.com

Lacy H Koonce , III    lancekoonce@dwt.com

Robert D Balin    robbalin@dwt.com

Samuel M Bayard    samuelbayard@dwt.com

**2:15-cv-01869-MMM-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Users\romef\Desktop\Proof of Service by Hand Delivery.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/18/2015] [FileNumber=19133453-0
] [7ebb117819717e3864da6a163fc4d00a85428637d39f11cf4a0d5b7b2db742329a4
e7d3d89882c4dd76f31344b8e7b9a3de3bc905640c3d7ce1fdbd54fef5124]]

EXHIBIT B

CARLA A. McCAULEY (State Bar No. 223910
  carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
  bobbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
  lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
  samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
  georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, <br><br>                Plaintiffs, <br><br>     vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br>                Defendants. | Case No. <br> **CV 15-1869 MMM (AJWx)** <br><br> **PROOF OF SERVICE BY U.S. MAIL** |

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 17, 2015, I served the foregoing document(s) described as:

1. NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6. COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9. [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| **Club TVpad, Inc.** | **3240 Shawn Way** <br> **Hayward, CA 94541,** |
| **Bennett Wong** | **3240 Shawn Way** <br> **Hayward, CA 94541** |
| **Asha Media Group** | **10031 Remington Drive,** <br> **Riverview, FL 33578,** |

| Amit Bhalla | 10031 Remington Drive<br>Riverview, FL 33578 |
|---|---|
| newTVpad Ltd. Co. d/b/a<br>newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Drive<br>DallasTX 75248, |
| Liangzhong Zhou | 7411 La Bolsa Drive<br>Dallas TX 75248 |
| Honghui Chen d/b/a e-Digital | 229 S Marguerita Avenue<br>Alhambra, CA 91801 |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 17, 2015, at Los Angeles, California.

☑    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | |
|---|---|
| Print Name | Signature |

DAVIS WRIGHT TREMAINE LLP<br>865 S. FIGUEROA ST, SUITE 2400<br>LOS ANGELES, CALIFORNIA 90017-2566

# Service of Subsequent Document Filings:

2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al

ACCO,(AJWx),AO120,AO121,DISCOVERY,MANADR,RELATED-P

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by McCauley, Carla on 3/17/2015 at 5:44 PM PDT and filed on 3/17/2015

| | |
|---|---|
| **Case Name:** | China Central Television et al v. Create New Technology HK Limited et al |
| **Case Number:** | 2:15-cv-01869-MMM-AJW |
| **Filer:** | China Central Television |
| | China International Communications Co., Ltd. |
| | Dish Network L.L.C. |
| | TVB Holdings USA Inc |
| **Document Number:** | 32 |

**Docket Text:**
**OF SERVICE China Central Television, China International Communications Co., Ltd., Dish Network
L.L.C., TVB Holdings USA Inc, re MOTION for Preliminary Injunction . Motion[23] (McCauley, Carla)**

**2:15-cv-01869-MMM-AJW Notice has been electronically mailed to:**

Carla A McCauley     carlamccauley@dwt.com, frankromero@dwt.com

George P Wukoson     georgewukoson@dwt.com

Lacy H Koonce , III     lancekoonce@dwt.com

Robert D Balin     robbalin@dwt.com

Samuel M Bayard     samuelbayard@dwt.com

**2:15-cv-01869-MMM-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE
FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Users\romef\Desktop\POS PI Motion.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/17/2015] [FileNumber=19132462-0
] [0ec8dea14b1ebe033f5b533926818605bdfb47230ff172fa995cc8c8207d92ee2e1
4d0e0157089bc2f82f258e2b9480fb507d421d63c53ced848cf16d0ece91b]]

CARLA A. McCAULEY (State Bar No. 223910
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
    bobbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, | ) Case No.<br>) **CV 15-1869 MMM (AJWx)**<br>)<br>) **AMENDED PROOF OF**<br>) **SERVICE BY U.S. MAIL**<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) |
| CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

PROOF OF SERVICE BY MAIL

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

       On March 20, 2015, I served the foregoing document(s) described as:

1.     NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6.     COMPENDIUM OF EVIDENCEIN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9.     [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| RENA MEHTA<br>REGISTERED AGENT<br>ASHA MEDIA GROUP<br>10031 REMINGTON DRIVE,<br>RIVERVIEW, FL 33578 | BENNETT WONG<br>CLUB TVPAD INC.<br>C/O<br>SOYEUN D. CHOI<br>ATTORNEY AT LAW<br>333 TWIN DOLPHIN DRIVE,<br>SUITE 220<br>REDWOOD SHORES, CA  94065 |
| AMIT BHALLA<br>3102 W. EL PRADO BLVD. UNIT 1<br>TAMPA, FL 33629 | |

       I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service.

