Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendant
HONGHUI CHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, Plaintiffs, vs. CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; et al., Defendants. | No. 2:15-cv-01869-MMM-AJW **NOTICE OF APPEARANCE OF JEN-FENG LEE** |

　　PLEASE TAKE NOTICE THAT Mr. Jen-Feng (Jeff) Lee of LT Pacific Law Group LLP hereby enters his appearance as counsel on behalf of defendant HongHui Chen, dba E-Digital. Mr. Lee is authorized to receive service of pleadings notices, orders, and other papers in the above-captioned matter on behalf of HongHui Chen, dba E-Digital. The address and telephone number for defendant's counsel is listed below:

---

**Notice of Appearance**

1  Jen-Feng Lee, SBN 204328
2  jflee@ltpacificlaw.com
   LT Pacific Law Group, LLP
3  17800 Castleton Street, #560
4  City of Industry, CA 91748
   T: 626-810-7200
5  F: 626-810-7300

6

7

8  Dated: April 13, 2015

9                                            LT Pacific Law Group LLP

10

11                                    /s/Jen-Feng Lee_____

12                                   Jen-Feng (Jeff) Lee
                                     Attorney for Defendant, HongHui Chen

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

**Notice of Appearance**

63257                        2                    2:15-cv-01869

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document, <u>Notice of Appearance</u>, was filed electronically in compliance with Local Rule 5 – 3.2 and Federal Rules of Civil Procedure.  As such, this document was served on all counsel deemed to have consented to electronic service.  Local Rule 5 – 4.1.3. All other counsel of record or per se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, as identified below:

    NONE.

On this 13th day of April, 2015.

                                            /s/Jen-Feng Lee_____
                                            Jen-Feng Lee