CARLA A. McCAULEY (State Bar No. 223910
 carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
 robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
 lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
 samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
 georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS CLUBTVPAD, INC. AND BENNETT WONG TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Courtroom:  780<br>Judge:  Hon. Margaret M. Morrow<br><br>Action Filed: March 13, 2015<br>New response date: May 4, 2015 |

---

STIPULATION TO CONTINUE TIME TO RESPOND
DWT 26656382v1 0094038-000021

This Stipulation is entered by and between Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. ("Plaintiffs") and Defendants Club TVpad, Inc. and Bennett Wong ("Club TVpad Defendants") through their respective counsel of record, with reference to the following facts:

1. Plaintiffs filed the Complaint in this action on March 13, 2015.

2. Plaintiffs personally served the Club TVpad Defendants on March 20, 2015, and therefore the earliest date on which the Club TVpad Defendants' responses to the Complaint would be due is April 10, 2015;

3. Plaintiffs have agreed to extend the time for the Club TVpad Defendants to respond to the Complaint to and including May 4, 2015;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendants Club TVpad Inc. and Bennett Wong shall have an extension of time up to and including May 4, 2015 to respond to the complaint in this action.

DATED: April 15, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By: /s/ Carla A. McCauley
Carla A. McCauley

Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TELEVISION BROADCASTS LIMITED; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

DATED: April 15, 2015

RYU LAW FIRM

By: /s/ Francis S. Ryu
Francis S. Ryu

Attorneys for Defendants
ClubTVpad Inc. and Bennett Wong

1
STIPULATION TO CONTINUE TIME TO RESPOND
DWT 26656382v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On April 16, 2015, I served the foregoing document(s) described as: **STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS CLUBTVPAD, INC. AND BENNETT WONG TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on April 16, 2015, at Los Angeles, California.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Tania M. Moore
Print Name

*/s/ Tania M. Moore/*
Signature

## SERVICE LIST

| | |
|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>5900 Wilshire Blvd., Suite 2250<br>Los Angeles, CA 90036 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Mark Clark<br>Traverse Legal, PLC<br>810 Cottageview Drive G-20<br>Traverse City, MI 49684 | Attorneys for Asha Media Group, Inc. and Amit Bhalla |
| Timothy Wang<br>Ni, Wang & Massand, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 | Attorneys for newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA |
| Jeff Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748 | Attorneys for Honghui Chen, d/b/a e-Digital |
| John P. Fry, Esq.<br>Benjamin Warlick, Esq.<br>Morris Manning Y Martin LLP<br>3343 Peachtree Road, Suite 1600<br>Atlanta, GA 30326 | Attorneys for Create New Technology (HK) Limited |
| Hua Yang International Technology Ltd<br>Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China | |