Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHINA CENTRAL TELEVISION, A China company; ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong Company, ET AL., <br><br> Defendants. | Case No. CV 15-1869 MMM (AJWx) <br><br> Assigned for all purposes to: Honorable Margaret M. Morrow <br><br> NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD. <br><br> DATE: June 29, 2015 <br> TIME: 10:00 AM <br> PLACE: Courtroom 780 <br><br> *[Declaration of Benjamin J. Warlick In Support of Motion to Withdraw; [Proposed] Order filed concurrently herewith]* |

NOTICE IS HEREBY GIVEN that on June 29, 2015, at 10:00 AM in Courtroom 780, or as soon thereafter as counsel may be heard by the above-entitled Court, located at the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012-3332, in the courtroom of the Honorable Margaret M. Morrow, defendant Create New Technologies (HK) Co. Ltd. ("Create") will and hereby does move the Court to allow its counsel to withdraw.

The reasons for this request are the following. On Friday, April 10, 2015, Create directed its U.S. counsel to cease work on this matter, terminated the undersigned counsel's representation of Create, and consented to this motion to withdraw. The Director of Create, Zhang Wenwei, signed a written consent and approval of this motion. Create has been instructed that it may not proceed pro se, and has been given written notice of the consequences of its inability to appear pro se. Create has confirmed that it will not file an answer or otherwise respond on April 22 and will not respond to Plaintiffs' motion for preliminary injunction (Doc. No. 23).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place by email on April 9, 2015, and telephone on April 16. Plaintiffs oppose this motion. On April 14, 2015, U.S. counsel sent an email regarding the substance of this motion to Mr. Jeff Lee, Esq., counsel for HongHui Chen, but has not yet been able to learn if HongHui Chen opposes this motion. No other party has made an appearance as of the filing of this motion.

The motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Benjamin J. Warlick filed concurrently herewith, the pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

1    WHEREFORE, attorneys Harry A. Zinn and Lester F. Aponte with the law
2 firm Young, Zinn & Bate request that the Court enter an order allowing them to
3 withdraw as counsel for Defendant Create, relieving them of any further
4 responsibility in this matter and directing the Plaintiff to serve all future pleadings
5 and papers on Create.

DATED:  April 17, 2015         By:    /s/ Lester F. Aponte
                                      Harry A. Zinn
                                      Lester F. Aponte
                                      YOUNG, ZINN & BATE LLP

                                      Attorneys for Defendants
                                      CREATE NEW TECHNOLOGY (HK)
                                      CO. LTD.

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On April 17, 2015, I hereby certify that I electronically filed the foregoing document described as **NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.** with the Clerk of the Court for the United States District Court, Central District of California. Participants in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the emails addressed below:

| | |
|---|---|
| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com | Jen-Feng Lee<br>LT PACIFIC LAW GROUP LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748<br>Tel: (626) 810-7200<br>Fax: (626) 810-7300<br>Email: jflee@ltpacificlaw.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2015, at Los Angeles, California.

*/s/ Patty Flores*
Patty Flores