Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHINA CENTRAL TELEVISION, A China company; ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong Company, ET AL.,<br><br>Defendants. | Case No.  CV 15-1869 MMM (AJWx)<br><br>Assigned for all purposes to:<br>Honorable Margaret M. Morrow<br><br>DECLARATION OF B. WARLICK IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.<br><br>DATE:  June 29, 2015<br>TIME:   10:00 AM<br>PLACE: Courtroom 780 |

I, Benjamin J. Warlick, declare as follows:

1. I am an associate at the law firm of Morris, Manning & Martin LLP, attorney for Defendant Create New Technology (HK) Co. Ltd. ("Create") in the above-captioned litigation. I submit this declaration because counsel that have made appearances in this case, Harry A. Zinn and Lester F. Aponte, do not have personal knowledge of these facts. I have personal knowledge of the facts set forth below and if called upon as a witness, I could and would testify competently thereto.

2. With the exception of one direct call with Create, Create's U.S. counsel has communicated with Create through an independent, intermediary local China counsel Annie Ma, with the law firm King & Future IP Consultancy Limited. U.S. counsel has repeatedly requested direct communications, but Create has declined. By all appearances, China counsel was diligent and faithful in her role as intermediary.

3. Attached hereto as Exhibit 1 is a true and correct copy of an executed Consent and Approval to this Motion by Create ("Consent and Approval"), dated April 10, 2015.

4. On April 10, 2015, U.S. counsel provided written notice to Create, through China counsel, of the consequences of Create's inability to proceed *pro se*.

5. On April 10, 2015, U.S. counsel provided written notice to Create, through China counsel, of the consequences of Create's directive to U.S. counsel to cease all work in this matter.

6. In correspondence through Create's China counsel on April 13, 2015, Create has confirmed that it will not file an answer or otherwise respond on April 22 and will not respond to Plaintiffs' motion for preliminary injunction (Doc. No. 23).

7. On February 17, 2015, Plaintiffs in the related case *Munhwa Broadcasting Corp. v. Create New Technology (HK) Co. Ltd.*, CV14-4213-RGK-RZx (C.D. Cal.) served written discovery requests on Create, including requests for production, interrogatories, and requests for admission. On March 27, 2015, Create

timely served responses to those discovery requests along with a production of documents.

8. On February 20, 2015, Create's U.S. counsel sent a memorandum to Create, through China counsel, summarizing and explaining the *Munhwa Broadcasting* written discovery requests and asking that the local counsel assist in collecting the enumerated discovery.

9. Between February 20, 2015, and April 6, 2015, Create's U.S. counsel sent 30 emails and made 18 international calls to Create's local China counsel to supervise China counsel's efforts to comply with the *Munhwa Broadcasting* Plaintiffs' discovery requests. This effort included translation of detailed written instructions as well as multiple detailed discussions in Chinese to ensure that plaintiffs' requests and Create's obligations under plaintiffs' requests were fully understood by Create's local China counsel. U.S. counsel's understanding is that China counsel was diligent and faithful in conveying these instructions to Create.

10. On March 18, 2015, U.S. counsel received from Create, through China counsel, a copy of the February 20 *Munhwa Broadcasting* memorandum with annotations answering some of the questions raised in the memorandum. U.S. counsel also received a very limited set of documents. In response, U.S. counsel further annotated the memorandum with requests for additional information and documents, and sent this memorandum to Create, through China counsel, on March 21, 2015. Create provided some additional information and documents, but did not adequately explain why other documents and information were not provided despite repeated follow up efforts by U.S. Counsel.

11. Prior to March 6, 2015, Create, through China counsel, provided confirmations by phone and email to U.S. counsel that Mr. Wenwei Zhang would apply for a U.S. visa to attend *Munhwa Broadcasting* depositions in Atlanta on April 1 and 2, 2015. On March 6, U.S. counsel confirmed with plaintiffs that Mr. Zhang would be available for a deposition in Atlanta on those dates. Several times

3
WARLICK DECL ISO MOTION TO WITHDRAW AS COUNSEL FOR CREATE

after March 6, U.S. counsel reminded Create, through China counsel, of the upcoming deposition. It was not until March 30, 2015, that Create, through China counsel, informed U.S. counsel for the first time that Mr. Zhang's US visa application had not been granted for his travel. Create's U.S. counsel immediately informed plaintiffs.

