Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHINA CENTRAL TELEVISION, A China company; ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong Company, ET AL., <br><br> Defendants. | Case No.  CV 15-1869 MMM (AJWx) <br><br> Assigned for all purposes to: <br> Honorable Margaret M. Morrow <br><br> [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL <br><br> DATE:  June 29, 2015 <br> TIME:   10:00 AM <br> PLACE: Courtroom 780 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

The Court, having considered the Motion to Withdraw filed by Defendant Create New Technology (HK) Co. Ltd., and good cause appearing therefore, IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED and attorneys Harry A. Zinn and Lester F. Aponte with the law firm Young, Zinn & Bate LLP are allowed to withdraw as counsel for Defendant Create, and are relieved of any further responsibility in this matter. Parties are directed to serve all future pleadings and papers on Create.

SO ORDERED

Dated: _____        _____

HON. MARGARET M. MORROW

United States District Judge

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On April 17, 2015, I hereby certify that I electronically filed the foregoing document described as **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court for the United States District Court, Central District of California. Participants in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the emails addressed below:

| | |
|---|---|
| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com | Jen-Feng Lee<br>LT PACIFIC LAW GROUP LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748<br>Tel: (626) 810-7200<br>Fax: (626) 810-7300<br>Email: jflee@ltpacificlaw.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2015, at Los Angeles, California.

*/s/ Patty Flores*
Patty Flores