Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark (*Pro Hac Vice pending*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:   (231) 932-0411
Fax:   (231) 932-0636
mark@traverselegal.com

*Attorneys for Asha Defendants*

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, et al. | |
| Plaintiffs, | Case No. 2:15-cv-01869-MMM |
| v. | Hon. Margaret M. Morrow |
| CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al., | |
| Defendants. | |

### ASHA MEDIA DEFENDANTS'
### ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COME Defendants, ASHA MEDIA GROUP, INC., and AMIT

BHALLA (hereinafter and collectively "ASHA") by and through their counsel,

Mark G. Clark of Traverse Legal, PLC, and for their Answer to Plaintiffs'

Complaint, states as follows:

NATURE OF THE ACTION

1.  As to paragraph 1, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

2.  As to paragraph 2, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

3.  As to Paragraph 3, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

4.   As to paragraph 4, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

5.  As to paragraph 5, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

6.  As to paragraph 6, the ASHA Defendants neither admit nor deny the

allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

7.  As to paragraph 7, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

8.  As to paragraph 8, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

9.  As to paragraph 9, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

10.  As to paragraph 10, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

11.  As to paragraph 11, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

12.  As to paragraph 12, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

13. As to Paragraph 13, the Asha Media Defendants admit that Asha Media advertises and sells the TVpad device in the United States but neither admits nor denies the balance of the allegations for lack of knowledge and leaves Plaintiffs to their proofs.

14. As to paragraph 14, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

15. As to paragraph 15, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

16. As to paragraph 16, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

17. As to paragraph 17, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

18. As to paragraph 18, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

19. As to paragraph 19, the ASHA Defendants neither admit nor deny

the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

20.  As to paragraph 20, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

21.  As to paragraph 21, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

22.  As to paragraph 22, the ASHA Defendants admit the allegations therein.

23.  As to paragraph 23, the ASHA Defendants deny the allegations contained therein for the reason that Defendant Bhalla resides in Florida.

24.  As to paragraph 24, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

25.   As to paragraph 25, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

26.  As to paragraph 26, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

27.  As to paragraph 27, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

28.  As to paragraph 28, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

29.  As to paragraph 29, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

30.  As to paragraph 30, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

31.  As to paragraph 31, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

32.  As to paragraph 32, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

33.  As to paragraph 33, the ASHA Defendants neither admit nor deny

the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

34.  As to paragraph 34, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

35.  As to paragraph 35, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

36.  As to paragraph 36, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

37.  As to paragraph 37, the ASHA Defendant admit that the court has subject matter jurisdictional over Plaintiffs' federal claims but neither admit nor deny the balance of the allegations for lack of knowledge and therefore, leave Plaintiffs to their proofs.

38.  As to paragraph 38, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

39.  As to paragraph 39, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

40.  As to paragraph40, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

41.  As to paragraph 41, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs and further that the exhibits speak for themselves.

