Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark  (*Pro Hac Vice pending*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha Media and Bhalla*

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

CHINA CENTRAL TELEVISION, a China company, et al.

    Plaintiffs,

v.

CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al.,

    Defendants.

Case No. 2:15-cv-01869-MMM
Hon. Margaret M. Morrow

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 7.1 and Central District Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendants Asha Media Group and Amit Bhalla, certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted this 23rd day of April, 2015.

/s/ *Adrianos Facchetti*
Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark (*Pro Hac Vice Pending*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:   (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha and Bhalla*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.

/s/Adrianos Facchetti
Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC

*Attorneys for Defendant Asha and Bhalla*