

**Reagan Hyland <reagan.facchettilaw@gmail.com>**

## Pay.gov Payment Confirmation: CACD CM ECF
1 message

---

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>            Thu, Apr 23, 2015 at 3:54
                                                                            PM
To: "Reagan.facchettilaw@gmail.com" <Reagan.facchettilaw@gmail.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you
wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25KVM151
Agency Tracking ID: 0973-15599087
Transaction Type: Sale
Transaction Date: Apr 23, 2015 6:54:58 PM

Account Holder Name: Adrianos Facchetti
Transaction Amount: $325.00
Billing Address: 301 East Colorado Boulevard        Suite 514
City: Pasadena
State/Province: CA
Zip/Postal Code: 91101
Country: USA
Card Type: MasterCard
Card Number: ************6838

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.