# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, et al <br> Plaintiff(s) <br> v. <br> CREATE NEW TECHNOLOGY HK Ltd., et al <br> Defendant(s). | CASE NUMBER <br> 2:15-cv-01869-MMM-AJW <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Clark, Mark G.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

866-939-7447        231-932-0636
*Telephone Number    Fax Number*

mark@traverselegal.com
*E-Mail Address*

Traverse Legal, PLC
810 Cottageview Drive
Traverse City, MI 49684
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants Asha Media Group and Amit Bhalla

*Name(s) of Party(ies) Represented*     ☐ Plaintiff   **X** *Defendant*   ☐ Other:_____

**and designating as Local Counsel**

Facchetti, Adrianos
*Designee's Name (Last Name, First Name & Middle Initial)*

243213        626-793-8607
*Designee's Cal. Bar Number    Telephone Number*

626-793-7293
*Fax Number*

Law Office of Adrianos Facchetti
301 East Colorado Blvd., Ste. 514
Pasadena, CA 91101
*Firm Name & Address*

adrianos@facchettilaw.com
*E-Mail Address*

**hereby ORDERS the Application be:**

___ **GRANTED**.
___ **DENIED.** Fee shall be returned by the Clerk.
___ **DENIED.** For failure to pay the required fee.

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**