Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendant
HONGHUI CHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, Plaintiffs, vs. CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; et al., Defendants. | No. 2:15-cv-01869-MMM-AJW  **Certificate of Interested Party LR 7.1-1** |

Come now, Defendant HongHui Chen ("Defendant"), make his certification of interested party disclosure, states as follows:

**Local Rule 7.1-1:** The undersigned, counsel of record for Defendant certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

_____

**Certificate of Interested Parties**

1. Plaintiff – China Central Television
2. Plaintiff – China International Communications Co., Ltd.
3. Plaintiff – TVB HoldingS (USA), Inc.
4. Plaintiff – Dish Network LLC
5. Defendant – Honghui Chen

Dated: April 24, 2015

                                                LT Pacific Law Group LLP

                                                /s/Jen-Feng Lee_____

                                                Jen-Feng (Jeff) Lee
                                                 Attorney for Defendant, HongHui Chen

---

**Certificate of Interested Parties**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document, <u>Certificate of Interested Parties</u>, was filed electronically in compliance with Local Rule 5 – 3.3 and Federal Rules of Civil Procedure.  As such, this document was served on all counsel deemed to have consented to electronic service.  Local Rule 5 – 4.1.3. All other counsel of record or per se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, as identified below:

NONE.

On this 24th day of April, 2015.

/s/Jen-Feng Lee_____
Jen-Feng Lee