# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHINA CENTRAL TELEVISION, et al

Plaintiff(s)

v.

CREATE NEW TECHNOLOGY HK Ltd., et al

Defendant(s).

CASE NUMBER
2:15-cv-01869-MMM-AJW

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Clark, Mark G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

866-939-7447              231-932-0636
*Telephone Number*        *Fax Number*

mark@traverselegal.com
*E-Mail Address*

Traverse Legal, PLC
810 Cottageview Drive
Traverse City, MI 49684

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants Asha Media Group and Amit Bhalla

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   **X** *Defendant*   ☐ Other:

**and designating as Local Counsel**

Facchetti, Adrianos
*Designee's Name (Last Name, First Name & Middle Initial)*

243213                    626-793-8607
*Designee's Cal. Bar Number*  *Telephone Number*

626-793-7293
*Fax Number*

Law Office of Adrianos Facchetti
301 East Colorado Blvd., Ste. 514
Pasadena, CA 91101

*Firm Name & Address*

adrianos@facchettilaw.com
*E-Mail Address*

**hereby ORDERS the Application be GRANTED.**

**Dated April 27, 2015**

*[signature: Margaret M. Morrow]*

**U.S. District Judge/U.S. Magistrate Judge**