## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Central Television et al v.<br><br>                                              Plaintiff(s),<br>                           v.<br>Create New Technology HK Limited et al<br><br>                                              Defendant(s). | CASE NUMBER:<br><br>CV15-01869 MMM (AJWx)<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of defendant Hua Yang International Technology Limited for the following reason(s)

X     The Clerk does not have the authority to process a default against a foreign entity

X     Request for Entry of Default has been forwarded to assigned Judge

                                              CLERK OF COURT



                                              By: B. Moss (213) 894-3538
                                                               Deputy Clerk