# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Central Television et al<br><br>Plaintiff(s),<br>v.<br>Create New Technology HK Limited et al<br><br>Defendant(s). | CASE NUMBER:<br><br>CV15-01869 MMM (AJWx)<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of Create New Technology HK Limited, a Hong Kong Company, for the following reason(s)

X     The Clerk does not have the authority to enter default against a foreign entity

X     Request for Entry of Default has been forwarded to assigned Judge


CLERK OF COURT


By:     B. Moss (213) 894-3538

Deputy Clerk