| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910 |
| |    carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
| | Tel.: (213) 633-6800 Fax: (213) 633-6899 |
| 4 | |
| | ROBERT D. BALIN (*pro hac vice*) |
| 5 |    robbalin@dwt.com |
| | LACY H. KOONCE, III (*pro hac vice*) |
| 6 |    lancekoonce@dwt.com |
| | SAMUEL BAYARD (*pro hac vice*) |
| 7 |    samuelbayard@dwt.com |
| | GEORGE WUKOSON (*pro hac vice*) |
| 8 |    georgewukoson@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1633 Broadway |
| | New York, New York 10019 |
| 10 | Tel.: (212) 489-8230 Fax: (212) 489-8340 |
| | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br>               Plaintiffs, <br><br>    vs. <br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br>               Defendants. | Case No. **CV 15-1869 MMM (AJWx)** <br><br>**THIRD STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS NEWTVPAD LTD. COMPANY AND LIANGZHONG ZHOU TO RESPOND TO INITIAL COMPLAINT** <br><br>[Proposed Order concurrently submitted] <br><br>Courtroom: 780 <br>Judge: Hon. Margaret M. Morrow <br><br>Action Filed: March 13, 2015 <br>New response date: May 19, 2015 |

1  This Stipulation is entered by and between Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. ("Plaintiffs") and Defendants newTVpad Ltd. Company d/b/a newtvpad.com a/k/a TVpad USA and Liangzhong Zhou (newTVpad Defendants) through their respective counsel of record, with reference to the following facts:

1.  Plaintiffs filed the Complaint in this action on March 13, 2015.

2.  Plaintiffs personally served the newTVpad Defendants on March 16, 2015, and therefore the earliest date on which the newTVpad Defendants responses to the Complaint would be due is April 6, 2015;

3.  Plaintiffs previously agreed to two extensions of time for the newTVpad Defendants to respond to the Complaint to and including May 5, 2015;

4.  The parties are engaging in discussions about the possibility of resolving this matter.  The parties believe that an additional extension will facilitate these discussions.  The parties therefore agree to an additional extension of time for the newTVpad Defendants to respond to the complaint, to and including May 19, 2015.

///
///

1

THIRD STIPULATION TO CONTINUE TIME TO RESPOND
DWT 26766625v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the newTVpad Defendants shall have an extension of time up to and including May 19, 2015 to respond to the complaint in this action.

DATED: May 4, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By: /s Carla A. McCauley
         Carla A. McCauley

Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TELEVISION BROADCASTS LIMITED; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

DATED: May 4, 2015

NI, WANG & MASSAND, PLLC

By: _____
         Timothy Wang

Attorneys for Defendants
newTVpad Ltd. Company and Liangzhong Zhou

2
THIRD STIPULATION TO CONTINUE TIME TO RESPOND
DWT 26766625v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899