**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-01869 MMM (AJWx) | Date | May 8, 2015 |
|---|---|---|---|

| Title | *China Central Television, et al. v. Create New Technology HK Limited, et al.* |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**          **Order Advancing Briefing Schedule**

On April 17, 2015, Harry A. Zinn and Leste F. Aponte, counsel for defendant Create New Technology HK Limited ("Create"), filed a motion to withdraw as counsel of record, which is currently set for hearing on June 29, 2015.  The court advances the briefing schedule on counsel's motion.  Any opposition by any party, including defendant Create, must be filed no later than **May 15, 2015**.  Any reply by counsel must be filed no later than **May 22, 2015.**

Counsel are directed to email or deliver a copy of this order to defendant Create forthwith.