1  Francis S. Ryu, Esq., SB#176597
   Jennifer Chang, Esq., SB#282804
2  **RYU LAW FIRM**
   5900 Wilshire Blvd., Suite 2250
3  Los Angeles, California 90036
   Telephone:  (323)931-5270
4  Facsimile:  (323)931-5271
   Francis@RyuLaw.com
5  Jennifer@RyuLaw.com

6  Attorneys for Defendant
   Club TVPad, Inc. and
7  Bennett Wong

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CHINA CENTRAL TELEVISION, a          )   Case No. CV 15-1869 MMM (AJWx)
   China company; CHINA                 )
12 INTERNATIONAL                        )
   COMMUNICATIONS CO., LTD., a          )
13 China company; TVB HOLDINGS          )   **DEFENDANTS CLUB TVPAD,**
   (USA), Inc., a California corporation;)  **INC. AND BENNETT WONG'S**
14 and DISH NETWORK L.L.C., a           )   **ANSWER TO PLAINTIFFS'**
   Colorado corporation,                )   **COMPLAINT**
15                                       )
                Plaintiffs,              )
16          v.                           )
                                         )   Courtroom 780
17 CREATE NEW TECHNOLOGY (HK))            The Honorable Margaret M. Morrow
   LIMITED, a Hong Kong company;         )
18 HUA YANG INTERNATIONAL               )   Complaint Filed: March 13, 2015
   TECHNOLOGY LIMITED, a Hong           )
19 Kong company; SHENZHEN               )
   GREATVISION NETWORK                   )
20 TECHNOLOGY CO., LTD., China          )
   company; CLUB TVPAD, Inc., a         )
21 California corporation; BENNETT      )
   WONG, an individual; ASHA MEDIA      )
22 GROUP, INC. d/b/a TVPAD.COM, a       )
   Florida corporation; AMIT BHALLA,    )
23 an individual; NEWTVPAD LTD.         )
   COMPANY d/b/a NEWTVAD.COM            )
24 a/k/a TVPAD USA, a Texas             )
   corporation; LIANGZHONG ZHOU,        )
25 an individual; HONGHUI CHEN d/b/a    )
   E-DIGITAL, an individual; JOHN       )
26 DOE 1 d/b/a/BETV; JOHN DOE 2         )
   d/b/a YUE HAI; JOHN DOE 3 d/b/a      )
27 516; JOHN DOE 4 d/b/a HITV; JOHN     )
   DOE 5 d/b/a GANG YUE; JOHN DOE       )
28 6 d/b/a SPORT ONLINE; JOHN DOE       )

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

                          1

7 d/b/a GANG TAI WU XIA; and
JOHN DOES 8-10,

                    Defendants.
_____

Defendants CLUB TVPAD, INC. and BENNETT WONG ("DEFENDANTS") hereby responds to plaintiffs' complaint and admits, denies, and alleges in their Answer as follows:

1.      Answering paragraph 1, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

2.      Answering paragraph 2, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

3.      Answering paragraph 3, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

4.      Answering paragraph 4, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

5.      Answering paragraph 5, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

2

**DEFENDANTS' ANSWER TO COMPLAINT**

allegation.

6.      Answering paragraph 6, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

7.      Answering paragraph 7, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

8.      Answering paragraph 8, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

9.      Answering paragraph 9, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

10.      Answering paragraph 10, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

11.      Answering paragraph 11, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

12.      Answering paragraph 12, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the

3

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

1   allegations of this paragraph, and on that basis denies each and every such

2   allegation.

3        13.   Answering paragraph 13, DEFENDANTS admit that they have sold

4   and distributed the TV Pad device.  As to the remaining allegations in the

5   paragraph, DEFENDANTS state that it is without knowledge or information

6   sufficient to form a belief as to the truth of the allegations of this paragraph, and

7   on that basis denies each and every such allegation.

8        14.   Answering paragraph 14, DEFENDANTS state that it is without

9   knowledge or information sufficient to form a belief as to the truth of the

10  allegations of this paragraph, and on that basis denies each and every such

11  allegation.

12       15.   Answering paragraph 15, DEFENDANTS state that it is without

13  knowledge or information sufficient to form a belief as to the truth of the

14  allegations of this paragraph, and on that basis denies each and every such

15  allegation.

16       16.   Answering paragraph 16, DEFENDANTS state that it is without

17  knowledge or information sufficient to form a belief as to the truth of the

18  allegations of this paragraph, and on that basis denies each and every such

19  allegation.

20       17.   Answering paragraph 17, DEFENDANTS state that it is without

21  knowledge or information sufficient to form a belief as to the truth of the

22  allegations of this paragraph, and on that basis denies each and every such

23  allegation.

24       18.   Answering paragraph 18, DEFENDANTS state that it is without

25  knowledge or information sufficient to form a belief as to the truth of the

26  allegations of this paragraph, and on that basis denies each and every such

27  allegation.

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

4

**DEFENDANTS' ANSWER TO COMPLAINT**

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

19. Answering paragraph 19, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

20. Answering paragraph 20, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

21. Answering paragraph 21, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

22. Answering paragraph 22, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

23. Answering paragraph 23, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

24. Answering paragraph 24, DEFENDANTS admit the allegations in the paragraph.

25. Answering paragraph 25, DEFENDANTS admit the allegations I nthe paragraph.

26. Answering paragraph 26, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

5

**DEFENDANTS' ANSWER TO COMPLAINT**

1 allegation.

2      27.    Answering paragraph 27, DEFENDANTS state that it is without
3 knowledge or information sufficient to form a belief as to the truth of the
4 allegations of this paragraph, and on that basis denies each and every such
5 allegation.

