| | |
|---|---|
| 1 | FRANCIS S. RYU, SB#176597 |
| 2 | *Francis@ryulaw.com*<br>MINDY S. BAE, SB#301769 |
| 3 | *Mindy@ryulaw.com*<br>**RYU LAW FIRM** |
| 4 | 5900 Wilshire Blvd., Suite 2250<br>Los Angeles, California 90036 |
| 5 | Telephone:  (323) 931-5270<br>Facsimile:  (323) 931-5271 |
| 6 | |
| 7 | Attorneys for Defendants<br>Club TV Pad, Inc. and Bennett Wong |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), Inc., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br>v.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., China company; CLUB TVPAD, Inc., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP, INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E- | CASE NO. :  2:15-cv-1869-MMM (AJWx)<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Courtroom 780<br>Hon. Margaret M. Morrow<br><br>Complaint Filed: March 13, 2015 |

1

DIGITAL, an individual; JOHN DOE 1 )
d/b/a/BETV; JOHN DOE 2 d/b/a YUE HAI; )
JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a )
HITV; JOHN DOE 5 d/b/a GANG YUE; )
JOHN DOE 6 d/b/a SPORT ONLINE; JOHN )
DOE 7 d/b/a GANG TAI WU XIA; and )
JOHN DOES 8-10, )
)
       Defendants. )

TO THE COURT AND ALL PARTIES OF RECORD:

    The undersigned, counsel for Defendants Club TV Pad, Inc. and Bennett Wong, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    Plaintiff CHINA CENTRAL TELEVISION;

    2.    Plaintiff CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.;

    3.    Plaintiff TVB HOLDINGS (USA), INC.;

    4.    Plaintiff DISH NETWORK, LLC;

    5.    Defendant CREATE NEW TECHNOLOGY (HK) LIMITED;

    6.    Defendant HUA YANG INTERNATIONAL TECHNOLOGY LIMITED;

    7.    Defendant SHENZEN GREATVISION NETWORK TECHNOLOGY CO., LTD.;

    8.    Defendant ASHA MEDIA GROUP, INC. dba TVPAD.COM;

    9.    Defendant AMIT BHALLA;

    10.    Defendant NEWTVPAD LTD. COMPANY db NEWTVPAD.COM aka TVPAD USA;

11. Defendant LIANGZHONG ZHOU;

12. Defendant HONGHUI CHEN dba E-DIGITAL;

13. Defendant JOHN DOE 1 dba BETV;

14. Defendant JOHN DOE 2 dba YUE HAI;

15. Defendant JOHN DOE 3 dba 516;

16. Defendant JOHN DOE 4 dba HITV;

17. Defendant JOHN DOE 5 dba GANG YUE;

18. Defendant JOHN DOE 6 dba SPORT ONLINE;

19. Defendant JOHN DOE 7 dba GANG TAI WU XIA;

20. Defendant CLUB TV PAD, INC.;

21. Defendant BENNETT WONG.

DATED: May 11, 2015

Respectfully Submitted,

RYU LAW FIRM

By: /s/ Mindy S. Bae
MINDY S. BAE, ESQ.
FRANCIS S. RYU, ESQ.
Attorneys for Defendants
CLUB TV PAD, INC. and
BENNETT WONG