Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendant
HONGHUI CHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, Plaintiffs, vs. CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; et al., Defendants. | No. 2:15-cv-01869-MMM-AJW  **NOTICE OF UNAVAILABILITY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that from June 3, 2015 through June 19, 2015, Mr. Jen-Feng (Jeff) Lee, attorney for Defendant HongHui Chen, will be out of the country and unavailable for any reason in these legal proceedings.

---

**Notice of Unavailability**

Dated: May 11, 2015

                              LT Pacific Law Group LLP

                              /s/Jen-Feng Lee_____

                              Jen-Feng (Jeff) Lee
                               Attorney for Defendant, HongHui Chen

## PROOF OF SERVICE

The undersigned certifies that the foregoing document, <u>Answer</u>, was filed electronically in compliance with Local Rule 5 – 3.3 and Federal Rules of Civil Procedure. As such, this document was served on all counsel deemed to have consented to electronic service. Local Rule 5 – 4.1.3. All other counsel of record or per se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, as identified below:

NONE.

On this 11th day of May, 2015.

/s/Jen-Feng Lee_____
Jen-Feng Lee