1  FRANCIS S. RYU, SB#176597
   *Francis@ryulaw.com*
2  MINDY S. BAE, SB#301769
   *Mindy@ryulaw.com*
3  **RYU LAW FIRM**
4  5900 Wilshire Blvd., Suite 2250
   Los Angeles, California 90036
5  Telephone:  (323) 931-5270
6  Facsimile:   (323) 931-5271

7  Attorneys for Defendants
8  Club TV Pad, Inc. and Bennett Wong

9
10                 **UNITED STATES DISTRICT COURT**
11                 **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), Inc., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>        Plaintiffs,<br>    v.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., China company; CLUB TVPAD, Inc., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP, INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, | CASE NO. :  2:15-cv-1869-MMM (AJWx)<br><br>**DEFENDANT CLUB TVPAD INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Courtroom 780<br>Hon. Margaret M. Morrow<br><br>Complaint Filed: March 13, 2015 |

DEFENDANT CLUB TVPAD INC.'S CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| 1 | an individual; NEWTVPAD LTD. ) |
| | COMPANY d/b/a NEWTVAD.COM ) |
| 2 | a/k/a TVPAD USA, a Texas ) |
| | corporation; LIANGZHONG ZHOU, ) |
| 3 | an individual; HONGHUI CHEN d/b/a ) |
| | E-DIGITAL, an individual; JOHN DOE ) |
| 4 | 1 d/b/a/BETV; JOHN DOE 2 d/b/a ) |
| 5 | YUE HAI; JOHN DOE 3 d/b/a 516; ) |
| | JOHN DOE 4 d/b/a HITV; JOHN DOE ) |
| 6 | 5 d/b/a GANG YUE; JOHN DOE 6 ) |
| 7 | d/b/a SPORT ONLINE; JOHN DOE 7 ) |
| | d/b/a GANG TAI WU XIA; and JOHN ) |
| 8 | DOES 8-10, ) |
| 9 | ) |
| | Defendants. ) |
| 10 | ) |

DEFENDANT CLUB TVPAD INC.'S CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CLUB TVPAD INC.
2  ("Club TVPad") hereby discloses that Club TVPad is a California corporation with
3  Defendant BENNETT WONG as its sole officer and shareholder.

Respectfully Submitted,

DATED: May 11, 2015  RYU LAW FIRM

By: /s/ Mindy S. Bae
MINDY S. BAE, ESQ.
FRANCIS S. RYU, ESQ.
Attorneys for Defendants
CLUB TV PAD, INC. and
BENNETT WONG

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2015, I electronically filed the foregoing **DEFENDANT CLUB TVPAD INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

    /s/ Mindy S. Bae
    MINDY S. BAE, ESQ.