```
 1  FRANCIS S. RYU, SB#176597
    Francis@ryulaw.com
 2  MINDY S. BAE, SB#301769
    Mindy@ryulaw.com
 3  RYU LAW FIRM
    5900 Wilshire Blvd., Suite 2250
 4  Los Angeles, California 90036
    Telephone:  (323) 931-5270
 5  Facsimile:   (323) 931-5271
 6
    Attorneys for Defendants
 7  Club TV Pad, Inc. and Bennett Wong
 8
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), Inc., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>            Plaintiffs,<br>       v.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., China company; CLUB TVPAD, Inc., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP, INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E- | CASE NO. :  2:15-cv-1869-MMM (AJWx)<br><br>**CERTIFICATE OF SERVICE – NOTICE OF INTERESTED PARTIES**<br><br>Courtroom 780<br>Hon. Margaret M. Morrow<br><br>Complaint Filed: March 13, 2015 |

CERTIFICATE OF SERVICE – NOTICE OF INTERESTED PARTIES

DIGITAL, an individual; JOHN DOE 1 d/b/a/BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,

           Defendants.

CERTIFICATE OF SERVICE – NOTICE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2015, I electronically filed the foregoing **NOTICE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Mindy S. Bae
MINDY S. BAE, ESQ.

---

1

CERTIFICATE OF SERVICE – NOTICE OF INTERESTED PARTIES