Harry A. Zinn (SBN 116397)
hzinn@yzblaw.com
Lester F. Aponte (SBN 143692)
laponte@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendant
CREATE NEW TECHNOLOGY (HK) CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHINA CENTRAL TELEVISION, A China company; ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong Company, ET AL., <br><br> Defendants. | Case No. CV 15-1869 MMM (AJWx) <br><br> Assigned for all purposes to: <br> Honorable Margaret M. Morrow <br><br> **SUPPLEMENTAL DECLARATION OF B. WARLICK IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.** <br><br> DATE: June 29, 2015 <br> TIME: 10:00 AM <br> PLACE: Courtroom 780 |

1

SUPPL. WARLICK DECL ISO MOTION TO WITHDRAW AS COUNSEL FOR CREATE

## DECLARATION OF BENJAMIN J. WARLICK

I, Benjamin J. Warlick, declare as follows:

1. I am an associate at the law firm of Morris, Manning & Martin LLP, attorney for Defendant Create New Technology (HK) Co. Ltd. ("Create") in the above-captioned litigation. I have personal knowledge of the facts set forth below and if called upon as a witness, I could and would testify competently thereto.

2. On Friday May 8, 2015, my colleague Carrie Chang provided written notice to Create, through Create's local China counsel Annie Ma, of the Court's order advancing the briefing schedule on the motion to withdraw by Create's counsel in California. A copy of Ms. Chang's email to Ms. Ma is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 11th day of May, 2015, at Atlanta, Georgia.

_____
Benjamin J. Warlick

EXHIBIT 2

**From:** Carrie Chang
**Sent:** Friday, May 08, 2015 2:51 PM
**To:** 'annie.ma@king-future.com'
**Cc:** Rui Ding
**Subject:** FW: Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Order

Dear Ms. Ma,

Please see the attached order for the CCTV case. The Judge of this case set a briefing schedule for our firm's motion to withdraw. Could you please forward this order to client Create New Technology, and let them know that if they oppose our request to withdraw then they must file an opposition by 5/15/2015? Thank you very much!

Should you have any questions or concerns please let me know.

Sincerely,
Carrie Chang



Carrie Shuang Chang, Ph.D.; J.D. (常爽律师)
Intellectual Property Practice
International Practice
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center.
3343 Peachtree Road NE
Atlanta, GA 30326-1044
Main: 404-233-7000
Direct: 404-504-7708
Fax: 404-365-9532
cchang@mmmlaw.com

*Please consider the environment before printing this email.*

For information on Morris, Manning & Martin, LLP, please visit www.mmmlaw.com.

This e-mail message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its

attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

TREASURY DEPARTMENT CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Friday, May 08, 2015 8:44 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 5/8/2015 at 8:44 AM PDT and filed on 5/8/2015
**Case Name:** China Central Television et al v. Create New Technology HK Limited et al
**Case Number:** 2:15-cv-01869-MMM-AJW
**Filer:**
**Document Number:** 71

**Docket Text:**
Order Advancing Briefing Schedule by Judge Margaret M. Morrow:On April 17, 2015, Harry A. Zinn and Leste F. Aponte, counsel for defendant Create NewTechnology HK Limited (Create), filed a motion to withdraw as counsel of record, which is currently set for hearing on June 29, 2015. The court advances the briefing schedule on counsels motion. Any opposition by any party, including defendant Create, must be filed no later than May 15, 2015. Any reply by counsel must be filed no later than May 22, 2015. Counsel are directed to email or deliver a

copy of this order to defendant Create forthwith. (Please see attached document for details. )(dgon)

**2:15-cv-01869-MMM-AJW Notice has been electronically mailed to:**

Samuel M Bayard    samuelbayard@dwt.com

Carla A McCauley    frankromero@dwt.com, taniamoore@dwt.com, carlamccauley@dwt.com

Kenneth K Tanji    ktanji@yahoo.com, dhsu@ltpacificlaw.com, ktanji@ltpacificlaw.com, jflee@ltpacificlaw.com

Lester F Aponte    laponte@yzblaw.com, pflores@yzblaw.com

Adrianos Matthew Facchetti    adrianos@facchettilaw.com, reagan.facchettilaw@gmail.com

George P Wukoson    georgewukoson@dwt.com

Lacy H Koonce    lancekoonce@dwt.com

Robert D Balin    robbalin@dwt.com

Jen-Feng Lee    jflnbacer@gmail.com, dhsu@ipfirm.us, jflee@ltpacificlaw.com

Mark G Clark    mark@traverselegal.com, cathy.dittrich@traverselegal.com

**2:15-cv-01869-MMM-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-01869 MMM (AJWx) | Date | May 8, 2015 |
|---|---|---|---|

Title: *China Central Television, et al. v. Create New Technology HK Limited, et al.*

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

Proceedings:    **Order Advancing Briefing Schedule**

On April 17, 2015, Harry A. Zinn and Leste F. Aponte, counsel for defendant Create New Technology HK Limited ("Create"), filed a motion to withdraw as counsel of record, which is currently set for hearing on June 29, 2015. The court advances the briefing schedule on counsel's motion. Any opposition by any party, including defendant Create, must be filed no later than **May 15, 2015**. Any reply by counsel must be filed no later than **May 22, 2015**.

Counsel are directed to email or deliver a copy of this order to defendant Create forthwith.

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On May 12, 2015, I hereby certify that I electronically filed the foregoing document described as **SUPPLEMENTAL DECLARATION OF B. WARLICK IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.** with the Clerk of the Court for the United States District Court, Central District of California. Participants in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the emails addressed below:

| | |
|---|---|
| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com<br>*Rep: Plaintiff China Central Television, China International Communications, Co. Ltd., TVB Holdings, USA, Inc., Dish Network L.L.C.* | Francis S. Ryu<br>RYU LAW FIRM<br>5900 Wilshire Blvd.<br>Suite 2250<br>Los Angeles, CA 90036<br>Tel: (323) 931-5270<br>Fax: (323-931-5271<br>Email: francis@ryulaw.com<br>*Rep: Defendant Club TVpad, Inc., Bennett Wong* |
| Adrianos Mathew Facchetti, Esq.<br>LAW OFFICE OF ANDRIANOS FACCHETTI<br>301 East Colorado Blvd.<br>Suite 514<br>Pasadena, CA 91101<br>Tel: (626) 793-7293<br>Fax: (626) 793-7293<br>Email: adrianos@facchettilaw.com<br>*Rep: Asha Media Group, dba TVpad.com, Amit Bhalla* | Jen-Feng Lee, Esq.<br>Kenneth K. Tanji, Jr.<br>LT PACIFIC LAW GROUP LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748<br>Tel: (626) 810-7200<br>Fax: (626) 810-7300<br>Email: jflee@ltpacificlaw.com<br>*Rep: Honghui Chen, dba as e-Digital* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 12, 2015, at Los Angeles, California.

_____
Patty Flores