CARLA A. McCAULEY (State Bar No. 223910
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**FOURTH STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS NEWTVPAD LTD. COMPANY AND LIANGZHONG ZHOU TO RESPOND TO INITIAL COMPLAINT**<br><br>[Proposed Order concurrently submitted]<br><br>Courtroom:  780<br>Judge:  Hon. Margaret M. Morrow<br><br>Action Filed:  March 13, 2015<br>New response date: June 2, 2015 |

This Stipulation is entered by and between Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. ("Plaintiffs") and Defendants newTVpad  Ltd. Company  d/b/a newtvpad.com a/k/a TVpad USA and Liangzhong Zhou (newTVpad Defendants) through their respective counsel of record, with reference to the following facts:

1.      Plaintiffs filed the Complaint in this action on March 13, 2015.

2.      Plaintiffs personally served the newTVpad Defendants on March 16, 2015, and therefore the earliest date on which the newTVpad Defendants responses to the Complaint would be due is April 6, 2015;

3.      By Order dated May 11, 2015, the Court granted the parties' stipulation to extend the time for the newTVpad Defendants to respond to the complaint to and including May 19, 2015.

4.      The parties are finalizing their discussions regarding the resolution of this matter, and require an additional extension of time to facilitate a resolution.  The parties therefore agree to an additional extension of time for the newTVpad Defendants to respond to the complaint, to and including June 2, 2015.

///

///

THIRD STIPULATION TO CONTINUE TIME TO RESPOND
DWT 26833691v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

2  the newTVpad Defendants shall have an extension of time up to and including June

3  2, 2015 to respond to the complaint in this action.

4  DATED: May 18, 2015                      DAVIS WRIGHT TREMAINE LLP
                                            CARLA A. McCAULEY
5                                           ROBERT D. BALIN (*pro hac vice*)
                                            LACY H. KOONCE, III (*pro hac vice*)
6                                           SAMUEL BAYARD (*pro hac vice*)
                                            GEORGE WUKOSON (*pro hac vice*)
7

8                                           By:_____/s Carla A. McCauley_____
                                                        Carla A. McCauley
9
                                            Attorneys for Plaintiffs
10                                          CHINA CENTRAL TELEVISION; CHINA
                                            INTERNATIONAL COMMUNICATIONS CO.,
11                                          LTD.; TELEVISION BROADCASTS LIMITED;
                                            TVB HOLDINGS (USA), INC.; AND DISH
12                                          NETWORK L.L.C.

13  DATED: May 18, 2015                     NI, WANG & MASSAND, PLLC

14

15

16                                          By:_____
                                                        Timothy Wang
17
                                            Attorneys for Defendants
18                                          newTVpad Ltd. Company and Liangzhong Zhou

19

20

21

22

23

24

25

26

27

28

THIRD STIPULATION TO CONTINUE TIME TO RESPOND
DWT 26833691v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY FEDERAL EXPRESS

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine, LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express.  Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the next business day.

On May 19, 2015, I served the following document **FOURTH STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS NEWTVPAD LTD. COMPANY AND LIANGZHONG ZHOU TO RESPOND TO INITIAL COMPLAINT** by placing a **true copy or original** in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST.

and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on May 19, 2015, at Los Angeles, California.

☑      Federal      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Tania M. Moore
_____        _____
      Print Name                              Signature

SERVICE LIST

| | |
|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>5900 Wilshire Blvd., Suite 2250<br>Los Angeles, CA 90036 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Timothy Wang<br>Ni, Wang & Massand, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 | Attorneys for newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA AND Liangzhong Zhou |
| Hua Yang International Technology Ltd<br>Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China | |