1  CARLA A. McCAULEY (State Bar No. 223910
     carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice*)
5     robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
6     lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice*)
7     samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8     georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1633 Broadway
   New York, New York  10019
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
             **UNITED STATES DISTRICT COURT**
12           **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING FOURTH STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS NEWTVPAD LTD. COMPANY AND LIANGZHONG ZHOU TO RESPOND TO INITIAL COMPLAINT**<br><br>Courtroom: 780<br>Judge: Hon. Margaret M. Morrow<br><br>Action Filed: March 13, 2015<br>New response date: June 2, 2015 |

## [Proposed] Order

Having considered the Stipulation by and between Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. ("Plaintiffs") and Defendants newTVpad Ltd. Company d/b/a newtvpad.com a/k/a TVpad USA and Liangzhong Zhou (newTVpad Defendants) and good cause having been shown to extend the time for the newTVpad Defendants to respond to the Complaint in this matter, the Court ORDERS as follows:

The newTVpad Defendants' time to respond to the Complaint is extended to and including June 2, 2015.

**No further extensions will be granted.**

**SO ORDERED:**

Date:  May 22, 2015

_____
Hon. Margaret M. Morrow
United States District Judge

1
[PROPOSED] ORDER GRANTING CONTINUANCE OF TIME TO RESPOND
DWT 26833724v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899