# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Central Television et al<br><br>PLAINTIFF(S)<br>v.<br>Create New Technology HK Limited et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>15-cv-01869 MMM (AJWx)<br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Hua Yang International Technology Limited, a Hong Kong company

Create New Technology HK Limited, a Hong Kong Company

Clerk, U. S. District Court

| | |
|---|---|
| 5/28/15<br>Date | By B. Moss (213) 894-3538<br>Deputy Clerk |

CV-37 (10/01)   DEFAULT BY CLERK F.R.Civ.P. 55(a)