CARLA A. McCAULEY (State Bar No. 223910
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**PLAINTIFFS' NOTICE OF LODGING OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing:  June 8, 2015<br>Time: 10:30 a.m.<br>Courtroom:    780<br>Judge:       Hon. Margaret M. Morrow<br><br>Complaint Filed:  March 13, 2015 |

In accordance with the Court's Order dated May 28, 2015, Document No. 86, Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") respectfully submit a [Proposed] Findings of Fact and Conclusions of Law, attached hereto as **Exhibit 1**, and a [Proposed] Order Granting Preliminary Injunction, attached hereto as **Exhibit 2**.

DATED: June 1, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)


By:      s/ Carla A. McCauley
          Carla A. McCauley


Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

NOTICE OF LODGING
DWT 26935190v1 0094038-000021

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT 1**

1 CARLA A. McCAULEY (State Bar No. 223910
   carlamccauley@dwt.com
2 DAVIS WRIGHT TREMAINE LLP
3 865 South Figueroa Street, 24th Floor
   Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4
5 ROBERT D. BALIN (*pro hac vice*)
   robbalin@dwt.com
6 LACY H. KOONCE, III (*pro hac vice*)
   lancekoonce@dwt.com
7 SAMUEL BAYARD (*pro hac vice*)
   samuelbayard@dwt.com
8 GEORGE WUKOSON (*pro hac vice*)
   georgewukoson@dwt.com
9 DAVIS WRIGHT TREMAINE LLP
   1633 Broadway
10 New York, New York  10019
   Tel.:  (212) 489-8230  Fax:  (212) 489-8340
11 ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

12
13 CHINA CENTRAL TELEVISION, a China
   company; CHINA INTERNATIONAL
14 COMMUNICATIONS CO., LTD., a China
   company; TVB HOLDINGS (USA), INC., a
15 California corporation; and DISH
   NETWORK L.L.C., a Colorado corporation,
16                              Plaintiffs,
17          vs.
   CREATE NEW TECHNOLOGY (HK)
18 LIMITED, a Hong Kong company; HUA
   YANG INTERNATIONAL TECHNOLOGY
19 LIMITED, a Hong Kong company;
   SHENZHEN GREATVISION NETWORK
20 TECHNOLOGY CO. LTD., a China
   company; CLUB TVPAD, INC., a California
21 corporation; BENNETT WONG, an
   individual, ASHA MEDIA GROUP INC.
22 d/b/a TVPAD.COM, a Florida corporation;
   AMIT BHALLA, an individual;
23 NEWTVPAD LTD. COMPANY d/b/a
   NEWTVPAD.COM a/k/a TVPAD USA, a
24 Texas corporation; LIANGZHONG ZHOU,
   an individual; HONGHUI CHEN d/b/a E-
25 DIGITAL, an individual; JOHN DOE 1 d/b/a
   BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN
26 DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV;
   JOHN DOE 5 d/b/a GANG YUE; JOHN
27 DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7
   d/b/a GANG TAI WU XIA; and JOHN DOES
28 8-10,
                              Defendants.

Case No.
**CV 15-1869 MMM (AJWx)**

**[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXHIBIT A THERETO**

Hearing: June 8, 2015
Time: 10:00 a.m.
Courtroom:    780
Judge:          Hon. Margaret M.
                    Morrow

Complaint Filed:  March 13, 2015

This matter came on before the Court on June 8, 2015 on a motion for a preliminary injunction filed by Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs").  Pursuant to Local Rule 7-9, any opposition to Plaintiffs' motion must be filed and served not later than May 18, 2015. No oppositions were timely filed, nor has any been filed since that time.  Having considered the submissions of in support of Plaintiffs' Motion for Preliminary Injunction, the Memorandum of Points and Authorities in Support of the Motion, and the declarations, exhibits, and reply papers in support thereof, and good cause appearing, the Court makes the following findings of fact and conclusions of law:

## A.   **FINDINGS OF FACT**

1.     CCTV and TVB are television broadcasters in mainland China and Hong Kong, respectively.  Through affiliates, CCTV and TVB license copyrighted television programming for retransmission in the U.S. via authorized satellite, cable, and other television service providers (the "Authorized U.S. Providers").  Declaration of Samuel P. Tsang ("Tsang Decl.") ¶¶ 3-4, 11; Declaration of Chunguang Lu ("Lu Decl.") ¶¶ 3-5, 9.

2.     Plaintiff China International Communications Co., Ltd. ("CICC"), a CCTV affiliate, licenses Authorized U.S. Providers to broadcast CCTV's "Great Wall" package of channels to paying U.S. subscribers. Although CICC licenses certain rights, CCTV retains and owns the exclusive right to transmit CCTV programming in the U.S. over the Internet. Lu Decl. ¶¶ 5, 10-11.

3.      Plaintiff TVB Holdings (USA), Inc. ("TVB (USA)"), a wholly owned indirect subsidiary of TVB, distributes and licenses TVB programming in the U.S. Although it licenses certain rights, TVB (USA) retains and owns the exclusive right to transmit TVB programming in the U.S. via Internet Protocol Television (IPTV) and via Over-the-Top (OTT) in video-on-demand format. Tsang Decl. ¶¶ 3-4, 9, 11.

FINDINGS OF FACT AND CONCLUSIONS OF LAW
DWT 26913254v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

4.      "IPTV" refers to electronic delivery of video programming via Internet protocol over a service provider's own infrastructure (e.g., AT&T's U-verse). "Over-the-Top" or "OTT" refers to the delivery of video programming using an Internet connection that is not owned, managed, or operated by the party delivering the programming (e.g., Netflix). Tsang Decl. ¶ 9.

5.      Plaintiff DISH Network L.L.C. ("DISH") delivers television services to subscribers through both satellite and Internet platforms.  Through licensing agreements, DISH owns the exclusive rights to transmit in the United States certain CCTV and TVB programming via satellite and certain TVB programming via OTT, except in video-on-demand format.  Declaration of Christopher Kuelling ("Kuelling Decl.") ¶¶ 5-6, 9; Lu Decl. ¶¶12-13; Tsang Decl. ¶ 12.

6.      Defendant CNT is a Hong Kong company that manufactures the TVpad device. Declaration of Christopher Weil ("Weil Decl.") ¶ 9.  The TVpad is a set-top box that delivers streaming television programming from Asia to U.S. customers over the Internet without customers paying subscription fees to an authorized provider.  *Id.* ¶ 16.

7.      CNT offers TVpads for sale to U.S. consumers (including in this District) through its website, www.itvpad.com, and through distributors in the United States.  *Id.* ¶¶ 10-13, 64-71.  CNT sells its latest model, the TVpad4, at retail for $299.  *Id.* ¶ 13, Ex. 4.

8.      TVpad users in the U.S. access pirated CCTV and TVB television programming through apps (the "Infringing TVpad Apps") they download for free from the "TVpad Store," a primary feature of each TVpad device.  Weil Decl. ¶ 26; Declaration of Nicholas Braak ("Braak Decl.") ¶¶ 8, 14-16.

9.      Plaintiffs' investigators have identified 15 Infringing TVpad Apps available through the TVpad Store. Braak Decl. ¶ 16.  The 15 Infringing TVpad Apps are identified in the chart attached hereto as **Exhibit A**.  These Infringing TVpad Apps provide CCTV and TVB programming in four modes: "live" streaming,

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

"time-shifted" streaming, and two forms of video-on-demand streaming. Braak Decl. ¶¶ 17, 52; Tsang Decl. ¶ 22.

10.     In late 2014, Plaintiffs' investigator observed and recorded 30 CCTV television episodes and 23 TVB television episodes streamed through Infringing TVpad Apps on the TVpad device. Braak Decl. ¶¶ 74-75. Also, a TVB (USA) executive observed and recorded portions of an additional 406 TVB episodes streamed through Infringing TVpad Apps in video-on-demand mode. Tsang Decl. ¶ 27. All of these episodes (the "Registered Programs") are registered with the U.S. Copyright Office. Braak Decl. ¶ 75; Tsang Decl. ¶ 25, Ex. 92; Lu Decl. ¶25, Ex. 94. Plaintiffs have not granted anyone a license to stream the Registered Programs over the internet into the United States through the Infringing TVpad Apps. Braak Decl. ¶¶ 74-76; Tsang Decl. ¶¶ 23, 25-27; Lu Decl. ¶ 23, 25; Kuelling Decl. ¶ 14.

11.     Before accessing the TVpad Store, users must accept CNT's mandatory terms of service, which reserve to CNT the right to "filter, modify, refuse or delete any or all software applications in the TVpad Store," and to "suspend, remove, or disable access to any Products, content, or other materials accessible through the TVpad Store." Braak Decl. ¶¶ 29-30, Ex. 47 (¶¶ 3.8 and 3.10).

12.     CNT solicits new apps for the TVpad Store, announces the release of new apps, sells different "editions" of its TVpad4 device with unique app collections, and touts that it "has strictly controlled and managed the way to upload apps on TVpad Store[.]" Weil Decl. ¶ 18, 25, 36, Exs. 7, 9-12, 18; Declaration of George P. Wukoson Decl. ¶ 2, Ex. 104, p.4.

13.     Plaintiffs' investigator performed forensic analysis of the TVpad device and determined that Infringing TVpad Apps in "live" mode stream CCTV and TVB programming through a peer-to-peer network, in which each TVpad user streams video content to large numbers of other users worldwide. Braak Decl. ¶¶ 10(a), 53-56, Ex. 45.  That is, each TVpad user not only receives live CCTV and TVB broadcasts, but also simultaneously <u>retransmits</u> those broadcasts to many other

FINDINGS OF FACT AND CONCLUSIONS OF LAW
DWT 26913254v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVpad users in the U.S. and abroad. CNT's website publicly touts the benefits of TVpad's peer-to-peer streaming. Weil Decl. ¶ 19, Ex. 9, p.1.

14.     For the peer-to-peer network to function, someone must capture CCTV and TVB broadcasts signals in Asia, convert them into digital data, and stream that data to TVpad users in the peer-to-peer network. Braak Decl. ¶¶ 17, 56.  The individuals and/or entities responsible for these activities are referred to below as "App Infringers".

15.     Plaintiffs' investigator has also determined that Infringing TVpad Apps in "video-on-demand" modes stream CCTV and TVB programs to TVpad users directly from servers in the U.S., including servers in Los Angeles. Braak Decl. ¶¶ 10(b), (d), 60-62, Ex. 45.

16.     Data packets received from these servers indicate that recorded video files reside on the servers. *Id.* ¶ 62, Ex. 45.  That is, individuals or entities who pirate CCTV and TVB programs from Asia illegally make copies of those programs and stream those copies from servers located in the U.S.  *Id.*

17.     Forensic analysis has demonstrated that Infringing TVpad Apps in time-shift mode stream CCTV and TVB programming through both the peer-to-peer network and directly from servers in China. Braak Decl. ¶¶ 10(c), 63.

