Kris LeFan, Esq., SBN 278611
**LOWE & ASSOCIATES, P.C.**
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
*kris@lowelaw.com*

Attorneys for Defendants
NewTvPad Ltd. Company and Liangzhong Zhou

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, *et al.*<br><br>                              Plaintiffs,<br><br>v.<br><br>CREATE NEW TECHNOLOGY, (HK) LIMITED, a Hong Kong Company, et al.,<br><br>                              Defendants. | Case No. **2:15-cv-01869-MMM**<br><br>**DEFENDANTS NEWTVPAD    LTD. COMPANY AND LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hon. Margaret M. Morrow |

NOW COME Defendants, NewTvPad Ltd. Company ("NewTVpad") and Liangzhong Zhou ("Zhou") (hereinafter and collectively "NewPad Defendants") by and through their counsel, Kris LeFan  of LOWE & ASSOCIATES, P.C., and for their Answer to Plaintiffs' Complaint, states as follows:

### NATURE OF THE ACTION

1.     As to paragraph 1, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

2.     As to paragraph 2, the NewPad Defendants lack sufficient information to form a belief

as to the truth of these allegations and therefore denies the allegations in this paragraph.

3.      As to Paragraph 3, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

4.      As to paragraph 4, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

5.      As to paragraph 5, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

6.      As to paragraph 6, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

7.      As to paragraph 7, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

8.      As to paragraph 8, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

9.      As to paragraph 9, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

10.      As to paragraph 10, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

11.      As to paragraph 11, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

12.      As to paragraph 12, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

13.      As to Paragraph 13, the NewPad Defendants admit that NewTvPad Ltd. Company advertises and sells the TVpad device in the United States but neither admits nor denies the balance

of the allegations for lack of knowledge and leaves Plaintiffs to their proofs.

14.     As to paragraph 14, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

## PARTIES

### A.  Plaintiffs

15.     As to paragraph 15, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

16.     As to paragraph 16, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

17.     As to paragraph 17, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

18.     As to paragraph 18, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

### B.  The CNT Group Defendants

19.     As to paragraph 19, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

20.     As to paragraph 20, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

21.     As to paragraph 21, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

### C.  The U.S. Distributor Defendants

22.     As to paragraph 22, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

DEFENDANTS NEWTVPAD LTD. COMPANY AND
LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND
\AFFIRMATIVE DEFENSES

23. As to paragraph 23, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph rida.

24. As to paragraph 24, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

25. As to paragraph 25, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

26. Admitted.

27. Admitted.

28. As to paragraph 28, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**D.  The John Doe App Defendants**

29. As to paragraph 29, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

30. As to paragraph 30, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

31. As to paragraph 31, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

32. As to paragraph 32, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

33. As to paragraph 33, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

34. As to paragraph 34, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

35.     As to paragraph 35, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

36.     As to paragraph 36, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

## JURISDICTION AND VENUE

37.     As to paragraph 37, the NewPad Defendant admit that the court has subject matter jurisdictional over Plaintiffs' federal claims but neither admit nor deny the balance of the allegations for lack of knowledge and therefore, leave Plaintiffs to their proofs.

38.     As to paragraph 38, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

39.     Denied.

## BACKGROUND FACTS

A. **CCTV's Business and Intellectual Property rights**

40.     As to paragraph40, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

41.     As to paragraph 41, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph. And further that the exhibits speak for themselves.

42.     As to paragraph 42, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

43.     As to paragraph 43, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

44.     As to paragraph 44, the NewPad Defendants lack sufficient information to form a

belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

45.    As to paragraph 45, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

46.    As to paragraph 46, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

47.    As to paragraph 47, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

48.    As to paragraph 48, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

49.    As to paragraph 49, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

50.    As to paragraph 50, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

51.    As to paragraph 51, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

52.    As to paragraph 52, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

53.    As to paragraph 53, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**B.  TVB (USA)'s Business and Intellectual Property Rights**

54.    As to paragraph 54, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

55.    As to paragraph 55, the NewPad Defendants lack sufficient information to form a

belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

56.     As to paragraph 56, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

57.     As to paragraph 57, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

58.     As to paragraph 58, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

59.     As to paragraph 59, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

60.     As to paragraph 60, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

61.     As to paragraph 61, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

62.     As to paragraph 62, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

63.     As to paragraph 63, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

64.     As to paragraph 64, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

65.     As to paragraph 65, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

66.     As to paragraph 66, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

67.     As to paragraph 67, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

68.     As to paragraph 68, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

69.     As to paragraph 69, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**C.  DISH's Business and Intellectual Property Rights**

