# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CREATE NEW TECHNOLOGY HK LIMITED, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:15-cv-01869-MMM-AJW<br><br>RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

   __6/2/2015__         __92__         __Answer__

 Date Filed         Doc. No.     Title of Doc.

**IT IS HEREBY ORDERED:**

     Defendants are directed to file its Certificate of Interested Parties by 5:00 p.m., June 5, 2015. Failure to comply will result in this court striking defendants' answer.


Clerk, U.S. District Court

Dated: _June 4, 2015_         By: __/s/ *Anel Huerta*__
                                  Deputy Clerk


*cc: Assigned District Judge and/or Magistrate Judge*


G–112B (01/07)    **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**