Kris LeFan, Esq., SBN 278611
**LOWE & ASSOCIATES, P.C.**
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
*kris@lowelaw.com*

Attorneys for Defendants
NewTvPad Ltd. Company and Liangzhong Zhou

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al., <br><br> Defendants. | Case No. **2:15-cv-01869-MMM** <br><br> **DEFENDANTS NEWTVPAD LTD. COMPANY AND LIANGZHONG ZHOU'S NOTICE OF INTERSTED PARTIES** <br><br> Hon. Margaret M. Morrow |

"The undersigned, counsel of record for Kris LeFan, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| NewTvPad Ltd. Company | Defendant |
| Liangzhong Zhou | Defendant |

1

Dated: June 5, 2015　　　　　　　　　　　　　　LOWE & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kris LeFan*
　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　KRIS LEFAN

　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANTS
　　　　　　　　　　　　　　　　　　　　NEWTVPAD LTD. COMPANY AND
　　　　　　　　　　　　　　　　　　　　LIANGZHONG ZHOU

## **CERTIFICATE OF SERVICE**

　　I hereby certify that on the 3rd day of June, 2015, I electronically filed the foregoing Notice of Interested Parties with the Clerk of the Court using the CM/ECF System.

　　*/s/ Kris LeFan* _____

　　KRIS LEFAN