UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:15−cv−01869−MMM−AJW | Date | 6/8/2015 |
| Title | CHINA CENTRAL TELEVISION ET AL V. CREATE NEW TECHNOLOGY HK LIMITED ET AL | | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | C. Nirenberg |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carla McCauley | Adrianos Facchetti |
| Lance Koonce | Francis S. Ryu |

**Proceedings:  Plaintiffs' Motion for Preliminary Injunction[23]**

    The court, having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court grants the motion for prliminary injunction and will enter findings of fact and conclusions of law. Final orders to issue.

00:03
Initials of Deputy Clerk:  ah
