CARLA A. McCAULEY (State Bar No. 223910)
  carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800  Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
  robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
  lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
  samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
  georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 489-8230  Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>　　　　　　　　　Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT FROM JULY 6, 2015 TO SEPTEMBER 4, 2015** |

1    This Court has considered the submissions of Plaintiffs China Central
Television, China International Communications Co., Ltd., TVB Holdings (USA),
Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") in support of Plaintiffs'
Ex Parte Application for an extension of time on the filing deadline for Plaintiffs'
Motion for Default Judgment as to Defendants Create New Technology (HK)
Limited and Hua Yang International Technology Limited.

Good cause having been shown, the Ex Parte Application is GRANTED. Plaintiffs' deadline to file its Motion for Default Judgment is extended from July 6, 2015 to September 4, 2015.

**IT IS SO ORDERED.**

_____, 2015            _____
                                    Hon. Margaret M. Morrow
                                    United States District Court Judge

[Proposed] Order Granting Ex Parte Application       1
DWT 27111598v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899