| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
| |    carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California  90017-2566 |
| | Tel.:  (213) 633-6800  Fax:  (213) 633-6899 |
| 4 | |
| | ROBERT D. BALIN (*pro hac vice* pending) |
| 5 |    robbalin@dwt.com |
| | LACY H. KOONCE, III (*pro hac vice* pending) |
| 6 |    lancekoonce@dwt.com |
| | SAMUEL BAYARD (*pro hac vice* pending) |
| 7 |    samuelbayard@dwt.com |
| | GEORGE WUKOSON (*pro hac vice* pending) |
| 8 |    georgewukoson@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1633 Broadway |
| | New York, New York  10019 |
| 10 | Tel.:  (212) 489-8230  Fax:  (212) 489-8340 |
| | ATTORNEYS FOR PLAINTIFFS |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, | ) ) ) ) ) ) ) | Case No. **CV 15-1869 MMM (AJWx)** **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT FROM JULY 6, 2015 TO SEPTEMBER 4, 2015** |
|           Plaintiffs, | ) | |
|    vs. | ) | |
| CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|           Defendants. | ) | |

(In the [PROPOSED] heading, "PROPOSED" is shown with strikethrough.)

This Court has considered the submissions of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") in support of Plaintiffs' Ex Parte Application for an extension of time on the filing deadline for Plaintiffs' Motion for Default Judgment as to Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited.

Good cause having been shown, the Ex Parte Application is GRANTED. Plaintiffs' deadline to file its Motion for Default Judgment is extended from July 6, 2015 to September 4, 2015.

**IT IS SO ORDERED.**

Date: June 17, 2015

_____
Hon. Margaret M. Morrow
United States District Court Judge

[Proposed] Order Granting Ex Parte Application
DWT 27111598v1 0094038-000021

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899