1  Adrianos Facchetti (SBN. 243213)
2  Of Counsel for TRAVERSE LEGAL, PLC
   301 East Colorado Boulevard, Suite 514
3  Pasadena, CA  91101
4  Tel.: (626) 793-8607
   Fax: (626) 793-7293
5  adrianos@facchettilaw.com
6
7  Mark G. Clark  (*Pro Hac Vice*)
   TRAVERSE LEGAL, PLC
8  810 Cottageview Drive, Unit G-20
   Traverse City, Michigan 49684
9  Tel.: (231) 932-0411
10 Fax: (231) 932-0636
   mark@traverselegal.com
11
12 *Attorneys for Defendants Asha Media and Bhalla*

14            UNITED STATES DISTRICT COURT FOR
              THE CENTRAL DISTRICT OF CALIFORNIA

16 CHINA CENTRAL TELEVISION, a
17 China company, et al.

18        Plaintiffs,
19                                        Case No. 2:15-cv-01869-MMM
   v.                                     Hon. Margaret M. Morrow
20
21 CREATE NEW TECHNOLOGY, (HK)
   LIMITED, A Hong Kong Company, et
22 al.,
23
          Defendants.
24
25            **DECLARATION OF AMIT BHALLA**

1

Defendant, Amit Bhalla, states as follows:

1. I, Amit Bhalla, am the President of Defendant Asha Media Group, Inc.. I have personal knowledge of the following facts.

2. Defendant Asha Media Group, Inc. was previously involved in the sale of TV pad devices via sales on the internet.

3. Defendant Asha Media Group, Inc. has ceased any sale of the TV pad devices and disabled its website previously utilized for the sale of the TV pad devices.

4. Defendant Asha Media Group, Inc. through its attorneys have provided Plaintiff's attorneys with the name of all domains names, IP addresses, and servers where Defendant Asha Media Group, Inc.'s website that was used to sell TV pad devices was previously hosted.

5. Defendant Asha Media Group, Inc. is not in communication with any of the other named Defendants in this matter and has no information concerning any other Defendants' compliance with the Court's Preliminary Injunctive Order.

6. This declaration is for purposes of compliance with the terms of the Court's Preliminary Injunctive Order entered on June 11, 2015 in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that all documents and attachments referenced herein are true and correct copies.

Executed on this 20th day of June, 2015.

_____
AMIT BHALLA

2

1
2  SUBSCRIBED AND SWORN to before me
3  this 20th day of June, 2015.
4
5  _____
6  , Notary Public  Derek Clement
7  County of Hillsborough, State of Florida
8  My commission expires: 8/4/2017
9
10
11  DEREK CLEMENT
   Notary Public - State of Florida
12  My Comm. Expires Aug 4, 2017
   Commission # FF 42256

3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | I hereby certify that on the 22nd day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System. |
| 4 | |
| 5 | /s/Mark G. Clark |
| 6 | Mark G. Clark  (*Pro Hac Vice*) |
| 7 | TRAVERSE LEGAL, PLC |
| 8 | |
| 9 | *Attorneys for Defendant Asha and Bhalla* |