# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CREATE NEW TECHNOLOGY HK LIMITED, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:15–cv–01869–MMM–AJW<br><br>**ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court–Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26–1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1**: (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

☑ **ADR PROCEDURE NO. 2**: This case is referred to the ADR Program. Plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR–2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator by  8/3/2015 , the ADR Program (213–894–2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☐ **ADR PROCEDURE NO. 3**: (Private mediation).

The ADR proceeding is to be completed no later than:  3/7/2016 .

The Court further sets a status conference for: _____.

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

**IT IS SO ORDERED.**

Dated: June 29, 2015

*Margaret M. Morrow*
Margaret M. Morrow
United States District Judge