1 Francis S. Ryu, Esq., SB#176597
   Jennifer Chang, Esq., SB#282804
2 **RYU LAW FIRM**
   5900 Wilshire Blvd., Suite 2250
3 Los Angeles, California 90036
   Telephone: (323)931-5270
4 Facsimile: (323)931-5271
   Francis@RyuLaw.com
5 Jennifer@RyuLaw.com

6 Attorneys for Defendant
   Club TVPad, Inc. and
7 Bennett Wong

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), Inc., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, | Case No. CV 15-1869 MMM (AJWx) |
|---|---|
| Plaintiffs, | **DECLARATION OF BENNETT WONG** |
| v. | Courtroom 780 |
| CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO., LTD., China company; CLUB TVPAD, Inc., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP, INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a/BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE | The Honorable Margaret M. Morrow
Complaint Filed: March 13, 2015 |

1

1  7 d/b/a GANG TAI WU XIA; and
   JOHN DOES 8-10,
2
        Defendants.
3

4

5

6              DECLARATION OF BENNETT WONG

7    1.    I, Bennett Wong, am the sole shareholder and president of defendant Club TvPad,
8  Inc. I make this declaration in my individual capacity as a named defendant, as well as on behalf
9  of defendant Club TvPad, Inc. (hereafter "DECLARANT"). I make this declaration for the
10 purpose of complying with this Court's Order issuing a preliminary injunction. I make this
11 declaration based upon my personal knowledge and, if called upon, will testify thereto.
12   2.    DECLARANT was previously engaged in the business of selling a device known
13 as a "TvPad" via the world wide web.
14   3.    DECLARANT has not sold any TvPad device since before the initiation of the
15 instant litigation, and has no plans to sell any TvPad device in the future.
16   4.    DECLARANT has disabled its website through which it had previously sold the
17 TvPad device, and has further disabled its internet forum.
18   5.    DECLARANT has provided plaintiffs' counsel with the internet protocol address
19 that had been used by DECLARANT to sell the TvPad device.
20   6.    Since the issuance of the injunction. DECLARANT has not been in
21 communication with any of the other defendants.
22      I declare under penalty of perjury that the foregoing is true and correct, and that the
23 declaration is executed on July __1__, 2015 in ___Hayward___ California.
24

25

26                                      _____
27                                           Bennett Wong
28                       2

DECLARATION OF BENNETT WONG