**EXHIBIT A**

| Registered CCTV Programs | | |
|---|---|---|
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

EXHIBIT A

**EXHIBIT "2"**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-289**

**Effective date of registration:**

November 19, 2014

### Title ───────────────────────────

**Title of Work:** Across the Strait

**Contents Titles:** Across the Strait Episodes 265, 266, 267, 268, 270, 271, 277, 278

### Completion/Publication ──────────

**Year of Completion:** 2014

### Author ──────────────────────────

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

### Copyright claimant ───────────────

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

### Rights and Permissions ───────────

**Organization Name:** China Central Television

### Certification ────────────────────

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

EXHIBIT B            Page 1 of 1

**Registration #:** PAU003751289

**Service Request #:** 1-1866733960



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-288

**Effective date of registration:**

November 19, 2014

## Title

**Title of Work:** Around China

**Contents Titles:** Around China Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:**   PAU003751288

**Service Request #:**   1-1866734056



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-290

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** Art life

**Contents Titles:** Art life Episodes 37, 38

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751290
**Service Request #:**  1-1866733912



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-295

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Echo clear

**Contents Titles:** Echo clear Episodes 38, 39, 41

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

---

**Registration #:**   PAU003751295

**Service Request #:**   1-1855728507



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-281

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** Fashion Infinite

**Contents Titles:** Fashion Infinite Episodes 39,40

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

Registration #:   PAU003751281

Service Request #:   1-1855755671



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-285

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** I want to go to the Spring Festival gala

**Contents Titles:** I want to go to the Spring Festival gala Episodes 35, 36

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751285

**Service Request #:**  1-1855755635



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-292

**Effective date of registration:**

November 18, 2014

## Title

**Title of Work:** Star Walk

**Contents Titles:** Star Walk Episode 31, Special 3, and Special 4

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:** PAU003751292

**Service Request #:** 1-1866733862



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-746-792**

**Effective date of registration:**

November 18, 2014

---

### Title

**Title of Work:** To a happy departure Episode 37

### Completion/Publication

**Year of Completion:** 2014

### Author

**Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

### Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

### Rights and Permissions

**Organization Name:** China Central Television

### Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:** PAU003746792

**Service Request #:** 1-1855728599



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-293**

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Variety festival Episode 36

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:** PAU003751293

**Service Request #:** 1-1855688331



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

**EXHIBIT C**

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
| --- | --- | --- |
| All That is Bitter is Sweet, Ep. 16 | September 29, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 17 | September 30, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 18 | October 1, 2014 | PA 1-922-865 |
| All That is Bitter is Sweet, Ep. 19 | October 2, 2014 | PA 1-922-865 |
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club,  Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club,  Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| Come Home Love, Episode 610 | September 29, 2014 | PA 1-922-874 |
| Come Home Love, Episode 611 | September 30, 2014 | PA 1-922-874 |
| Come Home Love, Episode 613 | October 2, 2014 | PA 1-922-874 |
| Come Home Love, Episode 614 | October 3, 2014 | PA 1-922-874 |
| Line Walker, Ep. 26 | September 29, 2014 | PA 1-922-863 |
| Line Walker, Ep. 27 | September 30, 2014 | PA 1-922-863 |
| Line Walker, Ep. 28 | October 1, 2014 | PA 1-922-863 |
| Line Walker, Ep. 30 | October 3, 2014 | PA 1-922-863 |
| Line Walker, Ep. 31 | October 3, 2014 | PA 1-922-863 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

