CARLA A. McCAULEY (State Bar No. 223910)
  carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
  robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
  lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
  samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
  georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. <br> **CV 15-1869 MMM (AJWx)** <br><br> **DECLARATIONS OF WUKOSON; KOONCE; WEIL; BRAAK; TSANG AND McCAULEY IN SUPPORT OF MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT WITH EXHIBITS 1-27 VOL. 1 OF 2** <br><br> [Notice of Motion and Motion to Hold Create New Technology (HK) in Contempt of Court and [Proposed] Order] <br><br> Courtroom: 780 <br> Judge: Hon. Margaret M. Morrow <br><br> Complaint Filed: March 13, 2015 <br> Trial Date: |

**DECLARATION OF WUKOSON**

# <u>DECLARATION OF GEORGE P. WUKOSON</u>

I, George P. Wukoson, declare as follows:

1.      I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York. I am an associate with the law firm of Davis Wright Tremaine LLP ("DWT"), counsel to the Plaintiffs in this action, admitted *pro hac vice*.

2.      In support of Plaintiffs' motion for preliminary injunction, filed March 16, 2015, Plaintiffs filed with the Court several volumes of declarations and exhibits. Among those exhibits were print-outs and screenshots of the website operated by Create New Technology (HK) Limited ("CNT"), located at itvpad.com, as well as of CNT's Facebook page. These exhibits—and in particular, Exhibits 7, 14, 16 through 19, 21-24 and 29 of Document Numbers 23-2 and 23-3—show CNT's advertising and marketing of various Infringing TVpad applications or "apps" (hereinafter the "Infringing TVpad Apps"). These and other exhibits—in particular Exhibits 8, 15, 17-18, 20, 26 and 29 of Document Numbers 23-2 and 23-3—also show CNT touting the TVpad device as a means for overseas Chinese to access Chinese language content from mainland China, Taiwan and Hong Kong, including copyrighted CCTV and TVB programs, for free. All of these exhibits were compiled by Plaintiffs' investigation firm, Mintz Group LLC.

3.      After entry of the Court's preliminary injunction order in this action on June 11, 2015, I and a paralegal acting under my direction and control, accessed the same itvpad.com webpages and Facebook pages previously preserved and submitted in support of Plaintiffs' motion for preliminary injunction. We did so in order to determine whether the CNT web pages that previously advertised Infringing TVpad Apps and touted the availability of Plaintiffs' programming for free had been removed, as required by the Court's preliminary injunction order. I also looked to see whether CNT had added any new advertising of similar character to its websites and Facebook pages since entry of the Court's Order. Finally, I reviewed the official

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

fan forum that CNT operates at tvpadfanforum.com to determine whether CNT was allowing users to add new posts that advertise the free availability of CCTV and TVB programs on the TVpad.  The results of my research are detailed below.

**CNT's Websites Continues to Actively Promote the Infringing TVpad Apps**

4.    In summary, based on our review, all of the pages on CNT's itvpad.com website that Plaintiffs submitted to the Court in support of their preliminary injunction motion remain unchanged in all material respects.

5.    Moreover, since approximately June 9, 2015, CNT has duplicated all material content from the itvpad.com website on a new "official" TVpad website located at mtvpad.com.  Attached hereto as **Exhibit 1** is a true and correct copy of a notice of the change of the domain, identifying mtvpad.com as the new location for the TVpad official website and store, as of June 9, 2015.   Despite this notice indicating a migration to the new website, both the itvpad.com and mtvpad.com websites continue to operate.

6.    The new mtvpad.com website continues to tout the TVpad as a device that offers Chinese-language TV and video-on-demand programming without monthly fees.  As detailed in the Declaration that Mintz investigator Christopher Weil submitted in support of the preliminary injunction motion, the itvpad.com website touted the TVpad as a means of providing overseas Chinese content from mainland China, Taiwan and Honk Kong.  Declaration of Christopher Weil, dated Mar. 6, 2015 [Doc. No. 23-1] ("Weil PI Decl.") ¶¶ 19, 29, 31, Ex. 8.  CNT has since expanded this language to add the following statement on the mtvpad.com website:

> Cooperated with tens of excellent app providers worldwide,
> TVpad offers you massive customized apps, making it
> possible for you to enjoy live shows, VOD, time-shifting,
> and more Chinese contents [sic] abroad. The latest 1080P
> movies, TV dramas from Chinese
> mainland/HK/Taiwan/USA/Japan/

<div align="center">2</div>

Declaration of George P. Wukoson
DWT 27474123v5 0094038-000021

Davis Wright Tremaine LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

South Korea or the sports shows you just missed are all on

TVpad4.

Sports VOD 12-hour time-shifting 72-hour playback

Born for overseas Chinese

As before, since entry of the preliminary injunction, this CNT website continues to advertise Infringing TVpad Apps that stream CCTV and TVB programs and even adds one additional Infringing TVpad App.  A true and correct copy of  this webpage, located at http://en.mtvpad.com/tvpad4/index.html and printed on August 5, 2015, and which I confirmed accurately reflect the contents of the webpage, is attached hereto as **Exhibit 2**.

7.     Elsewhere on CNT's websites, CNT continues to use images of the Infringing TVpad Apps to advertise the TVpad device.  As noted in the Weil PI Declaration, at http://tvpaden.itvpad.com/products/ c52cefa10d124950a125de7399f6c1e3.html, CNT uses images of the Infringing TVpad Apps to advertise its product offerings.  Weil PI Decl. ¶¶ 18, 25(d), Ex. 7. While some of the advertising text has changed, I confirmed that the same Infringing TVpad Apps still appear at that webpage since entry of the Preliminary Injunction. Moreover, the content using the Infringing TVpad Apps to market the TVpad device is replicated on the new CNT webpage located at http://tvpaden.mtvpad.com/products/ c52cefa10d124950a125de7399f6c1e3.html. True and correct copies of the aforementioned webpages, printed on July 28, 2015 and which I confirmed accurately reflect these webpages, are attached hereto as **Exhibit 3**.

8.     As noted in the Weil PI Declaration, on the Chinese-language version of its website, CNT uses graphics from the BETV Plus and Yue Hai apps—two of the Infringing TVpad Apps—in connection with promoting the TVpad4, at http://www.itvpad.com/tvpad4/tvpad_cn.html.  Weil PI Decl. ¶ 32, Ex. 14.  I confirmed that the webpage appears to be materially unaltered since entry of the

3

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Preliminary Injunction, with all of the graphics reflecting the Infringing TVpad Apps still present.  Moreover, the same content has since been replicated on the new CNT website at http://www.mtvpad.com/tvpad4/tvpad_cn.html.  True and correct copies of the aforementioned webpages, printed on July 28, 2015 and August 11, 2015 respectively, and which I confirmed accurately reflect the content of these webpages, are attached hereto as **Exhibit 4**.

9.    On the blog portions of CNT's website, CNT also continues to use the Infringing TVpad apps to promote its TVpad device.  As noted in the Weil PI Declaration, on the webpage located at http://en.itvpad.com/blog/blogInfo61.html CNT expressly recommends the 516, BETV, and Hue Hai Kuan Pin apps for television programming from Taiwan, mainland China and from TVB.  Weil PI Decl. ¶ 34, Ex. 16.  I confirmed that this webpage remains unaltered since entry of the Preliminary Injunction.  Moreover, the same content has since been replicated on CNT's new website, located at http://en.mtvpad.com/blog/blogInfo61.html.  True and correct copies of the aforementioned webpages, printed on July 28, 2015 and August 10, 2015 respectively, and which I confirmed accurately reflect the content of these webpages, are attached hereto as **Exhibit 5**.

10.    As noted in the Weil PI Declaration, elsewhere on the TVpad blog, CNT touts the availability of live TVB content, also commenting that the TVpad offers over 300 channels from mainland China, and more than 40 live channels from Hong Kong and Taiwan, including TVB channels.  Weil PI Decl. ¶ 36, Ex. 17.  The same blog post displays images of multiple Infringing TVpad Apps and, as noted by the Weil Declaration, images from CCTV programming delivered through those apps.  I confirmed that this webpage, located at http://en.itvpad.com/blog/blogInfo387.html, remains unaltered since entry of the Preliminary Injunction.  I also confirmed that the same content has been replicated on CNT's new website at http://en.mtvpad.com/blog/blogInfo387.html.  True and correct copies of the aforementioned webpages, printed on July 28, 2015 and August 10, 2015

Declaration of George P. Wukoson
DWT 27474123v5 0094038-000021

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

respectively, and which I confirmed accurately reflect the content of these webpages, are attached hereto as **Exhibit 6**.

11.   As noted in the Weil PI Declaration, another blog post on CNT's website from January 2015 states that the infringing Gang Yue Wang Luo Dian Shi app provides most of its live channels in high definition, and that they "are absolutely the favorites of TVB fans," illustrating this point with a screenshot of a TVB program. Weil PI Decl. ¶ 36, Ex. 18.  Following entry of the preliminary injunction, I confirmed that this web page, located at http://www.itvpad.com/blog/blogInfo400.html, is apparently unaltered except for a new TVpad Blog banner, while the same key graphic with the TVB program is still present.  As in the other examples, this same content has been replicated on the new CNT website at http://www.mtvpad.com/blog/blogInfo400.html.  True and correct copies of the aforementioned webpages, printed on July 28, 2015 and August 10, 2015 respectively, and which I confirmed accurately reflect the content of these webpages, are attached hereto as **Exhibit 7**.

12.   I also confirmed that another CNT blog post discussed in the Weil PI Decl (at ¶ 37, Ex. 19) remains on the CNT website.  This CNT blog post instructs customers how to download and install one of the infringing BETV apps (BETVII) from the TVpad Store and how to select infringing television broadcasts, using a series of screenshots.  This post on CNT's website, located at http://en.itvpad.com/blog/blogInfo93.html, remains unaltered notwithstanding this Court's preliminary injunction order, and has since been replicated on the new CNT website, located at http://en.mtvpad.com/blog/blogInfo93.html.  True and correct copies of the aforementioned webpages, printed on July 28, 2015 and August 10, 2015 respectively, and which I confirmed accurately reflect the content of these webpages, are attached hereto as **Exhibit 8**.

13.   Finally, as discussed in the Weil PI Declaration, CNT also aggressively recruits new distributors in the United States and elsewhere by using TVB and CCTV

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

logos and falsely claiming this content is authorized for use on the TVpad. Weil PI Decl. ¶¶ 33, 65-67, Exs. 15, 39. This content still appears on the original CNT website at http://en.itvpad.com/tvpad4/tvpadzs.html and is replicated on CNT's new website at http://en.mtvpad.com/tvpad4/tvpadzs.html. True and correct copies of the aforementioned webpages, printed on July 28, 2015 and August 24, 2015 respectively, and which I confirmed accurately reflect these webpages, are attached hereto as **Exhibit 9**.

### CNT's TVpad Facebook Page Also Remains Unaltered

14. As part of my research into CNT's post-injunction compliance, I also reviewed CNT's Facebook page to determine whether the posts previously identified in Plaintiffs' motion for preliminary injunction as encouraging the use of Infringing TVpad Apps or use of the TVpad to access Plaintiffs' copyrighted programs had been taken down. All of these posts remain on CNT's Facebook page, with additional promotions for the TVpad and encouragement of infringement of Plaintiffs' copyrighted programs added in recent months.

15. The post on CNT's Facebook page that promotes the TVpad logo in connection with program information for a CCTV documentary, identified in the Weil PI Declaration (at ¶ 40, Ex. 20), remains on CNT's Facebook page. A true and correct copy of this page, located at https://www.facebook.com/mytvpad/posts/637604316309012, printed on July 28, 2015, and which I confirmed accurately reflects the content of this webpage, is attached hereto as **Exhibit 10**.

16. The post on CNT's Facebook page featuring icons for the Infringing TVpad apps BETV, 516, Yue Hai and Gang Yue Kuai and also demonstrating streaming television content using a CCTV broadcast, which was identified in the Weil Declaration at Paragraph 42 and Exhibit 21, remains available at https://www.facebook.com/mytvpad/app_349313058487732. A true and correct

6

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

copy of that website, printed on July 28, 2015, and which I confirmed accurately reflects the content of this webpage, is attached hereto as **Exhibit 11**.

17.     Similarly, CNT has not taken down the Facebook posts in which CNT administrators recommend that TVpad users download and use Infringing Apps to access CCTV and TVB programming.  For example, the posts discussed in the Weil PI Declaration at Paragraphs 43 through 45 and shown in Exhibits 22 through 24 thereto are all still available on CNT's Facebook site.  True and correct copies of these pages, located at https://www.facebook.com/video.php?_rdr=p&v=10201248080395719, https://www.facebook.com/mytvpad/posts/664505466952230, and https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.1476890753 00541/547169388685839/?type=1, printed on July 28, 2015 and which I confirmed accurately reflect the contents of these webpages, are attached hereto as **Exhibit 12**.

18.     Since entry of the Preliminary Injunction, CNT has also not removed the post in which administrators claim that TVpad's offerings of TVB content is "legal." *See* Weil PI Decl. ¶ 47, Ex. 26.  A true and correct copy of that post, located at https://www.facebook.com/mytvpad/posts/773538599382249, printed on July 28, 2015 and which I confirmed accurately reflects the content of this webpage, is attached hereto as **Exhibit 13**.

19.     Since entry of the Preliminary Injunction, new posts to the TVpad Facebook page continue to both advertise the TVpad device for sale and encourage users to access CCTV and TVB programs through the Infringing TVpad Apps.  For example, in response to a post on Facebook dated August 4, 2015 that advertises the TVpad device and advises customers to use the official website and fan forum for customer service assistance, a customer posted a request seeking advice about how to upload Hong Kong TVB shows and dramas.  In response, on August 6, 2015, a CNT administrator of the Facebook page responded "Hong Kong Cantonese Network, HKTV, HK Time Shift, HK broadband, etc."  In another example, a user on August

7

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6, 2015 asked on CNT's Facebook page "Just upgrade to TV pad 4, all TV drama in Cantonese, even Taiwan drama, what do I need to download for mandarin speaking." In response, a CNT administrator of the Facebook page responded "You can try BETV, BETV plus"—both of which are Infringing TVpad Apps. True and correct copies of these posts, located at

https://www.facebook.com/mytvpad/posts/870011226401652 and

https://www.facebook.com/mytvpad/photos/a.155317217871060.38096.1476890753 00541/870004436402331/?type=1&theater, printed on August 10, 2015 and captured August 11, 2015 respectively and which I confirmed accurately reflects the content of these webpages, is attached hereto as **Exhibit 14**, along with a certified English translation of the first of the two posts.

<div align="center">

**The TVpad Fan Forum Also Continues to Promote**

**the Infringing Apps and Infringement of Plaintiffs' Programming**

</div>

20.    Since entry of the Preliminary Injunction, CNT also continues to operate a TVpad fan forum at www.tvpadfans.com, which, as discussed in the August 10, 2015 post on the CNT Facebook page in **Exhibit 14** above, is the "official forum" for the TVpad. As discussed in the Weil PI Declaration at Paragraphs 48-50, CNT's official fan forum hosts numerous discussion threads about Infringing TVpad apps and the availability of TVB and CCTV programming on the TVpad device including discussions about which particular Infringing TVpad Apps stream CCTV and TVB content, how to access those Infringing TVpad Apps, problems with the Infringing TVpad Apps, and the like. These posts, discussed in the Weil PI Declaration at paragraph 50 and shown in Exhibit 29 thereto, all remain on the CNT fan forum without any alteration since entry of the Preliminary Injunction. True and correct copies of these webpages, which are located at http://tvpadfans.com/thread-271105-1-1.html; http://www.tvpadfans.com/thread-46824-1-1.html; http://tvpadfans.com/thread-158026-1-3.html; http://www.tvpadfans.com/thread-191223-1-1.html; http://tvpadfans.com/thread-158188-1-5.html;

<div align="center">8</div>

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

http://www.tvpadfans.com/thread-167543-1-1.html; and

http://www.tvpadfans.com/thread-165359-1-1.html, printed on July 29, 2015 and

which I confirmed accurately reflect that contents of these webpages, are attached

hereto as **Exhibit 15**.

21.    More recent messages posted to the CNT fan forum after entry of the

Preliminary Injunction on June 11, 2015, continue to add similar content, with users

posting instructions and schedules for accessing CCTV and TVB programs on the

TVpad.  True and correct copies of posts from July 2, 2015 through July 27, 2015,

located at http://www.tvpadfans.com/forum.php?mod=viewthreat&tid=374477 and

http://www.tvpadfans.com/thread-374885-1-1.html, printed on August 10, 2015 and

August 3, 2015, respectively, and which I confirmed accurately reflect the contents

of these webpages, are attached hereto as **Exhibit 16**, along with certified

translations to English.

22.    In another post on the CNT fan forum dated July 22, 2015, a customer

states that "Admin recommended that I write a review to compare how the old and

new [TVpad] models differ."  The customer goes on to state in the review:

> About 4-5 years ago, I bought the first generation TvPad.
> At the time, I bought it because TvPad was the only thing I
> could use to watch live broadcasts of Hong Kong programs
> without paying a monthly fee.  Before buying TvPad, I paid
> a monthly fee of $39.99 (US dollars, same for the rest of
> the post) to watch Hong Kong Jade Channel.

At the conclusion of a lengthy review of the device, the customer goes on to

conclude:  "If customers want to use it to watch Hong Kong program, [sic] I believe

TvPad is still the best option.  Even though it is more expensive, it has better clarity,

smoothness, and reputation."  At the bottom of the review, the post notes that "This

thread was added by admin at 2015-7-23 16:13 into the list of best posts."  A true and

correct copy of this post located at http://www.tvpadfans.com/thread-374801-1-

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1.html, printed on July 31, 2015 and which I confirmed accurately reflects the contents of this website, is attached hereto as **Exhibit 17**, along with a certified translation to English.

23.    I spent 22.6 hours researching, drafting and preparing exhibits in support of Plaintiffs' Motion to Hold Defendant CNT in Contempt.  My hourly rate in this action is $414.  I was admitted to the bar in New York in 2008, and I am an Associate at Davis Wright Tremaine LLP.  My hourly rate is consistent with, and actually substantially lower than, the rates charged by other law firms in New York City for the work of associate attorneys with my level of experience.  I also supervised the work of John Arweiler, a paralegal with Davis Wright Tremaine LLP, who helped to compile and prepare exhibits to support Plaintiffs' Motion to Hold Defendant CNT in Contempt.  Mr. Arweiler's hourly rate in this action is $171 and he spent a total of 6.1 hours preparing exhibits on this Motion.  Based on my experience working for two law firms in New York City, Mr. Arweiler's hourly rate is consistent with the and on the low end of rates charged for the work of other paralegals in the New York City area.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of August, 2015.

George P. Wukoson

Declaration of George P. Wukoson
DWT 27474123v5 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**DECLARATION OF KOONCE**

# DECLARATION OF LACY H. KOONCE III

I, Lacy H. Koonce III, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York. I am a partner with the law firm of Davis Wright Tremaine LLP ("DWT"), counsel to the Plaintiffs in this action, admitted *pro hac vice*.

