CARLA A. McCAULEY (State Bar No. 223910)
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. **CV 15-1869 MMM (AJWx)** <br><br> **DECLARATIONS OF WUKOSON; KOONCE; WEIL; BRAAK; TSANG AND MCCAULEY IN SUPPORT OF MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT WITH EXHIBITS 1-27 VOL. 2 OF 2** <br><br> [Notice of Motion and Motion to Hold Create New Technology (HK) in Contempt of Court and [Proposed] Order] <br><br> Courtroom:    780 <br> Judge:         Hon. Margaret M. Morrow <br><br> Complaint Filed:  March 13, 2015 <br> Trial Date: |

**EXHIBIT 16**



## [网球] 2015溫網來啦~請鎖定TVpad CCTV5頻道 [复制链接]

miroku 发表于 2015-7-2 16:57:14 | 只看该作者 ▶                                    楼主  电梯直达

本帖最后由 miroku 于 2015-7-2 16:59 编辑

温布頓網球公開賽（WimbledonChampionships，或簡稱"溫網"）是網球運動中最古老和最具
聲望的賽事。溫布頓還舉辦有男子單打、女子單打、男子雙打、女子雙打的青年比賽。此外，溫布頓
還為退役球員舉辦特別邀請賽。北京時間6月29日-7月12日，2015年溫網公開賽在英國倫敦進行，據
瞭解北京時間6月30日，今年溫網公開賽男單第1輪錦織圭3-2險勝伯勒裡。想觀看精彩的即時賽況&
瞭解更多精彩賽事資訊，請鎖定TVpad 體育online CCTV5頻道！

以下為CCTV5溫網公開賽部分時間表（北京時間）：

### 6月30日
00:00        2015溫布頓網球賽-第一輪1
22:15        2015溫布頓網球賽-第一輪2

### 7月1日
22:15        2015年溫布頓網球賽-第二輪1

### 7月2日
22:55        2015年溫布頓網球賽-第二輪2

### 7月4日
00:10        2015年溫布頓網球賽-第三輪1
21:30        2015年溫布頓網球賽-第三輪2

本主題由 hicuagain 于 2015-7-15 00:33 解除置頂

分享到:  QQ好友和群   QQ空间   腾讯微博   腾讯朋友

收藏    分享    支持    反对

回复                                                              使用道具   举报

cheungyingfun 发表于 2015-7-2 21:19:56 | 只看该作者                                   沙发

謝謝樓主 

EXHIBIT 16



锁定TVpad 體育online CCTV5频道看直播。

🗨 回复　✦ 支持　⬇ 反对

举报

还有一些帖子被系统自动隐藏，点此展开

发帖 🗐

返回列表

| B | A | 🖼 | 🖼 | " | <> | 🙂 | | 高级模式 |

您需要登录后才可以回帖 登录 | 立即注册　用QQ帐号登录

发表回复　☐ 回帖后跳转到最后一页

本版积分规则

站长统计

**Morningside Translations**

TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: August 18, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- 2015溫網來啦~請鎖定TVpad CCTV5頻…

Belinda Lai, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Belinda Lai

8/10/2015  Here comes 2015 Wimbledon – Please set to TVpad CCTV5 – Sports competitions – Tvpad Fans – Powered by Discuz!

Please input search content        Posts                                    Log-in | Register

Tvpad Fans                 Portal | BBS | TVpad products | Fans area | Administrator's area | Buy Tvpad | Tvpad investment

Forum | fans area | Sports competitions | Here comes 2015 Wimbledon – Please set to TVpad CCTV5

Write post

| | |
|---|---|
| Views: 382 \| Replies: 2<br><br><br>TA's daily mood<br>Lazy<br>2014-11-12 11:50<br>Number of days signed in: 2 days<br>[LV.1] First time here | [Copy link]<br>  miroku wrote at 2015-7-2 16:57:14  \|  Only view posts by this author   Original poster \| Go to<br>  This post was last edited by miroku at 2015-7-2 16:59<br>    Wimbledon Championships (or simply "Wimbledon") is the oldest and most reputable competition in tennis. Wimbledon also has youth competition for male singles, female singles, male doubles, and women doubles. In addition, Wimbledon hosts a special invitational competition for retired players. At Beijing time June 29-July 12, the 2015 Wimbledon Championships will be held in London. According to sources at Beijing time on June 30, Kei Nishikori narrowly defeated Bolelli in 3-2 in the first round. If you want to see the exciting live games and learn more about the competition, please turn to TVpad sports online CCTV5 channel!<br><br>  The following is a partial schedule of Wimbledon Championships on CCTV5 (Beijing time):<br>  June 30<br>  00:00 2015 Wimbledon Championships – Round 1, 1<br>  22:15 2015 Wimbledon Championships – Round 1, 2<br>  July 1<br>  22:15 2015 Wimbledon Championships – Round 2, 1<br>  July 2<br>  22:55 2015 Wimbledon Championships – Round 2, 2<br>  July 4<br>  00:10 2015 Wimbledon Championships – Round 3, 1<br>  21:30 2015 Wimbledon Championships – Round 3, 2<br><br>  At 2015-7-15 00:33, hicuagain removed this post from the top<br><br>  Share to:  QQ friends and group   QQ space  Tencent Weibo   Tencent friends<br><br>  Archive \| Share \| Support \| Oppose<br><br>  Reply                        Use tool         Report |
| | cheungyingfun posted at 2015-7-2 21:19:56 \| Only view posts by this author \| Sofa<br>Thanks to the original poster |

8/10/2015  Here comes 2015 Wimbledon – Please set to TVpad CCTV5 – Sports competitions – Tvpad Fans – Powered by Discuz!

| TA's daily mood Happy 6 hours ago Number of days signed in: 1167 days [LV.10] The forum is home | Turn to TVpad sports online CCTV5 channel for live broadcasts. Reply \| Support \| Oppose                    Report |
| --- | --- |

Some posts have been automatically hidden by the system, click to open

Write post                                                                                              Back to list

Deluxe mode

You need to log in before you can reply   Log-in \| Register now        Register using QQ account

Send reply   Jump to last page after reply                                          Scoring rules on this board

Site administrator statistics



| | | | | | |
|---|---|---|---|---|---|
| 帖子 | | | | 登录 | 注册 |

| 门户 | 论坛 | TVpad产品区 | fans休闲区 | 站务管理区 | 购买TVpad | TVpad 招商 |
|---|---|---|---|---|---|---|
| Portal | BBS | Products | Fans | Service | Buy | Investment |

⌂ 〉 论坛 〉 fans休闲区 〉 体育赛事 〉 2015年游泳世錦賽

发帖 📝                                                                                     返回列表

查看: 100 | 回复: 0    2015年游泳世錦賽 [复制链接]                                    🖨 ⇦ ⇨



TA的每日心情
奋斗
2015-5-14
16:09

签到天数: 12 天
[LV.3]偶尔看看II

👤 **COOL耶**  发表于 2015-7-27 15:58:36 | 只看该作者 ▸

楼主  电梯直达 ☐  🖉

2015年世界游泳錦標賽於7月24日至8月9日在俄羅斯喀山進行。本屆比賽中，花樣游泳項目增加了男女混合雙人技術自選、混合雙人自由自選兩個專案，這意味著男人將首次亮相花遊世界比賽。而跳水比賽中，也出現了男女雙人十米台和三米板項目，使比賽更具看點。孫楊、甯澤濤、吳敏霞、何姿等名將悉數出戰，力爭再創輝煌。（本段內容來源：新浪體育）



據報導，北京時間7月26日，男子雙人10米台 中國組合陳艾森/林躍預賽第一 。7月27日俄羅斯喀山進行的第16屆游泳世錦賽花樣游泳雙人技術自選決賽中，中國選手黃雪辰/孫文雁以93.3279分的成績獲得亞軍。這場賽事精彩賽況，CCTV-5將全程直播！

CCTV-5 直播表：

| 日期 | 時間 | 項目 |
|------|------|------|
| 7月24日 | 21:10 | 跳水男子1米板預賽 |
| 7月25日 | 15:00 | 跳水女子3米板雙人預賽 |
| | 19:55 | 跳水混合雙人10米台決賽 |
| | 22:30 | 花樣游泳單人技術自選決賽 |
| 7月26日 | 0:00 | 跳水女子3米板雙人決賽 |
| | 20:25 | 跳水女子1米板預賽 |
| | 22:25 | 花樣游泳雙人技術自選決賽 |
| 7月27日 | 0:10 | 跳水男子10米台雙人決賽 |
| | 13:55 | 花樣游泳單人自由自選決賽 |
| | 15:00 | 跳水女子10米台雙人預賽 |
| | 19:55 | 跳水男子1米板決賽 |
| | 22:15 | 花樣游泳集體技術自選決賽 |
| 7月28日 | 0:30 | 跳水女子10米台雙人決賽 |
| | 13:55 | 花樣游泳雙人自由自選決賽 |
| | 16:30 | 跳水男子3米板雙人預賽 |
| | 20:00 | 跳水女子1米板決賽 |
| | 22:15 | 花樣游泳集體自由自選預賽 |
| 7月29日 | 0:30 | 跳水男子3米板雙人決賽 |
| | 14:55 | 跳水女子10米台預賽 |
| | 20:00 | 跳水女子10米台半決賽 |
| | 22:15 | 花樣游泳集體自由自選決賽 |
| 7月30日 | 0:30 | 跳水團體決賽 |
| | 14:55 | 跳水男子3米板預賽 |
| | 20:00 | 跳水男子3米板半決賽 |
| | 22:30 | 花樣游泳雙人自由自選決賽 |
| 7月31日 | 0:10 | 跳水女子10米台決賽 |
| 8月1日 | 0:30 | 跳水男子3米板決賽 |
| | 15:30 | 跳水男子10米台預賽 |
| | 22:50 | 花樣游泳自由組合自由自選 |
| 8月2日 | 0:30 | 跳水女子3米板決賽 |
| | 14:30 | 女子100米蝶泳預賽等 |
| | 22:50 | 游泳女子400米自由泳決賽等 |

 新浪, 北京, 喀山, 游泳, 何姿

本主題由 admin 于 5 天前 移动

分享到: 👤 QQ好友和群   🌐 QQ空间   🐧 腾讯微博   🌿 腾讯朋友

⭐ 收藏   ❤️ 分享   🔺 支持   🔻 反对

相关帖子

- 用户不存在
- 2015世界斯诺克锦标赛即将开始，大夥兒看好哪位球員？
- 想不明白愛情、婚姻、家庭？就看《想明白了再結婚》吧！
- 【速賣通店鋪4週年慶】17%折扣，限量99臺

- TVpad4GCN版速賣通活動火速搶購！
- "妻子系列"的第二部，《妻子的謊言》看點熱點十足！
- 看"時差夫妻"如何調整《婚姻時差》

📄 回復                                                                          使用道具 ▾   举报

发帖

返回列表

| B | A | | | " | <> | 🙂 | 高级模式 |

您需要登录后才可以回帖 登录 | 立即注册  用QQ帐号登录

replysubmit  ☐ 回帖后跳转到最后一页

本版积分规则

站长统计

2015 World Aquatic Championships - Sports competitions - TVpad Fans - Powered by Discuz!

Please input search content    Posts                                      Log-in | Register
Tvpad Fans  Portal | BBS | TVpad products | Fans area | Administrator's area | Buy Tvpad | Tvpad investment
Forum > Fans recreation area > Sports competitions > 2015 World Aquatics Championships

