CARLA A. McCAULEY (State Bar No. 223910)
  carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
  robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
  lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
  samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
  georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT OF COURT** |

This Court has considered the submission of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") in support of Plaintiffs' Motion to Hold Defendant Create New Technology (HK) Limited in Contempt of Court.

Good cause having been shown, the Contempt Motion is **GRANTED**.

Plaintiffs shall serve Defendant Create New Technology (HK) Limited ("CNT") with a copy of this Order at CNT's registered address in Hong Kong. Plaintiffs shall promptly file a Proof of Service detailing the method of service.

Within five (5) days after service of the Order, CNT shall file a report with the Court detailing compliance with the Court's Order Granting Preliminary Injunction ("PI Order"), Doc. No. 98. If no report is timely filed or CNT fails to comply with all aspects of the Court's PI Order, CNT shall pay to the Court a sanction of $10,000 per day for each day that no report is filed and/or CNT fails to comply with the Court's PI Order.

Within five (5) days after service of the Order, CNT shall pay to Plaintiffs compensatory sanctions equal to $_____, for attorneys' fees accrued in preparation of the Contempt Motion.

**IT IS SO ORDERED.**

_____, 2015    _____
                       Hon. Margaret M. Morrow
                       United States District Court Judge

[Proposed] Order Re: Contempt
DWT 27723865v1 0094038-000021

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899