1 | CARLA A. McCAULEY (State Bar No. 223910)
    carlamccauley@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
    865 South Figueroa Street, 24th Floor
3 | Los Angeles, California  90017-2566
    Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4 |
    ROBERT D. BALIN (*pro hac vice* pending)
5 |   robbalin@dwt.com
    LACY H. KOONCE, III (*pro hac vice* pending)
6 |   lancekoonce@dwt.com
    SAMUEL BAYARD (*pro hac vice* pending)
7 |   samuelbayard@dwt.com
    GEORGE WUKOSON (*pro hac vice* pending)
8 |   georgewukoson@dwt.com
    DAVIS WRIGHT TREMAINE LLP
9 | 1251 Avenue of the Americas, 21st Floor
    New York, New York  10020
10| Tel.:  (212) 489-8230  Fax:  (212) 489-8340
    ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>　　　　　　　　Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT** |

1   This Court has considered the submission of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") in support of Plaintiffs' Ex Parte Application to Advance the Hearing on Plaintiffs' Motion to Hold Defendant Create New Technology (HK) Limited in Contempt of Court.

Good cause having been shown, the Ex Parte Application is **GRANTED**. Plaintiffs' Contempt Motion is advanced to _____ at _____. in Courtroom 780.

**IT IS SO ORDERED.**

_____, 2015                    _____
                                       Hon. Margaret M. Morrow
                                       United States District Court Judge

[Proposed] Order Granting Ex Parte Application
DWT 27694581v1 0094038-000021
1
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899