1  CARLA A. McCAULEY (State Bar No. 223910)
      carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice* pending)
5     robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice* pending)
6     lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice* pending)
7     samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice* pending)
8     georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas
   New York, New York  10020
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
                UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>　　　　　　　Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**PROOF OF SERVICE BY HAND DELIVERY** |

**PROOF OF SERVICE BY HAND DELIVERY**

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On August 26, 2015, I served the following document(s):

1. EX PARTE APPLICATION TO ADVANCE HEARING ON PLAINTIFFS' MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT; DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A THROUGH C

2. [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTION TO HOLD DEFNEDANT CREATE NEW TECHNOLOGY (HK) IN CONTEMPT

3. NOTICE OF MOTION AND MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT

4. DECLARATIONS OF WUKOSON; KOONCE; BRAAK; TSANG AND MCCAULEY IN SUPPORT OF MOTION TO HOLD DEFNDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT WITH EXHIBITS 1-27 VOL. 1 OF 2

5. DECLARATIONS OF WUKOSON; KOONCE; BRAAK; TSANG AND MCCAULEY IN SUPPORT OF MOTION TO HOLD DEFNDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT WITH EXHIBITS 1-27 VOL. 2 OF 2

6. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT OF COURT

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in a sealed envelope(s), to the addressee(s) at the following address(es):

**Create New Technology (HK) Limited, Room D, 10/F., Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong**

Executed on August 26, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑  Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

HUNG KIN WING
Print Name                                              Signature

PROOF OF SERVICE BY HAND DELIVERY
DWT 26516267v1 0094038-000021

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899