Kris LeFan, Esq., SBN 278611
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
kris@lowelaw.com

Attorneys for Defendants
NewTvPad Ltd. Company and Liangzhong Zhou

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al.,<br><br>Defendants. | Case No. 2:15-cv-01869-MMM<br><br>DECLARATION OF LIANGZHONG ZHOU<br><br>Hon. Margaret M. Morrow |

**DECLARATION OF LIANGZHONG ZHOU**

1. I, LIANGZHONG ZHOU, am the sole owner of defendant newTVpad Ltd. Co. I make this declaration in my individual capacity as a named defendant, as well as on behalf of defendant newTVpad Ltd. Co. (collectively as "DECLARANT"). I make this declaration for the purpose of reporting our compliance with the Consent Judgment and Permanent Injunction as to newTVpad Ltd. Co. and Liangzhong Zhou ("Order") entered by this Court on July 20, 2015.

2. DECLARANT was previously engaged in the business of selling a device known as "TVpad" via the Internet.

3. DECLARANT has not sold any TVpad device since being served with Complaint of

the above-captioned case, and has no plan to sell any TVpad device in the future.

4. DECLARANT has disabled its website through which it had previously sold the TVpad device and instead posted a customer notice pursuant to the settlement agreement with Plaintiffs.

5. DECLARANT has provided plaintiffs' counsel with information required under Paragraph 35 of the Order regarding all domain names owned, leased or operated by DECLARANT that are used in connection with the activities enjoined under Paragraphs 31 and 32 of the Order.

6. DECLARANT has not engaged in any of the activities enjoined under Order since its issuance and has no plan to conduct any of the activities in the future.

I declare under penalty of perjury that the foregoing is true and correct, and that the declaration is executed on August 26, 2015 in Dallas, Texas.

_____
Liangzhong Zhou on behalf of himself and newTVpad Ltd. Co.