Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark  (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha Media and Bhalla*

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al.,<br><br>Defendants. | Case No. 2:15-cv-01869-MMM<br>Hon. Margaret M. Morrow |

**SUGGESTION OF THE FILING OF**
**ASSIGNMENT FOR THE BENEFIT OF CREDITORS**

1

Defendant, ASHA MEDIA GROUP, INC., by and through its undersigned attorney, hereby files the following Suggestion of the Filing of Assignment For The Benefit of Creditors and says that:

1. The caption and number of the Assignment For the Benefit of Creditors case is as follows.

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

In re:

ASHA MEDIA GROUP, INC.,

    Assignor,     Case No. 2015CA-007919

to

ANDREA BAUMAN,

    Assignee.
_____/

2. The Assignment was filed on August 28, 2015. See attached file-stamped copy of Petition only as **Exhibit 1**.

3. Pursuant to Florida Statute Section 727.105, the filing of the Assignment essentially operates as a stay with respect to certain proceedings. Furthermore, the **exclusive** remedy of an unsecured creditor is to file a proof of claim in the assignment for the benefit of creditors case. See, <u>Hillsborough County v. Lanier</u>, 898 So2d141(Fla. 2d DCA 2005).

4. The filing of this Suggestion is not a waiver or consent by the Assignor of any jurisdictional, venue or other related matters but is simply filed as a courtesy to the Court and parties in interest so that notice of the Defendant's Assignment for the Benefit of Creditors filing is provided.

Respectfully submitted this 28th day of August, 2015.

*/s/ Mark G. Clark*
Mark G. Clark  (*Pro Hac Vice* )
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.: (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

*Attorneys for Defendants Asha and Bhalla*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.

                                         */s/ Mark G. Clark*
                                         Mark G. Clark  (*Pro Hac Vice*)
                                         TRAVERSE LEGAL, PLC

                                         *Attorneys for Defendant Asha and Bhalla*