Filing # 31451324 E-Filed 08/28/2015 02:00:21 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

In re:

ASHA MEDIA GROUP, INC.,

    Assignor,

Case No. 15- 007919
Division

to

ANDREA BAUMAN,

    Assignee.

_____/

**PETITION FOR ASSIGNMENT FOR BENEFIT OF CREDITORS**

Andrea Bauman ("Assignee"), as Assignee of Asha Media Group, Inc. ("Assignor"), hereby petitions the Court to administer the attached Assignment for the Benefit of Creditors from Assignor to Assignee accordance with Chapter 727, Fla. Stat. (1997), and states the following in support thereof:

1. Assignee has filed this Petition under §727.104(2)(b), Fla. Stat. (1997).

2. This Court has jurisdiction over these proceedings, as Assignor's principal place of business is in Hillsborough County, Florida at c/o Suzy Tate, PA, 14502 N. Dale Mabry Highway, Suite 200, Tampa, FL 33618.

3. Assignee is located at PO Box 5530, Lakeland, Florida 33807.

4. Assignor has numerous creditors. It is unable to pay the amounts due to these creditors, and wishes to pay these creditors debts insofar as possible through the assignment of its assets for their benefit.

5. A copy of the Assignment, together with Schedules A and B, are attached hereto as **Composite Exhibit "A"** and are incorporated by reference herein.


EXHIBIT 1

6. Assignee requests that the Court fix an amount of the Assignee's bond to be filed with the Clerk of the Court upon appropriate motion.

7. Assignee shall provide notice to all parties in accordance with §727.111 Fla. Stat. (1997).

Dated this 28th day of August, 2015.

Respectfully submitted,

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Angelina E. Lim
Angelina E. Lim (FBN 158313)
403 E. Madison Street (33602)
P.O. Box 1100
Tampa, FL 33601-1100
Telephone:   813-225-2500
Facsimile:   813-223-7118
Email: AngelinaL@jpfirm.com
Attorneys for Assignee, Andrea Bauman