UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-01869-MMM(AJWx) | Date: | August 31, 2015 |
|---|---|---|---|

| Title | *China Central Television et al v. Create New Technology HK Limited et al* |
|---|---|

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | C. NIRENBERG |
| Deputy Clerk | | Court Reporter |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| Carla A McCauley | Adrianos Matthew Facchetti |
| Lacy H Koonce , III | Jen-Feng Lee |

**Proceedings:** Scheduling Conference

The court notes counsel for Club TVpad, Inc. and Bennett Wong are not present. Consequently, the court issues an Order to Show Cause why defendants' answers should not be stricken and default entered. A written response shall be filed within ten (10) days.

The parties are directed to mediate before a member of the Attorney Mediation Panel. The court directs the parties to review the information on the court's website concerning the mediators and mutually select a mediator to serve no later than September 21, 2015. The parties are directed to advise the administrator of the ADR Program which mediator they have selected by that date as well. See Order/Referral to ADR Program.

After conferring with counsel, the Court schedules the following dates:

| | |
|---|---|
| Deadline to file motions/stipulations seeking amendment of pleadings: | September 28, 2015 |
| Further telephone status conference: | December 9, 2015, at 4:45 p.m. |
| Fact discovery cut-off: | December 31, 2015 |
| Initial expert disclosures: | January 15, 2016 |
| Rebuttal expert disclosures: | January 29, 2016 |
| Expert discovery cut-off: | February 12, 2016 |

(All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date)

| | |
|---|---|
| Settlement completion deadline: | February 29, 2016 |
| Motions hearing cut-off: | March 14, 2016, at 10:00 a.m. |
| Final Pretrial Conference: | April 11, 2016, at 9:00 a.m. |
| **(Including motions in limine)** | |
| Jury Trial: | May 10, 2016, at 8:30 a.m. |

      The deadline for Plaintiffs to file a motion for default judgment is extended from September 4, 2015 to September 14, 2015.

      Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**. If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.