CARLA A. McCAULEY (State Bar No. 223910)
   carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
   robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
   lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
   samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
   georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. <br> **CV 15-1869 MMM (AJWx)** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL LIMITED TECHNOLOGY** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court has considered the Motion for Default Judgment and Permanent Injunction of Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)"), and DISH Network L.L.C. ("DISH") (collectively, "Plaintiffs"), against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited  ("Defendants") and all documents in support thereof.  Good cause appearing to enter the requested relief, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and Judgment shall be and hereby is entered against Defendants in this action as follows:

1.      For purposes of this Default Judgment and Permanent Injunction, the following definitions shall apply:

a.      "Plaintiffs' Copyrighted Programming" shall mean each of those broadcast television programming works, or portions thereof, whether now in existence or later created, in which the Plaintiffs, or any of them (or any parent, subsidiary, or affiliate of any of the Plaintiffs), owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*., including without limitation all copyrighted programs identified in **Exhibit A** hereto;

b.      "TVpad Device" shall mean the television set-top devices marketed as TVpad3 and TVpad4, and any other set-top devices that offer for download or allow use of the Infringing TVpad Apps;

c.      "TVpad Store" shall mean any combination of software and/or services whereby users can select and download software applications onto the TVpad Device;

d.      "TVpad Apps" shall mean software applications and associated services that are designed for use on the TVpad Device and available for download through the TVpad Store;

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

e.      "Infringing TVpad Apps" shall mean any TVpad App or similar application whereby Plaintiffs' Copyrighted Programming is publicly performed without authorization by transmission to members of the public, including but not limited to the TVpad Apps identified in **Exhibit B** hereto;

f.      "TVpad Service" shall mean transmission of Plaintiffs Copyrighted Programming through the TVpad Device and the Infringing TVpad Apps;

g.      "Comparable System" shall mean any device, data transmission service or application that provides users unauthorized access to Plaintiffs' Copyrighted Programming, using any peer to peer or internet based transmission, file sharing or content delivery technology;

h.      "TVpad Websites" shall mean the websites located at the domain names itvpad.com, mtvpad.com and tvpadfans.com and any other websites maintained by Defendants or pursuant to their direction, that distribute, sell, advertise or promote any TVpad Device, the TVpad Service, or any Comparable System, or are otherwise utilized in furtherance of any of the activities enjoined in Paragraphs 9, 10 and 13 hereinbelow;

i.      "CCTV Marks" shall mean the word marks "CCTV" and "CCTV AMERICA" and the stylized CCTV logo, and the design mark "CCTV AMERICA" registered with the U.S. Patent and Trademark Office, Application Serial No. 86239098;

j.      "TVB Marks" shall mean (a) the word mark JADE (U.S. Serial No. 76406416); (b) the JADE logo (U.S. Serial No. 76445114 and U.S. Application Serial No. 86171201); (c) the word mark TVB (U.S. Application Serial No. 86171162); and the Chinese-language word mark for THE JADE CHANNEL (U.S. Serial No. 76407746); and

k.      "Plaintiffs' Marks" shall mean the CCTV Marks and TVB Marks.

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

2.     This Court has personal jurisdiction over Defendants and jurisdiction over the subject matter at issue pursuant to 28 U.S. C. §§ 1331, 1338 and 1367, as well as 15 U.S.C. § 1121(a). This Court has continuing jurisdiction to enforce the terms and provisions of this Default Judgment and Permanent Injunction.

3.     Plaintiffs' copyrights in Plaintiffs' Copyrighted Programming are valid and enforceable.

4.     Plaintiffs' Marks are valid and enforceable.

5.     Defendants have committed and continue to commit the following acts:

a.     transmitting video of Plaintiffs' Copyrighted Programming into the United States without authorization through the TVpad Device and Infringing TVpad Apps;

b.     retransmitting Plaintiffs' Copyrighted Programming to TVpad users, capturing television programs and converting them to Internet-friendly formats, streaming such content using peer-to-peer technology, directly streaming content to the United States, and making and storing copies of Plaintiffs' Copyrighted Programming for later playback at the request of TVpad users;

c.     unlawfully publicly performing and/or authorizing others to publicly perform Plaintiffs' Copyrighted Programming;

d.     unlawfully reproducing and distributing and/or authorizing others to reproduce and distribute Plaintiffs' Copyrighted Programming;

e.     unlawfully publicly displaying and/or authorizing others to publicly display Plaintiffs' Copyrighted Programming in the United States;

f.     marketing the availability of Plaintiffs' Copyrighted Programming through the TVpad Device and Infringing TVpad Apps;

g.     manufacturing, distributing, maintaining and marketing the TVpad Service, the TVpad device and the TVpad Store, and Infringing TVpad Apps, all with the object of promoting their use to infringe Plaintiffs'

[Proposed] Order Granting Default Judgment and Permanent Injunction
DWT 27626197v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Copyrighted Programming, thereby knowingly and intentionally inducing infringement of Plaintiffs' Copyrighted Programming and materially contributing to the continued infringement of Plaintiffs' Copyrighted Programming by third parties;

h.     continuing the acts detailed in ¶¶ 5(a)-(g) above after receiving cease and desist letters from Plaintiffs, after the commencement of this action and after and in violation of the Preliminary Injunction Order in this action [Dkt. No. 98]; and

i.     using Plaintiffs' Marks to advertise the TVpad Service and falsely representing that Plaintiffs have authorized the streaming of their television programming on the TVpad, creating consumer confusion regarding Plaintiffs' relationship, authorization, sponsorship and affiliation with Defendants' products and services.

6.     Defendants' acts constitute:

a.     direct infringement, contributory infringement and vicarious infringement of Plaintiffs' Copyrighted Programming in violation of the Copyright Act, 17 U.S.C. § 101 *et seq.*;

b.     federal trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. § 1125(a);

c.     common law trademark infringement and unfair competition; and

d.     violation of California Business and Professions Code § 17200 *et seq.*

7.     Defendants are ordered to pay damages to Plaintiffs in the amount of $326,360,691.

8.     Defendants are ordered to pay Plaintiffs' attorneys fees in the amount of $_____, and post-judgment interests, pursuant to 28 U.S.C. § 1961(a), "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

9.     Defendants, and all of their parents, subsidiaries, affiliates, officers, agents, servants and employees, and all those persons or entities acting in active concert or participation with Defendants (including but not limited to parties that procure web, server and file hosting services on behalf of Defendants, including but not limited to those parties listed in **Exhibit C**) and all personas and entities who receive actual notice of this Order (collectively, the "Enjoined Parties") are immediately and permanently enjoined from engaging in any of the following activities:

a.     Distributing, selling, advertising, marketing or promoting any TVpad Device;

b.     Transmitting, retransmitting, assisting in the transmission of, requesting transmission of, streaming, hosting or providing unauthorized access to, or otherwise publicly performing, directly or indirectly, by means of any device or process, Plaintiffs' Copyrighted Programming;

c.     Authorizing, hosting, reproducing, downloading, selling or otherwise distributing the Infringing TVpad Apps, including without limitation offering them in the TVpad Store, loading them onto any TVpad Device or any Comparable System, offering or providing them on Internet websites, or providing the Infringing TVpad Apps to consumers on separate media;

d.     Creating or providing assistance to others who wish to create an Infringing TVpad App;

e.     Advertising, displaying, marketing or otherwise promoting any of the Infringing TVpad Apps, including without limitation publicly displaying any of the Plaintiffs' Copyrighted Programming in connection therewith or in

5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

connection with the TVpad Device or any Comparable System, including
without limitation via the TVpad Websites;

      f.     Distributing, selling, advertising, marketing or promoting any
TVpad Device that contains, connects to, or offers for download any
Infringing TVpad App, or promotes any Infringing TVpad App through the
inclusion of icons for said Infringing TVpad App;

      g.     Distributing, selling, advertising, marketing or promoting any
TVpad Device that contains, connects to, offers for download, transmits,
assists in the transmission of, streams, hosts, provides access to, or otherwise
publicly performs, directly or indirectly, by means of any devise of process,
Plaintiffs' Copyrighted Programming without permission;

      h.     Distributing, selling, advertising, marketing or promoting any
Comparable System that contains, connects to, offers for download, transmits,
assists in the transmission of, streams, hosts, provides access to, or otherwise
publicly performs, directly or indirectly, by means of any devise of process,
Plaintiffs' Copyrighted Programming without permission;

      i.     Providing or controlling servers which contain any of Plaintiffs'
Copyrighted Programming; and

      j.     Assisting with end-user reproductions or transmissions of any of
Plaintiffs' Copyrighted Programming through a tracker server, or any other
server or software that assists users or devices in locating, identifying or
obtaining reproductions or transmission of any of Plaintiffs' Copyrighted
Programming, including from other users offering reproductions or
transmissions of any of Plaintiffs' Copyrighted Programming;

      k.     Otherwise infringing Plaintiffs' rights in their Copyrighted
Programming, whether directly, contributorily, vicariously or in any other
manner.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

10.     The Enjoined Parties are further immediately and permanently enjoined from engaging in any activities having the object or effect of fostering infringement of Plaintiffs' Copyrighted Programming, whether through the Infringing TVpad Apps or otherwise, including without limitation engaging in any of the following activities:

a.     Advertising or promoting unauthorized access to or the availability of Plaintiffs' Copyrighted Programing;

b.     Encouraging or soliciting others to transmit or reproduce Plaintiffs' Copyrighted Programming;

c.     Encouraging or soliciting others to upload, post or index any files that constitute, correspond, point or lead to any of Plaintiffs' Copyrighted Programming;

d.     Encouraging or soliciting others to offer transmission of Plaintiffs' Copyrighted Programming;

e.     Providing technical assistance, support services or servers to others engaged in infringement of, or seeking to infringe, Plaintiffs' Copyrighted Programming;

f.     Creating, maintaining, highlighting or otherwise providing access to lists or forums that include, refer to or signal the availability of Plaintiffs' Copyrighted Programming;

g.     Including references to Plaintiffs' Copyrighted Programming or the Infringing TVpad Apps in promotional materials;  and

h.     Creating, maintaining or providing access to the Infringing TVpad Apps.

11.     The Enjoined Parties shall not enter into any agreement or transaction whatsoever to sell, lease, license, assign, convey, distribute, loan, encumber, pledge or otherwise transfer, whether or not for consideration or compensation, any part of the system, software, source code, data file, other technology, domain names,

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

trademarks, brands, or files used in connection with the TVpad Device, Infringing TVpad Apps or any Comparable System.

12.     Defendants shall identify to Plaintiffs all domain names and IP addresses and the physical locations of all servers owned, leased or operated by any of the Enjoined Parties that are used in connection with the activities enjoined under Paragraphs 9 and 10, above, within 7 days of the entry of this Permanent Injunction.

13.     Further, the Enjoined Parties are immediately and permanently enjoined from engaging in any of the following activities:

a.     Using the CCTV or TVB Marks, or any other mark, design reproduction, copy or symbol that is a colorable imitation thereof, or confusing similar thereto, in connection with broadcasting or entertainment services, or related goods or services, not originating from or authorized by Plaintiffs;

b.     Using the CCTV or TVB Marks, or any other mark, design reproduction, copy or symbol that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

c.     Representing in any manner, or by any method whatsoever, that goods and services provided by the Enjoined Parties are licensed, sponsored, approved, authorized by, or originate from Plaintiffs or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship or license of such goods or services;

d.     Committing any acts calculated or likely to cause consumers to believe that the Enjoined Parties' products and services are authorized by Plaintiffs;

e.     Infringing or diluting, whether directly or indirectly, the distinctive quality of the CCTV Marks or the TVB Marks; and

f.     Unfairly competing with Plaintiffs in any manner.

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14.     As the Court has personal jurisdiction over Defendants and has concluded that the conduct of Defendants induces infringement of Plaintiffs' Copyrighted Programming in the United States under the copyright laws of the United States and infringes the CCTV Marks and TVB Marks under the trademark laws of the United States, this Permanent Injunction enjoins the conduct of Defendants wherever they may be found.

15.     Third parties who provide sales or distribution services for the TVpad Device, including but not limited to the third party distributors identified in **Exhibit D** hereto, and who receive actual notice of this Order, are immediately and permanently enjoined from distributing, selling, advertising, marketing or promoting any TVpad Device and from providing any other services enjoined in Paragraphs 9, 10 and 13 hereinabove.

16.     Third parties providing web, server and file hosting services used in connection with the activities enjoined under Paragraphs 9, 10 and 13 hereinabove, including but not limited to the third parties providing hosting services for the Internet servers identified in **Exhibit C** hereto, and who receive actual notice of this Order, are immediately and permanently enjoined from providing such hosting services to (i) any Enjoined Parties in connection with the activities enjoined under Paragraphs 9, 10 and 13 hereinabove; (ii) any server, IP address, domain name or website used in conjunction with the TVpad Device, Infringing TVpad Apps or any Comparable System; and (iii) the TVpad Websites.

