Name & Address:
Davis Wright Tremaine LLP
Carla A. McCauley SBN 223910
865 S. Figueroa St., Suite 2400, Los Angeles CA 90017
Email: carlamccauley@dwt.com
Ph: 213-633-6800 Fax: 213-633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

China Central Television, et al.

PLAINTIFF(S)

v.

Create New Technology (HK) Limited, et al.

DEFENDANT(S).

CASE NUMBER:
CV 15-1869 MMM (AJWx)

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☒ Lodged: (**List Documents**)

Under Seal Version of Exhibits 17, 19, 20, 25, 27 28 and 36 In Support of Motion for Default Judgment Against Against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited

Lodged Exhibits 14, 15, 24, 31 and 34 In Support of Motion for Default Judgment Against Against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited

**Reason:**
☒ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 14, 2015
Date

/s/Carla A. McCauley
Attorney Name
Carla A. McCauley
China Central Television, et al.
Party Represented
Plaintiffs

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING  American LegalNet, Inc.
www.FormsWorkFlow.com