I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

      Executed on March 23, 2015, at Los Angeles, California.

☑    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | _Frank M. Romero_ |
|---|---|
| Print Name | Signature |

## PROOF OF SERVICE BY MAIL

        I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

        On March 20, 2015, I served the foregoing document(s) described as:

1.     NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES

2.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 1 OF 7

3.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 2 OF 7

4.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 3 OF 7

5.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 4 OF 7

6.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 5 OF 7

7.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 6 OF 7

8.     COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, VOLUME 7 OF 7

9.     [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:
 by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

HONGHUI CHEN
D/B/A E-DIGITAL
815 S. MARGUERITA AVE.
ALHAMBRA, CA 91801

        I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

        Executed on March 23, 2015, at Los Angeles, California.

☑    Federal I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Frank M. Romero | *Frank M. Romero* |
| Print Name | Signature |

<u>PROOF OF SERVICE BY MAIL</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 23, 2015, I served the foregoing document(s) described as: **AMENDED PROOF OF SERVICE BY U.S. MAIL** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Soyeun D Choi, Esq.<br><br>Attorney for Club TVpad, Inc., Bennett Wong | 333 Twin Dolphin Drive, Suite 220<br>Redwood Shores CA 94065 |
| Rena Mehta<br>Asha Media Group | 10031 Remington Drive,<br>Riverview, FL 33578 |
| Amit Bhalla | 3102 W. El Prado Blvd., Unit 1<br>Tampa, FL 33629 |
| Liangzhong Zhou<br>newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Dr.<br>Dallas, TX 75248 |
| Honghui Chen d/b/a e-Digital | 815 S. Marguerita Ave.<br>Alhambra, CA 91801 |
| Create New Technology (HK) Limited | Limited, Room D,<br>10/F, Tower A, Billion Centre,<br>1 Wang Kwong Road,<br>Kowloon Bay, Kowloon, Hong Kong, China |
| Hua Yang International Technology Ltd | Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 23, 2015, at Los Angeles, California.

☑ FederalI declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Frank M. Romero | *Frank M. Romero* |
| Print Name | Signature |

EXHIBIT C

# McCauley, Carla

**From:** Koonce, Lance
**Sent:** Wednesday, March 25, 2015 5:59 PM
**To:** owentse@vcclawservices.com
**Cc:** Wukoson, George; McCauley, Carla
**Subject:** Urgent Request
**Attachments:** DOC.PDF

Owen:

Good morning.  I hope you will be able to help us with another request in connection with our lawsuit.  We urgently need to have someone deliver the attached one-page letter to Create New Technology as soon as possible.  Is that something that you would be able to do this morning?  We also will have a small set of papers that will then need to be delivered to Create New Technology later today.  (Unfortunately, these two deliveries cannot be combined -- we need you to deliver the letter first, then the papers later once they are ready.)

If you can deliver the letter by hand for us now, can you please send an email back confirming that you will be sending someone out for delivery right away?  Please copy George and Carla on your response.  Also, please provide confirmation by email as soon as you have delivered the letter.

Regards,

Lance Koonce

Lance Koonce | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6467 | Fax: (212) 379-5207
Email: lancekoonce@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.


**Davis Wright Tremaine LLP**

27th Floor
1633 Broadway
New York, NY 10019-6708

**Lance Koonce**
212.603.6467 tel
212.379.5207 fax

lancekoonce@dwt.com

March 25, 2015

**Via Hand Delivery**

Create New Technology (HK) Limited
Room D,
10/F, Tower A, Billion Centre,
1 Wang Kwong Road,
Kowloon Bay, Kowloon, Hong Kong, China

**Re:** *China Central Television et al. v. Create New Technology (HK) Limited et al., CV 15-1869*

To Whom It May Concern:

We write as counsel for Plaintiffs in the above-reference action. Please note that tomorrow, March 26, 2015, Plaintiffs will be moving, ex parte, for an order shortening time on the hearing on Plaintiffs Motion for Preliminary Injunction. Specifically, Plaintiffs are requesting that the hearing for that Motion, presently set for June 8, 2015 at 10:00 a.m., be advanced to April 27, 2015, or the first available date on the Court's calendar.