12. On Monday, April 13, 2015, Magistrate Judge Zarefsky granted granted *Munhwa Broadcasting* plaintiffs' *Ex Parte* Application to compel certain discovery by April 15. (CV14-4213, Doc. No. 170.)

13. U.S. counsel has and will continue to provide Create with notice of Court filings in the *Munhwa Broadcasting* case and this case, including M.J. Zarefsky's order granting Plaintiffs' *Ex Parte* Application in the *Munhwa Broadcasting* case (CV14-4213, Doc. No. 171). As of this date, Create has not provided any of the ordered discovery or instructed its counsel to respond to the order.

14. Create's preferred contact address is: Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong.

15. On Thursday, April 9, 2015, notice of the substance of this motion was given to Plaintiffs. On April 13, 2015, Mr. Jeff Lee, Esq., made an appearance on behalf of HongHui Chen. On April 14, 2015, U.S. counsel sent an email regarding the substance of this motion to Mr. Jeff Lee, Esq. No other party has made an appearance as of the filing of this motion.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 17th day of April, 2015, at Atlanta, Georgia.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Benjamin J. Warlick

EXHIBIT 1

1 Harry A. Zinn (SBN 116397)
2 Lester F. Aponte (SBN 143692)
3
4 YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
5 Los Angeles, California 90017
Telephone: (213) 362-1860
6 Facsimile: (213) 362-1861
7
Attorneys for Defendant
8 CREATE NEW TECHNOLOGY (HK) CO. LTD.

9 UNITED STATES DISTRICT COURT
10 CENTRAL DISTRICT OF CALIFORNIA
11 WESTERN DIVISION
12

| | |
|---|---|
| CHINA CENTRAL TELEVISION, A China company; CHINA INTERNATIONAL COMMUNICATIONS, CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C. a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong Company, HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong Company, SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., a China company, CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP | Case No. CV 15-1869 MMM (AJWx)<br><br>Assigned for all purposes to: Honorable Margaret M. Morrow<br><br>**CONSENT AND APPROVAL BY CREATE NEW TECHNOLOGY (HK) CO. LTD. TO THE MOTION TO WITHDRAW AS COUNSEL** |

| | |
|---|---|
| 1 | INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a/ E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |

CONSENT AND APPROVAL BY CREATE

1     Defendant Create New Technology (HK) Co. Ltd. ("Create") has instructed
2 attorneys Harry A. Zinn and Lester F. Aponte with the law firm Young, Zinn & Bate
3 LLP to cease all work in this matter.

4     Defendant Create has been instructed that it may not proceed *pro se*, and has
5 been given written notice of the consequences of its inability to appear *pro se*.

6     Defendant Create's last known address is:

7 Room D,10/F,TowerA,Billion Centre
8 1WangKwong Road,Kowloon Bay
9 Kowloon,HongKong

10     Create hereby consents to the withdrawal of attorneys Harry A. Zinn and
11 Lester F. Aponte with the law firm Young, Zinn & Bate in the above-styled matter.

13 CONSENT AND APPROVAL:
14 Create New Technology (HK) Co. Ltd.
15 By:_____
16     Zhang Wenwei – Director of Create
17     New Technology (HK) Co. Ltd.
18 Dated:   10th April 2015

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On April 17, 2015, I hereby certify that I electronically filed the foregoing document described as **DECLARATION OF B. WARLICK IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.** with the Clerk of the Court for the United States District Court, Central District of California. Participants in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the emails addressed below:

| | |
|---|---|
| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com | Jen-Feng Lee<br>LT PACIFIC LAW GROUP LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748<br>Tel: (626) 810-7200<br>Fax: (626) 810-7300<br>Email: jflee@ltpacificlaw.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2015, at Los Angeles, California.

_/s/ Patty Flores_
Patty Flores