42.  As to paragraph 42, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

43.  As to paragraph 43, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

44.  As to paragraph 44, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

45.  As to paragraph 45, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

46.  As to paragraph 46, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

47.  As to paragraph 47, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

48.  As to paragraph 48, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

49.  As to paragraph 49, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

50.  As to paragraph 50, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

51.  As to paragraph 51, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

52.  As to paragraph 52, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

53.  As to paragraph 53, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

54.  As to paragraph 54, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

55.  As to paragraph 55, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

56.  As to paragraph 48, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

57.  As to paragraph 57, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

58.  As to paragraph 58, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

59.  As to paragraph 59, the ASHA Defendants neither admit nor deny

the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

60.  As to paragraph 60, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

61. As to paragraph 61, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

62.  As to paragraph 62, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

63.  As to paragraph 63, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

64.  As to paragraph 64, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

65.  As to paragraph 65, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

66.  As to paragraph 66, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

67.  As to paragraph 67, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

68.  As to paragraph 68, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

69.  As to paragraph 69, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

70.  As to paragraph 70, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

71.  As to paragraph 71, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

72.  As to paragraph 72, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

73.  As to paragraph 73, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

74.  As to paragraph 74, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

75.  As to paragraph 75, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

76.  As to paragraph 76, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

77.  As to paragraph 77, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

78.  As to paragraph 78, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

79.  As to paragraph 79, the ASHA Defendants neither admit nor deny

the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

80.  As to paragraph 80, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

81.  As to paragraph 81, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

82.  As to paragraph 82, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

83.  As to paragraph 83, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

84.  As to paragraph 84, The ASHA Defendants admit same.

85.  As to paragraph 85, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

86.  As to paragraph 86, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

87.  As to paragraph 87, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

88.  As to paragraph 88, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

89.  As to paragraph 89, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

90.  As to paragraph 90, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

91.  As to paragraph 91, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

92.  As to paragraph 92, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

93.  As to paragraph 93, the ASHA Defendants neither admit nor deny

the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

94.  As to paragraph 94, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

95.  As to paragraph 95, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

96.  As to paragraph 96, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

97.  As to paragraph 97, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

98.  As to paragraph 98, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

99.  As to paragraph 99, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

100.  As to paragraph 100, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

101.   As to paragraph 101, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

102.   As to paragraph 102, the ASHA Defendants admit same.

103.   As to paragraph 103, the ASHA Defendants admit same.

104.   As to paragraph 104, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

105.   As to paragraph 105, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

106.   As to paragraph 106, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

107.   As to paragraph 107, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

108.   As to paragraph 108, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

109.   As to paragraph 109, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

110.   As to paragraph 110, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

111.   As to paragraph 111, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

112.   As to paragraph 112, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

113.   As to paragraph 113, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

114.   As to paragraph 114, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

115.    As to paragraph 115, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

116.    As to paragraph 116, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

117.    As to paragraph 117, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

118.    As to paragraph 118, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

119.    As to paragraph 119, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

120.    As to paragraph 120, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

121.    As to paragraph 121, the ASHA Defendants neither admit nor

deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

122.   As to paragraph 122, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

123.   As to paragraph 123, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

124.   As to paragraph 124, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

125.   As to paragraph 125, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

126.   As to paragraph 126, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

127.   As to paragraph 127, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

128.   As to paragraph 128, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

129.   As to paragraph 129, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

130.   As to paragraph 130, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

131.   As to paragraph 131, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

132.   As to paragraph 132, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

133.   As to paragraph 133, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

134.   As to paragraph 134, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

135.   As to paragraph 135, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

136.   As to paragraph 136, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

137.   As to paragraph 137, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

138.   As to paragraph 138, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

139.   As to paragraph 139, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

140.   As to paragraph 140, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

141.   As to paragraph 141, the ASHA Defendants neither admit nor

deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

142.   As to paragraph 142, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

143.   As to paragraph 143, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

144.   As to paragraph 144, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

145.   As to paragraph 145, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

146.   As to paragraph 146, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

147.   As to paragraph 147, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

148.   As to paragraph 148, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

149.   As to paragraph 149, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

150.   As to paragraph 150, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

151.   As to paragraph 151, the ASHA Defendants deny same as untrue.

152.   As to paragraph 152, the ASHA Defendants deny the allegations in the form and manner alleged but informatively indicate that the online promotional advertising speak for themselves.

153.   As to paragraph 153, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

154.   As to paragraph 154, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

155.   As to paragraph 155, the ASHA Defendants neither admit nor

deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

156.   As to paragraph 156, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

157.   As to paragraph 157, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

158.   As to paragraph 158, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

159.   As to paragraph 159, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

160.   As to paragraph 160, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

161.   As to paragraph 161, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

162.   As to paragraph 162, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

163.   As to paragraph 163, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

164.   As to paragraph 164, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

165.   As to paragraph 165, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

166.   As to paragraph 166, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

167.   As to paragraph 167, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

168.   As to paragraph 168, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

169.   As to paragraph 169, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

170.   As to paragraph 170, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

171.   As to paragraph 171, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

172.   As to paragraph 172, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

173.   As to paragraph 173, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

174.   As to paragraph 174, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

175.   As to paragraph 175, the ASHA Defendants admit same.

176.   As to paragraph 176, the ASHA Defendants deny the allegations in the form and manner alleged; admit that Defendant Bhalla is an owner of Asha Media and denies the balance of the allegations in the form and manner alleged.

177.    As to paragraph 177, the ASHA Defendants deny the allegations in the form and manner alleged.

178.   As to paragraph 178, the ASHA Defendants admit same.

179.   As to paragraph 179, the ASHA Defendants admit that the quoted language appears on Asha Media's homepage but denies the balance of the allegations in the form and manner as alleged as untrue.

180.   As to paragraph 180, the ASHA Defendants deny the allegations as untrue in the form and manner alleged.

181.   As to paragraph 181, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

182.   As to paragraph 182, the ASHA Defendants admit that the quoted words are accurately quoted but deny the balance of the allegations in the form and manner alleged as untrue.

183.   As to paragraph 183, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

184.    As to paragraph 184, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

185.    As to paragraph 185, the ASHA Defendants admit same.

186.    As to paragraph 186, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

187.    As to paragraph 187, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

188.    As to paragraph 188, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

189.    As to paragraph 189, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

190.    As to paragraph 190, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

191.    As to paragraph 191, the ASHA Defendants neither admit nor

deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

192.   As to paragraph 192, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

193.   As to paragraph 193, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

194.   As to paragraph 194, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

195.   As to paragraph 195, the ASHA Defendants admit receipt of the cease-and-desist letters referenced but deny the balance of the allegations in the form and manner alleged as untrue.