6      28.    Answering paragraph 28, DEFENDANTS state that it is without
7 knowledge or information sufficient to form a belief as to the truth of the
8 allegations of this paragraph, and on that basis denies each and every such
9 allegation.

10      29.    Answering paragraph 29, DEFENDANTS state that it is without
11 knowledge or information sufficient to form a belief as to the truth of the
12 allegations of this paragraph, and on that basis denies each and every such
13 allegation.

14      30     Answering paragraph 30, DEFENDANTS state that it is without
15 knowledge or information sufficient to form a belief as to the truth of the
16 allegations of this paragraph, and on that basis denies each and every such
17 allegation.

18      31.    Answering paragraph 31, DEFENDANTS state that it is without
19 knowledge or information sufficient to form a belief as to the truth of the
20 allegations of this paragraph, and on that basis denies each and every such
21 allegation.

22      32.    Answering paragraph 32, DEFENDANTS state that it is without
23 knowledge or information sufficient to form a belief as to the truth of the
24 allegations of this paragraph, and on that basis denies each and every such
25 allegation.

26      33.    Answering paragraph 33, DEFENDANTS state that it is without
27 knowledge or information sufficient to form a belief as to the truth of the

28

6

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

1    allegations of this paragraph, and on that basis denies each and every such
2    allegation.

3         34.    Answering paragraph 34, DEFENDANTS state that it is without
4    knowledge or information sufficient to form a belief as to the truth of the
5    allegations of this paragraph, and on that basis denies each and every such
6    allegation.

7         35.    Answering paragraph 35, DEFENDANTS state that it is without
8    knowledge or information sufficient to form a belief as to the truth of the
9    allegations of this paragraph, and on that basis denies each and every such
10   allegation.

11        36.    Answering paragraph 36, DEFENDANTS state that it is without
12   knowledge or information sufficient to form a belief as to the truth of the
13   allegations of this paragraph, and on that basis denies each and every such
14   allegation.

15        37.    Answering paragraph 37, DEFENDANTS state that it is without
16   knowledge or information sufficient to form a belief as to the truth of the
17   allegations of this paragraph, and on that basis denies each and every such
18   allegation.

19        38.    Answering paragraph 38, DEFENDANTS state that it is without
20   knowledge or information sufficient to form a belief as to the truth of the
21   allegations of this paragraph, and on that basis denies each and every such
22   allegation.

23        39.    Answering paragraph 39, DEFENDANTS state that it is without
24   knowledge or information sufficient to form a belief as to the truth of the
25   allegations of this paragraph, and on that basis denies each and every such
26   allegation.

27        40.    Answering paragraph 40, DEFENDANTS state that it is without

28

7

DEFENDANTS' ANSWER TO COMPLAINT

knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

41.     Answering paragraph 41, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

42.     Answering paragraph 42, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

43.     Answering paragraph 43, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

44.     Answering paragraph 44, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

45.     Answering paragraph 45, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

46.     Answering paragraph 46, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

8

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

47.    Answering paragraph 47, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

48.    Answering paragraph 48, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

49.    Answering paragraph 49, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

50.    Answering paragraph 50, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

51.    Answering paragraph 51, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

52.    Answering paragraph 52, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

53.    Answering paragraph 53, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

9

1   allegation.

2       54.    Answering paragraph 54, DEFENDANTS state that it is without
3   knowledge or information sufficient to form a belief as to the truth of the
4   allegations of this paragraph, and on that basis denies each and every such
5   allegation.

6       55.    Answering paragraph 55, DEFENDANTS state that it is without
7   knowledge or information sufficient to form a belief as to the truth of the
8   allegations of this paragraph, and on that basis denies each and every such
9   allegation.

10      56.    Answering paragraph 56, DEFENDANTS state that it is without
11  knowledge or information sufficient to form a belief as to the truth of the
12  allegations of this paragraph, and on that basis denies each and every such
13  allegation.

14      57.    Answering paragraph 57, DEFENDANTS state that it is without
15  knowledge or information sufficient to form a belief as to the truth of the
16  allegations of this paragraph, and on that basis denies each and every such
17  allegation.

18      58.    Answering paragraph 58, DEFENDANTS state that it is without
19  knowledge or information sufficient to form a belief as to the truth of the
20  allegations of this paragraph, and on that basis denies each and every such
21  allegation.

22      59.    Answering paragraph 59, DEFENDANTS state that it is without
23  knowledge or information sufficient to form a belief as to the truth of the
24  allegations of this paragraph, and on that basis denies each and every such
25  allegation.

26      60.    Answering paragraph 60, DEFENDANTS state that it is without
27  knowledge or information sufficient to form a belief as to the truth of the

28

10

**DEFENDANTS' ANSWER TO COMPLAINT**

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5370

1    allegations of this paragraph, and on that basis denies each and every such

2    allegation.

3        61.    Answering paragraph 61, DEFENDANTS state that it is without

4    knowledge or information sufficient to form a belief as to the truth of the

5    allegations of this paragraph, and on that basis denies each and every such

6    allegation.

7        62.    Answering paragraph 62, DEFENDANTS state that it is without

8    knowledge or information sufficient to form a belief as to the truth of the

9    allegations of this paragraph, and on that basis denies each and every such

10   allegation.

11       63.    Answering paragraph 63, DEFENDANTS state that it is without

12   knowledge or information sufficient to form a belief as to the truth of the

13   allegations of this paragraph, and on that basis denies each and every such

14   allegation.

15       64.    Answering paragraph 64, DEFENDANTS state that it is without

16   knowledge or information sufficient to form a belief as to the truth of the

17   allegations of this paragraph, and on that basis denies each and every such

18   allegation.