18.     CNT aggressively promotes its pirate television service, the Infringing TVpad Apps, and the availability of CCTV and TVB programming on the TVpad device, in some cases even falsely stating that such content is authorized. Weil Decl. ¶¶ 28-50, Exs. 8, 13-29. CNT solicits new distributors by claiming "[e]xclusive & authorized live content from mainland China/HK/Taiwan" alongside CCTV and TVB logos. *Id.* ¶ 33, Ex. 15.  CNT's website boasts that the TVpad delivers "massive contents from China, Taiwan and HK." Weil Decl. ¶ 29, Ex. 8.

19.     CNT places in the user interface of the TVpad device prominent banner advertisements for Infringing TVpad Apps that stream CCTV and TVB programs. CNT also uses suggestive categories like "Live TV," "VOD," and "TV Dramas" in

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

its TVpad Store to make it easy for users to locate and download Infringing TVpad Apps. Braak Decl. ¶¶ 31-36, 38-41, 46-50, Exs. 46, 48.

20.     CNT's blog actively promotes Infringing TVpad Apps, for instance stating on January 8, 2014 that the infringing Gang Yue Wang Luo Dian Shi app provides live channels in high definition, "definitely the favorite of those who love to watch TVB," illustrating this point with a screenshot of a TVB program. Weil Decl. ¶ 36, Ex. 18.

21.     CNT's Facebook page regularly promotes the availability of CCTV and TVB television programs through the Infringing TVpad Apps. *Id.* ¶¶ 39-42, Exs. 20-21. One post by the TVpad administrator on the Facebook page encourages users to watch a CCTV documentary and places CNT's TVpad logo directly next to programming information for CCTV channels. *Id.* ¶ 40, Ex. 20, at 3-6.

22.     CNT's Facebook page includes a promotional video that features icons of Infringing TVpad Apps and a CCTV broadcast. *Id.* ¶ 42, Ex. 21; *see also id.* ¶ 50, Ex. 29, pp. 1-19, 20-38, 39-53, 61-71 (promoting Infringing TVpad Apps on fan forum).

23.     CNT also actively collaborates with purported third-party App Infringers to develop and improve infringing content, including by providing customer support and technical assistance to help TVpad users access and share infringing streams of CCTV and TVB programming and conveying messages between TVpad users and App Infringers.  Weil Decl. ¶¶ 54-56, Exs. 30-32.  For example, a CNT blog post instructs users how to install the infringing BETV app from the TVpad Store, providing step-by-step screenshots. *Id.* ¶ 37, Ex. 19.

24.     Administrators on CNT's Facebook page also instruct users to download and use Infringing TVpad Apps to access CCTV and TVB programming. *Id.* ¶¶ 43-45, Exs. 22-24.  For instance, on June 12, 2014, when a user asked "Anyone knows which app or channel on tvpad is showing the World Cup???", a CNT administrator

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

advised the user to try BETV and Sport Online, two Infringing TVpad Apps that stream CCTV channels. *Id.* ¶ 44, Ex. 23.

25.     Similarly, when a user asked on CNT's Facebook page, "[w]hich tvpad is can see [sic] tvb day and night and 12 hour back and tvb drama," an administrator wrote "Could download three party applications from TVpad store for this case[.]" *Id.* ¶ 45, Ex. 24.

26.     Administrators provide similar assistance to locate CCTV and TVB programming to TVpad users on CNT's official fan forum at tvpadfans.com. *Id.* ¶ 50, Ex. 29, pp. 81-87.

27.     Administrators on CNT's Facebook page and fan forum also provide technical assistance and updates to customers regarding server problems impacting their ability to stream infringing television content, demonstrating that CNT exercises control over servers that facilitate the unauthorized streaming of Plaintiffs' programming. *See id.* ¶¶ 57, 59, Exs. 34, 36; Braak Decl. ¶ 59, Ex. 51.

28.     As recently as January 9, 2015, CNT fielded a barrage of user complaints about problems downloading the new Gang Yue Wang Luo Dian Shi app (an Infringing TVpad App), apologizing for the inconvenience, and asking those customers to send a private message to CNT so that CNT and the supposed "app provider" could address the problem. Weil Decl. ¶ 60, Ex. 37.

29.     CNT's own statements show it actively collaborates with the supposed third party app developers to develop and improve infringing content.  For example, on August 18, 2013, CNT published a post on its Facebook page asking for suggestions to help CNT "better serve [its] overseas customers and allow overseas TVpad users to enjoy better Chinese TV services."  In response, one user suggested adding a TVB football channel; the administrator replied that the administrator would "communicate with third-party application developers" regarding the suggestion.

30.     When another user asked CNT to "improve all streaming sound bit rate and enable stereo," the administrator responded that "the application providers are

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

working on this issue." *Id.* ¶ 54, Ex. 30; *see also id.* ¶ 55, Ex. 31 (CNT administrator stating that request for more Cantonese channels had been forwarded to the application provider).

31.     CNT also delivers messages in the other direction: in an October 2013 Facebook post, a CNT administrator notified TVpad users that maintenance carried out on the infringing 516 app might cause service disruptions. *Id.* ¶ 56, Ex. 32.

32.     CNT has taken no meaningful steps to develop filtering tools or other mechanisms to stop the rampant infringement it induces. Indeed, despite its Internet-based streaming business model, CNT has not (a) posted a policy instructing users how to report infringing activity, (b) appointed an agent to receive notifications of claimed infringement under the Digital Millennium Copyright Act, 17 U.S.C. § 512 (c)(2), or (c) adopted any notice-and-takedown procedures in the TVpad Store. *See* Braak Decl. ¶ 51.

33.     CNT relies on copyright infringement for the success of its business model, which depends upon charging consumers an up-front, one-time fee for unlimited access to infringing programming for which those consumers would otherwise have to pay ongoing subscription fees. *See* Weil Decl. ¶¶ 4, 28, 35, 38, 62, Exs. 6, 13, 17, 38; Lau Decl. ¶¶ 26, 30, 34, Ex. 80; Tsang Decl. ¶ 14; Lu Decl. ¶ 15; Kuelling Decl. ¶¶ 7-8, 11.

34.     Defendant Club TVpad is a corporation located in Hayward, California that operates an interactive website from which it offers TVpads for sale to consumers in California and this District.  Declaration of Shuk Kuen "Lily" Lau ("Lau Decl.") ¶¶ 4-5, 9, Exs. 57-58, 62. Corporate records identify Bennett Wong as Club TVpad's agent for service of process.  Lau Decl. ¶ 4, Ex. 57.

35.     On its website and Facebook page, Club TVpad aggressively markets the Infringing TVpad Apps, the infringing capabilities of the TVpad, and the availability of CCTV and TVB programming. *See id.* ¶¶ 10-11, Exs. 63-67.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

36.     For example, a November 2012 post on Club TVpad's Facebook page stated: "Are you a Direct TV subscriber? Then you might be aware that they are removing TVB from their line up at the end of the month. . . .This is the best time to get a TVpad to replace Direct TV." *Id.* ¶ 10(d), Ex. 66.

37.     Club TVpad also operates a forum on which it regularly promotes Infringing TVpad Apps and assists customers in accessing infringing content. *See id.* ¶ 12-15, Exs. 68-71.

38.     On October 26, 2014, Plaintiffs' investigator phoned Club TVpad and spoke with Bennett Wong about purchasing a TVpad device.  Mr. Wong stated that TVB's TVBS and Jade channels are available through the TVpad device and that the one-time purchase price of the TVpad is the only cost to access television programming. *Id.* ¶ 17.

39.     Plaintiffs' investigator purchased a TVpad device from Club TVpad's website. *Id.* ¶ 18.  After receiving the TVpad device from ClubTVpad, Plaintiffs' investigator determined that Club TVpad had pre-installed onto the device several Infringing TVpad Apps that stream CCTV and TVB programming. Braak Decl. ¶¶ 65-67.

40.     Asha Media operates an interactive website from which it offers TVpads for sale to consumers in California and this District.  Lau Decl. ¶¶ 21, 23-24. Corporate records identify Amit Bhalla as President of Asha Media.  Lau Decl. ¶ 22, Ex. 74.

41.     Promotional blog posts on Asha Media's website advertise the availability of free CCTV and TVB programming through use of the Infringing TVpad Apps. *Id.* ¶ 28, Exs. 82-87.  For example, a December 2014 blog post promoting the new TVpad4 model states: "Not wanting to pay for streaming television? TVpad4 still streams live news, sports, and television programming from stations like SoLive, <u>CCTV</u> and many, many more." *Id.* ¶ 28(a), Ex. 82 (emphasis added).

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

42.    In another example, a June 2014 blog post stated: "There are over 100 different Asian channels and apps to choose from, but lovers of television shows will certainly want to install the HITV app [an Infringing TVpad App that streams TVB programs]. Viewers can watch hundreds of live shows from Hong Kong, including all of their favorite dramas." *Id.* ¶ 28(d), Ex. 86.

43.    On May 30, 2014, Plaintiffs' investigator called Asha Media and spoke to an individual identifying himself as Amit.  Amit confirmed that CCTV channels were available on the TVpad device. *Id.* ¶ 30.  In response to the investigator's inquiry about CCTV channels, another representative, acting at Amit's direction, sent the investigator a spreadsheet listing CCTV and TVB channels and the Infringing TVpad Apps that access those channels. *Id.* ¶ 32, Ex. 89.

44.    Plaintiffs' investigator purchased two TVpads from Asha Media's tvpad.com website. *Id.* ¶¶ 31, 35.  Both devices came with USB flash drives containing several Infringing TVpad Apps. Braak Decl. ¶ 68-73.

45.    Prior to filing this lawsuit, DISH sent cease-and-desist letters to CNT, ClubTVpad and Asha Media, demanding that each stop infringing and/or inducing infringement of Plaintiffs' copyrights.  The letters identified the Infringing TVpad Apps on the TVpad3 and listed specific CCTV and TVB channels and programs streamed without authorization through the Infringing TVpad Apps.  Kuelling Decl. ¶¶ 15-25, Exs. 95-103.

46.    Despite this notice, each Defendant continues to market, advertise, and promote the Infringing TVpad Apps and the availability of infringing television programming on the TVpad device. *Id.* ¶¶ 22, 25; Declaration of Carla A. McCauley ("McCauley Decl.") ¶¶4-7, Exs. B through E.

47.    Defendants' conduct has materially reduced the number of individuals who subscribe to authorized U.S. platforms for CCTV and TVB programming in the United States and the price those individuals are willing to pay, reducing Plaintiffs'

revenues in amounts that are difficult to quantify. *See* Tsang Decl. ¶¶ 29-32; Lu Decl. ¶ 27-28; Kuelling Decl. ¶¶ 26-32.