70.     As to paragraph 70, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

71.     As to paragraph 71, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

72.     As to paragraph 72, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

73.     73. As to paragraph 73, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**DEFENDANTS' UNLAWFUL CONDUCT**

**A.  The CNT Group**

74.     As to paragraph 74, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

75.     As to paragraph 75, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

76.     As to paragraph 76, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

DEFENDANTS NEWTVPAD LTD. COMPANY AND
LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND
\AFFIRMATIVE DEFENSES

77.     As to paragraph 77, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

78.     As to paragraph 78, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

79.     As to paragraph 79, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

80.     As to paragraph 80, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

81.     As to paragraph 81, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**B. The CNT Group Defendants and the Other Retransmission Service Defendants Directly Infringe Plaintiffs' Public-Performance and Reproduction Rights by Retransmitting CCTV and TVB Channels and Programs Into and Within the United States Without Authorization.**

82.     As to paragraph 82, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

83.     As to paragraph 83, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**Peer-to-Peer Streaming**

84.     As to paragraph 84, The NewPad Defendants admit same.

85.     As to paragraph 85, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

86.     As to paragraph 86, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

87.     As to paragraph 87, the NewPad Defendants lack sufficient information to form a

belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

88. As to paragraph 88, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

89. As to paragraph 89, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

90. As to paragraph 90, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

91. As to paragraph 91, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

92. As to paragraph 92, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

93. As to paragraph 93, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**Direct Streaming**

94. As to paragraph 94, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

95. As to paragraph 95, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

96. As to paragraph 96, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

97. As to paragraph 97, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

98. As to paragraph 98, the NewPad Defendants lack sufficient information to form a

DEFENDANTS NEWTVPAD LTD. COMPANY AND
LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND
\AFFIRMATIVE DEFENSES

belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

99. As to paragraph 99, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

100. As to paragraph 100, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

## C. The CNT Group Defendants Provide the Tools Necessary to Receive and Share Their Illegal Retransmission Service

101. As to paragraph 101, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

### The TVpad Device

102. As to paragraph 102, the NewPad Defendants admit same.

103. As to paragraph 103, the NewPad Defendants admit same.

104. As to paragraph 104, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

105. As to paragraph 105, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

### The TVpad Store and the Infringing TVpad Apps

106. As to paragraph 106, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

107. As to paragraph 107, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

108. As to paragraph 108, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

109. As to paragraph 109, the NewPad Defendants lack sufficient information to form a

11

belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

110.    As to paragraph 110, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

111.    As to paragraph 111, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

112.    As to paragraph 112, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

113.    As to paragraph 113, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

114.    As to paragraph 114, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

115.    As to paragraph 115, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

116.    As to paragraph 116, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

117.    As to paragraph 117, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

118.    As to paragraph 118, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

119.    As to paragraph 119, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

120.    As to paragraph 120, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

121.     As to paragraph 121, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

122.     As to paragraph 122, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

123.     As to paragraph 123, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**D. The CNT Group Defendants Promote, Foster, and Induce Infringing Public Performances of CCTV and TVB Programs Through the TVpad Retransmission Service, the TVpad Device, and the TVpad Store**

124.     As to paragraph 124, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

125.     As to paragraph 125, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

126.     As to paragraph 126, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

127.     As to paragraph 127, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

128.     As to paragraph 128, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

129.     As to paragraph 129, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

130.     As to paragraph 130, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

131.     As to paragraph 131, the NewPad Defendants lack sufficient information to form a

DEFENDANTS NEWTVPAD LTD. COMPANY AND LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND \AFFIRMATIVE DEFENSES

belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

132.    As to paragraph 132, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

133.    As to paragraph 133, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

134.    As to paragraph 134, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

135.    As to paragraph 135, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

136.    As to paragraph 136, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

137.    As to paragraph 137, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**E.   The CNT Group Infringes the Network Plaintiffs' Trademark**

138.    As to paragraph 138, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

139.    As to paragraph 139, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

140.    As to paragraph 140, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

141.    As to paragraph 141, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**F.   The CNT Group Defendants Have Significant Contacts with the Forum**

DEFENDANTS NEWTVPAD LTD. COMPANY AND
LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND
\AFFIRMATIVE DEFENSES

142.     As to paragraph 142, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

143.     As to paragraph 143, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

144.     As to paragraph 144, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

145.     As to paragraph 145, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

146.     As to paragraph 146, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

147.     As to paragraph 147, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

148.     As to paragraph 148, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

149.     As to paragraph 149, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

150.     As to paragraph 150, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**G. The U.S. Distributor Defendants Likewise Promote, Foster, and Induce Infringing Public Performances of CCTV and TVB Programming Through the TVpad Retransmission Service and the TVpad Device**

151.     As to paragraph 151, the NewPad Defendants deny same as untrue.

152.     As to paragraph 152, the NewPad Defendants deny the allegations in the form and manner alleged but informatively indicate that the online promotional advertising speak for

themselves.