EXHIBIT C

**Registered TVB Programs (VOD)**

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| A Change of Destiny, Ep. 1 | PA0001388870 |
| A Change of Destiny, Ep. 9 | PA0001388870 |
| A Change of Destiny, Ep. 10 | PA0001388870 |
| A Change of Destiny, Ep. 14 | PA0001388870 |
| A Change of Destiny, Ep. 15 | PA0001388870 |
| A Change of Destiny, Ep. 20 | PA0001388870 |
| A Change of Heart, Ep. 1 | PA0001866892 |
| A Change of Heart, Ep. 6 | PA0001866892 |
| A Change of Heart, Ep. 11 | PA0001866892 |
| A Change of Heart, Ep. 16 | PA0001866892 |
| A Change of Heart, Ep. 22 | PA0001866892 |
| A Change of Heart, Ep.26 | PA0001866892 |
| A Change of Heart, Ep. 30 | PA0001866892 |
| A Great Way To Care II, Ep. 1 | PA0001847097 |
| A Great Way To Care II, Ep. 4 | PA0001847097 |
| A Great Way To Care II, Ep. 9 | PA0001847097 |
| A Great Way To Care II, Ep. 13 | PA0001847097 |
| A Great Way To Care II, Ep. 18 | PA0001847097 |
| A Great Way To Care II, Ep. 22 | PA0001847097 |
| A Great Way To Care II, Ep. 25 | PA0001847097 |
| A Step into the Past, Ep. 1 | PA0001074513 |
| A Step into the Past, Ep. 9 | PA0001074513 |
| A Step into the Past, Ep. 13 | PA0001074513 |
| A Step into the Past, Ep. 20 | PA0001074513 |
| A Step into the Past, Ep. 30 | PA0001074512 |
| A Step into the Past, Ep. 40 | PA0001074512 |
| Always And Ever, Ep 1 | PA0001866873 |
| Always And Ever, Ep. 5 | PA0001866873 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Always And Ever, Ep. 10 | PA0001866873 |
| Always And Ever, Ep. 12 | PA0001866873 |
| Always And Ever, Ep. 16 | PA0001866873 |
| Always And Ever, Ep. 21 | PA0001866873 |
| Always And Ever, Ep. 25 | PA0001866873 |
| Always And Ever, Ep. 30 | PA0001866873 |
| Always And Ever, Ep. 31 | PA0001866873 |
| Awfully Lawful, Ep. 1 | PA0001866872 |
| Awfully Lawful, Ep. 5 | PA0001866872 |
| Awfully Lawful, Ep. 9 | PA0001866872 |
| Awfully Lawful, Ep. 14 | PA0001866872 |
| Awfully Lawful, Ep. 20 | PA0001866872 |
| Beauty At War, Ep. 1 | PA0001849236 |
| Beauty At War, Ep. 5 | PA0001849236 |
| Beauty At War, Ep. 10 | PA0001849236 |
| Beauty At War, Ep. 14 | PA0001849236 |
| Beauty At War, Ep. 19 | PA0001849236 |
| Beauty At War, Ep. 23 | PA0001849236 |
| Beauty At War, Ep. 30 | PA0001849236 |
| Black Heart White Soul, Ep. 1 | PA0001920529 |
| Black Heart White Soul, Ep. 4 | PA0001920529 |
| Black Heart White Soul, Ep. 10 | PA0001920529 |
| Black Heart White Soul, Ep. 15 | PA0001920529 |
| Black Heart White Soul, Ep. 25 | PA0001920529 |
| Black Heart White Soul, Ep. 30 | PA0001920529 |
| Bounty Lady, Ep. 1 | PA0001890407 |
| Bounty Lady, Ep. 5 | PA0001890407 |
| Bounty Lady, Ep. 10 | PA0001890407 |
| Bounty Lady, Ep. 15 | PA0001890407 |
| Bounty Lady, Ep. 19 | PA0001890407 |
| Brother's Keeper, Ep. 1 | PA0001878628 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Brother's Keeper, Ep. 6 | PA0001878628 |
| Brother's Keeper, Ep. 10 | PA0001878628 |
| Brother's Keeper, Ep. 13 | PA0001878628 |
| Brother's Keeper, Ep. 18 | PA0001878628 |
| Brother's Keeper, Ep. 23 | PA0001878628 |
| Brother's Keeper, Ep. 30 | PA0001878628 |
| Brother's Keeper, Ep. 31 | PA0001878628 |
| Bullet Brain, Ep. 1 | PA0001847052 |