2. On June 11, 2015, the Court entered its Order granting a preliminary injunction in this matter (the "Preliminary Injunction Order"), along with Findings of Fact and Conclusions of Law in support of its Preliminary Injunction Order. On June 12, 2015, I emailed counsel for Create New Technology (HK) Limited ("CNT") to confirm that counsel had provided notice of the Court's Preliminary Injunction Order to CNT. I received confirmation on June 18, 2015 via email that counsel had forwarded a copy of the Preliminary Injunction Order to CNT at its last known address. A true and correct copy of my email communications with counsel for CNT is attached hereto at **Exhibit 18.**

3. On June 16, 2015, I emailed a copies of the Preliminary Injunction Order and the Findings of Fact to CNT010 <1580468943@qq.com>, an email address from which I have received email communications from Create New Technology (HK) Limited in the past relating to this lawsuit. A true and correct copy of my email to CNT, with confidential settlement communications redacted, is attached hereto as **Exhibit 19.**

4. On June 16, 2015, Eastern Daylight Time, my colleague, George Wukoson, requested that Plaintiffs' local counsel in Hong Kong, solicitor Owen Tse of Vivien Chan & Co., serve the Preliminary Injunction Order and the Findings of Fact on CNT at its registered address. Mr. Tse later emailed Mr. Wukoson to confirm that his firm had made personal delivery of the Preliminary Injunction Order and the Findings of Fact on CNT's registered office in Hong Kong and provided a proof of service. I was copied on all of these communications. A true and correct

**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

copy of the Proof of Service of the Preliminary Injunction Order and Findings of Fact

on CNT by a solicitor from Vivien Chan & Co. is attached hereto as **Exhibit 20.**

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed this 25th day of August, 2015.

/s/Lacy H. Koonce III

Lacy H. Koonce III

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**DECLARATION OF WEIL**

# DECLARATION OF CHRISTOPHER WEIL

I, Christopher Weil, declare as follows:

1.    I am a licensed private investigator and partner/shareholder of Mintz Group LLC ("Mintz"), a corporate research and investigations firm headquartered in New York, with offices located in Washington D.C., London, Hong Kong, Beijing, Nairobi, and six other cities throughout the world. I have been employed by Mintz since July 1999. I have worked as a corporate investigator for more than 15 years. During my career I have been involved in, and have overseen, hundreds of investigations involving intellectual property infringement, cybercrime, Internet forensics, and other matters. I make this declaration in support of Plaintiffs' motion for contempt. I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters I believe to be true.

2.    Mintz was retained in 2014 by Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)") and DISH Network L.L.C. ("DISH") (collectively "Plaintiffs") to investigate the TVpad device. I am and have been the lead investigator for Plaintiffs' investigation of the TVpad since Mintz was retained.

3.    I understand that on June 11, 2015 a preliminary injunction order was entered by the Court in this case against, among other defendants, Create New Technology (HK) Limited ("CNT"). As part of Mintz's continuing investigation on behalf of Plaintiffs, on July 23, 2015, I directed Clara Ho, a licensed investigator in my San Francisco office who is also a Cantonese speaker, to purchase a TVpad4 device from CNT's mtvpad.com website.

4.    On July 28, 2015, Ms. Ho accessed the mtvpad.com website and placed an order for a TVpad4. The price for the TVpad device was $249. Ms. Ho subsequently contacted a representative with mtvpad.com to update the shipping

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

information to an address in Studio City, California, again at my direction. That shipping address correction was implemented by CNT on July 29, 2015. True and correct copies of the transaction emails and payment confirmation are attached hereto as **Exhibit 24,** with details concerning Mintz's confidential address and mobile phone information redacted for privacy and confidentiality.

5. The device shipped from Hong Kong on July 31, 2015, and arrived at a Mintz drop box located in Studio City, California on August 3, 2015. A true and correct copy of the DHL shipping waybill for the device, with the confidential mail drop location information redacted for privacy and confidentiality, is attached hereto as **Exhibit 25.**

6. At my direction, the device was subsequently shipped from the Studio City address where the device was originally shipped, to Mintz's headquarters in New York for forensic analysis by Nicholas Braak, another investigator working under my direction and control. The TVpad4 arrived in Mintz's offices on August 13, 2015, after which Mr. Braak immediately began inspecting the device forensically, as set forth in his declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August, 2015 in New York, New York.


_____
Christopher Weil

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**DECLARATION OF BRAAK**

# DECLARATION OF NICHOLAS BRAAK

I, Nicholas Braak, declare as follows:

1.     I am a licensed private investigator, and have worked as a computer forensics investigator for more than nine years. I am employed by the Mintz Group LLC ("Mintz"), a corporate research and investigations firm based in New York, with offices in Washington D.C., London, Hong Kong, Beijing, Nairobi, and six other cities throughout the world. I have worked for Mintz since January 2014. During my career in information security and digital forensics, I have participated in hundreds of investigations involving intellectual property rights, cybercrime, Internet forensics, and other matters. I make this declaration in support of Plaintiffs' motion for contempt, and as a supplement to my declaration dated March 6, 2015, which declaration was submitted in support of Plaintiffs' motion for preliminary injunction in this action.  I have personal knowledge of the facts contained herein and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters I believe to be true.

2.     Mintz was retained in 2014 by Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)") and DISH Network L.L.C. ("DISH") (collectively "Plaintiffs") to investigate the TVpad device.  Our services included (a) forensic analysis of the TVpad device and of the network that streams unauthorized CCTV and TVB television channels and video-on-demand programming from Asia over the Internet into the United States, and (b) investigation into the origin, distribution, and sale into and within the United States of the TVpad.

3.     I managed the Internet forensic investigation for this matter and conducted research at the direction of Christopher Weil, the lead investigator. As part of my work on the investigation, I personally viewed and tested, by the means described herein, each TVpad device our investigators purchased in the course of this

DECLARATION OF NICHOLAS BRAAK
DWT 27471253v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

investigation. I have personally viewed and caused to be recorded streamed content delivered by those devices.

4. I understand that on June 11, 2015 a preliminary injunction was entered by the Court in this case against, among other defendants, Create New Technology (HK) Limited ("CNT"). As part of Mintz's continuing investigation on behalf of Plaintiffs, after the Court entered its injunction, I conducted forensic investigation of the TVpad devices Mintz's investigators had purchased earlier in our investigation to determine whether CNT has complied with the preliminary injunction order. The results of my forensic analysis of the devices are set forth below.

**<u>The Infringing TVpad Applications Are Still Made Available on The TVpad Device and They Still Stream CCTV and TVB Programs.</u>**

5. Through our initial investigation of the TVpad device, Mintz previously identified 15 TVpad applications ("apps") that users can download from the TVpad Store on either a TVpad3 or TVpad4 device that stream CCTV and TVB copyrighted television programming to users of the TVpad (the "Infringing TVpad Apps"). The Infringing TVpad Apps stream infringing content to users via four different streaming modes: "live" streaming, "time-shifted" streaming, and two forms of "video-on-demand" streaming. These 15 Infringing TVpad Apps are identified in the chart below:

|  | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS  |  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粵海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 粵海寬頻<br>(Yue Hai Kuan Pin)<br> | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粵海寬頻2<br>(Yue Hai Kuan Pin 2)<br> | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |
| 港粵網絡電視<br>(Gang Yue Wang Luo Dian Shi)<br> | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live)<br><br>TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live)<br><br>TVB programs on demand |
| 粵海直播<br>(Yue Hai Zhi Bo)<br> | iNews, J2, PEARL, JADE, JADE HD (live) | |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 516TV  | TVBS (live) | |
| 516網路電視 (516 Online TV)  | CCTV4 (live)<br><br>TVBS (live) | CCTV4 (live)<br><br>TVBS (live)<br><br>TVBS News (live) |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球 (CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |

DECLARATION OF NICHOLAS BRAAK

DWT 27471253v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港台武侠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

6.      As part of my post-preliminary injunction investigation, I analyzed whether (a) each of the Infringing TVpad Apps listed above are still available for download in the TVpad Store for each of the TVpad devices that Mintz purchased as part of its investigation, and (b) whether the Infringing TVpad Apps continue to stream TVB or CCTV content.  From on or about June 15, 2015 until August 14, 2015, I periodically monitored the TVpad3 and TVpad4 devices that Mintz purchased for purposes of its investigation.  During that time period, I confirmed that 14 of the 15 Infringing TVpad Apps identified above continue to be available for download from the TVpad store, and all 15 of the Infringing TVpad Apps continue to stream TVB and CCTV content on at least one of the TVpad models.  The only changes that have occurred are that the Gang Yue Wang Luo Dian Shi and Yue Hai Zhi Bo apps are no longer available for download on TVpad3 device from the TVpad store.  However, the Gang Yue Wang Luo Dian Shi app can still be downloaded from the TVpad Store on TVpad4 devices.  In addition, on the TVpad3 devices that Mintz previously purchased and upon which Mintz had already downloaded copies of the Yue Hai Zhi Bo app, that app still functions and continues to stream TVB content.

7.      My forensic investigation also confirms that, even after the preliminary injunction order was entered in June 2015, the Infringing TVpad Apps in the TVpad

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Store continue to stream CCTV and TVB programming. These Infringing TVpad Apps stream CCTV and TVB programs in four modes:

- live television programming as it is broadcast, subject to a minor delay due to the video capture and streaming process ("Live TV Mode");
- time-delayed live television programming, such that programming is streamed around the same time of day in the U.S. as it originally aired in China, depending on respective time zones ("Time-Shifted Mode");
- specific recorded programming chosen through a menu system, often known as video-on-demand ("VOD Mode"); and
- specific recorded programming chosen through a menu system for a specific time frame, such as the last three days ("Replay Live Mode").

8. As part of my post-preliminary injunction investigation, from time to time over the period of June 15, 2015 through August 14, 2015, I accessed the Infringing TVpad apps and found that each of the 14 Infringing TVpad Apps available in the TVpad Store continue to deliver CCTV or TVB content in one of the four modes described above.

9. I confirmed that, following entry of the preliminary injunction order, the live television video data streamed through Infringing TVpad Apps in Live TV Mode continues to be delivered to TVpad users through a peer-to-peer network on the TVpad3 and TVpad4 Devices in the same manner as I detailed in my declaration dated March 6, 2015 at Paragraphs 53 through 56. In other words, TVpad users who use Infringing TVpad Apps to watch live CCTV and TVB programming not only receive that programming, but continue to simultaneously retransmit that programming to large numbers of other TVpad users in the United States and elsewhere.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

10.     I also was able to confirm that, following entry of the preliminary injunction order, the Infringing TVpad Apps in Live TV Mode continue to connect to a set of leased commercial servers that the apps treat as peers ("Live TV Servers"). These Live TV Servers also stream content to the TVpad devices, presumably to add stability to the peer-to-peer network, especially when few TVpad peers are online. Just as before, since entry of the preliminary injunction, a number of these Live TV Servers continue to be located in the United States, including in Los Angeles, California.

11.     I was also able to confirm that, post-preliminary injunction, the Infringing TVpad Apps that offer VOD Mode and Replay Live Modes continue to allow TVpad users to select an available television program (such as a specific episode from a CCTV or TVB television series) to view "on demand"—that is, commencing from the beginning of the program and playing the program whenever the user chooses.  Infringing TVpad Apps in VOD Mode and Replay Live Mode continue to receive video streams from servers in the U.S., including in Los Angeles, California.

12.     Since entry of the preliminary injunction order, the Infringing TVpad Apps that offer Time-Shifted Mode continue to stream video content by means of a combination of peer-to-peer streaming and direct streaming, while at other times, they stream video content exclusively through direct streaming from servers. Time-Shifted direct streams of television programming continue to appear to originate with servers in China and in California.

13.     During my post-preliminary injunction investigation, I was able to confirm that the Infringing TVpad apps continued to offer CCTV programs through each of the Time-Shift, Live TV and Replay Live modes and TVB programs through each of the VOD, Time-Shift, Live TV and Replay Live modes.  In fact, by spot checking the streaming of devices from June 15, 2015 through August 14, 2015, I was able to confirm that those Infringing TVpad apps that offer live CCTV and TVB

8

DECLARATION OF NICHOLAS BRAAK
DWT 27471253v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

programs do so around the clock, every day of the week, with the exception of occasional outages for maintenance or technical problems.

14.     As further detailed in the Declaration of Christopher Weil, on July 28, 2015, Mintz purchased a new TVpad4 device from CNT's website, mtvpad.com. The device was transferred to my custody on August 13, 2015 at Mintz's headquarters in New York, where I began forensic examination of the new device. The new TVpad4 device is contained in the same packaging as the other TVpad4 devices that Mintz has purchased as part of its investigation.  Likewise, the device itself looks the same as the TVpad4 models we have purchased in the past.

15.     Upon starting up the new TVpad4 device and connecting it to the Internet, I was able to make the following observations:

- The same TVpad4 User Agreement Screen that I identified in my March 6, 2015 declaration at paragraph 30 continues to appear once the device is started.  Notably, Create New Technology (Hong Kong) Limited is identified as the supplier of all TVpad products.  Attached hereto as **Exhibit 26** are true and correct screenshots of the setup screens for the TVpad4, including the TVpad Legal Information and User Agreement, which I personally captured.

- After the user accepts the terms of use on the TVpad4, a series of four promotional screens appear as a slideshow on the device.  Those promotional screens feature icons for one of the Yue Hai Infringing TVpad Apps and the 516TV Infringing TVpad App in exactly the same manner as I identified in my March 6, 2015 declaration at Paragraphs 31 through 32.

- The home screen on the TVpad4 still has a menu bar at the top of the screen that contains the following options: "Picks", "Top", "Categories", "Search", and "Management." The selected option is highlighted, and the others are dimmed.  The home screen of the

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVpad4 still defaults to the "Picks" option, and this screen automatically shows icons under "New" and "Hot" categories of apps. The home screen on the TVpad4 is identical to that which I documented in my March 2015 declaration at Paragraph 46, including listing the same six Infringing TVpad Apps.

16.     I also confirmed that the TVpad4 device we purchased from CNT after entry of the preliminary injunction came equipped with a TVpad Store that offers for download all nine of the Infringing TVpad Apps available for download on TVpad4 devices, as identified in the chart at Paragraph 5, above.  In addition, when I downloaded those Infringing TVpad Apps onto the new TVpad4 device, I was able to confirm that the device continues to provide CCTV and TVB content via VOD, Time-Shift, Live TV and Replay Live modes in the same manner as the TVpad4 devices that Mintz already had in its possession from its earlier investigation.  The TVpad4 we purchased post-preliminary injunction also continues to stream TVB and CCTV content through the Infringing TVpad Apps 24 hours a day, every day of the week, as do the other TVpad4 devices Mintz purchased earlier.

17.     The only material difference I observed with the TVpad4 device we purchased post-preliminary injunction is that it has the latest version of firmware already installed on the device.  As with the other TVpad devices Mintz previously purchased, the devices periodically receive messages advising a user to update the firmware to the most current version.  The TVpad4 we purchased post-preliminary injunction was already updated upon receipt, suggesting it is either a newly built device or an existing device newly updated prior to shipment to the United States.

///

///

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

18.     The ability of CNT to make firmware updates indicates that CNT could have made other updates to comply with this Court's preliminary injunction order, but has failed to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of August, 2015 in New York, New York.


_____
Nicholas Braak

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**DECLARATION OF TSANG**

# <u>DECLARATION OF SAMUEL P. TSANG</u>

I, Samuel P. Tsang, declare as follows:

1. I am the Vice President, Operations for Plaintiff TVB Holdings (USA), Inc. ("TVB (USA)"). I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true. I make this declaration in support of Plaintiffs' motion for contempt.

2. I have worked for TVB (USA) in various roles since 2000. In 2002, I was promoted to Vice President. In my current role as Vice President, Operations, I am responsible for overseeing the functions of Subscription Sales and Customer Service, U.S. News Production, Television Production, Engineering, and Information Technology. As a result of my experience working for TVB (USA) since 2000 and in my different roles as Customer Service Manager, Vice President, Marketing, and now Vice President, Operations, I am familiar with TVB (USA)'s business, including its history as a company, its programming, its programming distribution models, and its agreements with other companies to distribute its television programming within the United States. I am also familiar with the TVpad device, the infringing television programming available on that device, and TVB (USA)'s investigation of the manufacturer and distributors of the TVpad.

3. As part of my job responsibilities, I have led TVB (USA)'s investigation of the TVpad device and the unlicensed international television programming accessible to U.S. consumers through the TVpad device (the "TVpad Retransmission Service"). I personally have inspected several TVpad devices acquired by TVB (USA) in the course of its investigation. In addition, I personally have viewed the streamed television programs delivered by the TVpad Retransmission Service. Also, I personally have inspected the software applications or "apps" available through the

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVpad device's "TVpad Store" to determine which apps illegally stream TVB channels and TVB programs without authorization (the "Infringing TVpad Apps").

4. As part of my investigation in support of TVB's motion for preliminary injunction, I personally viewed the programs made available on a number of TVpad apps to determine which Infringing TVpad Apps were streaming TVB programs without authorization. As part of that effort, I also documented a number of copyrighted TVB programs that were illegally transmitted by way of Video on Demand ("VOD") through the TVpad device. These findings are detailed in my declaration dated March 13, 2015 at Paragraphs 26 and 27.

5. After the Court entered the preliminary injunction order in this matter on June 11, 2015, I and several of TVB colleagues at my direction accessed the TVpad1, TVpad 3 and TVpad 4 devices that TVB had purchased for purposes of our investigation in order to determine whether the TVB programs that I had previously identified as being made available on the TVpad device through the Infringing TVpad Apps had been taken down by CNT, as required by the preliminary injunction order.

6. From June 18, 2015 through June 22, 2015, I used a TVpad3 device located in my office, and later in my home, to determine what TVB programs are available on the TVpad device using the Infringing TVpad App called Gang Yue Wang Luo Dian Shi, which provides VOD content. I opened the app and personally observed which TVB series and episodes were available for streaming. I also accessed and viewed a portion of each of 1,216 episodes of TVB programming through this Infringing TVpad App to confirm that the content was viewable once accessed.

7. From June 18, 2015 through June 22, 2015, at my direction, my colleague Ringo Wong used a TVpad 1 device located in his home to determine what TVB programs are available through the Infringing TVpad App called Gang Yue Kuai Kan, which also provides VOD content. Mr. Wong confirmed that he opened

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

the Infringing TVpad App and personally observed that all 774 episodes of the TVB Program entitled "Come Home Love" were viewable on the TVpad device through the Gang Yue Kuai Kan app.

8. From June 18, 2015 through June 22, 2015, at my direction and in my presence, my colleague Eva Tam used a TVpad 4 device located at TVB's offices to determine what TVB programs are available through the Infringing TVpad App called Gang Tai Wu Xia, which also offers VOD content. Ms. Tam opened the app, and we personally observed what TVB series and episodes were available for streaming by that VOD app. We accessed and viewed a portion of 398 episodes of TVB drama programs that were available on the TVpad device through this Infringing TVpad App.