Post article                                                    Back to list

| | |
|---|---|
| View: 100 | Replies: 0<br>TA's daily mood<br>Fight hard<br>2015-5-14<br>16:09<br>Number of days signed in: 12 days<br>[LV.3] Just looking around II | 2015 World Aquatic Championships [Copy link]<br>   COOLye posted at 2015-7-27 15:58:36  |  Only view this author  | Original poster  Go to<br><br>   2015 World Aquatic Championships will be held in Kazan, Russia from July 24 to August 9. In this competition, mixed duet technical routine and mixed duet free routine were added to the synchronized swimming category. This means that men will be making a first appearance at synchronized swimming in these world championships. In the diving competition, mixed synchronized 10 meter platform and 3 meter springboard have also been added to make the competitions even more interesting. Well-known athletes such as Sun Yang, Ning Zetao, Wu Minxia, and He Zi will all be present to fight for more glory.<br>(Content of this paragraph: Sina Sport)<br><br>   [image: 2015 World Aquatic Championships, July 24-August 9, Kazan, Russia]<br><br>   According to reports, on July 26 Beijing Time, for men's synchronized 10 meter platform, the Chinese team of Chen Aisen/Lin Yue won first place in the preliminaries. On July 27, in the duet technical routine final at the 16th World Aquatic Championships held in Kazan of Russia, Chinese athletes Huang Xuechen/Sun Wenyan won second place with 93.3279 points. CCTV-5 will broadcast this exciting competition live! |

2015 World Aquatic Championships - Sports competitions - TVpad Fans - Powered by Discuz!

CCTV-5 live broadcast table

| Date | Time | Program |
|---|---|---|
| July 24 | 21:10 | Diving – Men's 1 meter springboard preliminaries |
| July 25 | 15:00 | Diving – Women's Synchronized 3 meter springboard preliminaries |
| | 19:55 | Diving – mixed synchronized 10 meter platform |
| | 22:30 | Synchronized swimming – solo technical routine |
| July 26 | 0:00 | Diving - Women's Synchronized 3 meter springboard final |
| | 20:25 | Diving - Women's 1 meter springboard preliminaries |
| | 22:25 | Synchronized swimming – mixed duet technical routine |
| July 27 | 0:10 | Diving - Men's Synchronized 10 meter platform final |
| | 13:55 | Synchronized swimming - Solo free routine preliminaries |
| | 15:00 | Diving - Women's Synchronized 10 meter platform preliminaries |
| | 19:55 | Diving - Men's 1 meter springboard final |
| | 22:15 | Synchronized swimming - Team technical routine final |
| July 28 | 0:30 | Diving - Women's Synchronized 10 meter platform final |
| | 13:55 | Synchronized swimming - Duet free routine preliminaries |
| | 16:30 | Diving - Men's Synchronized 3 meter springboard preliminaries |
| | 20:00 | Diving - Women's 1 meter springboard final |
| | 22:15 | Synchronized swimming - Team free routine preliminaries |
| July 29 | 0:30 | Diving - Men's Synchronized 3 meter springboard final |
| | 14:55 | Diving - Women's 10 meter platform preliminaries |
| | 20:00 | Diving - Women's 10 meter platform semifinal |
| | 22:15 | Synchronized swimming - Solo free routine final |
| July 30 | 0:30 | Diving – Team event |
| | 14:55 | Diving - Men's 3 meter springboard preliminaries |
| | 20:00 | Diving - Men's 3 meter springboard semifinal |
| | 22:30 | Synchronized swimming - Duet free routine final |
| July 31 | 0:10 | Diving - Women's 10 meter platform final |
| August 1 | 0:30 | Diving - Men's 3 meter springboard final |
| | 15:30 | Diving - Men's 10 meter platform preliminaries |
| | 22:50 | Synchronized swimming - Mixed duet free routine final |
| August 2 | 0:30 | Diving - Women's 3 meter springboard final |
| | 14:30 | Swimming - Women's 100 meter butterfly |
| | 22:50 | Swimming – Women's 400 meter freestyle |

Sina, Beijing, Kazan, Swimming, He Zi

This thread was moved by admin 5 days ago

Share to:  QQ friends and group   QQ space  Tencent Weibo   Tencent friends
Archive | Share | Support | Oppose
Related posts
• User does not exist • TVpad4GCN version on AliExpress, get it now!
• 2015 World Snooker Championship will start soon, who do you think will win? • There is a lot to see on *The Wife's Lies*, part two of the "Wife Series"!
• You can't understand love, marriage, and family? Watch *Think Before You Marry*! • See how the "jetlagged couple" adjusts in *Married But Available*
• [AliExpress store 4th anniversary sale] 17% off for 99 sets

Reply                                    Use tool            Report

2015 World Aquatic Championships - Sports competitions - TVpad Fans - Powered by Discuz!

Post article

Back to list

Deluxe model

You need to log in before you can reply   Log-in | Register now

Register using QQ account

Send reply   Jump to last page after reply

Scoring rules on this board

Site administrator statistics

**EXHIBIT 17**



請輸入搜索內容　　帖子　　　　　　　　　　　　　　　　　　　　　　　　　　　　　登入 | 註冊

门户　　　论坛　　TVpad产品区　　fans休闲区　　站务管理区　　购买TVpad　　TVpad 招商
Portal　　BBS　　Products　　Fans　　Service　　Buy　　Investment

论坛　　TVpad专区　　TVpad交流区　　希望TvPad 不要讓客戶失望

返回列表　　1　2　[ 1 ] / 2 页　　下一页

查看: 1053 | 回复: 12

**[产品交流] 希望TvPad 不要讓客戶失望** [复制链接]

🔵 **ykong124** 发表于 2015-7-22 23:37:18 | 只看该作者 ▾　　　　　　　　楼主　电梯直达

本帖最后由 ykong124 于 2015-7-23 00:22 编辑

收到TvPad 4 已經超過兩個個星期了。前些日子我在交流區貼過 "希望TvPad不要讓客戶失望"。admin曾提議寫一個評測，對比一下新舊機的不同。我覺得挺難好拒，想談談我個人對TvPad的感受和與其他品牌的對比，仍然選用同樣的標題。

我大約在4～5年前買第一代TvPad的，當時買的原因是由於TvPad是唯一可以看直播香港台節目而不需付月費的。買TvPad之前，我是付月費$39.99（美元，下同）看香港翡翠台，雖然付費卻只有3台可看，而且是播TVB USA 節目，大多節目除新聞外都是過時的。

買了第一代TvPad 後，的確很開心，雖然當時播放經常會卡，但是我已覺得非常值得，因而成為TvPad 的粉絲，並介紹過不少的朋友買這機頂。他們大多也都覺得滿意。

由於最近因TvPad 宣布不能支持舊機而需換機，我買了TvPad4，但由於TvPad暫時的技術問題，有時播放的時候比較卡，而且我也想試試與其他機頂對比看看TvPad有何優勢，所以我又買了一部其他品牌的機頂可以互補，也方便比較兩種品牌的功能。

總的來說，與第一代TvPad 對比，新的一代的確有許多改進，比如很多台都有高清，換台的速度也相對較快，播放粵語台的流暢度也較好（不包括最近暫時卡的問題，希望也相信很快會得到解決）。但我更想談談一下與其他機頂的比較（由於試機時間較短，對有些功能不是非常了解，有些比較不很全面甚至不一定都正確）：

1. 粵語直播（我買TvPad最主要的原因是給家人看粵語直播）
清晰度：兩種品牌不相上下
　兩種品牌都有許多高清台，所播放的台數也都差不多。另一個品牌比TvPad多了HKTV直播，但兩個都有HkTV點播。(感覺上好像TvPad 高清比另一個品牌的高清相對差一些，但我不知道是不是由於設定的問題）

流暢度：TvPad 較好
　TvPad相對比較流暢（不包括最近經常卡機。由於我用TvPad 已經多年相對比較有信心，所以相信問題應該會很快得到解決）。至於另外也個機頂大多時候還算流暢，但有些台（比如J2 或新聞台等）每播放30至60分鐘後左右畫面就卡住了，如果我立刻退出後再進去就會繼續播放，但畫面會倒退十幾二十的時間。感覺上好像是伺服器上載跟不上播放速度的問題。

換台速度：不相上下
TvPad 平均換台速度為3～4秒，另一個品牌的換台速度稍微快一些，大約2～3秒，但我覺得兩個都可接受，相差少過一秒可以接受。

國台直播：不相上下

點播：各有所長（TvPad 粵語點播較好，另一個品牌國內點播較好）
TvPad 粵語點播較好，也比較全面。但另一個品牌國內節目相對較多，而且國內點播流暢度比TvPad 好。注：由於另一個品牌可以直接從google play 下載，我也嘗試過下載一些粵語點播的App來彌補一些只有在TvPad可以看到的節目，但下載的app清晰度與流暢度都不好TvPad。(我並沒有花很多時間在store內查找，所以也許會有一些app的清晰度和流暢度都比較好但我並不知道的)

桌面設計：
TvPad: 我現在的設定是每頁有九個app,每個app位置是固定的，不能自由移動。（如需移動必須拆除所有的app然後在按次序安裝，這樣比較費時），我不知道有沒有功能可以自由移動app,但我至少到現在還沒有找到移動app 的功能。
至於另一個品牌設有 "我的桌面" ，優點是可以自己選擇自己最常用的12個頻道。但缺點是在 "我的桌面 "的右邊有非常大的廣告畫面，不能移去或更換，個人覺得非常厭煩。

鼠標遙控：兩種機型都支持鼠標，但TvPad很多功能不能用鼠標遙控，例如不能用鼠標遙控打開菜單選台。而另一種品牌基本上可以用鼠標遙控所有的功能。


TA的每日心情
奮斗
昨天 00:46


签到天数: 88 天
[LV.6]常住居民II

價格：在我住的附近代理商店（北美，波士頓地區）TvPad售價為$250.00，另一個品牌的售價為$220.00。如果TvPad 用三年就必須換機，而其品牌並不需要換機的話，我假設可以用5～6年（也許更久）那麼買TvPad 花費平均每年為$83.33，另一個品牌平均每年價格為每年 $40.00(假設可用5年半）

其他：如果用戶除了看電視以外，也想利用電視 google play 上直接下載所的app（我查過大多 TvPad 更靈活一些。但我私人覺得這並不是非 實行其他應用程序，由於另一個品牌只要登錄google 賬戶，可以直接從 在在電話上所運用的app都可以兼容並下載電視機頂上的）所以他比 由於大多數人買盒子的原因是用它來看中文電視。

總結：如果客戶想用來看香港節目，相信TvPad 現在仍然是首選，雖然價格會比較貴一些，對清晰度，流暢度，和信譽都相對比較好。但是我想順便提一下，雖然新一代TvPad加上很多其他不同的功能（比如遊戲等），但由於許多客戶買TvPad的主要原因是要看電視而不是玩遊戲或用於其他的運用程式。當然，加上其他不同的程式可錦上添花固然好，但如果只把注意力放在這上面而忽略電視播放的問題（比如最近一兩個星期播放非常卡，而問題並沒有及時解決），那麼其他的功能再強也只不過是畫蛇添足。

五年前，TvPad是市場上唯一一個機頂可以看粵語直播+點播而又經濟的（不需付$40左右的月費）。但如今，在我住的附近的經銷商店已經可以看到4種不同品牌的機頂了。雖然TvPad相對還是其中最好的，但是由於價錢較貴，而且不可否認，其他品牌的機頂這幾年在質量上這都有了不少的改進。如果TvPad 不再努力的話，可能會在不久的將來會失去現在的領先地位。我衷心希望TvPad 可以，不斷改善其產品，多採納客戶的意見，而保持市場上的領先地位。

翡翠台, admin, 香港, 朋友, 而且

本主題由 admin 于 2015-7-23 16:13 加入精华

分享到：QQ好友和群　QQ空间　腾讯微博　腾讯朋友

收藏　分享　支持　反对

相关帖子

• 求助,,,HD翡翠台不能下载
• 五月港劇重頭戲，當屬HKTV《歲月樓情》！
• TVpad暑假特推，好友同行立減$120！

• Tvpad4完全使用手冊：技巧汇总集合（更新到20150422）
• 直播台死了？
• 颜值不低實力更強的《旋風少女》來襲BETV PLUS啦！

回复　　　使用道具　举报

sextant340 发表于 2015-7-22 23:57:10 | 只看该作者　沙发

不久的將來會失去現在的領先地位。


TA的每日心情 郁闷 4 小时前
签到天数: 1014 天 [LV.10]以坛为家III

回复　支持　反对　举报

hicuagain 发表于 2015-7-23 00:08:06 | 只看该作者　板凳

TvPad Fans · 不一样的玩乐社区 - Powered by Discuz!