17.     Third parties providing services used in connection with the activities enjoined under Paragraphs 9, 10 and 13  hereinabove, including but not limited to back-end service providers, content delivery networks and domain name server systems (e.g., CloudFlare and DNSPod), search-based online advertising services (such as through paid inclusion, paid search results, sponsored search results, sponsored links, and Internet keyword advertising), domain name registration privacy protection services, providers of social media services (*e.g.,* Facebook and

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Twitter) and user generated and online content services (*e.g.,* YouTube), who receive actual notice of this Order are permanently enjoined from providing such services to: (i) any Enjoined Parties in connection with the activities enjoined under Paragraphs 9, 10 and 13 hereinabove; (ii) any server, IP address, domain name or website used in conjunction with the TVpad Device, Infringing TVpad Apps or any Comparable System; and (iii) the TVpad Websites.

18.     The domain name registries (including but not limited to VeriSign, Inc.) and/or registrars holding or listing the domain names itvpad.com, mtvpad.com or tvpadfans.com or one or more of the domain names used in connection with the activities enjoined under Paragraphs 9, 10 and 13 hereinabove (including the domain names identified in **Exhibit C** hereto), and who receive actual notice of this Order, shall (1) temporarily disable these domain names, or any subset of these domain names specified by Plaintiffs, through a registry hold or otherwise, and make them inactive and non-transferable; and (2) at the direction of Plaintiffs, transfer these domain names to Plaintiffs' ownership and control, including, *inter alia*, by changing the registrar of record to the registrar of Plaintiffs' choosing.

19.     Service by mail upon Defendants of a copy of this Default Judgment and Permanent Injunction once entered by the Court is deemed sufficient notice to Defendants under Federal Rule of Civil Procedure 65.  It shall not be necessary for Defendants to sign any form of acknowledgement of service.

20.     This Permanent Injunction shall bind the Enjoined Parties.  Defendants shall provide a copy of this Permanent Injunction to their officers, agents, servants, employees, attorneys, principals, shareholders, members, current and future administrators or moderators of the any online forums associated with Defendants, the TVpad Device, the TVpad Apps, or Comparable System.

21.     Violation of this Permanent Injunction shall expose Defendants and all other persons bound by this Permanent Injunction to all applicable penalties, including contempt of Court.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

22.     Within 14 days of the date the Court enters this Permanent Injunction, Defendants shall file and serve a report in writing and under oath setting forth in detail the manner and form with which Defendants have complied with the Permanent Injunction.

23.     The Court finds there is no just reason for delay in entering this Default Judgment and Permanent Injunction and, pursuant to Fed. R. Civ. P. 54(a), the Court direct immediate entry of this Default Judgment and Permanent Injunction.

24.     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment and Permanent Injunction.

IT IS SO ORDERED.


_____, 2015                    _____
                                        Hon. Margaret M. Morrow
                                        Judge of the United States District Court

11

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT A

| Registered CCTV Programs | | |
|---|---|---|
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-289

**Effective date of
registration:**

November 19, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Across the Strait |
| **Contents Titles:** | Across the Strait Episodes 265, 266, 267, 268, 270, 271, 277, 278 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |

## Author

| | |
|---|---|
| **Author:** | China Central Television |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | China Central Television |
| | No.11 Fuxinglu, Beijing, 100859, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | China Central Television |

## Certification

| | |
|---|---|
| **Name:** | Wengian Wang |
| **Date:** | December 29, 2014 |

---

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:**  PAU003751289

**Service Request #:**  1-1866733960



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-288

**Effective date of registration:**

November 19, 2014

---

## Title

**Title of Work:** Around China

**Contents Titles:** Around China Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**   PAU003751288

**Service Request #:**   1-1866734056



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-290**

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** Art life

**Contents Titles:** Art life Episodes 37, 38

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:** PAU003751290

**Service Request #:** 1-1866733912



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-295

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Echo clear

**Contents Titles:** Echo clear Episodes 38, 39, 41

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wenqian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**   PAU003751295

**Service Request #:**   1-1855728507



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-281

**Effective date of registration:**

November 18, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Fashion Infinite |
| **Contents Titles:** | Fashion Infinite Episodes 39,40 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |

## Author

| | |
|---|---|
| **Author:** | China Central Television |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | China Central Television |
| | No.11 Fuxinglu, Beijing, 100859, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | China Central Television |

## Certification

| | |
|---|---|
| **Name:** | Wengian Wang |
| **Date:** | December 29, 2014 |

---

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:**  PAU003751281

**Service Request #:**  1-1855755671



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-285

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** I want to go to the Spring Festival gala

**Contents Titles:** I want to go to the Spring Festival gala Episodes 35, 36

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wenqian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751285

**Service Request #:**  1-1855755635



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-292

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** Star Walk

**Contents Titles:** Star Walk Episode 31, Special 3, and Special 4

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751292

**Service Request #:**  1-1866733862



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-746-792**

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** To a happy departure Episode 37

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003746792

**Service Request #:**  1-1855728599



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-293

**Effective date of registration:**

November 17, 2014

---

## Title
      **Title of Work:** Variety festival Episode 36

## Completion/Publication
      **Year of Completion:** 2014

## Author
      ■       **Author:** China Central Television
      **Author Created:** entire motion picture

      **Work made for hire:** Yes
      **Domiciled in:** China

## Copyright claimant
      **Copyright Claimant:** China Central Television

      No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
      **Organization Name:** China Central Television

## Certification
      **Name:** Wengian Wang
      **Date:** December 29, 2014

---

      **Correspondence:** Yes

**Registration #:** PAU003751293

**Service Request #:** 1-1855688331



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
|---|---|---|
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club,  Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club,  Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

**Registered TVB Programs (Video-on-Demand)**

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| A Change of Destiny, Ep. 1 through 20 | PA0001388870 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| A Change of Heart, Ep. 1 through 30 | PA0001866892 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| A Great Way To Care II, Ep. 1 through 25 | PA0001847097 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| A Step into the Past, Ep. 1 through 40 | PA0001074513 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| All That Is Bitter Is Sweet, Ep. 1 through 29 | PA0001922865 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Always And Ever, Ep 1 through 31 | PA0001866873 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Awfully Lawful, Ep. 1 through 20 | PA0001866872 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Beauty At War, Ep. 1 through 30 | PA0001849236 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Black Heart White Soul, Ep. 1 through 30 | PA0001920529 | 8/24/2015 | Gang Yue Wang Luo Dian Shi |
| Bounty Lady, Ep. 1 through 19 | PA0001890407 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Brother's Keeper, Ep. 1 through 31 | PA0001878628 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Bullet Brain, Ep. 1 through 25 | PA0001847052 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Coffee Cat Mama, Ep. 1 through 20 | PA0001910249 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Come Home Love, Ep. 1 through 142 | PA0001872347 | 6/19/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 143 through 160 | PA0001872347 | 6/19/2015 8/4/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 161 through 162 | PA0001872347 | 6/20/2015 8/4/2015 | Gang Yue Kuai Kan |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Come Home Love, Ep. 610 through 614 | PA0001922874 | 6/21/2015 8/4/2015 | Gang Yue Kuai Kan |
| Daddy Good Deeds, Ep. 1 through 20 | PA0001857840 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Divas In Distress, Ep. 1 through 20 | PA0001827059 | 6/18/2015 | Gang Yue Wang Luo Dian Shi |
| Don Juan De Mercado, Ep. 1 through 6 | PA0001712850 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Duke of Mount Deer, Ep. 1 through 45 | PA0000923706 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Friendly Fire, Ep. 1 through 24 | PA0001840636 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Ghetto Justice II, Ep. 1 through 20 | PA0001827048 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Ghost Dragon of Cold Mountain, Ep. 1 through 30 | PA0001918949 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Gilded Chopsticks, Ep. 1 through 25 | PA0001906159 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Gloves Come Off, Ep. 1 through 25 | PA0001857855 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Gods of Honour, Ep. 1 through 40 | PA0001063318 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Grace Under Fire, Ep. 1 through 32 | PA0001776413 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Heaven Sword and Dragon Sabre, Ep. 1 through 42 | PA0001012498 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Highs and Lows, Ep. 1 through 29 | PA0001840632 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| House of Harmony and Vengeance, Ep. 1 through 30 | PA0001857846 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Inbound Troubles, Ep. 1 through 20 | PA0001848886 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Karma Rider, Ep. 1 through 20 | PA0001863828 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| King Maker, Ep. 1 through 26 | PA0001827056 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Line Walker, Ep. 1 through 30 | PA0001922863 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Man In Charge, Ep. 1 through 20 | PA0001738145 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Missing You, Ep. 1 through 20 | PA0001840634 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Never Dance Alone, Ep. 1 through 30 | PA0001919570 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| No Good Either Way, Ep. 1 through 20 | PA0001827058 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Outbound Love, Ep. 1 through 21 | PA0001891391 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Overachievers, Ep. 1 through 30 | PA0001936095 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Queen Divas, Ep. 1 through 14 | PA0001894494 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Reality Check, Ep. 1 through 20 | PA0001845356 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Rear Mirror, Ep. 1 through 20 | PA0001924137 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Return of the Silver Tongue, Ep. 1 through 25 | PA0001910251 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Ruse of Engagement, Ep. 1 through 25 | PA0001901753 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Season of Love, Ep. 1 through 20 | PA0001840377 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sergeant Tabloid, Ep. 1 through 20 | PA0001827198 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Silver Spoon, Sterling Shackles, Ep. 1 through 40 | PA0001840638 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Slow Boat Home, Ep. 1 through 25 | PA0001857765 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sniper Standoff, Ep. 1 through 25 | PA0001881211 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Storm in a Cocoon, Ep. 1 through 31 | PA0001901640 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sweetness in the Salt, Ep. 1 through 25 | PA0001660153 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Swipe Tap Love, Ep. 1 through 20 | PA0001900069 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Confidant, Ep. 1 through 33 | PA0001840635 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| The Day of Days, Ep. 1 through 20 | PA0001839833 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Four, Ep. 1 through 25 | PA0001638548 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| The Greatness of A Hero, Ep. 1 through 20 | PA0001660075 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Greed Of Man, Ep. 1 through 40 | PA0000593136; PA0000593128; PA0000593127; PA0000593126; PA0000593122; PA0000593125; PA0000593141; PA0000593129; PA0000593124; PA0000593121; PA0000593120; PA0000593123; PA0000593133 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| The Hippocratic Crush, Ep. 1 through 25 | PA0001857863 | 6/19/2015 | Gang Yue Wang Luo Dian Shi |
| The Hippocratic Crush II, Ep. 1 through 30 | PA0001883626 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Last Steep Ascent, Ep. 1 through 24 | PA0001827043 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Master of Tai Chi, Ep. 1 through 25 | PA0001619042 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| The Ultimate Addiction, Ep. 1 through 30 | PA0001916638 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Three Kingdoms RPG, Ep. 1 through 24 | PA0001827052 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Tiger Cubs, Ep. 1 through 13 | PA0001827044 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Triumph in The Skies II, Ep. 1 through 41 | PA0001877655 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Twin of Brothers, Ep. 1 through 42 | PA0001242731 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Whatever It Takes, Ep. 1 through 20 | PA0001102787 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Will Power, Ep.1 through 31 | PA0001884284 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Witness Insecurity, Ep. 1 through 19 | PA0001827051 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Witness to a Prosecution, Ep. 1 through 22 | PA0000980415 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-870**

Effective date of registration:

November 20, 2014

---

## Title
Title of Work: Big Boys Club 2014-09-29 (Episode 1200)

## Completion/Publication
Year of Completion: 2014

Date of 1st Publication: September 29, 2014     Nation of 1st Publication: Hong Kong

## Author
- Author: Television Broadcasts Limited
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of 1

Registration #:  PA0001922870
Service Request #:  1-1913059455



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-866**

Effective date of registration:

November 20, 2014

## Title

Title of Work: Big Boys Club 2014-09-30 (Episode 1201)

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:  PA0001922866
Service Request #:  1-1913059501



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-922-875

Effective date of
registration:

November 20, 2014

---

### Title
          Title of Work: Big Boys Club 2014-10-01 (Episode 1202)

### Completion/Publication
      Year of Completion: 2014

   Date of 1st Publication: October 1, 2014        Nation of 1st Publication: Hong Kong

### Author
■          Author: Television Broadcasts Limited

      Author Created: entire motion picture

   Work made for hire: Yes

      Domiciled in: Hong Kong

■          Author: TVBO Production Limited

      Author Created: entire motion picture

   Work made for hire: Yes

      Domiciled in: Bermuda Islands

### Copyright claimant
   Copyright Claimant: TVBO Production Limited

                  Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

   Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
                  agreement.