The basis for the requested relief is that, at the time of the filing of the Motion, the Court's calendar dates from April through early June were closed, with the first available date for hearing on June 8, 2015. Given the nature of the relief requested by Plaintiffs in their Motion, and the irreparable nature of the harm they experience each day pending decision on their Motion, Plaintiffs are requesting an earlier hearing date that still provides all Defendants with statutory notice pursuant to Local Rule 6-1.

According to Judge Morrow's procedures, Defendants shall have 24 hours to provide a response to the ex parte application after service of Plaintiffs' Ex Parte. You must advise the Court within 24 hours of the filing and service of the Ex Parte whether you intend to file an Opposition.

Very truly yours,

Lance Koonce

DWT 15264815v1 0069462-000031

Anchorage   New York   Seattle
Bellevue    Portland   Shanghai
Los Angeles San Francisco Washington, D.C.                    www.dwt.com

EXHIBIT D

**McCauley, Carla**

| | |
|---|---|
| **From:** | Koonce, Lance |
| **Sent:** | Wednesday, March 25, 2015 6:16 PM |
| **To:** | oneamit@gmail.com; sales@tvpad.com |
| **Cc:** | McCauley, Carla |
| **Subject:** | Case No. CV 15-1869 MMM (AJWx) |

**Re: Case No. CV 15-1869 MMM (AJWx)**

Mr. Bhalla,

Please note that tomorrow, March 26, 2015, Plaintiffs in the above entitled action will be moving, ex parte, for an order shortening time on the hearing on Plaintiffs Motion for Preliminary Injunction.  Specifically, Plaintiffs are requesting that the hearing for that Motion, presently set for June 8, 2015 at 10:00 a.m., be advanced to April 27, 2015, or the first available date on the Court's calendar.

The basis for the requested relief is that, at the time of the filing of the Motion, the Court's calendar dates from April through early June were closed, with the first available date for hearing on June 8, 2015.  Given the nature of the relief requested by Plaintiffs in their Motion, and the irreparable nature of the harm they experience each day pending decision on their Motion, Plaintiffs are requesting an earlier hearing date that still provides all Defendants with statutory notice pursuant to Local Rule 6-1.

According to Judge Morrow's procedures, Defendants shall have 24 hours to provide a response to the ex parte application after service of Plaintiffs' Ex Parte.  You must advise the Court within 24 hours of the filing and service of the Ex Parte whether you intend to file an Opposition.

Regards,

Lance Koonce


**Lance Koonce** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6467 | Fax: (212) 379-5207
Email: lancekoonce@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

EXHIBIT E

## McCauley, Carla

**From:** McCauley, Carla
**Sent:** Wednesday, March 25, 2015 5:45 PM
**To:** Soyeun Choi (soyeun@soyeunesq.com)
**Cc:** Koonce, Lance
**Subject:** China Central Television, et al. v. CreateNewTechnology, et al./Notice of Ex Parte

**Re: Case No. CV 15-1869 MMM (AJWx)**

Dear Ms. Choi,

Please note that tomorrow, March 26, 2015, Plaintiffs in the above entitled action will be moving, ex parte, for an order shortening time on the hearing on Plaintiffs Motion for Preliminary Injunction.  Specifically, Plaintiffs are requesting that the hearing for that Motion, presently set for June 8, 2015 at 10:00 a.m., be advanced to April 27, 2015, or the first available date on the Court's calendar.

The basis for the requested relief is that, at the time of the filing of the Motion, the Court's calendar dates from April through early June were closed, with the first available date for hearing on June 8, 2015.  Given the nature of the relief requested by Plaintiffs in their Motion, and the irreparable nature of the harm they experience each day pending decision on their Motion, Plaintiffs are requesting an earlier hearing date that still provides all Defendants with statutory notice pursuant to Local Rule 6-1.

According to Judge Morrow's procedures, Defendants shall have 24 hours to provide a response to the ex parte application after service of Plaintiffs' Ex Parte.  You must advise the Court within 24 hours of the filing and service of the Ex Parte whether you intend to file an Opposition.