196.   As to paragraph 196, the ASHA Defendants admit same.

197.   As to paragraph 197, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

198.   As to paragraph 198, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

199.   As to paragraph 199, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

200.   As to paragraph 200, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

201.   As to paragraph 201, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

202.   As to paragraph 202, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

203.   As to paragraph 203, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

204.   As to paragraph 204, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

205.   As to paragraph 205, the ASHA Defendants neither admit nor

deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

206.   As to paragraph 206, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

207.   As to paragraph 207, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

208.   As to paragraph 208, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

209.   As to paragraph 209, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

210.   As to paragraph 210, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

211.   As to paragraph 211, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

212.   As to paragraph 212, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

213.   As to paragraph 213, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

214.   As to paragraph 214, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

215.   As to paragraph 215, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

216.   As to paragraph 216, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

217.   As to paragraph 217, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

218.   As to paragraph 218, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

219.   As to paragraph 219, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

220.   As to paragraph 220, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

221.   As to paragraph 221, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

222.   As to paragraph 222, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

223.   As to paragraph 223, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

224.   As to paragraph 224, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

225.   As to paragraph 225, the ASHA Defendants neither admit nor

deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

226.    As to paragraph 226, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

227.    As to paragraph 227, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

228.    As to paragraph 228, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

229.    As to paragraph 229, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

230.    As to paragraph 230, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

231.    As to paragraph 231, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

232.   As to paragraph 232, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

233.   As to paragraph 233, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

234.   As to paragraph 234, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

235.   As to paragraph 235, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

236.   As to paragraph 236, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

237.   As to paragraph 237, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

238.   As to paragraph 238, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

239.   As to paragraph 239, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

240.   As to paragraph 240, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

241.   As to paragraph 241, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

242.   As to paragraph 242, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

243.   As to paragraph 243, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

244.   As to paragraph 244, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

245.   As to paragraph 245, the ASHA Defendants neither admit nor

deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

246.   As to paragraph 246, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

247.   As to paragraph 247, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

248.   As to paragraph 248, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

249.   As to paragraph 249, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

250.   As to paragraph 250, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

251.   As to paragraph 251, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

252.   As to paragraph 252, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

253.   As to paragraph 253, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

254.   As to paragraph 254, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

255.   As to paragraph 255, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

256.   As to paragraph 256, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

257.   As to paragraph 257, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

258.   As to paragraph 258, the ASHA Defendants deny the allegations as untrue in the form and manner alleged.

259.   As to paragraph 259, the ASHA Defendants deny the allegations as untrue in the form and manner alleged.

260.   As to paragraph 260, the ASHA Defendants deny the allegations as untrue in the form and manner alleged.

261.   As to paragraph 261, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

262.   As to paragraph 262, the ASHA Defendants deny the allegations as untrue in the form and manner alleged.

263.   As to paragraph 263, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

264.   As to paragraph 264, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

265.   As to paragraph 265, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

266.   As to paragraph 266, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and

therefore leave Plaintiffs to their proofs.

267.    As to paragraph 267, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

268.    As to paragraph 268, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

269.    As to paragraph 269, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

270.    As to paragraph 270, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

271.    As to paragraph 271, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

272.    As to paragraph 272, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

273.    As to paragraph 273, the ASHA Defendants neither admit nor

deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

274.   As to paragraph 274, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

275.   As to paragraph 275, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

276.   As to paragraph 276, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

277.   As to paragraph 277, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

278.   As to paragraph 278, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

279.   As to paragraph 279, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

280.   As to paragraph 280, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

281.   As to paragraph 281, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

282.   As to paragraph 282, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

283.   As to paragraph 283, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

284.   As to paragraph 284, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

285.   As to paragraph 285, the ASHA Defendants neither admit nor deny the allegations for lack of knowledge and therefore deny the allegations and therefore leave Plaintiffs to their proofs.

**REQUEST FOR RELIEF**

WHEREFORE, the ASHA Defendants pray that this Court deny all of

the relief requested by the Plaintiffs and award Asha Defendants their statutory costs and attorney fees as well as costs and attorney fees as the Court deems just and proper in this matter.

Respectfully submitted this 23rd day of April, 2015.

/s/Adrianos Facchetti

Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark (*Pro Hac Vice* pending)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:   (231) 932-0411
Fax:   (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha and Bhalla*

## ASHA DEFENDANTS' AFFIRMATIVE DEFENSES

1.  Plaintiffs' equitable claims, including requests for injunctive relief are barred under the Doctrine of Laches.

2.  Plaintiffs have failed to state a claim upon which relief may be granted against Defendant Bhalla under an "alter ego" theory of liability.

3.  Venue is not proper as it is inconvenient for litigating in this Court

due to the location of the parties and witnesses who are located outside of the jurisdiction of the Court.

4. Plaintiffs' requested relief is barred under the Doctrine of Unclean Hands based upon facts and circumstances to be determined in discovery.

5. Plaintiffs' claims for damages are limited by 15 U.S.C. Section 1111.

Defendant reserves the right to add additional Affirmative Defenses that become known through discovery.


Respectfully submitted this 23rd day of April, 2015.

/s/Adrianos Facchetti

Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA 91101
Tel.: (626) 793-8607
Fax: (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark (*Pro Hac Vice pending*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.: (231) 932-0411
Fax: (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha and Bhalla*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2015, I electronically filed the foregoing Answer to Complaint and Affirmative Defenses with the Clerk of the Court using the CM/ECF System.

/s/Adrianos Facchetti
Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

*Attorneys for Defendant Asha*