19       65.    Answering paragraph 65, DEFENDANTS state that it is without

20   knowledge or information sufficient to form a belief as to the truth of the

21   allegations of this paragraph, and on that basis denies each and every such

22   allegation.

23       66.    Answering paragraph 66, DEFENDANTS state that it is without

24   knowledge or information sufficient to form a belief as to the truth of the

25   allegations of this paragraph, and on that basis denies each and every such

26   allegation.

27       67.    Answering paragraph 67, DEFENDANTS state that it is without

28

11

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

**DEFENDANTS' ANSWER TO COMPLAINT**

knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

68.   Answering paragraph 68, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

69.   Answering paragraph 69, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

70.   Answering paragraph 70, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

71.   Answering paragraph 71, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

72.   Answering paragraph 72, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

73.   Answering paragraph 73, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

**DEFENDANTS' ANSWER TO COMPLAINT**

74.     Answering paragraph 74, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

75.     Answering paragraph 75, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

76.     Answering paragraph 76, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

77.     Answering paragraph 77, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

78.     Answering paragraph 78, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

79.     Answering paragraph 79, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

80.     Answering paragraph 80, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

13

**DEFENDANTS' ANSWER TO COMPLAINT**

1   allegation.

2       81.    Answering paragraph 81, DEFENDANTS state that it is without

3   knowledge or information sufficient to form a belief as to the truth of the

4   allegations of this paragraph, and on that basis denies each and every such

5   allegation.

6       82.    Answering paragraph 82, DEFENDANTS state that it is without

7   knowledge or information sufficient to form a belief as to the truth of the

8   allegations of this paragraph, and on that basis denies each and every such

9   allegation.

10      83.    Answering paragraph 83, DEFENDANTS state that it is without

11  knowledge or information sufficient to form a belief as to the truth of the

12  allegations of this paragraph, and on that basis denies each and every such

13  allegation.

14      84.    Answering paragraph 84, DEFENDANTS state that it is without

15  knowledge or information sufficient to form a belief as to the truth of the

16  allegations of this paragraph, and on that basis denies each and every such

17  allegation.

18      85.    Answering paragraph 85, DEFENDANTS state that it is without

19  knowledge or information sufficient to form a belief as to the truth of the

20  allegations of this paragraph, and on that basis denies each and every such

21  allegation.

22      86.    Answering paragraph 86, DEFENDANTS state that it is without

23  knowledge or information sufficient to form a belief as to the truth of the

24  allegations of this paragraph, and on that basis denies each and every such

25  allegation.

26      87.    Answering paragraph 87, DEFENDANTS state that it is without

27  knowledge or information sufficient to form a belief as to the truth of the

28

14

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

---

**DEFENDANTS' ANSWER TO COMPLAINT**

1   allegations of this paragraph, and on that basis denies each and every such

2   allegation.

3       88.     Answering paragraph 88, DEFENDANTS state that it is without

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations of this paragraph, and on that basis denies each and every such

6   allegation.

7       89.     Answering paragraph 89, DEFENDANTS state that it is without

8   knowledge or information sufficient to form a belief as to the truth of the

9   allegations of this paragraph, and on that basis denies each and every such

10   allegation.

11      90.     Answering paragraph 90, DEFENDANTS state that it is without

12   knowledge or information sufficient to form a belief as to the truth of the

13   allegations of this paragraph, and on that basis denies each and every such

14   allegation.

15      91.     Answering paragraph 91, DEFENDANTS state that it is without

16   knowledge or information sufficient to form a belief as to the truth of the

17   allegations of this paragraph, and on that basis denies each and every such

18   allegation.

19      92.     Answering paragraph 92, DEFENDANTS state that it is without

20   knowledge or information sufficient to form a belief as to the truth of the

21   allegations of this paragraph, and on that basis denies each and every such

22   allegation.

23      93.     Answering paragraph 93, DEFENDANTS state that it is without

24   knowledge or information sufficient to form a belief as to the truth of the

25   allegations of this paragraph, and on that basis denies each and every such

26   allegation.

27      94.     Answering paragraph 94, DEFENDANTS state that it is without

28

15

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

95.    Answering paragraph 95, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

96.    Answering paragraph 96, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

97.    Answering paragraph 97, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

98.    Answering paragraph 98, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

99.    Answering paragraph 99, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

100.    Answering paragraph 100, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

16

101.    Answering paragraph 101, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

102.    Answering paragraph 102, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

103.    Answering paragraph 103, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

104.    Answering paragraph 104, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

105.    Answering paragraph 105, state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

106.    Answering paragraph 106, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

107.    Answering paragraph 107, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

17

**DEFENDANTS' ANSWER TO COMPLAINT**

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

108.   Answering paragraph 108, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

109.   Answering paragraph 109, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

110.   Answering paragraph 110, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

111.   Answering paragraph 111, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

112.   Answering paragraph 112, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

113.   Answering paragraph 113, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

114.   Answering paragraph 114, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

18

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

**DEFENDANTS' ANSWER TO COMPLAINT**

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

1    allegation.

2        115.   Answering paragraph 115, DEFENDANTS state that it is without

3    knowledge or information sufficient to form a belief as to the truth of the

4    allegations of this paragraph, and on that basis denies each and every such

5    allegation.

6        116.   Answering paragraph 116, DEFENDANTS state that it is without

7    knowledge or information sufficient to form a belief as to the truth of the

8    allegations of this paragraph, and on that basis denies each and every such

9    allegation.