48.     Defendants' ongoing infringement impairs the ability of CCTV, CICC and TVB (USA) to negotiate favorable license agreements with Authorized U.S. Providers and others. Tsang Decl. ¶ 39; Lu Decl. ¶ 29.

49.     Defendants' ongoing infringement has damaged Plaintiffs' goodwill. *See* Tsang Decl. ¶ 40; Lu Decl. ¶ 30; Kuelling Decl. ¶ 33. Plaintiffs' investigators observed numerous problems with the TVpad viewing experience, such as video failing to stream or terminating prematurely, low video quality, pixilation, and sound issues. Braak Decl. ¶ 59; *see also id.* Ex. 51 (posts by TVpad users detailing a wide variety of technical difficulties); Weil Decl. ¶¶ 57-60, Ex. 33-37 (posts on CNT's Facebook page and fan forum apologizing to customers for technical difficulties).

50.     Defendants' infringing conduct undermines Plaintiffs' strategic choices about where, when, and how to distribute their programs, causing harm to their goodwill with U.S. audiences and Authorized U.S. Providers. *See* Tsang Decl. ¶ 33-35, 37; Lu Decl. ¶¶ 31-33.  Defendants' pirate retransmission service not only streams CCTV and TVB programming in the U.S. without a license, but does so several hours before that programming is available in the U.S. through authorized channels. *See* Tsang Decl. ¶ 35; Lu Decl. ¶ 33.

51.     Defendants' unlawful activities also deprive Plaintiffs of their right not to disseminate many of their programs in the U.S. *See* Tsang Decl. ¶ 36; Lu Decl. ¶ 34.

52.     Defendants' unlawful activities also threaten to confuse consumers about video on demand products, and create an incorrect but lasting impression with consumers about what constitutes lawful video on demand programming. Tsang Decl. ¶ 38; Lu Decl. ¶ 35; Kuelling Decl. ¶ 28.

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## B.   **CONCLUSIONS OF LAW**

1.     This Court has the authority to "grant temporary and final injunctions on such terms as it may deem reasonable to prevent or restrain infringement of a copyright." 17 U.S.C. § 502(a).

2.     This Court has subject matter jurisdiction over Plaintiffs' federal claims pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. §§ 101 *et seq.* Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(a).

3.     Personal jurisdiction over Defendants is proper because they have each purposefully directed their conduct towards, and have purposefully availed themselves of the privileges of conducting business activities within, the State of California by transmitting, supplying, offering to transmit and supply, and advertising and marketing TVpad devices and services to customers and/or business partners in the State of California and the Central District of California, causing injury to Plaintiffs in this State and in this District.

4.     To obtain preliminary injunctive relief, a plaintiff must establish: "(1) that it is likely to succeed on the merits, (2) that it is likely to suffer irreparable harm in the absence of preliminary relief, (3) that the balance of the equities tips in its favor, and (4) that an injunction is in the public interest." *Fox Television Stations, Inc. v. BarryDriller Content Sys., PLC*, 915 F. Supp. 2d 1138, 1141 (C.D. Cal. 2012) (citing *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)).

5.     Plaintiffs are likely to prevail on their claim for secondary liability by Defendants.   For all theories of secondary liability, a plaintiff "must establish that there has been a direct infringement by third parties," *Perfect 10, Inc. v. Google Inc.*, 508 F.3d 1146, 1169 (9th Cir. 2007), which requires a showing of: "(1) ownership of the infringed material, and (2) violation of at least one exclusive right granted to copyright holders under 17 U.S.C. § 106 by the infringer." *A&M Records, Inc. v. Napster*, 239 F.3d 1004, 1013 (9th Cir. 2000).

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6.      Plaintiff CCTV is likely to succeed in showing that it owns copyright registrations for the Registered Programs, giving rise to a presumption of ownership and validity. 17 U.S.C. § 410(c).  Plaintiffs are also likely to succeed in showing that they own the exclusive rights to transmit the Registered Programs and other CCTV and TVB programming in the U.S. over the Internet in various formats, and therefore have standing to sue for infringement of those rights. 17 U.S.C. § 501(b).

7.      Plaintiffs are also likely to succeed in showing that the unauthorized streaming of Plaintiffs' programs over the Internet, as evidenced by the observations and recordings of Plaintiffs' investigator and a TVB executive, infringes an "exclusive right granted to copyright holders under 17 U.S.C. § 106." *Napster*, 239 F.3d at 1013.

8.      The Copyright Act grants Plaintiffs the exclusive right to "perform the copyrighted work publicly." 17 U.S.C.A. § 106(4).  A party publicly performs a copyrighted work when it "transmit[s] or otherwise communicate[s] a performance or display of the work … to the public, by means of any device or process, whether the members of the public capable of receiving the performance or display receive it in the same place or in separate places and at the same time or at different times." 17 U.S.C. § 101.

9.      In *ABC, Inc. v. Aereo, Inc.*, 134 S. Ct. 2498 (2014), the Supreme Court held that Aereo publicly performed the plaintiffs' television programs by streaming those programs over the Internet to "large numbers of paying subscribers who lack any prior relationship to the works." *Id.* at 2510. The Court reasoned that Aereo performed "publicly" because it streamed programs to "a large number of people who are unrelated and unknown to each other" who did not "receive performances in their capacities as owners or possessors of the underlying works." *Id.* at 2509-10; *see also Warner Bros. Entm't v. WTV Sys., Inc.*, 824 F. Supp. 2d 1003, 1009-11 (C.D. Cal. 2011) (granting preliminary injunction against service that streamed motion pictures without authorization over the Internet to customers); *DISH Network L.L.C.*

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

*v. TV Net Solutions, LLC*, 12-cv-1629, 2014 U.S. Dist. LEXIS 165120, at *13-14 (M.D. Fla. Nov. 25, 2014) (retransmission of Arabic television channels over the Internet into the United States infringed DISH's public-performance rights).

10.     Because Plaintiffs are likely to be able to establish that the App Infringers stream live and time-shifted CCTV and TVB channels through a peer-to-peer network and/or through servers in the United States to large numbers of TVpad users with no right to access that content, Plaintiffs are likely to succeed in showing that the App Infringers publicly perform Plaintiffs' television programming in the U.S. without authorization under *Areo*.

11.     Because Plaintiffs are also likely to establish that TVpad users operate as peers in a peer-to-peer network through which each user retransmits live and time-shifted CCTV and TVB programs to large numbers of other TVpad users, Plaintiffs are also likely to succeed in showing that the TVpad users publicly perform Plaintiffs' television programming in the U.S. without authorization.  "[T]he concep[t] of public performance . . . cover[s] not only the initial rendition or showing, but also any further act by which that rendition or showing is transmitted or communicated to the public." *Aereo*, 134 S. Ct. at 2506 (quoting H.R. Rep. No. 94-1976, at 63 (1976)).  TVpad user retransmissions are "to the public" because TVpad users who receive them constitute "a large number of people who are unrelated and unknown to each other," and the TVpad users are not "owners or possessors of the underlying works." *Id.* at 2510.

12.     To prevail on their contributory copyright infringement claim, Plaintiffs must prove that Defendants (a) have knowledge of infringing activity; and (b) induce, cause, or materially contribute to direct infringement by others. *Google*, 508 F.3d at 1171.,

13.     In the Ninth Circuit, "inducement" and "material contribution" are distinct theories of contributory liability. *Perfect 10 v. Visa Int'l Serv. Ass'n*, 494 F.3d 788, 795 (9th Cir. 2007).

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14.     Contributory liability under an inducement theory is established where the defendant has undertaken purposeful acts aimed at assisting and encouraging others to infringe. *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 936-37 (2005)..   "[O]ne who distributes a device with the object of promoting its use to infringe copyright, as shown by clear expression or other affirmative steps taken to foster infringement, is liable for the resulting acts of infringement by third parties." *Id.*

15.     "[A] defendant may be liable for 'activity undertaken abroad that knowingly induces infringement within the United States.'" *Columbia Pictures Indus., Inc. v. Fung*, No. CV 06-5578, 2009 WL 6355911, at *8 (C.D. Cal. Dec. 21, 2009), *aff'd in relevant part*, 710 F.3d 1020 (9th Cir. 2013).

16.     In the Ninth Circuit, inducement liability has four elements: (1) distribution of a device, product, or service; (2) acts of infringement; (3) an object of promoting use of the device, product, or service to infringe copyright; and (4) causation. *Columbia Pictures Indus., Inc. v. Fung*, 710 F.3d 1020, 1032 (9th Cir. 2013).

17.     The first element is satisfied by distribution of either a device or a service that is "used in accomplishing the infringement." *Fung*, 710 F.3d at 1033. Plaintiffs are likely to succeed on their showing of the first element because CNT, Asha Media, and Club TV all distribute the TVpad device, which enables users to view and transmit infringing streams of Plaintiffs' programming, as well as the TVpad Store, a service through which users download the Infringing TVpad Apps.

18.     Plaintiffs are likely to succeed on the second element of acts of infringement based on the forensic analysis that establishes both the App Infringers and the TVpad users directly infringe Plaintiffs' public-performance rights.   *Munhwa Broadcasting Co v. Create New Technology (HK) Inc.*, Case No. CV 14-4213 RGK (RZx), Order, at 4-5 (C.D. Cal. May 12, 2015) (Docket No. 217).   *See also Aereo*, 134 S. Ct. at 2509-10. ; *WTV*, 824 F. Supp. 2d at 1009-11.

19.     A defendant's intent to foster or promote infringement can be established by "clear expression" of such intent and "affirmative steps taken to foster infringement." *Grokster*, 545 U.S. at 936-37.  "The classic instance of inducement is by advertisement or solicitation that broadcasts a message designed to stimulate others to commit violations." *Id*. at 938.

20.     Other evidence of intent to foster or promote infringement can include providing customer support and technical assistance to customers engaged in infringing uses; failing to "develop filtering tools or other mechanisms to diminish the infringing activity using their software[;]" or relying on infringing activity for the success of the defendant's business model.  *Id.* at 938-40; *see also Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*, 454 F. Supp. 2d 966, 987-988 (C.D. Cal. 2006) (on remand, also relying on defendant's interface having "Top 40" song category that "made it easier for users to share copyrighted content."); *Fung*, 710 F.3d 1027-28, 1036-37 (holding website encouraging users to upload torrent files with copyrighted content, offering links to copyrighted films and urging users to download them, responding to requests for help in locating an playing copyrighted materials, and failing to develop filters substantiated infringement through inducement).

21.     Plaintiffs are likely to succeed on the third element that Defendant CNT intends to foster, promote and profit from direct infringement of Plaintiffs' copyrighted works by both the App Infringers and TVpad users because it advertises the Infringing TVpad Apps, provides customer support and technical assistance to users to locate, install and use the Infringing TVpad Apps to share Plaintiffs' copyrighted programming, it collaborates with the App Infringers to develop and improve the Apps and their content, it has not developed filtering tools, and the success of its business model depends entirely on customers paying a one-time fee for unlimited access to infringing programming.