153.    As to paragraph 153, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

154.    As to paragraph 154, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**ClubTVpad and Wong**

155.    As to paragraph 155, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

156.    As to paragraph 156, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

157.    As to paragraph 157, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

158.    As to paragraph 158, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

159.    As to paragraph 159, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

160.    As to paragraph 160, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

161.    As to paragraph 161, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

162.    As to paragraph 162, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

163.    As to paragraph 163, the NewPad Defendants lack sufficient information to form a

16

belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

164.   As to paragraph 164, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

165.   As to paragraph 165, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

166.   As to paragraph 166, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

167.   As to paragraph 167, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

168.   As to paragraph 168, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

169.   As to paragraph 169, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

170.   As to paragraph 170, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

171.   As to paragraph 171, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

172.   As to paragraph 172, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

173.   As to paragraph 173, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

174.   As to paragraph 174, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**Asha Media and Bhalla**

175.    As to paragraph 175, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

176.    As to paragraph 176, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

177.    As to paragraph 177, t the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

178.    As to paragraph 178, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

179.    As to paragraph 179, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

180.    As to paragraph 180, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

181.    As to paragraph 181, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

182.    As to paragraph 182, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

183.    As to paragraph 183, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

184.    As to paragraph 184, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

185.    As to paragraph 185, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

186.    As to paragraph 186, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

187.    As to paragraph 187, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

188.    As to paragraph 188, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

189.    As to paragraph 189, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

190.    As to paragraph 190, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

191.    As to paragraph 191, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

192.    As to paragraph 192, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

193.    As to paragraph 193, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

194.    As to paragraph 194, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

195.    As to paragraph 195, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

196.    As to paragraph 196, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

**Honghui Chen d/b/a E-Digital**

197.    As to paragraph 197, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

198.    As to paragraph 198, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

199.    As to paragraph 199, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

200.    As to paragraph 200, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

201.    As to paragraph 201, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

202.    As to paragraph 202, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

203.    As to paragraph 203, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

204.    As to paragraph 204, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

205.    As to paragraph 205, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

206.    As to paragraph 206, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

207.    As to paragraph 207, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

208.    As to paragraph 208, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

209.    As to paragraph 209, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

210.    As to paragraph 210, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

211.    As to paragraph 211, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

### newTVpad Ltd. Company and Zhou

212.    The NewPad Defendants admit that newTVpad Ltd. Company operated the website at http://newtvpad.com and sold TVpad3 devices to customers in the United States. The website is no longer operational as of now. Except as so admitted, the remaining allegations in paragraph 212 are denied.

213.    The NewPad Defendants admit that Zhou is the principal of newTVpad. Except as so admitted, the remaining allegations in paragraph 213 are denied.

214.    As to paragraph 214, the NewPad Defendants admit that it sells and offers for sale TVpad devices within the State of California and within the Central District of California through its NewTVpad Website.  Except as so admitted, the remaining allegations in paragraph 214 are denied.

215.    Denied.

216.    Denied.

217.    Denied.

218.    Denied.

219.    Denied.

DEFENDANTS NEWTVPAD LTD. COMPANY AND
LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND
\AFFIRMATIVE DEFENSES

220.     As to paragraph 220, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

221.     As to paragraph 221, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

222.     As to paragraph 222, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

223.     As to paragraph 223, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

224.     As to paragraph 224, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

225.     As to paragraph 225, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

226.     As to paragraph 226, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

227.     As to paragraph 227, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

228.     As to paragraph 228, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

229.     Denied.

230.     As to paragraph 230, the NewPad Defendants admit that DISH sent cease-and-desist letters to NewPad Defendants.  Except as so admitted, the remaining allegation in paragraph 230 are denied.