| Bullet Brain, Ep. 6 | PA0001847052 |
| Bullet Brain, Ep. 9 | PA0001847052 |
| Bullet Brain, Ep. 13 | PA0001847052 |
| Bullet Brain, Ep. 18 | PA0001847052 |
| Bullet Brain, Ep. 21 | PA0001847052 |
| Bullet Brain, Ep. 25 | PA0001847052 |
| Coffee Cat Mama, Ep. 1 | PA0001910249 |
| Coffee Cat Mama, Ep. 6 | PA0001910249 |
| Coffee Cat Mama, Ep. 11 | PA0001910249 |
| Coffee Cat Mama, Ep. 16 | PA0001910249 |
| Coffee Cat Mama, Ep. 20 | PA0001910249 |
| Come Home Love, Ep. 1 | PA0001872347 |
| Come Home Love, Ep. 31 | PA0001872347 |
| Come Home Love, Ep. 61 | PA0001872347 |
| Come Home Love, Ep. 91 | PA0001872347 |
| Come Home Love, Ep. 113 | PA0001872347 |
| Come Home Love, Ep. 121 | PA0001872347 |
| Come Home Love, Ep. 151 | PA0001872347 |
| Daddy Good Deeds, Ep. 1 | PA0001857840 |
| Daddy Good Deeds, Ep. 5 | PA0001857840 |
| Daddy Good Deeds, Ep. 10 | PA0001857840 |
| Daddy Good Deeds, Ep. 15 | PA0001857840 |
| Daddy Good Deeds, Ep. 20 | PA0001857840 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Divas In Distress, Ep. 1 | PA0001827059 |
| Divas In Distress, Ep. 5 | PA0001827059 |
| Divas In Distress, Ep. 10 | PA0001827059 |
| Divas In Distress, Ep. 15 | PA0001827059 |
| Divas In Distress, Ep. 20 | PA0001827059 |
| Duke of Mount Deer, Ep. 1 | PA0000923706 |
| Duke of Mount Deer, Ep. 10 | PA0000923706 |
| Duke of Mount Deer, Ep. 14 | PA0000923706 |
| Duke of Mount Deer, Ep. 15 | PA0000923706 |
| Duke of Mount Deer, Ep. 22 | PA0000923708 |
| Duke of Mount Deer, Ep. 29 | PA0000923708 |
| Duke of Mount Deer, Ep. 30 | PA0000923708 |
| Duke of Mount Deer, Ep. 35 | PA0000923708 |
| Duke of Mount Deer, Ep. 40 | PA0000923708 |
| Duke of Mount Deer, Ep. 41 | PA0000922071 |
| Duke of Mount Deer, Ep. 45 | PA0000922071 |
| Friendly Fire, Ep. 1 | PA0001840636 |
| Friendly Fire, Ep. 6 | PA0001840636 |
| Friendly Fire, Ep. 10 | PA0001840636 |
| Friendly Fire, Ep. 15 | PA0001840636 |
| Friendly Fire, Ep. 19 | PA0001840636 |
| Friendly Fire, Ep. 24 | PA0001840636 |
| Ghetto Justice II, Ep. 1 | PA0001827048 |
| Ghetto Justice II, Ep. 6 | PA0001827048 |
| Ghetto Justice II, Ep. 11 | PA0001827048 |
| Ghetto Justice II, Ep. 15 | PA0001827048 |
| Ghetto Justice II, Ep. 20 | PA0001827048 |
| Ghost Dragon of Cold Mountain, Ep. 1 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 2 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 5 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 10 | PA0001918949 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Ghost Dragon of Cold Mountain, Ep. 15 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 19 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 25 | PA0001918949 |
| Ghost Dragon of Cold Mountain, Ep. 30 | PA0001918949 |
| Gilded Chopsticks, Ep. 1 | PA0001906159 |
| Gilded Chopsticks, Ep. 5 | PA0001906159 |
| Gilded Chopsticks, Ep. 10 | PA0001906159 |
| Gilded Chopsticks, Ep. 16 | PA0001906159 |
| Gilded Chopsticks, Ep. 20 | PA0001906159 |
| Gilded Chopsticks, Ep. 25 | PA0001906159 |
| Gloves Come Off, Ep. 1 | PA0001857855 |
| Gloves Come Off, Ep. 5 | PA0001857855 |
| Gloves Come Off, Ep. 10 | PA0001857855 |
| Gloves Come Off, Ep. 15 | PA0001857855 |