9. Of the 406 episodes of TVB programs that I documented in my preliminary injunction declaration were being streamed through VOD Apps on the TVpad devices, I and my team were able to confirm that 400 of the same TVB episodes still could be streamed through the TVpad device and the Infringing TVpad Apps after the Court's entry of the preliminary injunction order. The only episodes that were no longer available at the time of our June 2015 test were six episodes from the "Black Heart White Soul" program. In my experience investigating TVpad VOD content, it is not uncommon for various programs to be removed from or added to the VOD lineup of programming from time-to-time. In fact, when my colleague Ringo Wong conducted another test of the Gang Yue Wang Luo Dian Shi Infringing TVpad App at my direction on August 24, 2015, he determined that all 30 episodes of TVB's Black Heart White Soul program were once again available for streaming.

10. In total, during our June 2015 testing, I and my team witnessed 2,388 episodes of TVB programs being made available in VOD format through Infringing TVpad Apps on TVpad devices after entry of the Court's preliminary injunction order. Of these episodes, 1,781 of these works are registered with the U.S. Copyright

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Office.  This is but a small portion of the registered or otherwise protected works that are available through the TVpad device without TVB's authorization.

11.    After our post-injunction June tests, I again attempted to access the same TVB programs from August 7, 2015 through August 10, 2015 to see if the programs we identified in June remained available on the TVpad device.  I opened each relevant Infringing TVpad App and personally observed which TVB series and episodes were available for streaming on the menus of the Infringing TVpad Apps.  I then spot checked the continuing availability of each TVB series on the TVpad by attempting to access and stream several episodes from each series.

12.    Of the 2,388 episodes I and my team confirmed were available for viewing and streaming by the public in June 2015, all 2,388 episodes still appeared on the menus for the three Infringing TVpad Apps I and my team accessed earlier in June, but not all episodes could be actively streamed during our August testing period.  However, 1,784 TVB program episodes were still available for video on demand viewing through these three Infringing TVpad Apps in August.

13.    The TVB programs and episodes that we were able to view post-injunction on the TVpad devices represent only a portion of the unauthorized TVB programming that these Infringing Apps make available to consumers since entry of the preliminary injunction.  During Ringo Wong's re-test of the Gang Yue Wang Luo Dian Shi Infringing TVpad App on August 20, 2015, Mr. Wong documented hundreds of additional TVB program episodes that were available for streaming on the TVpad device.  In all, during this August 20, 2015 test, Mr. Wong determined that 510 additional episodes from 24 TVB television programs that we had not previously tested were available for viewing through this Infringing TVpad App.  Of these, 21 of these programs are either works registered with the U.S. Copyright Office, or for which registration applications have been filed with the Copyright Office.  The remaining programs are of such recent vintage that they are still in the process of being aired or were just recently aired in Hong Kong or the United States.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Given the fact that these new TVB program episodes are already on the Infringing TVpad Apps' VOD menus, it is fair to say that all the live mode TVpad dramas are being quickly converted into VOD format and made available on TVpad devices as soon as each episode of that drama has finished airing live. This conversion is an example of how TVB is being injured not only by the constant streaming of its live broadcasts through these Infringing TVpad Apps, but also by the ongoing accessibility of these programs for repeated and ongoing infringement by uncounted TVpad users on a daily basis once they are converted to VOD. Attached hereto as **Exhibit 21**, is a true and correct list of all the TVB episodes I and my team confirmed through our testing are still being made available on TVpads since entry of the preliminary injunction order, along with copyright registration information where applicable, the dates infringement was confirmed, and the Infringing TVpad Apps through which these programs were accessed.

14. On June 24, 2015, Liz Lai, then Director of Programming at TVB USA, forwarded me an email she had received the same day from tvpadmail.com, advertising the TVpad 4 device. When I clicked on the advertisement in the email, it redirected me to http://cn.mtvpad.com/group.html?utm_source=dianshibao&utm_medium=94fqyt&utm_campaign=20150624, and to an offer to purchase the TVpad 4 device at the official store for TVpad. The advertisement offers a $10 Amazon gift card for a story about the user and his or her father. A true and correct copy of the advertising email forwarded to me by Ms. Lai is attached hereto as **Exhibit 22.**

15. On July 10, 2015, Ms. Lai forwarded to me another email she had received the same day from tvpadmail.com, again advertising the TVpad 4 device. When I clicked on the advertisement in the email, it redirected me to http://cn.mtvpad.com/products/38514d5b89534a7a8f21ba6aeba8ebaf.html?utm_source=dianshibao&utm_medium=banner2ren&utm_campaign=20150710, and to an offer to purchase the TVpad 4 device on the official store for TVpad. The

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

advertisement offers a Summer Holiday special discount of $120 if you buy two TVpads. The email advertisement also uses an image from TVB copyrighted programming in the left-hand image immediately below the $120 offer. There, the email identifies TVB's program, Hungry for Health, announcing it is a series of 10 episodes that will air in Hong Kong from June 22 to July 3, and that it will air in the United States soon. A true and correct copy of the advertising email forwarded to me by Ms. Lai is attached hereto as **Exhibit 23.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of August, 2015.

Samuel P. Tsang

DECLARATION OF SAMUEL P. TSANG
DWT 27471189v3 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**DECLARATION OF MCCAULEY**

# DECLARATION OF CARLA A. MCCAULEY

I, Carla A. McCauley, declare as follows:

1.     I am licensed to practice law before all the courts in the State of California and am admitted to the Central District of California and the United States Court of Appeals for the Ninth Circuit.  I am a partner at Davis Wright Tremaine LLP, counsel for Plaintiffs in the above-entitled matter.  I submit this Declaration in support of Plaintiffs' Plaintiffs' Motion to Hold Defendant Create New Technology (HK) Limited ("CNT") in Contempt of Court (the "Contempt Motion").  I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.

2.     On August 24, 2015, I emailed Owen Tse, one of Plaintiffs' solicitors in Hong Kong with the law firm of Vivien Chan & Co., to arrange for personal service of the Contempt Motion on CNT's registered offices in Hong Kong.  Attached hereto as **Exhibit 27** is a true and correct copy of my email to Mr. Tse arranging for service, and Mr. Tse's response.  Prior to filing the Contempt Motion, a copy of the Proof of Service, executed by a solicitor from Vivien Chan & Co. shall be included with the Contempt Motion, attesting to personal service on CNT at its registered offices in Hong Kong in accordance with service procedures under the Hong Kong companies ordinance.

3.     I spent 52.9 hours researching and drafting Plaintiffs' Contempt Motion and all supporting documents, including preparing exhibits, and coordinating with all declarants to investigate the scope of CNT's ongoing contempt.  My hourly rate in this action is $510 per hour.  I was admitted to the bar in California in 2002, and I am a partner with Davis Wright Tremaine LLP.  My hourly rate is consistent with, or lower than, the rates charged by other law firms in Los Angeles for partners with my experience.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1     4.     When totaling my time on the Contempt Motion, as well as the time

2 spent by my colleagues Mr. Wukoson and Mr. Arweiler, Plaintiffs have incurred

3 attorneys' fees of $34,680.60 to date on the Contempt Motion. Other attorneys,

4 including Lacy H. Koonce III and Robert Balin, have also billed Plaintiffs for their

5 time on the Contempt Motion, and I expect that as we prepare for any hearing before

6 the Court, Plaintiffs will incur additional expense associated with this Contempt

7 Motion. I will submit a supplemental declaration detailing additional attorneys' fees

8 along with Plaintiffs' Reply, and at the Court's request, at the time of any hearing on

9 the Motion.

10     I declare under penalty of perjury under the laws of the United States of

11 America that the foregoing is true and correct.

12 Executed this 25th day of August, 2015.

13                           /s/ Carla A. McCauley

14                           Carla A. McCauley

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT 1**

Login | Register    🛒 0



🔍 | 👤 💬 📘 [中文版]



**Home**    Store    TVpad4 GCN    TVpad News

# Notice on
# Change of TVpad Official Website Domain Name

Dear TVpad users,

For website development requirement, from now on, TVpad official website domain name will be changed into: **http://www.mtvpad.com**. Please favorite it. We apologize for any inconvenience caused and thank you for your continuous support for TVpad.

Yours,
Sincerely

TVpad Official Store
June 10, 2015

● ● ●


**Smoother**

Upgraded hardware & P2P processing make it effective to remove any barrier to entry for broadcasting, especially when there are larger audiences involved.


**Super HD**

HEVC (H.265) standard contributes to reduced bandwidth requirement as compared to other standards for high resolution videos, it brings high-quality visual enjoyment.


**Worry-free**

Exclusive resources & authorized contents for your enjoyment. And for five-year receiving praise from users, TVpad is definitely your reliable and trustworthy friend.

Copyright © 2007-2015  ( CREATE NEW TECHNOLOGY (HK) LIMITED ) All Rights Reserved

Help | About Us

EXHIBIT 1

**EXHIBIT 2**



EXHIBIT 2







# Rich Contents,Find Everything You Love on TVpad4

Cooperated with tens of excellent app providers worldwide, TVpad offers you massive customized apps, making it possible for you to enjoy live shows, VOD, time-shifting, and more Chinese contents abroad.The latest 1080P movies, TV dramas from Chinese mainland/HK/Taiwan/USA/Japan/ South Korea or the sports shows you just missed are all on TVpad4.

Sports | VOD | 12-hour time-shifting | 72-hour playback

Born for overseas Chinese

Buy Now

Content·







# Specifications

## Basic

| Device Name | TVpad4 |
|---|---|
| Model | M418 |

## Ports & Interfaces

| Video Output | HDMI/AV |
|---|---|
| USB Port | USB2.0 port ×1 |
| Memory Card | TF card slot ×1 |

## Specifications

| Network | Bandwidth ≥ 2M/span> |
|---|---|
| L*W*H | TVpad device: 100*100*21mm<br>Package: 149*149*82mm |
| Weight | N.W.: 135g; G.W.: 620g |
| CPU | quad-core |
| CPU Frequency | 1.4G |
| FLASH(built-in memory) | 4G |
| RAM | 1G |

🛒 Buy Now

**Help Center**
Shopping Guide
My Order
FAQ
App Publishing

**Shipping**
Shipping Range
Logistics
About Tariffs
About Receipt

**Payment**
Credit Card
Alipay
Security

**After-sale Service**
Commitment
App Installation
About Return
Check Warranty

**About Us**
Brand Introduction
Statement
Contact Us
Media Support

**Contact Us**
📞 (00852)2134-9910
24 hours customer service
**Global Service Center**

Copyright © 2007-2016 mtvpad.com All Rights Reserved

| Certified by | CE, C-TICK, FCC, IC, RoHS, HDMI | FCM, ACS, MBtts |
|---|---|---|

**EXHIBIT 3**



Login | Register

Home | Store | TVpad4 GCN | TVpad4 CN | Investment | TVpad News

Home-->Product Details

### Store Info

| Name | TVpad Mall |

正品保障 7天包退 一年保修

### Products&Accessories

**TVpad**
- TVpad4 CN Edition (Model M418)
- TVpad4 GCN Edition (Model
- TVpad4 GCN Edition Package for
- TVpad4 GCN Edition Package for

**Accessories**




**TVpad4 CN Edition (Model M418) Streaming Player**

Price **USD 199.0** View Reference Currency

Shipping Cost   Free shipping   excluding remote areas
Check Shipping Zones

Service **TVpad Mall** will ship the goods and offer after service to you.

Quantity  1

**Buy Now / Sold Out**    ✦Add to Cart

Tips  Customers shall bear any duties generated by overseas shopping.

 Online Help

---

Product details | Specification | Packing | Comments 24

**TVpad4 GCN Edition**  $299  **Buy Now**

① Tons of Programs
 GCN edition packs massive contents from mainland China, Taiwan and HK.

② Exclusive apps
 Exclusive mandarin and Cantonese contents and massive third party apps

③ Massive programs
 Hundreds of live, time-shifting, playback programs from mainland China, Taiwan and HK.

**TVpad4 CN Edition**  $199   **Buy Now**

① Cost-effective
 CN edition is tailored for mandarin-speaking overseas Chinese

② Tons of exclusive apps
 Exclusive mandarin contents and massive third party apps

③ Fantastic contents
 Over dozens of live channelsand 10 thousands of hit VODs, films and entertainments

EXHIBIT 3



1. TVpad has received praises from millions of oversea users for 5 years, newly launched its cost-effective —TVpad4 CN edition.



2.  Can't understand English or Cantonese contents? Only wanna enjoy mandarin programs?
    —TVpad4 (CN), most preferred one for mandarin-speaking overseas Chinese.



3. Wanna get rid of  VPN and enjoy mandarin contents?
   —TVpad4 (CN), most reasonable one for mandarin-speaking users.



4. 24/7customer support available via hotline, online help and email !



5. TVpad Mall support third party platform payments, like Alipay, Visa, Master and Paydollar.



6. Multiple international logistics like DHL, UPS and TNT are available. Deliver your global packages within 2-5 days!

**Recommended**



| TVpad4 GCN Edition Package for 2 Sets | TVpad4 GCN Edition Package for 3 Sets | TVpad4 GCN Edition Package for 2 Sets | TVpad4 GCN Edition Package for 3 Sets |
|---|---|---|---|
| Price USD 579.0 | Price USD 859.0 | Price USD 579.0 | Price USD 859.0 |

**Help Center**
Shopping Guide
My Order

**Shipping**
Shipping Range
Logistics

**Payment**
Credit Card
Alipay

**After-sale Service**
Commitment
App Installation

**About Us**
Company Profile
Statement

**Contact Us**

(00852)2134-9910

TVpad4 CN Edition (Model M418) Streaming Player- TVpad MALL

FAQ

About Tariffs

Security

About Return

Contact Us

App Publishing

About Receipt

Check Warranty

Media Support

24 hours customer service

**Global Service Center**

Copyright © 2007-2015 创科技 香港 有限公司 CREATE NEW TECHNOLOGY (HK) LIMITED All Rights Reserved



Login | Register  0

 **TVpad**

Home    Store    TVpad4 GCN    TVpad4 CN    Investment    TVpad News

Home-->Product Details

### Store Info

| Name | TVpad Mall |



正品保障    7天包退    一年保修

### Products&Accessories

**TVpad**

TVpad4 CN Edition (Model M418)

TVpad4 GCN Edition (Model

TVpad4 GCN Edition Package for

TVpad4 GCN Edition Package for

Accessories



**TVpad4 CN Edition (Model M418) Streaming Player**

Price    View Reference Currency

Shipping Cost    Free shipping    excluding remote areas
Check Shipping Zones

Service    TVpad Mall will ship the goods and offer after service to you.

**sold out**

Tips    Customers shall bear any duties generated by overseas shopping.

 Online Help

    ›

---

**Product details**    Specification    Packing    Comments  24

---

**TVpad4 GCN Edition**  $299   **Buy Now**

① Tons of Programs
   GCN edition packs massive contents from mainland China, Taiwan and HK

② Exclusive apps
   Exclusive mandarin and Cantonese contents and massive third party apps

③ Massive programs
   Hundreds of live, time-shifting, playback programs from mainland China, Taiwan and HK.

**TVpad4 CN Edition**  $199   **Buy Now**

① Cost-effective
   CN edition is tailored for mandarin-speaking overseas Chinese

② Tons of exclusive apps
   Exclusive mandarin contents and massive third party apps

③ Fantastic contents
   Over dozens of live channelsand 10 thousands of hit VODs, films and entertainments



1. TVpad has received praises from millions of oversea users for 5 years, newly launched its cost-effective —TVpad4 CN edition.



2.  Can't understand English or Cantonese contents? Only wanna enjoy mandarin programs?
        —TVpad4 (CN), most preferred one for mandarin-speaking overseas Chinese.



3. Wanna get rid of  VPN and enjoy mandarin contents?
    —TVpad4 (CN), most reasonable one for mandarin-speaking users.



4. 24/7customer support available via hotline, online help and email !



5. TVpad Mall support third party platform payments, like Alipay, Visa, Master and Paydollar.

**Famous Payment Platforms Secure Your Account!**

   

6. Multiple international logistics like DHL, UPS and TNT are available. Deliver your global packages within 2-5 days!



Recommended



| TVpad4 GCN Edition Package for 2 Sets | TVpad4 GCN Edition Package for 3 Sets | TVpad4 GCN Edition Package for 2 Sets | TVpad4 GCN Edition Package for 3 Sets |
|---|---|---|---|
| Price   USD 579.0 | Price   USD 859.0 | Price   USD 579.0 | Price   USD 859.0 |

**Help Center**
Shopping Guide
My Order

**Shipping**
Shipping Range
Logistics

**Payment**
Credit Card
Alipay

**After-sale Service**
Commitment
App Installation

**About Us**
Company Profile
Statement

**Contact Us**

(00852)2134-9910

http://tvpaden.mtvpad.com/products/c52cefa10d124950a125de7399f6c1e3.html[7/28/2015 3:04:12 PM]

TVpad4 CN Edition (Model M418) Streaming Player- TVpad MALL

FAQ

App Publishing

About Tariffs

About Receipt

Security

About Return

Check Warranty

Contact Us

Media Support

24 hours customer service

**Global Service Center**

Copyright © 2007-2015 欣創科技　香港　有限公司　CREATE NEW TECHNOLOGY (HK) LIMITED　All Rights Reserved

**EXHIBIT 4**



**EXHIBIT 4**

# 海外华人中文电视第一品牌

TVpad累计销量超百万台

全球千万华人长期使用TVpad观看中文电视

从TVpad1到TVpad4，产品日臻完美

销量每年极速递增

市场占有率稳步攀升

海外华人中文电视盒子销量第1



TVpad系列产品成为大家购买中文电视盒子的首选，TVpad4作为最新一代产品，性能更加强劲，
同时也为用户提供了更加高清、稳定、丰富的中文视频节目。

## 顶配更胜一筹

**支持2K高清视频，清晰度是720P的4倍！**

软硬件性能极速提升，效率更高，直播、点播、游戏，享受酣畅淋漓的体验。

首款H.265电视盒子　　4核CPU　　安卓4.4系统　　1080P高清极致体验　　流量超省，仅需H.264一半带宽





# 稳定才是王道

### 专享16道保障机制

全新安全机制登台，强大的后援支持，真正"让稳定压倒一切"。

500人技术团队　　5年技术沉淀　　APP安全检测上架

累计30000小时以上测试　　全天24小时保障服务　　成熟应急事件处理机制





# 操作简单，极速上手

**不刷机、不越狱、不翻墙，开机观看只需2步！**

开机自动快速连接服务器，简化操作步骤。

极快的操作回应和顺畅的交互体验，

让搜索和观看节目更便捷！

遥控器遥控　有线键鼠操作　无线键鼠操控　手机APP遥控





买大牌最放心

7x24小时电话客服+TVpad商城全天候在线客服

线下销售服务网点；遍布全球40多个国家，200多个城市；
咨询+支付+物流+售后一站式服务，全程为您保驾护航。



# 如何安装TVpad4



AV线

HDMI

## 规格参数

| | 整机名称 | TVpad4 |
|---|---|---|

| 基本参数 | 设备型号 | M418 |
|---|---|---|
| 规格参数 | 网络环境 | 2M以上带宽 |
| | 长*宽*高 | 裸机：100*100*21mm 包装：149*149*82mm |
| | 重 量 | 裸机净重:135g； 整机毛重:620g |
| | CPU | 四核 |
| | CPU频率 | 1.4G |
| | FLASH（内置存储空间） | 4G |
| | RAM | 1G |
| | 功 率 | 正常功耗＜5W ,待机功耗＜0.5W |
| 外围接口 | 视频输出口 | HDMI/AV |
| | USB接口 | USB2.0接口1个 |
| | 存储卡插口 | TF卡插口1个 |
| | 网络接口 | 以太网接口1个/内置无线WIFI |
| | 电源口 | DC5V 2A输入 |
| 软件系统 | 系统语言 | 简体中文、繁体中文、英文、日文、韩文 |
| 音视频参数 | 视频解码 | MPEG1/2/4、H.263、Xvid、WMV9、H.264、VC-1、TS、MOV等 |
| | 视频格式 | AVI、MKV、WMV、MPG、VOB、MP4、ASF、AC3、MOV等 |
| | 音频解码 | MP3、WMA、OGG、WAV、AAC、PCM、AC3、M4A等 |
| 认证 | 认证 | CE,C-TICK,FCC,IC，RoHS，HDMI |