TA的每日心情


开心
4 小时前

签到天数: 1162 天
[LV.10]以坛为家III

雖然TvPad相對還是其中最好的，但是由於價錢較貴，而且不可否認，其他品牌的機頂這幾年在質量上這都有了不少的改進。如果 TvPad 不再努力的話，可能會在不久的將來會失去現在的領先地位。我衷心希望TvPad 可以，不斷改善其產品，採納許多客戶的 意見，而保持市場上的領先地位。

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　　　　　举报

 summerlu 发表于 2015-7-23 03:44:30 ｜ 只看该作者　　　　　　　　　　地板

好文。

很多龙头企业就是由于没有居安思危而一落千丈的。



TA的每日心情


开心
20 分钟前

签到天数: 1150 天
[LV.10]以坛为家III

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　　　　　举报

hksea 发表于 2015-7-23 05:32:50 ｜ 只看该作者　　　　　　　　　　　5#

有同感。其他品牌機經常來電話推銷，免費試機並免來回運費,有親友已購買，最大優點是可安裝自己网上下載的App應用，也免 了什麼綠衣人灰衣人的麻煩。本人也很想知道最新的TVPad4 是用什麼晶片，這樣就可估到它的標準如何。



TA的每日心情


开心
昨天 08:58

签到天数: 1044 天
[LV.10]以坛为家III

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　　　　　举报

nopurelove 发表于 2015-7-23 09:51:08 ｜ 只看该作者　　　　　　　　　6#

这位老兄意见很中肯，不偏激，希望TVpad公司能重视起来，继续为用户提供更好的产品

TA的每日心情


慵懒
2015-2-28 11:43

签到天数: 3 天
[LV.2]偶尔看看I



TVPadFans 不和谐的论坛 | 这里是论坛的签名区 | TVPadFans.com Powered by Discuz!

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　举报



**brightlook** 发表于 2015-7-23 10:36:07　| 只看该作者　　　　　　7#

本帖最后由 brightlook 于 2015-7-23 10:37 编辑

TVPAD4可移动APP位置，选中APP按遥控上的MENU键就可以了。支持置顶、置底以及自由移动

TA的每日心情
奋斗
2015-4-15 13:36

签到天数: 388 天
[LV.9]以坛为家II

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　举报



**ykong124**　楼主 |　发表于 2015-7-23 11:15:38　| 只看该作者　　8#

本帖最后由 ykong124 于 2015-7-23 11:24 编辑



brightlook 发表于 2015-7-23 10:36
TVPAD4可移动APP位置，选中APP按遥控上的MENU键就可以了。支持置顶、置底以及自由移动

非常感謝！

對TvPad另外一個提議，如果可以把User's Manual 放在官方網站上讓用戶隨時參考是不是更好？要不然如果隱藏功能再多，如果多數客戶都不知道，或者用了幾個月甚至更久的時間才發現這些功能，是不是很可惜？

○ 点评



　brightlook　　　　确实是，需要改进的地方还很多，论坛之前有做过一个建议的操作指引，不过应该还是略显简陋，后续会慢慢着手改进。谢谢支持！http://www.tvpadfans.com/thread-372858-1-1.html 详情 回复 发表于 4 天前

TA的每日心情
奋斗
昨天 00:46

签到天数: 88 天
[LV.6]常住居民II

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　举报



**Jack3000** 发表于 2015-7-23 11:35:35　| 只看该作者　　　　9#

I am quite happy with my new TVPad4 which is a lot faster than my old TVPad-1 v3.26.

The one thing that I am very unhappy is the lack of Japanese NIJI and Kprean KSS apps.

Can TVPad do something about this?

该用户从未签到

回复　支持　反对　　　　　　　　　　　　　　　　　　　　　　举报



**admin** 发表于 2015-7-23 16:14:14　| 只看该作者　　　　10#

写得非常好，言辞恳切，加精鼓励！

TA的每日心情
开心
2015-2-3 15:09





签到天数: 109 天

[LV.6]常住居民II

回复　支持　反对　　　　　　　　　　　　　　　　　　　　举报

下 一 页　»

返回列表　　1　2　[　]　/ 2 页　下一页

高级模式

您需要登录后才可以回帖 登录 | 立即注册　用QQ帐号登录

发表回复　　□回帖后跳转到最后一页　　　　　　　　　　　　本版积分规则

站长统计

**Morningside Translations**

150 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: August 18, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- 希望TvPad 不要讓客戶失望 - TVpad交流区 - TVpad Fans - Powered by Discuz!

Belinda Lai, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Belinda Lai

Accurate Translation Services 24/7

7/31/2015 I hope that TvPad will not let its customers down - TVpad Discussion Area - TVpad Fans - Powered by Discuz!

Please input search content    Posts                                                           Log-in | Register

Tvpad Fans  Portal | BBS | TVpad products | Fans area | Administrator's area | Buy Tvpad | Tvpad investment

Forum | TVpad Area | TVpad Discussion Area | I hope that TvPad will not let its customers down

Back to list        1        2        Page 1/2        Next page

| | |
|---|---|
| Views: 1053 \| Replies: 12 <br><br> TA's daily mood Diligent Yesterday 00:46 Number of days signed in: 88 days [LV.6] Permanent resident II | [Product experience] I hope that TvPad will not let its customers down [Copy link] <br>     ykong124  wrote at 2015-7-22 23:37:18 |  Only view posts by this author   Original poster | Go to <br>                     Last edited by ykong124 2015-7-23 00:22 <br>     I received my TvPad 4 more than two weeks ago. Earlier, at this discussion group, I posted, "I hope that TvPad will not let its customers down." Admin recommended that I write a review to compare how the old and new models differ. I thought this was a good idea, and I wanted to talk about my personal feelings about TvPad and how it contrasts to other brands. So I've used the same title. <br>     About 4-5 years ago, I bought the first generation TvPad. At the time, I bought it because TvPad was the only thing I could use to watch live broadcasts of Hong Kong programs without paying a monthly fee. Before buying TvPad, I paid a monthly fee of $39.99 (US dollars, same for the rest of the post) to watch Hong Kong Jade Channel. Even though I paid a fee, I could only see 3 channels, and they were TVB USA programs. Most programs were out of date other than the news. <br>     After buying the first generation TvPad, I was really pleased. Even though playback often lagged, I already felt it was really worth it, which made me a fan of TvPad. I told many of my friends to buy this set-top box. Most of them were also satisfied. <br>     Since recently TvPad announced that they would no longer support the old models, so people needed to replace their systems, I bought TvPad4. However, because of temporary technical problems of TvPad, sometimes playback lagged, and I wanted to compare another brand to see which advantages the TvPad had, so I bought a model from a different brand so they could supplement each other and so I could compare the functions of the two brands. <br>     On the whole, compared with the first generation TvPad, the new generation has indeed made a lot of improvements. For example, a lot of channels have high resolution versions, the speed in changing channels is relatively fast, and playback of the Cantonese channels is smooth (not including the recent lag problems, which I hope and believe will soon be resolved). But I also want to discuss comparison with other models (since I have not tested it for very long, I am not very familiar with some functions, so some comparisons are not comprehensive or even correct): <br>     1.  Cantonese live broadcast: (The main reason I bought TvPad was so that my family members can watch live Cantonese broadcast) <br>     Clarity: same for the two brands <br>      Both models had high definition channels, and the numbers of channels were similar. The other brand has live HKTV broadcast but TvPad does not, but both models have HkTV on demand. (I feel like TvPad high definition is relatively worse than the high definition of the other brand, but I don't know if this is because of my settings) <br>     Smooth streaming: TvPad is better <br>      TvPad provides relatively smooth streaming (not including the frequent recent lags. Since I have been using TvPad for many years, I am more confident, so I believe that the problem should be resolved soon). <br>     The other model is usually smooth as well, but some channels (like J2 or news channels) get stuck after 30-60 minutes of play. If I immediately go back and then forward, it will continue play, but the image would be from ten or twenty seconds ago. I feel like maybe it's because server upload speed cannot keep up with the playback speed. <br>     Channel change speed: similar <br>     The average channel change speed for TvPad is about 3-4 seconds, and the channel change speed for the other brand is slightly faster, around 2-3 seconds, but I think both are acceptable, and the difference of less than one second is also acceptable. <br>     Domestic live broadcast: similar <br>     On-demand: Each has its own strengths (TvPad is better for Cantonese on-demand, but the other brand has better domestic on-demand) <br>     TvPad is better for Cantonese on-demand, and is also more comprehensive. However, the other brand has more domestic programs, and the smoothness of playback for domestic programming is better than TvPad. Note: since the other brand can be directly downloaded from google play, I also tried to download some Cantonese on-demand apps to make up for some programs that I could only see on TvPad, but the downloaded app had worse clarity and smoothness compared to TvPad. (I did not spend a lot of time searching in the store, so maybe some apps have better clarity and smoothness that I don't know about) <br>     Desktop design: <br>     TvPad: My setting right now is that each page has 9 apps, and each app has a fixed position and cannot be moved around freely. (If it's necessary to move them, all apps have to be removed and then reinstalled in order, which takes more time). I don't know if there is a function to freely move apps, but at least by now I have not discovered the function to move apps. <br>     The other brand has "My Desktop," with the advantage that you can choose the most frequently used 12 channels. However, the con is that on the right side of "My Desktop" there is a very large advertisement image that cannot be removed or changed. I am very annoyed by this. <br>     Mouse controls: both models support mouse controls, but a lot of TvPad functions cannot be controlled by mouse; for instance, the mouse cannot be used to open the menu for channel selection. For the other brand, the mouse can be used to control almost all functions. |

7/31/2015 I hope that TvPad will not let its customers down – TvPad Discussion Area - TVpad Fans - Powered by Discuz!