### Certification
      Name: KAREN P. Y. WAN

      Date: November 18, 2014

---

Page 1 of 1

Registration #:  PA0001922875
Service Request #:  1-1913059537



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

PA 1-922-872

Effective date of registration:

November 20, 2014

---

## Title

Title of Work: Big Boys Club 2014-10-02 (Episode 1203)

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 2, 2014          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:   PA0001922872
Service Request #:   1-1913059573



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-873**

**Effective date of registration:**

November 20, 2014

---

## Title

Title of Work: News At Seven-Thirty (Pearl) 2014-10-01

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 1, 2014    Nation of 1st Publication: Hong Kong

## Author

● Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

● Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of 1

Registration #:   PA0001922873
Service Request #:   1-1910424932



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-869

Effective date of registration:

November 20, 2014

---

## Title

Title of Work: News At Seven-Thirty (Pearl) 2014-09-29

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 29, 2014    Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of 1

Registration #:  PA0001922869
Service Request #:  1-1910424850



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-867**

Effective date of registration:

November 20, 2014

## Title

Title of Work: News At Seven-Thirty (Pearl) 2014-09-30

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:   PA0001922867
Service Request #:   1-1910424886



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-922-864

Effective date of registration:

November 20, 2014

---

### Title

Title of Work: Pleasure And Leisure 2014-10-1

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 1, 2014     Nation of 1st Publication: Hong Kong

### Author

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:  PA0001922864
Service Request #:  1-1910425153



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-871

**Effective date of registration:**

November 20, 2014

---

## Title

Title of Work: Pleasure And Leisure 2014-10-2

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 2, 2014    Nation of 1st Publication: Hong Kong

## Author

- **Author:** Television Broadcasts Limited
- **Author Created:** entire motion picture
- Work made for hire: Yes
- Domiciled in: Hong Kong
- **Author:** TVBO Production Limited
- **Author Created:** entire motion picture
- Work made for hire: Yes
- Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of 1

Registration #:   PA0001922871
Service Request #:   1-1913059349



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-868

Effective date of registration:

November 20, 2014

---

### Title

Title of Work: Pleasure And Leisure 2014-09-30

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014   Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #:   PA0001922868
Service Request #:   1-1910425068



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1–388–870

EFFECTIVE DATE OF REGISTRATION

6  22  07
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

A Change Of Destiny – Episodes 1- 20

PREVIOUS OR ALTERNATIVE TITLES ▼

天機算

NATURE OF THIS WORK ▼ See Instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

---

**2**

**a** NAME OF AUTHOR ▼
TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2007 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 04  Day ▶ 16  Year ▶ 2007
Hong Kong SAR ◀ Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JUN 22 2007
ONE DEPOSIT RECEIVED
JUN 22 2007
TWO DEPOSITS RECEIVED
(10)XXN-1
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.    PHILIP TAM, ESQ.
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   TVBO PRODUCTION LIMITED
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
KAREN P. Y. WAN    date ▶ - 4 JUN 2007

Handwritten signature (X) ▼

**8**

| MAIL CERTIFICATE TO | Name ▼ 10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST. | |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ TSEUNG KWAN O IND'L ESTATE | |
| | City/State/Zip ▼ KOWLOON, HONG KONG | |

- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-866-892**

**Effective date of registration:**

August 8, 2013

---

## Title

Title of Work: A Change Of Heart

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: June 3, 2013          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Page 1 of 1

Registration #:  PA0001866892

Service Request #:  1-954007490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-847-097

**Effective date of
registration:**

June 4, 2013

---

## Title
     **Title of Work:** A Great Way to Care II

## Completion/Publication
    **Year of Completion:** 2013

  **Date of 1st Publication:** March 18, 2013    **Nation of 1st Publication:** Hong Kong

## Author
    ■
      **Author:** Television Broadcasts Limited

    **Author Created:** entire motion picture

  **Work made for hire:** Yes

    **Domiciled in:** Hong Kong

    ■
      **Author:** TVBO Production Limited

    **Author Created:** entire motion picture

  **Work made for hire:** Yes

    **Domiciled in:** Bermuda Islands

## Copyright claimant
  **Copyright Claimant:** TVBO Production Limited

          Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

  **Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
      **Name:** KAREN P. Y. WAN

       **Date:** April 12, 2013

---

Page 1 of 1

Registration #:  PA0001847097
Service Request #:  1-919803001



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA** 
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-974-513**

EFFECTIVE DATE OF REGISTRATION

| 1 | 29 | 02 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

A Step Into The Past – Episodes 1 - 20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

尋秦記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ **HONG KONG**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ **BERMUDA**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
10 ▶ 15 ▶ 2001
Hong Kong Special Administrative Region ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

See instructions before completing this space.

APPLICATION RECEIVED
JAN 29, 2002
ONE DEPOSIT RECEIVED
JAN 29, 2002
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| | |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes   X No   If your answer is "Yes," why is another registration being sought? Check appropriate box ▼

a.   This is the first published edition of a work previously registered in unpublished form.

b.   This is the first application submitted by this author as copyright claimant.

c.   This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼        Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.        PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

(562) 802-8868

**CERTIFICATION**   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   TVB (OVERSEAS) LIMITED

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date

CHERRY T. N. YUEN        date ▶ 1 6 JAN 2002

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

January 1992—50,000        U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*MaryBeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM PA
UNITED STATES COPYRIGHT OFFICE 

REGISTRATION NUMBER

**PA 1-074-512**

| PA | PAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

I    29    02
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

A Step Into The Past – Episodes 21 - 40

PREVIOUS OR ALTERNATIVE TITLES ▼

尋秦記

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   Yes ☒ No
Pseudonymous?   Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   Yes ☒ No
Pseudonymous?   Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   Yes ☐ No
Pseudonymous?   Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2001 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Hong Kong Special Administrative Region
Day ▶ 12   Year ▶ 2001   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JAN 29 2002
ONE DEPOSIT RECEIVED
JAN 2 00 (10) 3 YTLL
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY ........................ Y                **FORM PA**

CHECKED BY ........................

☐ CORRESPONDENCE                **FOR**
      Yes                          **COPYRIGHT**
                                        **OFFICE**
                                        **USE**
                                        **ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes   **X** No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

TVB HOLDINGS (USA) INC.            PHILIP TAM, ESQ

15411 BLACKBURN AVE

NORWALK, CA 90650

Area Code & Telephone Number ▶    **(562) 802-8868**

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive rights

☐ authorized agent of   **TVB (OVERSEAS) LIMITED**
           Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN                date ▶ **1 6 JAN 2002**

       Handwritten signature (X) ▼

**9**

**MAIL CERTIFICATE TO**

**Name** ▼

7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼

CLEAR WATER BAY ROAD

City/State/ZIP ▼

KOWLOON, HONG KONG

**Certificate will be mailed in window envelope**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June January 1992—50,000

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-865**

Effective date of
registration:

November 20, 2014

## Title

Title of Work: All That Is Bitter Is Sweet - 30 Episodes

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 8, 2014     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:   PA0001922865

Service Request #:   1-1910377512



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-866-873**

**Effective date of registration:**

October 10, 2013

---

### Title

Title of Work: Always And Ever

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: August 12, 2013      Nation of 1st Publication: Hong Kong

### Author

- **Author:** Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- **Author:** TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

---

Page 1 of 1

Registration #:  PA0001866873
Service Request #:  1-982100296



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
## PA 1-866-872

Effective date of registration:

August 8, 2013

---

## Title

**Title of Work:** Awfully Lawful

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** June 17, 2013     **Nation of 1st Publication:** Hong Kong

## Author

■ **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■ **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** June 24, 2013

---

Page 1 of 1

**Registration #:**   PA0001866872
**Service Request #:**   1-954007545



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-849-236

**Effective date of registration:**

June 19, 2013

## Title

Title of Work: Beauty At War

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: April 22, 2013     Nation of 1st Publication: Hong Kong

## Author

- **Author:** Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- **Author:** TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: June 3, 2013

Registration #:  PA0001849236
Service Request #:  1-944099531



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-920-529**

**Effective date of registration:**
September 11, 2014

---

## Title

**Title of Work:** Black Heart White Soul - 30 Episodes

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** July 14, 2014        **Nation of 1st Publication:** Hong Kong

## Author

■        **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■        **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** August 21, 2014

---

Registration #:  PA0001920529
Service Request #:  1-1682737480



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-890-407

**Effective date of registration:**

January 21, 2014

---

## Title
Title of Work: Bounty Lady

## Completion/Publication
Year of Completion: 2013

Date of 1st Publication: November 25, 2013     Nation of 1st Publication: Hong Kong

## Author
- **Author:** Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- **Author:** TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: January 21, 2014

---

Registration #:  PA0001890407

Service Request #:  1-1157015981



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-878-628**

**Effective date of registration:**

November 21, 2013

---

## Title

**Title of Work:** Brother's Keeper

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 23, 2013    **Nation of 1st Publication:** Hong Kong

## Author

■    **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■    **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** October 10, 2013

---

**Registration #:** PA0001878628

**Service Request #:** 1-1004936788

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-847-052

**Effective date of
registration:**

June 4, 2013

---

## Title

**Title of Work:** Bullet Brain

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 8, 2013     **Nation of 1st Publication:** Hong Kong

## Author

■   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** April 12, 2013

---

Registration #:   PA0001847052
Service Request #:   1-919803040



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-910-249**

**Effective date of registration:**

July 3, 2014

## Title ─────────────────────────────

Title of Work: Coffee Cat Mama

## Completion/Publication ─────────────

Year of Completion: 2013

Date of 1st Publication: December 23, 2013    Nation of 1st Publication: Hong Kong

## Author ────────────────────────────

■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant ─────────────────

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification ──────────────────────

Name: KAREN P. Y. WAN

Date: January 21, 2014

─────────────────────────────────────

Correspondence: Yes

Registration #:  PA0001910249
Service Request #:  1-1159506501



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-872-347

**Effective date of registration:**

October 28, 2013

---

## Title

**Title of Work:** Come Home Love (Episodes 1 to 162)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 14, 2012     **Nation of 1st Publication:** Hong Kong

## Author

■     **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■     **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** October 20, 2013

---

Registration #:  PA0001872347
Service Request #:  1-1008978451



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-874

Effective date of registration:

November 20, 2014

---

## Title

Title of Work: Come Home Love - Episodes 610 - 614

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 29, 2014      Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:   PA0001922874
Service Request #:   1-1910424814



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-840**

**Effective date of registration:**

August 20, 2012

---

## Title

| | |
|---|---|
| Title of Work: | Daddy Good Deeds - Episodes 1- 20 |
| Nature of Work: | Motion Picture with Chinese Soundtrack & Subtitles |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2012 | | |
| Date of 1st Publication: | March 19, 2012 | Nation of 1st Publication: | Hong Kong |

## Author

| | |
|---|---|
| ■  Author: | Television Broadcasts Limited |
| Author Created: | Co-Author of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | Hong Kong |
| Anonymous: | No |
| Pseudonymous: | No |
| ■  Author: | TVBO Production Limited |
| Author Created: | Co-Author of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | Bermuda Islands |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TVBO Production Limited |
| | Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

## Certification

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-059**

**Effective date of registration:**

December 11, 2012

---

## Title

**Title of Work:** Divas In Distress - Episodes 1 - 22

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 27, 2012      **Nation of 1st Publication:** Hong Kong

## Author

■   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P.Y. WAN

**Date:** November 29, 2012

Page 1 of 1

Registration #: PA0001827059
Service Request #: 1-853902627



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street,
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-712-850**

**Effective date of
registration:**

September 8, 2010

## Title

Title of Work: Don Juan DeMercado - Episodes 1-6

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: February 15, 2010     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Written agreement

## Rights and Permissions

Organization Name: TVBO Production Limited

Address: Canon's Court

22 Victoria Street

Hamilton HM12,   Bermuda Islands

## Certification

Page 1 of 2

Name:   KAREN P. Y. WAN

Date:   August 4, 2010



**Registration #:**   PA0001712850

**Service Request #:**   1-492300831



Television Broadcasts Limited
10/F., Main Block, TVB City
77 Chun Choi Street, Tseung Kwan O Industrial Estate
Kowloon,   Hong Kong

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

UNITED STATES COPYRIGHT OFFICE
OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

 

PA 923-796

PA          PAU

EFFECTIVE DATE OF REGISTRATION

JAN 1 3 1999
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 ~ Episodes 1-20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿鼎記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**NAME OF AUTHOR ▼**

**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

| | |
|---|---|
| DATES OF BIRTH AND DEATH | |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

| | |
|---|---|
| DATES OF BIRTH AND DEATH | |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

| | |
|---|---|
| DATES OF BIRTH AND DEATH | |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 06   Day ▶ 01   Year ▶ 98
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
JAN 13 1999
ONE DEPOSIT RECEIVED
JAN 13 1999 (10) ½"VT/D
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

✓ SPECIAL PLUS GRANTED under
34CFR 2013 of the Code Regulations

EXAMINED BY _____
CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☐ No ☐ If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.          PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ (562) 802-8658

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ___ TVB (OVERSEAS) LIMITED ___
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG          date ▶ 2 8 DEC 1998

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY
Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by Section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1998—50,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,012

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

 

REGISTRATION NUMBER



PA 923-708

PAU

EFFECTIVE DATE OF REGISTRATION

JAN 1 3 1999
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 – Episodes 21-40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿鼎記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED  電視廣播有限公司

| | | |
|---|---|---|
| Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ HONG KONG | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No |

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

| | | |
|---|---|---|
| Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ BERMUDA | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No |

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

| | | |
|---|---|---|
| Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No |

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 06   Day ▶ 29   Year ▶ 98   ◀ Nation U.S.A.