Regards,
Carla McCauley

**Carla McCauley** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8665 | Fax: (213) 633-6899
Email: carlamccauley@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**PROOF OF SERVICE BY HAND DELIVERY**

I am employed in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On March 26, 2015, I served the following document(s):

1.  EX PARTE APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015; DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A THROUGH E

2.  [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO APRIL 27, 2015

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in a sealed envelope(s), to the addressee(s) at the following address(es):

**Create New Technology (HK) Limited, Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong**

Executed on March 26, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑   Federal        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

_____          _____
Chan Winnie                                          Signature
Print Name

---

1

PROOF OF SERVICE BY HAND DELIVERY
DWT 26516267v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| CARLA A. MCCAULEY<br>DAVIS WRIGHT TREMAINE LLP<br>865 S. FIGUEROA ST, SUITE 2400  LOS ANGELES, CA 90017<br>**Attorney For: Plaintiffs** | | SBN: 223910 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| TELEPHONE NO.: (213) 633-6800        FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | | | |
| UNITED STATES DISTRICT COURT<br>  STREET ADDRESS:<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: , CA<br>  BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | | | | |
| PLAINTIFF(name each): CHINA CENTRAL TELEVISION, ETC., ET AL.<br>DEFENDANT(name each): CREATE NEW TECHNOLOGY (HK) LIMITED, ETC., ET AL. | | | | CASE NUMBER:<br>15-1869 MMM (AJWx) |
| **PROOF OF DELIVERY** | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>94038-21 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO APRIL 27, 2015; EX PARTE APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015; DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A THROUGH E

              NAME OF PARTY:   **SOYEUM D. CHOI, ESQ.**

              DELIVERED TO:   **JENNIFER CHAN - FRONT DESK RECEPTIONIST**

DATE & TIME OF DELIVERY:   **03/26/2015<br>10:45 am**

ADDRESS, CITY, AND STATE:   **ATTORNEY AT LAW<br>333 TWIN DOLPHIN, SUITE 220<br>REDWOOD CITY, CA 94065**

MANNER OF SERVICE:
Delivery to a Business: Service was made by delivery to the business office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011]

Fee for Service:<br>
NATIONWIDE County:  **SAN FRANCISCO**<br>
    Registration No.:  **895**<br>
    **Nationwide Legal, LLC (12-234648)**<br>
    **1609 James M. Wood Blvd., 2nd Fl**<br>
    **Los Angeles, CA 90015**<br>
    **(213) 249-9999**<br>
    **Ref: 94038-21**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 26, 2015.

Signature: _____
      **MARCO ANTONIO DE LA FUENTE**

**PROOF OF HAND DELIVERY**   **Order#: 738044AM/DROPSERVE**

## PROOF OF SERVICE BY FEDERAL EXPRESS

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine, LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express.  Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the next business day.

On March 26, 2015, I served the following document(s):

1. EX PARTE APPLICATION TO ADVANCE HEARING O PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JUNE 8, 2015 TO APRIL 27, 2015; DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A THROUGH E

2. PROPOSED ORDERGRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTIN FOR PRELIMINARY INJUNCTION TO APRIL 27, 2015

by placing a **true copy or original** in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Rena Mehta
Asha Media Group
10031 Remington Drive,
Riverview, FL 33578

Amit Bhalla
3102 W. El Prado Blvd., Unit 1
Tampa, FL 33629

and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on March 26, 2015, at Los Angeles, California.

☑   Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____      _____
          Frank M. Romero                      Signature
              Print Name

**EXHIBIT B**



登錄　註冊　　0　我要推薦TVpad　　應用入駐　[English]

首頁　　TVpad4介紹　　購買TVpad　　招商合作　　關於我們　　Fans社區　　　　TVpad4　　　Sut

Rss訂閱

當前位置--> 首頁--> 官方博客 --> TVpad公司新聞

標籤：TVpad旗艦店,tvpad 优惠券,tvpad智能网络机顶盒,海外电视直播,TVpad4网络中文电视,TVpad网络中文电视,海外中文电视机顶盒,免费海外中文直播,高清电视直播