10       117.   Answering paragraph 117, DEFENDANTS state that it is without

11   knowledge or information sufficient to form a belief as to the truth of the

12   allegations of this paragraph, and on that basis denies each and every such

13   allegation.

14       118.   Answering paragraph 118, DEFENDANTS state that it is without

15   knowledge or information sufficient to form a belief as to the truth of the

16   allegations of this paragraph, and on that basis denies each and every such

17   allegation.

18       119.   Answering paragraph 119, DEFENDANTS state that it is without

19   knowledge or information sufficient to form a belief as to the truth of the

20   allegations of this paragraph, and on that basis denies each and every such

21   allegation.

22       120.   Answering paragraph 120, DEFENDANTS state that it is without

23   knowledge or information sufficient to form a belief as to the truth of the

24   allegations of this paragraph, and on that basis denies each and every such

25   allegation.

26       121.   Answering paragraph 121, DEFENDANTS state that it is without

27

28

**DEFENDANTS' ANSWER TO COMPLAINT**

knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

122.   Answering paragraph 122, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

123.   Answering paragraph 123, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

124.   Answering paragraph 124, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

125.   Answering paragraph 125, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

126.   Answering paragraph 126, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

127.   Answering paragraph 172, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

20

**DEFENDANTS' ANSWER TO COMPLAINT**

128.   Answering paragraph 128, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

129.   Answering paragraph 129, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

130.   Answering paragraph 130, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

131.   Answering paragraph 131, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

132.   Answering paragraph 132, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

133.   Answering paragraph 133, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

134.   Answering paragraph 134, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

21

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

allegation.

135.   Answering paragraph 135, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

136.   Answering paragraph 136, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

137.   Answering paragraph 137, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

138.   Answering paragraph 138, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

139.   Answering paragraph , DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

140.   Answering paragraph 140, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

141.   Answering paragraph 141, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the

22

**DEFENDANTS' ANSWER TO COMPLAINT**

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

1   allegations of this paragraph, and on that basis denies each and every such

2   allegation.

3       142.   Answering paragraph 142, DEFENDANTS state that it is without

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations of this paragraph, and on that basis denies each and every such

6   allegation.

7       143.   Answering paragraph 143, DEFENDANTS state that it is without

8   knowledge or information sufficient to form a belief as to the truth of the

9   allegations of this paragraph, and on that basis denies each and every such

10  allegation.

11      144.   Answering paragraph 144, DEFENDANTS state that it is without

12  knowledge or information sufficient to form a belief as to the truth of the

13  allegations of this paragraph, and on that basis denies each and every such

14  allegation.

15      145.   Answering paragraph 145, DEFENDANTS state that it is without

16  knowledge or information sufficient to form a belief as to the truth of the

17  allegations of this paragraph, and on that basis denies each and every such

18  allegation.

19      146.   Answering paragraph 146, DEFENDANTS state that it is without

20  knowledge or information sufficient to form a belief as to the truth of the

21  allegations of this paragraph, and on that basis denies each and every such

22  allegation.

23      147.   Answering paragraph 147, DEFENDANTS state that it is without

24  knowledge or information sufficient to form a belief as to the truth of the

25  allegations of this paragraph, and on that basis denies each and every such

26  allegation.

27      148.   Answering paragraph 148, DEFENDANTS state that it is without

28

23

---

**DEFENDANTS' ANSWER TO COMPLAINT**

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

1   knowledge or information sufficient to form a belief as to the truth of the

2   allegations of this paragraph, and on that basis denies each and every such

3   allegation.

4         149.   Answering paragraph 149, DEFENDANTS state that it is without

5   knowledge or information sufficient to form a belief as to the truth of the

6   allegations of this paragraph, and on that basis denies each and every such

7   allegation.

8         150.   Answering paragraph 150, DEFENDANTS state that it is without

9   knowledge or information sufficient to form a belief as to the truth of the

10   allegations of this paragraph, and on that basis denies each and every such

11   allegation.

12         151.   Answering paragraph 151, DEFENDANTS state that it is without

13   knowledge or information sufficient to form a belief as to the truth of the

14   allegations of this paragraph, and on that basis denies each and every such

15   allegation.

16         152.   Answering paragraph 152, DEFENDANTS state that it is without

17   knowledge or information sufficient to form a belief as to the truth of the

18   allegations of this paragraph, and on that basis denies each and every such

19   allegation.

20         153.   Answering paragraph 153, DEFENDANTS state that it is without

21   knowledge or information sufficient to form a belief as to the truth of the

22   allegations of this paragraph, and on that basis denies each and every such

23   allegation.

24         154.   Answering paragraph 154, DEFENDANTS state that it is without

25   knowledge or information sufficient to form a belief as to the truth of the

26   allegations of this paragraph, and on that basis denies each and every such

27   allegation.

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

24

**DEFENDANTS' ANSWER TO COMPLAINT**

155.   Answering paragraph 155, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

156.   Answering paragraph 156, DEFENDANTS admits that defendant Wong is the principal of Club Tvpad, and that he personally owns and operates Club Tvpad.com.  DEFENDANTS deny the remaining allegation in the paragraph.

157.   Answering paragraph 157, DEFENDANTS admit that Club Tvpad has sold Tvpad devices through its website.  DEFENDANTS deny the remaining allegation in the paragraph.

158.   Answering paragraph 158, DEFENDANTS admit the allegations in the paragraph.

159.   Answering paragraph 159, DEFENDANTS admit the allegations in the paragraph.

160.   Answering paragraph 160, DEFENDANTS admits that it has marketed the tvpad device on its website.  DEFENDANTS deny the remaining allegations in the paragraph.