22.     Plaintiffs are likely to success on the third element that Defendants ClubTVpad and Asha Media intends to foster, promote and profit from direct

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

infringement because they aggressively advertise and promote the Infringing TVpad Apps and the availability of copyrighted programming through those apps, provide customer support and technical assistance to users, have touted the availability of CCTV and TVB content, and have taken affirmative steps to facilitate user infringement, including pre-loading Infringing TVapps on the devices.

23.     Plaintiffs are likely to succeed on the fourth element of inducement liability because once intent to promote infringement is found, "the only causation requirement is that the product or service at issue was used to infringe the plaintiff's copyrights." *Fung*, 710 F.3d at 1037.  The Ninth Circuit specifically rejected Fung's argument that "the acts of infringement must be caused by the manifestations of the distributor's improper object—that is, by the inducing messages themselves." *Fung*, 710 F.3d at 1037; *see also Grokster*, 454 F. Supp. 2d at 985-986 (rejecting argument that plaintiffs had to prove that the inducing statements "caused specific acts of infringement").  Plaintiffs are likely to succeed on their showing of the fourth element of causation because the TVpad device and TVpad Store are being used to infringe Plaintiffs' copyrighted works, and Defendants are the but-for cause of that infringement, because their distribution and promotion of the Infringing TVpad Apps is the very mechanism which makes that infringement possible by a large number of users.

24.     Under Plaintiffs' alternative theory of contributory infringement through material contribution against Defendant CNT, Plaintiffs are also likely to succeed on the merits. In the Ninth Circuit, "material contribution" can be established by proof that "a computer system operator has actual knowledge that specific infringing material is available using its system and can take simple measures to prevent further damage to copyrighted works, yet continues to provide access to infringing works." *Google*, 508 F.3d at 1172.

25.     A defendant has actual notice of infringement when provided with a cease and desist letter. *Napster*, 239 F.3d at 1022 n.6 (defendant had actual notice of

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

infringement because RIAA informed it of infringing files).  A defendant materially contributes when it fails to take steps to protect the copyrighted works.  *See Google*, 508 F.3d at 1172 ("assist[ing] a worldwide audience of users to access infringing materials" constitutes material contribution); *Gershwin Publ'g v. Columbia Artists Mgmt.*, 443 F.2d 1159, 1163 (2d Cir. 1971) (creating audience for infringing performance supports finding of contributory liability).  A defendant also materially contributes to infringement by providing software that causes them to act as infringing peers in a peer-to-peer network. *See Napster*, 239 F.3d at 1022 (peer-to-peer software provides "the site and facilities" for direct infringers and constitutes contributory infringement).  Plaintiffs are likely to success in establishing that CNT has materially contributed to infringement under all three alternatives.

26.     To show likelihood of success on its vicarious infringement claim against CNT, Plaintiffs must show CNT "profit[s] from direct infringement while declining to exercise a right to stop or limit it." *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 930 (2005). Plaintiffs are likely to succeed on their vicarious infringement claim, because they are likely to be able to establish that CNT (1) has the right and ability to control the infringing conduct, and (2) derives a direct financial benefit from the infringing activity. *Fonovisa, Inc. v. Cherry Auction, Inc.*, 76 F.3d 259, 261 (9th Cir. 1996).

27.     A defendant "exercises control over a direct infringer when he has both a legal right to stop or limit the directly infringing conduct, as well as the practical ability to do so." *Google*, 508 F.3d at 1173. "The ability to block infringers' access to a particular environment for any reason whatsoever is evidence of the right and ability to supervise." *Napster*, 239 F.3d at 1023; *see also Fonovisa*, 76 F.3d at 261-63 (holding contractual right to terminate swap meet vendors or exclude constitutes control over pirated goods).  Plaintiffs are likely to succeed on their claims for vicarious infringement because they have adduced evidence that Defendant CNT has practical, operational control over the apps included in its store, the servers necessary

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to stream content, and the right to exclude Infringing Apps from its device and service.

28.    "Financial benefit exists where the availability of infringing material "acts as a 'draw' for customers." *Napster*, 239 F.3d at 1023.  In *Fonavisa*, the swap meet operator reaped "substantial financial benefits from admission fees, concession stand sales and parking fees, all of which flow directly from customers who want to buy the counterfeit recordings at bargain basement prices." *Fonavisa*, 76 F.3d at 263. In *Napster*, Napster's revenue was dependent on "increases in [its] user-base" stimulated by "the quality and quantity of available [infringing] music." *Napster*, 239 F.3d at 1023.  Plaintiffs are likely to succeed on their vicarious infringement claim because there is ample evidence that Defendant CNT is financially benefited by its offering of free and unauthorized programming on its device.

29.    The harm that Defendants are causing is irreparable and justifies the imposition of preliminary injunctive relief. *BarryDriller*, 915 F. Supp. 2d at 1147.

30.    Unauthorized and uncompensated Internet streaming that competes directly with the television programming of a copyright owner and its authorized licensees causes significant and multifaceted harms that are "neither easily calculable, nor easily compensable." *BarryDriller*, 915 F. Supp. 2d at 1147 (granting preliminary injunction); *see also WTV*, 824 F. Supp. 2d at 1012-13 (granting preliminary injunction); *Fox Television Stations, Inc. v. Filmon X LLC*, 966 F. Supp. 2d 30, 49-51 (D.D.C. 2013) (granting preliminary injunction); *iCraveTV*, 2000 WL 255989, at *8 (granting preliminary injunction).

31.    Defendants' conduct has caused irreparable harm because it has materially reduced the number of individuals who subscribe to authorized U.S. platforms for CCTV and TVB programming, causing lost market share.  *See, e.g.*, *Robert Bosch LLC v. Pylon Mfg. Corp.*, 659 F.3d 1142, 1153 (Fed. Cir. 2011); *i4i Ltd. P'ship v. Microsoft Corp.*, 598 F.3d 831, 861-62 (Fed. Cir. 2010); *WTV*, 824 F. Supp. 2d at 1013 ("[T]he loss of revenue to Plaintiffs and their licensees, which is

18

already significant, will continue to increase, and constitutes irreparable injury to Plaintiffs.").

32.     Defendants' conduct has caused irreparable harm because it impairs the ability of Plaintiffs to negotiate favorable licenses.  "[I]f Defendants can transmit Plaintiffs' content without paying a fee, Plaintiffs' existing or prospective licensees will demand concessions to make up the loss of viewership to non-paying alternatives." *BarryDriller*, 915 F. Supp. 2d at 1147; *WTV*, 824 F. Supp. 2d at 1012-1013. Stated otherwise, "[t]he availability of Plaintiffs' content from sources other than Plaintiffs also damages Plaintiffs' goodwill with their licensees." *BarryDriller*, 915 F. Supp. 2d at 1147.

33.     Defendants' conduct has caused irreparable harm because Defendants' pirate retransmission service not only streams CCTV and TVB programming in the U.S. without a license, but does so several hours before that programming is available in the U.S. through authorized channels. *See WTV*, 824 F. Supp. 2d at 1012-13 (unauthorized video streaming service irreparably harmed film studios by allowing streaming of works during periods when plaintiffs had granted licensees exclusive rights to offer the works).

34.     Defendants' conduct has caused irreparable harm because it interferes with Plaintiffs' ability to develop a lawful market for Internet distribution.  *See BarryDriller*, 915 F. Supp. 2d at 1147 (finding irreparable harm when the defendants' streaming service "compete[d] with Plaintiffs' ability to develop their own internet distribution channels."); *WTV*, 824 F. Supp. 2d 1013 (holding unauthorized streaming service "threatens to confuse consumers about video on demand products, and to create incorrect but lasting impressions with consumers about what constitutes lawful [Internet-based] video on demand exploitation of Plaintiff's Copyrighted Works, including confusion or doubt regarding whether payment is required for access to Copyrighted Works.").

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

35.     Defendants' infringing conduct also causes irreparable harm because it impairs Plaintiffs' brand, reputation, and goodwill with consumers by associating their programming with poor quality viewing experiences on the TVpad device. *See WTV*, 824 F. Supp. 2d at 1014.

36.     "Absent an injunction directing Defendants to prevent infringement of Plaintiffs' works, it is highly likely that Defendants' existing users and new users [will] continue to use Defendants' system to infringe Plaintiffs' copyrights." *Columbia Pictures Indus., Inc. v. Fung*, 2:06-cv-05578-SVW (JCx), Modified Order Granting Plaintiff's Motion for Permanent Injunction, slip op. at 7 (C.D. Cal. Aug. 5, 2013) (Dkt. 551).

37.     Given the massive infringement for which Defendants are secondarily liable, and the nature of Defendants' business activities, it is unlikely that Defendants will be able to satisfy a damages award, making an injunction appropriate. *Grokster*, 518 F. Supp. 2d 1197, 1217 (C.D. Cal. 2007) (irreparable harm where defendant "induce[d] far more infringement than it could ever possibly redress with damages").

38.     The balance of equities tips sharply in Plaintiffs favor.  Defendants "'cannot complain of the harm that will befall [them] when properly forced to desist from [their] infringing activities.'" *BarryDriller*, 915 F. Supp. 2d at 1147 (quoting *Triad Sys. Corp. v. Southeastern Express Co.*, 64 F.3d 1330, 1338 (9th Cir. 1995)); *WTV*, 824 F. Supp. 2d at 1014-1015.

39.     An injunction is in the public interest.  "[I]t is virtually axiomatic that the public interest can only be served by upholding copyright protections and correspondingly, preventing the misappropriation of skills, creative energies and resources which are invested in the protected work." *WTV*, 824 F. Supp. 2d at 1015 (citation omitted); *BarryDriller*, 915 F. Supp. 2d at 1148. Any public interest the public may have "in receiving copyrighted content for free is outweighed by the need to incentivize the creation of original works." *Grokster*, 518 F. Supp. 2d at 1222.

40.     It is appropriate to dispense with the filing of a bond.  It is well established in the Ninth Circuit that "Rule 65(c) invests the district court 'with discretion as to the amount of security required, if any.'" *Jorgensen v. Cassiday*, 320 F.3d 906, 919 (9th Cir. 2003) (quoting and adding emphasis to *Barahone-Gomez v. Reno*, 167 F.3d 1228, 1237 (9th Cir. 1999)).  In particular, "[t]he district court may dispense with the filing of a bond when it concludes there is no realistic likelihood of harm to the defendant from enjoining his or her conduct." *Jorsenson*, 320 F.3d at 919.  This Court finds no realistic likelihood that a preliminary injunction will harm Defendants.

Based on these findings of fact and conclusions of law, the Court grants Plaintiffs' motion for preliminary injunction.

Entered this _____ day of June, 2015.