**FIRST CAUSE OF ACTION**
**(Claim by CCTV, TVB (USA), and DISH for Direct Copyright**
**Infringement Against the Retransmission Service Defendants)**

231.    The NewPad Defendants incorporate by reference their answers in Paragraph 1 through 230 above.

232.    As to paragraph 232, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

233.    As to paragraph 233, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

234.    As to paragraph 234, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

235.    As to paragraph 235, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

236.    As to paragraph 236, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

237.    Denied.

238.    Denied.

239.    Denied.

240.    Denied.

241.    Denied.

242.    Denied.

243.    Denied.

244.    Denied.

**SECOND CAUSE OF ACTION**
**(Claim by CCTV, TVB (USA), and DISH for Secondary Copyright**

23

Infringement Against the Retransmission Service Defendants)

245.    The NewPad Defendants incorporate by reference their answers in Paragraph 1 through 244 above.

246.    Denied.

247.    Denied.

248.    Denied.

249.    Denied.

250.    Denied.

251.    Denied.

252.    Denied.

253.    Denied.

254.    Denied.

255.    Denied.

**THIRD CAUSE OF ACTION**
**(Claim by CCTV, TVB (USA), and DISH for Secondary Copyright**
**Infringement Against the U.S. Distributor Defendants)**

256.    The NewPad Defendants incorporate by reference their answers in Paragraph 1 through 255 above.

257.    Denied.

258.    Denied.

259.    Denied.

260.    Denied.

261.    Denied.

262.    As to paragraph 262, the NewPad Defendants lack sufficient information to form a

belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

263.   As to paragraph 263, the NewPad Defendants admits that Zhou is the founder, owner of newTVpad.  Except as so admitted, the remaining allegations in paragraph 263 are denied.

264.   Denied.

265.   Denied.

266.   Denied.

267.   Denied.

**FOURTH CAUSE OF ACTION**
**(Claim by CCTV, CICC, and TVB (USA) for Trademark**
**Infringement and Unfair Competition**
**Under 15 U.S.C. § 1125(a) Against All Defendants)**

268.   The NewPad Defendants incorporate by reference their answers in Paragraph 1 through 267 above.

269.   As to paragraph 269, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

270.   As to paragraph 270, the NewPad Defendants lack sufficient information to form a belief as to the truth of these allegations and therefore denies the allegations in this paragraph.

271.   Denied.

272.   Denied.

**FIFTH CAUSE OF ACTION**
**(Claim by CCTV, CICC, and TVB (USA) for**
**Common-Law Trademark Infringement and**
**Unfair Competition Against All Defendants)**

273.   The NewPad Defendants incorporate by reference their answers in Paragraph 1 through 272 above.

274.   Denied.

DEFENDANTS NEWTVPAD LTD. COMPANY AND
LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND
\AFFIRMATIVE DEFENSES

275. Denied.

276. Denied.

277. Denied.

278. Denied.

279. Denied.

### SIXTH CAUSE OF ACTION
**(Claim by CCTV, CICC, and TVB (USA)**
**for Violation of California Business &**
**Professions Code § 17200 Against All Defendants)**

280. The NewPad Defendants incorporate by reference their answers in Paragraph 1 through 279 above.

281. Denied.

282. Denied.

283. Denied.

284. Denied.

285. Denied.

### REQUEST FOR RELIEF

WHEREFORE, the NewPad Defendants pray that this Court deny all of the relief requested by the Plaintiffs and award the NewPad Defendants their statutory costs and attorney fees as well as costs and attorney fees as the Court deems just and proper in this matter.

### NEWPAD DEFENDANTS' AFFIRMATIVE DEFENSES

1. Plaintiffs' equitable claims, including requests for injunctive relief are barred under the Doctrine of Laches.

2. Plaintiffs have failed to state a claim upon which relief may be granted against the NewPad Defendants under an "alter ego" theory of liability.

26

3.      Venue is not proper as it is inconvenient for litigating in this Court due to the location of the parties and witnesses who are located outside of the jurisdiction of the Court.

4.      Plaintiffs' requested relief is barred under the Doctrine of Unclean Hands based upon facts and circumstances to be determined in discovery.

5.      Plaintiffs' claims for damages are limited by 15 U.S.C. Section 1111.

6.      Defendant reserves the right to add additional Affirmative Defenses that become known through discovery.

Dated:  June 2, 2015                                  LOWE & ASSOCIATES, P.C.

                                                     By: /s/ Kris LeFan
                                                     KRIS S. LEFAN

                                                     ATTORNEY FOR DEFENDANTS
                                                     NEWTVPAD LTD. COMPANY AND
                                                     LIANGZHONG ZHOU

## CERTIFICATE OF SERVICE

I hereby certify that on the 2st day of June, 2015, I electronically filed the foregoing Answer to Complaint and Affirmative Defenses with the Clerk of the Court using the CM/ECF System.

/s/    Kris LeFan

27

DEFENDANTS NEWTVPAD LTD. COMPANY AND
LIANGZHONG ZHOU'S ANSWER TO COMPLAINT AND
\AFFIRMATIVE DEFENSES