| Gloves Come Off, Ep. 20 | PA0001857855 |
| Gloves Come Off, Ep. 25 | PA0001857855 |
| Gods of Honour, Ep. 1 | PA0001063318 |
| Gods of Honour, Ep. 10 | PA0001063318 |
| Gods of Honour, Ep. 20 | PA0001063318 |
| Gods of Honour, Ep. 30 | PA0001063319 |
| Gods of Honour, Ep. 38 | PA0001063319 |
| Grace Under Fire, Ep. 1 | PA0001776413 |
| Grace Under Fire, Ep. 6 | PA0001776413 |
| Grace Under Fire, Ep. 12 | PA0001776413 |
| Grace Under Fire, Ep. 13 | PA0001776413 |
| Grace Under Fire, Ep. 18 | PA0001776413 |
| Grace Under Fire, Ep. 25 | PA0001776413 |
| Grace Under Fire. Ep. 32 | PA0001776413 |
| Heaven Sword and Dragon Sabre, Ep. 1 | PA0001012498 |
| Heaven Sword and Dragon Sabre. Ep. 10 | PA0001012498 |
| Heaven Sword and Dragon Sabre, Ep. 20 | PA0001012498 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Heaven Sword and Dragon Sabre, Ep. 30 | PA0001012450 |
| Heaven Sword and Dragon Sabre, Ep. 31 | PA0001012450 |
| Heaven Sword and Dragon Sabre, Ep. 41 | PA0001012450 |
| Highs and Lows, Ep. 1 | PA0001840632 |
| Highs and Lows, Ep. 5 | PA0001840632 |
| Highs and Lows, Ep. 10 | PA0001840632 |
| Highs and Lows, Ep. 15 | PA0001840632 |
| Highs and Lows, Ep. 20 | PA0001840632 |
| Highs and Lows, Ep. 26 | PA0001840632 |
| Highs and Lows, Ep. 29 | PA0001840632 |
| House of Harmony and Vengeance, Ep. 1 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 6 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 11 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 16 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 21 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 26 | PA0001857846 |
| House of Harmony and Vengeance, Ep. 30 | PA0001857846 |
| Inbound Troubles, Ep. 1 | PA0001848886 |
| Inbound Troubles, Ep. 5 | PA0001848886 |
| Inbound Troubles, Ep. 10 | PA0001848886 |
| Inbound Troubles, Ep. 15 | PA0001848886 |
| Inbound Troubles, Ep. 20 | PA0001848886 |
| Karma Rider, Ep. 1 | PA0001863828 |
| Karma Rider, Ep. 6 | PA0001863828 |
| Karma Rider, Ep. 11 | PA0001863828 |
| Karma Rider, Ep. 15 | PA0001863828 |
| Karma Rider, Ep. 20 | PA0001863828 |
| King Maker, Ep. 1 | PA0001827056 |
| King Maker, Ep. 5 | PA0001827056 |
| King Maker, Ep. 10 | PA0001827056 |
| King Maker, Ep. 15 | PA0001827056 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| King Maker, Ep. 20 | PA0001827056 |
| King Maker, Ep. 22 | PA0001827056 |
| King Maker, Ep. 26 | PA0001827056 |
| Man In Charge, Ep. 1 | PA0001738145 |
| Man In Charge, Ep. 9 | PA0001738145 |
| Man In Charge, Ep. 12 | PA0001738145 |
| Man In Charge, Ep. 19 | PA0001738145 |
| Man In Charge, Ep. 20 | PA0001738145 |
| Master of Play, Ep. 1 | PA0001827046 |
| Master of Play, Ep. 6 | PA0001827046 |
| Master of Play, Ep. 11 | PA0001827046 |
| Master of Play, Ep. 16 | PA0001827046 |
| Master of Play, Ep. 21 | PA0001827046 |
| Master of Play, Ep. 27 | PA0001827046 |
| Master of Play, Ep. 30 | PA0001827046 |
| Missing You, Ep. 1 | PA0001840634 |
| Missing You, Ep. 5 | PA0001840634 |
| Missing You, Ep. 10 | PA0001840634 |
| Missing You, Ep. 15 | PA0001840634 |
| Missing You, Ep. 20 | PA0001840634 |
| Never Dance Alone, Ep. 1 | PA0001919570 |
| Never Dance Alone, Ep. 5 | PA0001919570 |