正品保證
0月租


交易保障
第三方支付平臺


DHL/UPS/TNT
全球範圍安全放心


售後政策
質量問題7天退換1年保修

**幫助中心**
購物指南
我的訂單
常見問題
應用入駐

**物流配送**
簽收說明
關於說明
配送方式
配送範圍

**支付方式**
支付寶支付
應用安裝
安全性

**售後服務**
售後承諾
關於退換貨
查詢維修期

**關於我們**
品牌簡介
公司�help
聯繫我們
媒體支持

**聯繫我們**

(00852)2134-9910
24小時客服電話
全球客服中心

Copyright © 2007-2015 mtvpad.com All Rights Reserved



首頁　　TVpad4介紹　　購買TVpad　　關於我們　　Fans社區



# 海外华人中文电视第一品牌

TVpad累计销量超百万台

全球千万华人长期使用TVpad观看中文电视

从TVpad1到TVpad4，产品日臻完美

销量每年极速递增

市场占有率稳步攀升

海外华人中文电视盒子销量第1



THE ONE

TVpad系列产品成为大家购买中文电视盒子的首选，TVpad4作为最新一代产品，性能更加强劲，
同时也为用户提供了更加高清、稳定、丰富的中文视频节目。

## 顶配更胜一筹

**支持2K高清视频，清晰度是720P的4倍！**

软硬件性能极速提升，效率更高，直播、点播、游戏，享受酣畅淋漓的体验。

首款H.265电视盒子 | 4核CPU | 安卓4.4系统 | 1080P高清致体验 | 流量超省，仅需H.264一半带宽





# 稳定才是王道

**专享16道保障机制**

全新安全机制登台，强大的后援支持，真正"让稳定压倒一切"。

`500人技术团队`  `5年技术沉淀`  `APP安全检测上架`

`累计30000小时以上测试`  `全天24小时保障服务`  `成熟应急事件处理机制`





# 操作简单，极速上手

**不刷机、不越狱、不翻墙，开机观看只需2步！**

开机自动快速连接服务器，简化操作步骤。

极快的操作响应和顺畅的交互体验，

让搜索和观看节目更便捷！

遥控器遥控　有线键鼠操作　无线键鼠操控　手机APP遥控



应用商城　用户中心　系统设置



# 买大牌最放心

## 7x24小时电话客服+TVpad商城全天候在线客服

线下销售服务网点；遍布全球40多个国家，200多个城市；
咨询+支付+物流+售后一站式服务，全程为您保驾护航。



# 如何安装TVpad4



## 规格参数

| | 整机名称 | TVpad4 |
|---|---|---|

| 基本参数 | | |
|---|---|---|
| | 设备型号 | M418 |
| | 网络环境 | 2M以上带宽 |
| 规格参数 | 长*宽*高 | 裸机：100*100*21mm  包装：149*149*82mm |
| | 重 量 | 裸机净重:135g ；  整机毛重:620g |
| | CPU | 四核 |
| | CPU频率 | 1.4G |
| | FLASH（内置存储空间） | 4G |
| | RAM | 1G |
| | 功 率 | 正常功耗＜5W ,待机功耗＜0.5W |
| 外围接口 | 视频输出口 | HDMI/AV |
| | USB接口 | USB2.0接口1个 |
| | 存储卡插口 | TF卡插口1个 |
| | 网络接口 | 以太网接口1个/内置无线WIFI |
| | 电源口 | DC5V 2A输入 |
| 软件系统 | 系统语言 | 简体中文、繁体中文、英文、日文、韩文 |
| 音视频参数 | 视频解码 | MPEG1/2/4、H.263、Xvid、WMV9、H.264、VC-1、TS、H.265等 |
| | 视频格式 | AVI、MKV、WMV、MPG、VOB、MP4、ASF、TS、MOV等 |
| | 音频解码 | MP3、WMA、OGG、WAV、AAC、PCM、AC3、M4A等 |
| 认证 | 认证 | CE,C-TICK,FCC,IC，RoHS，HDMI |


正品保證
0月租


交易保障
第三方支付平臺


DHL/UPS/TNT
全球範圍安全放心


售後政策
質量問題7天退換1年保修

**幫助中心**
購物指南
我的訂單
常見問題
應用入駐

**物流配送**
簽收說明
關於說明
配送方式
配送範圍

**支付方式**
支付寶支付
應用安裝
安全性

**售後服務**
售後承諾
關於退換貨
查詢維修期

**關於我們**
品牌簡介
公司簡明
聯繫我們
媒體支持

**聯繫我們**
📞 (00852)2134-9910
24小時客服電話
全球客服中心

Copyright © 2007-2015 mtvpad.com All Rights Reserved

**EXHIBIT 5**



Login | Register





Home    Store    TVpad4    **TVpad News**





**RSS Feeds**



You are here:--> Home-->Blogs -->TVPAD INTRODUCE -->TVPAD2,TVPAD -->Tons of Apps in TVpad,which app is designed for you

Tags  TVPAD2,TVPAD

**Tons of Apps in TVpad,which app is designed for you**

From:TVpad  By:Camilla

**Note: As with any streaming device, it relies on fast internet connection. It requires at least a 2Mb download connection to operate smoothly. After all, you are streaming in HD.**
**App Store**

**LIVE TV**
**516:** is a live chinese TV app, and you can watch live channels or local TV from Taiwan
**BETV:** is a live app for providing local TV channels of mainland china ,which covers abundant TV resources
incuding financail news,entertainment gossip,local TV and sports,and more.
**粤海宽频APP:** provides you some characterstic live tv programs such as TVB drama, contonese songs and Hongkong-made films, and more.

### Blog Category

All articles [31]

TVPAD NEWS [27]

TVPAD INTRODUCE [4]

### Hot Tags

speacial/deal/sale/promotion game TVpad Mall The King of Fighters shipping arrangement YOHA gamepad gift app tvpad4 tvpad hktv HD Live TV TVpad upgrade TVPAD COUPON TPVAD EVENT TVPAD2 TVPAD

### Hot blogs

Tons of Apps in ......

TVPad Firmware U......

TVpad 2 Reduce S......

Good news for ne......

The New English......

Prev Article  Movies, TV e......      Next Article  Latest News ......

Posted by: Camilla | Category   TVPAD INTRODUCE | Reply  4 | Views  28146

Share on:  Copy URL   Facebook  QQ-zone

#### All comments

Netizen message  Hoang Time  2014-02-09 12:38:53

Help here is garbage...I wrote the message on "2013-03-06 02:06:27" and someone reply to me....and I don't even know of it!!! and I just got back today Feb 8, 2014 lol .... TVPAD is down...it's trash....doesn't work...doesn't able to view anything!!!

Netizen message  myanmail Time  2013-05-22 15:15:28

This link provides details on how to install "粤海宽频" and other Cantonese TV apps on TVPAD2.



EXHIBIT 5

http://www.tvpadfans.com/thread-46929-1-1.html

Netizen message   eezone Time   2013-04-07 16:57:28

JET 综合, 三立都会, 年代新闻 民视 好消息 goodtv, .TLC旅游生活, 中天娱乐, JET 综合,, 三立都会, 年代新闻,民视 ,好消息 goodtv,TLC旅游生活, when these stations show, can added to tvpad? also, about the upgrade Firmware, I have a model M121S, I am not sure how to do the upgrade?Just don't want to mess the box,incase all programmed all gone . but do I missed out anything/show if I don't do any upgrade firmware? thanks! regards

eezone2010@hotmail.com From -PERTH .W Aust

Netizen message   Hoang Time   2013-03-06 02:06:27

Hi, I have the TVPAD 2 and I can't find the "粤海宽频" and the HiTV...I would LOVE TO have the HiTV cuz it has "English live app for providing famous international channels from sports, financial news and information, and more"...how many channels in this HiTV anyway? When I look at the apps...it has like 96 apps...which number is the "粤海宽频" on? and the HiTV, which number is it on the list? As I can not find it. PLEASE RESPOND ASAP!!!

Thank you from Canada.

### Leave comments

Click here to enter your comment…

Sorry, you are current logged out! Login Register

Public

**Help Center**
Shopping Guide
My Order
FAQ
App Publishing

**Shipping**
Shipping Range
Logistics
About Tariffs
About Receipt

**Payment**
Credit Card
Alipay
Security

**After-sale Service**
Commitment
App Installation
About Return
Check Warranty

**About Us**
Brand Introduction
Statement
Contact Us
Media Support

**Contact Us**

(00852)2134-9910
24 hours customer service
Global Service Center

Copyright © 2007-2015 mtvpad.com All Rights Reserved





Login | Register  0



Home    Store    TVpad4    **TVpad News**



RSS Feeds

You are here:--> Home-->Blogs -->TVPAD INTRODUCE -->TVPAD2,TVPAD -->Tons of Apps in TVpad,which app is designed for you

Tags  TVPAD2,TVPAD

**Tons of Apps in TVpad,which app is designed for you**

From:TVpad  By:Camilla

**Note: As with any streaming device, it relies on fast internet connection. It requires at least a 2Mb download connection to operate smoothly. After all, you are streaming in HD.**
**App Store**

**LIVE TV**
**516:** is a live chinese TV app, and you can watch live channels or local TV from Taiwan
**BETV:** is a live app for providing local TV channels of mainland china ,which covers abundant TV resources
incuding financail news,entertainment gossip,local TV and sports,and more.
粤海宽频**APP** provides you some characterstic live tv programs such  as TVB drama, contonese songs and Hongkong-made films, and more.





Prev Article  Movies, TV e......         Next Article  Latest News ......

Posted by: Camilla | Category    TVPAD INTRODUCE | Reply  4 | Views  28146

 Share on: Copy URL  Facebook  QQ-zone

### Blog Category

All articles [31]

TVPAD NEWS [27]

TVPAD INTRODUCE [4]

### Hot Tags

speacial/deal/sale/promotion game TVpad Mall The King of Fighters shipping arrangement YOHA gamepad gift app tvpad4 tvpad hktv HD Live TV Vpad upgrade TVPAD COUPON TPVAD EVENT TVPAD2 TVPAD

### Hot blogs

Tons of Apps in ......

TVpad Firmware U......

TVpad 2 Reduce S......

Good news for ne......

The New English......

### All comments

Netizen message  Hoang Time  2014-02-09 12:38:53

Help here is garbage...I wrote the message on "2013-03-06 02:06:27" and someone reply to me....and I don't even know of it!!! and I just got back today Feb 8, 2014 lol .... TVPAD is down...it's trash....doesn't work....doesn't able to view anything!!!

Netizen message  myanmail Time  2013-05-22 15:15:28

This link provides details on how to install "粤海宽频" and other Cantonese TV apps on TVPAD2.




http://www.tvpadfans.com/thread-46929-1-1.html

Netizen message   eezone Time   2013-04-07 16:57:28

JET 综合, 三立都会, 年代新闻 民视 好消息 goodtv, .TLC 旅游生活, 中天娱乐, JET 综合,, 三立都会, 年代新闻,民视 ,好消息 goodtv,TLC 旅游生活, when these stations show, can added to tvpad? also, about the upgrade Firmware, I have a model M121S, I am not sure how to do the upgrade?Just don't want to mess the box,incase all programmed all gone . but do I missed out anything/show if I don't do any upgrade firmware? thanks! regards

eezone2010@hotmail.com From -PERTH .W Aust

Netizen message   Hoang Time   2013-03-06 02:06:27

Hi, I have the TVPAD 2 and I can't find the "粤海宽频" and the HiTV...I would LOVE TO have the HiTV cuz it has "English live app for providing famous international channels from sports, financial news and information, and more"...how many channels in this HiTV anyway? When I look at the apps...it like 96 apps...which number is the "粤海宽频" on? and the HiTV, which number is it on the list? As I can not find it. PLEASE RESPOND ASAP!!! Thank you from Canada.

### Leave comments

Click here to enter your comment…

Sorry, you are current logged out! Login Register

Public

**Help Center**
Shopping Guide
My Order
FAQ
App Publishing

**Shipping**
Shipping Range
Logistics
About Tariffs
About Receipt

**Payment**
Credit Card
Alipay
Security

**After-sale Service**
Commitment
App Installation
About Return
Check Warranty

**About Us**
Brand Introduction
Statement
Contact Us
Media Support

**Contact Us**

📞 **(00852)2134-9910**

24 hours customer service
**Global Service Center**

Copyright © 2007-2015 mtvpad.com All Rights Reserved

**EXHIBIT 6**



Login | Register



Home    Store    TVpad4    **TVpad News**



RSS Feeds



You are here:--> Home-->Blogs -->TVPAD NEWS -->tvpad4,hktv,HD Live TV,TVPAD -->TVpad4 NEW ARRIVAL Amazing & Awesome

Tags   tvpad4,hktv,HD Live TV,TVPAD

**TVpad4 NEW ARRIVAL Amazing & Awesome**

From:TVpad    By:Camilla

It's a great day for TVpad fans. TVpad4, our powerful streaming player, is available! I'm really excited to introduce its new features and the differences amongTVpad4, TVpad3 and other streaming players from the following aspects.

**1. Appearance**



From the above pictures wecan find that TVpad4 is smaller and thinner than TVpad3. And the corner of TVpad4 is rounded instead of hard edges bringing us a soft feeling.

**2. H.265-high efficiency video coding**

### Blog Category

All articles [31]

TVPAD NEWS [27]

TVPAD INTRODUCE [4]

### Hot Tags

speacial/deal/sale/promotion game TVpad Mall The King of Fighters shipping arrangement YOHA gamepad gift app tvpad4 tvpad hktv HD Live TV TVpad upgrade TVPAD COUPON TVPAD EVENT TVPAD2 TVPAD

### Hot blogs

Tons of Apps in ……

TVpad Firmware U……

TVpad 2 Reduce S……

Good news for ne……

The New English……



EXHIBIT 6



As one of the initiators who introduced H.265 technology into streaming players, TVpad4 delivers extraordinary visual experience compared to TVpad3 on streaming the same 1080p videos.

**3. CPU**

TVpad4's CPU has updated to quad-core! Faster and smoother than other streaming players! Say no to stuck!

**4. UI**



TVpad4's user interface is getting more user-friendly, faster and easier to operate.

**5. Open android platform (TVpad4's joker!)**



Live TV



Most streaming players do not support live channels or may charge relative fees, but TVpad4 provides us with over 300 channels from mainland China and more than 40 live TV channels from HK andTaiwan (TVB also included) for free!



VoD

TVpad4 streams a world of hit videos from mainland China, HK, Taiwan, US, Japan, Korea and more.

Time-shifting

TVpad4 supports time-shifting function that you may not find in many other streaming players.

**6. Special Apps for Live TV**



More than 10 apps like Yue Videos, QuikeSee and Yue TV are available in TVpad4.

Wanna get the hot HKTV? Find it out!



Get a TVpad4 to find more!

For more information please visit: TVpad Mall

Prev Article   Trial experi……          Next Article   For beginner……

Posted by: Camilla | Category   TVPAD NEWS | Reply   0 | Views   0

Share on:   Copy URL   Facebook   QQ-zone

---

All comments

Leave comments

Click here to enter your comment…

Sorry, you are current logged out! Login Register

Public

---

**Help Center**        **Shipping**          **Payment**        **After-sale Service**     **About Us**             **Contact Us**
Shopping Guide     Shipping Range     Credit Card      Commitment              Brand Introduction
My Order             Logistics              Alipay             App Installation           Statement              
FAQ                   About Tariffs         Security          About Return             Contact Us             **(00852)2134-9910**
App Publishing      About Receipt                            Check Warranty          Media Support         24 hours customer service
                                                                                                              **Global Service Center**

Copyright © 2007-2015 mtvpad.com All Rights Reserved

TVpad4 NEW ARRIVAL Amazing & Awesome_TVpad Mall



Login | Register  0



Home    Store    TVpad4    **TVpad News**



**RSS Feeds**

You are here:--> Home-->Blogs -->TVPAD NEWS -->tvpad4,hktv,HD Live TV,TVPAD -->TVpad4 NEW ARRIVAL Amazing & Awesome

Tags  tvpad4,hktv,HD Live TV,TVPAD

**TVpad4 NEW ARRIVAL Amazing & Awesome**

From:TVpad    By:Camilla

It's a great day for TVpad fans. TVpad4, our powerful streaming player, is available!
I'm really excited to introduce its new features and the differences amongTVpad4,
TVpad3 and other streaming players from the following aspects.

1. Appearance



From the above pictures wecan find that TVpad4 is smaller and thinner than TVpad3.
And the corner of TVpad4 is rounded instead of hard edges bringing us a soft feeling.

2. H.265-high efficiency video coding

### Blog Category

All articles [31]

TVPAD NEWS [27]

TVPAD INTRODUCE [4]

### Hot Tags

speacial/deal/sale/promotion game TVpad
Mall The King of Fighters shipping
arrangement YOHA gamepad gift app tvpad4
tvpad hktv HD Live TV TVpad upgrade
TVPAD COUPON TVPAD EVENT TVPAD2
TVPAD

### Hot blogs

Tons of Apps in ......

TVpad Firmware U......

TVpad 2 Reduce S......

Good news for ne......

The New English......









As one of the initiators who introduced H.265 technology into streaming players, TVpad4 delivers extraordinary visual experience compared to TVpad3 on streaming the same 1080p videos.

**3. CPU**

TVpad4's CPU has updated to quad-core! Faster and smoother than other streaming players! Say no to stuck!

**4. UI**



TVpad4's user interface is getting more user-friendly, faster and easier to operate.

**5. Open android platform (TVpad4's joker!)**



Live TV



Most streaming players do not support live channels or may charge relative fees, but TVpad4 provides us with over 300 channels from mainland China and more than 40 live TV channels from HK andTaiwan (TVB also included) for free!



VoD

TVpad4 streams a world of hit videos from mainland China, HK, Taiwan, US, Japan, Korea and more.

Time-shifting

TVpad4 supports time-shifting function that you may not find in many other streaming players.

**6. Special Apps for Live TV**



More than 10 apps like Yue Videos, QuikeSee and Yue TV are available in TVpad4.

Wanna get the hot HKTV? Find it out!