Price: At the dealer store near where I live (in the Boston area, North America), the price of a TvPad is $250.00, while the price of another brand is $220.00. If a TvPad has to be replaced after three years of use, and the other brand does not require a replacement, then I assume that I can use it for 5-6 years (maybe longer), then the average cost of a TvPad per year is $83.33, and the average annual price of the other brand would be $40.00 per year (assuming that I can use it for 5 and a half years)

Miscellaneous: If other than watching TV, the user wants to use the set-top box for other applications and programs, since the other brand only requires registration of a google account to directly download all apps from google play (I checked, most of the apps I have on my phone now can be compatible with and downloaded onto the set-top box), so it's more flexible than TvPad. However, personally I don't think this is very practical, since most people buy the box so that they can use it to watch Chinese television.

Summary: If customers want to use it to watch Hong Kong programs, I believe TvPad is still the best option. Even though it is more expensive, it has better clarity, smoothness, and reputation. However, I also want to mention that even though the new generation TvPad has added many other different functions (like games), many customers mainly buy TvPad so they can watch TV rather than play games or use other applications. Of course, it is fine for other applications to provide additional benefits, but if focus is placed on this and television playback problems are overlooked (for instance, there have been a lot of lags in playback in the last one or two weeks, and this problem has not been resolved in a timely fashion), then the strength of other functions is irrelevant.

Five year ago, TvPad was the only set-top box on the market that could be used for Cantonese live broadcasts + on-demand, and that was economical (without paying a monthly fee of around $40). But now, in the franchises near where I live, there are set-top boxes of 4 different brands. Even though TvPad is still the best, because it is more expensive, and it is undeniable that the set-top boxes of other brands have made considerable improvements in terms of quality. If TvPad does not continue to work hard, it may lose its current leadership position in the near future. I sincerely hope that TvPad can continuously improve its product, take into account its customer opinions, and maintain its leading position in the market.

Jade Channel, admin, Hong Kong, friends, and also

This thread was added by admin at 2015-7-23 16:13 into the list of best posts
Share to:  QQ friends and group   QQ space   Tencent Weibo   Tencent friends

Archive | Share | Support | Oppose

Related posts
• Help,,,HD Jade Channel will not download • Complete TVpad4 usage handbook: Compilation of techniques (updated as of 20150422)
• The heavy-duty Cantonese drama in May is HKTV's *Beyond the Rainbow*!  • Are live broadcast channels dead?
• Special summer promotion for TVpad, $120 off with a friend! • Pretty and strong *Whirlwind Girl* has invaded BETV PLUS!

Reply                      Use tool          Report

| TA's daily mood | sextant340 wrote at 2015-7-22 23:57:10  |  Only view posts by this author          Sofa |
| Moody | It will lose its leadership position in the near future. |
| 4 hours ago | |
| Number of days | Reply | Support | Oppose                                    Report |
| signed in: 1014 days | |
| [LV.10] The Forum | |
| is home III | |
| | hicuagain  wrote at 2015-7-23 00:08:06  |  Only view posts by this author          Bench |

7/31/2015 I hope that TvPad will not let its customers down again - Fans Discussion Area - TVpad Fans - Powered by Discuz!

| TA's daily mood<br>Happy<br>4 hours ago<br>Number of days signed in: 1162 days<br>[LV.10] The Forum is home III | Even though TvPad is still the best in the bunch, but because it is more expensive, and it is undeniable that the set-top boxes of other brands have made considerable improvements in terms of quality. If TvPad does not continue to work hard, it may lose its current leadership position in the near future. I sincerely hope that TvPad can continuously improve its product, take into account its customer opinions, and maintain its leading position in the market. |
| | Reply \| Support \| Oppose                                    Report |
| TA's daily mood<br>Happy<br>20 minutes ago<br>Number of days signed in: 1150 days<br>[LV.10] The Forum is home III | summerlu wrote at 2015-7-23 03:44:30 \| Only view posts by this author           Floor<br>Good post.<br>Many leading enterprises fall by the wayside because they didn't plan ahead for the hard times. |
| | Reply \| Support \| Oppose                                    Report |
| TA's daily mood<br>Happy<br>Yesterday 08:58<br>Number of days signed in: 1044 days<br>[LV.10] The Forum is home III | hksea wrote at 2015-7-23 05:32:50 \| Only view posts by this author<br><br>I agree. Other brands call often to promote their products, allow for free trials and free two-way shipping expenses. I have family and friends who have already purchased it. The best thing is that they can install apps downloaded from online, and they can avoid the trouble with the green- and grey-shirts. I also want to know the chip used in the latest TVPad4, so I can estimate its standard. |
| | Reply \| Support \| Oppose                                    Report |
| TA's daily mood<br>Lazy<br>2015-2-28 11:43<br>Number of days signed in: 3 days<br>[LV.2] Just looking around I | nopurelove  wrote at 2015-7-23 09:51:08 \| Only view posts by this author<br><br>This guy has a measured opinion that is not extreme. I hope that the TVPad company can take his opinions seriously and continue to provide better products for the users. |

7/31/2015 I hope that TvPad will not let its customers down - Special Discussion Area - TVpad Fans - Powered by Discuz!

| | Reply \| Support \| Oppose | Report |
|---|---|---|
| TA's daily mood<br>Fight hard<br>2015-4-15<br>13:36<br>Number of days signed in: 388 days<br>[LV.9] The Forum is home II | brightlook wrote at 2015-7-23 10:36:07 \| Only view posts by this author<br>This post was last edited by brightlook at 2015-7-23 10:37<br>TVPAD4 allows for free movement of app locations. Choose the app and press the MENU button on the remote control. It supports placement at the top, placement at the bottom, and free movement.<br><br>Reply \| Support \| Oppose | Report |
| TA's daily mood<br>Fight hard<br>Yesterday 00:46<br>Number of days signed in: 88 days<br>[LV.6] Permanent resident II | ykong124  original poster \| wrote at 2015-7-23 11:15:38 \| Only view posts by this author<br>This post was last edited by ykong124 at 2015-7-23 11:24<br>brightlook wrote at 2015-7-23 10:36<br>TVPAD4 allows for free movement of app locations. Choose the app and press the MENU button on the remote control. It supports placement at the top, placement at the bottom, and free movement.<br>Thank you very much!<br>Another recommendation for TvPad: wouldn't it be better to put the User's Manual on the official website so that users can refer to it at any time? Otherwise, wouldn't it be regrettable if there are too many hidden functions and most customers and most customers don't know them, or if it takes them several months or longer to discover these functions?<br>Comment<br><br>brightlook<br>Indeed, there are a lot of things that need improvement. Previously, the Forum made a recommended operational guide, but it is probably still very simple. It will be improved in the future. Thanks for your support! http://www.tvpadfans.com/thread-372858-1-1.html  Details \| Reply \| wrote 4 days ago<br>Reply \| Support \| Oppose | Report |
| The user is not logged in | Jack3000  wrote at 2015-7-23 11:35:35 \| Only view posts by this author<br>I am quite happy with my new TVPAD4 which is a lot faster than my old TVPad-1 v3.26.<br><br>The one thing that I am very unhappy is the lack of Japanese NIJI and Kprean KSS apps.<br><br>Can TVPad do something about this?<br>Reply \| Support \| Oppose | Report |
| TA's daily mood<br>Happy<br>2015-2-3<br>15:09 | admin  wrote at 2015-7-23 16:14:14 \| Only view posts by this author<br>Very well-written, sincere rhetoric, added to list of best posts as encouragement! | |

7/31/2015 I hope that TvPad will not let its customers down - Free Discussion Area - TVpad Fans - Powered by Discuz!

| Number of days signed in: 109 days [LV.6] Permanent resident II | Reply \| Support \| Oppose                    Report |
|---|---|

Next page

Return to list      1      1      Page 1/2      Next page

Deluxe model

You need to log in before you can reply   Log-in \| Register now      Register using QQ account

Send reply   Jump to last page after reply                    Scoring rules on this board

Site administrator statistics

# EXHIBIT 18

**McCauley, Carla**

| | |
|---|---|
| **From:** | Koonce, Lance |
| **Sent:** | Thursday, June 18, 2015 12:13 PM |
| **To:** | McCauley, Carla; Wukoson, George |
| **Subject:** | FW: Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Preliminary Injunction [IWOV-MMMDMS1.29546.104557] |

FYI

**From:** Ben Warlick [mailto:bwarlick@mmmlaw.com]
**Sent:** Thursday, June 18, 2015 2:25 PM
**To:** Koonce, Lance; laponte@yzblaw.com; John Fry
**Cc:** Balin, Robert
**Subject:** RE: Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Preliminary Injunction [IWOV-MMMDMS1.29546.104557]

Lance,
We shipped the Preliminary Injunction Order along with the findings of fact and conclusions of law to the last known address we have for Create.  That address is: Create New Technology (HK) Ltd., Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong.  The shipment was sent FedEx, tracking number is 773855513007, and expected delivery is June 22.

As discussed, our former means of communication with Create is no longer available, and the Hong Kong street address is the only contact known to us.  Thus, we have no means to confirm that Create receives these documents.

Best regards,
Ben

**From:** Koonce, Lance [mailto:lancekoonce@dwt.com]
**Sent:** Tuesday, June 16, 2015 10:05 PM
**To:** Ben Warlick; laponte@yzblaw.com; John Fry
**Cc:** Balin, Robert
**Subject:** RE: Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Preliminary Injunction [IWOV-MMMDMS1.29546.104557]

Ben:

I received your phone call – thank you for responding.  I was out of the office today, and did not get an opportunity to call.

We understand that Chinese counsel is refusing to forward communications to Create.  We would ask that you forward the recent Order and Findings to whatever contact address(es) or email address(es) you have for Create, or contact Create directly through any other means available.  Please let us know when this has occurred, or if you are unable or refuse to do that.

Happy to discuss by phone tomorrow – I should be in the office all day.

Regards,

EXHIBIT 18

Lance

---

**From:** Koonce, Lance
**Sent:** Monday, June 15, 2015 1:42 PM
**To:** 'Ben Warlick'; laponte@yzblaw.com; John Fry
**Cc:** Balin, Robert
**Subject:** RE: Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Preliminary Injunction [IWOV-MMMDMS1.29546.104557]

Ben:

We disagree that the May 8 and May 28 orders granted your law firms leave to withdraw as Create's attorneys or relieved you and your law firms of your obligation to provide notice of the preliminary injunction order to Create.

As you know, the local rules of the Central District state that "[a]n attorney may not withdraw as counsel except by leave of court." (L.R. 83-2.3.2).   Further the California Rules of Professional Conduct state that "[i]f permission for termination of employment is required by the rules of a tribunal, a member shall not withdraw from employment in a proceeding before that tribunal without its permission" (Rule 3-700).

At present, you have merely made a motion to withdraw as counsel, which remains pending before the Court.  The Court has not granted leave to withdraw, and you are still counsel of record for Create. Further, although a clerk's default has been entered against your client, Create remains a defendant in the action until the Court enters a final judgment.

In your motion to withdraw, you stated in your declaration that ""U.S. counsel has and will continue to provide Create with notice of court filings", which we believe is your continuing obligation (even absent a statement under penalty of perjury that you will do so).  Indeed, in the May 8 order of Judge Morrow – which merely advanced the briefing schedule on the pending motion to withdraw -- you were expressly "directed to email or deliver a copy of this order to defendant Create forthwith," further confirming that the Court views you as counsel for Create until relieved.

We understand that local counsel in China is refusing to deliver court documents to Create.  However, we believe that it continues to be your firms' obligation to contact your client directly now and provide notice of the recent preliminary injunction order.  Please confirm when you have done so, or let us know immediately if you refuse to take any further action.  The latter may require us to seek assistance from the Court in this matter.