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
JAN 1 3 1999
ONE DEPOSIT RECEIVED
JAN 1 3 1999 (10) ½"VT/D *
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

* SPECIAL RELIEF GRANTED under
Authority of the C.O. Regulations

EXAMINED BY                          FORM PA

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  X No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a.  ☐ This is the first published edition of a work previously registered in unpublished form.

b.  ☐ This is the first application submitted by this author as copyright claimant.

c.  ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

                                                                    See instructions
                                                                    before completing
                                                                    this space

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

    TVB HOLDINGS (USA) INC.                          PHILIP TAM, ESQ.

    15411 BLACKBURN AVE.

    NORWALK, CA 90650                                          Be sure to
                                                               give your
    Area Code & Telephone Number ►  (562) 802-8868            daytime phone
                                                               ◄ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼

  ☐ author

  ☐ other copyright claimant

  ☐ owner of exclusive right(s)

  ☐ authorized agent of  **TVB (OVERSEAS) LIMITED**
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

    WILSON H.S. WONG                              date ► **2 8 DEC 1998**

    Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO        Name ▼
               7/F, SHAW HOUSE, TV CITY
               Number/Street/Apartment Number ▼

Certificate    CLEAR WATER BAY ROAD
will be
mailed in      City/State/Zip ▼
window         KOWLOON, HONG KONG
envelope

                                                 • Complete all necessary spaces
                                                 • Sign your application in space 8

                                                 SEND ALL 3 ELEMENTS
                                                 IN THE SAME PACKAGE
                                                 1. Application form
                                                 2. Nonrefundable $20 filing fee
                                                    in check or money order
                                                    payable to Register of Copyrights
                                                 3. Deposit material

                                                 MAIL TO
                                                 Register of Copyrights
                                                 Library of Congress
                                                 Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1993—50,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1997-312-428/40,012

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 922-071**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**JAN 13 1999**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 – Episodes 41-45

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿鼎記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NAME OF AUTHOR ▼**

**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes ☐ No | Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ HONG KONG } | Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No  If the answer to either of these questions is "Yes," see detailed instructions |

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**b** TVB (OVERSEAS) LIMITED

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes ☐ No | Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ BERMUDA } | Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions |

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**c**

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ _____ } | Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions |

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 07   Day ▶ 27   Year ▶ 98   Nation ▶ U.S.A.

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
JAN 13 1999
ONE DEPOSIT RECEIVED
JAN 13 1999
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   • See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

✿ SPECIAL RELIEF GRANTED under
202.2(d) of the C.O. Regulations

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes  X No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                          PHILIP TAM, ESQ

15411 BLACKBURN AVE.,

NORWALK, CA 90650

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ►  (462) 802-8868

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  TVB (OVERSEAS) LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                                    date ► 2 8 DEC 1998

☐ Handwritten signature (X) ▼

**9**

MAIL
CERTIFI-
CATE TO

Name ▼

7/F., SHAW HOUSE, TV CITY

Certificate
will be
mailed in
window
envelope

Number/Street/Apt/Number ▼

CLEAR WATER BAY ROAD

City/State/Zip ▼

KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application at space 8

1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1993—50,000                          ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-312-432/40,012

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-636**

**Effective date of registration:**

March 7, 2013

---

### Title

      **Title of Work:** Friendly Fire - Episodes 1-26

### Completion/Publication

      **Year of Completion:** 2012

      **Date of 1st Publication:** December 18, 2012      **Nation of 1st Publication:** Hong Kong

### Author

    ■    **Author:** Television Broadcasts Limited

      **Author Created:** entire motion picture

    **Work made for hire:** Yes

      **Domiciled in:** Hong Kong

    ■    **Author:** TVBO Production Limited

      **Author Created:** entire motion picture

    **Work made for hire:** Yes

      **Domiciled in:** Bermuda Islands

### Copyright claimant

      **Copyright Claimant:** TVBO Production Limited

                     Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

      **Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

      **Name:** KAREN P.Y. WAN

      **Date:** February 28, 2013

---

Page 1 of 1

Registration #:   PA0001840636
Service Request #:   1-898699080



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-827-048

**Effective date of registration:**

December 11, 2012

---

## Title

**Title of Work:** Ghetto Justice II - Episodes 1 - 21

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 30, 2012          **Nation of 1st Publication:** Hong Kong

## Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P.Y. WAN

**Date:** November 29, 2012

---

Page 1 of 1

Registration #:  PA0001827048
Service Request #:  1-853902601



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-918-949

**Effective date of registration:**

August 29, 2014

## Title

**Title of Work:** Ghost Dragon Of Cold Mountain - 30 Episodes

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 30, 2014   **Nation of 1st Publication:** Hong Kong

## Author

■   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** August 21, 2014

Registration #:  PA0001918949

Service Request #:  1-1682737431



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-906-159**

**Effective date of registration:**

April 9, 2014

---

### Title

**Title of Work:** Gilded Chopsticks

### Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** February 10, 2014    **Nation of 1st Publication:** Hong Kong

### Author

■   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 3, 2014

---

Registration #:   PA0001906159
Service Request #:   1-1334156341



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-857-855

**Effective date of registration:**

August 20, 2012

---

### Title

Title of Work: Gloves Come Off - Episodes I - 25

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 16, 2012          Nation of 1st Publication: Hong Kong

### Author

Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                                    Pseudonymous: No

Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                                    Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes



**CERTIFICATE OF REGISTRATION**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**PA 1-063-318**

EFFECTIVE DATE OF REGISTRATION

OCT 26 2001
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Gods Of Honour – Episodes 1 - 20

**PREVIOUS OR ALTERNATIVE TITLES ▼**
封神榜

**NATURE OF THIS WORK ▼** See instructions
MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**
b TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
07 Month   Day   2001 Year   Hong Kong Special Administrative Region ◄ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
OCT 26 2001
ONE DEPOSIT RECEIVED
OCT 26 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

Page 1 of ____ pages

DO NOT WRITE HERE

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼          **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.          PHILIP TAM, ESQ

15411 BLACKBURN AVE.

NORWALK, CA 90650

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶    (562) 802-8868

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of    TVB (OVERSEAS) LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN          date ▶    2 5 SEP 2001

Handwritten signature (X) ▼

| MAIL<br>CERTIFI-<br>CATE TO | Name ▼<br>7/F., SHAW HOUSE, TV CITY | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apartment Number ▼<br>CLEAR WATER BAY ROAD | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable $30 filing fee<br>in check or money order<br>payable to Register of Copyrights<br>3. Deposit material |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | City/State/Zip ▼<br>KOWLOON, HONG KONG | MAIL TO:<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. 20559 |

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—30,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

**CERTIFICATE OF REGISTRATION**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-063-319

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

Oct 26 2001
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Gods Of Honour – Episodes 21 - 40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

封神榜

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NAME OF AUTHOR ▼**

a   TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b   TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 08    Day 20    Year 2001
Nation   Hong Kong Special Administrative Region   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

APPLICATION RECEIVED
OCT 26 2001
ONE DEPOSIT RECEIVED
OCT 26 2001
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ Account Number ▼ _____

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC. _____ PHILIP TAM, ESQ

15411 BLACKBURN AVE.

NORWALK, CA 90650

Area Code & Telephone Number ▶ **(562) 802-8868**

**CERTIFICATION**  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ TVB (OVERSEAS) LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN _____ date ▶ **2 5 SEP 2001**

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼

7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼

CLEAR WATER BAY ROAD

City/State/Zip ▼

KOWLOON, HONG KONG

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000 _____ ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-313-430/40,019

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-776-413**

Effective date of registration:

July 5, 2011

---

### Title
Title of Work: Grace Under Fire - Episodes 1-32

### Completion/Publication
Year of Completion: 2011

Date of 1st Publication: March 7, 2011     Nation of 1st Publication: Hong Kong

### Author
- Author: Television Broadcasts Limited, dba  Television Broadcasts Limited

  Author Created: motion picture/audiovisual

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited, dba  TVBO Production Limited

  Author Created: motion picture/audiovisual

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited, dba  TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Written agreement

### Rights and Permissions
Organization Name: TVBO Production Limited

Address: Canon's Court

22 Victoria Street

Hamilton HM12,   Bermuda Islands

### Certification

---

Name: Karen P Y Wan

Date: May 24, 2011

---

Correspondence: Yes

Copyright Office notes: Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.



**CERTIFICATE OF REGISTRATION**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-012-498

PA

EFFECTIVE DATE OF REGISTRATION

AUG 28 2000

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
The Heaven Sword & The Dragon Sabre 2000 – Episodes 1 - 20

**PREVIOUS OR ALTERNATIVE TITLES ▼**
倚天屠龍記

**NATURE OF THIS WORK ▼** See instructions
MOTION PICTURE WITH CHINESE SOUNDTRACK

| | | |
|---|---|---|
| **NAME OF AUTHOR ▼**  TELEVISION BROADCASTS LIMITED 電視廣播有限公司 | | **DATES OF BIRTH AND DEATH**  Year Born ▼   Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

| | | |
|---|---|---|
| **NAME OF AUTHOR ▼**  TVB (OVERSEAS) LIMITED | | **DATES OF BIRTH AND DEATH**  Year Born ▼   Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☒ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

| | | |
|---|---|---|
| **NAME OF AUTHOR ▼** | | **DATES OF BIRTH AND DEATH**  Year Born ▼   Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 05  Day 29  Year 2000
U.S.A.   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
AUG 28 2000
ONE DEPOSIT RECEIVED
AUG 28 2000
TWO DEPOSITS RECEIVED
JAN 12 2001
REMITTANCE NUMBER AND DATE
1/2" VTR

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes  X No ● If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**            **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                         Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                         PHILIP TAM, ESQ

15411 BLACKBURN AVE.

NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive rights

☐ authorized agent of  TVB (OVERSEAS) LIMITED

Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                         date ▶

Handwritten signature (X) ▼

| | |
|---|---|
| **MAIL CERTIFICATE TO**<br><br>Certificate will be mailed in window envelope | Name ▼<br>7/F., SHAW HOUSE, TV CITY<br>Number/Street/Apt ▼<br>CLEAR WATER BAY ROAD<br>City/State/Zip ▼<br>KOWLOON, HONG KONG |

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

PA 1 – 012 – 450

EFFECTIVE DATE OF REGISTRATION

AUG 2 8 2000

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
The Heaven Sword & The Dragon Sabre 2000 – Episodes 21 – 42

PREVIOUS OR ALTERNATIVE TITLES ▼
倚天屠龍記

NATURE OF THIS WORK ▼ See instructions
MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2** NAME OF AUTHOR ▼
**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
**b** TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2000   ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 06   Day 26   Year 2000
Nation U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

AUG 2 8 2000 JAN 1 2 2001

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY    DBC    FORM PA

CHECKED BY

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC                    PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Be sure to
give your
daytime phone
number

(562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TVB (OVERSEAS) LIMITED
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                    date ▶

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼

7/F., SHAW HOUSE, TV CITY

Number/Street/Apt ▼

CLEAR WATER BAY ROAD

Certificate
will be
mailed in
window
envelope

City/State/Zip ▼

KOWLOON, HONG KONG

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

▲ January 1992— 50,000          ⋆ U.S. GOVERNMENT PRINTING OFFICE: 1990-512-432/40,012

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-840-632**

**Effective date of registration:**
March 7, 2013

---

### Title

**Title of Work:** Highs And Lows - Episodes 1-30

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 24, 2012   **Nation of 1st Publication:** Hong Kong

### Author

■ **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■ **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P.Y. WAN

**Date:** February 28, 2013

---

Page 1 of 1

Registration #:  PA0001840632
Service Request #:  1-898097191



Television Broadcasts Limited
Pony Sin.
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-857-846

**Effective date of registration:**

August 20, 2012

---

## Title

Title of Work: House Of Harmony And Vengeance - Episodes 1 - 30

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 30, 2012     Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No     Pseudonymous: No

Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No     Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