**TVpad奧克蘭旗艦店來襲，親們準備好了嗎？**

出處：TVpad 作者：Camilla 發表時間：2015-03-27 16:55:13

　　TVpad美國灣區奧克蘭旗艦店將於3月28日隆重開業，開業期間舉行優惠大酬賓活動：享$30美金優惠，盒粉們還等什麼趕緊來體驗吧！



　　TVpad自上市以來，在全球已構建龐大的銷售網絡，擁有數百家經銷商，上千家門店。旗艦店通過簡單的操作演示，不僅能讓消費者在短時間內掌握TVpad重點，也讓消費者更好的體驗到TVpad帶給家的電視樂趣，快樂且輕鬆的選購。如果在後續過程中出現問題的話還可以直接來到店面進行諮詢，做到真正一站式服務。





### Blog 分類

所有文章 [308]

TVpad用戶體驗 [9]

TVpad公司新聞 [118]

TVpad影視資訊 [135]

TVpad官方活動 [22]

TVpad知識介紹 [24]

### 熱門標籤

TVpad旗艦店　系統公告　tvpad官網
tvpad發貨　春節發貨　tvpad 优惠券
tvpad软件　tvpad问题　tvpad智能网络机顶盒
启创科技　海外电视直播
TVpad4 新品首發 優惠　TVpad4网络中文电视
热门电视剧直播　热门音乐放送
TVpad网络中文电视　高清体育赛事直播
海外中文电视机顶盒　免费海外中文直播
高清电视直播

### 熱點博文

手把手教你用ipad看Tvpad......

TVpad2本�caomao游戏全攻略（......

Legal Notice co......

TVpad常見問題解析

携手TVpad2012歐洲杯決賽......

EXHIBIT B



未來幾年，TVpad將在全球建設更多終端門店，讓更多的使用者體驗到
TVpad眾多終端的魅力。

身在奧克蘭的華人們，如有意願瞭解或購買TVpad，歡迎來**TVpad旗艦店**：

**購買地址 : 349 7th Street Oakland CA 94607**

**購買專線 : (510)394-7268**

                   **(510)879-6998**

上一篇：《花樣姐姐》第3期預告:......      下一篇：

發佈：Camilla | 分類：TVpad新聞 | 回覆：0 | 瀏覽：0

分享到：複製網址 Facebook QQ空間

所有評論

發表評論

點擊這裡發表評論…

抱歉,您還沒有登錄！ 登錄 註冊新用戶

**發 表**

---

正品保證        交易保障        DHL/UPS/TNT        售後政策
0月租            第三方支付平臺      全球範圍安全放心    質量問題7天退換1年保修

| 幫助中心 | 物流配送 | 支付方式 | 售後服務 | 關於我們 | 聯繫我們 |
|---|---|---|---|---|---|
| 購物指南 | 簽收說明 | 支付寶支付 | 售後承諾 | 公司簡介 | **(00852)2134-9910** |
| 我的訂單 | 關稅說明 | 國際信用卡 | 應用安裝 | 公司聲明 | |
| 常見問題 | 配送方式 | 安全性 | 關於退換貨 | 聯繫我們 | |
| 應用入駐 | 配送範圍 | | 查詢保修期 | 媒體支持 | |

Copyright © 2007-2015 啟創科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) LIMITED）All Rights Reserved

TVpad奧克蘭旗艦店來襲，親們準備好了嗎？ - TVpad交流区 - TVpad Fans - Power... Page 1 of 4

Case 2:15-cv-01869-MMM-AJW   Document 52   Filed 04/09/15   Page 51 of 56   Page ID #:2051

请输入搜索内容          帖子                                                                           登录 | 注册



| 门户 Portal | 论坛 BBS | TVpad产品区 Products | fans休闲区 Fans | 站务管理区 Service | 购买TVpad Buy | TVpad 招商 Investment |

论坛   TVpad专区   TVpad交流区   TVpad奧克蘭旗艦店來襲，親們準備好了嗎？ ...

返回列表

查看: 443 | 回复: 5



[TVpad资讯] TVpad奧克蘭旗艦店來襲，親們準備好了嗎？ [复制链接]

🔒 ~咪^@^喵~ 发表于 2015-3-27 17:29:51 | 只看该作者 | 只看大图 ▶                          楼主  电梯直达  □  🔧



TA的每日心情

😊 开心
2015-3-18
10:38

签到天数: 5 天

[LV.2]偶尔看看I

本帖最后由 ~咪^@^喵~ 于 2015-3-30 10:58 编辑

**TVpad 美國灣區奧克蘭旗艦店將於3月28日隆重開業**，開業期間舉行優惠大酬賓活動：**享$30美金優惠**，盒粉們還等什麼趕緊來體驗吧！





TVpad自上市以來，在全球已構建龐大的銷售網絡，擁有數百家經銷商，上千家門店。旗艦店通過簡單的操作演示，不僅能讓消費者在短時間內掌握TVpad重點，也讓消費者更好的體驗到TVpad帶給家的電視樂趣，快樂且輕鬆的選購。如果在後續過程中出現問題的話還可以直接來到店面進行咨詢，做到真正一站式服務。