161.   Answering paragraph 161, DEFENDANTS state that it currently is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

162.   Answering paragraph 162, DEFENDANTS admit that Club Tvpad hosts a blog whereby others may post notes, comments and/or other statements. DEFENDANTS deny the remaining allegations in the paragraph.

163.   Answering paragraph 163, DEFENDANTS admit that Club Tvpad hosts a blog whereby others may post notes, comments and/or other statements. DEFENDANTS state that it is without knowledge or information sufficient to

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

25

form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies each and every such allegation.

164. Answering paragraph 164, DEFENDANTS admit that there is a forum entitled "TVB Drama Discussion." DEFENDANTS deny the remaining allegations in the paragraph.

165. Answering paragraph 165, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

166. Answering paragraph 166, DEFENDANTS admit that Club Tvpad has not received authorization by plaintiffs to use the CCTV Marks or TVB marks in commerce.

167. Answering paragraph 167, defendant WONG does not  specifically recall having any such conversation as described in the paragraph, thus DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

168. Answering paragraph 168, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

169. Answering paragraph 169, DEFENDANTS do not specifically recall having any such conversation as described in the paragraph, thus DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

26

DEFENDANTS' ANSWER TO COMPLAINT

170.   Answering paragraph 170, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

171.   Answering paragraph 171, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

172.   Answering paragraph 127, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

173.   Answering paragraph 173, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

174.   Answering paragraph 174, DEFENDANTS deny the allegations in the paragraph.

175.   Answering paragraph 175, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

176.   Answering paragraph 176, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

177.   Answering paragraph 177, DEFENDANTS state that it is without

27

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

178. Answering paragraph 178, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

179. Answering paragraph 179, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

180. Answering paragraph 180, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

181. Answering paragraph 181, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

182. Answering paragraph 182, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

183. Answering paragraph 183, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

28

DEFENDANTS' ANSWER TO COMPLAINT

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

184.   Answering paragraph 184, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

185.   Answering paragraph 185, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

186.   Answering paragraph 186, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

187.   Answering paragraph 187, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

188.   Answering paragraph 188, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

189.   Answering paragraph 189, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

190.   Answering paragraph 190, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

29

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

1  allegation.

2       191.   Answering paragraph 191, DEFENDANTS state that it is without

3  knowledge or information sufficient to form a belief as to the truth of the

4  allegations of this paragraph, and on that basis denies each and every such

5  allegation.

6       192.   Answering paragraph 192, DEFENDANTS state that it is without

7  knowledge or information sufficient to form a belief as to the truth of the

8  allegations of this paragraph, and on that basis denies each and every such

9  allegation.

10       193.   Answering paragraph 193, DEFENDANTS state that it is without

11  knowledge or information sufficient to form a belief as to the truth of the

12  allegations of this paragraph, and on that basis denies each and every such

13  allegation.

14       194.   Answering paragraph 194, DEFENDANTS state that it is without

15  knowledge or information sufficient to form a belief as to the truth of the

16  allegations of this paragraph, and on that basis denies each and every such

17  allegation.

18       195.   Answering paragraph 195, DEFENDANTS state that it is without

19  knowledge or information sufficient to form a belief as to the truth of the

20  allegations of this paragraph, and on that basis denies each and every such

21  allegation.

22       196.   Answering paragraph 196, DEFENDANTS state that it is without

23  knowledge or information sufficient to form a belief as to the truth of the

24  allegations of this paragraph, and on that basis denies each and every such

25  allegation.

26       197.   Answering paragraph 197, DEFENDANTS state that it is without

27  knowledge or information sufficient to form a belief as to the truth of the

28

30

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

**DEFENDANTS' ANSWER TO COMPLAINT**

1   allegations of this paragraph, and on that basis denies each and every such

2   allegation.

3        198.   Answering paragraph 198, DEFENDANTS state that it is without

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations of this paragraph, and on that basis denies each and every such

6   allegation.

7        199.   Answering paragraph 199, DEFENDANTS state that it is without

8   knowledge or information sufficient to form a belief as to the truth of the

9   allegations of this paragraph, and on that basis denies each and every such

10  allegation.

11       200.   Answering paragraph 200, DEFENDANTS state that it is without

12  knowledge or information sufficient to form a belief as to the truth of the

13  allegations of this paragraph, and on that basis denies each and every such

14  allegation.

15       201.   Answering paragraph 201, DEFENDANTS state that it is without

16  knowledge or information sufficient to form a belief as to the truth of the

17  allegations of this paragraph, and on that basis denies each and every such

18  allegation.

19       202.   Answering paragraph 202, DEFENDANTS state that it is without

20  knowledge or information sufficient to form a belief as to the truth of the

21  allegations of this paragraph, and on that basis denies each and every such

22  allegation.

23       203.   Answering paragraph 203, DEFENDANTS state that it is without

24  knowledge or information sufficient to form a belief as to the truth of the

25  allegations of this paragraph, and on that basis denies each and every such

26  allegation.

27       204.   Answering paragraph 204, DEFENDANTS state that it is without

28

31

**DEFENDANTS' ANSWER TO COMPLAINT**

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

205.   Answering paragraph 205, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

206.   Answering paragraph 206, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

207.   Answering paragraph 207, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

208.   Answering paragraph 208, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

209.   Answering paragraph 209, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

210.   Answering paragraph 210, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

**DEFENDANTS' ANSWER TO COMPLAINT**

1    allegation.

2    211.   Answering paragraph 211, DEFENDANTS state that it is without

3    knowledge or information sufficient to form a belief as to the truth of the

4    allegations of this paragraph, and on that basis denies each and every such

5    allegation.