_____
                                        Margaret M. Morrow
                                Judge of the United States District Court

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT A**

Findings of Fact and Conclusions of Law
Exhibit A

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Infringing Programming and Mode** | **Infringing Programming and Mode** |
| BETV PLUS  | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |

| | TVpad3 | TVpad4 |
|---|---|---|
| Infringing TVpad App and icon | Infringing Programming and Mode | Infringing Programming and Mode |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球 ( CCTV fengyun soccer) (all live) | |
| 粵海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粵海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粵海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Infringing Programming and Mode** | **Infringing Programming and Mode** |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi)  | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live) <br><br> TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live) <br><br> TVB programs on demand |
| 粵海直播 (Yue Hai Zhi Bo)  | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV  | TVBS (live) | |
| 516網絡電視 (516 Online TV)  | CCTV4 (live) <br><br> TVBS (live) | CCTV4 (live) <br><br> TVBS (live) <br><br> TVBS News (live) |

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Infringing Programming and Mode** | **Infringing Programming and Mode** |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online<br>(Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer), CCTV 高尔夫. 网球（CCTV Golf/ Tennis）(all live) |
| **港粤快看**<br>(Gang Yue Kuai Kan)  | TVB programs on demand | |
| 港台武侠<br>(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

**EXHIBIT 2**

1  CARLA A. McCAULEY (State Bar No. 223910)
       carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899

4  ROBERT D. BALIN (*pro hac vice* pending)
       robbalin@dwt.com
5  LACY H. KOONCE, III (*pro hac vice* pending)
       lancekoonce@dwt.com
6  SAMUEL BAYARD (*pro hac vice* pending)
       samuelbayard@dwt.com
7  GEORGE WUKOSON (*pro hac vice* pending)
       georgewukoson@dwt.com
8  DAVIS WRIGHT TREMAINE LLP
   1633 Broadway
9  New York, New York  10019
   Tel.:  (212) 489-8230  Fax:  (212) 489-8340
10 ATTORNEYS FOR PLAINTIFFS

11                     UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL | ) Case No. |
| 14  COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a | ) **CV 15-1869 MMM (AJWx)** |
| 15  California corporation; and DISH NETWORK L.L.C., a Colorado limited | ) **[PROPOSED] ORDER** ) **GRANTING PRELIMINARY** ) **INJUNCTION** |
| 16  liability company, | ) |
| 17          Plaintiffs, | ) |
|          vs. | ) |
| 18  CREATE NEW TECHNOLOGY (HK) | ) |
|    LIMITED, a Hong Kong company; HUA | ) |
| 19  YANG INTERNATIONAL TECHNOLOGY | ) |
|    LTD., a Hong Kong company; SHENZHEN | ) |
| 20  GREATVISION NETWORK TECHNOLOGY CO. LTD., a China | ) |
| 21  company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an | ) |
| 22  individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; | ) |
| 23  AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, | ) |
| 24  a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e- | ) |
| 25  Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN | ) |
| 26  DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN | ) |
| 27  DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES | ) |
| 28  8-10, | ) |
|          Defendants. | ) |

This matter came on before the Court on June 8, 2015 on a motion for a preliminary injunction filed by Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs").  Pursuant to Local Rule 7-9, any opposition to Plaintiffs' motion must be filed and served not later than May 18, 2015.  No oppositions were timely filed, nor has any been filed since that time. Having considered the submissions of in support of Plaintiffs' Motion for Preliminary Injunction, the Memorandum of Points and Authorities in Support of the Motion, and the declarations, exhibits, and reply papers in support thereof, and good cause appearing, the Court hereby **GRANTS** the Motion and **ORDERS AS FOLLOWS**:

1.  For purposes of this Preliminary Injunction, the following definitions shall apply:

      a.  "Plaintiffs' Copyrighted Programming" shall mean each of those broadcast television programming works, or portions thereof, whether now in existence or later created, in which the Plaintiffs, or any of them (or any parent, subsidiary, or affiliate of any of the Plaintiffs), owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 et seq., including without limitation all programs identified in **Exhibit A** hereto;

      b.  "TVpad Device" shall mean the television set-top devices marketed as TVpad3 and TVpad4, and any other set-top devices that offer the Infringing TVpad Apps (as defined in Paragraph 1(e) hereinbelow) for download;

      c.  "TVpad Store" shall mean any combination of software and/or services whereby users can select and download software applications onto the TVpad Device;

[Proposed] Preliminary Injunction Order
DWT 25525440v5 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

d. "TVpad Apps" shall mean software applications and associated services that are designed for use on the TVpad Device and available for download through the TVpad Store;

e. "Infringing TVpad Apps" shall mean any TVpad App whereby Plaintiffs' Copyrighted Programming is publicly performed without authorization by transmission to members of the public, including but not limited to the TVpad Apps identified in **Exhibit B** hereto; and

2.      Pending a final resolution of this action, Defendants Create New Technology (HK) Limited, Asha Media Group Inc. and ClubTVpad, Inc. (collectively and for purposes of this Order "Defendants") and all of their parents, subsidiaries, affiliates, officers, agents, servants, employees, and those persons or entities acting in active concert or participation with them who receive actual notice of this Order (collectively, the "Enjoined Parties") are preliminarily enjoined from:

a. Transmitting, retransmitting, streaming, or otherwise publicly performing, directly or indirectly, by means of any device or process, Plaintiffs' Copyrighted Programming;

b. Authorizing, hosting, reproducing, downloading or otherwise distributing the Infringing TVpad Apps, including without limitation offering them in the TVpad Store, loading them onto TVpad devices, or providing them to consumers on separate media;

c. Advertising, displaying, marketing or otherwise promoting any of the Infringing TVpad Apps, including without limitation publicly displaying any of the Plaintiffs' Copyrighted Programming in connection therewith or in connection with the TVpad Device;

d. Distributing, advertising, marketing or promoting any TVpad device that contains, connects to, or offers for download any Infringing

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVpad App, or promotes any Infringing TVpad App through the inclusion of icons for said Infringing TVpad App;

e.  Otherwise infringing Plaintiffs' rights in their Copyrighted Programming, whether directly, contributorily, vicariously or in any other manner.

3.  Pending a final resolution of this action, the Enjoined Parties shall identify all domain names and IP addresses and the physical locations of all servers owned, leased or operated by any of the Enjoined Parties that are used in connection with the activities enjoined under Paragraphs 2(a) and 2(b) hereinabove.

4.  Pending a final resolution of this action, third parties providing web, server and file hosting services used by any of the Enjoined Parties in connection with the activities enjoined under Paragraphs 2(a) and 2(b) hereinabove, including but not limited to the third parties providing hosting services for the Internet servers identified in **Exhibit C** hereto, and who receive actual notice of this Order, are preliminarily enjoined from providing such hosting services to any Enjoined Party in connection with the activities enjoined under Paragraphs 2(a) and 2(b) hereinabove.

5.  Violation of this Preliminary Injunction shall expose Defendants and all other persons bound by this Preliminary Injunction to all applicable penalties, including contempt of Court.

6.  Because Plaintiffs have shown a strong likelihood of success on the merits and the Preliminary Injunction merely preserves the status quo ante, no security shall be required.

7.  Within _____ days of the date the Court enters this Preliminary Injunction, Defendants shall file and serve a report in writing and under oath setting forth in detail the manner and form with which Defendants have complied with the Preliminary Injunction.

///

///

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

8.      Nothing herein shall restrict Plaintiffs' ability to seek permanent injunctive relief with terms that are broader in scope than those delineated herein.

IT IS SO ORDERED.

_____, 2015                    _____

Margaret M. Morrow
Judge of the United States District Court

[Proposed] Preliminary Injunction Order
DWT 25525440v5 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT A**

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
|---|---|---|
| All That is Bitter is Sweet, Ep. 16 | September 29, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 17 | September 30, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 18 | October 1, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 19 | October 2, 2014 | PA 1-922-865 |
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club,  Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club,  Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| Come Home Love, Episode 610 | September 29, 2014 | PA 1-922-874 |
| Come Home Love, Episode 611 | September 30, 2014 | PA 1-922-874 |
| Come Home Love, Episode 613 | October 2, 2014 | PA 1-922-874 |
| Come Home Love, Episode 614 | October 3, 2014 | PA 1-922-874 |
| Line Walker, Ep. 26 | September 29, 2014 | PA 1-922-863 |
| Line Walker, Ep. 27 | September 30, 2014 | PA 1-922-863 |
| Line Walker, Ep. 28 | October 1, 2014 | PA 1-922-863 |
| Line Walker, Ep. 30 | October 3, 2014 | PA 1-922-863 |
| Line Walker, Ep. 31 | October 3, 2014 | PA 1-922-863 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