| Never Dance Alone, Ep. 10 | PA0001919570 |
| Never Dance Alone, Ep. 14 | PA0001919570 |
| Never Dance Alone, Ep. 19 | PA0001919570 |
| Never Dance Alone, Ep. 25 | PA0001919570 |
| Never Dance Alone, Ep. 30 | PA0001919570 |
| No Good Either Way, Ep. 1 | PA0001827058 |
| No Good Either Way, Ep. 6 | PA0001827058 |
| No Good Either Way, Ep. 10 | PA0001827058 |
| No Good Either Way, Ep. 14 | PA0001827058 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| No Good Either Way, Ep. 20 | PA0001827058 |
| Outbound Love, Ep. 1 | PA0001891391 |
| Outbound Love, Ep. 4 | PA0001891391 |
| Outbound Love, Ep. 8 | PA0001891391 |
| Outbound Love, Ep. 14 | PA0001891391 |
| Outbound Love, Ep. 18 | PA0001891391 |
| Outbound Love, Ep. 21 | PA0001891391 |
| Queen Divas, Ep. 1 | PA0001894494 |
| Queen Divas, Ep. 5 | PA0001894494 |
| Queen Divas, Ep. 9 | PA0001894494 |
| Queen Divas, Ep. 14 | PA0001894494 |
| Reality Check, Ep. 1 | PA0001845356 |
| Reality Check, Ep. 5 | PA0001845356 |
| Reality Check, Ep. 10 | PA0001845356 |
| Reality Check, Ep. 15 | PA0001845356 |
| Reality Check, Ep. 20 | PA0001845356 |
| Return of the Silver Tongue, Ep. 1 | PA0001910251 |
| Return of the Silver Tongue, Ep. 5 | PA0001910251 |
| Return of the Silver Tongue, Ep. 10 | PA0001910251 |
| Return of the Silver Tongue, Ep. 15 | PA0001910251 |
| Return of the Silver Tongue, Ep. 20 | PA0001910251 |
| Return of the Silver Tongue, Ep. 25 | PA0001910251 |
| Ruse of Engagement, Ep. 1 | PA0001901753 |
| Ruse of Engagement, Ep. 5 | PA0001901753 |
| Ruse of Engagement, Ep. 9 | PA0001901753 |
| Ruse of Engagement, Ep 15 | PA0001901753 |
| Ruse of Engagement, Ep. 20 | PA0001901753 |
| Ruse of Engagement, Ep. 24 | PA0001901753 |
| Season of Love, Ep. 1 | PA0001840377 |
| Season of Love, Ep. 5 | PA0001840377 |
| Season of Love, Ep. 10 | PA0001840377 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Season of Love, Ep. 15 | PA0001840377 |
| Season of Love, Ep. 20 | PA0001840377 |
| Sergeant Tabloid, Ep. 1 | PA0001827198 |
| Sergeant Tabloid, Ep. 6 | PA0001827198 |
| Sergeant Tabloid, Ep. 11 | PA0001827198 |
| Sergeant Tabloid, Ep. 15 | PA0001827198 |
| Sergeant Tabloid, Ep. 20 | PA0001827198 |
| Silver Spoon, Sterling Shackles, Ep. 1 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 4 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 8 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 13 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep 18 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 22 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 27 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 33 | PA0001840638 |
| Silver Spoon, Sterling Shackles, Ep. 40 | PA0001840638 |
| Slow Boat Home, Ep. 1 | PA0001857765 |
| Slow Boat Home, Ep. 6 | PA0001857765 |
| Slow Boat Home, Ep. 11 | PA0001857765 |
| Slow Boat Home, Ep. 15 | PA0001857765 |
| Slow Boat Home, Ep. 19 | PA0001857765 |
| Slow Boat Home, Ep. 23 | PA0001857765 |
| Slow Boat Home, Ep. 25 | PA0001857765 |
| Sniper Standoff, Ep. 1 | PA0001881211 |
| Sniper Standoff, Ep. 5 | PA0001881211 |
| Sniper Standoff, Ep. 10 | PA0001881211 |
| Sniper Standoff, Ep. 15 | PA0001881211 |
| Sniper Standoff, Ep. 20 | PA0001881211 |