Get a TVpad4 to find more!

For more information please visit: TVpad Mall

Prev Article  Trial experi......          Next Article  For beginner......

Posted by: Camilla | Category   TVPAD NEWS | Reply   0 | Views   0

Share on:  Copy URL  Facebook  QQ-zone

All comments

Leave comments

Click here to enter your comment…

Sorry, you are current logged out! Login Register

Public

Help Center
Shopping Guide
My Order
FAQ
App Publishing

Shipping
Shipping Range
Logistics
About Tariffs
About Receipt

Payment
Credit Card
Alipay
Security

After-sale Service
Commitment
App Installation
About Return
Check Warranty

About Us
Brand Introduction
Statement
Contact Us
Media Support

Contact Us


(00852)2134-9910
24 hours customer service
Global Service Center

Copyright © 2007-2015 mtvpad.com All Rights Reserved

TVpad4 NEW ARRIVAL Amazing & Awesome_TVpad Mall

**EXHIBIT 7**



登錄　註冊　🛒　我要推廣TVpad　應用入駐　[English]

TVpad 官網　　首頁　　TVpad4介紹　　購買TVpad　　關於我們　　Fans社區

TVpad4　🔍



📍 當前位置--> 首頁--> 官方博客 --> TVpad知識介紹

標籤：tvpad智能網絡机顶盒,海外电视直播,热门电视剧直播,高清体育赛事直播,高清电视直播

**TVPAD必裝：港粤網路電視，這個APP足夠爽！！！**

出處：TVpad　作者：Nicole 發表時間：2015-01-08 11:32:11

　　TVPAD4到手10多天。個人覺得比前幾代有很多改變，例如清晰度、介面還有遙控器。個人傾向於粤語節目，買TVPAD也是因為它專門的粤語應用比較好，對這方面比較關注。。所以和大家分享一下這方面心得：

　　TVPAD4上架了一個新的APP：港粤網路電視。又一個TVPAD專用的APP。。。

　　不知道有多少人在用它，不過確實有它的獨特之處，介面和分類很像泰捷視頻。。綜合了其他粤語應用的功能在裡面，感覺粤海寬頻、粤海時移、港粤快看、粤TV這些加起來都沒有港粤網路電視一個APP牛逼～～～



### Blog 分類

所有文章 [346]

TVpad用戶體驗 [9]

TVpad公司新聞 [99]

TVpad影視資訊 [190]

TVpad官方活動 [29]

TVpad知識介紹 [19]

### 熱門標籤

优惠Special/deal　TVpad最新活動　娛樂資訊
體育賽事　熱門綜藝　热门影视劇　谍战剧
热播电视剧　TVpad旗艦店　美劇　系統公告
tvpad官網　tvpad發貨　tvpad4
tvpad　优惠券　tvpad软件　tvpad问题
tvpad智能网络机顶盒　海外电视直播
TVpad4 優惠

### 熱點博文

手把手教你用ipad看Tvpad......

TVpad2 体感游戏全攻略（......

TVpad常見問題解析

携手Tvpad2012欧洲杯决赛......

超凡智能，非凡体验，TVpad2......



EXHIBIT 7

無圖無真相，先看看這個軟體：



前面說了，介面和泰捷視頻、愛奇藝之類的雷同。。不過直播和重播是特色吧，畢竟很多國內出名的APP因為政策原因不敢上這兩個功能，海外專用的APP就沒有這個限制了。

**節目內容**

總體來說，節目比上面說的粵海寬頻這幾個粵語APP加起來要多，好就好在，用一個APP就可以方便切換。





直播大部分都是高清台，絕對是愛看TVB的筒子的真愛。





點播給分成電視劇電影和綜藝。。我最喜歡的就是TVB劇集和娛樂節目全是

1080P高清視頻～～相比其他一些盒子，作為TVPAD專用APP的口碑還是不錯的，更新速度方面還需要一段時間跟進才知道。



　　　　電影內容有待增加，畢竟每年的影片都很多，能讓我們第一時間看到免費的新電影才是最重要的。希望TVPAD官方人員看到我的建議。。



　　　　這個專門給倒倒時差和平時忙的筒子準備的，建議台再搞多一些。。

**總結一下：**

1、功能比較全，足夠用了，直播點播和重播都整合在一起了。

2、一個軟體相容了其他幾個粵語APP的功能，不需要下載很多個粵語APP，看的

時候不要來回切換也省事。。省得老媽記不住，老問我哪個APP是看什麼。。

3、節目資源基本上是一些比較新的節目和電影。可點播的內容比其他幾個粵語APP加起來多。不過還是希望多多益善～～～

4、點播內容基本都是高清的，直播有一大半是高清，而且看官方的宣傳趨勢可能慢慢的都轉為高清。

5、換台載入的時間大概在2-3秒之間（我家20M頻寬），可以接受。

總的來說，使用方便，體驗也好。TVPAD完全可以考慮用港粵網路電視替代其他幾個粵語APP了，沒必要整這麼多APP讓大家眼花繚亂！！！

　　　非常值得推薦的一款APP。特別是有老人的家庭，用港粵網路電視的話方便不少。

上一篇：中國男足1月10日首站2......　　　　下一篇：最后一天！72小时疯抢！......

發佈：Nicole | 分類：TVpad知識介紹 | 回覆：0 | 瀏覽：964

分享到：　複製網址　Facebook　QQ空間

| 所有評論 |
| 發表評論 |

. . .

抱歉,您還沒有登錄！ 登錄 註冊新用戶

**發　表**


正品保證
0月租


交易保障
第三方支付平臺


DHL/UPS/TNT
全球範圍安全放心


售後政策
質量問題7天退換1年保修

## 幫助中心
購物指南
我的訂單
常見問題
應用入駐

## 物流配送
簽收說明
關稅說明
配送方式
配送範圍

## 支付方式
支付寶支付
國際信用卡
安全性

## 售後服務
售後承諾
應用安裝
關於退換貨
查詢保修期

## 關於我們
品牌簡介
公司聲明
聯繫我們
媒體支持

## 聯繫我們
**(00852)2134-9910**
24小時客服電話
全球客服中心

Copyright © 2007-2015 mtvpad.com All Rights Reserved



★ 🐦 💬 📘　　　　　　　　　登錄　註冊　🛒 0　我要推廣TVpad　應用入駐　[English]

**TVpad 官網**　　**首頁**　　**TVpad4介紹**　　**購買TVpad**　　**關於我們**　　**Fans社區**　　　[TVpad4] 🔍

TVpad Blog　海外華人中文電視　第1品牌

Rss訂閱


線上諮詢

🏠 當前位置--> 首頁--> 官方博客 --> TVpad知識介紹

---

標籤：tvpad智能網絡机顶盒,海外粵电视直播,热门电视剧直播,高清体育賽事直播,高清电视直播

**TVPAD必裝：港粵網路電視，這個APP足夠爽！！！**

出處：TVpad 作者：Nicole 發表時間：2015-01-08 11:32:11

　　TVPAD4到手10多天。個人覺得比前幾代有很多改變，例如清晰度、介面還有遙控器。個人傾向於粵語節目，買TVPAD也是因為它專門的粵語應用比較好，對這方面比較關注。。所以和大家分享一下這方面心得：

　　TVPAD4上架了一個新的APP：港粵網路電視。又一個TVPAD專用的APP。。。

　　不知道有多少人在用它，不過確實有它的獨特之處，介面和分類很像泰捷視頻。。綜合了其他粵語應用的功能在裡面，感覺粵海寬頻、粵海時移、港粵快看、粵TV這些加起來都沒有港粵網路電視一個APP牛逼～～～



| Blog 分類 | |
| --- | --- |
| 所有文章 [353] | |
| TVpad用戶體驗 [9] | |
| TVpad公司新聞 [100] | |
| TVpad影視資訊 [196] | |
| TVpad官方活動 [29] | |
| TVpad知識介紹 [19] | |

**熱門標籤**

最新热门影視資訊　优惠Special/deal
TVpad最新活動　娛樂資訊　體育賽事
热門綜藝　热门影視劇　諜战劇　热播电视劇
TVpad旗艦店　美劇　系統公告　tvpad官網
tvpad發貨　tvpad4　tvpad 优惠券
tvpad软件　tvpad问题
tvpad智能网络机顶盒　海外电视直播

**熱點博文**

手把手教你用ipad看Tvpad......
TVpad2 体感游戏全攻略（......
TVpad常見問題解析
携手Tvpad2012欧洲杯决赛......
超凡智能，非凡体验，Tvpad2......

無圖無真相，先看看這個軟體：



前面說了，介面和泰捷視頻、愛奇藝之類的雷同。。不過直播和重播是特色吧，
畢竟很多國內出名的APP因為政策原因不敢上這兩個功能，海外專用的APP就沒
有這個限制了。

**節目內容**

總體來說，節目比上面說的粵海寬頻這幾個粵語APP加起來要多，好就好在，用
一個APP就可以方便切換。





直播大部分都是高清台，絕對是愛看TVB的筒子的真愛。





點播給分成電視劇電影和綜藝。。我最喜歡的就是TVB劇集和娛樂節目全是

1080P高清視頻～～相比其他一些盒子，作為TVPAD專有APP的口碑還是不錯的，更新速度方面還需要一段時間跟進才知道。



電影內容有待增加，畢竟每年的影片都很多，能讓我們第一時間看到免費的新電影才是最重要的。希望TVPAD官方人員看到我的建議。。



這個專門給倒倒時差和平時忙的筒子準備的，建議台再搞多一些。。

**總結一下：**

1、功能比較全，足夠用了，直播點播和重播都整合在一起了。

2、一個軟體相容了其他幾個粵語APP的功能，不需要下載很多個粵語APP，看的

時候不要來回切換也省事。。省得老媽記不住，老問我哪個APP是看什麼。。

3、節目資源基本上是一些比較新的節目和電影。可點播的內容比其他幾個粵語APP加起來多。不過還是希望多多益善～～～

4、點播內容基本都是高清的，直播有一大半是高清，而且看官方的宣傳趨勢可能慢慢的都轉為高清。

5、換台載入的時間大概在2-3秒之間（我家20M頻寬），可以接受。

總的來說，使用方便，體驗也好。TVPAD完全可以考慮用港粵網路電視替代其他幾個粵語APP了，沒必要整這麼多APP讓大家眼花繚亂！！！


　　　　非常值得推薦的一款APP。特別是有老人的家庭，用港粵網路電視的話方便不少。

上一篇：中國男足1月10日首站2......　　　　　　下一篇：最后一天！72小時瘋搶！......

發佈：Nicole | 分類： TVpad知識介紹 | 回覆： 0 | 瀏覽：964

分享到： 複製網址　 Facebook　 QQ空間

所有評論

發表評論

...

抱歉,您還沒有登錄！登錄 註冊新用戶

發　表


正品保證
0月租


交易保障
第三方支付平臺


DHL/UPS/TNT
全球範圍安全放心


售後政策
質量問題7天退換1年保修

幫助中心
購物指南
我的訂單
常見問題
應用入駐

物流配送
簽收說明
關稅說明
配送方式
配送範圍

支付方式
支付寶支付
國際信用卡
安全性

售後服務
售後承諾
應用安裝
關於退換貨
查詢保修期

關於我們
品牌簡介
公司聲明
聯繫我們
媒體支持

聯繫我們
☎ (00852)2134-9910
24小時客服電話
全球客服中心

Copyright © 2007-2015 mtvpad.com All Rights Reserved

**EXHIBIT 8**

The latest app BETV□ for TVpad2 released on June 5, 2013_TVpad Mall



Home    Store    TVpad4    TVpad News



RSS Feeds

You are here:--> Home-->Blogs -->TVPAD NEWS -->Tvpad upgrade,TVPAD COUPON,TVPAD EVENT --> The latest app BETV   for TVpad2 released on June 5, 2013

Tags  TVpad upgrade,TVPAD COUPON,TVPAD EVENT

**The latest app BETV    for TVpad2 released on June 5, 2013**

From:TVpad   By:liubj

BETV    is an exclusively designed for overseas Chinese to provide local Chinese TV programming application. A new replay function for BETV    added into TVpad2 with the brand new user interface.

By this new function, users can reply 32+ Chinese (mainland) live channels of BETV at anywhere and anytime to solve time shift issue. It is really good news for users who have much trouble with jet lag that they can optionally choose view history within 72 hrs.

**How to install**  (*Follow screenshots guide below*)

 BETV  -Install

*Attention: BETV   is only available for TVpad 3.62 version or higher.*



| Blog Category | |
|---|---|
| All articles [31] | |
| TVPAD NEWS [27] | |
| TVPAD INTRODUCE [4] | |

**Hot Tags**

speacial/deal/sale/promotion game TVpad Mall The King of Fighters shipping arrangement YOHA gamepad gift app tvpad4 tvpad hktv HD Live TV Tvpad upgrade TVPAD COUPON TVPAD EVENT TVPAD2 TVPAD

**Hot blogs**

Tons of Apps in ......

TVpad Firmware U......

TVpad 2 Reduce S......

Good news for ne......

The New English......

EXHIBIT 8

The latest app BETV□ for TVpad2 released on June 5, 2013_TVpad Mall

Turn on your TVpad2 -Go to TVpad Manager



-TVpad Store- BETV



BETV   -Install



Switch what you'd like to watch atwill

*At last, enjoy it.*





BETV  , stable, clear and smooth etc have won living overseas Chinese your consistent high praise, covers all news finance, science and technology, sports, drama, children dozens of sets of Chinese channel resources. From now on you can lie on the sofa, with remote control operation, relaxed and comfortable to watch the high quality of Chinese local TV show. Whatever you want, up to you!

Prev Article   Good news fo......          Next Article   New Release ......

Posted by: liubj | Category    TVPAD NEWS | Reply    0 | Views   3618

The latest app BETV□ for TVpad2 released on June 5, 2013_TVpad Mall



All comments

Leave comments

Click here to enter your comment…

Sorry, you are current logged out! Login Register

Public

**Help Center**
Shopping Guide
My Order
FAQ
App Publishing

**Shipping**
Shipping Range
About Tariffs
About Receipt

**Payment**
Credit Card
Alipay
Security

**After-sale Service**
Commitment
App Installation
About Return
Check Warranty

**About Us**
Brand Introduction
Statement
Contact Us
Media Support

**Contact Us**


(00852)2134-9910
24 hours customer service
Global Service Center

Copyright © 2007-2015 mtvpad.com All Rights Reserved



Home    Store    TVpad4    **TVpad News**



RSS Feeds

You are in:--> Home-->Blogs -->TVPAD NEWS --> Tvpad upgrade,TVPAD COUPON,TVPAD EVENT --> The latest app BETV   for TVpad2 released on June 5, 2013

Tags  TVpad upgrade,TVPAD COUPON,TVPAD EVENT

**The latest app BETV    for TVpad2 released on June 5, 2013**

From:TVpad   By:liubj

BETV    is an exclusively designed for overseas Chinese to provide local Chinese TV programming application. A new replay function for BETV    added into TVpad2 with the brand new user interface.

By this new function, users can reply 32+ Chinese (mainland) live channels of BETV at anywhere and anytime to solve time shift issue. It is really good news for users who have much trouble with jet lag that they can optionally choose view history within 72 hrs.

**How to install**   (*Follow screenshots guide below*)

 BETV  -Install

*Attention: BETV   is only available for TVpad 3.62 version or higher.*



### Blog Category

All articles [31]

TVPAD NEWS [27]

TVPAD INTRODUCE [4]

### Hot Tags

speacial/deal/sale/promotion game TVpad Mall The King of Fighters shipping arrangement YOHA gamepad gift app tvpad4 tvpad hktv HD Live TV TVpad upgrade TVPAD COUPON TVPAD EVENT TVPAD2 TVPAD

### Hot blogs

Tons of Apps in ......

TVpad Firmware U......

TVpad 2 Reduce S......

Good news for ne......

The New English......

Turn on your TVpad2 -Go to TVpad Manager



-TVpad Store- BETV



BETV　 -Install



Switch what you'd like to watch atwill

*At last, enjoy it.*





BETV　, stable, clear and smooth etc have won living overseas Chinese your consistent high praise, covers all news finance, science and technology, sports, drama, children dozens of sets of Chinese channel resources. From now on you can lie on the sofa, with remote control operation, relaxed and comfortable to watch the high quality of Chinese local TV show. Whatever you want, up to you!

Prev Article  Good news fo......          Next Article  New Release ......

Posted by: liubj | Category    TVPAD NEWS | Reply    0 | Views    3618

The latest app BETV□ for TVpad2 released on June 5, 2013_TVpad Mall



All comments

Leave comments

Click here to enter your comment…

Sorry, you are current logged out! Login Register

Public

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Brand Introduction |  |
| My Order | Logistics | Alipay | App Installation | Statement | **(00852)2134-9910** |
| FAQ | About Tariffs | Security | About Return | Contact Us | 24 hours customer service |
| App Publishing | About Receipt | | Check Warranty | Media Support | **Global Service Center** |

Copyright © 2007-2015 mtvpad.com All Rights Reserved

**EXHIBIT 9**

 

  



Login | Register

Home    Store    TVpad4    TVpad News



# Regional Sole Agent Welcomed!

## 5-year quality guarantee, we are worth your trust!

### APPLICATION FORM

24/7 Global hotline: **00852-2134 9910**     Email: sales@creatent.net

EXHIBIT 9

# Why Choose Us?

 ## Infinite Market Potential 



For millions of Chinese living abroad, they enjoy a colorful life overseas but are still in great need of news and TV contents from the motherland. In response to the huge overseas market demands, TVpad emerges and brings a whole world of domestic news, movies, entertainments, sports, games, and more contents to the global users, taking them much closer to the motherland.

1. 50 million of overseas Chinese

2. Exclusive regional market space protects you from fierce competition among peers.



worldwide ensure an infinite market potential.

3. Exclusive & authorized live contents from mainland China/HK/Taiwan ensure safe operations with no risk.

Exclusive regional market

**FORTUNE**



## 2 Brand New Sole Agent Operation Mode

**Comprehensive marketing supports pave your road to fortune.**



### Exclusive regional marketing rights
Protect you from price competition among peers and guarantee you stable returns.



### Favorable business environment
Protect you from vicious competition caused by goods-fleeing and online underselling.



### E-commerce promotion resources
Exclusive access to online marketing resources, making it possible to increase sales by just waiting for the orders.



### Market promotion support
Provide you with market promotion fund, materials and service supports.



### Value-added benefits
Offer you exclusive returns from continuous value-added services.



### Reward policy
Set up exclusive rewards for whoever achieves sales targets.

## 3 Best Streaming Player for Chinese Contents



Headquartered in Hong Kong, Create New Technology (HK) Limited ("Creatent") also has its R&D centers and business centers in New York, Singapore and Shanghai, as well as a large modern manufacturing base in Shenzhen. Since 2008, Creatent has been focusing on the R&D of TVpad products. Up to now, Creatent have set up sales & service outlets in over 40 countries (covering over 100 developed cities), including US, Canada,

Australia, UK, France, Japan, Malaysia, Philippines, Thailand, etc. More remarkably, Creatent has gained tens of millions of users' support and outstanding sales worldwide, and its products-TVpad has been regarded as the best Chinese streaming player for overseas Chinese.