Regards,

Lance Koonce

---

**From:** Ben Warlick [mailto:bwarlick@mmmlaw.com]
**Sent:** Monday, June 15, 2015 10:12 AM
**To:** Koonce, Lance; laponte@yzblaw.com; John Fry
**Cc:** Balin, Robert
**Subject:** RE: Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Preliminary Injunction [IWOV-MMMDMS1.29546.104557]

Lance,
We received word back from the local China counsel that her representation has been terminated and she will not forward documents to Create.

In addition, our understanding is that the Court's May 8 order advancing briefing on our motion to withdraw and May 28 entry of default resolves our motion to withdraw. As such, we notified Create that Morris, Manning & Martin and Young, Zinn & Bate no longer represent them in this matter. We will not provide court documents to Create.

The last known preferred contact address we have for Create is set out in my declaration filed April 17, 2015, at paragraph 14.

Best regards,
Ben

---

**From:** Koonce, Lance [mailto:lancekoonce@dwt.com]
**Sent:** Friday, June 12, 2015 8:38 PM
**To:** laponte@yzblaw.com; John Fry; Ben Warlick
**Cc:** Balin, Robert
**Subject:** Re: Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Preliminary Injunction

Just following up. Can I get a confirmation from one of you, please?

Sent from my iPhone

On Jun 12, 2015, at 3:10 PM, Koonce, Lance <lancekoonce@dwt.com> wrote:

Gentlemen:

As discussed previously, we are aware that you have moved to withdraw your representation of Create New Technology, but that the judge has not yet granted that motion; in the interim, it is our understanding that you are still providing copies of all court documents to your nominal client. I am therefore writing to confirm that you have forwarded to Create New Technology the Preliminary Injunction Order issued yesterday by Judge Morrow, along with the findings of fact and conclusions of law.

Regards,

Lance Koonce

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Thursday, June 11, 2015 7:00 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al Preliminary Injunction

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 6/11/2015 at 3:59 PM PDT and filed on 6/11/2015

**Case Name:**     China Central Television et al v. Create New Technology HK Limited et al
**Case Number:**     2:15-cv-01869-MMM-AJW
**Filer:**
**Document Number:** 98

**Docket Text:**
**PRELIMINARY INJUNCTION by Judge Margaret M. Morrow.(ah)**

**2:15-cv-01869-MMM-AJW Notice has been electronically mailed to:**

Samuel M Bayard     samuelbayard@dwt.com

Francis S Ryu     francis@ryulaw.com

Jennifer So Young Chang     jennifer@ryulaw.com

Carla A McCauley     frankromero@dwt.com, taniamoore@dwt.com, carlamccauley@dwt.com

Kenneth K Tanji     ktanji@yahoo.com, dhsu@ltpacificlaw.com, ktanji@ltpacificlaw.com, jflee@ltpacificlaw.com

Lester F Aponte     laponte@yzblaw.com, pflores@yzblaw.com

Adrianos Matthew Facchetti     adrianos@facchettilaw.com, reagan.facchettilaw@gmail.com

George P Wukoson     georgewukoson@dwt.com

Kris Le Fan     kris@lowelaw.com

Lacy H Koonce     lancekoonce@dwt.com

Robert D Balin     robbalin@dwt.com

Mark G Clark     mark@traverselegal.com, cathy.dittrich@traverselegal.com, pam@traverselegal.com

Jen-Feng Lee     jflnbacer@gmail.com, dhsu@ipfirm.us, jflee@ltpacificlaw.com

**2:15-cv-01869-MMM-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

**EXHIBIT 19**

**McCauley, Carla**

| | |
|---|---|
| **From:** | Koonce, Lance |
| **Sent:** | Tuesday, June 16, 2015 1:59 PM |
| **To:** | CNT010 |
| **Cc:** | Balin, Robert |
| **Subject:** | China Central Television et al v. Create New Technology HK Limited et al -- NOTICE OF PRELIMINARY INJUNCTION |
| **Attachments:** | Finding of Fact and Conclusions of Law Supporting Entry of Preliminary I....pdf; Preliminary Injunction (signed by Judge).pdf |


To Whom It May Concern:

We have not heard back from you in response to the email below.  In the interim, however, the Court has now entered a preliminary injunction against Create New Technology.  Attached is a copy of the court's Order, along with its findings of fact and conclusions of law. Please read these documents carefully.

Please also confirm receipt of this email, and confirm whether or not Create New Technology intends to respond to our previous email.

Regards,

Lance Koonce
Robert Balin

---

**From:** Koonce, Lance
**Sent:** Thursday, June 04, 2015 1:37 PM
**To:** 'CNT010'
**Cc:** Balin, Robert
**Subject:** RE: China Central Television et al v. Create New Technology HK Limited et al

CONFIDENTIAL --FOR SETTLEMENT PURPOSES ONLY -- SUBJECT TO F.R.E. 408

**Davis Wright Tremaine LLP**
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6467 | Fax: (212) 379-5207

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** CNT010 [mailto:1580468943@qq.com]
**Sent:** Wednesday, June 03, 2015 11:26 PM
**To:** Balin, Robert
**Cc:** Koonce, Lance
**Subject:** China Central Television et al v. Create New Technology HK Limited et al

Dear Sirs,

We refer to our email of 27th May 2015.

Some problems may occur to our email adress of info@creatent.net recently.  We would be most grateful if you could send emails to our new email: 1580468943@qq.com.

We look forward to hearing from you.

Yours faithfully,

Create New Technology (HK) Limited

---

**From:** info@creatent.net
**Date:** 2015-05-27 18:35
**To:** robertbalin
**CC:** lancekoonce

**Subject:** China Central Television et al v. Create New Technology HK Limited et al

# EXHIBIT 20

CARLA A. McCAULEY (State Bar No. 223910)
  carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.: (213) 633-6800  Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
  robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
  lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
  samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
  georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.: (212) 489-8230  Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. **CV 15-1869 MMM (AJWx)** <br><br> **PROOF OF SERVICE BY HAND DELIVERY** |

EXHIBIT 20

**PROOF OF SERVICE BY HAND DELIVERY**

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On June 17, 2015, I served the following document(s):

1.   PRELIMINARY INJUNCTION

2.   FINDINGS OF FACT AND CONCLUSIONS OF LAW SUPPORTING ENTRY OF PRELIMINARY INJUNCTION

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in a sealed envelope(s), to the addressee(s) at the following address(es):

**Create New Technology (HK) Limited, Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong**

**Hua Yang International Technology Limited, Room 1103, Hang Seng Mongkok Building, 677 Nathan Road, Mongkok, Kowloon, Hong Kong**

Executed on June 18, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑     Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

_____          _____
          Hung Kin Wing                                        Signature
          Print Name

---

PROOF OF SERVICE BY HAND DELIVERY

DWT 26516267v1 0094038-000021

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT 21**

**TVB Programs Infringed Prior to Preliminary Injunction that Remain Available Post-Injunction on Infringing TVpad Apps**

| Title of Work and Episode Numbers | Copyright Registration No. | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| A Change of Destiny, Ep. 1 through 20 | PA0001388870 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| A Change of Heart, Ep. 1 through 30 | PA0001866892 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| A Great Way To Care II, Ep. 1 through 25 | PA0001847097 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| A Step into the Past, Ep. 1 through 40 | PA0001074513 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Always And Ever, Ep 1 through 31 | PA0001866873 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Awfully Lawful, Ep. 1 through 20 | PA0001866872 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Beauty At War, Ep. 1 through 30 | PA0001849236 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Black Heart White Soul, Ep. 1 through 30 | PA0001920529 | 8/24/2015 | Gang Yue Wang Luo Dian Shi |
| Bounty Lady, Ep. 1 through 19 | PA0001890407 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Brother's Keeper, Ep. 1 through 31 | PA0001878628 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Bullet Brain, Ep. 1 through 25 | PA0001847052 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Coffee Cat Mama, Ep. 1 through 20 | PA0001910249 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Come Home Love, Ep. 1 through 142 | PA0001872347 | 6/19/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 143 through 160 | PA0001872347 | 6/19/2015 8/4/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 161 through 162 | PA0001872347 | 6/20/2015 8/4/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 163 through 500 | Not Applicable | 6/20/2015 8/4/2015 | Gang Yue Kuai Kan |

1

**TVB Programs Infringed Prior to Preliminary Injunction that Remain Available Post-Injunction on Infringing TVpad Apps**

| Title of Work and Episode Numbers | Copyright Registration No. | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Come Home Love, Ep. 501 through 609 | Not Applicable | 6/21/2015 8/4/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 610 through 614 | PA0001922874 | 6/21/2015 8/4/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 615 through 774 | Not Applicable | 6/21/2015 8/4/2015 | Gang Yue Kuai Kan |
| Daddy Good Deeds, Ep. 1 through 20 | PA0001857840 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Divas In Distress, Ep. 1 through 20 | PA0001827059 | 6/18/2015 | Gang Yue Wang Luo Dian Shi |
| Duke of Mount Deer, Ep. 1 through 45 | PA0000923706 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Friendly Fire, Ep. 1 through 24 | PA0001840636 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Ghetto Justice II, Ep. 1 through 20 | PA0001827048 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Ghost Dragon of Cold Mountain, Ep. 1 through 30 | PA0001918949 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Gilded Chopsticks, Ep. 1 through 25 | PA0001906159 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Gloves Come Off, Ep. 1 through 25 | PA0001857855 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Gods of Honour, Ep. 1 through 40 | PA0001063318 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Grace Under Fire, Ep. 1 through 32 | PA0001776413 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Heaven Sword and Dragon Sabre, Ep. 1 through 42 | PA0001012498 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Highs and Lows, Ep. 1 through 29 | PA0001840632 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| House of Harmony and Vengeance, Ep. 1 through 30 | PA0001857846 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |

2

**TVB Programs Infringed Prior to Preliminary Injunction that Remain Available Post-Injunction on Infringing TVpad Apps**

| Title of Work and Episode Numbers | Copyright Registration No. | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Inbound Troubles, Ep. 1 through 20 | PA0001848886 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Karma Rider, Ep. 1 through 20 | PA0001863828 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| King Maker, Ep. 1 through 26 | PA0001827056 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Man In Charge, Ep. 1 through 20 | PA0001738145 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Master of Play, Ep. 1 through 30 | PA0001827046 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Missing You, Ep. 1 through 20 | PA0001840634 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Never Dance Alone, Ep. 1 through 30 | PA0001919570 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| No Good Either Way, Ep. 1 through 20 | PA0001827058 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Outbound Love, Ep. 1 through 21 | PA0001891391 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Queen Divas, Ep. 1 through 14 | PA0001894494 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Reality Check, Ep. 1 through 20 | PA0001845356 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Return of the Silver Tongue, Ep. 1 through 25 | PA0001910251 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Ruse of Engagement, Ep. 1 through 25 | PA0001901753 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Season of Love, Ep. 1 through 20 | PA0001840377 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sergeant Tabloid, Ep. 1 through 20 | PA0001827198 | 6/19/2015 | Gang Yue |