---

Page 1 of 2

Name:   KAREN P.Y. WAN



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-848-886**

**Effective date of registration:**

April 17, 2013

---

## Title

**Title of Work:** Inbound Troubles

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 14, 2013     **Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Television Broadcasts Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** April 12, 2013

---

Page 1 of 1

Registration #:    PA0001848886
Service Request #:   1-919742251



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon, 0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-863-828**

**Effective date of registration:**

September 16, 2013

## Title

Title of Work: Karma Rider

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: July 15, 2013          Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

Registration #:  PA0001863828

Service Request #:  1-982100250



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-827-056

**Effective date of
registration:**

December 11, 2012

---

**Title** ─────────────────────────────────────────────────

Title of Work: King Maker - Episodes 1 - 28

**Completion/Publication** ───────────────────────────────

Year of Completion: 2012

Date of 1st Publication: August 13, 2012        Nation of 1st Publication: Hong Kong

**Author** ───────────────────────────────────────────────

■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

**Copyright claimant** ───────────────────────────────────

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

**Certification** ────────────────────────────────────────

Name: KAREN P.Y. WAN

Date: November 29, 2012

Registration #:  PA0001827056
Service Request #:  1-853902652



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-863

**Effective date of registration:**

November 20, 2014

---

## Title
 ─────────────────────────────

Title of Work: Line Walker - 31 Episodes

## Completion/Publication ───────────────────

Year of Completion: 2014

Date of 1st Publication: August 25, 2014          Nation of 1st Publication: Hong Kong

## Author ──────────────────────────

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant ──────────────────

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification ──────────────────────

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of 1

Registration #:   PA0001922863
Service Request #:   1-1910424768



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-738-145**

Effective date of registration:

July 10, 2009

### Title

| | |
|---|---|
| Title of Work: | Man In Charge - Episodes 1 - 20 |
| Previous or Alternative Title: | [title in non-Roman characters] |
| Nature of Work: | Motion Picture with Chinese Soundtrack & Subtitles |

### Completion/Publication

Year of Completion: 2007

Date of 1st Publication: April 6, 2009     Nation of 1st Publication: Hong Kong

### Author

| | |
|---|---|
| ■   Author: | Television Broadcasts Limited |
| Author Created: | Co-author of motion picture |
| Work made for hire: | Yes |
| Domiciled in: | Hong Kong |
| Anonymous: | No     Pseudonymous: No |
| ■   Author: | TVBO Production Limited |
| Author Created: | Co-author of motion picture |
| Work made for hire: | Yes |
| Domiciled in: | Bermuda Islands |
| Anonymous: | No     Pseudonymous: No |

### Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

### Limitation of copyright claim

Previously registered: No

### Certification

Page 1 of 2

Name:   Karen P.Y. Wan

Date:   June 2, 2009



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-827-046

**Effective date of registration:**

December 11, 2012

---

## Title

**Title of Work:** Master Of Play - Episodes 1-30

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 21, 2012 **Nation of 1st Publication:** Hong Kong

## Author

■ **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■ **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all worldwide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** November 19, 2012

---

Page 1 of 1

**Registration #:**  PA0001827046
**Service Request #:**  1-850927501



Television Broadcasts Limited
10/F., TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-634**

**Effective date of registration:**

March 7, 2013

---

### Title

Title of Work: Missing You - Episodes 1-20

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: December 18, 2012    Nation of 1st Publication: Hong Kong

### Author

■  **Author:** Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■  **Author:** TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Registration #:   PA0001840634
Service Request #:   1-898699148



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-919-570**

**Effective date of registration:**

June 23, 2014

---

## Title

**Title of Work:** Never Dance Alone

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** April 21, 2014          **Nation of 1st Publication:** Hong Kong

## Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** June 16, 2014

---

Page 1 of :

Registration #:  PA0001919570

Service Request #:  1-1514304791



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-827-058

**Effective date of registration:**

December 11, 2012

---

### Title

**Title of Work:** No Good Either Way - Episodes 1 - 21

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 11, 2012        **Nation of 1st Publication:** Hong Kong

### Author

- **Author:** Television Broadcasts Limited

   **Author Created:** entire motion picture

   **Work made for hire:** Yes

   **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited

   **Author Created:** entire motion picture

   **Work made for hire:** Yes

   **Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P.Y. WAN

**Date:** November 29, 2012

---

Registration #:   PA0001827058
Service Request #:   1-853893475



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-891-391**

**Effective date of registration:**

March 10, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Outbound Love |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2014 | | |
| **Date of 1st Publication:** | January 20, 2014 | **Nation of 1st Publication:** | Hong Kong |

## Author

| | |
|---|---|
| ■   **Author:** | Television Broadcasts Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Hong Kong |
| ■   **Author:** | TVBO Production Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Bermuda Islands |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands |
| **Transfer Statement:** | Claimant obtained all world-wide right except Hong Kong by written agreement. |

## Certification

| | |
|---|---|
| **Name:** | KAREN P. Y. WAN |
| **Date:** | February 27, 2014 |

---

Registration #:   PA0001891391
Service Request #:   1-1248796161



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-936-095

**Effective Date of Registration:**
January 16, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Overachievers - 30 Episodes |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | November 03, 2014 |
| **Nation of 1st Publication:** | Hong Kong |

## Author

| | |
|---|---|
| • **Author:** | Television Broadcasts Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Hong Kong |
| • **Author:** | TVBO Production Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Bermuda Islands |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands |
| **Transfer statement:** | Claimant obtained all world-wide right except Hong Kong by written agreement. |

## Certification

| | |
|---|---|
| **Name:** | KAREN P. Y. WAN |
| **Date:** | January 08, 2015 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-894-494

**Effective date of registration:**

March 5, 2014

---

## Title

**Title of Work:** Queen Divas

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** January 20, 2014     **Nation of 1st Publication:** Hong Kong

## Author

■     **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■     **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** February 27, 2014

---

Page 1 of 1

Registration #:  PA0001894494
Service Request #:  1-1248822631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-845-356**

**Effective date of registration:**

April 24, 2013

---

### Title

Title of Work: Reality Check

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: February 18, 2013    Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Page 1 of 1

Registration #:  PA0001845356
Service Request #:  1-919827490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-924-137**

**Effective date of registration:**

September 29, 2014

---

## Title

**Title of Work:** Rear Mirror - Episodes 1 - 20

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** August 11, 2014    **Nation of 1st Publication:** Hong Kong

## Author

■  **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■  **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** September 16, 2014

**Registration #:**  PA0001924137

**Service Request #:**  1-1749097802



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-910-251

Effective date of
registration:

July 3, 2014

## Title

Title of Work: Return Of The Silver Tongue

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: December 17, 2013    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

## Certification

Name: KAREN P. Y. WAN

Date: January 21, 2014

Correspondence: Yes

Page 1 of 1

Registration #: PA0001910251
Service Request #: 1-1157200661



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-901-753**

**Effective date of registration:**

May 12, 2014

---

### Title

**Title of Work:** Ruse Of Engagement

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** March 17, 2014          **Nation of 1st Publication:** Hong Kong

### Author

- **Author:** Television Broadcasts Limited
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 29, 2014

---

Registration #:   PA0001901753

Service Request #:   1-1394798571



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-377**

**Effective date of registration:**

April 23, 2013

---

### Title

**Title of Work:** Season Of Love

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 11, 2013     **Nation of 1st Publication:** Hong Kong

### Author

■   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 12, 2013

---

Page 1 of 1

Registration #:   PA0001840377
Service Request #:   1-919827462



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-198**

Effective date of registration:

August 21, 2012

## Title

Title of Work: Sergeant Tabloid - Episodes 1 - 21
Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 6, 2012          Nation of 1st Publication: United States

## Author

■  Author: Television Broadcasts Limited
Author Created: Co-Author of Motion Picture

Work made for hire: Yes
Domiciled in: Hong Kong
Anonymous: No                                Pseudonymous: No

■  Author: TVBO Production Limited
Author Created: Co-Author of Motion Picture

Work made for hire: Yes
Domiciled in: Bermuda Islands
Anonymous: No                                Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM, 12, Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim

Previously registered: No

## Certification

Name:   KAREN P Y. WAN

Date:   August 8, 2012

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-638**

**Effective date of registration:**

March 7, 2013

---

## Title

Title of Work: Silver Spoon, Sterling Shackles - Episodes 1-40

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: October 22, 2012      Nation of 1st Publication: Hong Kong

## Author

■      Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Registration #:  PA0001840638
Service Request #:  1-898667929



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-857-765

**Effective date of registration:**

July 17, 2013

---

### Title

Title of Work: Slow Boat Home

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: May 13, 2013            Nation of 1st Publication: Hong Kong

### Author

■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Page 1 of 1

Registration #:  PA0001857765

Service Request #:  1-954007451



Television Broadcasts Limited
Pony Sin
10/E., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-881-211

**Effective date of registration:**

November 12, 2013

---

## Title
        **Title of Work:** Sniper Standoff

## Completion/Publication
        **Year of Completion:** 2013
        **Date of 1st Publication:** September 9, 2013    **Nation of 1st Publication:** Hong Kong

## Author
        ■    **Author:** Television Broadcasts Limited
        **Author Created:** entire motion picture

        **Work made for hire:** Yes
        **Domiciled in:** Hong Kong

        ■    **Author:** TVBO Production Limited
        **Author Created:** entire motion picture

        **Work made for hire:** Yes
        **Domiciled in:** Bermuda Islands

## Copyright claimant
        **Copyright Claimant:** TVBO Production Limited
        Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands
        **Transfer Statement:** Claimant obtained all world-wide rights except Hong Kong by written agreement.

## Certification
        **Name:** KAREN P. Y. WAN
        **Date:** October 10, 2013

---

Page 1 of 1

Registration #:  PA0001881211
Service Request #:  1-1004936761



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-901-640**

**Effective date of registration:**

April 21, 2014

---

## Title

Title of Work: Storm In A Cocoon

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: February 17, 2014    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 3, 2014

---

Registration #:   PA0001901640
Service Request #:   1-1333902201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

PA 1-660-153

Effective date of
registration:

April 28, 2009

---

## Title ───────────────────

Title of Work: Sweetness In The Salt - Episodes 1 - 20

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/ Publication ──────

Year of Completion: 2008

Date of 1st Publication: January 6, 2009     Nation of 1st Publication: United States

## Author ───────────────

| | Author: | TELEVISION BROADCASTS LIMITED |
| Author Created: | CO-AUTHOR OF MOTION PICTURE |

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No     Pseudonymous: No

| | Author: | TVBO PRODUCTION LIMITED |
| Author Created: | CO-AUTHOR OF MOTION PICTURE |

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No     Pseudonymous: No

## Copyright claimant ────────────

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim ──────

Previously registered: No

## Certification ─────────────────

Page 1 of 2

Name:   KAREN P Y WAN

Date:   March 25, 2009

**Copyright Office notes:**   Regarding title information: Alternative title in non-Roman characters.

Registration #:    PA0001660153

Service Request #:  1-192977399

TSEUNG KWAN O INDL ESTATE
16/F MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON, HONG KONG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

**PA 1-727-287**

Effective date of registration:

April 28, 2009

---

## Title

Title of Work: Sweetness In The Salt - Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: February 3, 2009    Nation of 1st Publication: United States

## Author

■     Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                    Pseudonymous: No

■     Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim

Previously registered: No

## Certification

---

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   March 25, 2009



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-900-069**

**Effective date of registration:**
May 14, 2014

---

### Title

**Title of Work:** Swipe Tap Love

### Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** March 31, 2014          **Nation of 1st Publication:** Hong Kong

### Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 29, 2014

---

Page 1 of 1

Registration #:  PA0001900069
Service Request #:  1-1395137609



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-635**

**Effective date of registration:**

March 7, 2013

---

## Title

**Title of Work:** The Confidant - Episodes 1-33

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 5, 2012          **Nation of 1st Publication:** Hong Kong

## Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P.Y. WAN

**Date:** February 28, 2013

---

Registration #:  PA0001840635
Service Request #:  1-898699051



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-839-833

**Effective date of registration:**

April 22, 2013

---

### Title

**Title of Work:** The Day Of Days

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 21, 2013     **Nation of 1st Publication:** Hong Kong

### Author

- **Author:** Television Broadcasts Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 12, 2013

---

Page 1 of 1

Registration #:  PA0001839833
Service Request #:  1-919827424



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-638-548**

Effective date of
registration:

December 16, 2008

---

## Title

Title of Work: The Four - Episodes 1 - 20
Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/ Publication

Year of Completion: 2008
Date of 1st Publication: September 22, 2008     Nation of 1st Publication: Hong Kong

## Author

▪    Author: TELEVISION BROADCASTS LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Hong Kong
Anonymous: No                          Pseudonymous: No

▪    Author: TVBO PRODUCTION LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Bermuda Islands
Anonymous: No                          Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12,
BERMUDA
Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

## Limitation of copyright claim

Previously registered: No

## Certification

Page 1 of 2

Name:   Karen P. Y. Wan

Date:   November 19, 2008

Registration #:   PA0001638548

Service Request #:  1-190221222

10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
TSEUNG KWAN O IND'L ESTATE
KOWLOON, HONG KONG

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-638-550**

Effective date of registration:

December 16, 2008

---

### Title

Title of Work: The Four - Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: October 22, 2008      Nation of 1st Publication: Hong Kong

### Author

■      Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                     Pseudonymous: No

■      Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                     Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

Previously registered: No

### Certification

Page 1 of 2

Name:   KAREN P. Y. WAN

Date:   November 19, 2008

Page 2 of 2

Registration #:    PA0001638550

Service Request #: 1-190221290

10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
TSEUNG KWAN O IND'L ESTATE
KOWLOON, HONG KONG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

## PA 1-660-075

Effective date of registration:

April 28, 2009

---

## Title

Title of Work: The Greatness Of A Hero - Episodes I - 20
Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/Publication

Year of Completion: 2008
Date of 1st Publication: February 10, 2009          Nation of 1st Publication: United States

## Author

■ Author: TELEVISION BROADCASTS LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Hong Kong
Anonymous: No                     Pseudonymous: No

■ Author: TVBO PRODUCTION LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Bermuda Islands
Anonymous: No                     Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA,
Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim

Previously registered: No

## Certification

---

Name:   KAREN P Y WAN

Date:   March 25, 2009



# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    593 136

PA          PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 1, 2 & 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

**WITH CHINESE SOUNDTRACK**

MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

05455845

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 10   Day 15   Year 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

*Special relief granted under 202.20(d) of the C. O. reg.