TVpad奧克蘭旗艦店來襲，親們準備好了嗎？ - TVpad交流區 - TVpad Fans - Power... Page 3 of 4

Case 2:15-cv-01869-MMM-AJW   Document 52   Filed 04/09/15   Page 53 of 56   Page ID #:2053



未來幾年，TVpad將在全球建設更多終端門店，讓更多的使用者體驗到TVpad眾多終端的魅力。
身在奧克蘭的華人們，如有意願瞭解或購買TVpad，歡迎來TVpad 旗艦店：
購買地址：349 7th street Oakland CA 94607
購買專線：(510)394-7268
(510)879-6998

本主題由 凤凰 于 2015-3-29 09:14 设置高亮

分享到：⚫QQ好友和群 ⚫QQ空间 ⚫腾讯微博 ⚫腾讯朋友

⭐收藏 ❤分享 ⬆支持 ⬇反对



TVpad奧克蘭旗艦店來襲，親們準備好了嗎？ - TVpad交流區 - TVpad Fans - Power... Page 4 of 4

Case 2:15-cv-01869-MMM-AJW   Document 52   Filed 04/09/15   Page 54 of 56   Page ID #:2054



不錯, 超贊!

签到天数: 1049 天
[LV.10]以坛为家III

回复   支持   反对                                                           举报

hicuagain 发表于 2015-3-30 06:17:56 | 只看该作者                                    5#

炕议!

继续炕议!!!

为什么澳洲，欧洲都是40，到了美洲就变成30刀的优惠了！
还有，实体店铺里面有游戏手柄卖吗？我在别处买了一个，结果安装后用不了！

○ 点评

~眯^@^嘻~   您好！请问您所说的澳洲，欧洲优惠40美金是指线下还是线上的？线上和线下的优惠是不一样的哦~如果是线下的我们目前还没
做过40美金的优惠活动。游戏手柄我们公司还处于完善阶段，目前市面上只有少量的赠送产品。暂时  详情 回复 发表于 2015-3-
30 10:14

回复   支持   反对                                                           举报

~眯^@^嘻~ | 楼主 | 发表于 2015-3-30 10:14:37 | 只看该作者                          6#

hicuagain 发表于 2015-3-30 06:17
炕议!

继续炕议!!!

您好！请问您所说的澳洲，欧洲优惠40美金是指线下还是线上的？线上和线下的优惠是不一样的哦~如果是线下的我们目前还没做过
做过40美金的优惠活动。游戏手柄我们公司还处于完善阶段，目前市面上只有少量的赠送产品。暂时没得买。

签到天数: 5 天
[LV.2]偶尔看看I

回复   支持   反对                                                           举报

还有一些帖子被系统自动隐藏，点此展开

返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册    用QQ帐号登录

发表回复    □回帖后跳转到最后一页                                         本版积分规则

站长统计

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On April 9, 2015, I served the foregoing document(s) described as: **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT HONGHUI CHEN TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service.  I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on April 9, 2015, at Los Angeles, California.

☑      Federal      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Frank M. Romero | *Frank M. Romero* |
| Print Name | Signature |

SERVICE LIST

| | |
|---|---|
| Soyeun D. Choi, Esq.<br>333 Twin Dolphin Drive, Suite 220<br>Redwood Shores, CA 94065 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Mark Clark<br>Traverse Legal, PLC<br>810 Cottageview Drive G-20<br>Traverse City, MI 49684 | Attorneys for Asha Media Group, Inc. and Amit Bhalla |
| Timothy Wang<br>Ni, Wang & Massand, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 | Attorneys for newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA |
| Jeff Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748 | Attorneys for Honghui Chen, d/b/a e-Digital |
| John P. Fry, Esq.<br>Benjamin Warlick, Esq.<br>Morris Manning Y Martin LLP<br>3343 Peachtree Road , Suite 1600<br>Atlanta, GA 30326 | Attorneys for Create New Technology (HK) Limited |
| Hua Yang International Technology Ltd<br>Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China | |