6    212.   Answering paragraph 212, DEFENDANTS state that it is without

7    knowledge or information sufficient to form a belief as to the truth of the

8    allegations of this paragraph, and on that basis denies each and every such

9    allegation.

10   213.   Answering paragraph 213, DEFENDANTS state that it is without

11   knowledge or information sufficient to form a belief as to the truth of the

12   allegations of this paragraph, and on that basis denies each and every such

13   allegation.

14   214.   Answering paragraph 214, DEFENDANTS state that it is without

15   knowledge or information sufficient to form a belief as to the truth of the

16   allegations of this paragraph, and on that basis denies each and every such

17   allegation.

18   215.   Answering paragraph 215, DEFENDANTS state that it is without

19   knowledge or information sufficient to form a belief as to the truth of the

20   allegations of this paragraph, and on that basis denies each and every such

21   allegation.

22   216.   Answering paragraph 216, DEFENDANTS state that it is without

23   knowledge or information sufficient to form a belief as to the truth of the

24   allegations of this paragraph, and on that basis denies each and every such

25   allegation.

26   217.   Answering paragraph 217, DEFENDANTS state that it is without

27   knowledge or information sufficient to form a belief as to the truth of the

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

33

---

**DEFENDANTS' ANSWER TO COMPLAINT**

1   allegations of this paragraph, and on that basis denies each and every such
2   allegation.

3       218.   Answering paragraph 218, DEFENDANTS state that it is without
4   knowledge or information sufficient to form a belief as to the truth of the
5   allegations of this paragraph, and on that basis denies each and every such
6   allegation.

7       219.   Answering paragraph 219, DEFENDANTS state that it is without
8   knowledge or information sufficient to form a belief as to the truth of the
9   allegations of this paragraph, and on that basis denies each and every such
10  allegation.

11      220.   Answering paragraph 220, DEFENDANTS state that it is without
12  knowledge or information sufficient to form a belief as to the truth of the
13  allegations of this paragraph, and on that basis denies each and every such
14  allegation.

15      221.   Answering paragraph 221, DEFENDANTS state that it is without
16  knowledge or information sufficient to form a belief as to the truth of the
17  allegations of this paragraph, and on that basis denies each and every such
18  allegation.

19      222.   Answering paragraph 222, DEFENDANTS state that it is without
20  knowledge or information sufficient to form a belief as to the truth of the
21  allegations of this paragraph, and on that basis denies each and every such
22  allegation.

23      223.   Answering paragraph 223, DEFENDANTS state that it is without
24  knowledge or information sufficient to form a belief as to the truth of the
25  allegations of this paragraph, and on that basis denies each and every such
26  allegation.

27      224.   Answering paragraph 224, DEFENDANTS state that it is without

28

34

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

**DEFENDANTS' ANSWER TO COMPLAINT**

1  knowledge or information sufficient to form a belief as to the truth of the
2  allegations of this paragraph, and on that basis denies each and every such
3  allegation.

4        225.   Answering paragraph 225, DEFENDANTS state that it is without
5  knowledge or information sufficient to form a belief as to the truth of the
6  allegations of this paragraph, and on that basis denies each and every such
7  allegation.

8        226.   Answering paragraph 226, DEFENDANTS state that it is without
9  knowledge or information sufficient to form a belief as to the truth of the
10  allegations of this paragraph, and on that basis denies each and every such
11  allegation.

12        227.   Answering paragraph 227, DEFENDANTS state that it is without
13  knowledge or information sufficient to form a belief as to the truth of the
14  allegations of this paragraph, and on that basis denies each and every such
15  allegation.

16        228.   Answering paragraph 228, DEFENDANTS state that it is without
17  knowledge or information sufficient to form a belief as to the truth of the
18  allegations of this paragraph, and on that basis denies each and every such
19  allegation.

20        229.   Answering paragraph 229, DEFENDANTS state that it is without
21  knowledge or information sufficient to form a belief as to the truth of the
22  allegations of this paragraph, and on that basis denies each and every such
23  allegation.

24        230.   Answering paragraph 230, DEFENDANTS state that it is without
25  knowledge or information sufficient to form a belief as to the truth of the
26  allegations of this paragraph, and on that basis denies each and every such
27  allegation.

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

35

**DEFENDANTS' ANSWER TO COMPLAINT**

231.   Answering paragraph 231, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

232.   Answering paragraph 232, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

233.   Answering paragraph 233, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

234.   Answering paragraph 234, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

235.   Answering paragraph 235, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

236.   Answering paragraph 236, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

237.   Answering paragraph 237, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

36

**DEFENDANTS' ANSWER TO COMPLAINT**

1   allegation.

2       238.   Answering paragraph 238, DEFENDANTS state that it is without

3   knowledge or information sufficient to form a belief as to the truth of the

4   allegations of this paragraph, and on that basis denies each and every such

5   allegation.

6       239.   Answering paragraph 239, DEFENDANTS state that it is without

7   knowledge or information sufficient to form a belief as to the truth of the

8   allegations of this paragraph, and on that basis denies each and every such

9   allegation.

10      240.   Answering paragraph 240, DEFENDANTS state that it is without

11  knowledge or information sufficient to form a belief as to the truth of the

12  allegations of this paragraph, and on that basis denies each and every such

13  allegation.

14      241.   Answering paragraph 241, DEFENDANTS state that it is without

15  knowledge or information sufficient to form a belief as to the truth of the

16  allegations of this paragraph, and on that basis denies each and every such

17  allegation.

18      242.   Answering paragraph 242, DEFENDANTS state that it is without

19  knowledge or information sufficient to form a belief as to the truth of the

20  allegations of this paragraph, and on that basis denies each and every such

21  allegation.