**Registered TVB Programs (VOD)**

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| A Change of Destiny, Ep. 1 | PA0001388870 |
| A Change of Destiny, Ep. 9 | PA0001388870 |
| A Change of Destiny, Ep. 10 | PA0001388870 |
| A Change of Destiny, Ep. 14 | PA0001388870 |
| A Change of Destiny, Ep. 15 | PA0001388870 |
| A Change of Destiny, Ep. 20 | PA0001388870 |
| A Change of Heart, Ep. 1 | PA0001866892 |
| A Change of Heart, Ep. 6 | PA0001866892 |
| A Change of Heart, Ep. 11 | PA0001866892 |
| A Change of Heart, Ep. 16 | PA0001866892 |
| A Change of Heart, Ep. 22 | PA0001866892 |
| A Change of Heart, Ep.26 | PA0001866892 |
| A Change of Heart, Ep. 30 | PA0001866892 |
| A Great Way To Care II, Ep. 1 | PA0001847097 |
| A Great Way To Care II, Ep. 4 | PA0001847097 |
| A Great Way To Care II, Ep. 9 | PA0001847097 |
| A Great Way To Care II, Ep. 13 | PA0001847097 |
| A Great Way To Care II, Ep. 18 | PA0001847097 |
| A Great Way To Care II, Ep. 22 | PA0001847097 |
| A Great Way To Care II, Ep. 25 | PA0001847097 |
| A Step into the Past, Ep. 1 | PA0001074513 |
| A Step into the Past, Ep. 9 | PA0001074513 |
| A Step into the Past, Ep. 13 | PA0001074513 |
| A Step into the Past, Ep. 20 | PA0001074513 |
| A Step into the Past, Ep. 30 | PA0001074512 |
| A Step into the Past, Ep. 40 | PA0001074512 |
| Always And Ever, Ep 1 | PA0001866873 |
| Always And Ever, Ep. 5 | PA0001866873 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Always And Ever, Ep. 10 | PA0001866873 |
| Always And Ever, Ep. 12 | PA0001866873 |
| Always And Ever, Ep. 16 | PA0001866873 |
| Always And Ever, Ep. 21 | PA0001866873 |
| Always And Ever, Ep. 25 | PA0001866873 |
| Always And Ever, Ep. 30 | PA0001866873 |
| Always And Ever, Ep. 31 | PA0001866873 |
| Awfully Lawful, Ep. 1 | PA0001866872 |
| Awfully Lawful, Ep. 5 | PA0001866872 |
| Awfully Lawful, Ep. 9 | PA0001866872 |
| Awfully Lawful, Ep. 14 | PA0001866872 |
| Awfully Lawful, Ep. 20 | PA0001866872 |
| Beauty At War, Ep. 1 | PA0001849236 |
| Beauty At War, Ep. 5 | PA0001849236 |
| Beauty At War, Ep. 10 | PA0001849236 |
| Beauty At War, Ep. 14 | PA0001849236 |
| Beauty At War, Ep. 19 | PA0001849236 |
| Beauty At War, Ep. 23 | PA0001849236 |
| Beauty At War, Ep. 30 | PA0001849236 |
| Black Heart White Soul, Ep. 1 | PA0001920529 |
| Black Heart White Soul, Ep. 4 | PA0001920529 |
| Black Heart White Soul, Ep. 10 | PA0001920529 |
| Black Heart White Soul, Ep. 15 | PA0001920529 |
| Black Heart White Soul, Ep. 25 | PA0001920529 |
| Black Heart White Soul, Ep. 30 | PA0001920529 |
| Bounty Lady, Ep. 1 | PA0001890407 |
| Bounty Lady, Ep. 5 | PA0001890407 |
| Bounty Lady, Ep. 10 | PA0001890407 |
| Bounty Lady, Ep. 15 | PA0001890407 |
| Bounty Lady, Ep. 19 | PA0001890407 |
| Brother's Keeper, Ep. 1 | PA0001878628 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Brother's Keeper, Ep. 6 | PA0001878628 |
| Brother's Keeper, Ep. 10 | PA0001878628 |
| Brother's Keeper, Ep. 13 | PA0001878628 |
| Brother's Keeper, Ep. 18 | PA0001878628 |
| Brother's Keeper, Ep. 23 | PA0001878628 |
| Brother's Keeper, Ep. 30 | PA0001878628 |
| Brother's Keeper, Ep. 31 | PA0001878628 |
| Bullet Brain, Ep. 1 | PA0001847052 |
| Bullet Brain, Ep. 6 | PA0001847052 |
| Bullet Brain, Ep. 9 | PA0001847052 |
| Bullet Brain, Ep. 13 | PA0001847052 |
| Bullet Brain, Ep. 18 | PA0001847052 |
| Bullet Brain, Ep. 21 | PA0001847052 |
| Bullet Brain, Ep. 25 | PA0001847052 |
| Coffee Cat Mama, Ep. 1 | PA0001910249 |
| Coffee Cat Mama, Ep. 6 | PA0001910249 |
| Coffee Cat Mama, Ep. 11 | PA0001910249 |
| Coffee Cat Mama, Ep. 16 | PA0001910249 |
| Coffee Cat Mama, Ep. 20 | PA0001910249 |
| Come Home Love, Ep. 1 | PA0001872347 |
| Come Home Love, Ep. 31 | PA0001872347 |
| Come Home Love, Ep. 61 | PA0001872347 |
| Come Home Love, Ep. 91 | PA0001872347 |
| Come Home Love, Ep. 113 | PA0001872347 |
| Come Home Love, Ep. 121 | PA0001872347 |
| Come Home Love, Ep. 151 | PA0001872347 |
| Daddy Good Deeds, Ep. 1 | PA0001857840 |
| Daddy Good Deeds, Ep. 5 | PA0001857840 |
| Daddy Good Deeds, Ep. 10 | PA0001857840 |
| Daddy Good Deeds, Ep. 15 | PA0001857840 |
| Daddy Good Deeds, Ep. 20 | PA0001857840 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Divas In Distress, Ep. 1 | PA0001827059 |
| Divas In Distress, Ep. 5 | PA0001827059 |
| Divas In Distress, Ep. 10 | PA0001827059 |
| Divas In Distress, Ep. 15 | PA0001827059 |
| Divas In Distress, Ep. 20 | PA0001827059 |
| Duke of Mount Deer, Ep. 1 | PA0000923706 |
| Duke of Mount Deer, Ep. 10 | PA0000923706 |
| Duke of Mount Deer, Ep. 14 | PA0000923706 |
| Duke of Mount Deer, Ep. 15 | PA0000923706 |
| Duke of Mount Deer, Ep. 22 | PA0000923708 |
| Duke of Mount Deer, Ep. 29 | PA0000923708 |
| Duke of Mount Deer, Ep. 30 | PA0000923708 |
| Duke of Mount Deer, Ep. 35 | PA0000923708 |
| Duke of Mount Deer, Ep. 40 | PA0000923708 |
| Duke of Mount Deer, Ep. 41 | PA0000922071 |
| Duke of Mount Deer, Ep. 45 | PA0000922071 |
| Friendly Fire, Ep. 1 | PA0001840636 |
| Friendly Fire, Ep. 6 | PA0001840636 |
| Friendly Fire, Ep. 10 | PA0001840636 |
| Friendly Fire, Ep. 15 | PA0001840636 |
| Friendly Fire, Ep. 19 | PA0001840636 |
| Friendly Fire, Ep. 24 | PA0001840636 |
| Ghetto Justice II, Ep. 1 | PA0001827048 |
| Ghetto Justice II, Ep. 6 | PA0001827048 |
| Ghetto Justice II, Ep. 11 | PA0001827048 |
| Ghetto Justice II, Ep. 15 | PA0001827048 |
| Ghetto Justice II, Ep. 20 | PA0001827048 |
| Ghost Dragon of Cold Mountain, Ep. 1 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 2 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 5 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 10 | PA0001918949 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Ghost Dragon of Cold Mountain, Ep. 15 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 19 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 25 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 30 | PA0001918949 |
| Gilded Chopsticks, Ep. 1 | PA0001906159 |
| Gilded Chopsticks, Ep. 5 | PA0001906159 |
| Gilded Chopsticks, Ep. 10 | PA0001906159 |
| Gilded Chopsticks, Ep. 16 | PA0001906159 |
| Gilded Chopsticks, Ep. 20 | PA0001906159 |
| Gilded Chopsticks, Ep. 25 | PA0001906159 |
| Gloves Come Off, Ep. 1 | PA0001857855 |
| Gloves Come Off, Ep. 5 | PA0001857855 |
| Gloves Come Off, Ep. 10 | PA0001857855 |
| Gloves Come Off, Ep. 15 | PA0001857855 |
| Gloves Come Off, Ep. 20 | PA0001857855 |
| Gloves Come Off, Ep. 25 | PA0001857855 |
| Gods of Honour, Ep. 1 | PA0001063318 |
| Gods of Honour, Ep. 10 | PA0001063318 |
| Gods of Honour, Ep. 20 | PA0001063318 |
| Gods of Honour, Ep. 30 | PA0001063319 |
| Gods of Honour, Ep. 38 | PA0001063319 |
| Grace Under Fire, Ep. 1 | PA0001776413 |
| Grace Under Fire, Ep. 6 | PA0001776413 |
| Grace Under Fire, Ep. 12 | PA0001776413 |
| Grace Under Fire, Ep. 13 | PA0001776413 |
| Grace Under Fire, Ep. 18 | PA0001776413 |
| Grace Under Fire, Ep. 25 | PA0001776413 |
| Grace Under Fire. Ep. 32 | PA0001776413 |
| Heaven Sword and Dragon Sabre, Ep. 1 | PA0001012498 |
| Heaven Sword and Dragon Sabre. Ep. 10 | PA0001012498 |
| Heaven Sword and Dragon Sabre, Ep. 20 | PA0001012498 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
| --- | --- |
| Heaven Sword and Dragon Sabre, Ep. 30 | PA0001012450 |
| Heaven Sword and Dragon Sabre, Ep. 31 | PA0001012450 |
| Heaven Sword and Dragon Sabre, Ep. 41 | PA0001012450 |
| Highs and Lows, Ep. 1 | PA0001840632 |
| Highs and Lows, Ep. 5 | PA0001840632 |
| Highs and Lows, Ep. 10 | PA0001840632 |
| Highs and Lows, Ep. 15 | PA0001840632 |
| Highs and Lows, Ep. 20 | PA0001840632 |
| Highs and Lows, Ep. 26 | PA0001840632 |
| Highs and Lows, Ep. 29 | PA0001840632 |
| House of Harmony and Vengeance, Ep. 1 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 6 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 11 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 16 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 21 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 26 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 30 | PA0001857846 |
| Inbound Troubles, Ep. 1 | PA0001848886 |
| Inbound Troubles, Ep. 5 | PA0001848886 |
| Inbound Troubles, Ep. 10 | PA0001848886 |
| Inbound Troubles, Ep. 15 | PA0001848886 |
| Inbound Troubles, Ep. 20 | PA0001848886 |
| Karma Rider, Ep. 1 | PA0001863828 |
| Karma Rider, Ep. 6 | PA0001863828 |
| Karma Rider, Ep. 11 | PA0001863828 |
| Karma Rider, Ep. 15 | PA0001863828 |
| Karma Rider, Ep. 20 | PA0001863828 |
| King Maker, Ep. 1 | PA0001827056 |
| King Maker, Ep. 5 | PA0001827056 |
| King Maker, Ep. 10 | PA0001827056 |
| King Maker, Ep. 15 | PA0001827056 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| King Maker, Ep. 20 | PA0001827056 |
| King Maker, Ep. 22 | PA0001827056 |
| King Maker, Ep. 26 | PA0001827056 |
| Man In Charge, Ep. 1 | PA0001738145 |
| Man In Charge, Ep. 9 | PA0001738145 |
| Man In Charge, Ep. 12 | PA0001738145 |
| Man In Charge, Ep. 19 | PA0001738145 |
| Man In Charge, Ep. 20 | PA0001738145 |
| Master of Play, Ep. 1 | PA0001827046 |
| Master of Play, Ep. 6 | PA0001827046 |
| Master of Play, Ep. 11 | PA0001827046 |
| Master of Play, Ep. 16 | PA0001827046 |
| Master of Play, Ep. 21 | PA0001827046 |
| Master of Play, Ep. 27 | PA0001827046 |
| Master of Play, Ep. 30 | PA0001827046 |
| Missing You, Ep. 1 | PA0001840634 |
| Missing You, Ep. 5 | PA0001840634 |
| Missing You, Ep. 10 | PA0001840634 |
| Missing You, Ep. 15 | PA0001840634 |
| Missing You, Ep. 20 | PA0001840634 |
| Never Dance Alone, Ep. 1 | PA0001919570 |
| Never Dance Alone, Ep. 5 | PA0001919570 |
| Never Dance Alone, Ep. 10 | PA0001919570 |
| Never Dance Alone, Ep. 14 | PA0001919570 |
| Never Dance Alone, Ep. 19 | PA0001919570 |
| Never Dance Alone, Ep. 25 | PA0001919570 |
| Never Dance Alone, Ep. 30 | PA0001919570 |
| No Good Either Way, Ep. 1 | PA0001827058 |
| No Good Either Way, Ep. 6 | PA0001827058 |
| No Good Either Way, Ep. 10 | PA0001827058 |
| No Good Either Way, Ep. 14 | PA0001827058 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| No Good Either Way, Ep. 20 | PA0001827058 |
| Outbound Love, Ep. 1 | PA0001891391 |
| Outbound Love, Ep. 4 | PA0001891391 |
| Outbound Love, Ep. 8 | PA0001891391 |
| Outbound Love, Ep. 14 | PA0001891391 |
| Outbound Love, Ep. 18 | PA0001891391 |
| Outbound Love, Ep. 21 | PA0001891391 |
| Queen Divas, Ep. 1 | PA0001894494 |
| Queen Divas, Ep. 5 | PA0001894494 |
| Queen Divas, Ep. 9 | PA0001894494 |
| Queen Divas, Ep. 14 | PA0001894494 |
| Reality Check, Ep. 1 | PA0001845356 |
| Reality Check, Ep. 5 | PA0001845356 |
| Reality Check, Ep. 10 | PA0001845356 |
| Reality Check, Ep. 15 | PA0001845356 |
| Reality Check, Ep. 20 | PA0001845356 |
| Return of the Silver Tongue, Ep. 1 | PA0001910251 |
| Return of the Silver Tongue, Ep. 5 | PA0001910251 |
| Return of the Silver Tongue, Ep. 10 | PA0001910251 |
| Return of the Silver Tongue, Ep. 15 | PA0001910251 |
| Return of the Silver Tongue, Ep. 20 | PA0001910251 |
| Return of the Silver Tongue, Ep. 25 | PA0001910251 |
| Ruse of Engagement, Ep. 1 | PA0001901753 |
| Ruse of Engagement, Ep. 5 | PA0001901753 |
| Ruse of Engagement, Ep. 9 | PA0001901753 |
| Ruse of Engagement, Ep 15 | PA0001901753 |
| Ruse of Engagement, Ep. 20 | PA0001901753 |
| Ruse of Engagement, Ep. 24 | PA0001901753 |
| Season of Love, Ep. 1 | PA0001840377 |
| Season of Love, Ep. 5 | PA0001840377 |
| Season of Love, Ep. 10 | PA0001840377 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Season of Love, Ep. 15 | PA0001840377 |
| Season of Love, Ep. 20 | PA0001840377 |
| Sergeant Tabloid, Ep. 1 | PA0001827198 |
| Sergeant Tabloid, Ep. 6 | PA0001827198 |
| Sergeant Tabloid, Ep. 11 | PA0001827198 |
| Sergeant Tabloid, Ep. 15 | PA0001827198 |
| Sergeant Tabloid, Ep. 20 | PA0001827198 |
| Silver Spoon, Sterling Shackles, Ep. 1 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 4 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 8 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 13 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep 18 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 22 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 27 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 33 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 40 | PA0001840638 |
| Slow Boat Home, Ep. 1 | PA0001857765 |
| Slow Boat Home, Ep. 6 | PA0001857765 |
| Slow Boat Home, Ep. 11 | PA0001857765 |
| Slow Boat Home, Ep. 15 | PA0001857765 |
| Slow Boat Home, Ep. 19 | PA0001857765 |
| Slow Boat Home, Ep. 23 | PA0001857765 |
| Slow Boat Home, Ep. 25 | PA0001857765 |
| Sniper Standoff, Ep. 1 | PA0001881211 |
| Sniper Standoff, Ep. 5 | PA0001881211 |
| Sniper Standoff, Ep. 10 | PA0001881211 |
| Sniper Standoff, Ep. 15 | PA0001881211 |
| Sniper Standoff, Ep. 20 | PA0001881211 |
| Sniper Standoff, Ep. 22 | PA0001881211 |
| Sniper Standoff, Ep. 25 | PA0001881211 |
| Storm in a Cocoon, Ep. 1 | PA0001901640 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
| --- | --- |
| Storm in a Cocoon, Ep. 6 | PA0001901640 |
| Storm in a Cocoon, Ep. 10 | PA0001901640 |
| Storm in a Cocoon, Ep. 15 | PA0001901640 |
| Storm in a Cocoon, Ep. 19 | PA0001901640 |
| Storm in a Cocoon, Ep. 24 | PA0001901640 |
| Storm in a Cocoon, Ep. 29 | PA0001901640 |
| Storm in a Cocoon, Ep. 31 | PA0001901640 |
| Sweetness in the Salt, Ep. 1 | PA0001660153 |
| Sweetness in the Salt, Ep. 9 | PA0001660153 |
| Sweetness in the Salt, Ep. 13 | PA0001660153 |
| Sweetness in the Salt, Ep. 17 | PA0001660153 |
| Sweetness in the Salt, Ep. 21 | PA0001727287 |
| Sweetness in the Salt, Ep. 23 | PA0001727287 |
| Sweetness in the Salt, Ep. 25 | PA0001727287 |
| Swipe Tap Love, Ep. 1 | PA0001900069 |
| Swipe Tap Love. Ep. 5 | PA0001900069 |
| Swipe Tap Love, Ep. 10 | PA0001900069 |
| Swipe Tap Love, Ep. 14 | PA0001900069 |
| Swipe Tap Love, Ep. 20 | PA0001900069 |
| The Confidant, Ep. 1 | PA0001840635 |
| The Confidant, Ep. 6 | PA0001840635 |
| The Confidant, Ep. 11 | PA0001840635 |
| The Confidant, Ep. 17 | PA0001840635 |
| The Confidant, Ep. 22 | PA0001840635 |
| The Confidant, Ep. 28 | PA0001840635 |
| The Confidant, Ep. 33 | PA0001840635 |
| The Day of Days, Ep. 1 | PA0001839833 |
| The Day of Days, Ep. 5 | PA0001839833 |
| The Day of Days, Ep. 10 | PA0001839833 |
| The Day of Days, Ep. 15 | PA0001839833 |
| The Day of Days, Ep. 20 | PA0001839833 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| The Four, Ep. 1 | PA0001638548 |
| The Four, Ep. 5 | PA0001638548 |
| The Four, Ep. 10 | PA0001638548 |
| The Four, Ep. 12 | PA0001638548 |
| The Four, Ep. 15 | PA0001638548 |
| The Four, Ep. 20 | PA0001638548 |
| The Four, Ep. 24 | PA0001638550 |
| The Four, Ep. 25 | PA0001638550 |
| The Greatness of A Hero, Ep. 1 | PA0001660075 |
| The Greatness of A Hero, Ep. 5 | PA0001660075 |
| The Greatness of A Hero, Ep. 10 | PA0001660075 |
| The Greatness of A Hero, Ep. 14 | PA0001660075 |
| The Greatness of A Hero, Ep. 20 | PA0001660075 |
| The Hippocratic Crush, Ep. 1 | PA0001857863 |
| The Hippocratic Crush, Ep. 6 | PA0001857863 |
| The Hippocratic Crush, Ep. 11 | PA0001857863 |
| The Hippocratic Crush, Ep. 16 | PA0001857863 |
| The Hippocratic Crush, Ep. 21 | PA0001857863 |
| The Hippocratic Crush, ep. 25 | PA0001857863 |
| The Hippocratic Crush II, Ep. 1 | PA0001883626 |
| The Hippocratic Crush II, Ep. 6 | PA0001883626 |
| The Hippocratic Crush II, Ep. 11 | PA0001883626 |
| The Hippocratic Crush II, Ep. 16 | PA0001883626 |
| The Hippocratic Crush II, Ep. 21 | PA0001883626 |
| The Hippocratic Crush II, Ep. 25 | PA0001883626 |
| The Hippocratic Crush II, Ep. 30 | PA0001883626 |
| The Last Steep Ascent, Ep. 1 | PA0001827043 |
| The Last Steep Ascent, Ep. 5 | PA0001827043 |
| The Last Steep Ascent, Ep. 12 | PA0001827043 |
| The Last Steep Ascent, Ep. 17 | PA0001827043 |
| The Last Steep Ascent, Ep. 20 | PA0001827043 |