| Sniper Standoff, Ep. 22 | PA0001881211 |
| Sniper Standoff, Ep. 25 | PA0001881211 |
| Storm in a Cocoon, Ep. 1 | PA0001901640 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Storm in a Cocoon, Ep. 6 | PA0001901640 |
| Storm in a Cocoon, Ep. 10 | PA0001901640 |
| Storm in a Cocoon, Ep. 15 | PA0001901640 |
| Storm in a Cocoon, Ep. 19 | PA0001901640 |
| Storm in a Cocoon, Ep. 24 | PA0001901640 |
| Storm in a Cocoon, Ep. 29 | PA0001901640 |
| Storm in a Cocoon, Ep. 31 | PA0001901640 |
| Sweetness in the Salt, Ep. 1 | PA0001660153 |
| Sweetness in the Salt, Ep. 9 | PA0001660153 |
| Sweetness in the Salt, Ep. 13 | PA0001660153 |
| Sweetness in the Salt, Ep. 17 | PA0001660153 |
| Sweetness in the Salt, Ep. 21 | PA0001727287 |
| Sweetness in the Salt, Ep. 23 | PA0001727287 |
| Sweetness in the Salt, Ep. 25 | PA0001727287 |
| Swipe Tap Love, Ep. 1 | PA0001900069 |
| Swipe Tap Love. Ep. 5 | PA0001900069 |
| Swipe Tap Love. Ep. 10 | PA0001900069 |
| Swipe Tap Love, Ep. 14 | PA0001900069 |
| Swipe Tap Love, Ep. 20 | PA0001900069 |
| The Confidant, Ep. 1 | PA0001840635 |
| The Confidant, Ep. 6 | PA0001840635 |
| The Confidant, Ep. 11 | PA0001840635 |
| The Confidant, Ep. 17 | PA0001840635 |
| The Confidant, Ep. 22 | PA0001840635 |
| The Confidant, Ep. 28 | PA0001840635 |
| The Confidant, Ep. 33 | PA0001840635 |
| The Day of Days, Ep. 1 | PA0001839833 |
| The Day of Days, Ep. 5 | PA0001839833 |
| The Day of Days, Ep. 10 | PA0001839833 |
| The Day of Days, Ep. 15 | PA0001839833 |
| The Day of Days, Ep. 20 | PA0001839833 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| The Four, Ep. 1 | PA0001638548 |
| The Four, Ep. 5 | PA0001638548 |
| The Four, Ep. 10 | PA0001638548 |
| The Four, Ep. 12 | PA0001638548 |
| The Four, Ep. 15 | PA0001638548 |
| The Four, Ep. 20 | PA0001638548 |
| The Four, Ep. 24 | PA0001638550 |
| The Four, Ep. 25 | PA0001638550 |
| The Greatness of A Hero, Ep. 1 | PA0001660075 |
| The Greatness of A Hero, Ep. 5 | PA0001660075 |
| The Greatness of A Hero, Ep. 10 | PA0001660075 |
| The Greatness of A Hero, Ep. 14 | PA0001660075 |
| The Greatness of A Hero, Ep. 20 | PA0001660075 |
| The Hippocratic Crush, Ep. 1 | PA0001857863 |
| The Hippocratic Crush, Ep. 6 | PA0001857863 |
| The Hippocratic Crush, Ep. 11 | PA0001857863 |
| The Hippocratic Crush, Ep. 16 | PA0001857863 |
| The Hippocratic Crush, Ep. 21 | PA0001857863 |
| The Hippocratic Crush, ep. 25 | PA0001857863 |
| The Hippocratic Crush II, Ep. 1 | PA0001883626 |
| The Hippocratic Crush II, Ep. 6 | PA0001883626 |
| The Hippocratic Crush II, Ep. 11 | PA0001883626 |
| The Hippocratic Crush II, Ep. 16 | PA0001883626 |
| The Hippocratic Crush II, Ep. 21 | PA0001883626 |
| The Hippocratic Crush II, Ep. 25 | PA0001883626 |
| The Hippocratic Crush II, Ep. 30 | PA0001883626 |
| The Last Steep Ascent, Ep. 1 | PA0001827043 |
| The Last Steep Ascent, Ep. 5 | PA0001827043 |
| The Last Steep Ascent, Ep. 12 | PA0001827043 |
| The Last Steep Ascent, Ep. 17 | PA0001827043 |
| The Last Steep Ascent, Ep. 20 | PA0001827043 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
| --- | --- |
| The Last Steep Ascent, Ep. 24 | PA0001827043 |