 ## Exclusive & authorized contents

Highlighting the strong brand advantage of TVpad



 ## Stable & smooth streams

5-year technologies accumulation, thousands of technicians' efforts, well-established emergency response mechanism and 24/7 broadcast control management ensure you stable & smooth streams

 

 ## Live TV from mainland China/HK/Taiwan

Millions of videos on demand available



 ## Big on contents

Sports, news, entertainment, early education, health, dance, music and more



 ## Time shifting & playback

12-hour time shifting & 72-hour playback





# How to Be a TVpad Sole Agent?

Creatent is ready to set up a worldwide distribution network with regional sole agents, desired to make TVpad a stronger brand around the world. And we welcome whoever's equipped with the followings to join us:

 **Marketing Team**

A team supporting for marketing promotion, sales management and after-sales services

 **Warehouse Ability**

Basic warehousing conditions

 **Financial Resources**

Enough money to support marketing promotion

 **Market Resources**

Overseas Chinese marketing channel resources and abilities to manage & develop sub-distributors

## Cooperation Steps



1. Consult via email or phone
2. Submit application form
3. Pass Creatent's evaluation
4. Sign *Sole Agent Agreement*
5. Start business as a sole agent

## New sole agents welcomed!

**Application Form**

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Brand Introduction | |
| My Order | Logistics | Alipay | App Installation | Statement | |
| FAQ | About Tariffs | Security | About Return | Contact Us | |
| App Publishing | About Receipt | | Check Warranty | Media Support | |

 **(00852)2134-9910**

24 hours customer service

**Global Service Center**

Copyright © 2007-2015 mtvpad.com All Rights Reserved





Home    Store    TVpad4    TVpad News



# Regional Sole Agent Welcomed!

5-year quality guarantee,
we are worth your trust!

**APPLICATION FORM**

24/7 Global hotline: **00852-2134 9910**    Email: sales@creatent.net

## Why Choose Us?

**1** **Infinite Market Potential** 

For millions of Chinese living abroad, they enjoy a colorful life overseas but are still in great need of news and TV contents from the motherland. In response to the huge overseas market demands, TVpad emerges and brings a whole world of domestic news, movies, entertainments, sports, games, and more contents to the global users, taking them much closer to the motherland.

1. 50 million of overseas Chinese worldwide ensure an infinite market potential.

2. Exclusive regional market space protects you from fierce competition among peers.

3. Exclusive & authorized live contents from mainland China/HK/Taiwan ensure safe operations with no risk.





Exclusive regional market



FORTUNE

**FORTUNE**

## 2 Brand New Sole Agent Operation Mode ✓

Comprehensive marketing supports pave your road to fortune.



**Exclusive regional marketing rights**

Protect you from price competition among peers and guarantee you stable returns.



**Favorable business environment**

Protect you from vicious competition caused by goods-fleeing and online underselling.



**E-commerce promotion resources**

Exclusive access to online marketing resources, making it possible to increase sales by just waiting for the orders.



**Market promotion support**

Provide you with market promotion fund, materials and service supports.



**Value-added benefits**

Offer you exclusive returns from continuous value-added services.



**Reward policy**

Set up exclusive rewards for whoever achieves sales targets.

## 3 Best Streaming Player for Chinese Contents ✓

Headquartered in Hong Kong, Create New Technology (HK) Limited ("Creatent") also has its R&D centers and business centers in New York, Singapore and Shanghai, as well as a large modern manufacturing base in Shenzhen. Since 2008, Creatent has been focusing on the R&D of TVpad products. Up to now, Creatent have set up sales & service outlets in over 40 countries (covering over 100 developed cities), including US, Canada, Australia, UK, France, Japan, Malaysia, Philippines, Thailand, etc. More remarkably, Creatent has gained tens of millions of users' support and outstanding sales worldwide, and its products-TVpad has been regarded as the best Chinese streaming player for overseas Chinese.

**1** **Exclusive & authorized contents**

Highlighting the strong brand advantage of TVpad




**2** **Stable & smooth streams**

5-year technologies accumulation, thousands of technicians' efforts, well-established emergency response mechanism and 24/7 broadcast control management ensure you stable & smooth streams




**3** **Live TV from mainland China/HK/Taiwan**





**4** **Big on contents**

Sports, news, entertainment, early education, health, dance, music and more

Millions of videos on demand available





**5** Time shifting & playback

12-hour time shifting & 72-hour playback




Often imitated Never surpassed



# How to Be a TVpad Sole Agent?

Creatent is ready to set up a worldwide distribution network with regional sole agents, desired to make TVpad a stronger brand around the world. And we welcome whoever's equipped with the followings to join us:

 **Marketing Team**

A team supporting for marketing promotion, sales management and after-sales services

 **Warehouse Ability**

Basic warehousing conditions

 **Financial Resources**

Enough money to support marketing promotion

 **Market Resources**

Overseas Chinese marketing channel resources and abilities to manage & develop sub-distributors

## Cooperation Steps



1 Consult via email or phone

2 Submit application form

3 Pass Creatent's evaluation

4 Sign *Sole Agent Agreement*

5 Start business as a sole agent

# New sole agents welcomed!

**Application Form**

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Brand Introduction | |
| My Order | Logistics | Alipay | App Installation | Statement | **(00852)2134-9910** |
| FAQ | About Tariffs | Security | About Return | Contact Us | 24 hours customer service |
| App Publishing | About Receipt | | Check Warranty | Media Support | **Global Service Center** |

Copyright © 2007-2015 mtvpad.com All Rights Reserved

**EXHIBIT 10**



News Feed

**TVpad** added **8 new photos**.
April 22, 2014 · 🌐

中國美食　《舌尖上的中國 2》播放時間表　盒粉趕快搜藏
Foodies　Chinese Cuisine documentary <a bite of china > is coming soon!!!!!!!

See Translation



Like　　Comment

Nav Nav, John Shiu, Ray Chuang and 7 others like this.　　Top Comments ▾

**Chuen Nin Ip** 如果是讲国语的就没兴趣看
See Translation
April 26, 2014 at 12:48pm

　　**TVpad** 嗯　是CCTV講國語的記錄片
　　See Translation
　　April 27, 2014 at 7:24pm

　　↳ View more replies

**Jimmy Wong** watched it on youtube 😌😌😌😌
See Translation
April 22, 2014 at 11:08pm

　　**TVpad** better watch live show in TVpad, dont have to wait for youtube
　　🙂
　　👍 1 · April 23, 2014 at 2:58am · Edited

　　↳ View more replies

English (US) · Privacy · Terms · Cookies ·
Advertising · Ad Choices ▷ · More ▾
Facebook © 2015

EXHIBIT 10

TVpad - 中國美食，《舌尖上的中國 2》播放時間表，盒粉趕快搜藏！ Foodies，Chinese...

**EXHIBIT 11**



EXHIBIT 11





**EXHIBIT 12**



EXHIBIT 12



**TVpad** 謝謝支持啦，tvpad一直在努力做更多的服務給每一個每外華人家庭

See Translation

August 26, 2013 at 11:24pm

**Hendrick Lim** Hi there, just wondering which APPs can we use to watch NBA ?

August 26, 2013 at 7:46pm

**TVpad** DL the sports online app，watch the cctv5、guangdong sports...

See Translation

August 26, 2013 at 11:36pm





facebook  **Sign Up**

Email or Phone

Password

☐ Keep me logged in

Forgot your password?

Facebook © 2015

**News Feed**

**TVpad** added **3 new photos**.

June 12, 2014 · Edited · 🌐

         1     32

                        1              2014  6  12
       32        12    12         64      !
             !go!go!go!

    32

                        TVpad

See Translation



Like    Comment

Eric But, Ka Sing Choy, Jennie Loh and 10 others like this.    Top Comments ▾

1 share

**Sam Chu**
See Translation
👍 4 · June 12, 2014 at 1:52am

**Anna Wu** Celina Wu: All the games free to play on SBS
👍 2 · June 12, 2014 at 4:23am

**Celina Wu** Sorry I can't read Chinese. Which Channel (app) would these matches be shown in tvpad?
👍 2 · June 12, 2014 at 12:27am

> **TVpad** Hi, please try      online   BETV.
> See Translation
> 👍 1 · June 12, 2014 at 1:29am

↳ View more replies

 **Vickie Mar** Oh ... On the mandarin channels !! Any Cantonese free coverage for the World Cup ???

👍 1 · June 12, 2014 at 1:49am

↳ **2 Replies**

 **Eric Leung** Is it covered all games on that channel???

👍 1 · June 12, 2014 at 1:41am

↳ **1 Reply**

 **Chin P Siu** the server is not working again ... can't watch world cup !!!

June 14, 2014 at 11:25am

 **Kelvin Yeung**          is down what's going on???/

See Translation

June 13, 2014 at 7:45am

↳ **3 Replies**

 **Vickie Mar** Anyone knows which app or channel on tvpad is showing the World Cup???

June 12, 2014 at 12:29am

   **TVpad** Hi, please try        online    BETV.

  See Translation

  June 12, 2014 at 1:29am

 **Ka Sing Choy** OK

See Translation

June 15, 2014 at 3:21pm

 **Ka Sing Choy**                    Vpad          ......

See Translation

June 14, 2014 at 3:12pm

 **Ka Sing Choy**

See Translation

June 12, 2014 at 6:08pm

↳ **1 Reply**

facebook

**facebook** Sign Up

Email or Phone
Password

☐ Keep me logged in          Forgot your password?

**Timeline Photos**
Back to Album · TVpad's Photos · TVpad's Page

**Timeline Photos**
Previous · Next



 **TVpad**
New Arrival-TVpad3
TVpad3          http://www.itvpad.com/

See Translation

October 12, 2013

Album: Timeline Photos

Shared with: 🌐 Public

Open Photo Viewer
Download
Make Profile Picture
Embed Post

👍 Carol Ton, So Live, Steve Huynh and 7 others like this.          Top Comments ▾

**Kiko Leung** Which tvpad is can see tvb day and night and 12 hour back and tvb drama o
November 3, 2013 at 5:43pm

**TVpad** Could download three party applications from TVpad store for this case 🙂 have a nice day
November 3, 2013 at 6:47pm · Edited

**Shuang Jiang** Hi, How does the VOIP work? Do you get a local telephone number for the phone and then work as a home phone? or you can only call people who are also using TVPad?
October 28, 2013 at 1:03pm

 **T-Ling Fang**          TVPAD 2 & TVPAD3
...
...
...          ...
See Translation
October 21, 2013 at 1:45am

**TVpad** TVpad3
Vicall
......
TVpad3          TVpad

3 FB

FB

See Translation
October 21, 2013 at 3:21am

↪ View more replies

**Wanli Yu Fakinos** TVpad2 3
......😳
See Translation
October 14, 2013 at 5:29am

**Sauman Lui** iphone! tvpad 2 , 3! 😠
See Translation
October 13, 2013 at 12:40pm

**Ann Lo** , . thanks
See Translation
October 12, 2013 at 8:41pm

**TVpad** http://www.itvpad.com/tvpadzt.html
See Translation

TVpad2

ITVPAD.COM

October 14, 2013 at 2:38am

**Mic Mok** damn i juz bought tvpad 2 not long ago
October 12, 2013 at 5:05am

**TVpad** you can directly contact customer service for exchange
requirements. thx.
October 14, 2013 at 2:45am

**Huỳnh Lệ Nghi** JyJy Shaw
See Translation
October 12, 2013 at 4:42am

**TVpad**
See Translation
October 14, 2013 at 2:46am

↪ View more replies

**Mark Yang** 2 TVpad3
See Translation
October 12, 2013 at 3:42am

**Cindy Sun** Malaysia
See Translation
October 12, 2013 at 7:22am

**TVpad**
http://www.itvpad.com/tvpadzt.html facebook
A999
See Translation

TVpad2

ITVPAD.COM

October 14, 2013 at 2:48am

**Samuel Liang** What is the difference with 2
October 12, 2013 at 5:13am

Sign Up

Log In

Messenger

Facebook Lite

Mobile

Find Friends

Badges

People

Pages

Places

Games

Locations

About

Create Ad

Developers

Careers

Privacy

Cookies

Create Page

Terms

Help

Settings

Activity Log

Ad Choices

Facebook © 2015

English (US)

**EXHIBIT 13**

Simon Lee - Did TvPad sign contract with TVB, so customers...



EXHIBIT 13

**EXHIBIT 14**

TVpad - 親愛的TVpad用戶，由於TVpad facebook...



Email or Phone          Password

Sign Up        ☐ Keep me logged in          Forgot your password?

News Feed

 **TVpad**
August 4 at 2:00am · 🌐

親愛的TVpad用戶，由於TVpad facebook 工作人員不是全天候在線，答疑
如需要即時服務，請聯系熱線電話或官網在線客服，或者到fans club 留言，
以下聯系方式全天候在線。

TVpad官網線上客服：http://www.mtvpad.com/
TVpad官方論壇（fans club）：http://www.tvpadfans.com/
7*24小時銷售/售後熱線：
(00852)2134-9910、(00852)2134-9901

Dear TVpad Users,
As TVpad facebook don't support 24/7 online service, you can contact us
via the online help on TVpad official website, 24/7 hot line or leave a
message on fans club if necessary.

TVpad official website: http://www.mtvpad.com/
TVpad official forum (fans club): http://www.tvpadfans.com/
24/7 hot line: (00852)2134-9910/(00852)2134-9901



### TVpad海外高清中文直播電視—TVpad官方商城

TVpad為全球華人提供海量高清中文電視節目，是目前最流行的電視盒子，擁有中文
節目直播、點播，時移等多種形式，提供最新最熱中文影視、体育，財經，教育，宗
教，港澳臺及日韓經典影視點播。

MTVPAD.COM

Like          Comment          ↷ Share

在泡菜國的香港唐狗, Jimmy Tai, Tony Chiang and 14 others like
this.

| ✓ **Top Comments** |
| Recent Activity |

3 shares

 **Lilly Ly** Which of the app I can upload to watch Hong Kong TVB show or
drama. Thanks
August 6 at 5:35pm

   **TVpad** 港粵網絡電視，HKTV，粵海時移，粵海寬頻等
  August 6 at 7:05pm

 浪漫 啲app又變到得個load字，乜都冇得睇
August 4 at 5:59pm

 **Marina Burn** Never buy this it only shows old movies and programs repeats
over and over again. Most of the movies and program are sad and
heartbreaking .target audience for donations. The donations goes to the
organizer (rich) the poor never gets it. (I have watched is for six months, only

English (US) · Privacy · Terms · Cookies ·
Advertising · Ad Choices ▷ · More ▾
Facebook © 2015

EXHIBIT 14

TVpad - 親愛的TVpad用戶，由於TVpad facebook...

to realized I was cheated and throw the machines into and sea and let it wash
far away. Any thing from China do not touch they each kill you are destroy
you.)
August 4 at 7:11am

 **Ranke Chan** I just brought the TVpad4, where can I find the Niji_Show app?
August 7 at 9:31pm

 **We Che** ok
August 4 at 4:43am

 **Stella Tao** 曲柏翰
August 6 at 12:09am



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: August 18, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Facebook - mytvpad - 870011226401652

Belinda Lai, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Belinda Lai

TVpad – Dear TVpad users, because TVpad facebook



Dear TVpad users, since TVpad facebook personnel are not online all day, if you need real-time service to respond to your questions, please contact the hotline or online customer service on the official website, or leave a message at fans club. The following are ways to contact all-day customer service.

Online customer service for TVpad official website: http://www.mtvpad.com/

TVpad official forum (fans club): http://www.tvpadfans.com/

7*24 hour sale/post-sale hotline:

(00852)2134-9910、(00852)2134-9901

Dear TVpad Users,
As TVpad facebook don't support 24/7 online service, you can contact us via the online help on TVpad official website, 24/7 hot line or leave a message on fans club if necessary.

TVpad official website: http://www.mtvpad.com/
TVpad official forum (fans club): http://www.tvpadfans.com/
24/7 hot line: (00852)2134-9910/(00852)2134-9901

[image: Bestselling]

TVpad overseas high definition Chinese live broadcast television – Tvpad official mall

TVpad provides Chinese worldwide with a massive quantity of high definition Chinese television programs. It is currently the most popular set-top box with live broadcast, on-demand, and time shift for Chinese programs, providing the latest and most popular Chinese dramas, sports, financial, educational, and religious programs, as well as on-demand classic programs from Hong Kong, Macau, Taiwan, Japan, and Korea .



Hong Kong Tang Dog in Korea,



TVpad          Hong Kong Cantonese Network TV, HKTV, HK Time Shift, HK broadband, etc.

Romantic          The app has went to just "load," there's nothing to see.

August 4 at 5:59pm

Marina Burn Never buy this it only shows old movies and programs repeats over and over again. Most of the movies and program are sad and heartbreaking .target audience for donations. The donations goes to the organizer (rich) the poor never gets it. (I have watched is for six months, only

TVpad – Dear TVpad users, because TVpad facebook

to realized I was cheated and throw the machines into and sea and let it wash
far away. Any thing from China do not touch they each kill you are destroy
you.)
August 4 at 7:11am

 **Ranke Chan** I just brought the TVpad4, where can I find the Niji_Show app?
August 7 at 9:31pm

 **We Che** ok
August 4 at 4:43am

**Stella Tao** Qu Bohan

August 6 at 12:09am



# Timeline Photos

Back to Album · TVpad's Photos · TVpad's Page

Previous · Next



**TVpad**

浙江卫视与荷兰《中国好声音》於7月17日正式開始了，海外TVpad的fans朋友的不是值可以看直播，也可以用TVpad看點播了，赶時更新的哦！ 點播地址：TVpad4 BETV_PLUS咁嘢

August 4

Album: Timeline Photos

Shared with: Public

Open Photo Viewer
Download
Embed Post

Agooda Liu, Ophelia Seeto, Mei Kuen Mow and 2 others like this.