3

**TVB Programs Infringed Prior to Preliminary Injunction that Remain Available Post-
Injunction on Infringing TVpad Apps**

| Title of Work and Episode Numbers | Copyright Registration No. | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| | | 8/10/2015 | Wang Luo Dian Shi |
| Silver Spoon, Sterling Shackles, Ep. 1 through 40 | PA0001840638 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Slow Boat Home, Ep. 1 through 25 | PA0001857765 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sniper Standoff, Ep. 1 through 25 | PA0001881211 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Storm in a Cocoon, Ep. 1 through 31 | PA0001901640 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sweetness in the Salt, Ep. 1 through 25 | PA0001660153 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Swipe Tap Love, Ep. 1 through 20 | PA0001900069 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Confidant, Ep. 1 through 33 | PA0001840635 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| The Day of Days, Ep. 1 through 20 | PA0001839833 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Four, Ep. 1 through 25 | PA0001638548 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| The Greatness of A Hero, Ep. 1 through 20 | PA0001660075 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Hippocratic Crush, Ep. 1 through 25 | PA0001857863 | 6/19/2015 | Gang Yue Wang Luo Dian Shi |
| The Hippocratic Crush II, Ep. 1 through 30 | PA0001883626 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Last Steep Ascent, Ep. 1 through 24 | PA0001827043 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Master of Tai Chi, Ep. 1 through 25 | PA0001619042 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| The Ultimate Addiction, Ep. 1 through 30 | PA0001916638 | 6/18/2015 | Gang Yue |

4

**TVB Programs Infringed Prior to Preliminary Injunction that Remain Available Post-Injunction on Infringing TVpad Apps**

| Title of Work and Episode Numbers | Copyright Registration No. | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| | | 8/10/2015 | Wang Luo Dian Shi |
| Three Kingdoms RPG, Ep. 1 through 24 | PA0001827052 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Tiger Cubs, Ep. 1 through 13 | PA0001827044 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Triumph in The Skies II, Ep. 1 through 41 | PA0001877655 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Twin of Brothers, Ep. 1 through 42 | PA0001242731 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Whatever It Takes, Ep. 1 through 20 | PA0001102787 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Will Power, Ep.1 through 31 | PA0001884284 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Witness Insecurity, Ep. 1 through 19 | PA0001827051 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Witness to a Prosecution, Ep. 1 through 22 | PA0000980415 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |

5

**Episodes of New TVB Programs Made Available Post-Injunction Through Infringing TVpad Apps**

| Title of Work and Episode Numbers | Copyright Registration No. | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| All That Is Bitter Is Sweet, Ep. 1 through 29 | PA0001922865 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Brick Slaves, Ep. 1 through 14 | Recently Aired | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Come On, Cousin, Ep. 1 through 30 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Don Juan De Mercado, Ep. 1 through 8 | PA0001712850 (Ep. 1-6) | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Eye In The Sky, Ep. 1 through 20 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Ghost of Relativity, Ep. 1 through 27 | Recently Aired | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Lady Sour, Ep. 1 through 20 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Limelight Years, Ep. 1 through 21 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Line Walker, Ep. 1 through 30 | PA0001922863 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Madam Cutie On Duty, Ep. 1 through 20 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| My "Spiritual" Ex-Lover, Ep. 1 through 15 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Noblesse Oblige, Ep. 1 through 20 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Officer Geomancer, Ep. 1 through 20 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Overachievers, Ep. 1 through 30 | PA0001936095 | 8/20/2015 | Gang Yue Wang Luo |

6

**Episodes of New TVB Programs Made Available Post-Injunction Through Infringing TVpad Apps**

| Title of Work and Episode Numbers | Copyright Registration No. | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| | | | Dian Shi |
| Raising The Bar, Ep. 1 through 25 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Rear Mirror, Ep. 1 through 20 | PA0001924137 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Romantic Repertoire, Ep. 1 through 21 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Smooth Talker, Ep. 1 through 20 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Fixer, Ep. 1 through 11 | Recently Aired | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Greed Of Man, Ep. 1 through 40 | PA0000593136; PA0000593128; PA0000593127; PA0000593126; PA0000593122; PA0000593125; PA0000593141; PA0000593129; PA0000593124; PA0000593121; PA0000593120; PA0000593123; PA0000593133 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Tiger Cubs II, Ep. 1 through 10 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Tomorrow Is Another Day, Ep. 1 through 19 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Wudang Rules, Ep. 1 through 20 | Recently Aired | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Young Charioteers, Ep. 1 through 20 | Registration Filed | 8/20/2015 | Gang Yue Wang Luo Dian Shi |

DWT 27636717v1 0094038-000021

**EXHIBIT 22**

**From:** Cecilia
**Sent:** Wednesday, June 24, 2015 6:59 AM
**To:** Philip Tam; Sam P. Tsang; Melissa Wang; Sinne Chan
**Subject:** Fwd: 【TVpad 征文活動】分享和父親的故事，贏取亞馬遜 10 美金現金券！

## TVpad promotion: Win $10 Amazon gift card with story of you and father.

Begin forwarded message:
**From:** "TVpad 官方商城" <newsletter@edm.tvpadmail.com>
**Date:** June 24, 2015 at 1:13:03 AM PDT
**Subject:** 【TVpad 征文活動】分享和父親的故事，贏取亞馬遜 10 美金現金券！
**Reply-To:** market@tvpad.hk

http://link.edm.tvpadmail.com/rhd/m2a1741590C5d091b9fc2880d7791170d1de4b6cbe4afS7f258L6e101N3b149



EXHIBIT 22

250 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: August 18, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- 2015.06.24 Email

Belinda Lai, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Belinda Lai

**From**: Liz Lai
**Sent**: Wednesday, June 24, 2015 6:59 AM
**To**: Philip Tam; Sam P. Tsang; Melissa Wang; Sinne Chan
**Subject**: Fwd: [TVpad story event] Share a story of you and your father to win a $10 Amazon gift card!
**TVpad promotion: Win $10 Amazon gift card with story of you and father.**

Begin forwarded message:
**From**: "TVpad Official Mall" <newsletter@edm.tvpadmail.com>
**Date**: June 24, 2015 at 1:13:03 AM PDT
**Subject**: [TVpad story event] Share a story of you and your father to win a $10 Amazon gift card!
**Reply-To**: market@tvpad.hk
http://link.edm.tvpadmail.com/rhd/m2a1741590C5d091b9fc2880d7791170d1de4b6cbe4afS7f258L6e101N3b149

Online version | If you do not wish to keep receiving emails from us, you can cancel subscription at any time. Gentle reminder: You should add tvpad@.tvpadmail.com into your white list, to ensure that you can receive latest information from TVpad in a normal and timely manner.

TVpad | The top brand of Chinese television for overseas Chinese          Follow us

| Father's Day Story Event<br>The Years I Spent with My Father | From youth to old age, the times are changing, but the memories stay the same. Father's Day is coming, we invite you all to have a chat, and share some funny/moving stories of you and your father from the past! |
|---|---|

Prize: US$ 10 Amazon gift card

| Recommended quality drama | *Twice Blooming Flower* | Recommended entertainment | *Go Fighting!* | Recommended popular drama | |
|---|---|---|---|---|---|
| *Twice Blooming Flower* | | *Go Fighting!* | | *Destined to Love You* | |
| An adaptation of Tangqi Gongzi's urban novel *The Years are a Twice-Blooming Flower*, this program describes an only son and his single mother Yan Song, and her love story with an amnesiac man Qin Mo, who just woke up from a deep sleep…… View | | After the June 14 "Voyage in Time," June 21's "Ultimate Men" members Sun Honglei, Huang Bo, Huang Lei, Wang Xun, Luo Zhixiang, and Zhang Yixing gathered together again for a fight over an estate inheritance among a wealthy second generation…… View | | In 1916, a commoner girl Qian Baobao took on the identity of Xiao Han, a woman who received her doctorate abroad but died in an accident. On one hand was Shen Wentao who passionately pursued her, but on the other hand was Xiao Han's fiancé Xiang Hao…… View | |

| Share a story with your father to win US$ 10 in Amazon gift cards | TVpad4<br>Two level discount      $50<br>Spend the day with your dad!<br>High resolution and smooth streaming / Global delivery / Free forever |
|---|---|

Officially authorized, guaranteed genuine | Supports convenient and safe transactions | Global delivery, fast and reliable | Refund within 7 days, exchange within 15 days

TEL: (00852)2134-9910

**EXHIBIT 23**

**From:** Cassie Ho
**Sent:** Friday, July 10, 2015 1:00 AM
**To:** Philip Tam; Sam P. Tsang; Melissa Wang; Sinne Chan
**Subject:** Fwd: TVpad 暑期特推，好友特惠 2 臺套裝，二人同行立減$120!

## TVpad promotion: Summer Special Friends 2-pk $120 off!

**From:** "TVpad 官方商城" <<u>newsletter@edm.tvpadmail.com</u>>
**Date:** July 10, 2015 at 12:03:03 AM PDT
**Subject: TVpad** 暑期特推，好友特惠 **2** 臺套裝，二人同行立減**$120!**
**Reply-To:** <u>market@tvpad.hk</u>

<u>http://link.edm.tvpadmail.com/rhd/m2a1741590C5d091b9fc2880d7791170d1de4b6cbe4afS7f262L6e101N3b151</u>



EXHIBIT 23

**Morningside** Translations   TRANSLATOR CERTIFICATION

2950 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: August 18, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- 2015.07.10 Email

Belinda Lai, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Belinda Lai

**From**: Liz Lai
**Sent**: Friday, July 10, 2015 1:00 AM
**To**: Philip Tam; Sam P. Tsang; Melissa Wang; Sinne Chan
**Subject**: Fwd: TVpad Special Summer Promotion, Friends 2-pack for $120 off!!
**TVpad promotion: Summer Special Friends 2-pk $120 off!**


**From**: "TVpad Official Mall <newsletter@edm.tvpadmail.com>
**Date**: July 10, 2015 at 12:03:03 AM PDT
**Subject**: TVpad Special Summer Promotion, Friends 2-pack for $120 off!!
**Reply-To**: market@tvpad.hk
http://link.edm.tvpadmail.com/rhd/m2a1741590C5d091b9fc2880d7791170d1de4b6cbe4afS7f262L6e101N3
b151


Online version | If you don't want to keep receiving emails from us, you can cancel subscription at any time.
Gentle reminder: You should add tvpad@.tvpadmail.com into your white list, to ensure that you can receive
latest information from TVpad in a normal and timely manner.
TVpad | The top brand of Chinese television for overseas Chinese                    Follow us:

TVpad Special Summer Promotion, Friends 2-pack for $120 off!!          No mail required (non-remote areas)
2-pack          Buy now →
TVpad4 enjoys a happy summer vacation with you all summer long!
Live broadcast, on-demand, time lapse, massive content, so many choices!

| Recommended entertainment | China Life Insurance (Overseas) Special Report: *Hungry For Health* | Recommended quality drama | *Life and Death Brotherhood* | Recommended popular drama | |
|---|---|---|---|---|---|
| *Hungry For Health* | | *Life and Death Brotherhood* | | *Diors Man 4* | |
| Since *Am I Healthy?* received an enthusiastic response from the audience, "Health Commander" Cheng Tan Shui (Tan) and two "Health Patrols" Leung Ka Ki and Cheung Chi-hang (Steven) reprised their roles to collaborate in a brand new program on health with a group of behind-the-scenes elites…… View | | In early 1949, many People's Liberation Army troops, mainly rural cadres, entered the cities. Ma Anshan and Qiao Liang are two brothers from different families who grew up together. Wealthy youth Qiao Liang saved Ma Anshan, the son of his wet nurse, and they are as close as brothers…… View | | Created by Dapeng Workshop, directed by Dapeng, joined by stars such as Liu Yan, Martina Hill, Fan Bingbing, Yuan Shanshan, Han Geng, and Zheng Ronghe, the fourth season will have an even greater cast. The real *Knallerfrauen* Martina Hill has joined the cast…… View | |

TVpad4 Seeking Global User Tests              TVpad is the top brand for overseas Chinese TV
Many prizes are waiting for you!              More Stable / Faster / Higher Resolution

Officially authorized, guaranteed genuine | Supports convenient and safe transactions | Global delivery, fast
and reliable | Refund within 7 days, exchange within 15 days
TEL: (00852)2134-9910

# EXHIBIT 24

**EXHIBIT 23**

**EXHIBIT 22**

**Payment Result**

<u>**Your payment transaction is completed**</u>

| | |
|---|---|
| **Merchant :** | Yukun Technology (Hong Kong) Co., Limited |
| **Amount :** | USD 249.00 |
| **Payment method :** | VISA *(Verified by VISA)* |
| **Card Number :** | **** - **** - **** - 8061 |
| **Expiry Date (mm/yyyy) :** | ** / **** |
| **Name as shown on credit card :** | Clara A Ho |
| **Merchant Reference No. :** | T022015072819295850684 |
| **Transaction IP :** | 69.171.20.94 |
| **Payment Reference No. :** | 000057974443 |

Note: This transaction will be recorded in
your bank / credit card account statement
as with merchant name " YUKUN TECHNOLOGY (HONG KONG) CO., LIMITED "

Please contact your merchant " Yukun Technology (Hong Kong) Co., Limited " for any order and delivery
queries.