EXAMINED BY  CLG                    FORM PA

CHECKED BY

PA  593 136

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                    **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHAEN, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  TELEVISION BROADCASTS LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                          date ▶  NOV 17 1992

☞          Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW

**Certificate
will be 1
mailed in
window
envelope**

Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
        SAN RAMON, CA 94583, USA.

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                    ☆ U.S. GOVERNMENT PRINTING OFFICE 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA** 
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 128

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

Month **DEC 14 1992** Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

THE GREED OF MAN — EPISODES 4, 5 & 6

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

## 2

**NAME OF AUTHOR ▼**

a   TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a 1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b Month 10   Day 15   Year 1992
UNITED KINGDOM (HONG KONG) ▶ ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1

*Special relief granted under
202.20(d) of the C. O. reg.

| EXAMINED BY | BLG | FORM PA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA 593-128

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.** Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                   Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  TELEVISION BROADCASTS LIMITED
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                   date ▶ NOV 1 7 1992

✎ Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | Name ▼  DENNIS S. KAHANE, ESQ. DENNIS SPENCER KAHANE ATTORNEY AT LAW |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼  3130 CROW CANYON PLACE, SUITE 270 |
| | City/State/ZIP ▼  SAN RAMON, CA 94583, USA. |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application  shall be fined not more than $2,500.

**9**

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*(signature)*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA **593 127**

PA                              PAU

**EFFECTIVE DATE OF REGISTRATION**

**DEC 14 1992**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN — EPISODES 7, 8 & 9

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month 10 Day 15 Year 1992
ONLY if this work has been published.
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
DEC 14 1992
**ONE DEPOSIT RECEIVED**
DEC 14 1992
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

*Special relief granted under 202.20(d) of the C. O. reg.

PA   593 127

| EXAMINED BY | | FORM PA |
| CHECKED BY | | |

□ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes   □ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to give your daytime phone number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG

date ▶  NOV 1 7 1992

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

| Name ▼   DENNIS S. KAHANE, ESQ. |
| DENNIS SPENCER KAHANE ATTORNEY AT LAW |
| Number/Street/Apartment Number ▼ |
| 3130 CROW CANYON PLACE, SUITE 270 |
| City/State/ZIP ▼ |
| SAN RAMON, CA 94583, USA. |

**Certificate
will be }
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM PA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

PA   593 126

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN – EPISODES 10, 11 & 12

PREVIOUS OR ALTERNATIVE TITLES ▼



NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em- ployee (see in- structions) For

NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ☐ Yes ☐ No

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

\*Special relief granted under
202.20(d) of the C. O. reg.

EXAMINED BY ~~BLG~~

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA   593 126

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                    Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
▲ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                      date ▶ NOV 1 7 1992

✗ _____ Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                   ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA        593 122

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE GREED OF MAN — EPISODES 13, 14 & 15

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

## 2

**NAME OF AUTHOR ▼**

a  TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶  HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**APPLICATION RECEIVED**
DEC 14 1992
**ONE DEPOSIT RECEIVED**
DEC 14 1992   VT-D
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

**DO NOT WRITE HERE**

Page 1 of ____ pages

*Special relief granted under
202.20(d) of the C. O. reg.

PA   593 122

| EXAMINED BY | TSLG | FORM PA |
| CHECKED BY | | |

| □ CORRESPONDENCE | | FOR |
| □ Yes | | COPYRIGHT |
| | | OFFICE |
| | | USE |
| | | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ ____    **Year of Registration** ▼ ____

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼      **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶   415-901-1100

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of ___ TELEVISION BROADCASTS LIMITED
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                    date ▶  NOV 1 7 1992

_____ Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

| Name ▼ | DENNIS S. KAHANE, ESQ. |
| | DENNIS SPENCER KAHANE ATTORNEY AT LAW |
| Number/Street/Apartment Number ▼ | 3130 CROW CANYON PLACE, SUITE 270 |
| City/State/Zip ▼ | SAN RAMON, CA 94583, USA. |

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                    ✩ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 125

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 16, 17 & 18

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

---

**2**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶    HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM ( HONG ONG )   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
DEC 14 1992
**ONE DEPOSIT RECEIVED**
DEC 14 1992
**TWO DEPOSITS RECEIVED**
**REMITTANCE NUMBER AND DATE**

See instructions before completing this space

DO NOT WRITE HERE

---

**MORE ON BACK** ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

*Special relief granted under
202.20(d) of the C.O. reg.
PA   593 125

EXAMINED BY   BLG                                FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶   415-901-1100

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐x authorized agent of ____ TELEVISION BROADCASTS LIMITED
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T TANG                                        date ▶   NOV 1 / 1992

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼   DENNIS S. KAHANE, ESQ.
         DENNIS SPENCER KAHANE ATTORNEY AT LAW

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    593 141

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 1 4 1992**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

THE GREED OF MAN — EPISODES 19, 20 & 21

PREVIOUS OR ALTERNATIVE TITLES ▼

大 時 代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2**  NAME OF AUTHOR ▼

a   TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions).

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

b   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*05445903*

---

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992  ◀ Year

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM (HONG KONG)  ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON HONG KONG.

See instructions before completing this space

APPLICATION RECEIVED
DEC 1 4 1992

ONE DEPOSIT RECEIVED
DEC 1 4 1992

TWO DEPOSITS RECEIVED
2 VT-D

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

*DO NOT WRITE HERE OFFICE USE ONLY*

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2

*Special relief granted under 202.20(d) of the C. O. reg.

PA   593 141

EXAMINED BY   TKG

CHECKED BY

□ CORRESPONDENCE
☑ Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DENNIS ·S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of TELEVISION BROADCASTS LIMITED
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                    date ▶ NOV 1 7 1992

                Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Certificate will be mailed in window envelope

Name ▼ DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



THE LIBRARY OF CONGRESS · THE UNITED STATES COPYRIGHT OFFICE

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 593 129

PA        PAU

**EFFECTIVE DATE OF REGISTRATION**

DEC 14 1992

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 22, 23 & 24

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions).

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Day 10 Year 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**APPLICATION RECEIVED**
DEC 14 1992
**ONE DEPOSIT RECEIVED**
DEC 14 1992
**TWO DEPOSITS RECEIVED**
DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions        • Sign the form at line 8

**DO NOT WRITE HERE**

*Special relief granted under 202.20(d) of the C. O. reg.

PA 593 129

| EXAMINED BY ⨍ LG | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                    Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of TELEVISION BROADCASTS LIMITED
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG
                                        date ▶ NOV 1, 1992

Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Name ▼ DENNIS S. KAHANE, ESQ.
       DENNIS SPENCER KAHANE ATTORNTY AT LAW
Number/Street/Apartment Number ▼
       3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
       SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

**9**

• Complete all necessary spaces.
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE 1991  1 2 432 40 007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    593 124

PA                          PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 25, 26 & 27

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire"

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ONLY if this work has been published.
1992 ◀ Year  in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month 10  Day 15  Year 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
Σ VT-D

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

**DO NOT WRITE HERE**

\*Special relief granted under
202.20(d) of the C. O. reg.

EXAMINED BY  JLG

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA  593 124

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.

DENNIS SPENCER KAHANE ATTORNEY AT LAW

3130 CROW CANYON PLACE, SUITE 270

SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  TELEVISION BROADCASTS LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG        date ▶ NOV 1 7 1992

✋  Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/Zip ▼
SAN RAMON, CA 94583, USA.

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000        ☆ U.S. GOVERNMENT PRINTING OFFICE  1991  1 2 4 3 2 4 0 007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    593 121

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN – EPISODES 28, 29 & 30

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2**

NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ HONG KONG
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions).

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 10 Day ▶ 15 Year ▶ 1992
ONLY if this work has been published.
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ___ALG___

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

*Special relief granted under
202.20(d) of the C. O. reg.

PA    593 121

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                            **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                    Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___TELEVISION BROADCAST LIMITED___
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                           date ▶ NOV 1 7 1992

⟋⟍ **Handwritten signature (X)** ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
        SAN RAMON, CA 94583, USA.

Certificate
will be /0
mailed in
window
envelope

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                    ✰ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    593 120

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 31, 32 & 33

PREVIOUS OR ALTERNATIVE TITLES ▼

大 時 代

NATURE OF THIS WORK ▼ See Instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

NAME OF AUTHOR ▼

a    TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶  HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10  Day ▶ 15  Year ▶ 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

054456947

**\*Special relief granted under 202.20(d) of the C. O. reg.**

PA   593 120

| EXAMINED BY | N  LG | FORM PA |
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶   415-901-1100

Be sure to give your daytime phone number

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                        date ▶  NOV 17 1992

Handwritten signature (X) ▼

**9**

| MAIL CERTIFICATE TO | Name ▼ DENNIS S. KAHANE, ESQ. |
| | DENNIS SPENCER KAHANE ATTORNEY AT LAW |
| Certificate will be // mailed in window envelope | Number/Street/Apartment Number ▼ |
| | 3130 CROW CANYON PLACE, SUITE 270 |
| | City/State/ZIP ▼ |
| | SAN RAMON, CA 94583, USA. |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                        ☆ U.S. GOVERNMENT PRINTING OFFICE 1991—312-432/40,007

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 123

PA                                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN — EPISODES 34, 35 & 36

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

---

**2**

NAME OF AUTHOR ▼

a   TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ ____ HONG KONG ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes [X] No
Pseudonymous?   [ ] Yes [X] No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided.

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes [ ] No
Pseudonymous?   [ ] Yes [ ] No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes [ ] No
Pseudonymous?   [ ] Yes [ ] No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM ( HONG KONG )        ◀ Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992

ONE DEPOSIT RECEIVED
DEC 14 1992

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND ___

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE

05445695B

*Special relief granted under
202.20(d) of the C. O. reg.

EXAMINED BY ‡/ G

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

PA    593 123

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                       Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                    Area Code & Telephone Number ▶    415-901-1100

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                      date ▶ NOV 1 7 1992

         Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                   ☆ U.S. GOVERNMENT PRINTING OFFICE 1991  1 2 432 40.007

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 133

PA                          PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 37, 38, 39 & 40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE            **WITH CHINESE SOUNDTRACK**

---

**2**

**a**  **NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer for

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE

\*Special relief granted under
202.20(d) of the C. O. reg.

PA    593 133

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                      Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of TELEVISION BROADCASTS LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                              date ▶ NOV    1992

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
         DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
         3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
         SAN RAMON, CA 94583, USA.