22      243.   Answering paragraph 243, DEFENDANTS state that it is without

23  knowledge or information sufficient to form a belief as to the truth of the

24  allegations of this paragraph, and on that basis denies each and every such

25  allegation.

26      244.   Answering paragraph 244, DEFENDANTS state that it is without

27  knowledge or information sufficient to form a belief as to the truth of the

37

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

**DEFENDANTS' ANSWER TO COMPLAINT**

1    allegations of this paragraph, and on that basis denies each and every such
2    allegation.

3         245.   Answering paragraph 245, DEFENDANTS state that it is without
4    knowledge or information sufficient to form a belief as to the truth of the
5    allegations of this paragraph, and on that basis denies each and every such
6    allegation.

7         246.   Answering paragraph 246, DEFENDANTS state that it is without
8    knowledge or information sufficient to form a belief as to the truth of the
9    allegations of this paragraph, and on that basis denies each and every such
10   allegation.

11        247.   Answering paragraph 247, DEFENDANTS state that it is without
12   knowledge or information sufficient to form a belief as to the truth of the
13   allegations of this paragraph, and on that basis denies each and every such
14   allegation.

15        248.   Answering paragraph 248, DEFENDANTS state that it is without
16   knowledge or information sufficient to form a belief as to the truth of the
17   allegations of this paragraph, and on that basis denies each and every such
18   allegation.

19        249.   Answering paragraph 249, DEFENDANTS state that it is without
20   knowledge or information sufficient to form a belief as to the truth of the
21   allegations of this paragraph, and on that basis denies each and every such
22   allegation.

23        250.   Answering paragraph 250, DEFENDANTS state that it is without
24   knowledge or information sufficient to form a belief as to the truth of the
25   allegations of this paragraph, and on that basis denies each and every such
26   allegation.

27        251.   Answering paragraph 161, DEFENDANTS state that it is without

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

38

**DEFENDANTS' ANSWER TO COMPLAINT**

1  knowledge or information sufficient to form a belief as to the truth of the

2  allegations of this paragraph, and on that basis denies each and every such

3  allegation.

4      252.  Answering paragraph 252, DEFENDANTS state that it is without

5  knowledge or information sufficient to form a belief as to the truth of the

6  allegations of this paragraph, and on that basis denies each and every such

7  allegation.

8      253.  Answering paragraph 253, DEFENDANTS state that it is without

9  knowledge or information sufficient to form a belief as to the truth of the

10  allegations of this paragraph, and on that basis denies each and every such

11  allegation.

12      254.  Answering paragraph 254, DEFENDANTS state that it is without

13  knowledge or information sufficient to form a belief as to the truth of the

14  allegations of this paragraph, and on that basis denies each and every such

15  allegation.

16      255.  Answering paragraph 255, DEFENDANTS state that it is without

17  knowledge or information sufficient to form a belief as to the truth of the

18  allegations of this paragraph, and on that basis denies each and every such

19  allegation.

20      256.  Answering paragraph 166, DEFENDANTS state that it is without

21  knowledge or information sufficient to form a belief as to the truth of the

22  allegations of this paragraph, and on that basis denies each and every such

23  allegation.

24      257.  Answering paragraph 257, DEFENDANTS state that it is without

25  knowledge or information sufficient to form a belief as to the truth of the

26  allegations of this paragraph, and on that basis denies each and every such

27  allegation.

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

39

**DEFENDANTS' ANSWER TO COMPLAINT**

258.   Answering paragraph 258, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

259.   Answering paragraph 259, DEFENDANTS do not specifically recall having any such conversation as described in the paragraph, thus DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

260.   Answering paragraph 260, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

261.   Answering paragraph 261, DEFENDANTS admit that defendant Wong is a shareholder of defendant Club Tvpad.  DEFENDANTS deny the remaining allegations of the paragraph.

262.   Answering paragraph 262, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

263.   Answering paragraph 263, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

264.   Answering paragraph 264, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such

40

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

1    allegation.

2        265.   Answering paragraph 265, DEFENDANTS state that it is without

3    knowledge or information sufficient to form a belief as to the truth of the

4    allegations of this paragraph, and on that basis denies each and every such

5    allegation.

6        266.   Answering paragraph 266, DEFENDANTS state that it is without

7    knowledge or information sufficient to form a belief as to the truth of the

8    allegations of this paragraph, and on that basis denies each and every such

9    allegation.

10       267.   Answering paragraph 267, DEFENDANTS state that it is without

11   knowledge or information sufficient to form a belief as to the truth of the

12   allegations of this paragraph, and on that basis denies each and every such

13   allegation.

14       268.   Answering paragraph 268, DEFENDANTS state that it is without

15   knowledge or information sufficient to form a belief as to the truth of the

16   allegations of this paragraph, and on that basis denies each and every such

17   allegation.

18       269.   Answering paragraph 269, DEFENDANTS state that it is without

19   knowledge or information sufficient to form a belief as to the truth of the

20   allegations of this paragraph, and on that basis denies each and every such

21   allegation.

22       270.   Answering paragraph 270, DEFENDANTS state that it is without

23   knowledge or information sufficient to form a belief as to the truth of the

24   allegations of this paragraph, and on that basis denies each and every such

25   allegation.

26       271.   Answering paragraph 271, DEFENDANTS state that it is without

27   knowledge or information sufficient to form a belief as to the truth of the

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

41

**DEFENDANTS' ANSWER TO COMPLAINT**

allegations of this paragraph, and on that basis denies each and every such allegation.