| Title of Work and Episode number | Copyright Registration Number |
|---|---|
| The Last Steep Ascent, Ep. 24 | PA0001827043 |
| The Master of Tai Chi, Ep. 1 | PA0001619042 |
| The Master of Tai Chi, Ep. 8 | PA0001619042 |
| The Master of Tai Chi, Ep. 16 | PA0001619042 |
| The Master of Tai Chi, Ep. 17 | PA0001619042 |
| The Master of Tai Chi, Ep. 23 | PA0001619041 |
| The Ultimate Addiction, Ep. 1 | PA0001916638 |
| The Ultimate Addiction, Ep. 6 | PA0001916638 |
| The Ultimate Addiction, Ep. 11 | PA0001916638 |
| The Ultimate Addiction, Ep. 15 | PA0001916638 |
| The Ultimate Addiction, Ep. 17 | PA0001916638 |
| The Ultimate Addiction, Ep. 22 | PA0001916638 |
| The Ultimate Addiction, Ep. 26 | PA0001916638 |
| The Ultimate Addiction, Ep. 30 | PA0001916638 |
| Three Kingdoms RPG, Ep. 1 | PA0001827052 |
| Three Kingdoms RPG, Ep. 5 | PA0001827052 |
| Three Kingdoms RPG, Ep. 9 | PA0001827052 |
| Three Kingdoms RPG, Ep. 13 | PA0001827052 |
| Three Kingdoms RPG, Ep. 18 | PA0001827052 |
| Three Kingdoms RPG, Ep. 21 | PA0001827052 |
| Three Kingdoms RPG, Ep. 24 | PA0001827052 |
| Tiger Cubs, Ep. 1 | PA0001827044 |
| Tiger Cubs, Ep. 5 | PA0001827044 |
| Tiger Cubs, Ep. 9 | PA0001827044 |
| Tiger Cubs, Ep. 13 | PA0001827044 |
| Triumph in The Skies II, Ep. 1 | PA0001877655 |
| Triumph in The Skies II, Ep. 7 | PA0001877655 |
| Triumph in The Skies II, Ep. 13 | PA0001877655 |
| Triumph in The Skies II, Ep. 19 | PA0001877655 |
| Triumph in The Skies II, Ep. 24 | PA0001877655 |
| Triumph in The Skies II, Ep. 29 | PA0001877655 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Triumph in The Skies II, Ep. 33 | PA0001877655 |
| Triumph in The Skies II, Ep. 39 | PA0001877655 |
| Triumph in The Skies II, Ep. 41 | PA0001877655 |
| Twin of Brothers, Ep. 1 | PA0001242731 |
| Twin of Brothers, Ep. 5 | PA0001242731 |
| Twin of Brothers, Ep. 10 | PA0001242731 |
| Twin of Brothers, Ep. 13 | PA0001242731 |
| Twin of Brothers, Ep. 18 | PA0001242731 |
| Twin of Brothers, Ep. 23 | PA0001242730 |
| Twin of Brothers, Ep. 25 | PA0001242730 |
| Twin of Brothers, Ep. 30 | PA0001242730 |
| Twin of Brothers, Ep. 35 | PA0001242730 |
| Twin of Brothers, Ep. 41 | PA0001242739 |
| Twin of Brothers, Ep. 42 | PA0001242739 |
| Whatever It Takes, Ep. 1 | PA0001102787 |
| Whatever It Takes, Ep. 7 | PA0001102787 |
| Whatever It Takes, Ep. 8 | PA0001102787 |
| Whatever It Takes, Ep. 14 | PA0001102787 |
| Whatever It Takes, Ep. 17 | PA0001102787 |
| Whatever It Takes, Ep. 20 | PA0001102787 |
| Will Power, Ep.1 | PA0001884284 |
| Will Power, Ep. 5 | PA0001884284 |
| Will Power, Ep. 11 | PA0001884284 |
| Will Power, Ep. 16 | PA0001884284 |
| Will Power, Ep. 21 | PA0001884284 |
| Will Power, Ep. 26 | PA0001884284 |
| Will Power, Ep. 31 | PA0001884284 |
| Witness Insecurity, Ep. 1 | PA0001827051 |
| Witness Insecurity, Ep. 5 | PA0001827051 |
| Witness Insecurity, Ep. 10 | PA0001827051 |
| Witness Insecurity, Ep. 14 | PA0001827051 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Witness Insecurity, Ep. 19 | PA0001827051 |
| Witness to a Prosecution, Ep. 1 | PA0000980415 |
| Witness to a Prosecution, Ep. 8 | PA0000980415 |
| Witness to a Prosecution, Ep. 15 | PA0000980415 |
| Witness to a Prosecution, Ep. 16 | PA0000980415 |
| Witness to a Prosecution, Ep. 22 | PA0000980415 |