| The Master of Tai Chi, Ep. 1 | PA0001619042 |
| The Master of Tai Chi, Ep. 8 | PA0001619042 |
| The Master of Tai Chi, Ep. 16 | PA0001619042 |
| The Master of Tai Chi, Ep. 17 | PA0001619042 |
| The Master of Tai Chi, Ep. 23 | PA0001619041 |
| The Ultimate Addiction, Ep. 1 | PA0001916638 |
| The Ultimate Addiction, Ep. 6 | PA0001916638 |
| The Ultimate Addiction, Ep. 11 | PA0001916638 |
| The Ultimate Addiction, Ep. 15 | PA0001916638 |
| The Ultimate Addiction, Ep. 17 | PA0001916638 |
| The Ultimate Addiction, Ep. 22 | PA0001916638 |
| The Ultimate Addiction, Ep. 26 | PA0001916638 |
| The Ultimate Addiction, Ep. 30 | PA0001916638 |
| Three Kingdoms RPG, Ep. 1 | PA0001827052 |
| Three Kingdoms RPG, Ep. 5 | PA0001827052 |
| Three Kingdoms RPG, Ep. 9 | PA0001827052 |
| Three Kingdoms RPG, Ep. 13 | PA0001827052 |
| Three Kingdoms RPG, Ep. 18 | PA0001827052 |
| Three Kingdoms RPG, Ep. 21 | PA0001827052 |
| Three Kingdoms RPG, Ep. 24 | PA0001827052 |
| Tiger Cubs, Ep. 1 | PA0001827044 |
| Tiger Cubs, Ep. 5 | PA0001827044 |
| Tiger Cubs, Ep. 9 | PA0001827044 |
| Tiger Cubs, Ep. 13 | PA0001827044 |
| Triumph in The Skies II, Ep. 1 | PA0001877655 |
| Triumph in The Skies II, Ep. 7 | PA0001877655 |
| Triumph in The Skies II, Ep. 13 | PA0001877655 |
| Triumph in The Skies II, Ep. 19 | PA0001877655 |
| Triumph in The Skies II, Ep. 24 | PA0001877655 |
| Triumph in The Skies II, Ep. 29 | PA0001877655 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Triumph in The Skies II, Ep. 33 | PA0001877655 |
| Triumph in The Skies II, Ep. 39 | PA0001877655 |
| Triumph in The Skies II, Ep. 41 | PA0001877655 |
| Twin of Brothers, Ep. 1 | PA0001242731 |
| Twin of Brothers, Ep. 5 | PA0001242731 |
| Twin of Brothers, Ep. 10 | PA0001242731 |
| Twin of Brothers, Ep. 13 | PA0001242731 |
| Twin of Brothers, Ep. 18 | PA0001242731 |
| Twin of Brothers, Ep. 23 | PA0001242730 |
| Twin of Brothers, Ep. 25 | PA0001242730 |
| Twin of Brothers, Ep. 30 | PA0001242730 |
| Twin of Brothers, Ep. 35 | PA0001242730 |
| Twin of Brothers, Ep. 41 | PA0001242739 |
| Twin of Brothers, Ep. 42 | PA0001242739 |
| Whatever It Takes, Ep. 1 | PA0001102787 |
| Whatever It Takes, Ep. 7 | PA0001102787 |
| Whatever It Takes, Ep. 8 | PA0001102787 |
| Whatever It Takes, Ep. 14 | PA0001102787 |
| Whatever It Takes, Ep. 17 | PA0001102787 |
| Whatever It Takes, Ep. 20 | PA0001102787 |
| Will Power, Ep.1 | PA0001884284 |
| Will Power, Ep. 5 | PA0001884284 |
| Will Power, Ep. 11 | PA0001884284 |
| Will Power, Ep. 16 | PA0001884284 |
| Will Power, Ep. 21 | PA0001884284 |
| Will Power, Ep. 26 | PA0001884284 |
| Will Power, Ep. 31 | PA0001884284 |
| Witness Insecurity, Ep. 1 | PA0001827051 |
| Witness Insecurity, Ep. 5 | PA0001827051 |
| Witness Insecurity, Ep. 10 | PA0001827051 |
| Witness Insecurity, Ep. 14 | PA0001827051 |

| TITLE OF WORK AND EPISODE NUMBER | COPYRIGHT REGISTRATION NUMBER |
|---|---|
| Witness Insecurity, Ep. 19 | PA0001827051 |
| Witness to a Prosecution, Ep. 1 | PA0000980415 |
| Witness to a Prosecution, Ep. 8 | PA0000980415 |
| Witness to a Prosecution, Ep. 15 | PA0000980415 |
| Witness to a Prosecution, Ep. 16 | PA0000980415 |
| Witness to a Prosecution, Ep. 22 | PA0000980415 |