**Mary Ng** Just upgrade to TV pad 4, all TV drama in cantonese, even the Taiwan drama, what do I need to download for mandarin speaking.
August 6 at 10:43pm

**TVpad** You can try BETV、BETV plus
15 hours ago

Sign Up       Log In        Messenger      Facebook Lite    Mobile         Find Friends    Badges    People    Pages       Places
Games        Locations     About          Create Ad        Create Page    Developers      Careers   Privacy   Cookies     Ad Choices
Terms        Help

Facebook © 2015

**EXHIBIT 15**



| | 帖子 | | 登录 | 注册 |

🏠 〉 论坛 〉 TVpad专区 〉 TVpad交流区 〉 新一代TVpad4大不同

发帖

| 返回列表 | **1** 2 3 | 1 / 3 页 | 下一页 |

查看: 20409 | 回复: 28　　**[产品交流]** 新一代TVpad4大不同 🎼 [复制链接]　　　　　　　　　　　　　　楼主　电梯直达 🔧



admin 发表于 2014-12-1 10:34:54　　只看该作者 | 只看大图 ▶

编辑采用

<div align="center">**新一代TVpad4大不同**</div>

备受期待的TVpad4终于上市，很多TVpad的粉丝们这几天一直在说一个问题，说TVpad4与其他盒子比有何不同，甚至跟上一代的TVpad3有什么创新或者突破，到底有多牛x，下面就让小编来给大家整理，整理，希望对大家了解TVpad4有好处。（为了跟更形象直观，我直接用对比形势来展示给大家看）

1、首先咱来看一下外观：



TVpad4比起其他盒子更纤薄、更轻巧、更圆润、更精致。

2、播放更清晰了，TVpad4采用最新的H.265高清解码技术，什么叫H.265技术，这个直接看图更能明白。



H.265视频编码技术首次尝试海外中文盒子商业化，实属国际领先水平。
H.265技术下TVpad4播放1080P超高清播放效果，比TVpad3的画质清晰不少。

### 3、顶配硬件
内芯强劲，才够持久动力

| 品牌 | TVpad4 | 某米 | 某模仿品牌 |
|---|---|---|---|
| CPU | 四核 | 双核 | 双核 |

四核CPU，操作反应、视频播放处理速度秒杀同行，加之首款使用H.265技术的盒子，播放，不卡机，体验飞起来！！！

### 4、UI界面对比



UI越来越人性化，操作更实用、更高效简单，切换速度极快。

### 5、节目内容（这个是最牛x之处，其他地方完全没有）





直播：



港台剧都正常播放
300多个国内台+40多个港台直播
国内盒子受限政策因素，不支持直播功能，海外同类盒子收费或少量直播台



点播：

覆盖中、港、台、美、日、韩等几乎所有热门经典电影、电视剧，以及新闻、体育、娱乐节目。



时移：

国内盒子受限政策因素，不支持时移功能，海外同类盒子少有时移功能。

**6、特有直播APP**



独家拥有粤海宽频、粤海宽频2、粤海时移、港粤快看等10余个APP。

最近最火的HKTV？？看图有惊喜～



更多精彩，请购买体验..........

本主题由 凤凰 于 2015-3-29 09:15 解除高亮

分享到： 👤QQ好友和群　　😊QQ空间　　📷腾讯微博　　🍀腾讯朋友



🟡收藏　　❤️分享　　⬆️支持 43　　⬇️反对 14

📒回复　　　　　　　　　　　　　　　　　　　　　　　　　　使用道具 ⌄　　举报

---

👤 hicuagain　发表于 2014-12-1 11:10:54 ｜ 只看该作者　　　　　　　　沙发

哇~~ TVpad4的频道有300多个国内台+40多个港台直播! 这要比TVpad3的可视资源增加了不知道多少倍！！！





TA的每日心情

开心

22 小时前

签到天数: 1159 天

[LV.10]以坛为家III

顶TVpad！！！！！！~~~ {:59:}{:59:}{:59:}

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　举报



**cheungyingfun** 发表于 2014-12-1 11:13:07 ｜ 只看该作者　　　　　　板凳

加頂TVpad

 {:59:}





TA的每日心情

开心

19 小时前

签到天数: 1154 天

[LV.10]以坛为家III

 回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　举报



**kl789456** 发表于 2014-12-1 11:29:16 ｜ 只看该作者　　　　　　地板

great.. new tvpad4



TA的每日心情

难过

昨天 10:13

签到天数: 539 天

[LV.9]以坛为家II

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　举报

**kl789456** 发表于 2014-12-1 12:31:48 ｜ 只看该作者　　　　　　5#

what is the channel list?? can provide?



TA的每日心情
难过
昨天 10:13

签到天数: 539 天
[LV.9]以坛为家II

回复　支持　反对　　　　　　　　　　　　　举报

yuanbo1998 发表于 2014-12-1 12:55:58 | 只看该作者　　　　6#

刚买TVPAD3！

回复　支持　反对　　　　　　　　　　　　　举报

Dxxiaofeng 发表于 2014-12-1 13:14:23 | 只看该作者　　　　7#

great. 支持

TA的每日心情
开心
2014-12-21 08:14

签到天数: 13 天
[LV.3]偶尔看看II

回复　支持　反对　　　　　　　　　　　　　举报

傅囝 发表于 2014-12-1 14:39:19 | 只看该作者　　　　8#

國內300+頻道可以正常播放嗎？可以3天或者7天回放嗎？
有釣魚頻道嗎？謝謝·

TA的每日心情
无聊
昨天 11:11

签到天数: 916 天
[LV.10]以坛为家III

回复　支持　反对　　　　　　　　　　　　　举报

tanjerome 发表于 2014-12-1 23:44:21 | 只看该作者　　　　9#





顶TVpad!买TVPAD4！

TA的每日心情

郁闷
20 小时前

签到天数: 384 天
[LV.9]以坛为家II


💬 回复　🔼 支持　🔽 反对　　　　　　　　　　　举报

👤 **edwin0108** 发表于 2014-12-2 11:20:40 | 只看该作者　　　　　　10#

我個人還是看直播居多, 在youtube看到換臺速度很快 估計是換格式了.支持TVpad:DDD

**關注一下小编新開通的facebook page, 第一手最新消息 随時有驚喜喔:D**
https://www.facebook.com/pages/TVpad-Overseas-Page/551670044970177

TA的每日心情

开心
2015-7-7
09:45

签到天数: 1193 天
[LV.10]以坛为家III


💬 回复　🔼 支持　🔽 反对　　　　　　　　　　　举报

下 一 页　 »

发帖 📝

返回列表　**1**　2　3　　　1　/ 3 页　下一页


B A 🖼 🔗 " <> 😊　　　　　　　　　　　高级模式

您需要登录后才可以回帖 登录 | 立即注册　　🐧 用QQ帐号登录

replysubmit　☐ 回帖后跳转到最后一页　　　　　　　　本版积分规则



站长统计



| 门户 | 论坛 | TVpad产品区 | fans休闲区 | 站务管理区 | 购买TVpad | TVpad 招商 |
|------|------|------------|-----------|-----------|-----------|-----------|
| Portal | BBS | Products | Fans | Service | Buy | Investment |

🏠 〉 论坛 〉 fans休闲区 〉 影音交流 〉 TVpad 高清看2013蛇年春晚

发帖 📝                                                                          返回列表

查看: 3066 | 回复: 9        TVpad 高清看2013蛇年春晚 [复制链接]                    🖨 ⬜ ➡

admin　发表于 2013-1-29 17:20:10 | 只看该作者 | 只看大图 ▶          楼主 · 电梯直达 ⬜ 🔧

TA的每日心情





😆 开心
2015-2-3
15:09

签到天数: 109 天
[LV.6]常住居民II



春晚节目曝光了！曝光了！(:2:)各大卫视大比拼，拼爹拼娘能否拼得过央视？？？(:87:)
还是让【TVpad春晚节目】早知道来告诉你吧！千万Hold住啊！

**[2013年中央电视台春节联欢晚会]**



直播频道：CCTV-1,3,4等
播出时间： 2月9日  8:00 PM

朱军、李咏、董卿，毕福剑、撒贝宁、李思思担任主持。本届春晚将延续2012年春晚无广告风格，保持圆桌式聚会形式。张靓颖、那英、SHE等众多明星均应邀参加。2013年01月18日，春晚官方微博表示赵本山始终觉得作品未能达到自己的心理预期，决定放弃登上蛇年春晚的机会

**节目单：**
1 开场歌舞《龙腾虎跃》赵薇、王力宏 孙悦等
2 歌曲《和谐世界》宋祖英
3 相声剧《一块钱的事》冯巩 朱军 牛莉
4 歌舞《巨龙》群星(成龙 黄晓明 韩庚 等)
5 小品《火车站》郭冬临 王宝强
6 杂技《翻跟头》龙虎队
7 儿童歌舞剧《爸爸妈妈我爱你》林妙可 孔莹等
8、相声《说酒》姜昆 戴志成
9 民族歌舞
10 歌曲《追寻》孙楠
11 小品《家》黄宏 韩雪 林永健 巩汉林
12 歌舞《唱响欢乐》上海选送
13 我要上春晚歌曲《半城烟沙》许嵩歌曲《错错错》六哲
14 相声《三蛋子》刘天龙 徐永新
15 歌曲《烟花易冷》周杰伦
16 豫剧《朝阳沟》王奇 宋浪 周国君 韩志强
17 小品《承诺》郭达 蔡明
18 歌曲《看得最远的地方》张韶涵
19 魔术《奇迹》刘谦
20 小品《和谐就是好啊》句号 邵峰 金玉婷
21 歌曲《天使的翅膀》徐誉腾
22 杂技《独木桥》南京杂技团选送
23 小品《偶像之约》小沈阳王小虎周杰伦
24 歌舞《共和国之辉》谭晶
0点倒计时
25 舞蹈《腾飞》晨鸿艺术团选送
26 小品《拍卖诚实》大兵 赵卫国
27 歌曲《岁月》毛阿敏
28 歌曲《铁军》沈阳军区
29 武术 河南少林寺
30 歌曲《向天再借五百年》韩磊
31 相声《没关系》贾玲 白凯楠

32 老歌联唱《明天会更好》《同桌的你》《再回首》《黄种人》
33 歌曲《春天来了》李晓志 王耀辉
34 歌曲《幸福时刻》赵贾乐 张腾龙
35 歌曲《难忘今宵》李谷一 关牧村 佟铁鑫

### [江苏卫视2013蛇年春晚]



直播频道：江苏卫视
播出时间：2月10日 7:30 PM

跨年晚会收视惜败湖南，江苏卫视在"春晚"上无疑狠下功夫，江苏卫视总编室相关负责人表示，2013年荔枝春晚将重点打造完全原创的语言类节目，数量多至7个，占节目总量的40%。目前已邀请到郭德纲、于谦、小沈阳、沈春阳、郭冬临、贾玲、沈腾等众多一线语言类明星，组成语言类节目的"最强阵容"。
据说下面是表演嘉宾的全名单：
PSY(鸟叔) 、陈奕迅、汪峰、孙楠萧亚轩、李宇春、梁静茹、舒淇、林忆莲、潘长江、范伟、郭冬临、小沈阳、赵本山、刘谦、关喆、庾澄庆、吴莫愁、那英、张玮、龚琳娜、吴建豪、言承旭、杨丽萍、龚琳娜、延参法师

### [辽宁卫视2013蛇年春晚]



直播频道：辽宁卫视
播出时间：2月8日 7:30 PM
主持人：姜昆、柳岩、王旭、徐璐璐、于洋、密密、杨悦、蝈蝈

辽宁卫视对本山大叔的朋友也来者不拒，刚跟赵本山合作《河东狮吼》的张柏芝，也将在辽宁春晚上之重聚，是携手合作还是各展风采?这谜底只有当天揭晓。在"本山帮"之外，今年大热的"哈林"庾澄庆还会与姜昆携手，在辽宁卫视春晚来一场混搭秀

### [湖南卫视2013小年夜春节联欢晚会]



直播频道：湖南卫视
播出时间：2月4日 8:00 PM

湖南卫视将现场直播"小年夜春节联欢晚会"，著名笑星赵本山、英国歌手莎拉布莱曼、歌手张杰 等著名明星将登台亮相。另王祖蓝、贾玲这对"百变情侣"助阵春晚上演"百变斗嘴秀，07快男"回家" 俞灏明再现身，萨顶顶经典曲目等等各种看点，值得期待。

### [安徽卫视2013蛇年春晚]



直播频道：安徽卫视
播出时间：2月9日 7:35 PM

2013年的春晚除了极具徽风皖韵的节目外，两岸叁地的明星们也是一大特色，今年的明星有韩国当红组合T-ara，还有台湾着名音乐人齐秦、赵传，音乐王子林俊杰、实力歌手胡夏、中国摇滚音乐之父崔健，以及月亮公主孟庭苇等等，流行音乐歌手林俊杰更是带来极具徽州特色的歌曲《江南》，实力歌手胡夏带我们一起回顾《那些年》

### [北京电视台2013蛇年春晚]



直播频道：北京电视台
播出时间：2月10日 7:35 PM

继2010、2011、2012三届环球春晚成功举办之后，2013BTV环球春晚又将拉开帷幕啦。
2013BTV春晚的明星阵容初见端倪，宋祖英、谭晶、崔健、汪峰、韩磊、李玉刚、费玉清、童安格、戴玉强、莫华伦、魏松等实力歌手将倾情加盟。

**以上由你任意选，可不要错过哟。**

<span style="color:red">**～ 最后祝大家蛇年吉祥 Happy New Year ～**</span>

2013, 春晚节目

分享到: QQ好友和群   QQ空间   腾讯微博   腾讯朋友

收藏    分享    支持    反对

相关帖子

• 笑死我啦 ！！                                          • TVpad在线直播收看 2013年元宵晚会

回复                                              使用道具 ▾   举报

edwin0108 发表于 2013-1-30 06:52:56 | 只看该作者                                      沙发

果斷看湖南TV的春節晚會 哦耶(:99:)



TA的每日心情
开心
2015-7-7 09:45

签到天数: 1193 天
[LV.10]以坛为家III

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　举报

**DNA** 发表于 2013-1-30 10:32:25 | 只看该作者　　　　　　　　　　　　板凳

where are the HD channels ????????

TA的每日心情
怒
2013-3-22
06:44

签到天数: 56 天
[LV.5]常住居民

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　举报

**eleven11** 发表于 2013-1-30 13:37:40 | 只看该作者　　　　　　　　地板

> DNA 发表于 2013-1-30 10:32
> where are the HD channels ????????

http://www.tvpadfans.com/thread-45951-1-2.html

TA的每日心情
郁闷
2013-8-20
09:11

签到天数: 100 天
[LV.6]常住居民II

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　举报

**猪猪** 发表于 2013-1-30 16:03:56 | 只看该作者　　　　　　　　　5#

期待

TA的每日心情
开心
2014-3-28
11:31

签到天数: 631 天
[LV.9]以坛为家II

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　举报

**birch1580** 发表于 2013-1-31 00:35:48 | 只看该作者　　　　　　　　6#

可移时收看最好.不用早起！



TA的每日心情

**无聊**

21 小时前

签到天数: 1069 天

[LV.10]以坛为家III

---



该用户从未签到

江南才子 发表于 2013-1-31 00:56:06 | 只看该作者                    7#

好消息！

回复    支持    反对                                                        举报

---



TA的每日心情

**开心**

2012-5-16
05:05

签到天数: 6 天

[LV.2]偶尔看看I

hairfly 发表于 2013-1-31 14:15:41 | 只看该作者                    8#

这是哪来的节目单啊？好像不对呀！说赵本山不上春晚，但是节目单还有他；听说有郭德纲，这个单子上也没有。如下这个靠谱：
http://www.tvmao.com/CCTV_chunwan_jiemudan.html

回复    支持    反对                                                        举报

---



TA的每日心情

**开心**

2015-6-29
14:20

 twoten 发表于 2013-2-20 14:38:50 | 只看该作者                    9#

> hairfly 发表于 2013-1-31 14:15 
> 这是哪来的节目单啊？好像不对呀！说赵本山不上春晚，但是节目单还有他；听说有郭德纲，这个单子上也
> 没有。 ...



事实证明 靠谱



签到天数: 67 天

[LV.6]常住居民II

回复　支持　反对

举报

随便呼呼　发表于 2013-2-26 06:59:22　|　只看该作者

10#

阿米尔汗，8岁时出演一部轰动印度的电影，是公认的童星。

该用户从未签到

回复　支持　反对

举报

发帖

返回列表

B　A　🖼　🔗　"　&lt;/&gt;　😊

高级模式

您需要登录后才可以回帖 登录 | 立即注册　用QQ帐号登录

replysubmit　□回帖后跳转到最后一页

本版积分规则

站长统计



| 帖子 | TB |

登录 | 注册

| 门户 | 论坛 | TVpad产品区 | fans休闲区 | 站务管理区 | 购买TVpad | TVpad 招商 |
| Portal | BBS | Products | Fans | Service | Buy | Investment |

🏠 〉 论坛 〉 fans休闲区 〉 体育赛事 〉 欧冠四强排位竞猜（4.17发布）

发帖

返回列表　1　2　3　　1 / 3 页　下一页

查看: 1661 | 回复: 23

**[足球天下] 欧冠四强排位竞猜（4.17发布）** [复制链接]



TA的每日心情
奋斗
2015-4-15
13:36

签到天数: 388 天
[LV.9]以坛为家II

brightlook 发表于 2014-4-17 10:13:09 | 只看该作者 | 只看大图 ▶

楼主　电梯直达

本帖最后由 brightlook 于 2014-4-17 10:37 编辑

鉴于本版伙伴们的推荐，先把欧冠四强活动继续下去。
感谢 cheungyingfun hicuagain candice 的热心。

欧冠四强出乎我们的意料，马竞成为一匹黑马搅动欧冠时局，当然，每场比赛都很精彩，球队都是百分百的投入激情进行战斗，即使8强中那些落败者，也是真英雄，因为他们和4强一起的奉献，我们才看到了那些激动人心的比赛，翻盘、逆转、强势……



8强有个定律，不知道伙伴们发现了没有？？？
主队不败，胜率更是高的惊人，达75%。
而皇马的德国行依旧沿袭了传统。此番对战拜仁，能够完成逆袭吗？？？
马竞和切尔西不得不说精神可嘉，在不被看好的前提下，两队表现出惊人的战力，半决赛中两队直接碰撞也是值得期待！！！
试问今年谁能站在里斯本光明球场之巅？？？？C罗在家乡捧杯？？？拜仁强势5年4进决赛，欧冠2连霸？切尔西王者归来？马竞一黑到底？？？

好了，现在来讲下活动规则了。。。

**活动介绍:** 欧冠半决赛即将燃起战火，即日起我们将推出欧冠竞猜活动，评选出多位"最佳球迷"，将获赠神秘大奖，赶快打开 TVpad 收看欧冠赛事。
**欧冠4强球队和对阵名单:**（赛程和活动时间皆为北京时间）
马竞、皇马、切尔西、拜仁



**TVpad赛事直播平台：**



| 语言 | 直播频道 | 所属应用 |
|---|---|---|
| 粤语 | 1.翡翠台<br>2.高清翡翠台<br>3.高清翡翠台HD<br>4.广东体育台 | 粤海宽频<br>HITV<br>体育online |
| 普通话 | 1.CCTV5<br>2.CCTV5高清<br>3.CCTV5+体育赛事<br>4.风云足球<br>5.欧洲足球 | BETV<br>BETV HD版 |

**竞猜方式：**四强竞猜，回帖预测进军四强的球队及排名
**回帖格式：**
冠军：XXX
亚军：XXX
季军：XXX
殿军：XXX

最喜欢的解说员：XXX（如：贺炜）
最用哪个应用看欧冠直播：（如：BETV）

（由于欧冠不进行三四名排位赛，但考虑到竞猜的难易程度，此次以<span style="color:blue">欧冠小组积分规则</span>进行三四名排位）

**竞猜截止时间：**2014年4月23日2点整（北京时间）

**竞猜规则：**
1. 每个ID在此期间只能竞猜一次，重复或无效帖将作废；
2. 截止时间后参与竞猜和修改竞猜结果将作废处理；
3. 竞猜获奖结果按回帖最终编辑时间排序。

**活动奖品：**
TVpad白色版　　　　　　1台　　　　　首位猜中者（竞猜修改后按最近一次修改的时间计数）
TVpad3代金券＄50　　　5张　　　　　2-6顺位猜中者

**兑奖时间：**
1. 决赛后7日内统计并私信获奖者，若其7日内无答复则作废，顺延给下一位猜中者；
2. 奖品将在收到获奖者有效信息后7日内寄出。

**白色版中奖者须知：**
1. 目前白色版还在内测中，公开版发售时间还未定（最晚世界杯前1个月），so，若您获得白色版TVpad，可能需要暂缓收到礼品（brightlook提前说一句抱歉）。若您不介意，也可以工程机或者TVpad3进行奖品替代（死私信沟通）。
2.TVpad白色版获奖者需在收到礼品后10天内，提供最少一篇详细评测文章（评测内容包括但不限定：拆包图、包装、配件、产品外观设计、应用安装和使用、玩法攻略、应用推荐等）。