[ Continue ]  [ Print ]

PayDollar Payment Service   

Copyright © 2015 AsiaPay Limited. All rights reserved.

EXHIBIT 24

# Transaction Details

Description:            YUKUN TECH (HK) CO., LTD

Transaction Date:      7/28/2015

Posted Date:           7/29/2015

Amount:                $249.00

Category:              Merchandise

Details:               Electronics

Welcome! hkcee          0



Home          Store

**User Center**

**Order Center**

My Order

My Cart

My Reviews

**Account Center**

Account Info

Account Security

Account Balance

My coupons

My Prizes

Transactions

Shipping Address



Seller : **TVpad中文店铺**  Current Status : Paid, Delivered

| | | | |
|---|---|---|---|
| Order No. : | B012015072909465526417 | Time of Order : | |
| Amount : | USD 249.0 | Payment : | |
| Full Name : | Clara Ho | Email : | |
| Mobile No. : | **REDACTED** | Phone No. : | |
| Zip : | | **REDACTED** | |
| Billing Address : | **REDACTED** | | Studio City California |
| Other requirements : | 客户输入收货地址错误，故重新手工提单，原华扬订单：T0220150728192958 第三方支付订单号：57974443,实收款：USD 24 | | |

**Logistics Details**(View Logistics status)

| | | | |
|---|---|---|---|
| Express Company : | 华源达货代DHL | Tracking No. : | 客 |
| Delivery time : | 2015-07-31 15:33:08.0 | Remark : | 单 付 单 |

| Item Name | Price | Quantity |
|---|---|---|
| TVpad4（型號M418）高清… | USD299.0 | 1 |

Total : U

Ar

**Back**



Official Store · Quality

TVpad4 Best Streaming Player for



| **Help Center** | **Shipping** | **Payment** | **After-sale Service** | **About Us** | Cont |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Brand Introduction | |

| | | | | |
|---|---|---|---|---|
| My Order | Logistics | Alipay | App Installation | Statement |
| FAQ | About Tariffs | Security | About Return | Contact Us |
| App Publishing | About Receipt | | Check Warranty | Media Support |

Copyright © 2007-2015 mtvpad.com All Rights Reserved

Welcome! hkcee        0



Home        Store

**User Center**

**Order Center**

My Order

My Cart

My Reviews

**Account Center**

Account Info

Account Security

Account Balance

My coupons

My Prizes

Transactions

Shipping Address

**Seller :** **TVpad Mall**   **Current Status :** Paid, Await delivery

| | | |
|---|---|---|
| **Order No. :** | T022015072819295850684 | **Time of Order :** |
| **Amount :** | USD 249.0 | **Payment :** |
| **Full Name :** | Clara Ho | **Email :** |
| **Mobile No. :** | REDACTED | **Phone No. :** |
| **Zip :** | REDACTED | |
| **Billing Address :** | REDACTED San Mateo California USA | |
| **Other requirements :** | my shipping address is different 我的送货地址是不 | |

| Item Name | Price | Quantity |
|---|---|---|
| TVpad4 (Model M418) Strea... | USD249.0 | 1 |

Total : U

An

**Back**





**Help Center**        **Shipping**

Shopping Guide        Shipping Range

My Order              Logistics

FAQ                   About Tariffs



App Publishing          About Receipt

**Payment**                    **After-sale Service**        **About Us**                    **Cont**

Credit Card                    Commitment                    Brand Introduction

Alipay                         App Installation              Statement

Security                       About Return                  Contact Us

                               Check Warranty                Media Support

Copyright © 2007-2015 mtvpad.com All Rights Reserved

# EXHIBIT 25



From: Hua Zhi Mei CO LTD
Jack Chen
C/O BYGLOBAL   NB NANERHENG
KWAI CHUNG
Hong Kong

Origin: HKG

Contact: 35860920

To: No
Clara Ho

REDACTED

REDACTED

REDACTED

Studio City

UNITED STATES

US-VNY-VNY

C

Day   Time

Ref: B0120150729094655264
17

Date: 2015-07-30   Pce/Shpt Weight Piece 0.7 kg   1/1

Contents :
set top box/ACB
67E0B489B

WAYBILL 31 6249 9535

(2L)US91604+48000001

(J) JD01 4600 0021 1240 3243

AFFIX NETWORK LABEL HERE

EXHIBIT 25

**EXHIBIT 26**

EXHIBIT 26

# TVpad Legal Information and User Agreement

User Agreement

1. General Information

1.1. TVpad products (hereinafter referred to as "TVpad") are supplied by Create New Technology (HK) Limited (hereinafter referred to as "Creatent"). The use of TVpad by you will be bound by this legal agreement entered in by and between you and Creatent, the terms of which are set forth herein.

1.2. TVpad Store is the platform that allows you to browse, search, download and install software applications of interest (such as game software, software for listening to music, software for picture viewing, software for viewing videos, etc.), that TVpad supports for end user use only under the terms and conditions set forth in this Agreement. For TVpad Store Products (defined below), end users may be individuals acting in their own capacities, commercial enterprises or educational institutions.

1.3. It shall be deemed that you have accepted these terms when you (1) have clicked the approval

Back          Activate

# TVpad Legal Information and User Agreement

1.3. It shall be deemed that you have accepted these terms when you (1) have clicked the approval option or the acceptance option which is displayed when downloading or installing software application, or (2) have actually used the relevant software application via TVpad Store.

2. Terms of Sale on TVpad and TVpad Store

2.1. Various payment methods will be provided by Creatent for you to assist your purchase of TVpad and to obtain license for software application of third party via TVpad Store. You agree to abide by any relevant service terms or other legal agreements entered in by and between you and Creatent or third party. Your use of the designated payment method shall be bound by these terms or agreements. You agree that Creatent reserves the right in its discretion to add or delete payment methods without any notice.

2.2. You agree to abide by any and all applicable tax laws, including the declaration and payment of any taxes arising from using TVpad or software applications obtained through TVpad Store, and agree to declare and pay all applicable taxes.

Back                              Activate

# TVpad Legal Information and User Agreement

2.3. All sales of products (which may include software licenses) are final. Prices for products offered via the TVpad Store may change at any time, and the TVpad Store does not provide price protection or refunds in the event of a price reduction or promotional offering. If a product becomes unavailable following a transaction but prior to download, your sole remedy is a refund. If technical problems prevent, or unreasonably delay, delivery of your product, your exclusive and sole remedy is either replacement or refund of the price paid, as determined by Creatent.

2.4. Your use of the TVpad Store includes the ability to enter into agreements and/or to make transactions electronically. You acknowledge that your electronic submissions constitute your agreement and intent to be bound by and to pay for such agreements and transactions. Your agreement and intent to be bound by electronic submissions applies to all records relating to all transactions you enter through the TVpad Store, including notices of cancellation, policies, contracts, and applications. In order to access and retain your electronic records, you may be required to have certain hardware and software, which are your sole responsibility. Creatent is not responsible for typographic errors.

Back          Activate

## TVpad Legal Information and User Agreement

### 3. TVpad and TVpad Store

3.1. You agree to use TVpad for purposes only allowed by any applicable laws and regulations or rules or codes accepted in the jurisdictions. You agree to abide by all applicable export restrictions, including but not limited to any export administration regulations issued by Commerce Department of each country and sanction plan by Office of Foreign Assets Control under Ministry of Finance of each country. The use of TVpad by you shall be deemed that you acknowledge and warrant that you will comply with all export regulations and other applicable regulations of each country. You agree to abide by all local laws and regulations relating to the download, installation and /or use of software application.

3.1.1. Creatent does not recommend software applications other than those provided through the TVpad Store be installed into the TVpad. If user installs any software application not provided through the TVpad Store into the TVpad, the user herein agrees to be responsible and to assume all risks and liabilities resulted from the installation and use of the software application.

Back     Activate

# TVpad Legal Information and User Agreement

3.1.2. User of the TVpad herein agrees not to use the TVpad for any illegal purposes, including using the TVpad for viewing copyrighted content. The user herein agrees to be responsible and to assume all risks and liabilities resulted from any illegal use of the TVpad.

3.2. You agree not to access (or try to access) TVpad in any ways other than through the interface provided by Creatent, unless otherwise specifically permitted by the separate agreement between you and Creatent. You shall agree not to access (or try to access) TVpad in any automatic ways (including script, crawlers or similar techniques), and ensure to comply with instructions (in soft copy or hard copy) provided with the TVpad.

3.3. TVpad Store is available for individuals aged 13 years or older. If you are 13 or older but under the age of 18, you should review this agreement with your parent or guardian to make sure that you and your parent or guardian understand it.

3.4. The TVpad Store may require you to register as a user. As a registered user of the TVpad Store,

Back          Activate

# TVpad Legal Information and User Agreement

3.4. The TVpad Store may require you to register as a user. As a registered user of the TVpad Store, you may establish an account ("Account"). Don't reveal your Account information to anyone else. You are solely responsible for maintaining the confidentiality and security of your Account and for all activities that occur on or through your Account, and you agree to immediately notify TVpad Store of any security breach of your Account. Creatent shall not be responsible for any losses arising out of the unauthorized use of your Account. You agree to provide accurate and complete information when you register with, and as you use, the TVpad Store ("Registration Data"), and you agree to update your Registration Data to keep it accurate and complete. You agree that TVpad Store may store and use the Registration Data you provide for use in maintaining and billing fees to your Account.