Certificate
will be /3
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                          ☆ U.S. GOVERNMENT PRINTING OFFICE 1991   0 412 40 007

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-863**

**Effective date of registration:**

August 20, 2012

---

## Title

**Title of Work:** The Hippocratic Crush - Episodes 1 - 25

**Nature of Work:** Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** February 13, 2012     **Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Television Broadcasts Limited

   **Author Created:** Co-Author of Motion Picture

   **Work made for hire:** Yes

   **Domiciled in:** Hong Kong

   **Anonymous:** No          **Pseudonymous:** No

- **Author:** TVBO Production Limited

   **Author Created:** Co-Author of Motion Picture

   **Work made for hire:** Yes

   **Domiciled in:** Bermuda Islands

   **Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-883-626

**Effective date of registration:**

January 7, 2014

---

## Title

**Title of Work:** The Hippocratic Crush II

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 4, 2013          **Nation of 1st Publication:** Hong Kong

## Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** November 27, 2013

---

Page 1 of 1

Registration #:  PA0001883626
Service Request #:  1-1033044235



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-827-043

**Effective date of registration:**

December 11, 2012

---

## Title

**Title of Work:** The Last Steep Ascent - Episodes 1 - 25.5

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 17, 2012     **Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Television Broadcasts Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P.Y. WAN

**Date:** November 29, 2012

Page 1 of 1

Registration #:   PA0001827043
Service Request #:   1-853902732



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-619-042**

**Effective date of registration:**

*May 8, 2008*

### Title

| | |
|---|---|
| **Title of Work:** | The Master Of Tai Chi Episodes 1 - 20 |
| **Nature of Work:** | MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES |

### Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | February 25, 2008 |
| **Nation of 1st Publication:** | Hong Kong |

### Author

| | |
|---|---|
| ■ **Author:** | TELEVISION BROADCASTS LIMITED |
| **Author Created:** | CO-AUTHOR OF MOTION PICTURE |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Hong Kong |
| **Anonymous:** | No     **Pseudonymous:** No |
| ■ **Author:** | TVBO PRODUCTION LIMITED |
| **Author Created:** | CO-AUTHOR OF MOTION PICTURE |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Bermuda Islands |
| **Anonymous:** | No     **Pseudonymous:** No |

### Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | TVBO PRODUCTION LIMITED |
| | CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA |
| **Transfer Statement:** | Claimant obtained all world-wide right except Hong Kong by written agreement. |

### Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

Page 1 of 2

Certification

Name:  KAREN P. Y. WAN
Date:  April 10, 2008

Page 2 of 2

IPN#:

Registration #:   PA0001619042

Service Request #:   1-68414566

TSEUNG KWAN O INDL ESTATE
10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
KOWLOON,

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-619-041**

Effective date of
registration:

May 8, 2008

## Title
Title of Work: The Master Of Tai Chi Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/ Publication
Year of Completion: 2008

Date of 1st Publication: March 24, 2008          Nation of 1st Publication: Hong Kong

## Author
■          Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                    Pseudonymous: No

■          Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                    Pseudonymous: No

## Copyright claimant
Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STUET, HAMILTON HM 12,
BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by
written agreement.

## Limitation of copyright claim
Previously registered: No

Page 1 of 2

Certification

Name:  KAREN P. Y. WAN
Date:  April 10, 2008

IPN#:

Registration #:    PA0001619041

Service Request #:  1-68414807

TSEUNG KWAN O IND'L ESTATE
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON,   Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-916-638**

**Effective date of registration:**

July 31, 2014

---

### Title

**Title of Work:** The Ultimate Addiction - Episodes 1 - 30

### Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 2, 2014        **Nation of 1st Publication:** Hong Kong

### Author

■        **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■        **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** July 8, 2014

---

Page 1 of 1

**Registration #:**  PA0001916638
**Service Request #:**  1-1569924231



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-827-052

**Effective date of registration:**

December 11, 2012

---

### Title

**Title of Work:** Three Kingdoms RPG - Episodes 1 - 25

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 9, 2012          **Nation of 1st Publication:** Hong Kong

### Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P.Y. WAN

**Date:** November 29, 2012

---

Page 1 of 1

**Registration #:** PA0001827052
**Service Request #:** 1-853885631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-827-044

Effective date of registration:

December 11, 2012

---

### Title
Title of Work: Tiger Cubs - Episodes 1 - 13

### Completion/Publication
Year of Completion: 2012

Date of 1st Publication: June 24, 2012          Nation of 1st Publication: Hong Kong

### Author
- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #:   PA0001827044

Service Request #:   1-853902697



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-877-655**

Effective date of
registration:

October 1, 2013

## Title

Title of Work: Triumph In The Skies II

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: July 15, 2013

Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

Correspondence: Yes

Page 1 of 1

Registration #:  PA0001877655
Service Request #:  1-982100201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-731

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Twin Of Brothers– Episodes 1-20

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼

a  TELEVISION BROADCASTS LIMITED  電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶  HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

b  TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶  BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2004  ◀ Year  in all cases.

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶  Day ▶  Year ▶ 2004
ONLY if this work has been published.  United States of America  ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

ONE DEPOSIT RECEIVED
SEP 28 2004

TWO DEPOSITS RECEIVED
SEP 28 2004

REMITTANCE NUMBER AND DATE

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide rights except filming rights by written agreement.

Chinese Subtitles

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE

EXAMINED BY _____  FORM PA

CHECKED BY _____

☐ CORRESPONDENCE                    FOR
   Yes                              COPYRIGHT
                                    OFFICE
                                    USE
                                    ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                         PHILIP TAM, ESQ

15411 BLACKBURN AVE.,

NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive rights

☐ authorized agent of  TVBO PRODUCTION LIMITED
                        Name of author or other copyright claimant or owner of exclusive rights ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

CHERRY T.N. YUEN                                    date ▶

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE

**Certificate
will be
mailed in
window
envelope**

City/State/Zip ▼
KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application at space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-730

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

1  Twin Of Brothers~ Episodes 21-40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

2  **NAME OF AUTHOR ▼**
a  TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NOTE

**NAME OF AUTHOR ▼**
b  TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

3  a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 2004 ◀ Year
b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** United States of America

4  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 2 8 2004
SEP 2 8 2004
Chinese subtitles

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
written agreement.

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page   DO NOT WRITE HERE

EXAMINED BY ~~DbC~~

FORM PA

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ
13411 BLACKBURN AVE.,
NORWALK, CA 90650

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ (562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of TVBO PRODUCTION LIMITED
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY T.N. YUEN                                              date ▶

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE
City/State/Zip ▼
KOWLOON, HONG KONG

**Certificate will be mailed in window envelope**

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-242-739**

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Twin Of Brothers~ Episodes 41-42

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2004 ◄ Year in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ 2004
United States of America ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 2 8 2004

ONE DEPOSIT RECEIVED
SEP 2 8 2004

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese subtitles

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all rights to the said work from the author by written agreement.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

**FORM PA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                                          PHILIP TAM, ESQ
13411 BLACKBURN AVE.,
NORWALK, CA 90650

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶   (562) 802-8808

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☐ authorized agent of   TVBO PRODUCTION LIMITED
                  Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY T.N. YUEN                                          date ▶

Handwritten signature (X) ▼

**9**

**MAIL CERTIFI-CATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE
City/State/Zip ▼
KOWLOON, HONG KONG

**Certificate will be mailed in window envelope**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

## FORM PA

UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**PA 1-102-787**

EFFECTIVE DATE OF REGISTRATION

Month **6**   Day **27**   Year **02**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Whatever It Takes -- 20 Episodes

**PREVIOUS OR ALTERNATIVE TITLES ▼**

天子尋龍

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2001   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 12   Day ▶ 31   Year ▶ 2001
Nation ▶ U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

APPLICATION RECEIVED
JUN 27 2002
ONE DEPOSIT RECEIVED
JUN 27 2002 (10)5 vT/D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

*Special Relief granted under Sec. 202.20(d) of the C.O. Reg.

EXAMINED BY    NG

CHECKED BY

☒ CORRESPONDENCE
    Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼         Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                       PHILIP TAM, ESQ.
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Be sure to give your daytime phone number

Area Code & Telephone Number  **(562) 802-8868**

CERTIFICATION*  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ____ TVB (OVERSEAS) LIMITED
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                                      date ▶  - 8 MAR 2002

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                                                   ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432 40,8:2

EXHIBIT D

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-884-284**

**Effective date of registration:**

December 23, 2013

---

### Title
**Title of Work:** Will Power

### Completion/Publication
**Year of Completion:** 2013

**Date of 1st Publication:** October 14, 2013   **Nation of 1st Publication:** Hong Kong

### Author
■     **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■     **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant
**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
**Name:** KAREN P. Y. WAN

**Date:** November 27, 2013

---

Page 1 of 1

Registration #:   PA0001884284
Service Request #:   1-1023063471



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-051**

**Effective date of registration:**

December 11, 2012

## Title

Title of Work: Witness Insecurity - Episodes 1 - 20

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: July 2, 2012          Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

Page 1 of 1

**Registration #:**  PA0001827051
**Service Request #:**  1-853893605



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM PA
UNITED STATES COPYRIGHT OFFICE


REGISTRATION NUMBER

**PA 980-415**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

2 / 2 / 00
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

Witness To A Prosecution – 22 Episodes

**PREVIOUS OR ALTERNATIVE TITLES ▼**

洗冤錄

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

## 2

**a** **NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given In all cases.
1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 12  Day 20  Year 99
Hong Kong Special Administrative Region ◀ Nation

## 4



See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

**APPLICATION RECEIVED**
FEB. 02 2000

**ONE DEPOSIT RECEIVED**
FEB. 02 2000  (11)½ VT-D

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
*Claimant obtained all world-wide right except Hong Kong by written agreement.*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of  2  pages

EXAMINED BY _____    FORM PA

CHECKED BY _____

CORRESPONDENCE ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

✱ SPECIAL RELIEF GRANTED under 202.20(D) of the Copyright Office regulations

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.    PHILIP TAM, ESQ

15411 BLACKBURN AVE.

NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

Be sure to give your daytime phone number

**CERTIFICATION**  I, the undersigned, hereby certify that I am the—

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of  TVB (OVERSEAS) LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG    date ▶ 15 JAN 2000

✋ Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼

7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼

CLEAR WATER BAY ROAD

City/State/Zip ▼

KOWLOON, HONG KONG

**9**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

**EXHIBIT B**

**Exhibit B – Infringing TVpad Apps**

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS  | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |

1

EXHIBIT B

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粵海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粵海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粵海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |

2

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi)  | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live)<br><br>TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live)<br><br>TVB programs on demand |
| 粵海直播 (Yue Hai Zhi Bo)  | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV  | TVBS (live) | |
| 516網路電視 (516 Online TV)  | CCTV4 (live)<br><br>TVBS (live) | CCTV4 (live)<br><br>TVBS (live)<br><br>TVBS News (live) |

3

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球 (CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |
| 港台武侠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

4

**EXHIBIT C**

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| ClearDDoS Technologies Los Angeles, California | 103.240.140.142 | September 3, 2015 | xz.boxepg.com | Initialization TVpad3 Operational Content |
| Defender cloud international Los Angeles, California | 23.234.42.71 | September 3, 2015 | xzsec.boxepg.com | Initialization TVpad3 Operational Content |
| Defender cloud international Los Angeles, California | 23.234.42.65 | September 3, 2015 | xzsec.padepg.com | Initialization TVpad3 Operational Content |
| Defender cloud international Los Angeles, California | 23.234.42.72 | September 3, 2015 | xzsec.listebox.com | Initialization TVpad3 Operational Content |
| Perfect International, Inc Los Angeles, California | 70.36.96.245 | September 3, 2015 | stbepg.wsxlist.com | TVpad3 Authentication |
| Enzu Los Angeles, California | 23.245.203.54 | September 3, 2015 | stbepg.qaxlist.com | TVpad4 Authentication |
| Defender cloud international Los Angeles, California | 23.234.41.173 | September 3, 2015 | | Streaming Video |
| ClearDDoS Technologies Los Angeles, California | 104.193.92.42 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.101 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.39 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.167.81.51 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.188.195 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.26 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.188.194 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 107.167.9.243 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.172.19 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.33 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.82 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.181.227 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.182.3 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 107.167.4.227 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 107.167.18.227 | September 3, 2015 | | Streaming Video |