272.   Answering paragraph 272, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

273.   Answering paragraph 273, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

274.   Answering paragraph 274, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

275.   Answering paragraph 275, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

276.   Answering paragraph 276, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

277.   Answering paragraph 277, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

278.   Answering paragraph 278, DEFENDANTS state that it is without

42

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

1  knowledge or information sufficient to form a belief as to the truth of the

2  allegations of this paragraph, and on that basis denies each and every such

3  allegation.

4      279.   Answering paragraph 279, DEFENDANTS state that it is without

5  knowledge or information sufficient to form a belief as to the truth of the

6  allegations of this paragraph, and on that basis denies each and every such

7  allegation.

8      280.   Answering paragraph 280, DEFENDANTS state that it is without

9  knowledge or information sufficient to form a belief as to the truth of the

10  allegations of this paragraph, and on that basis denies each and every such

11  allegation.

12      281.   Answering paragraph 281, DEFENDANTS state that it is without

13  knowledge or information sufficient to form a belief as to the truth of the

14  allegations of this paragraph, and on that basis denies each and every such

15  allegation.

16      282.   Answering paragraph 282, DEFENDANTS state that it is without

17  knowledge or information sufficient to form a belief as to the truth of the

18  allegations of this paragraph, and on that basis denies each and every such

19  allegation.

20      283.   Answering paragraph 283, DEFENDANTS state that it is without

21  knowledge or information sufficient to form a belief as to the truth of the

22  allegations of this paragraph, and on that basis denies each and every such

23  allegation.

24      284.   Answering paragraph 284, DEFENDANTS state that it is without

25  knowledge or information sufficient to form a belief as to the truth of the

26  allegations of this paragraph, and on that basis denies each and every such

27  allegation.

28

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

43

**DEFENDANTS' ANSWER TO COMPLAINT**

285.   Answering paragraph 285, DEFENDANTS state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies each and every such allegation.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
#### (Failure To State A Claim For Relief)

As a first affirmative defense, DEFENDANTS assert that plaintiffs have failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
#### (Statute Of Limitations)

As a second affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFDENSE
#### (Lack Of Subject Matter Jurisdiction)

As a third affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred for a lack of subject matter jurisdiction because they lack valid copyright registrations for the intellectual property rights asserted, or have not properly or timely registered their works.

### FOURTH AFFIRMATIVE DEFENSE
#### (Fair Use)

As a fourth affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred by the doctrine of fair use.

44

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

## FIFTH AFFIRMATIVE DEFENSE

### (Laches)

As a fifth affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

As a sixth affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

As a seventh affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred by waiver.

## EIGHTH AFFIRMATIVE DEFENSE

### (Invalidity Or Unenforceability Of Copyright)

As a eighth affirmative defense, DEFENDANTS assert that plaintiffs' claims are invalid and/or unenforceable.

## NINTH AFFIRMATIVE DEFENSE

### (Safe Harbor)

As a ninth affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred under the Digital Millennium Copyright Act, 17 U.S.C., §1201, *et seq.*

**DEFENDANTS' ANSWER TO COMPLAINT**

## TENTH AFFIRMATIVE DEFENSE

### (Authorized Use)

As a tenth affirmative defense, DEFENDANTS assert that plaintiffs' authorized, impliedly or explicitly, DEFENDANTS' allegedly infringing use of their works, and that their claims are therefore barred by the doctrine of implied license.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure To Mitigate Damages)

As an eleventh affirmative defense, DEFENDANTS assert that to the extent that plaintiffs may have suffered damages (which DEFENDANTS deny), plaintiffs have failed to take the steps necessary to mitigate the damages sustained.

## TWELFTH AFFIRMATIVE DEFENSE

### (Forfeiture Or Abandonment)

As a twelfth affirmative defense, DEFENDANTS assert that plaintiffs' are barred to the extent that they have forfeited or abandoned their intellectual property.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Misuse Of Copyright)

As a thirteenth affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred by the doctrine of misuse of copyright.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Substantial Non-infringing Use)

As a fourteenth affirmative defense, DEFENDANTS assert that plaintiffs'

46

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

**DEFENDANTS' ANSWER TO COMPLAINT**

claims are barred because they cannot establigh that DEFENDANTS are incapable of substantial non-infringing use.

## FIFTEENTH AFFIRMATIVE DEFDENSE
### (Innocent Intent)

As a fifteenth affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred, in whole on in part, because DEFENDANTS' conduct was in good faith and with non-willful intent.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (17 U.S.C. §109, and Exhaustion)

As a fifteenth affirmative defense, DEFENDANTS assert that plaintiffs' are barred under 17 U.S.C. §109 and the doctrine of exhaustion.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Lack Of Volitional Act)

As a second affirmative defense, DEFENDANTS assert that plaintiffs' claims are barred because the alleged infringement was not caused by a volitional act attributable to DEFENDANTS.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Additional Defensens)

DEFENDANTS reserve the right to supplement or amend this answer, including the addition of further affirmative defenses, based upon the course of discovery and proceedings in this action.

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

47

**DEFENDANTS' ANSWER TO COMPLAINT**

WHEREFORE, DEFENDANTS pray for judgement as follows:

1.    That plaintiffs take nothing by its complaint;

2.    That plaintiffs' complaint be dismissed with prejudice;

3.    That defendants be awarded their costs incurred including their attorneys' fees; and

4.    That this Court Order such other and further relief for defendants as it may deem just and proper.


Dated: May 7, 2015                                          **RYU LAW FIRM**


By: _____
FRANCIS S. RYU
Attorneys for Defendants
CLUB TVPAD, INC. and
BENNETT WONG

RYU LAW FIRM
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
(323) 931-5270

48

**DEFENDANTS' ANSWER TO COMPLAINT**