| Registered CCTV Programs | | |
| --- | --- | --- |
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

**EXHIBIT B**

**Exhibit B – Infringing TVpad Apps**

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS  | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |

| | TVpad3 | TVpad4 |
|---|---|---|
| Infringing TVpad App and icon | Plaintiffs' Programming and Mode | Plaintiffs' Programming and Mode |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粤海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粤海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粤海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |

DWT 26394458v1 0094038-000021

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港粤網絡電視 (Gang Yue Wang Luo Dian Shi)  | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live)<br><br>TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live)<br><br>TVB programs on demand |
| 粤海直播 (Yue Hai Zhi Bo)  | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV  | TVBS (live) | |
| 516網路電視 (516 Online TV)  | CCTV4 (live)<br><br>TVBS (live) | CCTV4 (live)<br><br>TVBS (live)<br><br>TVBS News (live) |

3

| | **TVpad3** | **TVpad4** |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球 (CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |
| 港台武侠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

4

**EXHIBIT C**

**EXHIBIT C**

| Hosting Provider | Observed Server Location(s) | IP address or Domain Name | Type of Content Delivered |
|---|---|---|---|
| **LIVE TV MODE VIDEO STREAMING SERVERS** | | | |
| Enzu | Los Angeles, California | 104.151.28.194 | Streaming Video |
| Cloudddos Technology | Los Angeles, California | 104.171.230.30 | Streaming Video |
| Enzu | Los Angeles, California | 23.89.39.194 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.240.149 | Streaming Video |
| ClearDDoS Technologies | Los Angeles, California | 104.193.92.111 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.77 | Streaming Video |
| ClearDDoS Technologies | Los Angeles, California | 162.221.12.41 | Streaming Video |
| ClearDDoS Technologies | Los Angeles, California | 104.193.92.60 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.60 | Streaming Video |
| Esited | Los Angeles, California | 104.171.230.23 | Streaming Video |
| Esited | Los Angeles, California | 104.171.230.16 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.240.65 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.10 | Streaming Video |
| ClearDDoS Technologies | Los Angeles, California | 23.234.41.9 | Streaming Video |
| Krypt Technologies | Los Angeles, California | 98.126.14.26 | Streaming Video |
| **TIME-SHIFTED MODE VIDEO STREAMING SERVERS** | | | |
| Cloudddos Technology | Los Angeles, California | 104.171.230.30 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.240.149 | Streaming Video |
| Los Angeles,California | Los Angeles, California | 104.193.92.111 | Streaming Video |
| Esited | Los Angeles, California | 192.225.233.202 | Streaming Video |
| Enzu | Los Angeles, California | 104.151.28.194 | Streaming Video |
| Enzu | Los Angeles, California | 199.48.69.146 | Streaming Video |
| Enzu | Los Angeles, California | 23.89.39.194 | Streaming Video |
| **REPLAY LIVE MODE VIDEO STREAMING SERVERS** | | | |
| Cloudddos Technology | San Jose, California | 168.235.241.70 | Streaming Video |
| Cloudddos Technology | San Jose, California | 104.171.230.72 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.77 | Streaming Video |
| ClearDDoS Technologies | Los Angeles, California | 162.221.12.215 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.60 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.70 | Streaming Video |
| Cloudddos Technology | San Jose, California | 104.171.230.72 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.77 | Streaming Video |
| ClearDDoS Technologies | Los Angeles, California | 162.221.12.215 | Streaming Video |
| ClearDDoS Technologies | Los Angeles, California | 162.221.12.215 | Streaming Video |
| Krypt Technologies | Los Angeles, California | 67.198.192.3 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.77 | Streaming Video |
| Cloudddos Technology | San Jose, California | 104.171.230.72 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.60 | Streaming Video |

| Krypt Technologies | Los Angeles, California | 98.126.14.26 | Streaming Video |
|---|---|---|---|
| **VOD MODE VIDEO STREAMING SERVERS** | | | |
| Cloudddos Technology | Los Angeles, California | 104.171.230.72 | Streaming Video |
| ClearDDoS Technologies | Los Angeles, California | 162.221.12.215 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.60 | Streaming Video |
| Krypt Technologies | Los Angeles, California | 98.126.14.26 | Streaming Video |
| Cloudddos Technology | San Jose, California | 168.235.241.77 | Streaming Video |
| Leaseweb | Manassas, Virginia | 162.210.198.179 | Streaming Video |
| Krypt Technologies | Los Angeles, California | 67.198.192.3 | Streaming Video |
| Krypt Technologies | Los Angeles, California | 67.198.192.3 | Streaming Video |
| **TVPAD DNS LOOKUP SERVERS** | | | |
| Hostspace Networks Unicom | Los Angeles, California China | xz.boxepg.com | DNS Lookup TVpad Operational Content |
| Sharktech ClearDDoS Technologies | Los Angeles, California Las Angeles, California | xzsec.boxepg.com | DNS Lookup TVpad Operational Content |
| ClearDDoS Technologies ClearDDoS Technologies | Newark, Delaware Los Angeles, California | xzsec.padepg.com | DNS Lookup TVpad Operational Content |
| Sharktech ClearDDoS Technologies | Los Angeles, California Los Angeles, California | xzsec.listebox.com | DNS Lookup TVpad Operational Content |
| **TVPAD AUTHENTICATION SERVERS** | | | |
| ClearDDoS Technologies | Los Angeles, California | stbepg.wsxlist.com | TVpad Authorization |
| ClearDDoS Technologies ClearDDoS Technologies | Hong Kong Los Angeles, California | stbepg.bmsftr.com | TVpad Authorization |
| **TVPAD STORE SERVERS** | | | |
| ClearDDoS Technologies ClearDDoS Technologies | Newark, Delaware Los Angeles, California | bi.wsxlist.com | TVpad Store Menus/Graphics |
| Datashack CloudDDOS | Kansas City, Missouri San Jose, California | cmsres.wsxlist.com | TVpad Store Menus/Graphics Infringing Apps |
| ClearDDoS Technologies | Los Angeles, California | bi4.wsxlist.com | TVpad 4 Store Menus/Graphics |
| **TVPAD OPERATIONAL SERVERS** | | | |
| Sharktech Hostpace Networks | Los Angeles, California | epg.qaxlist.com | TVpad Operational Content |
| ClearDDoS Technologies CloudDDOS | Hong Kong San Jose, California | sepg.qaxlist.com | TVpad Operational Content Infringing Apps' Program Guides |
| ClearDDoS Technologies | Newark, Delaware | hsp2p.sinohao.com | TVpad Operational Content |
| ClearDDoS Technologies ClearDDoS Technologies | Newark, Delaware Los Angeles, California | jqknb.khjdaq.com | TVpad Operational Content |
| Hostspace Networks | Los Angeles, California | zmrt.kda8ifdi.com | TVpad Operational Content |
| Hostspace Networks | Los Angeles, California | zbuy.kda8ifdi.com | TVpad Operational Content |
| Hostspace Networks China Telecom | Los Angeles, California China | rtx.apljndc.net | TVpad Operational Content |

DWT 26394541v4 0094038-000021

| Nobis Technology<br>Nobis Technology | Los Angeles, California<br>Phoenix, Arizona | tvepg.iyqwc.com | TVpad Operational Content |
|---|---|---|---|
| Enzu | Los Angeles, California | btvstb.xqlzoy.com | TVpad4 Operational Content |
| Protected by Cloudflare | Location unknown | ngdvc.gvplayer.com | TVpad4 Operational Content |
| Sharktech | Los Angeles, California | vnpcg.gvppp.com | TVpad4 Operational Content |
| Chinanet | China | ysxup.gvppp.com | TVpad4 Operational Content |
| ClearDDoS Technologies | Los Angeles, California | apspu.gvppp.com | TVpad4 Operational Content |
| Hostspace | Los Angeles, California | hkok.rfvlist.com | TVpad4 Operational Content |
| Hostspace | Los Angeles, California | public.gvppp.com | TVpad4 Operational Content |
| Sharktech<br>CloudDDOS | Los Angeles, California<br>San Jose, California | canpic.vdese.com | VOD Thumbnail graphics |

DWT 26394541v4 0094038-000021

## PROOF OF SERVICE BY FEDERAL EXPRESS

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine, LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express. Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the next business day.

On June 1, 2015, I served the following document(s):

**PLAINTIFF'S NOTICE OF LODING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** by placing a **true copy or original** in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST.

and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on June 1, 2015, at Los Angeles, California.

☒   State   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☐   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| **Tania M. Moore** | *[signature]* |
| Print Name | Signature |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800

SERVICE LIST

| | |
|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>5900 Wilshire Blvd., Suite 2250<br>Los Angeles, CA 90036 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Timothy Wang<br>Ni, Wang & Massand, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 | Attorneys for newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA AND Liangzhong Zhou |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800