**其他主题活动：**
欧冠4强赛赛事下注帖：<span style="color:blue">http://tvpadfans.com/forum.php?mod=viewthread&tid=158028&page=1&extra=#pid305944</span>

**获奖攻略：**参加微信活动，不断的有TVpad白色版作为奖品

顺便留心下，所有活动可以点击下方图片：



🏷 北京时间、王者归来、切尔西、半决赛、里斯本

分享到：👥QQ好友和群　　🔷QQ空间　　🔶腾讯微博　　🍀腾讯朋友

⭐收藏　　❤️分享　　⬆️支持　　👎反对

相关帖子

- 【每周正能量】第2期周盖楼拿奖活动（4.2-4.8获奖已公布）
- 2014世界杯赛程（北京时间）一张小图使简单明了
- 女排世锦赛видео程已进入你我的半决赛直播中！
- TVpad收看欧冠半决赛指南（实时更新）

- 【TVpad劲能量】2014欧冠决赛下注竞猜（5.4开奖）
- 提示：周五彭帅半决赛不要错过TVpad直播 加油！～～
- 【已發獎】2015欧冠半决赛下注竞猜赢TVpad4优惠券
- 耍萌也无用，NBA萌神库里难逃被罚款的命运！

🟨 回复　　　　　　　　　　　　　　　　使用道具 ▾　　举报



lfengyw 发表于 2014-4-17 13:48:50 ｜只看该作者　　　　沙发

冠军：拜仁
亚军：马竞
季军：切尔西
殿军：皇马
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

TA的每日心情
😓 擦汗
2015-1-8
09:26

签到天数: 89 天
[LV.6]常住居民II

---



**香茅** 发表于 2014-4-17 14:57:21 | 只看该作者    板凳

冠军：皇马
亚军：切尔西
季军：拜仁
殿军：马竞
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

TA的每日心情

衰
2014-4-22 10:23

签到天数: 9 天
[LV.3]偶尔看看II

回复　支持　反对    举报

---



**brightlook** 楼主 发表于 2014-4-17 16:28:19 | 只看该作者    地板

本帖最后由 brightlook 于 2014-4-17 16:29 编辑

我也来猜

冠军：皇马
亚军：马竞
季军：拜仁
殿军：切尔西
最喜欢的解说员：刘宁 何辉 陈熙荣（被迫无奈看央视5，解说员把自己喜欢的队简直当成北京队，听刘建宏段那群直接静音）
最用哪个应用看欧冠直播：粤海宽频

TA的每日心情

奋斗
2015-4-15 13:36

签到天数: 388 天
[LV.9]以坛为家II

回复　支持　反对    举报

---



**hicuagain** 发表于 2014-4-18 02:21:54 | 只看该作者    5#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：廣東体育台

TA的每日心情
开心
22 小时前

签到天数: 1159 天
[LV.10]以坛为家III

回复　支持　反对    举报

---

**hicuagain** 发表于 2014-4-18 02:37:40 | 只看该作者    6#

本帖最后由 hicuagain 于 2014-4-18 02:58 编辑




TA的每日心情
开心
22 小时前

签到天数: 1159 天
[LV.10]以坛为家III

 cheungyingfun 发表于 2014-4-18 02:24

哈哈!!!

冠军：马竞 - 會不會真的好眼光呢??? 

这叫出奇制胜，哈哈哈！~

不过，我也不看好马竞。 但是，今年的联赛成绩不错的说，嘿嘿

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　　　　举报

---



该用户从未签到

ans 发表于 2014-4-18 03:29:50 ｜ 只看该作者　　　　　　　7#

本帖最后由 ans 于 2014-4-22 02:37 编辑

冠军：皇马
亚军：切尔西
季军：拜仁
殿军：马竞
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　　　　举报

---



 timmyng 发表于 2014-4-18 07:36:47 ｜ 只看该作者　　　　　　　8#

冠军：拜仁
亚军：马竞
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

TA的每日心情
郁闷
2015-4-8
07:16

签到天数: 413 天
[LV.9]以坛为家II

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　　　　举报

---



该用户从未签到

moresales 发表于 2014-4-18 09:53:58 ｜ 只看该作者　　　　　　　9#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：廣東体育台

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　　　　举报





candice 发表于 2014-4-18 11:50:21 | 只看该作者

10#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：没时间看。。。。呜呜呜
最用哪个应用看欧冠直播：粤海宽频

虽然没时间看，太晚了。。。但是我还是支持马竞一路黑到低！！

皇马的贝尔开始爆发，但是不看好皇马的欧冠运气。哈哈哈



 点评

brightlook        你说有没有可能欧冠最后来个同城大战？？？ 皇马客战德国的宿命要打破才有戏。。。  详情 回复 发表于 2014-4-18 13:42

回复    支持    反对                                                                                            举报

下 一 页    »

发帖

返回列表    1    2    3    1 / 3 页    下一页



B  A  🖼  🔗  "  <>  🙂                                                    高级模式

您需要登录后才可以回帖 登录 | 立即注册    用QQ帐号登录

replysubmit    ☐ 回帖后跳转到最后一页                                              本版积分规则

站长统计



登录 | 注册

论坛 > TVpad专区 > TVpad交流区 > ‘占领中环’开始后TVB全部看不到

发帖

返回列表

查看: 1496 | 回复: 4

[产品交流] ‘占领中环’开始后TVB全部看不到 [复制链接]

vincent29 发表于 2014-10-1 08:34:25 | 只看该作者 ▶

楼主 · 电梯直达

互动新闻台，翡翠台全部当机，咩事啊，又被五毛攻击啊？

该用户从未签到

分享到: QQ好友和群  QQ空间  腾讯微博  腾讯朋友

收藏  分享  支持  反对

回复

使用道具 ▾  举报

terryfong2011 发表于 2014-10-7 00:11:50 | 只看该作者

沙发

Mine is working fine, no interuption so far. I am in USA Boston...

TA的每日心情
无聊
22 小时前

签到天数: 1068 天
[LV.10]以坛为家III

回复  支持  反对

举报

hksea 发表于 2014-10-7 10:29:50 | 只看该作者

板凳

> 9hk67 发表于 2014-10-7 00:22
> 没事

一直用TVPad收看"佔中"，完全冇问题。

TA的每日心情
开心
19 小时前

签到天数: 1042 天

[LV.10]以坛为家III

🗨 回复　👍 支持　👎 反对　举报



admin　发表于 2014-10-9 14:11:45　| 只看该作者　地板

现在已经恢复正常了，请大家安心观看节目！

TA的每日心情

😊 开心
2015-2-3
15:09

签到天数: 109 天

[LV.6]常住居民II

🗨 回复　👍 支持　👎 反对　举报

odludh21　发表于 2015-4-30 14:30:50　| 只看该作者　5#

现在已经恢复正常了，请大家安心观看节目！

该用户从未签到

🗨 回复　👍 支持　👎 反对　举报

发帖 📝　返回列表

**B** A 🖼 🔗 " <> 😊　高级模式

您需要登录后才可以回帖 登录 | 立即注册　用QQ帐号登录

replysubmit　☐ 回帖后跳转到最后一页　本版积分规则

站长统计



帖子

登录 | 注册

门户
Portal

论坛
BBS

TVpad产品区
Products

fans休闲区
Fans

站务管理区
Service

购买TVpad
Buy

TVpad 招商
Investment

🏠 › 论坛 › TVpad专区 › App交流区 › ※港粤网络电视※最新应用包

发帖 📝

返回列表  **1** 2 3 4 5 6 7 8 9  1 / 9 页  下一页

查看: 16080 | 回复: 75

[综合] **※港粤网络电视※最新应用包** [复制链接]



传奇 发表于 2014-4-18 11:10:16 | 只看该作者 | 只看大图 ▶

楼主 电梯直达 □ 🔧

本帖最后由 brightlook 于 2014-4-27 23:23 编辑



**TA的每日心情**

慵懒
2012-3-28
16:25

签到天数: 3 天

[LV.2]偶尔看看I

### 应用基本介绍



港粤网络电视是一款粤语视频综合软件，汇集了热门的粤语直播、点播节目，并提供节目预告、直播预约、精彩回放等功能，同时，港粤网络电视有着丰富的栏目设计，如热播剧、经典剧、娱乐、休闲、戏曲等栏目，可满足粤语用户全方位的节目需求。港粤网络电视，一个应用，足够精彩！

### 应用类型

综合（直播+回放+点播）

### 应用下载渠道

1、线下U盘安装

2、N+商城 **下载**

另外说明一下，原先的港粤网络电视测试版应用包已无法正常使用，所有安装测试版的用户需要重新卸载安装新应用，请大家自行去应用下载渠道下载。

有任何问题，可随时联系客服！

分享到: QQ好友和群　QQ空间　腾讯微博　腾讯朋友

收藏　分享　支持　反对

回复　　　　　　　　　　　　　　　　　　使用道具 ▾　举报

candice 发表于 2014-4-18 13:01:27 | 只看该作者　　　　　　　　沙发

哇哦～～下载地址N+商城

http://www.appnnn.com/topic/app_3914.html
各位坛友需要的赶紧下载啊

TA的每日心情
开心
2014-4-4
09:07

签到天数: 2 天
[LV.1]初来乍到

回复　支持　反对　　　　　　　　　　　　　　　　举报

ywcj 发表于 2014-4-18 14:57:43 | 只看该作者　　　　　　　　板凳

一個就足夠.

TA的每日心情
慵懒
2015-6-25
10:14

签到天数: 586 天
[LV.9]以坛为家II

回复　支持　反对　　　　　　　　　　　　　　　　举报

ielppa 发表于 2014-4-18 21:24:28 | 只看该作者　　　　　　　　地板

TA的每日心情
开心
17 小时前

签到天数: 1210 天
[LV.10]以坛为家III

回复　支持　反对　　　　　　　　　　　　　　　　　　举报



**kkericb** 发表于 2014-4-19 00:09:57 | 只看该作者　　　　　　5#



M120/M121/M121S V3.26　　　{:73:}

TA的每日心情
开心
22 小时前

签到天数: 1167 天
[LV.10]以坛为家III

回复　支持　反对　　　　　　　　　　　　　　　　　　举报



**nav** 发表于 2014-4-19 00:17:12 | 只看该作者　　　　　　6#

本帖最后由 nav 于 2014-5-14 16:57 编辑

TA的每日心情
开心
22 小时前

签到天数: 532 天
[LV.9]以坛为家II

回复　支持　反对　　　　　　　　　　　　　　　　　　举报



**nav** 发表于 2014-4-19 02:15:13 | 只看该作者　　　　　　7#

TVpad3 & 2 only

TA的每日心情
开心
22 小时前

签到天数: 532 天
[LV.9]以坛为家II

回复　支持　反对　　　　　　　　　　　　　　　　　　举报

**nav** 发表于 2014-4-19 02:16:10 | 只看该作者　　　　　　8#



> sextant340 发表于 2014-4-18 08:57
> 不知TVPAD1(M121)可用?謝謝!

這版本不能

TA的每日心情
开心
22 小时前

签到天数: 532 天
[LV.9]以坛为家II

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　举报

cbc123456 发表于 2014-4-19 03:57:18 | 只看该作者　　　　　　　　9#

> nav 发表于 2014-4-19 02:16
> 這版本不能


工作中

TA的每日心情
开心
22 小时前

签到天数: 940 天
[LV.10]以坛为家III

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　举报

nav 发表于 2014-4-19 03:58:46 | 只看该作者　　　　　　　　10#

> cbc123456 发表于 2014-4-18 12:57
> 工作中


明白了!

TA的每日心情
开心
22 小时前

签到天数: 532 天
[LV.9]以坛为家II

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　举报

下 一 页　»

发帖

返回列表　1　2　3　4　5　6　7　8　9　　　1 / 9 页　下一页



您需要登录后才可以回帖 登录 | 立即注册

本版积分规则

帖子

登录 | 注册

TVpad Fans

| 门户 Portal | 论坛 BBS | TVpad产品区 Products | fans休闲区 Fans | 站务管理区 Service | 购买TVpad Buy | TVpad 招商 Investment |

⌂ 论坛 > TVpad专区 > 问题反馈区 > 看CCTV5 高清要收费？

发帖

返回列表

查看: 2322 | 回复: 8

看CCTV5 高清要收费？ [复制链接]

华森国际 发表于 2014-6-12 22:37:37 | 只看该作者 ▶

楼主 · 电梯直达

有段时间没开TVPAD3了，今天打开看CCTV5高清的，看了一会，说让我充值，然后就不能看了？为什么会这样？

CCTV5

TA的每日心情

怒
2013-10-5
18:55

签到天数: 2 天

[LV.1]初来乍到

分享到: QQ好友和群    QQ空间    腾讯微博    腾讯朋友

⭐ 收藏    ❤ 分享    👍 支持    👎 反对

相关帖子

• [ 好消息 ] CCTV5+体育赛事频道正式上线！
• 世界杯快开始了 希望能添加cctv 5 cctv5+ cctv1 全高清频道
• 澳大利亚，连不上服务器，小人头是灰的
• （12月份）NBA14-15季赛Tvpad转播时间频道列表CCTV5/广东体育

• 我对TVPAD的一些意见，希望TVPAD能够听得进去！
• 今天CCTV5 高清的画面很差？
• 8小时后CCTV5中超29轮北京国安客战广州恒大

📁 回复    使用道具 ▾    举报

nav 发表于 2014-6-12 23:44:31 | 只看该作者

沙发

你的 TVpad 可能有少許問題！·

TA的每日心情

开心
22 小时前

签到天数: 532 天

[LV.9]以坛为家II

📁 回复    👍 支持    👎 反对    举报

hicuagain 发表于 2014-6-12 23:45:17 | 只看该作者

板凳





TA的每日心情
开心
22 小时前

签到天数: 1159 天
[LV.10]以坛为家III

哦？真的吗？现在还是不能收看嘛？我回家也去查看一下。

 回复　　 支持　　 反对　　　　　　　　　　　　　　　　举报

---



**nav** 发表于 2014-6-13 01:16:31 | 只看该作者　　　　　　地板

> hicuagain 发表于 2014-6-12 08:45 
> 哦？真的吗？现在还是不能收看嘛？我回家也去查看一下。

可以看！我總覺得 Server 反應比較慢!

TA的每日心情
开心
22 小时前

签到天数: 532 天
[LV.9]以坛为家II

 回复　　 支持　　 反对　　　　　　　　　　　　　　　　举报

---



**hicuagain** 发表于 2014-6-13 01:38:29 | 看该作者　　　　　　5#

> nav 发表于 2014-6-13 01:16 
> 可以看！我總覺得 Server 反應比較慢!

最近一直都是换台缓冲时间太长，下载速度前6，7秒钟里尚不去100，糟糕的时候甚至只有各位数的下载速度。不过，等的时间长点儿也无所谓了，能看就好！

希望TVpad到时候别掉链子！~

TA的每日心情
开心
22 小时前

签到天数: 1159 天
[LV.10]以坛为家III

 回复　　 支持　　反对　　　　　　　　　　　　　　　　举报

---



**nav** 发表于 2014-6-13 01:48:45 | 只看该作者　　　　　　6#

本帖最后由 nav 于 2014-6-12 11:03 编辑

> hicuagain 发表于 2014-6-12 10:38 
> 最近一直都是换台缓冲时间太长，下载速度前6，7秒钟里尚不去100，糟糕的时候甚至只有各位数的下载速度。...

看CCTV5 高清要收费？ - 问题反馈区 - TVpad Fans - Powered by Discuz!



TA的每日心情
开心
22 小时前

签到天数: 532 天
[LV.9]以坛为家II

我相信很多 TVpad 的工作人员都一齊看，他們是会見到問題的存在！我相信大家都会盡量看本地高清台。

因樓主說 "看CCTV5 高清要收费"

不要忘記 black Friday again!（玩笑而矣!）

回复　支持　反对　　　举报



admin　发表于 2014-6-13 10:31:24　|　只看该作者　　　7#

{:48:}　亲，不需要充值，点充值后可以继续看，是个bug我们正在解决！

TA的每日心情
开心
2015-2-3
15:09

签到天数: 109 天
[LV.6]常住居民II

回复　支持　反对　　　举报

old_old_7　发表于 2014-6-13 11:37:16　|　只看该作者　　　8#

> admin 发表于 2014-6-13 10:31
> 亲，不需要充值，点充值后可以继续看，是个bug我们正在解决！

嚇死!以為要比錢

TA的每日心情
奋斗
2014-7-18
19:59

签到天数: 70 天
[LV.6]常住居民II

回复　支持　反对　　　举报

华森国际　楼主　|　发表于 2014-6-13 22:22:25　|　只看该作者　　　9#

现在进不去了，说没有授权



TA的每日心情



怒

2013-10-5 18:55

签到天数: 2 天

[LV.1]初来乍到

💬 回复    🔺 支持    🔻 反对                                                                举报

发帖 📄                                                                        返回列表



**B** 🅰 🖼 🔗 ❝ ⟨⟩ 😊                                          高级模式

您需要登录后才可以回帖 登录 | 立即注册   😊 用QQ帐号登录

replysubmit    ☐ 回帖后跳转到最后一页                                          本版积分规则

高清 CCTV 5/CCTV 5+ - TVpad交流区 - TVpad Fans - Powered by Discuz!



http://www.tvpadfans.com/thread-165359-1-1.html[7/29/2015 10:58:47 AM]



开心
2014-4-4
09:07

签到天数: 2 天
[LV.1]初来乍到

💬 回复 · 👍 支持 · 👎 反对

举报



🔗 **hk234234** 发表于 2014-6-5 13:41:54 | 只看该作者

地板



總會有的......

TA的每日心情



开心
16 小时前

签到天数: 840 天
[LV.10]以坛为家III

💬 回复 · 👍 支持 · 👎 反对

举报



👤 admin 发表于 2014-6-5 17:37:15 | 只看该作者

5#

目前只有BETVHD里面的CCTV5是高清的  回复姗姗来迟，望各位海涵啊！ sorry ~ 

TA的每日心情



开心
2015-2-3
15:09

签到天数: 109 天
[LV.6]常住居民II

💬 回复 · 👍 支持 · 👎 反对

举报

发帖 📝

返回列表

B A 🖼 😊 " <> 😀

高级模式

您需要登录后才可以回帖 登录 | 立即注册



replysubmit　☐ 回帖后跳转到最后一页

本版积分规则

站长统计