3.5. TVpad Store is selling you a license to use the Products. There are two (2) categories of TVpad Store Products, as follows: (i) those TVpad Store Products that have been developed by Creatent, and which are licensed to you by Creatent through the TVpad Store ("TVpad Products"); and (ii) those TVpad Store Products that have been developed, and are licensed to you, by a third-party developer ("Third-Party Products"). The category of a particular TVpad Store Product (TVpad Product or Third-

**Back**   Activate

## TVpad Legal Information and User Agreement

3.5. TVpad Store is selling you a license to use the Products. There are two (2) categories of TVpad Store Products, as follows: (i) those TVpad Store Products that have been developed by Creatent, and which are licensed to you by Creatent through the TVpad Store ("TVpad Products"); and (ii) those TVpad Store Products that have been developed, and are licensed to you, by a third-party developer ("Third-Party Products"). The category of a particular TVpad Store Product (TVpad Product or Third-Party Product) is identified on TVpad Store application. Once obtained from TVpad Store, that license forms a binding agreement directly between you and the publisher of that Product (the "Publisher") governing your use of that Product.

3.6. You agree that the TVpad Store and certain Products include security technology that limits your use of Products and that, whether or not Products are limited by security technology, you shall use Products in compliance with the applicable usage rules established by Creatent and the Publishers ("Usage Rules"), and that any other use of the Products may constitute a copyright infringement. Any security technology is an inseparable part of the Products. Creatent reserves the right to modify the Usage Rules at any time. You agree not to violate, circumvent, reverse-engineer, decompile,

Back

Activate

# TVpad Legal Information and User Agreement

any reason - or to attempt or assist another person to do so. Usage Rules may be controlled and monitored by Creatent for compliance purposes, and Creatent reserves the right to enforce the Usage Rules without notice to you.

3.7. Certain content, Products, and services available via the TVpad Store may include materials from third parties. TVpad Store may provide links to third-party websites as a convenience to you. You agree that Creatent is not responsible for examining or evaluating the content or accuracy and Creatent does not warrant and will not have any liability or responsibility for any third-party materials or websites, or for any other materials, products, or services of third parties. You agree that you will not use any third-party materials in a manner that would infringe or violate the rights of any other party and that Creatent is not in any way responsible for any such use by you.

3.8. Creatent reserves the right to preview, examine, report, filter, modify, refuse or delete any or all software applications in the TVpad Store, and you shall agree to be responsible and liable for any and all risks resulted from, and in connection with, the use of TVpad.

Back      Activate

# TVpad Legal Information and User Agreement

3.9. You agree that the TVpad product, the TVpad Store, the Products accessible through the TVpad Store, contain proprietary information and material (including but not limited to graphics, user interface, audio clips, editorial content, and scripts and software used to implement the above items) that is owned by Creatent and/or the Publishers of the Products, and is protected by applicable intellectual property and other laws, including but not limited to copyright. You agree that you will not use such proprietary information or materials in any way whatsoever except in compliance with this Agreement. No portion of the TVpad product, the TVpad Store, and the Products, including content accessible through the Products, may be reproduced in any form or by any means, except as expressly permitted in these terms.

3.10. Notwithstanding any other provision of this Agreement, Creatent and the Publishers reserve the right to change, suspend, remove, or disable access to any Products, content, or other materials accessible through the TVpad Store at any time without notice. In no event will Creatent be liable for making these changes. Creatent may also impose limits on the use of, or access to, certain features or portions of the TVpad Store, in any case and without notice or liability.

**Back**          Activate

# TVpad Legal Information and User Agreement

4. Update

4.1. Creatent will from time to time check the existence of update program of TVpad, such as the error correction and patching program, enhancement, missing plug-ins and new version (collectively referred to as "Update Program"). You will have the option to accept the update programs for installation. The installation of these update programs shall be deemed that you agree to automatically request or accept the update program of the kind.

5. Export Restriction

5.1. The software application provided by TVpad Store may be faced with export restriction or control by some countries/regions or areas. You agree to abide by all applicable international export laws and regulations of each country.

6. Compensation

Back     Activate

# TVpad Legal Information and User Agreement

### 6. Compensation

6.1. You agree that, to the maximum extent permitted by law, you shall be responsible for any claim, legal action, lawsuit and lawsuit process, and all loss, claim request, damage, expense and cost (including reasonable attorney fees) arising from your use of TVpad (including downloading, installing or using any software application), or from violation of the provisions set forth herein.

### 7. Termination

7.1. The terms set forth herein will remain in full force and valid unless you or Creatent terminates these terms in accordance with the following provisions.

7.2. You can stop using TVpad and any software application downloaded on TVpad Store if you want to terminate the terms set forth herein.  However, you remain responsible for all liabilities you incurred that arose from the use of TVpad before termination.

Back     Activate

# TVpad Legal Information and User Agreement

7.3. In the event (A) you violates any terms specified in this agreement; or (B) Creatent is required by law to terminate these provisions; or (C) Creatent decides not to provide TVpad any more, Creatent shall has the right to terminate these terms any time.

7.4. If you fail, or Creatent suspects that you have failed, to comply with any of the provisions of this Agreement, Creatent, at its sole discretion, without notice to you may: (i) terminate this Agreement and/or your Account, and you will remain liable for all amounts due under your Account up to and including the date of termination; and/or (ii) terminate the license to the software; and/or (iii) preclude access to the TVpad store (or any part thereof). Creatent reserves the right to modify, suspend, or discontinue the TVpad Store (or any part or content thereof) at any time with or without notice to you, and Creatent will not be liable to you or to any third party should it exercise such rights.

7.5. The termination of these terms will be without prejudice to any legal right and obligation and responsibility.

Back     Activate

# TVpad Legal Information and User Agreement

## 8. Disclaimer

8.1. You acknowledge and agree that, to the maximum extent permitted by law, you shall be liable for all risks arising from the use of any software application from TVpad and download or acquired by you through the TVpad Store; and TVpad Store is provided on the basis of "status in quo" and "availability" and no warranty in any form will be provided.

8.2. You shall be solely and fully liable for all responsibilities and risks arising from the use of any software application from TVpad and download or acquired by you through the TVpad Store; you shall bear all responsibilities in respect to the damage to your computer system, mobile device or other devices or data loss arising from such uses.

8.3. Creatent further states that, to the maximum extent permitted by applicable law, Creatent shall not, in respect to any software application download or acquired by you through the TVpad Store and TVpad itself, provide any expressed or implied warranty and conditions in any form, including but not

Back          Activate

# TVpad Legal Information and User Agreement

8.3. Creatent further states that, to the maximum extent permitted by applicable law, Creatent shall not, in respect to any software application download or acquired by you through the TVpad Store and TVpad itself, provide any expressed or implied warranty and conditions in any form, including but not limited to implied warranty and condition of merchantability, fitness for a particular purpose, non-infringement of others' rights, etc.

## 9. Limitation of Liability

9.1. You expressly understand and agree that neither Creatent nor its affiliated companies shall be liable for any direct, indirect, incidental, special, consequential or punitive damages (including loss of any data) arising out of the use of TVpad or of any software application download or acquired from TVpad Store, regardless of whether these liabilities arose from contractual obligations, negligence, or intentional tort, and whether Creatent or its representative have been advised of the possibility of such damages.

Back            Activate

# TVpad Legal Information and User Agreement

10. General

10.1. These terms constitutes the complete legal agreement between the parties with respect to the subject hereof, and regulates the use by you of TVpad, TVpad Store and its software application, and supersedes all prior agreements with respect to TVpad and software application entered in by and between you and Creatent.

10.2. You agree that the failure of Creatent to exercise or enforce any of its legal rights or remedies under the agreement (or under any applicable laws) shall not be deemed a waiver of those rights by Creatent, and Creatent shall be entitled to exercise those rights or remedies.

10.3. If any provision shall be held by a court of competent jurisdiction to be invalid, that provision shall be removed from these clauses without prejudice to remaining provisions, and the remaining terms will remain in full force and effect.

10.4. You understand and agree that every member of the Creatent should be the third party

Back     Activate

# TVpad Legal Information and User Agreement

10.4. You understand and agree that every member of the Creatent should be the third party beneficiary of these terms, and such other companies shall be entitled to directly enforce these terms, and advocate relevant rights and interests in accordance with these terms (or rights in their favor). In addition, other individuals or companies should not become a third party beneficiary of these terms.

10.5. Without prior written permission from other party, you or Creatent shall not be allowed to transfer or shift rights hereof. Without prior written permission from other party, you or Creatent shall not be allowed to assign to others any liability or obligation under these clauses.

TVpad法律信息及用户协议

1.简介

Back            Activate





Watch TV shows, movies, VOD and Live TV whenever you like.



Next

Massive apps for your choice.



Account : gvhjshdfjahj@gmail.com

Balance : 6110 V

Reset password

Exit

Recharge

Account inquiry

Manage your account safely.

Next



Simple & Personalized.

Start Now

**EXHIBIT 27**

**McCauley, Carla**

| | |
|---|---|
| **From:** | Owen Tse <owentse@vcclawservices.com> |
| **Sent:** | Monday, August 24, 2015 10:51 PM |
| **To:** | McCauley, Carla |
| **Cc:** | Ken Hung |
| **Subject:** | RE: China Central Television/service request |

Dear Carla,

We confirm that we can arrange the service as required. We will conduct the search on CNT and get back to you on whether there is any update on its address soon.

Best regards,
Owen Tse
Partner

VIVIEN CHAN & CO.

SOLICITORS & NOTARIES
HONG KONG | BEIJING

Hong Kong Office:
57/F Cheung Kong Center,
2 Queen's Road Central
T:   (852) 2533 2162
F:   (852) 2530 9627
E:   owentse@vcclawservices.com
W:   www.vcclawservices.com

**LOCAL INTELLIGENCE · GLOBAL PERSPECTIVE · TAILORED SOLUTIONS · DISCIPLINED DELIVERY**

Please note:
A list of the firm's principals will be provided to the addressee(s) of this e-mail upon request. This email and its enclosures (if any) are intended solely for the named addressee(s) and are confidential and may be subject to legal and/or other professional privilege. The copying and/or distribution of them or any information therein by anyone other than the named addressee(s) is prohibited. Any confidentiality or privilege is not waived if this email reaches you by mistake. If you have received this email and/or any of its enclosures in error, please inform us immediately by return email or telephone at our cost. Internet communications cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, arrive late or contain viruses. Therefore, we cannot accept liability. It is your responsibility to ensure that viruses do not adversely affect your system and that your messages to us meet your own security requirements. We reserve the right to read any email or attachment entering or leaving our systems without notice.

WARNING:
From time to time, our spam scanners may eliminate legitimate email from clients. If your email contains important instructions, please ensure that we acknowledge receipt of those instructions.

**From:** McCauley, Carla [mailto:CarlaMcCauley@dwt.com]
**Sent:** Tuesday, August 25, 2015 7:24 AM
**To:** Owen Tse
**Subject:** China Central Television/service request

Dear Owen,

EXHIBIT 27

Consistent with our prior communications on this subject, Plaintiffs anticipate having ready for service by August 26, 2015 Hong Kong time the complete Motion to Hold CNT in Contempt of Court, and accompanying Ex Parte Application to advance the hearing date on the Contempt Motion.

Can you please confirm that your firm stands ready to have a solicitor personally serve the documents listed in the attached draft proof of service on CNT's registered offices in Hong Kong?  I expect to have the documents finalized and ready to email to you late in the day August 25, 2015 PST, which means I anticipate you will receive them in time to execute service first thing in the morning on August 26, 2015 Hong Kong time.

Secondly, can you please reconfirm that CNT's registered office address remains unchanged from that which is reflected in the attached draft proof of service?  If there are any changes, please advise in a responsive email.

If you have any questions, kindly let me know.


Regards,
Carla


**Carla McCauley** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8665 | Fax: (213) 633-6899
Email: carlamccauley@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.