EXHIBIT C

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| CloudDDoS Technologies San Jose, California | 104.171.230.74 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.19 | September 3, 2015 | | Streaming Video |
| ClearDDoS Technologies Los Angeles, California | 162.221.13.98 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.89.100.59 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.75 | September 3, 2015 | | Streaming Video |
| ZeroDDOS Los Angeles, California | 104.201.61.3 | September 3, 2015 | | Streaming Video |
| ZeroDDOS Los Angeles, California | 167.88.205.116 | September 3, 2015 | | Streaming Video |
| Cloudflare | 104.20.4.235 | September 3, 2015 | | Streaming Video |
| Defender cloud international Los Angeles, California | 23.234.41.171 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 104.202.82.178 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 98.126.0.98 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 107.183.113.242 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.245.73.18 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 98.126.4.194 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.89.185.2 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 174.139.162.50 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 174.139.83.4 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 107.183.246.226 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.86 | September 3, 2015 | | Streaming Video |
| Cloudflare (res.sinohao.com .cdn.cloudflare.net) | 104.20.4.235 104.20.5.235 104.20.7.235 104.20.8.235 | September 3, 2015 | | TVpad Store Menus/Graphics Infringing Apps |
| ClearDDoS Technologies Los Angeles, California | 104.193.92.29 | September 3, 2015 | cmsres.wsxlist.com | TVpad Store Menus/ Graphics Infringing Apps |
| Enzu Los Angeles, California | 23.245.203.54 | September 3, 2015 | bi4.wsxlist.com | TVpad4 Store Menus/Graphics |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Enzu<br>Los Angeles, California | 23.245.203.54 | September 3, 2015 | btvstb.xqlzoy.com | TVpad4 Store Menus/Graphics |
| Enzu<br>Los Angeles, California | 23.245.203.54 | September 3, 2015 | stbepg.qaxlist.com | TVpad4 Store Menus/Graphics |
| ZeroDDOS<br>Los Angeles, California | 167.88.196.51 | September 3, 2015 | res.qaxlist.com | TVpad Operational Content |
| Enzu<br>Los Angeles, California | 23.245.203.54 | September 3, 2015 | sepg.qaxlist.com | TVpad Operational Content<br>Infringing Apps' Program Guides |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | ykhp.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | gqfc.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | fc.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | yhsy.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | dlgq.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | sports.livetvpad.com | TVpad3 Operational Content |
| PEER 1 Network Inc<br>Santa Ana, CA | 107.6.45.86 | September 3, 2015 | bsap.wsxlist.com | TVpad3 Operational Content |
| Krypt Technologies<br>Los Angeles, California | 174.139.233.3 | September 3, 2015 | tytuepg.wsxlist.com | TVpad3 Operational Content |
| Nobis Technology<br>Seattle, Washington | 23.19.131.19 | September 3, 2015 | force2009web.net | TVpad3 Operational Content |
| LimeStone Networks<br>Dallas, Texas | 63.143.43.171 | September 3, 2015 | vistv.plbegy.com | TVpad4 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.12.143 | September 3, 2015 | gyyyer.plbegy.com | TVpad4 Operational Content |
| Hostspace Networks<br>Los Angeles, California | 198.44.250.177 | September 3, 2015 | mhleve.oyhrtp.com | TVpad4 Operational Content |
| LimeStone Networks<br>Dallas, Texas | 74.63.227.30 | September 3, 2015 | npxyc.prsolive.com | TVpad4 Operational Content |
| Hostspace Networks<br>Los Angeles, California | 23.234.51.152 | September 3, 2015 | canpic.vdese.com | VOD Thumbnail graphics |
| Hostspace Networks | 162.211.182.49 | December 14, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.71 | December 14, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.65 | November 25, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.72 | December 14.2014 | | DNS Lookup TVpad Operational Content |
| ClearDDoS Technologies | 104.193.92.29 | January 30, 2015 | | TVpad Authorization |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| Defender cloud international | 23.234.42.67 | January 30, 2015 | | TVpad Authorization |
| ClearDDoS Technologies | 23.234.42.66 | November 25, 2014 | | TVpad Store Menus/Graphics |
| Datashack | 198.204.242.5 | November 25, 2014 | | TVpad Store Menus/ Graphics Infringing Apps |
| ClearDDoS Technologies | 103.240.140.149 | January 30, 2015 | | TVpad4 Store Menus/Graphics |
| CloudDDOS | 168.235.240.115 | January 30, 2015 | | TVpad Operational Content |
| Sharktech | 107.167.14.146 | November 25, 2014 | | TVpad Operational Content |
| CloudDDOS | 168.235.240.115 | January 30, 2015 | | TVpad Operational Content Infringing Apps' Program Guides |
| Defender cloud international | 23.234.40.235 | November 25, 2014 | | TVpad Operational Content |
| China Telecom | 23.234.40.235 | November 25, 2014 | | TVpad Operational Content |
| Hostspace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Hostpace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Hostpace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Nobis Technology | 23.105.74.107 | November 25, 2014 | | TVpad Operational Content |
| Enzu | 23.88.131.131 | January 30, 2015 | | TVpad4 Operational Content |
| Protected by Cloudflare Location unknown | 104.28.24.55 | January 30, 2015 | | TVpad4 Operational Content |
| Sharktech | 107.167.7.34 | January 30, 2015 | | TVpad4 Operational Content |
| Chinanet China | 61.174.48.109 | January 30, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.13.44 | January 30, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | January 30, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | January 30, 2015 | | TVpad4 Operational Content |
| Sharktech | 107.167.15.67 | November 25, 2014 | | VOD Thumbnail graphics |
| ClearDDoS Technologies | 103.240.140.142 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.71 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.65 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.72 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| ClearDDoS Technologies | 104.193.92.29 | June 24, 2015 | | TVpad Authorization |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|------|------------|-------------------|-------------|----------|
| Defender cloud international | 23.234.42.67 | June 24, 2015 | | TVpad Authorization |
| Sharktech | 107.167.14.141 | June 24, 2015 | | TVpad Store Menus/Graphics |
| ClearDDoS Technologies | 104.193.92.8 | June 24, 2015 | | TVpad Store Menus/ Graphics Infringing Apps |
| Enzu | 23.245.203.53 | June 24, 2015 | | TVpad4 Store Menus/Graphics |
| Hostspace Networks | 162.211.182.173 | June 24, 2015 | | TVpad Operational Content |
| Sharktech | 107.167.14.140 | June 24, 2015 | | TVpad Operational Content Infringing Apps' Program Guides |
| Defender cloud international | 23.234.40.235 | June 24, 2015 | | TVpad Operational Content |
| Defender cloud international | 23.234.40.235 | June 24, 2015 | | TVpad Operational Content |
| Cloud-CN | 103.232.215.133 | June 24, 2015 | | TVpad Operational Content |
| Cloud-CN | 103.232.215.133 | June 24, 2015 | | TVpad Operational Content |
| Nobis Technology | 23.105.74.107 | June 24, 2015 | | TVpad Operational Content |
| Hostspace Networks | 23.234.51.85 | June 24, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.12.143 | June 24, 2015 | | TVpad4 Operational Content |
| Chinanet China | 61.174.48.109 | June 24, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.13.44 | June 24, 2015 | | TVpad4 Operational Content |
| Gorilla Servers | 146.71.102.90 | June 24, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | June 24, 2015 | | TVpad4 Operational Content |
| CloudDDOS | 168.235.240.115 | June 24, 2015 | | VOD Thumbnail graphics |
| Enzu | 104.151.28.194 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.30 | January 30, 2015 | | Streaming Video |
| Enzu | 23.89.39.194 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.240.149 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 104.193.92.111 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.41 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 104.193.92.60 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Esited | 104.171.230.23 | January 30, 2015 | | Streaming Video |
| Esited | 104.171.230.16 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.240.65 | January 30, 2015 | | Streaming Video |
| Clouddos Technology | 168.235.241.10 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 23.234.41.9 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |
| Clouddos Technology | 104.171.230.30 | January 23, 2015 | | Streaming Video |
| Clouddos Technology | 168.235.240.149 | January 23, 2015 | | Streaming Video |
| ClearDDoS Technologies | 104.193.92.111 | January 23, 2015 | | Streaming Video |
| Esited | 192.225.233.202 | January 23, 2015 | | Streaming Video |
| Enzu | 104.151.28.194 | January 23, 2015 | | Streaming Video |
| Enzu | 199.48.69.146 | January 23, 2015 | | Streaming Video |
| Enzu | 23.89.39.194 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.70 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.70 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Leaseweb | 162.210.198.179 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | January 30, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.12 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.173 | June 25, 2015 | | Streaming Video |
| ClearDDOS | 104.193.92.62 | June 25, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 25, 2015 | | Streaming Video |
| Sharktech | 107.167.15.100 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.32 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.241.12 | June 25, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.25 | June 25, 2015 | | Streaming Video |
| Defender cloud international | 23.234.41.14 | June 25, 2015 | | Streaming Video |
| Enzu | 107.183.236.115 | June 23-25, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | June 23-25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.87 | June 24-25, 2015 | | Streaming Video |
| Krypt Technologies | 174.139.162.52 | June 24-25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.25 | June 26, 2015 | | Streaming Video |
| Defender cloud international | 23.234.41.14 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.32 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.173 | June 26, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 174.139.83.4 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.115 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.4.194 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.27 | June 26, 2015 | | Streaming Video |
| Hostspace Networks | 162.211.182.173 | June 26, 2015 | | TVpad 3 Operational Content |
| ClearDDoS Technologies | 162.221.15.179 | June 26, 2015 | | TVpad 3 Operational Content |

## Exhibit C - TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Sharktech | 208.98.26.130 | June 26, 2015 | | TVpad 3 Operational Content |
| Hostspace Networks | 162.211.182.166 | June 26, 2015 | | TVpad3 Operational Content |
| Enzu | 198.56.193.123 | June 26, 2015 | | Streaming Video |
| ZERO DDOS LLC | 167.88.195.51 | June 26, 2015 | | Streaming Video |
| Sharktech | 104.171.230.3 | June 26, 2015 | | Streaming Video |
| Enzu | 23.89.197.35 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.158.171 | June 26, 2015 | | Streaming Video |
| SolidTools | 198.40.56.19 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.20 | June 26, 2015 | | Streaming Video |

**EXHIBIT D**

**Exhibit D**
**Third-Party TVpad Distributors**

3G TV Box LLC

Amilkar Trading Inc

Anton International Inc.

Asian Trade Ventures Inc

ATA Chungs Taekwondo, Inc

AVC Group Inc

B.K.A. Trading Inc

Bay Media Star Inc

Bee Lin Tey / Peter K. Tsui

Caytan Enterprise LLC

Chin Chen Chang / Cheetah Trading Co

CHM Int'l Trading Inc.

Chong Seon Yi / Young Ok Woo

Christine Enterprises, Inc.

Christine Tang / Wai K Tang

Chuang Wei Technology LLC (Yu Shao)

City Home Improvement Corp d/b/a 8th Ave Electronic & Appliance

Collection of Beauty LLC

CR Trading Co.

Crystal Clear Satellite Inc

CV Construction LLC

Daming Huang

Dynamic Distribution Warehouse

Dynamic Sports Group, Inc.

ECR International USA Inc

Effulgent Inc

Electronic Land Inc

Eugene Zhou / Bill Dao Bian Qi / Chi Wing Ma

Face Entertainment Ltd

Feng Lin

Financial Systems Support Inc / Romolo Depaolis

Formark Resource & Asset Management

Galaxy Talk Inc

George Thai / Katherine Thai

Gershon Zilber

Golden Ocean Sales, Inc.

Hair Plaza, Inc

Hawaiian Tel FCU / Gary Su

He Zhen Li

Henda International Trading Inc d/b/a Hengda International Trading

Hester Fashion of Chinatown Inc

Hui Duan Chen / Dingren Luo

Ja-De Trading Corp

Ja-De Trading Corp.

James T Chan

James Yang

Jia R Chen

Jiajie Shen

Jianming Shen

Jin Feng Li / Yong Qing Huang

Jing Wen Li

Johnson Chau

K & K Computer Repairs Center Inc.

K & M Store LLC / Ken's Electronics LLC

K & Y Car Accessories Inc

Kaiyee Ng

Ka-Ling Leung d/b/a Global Multimedia

Kar Li Wong

EXHIBIT D

| | |
|---|---|
| Ken's Electronics LLC | Top Star Satellite Inc |
| Kenneth W Chan | True Beauty Trading Inc. |
| Kwok Li | Tu Da Trading Inc |
| L&D | TV Pad Center Inc d/b/a TV Pad Center |
| Laura Tong | W Sweet & Sweet Inc d/b/a Ocean5 Inc |
| LCL General Contractor Inc | Wai Kwong Tang |
| Li Po Wu | Walon International Inc |
| Li Shu Liang | Watsing Inc |
| Lianju Zhang / Zhong Zhong Zang | Wei Hua Liang |
| Li-Jun Tan | Wei Yem Lum |
| Linhui Yang | Weidong Lu / Ling Sheng |
| M & J Electronics 2012 Inc | Westfield Industrial Corp |
| Marianne H S Choi / Kwong Hon Chan | Wing Hing Wood Furnishing Inc |
| Mavsak Inc | Xiu Ying Huang |
| May Dang | Y S International Inc t/a Travel Galleria |
| Media Journal Inc | Yan Bian |
| Minerva Synergy LLC | Yan Ni Gu |
| Mirage Entertainment | Yan Zheng Yang |
| Mr Zi Rui Lin | Yanjie Shen |
| NY Toner Inc | Yeon Soo Byun / Young S Byun |
| PA Security Camera | Yong Ji Tan |
| Qamar Abbas | Zhang Z Zhong |
| Qing Hua Li / Jie Lin | Zhong T Huang / Zhong Liang Huang |
| Raymond Tam | |
| RBS Citizens, NA | |
| Red Star Internet Inc | |
| Redsea Consultants Corp | |
| S . D Italia SRL | |
| S.D.H. Entertainment, Inc | |
| Siu C Ng | |
| Sky Dragon Appliance Inc. | |
| STV Satellite Co. | |
| Toner.com Inc | |