CARLA A. McCAULEY (State Bar No. 223910)
   carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
   robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
   lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
   samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
   georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br>          Plaintiffs, <br><br>   vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br>          Defendants. | Case No. <br> **CV 15-1869 MMM (AJWx)** <br><br> **COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 1 OF 5** <br><br> [[Proposed] Order; Motion For Default Judgment; Application To Seal concurrently submitted] <br><br> Date: November 23, 2015 <br> Time: 10:00 a.m. <br> Courtroom: 780 <br> Judge:      Hon. Margaret M. Morrow <br> Complaint Filed: March 13, 2015 |

INDEX

VOLUME 1

Declaration of Carla A. McCauley

Declaration of George P. Wukoson

Declaration of Liangzhong Zhou

Declaration of Christopher Kuelling

Declaration of Samuel P. Tsang

Declaration of Chunguang Lu

Declaration of Christopher Weil

Declaration of Nicholas Braak

Exhibit 1

Exhibit 2

Exhibit 3

Exhibit 4

Exhibit 5

Exhibit 6

Exhibit 7

Exhibit 8

Exhibit 9

Exhibit 10

Exhibit 11

Exhibit 12

Exhibit 13

Exhibit 14

Exhibit 15

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF CARLA A. McCAULEY

# DECLARATION OF CARLA A. MCCAULEY

I, Carla A. McCauley, declare as follows:

1.     I am licensed to practice law before all the courts in the State of California and am admitted to the United States Court of Appeals for the Ninth Circuit and the Central District of California.  I am a partner at Davis Wright Tremaine LLP, counsel for Plaintiffs in the above-entitled matter.  I submit this Declaration in support of Plaintiffs' Motion for Entry of Default Judgment against Defendants Create New Technology (HK) Limited ("CNT") and Hua Yang International Technology Limited ("HYIT") (collectively "Defendants").  I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.

## I.     Summary of Service of Papers and Compliance with Procedural Requirements

2.     On March 16, 2015, copies of the Summons and Complaint in this action were electronically delivered by my colleague, George Wukoson, to Owen Tse, a Partner with Vivien Chan & Co., Solicitors & Notaries with offices located in Hong Kong at 57/F Cheung Kong Center, 2 Queen's Road Central.  Mr. Tse thereafter confirmed that, on March 17, 2015, the Summons and Complaint were personally served on HYIT at its registered office in Hong Kong.  Mr. Tse also confirmed that, on March 18, 2015, the Summons and Complaint were personally served on CNT at its registered office in Hong Kong.  I was copied on all of these communications between Mr. Wukoson and Mr. Tse.  True and correct copies of the Proofs of Service filed with the Court on March 24, 2015 are attached hereto as **Exhibit 8.**

3.     To date, HYIT has neither appeared nor otherwise responded to the Complaint, and Plaintiffs have not received any communications from either HYIT or counsel for HYIT.  CNT originally appeared by counsel to request a continuance

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

of its time to answer the Complaint and to oppose an ex parte application filed by Plaintiffs (*see* Dkt. Nos. 47 and 50). Shortly thereafter, however, CNT's counsel asked for leave to withdraw, stating that CNT no longer intended to respond to the Complaint or to defend this action. A true and correct copy of the Notice of Motion of CNT's counsel to withdraw, stating CNT's intention to not file an answer, is attached hereto as **Exhibit 9.** CNT has not answered or otherwise responded to the Complaint in this action to date.

4. On May 28, 2015, the Clerk entered default as to HYIT and CNT after the Court determined that the parties had been properly served with the Complaint. (*See* Dkt. Nos. 87-88.)

5. HYIT and CNT are both companies organized under the laws of Hong Kong. Neither HYIT nor CNT are minors or incompetent persons, nor are they military service members, or otherwise entitled to the exceptions found in the Servicemembers Civil Relief Act (50 App. U.S.C. § 521).

6. On September 9, 2015, I emailed Owen Tse, one of Plaintiffs' solicitors in Hong Kong with the law firm of Vivien Chan & Co., to arrange for personal service of this Motion for Default Judgment on CNT and HYIT at their registered offices in Hong Kong. Attached hereto as **Exhibit 10** is a true and correct copy of my email to Mr. Tse arranging for service, and Mr. Tse's response. Plaintiffs shall file a Proof of Service of the Motion for Default Judgment and all accompanying documents, executed by a solicitor from Vivien Chan & Co., and attesting to personal service on CNT and HYIT at their registered offices in Hong Kong in accordance with service procedures under the Hong Kong companies ordinance.

## II. Summary of Evidence of TVpad Sales by Defendants in the United States

7. Because Defendants have defaulted, Plaintiffs have been unable to secure discovery directly from Defendants. However, after entry of default against Defendants, Plaintiffs have sought and obtained discovery from various third parties, with the object of ascertaining, to the extent possible, how many TVpad units

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Defendants shipped into the United States.  I have managed all aspects of this third-party discovery.  As part of that effort, we have served document subpoenas on several third-party shipping companies and have also secured the deposition of  YTC Summit International Inc. ("YTC Summit"), CNT's fulfillment center located in Arcadia, California.

8.     These discovery efforts demonstrate that Defendants have used at least three methods to deliver TVpads to consumers in the United States from September 2011 to the present:

    a.     By container ship from China to YTC Summit, which then shipped TVpads on to end customers in the United States by United Parcel Service ("UPS"), and to distributor MetroVista;

    b.     By DHL Express ("DHL") from China to TVpad distributors and customers in the United States.

    c.     By UPS from China to TVpad distributors and customers in the United States;

9.     In brief summary, this third-party discovery yielded the following information about these various methods of shipment:

- Shipments by Container Ship
  - YTC Summit managed large shipments of TVpads into the United States on behalf of CNT for over three years, from February 2012 until April 2015.
  - Available U.S. customs records show that **32,540 TVpads** were shipped by CNT to YTC Summit during a 15-month period from December 1, 2013 to March 6, 2015, or more than 2,000 TVpad units a month. Applying that average for the time period during which customs records are not available indicates that at least **another 40,000 units** would have been shipped to YTC Summit,

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

for a total of **72,540 TVpad units**, shipped by Defendants to YTC Summit between February 2012 and March 2015.

- o In December 2011, CNT shipped **820 TVpad units** to third party distributor MetroVista.

- **Direct Shipments by DHL**

  - o Defendants used a DHL Express account to ship TVpads directly from China to purchasers in the United States, including both to individual TVpad customers and to bulk purchasers (*i.e.*, TVpad distributors). From September 22, 2011 to August 7, 2015, Defendants shipped at least **100,696 TVpad units** to bulk purchasers in the United States by DHL, and another **8,191 TVpad units** to individual TVpad customers.

  - o Additional units were shipped by a TVpad distributor in China to some users in the United States, totaling at least **4,478 units.**

- **Direct Shipments by UPS**

  - o Defendants used UPS to ship at least **7,348 TVpad units** directly from China to primarily bulk purchasers in the United States.

- **Total of all Shipments**

  - o Based on the evidence Plaintiffs have been able to acquire to date, **Defendants have shipped at least <u>194,073 TVpad units</u> to purchasers in the United States since 2011**.

- **Damages Based on Total Shipments of TVpads**

  - o Based on the shipment of at least 194,073 TVpad units to the United States since 2011, Defendants avoided costs and Plaintiffs lost revenue equal to at least **$279,465,120** in licensing fees that Defendants would have had to pay to Plaintiffs to license CCTV and TVB television programs for the TVpad.

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

o   Plaintiffs have also lost revenue equal to at least **$17,466,480** in subscription fees that TVpad users did not pay to authorized providers of CCTV and TVB television programs, such as Plaintiff DISH, in order to view CCTV and TVB programming they illegally received for free.

o   Defendants have realized at least **$25,460,691** in revenues from their sales of TVpad devices to TVpad users in the United States.

10.   For reasons detailed below, the above calculation of **194,073 TVpad units** sold by Defendants in the U.S. since 2011 is only a floor for all possible shipments to the U.S., as the records Plaintiffs received from third parties are incomplete in many cases, and because there are other known sources of TVpad shipments to the United States, including from third party sellers located in China or through Amazon, which are not included in this total.  Defendants' default and failure to provide discovery prevents a full accounting of their total TVpad sales.

11.   Below, I explain the methods through which Plaintiffs acquired the records and testimony necessary to establish each of the above summary points.  I further detail the methods through which Plaintiffs summarized the voluminous records received in response to their third-party discovery requests, and then totaled the number of TVpad units that these voluminous records show were shipped to the United States. Finally, to aid the Court's understanding of the evidence presented, attached hereto as **Exhibit 11,** is a global summary of all data on TVpad units shipped to the United States, which truly and accurately summarizes the information received by Plaintiffs in this action from third parties in response to discovery.

### III.   Shipments Through YTC Summit

12.   On July 15, 2015, I deposed Steven Chen, the President of YTC Summit International Inc. ("YTC Summit"), a company based in Arcadia, California that provided TVpad fulfillment services for CNT in the United States. In his deposition testimony, Mr. Chen explained that CNT uses many different names, including

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

ShenZhen Greatvision Network Technology Co., Ltd., Qi Chuang Technology and Create New E-commerce (SZ) Co., Ltd. (*See* Chen Deposition at pp. 67, 131.) As described by Mr. Chen, YTC Summit handled primarily bulk shipments on behalf of Defendants using a UPS Account number provided by CNT.  (*See* Chen Deposition at p. 60.) Mr. Chen testified that YTC Summit began its TVpad fulfillment relationship with CNT in February 2012, and ended in April 2015 (after the instant lawsuit was filed). (*See* Chen Deposition at pp. 26, 35, 43-43.)  True and correct copies of excerpts from Mr. Chen's deposition, along with relevant excerpts from the exhibits to Mr. Chen's deposition, are attached hereto as **Exhibit 12.**

13.　　As discussed in Paragraph 29 of the accompanying Declaration of Christopher Weil, U.S. customs records show that for the 16-month period from December 2013 through March 2015, CNT shipped a total of 32,540 TVpad devices to YTC Summit, or on average more than 2,000 TVpad devices every month.

14.　　Although Mr. Chen testified that YTC Summit began its fulfillment relationship with CNT in February 2012, the available customs records do not cover the period from February 2012 through November 2013, and YTC Summit has not retained records for this period.  *See* **Exhibit 12** (Chen Deposition at pp. 25, 35, 129). Given YTC Summit's average receipt of at least 2,000 devices a month during the period for which customs records are available, and assuming CNT began shipping to YTC Summit in April 2012 (two months after the parties signed their fulfillment contract), YTC Summit likely received at least an additional 40,000 TVpad units from CNT during the 20 months preceding December 2013, for a total of 72,540 TVpad units shipped from CNT to YTC Summit for the entire period of February 2012 through March 2015. (As also set forth in the accompanying Weil Declaration, the total number of shipments that YTC Summit actually received from Defendants is much higher than those calculable by reference to customs records, because these records are limited to shipments that arrive at U.S. ports of entry through ships, and exclude other methods of delivery such as air freight.)

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

15. As a means of corroborating the number of TVpad units shipped <u>to</u> YTC Summit from CNT, we also have collected information regarding the number of TVpad units that YTC Summit then shipped <u>out</u> to CNT's customers, by cross-referencing shipping records produced by YTC Summit with records produced by UPS. This information is set forth at Paragraphs 37-45 below.

## IV.   <u>Direct Shipments by DHL Express</u>

16. On June 25, 2015, I issued a subpoena to DHL Express, requesting shipping records for Defendants. A true and correct copy of the DHL subpoena is attached hereto as **Exhibit 21.**

17. After issuing the subpoena, I communicated multiple times with counsel for DHL regarding compliance with the subpoena. I also provided DHL with copies of three DHL waybills that Plaintiffs had procured in the course of their investigation: (a) Two waybills that accompanied shipments of TVpads delivered to Plaintiffs' investigators after they made purchases of the TVpads from CNT's websites (*see* Weil Decl. ¶¶18, 23, 30); and (b) and one waybill that YTC Summit produced to Plaintiffs. True and correct copies of the waybills I provided to DHL, with confidential address information for Plaintiffs' investigators redacted, are attached hereto as **Exhibit 22 and Exhibit 64.**

18. On August 21, 2015, DHL produced an Excel spreadsheet entitled "File No. 3068 – Account Numbers" comprising 9,262 lines of data reflecting shipments made by DHL on behalf of Defendants (and entities associated with Defendants) to TVpad distributors and TVpad customers in the United States. Thereafter, DHL provided a signed declaration authenticating these records, a true and correct copy of which is attached hereto as **Exhibit 23.** Given the voluminous size of the Excel spreadsheet produced by DHL and its inclusion of possible home addresses for recipients, the spreadsheet shall be concurrently lodged on a disc under seal with the Court, and designated in a folder identified as **Exhibit 24.**

7

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

19.     Given the breadth of records produced by DHL, I and staff working under my direction created a summary that shows: (1) the identity and addresses of the shipping parties; (2) the total quantity of TVpad units shipped per individually tracked shipment; (3) the identities of the receiving parties; and (4) the date of shipment.  We eliminated from our summary any shipments of TVpads that were made to addresses outside the domestic United States, any shipments of products other than TVpads, and any shipments that were not made either by or on behalf of Defendants.

20.     In our summary chart, I and staff working under my direction and control added a new column entitled "DWT TVpad Unit Quantity" for the total TVpad units shipped per line item.  I and staff working under my direction then added a TVpad unit total in that column based upon the description provided by DHL for each shipment.  In most cases, the DHL records provided the total number of TVpad "sets" or "media players" that were shipped by DHL.  In some cases, however, the information in the DHL records was incomplete regarding the total TVpad units included in the shipment.  In those instances, we referred to DHL's declared value column for a given shipment and compared that value to the similar declared values for other shipments during the same time period. Where a shipment had the same declared value as a shipment that clearly referred to the total quantity of TVpad devices, we concluded that the incompletely described shipment contained the same number of TVpad units as were in the shipment of equal declared value.

21.     After determining total TVpad unit numbers, I then sorted the resulting data by shipper name and address to determine which entities were identified as shipping entities. Several thousand shipments were made to addresses in the United States, including to Asha Media Group Inc.—one of the TVpad distributor defendants in this lawsuit—by a company named Hoogle HK Industry Co., Ltd. ("Hoogle") in Guandong, China.  Hoogle is either affiliated with Defendants or is a TVpad distributor who ships to the United States directly from China. Staff working

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

under my direction moved these entries into a separate worksheet in Excel, and I then summed the total number of TVpad units shipped to U.S. customers by Hoogle.  In total, Hoogle shipped 4,478 TVpad units to the United States, primarily to bulk purchasers.  A true and correct summary of the Hoogle shipments, sorted by recipient address, is attached hereto as **Exhibit 25.**

22.   The remaining shipments in the DHL Excel spreadsheet were shipped by entities known to be related to Defendants. Among the shipper names were Longway Technology Co., Ltd. or LWHong Kong, Hua Yang International, Qi Chuang Technology or Qi Chuang Shen Zhen, Create New Technology HK Limited, Create New Ecommerce SC Co., Ltd. Various employees, often listed only by first name, were also identified in the shipper name column, but using the same addresses as Defendants used elsewhere in the DHL data. YTC Summit identified Qi Chuang and Create New Ecommerce as entities that are synonymous with CNT.  *See* **Exhibit 12** (Chen Deposition at pp. 67, 75-76, 131).  Defendants identify Longway as one of their authorized TVpad distributors on their Facebook page as of August 2011.  A true and correct copy of the Facebook page which I printed on September 4, 2015, explaining the Longway association, with a certified translation, is attached hereto as **Exhibit 26.**

23.   After compiling all of Defendants' TVpad shipments into a single Excel worksheet, we sorted the Excel data by recipient address and date to determine which recipients were receiving TVpads in bulk.  Recipients who received bulk shipments of TVpad devices are almost certainly TVpad distributors who likely paid a wholesale price. Any party who received 10 or more TVpad units in a single shipment we treated as a TVpad distributor (who paid a wholesale price), and we moved all shipments for that recipient to a separate "bulk purchaser" worksheet. All other recipients who received fewer than 10 TVpads units in any single shipment were assumed to be individual TVpad customers (who paid a retail price). This analysis likely overestimates the number of bulk purchasers who would have paid

wholesale prices, since some of the bulk purchasers only received a handful of shipments, and accordingly were likely paying retail prices. Using 10 TVpad units as the threshold for bulk purchasers likely also overestimates the number of purchasers who paid wholesale prices, because at least one U.S. TVpad distributor has testified that his company obtained the benefit of paying wholesale prices only when it purchased 20 TVpad units or more. *See* Declaration of Liangzhong Zhou ¶11.

24.     As a result of our analysis, I determined that between October 5, 2011 and April 15, 2015, Defendants used DHL to ship a total of 100,696 TVpad units to bulk purchases (*i.e.,* TVpad distributors) in the United States who paid wholesale prices to Defendants.  A true and correct copy of the summary spreadsheet showing these totals, with relevant columns shown and sorted by recipient address and then date, is attached hereto as **Exhibit 27.**

25.     As a result of our analysis, I determined that from September 23, 2011 through August 4, 2015, Defendants used DHL to ship a total of 8,191 TVpads to individual purchasers in the United States who paid retail prices to Defendants.  A true and correct copy of the summary spreadsheet showing this total, with relevant columns shown and sorted by recipient address and then date, is attached hereto as **Exhibit 28.**

26.     The records produced by DHL do not reflect all shipments made by Defendants of TVpad units into the United States. Plaintiffs' analysis includes only those shipments that were made directly by Defendants or Hoogle.  There may be other TVpad distributors located in China who are shipping and selling TVpads directly into the United States, but for whom we lack records of shipments. Additionally, a number of retailers sell the TVpad devices on Amazon, but it is impossible to know the location of such sellers and any sales they have made in the United States are shipped through other channels or using shipping company account numbers for which Plaintiffs lack records. A true and correct copy of a printout for a

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVpad available for purchase on Amazon and sold by "Lava Store" for $239, and which I printed on September 9, 2015, is attached hereto as **Exhibit 29**.

27.     In addition, Plaintiffs' investigators' recent purchase of a TVpad from the official TVpad website, located at mtvpad.com, was not reflected in the DHL shipping records we received, even though I produced that waybill to DHL in order to assist DHL in locating responsive records. The TVpad device was delivered in August by DHL, and was accompanied by a waybill that identified Hua Zhi Mei Co Ltd. as the shipper, from an address in Hong Kong. This was a shipper name that we have never seen previously, and suggests that Defendants may be using new shipper names to avoid detection. However, the party who received payment for this device was Yukun Technology (HK) Co., Ltd.  ("Yukun"). *See* Weil Decl. Ex. 59.  As set forth in the accompanying Declaration of George Wukoson, Yukun was a wholly owned subsidiary of Create New Technology International Limited, CNT's one-time parent company, from July 2013 to June 2014, and as of June 2014 is wholly owned by Zhang Wenwei, director of CNT. In addition, Yukun was the party named on the payment receipt for the purchase of another TVpad device shipped by CNT in December 2014, as detailed in the Declaration of George P. Wukoson. In other words, Defendants are selling and shipping TVpads under a variety of different names and aliases, and all shipments of TVpads under those names and aliases are not reflected in the shipping records produced by DHL.

28.     Similarly, although I provided DHL with copies of a DHL waybill dated February 10, 2012 for a shipment from Qi Chuang Technology to Steven Chen at YTC Summit, this shipment was also not included in the records produced by DHL. This again suggests that not all records have been produced of TVpad shipments made by Defendants and their affiliated companies into the United States via DHL.

29.     Finally, the shipping records produced by DHL include only three TVpad shipments to individual purchasers after May 2015, even though it is clear that, as detailed in Plaintiffs' pending Motion for Contempt (Doc. No. 109), CNT is

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

still advertising and actively selling TVpad devices in the United States.  There are likely many more TVpad shipments either made by Defendants or by others on Defendants' behalf, for which we have not been able to obtain shipping records.  In sum, the total number of TVpad devices that Defendants (and their affiliates) have shipped to the United States may be orders of magnitude higher than the summary of total shipments we have been able to ascertain through limited third party discovery and detailed in summary form in **Exhibit 11.**

## V.     Direct Shipments by UPS

30.    On June 25, 2015, I issued a subpoena to UPS, requesting shipping records for Defendants.  A true and correct copy of the UPS subpoena is attached hereto as **Exhibit 13.**

31.    After issuing the subpoena, I communicated multiple times with counsel for UPS regarding compliance with the subpoena.  UPS provided an initial response to the subpoena by producing a document entitled "LNPS150657 International Shipments" in Excel format, which set forth shipments by Defendants to addresses both inside the United States and abroad for the period of September 3, 2012 to March 11, 2014.  UPS also produced a 2,757 page PDF entitled "LNPS150657 Responsive Documents", which included, among other shipping records, copies of shipment invoices.  The invoices UPS produced corresponded to the TVpad shipments reflected in the "International Shipments" Excel spreadsheet, and provide precise TVpad unit numbers for each one of those shipments.  As these records are voluminous and include possible home address information, a true and correct copy of the "International Shipments" Excel spreadsheet and an excerpt from the "LNPS150657 Responsive documents" production that includes all produced shipment invoices, shall be concurrently lodged on a disc under seal with the Court, in a folder identified as **Exhibit 14.**

32.    After I took the deposition of Mr. Chen of YTC Summit, I also provided UPS with the UPS account number that Mr. Chen testified YTC Summit used on

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

behalf of CNT to make all shipments of TVpad devices within the United States in accordance with YTC Summit's fulfillment contract with CNT. *See* **Exhibit 12** (Chen Deposition at pp. 60, 138). Thereafter, UPS made a second production of 107 pages, which included, among other data, a PDF that identified shipments made from this UPS account number to addresses in the United States from April 2, 2012 to April 16, 2012 and from August 6, 2013 through April 22, 2015. The records, as produced, include a 16 month gap in shipments, and also do not provide unit numbers or other descriptions for the shipments. No invoices were produced by UPS with this subsequent production. Again, given the voluminous nature of this production and possible inclusion of home addresses, a true and correct copy of this document, entitled "LNPS150657 Additional Responsive Documents", shall be concurrently lodged on a disc under seal with the Court, in a folder identified as **Exhibit 15.** A true and correct copy of the declaration of the UPS custodian of records, authenticating both productions of documents, is attached hereto as **Exhibit 16.**

33.     Given the breadth of the records produced by UPS, I and staff working under my direction created a summary of the UPS records that shows: (1) the identity and addresses of the shipping parties; (2) the total quantity of TVpad units shipped per individually tracked shipment; (3) the identities of the receiving parties; and (4) the date of shipment. We eliminated from our summaries any shipments of TVpads that were made to addresses outside the domestic United States, any shipments of products other than TVpads, and any shipments that were not made either by or on behalf of Defendants.

34.     Because UPS produced data showing Defendants' direct international shipments in a native Excel worksheet, our work to determine the total number of TVpad units shipped by Defendants directly to addresses in the domestic United States was fairly simple.

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

35. First, I and staff working under my control removed any shipments to addresses other than the domestic United States from the "International Shipments" Excel spreadsheet produced by UPS. I also ensured that all shipments were either by CNT or HYIT. I then sorted the data by recipient name, and added a new column entitled "DWT TVpad Units Per UPS Invoices" to record total TVpad quantity information per shipment line item. We then cross-referenced the Excel spreadsheet to the copies of the invoices produced by UPS, which identified the quantity of TVpads included in each order with reference to the unique shipment identification number. We then added the quantity of TVpads shipped in each line item to the Excel summary, and summed the total number of TVpads units shipped.

36. Of the 42 shipments made by Defendants into the domestic United States from September 3, 2012 to March 11, 2014, the vast majority were bulk shipments of multiple TVpad devices, as evidenced not only by the quantity shipped per order, but also by the number of repeat shipments to the same purchasers. The total number of TVpad devices shipped by Defendants into the United States by UPS during this period of time totaled 7,348 TVpad units. Attached hereto as **Exhibit 17** is a true and correct copy of a summary from the Excel spreadsheet, with only the most relevant columns of information visible, sorted by import date.

## VI.   Corroborating Data

### a. YTC Summit's Shipments on Behalf of Defendants

37. As noted previously, customs records indicate that Defendants shipped at least 72,540 TVpads to YTC Summit by container ship, in order for YTC Summit to then fulfill orders to U.S TVpad customers. Logically, the number of TVpad units that YTC Summit shipped to customers should be roughly the same as those that YTC Summit received. Therefore, Plaintiffs have conducted third-party discovery in order to determine the number of TVpad units shipped out by YTC Summit to U.S. TVpad customers. That analysis, as detailed below, shows that approximately 65,855 TVpad units were shipped by YTC Summit to customers.

14

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

38.     At his deposition, Mr. Chen testified that YTC Summit had destroyed all emails, shipping records and other details of its fulfillment work on behalf of CNT for dates preceding its receipt of a deposition subpoena issued in early 2015 by the plaintiffs in a related action, *Munhwa Broadcasting Corp. et al. v. Create New Technology Co. Ltd. et al.*, Case No. 14-04213-RGK (RZx) (the "Munhwa Action"). *See* **Exhibit 12** (Chen Deposition at pp. 129, 176). Thus, in response to the subpoena I issued in this action, YTC Summit was only able to produce documents covering a few months in 2015. These documents included a limited number of UPS invoices for the CNT account YTC Summit used to ship TVpad devices to customers in the United States.  Mr. Chen authenticated those records in his deposition.  *See* **Exhibit 12** (Chen Deposition at pp. 128, 149, 164-67 and deposition exhibit 15).

39.     YTC Summit's UPS invoices provide total TVpad units shipped per UPS shipment, as well as the recipient information.  For a seven-week period in 2015 (from March 3 to April 22), YTC Summit shipped out 5,373 TVpad units. While this would average over 3,000 units per month, Mr. Chen testified that during this time period YTC Summit was unloading all of its inventory as it ended its relationship with CNT, so these may have been atypical months. To arrive at a more conservative calculation of shipments to customers during prior periods, we cross-referenced the YTC Summit data with UPS data, which covered a larger timeframe (although as set forth below at Paragraph 44, the UPS data also had a gap in the time period it covered).

40.     With respect to UPS's production of YTC Summit shipments made to U.S. TVpad customers on behalf of Defendants, staff working under my direction first converted the data that UPS produced into an Excel spreadsheet. As the UPS data produced did not include TVpad unit numbers, we cross-referenced the UPS data with the TVpad unit numbers documented in the UPS invoices that YTC Summit produced in response to Plaintiffs' subpoena, and which were marked as part of deposition exhibit 15, included with the deposition of Mr. Chen attached hereto as

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Exhibit 12**.  Because YTC Summit only retained records for the period of March 2015 through April 2015, we included a TVpad quantity for all shipments for which we had TVpad unit information.  We then split out into separate worksheets those shipments that were made to repeat purchasers who received multiple shipments on different dates into a "bulk purchaser" worksheet, and those recipients who only received one or two shipments from YTC Summit into an "individual purchaser" worksheet.

41.    The vast majority of individual recipients received shipments in the last few months YTC Summit was handling fulfillment for Defendants, and so we could calculate for almost all of those shipments the exact number of TVpad units those recipients received. 142 units were shipped in the last few months of YTC Summit's fulfillment relationship.  For the remaining 10 shipments, we conservatively assumed only 1 TVpad device was shipped per order.  We thus determined that YTC Summit shipped a total of 152 TVpad units on behalf of CNT to individual purchasers from April 6, 2012 to April 14, 2015.  A true and correct copy of that summary of YTC Summit shipments to individual purchasers is attached hereto as **Exhibit 19.**

42.    For the bulk purchaser summary, we first summed the total number of TVpad units shipped to those bulk purchasers over the last few months of YTC Summit's fulfillment relationship for which we have UPS invoices with unit quantities. We determined YTC Summit shipped a total of 5,231 TVpad units to bulk purchasers in those last few months.  Based on the total of known TVpad units shipped by YTC Summit to bulk purchasers from March through April 2015, we then calculated the average number of TVpad units shipped per carton during that period was 18 TVpad units.  We applied the average of 18 TVpad units to the remaining bulk shipments, and summed that total, concluding YTC Summit shipped an additional 33,174 units of TVpads to U.S. bulk purchasers during its fulfillment relationship with Defendants. A true and correct copy of that summary of YTC Summit shipments to bulk purchasers is attached hereto as **Exhibit 20.**

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

43.     Across all shipments by YTC Summit to both individuals and bulk purchasers, during the 21-month period from August 6, 2013 through April 22, 2015, plus a handful of days in April 2012, YTC Summit shipped **38,405 TVpad units** on behalf of CNT to U.S. bulk purchasers, or approximately **1,830 units per month.** Notably, one thousand units alone were shipped to the TVpad "flagship" store located 349 7th Street in Oakland, California, the grand opening of which Defendants advertised on their blog. A true and correct copy of a printout from the blog located at http://www.itvpad.com/blog/blogInfo446.html, dated April 9, 2015, is attached hereto as **Exhibit 18**.

44.     Because the UPS records do not reflect <u>any</u> shipments made by YTC Summit to either individual purchasers or bulk purchasers from April 17, 2012 to August 5, 2013—a time period we know from Mr. Chen's deposition testimony that YTC Summit was operating as CNT's fulfillment center (Chen Deposition at pp. 25, 35)—we necessarily lack full insight into the TVpad shipments YTC Summit was making during this 15-month period. Notwithstanding the gap in data, we know as set forth above that for the period of approximately 21 months for which UPS <u>did</u> produce shipping information, YTC Summit shipped an average of 1,830 devices per month. Applying that average to the 15-month gap would yield an additional 27,450 TVpad units shipped by YTC Summit, bringing the total for the entire period to 65,855 TVpad units.

45.     While we do not count these TVpad units in the summary attached hereto as **Exhibit 11** in order to avoid double counting, these averages are consistent with and corroborate Plaintiffs' calculation of the number of TVpad units that CNT was shipping to YTC Summit on a monthly basis (2,000 units) based on customs records, and with the total TVpad units shipped to YTC Summit (72,540 units).  Any difference is likely attributable to incomplete information in both data sets.  Plaintiffs therefore offer this additional calculation as further support for the unit totals of TVpads summarized in **Exhibit 11.**

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**b.  Summary of HSBC Wire Transfer Information**

46.    On June 23, 2015, I issued a subpoena to third-party HSBC Bank USA, N.A. ("HSBC"), seeking wire transfer records for bank accounts associated with Defendants—a true and correct copy of which is attached hereto as **Exhibit 30**. These bank records further substantiate that Plaintiffs' summary substantially undercounts the total number of TVpad devices sold by Defendants (or their affiliates) into the United States from 2011 to the present.

47.    After issuing the subpoena, I communicated multiple times with HSBC's subpoena processing department regarding compliance with the subpoena, including providing to HSBC the account number known to be associated with CNT's account with the bank.  On August 12, 2015, I received HSBC's production in response to this subpoena, which included a 1,206 page PDF entitled "Wires 2", which included, among other transactions, wire transfers originating from parties in the United States and deposited to an HSBC account maintained by CNT.  As these records are voluminous in printed format and include private account information for numerous parties, a true and correct copy of the "Wires 2" document shall be concurrently lodged under seal on a disc with the Court, in a folder identified as **Exhibit 31.**  A true and correct copy of the declaration of authenticity for these wire transfers, executed by HSBC bank's custodian of records, is attached hereto as **Exhibit 32.**

48.    On August 13, 2015, I issued a second subpoena to HSBC for records associated with an account for Yukun, the entity that as noted above at Paragraph 27 has received payments on behalf of CNT for shipments of TVpads.  A true and correct copy of the second HSBC subpoena is attached hereto as **Exhibit 33.**

49.    On August 25, 2015, I received HSBC's second production of a 525 page PDF entitled "Wires", which included, among other transactions, wire transfers originating from parties in the United States and deposited to an HSBC account maintained by Yukun.  As these records are voluminous in printed format and

include private account information, a true and correct copy of the Yukun wire transfers shall be concurrently lodged on a disc under seal with the Court, in a folder identified as **Exhibit 34.**  A true and correct copy of the declaration of authenticity for these wire transfers, executed by HSBC bank's custodian of records, is attached hereto as **Exhibit 35.**

50.     After receiving these documents, I provided them to my colleague, George Wukoson, in order to convert the data into native Excel spreadsheets, and to summarize the data.  As Mr. Wukoson explains in his concurrently filed declaration, CNT received over $11.9 million in wire transfers from originators in the United States, many of whom are identifiable by name and address as bulk purchasers of TVpads from the YTC Summit, DHL and UPS spreadsheets. Yukun received over $1.1 million in wire transfers from originators in the United States—again identifiable as bulk purchasers of TVpads. The summary of these transactions is attached as **Exhibit 36.**

51.     After Mr. Wukoson and his team reviewed the HSBC data and summarized it, I and staff working under my direction compared the originators who were sending wire transfers to CNT and Yukun to the shipping records that I had received from UPS and DHL in order to ascertain significant patterns and overlap between the two sets of data.  The HSBC data is clearly only a small subset of the total monies that Defendants have received from sales of TVpads into the United States, because there are thousands of individuals who were shipped tvpads (either individual units or in bulk), that do <u>not</u> appear on the HSBC wire transfer data.  Just to provide two examples, neither defendants Asha Media nor ClubTVpad, or their principals, appear on the HSBC wire transfer records, even though both were purchasing large quantities of TVpads for distribution into the United States.

52.     In addition, for some of the parties who have made large wire transfer payments to CNT or Yukun according to the HSBC data (indicating large TVpad purchases), the UPS and DHL records reflect that they received only minimal TVpad

shipments.  For example, according to UPS and DHL records, CV Construction only received one TVpad unit.  Yet, according to the HSBC data, CV Construction transferred $33,429 to Yukun from December 13, 2011 to January 10, 2012.  Clearly this party did not pay so much money for a single TVpad device.  Rather, this discrepancy points to the incomplete nature of the records Plaintiffs have received from third parties to date, and how their summary of total TVpad units set forth in **Exhibit 11** likely underorders substantially Defendants' actual TVpad sales into the United States.

### VII.   Summary of Plaintiffs' Damages and Defendants' Revenue

53.    As set forth above, Plaintiffs have acquired shipping and customs records which demonstrate that Defendants have sold at least **194,073** TVpad units into the United States during the period of 2011 to 2015.  Multiplying 194,073 TVpad units by the applicable wholesale or retail price Defendants received for these units establishes that Defendants have secured at least **$25,460,691** from sales of TVpads in the United States. These sales of TVpad units into the United States represent sales revenue that Defendants have illegally garnered as a direct result of providing an unauthorized pirate TVpad service that streams without permission Plaintiffs' copyrighted television programs, while using Plaintiffs' trademarks to promote the TVpad service. A summary of Defendants' sales is included in Part I of the summary attached as **Exhibit 11**.

54.    As detailed in the accompanying declaration of Christopher Kuelling, Defendants' sales of TVpads, however, do not begin to measure Plaintiffs' actual injury in this case. Had Defendants attempted to secure the rights to show all of the TVB and CCTV channels available through the Infringing TVpad Apps by legitimate means, they would have had to pay CCTV and TVB a per-user licensing fee. Declaration of Christopher Kuelling ¶14. According to Mr. Kuelling, this licensing fee would have been at least $30 per subscriber. Multiplied by the number of TVpad users (194,273) and by the number of months that Defendants have been illegally

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

retransmitting CCTV and TVB channels through the TVpad device (48 months), this yields **lost licensing fees of $279,465,120**. This amount both represents costs that Defendants avoided through their illegal conduct and also fees that Plaintiffs were not paid as a result of that illegal conduct. A summary of the lost licensing fees is included in Part II of the summary attached as **Exhibit 11**.

55.    As also set forth in the Kuelling Declaration, the illegal retransmission of CCTV and TVB channels by Defendants through the TVpad device further deprives Plaintiffs of potential subscription fees for their authorized television services in the United States. TVpad users have stated publicly that they have not renewed their DISH subscription once they purchased a TVpad (Weil Decl. ¶15), and both TVB and CCTV have seen downturns in their subscriber base with DISH since introduction of the TVpad device (Kuelling Decl. ¶15; Tsang Decl. ¶18).

56.    In terms of the financial impact of these lost subscribers, Mr. Kuelling explains that DISH currently charges U.S. subscribers $30 per month for its TVB "Jadeworld" package, and $15 per month for its CCTV "Great Wall" package. DISH recently dropped the price of the Great Wall package due to pressure from the infringing TVpad service. Even assuming that only a small fraction of the documented 194,073 TVpad users in the United States had chosen to subscribe to either the Great Wall or Jadeworld package for a two-year subscription (the typical DISH contract, according to Mr. Kuelling) in the absence of the infringing TVpad service, this represents a significant amount of lost subscription revenue. Indeed, assuming only 25% of TVpad users would have chosen to subscribe to an authorized service to view CCTV and TVB television programs, and even assuming that such users would have paid the lowest available monthly subscription plan of $15 for the Great Wall package, this would constitute **lost subscription revenues of at least $17,466,480**. Of course, the actual lost subscription revenues could be much higher. A summary of the lost subscription revenues is included in Part III of the summary attached as **Exhibit 11**.

DECLARATION OF CARLA A. MCCAULEY
DWT 27007202v6 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## VIII.  Munwha Broadcasting Default Judgment

57.    On September 2, 2015, in the Munwha Action, Judge R. Gary Klausner granted default judgment against CNT in a similar infringement action brought by various Korean broadcasting companies based on Defendants' unauthorized distribution of Korean language television programs over the TVpad service. The Court ordered total damages in that case of $65,315,954. A true and correct copy of the Court's order is attached hereto as **Exhibit 37.**  The Court in the Munhwa Action accepted the plaintiffs' assessment that Defendants had sold 19,677 TVpad units to viewers in the United States who accessed Korean language broadcasting on the TVpad device.  This number represents only 10% of the 194,073 TVpad units that Plaintiffs have established were sold by Defendants in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 14, 2015 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　／s Carla A. McCauley
　　　　　　　　　　　　　　　　　　　　Carla A. McCauley

22

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF GEORGE WUKOSON

## DECLARATION OF GEORGE P. WUKOSON

I, George P. Wukoson, declare as follows:

1.      I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York. I am an associate with the law firm of Davis Wright Tremaine LLP ("DWT"), counsel to the Plaintiffs in this action, admitted *pro hac vice*.

2.      In the course of our work on this matter, I and other DWT attorneys and staff members analyzed shipping and bank account records and corporate registration records of defendants Create New Technology (HK) Limited ("CNT") and Hua Yang International Technology Limited ("HYIT") (collectively, "Defendants") and their associated operating entities for, among other things, evidence of the sales and shipments of TVpad devices to the United States.

3.      In the course of that work, a DWT staff member working under my direction ordered a TVpad device. That TVpad device was shipped on June 23, 2014 by defendant CNT. Payment for that TVpad device was made on June 20, 2014 to an entity called Yukun Technology (HK) Co., Ltd ("Yukun"). True and correct copies of the receipt and commercial invoice for the TVpad device DWT ordered reflecting these facts are attached hereto as **Exhibit 38**.

4.      Yukun is an associated operating entity of CNT. Yukun was formerly wholly-owned by Create New Technology International Limited (which also formerly wholly-owned defendant CNT), and Yukun is currently wholly-owned by Zhang Wenwei, director of CNT. True and correct copies of Hong Kong Companies Registry records for Yukun reflecting these facts are attached hereto as **Exhibit 66**.

5.      On August 21, 2015, my colleague Carla McCauley provided me with three sets of wire transfer transaction data involving the HSBC bank accounts of CNT and Yukun, which we obtained through subpoenas issued to HSBC Bank USA, N.A. (the "HSBC Data"). Working with Ms. McCauley and staff under my direction, I converted the HSBC Data into Excel spreadsheets, and then assembled from those

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

spreadsheets a summary of the voluminous data aggregating wire transfer payments from U.S. TVpad distributors to the known HSBC accounts of CNT and Yukun.

6.     In order to create this summary, after converting the PDF production to native Excel spreadsheets, staff working under my direction then limited the native format data to only those transactions that originated with parties in the United States making wire transfer payments to either CNT or Yukun in China. I and my staff also checked the data compiled in the Excel spreadsheet to ensure any duplicate transactions were removed. These Excel spreadsheets were then sorted by originating party name, to allow me and my staff to review which U.S. parties were frequently sending money to either CNT or Yukun in China and to total the amounts transferred by each individual U.S. party to CNT or Yukun. Attached hereto as **Exhibit 36** are true and correct copies of the summaries prepared in Excel using the original HSBC Data for wire transfer payments made by parties in the U.S. to CNT and Yukun. The data was sorted by originator party name, and then totaled such that all wire transfer payments are added into a single sum for each party. The date ranges for the wire transfer payments summed in this manner are also provided, along with the addresses of the originating parties.

7.     As shown in **Exhibit 36,** the amounts transferred into the known HSBC accounts of CNT and Yukun from parties in the United States totals $13,048,899.56.

8.     Working with staff under my direction, I also compared the names and addresses of the U.S. payors identified in the HSBC data to shipping records for TVpads sold in the United States that were by UPS and DHL. This comparison confirmed that a majority of the wire payments in the HSBC Data aligned with address or name information for U.S. parties who are known from the shipping records to be bulk purchasers of TVpad devices. In other words, the HSBC wire transfers are from U.S. based parties who buy TVpads in bulk, presumably to resell the devices. In fact, two of the U.S. TVpad distributors named as defendants in this

Declaration of George P. Wukoson
DWT 27772231v7 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

action—Liangzhong Zhou and Honghui "Hugo" Chen—are included in the HSBC Data.

9.  This comparison also confirmed that the data produced by HSBC does not include all the bulk purchases of TVpads that US TVpad distributors have made from Defendants. For example, in **Exhibit 36** (the HSBC Data summaries) there are 143 individual U.S. parties who made payments to CNT or Yukun, but in the DHL and UPS shipping records there are many more U.S. bulk purchasers of TVpad devices who are not listed in the HSBC bank records. Just to give one example, defendant Asha Media, which is a large U.S. distributor of TVpads, is not listed as a wire transaction originator in any of the HSBC bank records.

10.  This comparison also confirmed that the TVpad shipping records produced by UPS and DHL did not include all shipments for all of the bulk purchasers included in the HSBC data, let alone all purchasers of TVpads. For example, we have identified at least 8 parties who made over $30,000 in wire transfers to CNT but for whom we see no DHL or UPS shipping records (by either name or address). These bulk purchasers missing from the shipping records include one, Ja-De Trading Corp., that made over $530,000 in wire transfers to Defendants, and another, Caytan Enterprise LLC, that made over $400,000 in wire transfers to Defendants. Even for bulk purchasers included in the shipping records, those records appear to be incomplete. For example, while HSBC records reflect wire transfers of over $33,000 from CV Construction LLC to Yukun, the DHL and UPS records reflect only one shipment of a single TVpad to CV Construction LLC's shipping address.

11.  All of the U.S. transactions in the HSBC Data appear to have been for bulk sales of TVpads by Defendants to U.S. TVpad distributors. Once aggregated, none of the wire transfer payments made by the listed U.S. parties to CNT totaled small enough amounts (i.e., $200 to $500) that would indicate the purchase of just one or two TVpad devices, such as by an individual consumer. Consequently, the

transactions evidenced by the HSBC Data appear to exclude TVpad purchases by individual TVpad users in the United States. To date, we at DWT have not been able to identify what bank account or accounts associated with Defendants or any of their associated operating entities may have been used by Defendants to receive payments from individual consumers who purchase TVpad devices directly from Defendants (or their operating entities).

12.   A list of U.S. TVpad distributors that purchased TVpads in bulk from Defendants and are not parties in this action, compiled from the HSBC Data, is attached hereto as **Exhibit 67**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of September, 2015.

George P. Wukoson

Declaration of George P. Wukoson
DWT 27772231v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF LIANGZHONG ZHOU

## DECLARATION OF LIANGZHONG ZHOU

I, Liangzhong Zhou, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am owner of newTVpad Ltd. Company d/b/a newtvpad.com a/k/a TVpad USA ("newTVpad").  I reside in Dallas, Texas, and my company newTVpad operated out of Texas.  I am fully familiar with the facts and circumstances stated herein.

2.     I submit this declaration in connection with the above-captioned action. In this action, Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. (collectively, "Plaintiffs") made claims against me and newTVpad for secondary copyright infringement, trademark infringement, unfair competition and violation of California Business and Professions Code 17200 et seq., based upon newTVpad's sales and promotion of the TVpad set-top device.

3.     I first learned of the TVpad set-top device from online advertisements I saw in early 2012, on a website owned or controlled by the Chinese companies responsible for creating and promoting the TVpad device.  The website contained contact information for anyone interested in distributing or promoting the TVpad device, and I contacted an agent by email because I was interested in helping promote TVpads. At that time, I was not interested in selling the TVpad device, but understood that I could earn income from promoting it among members of the Chinese community in the United States.

4.     I became aware at the time (in 2012) that there were two Chinese companies involved in creating and promoting the TVpad device.  The first was Create New Technology (HK) Limited ("CNT"), and the second was Hua Yang International Technology Limited ("HYIT").  My understanding was that CNT manufactured the TVpad device, and HYIT was the marketer for the device.

5.     My first contact with CNT was in May 2012.  On May 24, 2012, I received a confirmation from the official TVpad website that I had been successfully

1

DECLARATION OF LIANGZHONG ZHOU
DWT 26884500v1 0094038-000021
DWT 27591968v1 0094038-000023

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

registered on the authorized dealer network.  A true and correct copy of this email is attached hereto as **Exhibit 1.**

6.     My primary contact thereafter was an individual named Lily Chow.  We communicated primarily by email, and occasionally by using a messaging or "chat" service.

7.     On June 14, 2012, I was provided promotion codes that I could use to promote the TVpad device; purchasers who used my promotion code would then get a discount on their TVpad purchase price, and I would receive payment for each successful sale.  A true and correct copy of this June 14, 2012 email is attached hereto as **Exhibit 2.**

8.     Subsequently, CNT sent samples of the TVpad device for me to try out.

9.     On or about August 14, 2012, I made my first purchase of TVpad devices from CNT.  I purchased 50 units of the TVpad1 device (model number M121S) at a wholesale price of $115 per unit. A true and correct copy of the purchase order for this purchase is attached hereto as **Exhibit 3.**

10.     After the first purchase, between August 14, 2012 and April 2013, I made nine more purchases of TVpads from CNT, each in quantities of 100 units per order.  In all, I purchased 50 TVpad1 units for $115 per unit; 300 TVpad1 units for the price of $120 per unit; 300 TVpad1 units for $110 per unit; 400 TVpad2 (model number M233) units for the price of $135 per unit; and 200 TVpad3 (model number M358) units for the price of $145.  This equates to an average price of $126 per unit. I am missing several purchase orders, but true and correct copies of purchase orders for six of these purchases are attached hereto as **Exhibit 4**.

11.     I was able to receive the wholesale price when I purchased least 20 TVpad units in one order.

12.     CNT shipped all TVpad devices to me directly from China using DHL, the international shipping company.

2

DECLARATION OF LIANGZHONG ZHOU
DWT 26884500v1 0094038-000021
DWT 27591968v1 0094038-000023

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

13.    At various times, Ms. Chow tried to encourage me to sell more TVpad units by indicating that other TVpad distributors in the United States were selling large numbers of units, including one distributor that she said was selling 100 TVpad units per month.

14.    Among the documents CNT provided to me was an internal development plan that discussed anticipated changes to the TVpad device. A true and correct copy of that business plan is attached hereto as **Exhibit 5.**

15.    In the spring of 2013, CNT terminated me as an official TVpad distributor because it alleged that I was selling TVpad units at a price point that was too low, and that I was thus underselling other distributors. A true and correct copy of a communication from CNT regarding this termination is attached hereto as **Exhibit 6.**

16.    In connection with this termination, CNT turned off the MAC addresses associated with some of the TVpad devices I had sold, such that my customers could not use the TVpad devices.

17.    In 2014, I made several more wholesale purchases of TVpad3 devices (model number M358) from CNT and sold those units to customers. These purchases from CNT totaled approximately 200 additional TVpad units.

18.    I have a partial record of my sales of TVpad devices to customers. A true and correct copy of that spreadsheet is attached hereto as **Exhibit 7.**

19.    In all, I purchased approximately 1250 TVpad units from CNT between 2012 and 2014, and sold those units to customers in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4 th day of September, 2015.

_____
LIANGZHONG ZHOU

DECLARATION OF LIANGZHONG ZHOU
DWT 26884500v1 0094038-000021
DWT 27591968v1 0094038-000023

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF CHRISTOPHER KUELLING

# DECLARATION OF CHRISTOPHER KUELLING

I, Christopher Kuelling, declare as follows:

1.      I am Senior Vice President, International Business & Legal Affairs at DISH Network L.L.C. ("DISH").  I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.  I make this declaration in support of Plaintiffs' motion for default judgment.

2.      I have been employed by DISH since April 2002.  I became the Senior Vice President, International Business & Legal Affairs at DISH in May 2014.  Prior to this recent promotion, I served as Vice President, International Programming for approximately five years and my responsibilities included all content acquisition, marketing and sales of foreign language channels for DISH.  Prior to that role, I served in various capacities including as senior attorney for DISH's programming department, head of content acquisition for a DISH affiliate in Taiwan, and head of international sports rights acquisition for the same affiliate while based for three years in Europe.  In my current role, I have responsibility for certain aspects of DISH's international channel business, including content rights acquisition and overseeing anti-piracy efforts with regard to unauthorized distribution of video content for which DISH holds exclusive distribution rights.  I am familiar with DISH's business, its history as a company, its video programming offerings, and its programming distribution models, including its agreements with other companies to obtain programming content from both within and outside the United States.

## DISH's Business

3.      DISH is the nation's third-largest pay television service, delivering video services to approximately 14 million customers nationwide through both satellite and Internet platforms.  DISH's primary service is satellite television, which

---

Declaration of Christopher Kuelling
DWT 27848608v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DISH provides to subscribers in return for subscription fees.  Through its satellite service, DISH offers approximately 75 international programming packages containing close to 300 international channels.

4. Separately, a DISH affiliate offers many of the same international packages and channels through its Over-the-Top ("OTT")[1] streaming video service called "Sling International" (formerly known as "DishWorld").  Sling International is an OTT subscription service that provides international television programming via an "app" that is available on numerous viewing devices including, but not limited to, Apple iPhones and iPads, Android phones and tablets, Samsung Smart TVs, Amazon Fire, Blu-Ray devices, personal computers, Microsoft Xbox and the Roku Streaming Player.  The Sling International OTT service is a standalone service separate from DISH's satellite delivery business, and a subscriber to the OTT service is not required to also subscribe to satellite service.  New subscribers to the DISH satellite service are required to sign a two-year commitment.

## DISH's Rights to Transmit CCTV and TVB Programming

5. In 2004, DISH's predecessor-in-interest, EchoStar Satellite L.L.C. ("EchoStar"), entered into a license agreement with China International Television Corporation, a wholly owned subsidiary of China Central Television ("CCTV").  That agreement granted to EchoStar the exclusive right to transmit CCTV's "Great Wall Package" of television channels in the United States via satellite.  The Great Wall Package includes content from 22 Chinese television channels, including the following CCTV channels:  CCTV-4, CCTV-E, CCTV-Entertainment, CCTV-News, CCTV Movies (distributed as China Movie Channel (CMC)), and CCTV-Opera (collectively, the "CCTV U.S. Channels").

---

[1] For purposes of this motion, "Over-the-Top" or "OTT" refers to the delivery of video programming using an Internet connection that is not owned, managed, or operated by such distributor (e.g., Netflix).

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6.     DISH and China International Communication Co., Ltd. ("CICC"), as successors-in-interest to the original parties to the license agreement, have amended and renewed the license agreement periodically since 2004.  Under the license agreement, as amended, DISH continues to own the exclusive right to transmit the Great Wall Package in the United States via satellite.  In 2008, CICC also granted DISH the non-exclusive right to distribute CCTV's Great Wall Package via OTT in the United States.

7.     In 2012, DISH entered into a license agreement with TVB Satellite Platform, Inc., an affiliate of Television Broadcasts Limited ("TVB") and Plaintiff TVB Holdings (USA), Inc. ("TVB (USA)").  Pursuant to the license agreement, DISH owns the exclusive right to transmit via satellite in the United States the following TVB television channels and the TVB television programs comprising those channels:  TVB1, TVB2, TVBe, TVBS, TVB8, TVBV, TVB Pearl, TVB Drama, and TVBHD (collectively, the "TVB U.S. Channels").  The license agreement also grants to DISH the exclusive right to transmit the TVB U.S. Channels and the TVB television programs comprising those channels in the United States via OTT, except for video-on-demand content.

### Infringement of CCTV and TVB Programming Through the TVpad Retransmission Service

8.     As part of my job responsibilities, I oversee DISH's anti-piracy efforts concerning international programming, including the investigation of "rogue" television services that deliver unlicensed international television programming to U.S. customers, such as the infringing international programming accessible through the TVpad device (the "TVpad Retransmission Service").  In July 2014, DISH (together with TVB (USA)) joined co-Plaintiffs CCTV and CICC in their anti-piracy efforts involving the TVpad device and the TVpad Retransmission Service, including retaining the Mintz Group, Inc. ("Mintz"), a private investigation firm, to investigate the TVpad device, the TVpad Retransmission Service, and defendants Create New

Declaration of Christopher Kuelling
DWT 27848608v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Technology (HK) Limited ("CNT") and Hua Yang International Technology Limited (collectively, "Defendants"), who are responsible for manufacturing and distributing the TVpad device.

9.     The TVpad device is a set-top box.  When a user connects the TVpad device to both the Internet and a television, applications or "apps" available through a built-in software application called the "TVpad Store" permit users in the United States to view streaming television programs from mainland China, Hong Kong, and other parts of Asia.

10.     One of the Mintz investigators with whom DISH has worked is Nicholas Braak.  As detailed in the Declaration of Nicholas Braak, dated March 6, 2015 [Dkt. No. 23-1], which I have reviewed, several applications available in the TVpad Store stream CCTV and TVB channels and television programs from Asia to TVpad users in the United States (the "Infringing TVpad Apps").  DISH has not authorized anyone to stream CCTV or TVB channels or individual programming content comprising such channels through the Infringing TVpad Apps to TVpad users in the United States.

11.     As part of its investigation, and as discussed in the Declarations of Nicholas Braak, dated August 21, 2015 and September 11, 2015, Mintz has continually monitored the TVpad Retransmission Service made available on the TVpad device and documented continued infringement, including of all programming carried on the CCTV and TVB U.S. Channels.

12.     Defendants were not authorized by DISH to retransmit the TVB U.S. Channels or the copyrighted television programs broadcast on those channels at any time or in any manner.  Therefore, Defendants infringed DISH's exclusive right to distribute and publicly perform the works aired on the TVB U.S. Channels. Defendants' infringement irreparably harms DISH by causing DISH to lose subscription revenue and market share, and damages DISH's business reputation and goodwill.  The harm to DISH will continue to accrue unless Defendants'

Declaration of Christopher Kuelling
DWT 27848608v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

unauthorized retransmission of the TVB U.S. Channels is permanently enjoined.

### **Particular Harms to DISH's Business**

13.　DISH provides the CCTV and TVB U.S. Channels in packages that are added to customers' satellite subscription plans for an extra fee or provided via the Sling International OTT service for a fee.  DISH provides the CCTV U.S. Channels, included in CCTV's "Great Wall Package" for $14.99 per month via satellite and, separately, for $15 per month via the Sling International OTT service.  DISH provides the TVB U.S. Channels as well as CCTV's CCTV-4 through the "Jadeworld" package for $29.99 per month via satellite and, separately, for $30.00 per month via the Sling International OTT service.

14.　Pursuant to its program licensing agreements, DISH pays license fees to broadcast networks based on the number of DISH subscribers that purchase access to each network's programming. DISH also has clauses in its contracts that ensure DISH licenses the programming at a cost equal to or less than the amount paid by other providers. Based on my extensive experience negotiating such agreements for DISH and my familiarity with DISH's license fees for markets of similar sizes, and considering that Defendants would have to negotiate for live-streaming, 12-hour delay and VOD rights across multiple apps, I calculate that CNT would have to pay at least $30 per subscriber for the non-exclusive rights to broadcast CCTV and TVB programming. This figure is very conservative, as the deal Defendants would have had to negotiate (in 2011, when Defendants began their TVpad Retransmission Service) would have been unprecedented and highly risky for CCTV and TVB. Defendants likely would have to pay greater amounts than DISH to license the CCTV and TVB U.S. Channels because DISH offers the networks a proven track record, long-term stability, a larger customer base and an upstanding reputation. By contrast, Defendants as unproven newcomers would have had to negotiate in a crowded, competitive market for any such license—a market in which, for instance, DISH already has an exclusive licensing agreement for OTT distribution and

Declaration of Christopher Kuelling
DWT 27848608v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

performance rights in the TVB U.S. Channels that it would not readily relinquish. For this reason, it is likely that Defendants would have to pay at least $30 per subscriber to become an authorized provider of the CCTV and TVB U.S. Channels, if they could acquire such a right at all.

15.     DISH loses subscription revenues and market share whenever persons receive the CCTV and TVB U.S. Channels through Defendants' TVpad Retransmission Service, as opposed to subscribing to the channels through DISH or Sling.  Access to Defendants' TVpad Retransmission Service requires the user to purchase a set-top box, which sells for a one-time cost, currently $299. There are no monthly subscription fees associated with Defendants' TVpad Retransmission Service.  Defendants are able to provide streaming CCTV and TVB U.S. Channels and programs through the TVpad Retransmission Service at a lower price (i.e., for free) than the comparable DISH services because Defendants are engaging in infringement rather than paying DISH's co-Plaintiffs or their affiliates licensing fees for the right to transmit the CCTV and TVB U.S. Channels.

16.     I have a good-faith belief that, as a result of Defendants' unlawful activities described above, DISH has lost or failed to acquire many subscribers who otherwise would have been willing to pay subscription fees for access to DISH's Great Wall Package of CCTV channels and Jadeworld Package of TVB channels. For instance, with respect to the Great Wall Package, the total number of DISH subscribers and monthly gross activations has been steadily declining from 2011(when the TVpad Retransmission Service began operating) to the present. With respect to the Jadeworld Package, DISH launched the package in November 2012 and fell well short of meeting the number of subscribers anticipated.   Moreover, most of the subscribers to the Jadeworld Package on DISH's satellite service had their two year commitments end in early 2015 and, over the past eight months, the number of subscribers has declined significantly.

Declaration of Christopher Kuelling
DWT 27848608v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

17.     Based on my knowledge of the industry and my experience overseeing DISH's anti-piracy efforts, I conclude that this decline in DISH's subscriber base to the Great Wall and Jadeworld Packages is attributable in large part, to the availability of CCTV and TVB programming for free on the TVpad device.  That conclusion is buttressed by feedback from our DISH retailers in the local markets, who see the TVpad being advertised in newspapers and other media.

18.     Likewise, Defendants' unauthorized retransmission of the CCTV and TVB U.S. Channels results in price erosion that further reduces the subscription revenues received by DISH.  In October 2014, as a result of competitive pressure from unauthorized distribution of the Great Wall Package, such as through the TVpad Retransmission Service, DISH reduced its monthly subscription fee for new customers of the Great Wall Package of CCTV channels from $22.99 to $14.99 per month.

### Defendants Refuse to Cease and Desist

19.     On or about November 21, 2014, I sent cease-and-desist letters by Federal Express on behalf of DISH, TVB, and CCTV to Defendant CNT, among other defendants in this action. On November 23, 2014, Federal Express informed DISH that delivery of the cease-and-desist letter to CNT at its registered address in Hong Kong was attempted but refused by CNT because no specific individual's name was listed on the package. I then provided Federal Express with the name of CNT's sole shareholder Zhang Wenwei, but Federal Express informed DISH on November 30, 2014 that CNT had refused delivery with that name as well. True and correct copies of my November 2014 cease-and-desist letters to CNT are attached hereto as **Exhibit 39**.  True and correct copies of emails from Federal Express to DISH employees working under my direction evidencing attempts by Federal Express to deliver the cease-and-desist letter to CNT are attached hereto as **Exhibit 40**.

7

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

20.     On December 8, 2014, I sent emails to CNT and other defendants which attached copies of the cease-and-desist letters addressed to each of them.  I have not received any notifications (such as an "undeliverable" message) that would suggest that my email delivery of the cease-and-desist letters to CNT or the other defendants was unsuccessful.  True and correct copies of my email to CNT and the attached cease-and-desist letter are attached hereto as **Exhibit 41**.

21.     On December 16, 2014, after determining that the exhibits to my previous cease-and-desist letters were inadvertently omitted, I resent my November 2014 cease-and-desist letters with the exhibits to CNT and another defendant via email.  True and correct copies of my email to CNT and the attached cease-and-desist letter and exhibits are attached hereto as **Exhibit 42**.

22.     My November 2014 cease-and-desist letter to CNT, as updated on December 16, 2014, notified CNT that "we have cause to believe that CNT and/or persons acting in concert with CNT are directly infringing the copyrights in television programming for which DISH, CCTV and/or TVB own exclusive rights, as well as inducing, materially contributing to, and failing to control the blatant infringing activities of others through the TVpad device."  The cease-and-desist letter, as updated, provided CNT with a list of the Infringing TVpad Apps, a list of the CCTV and TVB channels transmitted through those apps, and a representative list of 145 CCTV and TVB programs streamed through the Infringing TVpad Apps without authorization.  The cease-and-desist letter demanded that "CNT and any parties acting in concert with CNT, or pursuant to CNT's direction or control," immediately (a) cease and desist from "providing CCTV and TVB content through the TVpad and its affiliated network"; and (b) cease and desist from "providing the [Infringing TVpad Apps], and any similar infringing applications, through the TVpad app store or otherwise."  *See* **Exhibits 39, 41 and 42.**

///

///

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

23.     I have received no response from CNT to my cease-and-desist letter, and our investigators have confirmed that CCTV and TVB channels and programs continue to be streamed through the TVpad device despite my cease-and-desist letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of September, 2015.

_____

Christopher Kuelling

9

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF SAMUEL P. TSANG

# DECLARATION OF SAMUEL P. TSANG

I, Samuel P. Tsang, declare as follows:

1.     I am the Vice President, Operations for Plaintiff TVB Holdings (USA), Inc. ("TVB (USA)"). I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true. I make this declaration in support of Plaintiffs' Motion for Default Judgment as to Defendants Create New Technology (HK) Limited ("CNT") and Hua Yang International Technology Limited ("HYIT").

2.     TVB (USA) is a wholly owned indirect subsidiary of Television Broadcasts Limited ("TVB"), the largest and most popular producer of Cantonese-language television programming in the world. In Hong Kong, TVB operates five over-the-air television channels—Jade, J2, Jade HD, iNews (Cantonese), and Pearl (English)—and 13 pay TV channels. Under a series of written license agreements, TVB (USA) and its affiliates broadcast and distribute TVB programming in the United States.

3.     I have worked for TVB (USA) in various roles since 2000. In 2002, I was promoted to Vice President. In my current role as Vice President, Operations, I am responsible for overseeing the functions of Subscription Sales and Customer Service, U.S. News Production, Television Production, Engineering, and Information Technology. As a result of my experience working for TVB (USA) since 2000 and in my different roles as Customer Service Manager, Vice President, Marketing, and now Vice President, Operations, I am familiar with TVB (USA)'s business, including its history as a company, its programming, its programming distribution models, and its agreements with other companies to distribute its television programming within the United States. I am also familiar with the TVpad device, the infringing television programming available on that device, and TVB (USA)'s investigation of the manufacturer and distributors of the TVpad.

---

DECLARATION OF SAMUEL P. TSANG
DWT 27754913v4 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

4.      As part of my job responsibilities, I have led TVB (USA)'s investigation of the TVpad device and the unlicensed international television programming accessible to U.S. consumers through the TVpad device (the "TVpad Retransmission Service"). I personally have inspected several TVpad devices acquired by TVB (USA) in the course of its investigation. In addition, I personally have viewed the streamed television programs delivered by the TVpad Retransmission Service. Also, I personally have inspected the software applications or "apps" available through the TVpad device's "TVpad Store" to determine which apps illegally stream TVB channels and TVB programs without authorization.

5.      As part of our investigation of the TVpad device, my colleagues and I periodically viewed programming on the TVpad1 device and its successors from June 2011 until the present. On the first date we tested, June 20, 2011, the TVpad1 device—which used a menu of functions rather than TVpad apps—was streaming 11 TVB and CCTV live channels: Jade, HD Jade, iNews, J2, Pearl, CCTV-1, CCTV-2, CCTV-10, CCTV-12, CCTV-新聞 (CCTV News), and CCTV少兒 (CCTV Kids). Our periodic viewing of programming on TVpad devices confirms that, since June 2011, all versions of the TVpad device have made at least these TVB and CCTV channels available for live streaming. Over the 1,039 days from June 20, 2011 through April 23, 2014, these 11 channels alone accounted for 274,296 hours of programming.

6.      As part of my investigation of the TVpad device, I personally viewed the programs made available on a number of TVpad apps to determine which apps were streaming TVB programs without authorization (the "Infringing TVpad Apps"). As part of that effort, I documented a number of copyrighted TVB programs that were illegally transmitted through the TVpad device through video-on-demand ("VOD"). TVB's efforts to document its infringed television programs are detailed in the Complaint, including at Paragraphs 114 and 115 and Exhibits C and D to the Complaint, which list all of TVB's infringed television programs documented during

DECLARATION OF SAMUEL P. TSANG
DWT 27754913v4 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

our early investigation of the TVpad device, as well as providing true and correct copies of all of the certificates of registration for those television programs. I also detailed these findings in my declaration in support of Plaintiffs' request for preliminary injunctive relief, dated March 13, 2015, at Paragraphs 26 and 27 and Exhibits 92 and 93.  In total, TVB, with the help of its investigators, documented 23 episodes of copyright registered TVB television programs that were live streamed on TVpad devices, and 406 episodes of copyright registered TVB television programs that were available through VOD mode on TVpad devices at the time of filing the Complaint.

7.     From June 18, 2015 through August 24, 2015—after the Court entered its preliminary injunction order in this matter on June 11, 2015—I and several TVB colleagues at my direction accessed the TVpad1, TVpad3 and TVpad4 devices that TVB had purchased for purposes of our investigation in order to determine whether the TVB programs that I had previously identified as being made available on the TVpad device through the Infringing TVpad Apps had been taken down by CNT, as required by the preliminary injunction order. I and my colleagues also tested the TVpad devices to determine whether any <u>additional</u> episodes of TVB copyrighted programs were now being infringed through the Infringing TVpad Apps. As a result of this testing, we confirmed that all 406 episodes of TVB programming we had previously documented as being infringed through various Infringing TVpad Apps in VOD mode were <u>still</u> being illegally streamed on the TVpad devices. We also documented thousands of additional examples of infringement, as detailed further below. (The episode counts in paragraphs 6-9 below, from our June through August 2015 testing, include the 406 episodes originally documented. There is otherwise no overlap between those episode counts.)

8.     From June 18, 2015 through June 22, 2015, I used a TVpad3 device located in my office, and later in my home, to determine what TVB programs can be accessed on the TVpad device using the Infringing TVpad App called Gang Yue

Wang Luo Dian Shi, which provides VOD content. I opened the app and personally observed which TVB series and episodes were available for streaming. I also accessed and viewed a portion of each of 1,216 episodes of TVB programs accessible through this Infringing TVpad App to confirm that the content was viewable once accessed.

9.     From June 18, 2015 through June 22, 2015, at my direction, my TVB colleague Ringo Wong used a TVpad1 device located in his home to determine what TVB programs are available through the Infringing TVpad App called Gang Yue Kuai Kan, which also provides VOD content. Mr. Wong confirmed that he opened the Infringing TVpad App and personally observed that all 774 episodes of the TVB Program entitled "Come Home Love" were viewable on the TVpad device through the Gang Yue Kuai Kan app.

10.    From June 18, 2015 through June 22, 2015, at my direction and in my presence, my colleague Eva Tam used a TVpad4 device located at TVB's offices to determine what TVB programs are available through the Infringing TVpad App called Gang Tai Wu Xia, which also offers VOD content. Ms. Tam opened the app, and we together personally observed which TVB series and episodes were available for streaming by that VOD app. We accessed and viewed a portion of 398 episodes of TVB drama programs that were available on the TVpad device through this Infringing TVpad App.

11.    From August 20, 2015 through August 24, 2015, Ringo Wong conducted a re-test of the Gang Yue Wang Luo Dian Shi Infringing TVpad App to determine what additional programs were being infringed. Mr. Wong documented that 540 additional TVB program episodes not identified during our June testing were available through VOD mode on the TVpad device. 187 of these newly tested programs are already registered with the U.S. Copyright Office, while 328 other infringed episodes are either programs for which TVB has submitted Copyright applications, fees and samples, but for which TVB has not yet received registrations,

or are of such recent vintage that they are still in the process of being aired or were just recently aired in Hong Kong or the United States, and Copyright applications are in the process of being filed with the U.S. Copyright Office.

12.     In total during our June and August 2015 testing, I and my team witnessed 2,928 episodes of TVB programs being made available in VOD format through Infringing TVpad Apps on TVpad devices after entry of the Court's preliminary injunction order. Of these VOD episodes, 1,966 of these works are registered with the U.S. Copyright Office.

13.     In addition to these works, TVB previously documented, with the help of its investigators, 23 TVB copyrighted episodes that were live streamed through the Infringing TVpad Apps on the TVpad device. Of those episodes, 13 of those episodes have since been moved to the VOD menu of the Infringing TVpad App we tested in August—and are part of the 1,966 episodes of registered works listed above— leaving 10 episodes of content infringed through live streaming.

14.     Taking into account these earlier documented infringed episodes, the total number of copyrighted episodes of TVB television programming infringed through the TVpad device and Infringing TVpad Apps—in both live streaming and VOD modes—that we have been able to document totals 1,976 works.

15.     A summary chart detailing the title, date of infringement, copyright registration number and Infringing TVpad App for each of the registered works TVB determined were still being infringed through our June through August 2015 testing is attached hereto as **Exhibit 43.** True and correct copies of the certificates of registration for these works are attached hereto as **Exhibit 44**. These registrations were obtained by TVB's wholly owned subsidiary, TVBO Production Limited and TVBO's predecessor-in-interest, TVB (Overseas) Limited.

### Continuing Irreparable Harm to TVB (USA)'s Business

16.     Despite the Court's entry of a preliminary injunction in this action, Defendants have continued their illegal conduct by providing, inducing, and

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

facilitating unauthorized streaming of TVB Channels and TVB Programs in the United States. As a consequence, TVB (USA) has continued to experience serious and irreparable injury for which we request redress through permanent injunctive relief. I summarize the nature and scope of the injury TVB (USA) experiences by virtue of Defendants' wrongful conduct, below:

17.   <u>First</u>, Defendants' infringing conduct in providing and facilitating unauthorized streaming of TVB Channels and TVB Programs significantly reduces a valuable revenue stream to TVB (USA) and its affiliates. Through the TVpad Retransmission Service, Defendants compete directly with TVB (USA) and its U.S. Distribution Partners in distributing TVB Channels and TVB Programs in the United States. In substance, Defendants are operating a wholly unauthorized and free TVB retransmission service in the United States. This has caused and will continue to cause TVB (USA)'s U.S. Distribution Partners to lose an unknown number of subscribers who otherwise would be willing to pay subscription fees for access to TVB U.S. Channels and TVB Programs. When the U.S. Distribution Partners lose paying subscribers, it reduces the licensing revenues that TVB (USA) and its affiliates receive from the U.S. Distribution Partners because revenue payments are based on the number of their subscribers who subscribe to TVB U.S. Channels or packages.  If Defendants had come to TVB for a license for TVB content for the TVpad, and considering that Defendants would have to negotiate for live-streaming, 12-hour delay and VOD rights across multiple apps, we likely would not have been willing to license our content, but even if we had, we would have charged a significant premium.

18.   Although it is difficult to calculate the amount of revenue TVB (USA) has lost from lost licensing revenue because Plaintiffs do not know how many customers TVB (USA)'s U.S. Distribution Partners have lost as a result of Defendants' unlawful activities, I can explain the magnitude of the loss based on my knowledge and experience. Prior to the launch of TVpad in 2011, TVB (USA)'s U.S.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

distribution revenue had been increasing every year. But since the launch of the TVpad device, our annual U.S. distribution revenue has dropped significantly, especially in the last two years. From 2011 until the present, our U.S. distribution revenue has decreased by approximately 50%, totaling millions of dollars in lost revenues.

19.     I have personally observed the popularity of the TVpad device. I know many Chinese-Americans who have purchased a TVpad device to watch TVB programming. I have also observed that U.S. TVpad distributors advertise the TVpad device in major Chinese-language newspapers in the United States, online, and at events in the Chinese-American community. Based on my personal experience, my understanding of the ethnic Chinese television market in the United States, and my experience working for TVB(USA), I conclude that a substantial factor in the precipitous drop in our subscriber base has been and continues to be unfair competition from the TVpad device and TVpad Retransmission Service, which can (and do) make TVB programming available to U.S. customers for free solely because Defendants do not pay program license fees to us or anyone else. As noted above, it is difficult to calculate the amount of revenue TVB (USA) has lost in this way because we do not know how many subscribers and prospective subscribers TVB (USA) has lost due to the TVpad device and TVpad Retransmission Service.

20.     In addition, by providing the live, time-shift, video-on-demand, and replay live modes found in the Infringing TVpad Apps, the TVpad device basically encompasses all the different functions that exist to allow a user to watch TVB Channels and TVB Programs at any time the user desires. Each of these functions represents a potential revenue stream to TVB (USA), but Defendants have usurped this legitimate market. This unfair competition undermines TVB (USA)'s U.S. Distribution Partners' competitive position in the market, and thus diminishes TVB (USA)'s existing as well as potential revenue. The precise scope of the harm is

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

difficult to quantify, but I am certain that the magnitude of the harm has already affected TVB (USA)'s stability and standing in the market.

21.     Second, Defendants' infringing conduct in providing and facilitating unauthorized streaming undermines TVB (USA)'s strategic choices about where, when, and how to distribute its programs, particularly because TVB (USA) has chosen to limit distribution of TVB programming to a small number of U.S. Distribution Partners. TVB (USA) also carefully controls the timing and location of the distribution of TVB's television programs in the United States to create the maximum incentive for U.S. customers to purchase access to TVB U.S. Channels through their cable, satellite, or telecommunications providers.

22.     For example, in the United States, TVB (USA) generally broadcasts its popular dramas based on the East Coast time schedule approximately twelve hours after they first air in Hong Kong, so that United States viewers may watch new episodes during the traditional prime time scheduling block between 6PM and 11PM on weeknights. In turn, our U.S. Distribution Partners value the right to broadcast new episodes in this prime time scheduling block. These U.S. Distribution Partners rely on the understanding that, in their particular time zone, they—along with other authorized U.S. Distribution Partners—all will air a new episode at exactly the same time so that their customers get access to fresh, timely content at the same time as their competitors' customers. This is particularly important for TVB's popular dramas, many of which are "cliff hangers" that create a great deal of anticipation and excitement from episode to episode.

23.     By streaming live broadcasts of TVB Channels from Asia at the same time that those broadcasts air in Asia, Defendants destroy TVB (USA)'s programming strategies and upset the legitimate expectations of our U.S. Distribution Partners. For example, if a popular drama airs at 8PM on TVB's Jade Channel in Hong Kong, the Infringing TVpad Apps that stream live television will show that TVB drama at approximately 4AM Los Angeles time. A TVpad user living in Los

DECLARATION OF SAMUEL P. TSANG
DWT 27754913v4 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Angeles can watch the TVB drama at 4AM rather than having to wait until later that day to see the show on an authorized TVB U.S. Channel. Equally damaging, the TVpad user in Los Angeles can use an Infringing TVpad App with a replay live mode or video-on-demand function to watch the show at a more convenient time— for example, the following morning or during a break from work the next day—but still several hours <u>before</u> the show is aired on a TVB U.S. Channel by one of our authorized U.S. Distribution Partners.

24.     In addition, Defendants' unlawful conduct deprives TVB (USA) of its right <u>not</u> to retransmit the TVB Channels in the United States in their original form, as well as to limit or curate the TVB Programs that will air in the United States. TVB (USA) does not distribute all of the programming from TVB's Hong-Kong and Taiwan channels in the United States, and for that reason it creates a unique feed for the TVB U.S. Channels. TVB (USA) carefully chooses the content distributed on the TVB U.S. Channels to fit the tastes of the U.S. market. Defendants' unauthorized streaming of <u>all</u> TVB Channels and TVB Programs aired in Asia deprives TVB (USA) of its ability to curate its television programming for a United States audience. This loss of control threatens to hurt TVB (USA)'s goodwill with U.S. audiences and U.S. Distribution Partners, and the precise scope of the harm is difficult to quantify.

25.     <u>Third</u>, Defendants' unlawful conduct significantly reduces the value of video-on-demand rights that TVB (USA) can offer its U.S. Distribution Partners. In addition to licensing the TVB U.S. Channels, TVB (USA) can also license to cable, satellite, and other television providers the right to offer subscribers access to either previously aired TVB Programs or classic/popular TVB Programs for "on demand" viewing on standard televisions and mobile devices. The free availability in the TVpad Store of Infringing TVpad Apps that provide a video-on-demand function undermines TVB (USA)'s ability to grant a lucrative exclusive license for video-on-demand content because our prospective licensees' potential customers can get the same video-on-demand service through the TVpad for free. That injury is

DECLARATION OF SAMUEL P. TSANG
DWT 27754913v4 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

exacerbated by the fact that Defendants have also quickly converted TVB episodes only recently aired in Hong Kong or the United States into VOD format. This instant conversion of live programming to VOD not only further undermines TVB (USA)'s ability to grant lucrative licenses for this content, it also provides an example of how TVB is being injured not only by the constant streaming of its live broadcasts through the Infringing TVpad Apps, but also by the ongoing accessibility of these programs for repeated and ongoing infringement by uncounted TVpad users on a daily basis once these episodes are converted to VOD.

26.     Fourth, Defendants' infringing conduct in providing and facilitating unauthorized streaming of TVB Channels and TVB Programs in the United States interferes with TVB (USA)'s ability to develop and exploit a lawful market for Internet distribution of its television programs in the United States. DISH is our U.S. Distribution Partner for delivery of TVB content to subscribers via OTT (linear) streaming over the Internet. The TVpad Retransmission Service competes directly with DISH's Internet-based streaming service ("Sling International") because of the similarity of the technology, damaging TVB (USA)'s relationship and goodwill with DISH. In addition, the TVpad Retransmission Service threatens to confuse consumers about Internet-based distribution channels more generally, including what constitutes lawful Internet-based exploitation and whether payment is required for access to TVB Channels and TVB Programs through the Internet.

27.     Fifth, Defendants' infringing conduct in providing and facilitating unauthorized streaming of TVB Channels and TVB Programs in the United States threatens TVB (USA)'s ability to negotiate favorable license agreements with its U.S. Distribution Partners in the United States. Our U.S. Distribution Partners pay fees to TVB (USA) and its affiliates for the right to transmit TVB U.S. Channels and certain TVB Programs in the United States. Defendants' unauthorized streaming of TVB Programs in the United States competes directly with our U.S. Distribution Partners, potentially undercutting the value of their license agreements. If Defendants

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

are permitted to continue competing directly with our U.S. Distribution Partners by illegally stealing and streaming TVB's own content, it inevitably will reduce the amount that U.S. Distribution Partners are willing to pay TVB (USA) and its affiliates, thereby significantly reducing TVB (USA)'s revenues through license agreements for retransmission in the United States.

28.    In addition, the unlicensed availability of TVB Channels and TVB Programs undermines TVB (USA)'s relationships with its U.S. Distribution Partners and damages TVB (USA)'s goodwill with them.

29.    <u>Sixth</u>, Defendants' infringing conduct impairs TVB (USA)'s brand, reputation, and goodwill with consumers by associating TVB programming with poor quality viewing experiences on the TVpad device. TVB (USA) takes steps to safeguard its reputation with respect to the quality of the viewing experience that viewers can expect when they watch TVB Channels and TVB Programs. Many of the license agreements that TVB (USA) and its affiliates have with U.S. Distribution Partners require that certain quality standards be met. TVB (USA) has no contract with any of the Defendants and therefore lacks any way to ensure that they provide viewers with a quality viewing experience. As set forth in detail in the accompanying Braak Declaration, which I have reviewed, Mintz investigators have documented numerous problems with the TVpad viewing experience. In addition, Mintz investigators have reviewed popular TVpad forums and discovered that posters on those forums frequently complain about technical problems with the TVpad device, including poor image quality and interruptions in service. Associating TVB Channels and TVB Programs with Defendants' poor-quality TVpad service threatens to harm TVB (USA)'s brand and reputation, depriving it of customer goodwill. The harm associated with this injury to reputation and loss of customer goodwill is difficult to quantify.

///

///

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

30.     In short, through their infringing activity, Defendants have stripped TVB (USA) of control over its own copyrighted works and use those same copyrighted works to compete directly with TVB (USA) and its U.S. Distribution Partners, injuring their business models and depriving them of customer goodwill, causing TVB (USA) harm that is virtually impossible to calculate or quantify.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _14_ day of September, 2015.

_____

Samuel P. Tsang

DECLARATION OF SAMUEL P. TSANG
DWT 27754913v4 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF CHUNGUANG LU

# DECLARATION OF CHUNGUANG LU

I, Chunguang Lu, declare as follows:

1.      I am the President of Plaintiff China International Communications Co., Ltd. ("CICC"), an affiliate of Plaintiff China Central Television ("CCTV").  I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true. I make this declaration in support of Plaintiffs' motion for a preliminary injunction.

2.      I have worked for CICC in various roles since 2006.  In 2013, I was promoted to President.  In my role as President, I am responsible for overseeing the entire business operations of CICC, including marketing, customer relations, and licensing relationships with CICC's distribution partners.  As a result of my experience working for CICC since 2006 and in my role as President, I am familiar with CICC's business and history as a company, and its licensing of CCTV programming in the United States.  I am also familiar with the TVpad device, the infringing television programming available on that device, and CICC's investigation of the manufacturers and distributors of the TVpad device.

## CCTV's Business

3.      Plaintiff CCTV is the predominant state television broadcaster in mainland China.  CCTV has 42 television channels.  CCTV's flagship over-the-air channels in China are CCTV1 through CCTV14 (collectively, the "CCTV Channels").  CCTV's television programming reaches more than a billion viewers, more than every major television network in the United States and Europe combined.  CCTV is China's most influential and prolific television program producer, creating and broadcasting a wide variety of television programs, including  news, dramas, comedies, sports, documentaries, and entertainment programming.  In addition to its

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

television programs, CCTV has also built up a multimedia broadcasting platform and business operation, which includes movies, newspapers, and the Internet.

4.    CICC is a wholly owned subsidiary of China International Television Corporation ("CITVC"), which, in turn, is a wholly owned subsidiary of CCTV. CICC is responsible for the overseas distribution and promotion of CCTV's "Great Wall Package."

5.    CCTV's Great Wall Package consists of programming from 22 Chinese television channels including the following CCTV channels:  CCTV-4, CCTV-E, CCTV-Entertainment, CCTV-News, CCTV Movies (distributed as "China Movie Channel (CMC)"), and CCTV-Opera.  CICC licenses and distributes the Great Wall Package in the United States, Canada, Latin America, Asia, Europe and Southeast Asia.  The Great Wall Package is the only package of Chinese television programs approved for overseas broadcast by China's State Administration of Radio Film and Television.  (Hereafter, I shall refer to the CCTV channels included in the Great Wall Package, as distributed in the United States, collectively as the "CCTV U.S. Channels".)

### CCTV's Television Programs

6.    CCTV produces, distributes, and owns the copyrights to a wide variety of television programming, including episodic dramas, comedies, news programs, sports, and other programs that are initially broadcast in China ("CCTV Programs"). CCTV Programs include episodes of highly successful programs such as "Across the Strait," "Star Walk," and "Art Life."

7.    CCTV spends substantial sums of money each year producing or acquiring rights to its content, including episodic dramas, sporting events, and news programs.  CCTV and its affiliates spend millions of dollars a year advertising and promoting CCTV Programs.

8.    CCTV has obtained United States copyright registrations for the television programs listed in Exhibit 94 (collectively, the "Registered CCTV

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Programs"). The Registered CCTV Programs are only a small subset of the total programming that CCTV produces and distributes internationally, including in the United States.

### Distribution of CCTV Programs Through Lawful Channels

9. On behalf of CCTV, CICC distributes the Great Wall Package in the United States through three authorized distribution partners: Plaintiff DISH Network L.L.C. ("DISH"), iTalk TV, and Kylin TV (collectively, the "Authorized U.S. Providers"). DISH is a satellite television and "Over-the-Top" (OTT)[1] services provider of the Great Wall Package. iTalk TV and Kylin TV are OTT providers of the Great Wall Package.

10. On behalf of CCTV, CICC enters into license agreements with the Authorized U.S. Providers that give the Authorized U.S. Providers the right to transmit the Great Wall Package, including the CCTV U.S. Channels and the CCTV programs carried on those channels, in the United States. The Authorized U.S. Providers pay CICC licensing fees for the right to transmit CCTV U.S. Channels and certain CCTV Programs to their customers. A portion of the licensing fees that CICC receives from the Authorized U.S. Providers are then paid to CCTV.

11. Although CICC licenses certain rights to CCTV programming in the United States, CCTV retains and owns the exclusive right to reproduce, publicly perform, and transmit CCTV channels and programs over the Internet in the United States.

12. In 2004, Plaintiff DISH's predecessor-in-interest, EchoStar Satellite L.L.C., entered into a license agreement with CITVC, which at the time handled U.S. licensing of CCTV television programs before CICC took responsibility for that role.

---

[1] For purposes of this motion, "Over-the-Top" or "OTT" refers to the delivery of video programming using an Internet connection that is not owned, managed, or operated by the party delivering the programming (e.g., Netflix).

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

That license agreement granted to EchoStar the exclusive right to transmit CCTV's Great Wall Package in the United States via satellite.

13.     DISH and CICC, as successors-in-interest to the original parties to the licensing agreement, have amended and renewed this licensing agreement periodically since 2004.  Under the license agreement, as amended, DISH continues to own the exclusive right to transmit the Great Wall Package via satellite in the United States.  In 2008, CICC also granted DISH the non-exclusive right to distribute the Great Wall Package via OTT television in the United States.

14.     Only a small subset of all CCTV Programs that air in China are retransmitted on the CCTV U.S. Channels.  For those programs, generally there is at least a twelve-hour delay between the first transmission of a CCTV Program in China and its initial retransmission in the United States on the CCTV U.S. Channels.  This delay accounts for the time difference between China and the East Coast of the United States and permits CCTV Programs to air on the CCTV U.S. Channels at approximately the same time of day as they air in China.

15.     The Authorized U.S. Providers in the United States charge their subscribers subscription fees to access the Great Wall Package.  Typically, CICC's licensing agreements require the Authorized U.S. Providers to split some portion of their revenues from subscription fees with CICC.

16.     Another CCTV affiliate, China Network Television (CNTV), streams CCTV television programming over the Internet from its website at http://tv.cntv.cn/.  CNTV's webcasts offer interactive audiovisual services, integrating features of Internet-based operations with those of television programming.  These include live video, video-on-demand, file upload, search and videocast services that make CNTV a popular online video platform for public information and entertainment.

17.     CNTV also distributes a number of mobile applications that offer streaming video of certain CCTV Programs, including CCTV SPORTS and CCTV

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

NEWS.  CNTV makes these apps available for download through the iTunes and Google Play stores, among other authorized sites.

18.    CICC spends substantial sums of money each year on the facilities, equipment, and labor necessary to distribute the CCTV U.S. Channels and CCTV Programs in the United States.  These costs include system building, satellite transponder rent, system maintenance, equipment purchases, and labor.

**Infringement of CCTV Channels and CCTV Programs**
**Through the TVpad Retransmission Service**

19.    In 2014, CCTV and CICC retained the Mintz Group, Inc. ("Mintz"), a global private investigation company, to investigate Defendants' operations and to conduct forensic analysis of the TVpad device and of the unlicensed international television programming accessible to U.S. consumers through the TVpad device (the "TVpad Retransmission Service").  Thereafter, TVB Holdings (USA), Inc. and DISH joined CCTV and CICC in their anti-piracy efforts involving the TVpad device and the TVpad Retransmission Service.

20.    The TVpad device is a set-top box.  When a user connects the TVpad device to both the Internet and a television, applications or "apps" available through a built-in software application called the "TVpad Store" on the TVpad device permit the user to view streaming television programs in the United States.  There are currently two TVpad models—TVpad3 and TVpad4—that are being sold to consumers in the United States.

21.    Based on Mintz's investigation, I understand that infringing applications available through the TVpad Store on the TVpad device intercept CCTV Channels and CCTV Programs from mainland China, as well as other television programming from Asia, and stream that pirated content to TVpad users in the United States and elsewhere around the world.

22.    Based on Mintz's investigation, I know that some TVpad applications stream live broadcasts of CCTV Channels from China at the same time they air in

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

China.  (I shall hereafter refer to this application function as the "live" function.)
Some TVpad applications permit users of the TVpad device to play broadcasts of
CCTV Channels from China for up to three days after they air in China.  (I shall
hereafter refer to this application function as the "replay live" function.)  I shall refer
collectively to the TVpad applications that stream CCTV Channels and CCTV
Programs without authorization as the "Infringing TVpad Apps".

23.     None of CICC, CCTV, or any of their affiliates have granted the
Defendants in this action or any other party a license or other permission to stream,
transmit or retransmit, or otherwise display, exhibit, perform, copy, and/or distribute
CCTV Channels or CCTV Programs through the Infringing TVpad Apps in the
United States, and CCTV and CICCC receive no revenue for this unauthorized
streaming.

24.     In consultation with Mintz, CICC has identified the following Infringing
TVpad Apps with live and/or replay live functions that stream the following CCTV
Channels to TVpad users in the United States without authorization:

|  | TVpad3 | TVpad4 |
|---|---|---|
| Infringing TVpad App and icon | CCTV's Programming and Mode | CCTV's Programming and Mode |
| BETV PLUS  BETV Plus |  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |

Lu Decl. ISO Motion for Preliminary Injunction
DWT 25452235v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| Infringing TVpad App and icon | CCTV's Programming and Mode | CCTV's Programming and Mode |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 516網路電視(516 Online TV)  | CCTV4 (live) | CCTV4 (live) |

Lu Decl. ISO Motion for Preliminary Injunction
DWT 25452235v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **CCTV's Programming and Mode** | **CCTV's Programming and Mode** |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer), CCTV 高尔夫, 网球（CCTV Golf/ Tennis）(all live) |

25.    One of the Mintz investigators with whom CICC has worked is Nicholas Braak.  As detailed in the accompanying Braak Declaration, between September 29 and October 9, 2014, Mr. Braak recorded infringing public performances of 30 episodes of CCTV Programs streamed through these Infringing TVpad Apps on the TVpad device.  CCTV has obtained United States copyright registrations for those 30 episodes.  *See* Exhibit 94 for the list of Registered CCTV Programs.  Based on Mintz's investigation, I know that the unauthorized streaming of the 30 Registered CCTV Programs represents only a small fraction of the infringing public performances of CCTV Programs transmitted without authorization through the TVpad device.  Each and every day, 24 hours a day, these Infringing TVpad Apps on the TVpad device stream to U.S. TVpad users <u>all</u> of the copyrighted content on the CCTV Channels from China without authorization and without any fees being paid to CCTV or its Authorized U.S. Providers.

## Irreparable Harm to CICC's and CCTV's Business

26.    Defendants' infringing conduct in providing and facilitating unauthorized streaming of CCTV Channels and CCTV Programs in the United States has caused and, unless enjoined, will continue to cause serious and irreparable injury

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to CCTV and CICC in at least the following ways, all of which are inherently and practically difficult to measure.

27.   <u>First</u>, Defendants' infringing conduct in providing and facilitating unauthorized streaming of CCTV Channels and CCTV Programs significantly reduces a valuable revenue stream to CCTV and CICC.  Through the TVpad Retransmission Service, Defendants compete directly with CCTV, CICC, and their Authorized U.S. Providers in distributing the Great Wall Package in the United States.  This has caused and will continue to cause CCTV's Authorized U.S. Providers to lose an unknown number of subscribers who otherwise would be willing to pay subscription fees for access to the Great Wall Package.  When the Authorized U.S. Providers lose paying subscribers, it reduces the licensing revenues that CICC and CCTV receive from the Authorized U.S. Providers, which revenue payments are based on the number of their subscribers who subscribe to the Great Wall Package.

28.   It is difficult to calculate the amount of U.S. licensing revenue CICC and CCTV have lost because Plaintiffs do not know how many subscribers and potential subscribers to the Great Wall Package the Authorized U.S. Providers have lost as a result of Defendants' unlawful activities. However, based on my experience and understanding of our business, the revenue losses suffered by CCTV and CICC have been substantial.  Since the launch of the TVpad device in 2011, CICC's annual U.S. licensing revenue has decreased by 41%, totaling millions of dollars in lost revenues.  Based on my knowledge and experience as President of CICC, I conclude that a substantial factor in this decline in our subscriber base has been and continues to be unfair competition from the TVpad Retransmission Service, which provides pirated CCTV programming to TVpad users for free without paying program license fees to CCTV, CICC, or anyone else.

29.   <u>Second</u>, Defendants' infringing conduct in providing and facilitating unauthorized streaming of CCTV Channels and CCTV Programs in the United States threatens CICC's ability to negotiate favorable license agreements on behalf of

9

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

CCTV with the Authorized U.S. Providers and other distributors in the United States. As noted above, the Authorized U.S. Providers pay fees to CICC for the right to transmit the Great Wall Package. As noted above, the TVpad Retransmission Service competes directly with the Authorized U.S. Providers, potentially undercutting the value of their license agreements. If Defendants are permitted to continue competing directly with the Authorized U.S. Providers using CCTV's own content, it will reduce the amount that Authorized U.S. Providers are willing to pay CICC, thereby significantly reducing the revenues received by CICC and CCTV through license agreements for retransmission in the United States.

30.     In addition, the unlicensed availability of CCTV Channels and CCTV Programs undermines CCTV's and CICC's relationships with the Authorized U.S. Providers and damages our goodwill with them.

31.     Third, Defendants' infringing conduct undermines CICC's and CCTV's strategic choices about where, when, and how to distribute their programs, particularly because CCTV and CICC have chosen to limit distribution of CCTV programming to a small number of Authorized U.S. Providers. This loss of control harms CCTV's and CICC's goodwill with U.S. audiences and the Authorized U.S. Providers. CICC carefully controls the timing and location of the distribution of CCTV Programs in foreign markets, including the United States, to create the maximum incentive for customers in those markets to purchase access to the Great Wall Package through the Authorized U.S. Providers.

32.     For example, in the United States, CCTV's popular television shows are generally retransmitted approximately twelve hours after they first air in China, so that United States viewers can watch new episodes during the traditional prime time scheduling block between 6PM and 10PM on weeknights. In turn, the Authorized U.S. Providers in the United States value the right to retransmit new episodes in this prime time scheduling block. The Authorized U.S. Providers rely on the understanding that, in their particular time zone, they—along with other Authorized

Lu Decl. ISO Motion for Preliminary Injunction
DWT 25452235v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

U.S. Providers—all will air a new episode at exactly the same time so that their customers get access to fresh, timely content at the same time as their competitors' customers.

33.     By streaming live broadcasts of CCTV Channels from China at the same time as those broadcasts air in China, the TVpad Retransmission Service upsets the legitimate expectations of the Authorized U.S. Providers by preemptively retransmitting CCTV Programs <u>before</u> those programs are first aired in the United States by the Authorized U.S. Providers.

34.     In addition, Defendants' unauthorized streaming deprives CCTV and CICC of their right <u>not</u> to retransmit most of the CCTV Channels in the United States at all, as well as to limit the CCTV Programs that will air in the United States.  CICC carefully chooses the content distributed on the CCTV U.S. Channels to fit the tastes of the U.S. market.  Defendants' unauthorized streaming of <u>all</u> CCTV programs aired in China deprives CCTV and CICC of their ability to curate their television programming for a United States audience.  This loss of control threatens to hurt CCTV's and CICC's goodwill with U.S. audiences and the Authorized U.S. Providers.  The precise scope of the harm is difficult to quantify.

35.     <u>Fourth</u>, Defendants' infringing conduct in providing and facilitating unauthorized streaming of CCTV Channels and CCTV Programs in the United States interferes with CCTV's and CICC's ability to develop and exploit a lawful market for Internet distribution of their television programs in the United States.  As noted above, on behalf of CCTV, CICC enters into licensing agreements with Authorized U.S. Providers, including DISH, that provide Internet-based streaming services.  The TVpad Retransmission Service competes directly with those services because of the similarity of the technology, damaging CCTV's and CICC's relationship and goodwill with legitimate Internet-based licensees.  In addition, the TVpad Retransmission Service threatens to confuse consumers about Internet-based distribution channels more generally, including about what constitutes lawful

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Internet-based exploitation and whether payment is required for access to CCTV Channels and CCTV Programs.

36.     Fifth, Defendants' infringing conduct impairs CCTV's brand, reputation, and goodwill with consumers by associating its programming with poor quality viewing experiences on the TVpad device.  CCTV and CICC take steps to safeguard CCTV's reputation with respect to the quality of the viewing experience that U.S. viewers can expect when they watch CCTV Channels and CCTV Programs. Many of CICC's license agreements with the Authorized U.S. Providers require that certain quality standards be met.  CICC has no contract with any of the Defendants and therefore lacks any way to ensure that they provide viewers with a quality viewing experience.  As set forth in detail in the accompanying Braak Declaration, Mintz investigators have documented numerous problems with the TVpad viewing experience.  In addition, Mintz investigators have reviewed popular TVpad forums and discovered that posters on those forums frequently complain about technical problems with the TVpad device, including poor image quality and interruptions in service.  Associating CCTV Channels and CCTV Programs with Defendants' poor-quality service threatens to harm CCTV's and CICC's brand and reputation, depriving them of customer goodwill.  The harm associated with this injury to reputation and loss of customer goodwill is difficult to quantify.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _16_ day of February, 2015.

Chunguang Lu

Lu Decl. ISO Motion for Preliminary Injunction
DWT 25452235v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF CHRISTOPHER WEIL

## DECLARATION OF CHRISTOPHER WEIL

I, Christopher Weil, declare as follows:

1.      I am a licensed private investigator and partner/shareholder of Mintz Group LLC ("Mintz"), a corporate research and investigations firm headquartered in New York, with offices located in Washington D.C., London, Hong Kong, Beijing, Nairobi, and six other cities throughout the world. I have been employed by Mintz since July 1999. I have worked as a corporate investigator for more than 16 years. During my career I have been involved in, and have overseen, hundreds of investigations involving intellectual property infringement, cybercrime, Internet forensics, and other matters. I make this declaration in support of Plaintiffs' motion for default judgment. I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters I believe to be true.

2.      Mintz was retained in 2014 by Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)") and DISH Network L.L.C. ("DISH") (collectively "Plaintiffs") to investigate the TVpad device.

3.      I am and have been the lead investigator for Plaintiffs' investigation of the TVpad since Mintz was retained. In my work on this matter, I managed all aspects of the investigation, including directing our investigators' research, forensic examination, contact with targets, and other activities undertaken in furtherance of the investigation. As the lead investigator, I have reviewed all of the records generated by Mintz's research, have had detailed discussions with the investigators on the direction, progress, and results of our investigation, and have personally viewed the TVpad devices we have acquired through our investigation, as well as the streamed content delivered by those devices.

---

DECLARATION OF CHRISTOPHER WEIL
DWT 27753731v3 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### CNT's TVpad Marketing Focus on Overseas Chinese

4.     As part of Mintz's investigation on behalf of Plaintiffs, Mintz has investigated the manufacturer of the TVpad, Defendant Create New Technology (HK) Ltd. ("CNT"). To do this, we investigated how the TVpad Store on the TVpad device operates, and reviewed CNT's advertising, promotional, and customer support materials.

5.     Mintz's investigation shows that on their websites, fan forum and Facebook page, CNT has marketed the TVpad device overwhelmingly to overseas Chinese (*i.e.*, Chinese-speaking consumers residing in countries other than China).

6.     For example, CNT operates a website at itvpad.com that advertises and offers for sale the TVpad device. The website contains both Chinese- and English-language webpages. In February 2015, the English-language "About Us" webpage for CNT stated:  "We hope that we can, through unremitting efforts, safely send our TVpad products to thousands of overseas Chinese without delay."  Attached hereto as **Exhibit 45** is a true and correct copy of a printout of the English-language "About Us" webpage from iTVpad.com, which printout I personally confirmed accurately reflected the contents of that webpage on February 2, 2015.

7.     CNT recently changed its official website from itvpad.com to mtvpad.com in or around June 2015. CNT mirrored much of the itvpad.com content to the mtvpad.com site. The "About Us" page on the mtvpad.com website is slightly different from the content I observed in February. Now, in addition to the statement above, that page also reads:

> Brand Introduction:
> TVpad, the best Chinese TV box, specializes in providing
> stable, smooth and HD Chinese contents to overseas
> Chinese. So far, TVpad has served more than 200 countries
> and regions with high quality Chinese contents.

DECLARATION OF CHRISTOPHER WEIL
DWT 27753731v3 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Attached hereto as **Exhibit 46** is a true and correct copy of a printout of the English-language "About Us" webpage from mtvpad.com, which printout I personally confirmed accurately reflects the contents of that webpage on September 11, 2015.

8.     On December 1, 2014, when CNT announced on its website the release of the TVpad4, its English-language announcement promoted the new model by touting the availability of Chinese language programming on the new model. The website stated:

> GCN edition packs massive contents from mainland China, Taiwan and HK.
>
> Exclusive mandarin and Cantonese contents and massive third party apps.
>
> Over 10 live channels and 10 thousands of hit VODS, films and entertainments.
>
> * * *
>
> Best Streaming Player for Overseas Chinese

Attached hereto as **Exhibit 47** are true and correct copies of printouts of relevant webpages from itvpad.com announcing the release of the TVpad4 and discussing the GCN edition's focus on Chinese language users, which printouts I personally confirmed accurately reflected the contents of those webpages on February 6, 2015.

9.     CNT's website blog also extensively promotes the TVpad device as a device that provides overseas Chinese consumers with access to Chinese-language TV programs from China. For example, in an undated blog post entitled "Tons of Apps in TVpad, which app is designed for you?", CNT recommends a variety of Infringing TVpad Apps by touting the availability of Chinese language television to Chinese users:

> LIVE TV
>
> 516 [an Infringing TVpad App]: is a live Chinese TV app, and you can watch live channels or local TV from Taiwan

---

3

DECLARATION OF CHRISTOPHER WEIL
DWT 27753731v3 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

> BETV [an Infringing TVpad App]: is a live app for providing local TV channels of mainland china ,which covers abundant TV resources including financial news, entertainment gossip, local TV and sports, and more.
>
> 粤海宽频[Yue Hai Kuan Pin]APP [an Infringing TVpad App] provides you some characteristic live tv programs such as TVB drama, contonese [sic] songs and Hongkong-made films, and more.

The infringing 516 apps streams both TVB and CCTV programs; the infringing BETV apps stream CCTV programs; and the infringing Yue Hai apps stream TVB programming. Attached hereto as **Exhibit 48** are true and correct copies of printouts of CNT's "Tons of Apps" blog post from both the itvpad.com and mtvpad.com websites, which I confirmed accurately reflect the contents of this blog post on September 11, 2015.

10.     A blog post by CNT on December 23, 2014  announcing the TVpad4 specifically touted the availability of hundreds of channels from China, Hong Kong and Taiwan, including specifically TVB content, stating:

> Most streaming players do not support live channels or may charge relative fees, but TVpad4 provides us with over 300 channels from mainland China and more than 40 live TV channels from HK andTaiwan [sic] (TVB also included) for free!

Attached hereto as **Exhibit 49** is a true and correct copy of printouts of CNT's December 23, 2014 blog post from the itvpad.com and mtvpad.com websites, which I confirmed accurately reflects the contents of this blog post on September 11, 2015.

11.      In another blog post in which CNT instructs customers how to download and install the Infringing TVpad App BETVII from the TVpad Store and how to select infringing television broadcasts, CNT states:

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

> BETV is an exclusively designed [sic] for overseas Chinese to provide local Chinese TV programming application. A new replay function for BETV added into TVpad2 with brand new user interface.
>
> By this new function, users can reply [sic] 32+ Chinese (mainland) live channels of BETV at anywhere and anytime to solve time shift issue.

Attached hereto as **Exhibit 50** are true and correct printouts of CNT's instructional blog post from both the itvpad.com and mtvpad.com websites, which I confirmed accurately reflect the contents of this blog post on September 11, 2015.

12.    CNT also operates the "TVpad" Facebook page at https://www.facebook.com/mytvpad, and provides links to that Facebook page on the English- and Chinese-language homepages of mtvpad.com. CNT's Facebook "About" page states:

> Let all Chinese people around the world exclusive stream on Chinese TV & VOD without monthly fees because of TVpad
>
> http://www.mtvpad.com/

Attached hereto as **Exhibit 51** are true and correct copies of printouts from the TVpad Facebook pages titled "Timeline" and "About", which I confirmed on September 11, 2015 accurately reflect CNT's Facebook pages on those dates.

13.    In order to investigate CNT's marketing and advertising of the TVpad device on its Facebook page, I worked with a Mintz investigator fluent in Chinese to determine what CNT and its users were saying about the device. Based on that review, I have determined that the vast majority of posts by CNT and its users on its Facebook page are in the Chinese language. A representative post by TVpad in Chinese in August 2013, solicits ideas and suggestions from TVpad users about new apps and channels to make available to "allow overseas TVpad users to enjoy better

DECLARATION OF CHRISTOPHER WEIL
DWT 27753731v3 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Chinese TV services...."  Users respond, again in Chinese, about the content they would like to see added.  Attached hereto as **Exhibit 52** are true and correct copies of printouts of representative posts from the TVpad Facebook page, which printouts I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflect the contents of those webpages on February 2, 2015, and certified translations from Chinese to English of those printouts.

14.     Similarly, CNT's official fan forum is also in Chinese. On its website, CNT describes TVpad Fans as an "official platform", and provides links to the fan forum on its itvpad.com and mtvpad.com websites. *See* **Exhibit 45**, at 1. With the assistance of a Mintz investigator fluent in Chinese, I have reviewed the TVpad Fans forum. The TVpad Fans forum hosts discussion threads on everything from technical support for the TVpad device to discussions about the infringing television programming available on the TVpad. By far, the vast majority of these posts are by Chinese speakers. Attached hereto as **Exhibit 53** are true and correct copies of printouts of representative examples of these forum post webpages, which printouts I personally confirmed with the assistance of a Mintz investigator fluent in Chinese accurately reflect the contents of those webpages on February 3, 2015, along with certified translations of those printouts.

15.     Not only does CNT market the TVpad device to overseas Chinese, but it does so while also touting the TVpad device as a method to avoid having to pay the cost of monthly subscription fees from authorized providers of TVB or CCTV content, such as through Plaintiff DISH.  For example, in a post on the CNT fan forum dated July 22, 2015, a customer states that "Admin recommended that I write a review to compare how the old and new [TVpad] models differ." The customer goes on to state in the review:

> About 4-5 years ago, I bought the first generation TvPad.
>
> At the time, I bought it because TvPad was the only thing I
>
> could use to watch live broadcasts of Hong Kong programs

DECLARATION OF CHRISTOPHER WEIL
DWT 27753731v3 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

without paying a monthly fee. Before buying TvPad, I paid a monthly fee of $39.99 (US dollars, same for the rest of the post) to watch Hong Kong Jade Channel.

At the conclusion of a lengthy review of the device, the customer goes on to recommend the TVpad device.  The administrator for the blog then added this thread to its list of best posts on July 23, 2015.   A true and correct copy of this post printed on July 31, 2015, and which I confirmed accurately reflects the contents of this website on September 11, 2015, is attached hereto as **Exhibit 54**, along with a certified translation to English.

16. Having investigated CNT's marketing and advertising of the TVpad for over a year now, I can confirm that the dominant focus of CNT's advertising promoting the TVpad device is to Chinese speakers living outside China, using Plaintiffs' television programs in particular to drive sales.

### CNT's  Retail Pricing of the TVpad Device

17. Also as part of Mintz's investigation on behalf of Plaintiffs, Mintz has made purchases of TVpad devices from CNT's official TVpad store, and from other resellers. We have also monitored pricing details from time to time on CNT's online store for the TVpad. I therefore have familiarity with the retail pricing of the TVpad device by CNT and its authorized resellers.

18. On December 5, 2014, Lily Lau, a Mintz investigator, purchased a TVpad4 device at my direction from CNT's website located at itvpad.com. Mintz paid $279 for that device. True and correct copies of the transaction emails and payment confirmation are attached hereto as **Exhibit 55,** with details concerning Mintz's confidential address and mobile phone information redacted for privacy and confidentiality.

19. In February 2015, CNT was offering the TVpad for sale to consumers on its itvpad.com website for prices ranging from $199 to $299, depending on the particular TVpad "edition" being sold. Attached hereto as **Exhibit 56** is a true and

7

DECLARATION OF CHRISTOPHER WEIL
DWT 27753731v3 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

correct copy of a printout of the "Store" webpage from itvpad.com, which printout I personally confirmed accurately reflected the contents of that webpage on February 2, 2015.

20.     The TVpad edition that CNT was selling at a retail price of $199 makes available only apps that stream Mandarin-language television and is "tailored for mandarin-speaking overseas Chinese." The TVpad edition that CNT sells for $299 offers apps that stream television programming from Hong Kong, mainland China, and Taiwan. Attached hereto as **Exhibit 57** are true and correct copies of printouts of the relevant webpages from ivpad.com in February 2015 describing these TVpad editions, which printouts I personally confirmed accurately reflected the contents of those webpages on February 5, 2015.

21.     Currently, CNT no longer offers different models of TVpad4 devices on its mtvpad.com website. CNT only offers the TVpad4 device, for a retail price of $299 per device. Notably, CNT also claims to have sold over 10.8 million TVpad devices on its website. Attached hereto as **Exhibit 58** is a true and correct copy of printouts from CNT's mtvpad.com website, including from the "TVpad4" webpage, as well as the retail listing for the device after selecting "buy now." I personally confirmed these printouts accurately reflect the contents of these webpages on September 11, 2015.

22.     Occasionally, CNT offers the TVpad4 at special pricing, including most recently, with a $50 discount. For example, as part of Mintz's continuing investigation on behalf of Plaintiffs, on July 23, 2015, I directed Clara Ho, a licensed investigator in my San Francisco office who is also a Cantonese speaker, to purchase a TVpad4 device from CNT's mtvpad.com website. On July 28, 2015, Ms. Ho accessed the mtvpad.com website and placed an order for a TVpad4. The price for the TVpad device was $249. True and correct copies of the transaction emails and payment confirmation are attached hereto as **Exhibit 59**, with details concerning

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Mintz's confidential address and mobile phone information redacted for privacy and confidentiality.

23.     On October 26, 2014, Lily Lau, also under my direction, purchased a TVpad device from defendant Club TVpad, one of CNT's authorized retailers, on its clubtvpad.com website for a total cost of $238.71. A true and correct copy of the confirmation email Ms. Lau received is attached hereto as **Exhibit 60**, with the street address and telephone number Mintz used for this investigation redacted because the redacted information reflects confidential and proprietary business information.

24.     Ms. Lau also made additional purchases of TVpad devices from defendant Asha Media on June 2, 2014, for $239, and again on October 17, 2014, for $239. True and correct copies of the confirming emails for those transactions, which Ms. Lau received and provided to me, are attached hereto as **Exhibit 61**.

25.     In summary, Mintz has purchased TVpad devices from CNT and TVpad resellers for the following amounts, with an average cost of $249 per TVpad:

| Defendant (and website) | Date Purchased | Cost |
|---|---|---|
| CNT (itvpad.com) | December 5, 2014 | $279.00 |
| CNT (mtvpad.com) | July 28, 2015 | $249.00 |
| Asha Media (tvpad.com) | June 2, 2014 | $239.00 |
| | October 17, 2014 | $239.00 |
| Club TVpad (clubtvpad.com) | October 26, 2014 | $238.71 |
| **Average Cost Per Unit:** | | $249 |

### The Scope of CNT's Sales Into the United States

26.     As part of Mintz's investigation on behalf of Plaintiffs, I also have reviewed and analyzed available public records to determine the scope of CNT's sales of TVpad devices to the United States.

27.     According to records filed by CNT with the United States Patent & Trademark Office ("USPTO"), CNT registered a United States trademark for

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TVPAD in International Class 9 for set-top boxes and other audio-visual goods and services, claiming a date of first use in commerce in the United States of June 21, 2011. CNT also filed an Opposition before the United States Trademark Trial & Appeal Board ("TTAB") against a New Jersey company that attempted to register the mark TVPAD. In that proceeding, CNT claimed that "Since at least as early as October of 2011, Opposer has sold or distributed 'set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals' … under the mark TVPAD … in the United States."  In summary, CNT has been selling TVpads to the United States for approximately four years according to its own statements in publicly filed documents before the USPTO and TTAB. True and correct copies of printouts of select CNT filings with the USPTO and TTAB, referenced above, are attached hereto as **Exhibit 62,** which printouts I have personally confirmed accurately reflect records available on the USPTO website located at uspto.gov.

28.    Mintz has also investigated available U.S. Customs records evidencing shipments of TVpad devices made by CNT to U.S. maritime ports of entry. These records are limited to only those products that are transported to the U.S. through ships, and do not include any airfreight shipments of TVpad devices, and thus do not reflect the full scope of TVpad shipments CNT has made to the United States. Those available U.S. Customs records show that, from December 2013 and to March 2015, CNT repeatedly shipped TVpad devices to a company known as YTC Summit International Inc. ("YTC Summit"), located in Arcadia, California in the Central District of California. According to customs abstracts obtained from Datamyne, a provider of trade data information, including data from U.S. Customs and Border Protection ("CBP") bill of lading records, during this sixteen-month period, CNT made 13 shipments to YTC Summit containing a total of 1627 cartons of set-top box devices.  In addition, Datamyne records show that CNT also shipped 41 additional cartons of set-top box devices to a company called MetroVista Inc. ("MetroVista") in

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Alhambra, California on December 23, 2011. A true and correct copy of a spreadsheet of Datamyne abstracts of U.S. CBP records showing all shipments by CNT to either YTC Summit or MetroVista through maritime ports of entry from December 2011 through March 2015 is attached hereto as **Exhibit 63**, which I personally generated using Datamyne's online database and a query for "Create New Technology."

29.     According to the deposition testimony of YTC Summit's President, Steven Chen (the relevant excerpt of which I have reviewed), each carton received by YTC Summit from CNT included 20 TVpad devices. Thus, the 1627 cartons that CNT shipped to YTC Summit from December 2013 to March 2015 contained a total of 32,540 TVpad devices, while the shipment of 41 cartons to MetroVista in December 2011 contained 820 TVpad devices.  Total shipments therefore equal 33,340 TVpad devices (*i.e.,* 1,667 cartons, at 20 TVpads per carton, totals 33,340 TVpads). This total by no means includes all shipments of TVpads made by CNT to YTC Summit or MetroVista during this time period, because the data we have is limited only to shipments transported through maritime channels, and excludes other forms of transportation such as air freight.

30.     Additionally, U.S. consumers can directly purchase TVpad devices from CNT through CNT's website located at mtvpad.com (and, up until June 2015, consumers could purchase TVpad devices directly from CNT through CNT's website located at itvpad.com). As detailed above, Mintz's own investigators have purchased TVpad devices through CNT's websites, including as recently as July 2015, which were shipped to Mintz drop box addresses in California as recently as August 2015. The waybills for these devices show that they were shipped directly to the United States from Shenzhen, China and Hong Kong. True and correct copies of the photographs of the DHL waybills that accompanied these TVpad devices are

///

DECLARATION OF CHRISTOPHER WEIL
DWT 27753731v3 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

attached hereto as **Exhibit 64**, with the street addresses and telephone numbers Mintz

used for this investigation redacted because the redacted information reflects

confidential and proprietary business information.

      I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed this 11th day of September, 2015 in Washington, D.C.

Christopher Weil

DECLARATION OF CHRISTOPHER WEIL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400

DECLARATION OF NICHOLAS BRAAK

## DECLARATION OF NICHOLAS BRAAK

I, Nicholas Braak, declare as follows:

1.     I am a licensed private investigator, and have worked as a computer forensics investigator for more than nine years. I am employed by the Mintz Group LLC ("Mintz"), a corporate research and investigations firm based in New York, with offices in Washington D.C., London, Hong Kong, Beijing, Nairobi, and six other cities throughout the world. I have worked for Mintz since January 2014. During my career in information security and digital forensics, I have participated in hundreds of investigations involving intellectual property rights, cybercrime, Internet forensics, and other matters. I make this declaration in support of Plaintiffs' motion for default judgment. I have personal knowledge of the facts contained herein and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters I believe to be true.

2.     Mintz was retained in 2014 by Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)") and DISH Network L.L.C. ("DISH") (collectively "Plaintiffs") to investigate the TVpad device and the unlicensed international television programming accessible to U.S. consumers through the TVpad device (the "TVpad Service").

3.     I managed the forensic investigation for this matter and conducted research at the direction of Christopher Weil, the lead investigator. During the course of this investigation, Mintz purchased several TVpad3 and TVpad4 devices. I personally forensically tested each of these TVpad devices and confirmed their consistent functionality among TVpads of the same model. I also personally viewed and caused to be recorded streamed content delivered by these devices and periodically monitored continued availability of that streamed content through these devices and the TVpad Service.

1

DECLARATION OF NICHOLAS BRAAK
DWT 27757176v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## The Infringing TVpad Applications

4.      Through our initial investigation of the TVpad device, Mintz identified 15 TVpad applications ("apps") that users can download from the TVpad Store on either a TVpad3 or TVpad4 device that stream CCTV and TVB copyrighted television programming to users of the TVpad (the "Infringing TVpad Apps"). Each of the Infringing TVpad Apps streams CCTV and /or TVB programs to users via one or more of the following streaming modes:  "live" streaming, "time-shifted" streaming, and two forms of "video-on-demand" streaming. These 15 Infringing TVpad Apps are identified in the chart below.

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD | CCTV 1 HD (live), CCTV 5 HD (live) | |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Infringing TVpad App and icon | TVpad3 | TVpad4 |
|---|---|---|
| | Plaintiffs' Programming and Mode | Plaintiffs' Programming and Mode |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粵海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粵海寬頻 (Yue Hai Kuan Pin)  | JADE HD, J2, JADE, PEARL, iNews (all live) | |

DECLARATION OF NICHOLAS BRAAK
DWT 27757176v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Infringing TVpad App and icon | TVpad3 | TVpad4 |
|---|---|---|
| | Plaintiffs' Programming and Mode | Plaintiffs' Programming and Mode |
| 粵海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD (live), JADE (live), J2 (live and replay live) PEARL (live), iNews (live) | |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi)  | JADE HD (live), JADE (live), J2 (live and replay live) PEARL (live), iNews (live)<br><br>TVB programs on demand | JADE HD (live), JADE (live), J2 (live and replay live) PEARL (live), iNews (live)<br><br>TVB programs on demand |
| 粵海直播 (Yue Hai Zhi Bo)  | iNews, J2, PEARL, JADE, JADE HD (all live) | |
| 516TV  | TVBS (live) | |

4

| Infringing TVpad App and icon | TVpad3 | TVpad4 |
|---|---|---|
| | Plaintiffs' Programming and Mode | Plaintiffs' Programming and Mode |
| 516網路電視 (516 Online TV)  | CCTV4 (live) TVBS (live) | CCTV4 (live) TVBS (live) TVBS News (live) |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球（CCTV Golf/ Tennis) (all live) |
| 港粵快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |

DECLARATION OF NICHOLAS BRAAK
DWT 27757176v7 0094038-000021

Davis Wright Tremaine LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

|  | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港台武俠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

5.　From on or about April 24, 2014 until September 11, 2015, I tested and periodically monitored the TVpad3 and TVpad4 devices that Mintz purchased as part of its investigation. During that time period, I confirmed that 14 of the 15 Infringing TVpad Apps identified above continue to be available for download from the TVpad store on either the TVpad3 or TVpad4 devices I tested. The only changes that have occurred are that the Gang Yue Wang Luo Dian Shi and Yue Hai Zhi Bo apps are no longer available for download from the TVpad Store on the TVpad3 device. However, the Gang Yue Wang Luo Dian Shi app can still be downloaded from the TVpad Store on TVpad4 devices. In addition, on the TVpad3 devices that Mintz previously purchased and through which Mintz had already downloaded copies of the Yue Hai Zhi Bo app, that app still functions and continues to stream TVB content.

6.　In summary, all 15 Infringing TVpad Apps continue to stream CCTV and TVB programming on at least one of the TVpad models, including in some or all of the following four modes:

- live television programming as it is broadcast, subject to a minor delay due to the video capture and streaming process ("Live TV Mode");

- time-delayed live television programming, such that programming is streamed around the same time of day in the U.S. as it originally

DECLARATION OF NICHOLAS BRAAK
DWT 27757176v7 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

aired in China, depending on respective time zones ("Time-Shifted Mode");

- specific recorded programming chosen through a menu system, often known as video-on-demand ("VOD Mode"); and

- specific recorded programming chosen through a menu system for a specific time frame, such as the last three days ("Replay Live Mode").

**The Infringing TVpad Apps Continue to Operate In the Same Manner**

7.     All of the TVpad devices that I have tested continue to function in the modes identified above in the same manner that they have since the outset of our investigation. For example, once the TVpad has been connected to the Internet, but before the user performs any actions with the device, the device automatically performs Internet domain name server (DNS) lookups of the same four domain names each time, to locate one or more servers with which it needs to communicate in order to properly authenticate itself as a valid TVpad. The TVpad device then contacts the identified servers and authenticates itself by sending unique identifying information to that server.

8.     The live television video data streamed through Infringing TVpad Apps in Live TV Mode continues to be delivered to TVpad users through a peer-to-peer network on the TVpad3 and TVpad4 devices in the same manner as I detailed at the outset of this litigation in my declaration dated March 6, 2015 at Paragraphs 53 through 56. In other words, TVpad users who use Infringing TVpad Apps to watch live CCTV and TVB programming not only receive that programming, but continue to simultaneously retransmit that programming to large numbers of other TVpad users in the United States and elsewhere.

9.     The Infringing TVpad Apps in Live TV Mode also continue to connect to a set of leased commercial servers that the apps treat as peers. These servers also stream content to the TVpad devices, I believe to add stability to the peer-to-peer

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

network, particularly when an insufficient number of TVpad devices are online and available to stream as "peers."  Just as before, since entry of the preliminary injunction and subsequent to the filing of Plaintiffs' motion for contempt, a number of these servers continue to be located in the United States, including in Los Angeles, California.

10.    The Infringing TVpad Apps that offer VOD Mode and Replay Live Modes continue to allow TVpad users to select an available television program (such as a specific episode from a CCTV or TVB television series) to view "on demand"— that is, commencing from the beginning of the program and playing the program whenever the user chooses. Infringing TVpad Apps in VOD Mode and Replay Live Mode continue to receive video streams from servers in the U.S., including in Los Angeles, California.

11.    The Infringing TVpad Apps that offer Time-Shifted Mode continue to stream video content by means of a combination of peer-to-peer streaming and direct streaming, while at other times, they stream video content exclusively through direct streaming from servers. Time-Shifted direct streams of television programming come from servers in California. Unlike previously, I have not observed Time-Shifted direct streams of television programming from servers in China.

**Volume of Live CCTV and TVB Television Programming
Streamed by Infringing TVpad Apps**

12.    The live television programming streamed through Infringing TVpad Apps in Live TV Mode is delivered continuously, around the clock, every day of the week, with the exception of occasional outages for maintenance or technical problems. Including channels carried by more than one Infringing TVpad App, as shown in the chart above, the Infringing TVpad Apps in Live TV Mode carry 71 continuously-streaming CCTV and TVB live television channels. Following the initial forensic testing I conducted in April 2014, I have periodically monitored live television streaming through the Infringing TVpad Apps in Live TV Mode since

April 24, 2014 to the present day, at least twice each month. During this monitoring period, the Infringing TVpad Apps in Live TV Mode have streamed approximately 860,520 hours of live CCTV and TVB programming without authorization, excepting any sporadic outages.

13.    The Infringing TVpad App in Time-Shifted Mode similarly delivers time-delayed television programming on a continuous basis. The Infringing TVpad App in Time-Shifted Mode carries two continuously-streaming TVB time-shifted television channels. Following the initial forensic testing I conducted in April 2014, I have periodically monitored time-shifted television streaming through the Infringing TVpad App in Time-Shifted Mode since April 24, 2014 to the present day, at least twice each month. During this monitoring period, the Infringing TVpad App in Time-Shifted Mode has streamed approximately 24,240 hours of TVB programming without authorization, excepting any sporadic outages.

14.    Thus, during the period of my regular monitoring of the Infringing TVpad Apps since April, 24 2014, the Infringing TVpad Apps in Live TV Mode and Time-Shifted Mode have streamed an approximate total of 884,760 hours of CCTV and TVB programming without authorization. Given CNT's claim to have been selling TVpads since June 2011, discussed in paragraph 27 of the declaration of my colleague Christopher Weil dated September 11, 2015, this leaves three additional years of TVpad availability unaccounted for. If a similar volume of content has been streamed over the TVpad since its inception, many hundreds of thousands of hours of CCTV and TVB programming have been streamed through the TVpad device without authorization since 2011.

///

///

### **Means of Disabling The TVpad Service**

15.　As part of my forensic investigation, I have identified the IP addresses and domain names that the TVpad device and its Infringing TVpad Apps use to function and deliver CCTV and TVB programming.

16.　The servers located at these IP addresses and/or associated with these domain names communicate with the TVpad device and the TVpad Infringing Apps to: (1) authenticate the TVpad device as an authentic TVpad device originating with CNT, which is a necessary precursor for the Infringing TVpad Apps to function; (2) download to the TVpad device the elements of the software it uses, including the "TVpad Store"—from which TVpad Infringing Apps and other apps are made available to users—and the TVpad Infringing Apps; (3) download Infringing TVpad Apps; and (4) stream CCTV and TVB programming. A table containing the IP addresses and/or domain names of servers with which the TVpad device and TVpad Infringing Apps communicate for these purposes is attached hereto as **Exhibit 65**.

17.　Based on my experience, this Court may most effectively stop the unauthorized streaming of CCTV and TVB television programming through the Infringing TVpad Apps by taking two steps: (1) ordering domain name registries and/or registrars that control the domain names used by Defendants to operate the TVpad Service and illegally stream Plaintiffs' programs to disable those domain names; and (2) ordering Internet service providers to cease hosting content associated with the IP addresses of the servers used by Defendants to operate the TVpad Service

///

///

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

and illegally stream Plaintiffs' programs. Taking only the second step would be less effective than taking both steps because Defendants would be able to quickly move their content to new servers with new Internet service providers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of September, 2015 in New York, New York.

_____
Nicholas Braak

DECLARATION OF NICHOLAS BRAAK
DWT 27757176v7 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT 1**

**Koonce, Lance**

| | |
|---|---|
| **From:** | Tim Wang <twang@nilawfirm.com> |
| **Sent:** | Monday, April 13, 2015 12:58 PM |
| **To:** | Koonce, Lance |
| **Subject:** | FW: FW: 您已成功注册成为TVPad授权网络经销商华扬国际网站用户 |

**From:** newTVpad Store+Support Center [mailto:support@newtvpad.com]
**Sent:** Monday, April 13, 2015 10:57 AM
**To:** Tim Wang
**Subject:** Fw: FW: 您已成功注册成为TVPad授权网络经销商华扬国际网站用户

**From:** 華揚國際官网 [mailto:service@tvpad.hk]
**Sent:** Thursday, May 24, 2012 2:23 PM
**To:** cloudcrown@hotmail.com
**Subject:** 您已成功注册成为TVPad授权网络经销商华扬国际网站用户

Luis:
您好！　以下是您在TVPad授权网络经销商华扬国际网站（http://www.tvpad.hk）的注册信息：
用户名：cloudcrown@hotmail.com
密　码：b3a41c5c4b9b19fd48d17b1da37bd1d5
系统邮件请勿直接回复！
如有疑问，请移步至华扬国际网站向在线客服索取帮助。谢谢
海外华人看中文电视直播，就用TVpad！
TVpad客服中心
2012-05-25 03:23:11

EXHIBIT 1



**TRANSLATION CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: September 10, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Exhibit 1

Jamie Sirota, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."


*Jamie Sirota*
Signature of Jamie Sirota

Accurate Translation Services 24/7

**Koonce, Lance**

| | |
|---|---|
| **From:** | Tim Wang <twang@nilawfirm.com> |
| **Sent:** | Monday, April 13, 2015 12:58 PM |
| **To:** | Koonce, Lance |

Subject: FW: FW: You have successfully registered and have become a user of the Hua Yang International website, an authorized online distributor of TVPad

**From:** newTVpad Store+Support Center [mailto:support@newtvpad.com]
**Sent:** Monday, April 13, 2015 10:57 AM
**To:** Tim Wang

Subject: FW: You have successfully registered and have become a user of the Hua Yang International website, an authorized online distributor of TVPad

From: Hua Yang International's official website [mailto: service@tvpad.hk]
Sent: Thursday, May 24, 2012 2:23PM
To: cloudcrown@hotmail.com
Subject: You have successfully registered and have become a user of the Hua Yang International website, an authorized online distributor of TVPad

Dear Luis,
The following is the information about your registration on the Hua Yang International website, an authorized online distributor of TVPad (http://www.tvpad.hk):
Username: cloudcrown@hotmail.com
Password:  b3a41e5c4b9b19fd48d17b1da37bd1d5
This is an automatic email. Please do not reply to it directly.
If you have any question, please turn to the online customer service on the Hua Yang International website.
Thanks.
TVpad is the best choice for overseas Chinese to watch live Chinese TV!
Customer Service Center of TVpad
May 25, 2012 03:23:11

1

**EXHIBIT 2**

**Koonce, Lance**

| | |
|---|---|
| **From:** | Tim Wang <twang@nilawfirm.com> |
| **Sent:** | Monday, April 13, 2015 12:57 PM |
| **To:** | Koonce, Lance |
| **Subject:** | FW: FW: 您在(TVPad推广平台)的申请已通过 |

**From:** newTVpad Store+Support Center [mailto:support@newtvpad.com]
**Sent:** Monday, April 13, 2015 10:57 AM
**To:** Tim Wang
**Subject:** Fw: FW: 您在(TVPad推广平台)的申请已通过

发件人： CloudCrown Studio
发送时间： 2015-04-10 10:51
收件人： support@newtvpad.com
主题： FW: 您在(TVPad推广平台)的申请已通过

**From:** 華揚國際官网 [mailto:market@tvpad.hk]
**Sent:** Thursday, June 14, 2012 9:35 PM
**To:** cloudcrown@hotmail.com
**Subject:** 您在(TVPad推广平台)的申请已通过

<div><div>周良忠：</div><div>您好，您申请的二级推广者（每个推广码对应一个二级推广者的账户）已经通过，账户和推广码信息如下：</div><div>

| 推广码 | 二级推广者账户（同推广码） | 账户初始密码 |
|---|---|---|
| 99602471 | 99602471 | 888888 |
| 99086501 | 99086501 | 888888 |
| 95042490 | 95042490 | 888888 |
| 91649186 | 91649186 | 888888 |
| 97741990 | 97741990 | 888888 |

</div><div>登陆平台： http://www.tvpad.hk/promotermanager/login.jsp； 推广平台： http://www.tvpad.hk/excenter</div><div>TVpad推广中心</div><div>日期2012-06-15</div></div>

EXHIBIT 2



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: September 10, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Exhibit 2

Jamie Sirota, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Jamie Sirota*

Signature of Jamie Sirota

Accurate Translation Services 24/7

## Koonce, Lance

| | |
|---|---|
| **From:** | Tim Wang <twang@nilawfirm.com> |
| **Sent:** | Monday, April 13, 2015 12:57 PM |
| **To:** | Koonce, Lance |

Subject: FW: FW: Your application (on the TVPad promotion platform) has been approved

**From:** newTVpad Store+Support Center [mailto:support@newtvpad.com]
**Sent:** Monday, April 13, 2015 10:57 AM
**To:** Tim Wang

Subject: FW: FW: Your application (on the TVPad promotion platform) has been approved

From: CloudCrown Studio
Sent: April 10, 2015 10:51
To: support@newtvpad.com
Subject: FW: Your application (on the TVPad promotion platform) has been approved

From: Official website of Hua Yang International [mailto:market@tvpad.hk]
Sent: Thursday, June 14, 2012 9:35PM
To: cloudcrown@hotmail.com
Subject: Your application (on the TVPad promotion platform) has been approved
<div><div> Zhou Liangzhong: <div><div> Hi, your application for the secondary promoter (each promotion code corresponding to a secondary promoter account) has been approved. Information about the account and the promotion code is as follows: <div><div>

| Promotion code | Account of the secondary promoter (the same as the promotion code) | Initial password of the account |
|---|---|---|
| 99602471 | 99602471 | 888888 |
| 99086501 | 99086501 | 888888 |
| 95042490 | 95042490 | 888888 |
| 91649186 | 91649186 | 888888 |
| 97741990 | 97741990 | 888888 |

</div><div> Login platform: http://www.tvpad.hk/promotermanager/login.jsp ; promotion platform: http://www.tvpad.hk/excenter</div><div>TVpad ; promotion center </div><div>; date: June 15, 2012 </div></div>

1

**EXHIBIT 3**



# 启创科技（香港）有限公司
## CREATE NEW TECHNOLOGY(HK) LIMITED

# 销 售 订 单
## Purchase Order

单号(PO No.): SPOB20120814001          货币单位(Currency): 美元(US$)          日期(Date): 2012-8-14

| 甲方(Buyer): | | 乙方(Supplier): |
|---|---|---|
| 单位名称(Company Name): 美国达拉斯Luis Zhou | | 单位名称(Company Name): 启创科技（香港）有限公司 |
| 联系人(Contact): Luis Zhou | | 联系人(Contact): Lily Zhou |
| 电话(Tel.): | | 电话(Tel.): 0755-23805696 |
| 传真(Fax): | | 传真(Fax): 0755-82079384 |

| 序号<br>Item No. | 产品型号<br>Model No. | 语言版本<br>Language/Version | 数量<br>Qty. | 单价(美金)<br>Unit Price | 金额(美金)<br>Amount(USD) | 备注<br>Remark |
|---|---|---|---|---|---|---|
| 1 | TVpad M121S | 国际版/3.06v | 50 | US$115 | US$5,750 | |
| 2 | 8G TF card(空白) | | 50 | free | free | |
| 3 | TVpad M121S | 国际版/3.06v | 1 | free | free | |
| 4 | 8G TF card(空白) | | 1 | free | free | |
| 5 | 无线网卡 | | 3 | free | free | |
| 5 | DHL/UPS 运费 | | 1 | US$378 | US$378 | |
| 6 | Bank Charge | | 1 | US$25 | US$25 | |
| 7 | 广告基金或其他款项<br>(balance) | | | US$0 | US$0 | |
| | 合　计(Total) | | | | US$6,153 | |

| 结算方式(Payment terms): FULL T/T | 订单总金额大写(Total　　　　　　　Amount): 美金陆仟壹佰伍拾叁圆整. |
|---|---|
| 交期(Delivery time): 款到后2天内发货 | 发货方式(Shipping way): DHL/UPS快递 |
| 收货地址(Delivery address): 详见下表备注 | 运费结算(Freight): 预付 |

备　注(Remarks):
1. 收货地址: 7411 La Bolsa Dr., Dallas, TX 75248
   联系人: Liangzhong Zhou
   联系电话: 972-352-3255
2. 申报品名(declaration name): 公司标准
   申报价值(declaration value): 公司标准
3. 是否寄送彩页和海报: 新版中文韩文海报各2份, 中文彩页各200份.

银行信息(Bank Info):
帐户名称: 启创科技(香港)有限公司 （港币/美元）
CREATE NEW TECHNOLOGY(HK)LIMITED

开户银行: 香港上海汇丰银行有限公司
The HongKong and Shanghai Banking Corporation Limited
开户地址: 香港皇后大道中1号
　　　　　NO.1 Queen's Road Central, Hong Kong
帐号: 819485723838
银行代码: 004
SWIFT Code: HSBCHKHHHKH

| 甲方(公章): | 乙方(公章): |
|---|---|
| Buyer(Signature) | Supplier(Signature) |

EXHIBIT 3

UID:075995
ABA: 021001088



TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: September 10, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Exhibit 3

Jamie Sirota, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."


*Jamie Sirota*
Signature of Jamie Sirota

Accurate Translation Services 24/7

CREATE NEW TECHNOLOGY (HK) LIMITED
PURCHASE ORDER

PO No.: SPOB20120814001                    Currency: USD                    Date: August 14, 2012

| Buyer: | Supplier: |
|---|---|
| Company Name: Luis Zhou from Dallas, the United States | Company Name: Create New Technology (HK) Limited |
| Contact: Luis Zhou | Contact: Lily Zhou |
| Tel: | Tel: 0755-23805696 |
| Fax: | Fax: 0755-82079384 |

| Item No. | Model No. | Language/Version | Quantity | Unit Price | Amount (USD) | Remark |
|---|---|---|---|---|---|---|
| 1 | TVpad M121S | International version/3.06v | 50 | USD 115 | USD 5,750 | |
| 2 | 8G TF card (empty) | | 50 | Free | Free | |
| 3 | TVpad M121S | International version/3.06v | 1 | Free | Free | |
| 4 | 8G TF card (empty) | | 1 | Free | Free | |
| 5 | WiFi card | | 3 | Free | Free | |
| 5 | DHL/UPS freight | | 1 | USD 378 | USD 378 | |
| 6 | Bank Charge | | 1 | USD 25 | USD 25 | |
| 7 | Advertisement fund and other amounts (balance) | | | USD 0 | USD 0 | |
| | | Total | | | USD 6,153 | |

| Payment terms: FULL T/T | Total under the order: USD six thousand one hundred and fifty-three only. |
|---|---|
| Delivery time: Within two days after receiving the payment | Shipping way: DHL/UPS |
| Delivery address: See the following remark for details | Freight settlement: Advance |
| Remarks:<br>1. Delivery address: 7411 La Bolsa Dr., Dallas, TX 75248<br>Contact person: Liangzhong Zhou<br>Tel: 972-352-3255<br>2. Declaration name: Standard of the company<br>Declaration value: Standard of the company<br>3. Whether to send color pages and posters: The latest version of posters, 2 copies of which respectively for the Chinese version and the Korean version, and 200 copies of Chinese color pages. | Bank Info:<br>Account name: CREATE NEW TECHNOLOGY (HK) LIMITED (HKD/USD)<br><br>Opening bank: The Hong Kong and Shanghai Banking Corporation Limited<br>Address of the opening bank: No. 1 Queen's Road Central, Hong Kong<br>Account name: 819485723838<br>Bank code: 004<br>SWITF CODE: HSBCHKHHHKH |

Buyer (Signature): _____          Supplier (Signature): _____

UID:075995
ABA: 021001088

**EXHIBIT 4**

 # CREATE NEW TECHNOLOGY (HK) LIMITED

## Purchase Order

| PO No.: XK-1209180003 | Currency: US$ | Date: 2012-9-18 |

| Buyer: | Supplier: |
|---|---|
| Company Name: 达拉斯-周良忠 | Company Name: CREATE NEW TECHNOLOGY(HK)LIMITED |
| Contact: 周良忠 | Contact: Lily Chow |
| Tel.: 972-352-3255 | Tel.: 0755-23805696 |
| Fax: | Fax: 0755-82079384 |

| Item No. | Model No. | Language/Version | Qty. | Unit Price | Amount(USD) | Remark |
|---|---|---|---|---|---|---|
| 1 | TVpad M121S | 3.06v | 100 | US$120 | US$12,000 | |
| 2 | 4G TF card | | 100 | US$0 | US$0 | |
| 3 | shipping cost | | 1 | US$550 | US$550 | |
| 4 | mid-autumn promotion Commission | | 1 | -US$500 | -US$500 | 需提交单据才可报销 |
| | | | Total | | US$12,050 | |

| Payment terms: FULL T/T | Total Amount: TWENTY TWO THOUSAND AND FIFTY ONLY. |
|---|---|
| Delivery time: within 2 workdays | Shipping way: DHL EXPRESS |
| Delivery information: | Freight: PREPAID |
| 1. Delivery address: 7411 La Bolsa Dr., Dallas, TX 75248,USA <br>    Contact: Luis Zhou <br>    Tel: 972-352-3255 <br> 2. declaration name: media player <br>    declaration value: 15US$/unit <br> 3. posters 2 pcs, CN version fryers 100pcs . | Bank Info: <br><br> Beneficiary Name: CREATE NEW TECHNOLOGY(HK)LIMITED <br> Beneficiary Bank: The HongKong and Shanghai Banking Corporation Limited <br> Bank Address: NO.1 Queen's Road Central，Hong Kong <br> Bank Account Number: 819485723838 <br> Swiftcode: HSBCHKHHHKH 004 |

Buyer(Signature) _____   Supplier(Signature) _____

EXHIBIT 4

 # CREATE NEW TECHNOLOGY (HK) LIMITED

# Purchase Order

| PO No.: | XK-1210250006 | Currency: US$ | Date: 2012-10-25 |
|---|---|---|---|

| Buyer: | Supplier: |
|---|---|
| Company Name: 达拉斯-周良忠 | Company Name: CREATE NEW TECHNOLOGY(HK)LIMITED |
| Contact: 周良忠 | Contact: Lily Chow |
| Tel.: 972-352-3255 | Tel.: 0755-23805696 |
| Fax: | Fax: 0755-82079384 |

| Item No. | Model No. | Language/Version | Qty. | Unit Price | Amount(USD) | Remark |
|---|---|---|---|---|---|---|
| 1 | TVpad M121S | 3.14v | 100 | US$120 | US$12,000 | |
| 2 | Wireless card | | 100 | US$0 | US$0 | |
| 3 | shipping cost | | 1 | US$550 | US$550 | |
| 4 | 中秋广告基金核销 | | 1 | -US$500 | -US$500 | USCN1209200201 |
| 5 | TVpad 环保袋 | | 100 | US$0 | US$0 | |
| | | Total | | | US$12,050 | |

| Payment terms: FULL T/T | Total Amount: TWENTY TWO THOUSAND AND FIFTY ONLY. |
|---|---|
| Delivery time: within 2 workdays | Shipping way: DHL EXPRESS |
| Delivery information: | Freight: PREPAID |
| 1. Delivery address: 7411 La Bolsa Dr., Dallas, TX 75248,USA<br>    Contact: Luis Zhou<br>    Tel: 972-352-3255<br>2. declaration name: media player<br>    declaration value: 15US$/unit<br>3. posters 5 pcs, CN version fryers 200pcs . | Bank Info:<br><br>Beneficiary Name: CREATE NEW TECHNOLOGY(HK)LIMITED<br>Beneficiary Bank: The HongKong and Shanghai Banking Corporation Limited<br>Bank Address: NO.1 Queen's Road Central，Hong Kong<br>Bank Account Number: 819485723838<br>Swiftcode: HSBCHKHHHKH 004 |

 # CREATE NEW TECHNOLOGY (HK) LIMITED

# Purchase Order

| PO No.:  XK-1211120004 | Currency: US$ | Date: 2012-11-12 |
|---|---|---|

| Buyer: | Supplier: |
|---|---|
| Company Name: 达拉斯-周良忠 | Company Name: CREATE NEW TECHNOLOGY(HK)LIMITED |
| Contact: 周良忠 | Contact: Lily Chow |
| Tel.: 972-352-3255 | Tel.: 0755-23805696 |
| Fax: | Fax: 0755-82079384 |

| Item No. | Model No. | Language/Version | Qty. | Unit Price | Amount(USD) | Remark |
|---|---|---|---|---|---|---|
| 1 | TVpad M121S | 3.14v | 100 | US$120 | US$12,000 | |
| 2 | Wireless card | | 100 | US$0 | US$0 | |
| 3 | shipping cost | | 1 | US$550 | US$550 | |
| 4 | recycle bag | | 100 | US$0 | US$0 | |
| | | Total | | | US$12,550 | |

| Payment terms:  FULL T/T | Total Amount: TWENTY TWO THOUSAND AND FIFTY ONLY. |
|---|---|
| Delivery time: within 2 workdays | Shipping way: DHL EXPRESS |
| Delivery information: | Freight: PREPAID |
| 1. Delivery address:  7411 La Bolsa Dr., Dallas, TX 75248,USA<br>    Contact:  Luis Zhou<br>    Tel:  972-352-3255<br>2. declaration name: media player<br>    declaration value: 15US$/unit<br>3. posters 14 pcs, CN version fryers 300pcs .KR 100pcs | Bank Info:<br><br>Beneficiary Name: CREATE NEW TECHNOLOGY(HK)LIMITED<br>Beneficiary Bank: The HongKong and Shanghai Banking Corporation Limited<br>Bank Address: NO.1 Queen's Road Central，Hong Kong<br>Bank Account Number:  819485723838<br>Swiftcode:  HSBCHKHHHKH 004 |

 # CREATE NEW TECHNOLOGY (HK) LIMITED

# Proforma Invoice

| INV No.: XK-1211300002 | Currency: US$ | Date: 2012-11-30 |
|---|---|---|

| Buyer: | Supplier: |
|---|---|
| Company Name: 达拉斯-周良忠 | Company Name: CREATE NEW TECHNOLOGY(HK)LIMITED |
| Contact: 周良忠 | Contact: Lily Chow |
| Tel.: 972-352-3255 | Tel.: 0755-23805696 |
| Fax: | Fax: 0755-82079384 |

| Item No. | Model No. | Language/Version | Qty. | Unit Price | Amount(USD) | Remark |
|---|---|---|---|---|---|---|
| 1 | TVpad M121S | 3.14v | 100 | US$110 | US$11,000 | |
| 2 | Wireless card | | 100 | US$0 | US$0 | |
| 3 | shipping cost | | 1 | US$595 | US$595 | |
| 4 | recycle bag | | 100 | US$0 | US$0 | |
| 5 | desk calendar | | 100 | US$0 | US$0 | |
| 6 | wish card | | 100 | US$0 | US$0 | |
| | | | Total | | US$11,595 | |

| Payment terms: FULL T/T | Total Amount: ELEVEN THOUSAND FIVE HUNDRED AND NINTY FIVE ONLY. |
|---|---|
| Delivery time: within 2 workdays | Shipping way: DHL EXPRESS |
| Delivery information: | Freight: PREPAID |
| 1. Delivery address:  7411 La Bolsa Dr., Dallas, TX 75248,USA<br>    Contact:  Luis Zhou<br>    Tel:  972-352-3255<br>2. declaration name: media player<br>    declaration value: 15US$/unit<br>3. X'Mas CN posters 5 pcs, CN flyers 300pcs. | Bank Info:<br><br>Beneficiary Name: CREATE NEW TECHNOLOGY(HK)LIMITED<br>Beneficiary Bank: The HongKong and Shanghai Banking Corporation Limited<br>Bank Address: NO.1 Queen's Road Central，Hong Kong<br>Bank Account Number:  819485723838<br>Swiftcode:  HSBCHKHHHKH 004 |

 # CREATE NEW TECHNOLOGY (HK) LIMITED

# Proforma Invoice

| INV No.: XK-1212180001 | Currency: US$ | Date: 2012-12-17 |
| --- | --- | --- |

| Buyer: | Supplier: |
| --- | --- |
| Company Name: 达拉斯-周良忠 | Company Name: CREATE NEW TECHNOLOGY(HK)LIMITED |
| Contact: 周良忠 | Contact: Lily Chow |
| Tel.: 972-352-3255 | Tel.: 0755-23805696 |
| Fax: | Fax: 0755-82079384 |

| Item No. | Model No. | Language/Version | Qty. | Unit Price | Amount(USD) | Remark |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | TVpad M121S | 3.26v | 100 | US$110 | US$11,000 | |
| 2 | Wireless card | | 100 | US$0 | US$0 | |
| 3 | shipping cost | | 1 | US$595 | US$595 | |
| 4 | recycle bag | | 100 | US$0 | US$0 | |
| 5 | desk calendar | | 100 | US$0 | US$0 | |
| 6 | wish card | | 100 | US$0 | US$0 | |
| | | | Total | | US$11,595 | |

| Payment terms: FULL T/T | Total Amount: ELEVEN THOUSAND FIVE HUNDRED AND NINTY FIVE ONLY. |
| --- | --- |
| Delivery time: within 2 workdays | Shipping way: DHL EXPRESS |
| Delivery information: | Freight: PREPAID |
| 1. Delivery address: 7411 La Bolsa Dr., Dallas, TX 75248,USA<br>   Contact: Luis Zhou<br>   Tel: 972-352-3255<br>2. declaration name: media player<br>   declaration value: 15US$/unit<br>3. X'Mas CN posters 5 pcs, CN flyers 300pcs. | Bank Info:<br><br>Beneficiary Name: CREATE NEW TECHNOLOGY(HK)LIMITED<br>Beneficiary Bank: The HongKong and Shanghai Banking Corporation Limited<br>Bank Address: NO.1 Queen's Road Central，Hong Kong<br>Bank Account Number: 819485723838<br>Swiftcode: HSBCHKHHHKH 004 |



# CREATE NEW TECHNOLOGY (HK) LIMIT

# Proforma Invoice

| INV No.: | XK-1301140006 | | Currency: US$ | | | |
|---|---|---|---|---|---|---|

| Buyer: | Supplier: |
|---|---|
| Company Name: 达拉斯-周良忠 | Company Name: CREATE TECHNOLOGY(HK)LIMITED |
| Contact: 周良忠 | Contact: Lily Chow |
| Tel.: 972-352-3255 | Tel.: 0755-23805696 |
| Fax: | Fax: 0755-82079384 |

| Item No. | Model No. | Language/Version | Qty. | Unit Price | Amount(USD) |
|---|---|---|---|---|---|
| 1 | TVpad2 M233 | | 100 | US$135 | US$13,500 |
| 2 | shipping cost | | 1 | US$655 | US$655 |
| 3 | game stick | | 100 | US$0 | US$0 |
| 4 | desk calendar | | 100 | US$0 | US$0 |
| 6 | TVpad M121S | 3.26v | 1 | US$0 | US$0 |
| 7 | power plug | | 3 | US$0 | US$0 |
| | | Total | | | US$14,155 |

| Payment terms:  FULL T/T | Total Amount: FOURTEEN THOUSAN AND FIFTY FIVE ONLY. |
|---|---|
| Delivery time: within 2 workdays | Shipping way: DHL EXPRESS |
| Delivery information: | Freight: PREPAID |
| 1. Delivery address:  7411 La Bolsa Dr., Dallas, TX 75248,USA<br>    Contact:  Luis Zhou<br>    Tel:  972-352-3255<br>2. declaration name: media player<br>    declaration value: 15US$/unit<br>3. 新年版posters 5 pcs, CN flyers 200pcs. | Bank Info:<br><br>Beneficiary Name: CREATE NEW TECHNOLOGY(HK)LIMITED<br>Beneficiary Bank: The HongKong and SI Corporation Limited<br>Bank Address: NO.1 Queen's Road Cent<br>Bank Account Number:  819485723838<br>Swiftcode:  HSBCHKHHHKH 004 |

ED

Date: 2013-1-14

| ATE | NEW |
|-----|-----|
|     |     |
|     |     |
|     |     |

| Remark |
|--------|
|        |
|        |
|        |
|        |
|        |
|        |

ID ONE HUNDRED

hanghai Banking
1
ral， Hong Kong

**EXHIBIT 5**

>>>关于 TVpad 产品未来

当下提到日程上的优化项目：

1. 增加"时移功能"解决无法在目标节目直播时间观看的问题，用户可以随时"回放"时移应用中的任何直播台的任何栏目直播。

    预计实现时间：2012 年 8 月

    预计硬件载体：TVpad   M121S

    软件版本：2.73

    预计优化结果：实现回放【注：非录播技术】

2. 更换 CPU 芯片，主频提升至 1.2G 赫兹，解决切换台慢的问题，提升解码能力及速度预留浏览器植入功能

    芯片型号：8925

    硬件载体：TVpad 2

    软件版本：3.02

    预计上市时间：10 月

3. 无线网卡驱动 3070 优化，解决 USB Host 的 BUG

    预计发布时间：7 月底

    硬件载体：M121、M121S 乃至后续版本

    预计优化结果：届时使用指定型号的 USB 无线网卡进行连结将为最稳定的互联网接入方式。

4. 植入"应用商城"，真正意义上的摆脱盒子同内容的敏感关系，用户开机后会自动提示暂未安装任何应用，请移步至应用商城搜索海量第三方应用并下载安装。

    预计发布时间：10 月

    硬件载体：TVpad 2

    软件版本：3.02

    预计优化结果：完全拜托产品同内容的绑定关系，抛弃 TF 卡预装应用的模式，解决经销/代理商后顾之忧。届时，启

创可斥重金进行品牌广告推广，帮助渠道

    进行市场教育。

新品发布规划：

1. TVpad M121S 发布时间：7 月底

2. TVpad 2     发布时间：10 月

另，除音视频外的应用在规划中，如：体感游戏、卡拉 OK、VOIP 等，当未正式公布开发里程碑，遂 知道即可，不承诺具体发布上线时间。

EXHIBIT 5



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: September 10, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Exhibit 5

Jamie Sirota, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Jamie Sirota*
Signature of Jamie Sirota

Accurate Translation Services 24/7

>>> About the future of TVpad products

Optimization items that have been put on the agenda:

1. The "time shifting" function can solve the problem where the target program cannot be watched live. The user can "replay" any live program of any live channel in the time shifting application.
   Expected time of realization: August 2012
   Expected hardware carrier: TVpad M121S
   Software version: 2.73
   Expected optimization result: Achieve replay (note: not a recorded broadcast technique)

2. Replace the CPU chip and increase the dominant frequency to 1.2G Hz, so as to solve the problem of slow switch between channels and enhance the decoding capability and speed
   Preset the browser implant function
   Chip mode: 8925
   Hardware carrier: TVpad 2
   Software version: 3.02
   Expected time of launch in the market: October

3. Optimize the WiFi card drive 3070 and solve the bugs in USB Host
   Expected time of release: At the end of July
   Hardware carrier: M121, M121S and subsequent versions
   Expected optimization result: The USD WiFi card of the designated model will be used then for connection, which will be the most stable way of Internet access.

4. Implant the "APP Shopping Mall" to be truly rid of the sensitive relationship between the box and the content. After the box is started up, the user will get this automatic reminder, "There is no application installed for the time being. Please go to the APP Shopping Mall to search for what you want among the huge number of third-party APPs, and download and install them."
   Expected time of release: October
   Hardware carrier: TVpad 2
   Software version: 3.02
   Expected optimization result: It totally relies on the binding relationship between the product and the content, abandon the model of pre-installation of applications of TF cards, which can help avoid any problem arising therefrom for distributers/dealers. Then, Create New will invest a large fund for the promotion of the brand, and provide its marketing channels with marketing education.

Planning for the release of the new product:
1. Time of release for TVpad M121S: At the end of July
2. Time of release for TVpad: October

Furthermore, expect that audio and video applications are in planning, such as motion sensing games, Karaoke, VOIP, etc., no development milestones will be announced officially. Relevant issues will be announced but no commitment will be made for the specific launch time.

**EXHIBIT 6**

**Koonce, Lance**

| | |
|---|---|
| **From:** | Tim Wang <twang@nilawfirm.com> |
| **Sent:** | Monday, April 13, 2015 12:56 PM |
| **To:** | Koonce, Lance |
| **Subject:** | FW: 低价销售TVpad的处罚通知 |

**From:** newTVpad Store+Support Center [mailto:support@newtvpad.com]
**Sent:** Monday, April 13, 2015 11:00 AM
**To:** Tim Wang
**Subject:** Fw: 低价销售 TVpad 的处罚通知

发件人： market
发送时间： 2013-02-20 18:37
收件人： tvpad-dallas; Luis
抄送： 葛梅青; 张亮; 周丽; 任涛峰
主题： 低价销售 TVpad 的处罚通知

尊敬的合作伙伴：

周先生，您好！

近期我們收到了多起關於您低價銷售 TVpad 系列產品的投訴書，鑒於之前已經多次跟您有過溝通，并沒有得到配合與改善。

啟創科技市場部認為：您違反啟創科技渠道政策，影響了 TVpad 的市場秩序，對市場的健康發展造成了惡劣影響，按規定做以下處罰。

現依照《渠道秩序與網絡價格管理辦法》與《渠道終端價格管理規定》的規定，作出如下裁決：

1. 處以$1000.00 罰款，如不交罰款，將停止供貨；

2. 立即整改所有網絡銷售平臺價，不得通過競標價格（place bid）、議價（make offer）、開封產品（open box）、包運費等方式低價銷售 TVpad。

注：自北京時間 2013 年 02 月 20 日 16:00 起，已經將您最近提貨的 100 臺 TVpad 列為了黑名單，將無法正常使用。如不能提交$1000.00 元罰款，將停止供貨。如有反饋請聯系區域主管！

祝好！

_____

營銷中心 市場部
啟創科技（香港）有限公司(CREATE NEW TECHNOLOGY（ HK ） LIMITED)

EXHIBIT 6



**TRANSLATION CERTIFICATION**

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: September 10, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- Exhibit 6

Jamie Sirota, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."


_Jamie Sirota_

Signature of Jamie Sirota

Accurate Translation Services 24/7

**Koonce, Lance**

| | |
|---|---|
| **From:** | Tim Wang <twang@nilawfirm.com> |
| **Sent:** | Monday, April 13, 2015 12:56 PM |
| **To:** | Koonce, Lance |

Subject: FW: Notice about the penalty on the sale of TVpad at a low price

**From:** newTVpad Store+Support Center [mailto:support@newtvpad.com]
**Sent:** Monday, April 13, 2015 11:00 AM
**To:** Tim Wang

Subject: Fw: Notice about the penalty on the sale of TVpad at a low price

From: market
Sent: February 20, 2013 18:37
To: tvpad-dallas; Luis
Cc: Ge Meiqing; Zhang Liang; Zhou Li; Ren Taofeng
Subject: Notice about the penalty on the sale of TVpad at a low price

Dear partner,
Hi, Mr. Zhou.

Recently, we have received a lot of complaint letters about your sale of TVpad products at a low price. We have already communicated with you many times, but you fail to cooperate with us and improve your actions.
The Marketing Department of Create New believes that, you have violated the channel policy of Create New, affected the market order of TVpad, and caused serious adverse impact on the healthy development of the market. Thus, the following penalty will be imposed on you as prescribed:

Now as prescribed by the Channel Order and Online Price Management Measures and the Channel Terminal Price Management Regulations, the following ruling is hereby made:
1.  You are imposed with a fine of USD 1,000.00. If you fail to pay the fine, we will stop supplying products to you.
2.  You are required to rectify your prices on all online sales platforms and may not sell TVpad products by placing bids, making offers, opening boxes, free freight, etc.

Note: Since 16:00, February 20, 2013, the 100 most recent TVpad products that you received have been blacklisted and will be unusable. If you fail to pay the fine of USD 1,000.00, we will stop supplying products to you.
Please contact the regional director if you have any question.

Regards.

Marketing Center, Marketing Department
CREATE NEW TECHNOLOGY (HK) LIMITED

1

**EXHIBIT 7**

| orders_products_id | orders_id | products_id | products_model |
|---|---|---|---|
| 4 | 4 | 181 | M121S V3.06 International |
| 7 | 6 | 181 | M121S V3.06 International |
| 11 | 7 | 185 | M121S |
| 9 | 7 | 181 | M121S V3.06 International |
| 13 | 9 | 181 | M121S V3.14 International |
| 14 | 10 | 181 | M121S V3.14 International |
| 15 | 11 | 181 | M121S V3.14 International |
| 16 | 12 | 181 | M121S V3.14 International |
| 17 | 13 | 181 | M121S V3.14 International |
| 20 | 14 | 185 | M121S |
| 18 | 14 | 181 | M121S V3.14 International |
| 21 | 15 | 181 | M121S V3.14 International |
| 23 | 16 | 181 | M121S V3.14 International |
| 25 | 17 | 181 | M121S V3.14 International |
| 29 | 18 | 185 | M121S |
| 27 | 18 | 181 | M121S V3.14 International |
| 32 | 19 | 185 | M121S |
| 30 | 19 | 181 | M121S V3.14 International |
| 33 | 20 | 181 | M121S V3.14 International |
| 35 | 21 | 181 | M121S V3.14 International |
| 36 | 22 | 181 | M121S V3.14 International |
| 39 | 25 | 181 | M121S V3.14 International |
| 40 | 26 | 181 | M121S V3.14 International |
| 42 | 27 | 185 | M121S |
| 44 | 27 | 181 | M121S V3.14 International |
| 45 | 28 | 181 | M121S V3.14 International |
| 47 | 29 | 181 | M121S V3.14 International |
| 48 | 30 | 181 | M121S V3.14 International |
| 51 | 31 | 185 | M121S |
| 49 | 31 | 181 | M121S V3.14 International |
| 52 | 32 | 181 | M121S V3.14 International |
| 54 | 33 | 185 | M121S |
| 55 | 33 | 181 | M121S V3.14 International |
| 56 | 34 | 181 | M121S V3.14 International |
| 57 | 35 | 181 | M121S V3.14 International |
| 59 | 36 | 185 | M121S |
| 60 | 36 | 181 | M121S V3.14 International |
| 61 | 37 | 181 | M121S V3.14 International |
| 62 | 38 | 181 | M1215 V3.14 International |
| 65 | 39 | 185 | M121S |
| 66 | 40 | 189 | M121S V3.14 International |
| 67 | 41 | 189 | M121S V3.14 International |
| 68 | 42 | 189 | M121S V3.14 International |
| 71 | 43 | 185 | M121S |
| 69 | 43 | 189 | M121S V3.14 International |
| 72 | 44 | 189 | M121S V3.14 International |
| 73 | 45 | 189 | M121S V3.14 International |

EXHIBIT 7

| | | |
|---|---|---|
| 75 | 46 | 189 M121S V3.14 International |
| 76 | 47 | 189 M121S V3.14 International |
| 77 | 48 | 189 M121S V3.14 International |
| 78 | 49 | 189 M121S V3.14 International |
| 79 | 50 | 189 M121S V3.14 International |
| 80 | 51 | 189 M121S V3.14 International |
| 82 | 52 | 185 M121S |
| 83 | 52 | 189 M121S V3.14 International |
| 84 | 53 | 189 M121S V3.14 International |
| 86 | 55 | 189 M121S V3.14 International |
| 87 | 56 | 189 M121S V3.14 International |
| 88 | 57 | 189 M121S V3.14 International |
| 91 | 58 | 185 M121S |
| 89 | 58 | 189 M121S V3.14 International |
| 92 | 59 | 189 M121S V3.14 International |
| 94 | 61 | 185 M121S |
| 97 | 62 | 185 M121S |
| 95 | 62 | 189 M121S V3.14 International |
| 100 | 63 | 185 M121S |
| 98 | 63 | 189 M121S V3.14 International |
| 101 | 64 | 189 M121S V3.14 International |
| 102 | 65 | 189 M121S V3.14 International |
| 106 | 66 | 185 M121S |
| 104 | 66 | 189 M121S V3.14 International |
| 107 | 67 | 185 M121S |
| 108 | 67 | 189 M121S V3.14 International |
| 110 | 68 | 189 M121S V3.14 International |
| 111 | 69 | 189 M121S V3.14 International |
| 114 | 70 | 185 M121S |
| 112 | 70 | 189 M121S V3.14 International |
| 115 | 71 | 189 M121S V3.14 International |
| 118 | 72 | 189 M121S V3.14 International |
| 122 | 73 | 185 M121S |
| 120 | 73 | 189 M121S V3.14 International |
| 125 | 74 | 185 M121S |
| 123 | 74 | 189 M121S V3.14 International |
| 129 | 75 | 185 M121S |
| 127 | 75 | 189 M121S V3.14 International |
| 130 | 76 | 189 M121S V3.14 International |
| 132 | 77 | 189 M121S V3.14 International |
| 137 | 78 | 185 M121S |
| 136 | 78 | 189 M121S V3.14 International |
| 140 | 79 | 185 M121S |
| 138 | 79 | 189 M121S V3.14 International |
| 142 | 80 | 189 M121S V3.14 International |
| 143 | 81 | 189 M121S V3.14 International |
| 145 | 83 | 189 M121S V3.14 International |

| | | | |
|---|---|---|---|
| 148 | 84 | 185 | M121S |
| 146 | 84 | 189 | M121S V3.14 International |
| 149 | 85 | 189 | M121S V3.14 International |
| 153 | 86 | 185 | M121S |
| 150 | 86 | 189 | M121S V3.14 International |
| 157 | 87 | 185 | M121S |
| 155 | 87 | 189 | M121S V3.14 International |
| 158 | 88 | 189 | M121S V3.14 International |
| 160 | 89 | 185 | M121S |
| 161 | 89 | 189 | M121S V3.14 International |
| 163 | 91 | 189 | M121S V3.14 International |
| 164 | 92 | 189 | M121S V3.14 International |
| 167 | 93 | 185 | M121S |
| 168 | 93 | 189 | M121S V3.14 International |
| 171 | 94 | 185 | M121S |
| 169 | 94 | 189 | M121S V3.14 International |
| 173 | 95 | 185 | M121S |
| 176 | 95 | 189 | M121S V3.14 International |
| 178 | 96 | 189 | M121S V3.14 International |
| 177 | 96 | 183 | TVpad M121S Perfect Mate: USB Wi |
| 180 | 98 | 189 | M121S V3.26 International |
| 181 | 99 | 189 | M121S V3.26 International |
| 182 | 100 | 189 | M121S V3.26 International |
| 185 | 101 | 185 | M121S |
| 183 | 101 | 189 | M121S V3.26 International |
| 186 | 102 | 189 | M121S V3.26 International |
| 187 | 103 | 189 | M121S V3.26 International |
| 188 | 104 | 189 | M121S V3.26 International |
| 189 | 105 | 189 | M121S V3.26 International |
| 190 | 106 | 189 | M121S V3.26 International |
| 192 | 107 | 189 | M121S V3.26 International |
| 193 | 108 | 189 | M121S V3.26 International |
| 194 | 109 | 189 | M121S V3.26 International |
| 196 | 111 | 189 | M121S V3.26 International |
| 197 | 112 | 189 | M121S V3.26 International |
| 198 | 113 | 189 | M121S V3.26 International |
| 200 | 114 | 189 | M121S V3.26 International |
| 201 | 115 | 189 | M121S V3.26 International |
| 202 | 116 | 189 | M121S V3.26 International |
| 204 | 117 | 189 | M121S V3.26 International |
| 205 | 118 | 189 | M121S V3.26 International |
| 207 | 119 | 185 | M121S |
| 206 | 119 | 189 | M121S V3.26 International |
| 212 | 120 | 189 | M121S V3.26 International |
| 213 | 121 | 189 | M121S V3.26 International |
| 215 | 122 | 189 | M121S V3.26 International |
| 217 | 123 | 189 | M121S V3.26 International |

| | | |
|---|---|---|
| 218 | 124 | 189 M121S V3.26 International |
| 219 | 125 | 189 M121S V3.26 International |
| 220 | 126 | 189 M121S V3.26 International |
| 221 | 127 | 189 M121S V3.26 International |
| 222 | 128 | 189 M121S V3.26 International |
| 223 | 129 | 189 M121S V3.26 International |
| 224 | 130 | 189 M121S V3.26 International |
| 226 | 131 | 185 M121S |
| 225 | 131 | 189 M121S V3.26 International |
| 231 | 132 | 189 M121S V3.26 International |
| 232 | 133 | 189 M121S V3.26 International |
| 233 | 134 | 189 M121S V3.26 International |
| 234 | 135 | 189 M121S V3.26 International |
| 236 | 136 | 189 M121S V3.26 International |
| 237 | 137 | 189 M121S V3.26 International |
| 238 | 138 | 189 M121S V3.26 International |
| 240 | 139 | 189 M121S V3.26 International |
| 243 | 140 | 185 M121S |
| 241 | 140 | 189 M121S V3.26 International |
| 247 | 141 | 189 M121S V3.26 International |
| 248 | 142 | 189 M121S V3.26 International |
| 249 | 143 | 189 M121S V3.26 International |
| 250 | 144 | 189 M121S V3.26 International |
| 253 | 145 | 185 M121S |
| 252 | 145 | 189 M121S V3.26 International |
| 254 | 146 | 189 M121S V3.26 International |
| 255 | 147 | 189 M121S V3.26 International |
| 260 | 148 | 185 M121S |
| 256 | 148 | 189 M121S V3.26 International |
| 262 | 149 | 189 M121S V3.26 International |
| 263 | 150 | 189 M121S V3.26 International |
| 264 | 151 | 189 M121S V3.26 International |
| 267 | 152 | 189 M121S V3.26 International |
| 269 | 153 | 189 M121S V3.26 International |
| 270 | 154 | 189 M121S V3.26 International |
| 271 | 155 | 189 M121S V3.26 International |
| 275 | 156 | 189 M121S V3.26 International |
| 276 | 157 | 189 M121S V3.26 International |
| 277 | 158 | 189 M121S V3.26 International |
| 278 | 159 | 183 TVpad M121S Perfect Mate: USB Wi |
| 279 | 160 | 189 M121S V3.26 International |
| 280 | 161 | 189 M121S V3.26 International |
| 281 | 162 | 189 M121S V3.26 International |
| 282 | 163 | 189 M121S V3.26 International |
| 284 | 164 | 189 M121S V3.26 International |
| 285 | 165 | 189 M121S V3.26 International |
| 286 | 166 | 189 M121S V3.26 International |

| | | |
|---|---|---|
| 287 | 167 | 189 M121S V3.26 International |
| 288 | 168 | 189 M121S V3.26 International |
| 294 | 169 | 185 M121S |
| 289 | 169 | 189 M121S V3.26 International |
| 295 | 170 | 189 M121S V3.26 International |
| 297 | 171 | 189 M121S V3.26 International |
| 298 | 172 | 189 M121S V3.26 International |
| 299 | 173 | 189 M121S V3.26 International |
| 300 | 174 | 194 M121S V3.26 International |
| 301 | 175 | 189 M121S V3.26 International |
| 302 | 176 | 189 M121S V3.26 International |
| 304 | 177 | 189 M121S V3.26 International |
| 305 | 178 | 189 M121S V3.26 International |
| 308 | 179 | 189 M121S V3.26 International |
| 309 | 180 | 189 M121S V3.26 International |
| 312 | 181 | 185 M121S |
| 310 | 181 | 189 M121S V3.26 International |
| 313 | 182 | 189 M121S V3.26 International |
| 314 | 183 | 189 M121S V3.26 International |
| 315 | 184 | 189 M121S V3.26 International |
| 316 | 185 | 189 M121S V3.26 International |
| 323 | 186 | 185 M121S |
| 318 | 186 | 189 M121S V3.26 International |
| 327 | 187 | 194 M121S V3.26 International |
| 325 | 187 | 183 TVpad M121S Perfect Mate: USB Wi |
| 328 | 188 | 189 M121S V3.26 International |
| 329 | 189 | 189 M121S V3.26 International |
| 334 | 190 | 189 M121S V3.26 International |
| 335 | 191 | 189 M121S V3.26 International |
| 336 | 192 | 189 M121S V3.26 International |
| 337 | 193 | 189 M121S V3.26 International |
| 339 | 194 | 189 M121S V3.26 International |
| 340 | 195 | 189 M121S V3.26 International |
| 343 | 196 | 185 M121S |
| 341 | 196 | 189 M121S V3.26 International |
| 344 | 197 | 189 M121S V3.26 International |
| 345 | 198 | 189 M121S V3.26 International |
| 346 | 199 | 189 M121S V3.26 International |
| 349 | 200 | 185 M121S |
| 347 | 200 | 189 M121S V3.26 International |
| 350 | 201 | 189 M121S V3.26 International |
| 351 | 202 | 189 M121S V3.26 International |
| 352 | 203 | 189 M121S V3.26 International |
| 353 | 204 | 189 M121S V3.26 International |
| 354 | 205 | 189 M121S V3.26 International |
| 355 | 206 | 189 M121S V3.26 International |
| 356 | 207 | 189 M121S V3.26 International |

| 357 | 208 | 189 M121S V3.26 International |
| 358 | 209 | 189 M121S V3.26 International |
| 359 | 210 | 189 M121S V3.26 International |
| 360 | 211 | 189 M121S V3.26 International |
| 362 | 212 | 189 M121S V3.26 International |
| 363 | 213 | 189 M121S V3.26 International |
| 364 | 214 | 189 M121S V3.26 International |
| 366 | 215 | 185 M121S |
| 367 | 215 | 189 M121S V3.26 International |
| 368 | 216 | 189 M121S V3.26 International |
| 370 | 217 | 185 M121S |
| 371 | 218 | 189 M121S V3.26 International |
| 377 | 219 | 185 M121S |
| 372 | 219 | 189 M121S V3.26 International |
| 378 | 220 | 189 M121S V3.26 International |
| 379 | 221 | 194 M121S V3.26 International |
| 380 | 222 | 189 M121S V3.26 International |
| 387 | 223 | 185 M121S |
| 385 | 223 | 189 M121S V3.26 International |
| 388 | 224 | 194 M121S V3.26 International |
| 389 | 225 | 189 M121S V3.26 International |
| 390 | 226 | 189 M121S V3.26 International |
| 391 | 227 | 189 M121S V3.26 International |
| 392 | 228 | 189 M121S V3.26 International |
| 393 | 229 | 183 TVpad M121S Perfect Mate: USB Wi |
| 394 | 230 | 183 TVpad M121S Perfect Mate: USB Wi |
| 395 | 231 | 195 M121S V3.26 International |
| 396 | 232 | 195 M121S V3.26 International |
| 397 | 233 | 195 M121S V3.26 International |
| 398 | 234 | 195 M121S V3.26 International |
| 399 | 235 | 195 M121S V3.26 International |
| 400 | 236 | 195 M121S V3.26 International |
| 401 | 237 | 195 M121S V3.26 International |
| 402 | 238 | 195 M121S V3.26 International |
| 403 | 239 | 195 M121S V3.26 International |
| 406 | 240 | 195 M121S V3.26 International |
| 407 | 241 | 195 M121S V3.26 International |
| 412 | 242 | 195 M121S V3.26 International |
| 413 | 243 | 195 M121S V3.26 International |
| 414 | 244 | 195 M121S V3.26 International |
| 415 | 245 | 195 M121S V3.26 International |
| 418 | 246 | 185 M121S |
| 416 | 246 | 197 M121S V3.26 International |
| 419 | 247 | 195 M121S V3.26 International |
| 420 | 248 | 197 M121S V3.26 International |
| 421 | 249 | 195 M121S V3.26 International |
| 423 | 250 | 198 M121S V3.26 International |

| | | |
|---|---|---|
| 424 | 251 | 197 M121S V3.26 International |
| 425 | 252 | 197 M121S V3.26 International |
| 426 | 253 | 197 M121S V3.26 International |
| 427 | 254 | 195 M121S V3.26 International |
| 428 | 255 | 196 M121S V3.26 International |
| 429 | 256 | 196 M121S V3.26 International |
| 430 | 257 | 199 M233 V3.68 International |
| 431 | 258 | 197 M121S V3.26 International |
| 432 | 259 | 199 M233 V3.68 International |
| 433 | 260 | 195 M121S V3.26 International |
| 436 | 261 | 185 M121S |
| 434 | 261 | 199 M233 V3.68 International |
| 437 | 262 | 197 M121S V3.26 International |
| 438 | 263 | 196 M121S V3.26 International |
| 439 | 263 | 198 M121S V3.26 International |
| 440 | 264 | 198 M121S V3.26 International |
| 441 | 265 | 199 M233 V3.70 International |
| 442 | 266 | 195 M121S V3.26 International |
| 444 | 267 | 185 M121S |
| 446 | 268 | 185 M121S/M233 |
| 445 | 268 | 199 M233 V3.70 International |
| 448 | 269 | 199 M233 V3.70 International |
| 455 | 270 | 185 M121S/M233 |
| 451 | 270 | 199 M233 V3.70 International |
| 457 | 271 | 197 M121S V3.26 International |
| 459 | 272 | 206 M233 V3.70 International |
| 460 | 273 | 199 M233 V3.70 International |
| 461 | 274 | 199 M233 V3.70 International |
| 462 | 275 | 199 M233 V3.70 International |
| 463 | 276 | 199 M233 V3.70 International |
| 464 | 277 | 199 M233 V3.70 International |
| 465 | 278 | 199 M233 V3.70 International |
| 466 | 279 | 199 M233 V3.70 International |
| 470 | 280 | 185 M121S/M233 |
| 467 | 280 | 199 M233 V3.70 International |
| 468 | 280 | 183 TVpad M121S Perfect Mate: USB Wi |
| 471 | 281 | 199 M233 V3.70 International |
| 472 | 282 | 199 M233 V3.70 International |
| 475 | 283 | 185 M121S/M233 |
| 473 | 283 | 199 M233 V3.70 International |
| 478 | 284 | 185 M121S/M233 |
| 476 | 284 | 199 M233 V3.70 International |
| 481 | 285 | 185 M121S/M233 |
| 479 | 285 | 199 M233 V3.70 International |
| 482 | 286 | 199 M233 V3.70 International |
| 483 | 287 | 199 M233 V3.70 International |
| 484 | 288 | 199 M233 V3.70 International |

| | | |
|---|---|---|
| 485 | 289 | 199 M233 V3.70 International |
| 488 | 290 | 185 M121S/M233 |
| 486 | 290 | 199 M233 V3.70 International |
| 492 | 292 | 199 M233 V3.70 International |
| 493 | 293 | 199 M233 V3.70 International |
| 494 | 294 | 199 M233 V3.70 International |
| 496 | 295 | 185 M121S/M233 |
| 497 | 296 | 199 M233 V3.70 International |
| 499 | 297 | 199 M233 V3.70 International |
| 502 | 298 | 185 M121S/M233 |
| 500 | 298 | 199 M233 V3.70 International |
| 507 | 299 | 185 M121S/M233 |
| 503 | 299 | 199 M233 V3.70 International |
| 511 | 300 | 185 M121S/M233 |
| 509 | 300 | 199 M233 V3.70 International |
| 514 | 301 | 185 M121S/M233 |
| 512 | 301 | 199 M233 V3.70 International |
| 516 | 303 | 199 M233 V3.70 International |
| 517 | 304 | 199 M233 V3.70 International |
| 518 | 305 | 199 M233 V3.70 International |
| 519 | 306 | 199 M233 V3.70 International |
| 520 | 307 | 199 M233 V3.70 International |
| 522 | 308 | 199 M233 V3.70 International |
| 523 | 309 | 199 M233 V3.70 International |
| 524 | 310 | 199 M233 V3.70 International |
| 526 | 311 | 199 M233 V3.70 International |
| 527 | 312 | 199 M233 V3.70 International |
| 528 | 313 | 199 M233 V3.70 International |
| 529 | 314 | 206 M233 V3.70 International |
| 530 | 315 | 199 M233 V3.70 International |
| 531 | 316 | 199 M233 V3.70 International |
| 532 | 317 | 199 M233 V3.70 International |
| 533 | 318 | 199 M233 V3.70 International |
| 536 | 319 | 185 M121S/M233 |
| 537 | 320 | 199 M233 V3.70 International |
| 538 | 321 | 199 M233 V3.70 International |
| 543 | 323 | 199 M233 V3.70 International |
| 545 | 324 | 185 M121S/M233 |
| 550 | 327 | 185 M121S/M233 |
| 548 | 327 | 199 M233 V3.70 International |
| 551 | 328 | 199 M233 V3.70 International |
| 552 | 329 | 199 M233 V3.70 International |
| 555 | 330 | 185 M121S/M233 |
| 553 | 330 | 199 M233 V3.70 International |
| 559 | 331 | 185 M121S/M233 |
| 556 | 331 | 199 M233 V3.70 International |
| 563 | 332 | 185 M121S/M233 |

| | | | |
|---|---|---|---|
| 561 | 332 | 199 | M233 V3.70 International |
| 566 | 333 | 185 | M121S/M233 |
| 564 | 333 | 201 | M233 V3.70 International |
| 567 | 334 | 199 | M233 V3.70 International |
| 568 | 335 | 183 | TVpad M121S Perfect Mate: USB Wi |
| 569 | 336 | 199 | M233 V3.70 International |
| 570 | 337 | 199 | M233 V3.70 International |
| 571 | 338 | 201 | M233 V3.70 International |
| 573 | 339 | 201 | M233 V3.70 International |
| 575 | 340 | 199 | M233 V3.70 International |
| 576 | 341 | 199 | M233 V3.70 International |
| 578 | 343 | 183 | TVpad M121S Perfect Mate: USB Wi |
| 581 | 344 | 185 | M121S/M233 |
| 579 | 344 | 201 | M233 V3.70 International |
| 584 | 345 | 199 | M233 V3.70 International |
| 587 | 346 | 185 | M121S/M233 |
| 585 | 346 | 212 | M233 V3.70 International |
| 588 | 347 | 196 | M121S V3.26 International |
| 590 | 348 | 185 | M121S/M233 |
| 594 | 348 | 212 | M233 V3.70 International |
| 595 | 349 | 199 | M233 V3.70 International |
| 601 | 350 | 185 | M121S/M233 |
| 596 | 350 | 212 | M233 V3.70 International |
| 597 | 350 | 200 | TVpad2 Remote Control |
| 603 | 351 | 212 | M233 V3.70 International |
| 609 | 352 | 185 | M121S/M233 |
| 605 | 352 | 212 | M233 V3.70 International |
| 610 | 353 | 212 | M233 V3.70 International |
| 613 | 355 | 195 | M121S V3.26 International |
| 614 | 356 | 196 | M121S V3.26 International |
| 615 | 357 | 212 | M233 V3.70 International |
| 616 | 358 | 206 | M233 V3.70 International |
| 617 | 359 | 212 | M233 V3.70 International |
| 620 | 360 | 185 | M121S/M233 |
| 618 | 360 | 206 | M233 V3.70 International |
| 623 | 360 | 184 | TVpad Perfect Mate: 14ft cat5e |
| 624 | 361 | 212 | M233 V3.70 International |
| 628 | 363 | 185 | M121S/M233 |
| 626 | 363 | 212 | M233 V3.70 International |
| 629 | 364 | 206 | M233 V3.70 International |
| 630 | 365 | 206 | M233 V3.70 International |
| 631 | 366 | 206 | M233 V3.70 International |
| 633 | 367 | 206 | M233 V3.70 International |
| 634 | 368 | 212 | M233 V3.70 International |
| 635 | 369 | 185 | M121S/M233 |
| 636 | 370 | 215 | M233 V3.70 International |
| 637 | 371 | 206 | M233 V3.70 International |

| | | | |
|---|---|---|---|
| 638 | 372 | 206 | M233 V3.70 International |
| 639 | 373 | 200 | TVpad2 Remote Control |
| 640 | 374 | 206 | M233 V3.70 International |
| 642 | 375 | 219 | M233 V3.70 International |
| 644 | 376 | 199 | M233 V3.70 International |
| 645 | 377 | 201 | M233 V3.70 International |
| 646 | 378 | 187 | |
| 647 | 379 | 187 | |
| 648 | 380 | 219 | M233 V3.70 International |
| 650 | 381 | 185 | M121S/M233 |
| 651 | 381 | 199 | M233 V3.70 International |
| 655 | 382 | 199 | M233 V3.70 International |
| 658 | 385 | 199 | M233 V3.70 International |
| 659 | 386 | 199 | M233 V3.70 International |
| 666 | 387 | 185 | M121S/M233 |
| 664 | 387 | 199 | M233 V3.70 International |
| 667 | 388 | 199 | M233 V3.70 International |
| 668 | 389 | 199 | M233 V3.70 International |
| 670 | 390 | 199 | M233 V3.70 International |
| 672 | 391 | 199 | M233 V3.70 International |
| 673 | 392 | 199 | M233 V3.70 International |
| 678 | 393 | 219 | M233 V3.70 International |
| 679 | 394 | 185 | M121S/M233 |
| 681 | 394 | 199 | M233 V3.70 International |
| 682 | 395 | 199 | M233 V3.70 International |
| 683 | 396 | 187 | |
| 684 | 397 | 199 | M233 V3.70 International |
| 685 | 398 | 199 | M233 V3.70 International |
| 686 | 399 | 199 | M233 V3.70 International |
| 687 | 400 | 199 | M233 V3.70 International |
| 688 | 401 | 216 | M233 V3.70 International |
| 689 | 402 | 199 | M233 V3.70 International |
| 690 | 403 | 220 | M233 V3.70 International |
| 692 | 404 | 206 | M233 V3.70 International |
| 693 | 405 | 206 | M233 V3.70 International |
| 694 | 406 | 199 | M233 V3.70 International |
| 695 | 407 | 206 | M233 V3.70 International |
| 697 | 409 | 199 | M233 V3.70 International |
| 698 | 410 | 219 | M233 V3.70 International |
| 701 | 411 | 185 | M121S/M233 |
| 699 | 411 | 219 | M233 V3.70 International |
| 702 | 412 | 220 | M233 V3.70 International |
| 704 | 414 | 199 | M233 V3.70 International |
| 705 | 415 | 199 | M233 V3.70 International |
| 706 | 416 | 219 | M233 V3.70 International |
| 709 | 417 | 185 | M121S/M233 |
| 707 | 417 | 199 | M233 V3.70 International |

| | | |
|---|---|---|
| 711 | 418 | 188 |
| 712 | 419 | 199 M233 V3.70 International |
| 713 | 420 | 199 M233 V3.70 International |
| 714 | 421 | 201 M233 V3.70 International |
| 717 | 422 | 185 M121S/M233 |
| 715 | 422 | 199 M233 V3.70 International |
| 718 | 423 | 199 M233 V3.70 International |
| 721 | 424 | 185 M121S/M233 |
| 719 | 424 | 206 M233 V3.70 International |
| 722 | 425 | 206 M233 V3.70 International |
| 723 | 426 | 206 M233 V3.70 International |
| 728 | 427 | 185 M121S/M233 |
| 729 | 427 | 206 M233 V3.70 International |
| 730 | 428 | 199 M233 V3.70 International |
| 733 | 429 | 185 M121S/M233 |
| 731 | 429 | 206 M233 V3.70 International |
| 734 | 430 | 188 |
| 738 | 431 | 185 M121S/M233 |
| 735 | 431 | 206 M233 V3.70 International |
| 739 | 432 | 206 M233 V3.70 International |
| 741 | 433 | 199 M233 V3.70 International |
| 742 | 434 | 199 M233 V3.70 International |
| 744 | 435 | 199 M233 V3.70 International |
| 746 | 436 | 199 M233 V3.70 International |
| 752 | 437 | 185 M121S/M233 |
| 747 | 437 | 199 M233 V3.80 International |
| 755 | 438 | 185 M121S/M233 |
| 753 | 438 | 199 M233 V3.80 International |
| 759 | 439 | 185 M121S/M233 |
| 757 | 439 | 199 M233 V3.80 International |
| 775 | 450 | 185 M121S/M233 |
| 776 | 451 | 187 |
| 826 | 484 | 212 M233 V3.80 International |
| 830 | 486 | 212 M233 V3.80 International |
| 847 | 498 | 188 |
| 852 | 503 | 206 M233 V3.80 International |
| 853 | 504 | 224 M233 V3.80 International |
| 857 | 506 | 224 M233 V3.80 International |
| 871 | 519 | 185 M121S/M233 |
| 876 | 520 | 212 M233 V3.80 International |
| 880 | 524 | 206 M233 V3.80 International |
| 883 | 526 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 884 | 527 | 206 M233 V3.80 International |
| 886 | 527 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 889 | 530 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 890 | 531 | 206 M233 V3.80 International |
| 893 | 532 | 206 M233 V3.80 International |

| | | |
|---|---|---|
| 895 | 532 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 896 | 533 | 206 M233 V3.80 International |
| 897 | 534 | 188 |
| 901 | 536 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 906 | 539 | 206 M233 V3.80 International |
| 914 | 545 | 206 M233 V3.80 International |
| 915 | 545 | 200 TVpad2 Remote Control |
| 917 | 546 | 206 M233 V3.80 International |
| 918 | 547 | 206 M233 V3.80 International |
| 919 | 547 | 187 |
| 925 | 553 | 206 M233 V3.80 International |
| 937 | 560 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 942 | 561 | 185 TVpad M121S/M233/;iPlayer 53100 |
| 940 | 561 | 188 |
| 939 | 561 | 187 |
| 946 | 562 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 948 | 563 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 961 | 571 | 239 M358 International |
| 964 | 572 | 185 TVpad M121S/M233/;iPlayer 53100 |
| 971 | 575 | 185 TVpad M121S/M233/;iPlayer 53100 |
| 972 | 576 | 239 M358 International |
| 975 | 578 | 239 M358 International |
| 983 | 580 | 185 TVpad M121S/M233/;iPlayer S3100 |
| 988 | 582 | 185 TVpad2/3; iPlayer2/3 |
| 996 | 586 | 185 TVpad2/3; iPlayer2/3 |
| 998 | 588 | 239 M358 International |
| 1001 | 590 | 239 M358 International |
| 1005 | 594 | 241 iPlayer3 i5+TVpad3 M358 |
| 1009 | 594 | 185 TVpad2/3; iPlayer2/3 |
| 1010 | 595 | 239 M358 International |
| 1019 | 601 | 239 M358 International |
| 1028 | 607 | 185 TVpad2/3; iPlayer2/3 |
| 1032 | 608 | 239 M358 International |
| 1034 | 610 | 239 M358 International |
| 1041 | 613 | 185 TVpad2/3; iPlayer2/3 |
| 1046 | 615 | 249 TVpad1/2/3 |
| 1047 | 616 | 241 iPlayer3 i5+TVpad3 M358 |
| 1051 | 616 | 185 TVpad2/3; iPlayer2/3 |
| 1055 | 617 | 185 TVpad2/3; iPlayer2/3 |
| 1062 | 623 | 185 TVpad2/3; iPlayer2/3 |
| 1068 | 627 | 185 TVpad2/3; iPlayer2/3 |
| 1070 | 628 | 247 TVpad |
| 1074 | 630 | 185 TVpad2/3; iPlayer2/3 |
| 1077 | 631 | 241 iPlayer3 i5+TVpad3 M358 |
| 1082 | 634 | 185 TVpad2/3; iPlayer2/3 |
| 1089 | 637 | 185 TVpad2/3; iPlayer2/3 |
| 1091 | 638 | 187 TVpad1/2/3 |

| | | |
|---|---|---|
| 1094 | 639 | 185 TVpad2/3; iPlayer2/3 |
| 1100 | 640 | 185 TVpad2/3; iPlayer2/3 |
| 1103 | 643 | 241 iPlayer3 i5+TVpad3 M358 |
| 1107 | 645 | 185 TVpad2/3; iPlayer2/3 |
| 1110 | 648 | 239 M358 International |
| 1115 | 649 | 185 TVpad2/3; iPlayer2/3 |
| 1120 | 651 | 219 M358 International |
| 1122 | 651 | 185 TVpad2/3; iPlayer2/3 |
| 1128 | 652 | 185 TVpad2/3; iPlayer2/3 |
| 1132 | 653 | 185 TVpad2/3; iPlayer2/3 |
| 1139 | 656 | 239 M358 International |
| 1152 | 664 | 241 iPlayer3 i5+TVpad3 M358 |
| 1153 | 665 | 241 iPlayer3 i5+TVpad3 M358 |
| 1159 | 665 | 184 TVpad/ iPlayer/ 14ft/ cat5e |
| 1158 | 665 | 185 TVpad2/3; iPlayer2/3 |
| 1163 | 667 | 185 TVpad2/3; iPlayer2/3 |
| 1168 | 669 | 185 TVpad2/3; iPlayer2/3 |
| 1177 | 673 | 239 M358 International |
| 1173 | 673 | 185 TVpad2/3; iPlayer2/3 |
| 1180 | 675 | 185 TVpad2/3; iPlayer2/3 |
| 1185 | 678 | 241 iPlayer3 i5+TVpad3 M358 |
| 1190 | 678 | 185 TVpad2/3; iPlayer2/3 |
| 1191 | 679 | 241 iPlayer3 i5+TVpad3 M358 |
| 1197 | 683 | 241 iPlayer3 i5+TVpad3 M358 |
| 1200 | 684 | 185 TVpad2/3; iPlayer2/3 |
| 1211 | 692 | 219 M358 International |
| 1216 | 694 | 239 M358 International |
| 1217 | 694 | 185 TVpad2/3; iPlayer2/3 |
| 1223 | 696 | 219 M358 International |
| 1225 | 697 | 185 TVpad2/3; iPlayer2/3 |
| 1231 | 699 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1235 | 700 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1236 | 701 | 241 newTVpad3 i8+TVpad3 M358 |
| 1240 | 701 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1245 | 704 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1248 | 705 | 241 newTVpad3 i8+TVpad3 M358 |
| 1252 | 705 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1265 | 709 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1273 | 711 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1277 | 715 | 239 M358 International |
| 1282 | 717 | 256 M358 International |
| 1284 | 718 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1293 | 723 | 241 newTVpad3 i8+TVpad3 M358 |
| 1300 | 723 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1304 | 726 | 256 M358 International |
| 1307 | 726 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1311 | 727 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |

| 1317 | 728 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1319 | 729 | 219 M358 International |
| 1322 | 729 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1325 | 730 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1335 | 734 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1343 | 737 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1344 | 738 | 256 M358 International |
| 1345 | 739 | 256 M358 International |
| 1349 | 740 | 256 M358 International |
| 1357 | 742 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1364 | 746 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1367 | 747 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1371 | 750 | 256 M358 International |
| 1379 | 753 | 256 M358 International |
| 1387 | 756 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1393 | 759 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1399 | 762 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1408 | 764 | 241 newTVpad3 i8+Tvpad3 M358 |
| 1407 | 764 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1412 | 766 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1414 | 767 | 220 M358 International |
| 1418 | 768 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1424 | 773 | 256 M358 International |
| 1428 | 774 | 256 M358 International |
| 1429 | 775 | 256 M358 International |
| 1438 | 784 | 239 M358 International |
| 1448 | 790 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1457 | 795 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1475 | 813 | 239 M358 International |
| 1476 | 814 | 219 M358 International |
| 1483 | 821 | 247 TVpad |
| 1488 | 823 | 239 M358 International |
| 1493 | 826 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1500 | 829 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1508 | 836 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1513 | 840 | 219 M358 International |
| 1514 | 841 | 239 M358 International |
| 1522 | 849 | 219 M358 International |
| 1524 | 851 | 219 M358 International |
| 1529 | 856 | 239 M358 International |
| 1536 | 861 | 241 newTVpad3 i8+Tvpad3 M358 |
| 1540 | 861 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1545 | 863 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1548 | 865 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1553 | 866 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |
| 1556 | 867 | 239 M358 International |
| 1562 | 870 | 185 TVpad2/3; iPlayer2/3;newTVpad3 |

| | | | |
|---|---|---|---|
| 1585 | 888 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1599 | 896 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1607 | 898 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1609 | 900 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1624 | 904 | 239 | M358 International |
| 1626 | 904 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1631 | 906 | 239 | M358 International |
| 1635 | 909 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1652 | 918 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1658 | 920 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1662 | 921 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1673 | 929 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1674 | 930 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1675 | 931 | 239 | M358 International |
| 1677 | 932 | 264 | M358 International |
| 1682 | 936 | 239 | M358 International |
| 1684 | 938 | 241 | newTVpad3 i8+TVpad3 M358 |
| 1689 | 939 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1695 | 943 | 239 | M358 International |
| 1701 | 945 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1702 | 946 | 239 | M358 International |
| 1705 | 949 | 239 | M358 International |
| 1723 | 964 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1724 | 965 | 239 | M358 International |
| 1735 | 970 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1748 | 975 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1761 | 979 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1767 | 983 | 264 | M358 International |
| 1771 | 983 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1778 | 985 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1784 | 990 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1787 | 992 | 239 | M358 International |
| 1790 | 995 | 239 | M358 International |
| 1806 | 1002 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1810 | 1004 | 264 | M358 International |
| 1812 | 1004 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1817 | 1007 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1825 | 1009 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1856 | 1031 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1862 | 1034 | 274 | i8+i9+TVpad3 M358+weltv Premium |
| 1865 | 1034 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1868 | 1036 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1881 | 1040 | 274 | i8+i9+TVpad3 M358+weltv Premium |
| 1878 | 1040 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1887 | 1042 | 185 | TVpad2/3; iPlayer2/3;newTVpad3 |
| 1889 | 1043 | 239 | M358 International |
| 1896 | 1047 | 185 | TVpad;iplayer;newTVpad; weltv |

| | | |
|---|---|---|
| 1911 | 1059 | 239 M358 International |
| 1914 | 1059 | 185 TVpad;iplayer;newTVpad; weltv |
| 1924 | 1066 | 185 TVpad;iplayer;newTVpad; weltv |
| 1932 | 1067 | 185 TVpad;iplayer;newTVpad; weltv |
| 1937 | 1068 | 185 TVpad;iplayer;newTVpad; weltv |
| 1946 | 1071 | 185 TVpad;iplayer;newTVpad; weltv |
| 1949 | 1072 | 185 TVpad;iplayer;newTVpad; weltv |
| 1951 | 1073 | 185 TVpad;iplayer;newTVpad; weltv |
| 1952 | 1074 | 239 M358 International |
| 1953 | 1075 | 185 TVpad;iplayer;newTVpad; weltv |
| 1954 | 1076 | 256 M358 International |
| 1956 | 1078 | 239 M358 International |
| 1964 | 1084 | 185 TVpad;iplayer;newTVpad; weltv |
| 1970 | 1087 | 185 TVpad;iplayer;newTVpad; weltv |
| 1974 | 1090 | 185 TVpad;iplayer;newTVpad; weltv |
| 1975 | 1091 | 256 M358 International |
| 1976 | 1091 | 185 TVpad;iplayer;newTVpad; weltv |
| 1985 | 1093 | 185 TVpad;iplayer;newTVpad; weltv |
| 2000 | 1100 | 185 TVpad;iplayer;newTVpad; weltv |
| 2005 | 1104 | 185 TVpad;iplayer;newTVpad; weltv |
| 2026 | 1120 | 185 TVpad;iplayer;newTVpad; weltv |
| 2035 | 1124 | 185 TVpad;iplayer;newTVpad; weltv |
| 2044 | 1129 | 185 TVpad;iplayer;newTVpad; weltv |
| 2050 | 1131 | 185 TVpad;iplayer;newTVpad; weltv |
| 2059 | 1136 | 185 TVpad;iplayer;newTVpad; weltv |
| 2090 | 1152 | 185 TVpad;iplayer;newTVpad; weltv |
| 2106 | 1162 | 185 TVpad;iplayer;newTVpad; weltv |
| 2112 | 1164 | 185 TVpad;iplayer;newTVpad; weltv |
| 2122 | 1169 | 185 TVpad;iplayer;newTVpad; weltv |
| 2136 | 1177 | 185 TVpad;iplayer;newTVpad; weltv |
| 2143 | 1181 | 185 TVpad;iplayer;newTVpad; weltv |
| 2148 | 1183 | 185 TVpad;iplayer;newTVpad; weltv |
| 2151 | 1184 | 185 TVpad;iplayer;newTVpad; weltv |
| 2157 | 1188 | 185 TVpad;iplayer;newTVpad; weltv |
| 2159 | 1189 | 246 TVpad |
| 2166 | 1196 | 185 TVpad;iplayer;newTVpad; weltv |
| 2168 | 1197 | 185 TVpad;iplayer;newTVpad; weltv |
| 2175 | 1200 | 185 TVpad;iplayer;newTVpad; weltv |
| 2180 | 1202 | 185 TVpad;iplayer;newTVpad; weltv |
| 2190 | 1209 | 185 TVpad;iplayer;newTVpad; weltv |
| 2192 | 1210 | 185 TVpad;iplayer;newTVpad; weltv |
| 2197 | 1213 | 185 TVpad;iplayer;newTVpad; weltv |
| 2203 | 1218 | 185 TVpad;iplayer;newTVpad; weltv |
| 2215 | 1225 | 185 TVpad;iplayer;newTVpad; weltv |
| 2224 | 1228 | 185 TVpad;iplayer;newTVpad; weltv |
| 2229 | 1230 | 185 TVpad;iplayer;newTVpad; weltv |
| 2233 | 1231 | 185 TVpad;iplayer;newTVpad; weltv |

| | | | |
|---|---|---|---|
| 2237 | 1234 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2244 | 1236 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2254 | 1241 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2264 | 1248 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2271 | 1251 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2275 | 1252 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2282 | 1253 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2287 | 1256 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2292 | 1257 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2303 | 1260 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2306 | 1261 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2315 | 1263 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2322 | 1268 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2337 | 1277 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2349 | 1281 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2355 | 1282 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2360 | 1283 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2370 | 1287 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2374 | 1288 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2394 | 1292 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2401 | 1295 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2409 | 1296 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2427 | 1307 | 185 | TVpad;iplayer;newTVpad; weltv |
| 2431 | 1308 | 185 | TVpad;iplayer;newTVpad; weltv |

**Notes:**

(1)These are all tvpad relative orders at newtvpad.com

(2)This is raw record directly pulled down from newtvpad.com database, table of znc_orders_products

| products_name | products_p | final_price | products_t | products_c | onetime_c |
|---|---|---|---|---|---|
| TVpad M121S V3.06, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.06, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad M121S V3.06, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| TVpad M121S V3.14, with free usb wifi card | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usb | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usb | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usb | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usb | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usb | 179.88 | 179.88 | 0 | 2 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usb | 179.88 | 179.88 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 2 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 2 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 2 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 2 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free us| | 179.88 | 179.88 | 0 | 1 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usl | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usl | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, free usl | 179.88 | 179.88 | 0 | 2 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usl | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usl | 179.88 | 179.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14, with free usl | 179.88 | 179.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14 | 178.88 | 178.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14 | 178.88 | 178.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14 | 178.88 | 178.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14 | 178.88 | 178.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14 | 178.88 | 178.88 | 0 | 1 | 0 |
| Black Friday Special: TVpad M121S V3.14 | 178.88 | 178.88 | 0 | 1 | 0 |
| TVpad M121S Perfect Mate: USB Wifi | 18 | 18 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 15 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 10 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 5 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 2 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 4 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 2 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| TVpad M121S Perfect Mate: USB Wifi | 18 | 18 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 2 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 2 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special: TVpad M121S V3.26,FREE WiFi card | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| New Year Promotion:TVpad M121S V3.26,Free Gifts,A | 186.66 | 186.66 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| New Year Promotion:TVpad M121S V3.26,Free Gifts,A | 184.88 | 184.88 | 0 | 1 | 0 |
| TVpad M121S Perfect Mate: USB Wifi | 9.88 | 9.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 2 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 2 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 3 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 2 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts | 188.88 | 188.88 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 2 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| New Year Promotion:TVpad M121S V3.26,Free Gifts,A | 184.88 | 184.88 | 0 | 2 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| New Year Promotion:TVpad M121S V3.26,Free Gifts,A | 184.88 | 184.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 1 | 0 |
| Christmas Special:TVpad M121S V3.26,USB WiFi+Gifts· | 188.88 | 188.88 | 0 | 5 | 0 |
| TVpad M121S Perfect Mate: USB Wifi | 9.88 | 9.88 | 0 | 1 | 0 |
| TVpad M121S Perfect Mate: USB Wifi | 9.88 | 9.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 2 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 2 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal:Free USB WiFi*50FT C | 181.88 | 181.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.2: Free USB WiFi*[ | 175.88 | 175.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.4: Free USB WiFi*! | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.2: Free USB WiFi*[ | 175.88 | 175.88 | 0 | 2 | 0 |
| TVpad2 M121S V3.26 Final Deal No.4: Free USB WiFi*! | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.3: 50FT Cable*Des | 172.88 | 172.88 | 0 | 1 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| TVpad2 M1215 V3.26 Final Deal No.2: Free USB WiFi*[ | 175.88 | 175.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.2: Free USB WiFi*[ | 175.88 | 175.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.2: Free USB WiFi*[ | 175.88 | 175.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.4: Free USB WiFi*! | 181.88 | 181.88 | 0 | 1 | 0 |
| TVpad2 M1215 V3.26 Final Deal NO.1: Free Gift Desk ( | 170.88 | 170.88 | 0 | 1 | 0 |
| TVpad2 M1215 V3.26 Final Deal NO.1: Free Gift Desk ( | 170.88 | 170.88 | 0 | 1 | 0 |
| 2nd Generation TVpad2 M233 V3.68: Game Remote+( | 248.88 | 248.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.2: Free USB WiFi*[ | 175.88 | 175.88 | 0 | 1 | 0 |
| 2nd Generation TVpad2 M233 V3.68: Game Remote+( | 248.88 | 248.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.4: Free USB WiFi*! | 181.88 | 181.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 2nd Generation TVpad2 M233 V3.68: Game Remote+( | 258.88 | 258.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.2: Free USB WiFi*[ | 175.88 | 175.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal NO.1: Free Gift Desk ( | 170.88 | 170.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.3: 50FT Cable*Des | 172.88 | 172.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.3: 50FT Cable*Des | 172.88 | 172.88 | 0 | 2 | 0 |
| 2nd Generation TVpad2 M233 V3.70: Game Remote+( | 258.88 | 258.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.4: Free USB WiFi*! | 181.88 | 181.88 | 0 | 3 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 2 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.2: Free USB WiFi*[ | 175.88 | 175.88 | 0 | 1 | 0 |
| No.4-True 2nd Generation TVpad2 M233 V3.70: AAA E | 219.88 | 219.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| TVpad M1215 Perfect Mate: USB Wifi | 9.88 | 9.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem | 258.88 | 258.88 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| No.4-True 2nd Generation TVpad2 M233 V3.70: AAA E | 198.88 | 198.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Remo | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| True 2nd Generation TVpad2 M233 V3.70: Game Rem| | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| OLD-FOR-NEW: Exchange Old M121S For New TVpad2 | 118.88 | 118.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem| | 258.88 | 258.88 | 0 | 1 | 0 |
| TVpad M121S Perfect Mate: USB Wifi | 9.88 | 9.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem| | 258.88 | 258.88 | 0 | 1 | 0 |
| True 2nd Generation TVpad2 M233 V3.70: Game Rem| | 258.88 | 258.88 | 0 | 1 | 0 |
| OLD-FOR-NEW: Exchange Old M121S For New TVpad2 | 118.88 | 118.88 | 0 | 1 | 0 |
| OLD-FOR-NEW: Exchange Old M121S For New TVpad2 | 118.88 | 118.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 258.88 | 258.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 258.88 | 258.88 | 0 | 1 | 0 |
| TVpad M121S Perfect Mate: USB Wifi | 9.88 | 9.88 | 0 | 2 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| OLD-FOR-NEW 2: Exchange Old M121S For New TVpad | 138.88 | 138.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal NO.1: Free Gift Desk C | 175.88 | 175.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| TVpad2 Game Remote Control | 28.88 | 28.88 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal No.4: Free USB WiFi*S | 182.88 | 182.88 | 0 | 1 | 0 |
| TVpad2 M121S V3.26 Final Deal NO.1: Free Gift Desk C | 171.88 | 171.88 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 8.25 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 2 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 1 | 0 |
| TVpad Perfect Mate: 14ft cat5e network cable | 4.88 | 4.88 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.70/ A/ | 196.88 | 196.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| FREE-TRY-ONE-YEAR No.1!! TVpad2 M233 V3.70+Batte | 180.88 | 180.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 1 | 0 |
| TVpad2 Game Remote Control | 25.88 | 25.88 | 0 | 2 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 192.88 | 192.88 | 0 | 1 | 0 |
| BULK PURCHASE 1: True 2nd Generation TVpad2 M23: | 378.88 | 378.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| OLD-FOR-NEW 2: Exchange Old M121S For New TVpac | 138.88 | 138.88 | 0 | 1 | 0 |
| TVpad Remote Control - Brand New. Good for all TVpa | 14.88 | 14.88 | 0 | 1 | 0 |
| TVpad Remote Control - Brand New. Good for all TVpa | 14.88 | 14.88 | 0 | 1 | 0 |
| BULK PURCHASE 1: True 2nd Generation TVpad2 M23: | 378.88 | 378.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| BULK PURCHASE 1: True 2nd Generation TVpad2 M23: | 378.88 | 378.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| TVpad Remote Control - Brand New. Good for all TVpa | 14.88 | 14.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| FREE-TRY-ONE-YEAR No.2!! TVpad2 M233 V3.70+Gam | 198.88 | 198.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| BULK PURCHASE 5 units: True 2nd Generation TVpad2 | 900 | 900 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 196.88 | 196.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 196.88 | 196.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 198.88 | 198.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 2nd Generation TVpad2 | 384.88 | 384.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 2nd Generation TVpad2 | 384.88 | 384.88 | 0 | 1 | 0 |
| BULK PURCHASE 5 units: True 2nd Generation TVpad2 | 925 | 925 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 2nd Generation TVpad2 | 384.88 | 384.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| TVpad Power Adaptor - Brand New. Good for all TVpad | 15.88 | 15.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |
| OLD-FOR-NEW 2: Exchange Old M121S For New TVpad | 138.88 | 138.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 198.88 | 198.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 198.88 | 198.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 198.88 | 198.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 198.88 | 198.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 198.88 | 198.88 | 0 | 1 | 0 |
| TVpad Power Adaptor - Brand New. Good for all TVpad | 15.88 | 15.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 198.88 | 198.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.70: A | 198.88 | 198.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.70/ Ga | 229 | 229 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.80/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.80/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.80/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.80/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 2: True 2nd Generation TVpad2 M233 V3.80/ Ga | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad Remote Control - Brand New. Good for all TVpa | 14.88 | 14.88 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.80/ AA | 228.88 | 228.88 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.80/ AA | 228.88 | 228.88 | 0 | 1 | 0 |
| TVpad Power Adaptor - Brand New. Good for all TVpad | 15.88 | 15.88 | 0 | 1 | 0 |
| Hot Deal::True 2nd Generation TVpad2 M233 V3.80: A | 228.88 | 228.88 | 0 | 1 | 0 |
| BULK PURCHASE 3 units: True 2nd Generation TVpad2 | 656.88 | 656.88 | 0 | 1 | 0 |
| BULK PURCHASE 3 units: True 2nd Generation TVpad2 | 656.88 | 656.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Retail 1: True 2nd Generation TVpad2 M233 V3.80/ AA | 228.88 | 228.88 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 4 | 0 |
| TVpad/ TVpad2 Power Adaptor - Brand New. Good for | 15.88 | 15.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 2 | 0 |
| TVpad2 Game Remote Control | 25.88 | 25.88 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 1 | 0 |
| TVpad/ TVpad2 Remote Control - Brand New. Good fo | 14.88 | 14.88 | 0 | 1 | 0 |
| Autumn Festival::True 2nd Generation TVpad2 M233 \ | 198.88 | 198.88 | 0 | 2 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad/ TVpad2 Power Adaptor - Brand New. Good for | 15.88 | 15.88 | 0 | 1 | 0 |
| TVpad/ TVpad2 Remote Control - Brand New. Good fo | 14.88 | 14.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3nd Generation TVpad3 M358 / Preinstall All Apps | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3nd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| 3nd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3nd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| 3nd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad3 Remote Control - Brand New. Good for all TVp | 24.88 | 24.88 | 0 | 2 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad AV Cable | 8.88 | 8.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad/ TVpad2/ TVpad3 Remote Control - Brand New | 14.88 | 14.88 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 3rd Generation TVpad3 | 477.88 | 477.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| iPlayer/ TVpad Perfect Mate: 14ft cat5e network cable | 4.88 | 4.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| Special Combination: iPlayer3 i5 + TVpad3 M358 /Free | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 3rd Generation TVpad3 | 477.88 | 477.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 3rd Generation TVpad3 | 477.88 | 477.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Special Combination: newTVpad3 i8(iPlayer3 i5 Specia | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Special Combination: newTVpad3 i8(iPlayer3 i5 Specia | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Special Combination: newTVpad3 i8(iPlayer3 i5 Specia | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 3rd Generation TVpad3 | 456.88 | 456.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Special Combination: newTVpad3 i8(iPlayer3 i5 Specia | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| BULK PURCHASE 5 units: True 3rd Generation TVpad3 | 1090.88 | 1090.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| Spring Festival Promotion: 3rd Generation TVpad3 M3 | 228.88 | 228.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 3rd Generation TVpad3 | 456.88 | 456.88 | 0 | 1 | 0 |
| TVpad AV Cable | 8.88 | 8.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 3rd Generation TVpad3 | 456.88 | 456.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 3rd Generation TVpad3 | 456.88 | 456.88 | 0 | 1 | 0 |
| BULK PURCHASE 2 units: True 3rd Generation TVpad3 | 456.88 | 456.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Special Combination: newTVpad3 i8(iPlayer3 i5 Specia | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / Preinstall All Apps | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 258.88 | 258.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| TVpad3 M358 / White Limited Edition / New Firmware | 248.88 | 248.88 | 8.25 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Special Combination: newTVpad3 i8(iPlayer3 i5 Specia | 390.88 | 390.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad3 M358 / White Limited Edition / New Firmware | 248.88 | 248.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad3 M358 / White Limited Edition / New Firmware | 248.88 | 248.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Mid-Autumn 2 Units Special Combination Among [new | 446.88 | 446.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Mid-Autumn 2 Units Special Combination Among [new | 446.88 | 446.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| National Day Promotion: 3rd Generation TVpad3 M35 | 228.88 | 228.88 | 0 | 1 | 0 |
| 3rd Generation TVpad3 M358 / New Firmware Against | 238.88 | 238.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| National Day Promotion: 3rd Generation TVpad3 M35 | 228.88 | 228.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| TVpad TF Card,4GB | 8.88 | 8.88 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |

| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
|---|---|---|---|---|---|
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |
| Firmware Updation | 0 | 0 | 0 | 1 | 0 |

| products_p | product_is | products_c | products_c | products_prid |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 0 | 0 | 0 | 181 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |

| | | | | |
|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 183 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 183 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 194 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 194 |
| 0 | 0 | 0 | 0 | 183 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 194 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 194 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 189 |
| 0 | 0 | 0 | 0 | 183 |
| 0 | 0 | 0 | 0 | 183 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 197 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 197 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 198 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 197 |
| 0 | 0 | 0 | 0 | 197 |
| 0 | 0 | 0 | 0 | 197 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 196 |
| 0 | 0 | 0 | 0 | 196 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 197 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 197 |
| 0 | 0 | 0 | 0 | 196 |
| 0 | 0 | 0 | 0 | 198 |
| 0 | 0 | 0 | 0 | 198 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 197 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 183 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 201 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 183 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 201 |
| 0 | 0 | 0 | 0 | 201 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 183 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 201 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 196 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 200 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 195 |
| 0 | 0 | 0 | 0 | 196 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 184 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 215 |
| 0 | 0 | 0 | 0 | 206 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 200 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 201 |
| 0 | 0 | 0 | 0 | 187 |
| 0 | 0 | 0 | 0 | 187 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 187 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 216 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 220 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 0 | 0 | 0 | 220 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 188 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 201 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 188 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 199 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 187 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 188 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 224 |
| 0 | 0 | 0 | 0 | 224 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 212 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |

| | | | | |
|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 188 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 200 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 0 | 0 | 0 | 187 |
| 0 | 0 | 0 | 0 | 206 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 188 |
| 0 | 0 | 0 | 0 | 187 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 249 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 247 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 187 |

| | | | | |
|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 0 | 0 | 0 | 184 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |

| | | | | |
|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 220 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 0 | 0 | 0 | 247 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 0 | 0 | 0 | 219 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |

| | | | | |
|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 264 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 241 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 264 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 264 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 274 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 274 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |

| 0 | 0 | 0 | 0 | 239 |
|---|---|---|---|-----|
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 0 | 0 | 0 | 239 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 256 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 0 | 0 | 0 | 246 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |

| 0 | 1 | 0 | 0 | 185 |
|---|---|---|---|-----|
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |
| 0 | 1 | 0 | 0 | 185 |

**EXHIBIT 8**

CARLA A. McCAULEY (State Bar No. 223910)
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (admitted *pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (admitted *pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (admitted *pro hac vice*)
    samuelbayard@dwt.com
GEORGE WUKOSON (admitted *pro hac vice*)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>          Plaintiffs,<br><br>    vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>          Defendants. | Case No.<br>CV 15-1869 MMM (AJWx)<br><br>PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON CREATE NEW TECHNOLOGY (HK) LIMITED<br><br><br><br>Courtroom: 780<br>Judge: Hon. Margaret M. Morrow<br><br><br>Action Filed: March 13, 2015<br>Trial Date: |

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Davis Wright Tremaine LLP<br>Carla A. McCauley SBN 223910<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 633-6800   FAX NO. *(Optional):* (213) 633-6899<br>E-MAIL ADDRESS *(Optional):* carlamccauley@dwt.com<br>ATTORNEY FOR *(Name):* Plaintiffs | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 312 N. Spring Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Western Division |

| PLAINTIFF/PETITIONER: China Central Television, et al. | CASE NUMBER:<br>CV 15-1869 MMM (AJWx) |
|---|---|
| DEFENDANT/RESPONDENT: Create New Technology (HK) Limited, et al | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* Notice of Related Case; Notice of Interested Parties; Corporate Disclosure Statement; Notice of Assignment; Report Re: Trademark; Report Re:  Copyright

3. a. Party served *(specify name of party as shown on documents served):* Create New Technology (HK) Limited

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong
5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* March 18, 2015   (2) at *(time):* 11:00 a.m.
   b. ☐ **by substituted service.** On *(date):*      at *(time):*      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*      from *(city):*      or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: China Central Television, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Create New Technology (HK) Limited, et al | CV 15-1869 MMM (AJWx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                              (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify):* Create New Technology (HK) Limited
        under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☒ other: FRCP 4(f)(2); CCP § 413.10(c); Companies Ordinance § 827, Cap. 622 of the Laws of Hong Kong |

7. **Person who served papers**
    a. Name: Leung Shun Chi
    b. Address: Vivien Chan & Co., Solicitors & Notaries, 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong
    c. Telephone number: (852) 2533 2162
    d. **The fee** for service was: $
    e. I am:
        (1) ☒ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ a registered California process server:
            (i) ☐ owner    ☐ employee    ☐ independent contractor.
            (ii) Registration No.:
            (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: March 23, 2015

LEUNG SHUN CHI
_____    ▶    _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (SIGNATURE)

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 24, 2015, I served the foregoing document(s) described as:

1. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON HUA YANG INTERNATIONAL TECHNOLOGY LIMITED

2. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON CREATE NEW TECHNOLOGY (HK) LIMITED

3. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON LIANGZHONG ZHOU

4. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON LIANGZHONG ZHOU AS AGENT FOR NEWTVPAD LTD. CO. D/B/A NEWTVPAD.COM A/D/A TVPAD USA

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Soyeun D Choi, Esq.<br><br>Attorney for Club TVpad, Inc., Bennett Wong | 333 Twin Dolphin Drive, Suite 220<br>Redwood Shores CA 94065 |
| Rena Mehta<br>Asha Media Group | 10031 Remington Drive,<br>Riverview, FL 33578 |
| Amit Bhalla | 3102 W. El Prado Blvd., Unit 1<br>Tampa, FL 33629 |
| Liangzhong Zhou<br>newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Dr.<br>Dallas, TX 75248 |
| Honghui Chen d/b/a e-Digital | 815 S. Marguerita Ave.<br>Alhambra, CA 91801 |
| Create New Technology (HK) Limited | Limited, Room D,<br>10/F, Tower A, Billion Centre,<br>1 Wang Kwong Road,<br>Kowloon Bay, Kowloon, Hong Kong, China |
| Hua Yang International Technology Ltd | Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 24, 2015, at Los Angeles, California.

☑ Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Frank M. Romero | *Frank M. Romero* |
| Print Name | Signature |

DWT 26499580v1 0094038-000021

# Service/Waivers of Summons and Complaints :

2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al

ACCO,(AJWx),AO120,AO121,DISCOVERY,MANADR

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McCauley, Carla on 3/24/2015 at 2:36 PM PDT and filed on 3/24/2015

| | |
|---|---|
| **Case Name:** | China Central Television et al v. Create New Technology HK Limited et al |
| **Case Number:** | 2:15-cv-01869-MMM-AJW |
| **Filer:** | China International Communications Co., Ltd. |
| | China Central Television |
| | TVB Holdings USA Inc |
| | Dish Network L.L.C. |

**Document Number:** 38

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff China International Communications Co., Ltd., China Central Television, TVB Holdings USA Inc, Dish Network L.L.C., upon Defendant Create New Technology HK Limited served on 3/18/2015, answer due 4/8/2015. in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (McCauley, Carla)**

**2:15-cv-01869-MMM-AJW Notice has been electronically mailed to:**

Carla A McCauley      carlamccauley@dwt.com, frankromero@dwt.com

George P Wukoson      georgewukoson@dwt.com

Lacy H Koonce , III      lancekoonce@dwt.com

Robert D Balin      robbalin@dwt.com

Samuel M Bayard      samuelbayard@dwt.com

**2:15-cv-01869-MMM-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\romef\Desktop\POS complaints\Create New Technology.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/24/2015] [FileNumber=19171617-0
] [39afa76071bb692f61e96810526d03a5da493d81bf33f1c36676fc669b7b44041b8
542b4e16b39af7a055110668e23ef233ee9f029f81bf98e732b417da2c29d]]

CARLA A. McCAULEY (State Bar No. 223910)
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (admitted *pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (admitted *pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (admitted *pro hac vice*)
    samuelbayard@dwt.com
GEORGE WUKOSON (admitted *pro hac vice*)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York  10019
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>           Defendants. | ) Case No.<br>) CV 15-1869 MMM (AJWx)<br>)<br>) PROOF OF PERSONAL<br>) SERVICE OF SUMMONS AND<br>) COMPLAINT ON HUA YANG<br>) INTERNATIONAL<br>) TECHNOLOGY LIMITED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)Courtroom:  780<br>)Judge:  Hon. Margaret M. Morrow<br>)<br>)<br>)<br>)<br>)<br>)Action Filed:  March 13, 2015<br>)Trial Date:<br>)<br>)<br>)<br>)<br>)<br>) |

---

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | *FOR COURT USE ONLY* |
|---|---|
| Davis Wright Tremaine LLP<br>Carla A. McCauley SBN 223910<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 633-6800    FAX NO. *(Optional)*: (213) 633-6899<br>E-MAIL ADDRESS *(Optional)*: carlamccauley@dwt.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 312 N. Spring Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Western Division |

| PLAINTIFF/PETITIONER: China Central Television, et al. | CASE NUMBER:<br>CV 15-1869 MMM (AJWx) |
|---|---|
| DEFENDANT/RESPONDENT: Create New Technology (HK) Limited, et al | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: Notice of Related Case; Notice of Interested Parties; Corporate Disclosure Statement;
   Notice of Assignment; Report Re: Trademark; Report Re:  Copyright

3. a. Party served *(specify name of party as shown on documents served)*: Hua Yang International Technology Limited

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under
   item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: Room 19c, Lockhart Ctr., 301-307 Lockhart Rd., Wan Chai, Hong Kong

5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
   receive service of process for the party (1) on *(date)*: March 17, 2015    (2) at *(time)*: 5:00 p.m.
   b. ☐ **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or
   in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of
   the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place
   of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
   address of the person to be served, other than a United States Postal Service post office box. I informed him
   or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
   the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
   *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: China Central Television, et al. | CASE NUMBER: |
| :--- | :--- |
| DEFENDANT/RESPONDENT: Create New Technology (HK) Limited, et al | CV 15-1869 MMM (AJWx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                             (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* Hua Yang International Technology Limited
    under the following Code of Civil Procedure section:

| | |
| :--- | :--- |
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☒ other: FRCP 4(f)(2); CCP § 413.10(c); Companies Ordinance § 827, Cap. 622 of the Laws of Hong Kong |

7. **Person who served papers**
  a. Name: Leung Shun Chi
  b. Address: Vivien Chan & Co., Solicitors & Notaries, 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong
  c. Telephone number: (852) 2533 2162
  d. **The fee** for service was: $
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner   ☐ employee   ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐  **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: March 23, 2015

LEUNG SHUN CHI
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶   _____
                                                 (SIGNATURE)

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 24, 2015, I served the foregoing document(s) described as:

1. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON HUA YANG INTERNATIONAL TECHNOLOGY LIMITED

2. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON CREATE NEW TECHNOLOGY (HK) LIMITED

3. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON LIANGZHONG ZHOU

4. PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON LIANGZHONG ZHOU AS AGENT FOR NEWTVPAD LTD. CO. D/B/A NEWTVPAD.COM A/D/A TVPAD USA

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Soyeun D Choi, Esq.<br><br>Attorney for Club TVpad, Inc., Bennett Wong | 333 Twin Dolphin Drive, Suite 220<br>Redwood Shores CA 94065 |
| Rena Mehta<br>Asha Media Group | 10031 Remington Drive,<br>Riverview, FL 33578 |
| Amit Bhalla | 3102 W. El Prado Blvd., Unit 1<br>Tampa, FL 33629 |
| Liangzhong Zhou<br>newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA | 7411 La Bolsa Dr.<br>Dallas, TX 75248 |
| Honghui Chen d/b/a e-Digital | 815 S. Marguerita Ave.<br>Alhambra, CA 91801 |
| Create New Technology (HK) Limited | Limited, Room D,<br>10/F, Tower A, Billion Centre,<br>1 Wang Kwong Road,<br>Kowloon Bay, Kowloon, Hong Kong, China |
| Hua Yang International Technology Ltd | Room 19c, Lockhart Rd.,<br>301-307 Lockhart Rd.,<br>Wan Chai, Hong Kong, China |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on March 24, 2015, at Los Angeles, California.

☑   Federal          I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Frank M. Romero | *Frank M. Romero* |
| Print Name | Signature |

DWT 26499580v1 0094038-000021

# Service/Waivers of Summons and Complaints :

2:15-cv-01869-MMM-AJW China Central Television et al v. Create New Technology HK Limited et al

ACCO,(AJWx),AO120,AO121,DISCOVERY,MANADR

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McCauley, Carla on 3/24/2015 at 2:39 PM PDT and filed on 3/24/2015

| | |
|---|---|
| **Case Name:** | China Central Television et al v. Create New Technology HK Limited et al |
| **Case Number:** | 2:15-cv-01869-MMM-AJW |
| **Filer:** | China International Communications Co., Ltd. |
| | China Central Television |
| | TVB Holdings USA Inc |
| | Dish Network L.L.C. |

**Document Number:** 39

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff China International Communications Co., Ltd., China Central Television, TVB Holdings USA Inc, Dish Network L.L.C., upon Defendant Hua Yang International Technology Limited served on 3/17/2015, answer due 4/7/2015. in compliance with California Code of Civil Procedure by personal service. Original Summons returned. (McCauley, Carla)**

**2:15-cv-01869-MMM-AJW Notice has been electronically mailed to:**

Carla A McCauley     carlamccauley@dwt.com, frankromero@dwt.com

George P Wukoson     georgewukoson@dwt.com

Lacy H Koonce , III     lancekoonce@dwt.com

Robert D Balin     robbalin@dwt.com

Samuel M Bayard     samuelbayard@dwt.com

**2:15-cv-01869-MMM-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\romef\Desktop\POS complaints\Hua Yang International Tecnology Limited.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/24/2015] [FileNumber=19171684-0
] [c36df87bd3fa135916e35660199384e83b753ffd64c4d1c5e884d63922a38f1809f
ae035c3c25a9c29f034e3c50e9dc06ff341a2399ee66b203c40780d5740ad]]

**EXHIBIT 9**

1  Harry A. Zinn (SBN 116397)
   hzinn@yzblaw.com
2  Lester F. Aponte (SBN 143692)
   laponte@yzblaw.com
3  YOUNG, ZINN & BATE LLP
   888 South Figueroa Street, Fifteenth Floor
4  Los Angeles, California 90017
   Telephone: (213) 362-1860
5  Facsimile:  (213) 362-1861
6
7
8  Attorneys for Defendant
   CREATE NEW TECHNOLOGY (HK) CO. LTD.
9

10                 UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

13
   CHINA CENTRAL TELEVISION, A          Case No.  CV 15-1869 MMM (AJWx)
14 China company; ET AL.,
                                        Assigned for all purposes to:
15           Plaintiffs,                Honorable Margaret M. Morrow
16
                                        NOTICE OF MOTION TO WITHDRAW
17      vs.                             AS COUNSEL FOR DEFENDANT
                                        CREATE NEW TECHNOLOGY (HK)
18 CREATE NEW TECHNOLOGY              CO. LTD.
   (HK) LIMITED, a Hong Kong
19 Company, ET AL.,                     DATE:   June 29, 2015
20                                      TIME:   10:00 AM
             Defendants.               PLACE: Courtroom 780
21
22
                                       *[Declaration of Benjamin J. Warlick In*
23                                     *Support of Motion to Withdraw;*
                                       *[Proposed] Order filed concurrently*
24                                     *herewith]*
25
26
27
28

9380674 v1

EXHIBIT 9

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1    NOTICE IS HEREBY GIVEN that on June 29, 2015, at 10:00 AM in

2    Courtroom 780, or as soon thereafter as counsel may be heard by the above-entitled

3    Court, located at the Edward R. Roybal Federal Building and United States

4    Courthouse, 255 East Temple Street, Los Angeles, CA 90012-3332, in the

5    courtroom of the Honorable Margaret M. Morrow, defendant Create New

6    Technologies (HK) Co. Ltd. ("Create") will and hereby does move the Court to

7    allow its counsel to withdraw.

8        The reasons for this request are the following.  On Friday, April 10, 2015,

9    Create directed its U.S. counsel to cease work on this matter, terminated the

10   undersigned counsel's representation of Create, and consented to this motion to

11   withdraw.  The Director of Create, Zhang Wenwei, signed a written consent and

12   approval of this motion.  Create has been instructed that it may not proceed pro se,

13   and has been given written notice of the consequences of its inability to appear pro

14   se.  Create has confirmed that it will not file an answer or otherwise respond on

15   April 22 and will not respond to Plaintiffs' motion for preliminary injunction (Doc.

16   No. 23).

17       This motion is made following the conference of counsel pursuant to L.R. 7-3

18   which took place by email on April 9, 2015, and telephone on April 16.  Plaintiffs

19   oppose this motion.  On April 14, 2015, U.S. counsel sent an email regarding the

20   substance of this motion to Mr. Jeff Lee, Esq., counsel for HongHui Chen, but has

21   not yet been able to learn if HongHui Chen opposes this motion.  No other party has

22   made an appearance as of the filing of this motion.

23       The motion will be based on this Notice of Motion and Motion, the

24   accompanying Memorandum of Points and Authorities, the Declaration of Benjamin

25   J. Warlick filed concurrently herewith, the pleadings and papers on file in this

26   action, and upon such other matters as may be presented to the Court at the time of

27   the hearing.

28

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

2

9380674 v1

1       WHEREFORE, attorneys Harry A. Zinn and Lester F. Aponte with the law

2  firm Young, Zinn & Bate request that the Court enter an order allowing them to

3  withdraw as counsel for Defendant Create, relieving them of any further

4  responsibility in this matter and directing the Plaintiff to serve all future pleadings

5  and papers on Create.

6

7  DATED:  April 17, 2015

By:    /s/ Lester F. Aponte
        Harry A. Zinn

8        Lester F. Aponte
        YOUNG, ZINN & BATE LLP

9

10       Attorneys for Defendants
        CREATE NEW TECHNOLOGY (HK)

11      CO. LTD.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

3

9380674 v1

YOUNG, ZINN & BATE LLP
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of 18 and not a party to the within action.  My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On April 17, 2015, I hereby certify that I electronically filed the foregoing document described as **NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CREATE NEW TECHNOLOGY (HK) CO. LTD.** with the Clerk of the Court for the United States District Court, Central District of California.  Participants in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the emails addressed below:

| Carla A. McCauley, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>865 So. Figueroa Street<br>24th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: carlamccauley@dwt.com | Jen-Feng Lee<br>LT PACIFIC LAW GROUP LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748<br>Tel: (626) 810-7200<br>Fax: (626) 810-7300<br>Email: jflee@ltpacificlaw.com |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2015, at Los Angeles, California.

Patty Flores

4

9380674 v1

MOTION TO WITHDRAW AS COUNSEL FOR CREATE

**EXHIBIT 10**

**McCauley, Carla**

| | |
|---|---|
| **From:** | Owen Tse <owentse@vcclawservices.com> |
| **Sent:** | Thursday, September 10, 2015 9:48 PM |
| **To:** | McCauley, Carla |
| **Cc:** | Wukoson, George; Koonce, Lance; Ken Hung |
| **Subject:** | RE: China Central Television v. Create New Technology (HK)/Service Request |

Dear Carla,

Thank you for your instructions.

We confirm that our firm stands ready to arrange our solicitor to personally serve on Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited the documents to be provided by you upon receipt.

We have conducted updated company search against both Create New Technology (HK) Limited and Hua Yang International Technology Limited today.  According to the online record as of today, the registered office of Create New Technology (HK) Limited is situate at Room D, 10/F., Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong, and the registered office of Hua Yang International Technology Limited is situate at Room 1103, Hang Seng Mongkok Building, 677 Nathan Road, Mongkok, Kowloon, Hong Kong.

Should you have any query, please feel free to contact us.

Best regards,
Owen Tse
Partner

VIVIEN CHAN & CO.

SOLICITORS & NOTARIES
HONG KONG | BEIJING

Hong Kong Office:
57/F Cheung Kong Center,
2 Queen's Road Central
T:    (852) 2533 2162
F:    (852) 2530 9627
E:    owentse@vcclawservices.com
W:    www.vcclawservices.com

**LOCAL INTELLIGENCE · GLOBAL PERSPECTIVE · TAILORED SOLUTIONS · DISCIPLINED DELIVERY**

Please note:
A list of the firm's principals will be provided to the addressee(s) of this e-mail upon request. This email and its enclosures (if any) are intended solely for the named addressee(s) and are confidential and may be subject to legal and/or other professional privilege.  The copying and/or distribution of them or any information therein by anyone other than the named addressee(s) is prohibited.  Any confidentiality or privilege is not waived if this email reaches you by mistake.  If you have received this email and/or any of its enclosures in error, please inform us immediately by return email or telephone at our

EXHIBIT 10

cost.  Internet communications cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, arrive late or contain viruses.  Therefore, we cannot accept liability.  It is your responsibility to ensure that viruses do not adversely affect your system and that your messages to us meet your own security requirements.  We reserve the right to read any email or attachment entering or leaving our systems without notice.

WARNING:
From time to time, our spam scanners may eliminate legitimate email from clients.  If your email contains important instructions, please ensure that we acknowledge receipt of those instructions.

---

**From:** McCauley, Carla [mailto:CarlaMcCauley@dwt.com]
**Sent:** Thursday, September 10, 2015 4:06 AM
**To:** Owen Tse
**Cc:** Wukoson, George; Koonce, Lance
**Subject:** China Central Television v. Create New Technology (HK)/Service Request

Dear Owen,

Consistent with our prior communications on this subject, Plaintiffs anticipate having ready for service by September 14, 2015 a Motion for Default Judgment as to Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited.  In addition to the Motion, we anticipate having several volumes of exhibits for service on Defendants, as well as a proposed Order and proposed Judgment.

Can you please confirm that your firm stands ready to have a solicitor personally serve these documents?  I will send a draft proof of service along with the filings once they are completed on September 14, 2015 PST.

In addition, could your firm please reconfirm the registered addresses for service in Hong Kong of both CNT and HYIT by Friday this week so that I may include that information in our motion and in the Proof?

If you have any questions, please let me know.

Regards,
Carla

**Carla McCauley** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8665 | Fax: (213) 633-6899
Email: carlamccauley@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**EXHIBIT 11**

**EXHIBIT 11**

### I. Defendants' Sales of TVpads in the United States

| Shipment Method | Units | Average Price[1] | Total |
|---|---|---|---|
| Shipments by DHL from CNT in China to Individuals[2] | 8191 | $249 | $2,039,559 |
| Shipments by DHL from CNT in China to Bulk Purchasers[3] | 100,696 | $126 | $12,687,696 |
| Shipments by UPS from CNT in China to U.S.[4] | 7,348 | $126 | $925,848 |
| Shipments to YTC from CNT Per Customs Records from Dec. 2013-Mar. 2015[5] | 32,540 | $126 | $4,100,040 |
| Shipments to YTC Summit by CNT from Feb. 2012-Nov. 2013[6] | 40,000 | $126 | $5,040,000 |
| Shipments to MetroVista by CNT[7] | 820 | $126 | $103,320 |
| Shipments from China by Hoogle to Bulk Purchasers[8] | 4,478 | $126 | $564,228 |
| **Total Units:** | **194,073** | **Grand Total CNT Sales of TVpads:** | **$25,460,691** |

---

[1] Source support:  Weil Decl. ¶25 ($249 retail price); Zhou Decl. ¶10 ($126 average wholesale price)
[2] Source support:  McCauley Decl. ¶25 & Ex. 28.
[3] Source support:  McCauley Decl. ¶24 & Ex. 27.
[4] Source support:  McCauley Decl. ¶36 & Ex. 17.
[5] Source support:  Weil Decl. ¶¶28-29 & Ex. 63.  Plaintiffs' analysis of UPS Shipping records for YTC Summit, which show shipments of 38,405 shipments of TVpads to bulk purchasers, and 152 shipments of TVpads to individuals for the period of August 2013 to April 22, 2015, provide a parallel source of records that confirm these shipments and that YTC Summit was shipping an average of 1,830 TVpads per month.  McCauley Decl. ¶¶37-44 & Exs. 19-20. Plaintiffs do not include these shipments in the above numbers to avoid double-counting, but offer them as additional support for the total numbers of TVpad units shipped to U.S. addresses.
[6] Source support:  McCauley Decl. ¶14.
[7] Source support:  Weil Decl. ¶¶28-29.
[8] Source support:  McCauley Decl. ¶21 & Ex. 25.

EXHIBIT 11

## II.      Lost Licensing Fees Not Paid to Plaintiffs Due to Infringement

| Total TVpad Units as Proxy for Authorized Viewers: | Monthly Fee Paid by Authorized Distributors per Viewer:[9] | Months of Infringement | Grand Total: |
|---|---|---|---|
| 194,073 | $30 | 48 | $279,465,120 |

## III.      Lost Subscription Fees Not Paid to Plaintiffs Due to Infringement

| 25% of TVpad Units as Proxy for Paying Subscribers: | Lowest Monthly Fee Paid by Authorized Viewers for either TVB or CCTV Lineup on DISH:[10] | Months (average contract period) | Grand Total: |
|---|---|---|---|
| 48,518 | $15 | 24 | $17,466,480 |

---

[9] Source Support:  Kuelling Decl. ¶13.
[10] Source Support:  Kuelling Decl. ¶13.

2

**EXHIBIT 12**

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CHINA CENTRAL TELEVISION, a China    )
company; CHINA INTERNATIONAL         )
COMMUNICATIONS CO., LTD., a China    )
company; TVB HOLDINGS (USA), INC., a )
California corporation; and DISH     )
NETWORK L.L.C., a Colorado limited   )
liability company,                   )
                Plaintiffs,          )
      vs.                            ) No. CV 15-1869
CREATE NEW TECHNOLOGY (HK) LIMITED,  )    MMM (AJWx)
a Hong Kong company; HUA YANG        )
INTERNATIONAL TECHNOLOGY LIMITED, a  ) PAGES 1 - 196
Hong Kong company; SHENZHEN          )
GREATVISION NETWORK TECHNOLOGY CO.   )
LTD., a China company; CLUB TVPAD,   )
INC., a California corporation;      )
BENNETT WONG, an individual;         )
-------------------------------------
(CONTINUED NEXT PAGE)
        DEPOSITION OF STEVEN SHIANG CHEN
Reported by:
   Shelly B. Storey
   CSR No. 3932

Page 2

1    (CONTINUED FROM FIRST PAGE)
2    ASHA MEDIA GROUP, INC., d/b/a       )
3    TVPAD.COM, a Florida corporation;   )
4    AMIT BHALLA, an individual; NEWTVPAD )
5    LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a )
6    TVPAD USA, a Texas corporation;     )
7    LIANGZHONG ZHOU, an individual;     )
8    HONGHUI CHEN d/b/a E-DIGITAL, an    )
9    individual; JOHN DOE 1 d/b/a BETV;  )
10   JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 )
11   d/b/a 516; JOHN DOE 4 d/b/a HITV;   )
12   JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 )
13   d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a )
14   GANG TAI WU XIA; and JOHN DOES 8-10, )
15          Defendants.                  )
16   -------------------------------------

Page 3

1    DEPOSITION OF STEVEN SHIANG CHEN, taken on
2    behalf of the Plaintiffs, at 865 South Figueroa
3    Street, Suite 2400, Los Angeles, California,
4    commencing at 10:11 A.M., Wednesday, July 15,
5    2015, before Shelly B. Storey, CSR No. 3932,
6    pursuant to Amended Subpoena under the Federal
7    Rules of Civil Procedure.

Page 4

1    APPEARANCES OF COUNSEL:
2
3    FOR THE PLAINTIFFS:
4       DAVIS WRIGHT TREMAINE LLP
5       BY: CARLA A. McCAULEY, ESQ.
6       865 South Figueroa Street
7       Twenty-fourth Floor
8       Los Angeles, California  90017-2566
9       (213) 633-6800
10          - AND -
11      DAVIS WRIGHT TREMAINE LLP
12      BY:  LACY H. KOONCE III, ESQ.
13      1633 Broadway
14      New York, New York  10019
15      (212) 489-8230
16   FOR CLUB TVPAD, INC., AND BENNETT WONG:
17      RYU LAW FIRM
18      (OF RECORD, BUT NOT PRESENT)
19      5900 Wilshire Boulevard
20      Suite 2250
21      Los Angeles, California  90036
22      (323) 931-5270
23   //
24   //
25   //

1 (Pages 1 to 4)

EXHIBIT 12

Page 5

1    APPEARANCES (CONTINUED)
2
3        FOR ASHA MEDIA GROUP, INC., AND AMIT
4        BHALLA:
5            TRAVERSE LEGAL, PLC
6            (OF RECORD, BUT NOT PRESENT)
7            810 Cottageview Drive
8            Suite G-20
9            Traverse City, Michigan  49684
10           (866) 936-7447
11   FOR NEWTVPAD LTD. CO. DBA NEWTVPAD.COM
12   AKA TVPAD USA:
13           NI, WANG & MASSAND, PLLC
14           (OF RECORD, BUT NOT PRESENT)
15           8140 Walnut Hill Lane
16           Suite 500
17           Dallas, Texas  75231
18           (972) 331-4600
19   FOR HONGHUI CHEN, DBA E-DIGITAL:
20           LT PACIFIC LAW GROUP LLP
21           (OF RECORD, BUT NOT PRESENT)
22           17800 Castleton Street
23           Suite 560
24           City of Industry, California  91748
25           (626) 810-7200

Page 6

1            STEVEN SHIANG CHEN,
2        having been first administered the oath,
3        was examined and testified as follows:
4
5            EXAMINATION
6    BY MS. McCAULEY:
7        Q   Good morning, Mr. Chen.  Thanks so much
8    again for being with us here today.
9        A   Good morning.
10       Q   Please state your entire name for the
11   record.
12       A   Steven Chen.  S-t-e-v-e-n C-h-e-n.
13       Q   Do you have a middle name?
14       A   I don't use it.
15       Q   Can you provide it, though, for the record?
16       A   Shiang, S-h-i-a-n-g.
17       Q   Now, you were deposed back in March of this
18   year in a different litigation, so I know some of
19   what I'm going to tell you may feel a little bit
20   repetitive, but I think it's always helpful for the
21   witnesses being deposed to keep some of these rules
22   in mind.
23           You see we have a lovely court reporter here
24   today, and so one thing you have to make sure to do
25   is vocalize your responses.

Page 7

1        A   Yes.
2        Q   So if I ask a question, it's important to
3    say "yes," "no" and not a nod or shake of the head
4    and to also avoid saying "uh-huh" and "uh-uh," and
5    hopefully if you do that, I'll catch you and we can
6    make sure we fix that.
7        A   Okay.
8        Q   The other thing that is going to be
9    challenging today, particularly since we met
10   yesterday and we had a very nice conversation, is
11   that a deposition is not like a conversation.
12           And so when we start getting involved, we
13   all have a tendency to want to talk over each other,
14   so it's important to remember to let me finish my
15   question, and then you can provide an answer;
16   otherwise, we make the life of Shelly here very
17   challenging.  Is that something that you can try to
18   remember to do?
19       A   Sure.
20       Q   Is there any reason you cannot provide your
21   best testimony today?
22       A   No.
23       Q   Are you taking any medications that might
24   impact your ability to provide truthful testimony
25   today?

Page 8

1        A   No.
2        Q   The other thing is I may ask you a question
3    from time to time and you may not fully understand
4    it, and you should feel free to ask me to rephrase if
5    something's vague or you don't understand so that you
6    are making sure to give a truthful statement.  Do you
7    understand that?
8        A   Yes.
9        Q   Now, aside from the deposition that you gave
10   in March of 2015, had you ever been deposed before
11   that time?
12       A   No.
13       Q   Have you been deposed since that time?
14       A   No.
15       Q   Have you ever provided testimony in a
16   lawsuit before?
17       A   No.
18       Q   Has YTC Summit, the company that you work
19   for, ever been sued to your knowledge?
20       A   Yes.
21       Q   On what occasion was it the subject of a
22   lawsuit?
23       A   False advertisement.
24       Q   And when did that lawsuit occur?
25       A   Six or seven years ago.

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

Page 9

1  Q  And how was it resolved?
2  A  The insurance company end up picking it up.
3  Q  So it was settled?
4  A  It was settled.
5  Q  And you were not deposed in that action?
6  A  No.
7  Q  Now, you have in front of you a document
8  that I've marked as Exhibit 1.
9      (Plaintiffs' Exhibit No. 1
10     was marked for identification.)
11  Q  BY MS. McCAULEY:  Do you recognize this
12  document?
13  A  Yes.
14  Q  And this is in fact the amended subpoena
15  that was served on you for your appearance here
16  today, correct, for YTC Summit's appearance?
17  A  Yes.
18  Q  And you are appearing today on behalf of YTC
19  Summit; is that correct?
20  A  Yes.
21  Q  Now, do you understand when I ask you
22  questions today, what I'm asking is you as a
23  representative of YTC Summit questions, so my
24  questions pertain to YTC Summit's business as a
25  whole?  Do you understand that?

Page 10

1  A  Yes.
2  Q  Now, attached to this document is a Schedule
3  A, Topics For Testimony, and a Schedule B, Documents
4  and Things Requested.
5      Did you take steps prior to today to look
6  for documents responsive to Schedule B and all of the
7  requests for production that are listed there?
8  A  Yes.
9  Q  What steps did you or other people at YTC
10  Summit take in order to produce responsive documents?
11  A  We have gathered all the documents that --
12  pertaining to have any business with Create New
13  Technology and brought it either to you yesterday,
14  which was the 14th of July, and also additional
15  documents today.
16  Q  And the documents you produced today were a
17  USB memory device with e-mails; correct?
18  A  That was -- we just didn't want to print
19  that; therefore, we copied it onto the USB.
20  Q  And in addition, you also produced to me a
21  binder today; is that correct?
22  A  Correct.
23  Q  And who was the custodian of that binder
24  prior to delivery of that to us today?
25  A  Our shipping clerk, Yvonne Gonzalez.

Page 11

1  Q  And the e-mails that you produced on the
2  memory device, were those all e-mails from Yvonne's
3  e-mail system?
4  A  Yes.
5  Q  Did you yourself take steps to determine
6  whether you had any additional responsive e-mails
7  other than what you produced to us in paper form
8  yesterday?
9  A  I have looked over my computer also, but I
10  do not have any of the e-mails.
11  Q  And did you also request that other
12  individuals who may have had business dealings with
13  Create New Technology also search their e-mail
14  systems within YTC Summit?
15  A  Yes.
16  Q  And did anybody else have any responsive
17  documents to your knowledge?
18  A  No.
19  Q  Now, yesterday when we were at your office,
20  you handed me a binder -- an additional binder with
21  additional shipping and wire transfer information.
22  Do you recollect doing so?
23  A  Yes.
24  Q  Who was the custodian of that binder?
25  A  Jennifer Chen, C-h-e-n.

Page 12

1  Q  Is she any relation to you?
2  A  She's my spouse, my wife.
3  Q  And aside from the binder you provided
4  yesterday to us and the e-mails you provided
5  yesterday, you also provided two agreements between
6  YTC Summit and Create New Technology.  Do you recall
7  handing those to us as well?
8  A  Yes.
9  Q  And were those agreements documents that you
10  had in your custody?
11  A  Those are documents that -- yes.
12  Q  And where did you retain those documents?
13  A  In my cabinet.
14  Q  And when you were looking in your cabinet
15  for the agreements, did you see whether there were
16  any other documents that pertained to Create New
17  Technology?
18  A  No.
19  Q  So let me rephrase to make the record clear.
20     Is it accurate to say that when you looked
21  for those two agreements, those were the only two
22  documents in your possession in your cabinet that
23  pertained to Create New Technology?
24  A  Yes.
25  Q  Now, you don't have an attorney with you

3 (Pages 9 to 12)

Steven Shiang Chen - 7/15/2015

Page 13

1  here today, so you're representing yourself here
2  today; correct?
3      A  Yes.
4      Q  Did you attempt to contact Create New
5  Technology to determine whether they would provide
6  you counsel?
7      A  Not for the subpoena that you have sent me,
8  no.
9      Q  Previously did you contact Create New
10  Technology to see if they would provide you an
11  attorney to represent you at any deposition
12  proceedings involving litigation concerning Create
13  New Technology?
14      A  Yes, on the previous deposition, yes.
15      Q  And was that the deposition that took place
16  in March of 2015?
17      A  Yes.
18      Q  And at what point did you contact Create New
19  Technology to determine whether they would provide
20  you with counsel?
21      A  When I had -- when I received the subpoena.
22  That's when I contacted them.
23      Q  And who specifically at Create New
24  Technology did you speak with?
25      A  Annie Zhang, Z-h-a-n-g, last name.

Page 14

1      Q  Does Annie have any other names that she
2  goes by?
3      A  That's the only name that I know of.
4      Q  And how did you communicate with Ms. Zhang
5  about your receipt of the subpoena in the March 2015
6  deposition?
7      A  I called her.
8      Q  And what did you say to her?
9      A  I said, "I have a deposition for a lawsuit
10  which involves your company, and I understand you do
11  have an attorney that's representing the company.  Is
12  your counsel going to be present when I do my
13  deposition?"
14      Q  Anything else that you let her know about
15  that subpoena in that call?
16      A  That's it.
17      Q  And what was Ms. Zhang's response?
18      A  She said she'll get back with me on that as
19  she had no idea that I was subpoenaed.
20      Q  Did you e-mail her at any point or mail her
21  a copy of the subpoena that you had received?
22      A  No.
23      Q  Did she request that you do so?
24      A  No.
25      Q  Did Ms. Zhang get back to you at any point

Page 15

1  in time regarding whether she would provide counsel
2  to you?
3      A  She called back about a couple of hours
4  later and says no, that there won't be any counsel
5  here with me, that whatever questions at the
6  deposition I just answer truthfully.
7      Q  Anything else that she told you during that
8  phone call?
9      A  Nothing else.
10      Q  Did you discuss with her the documents that
11  you had been requested to produce in response to that
12  March 2015 subpoena?
13      A  No.
14      Q  Did you discuss with Ms. Zhang the documents
15  that you intended to produce in response to that
16  subpoena?
17      A  We didn't -- we did not discuss about what
18  documents.  Whatever I was supposed to be presented,
19  I will present it.
20      Q  And did you have that discussion with her at
21  that time?
22      A  I told her I'm going to be answering exactly
23  to what the attorneys request.
24      Q  And what was her response to that?
25      A  Nothing.

Page 16

1      Q  Did Ms. Zhang say anything to you in either
2  of those phone calls regarding the subpoena?
3      A  She said she was sorry that YTC got involved
4  into this case.
5      Q  Anything else that she said?
6      A  That's about it.
7      Q  Did she express surprise that you had been
8  subpoenaed?
9      A  At the initial phone call, yes, when I told
10  her I got subpoenaed.
11      Q  And did she elaborate in terms of why she
12  was surprised?
13      A  She didn't think YTC would get involved.
14      Q  Any other reason?
15      A  No.
16      Q  Let me take a step back and go through a
17  couple of background questions regarding you
18  personally.  Where do you reside presently?
19      A  1534 Lark Tree Way, L-a-r-k T-r-e-e,
20  Hacienda Heights, 91745.
21      Q  And where are you employed currently?
22      A  YTC Summit.
23      Q  And what is your title there?
24      A  Manager.
25      Q  Are you also president?

4 (Pages 13 to 16)

Steven Shiang Chen - 7/15/2015

Page 17

1   A  Yes.
2   Q  Any other titles that you have at YTC
3   Summit?
4   A  No.
5   Q  And what is the address of YTC Summit?
6   A  12037 Clark Street, C-l-a-r-k, Arcadia,
7   91006.
8   Q  Now, you probably are familiar with this
9   from the last deposition, but in a few weeks from now
10  after today is completed, you will get a booklet
11  where the court reporter has written all of what's
12  transpired today on the open record, and you'll have
13  an opportunity to review that booklet and provide any
14  corrections to any mistranscriptions that you see.
15  Do you understand that?
16  A  Yes.
17  Q  Do you have a preference as to where the
18  court reporter should send that deposition?  To your
19  work or to your home?
20  A  It should be sent to work.
21  Q  How long have you worked at YTC Summit?
22  A  Twelve years.
23  Q  So would that be --
24  A  Year 2002.
25  Q  I'll represent to you when I looked at the

Page 18

1   articles of incorporation for YTC Summit on the
2   California business portal, it indicated that the
3   articles were filed on February 17th of 1994.
4   A  Correct.
5   Q  So is that the actual founding of the
6   company?
7   A  Yes.
8   Q  And you've worked at YTC Summit for that
9   entire period of time?
10  A  I did not work in YTC at that time.
11  Q  Where did you work when the company was
12  founded?
13  A  I was working for L.A. County.
14  Q  And what was your job position at L.A.
15  County?
16  A  Physicist.
17  Q  Did you personally incorporate YTC Summit?
18  A  No.
19  Q  Did somebody else?
20  A  It was a law firm that did that for us.
21  Q  I see.  Let me be clearer.
22     Are you a shareholder in YTC Summit?
23  A  Yes.
24  Q  And what percentage shares do you own in the
25  company?

Page 19

1   A  40.
2   Q  Who are the other shareholders in the
3   company?
4   A  There's Oliver Tan, 20 percent, Tony Chen,
5   20 percent, and Victor Chen, 20 percent.
6   Q  Is Mr. Tony Chen a relation of yours?
7   A  Yes.
8   Q  And what relation is that?
9   A  My cousin.
10  Q  And what about Mr. Victor Chen?  Is he a
11  relation?
12  A  Yes.
13  Q  What relation?
14  A  Same thing.  Cousin.
15  Q  And what about Oliver Tan?
16  A  Oliver Tan is my brother-in-law.
17  Q  So Jennifer's brother.
18  A  Yes.
19  Q  Were you, Mr. Tan, Mr. Tony Chen, and
20  Mr. Victor Chen the original shareholders in YTC
21  Summit as of 1994?
22  A  No.
23  Q  Who were the original shareholders?
24  A  Original shareholder was myself, Oliver Tan
25  and Silvia Tan.

Page 20

1   Q  And who's Silvia Tan?
2   A  Jennifer's sister.
3   Q  Aside from you, Mr. and Mrs. Tan, Tony Chen
4   and Victor Chen, have there been any other
5   shareholders at the company from its inception to
6   today?
7   A  No.
8   Q  So at the time that you incorporated YTC
9   Summit in 1994, you said you were working at L.A.
10  County as a physicist; correct?
11  A  Correct.
12  Q  Who was running the business of YTC Summit
13  at that time?
14  A  Jennifer.
15  Q  At what point did you become involved in YTC
16  Summit's business?
17  A  2002.
18  Q  So from 1994 until 2002, were you working
19  for L.A. County as a physicist the entire time?
20  A  Yes.
21  Q  And did you leave that job in 2002 when you
22  started working for YTC --
23  A  Yes.
24  Q  -- or -- let me finish my question first.
25  That's the challenge of a deposition.

5 (Pages 17 to 20)

Page 21

1        At the time that you joined YTC Summit in
2  2002, did you leave your position at L.A. County?
3    A  Yes.
4    Q  And have you been working at YTC Summit
5  since 2002?
6    A  Yes.
7    Q  So no other jobs in the interim?
8    A  No.
9    Q  And have you been a 40 percent owner of YTC
10  Summit since approximately 2002 or for some other
11  period of time?
12    A  40 percent was since 1996.
13    Q  Does Create New Technology own any interest
14  in YTC Summit?
15    A  No.
16    Q  Can you describe to me generally what the
17  nature of YTC Summit's business is?
18    A  We are a gift import company.  We design
19  our -- the gift items, produce it in China, import it
20  back to the U.S. and distribute it throughout North
21  America.
22    Q  And I think your website lists some of the
23  gifts as home decor, historical replicas, fantasy
24  figurines, jewelry, and housewares.
25    Is that an accurate summary of the types of

Page 22

1  gifts that your company designs and imports from
2  China?
3    A  Yes.
4    Q  Any other products that your company itself
5  designs in the U.S., manufactures in China, and then
6  imports into the U.S. that constitutes part of your
7  business?
8    A  Pretty much whatever you just described.
9    Q  Now, YTC Summit also has done fulfillment
10  services for some companies; is that correct?
11    A  Correct.
12    Q  What companies has YTC Summit done
13  fulfillment services for?
14    A  We have done fulfillments for Hennessy and
15  there's a Fortune Bag company that we have, and
16  that's it.
17    Q  And what about Create New Technology?
18    A  Including Create New Technology also.
19    Q  Any other companies aside from Hennessy, the
20  Fortune Bag company and Create New Technology that
21  YTC Summit has engaged in fulfillment services for?
22    A  No.
23    Q  When you use the term "fulfillment
24  services," what do you mean in terms of the nature of
25  YTC Summit's business for those three companies?

Page 23

1    A  We help distribute these products in the
2  U.S. in the logistic format only.
3    Q  So is YTC Summit involved in making sales
4  for Fortune Bag?
5    A  No.
6    Q  Is it involved in making sales for Hennessy?
7    A  No.
8    Q  And is it involved in making sales for
9  Create New Technology?
10    A  No.
11    Q  Has it ever been involved in making sales
12  for any of those three companies?
13    A  No.
14    Q  So we'll get back to that in a little bit
15  terms of how that works.
16    Before YTC Summit began doing fulfillment
17  services for Create New Technology, had it already
18  done fulfillment services for the Fortune Bag company
19  or Hennessy previously?
20    A  Yes.
21    Q  And taking one step back to YTC Summit's
22  gift import business, the manufacturing of the gifts
23  occurs in China; correct?
24    A  Yes.
25    Q  Is the manufacturing done by a company owned

Page 24

1  by YTC Summit?
2    A  No.
3    Q  What is the name of the company that does
4  the manufacturing for YTC Summit?
5    A  There are various different factories that
6  produce the goods for YTC.
7    Q  And where are they located in China?
8    A  They are located some in the Guangdong area,
9  some in the Fujian Province area.
10    Q  Are any of the companies that do the
11  manufacturing of YTC Summit's gift imports located in
12  ShenZhen?
13    A  No.
14    Q  Now, when we talk about YTC Summit doing
15  fulfillment services for Create New Technology, what
16  product or products was YTC Summit specifically
17  handling logistics for?
18    A  TVPads and accessories that -- associated
19  with TVPads.
20    Q  Can you be more specific about the types of
21  accessories that YTC Summit handled fulfillment for?
22    A  Remote control, USB cable, power supplies,
23  advertisement posters, and promotional bags.
24    Q  Anything else?
25    A  That's it.

6 (Pages 21 to 24)

Steven Shiang Chen - 7/15/2015

Page 25

1  Q  When did YTC Summit begin doing business
2  with Create New Technology?
3  A  2012.
4  Q  So let me hand you a document that you gave
5  us yesterday.  We'll mark it as Exhibit 2, a document
6  entitled "Logistic Distribution Agreement" dated
7  February 20, 2012, by and between Create New
8  Technology and YTC Summit International, Inc.
9         (Plaintiffs' Exhibit No. 2
10        was marked for identification.)
11  Q  BY MS. McCAULEY:  If I could have you
12  please, Mr. Chen, take a look at Exhibit 2 and let me
13  know when you've had a chance to just review it very
14  briefly, and I'll ask you after you've had a chance
15  to do that whether you recognize this document.
16  A  Yes.
17  Q  And what is this document?
18  A  This is a logistic contract that we signed
19  with Create New Technology.
20  Q  Was this the first such agreement that YTC
21  Summit signed with Create New Technology?
22  A  Yes.
23  Q  And if you could turn to the second-to-last
24  page of that agreement, is that your signature?
25  A  Yes.

Page 26

1  Q  And who signed on behalf of Create New
2  Technology?
3  A  Annie.
4  Q  Is that --
5  A  Zhang.
6  Q  Annie Zhang?  And the date of that agreement
7  was what date?
8  A  The date of this agreement was back in, I
9  guess, April of 2012.
10  Q  If you look on the second page of the
11  exhibit, the distribution agreement on the first line
12  says it was made on the 20th of February, 2012; is
13  that correct?
14  A  Correct.
15  Q  Is that the actual date when the document
16  was created?
17  A  Yes.
18  Q  So February, not April.
19  A  February, correct.
20  MS. McCAULEY:  Let's go off the record one
21  second, please.
22        (A recess was taken.)
23  MS. McCAULEY:  Back on the record.
24  Q  So back to Exhibit 2, if you look on the
25  first page, there are photocopies of two business

Page 27

1  cards on the very first page which I will represent
2  to you when you handed the document to us, those two
3  separate business cards were clipped on top of the
4  agreement.
5  A  Correct.
6  Q  Who is Fanny?
7  A  She's the one -- from my knowledge, she's
8  the one who is doing the distribution manager for
9  Create New Technology.
10  Q  And who is Min Zhang?
11  A  Min Zhang is Annie Zhang, and she's the
12  general manager.
13  Q  So Annie Zhang and Min Zhang are one and the
14  same people?
15  A  It's the same person.
16  Q  And her title is general manager?
17  A  From what I understand, she's the general
18  manager.
19  Q  Now, on the business card, the business
20  cards identify a company called ShenZhen GreatVision
21  Network Technology Co. Ltd. right underneath the
22  title of Ms. Zhang's business director of Fanny's
23  business manager.  Do you see that?
24  A  Yes.
25  Q  Do you have an understanding of what that

Page 28

1  company is?
2  A  The same company as Creative New Technology.
3  Q  And when you say "Creative New Technology,"
4  do you mean Create New Technology?
5  A  Create New Technology.
6  Q  So your understanding was that GreatVision
7  Network Technology Co. was and the same with
8  Create New Technology, the company with which you
9  were signing this logistic distribution agreement; is
10  that correct?
11  A  Correct.
12  Q  And how did you come to have that
13  understanding?
14  A  They are the person and they're using Create
15  New Technology.
16  Q  Did you ask any questions about why their
17  business card said GreatVision but the contract said
18  Create New Technology?
19  A  No.
20  Q  Did you ask them what the relationship was
21  between those two differently named entities?
22  A  No.
23  Q  Did you ask Ms. Zhang what her relationship
24  was in terms of ownership to either GreatVision or
25  Crate New Technology?

7  (Pages 25 to 28)

Page 33

1   A  Normally anybody that asks us to do a
2   fulfillment, we would tell them it will be at least
3   $7.50 per address.
4       Q  And in terms of the deal that you actually
5   signed with Crate New Technology, "you" being YTC
6   Summit, what were the pricing terms for that
7   distribution agreement?  And if you don't recall
8   specifically, feel free to take a look at the
9   agreement to refresh your memory.  And I'll note for
10  the record that Mr. Chen is reviewing the agreement
11  to refresh his memory.
12      A  $7 for three and above, $4.50 for one to two
13  units.
14      Q  And what page are you looking at for those
15  numbers?
16      A  The very last page.
17      Q  And in fact, you're looking at 2.1 for the
18  $4.50; correct?
19      A  Correct.
20      Q  And 2.2 for the $7.
21      A  Correct.
22      Q  Now, when you talk about three and above,
23  that would be for three TVPads or more shipped to a
24  single address, YTC Summit would charge a flat fee of
25  $7; is that correct?

Page 34

1       A  Yes.
2       Q  And any shipping of one or two units to a
3   single address would be charged $4.50; is that
4   correct?
5       A  Yes.
6       Q  Now, this agreement was entered into in
7   February of 2012.  Was the agreement renewed at any
8   point in time?
9       A  Yes.
10      Q  When was it renewed?
11      A  April 2014.
12      Q  Well, let me take a step back.  Is this a
13  one-year agreement or a multiyear agreement?  And
14  perhaps I can assist you by directing your attention
15  to page 10 in section 14.1.
16      A  One year.
17      Q  So the term of this agreement was from
18  February 2012 until February of 2013; is that
19  accurate?
20      A  Yes.
21      Q  And then was the agreement renewed for an
22  additional one-year term after that?
23      A  I know it was renewed, but in my mind has
24  always been one year.  That's why I was a little bit
25  surprised that this original contract was in 2012,

Page 35

1   but we didn't have any other documents to say we're
2   going to renew another year until 2014, then we have
3   another document that was drawn.
4       Q  So in April of 2014, YTC Summit executed a
5   new logistic distribution agreement with Create New
6   Technology; is that right?
7       A  Yes.
8       Q  So from the period of February 2012 when
9   this first agreement that's Exhibit 2 was signed
10  until that April 2014 agreement, was YTC Summit doing
11  fulfillment services for Create New Technology
12  according to the terms of this 2012 agreement?
13      A  Yes.
14      Q  So this 2012 agreement was in effect from
15  effectively February of 2012 until it was subsumed by
16  the April 2014 second agreement; is that correct?
17      A  Yes.
18      Q  Now, going back to the terms of the
19  agreement, if you could flip to page 2 and look at
20  1.2, there's discussion here of a territory in which
21  YTC Summit would be doing distribution services.
22  What territory is it?
23      A  United States.
24      Q  Anywhere else?
25      A  No.

Page 36

1       Q  If you turn to page 4, and I'll direct your
2   attention to paragraph 3.3 that's labeled "Customer
3   Support," do you see where the agreement says,
4   "Distributor agrees to cooperate with supplier in
5   dealing with any customer complaints concerning the
6   products and to take any action requested by supplier
7   to resolve such complaints.  Distributor also agrees
8   to assist supplier in arranging for any customer
9   warranty service"?
10      At any point in time, did YTC Summit address
11  customer complaints or customer warranty issues on
12  behalf of Create New Technology?
13      A  No.
14      Q  Taking a step back to the background
15  surrounding the signing of this 2012 agreement, after
16  that initial conversation with Ms. Zhang, what
17  happened next in terms of your negotiations with
18  Create New Technology regarding a distributorship
19  relationship?
20      A  Can you elaborate that question?
21      Q  Sure.  I know you had an initial call from
22  Ms. Zhang.  Where did the communication progress
23  after that point in time?
24      A  I asked her to draw up an agreement, a
25  logistic agreement only.

Steven Shiang Chen - 7/15/2015

Page 37

1   Q  So during that initial conversation, you
2   were provided enough information by Ms. Zhang to know
3   that you wanted to have a distribution agreement with
4   this company?
5   A  I would like to take on that particular --
6   this particular opportunity to distribute the
7   product.
8   Q  Did you do any sort of research into the
9   company before you told Ms. Zhang to write up a
10  distribution agreement?
11  A  Over the phone she told me about TVPad.
12  Q  And what did she tell you about TVPad?
13  A  That it's just a little box, set-up box,
14  that we'll be distributing, and what clicked my mind
15  was Apple TV, so...
16  Q  Did Ms. Zhang give you any indication of the
17  number of units that Create New Technology was
18  shipping to the United States at that time?
19  A  About a hundred units.
20  Q  A hundred units how frequently?
21  A  About a hundred units a week.
22  Q  And did Ms. Zhang suggest that YTC Summit
23  would be the sole distributor for those
24  hundred-unit-a-week shipments to the United States?
25  A  That we would do the shipping for them, yes.

Page 38

1   Q  So all shipping?
2   A  I assumed it's all shipping.
3   Q  Did you have an exclusive relationship with
4   Create New Technology?
5   A  No.
6   Q  Any other background information that
7   Ms. Zhang gave you in that initial phone call prior
8   to your request that she write up a distribution
9   agreement?
10  A  Can you ask that question one more time?
11  Q  Did Ms. Zhang give you any other background
12  information that led you, as YTC Summit's president,
13  to want to engage in a distribution agreement with
14  this company?
15  A  Yeah, because we didn't have to spend any
16  money stocking.  All we will be doing is just to
17  collect a fee for the service that we provided.
18  Q  So effectively, collect a fee just for
19  shipping and handling and nothing else.
20  A  Yes.
21  Q  And did Ms. Zhang provide you any other
22  information during that call that encouraged you to
23  want to begin a distribution relationship with Create
24  New Technology?
25  A  No.

Page 39

1   Q  So what happened next?  Did YTC Summit
2   immediately receive an agreement?
3   A  Subsequently we received an agreement which
4   was closer to this particular format, and we kind of
5   went through it striking out items that I don't see
6   fit and added whatever that was supposed to be added
7   to this agreement.
8   Q  And so what you ended up with was the
9   agreement that is Exhibit 2; is that correct?
10  A  Yes.
11  Q  Approximately how long did that process of
12  negotiation take?
13  A  About a week, little bit more than a week.
14  Q  At any point during that process, did you do
15  any research online about the TVPad device?
16  A  No.
17  Q  Were you sent any examples of the device?
18  A  No.
19  Q  Did you do any research into Create New
20  Technology's background prior to signing this
21  agreement that is Exhibit 2?
22  A  No.
23  Q  After executing the agreement in
24  February 2012, how shortly after that time period did
25  YTC Summit begin to do fulfillment services for

Page 40

1   Create New Technology?
2   A  I really don't remember the time frame.
3   Q  Was it within the same year of 2012?
4   A  Yes.
5   Q  Can you be more precise in terms of whether
6   it was within a month, two months, three months of
7   the signing of the agreement?
8   A  I really don't remember specific dates.
9   Q  After YTC Summit began to do distribution
10  and fulfillment services for Create New Technology
11  and that process started, was it YTC Summit's
12  experience that it was shipping more of the one and
13  two devices per address or more of the three-plus
14  devices to addresses?
15  A  We were doing more of the three or plus.
16  Q  And in fact, were the shipments that YTC
17  Summit ended up doing in the 2012 to April 2014 time
18  period larger than three units?  What was the -- let
19  me try that again.
20  During this initial contract period of 2012
21  to April of 2014, what was the average size of the
22  shipments YTC Summit was performing for Create
23  New Technology?
24  A  It was more of a bulk shipment than
25  individual shipment.

Steven Shiang Chen - 7/15/2015

Page 41

1    Q  And when you say "bulk shipment," can you
2  give me an idea of the numbers we're talking about?
3    A  20 plus.
4    Q  Up to 500?
5    A  Up to 200.
6    Q  Did YTC Summit on occasion ship one to two
7  devices to a particular address?
8    A  Sometimes.
9    Q  Do you have an estimate as to what type of
10  fees YTC Summit was charging Create New Technology on
11  a monthly basis for its fulfillment services under
12  this first agreement?
13    A  On a weekly basis, maybe about $50.
14    Q  I'm going to turn for a minute to the second
15  agreement that you provided to us yesterday.
16       I'll hand to the witness Exhibit 3, which is
17  a document entitled "Logistic Distribution Agreement"
18  between Create New Technology and YTC Summit
19  International, Inc., dated April 1, 2014.
20       (Plaintiffs' Exhibit No. 3
21       was marked for identification.)
22    Q  BY MS. McCAULEY:  Now, Mr. Chen, do you
23  recognize this document?
24    A  Yes.
25    Q  And what is it?

Page 42

1    A  This is the distribution agreement that's
2  currently in its term.
3    Q  And if you could turn to the second-to-last
4  page, is that your signature on behalf of YTC Summit?
5    A  Yes.
6    Q  And who signed on behalf of Create New
7  Technology?
8    A  Fanny.
9    Q  Now, the date of this agreement is April 1,
10  2014; is that correct?
11    A  Yes.
12    Q  If you'd turn to the second page at
13  paragraph 1.2 where it lists "Territory," what was
14  the territory for this agreement?
15    A  The same as before.
16    Q  United States?
17    A  United States.
18    Q  And again, if you turn to page 4 and you
19  look at section 3.3 entitled "Customer Support," did
20  YTC Summit ever field customer complaints or customer
21  warranty service issues on behalf of Create New
22  Technology?
23    A  No.
24    Q  If you could turn to the last page, section
25  2, "Distributor Services and Charges," how was this

Page 43

1  agreement different in terms of pricing than the
2  original 2012 agreement?
3    A  The units were raised from the one to two to
4  one to five units, and the price per address had been
5  changed from $4.50 to $4.
6    Q  And then what's the flat fee for shipping
7  contents of five units and above?
8    A  For five units and above, it's $7.
9    Q  Now, this agreement is still in effect; is
10  that right?
11    A  Yes.
12    Q  It's a two-year agreement; correct?
13    A  Yes.
14    Q  Is YTC Summit currently doing any sort of
15  fulfillment or distribution services for Create New
16  Technology?
17    A  No.
18    Q  Approximately when did YTC Summit cease
19  doing fulfillment services on behalf of Create New
20  Technology?
21    A  The last shipment that we have shipped out
22  was back in -- I think end of March, beginning of
23  April.
24    Q  And has Create New Technology sent you any
25  additional shipments of TVPads since approximately

Page 44

1  that time?
2    A  No.
3    Q  Has any other company sent you any shipments
4  of TVPads since approximately that time?
5    A  No.
6    Q  And why is it that YTC Summit is no longer
7  engaging in distribution services and fulfillment
8  services on behalf of Create New Technology?
9    A  First of all, Create New Technology has not
10  sent any more TVPads for us to do the work.
11       Second, when I had that first deposition,
12  Annie was sorry that we got involved, so I assume
13  that they just don't want to send any more pads until
14  this whole litigation is resolved.
15    Q  Well, that deposition took place March 11,
16  2015; is that right?
17    A  Correct.
18    Q  And did YTC Summit receive any additional
19  deliveries from Create New Technology after the date
20  of your deposition?
21    A  No.
22    Q  Did you have a conversation with anyone at
23  Create New Technology about whether they would
24  continue to use YTC Summit for fulfillment services
25  for TVPad?

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Steven Shiang Chen - 7/15/2015

Page 53

1  nature at the lunch?
2      A  No more business talk during lunch.
3      Q  So in the three hours, you gave Annie a tour
4  and you talked about the bulk shipment situation and
5  how YTC Summit wanted more individual shipments per
6  address.  Any other topics during the three hours
7  that you discussed with her?
8      A  No other topics.
9      Q  So let's talk a minute about how the
10  fulfillment process works or worked when YTC Summit
11  was distributing TVPads on behalf of Create New
12  Technology.
13          How does the process begin from your
14  perspective?  When YTC Summit receives a large
15  shipment of TVPads?
16      A  We will receive TVPads from Create New
17  Technology in the volume of couple of hundred
18  initially to I think one time we had couple of
19  thousand.
20      Q  And would Create New Technology give YTC
21  Summit any sort of advance notification of the volume
22  of TVPads or the date of arrival of a shipment?
23      A  No.  We will get a call from the trucking
24  company that they are delivering some shipment to us
25  and that's it.

Page 54

1      Q  And once the shipment is delivered, what
2  happens to it?
3      A  We would put it in a pallet spot, and pretty
4  much that's it.
5      Q  So once the inventory is located in YTC
6  Summit's warehouse, what happens next in the
7  fulfillment process?
8      A  Create New Technology will send shipping
9  instructions, and --
10      Q  What would those shipping instructions
11  provide in terms of information to YTC Summit?
12      A  Name, address, shipping amount, and what to
13  ship.
14      Q  And who would receive those shipping
15  instructions at YTC Summit?
16      A  Yvonne.
17      Q  And how would she receive the shipping
18  instructions?
19      A  E-mail.
20      Q  And then what would happen next upon receipt
21  of shipping instructions from Create New Technology?
22      A  They will be sent to the packing area, it
23  will get packed, and we will scan all of the MAC
24  numbers for that particular shipment.
25      Q  And what is a MAC number?

Page 55

1      A  It's an ID number for each electronic
2  device.
3      Q  So what would happen to the scans, MAC
4  numbers, from your system's perspective?  What would
5  happen next to that information?
6      A  That information will be translated -- will
7  be sent back to Create New Technology's back end
8  area.
9      Q  And what's the purpose of a MAC number
10  according to your understanding?
11      A  That's how they can turn on or turn off a
12  device.
13      Q  So is it necessary for Create New Technology
14  to know the precise MAC numbers for each device that
15  is being shipped to each customer?
16      A  It's important that they know we ship that
17  particular units out --
18      Q  And why is that?
19      A  -- to a customer.
20      Q  Why is that?
21      A  That means they already collected the money.
22      Q  Well, another way of thinking about it is
23  that if you track for Create New Technology the
24  particular MAC number of the devices you ship to a
25  particular customer, Create New Technology then knows

Page 56

1  that those particular devices are in the hands of a
2  particular customer and has the ability to turn them
3  on; is that correct?
4      A  No.  I think knowing the MAC number went out
5  of our office meaning that particular device they
6  collected the money.  The one that still sits in my
7  office meaning it hasn't get turned on or it hasn't
8  got paid; therefore --
9      Q  Is that an inventory control process?
10      A  It's more of -- for them it will be a good
11  inventory control process plus if anybody took a box
12  from my warehouse, they wouldn't be able to turn it
13  on, so it's a useless piece of electronics.
14      Q  So it's in a way -- transmission of the MAC
15  number to Create New Technology is a security feature
16  to make sure that their products aren't stolen.
17      A  One, it's not stolen.  Second, means they
18  ask us to ship 10 units.  We're telling them these 10
19  units are shipped.  In their system that means that
20  10 units are the ones that's been paid for;
21  therefore, it could be turned on.
22      Q  Fair enough.
23          And the relay of the MAC number information
24  to Create New Technology also helps them identify how
25  much product YTC Summit had in stock in its warehouse

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

Page 57

1    at any given time; is that right?
2        A   Yes.
3        Q   So if, for example, YTC Summit was running
4    low on product, Create New Technology would know that
5    they would have to ship more TVPads with new MAC
6    numbers to YTC Summit; is that right?
7        A   Yes.
8        Q   And just to be clear, every MAC number is a
9    unique identifying number; correct?
10       A   Yes.
11       Q   So in other words, a device -- strike that.
12          So in other words, there would not be two
13   identical MAC numbers out there in the world.
14       A   Shouldn't be.
15       Q   I think my colleague, Mr. Koonce, likened it
16   to a vehicle identification number for a car.  It's a
17   similar concept; is that right?
18       A   Yes.
19       Q   So when the shipping department in YTC
20   Summit gets the order instructions for the TVPads,
21   what would they, then, do to ship those devices out?
22       A   Can you ask that question one more time?
23       Q   So Yvonne receives instructions from Create
24   New Technology.  She would then relay those
25   instructions to -- I'm sorry, to the packing

Page 58

1    department and back.  What would the packing
2    department do aside from scanning the MAC numbers for
3    that shipment?
4        A   They will weigh the boxes and also take a
5    measurement of that particular box.
6        Q   And what would they do with that
7    information?
8        A   That information will come back to Yvonne.
9        Q   And then what would Yvonne do with that
10   information?
11       A   That would have to be inputted into the UPS
12   system or FedEx system so that they will generate a
13   shipping label, proper charges will be charged for
14   that particular shipment.
15       Q   And then what would Yvonne do with the
16   shipping label?
17       A   She would place it onto the -- each
18   particular shipment, and UPS will pick it up at the
19   end of the day.
20       Q   Now, would Yvonne do anything to input
21   information to Create New Technology regarding
22   effectuating the distribution of the products in
23   accordance with the shipping instructions?
24       A   Can you ask that question again?
25       Q   What would Yvonne do to make sure that

Page 59

1    Create New Technology knew that YTC Summit had acted
2    on the shipping instructions Create New Technology
3    had sent?
4        A   There's a tracking number once it's been
5    processed, and Yvonne would relay that tracking
6    number back to Create New Technology along with the
7    MAC number.
8        Q   Any other information Yvonne would provide
9    other than the tracking number for the shipping and
10   the MAC numbers?
11       A   No.
12       Q   The UPS account or FedEx account that YTC
13   Summit used to ship these devices on behalf of Create
14   New Technology, was that a YTC Summit account or did
15   the accounts or UPS and FedEx belong to Create New
16   Technology?
17       A   That is a Create New Technology account.
18       Q   And did Create New Technology provide that
19   UPS account and FedEx account information to YTC
20   Summit?
21       A   Yes.
22       Q   Did Create New Technology have YTC Summit
23   use any other shipping company other than UPS or
24   FedEx?
25       A   Only UPS, not even FedEx.

Page 60

1        Q   Did YTC Summit ever use DHL Express for
2    purposes of shipping?
3        A   YTC would use DHL before for our own product
4    but not for Concrete New Design.
5        Q   And when you say Concrete New Design, you
6    mean Create New Technology?
7        A   Or Create New Technology.
8        Q   So for purposes of YTC Summit's fulfillment
9    relationship with Create New Technology, the only
10   shipping service it used was UPS for all TVPads
11   delivered in the United States; is that right?
12       A   Yes.
13       Q   And were all of the shipments that YTC
14   Summit ultimately did for Create New Technology
15   shipments to addresses in the United States?
16       A   I think 99 percent of the time it's to
17   United States, but I know of one shipment that went
18   to Guam that I know of.
19       Q   Anything else outside of the 50 states of
20   the United States that you are aware of?
21       A   That's the only one I am aware of.
22       Q   Once the product was shipped by UPS, would
23   YTC Summit receive any sort of notifications from UPS
24   that shipment was complete?
25       A   When the shipment gets delivered, we will

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Page 65

1 sells and imports from China into its U.S. warehouse;
2 right?
3    A   Correct.
4    Q   And then what happens to those designs after
5 they're created on the computer?
6    A   They are being sculpted in China.
7    Q   And what company in China is responsible for
8 the sculpting?
9    A   The production of these companies will do
10 the sculpting.
11    Q   So either the Yonglung or the Duke company
12 would do any sort of resin figurine sculpting?
13    A   They would do a clay sculpting.
14    Q   And is the clay then the model from which
15 the final product is built?
16    A   Then based upon the clay, they would cast a
17 mold, a production mold, and do the production.
18    Q   Does any other company have sculpting
19 responsibilities for YTC Summit in China?
20    A   No.
21    Q   Is that a no?
22    A   No.
23    Q   Do you own any other companies in the United
24 States other than YTC Summit?
25    A   Partnership?  Is that considered a company?

Page 66

1    Q   Yes.
2    A   Yes.
3    Q   What other companies do you have either a
4 shareholder or -- strike that.
5       What other companies do you have a
6 partnership relationship in in the United States?
7    A   TVS Holding.
8    Q   And what is TVS Holding responsible for?
9    A   Real estate.
10    Q   Any other companies in which you have a
11 substantial ownership interest in the United States?
12    A   No other.
13    Q   What about outside of the U.S.?  Do you have
14 any ownership interest in other entities outside of
15 the U.S. other than YTC Summit and TVS Holdings?
16    A   No.
17    Q   Has YTC Summit ever done business with Hua
18 Yang International Technology, Limited?
19    A   Never heard of that company name.
20    Q   And what about Qichaung International,
21 Q-i-c-h-a-u-n-g International?
22    A   That's the company, I think, that we know of
23 like it's the same company as Create New Technology.
24 It's the same company.
25    Q   So Create New Technology either goes by

Page 67

1 GreatVision Network Technology or -- how do you
2 pronounce -- sorry, I'm going to destroy it -- Qi --
3    A   Qi something.  I don't even remember.
4    Q   Okay.  So Create New Technology either is
5 Create New Technology or GreatVision Network
6 Technology or Qichaung International?
7    A   Yes.
8    Q   Any other names that that business has gone
9 by when you've been dealing with people from that
10 company?
11    A   I have heard of the three different names.
12 The Qi, Q-i whatever, that name, the Create New
13 Technology, and then GreatVision.
14    Q   Any others?
15    A   No.  They might have others, but I have no
16 idea.  In China, these companies will have tons of
17 different names.
18    Q   And why is that?
19    A   No idea.
20    Q   Do you know how CNT was shipping its
21 products in the United States before YTC Summit began
22 its distributorship relationship with them?
23    A   Probably DHL.
24    Q   Do you know that for a fact or are you
25 guessing?

Page 68

1    A   Guessing.
2    Q   Do you know whether CNT was using a
3 different distribution company prior to its
4 arrangement with YTC Summit for shipments in the
5 U.S.?
6    A   I don't think so.
7    Q   Do you know?
8    A   I don't know.
9    Q   Which TVPad devices did YTC Summit
10 distribute on behalf of CNT, Create New Technology?
11 Do you know the device numbers?
12    A   No, I don't.
13    Q   How did YTC Summit access Create New
14 Technology's shipping information?
15    A   There's a back-end platform.
16    Q   And what do you mean by a back-end platform?
17    A   It's a port that they open specifically that
18 YTC can log in and send the information in.
19    Q   So is it an Internet-based port that YTC
20 Summit could access to input information?
21    A   Yes.
22    Q   Was it password protected?
23    A   Yes.
24    Q   And who provided that port location
25 information to YTC Summit?

17 (Pages 65 to 68)

Page 73

1    A  Not to the levels that I'm looking for.
2    Q  And what levels were you looking for?
3    A  I was looking for that we don't ship bulk,
4  we're shipping individual.
5    Q  And what were the levels that you were
6  looking for?
7    A  That at least I'm shipping 50 to a hundred
8  orders.
9    Q  In what time period?
10    A  In a week.
11    Q  Did you express that to Fanny or anyone else
12  at Create New Technology before signing the 2014
13  agreement that those were the numbers you were
14  looking to be shipping?
15    A  I told Fanny.
16    Q  And what was Fanny's response?
17    A  She will try to give us that individual
18  orders.
19    Q  When after signing the 2014 agreement Create
20  New Technology did not end up providing YTC Summit
21  with 50 to a hundred orders to individual addresses
22  as you had requested, did you talk to anybody at
23  Create New Technology about that?
24    A  No.
25    Q  You never mentioned it.

Page 74

1    A  I have not mentioned it.
2    Q  Prior to signing the 2014 agreement, did you
3  take a trip to China to visit Create New Technology's
4  offices?
5    A  Can you ask that question one more time?
6    Q  Well, have you ever visited Create New
7  Technology's offices in China?
8    A  Yes, I have.
9    Q  Do you recall the approximate time period
10  when that visit occurred?
11    A  About two years ago.
12    Q  So in 2013?
13    A  2013.
14    Q  Was it a time period immediately before
15  signing the 2014 agreement?
16    A  It was before, but I'm not too sure -- it
17  was either in March, April time frame or September,
18  October time frame.  That's the only time I go to
19  China.
20    Q  So your visit to Create New Technology's
21  offices in China would either have been March, April
22  of 2014 or September, October of 2013; is that right?
23    A  Not in 2014, but 2013.
24    Q  Now, when you were deposed in March of 2015,
25  you were asked that same question about the date of

Page 75

1  that meeting in China, and you testified that you had
2  that meeting about a year prior to your deposition in
3  March of 2015.  Do you have any basis to dispute that
4  today?
5    A  No.
6    Q  Is it possible that your recollection from
7  several months ago is more accurate than it is
8  sitting here today?
9    A  Possibly.
10    Q  What was the purpose of the visit to Create
11  New Technology's offices in China?
12    A  I have never visited them.  They invited me
13  in China when I was there, so -- and I felt it would
14  be a short trip.
15    Q  Why did you feel it would be a short trip?
16    A  Because it was about an hour away from where
17  I am.
18    Q  And where were you at the time?
19    A  I was in Dongguan city.
20    Q  And where was the meeting at Create New
21  Technology's offices?
22    A  They're in Shenzhen.
23    Q  Do you recall the address?
24    A  No, I don't.
25    Q  Can you describe the building where the

Page 76

1  meeting took place in ShenZhen?
2    A  It's an office building in a business park.
3    Q  Did Create New Technology have the entire
4  office?
5    A  They had the entire building.
6    Q  And about how big was the building, how many
7  stories tall?
8    A  About three stories.
9    Q  Did it appear that there was manufacturing
10  done at that location?
11    A  No.
12    Q  What was done at that location, to your
13  knowledge?
14    A  Mainly technical, clerical.
15    Q  What about customer service?
16    A  Customer service --
17    Q  Anything else?
18    A  -- also.
19       That's about it.
20    Q  Was this building located in a nice area of
21  ShenZhen?
22    A  Yeah.
23    Q  Was the area an area typical for
24  manufacturing or professional offices or can you
25  describe the general vicinity where it's located?

19 (Pages 73 to 76)

**Steven Shiang Chen - 7/15/2015**

Page 97

1  know whether she's referring to the orders that you
2  could expect to receive once you adjusted your
3  pricing?
4      A  I'm assuming.
5      Q  Did you have an understanding of whether the
6  600 orders she mentions here are specifically for the
7  U.S. market?
8      A  I would assume bulk of it will be for the
9  U.S. market because we're only talking about U.S.
10  market.
11      Q  Aside from an assumption, do you have an
12  understanding based on any information given to you
13  by Create New Technology that they were shipping 600
14  orders a month to the U.S. for orders of one to five
15  units?
16      A  Can you ask that question one more time?
17      Q  I'll strike that.
18          If you look at the topmost portion of the
19  e-mail right underneath where it says, "Hi Steven,"
20  what does Fanny say to you there in the first line?
21      A  Says, "How are you?  Our suggestion is one
22  to five and the fees to be $4 and five and above to
23  be $7 and can we try to use this and try it and then
24  if there's anything that needs to be adjusted we can
25  talk about this later."

Page 98

1      Q  And that's ultimately what YTC Summit ended
2  up doing in terms of the pricing in the 2014
3  contract; is that right?
4      A  Yes.
5      Q  Do you know why there was a delay from
6  October 2013 to April of 2014 before that new pricing
7  was implemented in the second agreement?
8      A  Can you ask that question one more time?
9      Q  Why was there a delay from the date of this
10  e-mail in October of 2013 to actually implementing
11  this new pricing that they suggested in April of
12  2014?
13      A  Because our contract was still in place.
14      Q  The February 2012 contract was still in
15  place.
16      A  Yes.
17      Q  After the e-mails here in October of 2013,
18  did YTC Summit begin to receive significant numbers
19  of orders in the one to five unit range?
20      A  Not significantly.
21      Q  Was there an increase in the number of
22  orders in the one to five unit range?
23      A  Not that I can remember.  The numbers just
24  didn't -- the service fee that we collect on them
25  wasn't there.

Page 99

1      Q  Can you be more specific about what you
2  mean?
3      A  The fee that we end up charging them per
4  address wasn't significantly up.
5      Q  And so if YTC Summit had started receiving
6  more orders in the one to five order range, you would
7  have expected the fees to be higher; is that right?
8      A  Yes.
9      Q  Is it fair to say that CNT was not using YTC
10  Summit for all of its shipments into the United
11  States?
12      A  Yes.
13      Q  Do you have any sense about what percentage
14  of Create New Technology's shipments that it was
15  using YTC to ship as opposed to shipping using other
16  distributors or other postal services direct from
17  China?
18      A  I think they're doing from China directly
19  probably about 90 percent, and we were only getting
20  the 10 percent or maybe even less.
21      Q  And on what do you base those numbers?
22      A  Just based upon if there's a hundred orders,
23  we're not shipping hundred orders a week.
24      Q  How many shipments a week was YTC Summit
25  doing?

Page 100

1      A  Twenty or maybe even less.
2      Q  And the hundred orders, where do you get
3  that number from?
4      A  Based upon exactly what they were telling me
5  initially.
6      Q  And what was it that Create New Technology
7  told you initially about the volume they were
8  shipping to the U.S.?
9      A  They were talking about, at least, a hundred
10  units a week and more.
11      Q  And what YTC Summit ended up shipping was in
12  the range of 20 on average?
13      A  On average.
14      Q  Sometimes less?
15      A  Sometimes less.  We're talking only
16  addresses, not units, because I only care about
17  addresses.
18      Q  So your 20 shipments a week might have been
19  anywhere from 20 to a hundred to a thousand units.
20      A  Exactly.
21      Q  But Create New Technology, then, if you take
22  their hundred a week average, was shipping 80 of the
23  one to five unit range.
24      A  Exactly.
25      Q  To the U.S.

25 (Pages 97 to 100)

Steven Shiang Chen - 7/15/2015

Page 101

1     A  Yes.
2     Q  And bypassing YTC Summit for purposes of
3 that distribution; is that correct?
4     A  Yes.
5     Q  And they never explained to you why they
6 were doing that themselves as opposed to using YTC
7 Summit?
8     A  No.
9     Q  But in the October communication that they
10 had with you marked as Exhibit 11, they did suggest
11 that the handling fees YTC Summit was charging were
12 too high; is that right?
13     A  They suggested that.
14     Q  Did they ever suggest that that was the
15 reason Create New Technology was not using YTC Summit
16 for those additional one to five unit shipments?
17     A  It's an excuse that they will use not giving
18 me the one to two units that we're seeking.
19     Q  When YTC Summit received shipments of TVPads
20 from Create New Technology, how were those devices
21 packaged when you received them in your warehouse?
22     A  They're packaged in a box ready to be
23 shipped just like when you buy an iPhone.
24     Q  And were those particular devices combined
25 in a carton?

Page 102

1     A  There are 20 boxes in a carton.
2     Q  So there are 20 individual TVPad units in a
3 carton?
4     A  Yes.
5     Q  And so when the products would be received
6 at YTC Summit's warehouse, were they all packaged
7 together 20 per carton and the cartons themselves
8 were sealed?
9     A  Yes.
10     MS. McCAULEY: Let me mark as Exhibit 12 a
11 couple of different photographs.
12     (Plaintiffs' Exhibit No. 12
13     was marked for identification.)
14     Q  BY MS. McCAULEY: Now, when we were in your
15 warehouse yesterday, do you recall that you showed us
16 the location in the warehouse where the TVPad cartons
17 used to be stored at your facility; correct?
18     A  Correct.
19     Q  And if you recall, there were two empty
20 carton boxes in that location; correct?
21     A  Yes.
22     Q  Does YTC Summit have any remaining TVPad
23 products in its warehouse?
24     A  No.
25     Q  And so if you'll recall, my colleague took a

Page 103

1 photograph of the labeling on two of the cartons, the
2 empty cartons that were sitting in your office if you
3 recollect.
4     A  Yes.
5     Q  He did that in your presence; correct?
6     A  Yes.
7     Q  And if you could refer to the first page of
8 Exhibit 12, this is a photograph of the packaging
9 labeling on one of those empty cartons.  Is that
10 right?
11     A  Yes.
12     Q  Now, the date for this is 2015-01-22.  Do
13 you see that?
14     A  Yes.
15     Q  Does that indicate to you the date when this
16 particular carton of 20 TVPad units was delivered to
17 YTC Summit?
18     A  It's probably the date that they ship it to
19 YTC Summit.
20     Q  And if you look below on that label, what
21 are all these MAC numbers here?
22     A  It represents the units that's in there,
23 individual units.
24     Q  And so when you were talking before about
25 the MAC numbers and scanning the MAC numbers, these

Page 104

1 are the MAC numbers for the devices that used to be
2 in this carton; is that right?
3     A  Yes.
4     Q  If you turn the page to the next page,
5 you'll see that the date on this carton is
6 2015-02-07.  Do you see that?
7     A  Yes.
8     Q  And again, your understanding would be that
9 would be the date this particular carton was shipped
10 to YTC Summit by Create New Technology; is that
11 right?
12     A  Yes.  It could be a manufacturing date, the
13 date that they generated these labels.
14     Q  And again, this also lists a quantity of 20
15 units for this particular cardboard carton; is that
16 correct?
17     A  Yes.
18     Q  And unique identifying MAC numbers are
19 listed on the label on the exterior; is that right?
20     A  Yes.
21     Q  What would you estimate the approximate size
22 of the TVPad device when it's boxed in its official
23 packaging would be?
24     A  10 by 10, about 3 inches in height.
25     Q  So they're pretty small devices.

26 (Pages 101 to 104)

Page 105

1    A  Yes.
2    Q  Probably about the equivalent of an Apple TV
3  product; right?
4    A  Yes.
5    Q  Do you have any records at YTC Summit that
6  would indicate the total number of cartons and/or
7  TVPad units that had been shipped to YTC Summit from
8  Create New Technology?
9    A  I don't.
10    Q  And other than what you handed us today and
11  yesterday, does YTC Summit have any records of the
12  total number of TVPad units that it has shipped over
13  the lifetime of its agreement with Create New
14  Technology to customers in the United States?
15    A  I don't have that record.
16    MS. McCAULEY:  I'm going to mark as Exhibit 13 a
17  document which is a summary of import house customs
18  records.
19    (Plaintiffs' Exhibit No. 13
20    was marked for identification.)
21    Q  BY MS. McCAULEY:  I'll represent to you that
22  this is a printout of a bill of lading summary from
23  custom records.
24    If you could look on the second page, are
25  you familiar with Metro Vista Inc. in Alhambra?

Page 106

1    A  No.
2    Q  Now, if you look on the entry immediately
3  above that on December 1st, 2013, do you see where it
4  says "YTC Summit International"?
5    A  Yes.
6    Q  And do you see the address adjacent to it in
7  Arcadia?
8    A  Yes.
9    Q  That is YTC Summit's address; correct?
10    A  Yes.
11    Q  Now, if you continue on towards the end of
12  that column, do you see where it says "200 cartons"?
13    A  Yes.
14    Q  Do you know if YTC Summit received shipments
15  from Create New Technology prior to December 1st,
16  2013?
17    A  I think we probably did.
18    Q  Do you have any records of shipments that
19  YTC Summit would have received in its offices that
20  would contradict this bill of lading summary?
21    A  No.
22    Q  If you could take a quick moment to look
23  through these totals, do these numbers representing
24  shipments of anywhere from 11 cartons to 200 -- 10 or
25  50 cartons of TVPads and the dates, are these

Page 107

1  consistent with your memory of when Create New
2  Technology shipped TVPad products to YTC Summit?
3    A  Yes.
4    Q  And I take it that YTC Summit received
5  additional shipments from Create New Technology after
6  this October 2nd, 2014, date; is that right?
7    A  Yes.
8    Q  Do you have any knowledge of the frequency
9  with which YTC Summit received shipments from Create
10  New Technology after October 2014?
11    A  Probably got couple of more shipments.
12    Q  Only a couple?
13    A  I wouldn't...
14    Q  Could it be more than that?
15    A  Could be.
16    Q  In fact, in March of 2015, YTC Summit
17  received a shipment of 2000 TVPads; is that right?
18    A  March '15?
19    Q  Yes.
20    A  No.  It was before that.
21    Q  Do you know when?
22    A  We probably received it February.  That was
23  the last shipment we got --
24    Q  And --
25    A  -- and nothing else after that.

Page 108

1    Q  And what about in January?
2    A  I think in January we got couple of hundred
3  pieces, and that was it.
4    Q  Now, in terms of the February 2015 shipment,
5  YTC Summit does not have any more of those devices in
6  its warehouse; is that right?
7    A  That was the last shipment.
8    Q  All of those devices were shipped to
9  customers in the United States and Guam; isn't that
10  correct?
11    A  Only in United States, not Guam.  Guam was
12  much prior.
13    Q  How much did Create New Technology pay to
14  YTC Summit in 2015 for its fulfillment services
15  specifically?
16    A  That I'm not too sure.  I don't -- I
17  don't -- I know the number's not there, so that to me
18  really doesn't matter.
19    Q  Would you need to keep track of that for tax
20  purposes?
21    A  We keep track of it, of course, our
22  accounting does, but I don't look at those numbers
23  specifically.
24    Q  How does accounting keep track of the total
25  amounts that Create New Technology has paid YTC

27 (Pages 105 to 108)

Page 125

1  New Technology aside from receipt of this shipping
2  file and shipping instructions about this shipment to
3  the Oakland, California address on April 15th?
4      A  No.
5      Q  Did you have any communications with Create
6  New Technology aside from receipt of this shipping
7  instruction e-mail about the shipments of these last
8  three orders on April 16, 2015?
9      A  No.
10     Q  Did anyone at YTC Summit other than you have
11 communications with Create New Technology about these
12 last two shipments?
13     A  No.
14     Q  Did you ever contemplate after not receiving
15 subsequent shipments from Create New Technology that
16 you would sue them for breach of contract for failing
17 to abide by your contract for distribution?
18     A  I don't know if I have a basis to sue them
19 because we never talked about how many units we have
20 to ship or I have to receive minimum dollar amount
21 for service that's been provided.
22     Q  I guess that's a slightly different answer
23 than the question that I asked.
24         The question that I asked is when you
25 realized that YTC Summit is shipping out massive

Page 126

1  quantities of TVPads in the April time period wiping
2  out the inventory in the YTC Summit warehouse and YTC
3  Summit at the same time was not receiving any
4  additional shipments and yet you had a contract for
5  distribution through April of 2016, did you
6  contemplate pursuing a breach of contract action
7  against them?  Is that something you thought about?
8      A  No.
9      Q  Why not?
10     A  Suing someone is never on top of my mind.
11     Q  And you didn't call them and question them
12 why they weren't sending any additional shipments?
13     A  No.
14     Q  So to this day, you have no idea why they
15 stopped?
16     A  I have -- I could speculate why they
17 stopped.
18     Q  Is there a reason you didn't want to at
19 least have a conversation with them about the precise
20 reasons why as opposed to relying on speculation?
21     A  I have no reason to ask for more.
22     Q  Why is it that you have no reason to ask for
23 more?
24     A  They're in trouble, I'm getting
25 inconvenienced going through depositions, and this is

Page 127

1  the second deposition.  After the first one, I'm
2  already going I don't need to go through this.
3      Q  Did you ask Create New Technology to
4  reimburse you in any way for your time spent in
5  deposition and handling discovery requests related to
6  their legal issues?
7      A  No.
8      Q  Did you ask them for payment of any money of
9  any type?
10     A  No.
11     Q  Did you request that Create New Technology
12 increase the number of single orders that YTC Summit
13 would begin shipping as compensation for the fact
14 that you were having to respond to subpoenas?
15     A  No.
16     Q  Did Create New Technology communicate to you
17 at any point in time that they would increase the
18 number of single shipment orders made through YTC
19 Summit as compensation for the fact that you were
20 being inconvenienced by being deposed in these cases?
21     A  No.
22     MS. McCAULEY:  Mark as Exhibit 15 a binder of
23 documents with a label reading "Qi," which is just
24 spelled Q-i, Chuang, which is spelled, C-h-u-a-n-g,
25 Technology.

Page 128

1      (Plaintiffs' Exhibit No. 15
2      was marked for identification.)
3      Q  BY MS. McCAULEY:  So, Mr. Chen, I recognize
4  this is a black-and-white copy of the binder that you
5  provided to us yesterday.
6         Taking a minute to kind of flip through
7  it -- and the original that we are returning to you
8  is adjacent to you as well if you want to compare --
9  but can you just confirm generally speaking what the
10 contents of this binder include?
11     A  UPS billings, custom brokers' fees.  It's
12 various documents of the shipments.
13     Q  And who was the custodian of this particular
14 binder of documents?
15     A  Jennifer Chen.
16     Q  And as the office manager for YTC Summit,
17 did she maintain this binder of documents?
18     A  Yes.
19     Q  Now, there's a bunch of date tabs included
20 with paperwork filed under January through I think
21 it's about March or April.  Do you see that?
22     A  Yes.  She does that.
23     Q  What was that?
24     A  Yes.
25     Q  Is that something that she does as a matter

32 (Pages 125 to 128)

Page 129

1  of course to maintain account records for customers?
2      A  Yes.
3      Q  And has Jennifer maintained binders of YTC
4  Summit records as a matter of course since the
5  beginning of the relationship, the distribution
6  relationship with Create New Technology?
7      A  I would think she would keep the records,
8  and then after a certain amount of time, then they
9  will be probably shredded or destroyed.
10     Q  My question is a little different.
11         My question is did Jennifer, as a matter of
12  course, maintain binders such as the one that has
13  been marked as Exhibit 15 where records relating to
14  the Create New Technology business and fulfillment
15  agreement would be collated?
16     A  Yes.
17     Q  And what we have here, if I understand it,
18  would be records from the 2015 time period; is that
19  correct?
20     A  Correct.
21     Q  So this does not include records from 2014.
22     A  No.
23     Q  And it does not include records from 2013.
24     A  No.
25     Q  And it does not include records from 2012.

Page 130

1      A  No.
2      Q  Do you know whether she maintained binders
3  for those years?
4      A  I'm not sure for that, but we started to
5  keep all the records and went back and searched for
6  all the records after we had the deposition because
7  we were told try to keep all the records as much as I
8  can, so Jennifer will do it and Yvonne will do it.
9      Q  So did you produce this binder of documents
10  to Jones Day?
11     A  No.
12     Q  And yet you were compiling it ever since
13  receipt of the subpoena?
14     A  Ever since that particular subpoena when I
15  went back and said keep all the documents and file
16  them, and they're all together.
17     Q  My question is maybe a little bit different
18  which is as a matter of business practice, did
19  Jennifer, prior to receiving the subpoena, keep a
20  binder like this with documents relating to the Qi
21  Chuang Technology/Create New Technology?
22     A  Previously maybe not.
23     Q  Do you know?
24     A  I don't.
25     Q  Okay.  But as far as you know, at least for

Page 131

1  the 2015 time period, she was maintaining this binder
2  as documents were received by YTC Summit in the
3  ordinary course of business; is that accurate?
4      A  Yes.
5      Q  Now, we talked before about the fact that
6  the name on the binder, Qi Chuang Technology, is one
7  of the names for Create New Technology; is that
8  correct?
9      A  Yes.
10     Q  Now, if I could have you flip to about the
11  sixth page that reads on the top "Commercial Invoice"
12  dated May 6, 2014, right after the blue page.  Two
13  pages after the blue page.
14         Now, do you see on the top it says "Create
15  New E-commerce (SZ) Co. Ltd"?
16     A  Yes.
17     Q  Do you recognize that business name?
18     A  No.
19     Q  Is that Create New Technology?
20     A  I would think so.
21     Q  Do you know this address, Virtual University
22  Park of Hi-Tech Industrial Park, Gao Xin, South Road
23  No. 4 in ShenZhen, China?
24     A  I don't know the -- I've never remembered
25  the Chinese address.

Page 132

1      Q  Do you know who Li Ping Chen is?
2      A  No.
3      Q  What was shipped, according to this invoice,
4  to YTC Summit?
5      A  200 remote controls, 4,800 TF cards.
6      Q  And then if you --
7      MR. KOONCE:  Off the record for just a second.
8      (Discussion held off the record.)
9      MS. McCAULEY:  Back on the record.
10     Q  Let me take you a step back to the e-mail
11  just after that first blue sheet dated May 8th, 2014.
12     A  Okay.
13     Q  Is this an e-mail that YTC Summit received
14  from Create New Technology?
15     A  Yes.
16     Q  Who is duy@sh-ykkj.com?
17     A  One of their staff.
18     Q  Do you know the name of the person?
19     A  At the bottom it says Duy --
20     Q  Is there a last name?
21     A  -- in Chinese.
22         Last name Du, D-u.
23     Q  First name Duy or is it something else?
24     A  No, first name in Chinese Ying.
25     Q  Ying?

33 (Pages 129 to 132)

Page 137

1  remote controls -- do you see that?
2      A  Um-hum.
3      Q  -- was it the practice of YTC Summit to
4  always ship a remote control with the TVPad device?
5      A  Only when they ask us to add additional
6  remote control.
7      Q  So unlike the TF card, it was not something
8  that you always had to include in the shipment?
9      A  No.
10      Q  Let's make sure we don't have a double
11  negative.
12          In contrast to the TF card, which you were
13  required to put one TF card per TVPad in the
14  shipment, it was not always the case that the remote
15  control had to always be shipped with the TVPad; is
16  that correct?
17      A  The individual box already contained a
18  remote control.  The additional remote control is
19  just that they're asking us to send additional remote
20  control to whoever we're sending it to.
21          So I'm guessing when they place an order,
22  they're saying my remote control -- or the customer
23  has a bad remote control, we need to replace it or
24  whatever it is, so we just ship it.
25      Q  And when shipping the remote controls, how

Page 138

1  would YTC Summit ship those products?
2      A  They come in one individual.  Just put them
3  in the box.
4      Q  Fair enough.
5          Now I'm going to have you turn to that sheet
6  after the second blue sheet.  It has UPS account and
7  FedEx account numbers.  Do you see where it says "UPS
8  account number"?
9      A  Um-hum.
10      Q  Is that the UPS account number for Create
11  New Technology shipments in the United States that
12  YTC Summit used for fulfillment?
13      A  Um-hum.  Yes.
14      Q  And there's also a FedEx account listed
15  there.  On what occasions did YTC Summit use FedEx
16  for purposes of Create New Technology's business?
17      A  I don't think we used it, but it was there.
18      Q  Now, there's an e-mail here listed for Fanny
19  at gvtv.com.  Do you see that?
20      A  Yes.
21      Q  And Huang is her last name; is that right?
22      A  Yes.
23      Q  Who is AP Cass Lu?
24      A  Accounts payable.
25      Q  And is that a she?

Page 139

1      A  I don't know.
2      Q  Is the e-mail for Cass Lu luph@gvtv.com.cn?
3      A  Yes.
4      Q  I'm going to ask you to flip through several
5  more pages to the shipping label that's sideways.
6  And do you see the address on the "from" on this
7  shipping label?
8      A  Yes.
9      Q  Do you recognize that address?
10      A  No.
11      Q  Do you know what was being shipped to you?
12      A  No.
13      Q  Well, the contents say "set top box, 1 set"
14  in February 2012.  Is it possible that this was a
15  TVPad for your use?
16      A  I don't remember.
17      Q  February 10th, 2012, was before you entered
18  into an agreement with Create New Technology, the
19  first distribution agreement in February 2012;
20  correct?
21      A  Yes.
22      Q  Did Create New Technology send a device, a
23  sample device, to you prior to you entering into the
24  distribution agreement?
25      A  I don't remember that.

Page 140

1      Q  Now, if you turn now another page past
2  January tab, past the February tab, there's a list
3  here of incoming wire transfers.  Do you see that?
4      A  March?
5      Q  So it's right after the February tab.
6      A  Okay.
7      Q  What is this a printout from?
8      A  Incoming wire transfer acknowledgment.
9      Q  And how was this transmitted to YTC Summit,
10  this information?
11      A  From -- I think it's probably from HSBC.
12      Q  A slightly different question.  I understand
13  that the wire transfer itself was from HSBC Bank.
14  What I'm trying to understand is where did this
15  document come from.
16      A  Where does it come from?
17      Q  Yes.
18      A  I don't know.
19      Q  Is this printed from your own -- YTC's own
20  bank account?
21      A  Yes.
22      Q  And what bank would this be printed from?
23      A  HSBC.
24      Q  So YTC Summit also has an account with HSBC
25  Bank?

35 (Pages 137 to 140)

Steven Shiang Chen - 7/15/2015

Page 149

1    A  Um-hum.
2    Q  So can you identify what this document is
3    for us?
4    A  This is the UPS statement for Create New
5    Technology, shipment charges.
6    Q  And it's addressed to 12037 Clark Street in
7    Arcadia.  That's YTC Summit's address; isn't that
8    right?
9    A  Correct.
10   Q  And yet this was an account for Create New
11   Technology that they were responsible for; is that
12   right?
13   A  Yes.
14   Q  Do you know why it was addressed to YTC
15   Summit's address?
16   A  Because the shipping point is from YTC
17   Summit's address.  The goods leaves from our address.
18   Q  And so YTC Summit would receive the bill,
19   would pay the bill on Create New Technology, and
20   they'd be reimbursed for the bill; is that right?
21   A  Yes.
22   Q  If you could turn the page to the next page,
23   is this e-mail from David Russo, does this have
24   anything to do with Create New Technology or is this
25   a different -- an e-mail that was misfiled?

Page 150

1    A  It's not misfiled.  When we print these, we
2    always recycle all of our papers.  This is the back
3    end of that piece of paper.
4    Q  I see.  Fair enough.
5    So the UPS document was printed on recycled
6    paper.
7    A  Yes.
8    Q  If you could turn the page to the freight
9    invoice, do you recognize what this document is?
10   A  This is an arrival notice that a shipment
11   has arrived.
12   Q  And YTC Summit would receive a copy of this
13   arrival notice when freight was delivered from Create
14   New Technology; isn't that right?
15   A  On this particular shipment, yes.
16   Q  Were there shipments that would arrive where
17   a freight invoice would not be included?
18   A  Yes.
19   Q  And what circumstances would a freight
20   invoice not be included?
21   A  If they use DHL, then it wouldn't be -- we
22   wouldn't get an arrival notice.
23   Q  In this particular case, the contents were
24   set top box, flyer, posters, remote controls and HDMI
25   cables; is that right?

Page 151

1    A  Yes.
2    Q  Were there any TVPads included in this
3    particular --
4    A  3,000 set top boxes.
5    Q  And where do you see that?
6    A  First line.  Second page.
7    Q  Is that the same document?
8    A  The invoice?
9    Q  Yes.
10   A  Okay.  This is only arrival plus this is
11   called arrival notice.  Normally, if I have to pay
12   for the freight for this particular shipment, it will
13   be a dollar amount down on the very, very bottom here
14   that says zero because they're taking care of the
15   freight.
16   On the second page, that's commercial
17   invoice.  That's what's the shipments all included,
18   and you can tell, the first line is for 3,000 set top
19   boxes, 3,000 flyers, 80 posters, 60 remotes, and 10
20   cable.
21   Q  And the date of this is January 22nd, 2015?
22   A  Yes.
23   Q  And who's Eric, the contact name for Create
24   New Technology?
25   A  I have no idea.

Page 152

1    Q  Do you know how much TVPad retails for?
2    A  I think it's $200.
3    Q  Let me actually identify another document,
4    and let's take a look at something.
5    For purposes of shipping the products out to
6    customers from YTC Summit's end using UPS, did YTC
7    Summit have to identify a particular value of the
8    product?
9    A  No.
10   MS. McCAULEY:  Let's mark as Exhibit 16, which
11   is the contents of another binder produced this
12   morning by YTC Summit.
13   (Plaintiffs' Exhibit No. 16
14   was marked for identification.)
15   Q  BY MS. McCAULEY:  So, Mr. Chen, could I have
16   you flip through this document, collection of
17   documents, quickly, and let me know if you recognize
18   this.
19   A  Shipping records.
20   Q  Was this from the binder that Yvonne
21   maintained?
22   A  Yes.
23   Q  Were these documents that Yvonne collected
24   in the ordinary course of YTC Summit's business?
25   A  This is what she collected for Create New

38 (Pages 149 to 152)

Steven Shiang Chen - 7/15/2015

Page 161

some point?

A  When I first talked to them, they told me they were in Futian area.

Q  Okay.  And then at some point did they move?

A  When I visited them in, it wasn't in Futian. It was in ShenZhen.

Q  Do you have any reason to believe that they stopped you from using the Futian address?

A  Futian becomes very expensive, so they probably moved their office.

Q  And yet it's listed here as the shipper location for DHL Express; isn't that right?

A  Yes.

Q  In 2015.

A  Yes.

Q  Is it possible that they still have a location there?

A  It's possible.

Q  Now, if you look at the next invoice on March 9th, 2015, that's for an additional shipment of 101 cartons; correct?

A  Yes.

Q  And that's for 2000 TVPad devices?

A  2000, yes.

Q  So when we talked earlier about the last

Page 162

shipment that YTC Summit received was in February, in fact it looks like YTC Summit received another shipment of 2000 units in March; isn't that right?

A  Yes.

Q  You'll see that there's a delivery service invoice for UPS Next.

A  Yes.

Q  From March 7, 2015; is that correct?

A  Um-hum.

Q  Is this a document that Create New Technology would have received for UPS on behalf of -- strike that.

Is this a document YTC Summit received on behalf of Create New Technology for shipments of the TVPad devices from UPS?

A  Yes.

Q  And a document that -- an invoice that YTC Summit would have paid on behalf of Create New Technology?

A  Yes.

Q  Now, if you look starting at March 2nd on the pick-up date, which is page 3 of that invoice -- are you there?

A  Page 3?

Q  Page 3 of the invoice.

Page 163

A  Oh, okay.

Q  And do you see how the weight is listed as 4 and there's a various "Published Charge," and then when you get to the bottom of the first entry, there's a 2nd reference for one TVPad to Hawaii?

A  Yes.

Q  Is that the typical weight for transporting or shipping a single TVPad via UPS is 4 pounds?

A  Either 1 or 2, yes.

Q  Given a second reference lists one TVPad, do you have any reason to doubt that this was not a shipment of one TVPad or could it have been more?

A  I wouldn't know, but it's definitely a TVPad.  I just don't know how many.

Q  If you flip to the next page and you look at line item 6, so flip to the next page, do you see entry 6?

A  Yes.

Q  And you see the second reference where it says two TVPads?

A  Yes.

Q  Do you have any reason to doubt whether this was two TVPads being shipped to this customer?

A  No.

Q  I'm going to flip through the rest of this

Page 164

March invoice, and then there's another invoice which is dated March 14, 2015.  Do you know what this document is?

A  Same thing.  Shipping invoices.

Q  Again, on behalf of Create New Technology?

A  Yes.

Q  And YTC Summit would pay these bills on behalf of them and be reimbursed?

A  Right.

Q  And then if you flip to the fourth page of that invoice, entry 8, that appears to be a shipment of a hundred TVPads to Richmond, California; is that right?

A  Yes.

Q  And then the 11-package shipment beginning on entry 9 is for 200 TVPads and the remotes being sent to Eric Chen in Woodside, New York; is that right?

A  Yes.

Q  And then if you flip, the next invoice is from March 21st, 2015, and again, this is another invoice that YTC paid on behalf of Create New Technology for shipment of TVPads; correct?

A  Yes.

Q  And then if you flip through here, there's

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

Steven Shiang Chen - 7/15/2015

Page 165

1   also some large shipments included to various
2   recipients in this invoice as well; correct?
3       A   Yes.
4       Q   And we have a March 28th invoice, same
5   thing.  This is an invoice that YTC paid for shipment
6   of TVPads on behalf of Create New Technology; is that
7   right?
8       A   Yes.
9       Q   And then it looks like there's another --
10  under the April tab, there's another wire transfer
11  transaction notice; correct?
12      A   Yes.
13      Q   And another statement from YTC Summit to
14  Create New Technology dated May 6, 2015; is that
15  right?
16      A   May 6, yes.
17      Q   And this lists the beneficiary bank as JP
18  Morgan Chase Bank.  Is that YTC Summit's current
19  bank?
20      A   Yes.
21      Q   If you could turn to the -- the next page
22  there's an e-mail from Jennifer Chen dated April 8,
23  2015.  Do you see that?
24      A   Um-hum.
25      Q   Do you recognize that e-mail address near

Page 166

1   the bottom under the Luph, bracket, "Notice about
2   change at work"?  Is that Ms. Huang?
3       A   You mean "Dear Jenny, for the following part
4   of my work" --
5       Q   Yes.
6       A   -- "that will be taken over by Ms. Huang?
7       Q   Who is Ms. Huang?
8       A   Should be Fanny.
9       Q   And is that Fanny's e-mail address right
10  there?
11      A   Right underneath "Jennifer-YTC Summit"?
12      Q   Yes, where it says huangxy@your- --
13      A   Yes, that's her Chinese name on the sign.
14      Q   Let me try that again.
15          Is haungxy@yourfk.com Fanny's e-mail
16  address?
17      A   Yes.
18      Q   If you flip to the next page, again we have
19  another UPS invoice it looks like for shipments of
20  TVPads that YTC Summit distributed and then paid this
21  bill on behalf of Create New Technology; is that
22  right?
23      A   Yes.
24      Q   Did you get the impression that Create New
25  Technology was sending you a lot of orders during

Page 167

1   this period of time to help YTC unload this product
2   that was left over in its warehouse?
3       A   I think they send over all these orders to
4   help them unload all these products off my warehouse.
5       Q   Fair enough.  Were you surprised by the
6   level of activity in terms of shipments or was this
7   pretty much par for the course throughout the
8   relationship?
9       A   You know, during this particular time, from
10  March to April, I wasn't even in the office, so by
11  the time I came back and they told me everything's
12  gone, I was surprised.
13      Q   Fair enough.  You weren't in communication
14  with your office while you were traveling in China?
15      A   I am, but definitely did not discuss TVPad.
16      Q   Let's go back to -- and we're almost, I
17  think, about finished.  I've got a few extra
18  questions.  Go back to Exhibit 16, if we could.
19          We'll start from the beginning.  That first
20  document, which is a packing list it appears to be,
21  do you have any additional information about what
22  this document is?
23      A   It's just a packing list that 2000 units
24  came in from Create New Technology.
25      Q   In February of 2015; is that right?

Page 168

1       A   Yes.
2       Q   And whose handwriting is at the bottom?  Is
3   that Yvonne's?
4       A   That's Yvonne's.
5       Q   Other than Yvonne's handwriting, is this a
6   document created by Create New Technology?
7       A   This is something that probably came in
8   along with the shipment.
9       Q   And then if you turn to the next page, the
10  packing list, what does Yvonne mean when she says
11  "E-mailed March 11, 2015"?
12      A   Which page?
13      Q   The second page that's vertical, and there's
14  a notation at the top, it looks to be in Yvonne's
15  handwriting, that says "e-mailed March 11, 2015."  Do
16  you know what she's referring to there with that
17  notation?
18      A   No -- or probably this came in on
19  March 11th, 2015.
20      Q   Meaning the packing list came in?
21      A   Or this particular request, so let me look
22  at the March.
23      Q   Could it be that's a notation indicating
24  when Yvonne entered information in the back-end
25  system for Create New Technology?

42 (Pages 165 to 168)

**Steven Shiang Chen - 7/15/2015**

Page 169

1  A  Could be.  I'm not too sure.
2  Q  Okay.  That's fair.
3      Then if you look at the next packing list
4  2-12-2015, this is for the same order number it
5  appears that we looked at earlier; correct?  It's,
6  again, for 2000 TVPads?
7  A  Correct, correct.
8  Q  And then when you flip to the next page,
9  this is a different packing list for a different
10  shipment of 200 TVPads; isn't that right?
11  A  200, correct.
12  Q  And then there's a January packing list,
13  this is for a different quantity of 3,000 TVPads; is
14  that right?
15  A  Correct.
16  Q  So it looks as if YTC Summit received a
17  shipment of 3,000 TVPads in January, 200 TVPads
18  February 10th, and then another 2000 February 12th.
19  It that accurate?
20  A  Yes.
21  Q  If I could have you skip to commercial
22  invoice dated 2015-3-10.  Looks like this.  And it
23  says "E-Mailed March 11, 2015" in handwriting on the
24  top.
25  A  Yes.

Page 170

1  Q  Who is Chun Fang Huang?  Is that Fanny?
2  A  Yeah.  Huang is her last name.
3  Q  And so is that her full Chinese name?
4  A  That's her Chinese name.
5  Q  And then do you recognize this address in
6  Chaguang Village in Nanshan District, ShenZhen,
7  China?
8  A  This is where their office is at from my --
9  I remember going to Nanshan.
10  Q  And so that's where you met, in their
11  conference room?
12  A  You know, I know -- I'm not too sure about
13  this address up front.  I don't know if you've ever
14  been to China.
15  Q  I have not.
16  A  Addresses are not something that you'll see
17  on the street, so sitting in the back of a car and
18  getting driven -- I mean, I have no idea, but I know
19  I went to Nanshan.
20  Q  You just don't remember particularly the
21  address --
22  A  I don't remember the address, but I know the
23  area because I would ask what area is this, what area
24  is that.
25  Q  So the meeting in either that March 2014 or

Page 171

1  October 2013 time period was at least in this area in
2  China?
3  A  In the Nanshan area for sure.
4  Q  If you turn the page to the next invoice,
5  there's this person by the name of Eric again.  Do
6  you know who that is?
7  A  No.
8  Q  And the address for the shipper here is the
9  normal address or the typical address that YTC Summit
10  would see on shipments from Create New Technology; is
11  that right?
12  A  You know, they use so many different
13  addresses.
14  Q  Do you know what all those addresses were
15  for?  Are they different locations of theirs?
16  A  You know, there are a lot of companies that
17  does business, and they will ship from all over the
18  place.  They will use different addresses.  I guess
19  it's for their account -- in China, that's for
20  accounting purpose.
21  Q  If you could turn to the next page, there's
22  a different invoice, and this one is from the Fujian
23  Free-Trade Zone.
24  A  Um-hum.
25  Q  And that's that address that I think you

Page 172

1  testified earlier was where they were originally
2  located when you first started doing business with
3  them; is that right?
4  A  You know, the Fujian Free-Trade Zone, I
5  would imagine that's their warehouse.  If I were
6  doing business, I'd want to have my warehouse in the
7  Free-Trade Zone.
8  Q  Do you have any other basis for thinking
9  that that's their warehouse other than your
10  suspicions?
11  A  I wouldn't put an -- well, I could put an
12  office in the Free-Trade Zone, but I would definitely
13  put my warehouse in the Free-Trade Zone.
14  Q  Fair enough.
15      I'm going to flip a couple more pages past
16  the one that says DHL on the top to the next e-mail.
17  It's dated May 1st, 2014, to Jennifer.  Do you see
18  that from Innovation Shipping?
19  A  May 1st, 2014.  Okay.
20  Q  Do you know who Innovation Shipping is?
21  A  No.
22  Q  Do you know what Jennifer was discussing
23  with Innovation Shipping about port fares here?
24  A  Oh.  This is something -- Innovation
25  Shipping is a freight forwarder that's trying to

43 (Pages 169 to 172)

Page 173

1  solicit business with us.  This is on a back again.
2      Q   This is a recycled piece of paper.
3      A   We always recycle all of our papers, and for
4  a document such as this, they just -- we always use
5  recycled paper.
6      Q   So if I understand, if I look to the prior
7  page, September 17th, 2014, the back of it would be
8  this May 1st --
9      A   The back of it would be -- I think that this
10 came from today's.  If you flip it, it should be on
11 the back end of that.
12     Q   And then I'm going to get to a tab that says
13 "E-Mailed Orders."
14     A   "E-mailed orders"?
15     Q   Yes.  There's a tab that says "E-Mailed
16 Orders."
17     A   Okay.
18     Q   What is this document right after that tab
19 label?
20     A   It's a package that was lost or damaged
21 during shipping.
22     Q   What does the reference to "e-mailed claim
23 to Lai Lai" mean?
24     A   Lai Lai is our UPS rep, so if we have a
25 problem on a shipment, we will e-mail her.

Page 174

1      Q   And then you'll see there's a series of
2  calendar entries a little further on starting with
3  January 2015.
4      A   Yes.
5      Q   Now, is this Yvonne's -- starting in
6  February 2015, is this her handwriting?
7      A   These are all her handwriting.
8      Q   And what was she making notations of on this
9  calendar?
10     A   Things that she was doing for shipments.
11     Q   For Create New Technology?
12     A   For Create New Technology.
13     Q   So when she writes "Single piece UPS at $4,"
14 that means she shipped a single TVPad device on
15 February 23rd?
16     A   Yes.
17     Q   And then if you turn the page, this is
18 another invoice similar to what we looked at before;
19 is that right?
20     A   Um-hum.
21     Q   And then past that where there's an order
22 for a Yan Li, February 27, 2015, this is a printout
23 similar to the shipping instructions; correct?
24     A   Exactly.
25     Q   Along with tracking information; correct?

Page 175

1      A   This one, she will put the tracking number
2  right on this piece of paper.
3      Q   And then what happens to this piece of
4  paper?
5      A   She'll save it until money is collected and
6  then toss it away.
7      Q   So it's Yvonne's practice after money is
8  collected on each shipment for Create New Technology
9  that she would throw away the shipping record?
10     A   Yes.
11     Q   Then when we get to the March tab, we have
12 another UPS invoice; is that right?
13     A   Correct.
14     Q   And then we have another calendar entry; is
15 that correct?
16     A   Correct.
17     Q   So these are Yvonne's notes regarding the
18 shipments she was making of TVPads on behalf of --
19     A   Yes.
20     Q   -- Create New Technology?
21     A   Right.  This is how we keep track how much
22 money we need to collect from them.
23     Q   And you didn't retain copies of this
24 beyond -- or prior to 2015.
25     A   Because once we collect it -- when the

Page 176

1  shipment is done, there's absolutely no reason we
2  need to keep it, again.
3      Q   My question is a little different.  My
4  question is why YTC Summit did not save copies of
5  these notations of what it was owed for Create New
6  Technology prior to receipt of the subpoena in the
7  other action.
8      A   Correct.
9      Q   When were these records destroyed?
10     A   They were destroyed on a monthly basis.
11 After it's done, you just toss them, so by the time
12 we had the subpoena, the February ones were still
13 available, so those were not destroyed.
14     Q   And if you flip through the remainder of
15 this binder, it's consistent with the records we've
16 looked at earlier which includes the UPS invoice
17 followed by the shipping instruction information, and
18 the tracking information; correct?
19     A   Yes.
20     Q   So I want to go back really briefly to Nancy
21 Wu.  How do you know her?
22     A   Through a business friend.
23     Q   What business friend is that?
24     A   I own different commercial buildings.  One
25 of the tenants knew Nancy and introduced me to her.

44 (Pages 173 to 176)

Page 189

1   A  No.
2   Q  Does Nancy Wu work for or do any work for
3   Create New Technology?
4   A  Not that I know of.
5   Q  Does she do any work related to the TVPad?
6   A  Not that I know of.
7   Q  Has she ever distributed the TVPad?
8   A  No, not that I know of.
9   Q  Does Nancy pass on information to the owners
10  of Create New Technology on behalf of you?
11  A  You know, Nancy only mentioned that to me
12  one time and asked me whether I was interested, and I
13  said yes, I like to hear it, and that's when Annie
14  called.
15      Nancy has never since again gotten involved
16  because Nancy has not taken one dime out of this
17  cooperation that we have, so it was just a friend
18  introducing another friend to see if they can
19  cooperate, and that's it.
20  Q  And yet you talked to Nancy about the fact
21  that the relationship was not generating enough
22  distribution addresses for your company; isn't that
23  right?
24  A  Yes.
25  Q  And what was the purpose of relaying that

Page 190

1   information to Nancy?
2   A  Just to talk.  She introduced someone, she
3   was going, "Are you guys still distributing?"
4       "Yes, we're distributing, but I'm not doing
5   that big of a business."  That's it.
6   Q  And was the object of giving her that
7   information so she could be a liaison between YTC
8   Summit and Create New Technology?
9   A  No, no.  Sometimes people will ask you after
10  they introduce you, "How well is it?"  In Chinese
11  society, it's like well, you guys are doing well.
12  Now you owe me a dinner.  Well, we're not doing well;
13  therefore, I'm not obligated to take her out on a
14  dinner party because of that.
15  Q  Any other reason why you would have
16  discussed details about that business relationship
17  with Nancy Wu?
18  A  No.  That's why I don't discuss any of that
19  stuff with her.
20  Q  So aside from giving Nancy mail from time to
21  time for her U.S. Herbal Skin Care business, are you
22  involved in any other businesses together currently?
23  A  No.
24  Q  Is YTC Summit doing any sort of business for
25  any of Nancy Wu's companies at this point?

Page 191

1   A  No.
2   Q  Is Nancy Wu using YTC Summit's Clark Street
3   address for delivery of any goods related to her
4   companies?
5   A  No.
6       MS. McCAULEY:  Thank you so much for your time
7   today.  I appreciate it.
8       We're going to have the original I think
9   sent to Mr. Chen for review, and then it will be sent
10  to us for safekeeping.  The court reporter is
11  otherwise released from her duties and thank you.  We
12  can go off the record.
13      (At the hour of 4:08 P.M.
14      the deposition was concluded.)

Page 192

1   STATE OF              )
                          ) ss.
2   COUNTY OF             )
3
4
5
6
7
8
9
10
11      I, the undersigned, say that I have read the
12  foregoing deposition, and I declare under penalty of
13  perjury that the foregoing is a true and correct
14  transcript of my testimony contained therein.
15
16
17
18      Dated this _____ day
19  of _____, 20_____.
20
21
22      _____
        STEVEN SHIANG CHEN
23
24
25

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Page 193

1   STATE OF CALIFORNIA    )
                           ) ss.
2   COUNTY OF LOS ANGELES  )

3

4

5        I, SHELLY B. STOREY, CSR No. 3932, do hereby
6   certify:
7        That the foregoing proceedings were taken
8   before me at the time and place therein set forth at
9   which time the witness was put under oath by me;
10       That the testimony of the witness and all
11  objections made at the time of the examination were
12  recorded stenographically by me and were thereafter
13  transcribed into typewriting under my direction and
14  supervision and contain a true and correct
15  transcription of my shorthand notes so taken.
16       I further certify that I am neither
17  counsel for nor related to any party to said action,
18  nor in any way interested in the outcome thereof.
19       IN WITNESS WHEREOF, I have hereunto
20  subscribed my name this 31st day of July, 2015.

21

22

23       Shelly B. Storey, CSR No. 3932

24

25

---

Page 194

1                    I N D E X

2

3   WEDNESDAY, JULY 15, 2015
4   WITNESS:                     EXAMINATION
5   STEVEN SHIANG CHEN
6        (By Ms. McCauley)        6, 112
7

8

9

10

11       INFORMATION REQUESTED
12            PAGE:LINE
13              109:22
14

15

16

17

18

19

20

21

22

23

24

25

---

Page 195

1            PLAINTIFF'S EXHIBITS
2            STEVEN SHIANG CHEN
3

4   NO.  DESCRIPTION                    IDENTIFIED
5   1  Subpoena                    9
6   2  Logistic Distribution Agreement        25
7   3  Logistic Distribution Agreement        41
8   4  E-mail 2-27-15, caofc@yourfk.com to      80
9      shipping
10  5  E-mail 3-2-15, caofc@yourfk.com to       81
11     shipping
12  6  E-mail 3-4-15, caofc@yourfk.com to       82
13     shipping
14  7  E-mail 3-5-15, caofc@yourfk.com to       84
15     shipping
16  8  E-mail 3-6-15, caofc@yourfk.com to       85
17     shipping
18  9  E-mail 2-27-15, caofc@yourfk.com to      86
19     shipping
20  10  E-mail 2-12-15, huangcf@gvtv.com.cn      91
21      to Steven Chen
22  11  E-mail 10-16-13, huangcf@gvtv.com.cn     93
23      to Steven Chen
24  12  Photographs of package labeling on empty  102
25      cartons

---

Page 196

1   INDEX: (CONTINUED)
2   EXHIBITS: (CONTINUED)
3   PLAINTIFFS'                    IDENTIFIED
4   13   Summary of import house customs       105
5        records
6   14   Printouts of e-mails produced on      120
7        USB device
8   15   Binder labeled "Qi Chuang Technology"  128
9   16   Binder of shipping records            152
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

49 (Pages 193 to 196)

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| CHINA CENTRAL TELEVISION, et al. | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | )<br>) |
| CREATE NEW TECHNOLOGY (HK) Limited, et al. | )<br>) |
| *Defendant* | ) |

Civil Action No. CV 15-1869 MMM (AJWx)

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Custodian of Records, YTC Summit International Inc., 12037 Clark Street, Arcadia, California 91006
*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
Please see Schedule A

| Place: Davis Wright Tremaine LLP<br>865 S. Figueroa St., Ste. 2400<br>Los Angeles, CA 90017 | Date and Time:<br>July 15, 2015 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method: _stenographically, by audio and video_

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Please see Schedule B

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _July 2, 2015_

| *CLERK OF COURT* | |
|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | OR  _[signature]_<br>*Attorney's signature*<br>Carla A. McCauley |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. _____, who issues or requests this subpoena, are:
Carla A. McCauley, Davis Wright Tremaine LLP, 865 S. Figueroa St. Suite 2400, Los Angeles, CA 90017, carlamccauley@dwt.com, (213) 633-8665

Plaintiff's Exhibit 1
Witness: Steven Chen
Date:  July 15, 2015
(Shelly Storey, CSR 3932)


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

American LegalNet, Inc.
www.FormsWorkFlow.com


## SCHEDULE A
## DEFINITIONS

1.     The terms "YOU" and "YOUR" shall mean YTC Summit International Inc. and its parents and subsidiaries, and their authorized current and former employees, officers, directors or agents or persons controlled by or acting on their behalf.

2.     The term "CNT" shall mean and include defendant Create New Technology (HK) Limited together with its authorized current and former employees, officers, directors or agents.

3.     The term "HYIT" shall mean defendant Hua Yang International Technology Limited together with its authorized current and former employees, officers, directors or agents.

4.     The term "GVTV" shall mean defendant Shenzhen Greatvision Network Technology Co. Ltd. together with its authorized current and former employees, officers, directors or agents.

5.     The term "TVPAD" shall mean any television set top box bearing the mark TVpad, including but not limited to TVpad 1, TVpad 2, TVpad 3, TVpad 4, or any other TVpad device generation.

6.     The term "PERSON" or "PERSONS" shall include a natural person, firm, association, organization, partnership, business, trust, limited liability company, corporation, or entity of any sort.

## TOPICS FOR TESTIMONY

1.     Authentication of all documents produced by YOU in response to the Documents and Things Requested in Schedule B, below.

2.     Any agreements between YOU and CNT, HYIT or GVTV.

3.     Identification of the source of all shipments of TVPADS to YOU from January 1, 2011 to present.

4.      Identification of all invoices and shipping records for TVPADS in YOUR possession, custody or control from January 1, 2011 to present.

5.      Total number of TVPADS delivered to YOU from any PERSON from January 1, 2011 to present.

6.      Total number of TVPADS delivered by YOU to any PERSON from January 1, 2011 to present.

7.      Total number of TVPADS delivered by YOU to any PERSON in the United States from January 1, 2011 to the present.

8.      Total value of TVPADS delivered to YOU by or on behalf of CNT from January 1, 2011 to the present.

9.      Total value of TVPADS delivered to YOU by or on behalf of HYIT from January 1, 2011 to the present.

10.     Total value of TVPADS delivered to YOU by or on behalf of GVTV from January 1, 2011 to the present.

11.     Total value of TVPADS delivered to YOU by any other PERSON from January 1, 2011 to the present.

12.     Total value of TVPADS delivered by YOU to any PERSON in the United States from January 1, 2011 to the present.

13.     Communications between YOU and CNT, HYIT or GVTV, including but not limited to communications concerning your agreements with them, this lawsuit, or the TVPAD.

14.     CNT's relationship to and with GVTV and HYIT.

15.     Your travel to any CNT, HYIT or GVTV offices and in person meetings with any of their officials or agents.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## SCHEDULE B

## DEFINITIONS

1.      The terms "YOU" and "YOUR" shall mean YTC Summit International Inc. and its parents and subsidiaries, and their authorized current and former employees, officers, directors or agents or persons controlled by or acting on their behalf.

2.      The term "CNT" shall mean and include defendant Create New Technology (HK) Limited together with its authorized current and former employees, officers, directors or agents.

3.      The term "HYIT" shall mean defendant Hua Yang International Technology Limited together with its authorized current and former employees, officers, directors or agents.

4.      The term "GVTV" shall mean defendant Shenzhen Greatvision Network Technology Co. Ltd. together with its authorized current and former employees, officers, directors or agents.

5.      The term "PERSON" or "PERSONS" shall include a natural person, firm, association, organization, partnership, business, trust, limited liability company, corporation, or entity of any sort.

6.      The term "TVPAD" shall mean any television set top box bearing the mark TVpad, including but not limited to TVpad 1, TVpad 2, TVpad 3, TVpad 4, or any other TVpad device generation.

7.      The term "WIRE TRANSFER INFORMATION" shall include, but not be limited to, DOCUMENTS reflecting names, wire reference numbers, account numbers, transaction dates, transaction amounts, payment types, debit or credit information, debit or credit parties, debit or credit party addresses, currency type, originator identification and address information, originator bank name and address information, beneficiary name, account and address information, and intermediary name and address information.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899

8.      The term "IDENTIFY" shall mean the name, address, telephone, fax, email, website, account number and payment information for any PERSON.

9.      The term "DOCUMENTS" is used in the broadest possible sense as interpreted under the Federal Rules of Civil Procedure and shall include, without limitation, all originals and copies, duplicates, drafts, and recordings of any written, graphic or otherwise recorded matter, however produced or reproduced, and all "writings" as defined in Section 1001 of the Federal Rules of Evidence, including, without limitation, any tangible thing upon which any information has been recorded by any means, including by writing, printing, typing, transcribing, charting, photographing, or photocopying, or by digital, electronic, magnetic or mechanical recording. The term "DOCUMENTS" includes emails and electronic files, audio and video tapes, microfilm, microfiche, and other electronically stored information, all non-identical copies or drafts, all attachments and enclosures, and any and all notations on the foregoing.

10.     The term "COMMUNICATION" shall include any meeting, telephone call, letter, memorandum, document, facsimile, electronic message, or other form of communication, whether verbal or nonverbal.

11.     "All" and "any" mean "any and all" as appropriate in order to bring within the scope of these requests for production information and documents which might otherwise be considered to be beyond their scope. "Including" means "including, but not limited to" as appropriate in order to bring within the scope of these requests for production information and documents which might otherwise be considered to be beyond their scope. "And" and "or" shall be construed either disjunctively or conjunctively as appropriate in order to bring within the scope of these requests for production information and documents which might otherwise be considered to be beyond their scope. "Each" and "every" shall both mean "each and every" as appropriate in order to bring within the scope of these requests for

SCHEDULES TO YTC SUMMIT SUBPOENA                4
v -

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

production information and documents which might otherwise be considered to be beyond their scope.

12.     The plural of any word used herein includes the singular and the singular includes the plural.  The masculine gender of any word used herein includes the feminine.  The past tense of a verb used herein includes the present tense, and the present tense includes the past tense.

## INSTRUCTIONS

1.     If YOU claim that a Request for Production is overly broad, please respond to that portion of the Request for Production to which YOU do not object and specifically state why YOU claim the Request for Production is overly broad.

2.     If YOU object to any portion of a Request for Production, please respond to any portion of the Request for Production to which YOU do not object.

3.     If YOU contend that any information, document, or thing otherwise called for by any request is excluded from production or discovery, YOU are to answer so much of the discovery request as is not subject to the claimed objection and, for each document or thing:

a)     State whether the item shall not be produced because:

1)     It is claimed to be privileged; or

2)     It once existed but can no longer be located; or

3)     It has been lost; or

4)     It has been destroyed; and

b)     If, under a claim of privilege, any documents or things are not produced, YOU must state for each document:

1)     the type and title of the document or thing; and

2)     the general subject matter of the content of the document or description of the thing; and

3)     the date of its creation and/or revision; and

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 92017-2566
(213) 633-6800
Fax: (213) 633-6899

4)    the identity of the document's author(s), addressee(s), and recipient(s); and

5)    the nature of the privilege being claimed; and

6)    in detail, all facts upon which YOU base YOUR claim of privilege.

4.    In producing these documents and things, YOU are requested to identify and produce for inspection and copying not only those documents and things in YOUR custody, but all documents and things in the custody of YOUR attorneys, consultants, advisors, agents, other representatives, and other persons or entities subject to YOUR control.

5.    In producing these documents and things, please produce the documents and things as they are kept in the ordinary course of business, with appropriate markings or designation so that it may be determined to what request they are responsive.

6.    Please produce the original and all copies of each requested document and thing, as well as the file in which they are kept, including all copies which bear any additional file stamps, marginal notes, or other additional markings or writings that do not appear on the original.

7.    For purposes of this Subpoena, terms not specifically defined shall be given their ordinary meaning as YOU understand them to be used in the trade and in each such case YOU shall state YOUR definition of such term.

8.    Complete production is to be made on the date and at the time indicated above.  The inspection and copying will begin at that time and will continue from day to day thereafter until complete.

9.    Unless otherwise specified, the relevant time period for this Subpoena is January 1, 2011 to the present.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## DOCUMENTS AND THINGS REQUESTED

REQUEST FOR PRODUCTION NO. 1:

All DOCUMENTS evidencing, constituting or reflecting all shipments of TVPADS to YOU from any source.

REQUEST FOR PRODUCTION NO. 2:

All DOCUMENTS sufficient to IDENTIFY all recipients of all shipments of TVPADS from YOU.

REQUEST FOR PRODUCTION NO. 3:

All DOCUMENTS evidencing, constituting or reflecting invoices for all TVPADS delivered to YOU.

REQUEST FOR PRODUCTION NO. 4:

All DOCUMENTS evidencing, constituting or reflecting invoices for all TVPADS delivered by YOU.

REQUEST FOR PRODUCTION NO. 5:

All DOCUMENTS evidencing, constituting or reflecting any and all compensation paid to YOU by CNT.

REQUEST FOR PRODUCTION NO. 6:

All DOCUMENTS evidencing, constituting or reflecting any and all compensation paid to YOU by HYIT.

REQUEST FOR PRODUCTION NO. 7:

All DOCUMENTS evidencing, constituting or reflecting any and all compensation paid to YOU by GVTV.

REQUEST FOR PRODUCTION NO. 8:

All DOCUMENTS evidencing, constituting or reflecting any and all compensation paid to YOU by Shenzhen G. Credit Electronics Co., Ltd.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

REQUEST FOR PRODUCTION NO. 9:

All DOCUMENTS evidencing, constituting or reflecting any and all compensation paid to YOU by Shenzhen Gosonic Supply Chain Management Co., Ltd.

REQUEST FOR PRODUCTION NO. 10:

All DOCUMENTS evidencing, constituting or reflecting any and all compensation received from any PERSON in connection with YOUR distribution of TVPADS.

REQUEST FOR PRODUCTION NO. 11:

DOCUMENTS sufficient to show any and all transactions processed by YOU and/or YOUR agents on behalf of or for the benefit of CNT.

REQUEST FOR PRODUCTION NO. 12:

DOCUMENTS sufficient to show any and all transactions processed by YOU and/or YOUR agents on behalf of or for the benefit of HYIT.

REQUEST FOR PRODUCTION NO. 13:

DOCUMENTS sufficient to show any and all transactions processed by YOU and/or YOUR agents on behalf of or for the benefit of GVTV.

REQUEST FOR PRODUCTION NO. 14:

DOCUMENTS sufficient to show the total number of TVPADS delivered to YOU by or on behalf of CNT.

REQUEST FOR PRODUCTION NO. 15:

DOCUMENTS sufficient to show the total number of TVPADS delivered to YOU by or on behalf of HYIT.

REQUEST FOR PRODUCTION NO. 16:

DOCUMENTS sufficient to show the total number of TVPADS delivered to YOU by or on behalf of GVTV.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

REQUEST FOR PRODUCTION NO. 17:

DOCUMENTS sufficient to show the total number of TVPADS delivered to YOU by or on behalf of any other PERSON.

REQUEST FOR PRODUCTION NO. 18:

DOCUMENTS sufficient to show the total value of all TVPADS delivered to YOU by or on behalf of CNT.

REQUEST FOR PRODUCTION NO. 19:

DOCUMENTS sufficient to show the total value of all TVPADS delivered to YOU by or on behalf of HYIT.

REQUEST FOR PRODUCTION NO. 20:

DOCUMENTS sufficient to show the total value of all TVPADS delivered to YOU by or on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 21:

DOCUMENTS sufficient to show the total value of all TVPADS delivered to YOU by or on behalf of any other PERSON.

REQUEST FOR PRODUCTION NO. 22:

All DOCUMENTS concerning, evidencing, constituting or reflecting any transactions by CNT relating to the TVPAD.

REQUEST FOR PRODUCTION NO. 23:

All DOCUMENTS concerning, evidencing, constituting or reflecting any transactions by HYIT relating to the TVPAD.

REQUEST FOR PRODUCTION NO. 24:

All DOCUMENTS concerning, evidencing, constituting or reflecting any transactions by GVTV relating to the TVPAD.

REQUEST FOR PRODUCTION NO. 25:

All DOCUMENTS concerning, evidencing, constituting or reflecting any transactions by Shenzhen G. Credit Electronics Co., Ltd. relating to the TVPAD.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

REQUEST FOR PRODUCTION NO. 26:

All DOCUMENTS concerning, evidencing, constituting or reflecting any transactions by Shenzhen Gosonic Supply Chain Management Co., Ltd. relating to the TVPAD.

REQUEST FOR PRODUCTION NO. 27:

DOCUMENTS sufficient to show the total number of TVPADS shipped or sold by YOU to any PERSON in the United States.

. REQUEST FOR PRODUCTION NO. 28:

DOCUMENTS sufficient to show the total value of TVPADS shipped or sold by YOU to any PERSON in the United States.

REQUEST FOR PRODUCTION NO. 29:

All COMMUNICATIONS between YOU and CNT.

REQUEST FOR PRODUCTION NO. 30:

All COMMUNICATIONS between YOU and HYIT.

REQUEST FOR PRODUCTION NO. 31:

All COMMUNICATIONS between YOU and GVTV.

REQUEST FOR PRODUCTION NO. 32:

All COMMUNICATIONS between YOU and any PERSON related to any lawsuit concerning the TVPAD.

REQUEST FOR PRODUCTION NO. 33:

DOCUMENTS sufficient to show all PERSONS from CNT with whom YOU have had COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 34:

DOCUMENTS sufficient to show all PERSONS from HYIT with whom YOU have had COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 35:

DOCUMENTS sufficient to show all PERSONS from GVTV with whom YOU have had COMMUNICATIONS.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

REQUEST FOR PRODUCTION NO. 36:

DOCUMENTS sufficient to show all PERSONS from any other source with whom YOU have had COMMUNICATIONS relating to or concerning shipping TVPADS from China to YOU.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

PROOF OF SERVICE BY MAIL

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

    On July 2, 2015, I served the foregoing document(s) described as: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (YTC SUMMIT INTERNATIONAL INC.)** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST

    I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

    Executed on July 2, 2015, at Los Angeles, California.

☑    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Frank M. Romero | *Frank M. Romero* |
| Print Name | Signature |

SERVICE LIST

| | |
|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>5900 Wilshire Blvd., Suite 2250<br>Los Angeles, CA 90036 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Mark Clark<br>Traverse Legal, PLC<br>810 Cottageview Drive G-20<br>Traverse City, MI 49684 | Attorneys for Asha Media Group, Inc. and Amit Bhalla |
| Timothy Wang<br>Ni, Wang & Massand, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 | Attorneys for newTVpad Ltd. Co. d/b/a newtvpad.com a/k/a TVpad USA |
| Jeff Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748 | Attorneys for Honghui Chen, d/b/a e-Digital |




THIS D... ... ... "*Agreement*"),
2012 by and be... ... a HK Company
_HK_ and having ... ... Flat/RM 704 7/F
Road Mong Kol... ... YTC Summit Inter...
organized under t... ... its principal place
Arcadia, Californ... ... *ibutor*").

这份分发... ... 之 2 月 20 号，由启创公司与 YTC 国际公司共同签
署。启创（以下简称"供应商"），一家合法的香港公司，地点在香港九龙旺角道 33 号凯途发展
大厦 704；YTC（以下简称"分发商"），一家合法的加利福尼亚公司，地点在美国加利福尼亚州
阿卡狄亚Clark 街道。

WHEREAS, SUPPLIER manufactures and markets certain products and desires to increase the sales of such products;
鉴于，供应商生产和销售相关产品并希望提高这类产品的销量，

WHEREAS, DISTRIBUTOR has represented that it possesses the necessary expertise and logistical organization to efficiently ship such products; and
鉴于，分发商表示具备必要的机构和物流组织能有效的运输这类产品，

WHEREAS, SUPPLIER is willing to appoint DISTRIBUTOR and DISTRIBUTOR is willing to accept such appointment as distributor of SUPPLIER'S products in the territory defined herein;
因此，供应商愿意在规定区域授权分发商，分发商同时也愿意接受供应商的此授权。

NOW, THEREFORE, in consideration of the mutual premises and covenants hereinafter set forth, the parties agree as follows:
因此，签署以下协议

ARTICLE 1
DEFINITIONS
条款一
定义

For purposes of this Agreement, the following words, terms and phrases, where written with an initial capital letter, shall have the meanings assigned to them in this Article 1 unless the context otherwise requires:
在此协议中，以下以大写字母开头的术语或者词组具有条款一种赋予的含义

1.1. Products.  "*Products*" shall mean those products described in Exhibit 1 hereto as that Exhibit may be amended by SUPPLIER, at its sole discretion, from time to time.   SUPPLIER shall give DISTRIBUTOR thirty (30) days written notice of any such amendment.
1.1 产品 产品的意思是可以是目前陈列的产品，也可以是供应商随其意愿补充的产品。供应商必须提前 30 天以书面通知告知分发商补充的产品。

Plaintiff's Exhibit 2
Witness: Steven Chen
Date:  July 15, 2015
(Shelly Storey, CSR 3932)

FORM: <u>DUPE AND REVISE</u>

## LOGISTIC DISTRIBUTION AGREEMENT
物流分发协议

THIS DISTRIBUTION AGREEMENT (the *"Agreement"*), made this _20th_day of _February, 2012_by and between _Create New Technology_, a HK Company duly organized under the laws of _HK_and having its principal place of business at _ Flat/RM 704 7/F Bright Way Tower 33 Mong Kok Road Mong Kok_(hereinafter *"Supplier"*), and _YTC Summit International, Inc._, a corporation duly organized under the laws of _California_and having its principal place of business at _12037 Clark Street, Arcadia, California. 91006. USA_(hereinafter *"Distributor"*).

这份分发协议（简称"协议"）在 2012 年 2 月 20 号，由启创公司与 YTC 国际公司共同签署。启创（以下简称"供应商"），一家合法的香港公司，地点在香港九龙旺角道 33 号凯途发展大厦 704；YTC（以下简称"分发商"），一家合法的加利福尼亚公司，地点在美国加利福尼亚州阿卡狄亚Clark 街道。

WHEREAS, SUPPLIER manufactures and markets certain products and desires to increase the sales of such products;

鉴于，供应商生产和销售相关产品并希望提高这类产品的销量，

WHEREAS, DISTRIBUTOR has represented that it possesses the necessary expertise and logistical organization to efficiently ship such products; and

鉴于，分发商表示具备必要的机构和物流组织能有效的运输这类产品，

WHEREAS, SUPPLIER is willing to appoint DISTRIBUTOR and DISTRIBUTOR is willing to accept such appointment as distributor of SUPPLIER'S products in the territory defined herein;

因此，供应商愿意在规定区域授权分发商，分发商同时也愿意接受供应商的此授权。

NOW, THEREFORE, in consideration of the mutual premises and covenants hereinafter set forth, the parties agree as follows:

因此，签署以下协议

<u>ARTICLE 1</u>
<u>DEFINITIONS</u>
条款一
定义

For purposes of this Agreement, the following words, terms and phrases, where written with an initial capital letter, shall have the meanings assigned to them in this Article 1 unless the context otherwise requires:

在此协议中，以下以大写字母开头的术语或者词组具有条款一种赋予的含义

1.1. *Products.* *"Products"* shall mean those products described in Exhibit I hereto as that Exhibit may be amended by SUPPLIER, at its sole discretion, from time to time. SUPPLIER shall give DISTRIBUTOR thirty (30) days written notice of any such amendment.

1.1 产品 产品的意思是可以是目前陈列的产品，也可以是供应商随其意愿补充的产品。供应商必须提前 30 天以书面通知告知分发商补充的产品。

1.2. Territory. "*Territory*" shall mean the area specifically described in Exhibit II hereto as that Exhibit may be amended from time to time.

1.2 范围　范围指的是目前 Exhibit II 中特定的区域，也可以是后期补充的范围。

1.3. Distributor Process fee. "*Distributor Process fee*" shall mean the fees then being agreed by SUPPLIER for processing and shipping of Products to its international customers.

1.3 分发商费用 分发商费用指的是供应商许诺，用与将其产品派发到其客户手上的物流各项费用。

1.4. SUPPLIER Information. "*SUPPLIER Information*" shall mean all information, other than information in published form or expressly designated by SUPPLIER as nonconfidential, which is directly or indirectly disclosed to DISTRIBUTOR or embodied in Products provided hereunder, regardless of the form in which it is disclosed, relating in any way to SUPPLIER'S markets, customers, products, patents, inventions, procedures, methods, designs, strategies, plans, assets, liabilities, costs, revenues, profits, organization, employees, agents, distributors or business in general.

1.4 供应商信息。供应商信息指的是所有信息，并非只是公开的表格中或者由供应商特别指定的非机密性信息。这些信息直接或者间接透露给分发商或包含在产品中，与供应商市场，客户，产品，专利，创造，工序，做工，设计，草图，方案，资产，债务，成本，税收，利润，组织，员工，代理商，分销商或者其他商务相关的信息。

1.5. Quota. "*Quota*" shall mean the minimum quantities of Products which DISTRIBUTOR shall be expected to purchase from SUPPLIER in accordance with the terms and conditions of Article 5 of this Agreement.

1.5 配额 配额指的是根据协议条款第五条分发商向供应商购买的最低数量。

<div align="center">

ARTICLE 2
APPOINTMENT
条款二
约束

</div>

2.1. Scope. SUPPLIER hereby appoints DISTRIBUTOR, and DISTRIBUTOR hereby accepts appointment, as SUPPLIER'S exclusive distributor during the term of this Agreement with the right to ship or otherwise distribute Products in the Territory, under SUPPLIER'S name, logotypes, and trademarks, subject to all the terms and conditions of this Agreement.

2.1 范围。供应商授权分发商。同时分发商接受作为供应商的独家分发商，在协议期间内在规定区域内使用供应商的名字，品牌和商标进行相关产品的派送或者分销，并遵守此协议的所有条款。

2.2. Subdistributors. DISTRIBUTOR shall not, without the prior written approval of SUPPLIER, appoint any subdistributors or agents to promote and/or distribute Products in any country within the Territory.  Further, notwithstanding any such appointments, or SUPPLIER'S approval thereof, DISTRIBUTOR shall at all times remain fully liable for the performance of its subdistributors and/or agents and DISTRIBUTOR hereby agrees to indemnify and hold harmless SUPPLIER from all damages, losses, costs or expenses arising in any manner from any act or omission on the part of its subdistributors or agents.

2.2 多级分发商。在无供应商的先前书面协议的情况下，分发商不能给授权任何分发商或者代理商在协议规定区域内进行分发或者促销产品。尽管供应商给过先前给过这样的授权或者允许，

分发商必须一直对其多级分发商或者代理机构的行为担负全部法律责任。分发商同意赔偿或者承担因部分多级分发商或者代理商造成的一起伤害，损失，成本或者花销。

2.3.   Shipping Outside the Territory.   Nothing herein shall be construed as precluding DISTRIBUTOR from shipping Products outside the Territory, provided  that DISTRIBUTOR shall not actively advertise, promote or solicit customers for Products outside the Territory nor establish any office through which orders are solicited or any depot at which inventories of SUPPLIER Products are stored outside the Territory.

2.3 规定范围外的派送。阻止分发商向规定范围外的派送。同时分发商不能在规定范围外进行广告，促销或者拉客，也不能在规定外范围外设立办公点。

2.4.   Reserved Shipping Rights.   Notwithstanding any other provision of this Agreement, SUPPLIER reserves the right to ship, rent or lease Products under the SUPPLIER'S name, logotypes and trademarks directly to any of the customers listed in Exhibit VI, as that Exhibit may be amended by SUPPLIER from time to time upon thirty (30) days' notice to DISTRIBUTOR.

2.4   派送保留权利。尽管本协议有其他规定，供应商保留对产品向 Exhibit VI 中的客户直接进行运输，租赁和发送的权利，此 Exhibit 可以由供应商一直补充，提前 30 天通知分发商。

<center>

ARTICLE 3
GENERAL OBLIGATIONS OF DISTRIBUTOR
条款三
分发商的一般义务

</center>

3.1.   Shipping.   DISTRIBUTOR shall have the following obligations with respect to the shipping and distribution of SUPPLIER Products:

3.1 运输。分发商在运输和分销供应商产品有以下义务

(a)   To use its best efforts to further the customer satisfaction, shipping logistic, and other distribution method of Products in the Territory;
尽其最大努力提升客户满意，提供运输物流和其他分销方式

(b)   To provide facility that will maintain an adequate and balanced inventory of Products, supplies, and spare parts provided by the SUPPLIER; DISTRIBUTOR shall also provide a safe and secured facility for the Products.  DISTRIBUTOR shall also be accountable for all inventories stored at its facility against dishonest employee theft.  SUPPLIER can at any time request inventory count to assess accuracy of inventory

提供场所来保证产品和配件的合理库存，供应。分发商必须妥善存放产品。分发商必须提供所有的库存清单数量，防备被不诚实员工盗窃。供应商可以随时要求库存系统账号进入检查库存准确性。

(c)   To promptly respond to all inquiries from customers, including complaints, process all orders, and effect all shipments of Products;
对客户的反馈进行积极回应，包括投诉，订单处理和运输情况。

(d)   To permit SUPPLIER to visit DISTRIBUTOR'S place of business and inspect its inventories, service records, and other relevant documents;
允许供应商参观分发商的办公地址，视察库存，服务记录和其他相关文档；

<center>3</center>

(e)     To maintain an adequate logistic force dedicated on a fulltime basis to the shipping of Products;
保证充足的物流人力全职派发产品。

3.2. <u>Manufacture or Distribution of Competitive Goods</u>. DISTRIBUTOR shall not manufacture or distribute any products which are directly or indirectly competitive with the Products.
3.2 生产或者分销竞争对手产品。分发商不能生产或者分销直接或者间接的跟本产品有竞争的产品。

3.3. <u>Customer Support</u>. DISTRIBUTOR agrees to cooperate with SUPPLIER in dealing with any customer complaints concerning the Products and to take any action requested by SUPPLIER to resolve such complaints. DISTRIBUTOR also agrees to assist SUPPLIER in arranging for any customer warranty service.
3.3 客户支持。派发商同意根据供应商售后要求，与供应商合作处理跟产品相关的客户投诉。分发商也会帮助供应商进行客户质量保证服务。

3.4. <u>Expenses</u>. DISTRIBUTOR assumes full responsibility for all costs and expenses which it incurs in carrying out its logistic obligations under this Agreement, including but not limited to all rentals, salaries, commissions, advertising, demonstration, travel and accommodation expenses without the right to reimbursement for any portion thereof from SUPPLIER.
3.4 费用。 分发商承担一切费用和花销，包括并不限于所有的房租，工资，佣金，广告费用，展示，交通，住宿费用。

<u>ARTICLE 4</u>
<u>ORDERS FOR PRODUCTS</u>
<u>条款四</u>
<u>产品订单</u>

4.1.    Due to the fact that this agreement is only for logistic and shipping, SUPPLIER bears all responsibility on inventory supplies at DISTRIBUTOR's location. Order for products does not applied.
4.1 根据协议主体只是物流和派发。供应商承担分发商地点的货物供应。产品订单不适用。

<u>ARTICLE 5</u>
<u>MINIMUM PURCHASE REQUIREMENT</u>
<u>条款五</u>
<u>最低购买量</u>

5.1.    Due to the fact that this agreement is only for logistic and shipping, SUPPLIER bears all responsibility on inventory supplies at DISTRIBUTOR's location. Minimum purchase requirement does not applied.
5.1 根据协议主体只是物流和派发，供应商承担分发商地点的货物供应。最低购买量不适用。

4

ARTICLE 6
FEES AND PAYMENTS
条款六
费用和支付

6.1. Fees. The fees to be paid to DISTRIBUTOR for Products shipped pursuant to this Agreement shall be the Distributor Process fees in effect at the time of acceptance of the relevant shipping instructions submitted to DISTRIBUTOR, except as provided in Section 6.2 below.

6.1 费用。根据协议由供应商支付给分发商，分发商要一直遵守相关运输指示，6.2 除外。

6.2. Fee Increases, Decreases. DISTRIBUTOR may, at any time during the term of this Agreement, increase its fees for the logistic service by providing SUPPLIER with at least sixty (60) days prior written notice. Increased fees for all logistic service shall not apply to shipping instructions accepted prior to the effective date of the fee. Fee decreases with respect to all logistic service shall be effective immediately upon written notice to the SUPPLIER on all such logistic service not yet performed.

6.2 费用上涨，下降。分发商在提高物流费用时需提前 60 天书面通知给供应商。如不提前通知，增加费用无法生效。降低费用在供应商接到通知后立即生效。

6.3. Payment Terms. Until such time as SUPPLIER shall have established a credit history satisfactory to DISTRIBUTOR, payments by SUPPLIER hereunder shall be made by wire transfer at SUPPLIER 'S expense, to a bank specified by, or acceptable to, DISTRIBUTOR, Thereafter, all payments hereunder shall be due net thirty (30) days from the last day of previous calendar month date of logistical fees on shipment of the Products, or from the date of invoice for such charges as taxes, duties, interest or like special charges from the previous month, payable to the bank or banks specified by DISTRIBUTOR in writing from time to time. All payments hereunder shall be made in U.S. dollars or such other currency as may be mutually agreed upon. DISTRIBUTOR shall not be obligated to ship Products against instructions in the event DISTRIBUTOR 'S outstanding accounts receivable from SUPPLIER then exceed or would after any such shipment exceed $10,000.00 of U.S. dollar based on the then current Distributor Process fees or such other amount as may be mutually agreed upon from time to time by SUPPLIER and DISTRIBUTOR. In the event of any dispute arising over any part of an invoice or the total amount due under an invoice, all undisputed amounts shall be promptly paid by SUPPLIER in accordance with this Section 6.3.

6.3 支付方式。供应商必须对分发商建立信用满意度。供应商通过汇款，汇款手续费由供应商负责或者其他分发商能接受的支付方式。所有款项支付必须在产品发出后最后一个公历日之后 30 天内支付，或者收到前一个月的税收，关税，利息其他特殊的费用发票后支付。所有付款将由美元或者是双方都接受的币种进行支付。在供应商的未偿付运输费用超过 10000 美金（这个金额双方时不时商量再定），没有义务为供应商进行运输。在碰到部分金额有争议时，其他没有争议的金额需要由供应商及时支付。

6.4. Overdue Payments. If and for so long as any payment from SUPPLIER to DISTRIBUTOR under this Agreement shall be overdue:

6.4 超时支付。只要是超时支付，就遵守以下条款。

5

(a)     Interest at the rate of 2 percent ( 2 %) per annum shall automatically become due on all balances outstanding plus a minimum administrative and handling charge of U.S. $ 50.00 per month or part thereof; and
超时支付部分按年利息 2%同时加上不少于 50 美元每月的行政管理费用。

(b)     DISTRIBUTOR shall have the right, in its sole discretion, to require payment for additional shipments of Products either by cash in advance or by wire transfer in U.S. dollars confirmed by a U.S. bank specified by DISTRIBUTOR, instead of by open account as provided above.
分发商有权利要求超时支付费用用现金或者电汇方式至分发商指定的美国账户，替代以前提供的公开账户。

### ARTICLE 7
### ACCEPTANCE AND WARRANTY
### 条款七
### 赞同和保证

7.1.    Due to the fact that this agreement is only for logistic and shipping, SUPPLIER bears all responsibility on inventory supplies at DISTRIBUTOR's location. Warranty for products does not applied.
根据协议主体是物流和运输，供应商承担一切分销商当地的供应责任。产品保证不适用。

### ARTICLE 8
### LIMITATION OF REMEDIES
### 条款八
### 补充措施限制

SUPPLIER UNDERSTANDS AND AGREES AS FOLLOWS:
供应商理解并同意如下条款：

8.1.    Delay.   DISTRIBUTOR SHALL NOT BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY DELAY IN FURNISHING PRODUCTS AND PARTS OR ANY OTHER CARRIERS' PERFORMANCE UNDER OR PURSUANT TO THIS AGREEMENT.
8.1   延迟。分发商将不要对由产品和配件生产延期或者运输商延期带来的损失或者伤害进行负责；

8.2.    Consequential Damages.   IN NO EVENT SHALL DISTRIBUTOR 'S LIABILITY OF ANY KIND INCLUDE ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL LOSSES OR DAMAGES, EVEN IF DISTRIBUTOR SHALL HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH POTENTIAL LOSS OR DAMAGE.
8.2 间接损失。分发商绝不承担任何责任包括延期特殊，间接，偶然或者相应的损失或者伤害，即使分发商已经被告知有这种潜在的可能性。

### ARTICLE 9
### CONFIDENTIALITY
### 条款九
### 保密协议

DISTRIBUTOR acknowledges and agrees that all SUPPLIER Information is confidential and proprietary to SUPPLIER.   DISTRIBUTOR agrees not to use any of such SUPPLIER Information during the term of

6

this Agreement and for a period of three (3) years thereafter for any purpose other than as permitted or required for performance by DISTRIBUTOR hereunder. DISTRIBUTOR further agrees not to disclose or provide any of such SUPPLIER Information to any third party and to take all necessary measures to prevent any such disclosure by its employees, agents, contractors or consultants during the term hereof and for a period of three (3) years thereafter. Nothing herein shall prevent DISTRIBUTOR from using, disclosing or authorizing the disclosure of any SUPPLIER Information which is, or hereafter becomes, part of the public domain.

分发商同意所有供应商信息是保密的且是供应商私有。协议期间和三年之内未经允许分发商不能利用供应商信息；分发商在协议期间和三年内未经允许不得泄露任何相关供应商信息给第三方并且要采取必要措施保证信息不被员工，代理，合作人或者顾客泄露。分发商要阻止一切供应商信息的泄露，不至于成为公共领域。

<div align="center">

ARTICLE 10
TRADEMARKS
条款十
商标

</div>

    10.1.   Use of Trademarks.   SUPPLIER hereby grants to DISTRIBUTOR a nonexclusive, nontransferable, and royaltyfree right and license to use the SUPPLIER trademarks specified in Exhibit V attached hereto, as such Exhibit may be modified from time to time during the term of this Agreement, in connection with the sale or other distribution, promotion, advertising and maintenance of the Products for so long as such trademarks are used by DISTRIBUTOR in accordance with SUPPLIER'S standards, specifications and instructions, but in no event beyond the term of this Agreement. DISTRIBUTOR shall afford SUPPLIER reasonable opportunities during the term hereof to inspect and monitor the activities of DISTRIBUTOR in order to ensure DISTRIBUTOR'S use of the trademarks in accordance with SUPPLIER'S standards and instructions. DISTRIBUTOR shall acquire no right, title or interest in such SUPPLIER trademarks other than the foregoing limited license, and DISTRIBUTOR shall not use any SUPPLIER trademarks as part of DISTRIBUTOR'S corporate or trade name or permit any third party to do so without the prior written consent of SUPPLIER.

    10.2 商标使用。供应商给予分发商一个非专属的，非转让的和无版权费的商标使用权，用于附件中的陈列 V 室专用。根据销量，其他分点，促销或者其他情况陈列会一直根据协议修改，分发商都要遵守供应商商标使用标准和说明，决不能超出协议条款。分发商将提供合适机会给供应商视察和规范分发商按照相应标准使用商标。分发商不会在商标使用过程中获得任何权力，利益而非放弃有限的认证。在无经过供应商书面同意下，分发商不得将商标名给予第三方使用。

    10.2.   Registration.   SUPPLIER shall use its best efforts to register the SUPPLIER trademarks specified in Exhibit V, as such Exhibit may be modified during the term of this Agreement, in such jurisdictions within the Territory in which SUPPLIER determines that registration is necessary or useful to the successful distribution of the Products. In addition, in the event SUPPLIER believes that it is advisable to effect any filing or obtain any governmental approval or sanction for the use by DISTRIBUTOR of any of SUPPLIER'S trademarks pursuant to this Agreement, the parties shall fully cooperate in order to do so. All expenses relating to the registration of SUPPLIER'S trademarks in the Territory as well as the making of any filing or obtaining any governmental approvals for the use by DISTRIBUTOR of SUPPLIER'S trademarks shall be borne by SUPPLIER.

<div align="center">

7

</div>

10.2 注册。供应商将尽其最大努力在指定展区 V 进行供应商商标注册。根据当地法规，供应商决定是否有必要进行商标注册。

10.3.  Markings.  DISTRIBUTOR shall not, without the prior written consent of SUPPLIER, remove or alter any patent numbers, trade names, trademarks, notices, serial numbers, labels, tags or other identifying marks, symbols or legends affixed to any Products or containers or packages.

10.3  标记。在未经过供应商书面同意下，分发商不能移除或者篡改任何专利数字，商标名称，商标，通知，序列码，标签，索引或者其他依附于产品，拥有者和包装的可识别性的记号或者标记或图例。

10.4.  Infringements.  DISTRIBUTOR shall promptly notify SUPPLIER of any use by any third party of SUPPLIER'S trademarks or any use by such third parties of similar marks which may constitute an infringement or passing off of SUPPLIER'S trademarks. SUPPLIER reserves the right in its sole discretion to institute any proceedings against such third party infringers and DISTRIBUTOR shall refrain from doing so. DISTRIBUTOR agrees to cooperate fully with SUPPLIER in any action taken by SUPPLIER against such third parties, provided that all expenses of such action shall be borne by SUPPLIER and all damages which may be awarded or agreed upon in settlement of such action shall accrue to SUPPLIER.

10.4 侵权。如碰到第三方有供应商侵权行为，分发商及时通知供应商。供应商保留这种情况的处理权利。分发商将会配合供应商采取第三方侵权行动，所有的费用和损失由供应商承担。

10.5.  Termination of Use.  DISTRIBUTOR acknowledges SUPPLIER'S proprietary rights in and to the SUPPLIER trademarks and any trade names regularly applied by SUPPLIER to the Products, and DISTRIBUTOR hereby waives in favor of SUPPLIER all rights to any trademarks, tradenames and logotypes now or hereafter originated by SUPPLIER. DISTRIBUTOR shall not adopt, use or register any words, phrases or symbols which are identical to or confusingly similar to any of SUPPLIER'S trademarks. Upon termination of this Agreement, DISTRIBUTOR shall cease and desist from use of the SUPPLIER trademarks in any manner. In addition, DISTRIBUTOR hereby empowers SUPPLIER and agrees to assist SUPPLIER, if requested, to cancel, revoke or withdraw any governmental registration or authorization permitting DISTRIBUTOR to use SUPPLIER trademarks in the Territory.

10.5 使用终止。分发商承认供应商商标所有权。分发商不能采用，使用或者注册任何跟供应商相关或者类型单词，词语或者标志的商标。一旦协议终止，分发商将会停止使用各种渠道的供应商商标使用。另外，分发商愿意帮助供应商，如有要求的情况下，取消，撤销现有的任何政府部门的注册或者授权，原先供应商在该区域授权给分发商来做的。

<div align="center">

ARTICLE 11
PATENTS
条款十一
专利

</div>

11.1.  Indemnification.  SUPPLIER shall, at its own expense, defend any suit instituted against DISTRIBUTOR which is based on an allegation that any Products manufactured by SUPPLIER and shipped to DISTRIBUTOR hereunder constitute an infringement of any patent of the United States of America and shall indemnify DISTRIBUTOR against any award of damage and costs made against DISTRIBUTOR by a final judgment of a court of last resort if it is determined therein that any such Product constitutes an infringement of any patent of the United States of America, provided that DISTRIBUTOR gives SUPPLIER immediate notice in writing of any notice or claims of infringement and permits SUPPLIER through SUPPLIER'S counsel to defend the same and gives SUPPLIER all available information, assistance and authority to enable SUPPLIER to assume such defense. SUPPLIER shall have control of the defense of any such suit, including appeals from any judgment therein and any negotiations

for the settlement or compromise thereof with full authority to enter into a binding settlement or compromise. In the event that any Product is held to infringe and its use is enjoined, SUPPLIER shall, at its option and expense, (i) procure for DISTRIBUTOR the right to continue shipping such Product, (ii) provide the necessary parts and documentation to replace or modify such Product so that it no longer infringes, or (iii) arrange from DISTRIBUTOR for such Product to return to SUPPLIER.

11.1 供应商专利受到侵权，分发商协助供应商按照当地法律进行维权。

11.2. Limitation of Obligation. Notwithstanding the provisions of Section 11.1 hereof, SUPPLIER shall have no liability whatsoever to DISTRIBUTOR with respect to any patent infringement or claim thereof which is based upon or arises out of (i) the use of any Product in combination with an apparatus or device not manufactured or supplied by SUPPLIER, if such combination causes or contributes to the infringement, (ii) the use of any Product in a manner for which it was neither designed nor contemplated, or (iii) any modification of any Product by DISTRIBUTOR or any third party which causes the Product to become infringing. Section 11.1 hereof states the entire liability of SUPPLIER for or arising out of any patent infringement or claim thereof with respect to Products furnished to DISTRIBUTOR under this Agreement.

11.2 义务限制。根据条款 11.1，超出以下范围，供应商没有义务提供专利侵权方面的声明。（1）其他不是本公司生产、供应的产品；（2）非本公司设计；（3）分发商或第三方未经许可，任意修改产品的。

<div align="center">

ARTICLE 12
TAXES
条款十二条
税务

</div>

12.1. Taxes and Duties. SUPPLIER shall be solely responsible for and shall pay, or reimburse DISTRIBUTOR for, all taxes, duties, import deposits, assessments and other governmental charges, however designated, which are now or hereafter imposed under or by any governmental authority or agency, that are (a) associated with the performance by DISTRIBUTOR of its obligations hereunder, (b) associated with the payment of any amount by SUPPLIER to DISTRIBUTOR pursuant to this Agreement, (c) based on the Products or their use, or (d) relate to the import of the Products into the Territory in accordance with then prevailing law or regulations.

12.1 税务和关税。供应商全权负责和支付或者给分发商报销，所有的税务，关税，进口保证金，核定的付款额和其他政府部门指定费用，目前或者往后由任何政策授权部门或者机构征收的费用。包含：(a)与分发商责任相关的 (b)与协议中供应商给分发商结算费用相关的(c)基于产品或者他们使用相关的(d) 根据现行法规与进口产品相关的

12.2. Net Amounts. All payments to be made by SUPPLIER to DISTRIBUTOR pursuant to this Agreement represent net amounts DISTRIBUTOR is entitled to receive and shall not be subject to any deductions for any reason whatsoever. In the event any of said payments become subject to taxes, duties, assessments or fees of whatever kind or nature levied outside the United States, said payments shall be increased to such an extent as to allow DISTRIBUTOR to receive the net amounts due under this Agreement.

12.2 净额。供应商向分发商支付的一切费用都代表净额,供应商不能以任何理由扣款。

<div align="center">

ARTICLE 13
IMPORT AND EXPORT OF PRODUCTS
条款十三
进出口产品

</div>

<div align="center">9</div>

13.1.   Import Documentation.   SUPPLIER shall be responsible for obtaining all licenses and permits and for satisfying all formalities as may be required to import Products into the Territory in accordance with then prevailing law or regulations.

13.1 进口程序。 供应商承担获得进口到该地区的所有进口权许可证，根据现行法律法规。

13.2.   Export Regulations.   SUPPLIER shall supply DISTRIBUTOR on a timely basis with all necessary information and documentation requested by DISTRIBUTOR in order to permit DISTRIBUTOR to export the Products with respect to any sale or order solicited by SUPPLIER hereunder. SUPPLIER shall not dispose of any U.S. origin Products, software, knowhow, technical data, documentation or other products or materials furnished to it pursuant to this Agreement to any party or in any manner which would constitute a violation of the export control regulations of the United States now or hereafter in effect if the disposition was made by a U.S. corporation, or a nonU.S. corporation subject to those regulations.

13.2 出口规则。 分发商为了能够完成进口供应商产品，供应商要给到充足的时间给到分发商准备必要的资料和文件。供应商不会处置任何美国原始产品，软件，使用方法，技术参数，文件或者其他产品及原材料给到第三方或者有可能影响进口的任何方式。

<div align="center">

ARTICLE 14
TERM AND TERMINATION
条款十四
期限和终止时期

</div>

14.1.   Term.   This Agreement shall take effect with respect to each country comprising the Territory as set forth in Exhibit II as of the date first above written and shall continue in force for the initial period specified in Exhibit III.  Thereafter, this Agreement shall be renewed for additional periods of one (1) year each, commencing on January 1 of each year, if each of the parties shall have given the other written notice of its renewal of this Agreement no later than July 1 of the previous year.

14.1 期限。 合同期限为一年。每年1月1号重新签订协议。要续约的话，前一年的7月1号之前给到双方正式的书面通知。

14.2.   Termination.  Notwithstanding the provisions of Section 14.1 above, this Agreement may be terminated in accordance with the following provisions:

(a)       Either party hereto may terminate this Agreement at any time by giving notice in writing to the other party, which notice shall be effective upon dispatch, should the other party file a petition of any type as to its bankruptcy, be declared bankrupt, become insolvent, make an assignment for the benefit of creditors, go into liquidation or receivership, or otherwise lose legal control of its business, or should the other party or a substantial part of its business come under the control of a third party;

在因为其中一方破产，倒闭，银行宣布破产，法人更换或者其他形式失去公司经营权，可以随时通知终止合作。

(b)       Either party may terminate this Agreement by giving notice in writing to the other party should an event of Force Majeure continue for more than six (6) months as provided in Section 15.5 below;

在碰到不可抗力情况下，6个月后任何一方可通知终止合作。

(b)       Either party may terminate this Agreement by giving notice in writing to the other party in the event the other party is in material breach of this Agreement and shall have failed to

cure such breach within thirty (30) days of receipt of written notice thereof from the first party;

在协议文件破坏的情况下，任何一方提前三十天提出书面通知终止合作。

    (d)    SUPPLIER may terminate this Agreement at any time on written notice within sixty (60) days after the end of the initial term or any renewal term as set forth in Section 14.1 above if, during such initial term or renewal term, DISTRIBUTOR shall have failed to meet the performance applicable to such period or if SUPPLIER and DISTRIBUTOR shall have failed to agree at least sixty (60) days prior to the expiration of the initial term or any renewal term on the performance for the succeeding fiscal year.

合同到期，提前 60 天通知。

14.3.  Partial Termination.  In the event SUPPLIER shall have the right pursuant to the provisions of Sections 14.2(b), 14.2(c) or 14.2(d) to terminate this Agreement in its entirety, SUPPLIER may elect to terminate this Agreement solely as it applies to any specific country or countries within the Territory upon providing DISTRIBUTOR with written notice in accordance with the relevant Section referred to above; provided, that nothing in this Section 14.3 shall be construed as creating a precondition to or otherwise precluding SUPPLIER from terminating this Agreement in its entirety in accordance with the terms of Section 14.2.

部分停止。供应商可以对某个国家或者某部分国家停止合作，其他的正常。

14.4.  Rights and Obligations on Termination.  In the event of termination of this Agreement for any reason, the parties shall have the following rights and obligation;

终止合作的责任和权利。

    (a)    Termination of this Agreement shall not release either party from the obligation to make payment of all amounts then or thereafter due and payable;

双方有义务将所有款项结清后再终止协议

    (b)    SUPPLIER shall have the right, at its option, to pick up any part of all of DISTRIBUTOR'S inventory of Products in DISTRIBUTOR's possession as of the termination date at SUPPLIER'S expense.  SUPPLIER shall exercise its option under this subsection by notifying DISTRIBUTOR in writing no later than thirty (30) days after the effective termination date.

在供应商愿意承担所有花销情况下，供应商有权利收回放在分发商出的产品，在终止协议前三十天通知。

    (c)    DISTRIBUTOR'S obligations pursuant to Article 9 hereof shall survive termination of this Agreement.

分发商在合作终止期间必须履行条款九业务。

14.5.  No Compensation.  In the event either party terminates this Agreement for any reason in accordance with the terms hereof, the parties hereby agree that, subject to the provisions of Section 14.4(a) hereof and without prejudice to any other remedies which either party may have in respect of any breach of this Agreement, neither party shall be entitled to any compensation or like payment from the other as a result of such termination.

<div align="center">ARTICLE 15<br>FORCE MAJEURE</div>

<div align="center">11</div>

15.1. <u>Definition</u>. Force Majeure shall mean any event or condition, not existing as of the date of signature of this Agreement, not reasonably foreseeable as of such date and not reasonably within the control of either party, which prevents in whole or in material part the performance by one of the parties of its obligations hereunder or which renders the performance of such obligations so difficult or costly as to make such performance commercially unreasonable. Without limiting the foregoing, the following shall constitute events or conditions of Force Majeure: acts of State or governmental action, riots, disturbance, war, strikes, lockouts, slowdowns, prolonged shortage of energy supplies, epidemics, fire, flood, hurricane, typhoon, earthquake, lightning and explosion. It is in particular expressly agreed that any refusal or failure of any governmental authority to grant any export license legally required for the fulfillment by SUPPLIER of its obligations hereunder shall constitute an event of Force Majeure.

15.1 定义。不可抗力系指任何事件或情况，如不存在的日期签署本协议，不能合理预见的是这样的日期和不合理的控制范围内的任何一方，使全部或部分履行的一方当事人其义务在商业上无法行使。不限制前述，以下将构成不可抗力事件或条件：国家行为或政府的行动，暴动，骚乱，战争，罢工，停工，长时间的能源供应短缺，流行病，火灾，洪水，飓风，台风，地震和爆炸。

15.2. <u>Notice</u>. Upon giving notice to the other party, a party affected by an event of Force Majeure shall be released without any liability on its part from the performance of its obligations under this Agreement, except for the obligation to pay any amounts due and owing hereunder, but only to the extent and only for the period that its performance of such obligations is prevented by the event of Force Majeure. Such notice shall include a description of the nature of the event of Force Majeure, and its cause and possible consequences. The party claiming Force Majeure shall promptly notify the other party of the termination of such event.

15.2 通知。当另一方接到通知，一方受不可抗力事件而承担任不了履行本协议下的责任、义务，除了有义务支付到期款项货之前欠款之外，仅在不可抗力事件的一定范围和一定时间内停止履行协议的义务。这种通知应包括不可抗力事件的性质描述，以及原因和潜在后果。主张不可抗力的一方应及时通知对方终止操作协议的内容。

15.3. <u>Confirmation</u>. The party invoking Force Majeure shall provide to the other party confirmation of the existence of the circumstances constituting Force Majeure. Such evidence may consist of a statement or certificate of an appropriate governmental department or agency where available, or a statement describing in detail the facts claimed to constitute Force Majeure.

15.3 确认。主张不可抗力的一方应当向另一方提供构成不可抗力事件的证据。这些证据可以是由政府部门或专业机构提供描述事件细节的声明或文件。

15.4. <u>Suspension of Performance</u>. During the period that the performance by one of the parties of its obligations under this Agreement has been suspended by reason of an event of Force Majeure, the other party may likewise suspend the performance of all or part of its obligations hereunder to the extent that such suspension is commercially reasonable.

15.4 履行中断。在此期间，一方因不可抗力事件暂停履行义务，另一方也可以中止履行部分或全部义务，这种中断在商业上是合理的。

15.5. <u>Termination</u>. Should the period of Force Majeure continue for more than six (6) consecutive months, either party may terminate this Agreement without liability to the other party, except for payments due to such date, upon giving written notice to the other party.

15.5 终止。不可抗力继续并超过六个连续月，任何一方可以终止此协议，除了应付款需支付完毕，并书面通知对方。

12

## ARTICLE 16
## ARBITRATION

16.1.  Disputes.  Any dispute, controversy or claim arising out of or relating to this Agreement shall be finally settled by arbitration in _Los Angeles_, _California_, U.S.A. in accordance with the Commercial Arbitration Rules of the American Arbitration Association in effect on the date of this Agreement and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.  The arbitration shall be conducted in the English language.

16.1    纠纷。任何争议、纠纷、索赔或其他与本协议有关的均最终由 Los    Angeles_, _California_,U.S.A.按照美国仲裁协会的商业仲裁规则仲裁解决。在此协议和判决生效之日起，仲裁人可在任何有管辖权的法院执行。仲裁应在英语环境下进行。

16.2.  Indemnification.  This Article 16 provides the sole recourse for the settlement of any dispute arising under or in connection with this Agreement.  DISTRIBUTOR shall and hereby agrees to indemnify SUPPLIER against any award or judgment, which relates to this Agreement, made by any court, tribunal or arbitral panel of any kind, in any jurisdiction, except as provided in this Article 16.

赔偿。第十六条为任何出现的或与本协议相关的争议的处理提供了唯一的追索权。经销商应当以此同意赔偿供应商的任何裁决和判决。这关系到此协议在任何管辖权的任何法院、法庭以及任意一方仲裁陪审制定，

除非在第十六条规定。

16.3.  Governing Law.  This Agreement shall be governed by, and interpreted and construed in accordance with, the laws of the State of _California_, U.S.A.

16.3  适用法律。本协议应当根据the State of _California_, U.S.A.的法律管理和解释、分析。

## ARTICLE 17
## 条款十七
## MISCELLANEOUS
## 多样性

17.1.  Relationship.  This Agreement does not make either party the employee, agent or legal representative of the other for any purpose whatsoever.  Neither party is granted any right or authority to assume or to create any obligation or responsibility, express or implied, on behalf of or in the name of the other party.  In fulfilling its obligations pursuant to this Agreement each party shall be acting as an independent contractor.

关系。此协议不能让其员工，代理或机构用于其他用途。此协议必须由独立合同订约人来履行。

17.2.  Assignment.  Neither party shall have the right to assign or otherwise transfer its rights and obligations under this Agreement except with the prior written consent of the other party;  provided, however, SUPPLIER shall be entitled to assign any or all of its rights and obligations hereunder to any of its subsidiaries, provided that SUPPLIER shall remain fully liable for the performance of all its obligations hereunder;  and further provided that a successor in interest by merger, by operation of law, assignment, purchase or otherwise of the entire business of either party shall acquire all rights and obligations of such party hereunder.  Any prohibited assignment shall be null and void.

13

指派。无事先书面同意下，任何一方不许指派给第三方转让其权利与责任。

17.3. Notices. Notices permitted or required to be given hereunder shall be deemed sufficient if given by registered or certified mail, postage prepaid, return receipt requested, addressed to the respective addresses of the parties as first above written or at such other addresses as the respective parties may designate by like notice from time to time. Notices so given shall be effective upon (a) receipt by the party to which notice is given, or (b) on the fourteenth (14th) day following the date such notice was posted, whichever occurs first.

通知。通知要认为是有效力的，必须是有认证过的邮箱或者是邮资已付，需要回执寄到指定地址。通知生效 (a) 收到收条；或者(b) 通知发出 14 天后。

17.4. ENTIRE AGREEMENT. THIS AGREEMENT, INCLUDING EXHIBITS I THROUGH VI ATTACHED HERETO AND INCORPORATED AS AN INTEGRAL PART OF THIS AGREEMENT, CONSTITUTES THE ENTIRE AGREEMENT OF THE PARTIES WITH RESPECT TO THE SUBJECT MATTER HEREOF, AND SUPERSEDES ALL PREVIOUS DISTRIBUTORSHIP AGREEMENTS BY AND BETWEEN SUPPLIER AND DISTRIBUTOR AS WELL AS ALL PROPOSALS, ORAL OR WRITTEN, AND ALL NEGOTIATIONS, CONVERSATIONS OR DISCUSSIONS HERETOFORE HAD BETWEEN THE PARTIES RELATED TO THIS AGREEMENT. DISTRIBUTOR ACKNOWLEDGES THAT IT HAS NOT BEEN INDUCED TO ENTER INTO THIS AGREEMENT BY ANY REPRESENTATIONS OR STATEMENTS, ORAL OR WRITTEN, NOT EXPRESSLY CONTAINED HEREIN.

17.4 完整协议。附件中的 EXHIBITS I 到 VI，加上协议主体为完整协议。

17.5. Amendment. This Agreement shall not be deemed or construed to be modified, amended, rescinded, cancelled or waived, in whole or in part, except by written amendment signed by the parties hereto.

17.5 补充协议。除非有书面补充协议，否则此协议不能用来修改，补充，废除，取消。

17.6. Publicity. This Agreement is confidential and no party shall issue press releases or engage in other types of publicity of any nature dealing with the commercial and legal details of this Agreement without the other party's prior written approval, which approval shall not be unreasonably withheld. However, approval of such disclosure shall be deemed to be given to the extent such disclosure is required to comply with governmental rules, regulations or other governmental requirements. In such event, the publishing party shall furnish a copy of such disclosure to the other party.

17.6 公开性。此协议是机密的。没有另一方的书面同意，另外一方不允许公开。

17.7. Severability. In the event that any of the terms of this Agreement are in conflict with any rule of law or statutory provision or are otherwise unenforceable under the laws or regulations of any government or subdivision thereof, such terms shall be deemed stricken from this Agreement, but such invalidity or unenforceability shall not invalidate any of the other terms of this Agreement and this Agreement shall continue in force, unless the invalidity or unenforceability of any such provisions hereof does substantial violence to, or where the invalid or unenforceable provisions comprise an integral part of, or are otherwise inseparable from, the remainder of this Agreement.

17.7 条款可分割性。当某条条款与政府法律相冲突时，某条条款进行作废。但这个协议还是继续发挥其效力。

17.8. Counterparts. This Agreement shall be executed in two or more counterparts in the English language, and each such counterpart shall be deemed an original hereof. In case of any conflict between the English version and any translated version of this Agreement, the English version shall govern.

14

17.8 其他版本。此英语版本将会被翻译成其他语言版本，在语言版本有冲突时，以英语版本为准；

17.9.  Waiver.  No failure by either party to take any action or assert any right hereunder shall be deemed to be a waiver of such right in the event of the continuation or repetition of the circumstances giving rise to such right.

17.9 弃权。在同样持续情况下，一方无任何行动视之为弃权。

<div align="center">

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.
SIGNATURE PAGE(S) FOLLOW.

</div>

**IN WITNESS WHEREOF,** the parties have caused this Agreement to be executed on the date first above written. （自签名日起生效）

SUPPLIER

*Create New Techaology (HK). LTD.*

a _Hong kong_____ corporation

By: _____

Name: _____

Title: _Business  Director_

DISTRIBUTOR

YTC SUMMIT INTL' INC.

a _CALIFORNIA_____ corporation

By: _____

Name: _STEVEN  CHEN_

Title: _PRESIDENT_

Distribution Agreement Signature Page

EXHIBIT I

Products and Fees
产品和费用

1. **Product Description**
产品描述
    1.1. TVpad, each unit is individually packed and sealed, 9" x 6" x 2.6" in Dimension, 2 lb weight.
    TVpad, 单独包装和盖章，体积是 9" x 6" x 2.6"，重量是 2 lb (磅)

2. **DISTRIBUTOR Services and Charges**
分发商服务和费用
    2.1. DISTRIBUTOR shall charge the SUPPLIER a flat fee of USD$4.50 for each address it processed, with shipping content of 1 to 2 units.
    分发商将收取每个地址固定的代发费用：4.5 美金，包括 1-2 台。
    2.2. DISTRIBUTOR shall charge the SUPPLIER a flat fee of USD$7.00 for each address it processed, with shipping content of three and above.
    分发商将收取每个地址固定的代发费用：7 美金，3 台以上。
    2.3. If the order is to be shipped by trucking, additional fee of USD$7.00 per pallet will be added for the use of each wood pallet.
    如果要上卡车的话，每批货需要加收 7 美金打板费用。
    2.4. DISTRIBUTOR shall provide 800 cubic feet of free space for the SUPPLIER to store inventory, additional space used will be charged in increment of 67 cubic feet at USD$50.00 each per month.
    分发商将提供 800 立方英尺的免费仓储空间，如果需要额外空间，每 67 立方英尺需加收 50 美金/月。
  2.5 DISTRIBUTOR shall charge the SUPPLIER ocean freight when the SUPPLIER consolidated its product with DISTRIBUTOR Container in China, the charges shall be pro rated calculate based on its volume and total cost of the shipping charges and custom brokerage fee. The SUPPLIER shall be responsible for any and all duty and tax assessed by US Custom on SUPPLIER's products.
    如果供应商需要和分发商的产品拼仓一起海运到美国的时候，供应商需要支付海运费和海关佣金费。供应商将承担所有的美国海关费用和税务费用。
  2.6 DISTRIBUTOR shall provide free of charge on processing returns by customers per SUPPLIERs' instruction.
    分发商根据供应商的指示提供免费的退货服务。
  2.7 DISTRIBUTOR shall ship all orders instructed by the SUPPLIER no later than 3 business days. And provide SUPPLIER with tracking number.
    分发商会在 3 个工作日以内进行订单派发并提供物流单号。
  2.8 DISTRIBUTOR will help SUPPLIER to obtain the same carriers rate that were extended to DISTRIBUTOR. DISTRIBUTOR shall use SUPPLIER's carrier account for all shipping. When shipping with USPS, DISTRIBUTOR shall use SUPPLIER's credit card as means of payment.
    分发商会帮助供应商获得与分发商一样的运输费率。分发商的所有派送都会用供应商的运输账号。当用美国邮政发货时，分发商会用供应商的信用卡进行结算。



Exhibit XVI

FORM: DUPE AND REVISE

## LOGISTIC DISTRIBUTION AGREEMENT
## 物流分发协议

THIS DISTRIBUTION AGREEMENT (the "*Agreement*"), made this _1st_day of _April, 2014_by and between _Create New Technology_, a HK Company duly organized under the laws of _HK_ and having its principal place of business at _ Flat/RM 704 7/F Bright Way Tower 33 Mong Kok Road Mong Kok_(hereinafter "*Supplier*"), and _YTC Summit International, Inc._, a corporation duly organized under the laws of _California_and having its principal place of business at _12037 Clark Street, Arcadia, California. 91006. USA_(hereinafter "*Distributor*").

这份分发协议（简称"协议"）在 2014 年 4 月 1 号，由启创公司与 YTC 国际公司共同签署。启创（以下简称"供应商"），一家合法的香港公司，地点在香港九龙旺角道 33 号凯途发展大厦 704；YTC（以下简称"分发商"），一家合法的加利福尼亚公司，地点在美国加利福尼亚州阿卡狄亚Clark街道。

WHEREAS, SUPPLIER manufactures and markets certain products and desires to increase the sales of such products;

鉴于，供应商生产和销售相关产品并希望提高这类产品的销量，

WHEREAS, DISTRIBUTOR has represented that it possesses the necessary expertise and logistical organization to efficiently ship such products; and

鉴于，分发商表示具备必要的机构和物流组织能有效的运输这类产品，

WHEREAS, SUPPLIER is willing to appoint DISTRIBUTOR and DISTRIBUTOR is willing to accept such appointment as distributor of SUPPLIER'S products in the territory defined herein;

因此，供应商愿意在规定区域授权分发商，分发商同时也愿意接受供应商的此授权。

NOW, THEREFORE, in consideration of the mutual premises and covenants hereinafter set forth, the parties agree as follows:

因此，签署以下协议

### ARTICLE 1
### DEFINITIONS
### 条款一
### 定义

For purposes of this Agreement, the following words, terms and phrases, where written with an initial capital letter, shall have the meanings assigned to them in this Article 1 unless the context otherwise requires:

在此协议中，以下以大写字母开头的术语或者词组具有条款一赋予的含义

1.1. Products. "*Products*" shall mean those products described in Exhibit I hereto as that Exhibit may be amended by SUPPLIER, at its sole discretion, from time to time. SUPPLIER shall give DISTRIBUTOR thirty (30) days written notice of any such amendment.

1.1 产品. 产品的意思是可以是目前陈列的产品，也可以是供应商随其意愿补充的产品。供应商必须提前 30 天以书面通知告知分发商补充的产品。

Plaintiff's Exhibit 3
Witness: Steven Chen
Date: July 15, 2015
(Shelly Storey, CSR 3932)



1.2. <u>Territory</u>. "*Territory*" shall mean the area specifically described in Exhibit II hereto as that Exhibit may be amended from time to time.

1.2 范围   范围指的是目前 Exhibit II 中特定的区域，也可以是后期补充的范围。

1.3. <u>Distributor Process fee</u>. "*Distributor Process fee*" shall mean the fees then being agreed by SUPPLIER for processing and shipping of Products to its international customers.

1.3 分发商费用 分发商费用指的是供应商许诺，用与将其产品派发到其客户手上的物流各项费用。

1.4. <u>SUPPLIER Information</u>. "*SUPPLIER Information*" shall mean all information, other than information in published form or expressly designated by SUPPLIER as nonconfidential, which is directly or indirectly disclosed to DISTRIBUTOR or embodied in Products provided hereunder, regardless of the form in which it is disclosed, relating in any way to SUPPLIER'S markets, customers, products, patents, inventions, procedures, methods, designs, strategies, plans, assets, liabilities, costs, revenues, profits, organization, employees, agents, distributors or business in general.

1.4 供应商信息。供应商信息指的是所有信息，并非只是公开的表格中或者供应商特别指定的非机密性信息。这些信息直接或者间接透露给分发商或包含在产品中，与供应商市场，客户，产品，专利，创造，工序，做工，设计，草图，方案，资产，债务，成本，税收，利润，组织，员工，代理商，分销商或者其他商务相关的信息。

1.5. <u>Quota</u>. "*Quota*" shall mean the minimum quantities of Products which DISTRIBUTOR shall be expected to purchase from SUPPLIER in accordance with the terms and conditions of Article 5 of this Agreement.

1.5 配额 配额指的是根据协议条款第五条分发商向供应商购买的最低数量。

<div align="center">

ARTICLE 2
APPOINTMENT
条款二
约束

</div>

2.1. <u>Scope</u>. SUPPLIER hereby appoints DISTRIBUTOR, and DISTRIBUTOR hereby accepts appointment, as SUPPLIER'S exclusive distributor during the term of this Agreement with the right to ship or otherwise distribute Products in the Territory, under SUPPLIER'S name, logotypes, and trademarks, subject to all the terms and conditions of this Agreement.

2.1 范围。供应商授权分发商。同时分发商接受作为供应商的独家分发商，在协议期间内在规定区域内使用供应商的名字，品牌和商标进行相关产品的派送或者分销，并遵守此协议的所有条款。

2.2. <u>Subdistributors</u>. DISTRIBUTOR shall not, without the prior written approval of SUPPLIER, appoint any subdistributors or agents to promote and/or distribute Products in any country within the Territory.    Further, notwithstanding any such appointments, or SUPPLIER'S approval thereof, DISTRIBUTOR shall at all times remain fully liable for the performance of its subdistributors and/or agents and DISTRIBUTOR hereby agrees to indemnify and hold harmless SUPPLIER from all damages, losses, costs or expenses arising in any manner from any act or omission on the part of its subdistributors or agents.

2.2 多级分发商。在无供应商的先前书面协议的情况下，分发商不能给授权任何分发商或者代理商在协议规定区域内进行分发或者促销产品。尽管供应商给过先前给过这样的授权或者允许，



分发商必须一直对其多级分发商或者代理机构的行为担负全部法律责任。分发商同意赔偿或者承担因部分多级分发商或者代理商造成的一起伤害，损失，成本或者花销。

2.3.　Shipping Outside the Territory.　Nothing herein shall be construed as precluding DISTRIBUTOR from shipping Products outside the Territory, provided that DISTRIBUTOR shall not actively advertise, promote or solicit customers for Products outside the Territory nor establish any office through which orders are solicited or any depot at which inventories of SUPPLIER Products are stored outside the Territory.

2.3 规定范围外的派送。阻止分发商向规定范围外的派送。同时分发商不能在规定范围外进行广告，促销或者拉客，也不能在规定外范围外设立办公点。

2.4.　Reserved Shipping Rights.　Notwithstanding any other provision of this Agreement, SUPPLIER reserves the right to ship, rent or lease Products under the SUPPLIER'S name, logotypes and trademarks directly to any of the customers listed in Exhibit VI, as that Exhibit may be amended by SUPPLIER from time to time upon thirty (30) days' notice to DISTRIBUTOR.

2.4 派送保留权利。尽管本协议有其他规定，供应商保留对产品向 Exhibit VI 中的客户直接进行运输，租赁和发送的权利，此 Exhibit 可以由供应商一直补充，提前 30 天通知分发商。

<div align="center">

ARTICLE 3
GENERAL OBLIGATIONS OF DISTRIBUTOR
条款三
分发商的一般义务

</div>

3.1.　Shipping.　DISTRIBUTOR shall have the following obligations with respect to the shipping and distribution of SUPPLIER Products:

3.1 运输。分发商在运输和分销供应商产品有以下义务

(a)　To use its best efforts to further the customer satisfaction, shipping logistic, and other distribution method of Products in the Territory;
尽其最大努力提升客户满意，提供运输物流和其他分销方式

(b)　To provide facility that will maintain an adequate and balanced inventory of Products, supplies, and spare parts provided by the SUPPLIER; DISTRIBUTOR shall also provide a safe and secured facility for the Products. DISTRIBUTOR shall also be accountable for all inventories stored at its facility against dishonest employee theft. SUPPLIER can at any time request inventory count to assess accuracy of inventory

提供场所来保证产品和配件的合理库存，供应。分发商必须妥善存放产品。分发商必须提供所有的库存清单数量，防备被不诚实员工盗窃。供应商可以随时要求库存系统账号进入检查库存准确性。

(c)　To promptly respond to all inquiries from customers, including complaints, process all orders, and effect all shipments of Products;
对客户的反馈进行积极回应，包括投诉，订单处理和运输情况。

(d)　To permit SUPPLIER to visit DISTRIBUTOR'S place of business and inspect its inventories, service records, and other relevant documents;
允许供应商参观分发商的办公地址，视察库存，服务记录和其他相关文档；

<div align="center">3</div>



(e)    To maintain an adequate logistic force dedicated on a fulltime basis to the shipping of
Products;
保证充足的物流人力全职派发产品。


3.2. <u>Manufacture or Distribution of Competitive Goods</u>. DISTRIBUTOR shall not manufacture or
distribute any products which are directly or indirectly competitive with the Products.
3.2 生产或者分销竞争对手产品。分发商不能生产或者分销直接或者间接的跟本产品有竞争
的产品。

3.3. <u>Customer Support</u>. DISTRIBUTOR agrees to cooperate with SUPPLIER in dealing with any
customer complaints concerning the Products and to take any action requested by SUPPLIER to resolve
such complaints. DISTRIBUTOR also agrees to assist SUPPLIER in arranging for any customer warranty
service.
3.3 客户支持。派发商同意根据供应商售后要求，与供应商合作处理跟产品相关的客户投诉。
分发商也会帮助供应商进行客户质量保证服务。


3.4. <u>Expenses</u>. DISTRIBUTOR assumes full responsibility for all costs and expenses which it
incurs in carrying out its logistic obligations under this Agreement, including but not limited to all rentals,
salaries, commissions, advertising, demonstration, travel and accommodation expenses without the right to
reimbursement for any portion thereof from SUPPLIER.
3.4 费用。 分发商承担一切费用和花销，包括并不限于所有的房租，工资，佣金，广告费
用，展示，交通，住宿费用。

<u>ARTICLE 4</u>
<u>ORDERS FOR PRODUCTS</u>
<u>条款四</u>
<u>产品订单</u>

4.1.    Due to the fact that this agreement is only for logistic and shipping, SUPPLIER bears all
responsibility on inventory supplies at DISTRIBUTOR's location. Order for products does not applied.
4.1 根据协议主体只是物流和派发。供应商承担分发商地点的货物供应。产品订单不适用。


<u>ARTICLE 5</u>
<u>MINIMUM PURCHASE REQUIREMENT</u>
<u>条款五</u>
<u>最低购买量</u>


5.1.    Due to the fact that this agreement is only for logistic and shipping, SUPPLIER bears all
responsibility on inventory supplies at DISTRIBUTOR's location. Minimum purchase requirement does
not applied.
5.1 根据协议主体只是物流和派发，供应商承担分发商地点的货物供应。最低购买量不适
用。

4



ARTICLE 6
FEES AND PAYMENTS
条款六
费用和支付

6.1. _Fees_. The fees to be paid to DISTRIBUTOR for Products shipped pursuant to this Agreement shall be the Distributor Process fees in effect at the time of acceptance of the relevant shipping instructions submitted to DISTRIBUTOR, except as provided in Section 6.2 below.

6.1 费用。根据协议由供应商支付给分发商，分发商要一直遵守相关运输指示，6.2 除外。

6.2. _Fee Increases, Decreases_. DISTRIBUTOR may, at any time during the term of this Agreement, increase its fees for the logistic service by providing SUPPLIER with at least sixty (60) days prior written notice. Increased fees for all logistic service shall not apply to shipping instructions accepted prior to the effective date of the fee. Fee decreases with respect to all logistic service shall be effective immediately upon written notice to the SUPPLIER on all such logistic service not yet performed.

6.2 费用上涨，下降。分发商在提高物流费用时需提前 60 天书面通知给供应商。如不提前通知，增加费用无法生效。降低费用在供应商接到通知后立即生效。

6.3. _Payment Terms_. Until such time as SUPPLIER shall have established a credit history satisfactory to DISTRIBUTOR, payments by SUPPLIER hereunder shall be made by wire transfer at SUPPLIER 'S expense, to a bank specified by, or acceptable to, DISTRIBUTOR, Thereafter, all payments hereunder shall be due net thirty (30) days from the last day of previous calendar month date of logistical fees on shipment of the Products, or from the date of invoice for such charges as taxes, duties, interest or like special charges from the previous month, payable to the bank or banks specified by DISTRIBUTOR in writing from time to time. All payments hereunder shall be made in U.S. dollars or such other currency as may be mutually agreed upon. DISTRIBUTOR shall not be obligated to ship Products against instructions in the event DISTRIBUTOR 'S outstanding accounts receivable from SUPPLIER then exceed or would after any such shipment exceed $10,000.00 of U.S. dollar based on the then current Distributor Process fees or such other amount as may be mutually agreed upon from time to time by SUPPLIER and DISTRIBUTOR. In the event of any dispute arising over any part of an invoice or the total amount due under an invoice, all undisputed amounts shall be promptly paid by SUPPLIER in accordance with this Section 6.3.

6.3 支付方式。供应商必须对分发商建立信用满意度。供应商通过汇款，汇款手续费由供应商负责或者其他分发商能接受的支付方式。所有款项支付必须在产品发出后最后一个公历日之后 30 天内支付，或者收到前一个月的税收，关税，利息其他特殊的费用发票后支付。所有付款将由美元或者是双方都接受的币种进行支付。在供应商的未偿付运输费用超过 10.000 美金（这个金额双方时不时商量再定），没有义务为供应商进行运输。在碰到部分金额有争议时，其他没有争议的金额需要由供应商及时支付。

6.4. _Overdue Payments_. If and for so long as any payment from SUPPLIER to DISTRIBUTOR under this Agreement shall be overdue:

6.4 超时支付。只要是超时支付，就遵守以下条款。



(a)    Interest at the rate of <u>2</u> percent (<u>2</u>%) per annum shall automatically become due on all balances outstanding plus a minimum administrative and handling charge of U.S. $ <u>50.00</u> per month or part thereof; and
超时支付部分按年利息 2%同时加上不少于 50 美元每月的行政管理费用。

(b)    DISTRIBUTOR shall have the right, in its sole discretion, to require payment for additional shipments of Products either by cash in advance or by wire transfer in U.S. dollars confirmed by a U.S. bank specified by DISTRIBUTOR, instead of by open account as provided above.
分发商有权要求超时支付费用用现金或者电汇方式至分发商指定的美国账户，替代以前提供的公开账户。

<div align="center">

ARTICLE 7
ACCEPTANCE AND WARRANTY
条款七
赞同和保证

</div>

7.1.    Due to the fact that this agreement is only for logistic and shipping, SUPPLIER bears all responsibility on inventory supplies at DISTRIBUTOR's location. Warranty for products does not applied.
根据协议主体是物流和运输，供应商承担一切分销商当地的供应责任。产品保证不适用。

<div align="center">

ARTICLE 8
LIMITATION OF REMEDIES
条款八
补充措施限制

</div>

SUPPLIER UNDERSTANDS AND AGREES AS FOLLOWS:
供应商理解并同意如下条款：

8.1.  Delay.  DISTRIBUTOR SHALL NOT BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY DELAY IN FURNISHING PRODUCTS AND PARTS OR ANY OTHER CARRIERS' PERFORMANCE UNDER OR PURSUANT TO THIS AGREEMENT.
8.1  延迟。分发商将不要对由产品和配件生产延期或者运输商延期带来的损失或者伤害进行负责；

8.2.  Consequential Damages.  IN NO EVENT SHALL DISTRIBUTOR 'S LIABILITY OF ANY KIND INCLUDE ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL LOSSES OR DAMAGES, EVEN IF DISTRIBUTOR SHALL HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH POTENTIAL LOSS OR DAMAGE.
8.2 间接损失。分发商绝不承担任何责任包括延期特殊，间接，偶然或者相应的损失或者伤害，即使分发商已经被告知有这种潜在的可能性。

<div align="center">

ARTICLE 9
CONFIDENTIALITY
条款九
保密协议

</div>

DISTRIBUTOR acknowledges and agrees that all SUPPLIER Information is confidential and proprietary to SUPPLIER. DISTRIBUTOR agrees not to use any of such SUPPLIER Information during the term of

<div align="center">6</div>



this Agreement and for a period of three (3) years thereafter for any purpose other than as permitted or required for performance by DISTRIBUTOR hereunder. DISTRIBUTOR further agrees not to disclose or provide any of such SUPPLIER Information to any third party and to take all necessary measures to prevent any such disclosure by its employees, agents, contractors or consultants during the term hereof and for a period of three (3) years thereafter. Nothing herein shall prevent DISTRIBUTOR from using, disclosing or authorizing the disclosure of any SUPPLIER Information which is, or hereafter becomes, part of the public domain.

分发商同意所有供应商信息是保密的且是供应商私有。协议期间和三年之内未经允许分发商不能利用供应商信息；分发商在协议期间和三年内未经允许不得泄露任何相关供应商信息给第三方并且要采取必要措施保证信息不被员工，代理，合作人或者顾客泄露。分发商要阻止一切供应商信息的泄露，不至于成为公共领域。

<div align="center">

ARTICLE 10
TRADEMARKS
条款十
商标

</div>

10.1.   Use of Trademarks.   SUPPLIER hereby grants to DISTRIBUTOR a nonexclusive, nontransferable, and royaltyfree right and license to use the SUPPLIER trademarks specified in Exhibit V attached hereto, as such Exhibit may be modified from time to time during the term of this Agreement, in connection with the sale or other distribution, promotion, advertising and maintenance of the Products for so long as such trademarks are used by DISTRIBUTOR in accordance with SUPPLIER'S standards, specifications and instructions, but in no event beyond the term of this Agreement. DISTRIBUTOR shall afford SUPPLIER reasonable opportunities during the term hereof to inspect and monitor the activities of DISTRIBUTOR in order to ensure DISTRIBUTOR'S use of the trademarks in accordance with SUPPLIER'S standards and instructions. DISTRIBUTOR shall acquire no right, title or interest in such SUPPLIER trademarks other than the foregoing limited license, and DISTRIBUTOR shall not use any SUPPLIER trademarks as part of DISTRIBUTOR'S corporate or trade name or permit any third party to do so without the prior written consent of SUPPLIER.

10.2 商标使用。供应商给予分发商一个非专属的，非转让的和无版权费的商标使用权，用于附件中的陈列 V 室专用。根据销量，其他分点，促销或者其他情况陈列会一直根据协议修改，分发商都要遵守供应商商标使用标准和说明，决不能超出协议条款。分发商将提供合适机会给供应商视察和规范分发商按照相应标准使用商标。分发商不会在商标使用过程中获得任何权力，利益而非放弃有限的认证。在无经过供应商书面同意下，分发商不得将商标名给予第三方使用。

10.2.   Registration.   SUPPLIER shall use its best efforts to register the SUPPLIER trademarks specified in Exhibit V, as such Exhibit may be modified during the term of this Agreement, in such jurisdictions within the Territory in which SUPPLIER determines that registration is necessary or useful to the successful distribution of the Products. In addition, in the event SUPPLIER believes that it is advisable to effect any filing or obtain any governmental approval or sanction for the use by DISTRIBUTOR of any of SUPPLIER'S trademarks pursuant to this Agreement, the parties shall fully cooperate in order to do so. All expenses relating to the registration of SUPPLIER'S trademarks in the Territory as well as the making of any filing or obtaining any governmental approvals for the use by DISTRIBUTOR of SUPPLIER'S trademarks shall be borne by SUPPLIER.

<div align="center">

7

</div>



10.2 注册。供应商将尽其最大努力在指定展区 V 进行供应商商标注册。根据当地法规，供应商决定是否有必要进行商标注册。

10.3. Markings. DISTRIBUTOR shall not, without the prior written consent of SUPPLIER, remove or alter any patent numbers, trade names, trademarks, notices, serial numbers, labels, tags or other identifying marks, symbols or legends affixed to any Products or containers or packages.

10.3 标记。在未经过供应商书面同意下，分发商不能移除或者篡改任何专利数字，商标名称，商标，通知，序列码，标签，索引或者其他依附于产品，拥有者和包装的可识别性的记号或者标记或图列。

10.4. Infringements. DISTRIBUTOR shall promptly notify SUPPLIER of any use by any third party of SUPPLIER'S trademarks or any use by such third parties of similar marks which may constitute an infringement or passing off of SUPPLIER'S trademarks. SUPPLIER reserves the right in its sole discretion to institute any proceedings against such third party infringers and DISTRIBUTOR shall refrain from doing so. DISTRIBUTOR agrees to cooperate fully with SUPPLIER in any action taken by SUPPLIER against such third parties, provided that all expenses of such action shall be borne by SUPPLIER and all damages which may be awarded or agreed upon in settlement of such action shall accrue to SUPPLIER.

10.4 侵权。如碰到第三方有供应商侵权行为，分发商及时通知供应商。供应商保留这种情况的处理权利。分发商将会配合供应商采取第三方侵权行动，所有的费用和损失由供应商承担。

10.5. Termination of Use. DISTRIBUTOR acknowledges SUPPLIER'S proprietary rights in and to the SUPPLIER trademarks and any trade names regularly applied by SUPPLIER to the Products, and DISTRIBUTOR hereby waives in favor of SUPPLIER all rights to any trademarks, tradenames and logotypes now or hereafter originated by SUPPLIER. DISTRIBUTOR shall not adopt, use or register any words, phrases or symbols which are identical to or confusingly similar to any of SUPPLIER'S trademarks. Upon termination of this Agreement, DISTRIBUTOR shall cease and desist from use of the SUPPLIER trademarks in any manner. In addition, DISTRIBUTOR hereby empowers SUPPLIER and agrees to assist SUPPLIER, if requested, to cancel, revoke or withdraw any governmental registration or authorization permitting DISTRIBUTOR to use SUPPLIER trademarks in the Territory.

10.5 使用终止。分发商承认供应商商标所有权。分发商不能采用，使用或者注册任何跟供应商相关或者类型单词，词语或者标志的商标。一旦协议终止，分发商将会停止使用各种渠道的供应商商标使用。另外，分发商愿意帮助供应商，如有要求的情况下，取消，撤销现有的任何政府部门的注册或者授权，原先供应商在该区域授权给分发商来做的。

<div align="center">

ARTICLE 11
PATENTS
条款十一
专利

</div>

11.1. Indemnification. SUPPLIER shall, at its own expense, defend any suit instituted against DISTRIBUTOR which is based on an allegation that any Products manufactured by SUPPLIER and shipped to DISTRIBUTOR hereunder constitute an infringement of any patent of the United States of America and shall indemnify DISTRIBUTOR against any award of damage and costs made against DISTRIBUTOR by a final judgment of a court of last resort if it is determined therein that any such Product constitutes an infringement of any patent of the United States of America, provided that DISTRIBUTOR gives SUPPLIER immediate notice in writing of any notice or claims of infringement and permits SUPPLIER through SUPPLIER'S counsel to defend the same and gives SUPPLIER all available information, assistance and authority to enable SUPPLIER to assume such defense. SUPPLIER shall have control of the defense of any such suit, including appeals from any judgment therein and any negotiations



for the settlement or compromise thereof with full authority to enter into a binding settlement or compromise. In the event that any Product is held to infringe and its use is enjoined, SUPPLIER shall, at its option and expense, (i) procure for DISTRIBUTOR the right to continue shipping such Product, (ii) provide the necessary parts and documentation to replace or modify such Product so that it no longer infringes, or (iii) arrange from DISTRIBUTOR for such Product to return to SUPPLIER,

11.1 供应商专利受到侵权，分发商协助供应商按照当地法律进行维权。

11.2. _Limitation of Obligation_. Notwithstanding the provisions of Section 11.1 hereof, SUPPLIER shall have no liability whatsoever to DISTRIBUTOR with respect to any patent infringement or claim thereof which is based upon or arises out of (i) the use of any Product in combination with an apparatus or device not manufactured or supplied by SUPPLIER, if such combination causes or contributes to the infringement, (ii) the use of any Product in a manner for which it was neither designed nor contemplated, or (iii) any modification or any Product by DISTRIBUTOR or any third party which causes the Product to become infringing. Section 11.1 hereof states the entire liability of SUPPLIER for or arising out of any patent infringement or claim thereof with respect to Products furnished to DISTRIBUTOR under this Agreement.

11.2 义务限制。根据条款 11.1，超出以下范围，供应商没有义务提供专利侵权方面的声明。（1）其他不是本公司生产、供应的产品；（2）非本公司设计；（3）分发商或第三方未经许可，任意修改产品的。

<div align="center">

ARTICLE 12
TAXES
条款十二条
税务

</div>

12.1. _Taxes and Duties_. SUPPLIER shall be solely responsible for and shall pay, or reimburse DISTRIBUTOR for, all taxes, duties, import deposits, assessments and other governmental charges, however designated, which are now or hereafter imposed under or by any governmental authority or agency, that are (a) associated with the performance by DISTRIBUTOR of its obligations hereunder, (b) associated with the payment of any amount by SUPPLIER pursuant to this Agreement, (c) based on the Products or their use, or (d) relate to the import of the Products into the Territory in accordance with then prevailing law or regulations.

12.1 税务和关税。供应商全权负责和支付或者给分发商报销，所有的税务，关税，进口保证金，核定的付款额和其他政府部门指定费用，目前或者往后由任何政策授权部门或者机构征收的费用。包含：(a)与分发商责任相关的 (b)与协议中供应商给分发商结算费用相关的(c)基于产品或者他们使用相关的(d) 根据现行法规与进口产品相关的

12.2. _Net Amounts_. All payments to be made by SUPPLIER to DISTRIBUTOR pursuant to this Agreement represent net amounts DISTRIBUTOR is entitled to receive and shall not be subject to any deductions for any reason whatsoever. In the event any of said payments become subject to taxes, duties, assessments or fees of whatever kind or nature levied outside the United States, said payments shall be increased to such an extent as to allow DISTRIBUTOR to receive the net amounts due under this Agreement.

12.2 净额。供应商向分发商支付的一切费用都代表净额,供应商不能以任何理由来扣款。

<div align="center">

ARTICLE 13
IMPORT AND EXPORT OF PRODUCTS
条款十三
进出口产品

</div>

<div align="center">

9

</div>



13.1. <u>Import Documentation</u>. SUPPLIER shall be responsible for obtaining all licenses and permits and for satisfying all formalities as may be required to import Products into the Territory in accordance with then prevailing law or regulations.

13.1 进口程序。供应商承担获得进口到该地区的所有进口权许可证，根据现行法律法规。

13.2. <u>Export Regulations</u>. SUPPLIER shall supply DISTRIBUTOR on a timely basis with all necessary information and documentation requested by DISTRIBUTOR in order to permit DISTRIBUTOR to export the Products with respect to any sale or order solicited by SUPPLIER hereunder. SUPPLIER shall not dispose of any U.S. origin Products, software, knowhow, technical data, documentation or other products or materials furnished to it pursuant to this Agreement to any party or in any manner which would constitute a violation of the export control regulations of the United States now or hereafter in effect if the disposition was made by a U.S. corporation, or a nonU.S. corporation subject to those regulations.

13.2 出口规则。分发商为了能够完成进口供应商产品，供应商要给到充足的时间给到分发商准备必要的资料和文件。供应商不会处置任何美国原始产品，软件，使用方法，技术参数，文件或者其他产品及原材料给到第三方或者有可能影响进口的任何方式。

<div align="center">

ARTICLE 14
TERM AND TERMINATION
条款十四
期限和终止时期

</div>

14.1. <u>Term</u>. This Agreement shall take effect with respect to each country comprising the Territory as set forth in Exhibit II as of the date first above written and shall continue in force for the initial period specified in Exhibit III. Thereafter, this Agreement shall be renewed for additional periods of two(2) year , Agreement should be signed before April 1st due to expiration of contract. To extend the contract, formal written notice should be given to both sides before April 1st.

14.1 期限。合同期限为两年。合同到期，在 4 月 1 号前重新签订协议。要续约的话，4 月 1 号之前给到双方正式的书面通知。

14.2. <u>Termination</u>. Notwithstanding the provisions of Section 14.1 above, this Agreement may be terminated in accordance with the following provisions:

(a)     Either party hereto may terminate this Agreement at any time by giving notice in writing to the other party, which notice shall be effective upon dispatch, should the other party file a petition of any type as to its bankruptcy, be declared bankrupt, become insolvent, make an assignment for the benefit of creditors, go into liquidation or receivership, or otherwise lose legal control of its business, or should the other party or a substantial part of its business come under the control of a third party;

在因为其中一方破产，倒闭，银行宣布破产，法人更换或者其他形式失去公司经营权，可以随时通知到终止合作。

(b)     Either party may terminate this Agreement by giving notice in writing to the other party should an event of Force Majeure continue for more than six (6) months as provided in Section 15.5 below;

在碰到不可抗力情况下，6 个月后任何一方可通知终止合作。

(b)     Either party may terminate this Agreement by giving notice in writing to the other party in the event the other party is in material breach of this Agreement and shall have failed to



cure such breach within thirty (30) days of receipt of written notice thereof from the first party;

在协议文件破坏的情况下，任何一方提前三十天提出书面通知终止合作。

(d)     SUPPLIER may terminate this Agreement at any time on written notice within sixty (60) days after the end of the initial term or any renewal term as set forth in Section 14.1 above if, during such initial term or renewal term, DISTRIBUTOR shall have failed to meet the performance applicable to such period or if SUPPLIER and DISTRIBUTOR shall have failed to agree at least sixty (60) days prior to the expiration of the initial term or any renewal term on the performance for the succeeding fiscal year.

合同到期，提前 60 天通知。

14.3.  Partial Termination.  In the event SUPPLIER shall have the right pursuant to the provisions of Sections 14.2(b), 14.2(c) or 14.2(d) to terminate this Agreement in its entirety, SUPPLIER may elect to terminate this Agreement solely as it applies to any specific country or countries within the Territory upon providing DISTRIBUTOR with written notice in accordance with the relevant Section referred to above; provided, that nothing in this Section 14.3 shall be construed as creating a precondition to or otherwise precluding SUPPLIER from terminating this Agreement in its entirety in accordance with the terms of Section 14.2.

部分停止。供应商可以对某个国家或者某部分国家停止合作，其他的正常。

14.4.  Rights and Obligations on Termination.  In the event of termination of this Agreement for any reason, the parties shall have the following rights and obligation;

终止合作的责任和权利。

(a)     Termination of this Agreement shall not release either party from the obligation to make payment of all amounts then or thereafter due and payable;

双方有义务将所有款项结清后再终止协议

(b)     SUPPLIER shall have the right, at its option, to pick up any part of all of DISTRIBUTOR'S inventory of Products in DISTRIBUTOR's possession as of the termination date at SUPPLIER'S expense.  SUPPLIER shall exercise its option under this subsection by notifying DISTRIBUTOR in writing no later than thirty (30) days after the effective termination date.

在供应商愿意承担所有花销情况下，供应商有权利收回放在分发商出的产品，在终止协议前三十天通知。

(c)     DISTRIBUTOR'S obligations pursuant to Article 9 hereof shall survive termination of this Agreement.

分发商在合作终止期间必须履行条款九业务。

14.5.  No Compensation.  In the event either party terminates this Agreement for any reason in accordance with the terms hereof, the parties hereby agree that, subject to the provisions of Section 14.4(a) hereof and without prejudice to any other remedies which either party may have in respect of any breach of this Agreement, neither party shall be entitled to any compensation or like payment from the other as a result of such termination.

<div align="center">

ARTICLE 15
FORCE MAJEURE

</div>

11



15.1. <u>Definition</u>. Force Majeure shall mean any event or condition, not existing as of the date of signature of this Agreement, not reasonably foreseeable as of such date and not reasonably within the control of either party, which prevents in whole or in material part the performance by one of the parties of its obligations hereunder or which renders the performance of such obligations so difficult or costly as to make such performance commercially unreasonable. Without limiting the foregoing, the following shall constitute events or conditions of Force Majeure: acts of State or governmental action, riots, disturbance, war, strikes, lockouts, slowdowns, prolonged shortage of energy supplies, epidemics, fire, flood, hurricane, typhoon, earthquake, lightning and explosion. It is in particular expressly agreed that any refusal or failure of any governmental authority to grant any export license legally required for the fulfillment by SUPPLIER of its obligations hereunder shall constitute an event of Force Majeure.

15.1 定义。不可抗力系指任何事件或情况，如不存在的日期签署本协议，不能合理预见的是这样的日期和不合理的控制范围内的任何一方，使全部或部分履行的一方当事人其义务在商业上无法行使。不限制前述，以下将构成不可抗力事件或条件：国家行为或政府的行动，暴动，骚乱，战争，罢工，停工，长时间的能源供应短缺，流行病，火灾，洪水，飓风，台风，地震和爆炸。

15.2. <u>Notice</u>. Upon giving notice to the other party, a party affected by an event of Force Majeure shall be released without any liability on its part from the performance of its obligations under this Agreement, except for the obligation to pay any amounts due and owing hereunder, but only to the extent and only for the period that its performance of such obligations is prevented by the event of Force Majeure. Such notice shall include a description of the nature of the event of Force Majeure, and its cause and possible consequences. The party claiming Force Majeure shall promptly notify the other party of the termination of such event.

15.2 通知。当另一方接到通知，一方受不可抗力事件而承担任不了履行本协议下的责任、义务，除了有义务支付到期款项货之前欠款之外，仅在不可抗力事件的一定范围和一定时间内停止履行协议的义务。这种通知应包括不可抗力事件的性质描述，以及原因和潜在后果。主张不可抗力的一方应及时通知对方终止操作协议的内容。

15.3. <u>Confirmation</u>. The party invoking Force Majeure shall provide to the other party confirmation of the existence of the circumstances constituting Force Majeure. Such evidence may consist of a statement or certificate of an appropriate governmental department or agency where available, or a statement describing in detail the facts claimed to constitute Force Majeure.

15.3 确认。主张不可抗力的一方应当向另一方提供构成不可抗力事件的证据。这些证据可以是由政府部门或专业机构提供描述事件细节的声明或文件

15.4. <u>Suspension of Performance</u>. During the period that the performance by one of the parties of its obligations under this Agreement has been suspended by reason of an event of Force Majeure, the other party may likewise suspend the performance of all or part of its obligations hereunder to the extent that such suspension is commercially reasonable.

15.4 履行中断。在此期间，一方因不可抗力事件暂停履行义务，另一方也可以中止履行部分或全部义务，这种中断在商业上是合理的。

15.5. <u>Termination</u>. Should the period of Force Majeure continue for more than six (6) consecutive months, either party may terminate this Agreement without liability to the other party, except for payments due to such date, upon giving written notice to the other party.

15.5 终止。不可抗力继续并超过六个连续月，任何一方可以终止此协议，除了应付款需支付完毕，并书面通知对方。

12



## ARTICLE 16
## ARBITRATION

16.1.  Disputes.  Any dispute, controversy or claim arising out of or relating to this Agreement shall be finally settled by arbitration in _Los Angeles_, _California_, U.S.A. in accordance with the Commercial Arbitration Rules of the American Arbitration Association in effect on the date of this Agreement and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.  The arbitration shall be conducted in the English language.

16.1   纠纷。任何争议、纠纷、索赔或其他与本协议有关的均最终由 _Los       Angeles_、_California_、U.S.A.按照美国仲裁协会的商业仲裁规则仲裁解决。在此协议和判决生效之日起，仲裁人可在任何有管辖权的法院执行。仲裁应在英语环境下进行。

16.2.  Indemnification.  This Article 16 provides the sole recourse for the settlement of any dispute arising under or in connection with this Agreement.  DISTRIBUTOR shall and hereby agrees to indemnify SUPPLIER against any award or judgment, which relates to this Agreement, made by any court, tribunal or arbitral panel of any kind, in any jurisdiction, except as provided in this Article 16.

赔偿。第十六条为任何出现的或与本协议相关的争议的处理提供了唯一的追索权。经销商应当以此同意赔偿供应商的任何裁决和判决。这关系到此协议在任何管辖权的任何法院、法庭以及任意一方仲裁陪审制定，

除非在第十六条规定。

16.3.  Governing Law.  This Agreement shall be governed by, and interpreted and construed in accordance with, the laws of the State of _California_, U.S.A.

16.3  适用法律。本协议应当根据the State of _California_、U.S.A.的法律管理和解释、分析。

## ARTICLE 17
## 条款十七
## MISCELLANEOUS
## 多样性

17.1.  Relationship.  This Agreement does not make either party the employee, agent or legal representative of the other for any purpose whatsoever.  Neither party is granted any right or authority to assume or to create any obligation or responsibility, express or implied, on behalf of or in the name of the other party.  In fulfilling its obligations pursuant to this Agreement each party shall be acting as an independent contractor.

关系。此协议不能让其员工，代理或机构用于其他用途。此协议必须由独立合同订约人来履行。

17.2.  Assignment.  Neither party shall have the right to assign or otherwise transfer its rights and obligations under this Agreement except with the prior written consent of the other party; provided, however, SUPPLIER shall be entitled to assign any or all of its rights and obligations hereunder to any of its subsidiaries, provided that SUPPLIER shall remain fully liable for the performance of all its obligations hereunder; and further provided that a successor in interest by merger, by operation of law, assignment, purchase or otherwise of the entire business of either party shall acquire all rights and obligations of such party hereunder.  Any prohibited assignment shall be null and void.

指派。无事先书面同意下，任何一方不许指派给第三方转让其权利与责任。

13



17.3. <u>Notices</u>. Notices permitted or required to be given hereunder shall be deemed sufficient if given by registered or certified mail, postage prepaid, return receipt requested, addressed to the respective addresses of the parties as first above written or at such other addresses as the respective parties may designate by like notice from time to time. Notices so given shall be effective upon (a) receipt by the party to which notice is given, or (b) on the fourteenth (14th) day following the date such notice was posted, whichever occurs first.

通知。通知要认为是有效力的，必须是有认证过的邮箱或者是邮资已付，需要回执寄到指定地址。通知生效 (a) 收到收条；或者(b) 通知发出 14 天后。

17.4. <u>ENTIRE AGREEMENT</u>. THIS AGREEMENT, INCLUDING EXHIBITS I THROUGH VI ATTACHED HERETO AND INCORPORATED AS AN INTEGRAL PART OF THIS AGREEMENT, CONSTITUTES THE ENTIRE AGREEMENT OF THE PARTIES WITH RESPECT TO THE SUBJECT MATTER HEREOF, AND SUPERSEDES ALL PREVIOUS DISTRIBUTORSHIP AGREEMENTS BY AND BETWEEN SUPPLIER AND DISTRIBUTOR AS WELL AS ALL PROPOSALS, ORAL OR WRITTEN, AND ALL NEGOTIATIONS, CONVERSATIONS OR DISCUSSIONS HERETOFORE HAD BETWEEN THE PARTIES RELATED TO THIS AGREEMENT. DISTRIBUTOR ACKNOWLEDGES THAT IT HAS NOT BEEN INDUCED TO ENTER INTO THIS AGREEMENT BY ANY REPRESENTATIONS OR STATEMENTS, ORAL OR WRITTEN, NOT EXPRESSLY CONTAINED HEREIN.

17.4 完整协议。附件中的 EXHIBITS I 到 VI，加上协议主体为完整协议。

17.5. <u>Amendment</u>. This Agreement shall not be deemed or construed to be modified, amended, rescinded, cancelled or waived, in whole or in part, except by written amendment signed by the parties hereto.

17.5 补充协议。除非有书面补充协议，否则此协议不能用来修改，补充，废除，取消。

17.6. <u>Publicity</u>. This Agreement is confidential and no party shall issue press releases or engage in other types of publicity of any nature dealing with the commercial and legal details of this Agreement without the other party's prior written approval, which approval shall not be unreasonably withheld. However, approval of such disclosure shall be deemed to be given to the extent such disclosure is required to comply with governmental rules, regulations or other governmental requirements. In such event, the publishing party shall furnish a copy of such disclosure to the other party.

17.6 公开性。此协议是机密的。没有另一方的书面同意，另外一方不允许公开。

17.7. <u>Severability</u>. In the event that any of the terms of this Agreement are in conflict with any rule of law or statutory provision or are otherwise unenforceable under the laws or regulations of any government or subdivision thereof, such terms shall be deemed stricken from this Agreement, but such invalidity or unenforceability shall not invalidate any of the other terms of this Agreement and this Agreement shall continue in force, unless the invalidity or unenforceability of any such provisions hereof does substantial violence to, or where the invalid or unenforceable provisions comprise an integral part of, or are otherwise inseparable from, the remainder of this Agreement.

17.7 条款可分制性。当某条条款与政府法律相冲突时，某条条款进行作废。但这个协议还是继续发挥其效力。

17.8. <u>Counterparts</u>. This Agreement shall be executed in two or more counterparts in the English language, and each such counterpart shall be deemed an original hereof. In case of any conflict between the English version and any translated version of this Agreement, the English version shall govern.

17.8 其他版本。此英语版本将会被翻译成其他语言版本，在语言版本有冲突时，以英语版本为准；

14



17.9.  Waiver.  No failure by either party to take any action or assert any right hereunder shall be deemed to be a waiver of such right in the event of the continuation or repetition of the circumstances giving rise to such right.

17.9 弃权。在同样持续情况下，一方无任何行动视之为弃权。

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.
SIGNATURE PAGE(S) FOLLOW.

15



**IN WITNESS WHEREOF**, the parties have caused this Agreement to be executed on the date first above written. （自签名日起生效）

SUPPLIER

_Create New Technology_,

a ___HK___ corporation

By: _Fang_

       Name: _____

       Title: _____

DISTRIBUTOR

_YTC SUMMIT INTL' INC._,

a _CALIFORNIA_ corporation

By: _Steven Chen_     04-23-2014

       Name: _STEVEN CHEN_

       Title: _MANAGER_

Distribution Agreement Signature Page

EXHIBIT I

Products and Fees
产品和费用

**1.  Product Description**
产品描述
    1.1. TVpad, each unit is individually packed and sealed, 9" x 6" x 2.6" in Dimension, 2 lb weight.
       TVpad，单独包装和盖章，体积是 9" x 6" x 2.6"，重量是 2 lb (磅)
**2.  DISTRIBUTOR Services and Charges**
    分发商服务和费用
    2.1.  DISTRIBUTOR shall charge the SUPPLIER a flat fee of USD$4.0 for each address it processed, with shipping content of 1 to 5 units (including 5).
       分发商将收取每个地址固定的代发费用：4 美金，包括 1-5 台（含 5 台）。
    2.2.  DISTRIBUTOR shall charge the SUPPLIER a flat fee of USD$7.00 for each address it processed, with shipping content of five above.
       分发商将收取每个地址固定的代发费用：7 美金，5 台以上。
    2.3.  DISTRIBUTOR bill charges:  USD $25 per time.
       分发商的账单手续费：25 美金/次。
    2.4.  If the order is to be shipped by trucking, additional fee of USD$7.00 per pallet will be added for the use of each wood pallet.
       如果要上卡车的话，每批货需要加收 7 美金打板费用。
    2.5.  DISTRIBUTOR shall provide 800 cubic feet of free space for the SUPPLIER to store inventory, additional space used will be charged in increment of 67 cubic feet at USD$50.00 each per month.
       分发商将提供 800 立方英尺的免费仓储空间，如果需要额外空间，每 67 立方英尺需加收 50 美金/月。
    2.6 DISTRIBUTOR shall charge the SUPPLIER ocean freight when the SUPPLIER consolidated its product with DISTRIBUTOR Container in China, the charges shall be pro rated calculate based on its volume and total cost of the shipping charges and custom brokerage fee. The SUPPLIER shall be responsible for any and all duty and tax assessed by US Custom on SUPPLIER's products.
       如果供应商需要和分发商的产品拼仓一起海运到美国的时候，供应商需要支付海运费和海关佣金费。供应商海将承担所有的美国海关费用和税务费用。
    2.7  DISTRIBUTOR shall provide free of charge on processing returns by customers per SUPPLIERs' instruction.
       分发商根据供应商的指示提供免费的退货服务。
    2.8  DISTRIBUTOR shall ship all orders instructed by the SUPPLIER no later than 3 business days. And provide SUPPLIER with tracking number.
       分发商会在 3 个工作日以内进行订单派发并提供物流单号。
    2.9  DISTRIBUTOR will help SUPPLIER to obtain the same carriers rate that were extended to DISTRIBUTOR. DISTRIBUTOR shall use SUPPLIER's carrier account for all shipping. When shipping with USPS, DISTRIBUTOR shall use SUPPLIER's credit card as means of payment.
       分发商会帮助供应商获得与分发商一样的运输费率。分发商的所有派送都会用供应商的运输账号。当用美国邮政发货时，分发商会用供应商的信用卡进行结算。

Exhibit XVII

Steven Chen - YTC Summit

| | |
|---|---|
| **From:** | huangcf [huangcf@gvtv.com.cn] |
| **Sent:** | Wednesday, October 16, 2013 11:40 PM |
| **To:** | Steven Chen - YTC Summit |
| **Subject:** | 回复: delivery communication-CNT |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Steven,

您好，我们的建议是 1-5 台/单操作费为 4 美金。5 台以上按 7 美金收取。您看下我们是否可先按此约定试行，后续有须调整再说？

---------------

黄纯芳

Email:huangcf@gvtv.com.cn
Tel: ▓▓▓▓▓▓▓▓
Fax:0755-82079384
>Hi Steven,
>
>您好，我们也有 1-5 台每单不等的出货量，但是由于贵司的操作费，我们没把这部分订单给到您派送。也听张总说有跟您提到，是否在 1-5 台/单阶段，可调低操作费用。与您商量？
>
>目前我们每月 1-5 台/单的订单数约 600 单。
>
>若有任何疑问诸与我联系。谢谢！
>
>Fanny
>---------------
>黄纯芳
>
>Email:huangcf@gvtv.com.cn
>Tel: ▓▓▓▓▓▓▓
>
>Fax:0755-82079384

Plaintiff's Exhibit 11
Witness: Steven Chen
Date: July 15, 2015
(Shelly Storey, CSR 0932)

1

# QI CHUANG TECHNOLOGY

Plaintiff's Exhibit 15
Witness: Steven Chen
Date:  July 15, 2015
(Shelly Storey, CSR 3932)

CITY OCEAN INTERNATIONAL INC., (LOS ANGELES OFFICE)
1350 VALLEY VISTA DRIVE,2ND FLOORDIAMOND BAR,CA 91765
TEL:909 569 6968FAX:909 569 6969

# ARRIVAL NOTICE/FREIGHT INVOICE

| SHIPPER<br>CREATE NEW TECHNOLOGY(HK) LIMITED<br>Flat/RM 704 7/F bright way tower, 33 mong kok road,mong kok Hong Kong | REFERENCE NO<br>OILAX14041046 | DATE<br>04/24/2014 |
|---|---|---|
| | MASTER B/L NO<br>HJSCSZP435392600 | PREPARED BY<br>TINAHSIAO /909-569-6968 X 127<br>tina@cityocean.net |
| CONSIGNEE<br>YTC SUMMIT INTERNATIONAL INC.<br>12037 CLARK STREET, ARCADIA CA 91006<br>steven@ytcsummit.com<br>jennifer@ytcsummit.com;op@accordcustoms.com<br>,UNITED STATES<br>TEL:626 359 4801<br>FAX:626 359 4802 | HOUSE B/L NO<br>GZLAXND0197 | ISF NO<br>CTYO68638924160 |
| | AMS B/L NO<br>NAQAZLAX4910213V | CUSTOMER REF NO |
| NOTIFY PARTY | VESSEL & VOY NO<br>NYK ARTEMIS/0078E | |
| | PLACE OF RECEIPT | |
| | PORT OF LOADING<br>YANTIAN | ETD<br>04/17/2014 |
| | PORT OF DISCHARGE<br>LOS ANGELES,CA | ETA<br>05/01/2014 |
| BROKER<br>ACCORD CUSTOMS SERVICE<br>360 N. SEPULVEDA BL.107 EL EGUNDO CA 9024<br>op@accordcustoms.com,UNITED STATES<br>TEL:310 640 3455<br>FAX:310 640 0642 | PLACE OF DELIVERY<br>ARCADIA,CA | ETA<br>05/02/2014 |
| | FINAL DESTINATION<br>ARCADIA,CA | ETA<br>05/02/2014 |

| FREIGHT LOCATION    IMPERIAL CFS, INC (Z165) TEL:3107688188 | | AVAILABLE DATE | |
|---|---|---|---|
| CONTAINER RETURN LOCATION | LAST FREE DATE | | G.O.DATE |

| I.T.NO. | | DATE: | | PLACE: | |
|---|---|---|---|---|---|

| CONTAINER NO.<br>MARKS & NOS | NO.OF PKGA.<br>NO.OF CONT. | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| TCLU1145985  20GP | 90CTN | SET TOP BOX 90 CTNS=3 PALLETS | 1367.400KGS<br>3015.117LBS | 5.750CBM<br>203.180CFT |
| N/M | | | | |

EXPRESS RELEASE

DOOR-DOOR

| Remark: | Invoice NoOILAX14041046C | | | |
|---|---|---|---|---|
| 1. ALL ABOVE INFORMATION IS RELAYED TO YOU FROM OUR OVERSEAS BY OUR COMPANY ACTING.AS THEIR RECEIVING OFFICE. | Description Of Charges | Prepaid | Collect | Cur. |
| 2. THE RELEASE OF ABOVE FREIGHT WILL ONLY BE 24-48 HRS AFTER / UPON THE RECEIPT OF YOUR FULL PAYMENT OF ABOVE CHARGES AND PROPERLY ENDOSED BILL OF LADING. PLEASE MAKE PAYMENT PAYBLE TO " CITY OCEAN INTERNATIONAL INC." | CHASSIS USAGE CHARGE | | 11.50 | USD |
| | PIERPASS | | 34.50 | USD |
| 3. PLEASE ARRANGE PICK UP OF YOUR FREIGHT AND RETURN OF CONTAINER WITHIN THE FREE-TIME. OTHERWISE YOU SHALL BE RESPONSIBLE FOR ANY CHARGES TO BE IMPOSED BY CARRIER OR WAREHOUSE. | CLEAN TRUCK FEE | | 17.25 | USD |
| 4. PLEASE CALL TERMINAL TO CONFIRM  DATE/LOCATION OF CARGO AVAILABILITY PRIOR AS CHANGES MAY OCCUR BEYOND OUR CONTROL. | | | | |
| 5. THE IMPORTERS OR THEIR CUSTOMS BROKER ARE RESPONSIBLE FOR CONTACTING WITH THE US. CUSTOMS FOR THE EXAM RELATED ISSUES AND PAYING THE FEES | | | | |
| 6. EFFCTIVE ON 7/23/05, ALL IMPORTERS ARE REQUIRED TO PAY TMF CHGES $50/20' & $100/40' OR H AT LONG | TOTAL AMOUNT | | 63.25 | USD |

**YTC SUMMIT INTERNATIONAL, INC.**

17071

Vendor ID: 9095696968 CITY OCEAN INT'L IN          Paid Date: 4/28/2014          Amount: $63.25

| Vendor Inv. | Inv Date | ApplyAmt | DiscAmt | ApplyAcct | | ApplyAmt |
|---|---|---|---|---|---|---|
| | | 63.25 | 0.00 | 5030 | Custom, Duties & Freight | 63.25 |

PRODUCT DLM102     USE WITH 91500 ENVELOPE                    PRINTED IN U.S.A.          A

A   ⊛   182  B09D3C  AVKDK04  01/28/2014 07:41

Jennifer Chen - YTC Summit

| From: | duy <duy@sh-ykkj.com> |
|---|---|
| Sent: | Thursday, May 08, 2014 3:36 AM |
| To: | Jennifer |
| Cc: | steven; huangcf; shant |
| Subject: | ??: ??: YTC? |
| Attachments: | IMG_20140506_093307_hdr.jpg; IMG_20140506_093337_hdr.jpg; IMG_20140506_100301_hdr.jpg; IMG_20140506_100317_hdr.jpg; IMG_20140506_100421_hdr.jpg |

HI Jennifer

200 pieces of remote and 4800 pieces of TF cards (total 3 boxes) was sent off on May 6th through DHL, tracking number is 9610868724. And is expected to arrive on May 9th. Enclosure is the Packing Picture for TF cards. Please check carefully when receiving the boxes to see if it has been opened. And please check the amount at the first time. Please inform us if there is any problems.

thank you!

| 物料号<br>Material No. | 货物名称<br>Description | 数量<br>Quantity | 箱 数<br>Ge.Grate |
|---|---|---|---|
| 336.2064-501 | 遥控器（remotecontrol） | 100 | |
| 336.2064-501 | 遥控器（remotecontrol） | 100 | 3 |
| 830.4192-501 | TF卡（TF card） | 4800 | |

Best regards
-----------------------

杜银
ADD.：深圳市南山区科苑大道西高新工业村虚拟大学园 R2－A 栋北门
PO：518057
TEL:86-755-82077971-257
FAX:86-755-82078617          Mob.:13530976467
E-MAIL: duy@sh-ykkj.com    Q Q:223110741

本邮件及其附件含有我司的保密信息；仅限于发送给上面地址中列出的个人或群组。禁止任何其他人以任何形式使用（包括但不限于全部或部分地泄露、复制、或散发）本邮件中的信息。如果您错收了本邮件，请您立即电话或邮件通知发件人并删除本邮件！
This e-mail and its attachments contain confidential information from ShenZhen GreatVision Network Technology Co.,Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way(including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or emailimmediately and delete it!

发件人：duy

1

| Shipper: Create New E-commerce(SZ) Co.,Ltd | Commercial Invoice |
|---|---|

Virtual Universily Park of Hi-Tech Ind Park,Gao Xin South Road NO.4,Shen Zhen,China

Contact Name:      Li Ping Chen

Phone:                  075582077971 240

| Ship To: | | |
|---|---|---|
| 12037 Clark St.Arcadia, CA 91006.USA -USA | Date | 2014-05-06 |
| | Invoice Number: | CHG000145 |
| Contact Name:   YTC Summit International, Inc. -Jennifer Chen | Number of Pieces: | 3 |
| Phone:            626-359-4801 | Remark: | |
| Postal code:     91006 | | |

| Description of Goods | Quantity | HS Tariff Code | Country of Origin | Unit Weight （KGS） | Total Weight （KGS） | Unit Value （USD） | Total Value （USD） |
|---|---|---|---|---|---|---|---|
| remote control | 200 | 336.2864·501 | China | 0.06 | 12.0 | 2.0 | 400.0 |
| TF card | 4800 | | China | 0.01 | 48.0 | 2.0 | 9600.0 |
| | | | Total Weight | 60.0 | Total Dec. Value | 10000.0 |
| | | | | | Freight Charges | 0 |
| | | | | | Insurance | 0 |
| | | | | | Other Charges | 0 |
| | | | | | Invoice Total | 10000.0 |

I/we hereby certify that the information on this invoice is ture andcorrect and that the contents of this shipment are as statedabove.

Name of company:      Create New E-commerce(SZ) Co.,Ltd          Signature: _____

**QI Chuang Technology:**

**UPS Account: 6V0067**

**USER ID: qichuang**

**PASSWORD: P@55W0RD**


**FEDEX Account: 322087373**

**USER ID: qichuang**

**PASSWORD: Pa55W0RD**


**Fanny email: huangcf@gvtv.com.cn**

**AP Cass Lu email: luph@gvtv.com.cn**

## Shipping - YTC Summit

**From:**          Tom Baker <tom.baker@fedex.com>
**Sent:**         Friday, January 17, 2014 7:46 AM
**To:**            shipping@ytcsummit.com
**Subject:**      RE: QI Chaung Technology cn: 322087373

Good morning Yvonne,

Still waiting for pricing which should be done today or Monday at the latest... I hope.

Once completed, I will need you to esign it.

Happy Friday and have a great weekend!

*USER ID: gichuang*
*Password: Pa55WORD*

Thank you!

Tom Baker
FedEx Services
Technical Support 877.339.2774| Cell 562.322.3633| Fax 870.414.9804
– – – – – – – – – – – – – – –
Need Assistance: LTL Freight Ground Commercial Home Delivery SmartPost Express Domestic International?
1-800-GO-FEDEX   http://www.fedex.com/us/customersupport/index.html

Download 2014 Service guide: http://images.fedex.com/us/services/pdf/Service_Guide_2014.pdf
Holiday Schedule 2014 http://www.fedex.com/us/service-guide/holiday-schedule.html

**From:** Tom Baker
**Sent:** Wednesday, January 15, 2014 8:18 AM
**To:** 'shipping@ytcsummit.com'
**Subject:** QI Chaung Technology cn: 322087373

Good morning Yvonne,

Your account number for QI has been established (above).

Pricing/discounts have not yet been loaded and should be added in 24-48hrs.

During this time, I will engage a tech to contact you by phone, add the new acct# and check for any other updates your FedEx software may need.

Once the tech loads it, if you see the discounted rates, let me know please.....

Thank you!

Tom Baker
FedEx Services
Technical Support 877.339.2774| Cell 562.322.3633| Fax 870.414.9804
– – – – – – – – – – – – – – –
Need Assistance: LTL Freight Ground Commercial Home Delivery SmartPost Express Domestic International?
1-800-GO-FEDEX   http://www.fedex.com/us/customersupport/index.html



**Shipping - YTC Summit**

From:    customer.service@ups.com
Sent:    Wednesday, April 18, 2012 4:57 PM
To:      shipping@ytcsummit.com
Subject: UPS PDF Invoice

*K.c.*
*866-248-7643*
*ext. 2097.*

YVONNE,

Thank you for your interest in UPS PDF Invoice. UPS PDF Invoice is an electronic version of your traditional UPS paper bill. You will get the same detailed information you receive on a paper invoice within a convenient PDF document that is easy to view, save, and share. If you need to print, save paper by printing only the pages you need.

You will be sent an e-mail when a new invoice is ready to view online, which is days earlier than you would receive a paper invoice. Once you sign up and everytime you log in, you will see your most recent invoice and up to one year of historical invoices.

Click here to sign up for UPS PDF Invoice. If you do not already have a My UPS ID, click on the *Register* link found on the right side of the log in section.

After you have entered your log in information, enter the account number you wish to enroll in UPS PDF Invoice. You will be asked to authenticate your account using information from a recent invoice. Once authenticated, you can select from the available options on the screen and then submit your request.

For a visual walkthrough of how to sign up, see our Step by Step instructions.

Feel free to respond to this e-mail if you have any other questions. We will be happy to help you get started.

Sincerely,

MICHELLE

*USER ID gichuang*
*password P@55w0rd    P@55W0RD.*

04/18/12

fCustBal                                                          8/16/2013

| CustID | InvNo | InvDate | InvAmt | DueDate | OverDue | Bal |
|---|---|---|---|---|---|---|
| 7145214740 | 1128753 | 7/30/2013 | 607.92 | 8/29/2013 | | 607.92 |
| 7145214740 | 1128649 | 7/25/2013 | 1,124.82 | 8/24/2013 | | 1,124.82 |
| 7145214740 | 1127037 | 5/15/2013 | 2,002.22 | 6/14/2013 | *** | 38.28 |
| 7145214740 | 1126769 | 5/6/2013 | 2,278.30 | 6/5/2013 | *** | -19.13 |
| 7145214740 | 1117634 | 6/11/2012 | 1,072.51 | 7/11/2012 | *** | -76.92 |
| 7145214740 | 1116054 | 4/5/2012 | 894.14 | 5/5/2012 | *** | -8.50 |
| 7145214740 | 1115940 | 4/3/2012 | 974.16 | 5/3/2012 | *** | -9.34 |
| 7145214740 | 1113683 | 1/9/2012 | 660.42 | 2/8/2012 | *** | -6.38 |
| 7145214740 | 1099985 | 9/9/2010 | 475.14 | 10/9/2010 | *** | -35.70 |
| 7145214740 | 1097316 | 6/2/2010 | 289.77 | 7/2/2010 | *** | -8.07 |

Steven Chen - YTC Summit

**From:** pablohernandez@ups.com
**Sent:** Friday, March 09, 2012 4:38 PM
**To:** steven@ytcsummit.com; shipping@ytcsummit.com
**Cc:** ltoyoshima@ups.com
**Subject:** FW: YTC Summit New account CIN 2012 Final.xls [Request: 120308-022422]

Steven,

Below is the new UPS account number for that you requested.  Please have Annie call him to have it setup on credit card pay on Monday.  1-866-651-7638 - UPS Credit Support Group.

Once this has been completed, then we can add this new account number to your current pricing agreement.  Please let me know as soon as it has been completed.

Sincerely,

Pablo Hernandez| Senior Account Manager | UPS | Worldwide Services | UPS Preferred Team 800.377.4877 |
626.712.3461 Cell | pablohernandez@ups.com

**Sent:** Friday, March 09, 2012 6:24 AM
**To:** Hernandez Pablo (sec1peh)
**Subject:** YTC Summit New account CIN 2012 Final.xls [Request: 120308-022422]



| Subject |
| --- |
| YTC Summit New account CIN 2012 Final.xls |

| Response(Carolyn S.) | 03/09/2012 09:24 AM |
| --- | --- |

Dear Paul,

Thank you for your inquiry. I have established a new UPS account number per your request. Our customer's new account number is 0V0067. 

They may begin using their new account within the next two business days.

Carolyn S.
UPS Field Support Group

*Zm@gvtv.com.cn.*



| Auto-Response | 03/08/2012 06:15 PM |
| --- | --- |

1



# THE TOPOCEAN GROUP
## TOPOCEAN CONSOLIDATION SERVICES INC.

2727 WORKMAN MILL RD, INDUSTRY, CA 90601   TEL: 562-908-1688   FAX: 562-908-1699

| | |
|---|---|
| Customer : | **YTC SUMMIT** |
| | **12037 Clark Street** |
| | **Arcadia, CA 91006** |
| TEL : | **626-359-4801** |
| FAX : | **626-359-8031** |
| ATTN : | **Steven** |
| E-MAIL : | steven@ytcsummit.com |

Date: 12/28/2007 SWF

*COSTCO*

*1530 / 2030 / 2180*

Dear Steven,
Please review the following rates that we're offering

| OCEAN SHIPMENTS | | | | | | COMM:  HOME DECORATION | |

**PORT OF ORIGIN:** Yantian / Hong Kong

| DESTINATIONS | | LCL | 20' | 40' | HQ' | CARRIERS | T/T |
|---|---|---|---|---|---|---|---|
| Arcadia, CA | DOOR | | $  1,475 | $  1,850 | $  1,900 | Maersk / NYK | 13 Days |
| | | | $    160 | $    200 | $    225 | | |

| Shipping Info | | CFS | CY | ETD | ETA-LAX | | |
|---|---|---|---|---|---|---|---|
| Maersk | | Fri | Mon | Wed | Tues | | |
| NYK | | Wed | Sat | Sun | Fri | | |

**PORT OF ORIGIN:** TAIWAN

| DESTINATIONS | | LCL | 20' | 40' | HQ' | CARRIERS | T/T |
|---|---|---|---|---|---|---|---|
| Long Beach, CA | DOOR | $50/CBM | | | | OOCL | 11 Days |

| Shipping Info | | CFS | CY | ETD | ETA-LAX | | |
|---|---|---|---|---|---|---|---|
| OOCL | | Thur | | Tue | Sat | | |

**NOTES:**
**1/ Above rates are subject to:**
  EBS (Emergency Bunker Recovery Surcharge) will be imposed as following.
  Maersk :      $160.00/20', $200.00/40' & $225.00/HC effective 1/1/2008.
  NYK :          $160.00/20', $200.00/40' & $225.00/HC effective 1/1/2008.

**3/ Above rates are SUBJECT to below: (if needed)**
  Document Service Charge: WAIVED
  Customs Entry Fee: $85 per entry
  Duty Fee: At cost
  Pierpass TMF: $50/20', $100/40'-HQ
  Exam Fee (if applicable): At cost
  Marine Insurance: Available at $4 per $1000 in commercial value

**4/ C-TPAT**
Topocean has a custom compliance officer who works directly with Topocean
and we can assist any C-TPAT services that is needed.

**5/ Software**
Topocean uses a special system called Freight Gate that helps control the
many carrier contracts Topocean signs every year.  The function enhances
during rate changes from carrier contractual amendments.

**Topocean branch offices In Asia**

| | | | |
|---|---|---|---|
| Topocean Shenzhen / Yantian | Tel: | 86 755 8367-6460 | Issac Fung |
| Topocean Hong Kong | Tel: | 852 2581-2881 | Felix Wu |
| Topocean Taiwan | Tel: | 02 2523 6899 | Alice Chen |

http://www.topocean.com/Directory/BranchDirectory.htm

Sincerely,

| | | | | |
|---|---|---|---|---|
| Jeffrey Tsang | General Manager | jeffrey@topocean.com | 562-908-2868 | x 102 |
| Sam Fong | Account Executive | sam@topocean.com | 562-908-2868 | x 150 |













JAN

FEB

 /26/2015 Incoming Wire Transfer

CHIPS CREDIT VIA: HSBC BANK USA, N.A./0108 B/O: CREATE NEW TECHNOLOGY (HK) LIMITED UANGDONG CHINA ID                                                                                        $340.9





If you wish to print your own barcode stickers or are printing a barcode directly onto a product (for example, a notebook), please email Artur, Olive or the relevant buyer who will advise the 13 digit barcode number to use.

If the product has an existing barcode, for example, a board game where a barcode is printed on the box, please email Artur or Olive, as above, the 13 digit barcode number and they will add this to our system.

If you have any queries regarding barcodes, please contact Artur, Olive or the relevant Buyer for clarification.

- **Documentation and Carton Labels**

All deliveries **MUST** be accompanied by a delivery note. This must be clearly visible inside the top of the carton and labeled 'Delivery Note'. All cartons should show what part of the consignment they are for instance, box 1 or 10 etc, and a contents list showing the product code contained within must be shown on two sides of the box itemizing the following information.

- Your company name
- The BMCo purchase order number and product code. For further details please telephone Artur Kibilda on + 44 (0) 20 3073 4920or email him on AKibilda@britishmuseum.org
- Quantity contained in the carton
- The number of boxes in the consignment (box 5 or 12 etc)

Example of outer carton label:

| | |
|---|---|
| Supplier | |
| PO Number | |
| Product Code | |
| Inner Pack Size | |
| Total Quantity  in Carton | |
| Box Number | |

- **Packing**

All products must be securely packed to ensure that they arrive in good condition.

# YTC SUMMIT INTERNATIONAL INC.

12037 Clark Street
Arcadia, CA 91006

Phone:  (626) 359-4801
Fax:    (626) 359-8031
Email:  jennifer@ytcsummit.com

## STATEMENT

Statement #:  111
Date:  March 10, 2015
Customer ID:  QI CHUANG TECHNOLOGY

Bill To:  QI CHUANG TECHNOLOGY
Shengzhen, China

| Date | Type | Invoice # | Description | Amount | Payment | Balance |
|------|------|-----------|-------------|--------|---------|---------|
| 01/27/15 | AR | | WIRE RECEIVED | | $ 857.58 | $ - |
| 02/23/15 | CUSTOMS | 0315521 | 152 CTN, CUSTOMS DUTY | $ 299.99 | | $ 299.99 |
| 02/28/15 | SHIPMENT | 0DD06V0067095 | UPS WEEKLY STATEMENT | $ 28.92 | | $ 28.92 |
| 02/28/15 | FEES | 3 SHIPMENTS | YTC HANDLING FEES | $ 12.00 | | $ 12.00 |
| 02/28/15 | BANK CHARGE | | | $ 25.00 | | $ 25.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total Amount Due: | $ 365.91 |

BANKING INFORMATION:

Beneficiary:  YTC SUMMIT INTERNATIONAL INC.

Beneficiary Acct # ████████████████

Beneficiary Bank: JP Morgan Chase Bank

Address:  700 W. Huntington Dr

Arcadia, CA 91007

SWIFT NO:  CHA5US33

Routing Number: ████████████



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **February 28, 2015** |
| Invoice number | **00006V0067095** |
| Shipper number | **6V0067** |
| Control ID | **36P4** |
| Page 1 of 3 | |



0392A00006V00674

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

Sign up for electronic billing today!
Visit ups.com/billing

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

**Thank you for using UPS.**

### Incentive Savings

| | |
|---|---|
| Total incentive savings this period | $ 6.69 |

Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 28.92 |
| Amount Outstanding (prior invoices) | $ 0.00 |
| Total Amount Outstanding | $ 28.92 |

### Questions about your charges?

To get a better understanding of the charges on your invoice,
visit our invoice guide and glossary of billing charges at
ups.com/invoiceguide.

### Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS WorldShip | $ 28.92 |
| **Amount due this period** | | **$ 28.92** |

UPS payment terms require payment of this bill by March 9, 2015.

Payments received late are subject to a late payment fee of 6% of
the Amount Due This Period. (see Tariff/Terms and Conditions of
Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at
ups.com. The published fuel surcharge is 6.50% for UPS Ground
Services and 5.0% for UPS Air Services, UPS 3 Day Select, and
International services. For more information, visit ups.com.*



- - - - - Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips. - - - - -



**UPS** *Return Portion*

| | |
|---|---|
| Invoice Date | **February 28, 2015** |
| Invoice Number | **00006V0067095** |
| Shipper Number | **6V0067** |

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

| | |
|---|---|
| Amount due this period | $ 28.92 |
| Amount enclosed | |

If this billing address is incorrect, mark an "X" in this box and
make the appropriate changes above.

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

6V0067 9 022815 0392 1 00000028920 4

## Sales - YTC Summit

| | |
|---|---|
| **From:** | David Russo <purchasing@unbeatablesale.com> |
| **Sent:** | Thursday, March 5, 2015 7:59 AM |
| **To:** | sales@ytcsummit.com |
| **Subject:** | Drop Ship P/O# 3522323 from UnbeatableSale Inc. |

PURCHASE ORDER #: 3522323    ORDER DATE: 5-Mar-2015

ISSUED TO: YTC Summit Intl  (#)
BILL TO: UnbeatableSale Inc.

SHIP TO:

Matthew Elliott, PO#3522323
1331 E. Sammy Lane
Springfield MO  65804
4178810245   US

-------------------- ITEM: --------------------

QTY: 1    SKU: 7779    COST: $6.00

PRODUCT: YTC Summit 7779 RED DRAGON ON ROCK, C-36

------------- SHIPPING INSTRUCTIONS: -----------

*** GROUND ***

*GROUND & AIR SHIPMENTS: UPS Account # RE9800.  Include PO# on Reference Line #1 or #2.
**PO Box, APO, FPO, HI, AK, PR, VI:  US MAIL.  MUST be shipped with Tracking Confirmation.
***LTL Setup: Email details to: Freight@unbeatablesale.com / Tel. 732-662-6676 / Fax. 732-363-4888.
Note: Non LTL shipping charges exceeding $50 must be confirmed.

OTHER INSTRUCTIONS:

1. Email Tracking numbers to: Tracking@UnbeatableSale.com.
2. Notify and provide ETA for back orders; suggest substitute for discontinued items.
3. Insure packages valued over $150.
4. Do NOT include your invoice in the package.
Email To: Invoices@UnbeatableSale.com
Or Mail To: UnbeatableSale.com, Inc.  195 Lehigh Ave Ste 5  Lakewood NJ 08701
5. By accepting this PO you agree to the Unbeatablesale Supplier Terms and Conditions located at:
http://site.unbeatablesale.com/sup_tac.htm
6. Please include below PACKING SLIP in the package.

1

CITY OCEAN INTERNATIONAL INC., (LOS ANGELES OFFICE)
1350 VALLEY VISTA DRIVE,2ND FLOORDIAMOND BAR,CA 91765
TEL:909 569 6968FAX:909 569 6969

# ARRIVAL NOTICE/FREIGHT INVOICE

| SHIPPER | REFERENCE NO | DATE |
|---|---|---|
| CREATE NEW TECHNOLOGY(HK)LIMITED<br>ROOM D 10/F TOWER A BILLION CENTRE 1 WANG KWONG ROAD KOWLOON BAY KL<br>ATTN: ERIC<br>TEL: 0755-82077971-854/13760316724 | OILAX15020279 | 02/12/2015 |
| | MASTER B/L NO<br>HJSCSZP4J2442400 | PREPARED BY<br>Natalie/001-909-569-6968-110<br>natalie@cityocean.net |

| CONSIGNEE | HOUSE B/L NO | ISF NO |
|---|---|---|
| CREATE NEW TECHNOLOGY(HK)LIMITED<br>ADD:12037 CLARK ST.<br>ARCADIA, CA. 91006,USA<br>ATTN:JENNIFER CHEN<br>TEL:626-359-4801<br>EMAIL:JENNIFER@YTCSUMMIT.COM<br>,UNITED STATES | GZLAXOA0357 | CTYO88091130038 |
| | AMS B/L NO<br>NAQAZLAX5850149V | CUSTOMER REF NO |

| NOTIFY PARTY | VESSEL & VOY NO<br>COSCO HARMONY/0022E | |
|---|---|---|
| | PLACE OF RECEIPT | |
| | PORT OF LOADING<br>YANTIAN | ETD<br>02/03/2015 |
| | PORT OF DISCHARGE<br>LOS ANGELES,CA | ETA<br>02/17/2015 |
| BROKER<br>PLEASE FAX THIS A/N TO YOUR BROKER DIRECTLY<br>UNITED STATES | PLACE OF DELIVERY<br>ARCADIA,CA | ETA<br>02/18/2015 |
| | FINAL DESTINATION<br>ARCADIA,CA | ETA<br>02/18/2015 |

| FREIGHT LOCATION    IMPERIAL CFS, INC (Z165) TEL:3107688188 | | AVAILABLE DATE |
|---|---|---|
| CONTAINER RETURN LOCATION | LAST FREE DATE | G.O.DATE |

| I.T.NO. | | DATE: | | PLACE: | | |
|---|---|---|---|---|---|---|
| CONTAINER NO.<br>MARKS & NOS | NO.OF PKGA.<br>NO.OF CONT. | DESCRIPTION OF PACKAGES & GOODS | | GROSS WEIGHT | | MEASUREMENT |
| TCLU1312655  40HP<br><br>N/M | 152CTN | SET TOP BOX FLYER POSTER<br>REMOTE CONTROL HDMI CABLE<br>7PACKAGES=152 CTNS | | 2236.000KGS<br>4930.380LBS | | 9.378CBM<br>331.378CFT |

EXPRESS RELEASE

CFS-DOOR

| Remark: | Invoice No: | | | |
|---|---|---|---|---|
| 1. ALL ABOVE INFORMATION IS RELAYED TO YOU FROM OUR OVERSEAS BY OUR COMPANY ACTING AS THEIR RECEIVING OFFICE.<br>2. THE RELEASE OF ABOVE FREIGHT WILL ONLY BE 24-48 HRS AFTER / UPON THE RECEIPT OF YOUR FULL PAYMENT OF ABOVE CHARGES AND PROPERLY ENDOSED BILL OF LADING. PLEASE MAKE PAYMENT PAYBLE TO " CITY OCEAN INTERNATIONAL INC.<br>3. PLEASE ARRANGE PICK UP OF YOUR FREIGHT AND RETURN OF CONTAINER WITHIN THE FREE-TIME. OTHERWISE YOU SHALL BE RESPONSIBLE FOR ANY CHARGES TO BE IMPOSED BY CARRIER OR WAREHOUSE.<br>4. PLEASE CALL TERMINAL TO CONFIRM  DATE/LOCATION OF CARGO AVAILABILITY PRIOR AS CHANGES MAY OCCUR BEYOND OUR CONTROL.<br>5. THE IMPORTERS OR THEIR CUSTOMS BROKER ARE RESPONSIBLE FOR CONTACTING WITH THE US. CUSTOMS FOR THE EXAM RELATED ISSUES AND PAYING THE FEES<br>6. EFFCTIVE ON 7/23/05, ALL IMPORTERS ARE REQUIRED TO PAY TMF CHGES $50/20' & $100/40' OR H AT LONG | Description Of Charges | Prepaid | Collect | Cur. |
| | | 0.0 | 0.0 | |

Shipper :

Create New Technology(HK)Limited

Add:Flat/RM 704 7/F bright way tower

   33 mong kok road,mong kok Hong Kong

Contact Name:   Eric

Phone:   82077971-854



**Commercial Invoice**

Ship To :

YTC Summit International, Inc.

Add:12037 Clark St.Arcadia, CA 91006.USA

Contact Name:   Jennifer Chen

Phone:   626-359-4801

Postal code:   91006

e-mail:

Date:   01/22/15

Invoice Number: GN20150122

Carton Quantity: 152

| Description of Goods | Quantity | | HS Tariff Code | Country of Origin | Unit Weight ( KGS ) | Total Weight ( KGS ) | Unit Value ( USD ) | Total Value ( USD ) |
|---|---|---|---|---|---|---|---|---|
| set top box | 3000 | sets | 8528712000 | china | 0.365 | 2200 | 15 | 45000 |
| Flyer | 3000 | sets | 49111010 | china | 0.008 | | 0.02 | 60 |
| Poster | 80 | sets | 49111010 | china | 0.07 | 36 | 0.02 | 1.6 |
| remote control | 60 | sets | 85437099.90 | china | 0.06 | | 1.17 | 70.2 |
| HDMI cable | 10 | sets | 85444911.00 | china | 0.06 | | 1.18 | 11.8 |
| | | | | | Total Weight | 2236 | Total Dec. Value | 45143.6 |
| | | | | | | | Freight Charges | |
| | | | | | | | Insurance | |
| | | | | | | | Other Charges | |
| | | | | | | | Invoice Total | 45143.6 |

I/we hereby certify that the information on this invoice is ture and correct
and that the contents of this shipment are as stated above.

Name of company :   Create New Technology(HK)Limited

signature :



**EXPORTER**

Create New Technology(HK)Limited

Add:ROOM D 10/F TOWER A BILLION CENTRE 1 WANG KWONG ROAD KOWLOON BAY KL

| Contact Name: | Eric |
| Phone: | 0755-82077971- |



PACKING LIST

**IMPORTER**

Create New Technology(HK)Limited

12037 Clark St.Arcadia, CA 91006.USA

| Contact Name: | Jennifer Chen |
| Phone: | 626-359-4801 |

| P/L DATE: | | 01/22/15 |
| INVOICE NO.: | | GN20150122 |
| INVOICE DATE: | | |
| CONTRACT NO.: | | |

| Letter of Credit No.: | | Date of Shipment: | | | | | |
| FROM: | CHINA | TO: | | | | USA | |

| Marks | Description of goods ; Commodity No. | Carton Quantity | Package | Quantity ( pcs ) | G.W ( kg ) | Meas. per carton (mm*mm*mm) |
|---|---|---|---|---|---|---|
| YTC CTN NO : 150/1-- YTC CTN NO : 150/150 | set top box | 150 | cartons | 3000 | 2200 | 0.435*0.32*0.3 3 |
| YTC CTN NO : 2/1 | Flyer | 1 | cartons | 3000 | 36 | 0.5*0.3S*0.3 |
| | Poster | | cartons | 80 | | |
| YTC CTN NO : 2/2 | remote control | 1 | cartons | 60 | | 0.38*0.22*0.3 |
| | HDMI cable | | cartons | 10 | | |
| | | | | | | |
| Total: | | 152ctns | | 6150pcs | 2236kg | 9.378m³ |

Exporter stamp an signature



**Nancy Tsai DBA Accord Customs Service**
**360 N Sepulveda Blvd #1015**
**El Segundo, CA 90245**
**T:310-640-3455 F:310-640-0642**
**E mail : info@accordcustoms.com**

# Invoice

Invoice No: 0315521
Invoice Date: 02/23/15

Bill To
CREATE NEW TECHNOLOGY (HK) LTD
ROOM D 10/F, TOWER A BILLION CTR
1 WANG KWONG ROAD
KOWLOON BAY, HONG KONG

| Payment Terms | | | |
|---|---|---|---|
| **Entry Number** DO2-0315521-6 | **Customer Reference No** | **Master B/L No** HJSC SZP4J2442400 | **House B/L No** NAQA ZLAX5850149V |
| **Manifest Quantity** 152 PKGS | **Gross Weight** 2,236 Kgs | **Commercial Description** SET TOP BOX FLYER POSTER REMOTE CONTROL | |
| **Arrival Date** 02/17/15 | **Carrier** HJSC HANJIN SHIPPING COMPANY LTD | | **Vessel Name** COSCO HARMONY |
| **Country of Export** China | | **Importer of Record** CREATE NEW TECHNOLOGY (HK) LTD | |
| **Containers** TCLU1312655 | | | |

| Description | Amount |
|---|---|
| ESTIMATED DUTY DEPOSIT | $214.99 |
| ENTRY:CONSUMPTION/FORMAL | $85.00 |
| **Total** | **$299.99** |

Notes
Duties and Fees of $214.99 are due by 02/27/15

PLS REVIEW ENTRY SUMMARY FOR DISCREPANCY. NOTIFY
BROKER WITHIN 8 DAYS OF INVOICE. CHANGES ARE NOT
ALLOWED AFTER 8 DAYS FROM INVOICE DATE. THANK YOU.
*************************************************************
NOTICE
1. IF YOU ARE THE IMPORTER OF RECORD, PAYMENT TO THE BROKER WILL
NOT RELIEVE YOU OF LIABILITY FOR CUSTOMS CHARGES, DUTIES, TAXES OR
OTHER DEBITS OWED CUSTOMS IN THE EVENT THE CHARGES ARE NOT PAID BY
THE BROKER, THEREFORE, IF YOU PAY BY CHECK, CUSTOMS CHARRGES MAY BE
PAID WITH A SEPARATE CHECK PAYABLE TO "US CUSTOMS AND BORDER
PROTECTION" WHICH SHALL BE DELIVERED TO CUSTOMS BY THE BROKER.
2. EXCEPT FOR CUSTOMS ENTRIES AND DUTIES, WE ARE INDEPENDENT
CONTRACTORS, THIS SUBMISSION OR INCOMPLETE OR INACCURATE INFORMATION
RELATED TO AN IMPORT ENTRY (INCLUDING DESCRIPTIONS, QUANTITIES,
WEIGHTS, PURCHASE PRICES, DISCOUNTS, COMMISSIONS, CHANGED SELLING
PRICES AT THE TIME OF EXPORTATION, ASSISTS, COUNTRY OF ORIGIN, ETC)
MAKES YOU LIABLE TO SEVER GOVERNMENTAL PENALTIES AND SANCTIONS, IN
THE EVENT THE INFORMATION FORWARDED TO US, OR WHICH ACCOMPANIED THE
SHIPMENT, DOES NOT ACCURATELY REFLECT THE ENTIRE TRANSACTION, IT IS
ESSENTIAL THAT YOU IMMEDIATLY NOTIFY US SO THAT WE CAN TAKE
CORRECTIVE ACTION.

PAPERLESS    Page 1
Form Approved OMB No. 1651-0022
EXP. 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY**

| 1. Filer Code/Entry No. DO2-0315521-6 | 2. Entry Type 01  ABI/A | 3. Summary Date 02/27/15  037 |
|---|---|---|
| 4. Surety No. 036 | 5. Bond Type 8 | 6. Port Code 2704 | 7. Entry Date 02/17/15 |

| 8. Importing Carrier COSCO HARMONY | 9. Mode of Transport 10 | 10. Country of Origin CN | 11. Import Date 02/17/15 |
|---|---|---|---|

| 12. B/L or AWB No. HJSC SZP4J2442400, ZLAX5850149V | 13. Manufacturer ID HKCRENEW707MON | 14. Exporting Country CN | 15. Export Date 02/03/15 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 57078 | 20. U.S. Port of Unlading 2704 |

| 21. Location of Goods/G.O. No. Z165 Voyage: 0022E | 22. Consignee No. 95-446816100 | 23. Importer No. 122704-08325 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| YTC SUMMIT INTERNATIONAL INC 12037 CLARK ST | CREATE NEW TECHNOLOGY (HK) LTD ROOM D 10/F, TOWER A BILLION CTR 1 WANG KWONG ROAD |
| Destination: CA        Customer Reference # OILAX15020279 City  ARCADIA               State CA  Zip 91006-5829 | City  KOWLOON BAY              State FN  Zip        HK |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars    Cents |
| | 152 PKGS | | | | | |
| 001 | COL.TV,N/VIDEO REC,SET W/COMM. 8528.71.2000 | 2,229 KG | 3,000.00 NO | $45,000 C $560 N | FREE | $0.00 |
| | 499 – Merchandise Processing Fee 501 – Harbor Maintenance Fee | | | | 0.3464% 0.1250% | $155.88 $56.25 |
| 002 | OTHR TRADE ADVERTISING MATERIA 4911.10.0080 | 3 KG | 3.00 KG | $60 C $1 N | FREE | $0.00 |
| | 499 – Merchandise Processing Fee 501 – Harbor Maintenance Fee | | | | 0.3464% 0.1250% | $0.21 $0.08 |
| 003 | POSTERS N/LITHOGRAPH ON PAPR 4911.91.4020 | 1 KG | 1.00 KG | $2 C $1 | FREE | $0.00 |

| Other Fee Summary for Block 39 499 - MPF      $156.38 501 - HMF      $56.43 Total Other Fees $ 212.81 | 35. Total Entered Value $ 45,143 | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| | | A. LIQ CODE | B. Ascertained Duty | 37. Duty        $2.18 |
| | REASON CODE | C. Ascertained Tax | 38. Tax |
| | | D. Ascertained Other | 39. Other        $212.81 |
| | | D. Ascertained Total | 40. Total        $214.99 |

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME                    TITLE N. TSAI DBA ACCORD CUSTOMS SERVICE | SIGNATURE | DATE 02/17/15 |
|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) NANCY TSAI DBA ACCORD CUSTOMS SERVICE 360 N SEPULVEDA BLVD #1015 EL SEGUNDO, CA 90245   310-640-3455 | 43. Broker/Importer File No. 0315521 / OILAX15020279 |

CBP Form 7501 (06/09)

PAPERLESS    Page 2
OMB No. 1651-0022
EXP. 10-31-2017

DEPARTMENT OF HOMELAND SECURITY    **ENTRY SUMMARY CONTINUATION SHEET**
U.S. Customs and Border Protection

1. Filer Code/Entry No.
DO2-0315521-6

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | | | | N | | | |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $0.01 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $0.00 |
| 004 | BOARDS ETC, <=1000V, OTHR,OTHR | | | | | | |
| | 8537.10.9070 | 3 KG | 60.00 NO | $70 C $1 | 2.7% | | $1.89 |
| | | | | N | | | |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $0.24 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $0.09 |
| 005 | CNDCTOR W/CNTR <=1000V, OTHER | | | | | | |
| | 8544.42.9090 | 1 KG | X | $11 C $1 | 2.6% | | $0.29 |
| | | | | N | | | |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $0.04 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $0.01 |
| | Totals for Invoice 1 | Invoice Value 45,143.00 USD | | +/- MMV | Exchange 1.00000 | Entered Value 45,143.00 USD | |

CBP Form 7501 (06/09)

MAR

| Date | Type | Description | Debit | Credit | Balance |
|------|------|-------------|-------|--------|---------|
| Pending | Incoming Wire Transfer | CHIPS CREDIT VIA HSBC BANK USA N.A./0108 B/O CREATE NEW TECHNOLOGY (HK) LIMITED UANGDONG CHINA 1 OF █████████████████████████ | | $2,754.63 | |





# YTC SUMMIT INTERNATIONAL INC.

12037 Clark Street
Arcadia, CA 91006

Phone:   (626) 359-4801
Fax:      (626) 359-8031
Email:    jennifer@ytcsummit.com

## STATEMENT

Statement #:  112
Date:        April 2, 2015
Customer ID:  QI CHUANG TECHNOLOGY

Bill To:   QI CHUANG TECHNOLOGY
          Shengzhen, China

| Date | Type | Invoice # | Description | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| 03/26/15 | AR | | WIRE RECEIVED | | $ 340.91 | $ - |
| 03/02/15 | CUSTOMS | D05869324 | 10 CTN, DHL CUSTOMS DUTY | $ 32.00 | | $ 32.00 |
| 03/09/15 | CUSTOMS | 0315861 | 101 CTN | $ 226.61 | | $ 226.61 |
| 03/07/15 | SHIPMENT | 00006V0067105 | UPS WEEKLY STATEMENT | $ 388.87 | | $ 388.87 |
| 03/07/15 | FEES | 32 SHIPMENTS | YTC HANDLING FEES | $ 128.00 | | $ 128.00 |
| 03/14/15 | SHIPMENT | 00006V006711S | UPS WEEKLY STATEMENT | $ 482.02 | | $ 482.02 |
| 03/14/15 | FEES | 14 SHIPMENTS | UPS HANDLING FEES | $ 68.00 | | $ 68.00 |
| 03/21/15 | SHIPMENT | 00006V0067125 | UPS WEEKLY STATEMENT | $ 831.45 | | $ 831.4S |
| 03/21/15 | FEES | 10 SHIPMENTS | UPS HANDLING FEES | $ 46.00 | | $ 46.00 |
| 03/28/15 | SHIPMENT | 00006V0067135 | UPS WEEKLY STATEMENT | $ 436.68 | | $ 436.68 |
| 03/28/15 | FEES | 28 SHIPMENTS | UPS HANDLING FEES | $ 115.00 | | $ 115.00 |
| 02/28/15 | BANK CHARGE | | | $ 25.00 | | $ 25.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total Amount Due: | $ 2,779.63 |

BANKING INFORMATION:

Beneficiary:   YTC SUMMIT INTERNATIONAL INC.

Beneficiary Acct # ▮▮▮▮▮▮▮▮▮▮

Beneficiary Bank: JP Morgan Chase Bank

Address:     700 W. Huntington Dr
          Arcadia, CA 91007

SWIFT NO:    CHASUS33

Routing Number: ▮▮▮▮▮▮▮▮▮



 

DHL EXPRESS USA, INC.
16416 Northchase Dr.
Houston, TX 77060

# CUSTOMS DUTY INVOICE

JENNIFER CHEN
YTC SUMMIT INTERNATIONAL INC
12037 CLARK ST

ARCADIA CA 91006

| | | |
|---|---|---|
| ACCOUNT NO | : | 965290876 |
| INVOICE NO | : | D05869324 |
| AWB NO | : | 1523082046 |
| INVOICE DATE | : | 03/02/2015 |
| PAYMENT DUE DATE | : | 03/09/2015 |

## SHIPMENTS DETAILS

ORG            : SZX                                          CONTENT : SETTOP BOX
ENTRY #        : AEK-08216340
ENTRY DATE     : 02/14/2015           SHIPPERS REF    :
WGHT           : 140.00 KGS           NO. PIECES      : 10
SHIPPER        : ERIC,LANHUA AVE,FUTIAN FREE TRADE ZONE,SHENZHEN,CHINA,GUANGDONG,
RECEIVER       : YTC SUMMIT INTERNATIONAL INC,12037 CLARK ST.ARCADIA, CA
IMPORTER OF RECORD : US

## BILLING DETAILS

| HTS: | DUTY% | ITEM VALUE | QTY | AMT | | | |
|---|---|---|---|---|---|---|---|
| 8528.71.2000 | 0.00% | 3000.00 | 200.00 | 0.00 | PAYMENT DEFERMENT | $ | 7.00 |
| 8528.71.2000 | 0.00% | 3000.00 | 0.00 | 0.00 | MERCHANDISE PROCESSING | $ | 25.00 |
| 8528.71.2000 | 0.00% | 3000.00 | 0.00 | 0.00 | | | |

ENTRY TYPE     : N/A
HAWB NOS       :

For online access to DHL account & support documents.
Link to ezybill4u.dhl.com to access the EZYBILL website.
Please follow the registration/login instructions provided.
For information on EZYBILL please contact: 1-800-722-0081

PLEASE PAY THIS AMOUNTUSD: $     32.00

REMIT TO: DHL Express - USA,16592 Collections Center Drive,CHICAGO IL  60693          CUSTOMS BROKER LICENSE# 21325

PG NO:2

**Regulatory Notification:**

CFR Sec. 111.29(b) Notice to client of method of payment— If you are the importor of record, payment to the broker will not relieve you of liability for customs charges (duties, taxes, or other debts owed CBP) in the event the charges are not paid by the broker. Therefore, if you pay by check, customs charges may be paid with a separate check payable to the "U.S. Customs and Border Protection" which will be delivered to CBP by the broker.

**DHL Terms & Conditions:**

This order is subject to the following terms and conditions. All shipments to or from the Customer, which term shall include the exporter, importer, sender, receiver, owner, consignor, consignee, transferor, or transferee of the shipments, will be handled by the forwarder and/or custom broker handling this shipment (hereinafter called the "Company") on the following terms and conditions:

1. Choosing Routes or Agents. Unless express instructions in writing are received from the Customer, the Company has complete freedom in choosing the means, route and procedure to be followed in the handling, transportation and delivery of the goods. Advice by the Company to the Customer that particular person or firm has been selected to render services with respect to the goods shall not be construed to mean that the Company warrants or represents that such person or firm will render such services.

2. Quotations Not Binding. Quotations as to fees, rates of duty, freight charges, insurance premiums, or other charges given by the Company to the Customer are for informational purposes only and are subject to change without notice and shall not under any circumstances be binding upon the Company unless the Company in writing specifically undertakes the handling or transportation of the shipment at a specific rate.

3. Duty to Furnish Information.(a) On an import at a reasonable time prior to entering the goods for U.S. Customs and Border Protection, the customer shall furnish to the Company invoices in proper form and other documents necessary or useful in the preparation of the U.S. Customs and Border Protection entry and also such further information as may be sufficient to establish the dutiable value, the classification, and admissibility pursuant to U.S. law or regulation if the Customer fails in a timely manner to furnish such information or documents, in whole or in part, as may be required to complete U.S. Customs and Border Protection entry, or if the information or documents furnished is inaccurate or incomplete, the Company shall be obligated only to use its best judgment in connection with the shipment. Where a bond is required by U.S. Customs and Border Protection to be given for the production of any document or the performance of any act, the customer shall be deemed bound by the terms of the bond notwithstanding the fact that the bond has been executed by the Company as principal, it being understood that the Company entered into such undertaking at the instance and on behalf of the Customer, and the Customer shall indemnify and hold the Company harmless for the consequences of any breach of the terms of the bond. (b) On an export at a reasonable time prior to the exportation of the shipment, the Customer shall furnish to the Company the commercial invoice in proper form and number, a proper consular declaration, weights, measures, values, and other information in the language of and as may be required by the laws and regulations of the U.S. and the country of destination of the goods. (c)On an export or import, the Company shall not in any way be responsible or liable for increased duty, penalty, fine, or expense unless caused by the negligence or other fault of the Company. The Customer shall be bound by and warrant the accuracy of all invoices, documents, and information furnished to the Company by the Customer or its agent for export, entry, or other purposes and the Customer agrees to indemnify and hold harmless the Company against any increased duty, penalty, fine, or expense, including attorneys fees, resulting from any inaccuracy or omission or any failure to make timely presentation, even if not due to any negligence of the Customer.

4. Presenting Claims. In no event shall the Company be liable for any act, omission, or default by it in connection with an exportation or importation, unless a claim therefore shall be presented to it at its office within one hundred eighty (180) days from date of exportation or importation of the goods in a written statement to which sworn proof of claim shall be attached. No suit to recover for any claim or demand hereunder shall in any event be maintained against the Company unless instituted within six (6) months after presentation of the said claim, as above provided. No agent or employee of the Company shall have authority to alter or waive any of the provisions of this clause.

5. Liability of Company. It is agreed that any claim or demand for loss, damage, expense, or delay shall be only against the carriers, truckmen, lightermen, forwarders, customs brokers, agents, warehousemen, and others in whose actual custody or control the goods may be at the time of such loss, damage, expense, or delay, and that the Company shall not be liable or responsible for any claim or demand from any case whatsoever, unless in such case the goods were in the actual custody or control of the Company and the damages alleged to have been suffered be proven to be caused by the negligence or other fault of the Company, its officers, or employees. The Company shall not in any circumstances be liable for damages arising from loss of profit.

6. Advancing Money. The Company shall not be obliged to incur any expense, guarantee payment or advance any money in connection with the importing, forwarding, transporting, insuring, storing, or reopening of the goods, unless the same is previously provided to the Company by the Customer on demand. The Company shall be under no obligation to advance freight charges, customs duties, or taxes on any shipment, nor shall any advance by the Company be construed as a waiver of the provisions hereof.

7. Indemnification for Freight, Duties. In the event that a carrier, other person, or any governmental agency makes a claim or institutes legal action against the Company to ocean or other freight, duties, fines, penalties, liquidated damages, or other money due arising from a shipment of goods of the Customer, the Customer agrees to indemnify and hold harmless the Company for any amount the Company may be required to pay such carrier, other person, or governmental agency together with reasonable expenses, including attorney fees, incurred by the Company in connection with defending such claim or legal action and obtaining reimbursement from the Customer. The confiscation or detention of the goods by any governmental authority shall not affect or diminish the liability of the Customer to the Company to pay all charges or other money due promptly on demand.

8. Sale of Perishable Goods. Perishable goods or live animals to be imported or which are cleared through customs concerning which no instructions for disposition are furnished by the Customer may be sold or otherwise disposed of without any notice to the Customer, owner, or consignee of the goods, and payment or tender of the net proceeds of any sale after deduction of charges shall be equivalent to delivery. In the event that any shipment is refused or remains unclaimed at destination or any transshipping point in the course of transit or is returned for any reason, the Customer shall nevertheless pay the Company for all charges and expenses in connection therewith. Nothing herein contained shall obligate the Company to forward or enter or clear the goods or arrange for their disposal.

9. C.O.D. Shipments. Goods received with Customer's or other person's instructions to "Collect on Delivery" (C.O.D.) by drafts or otherwise, or to collect on any specified terms by time drafts or otherwise, are accepted by the Company only upon the express understanding that it will exercise reasonable care in the selection of a bank, correspondent carrier, or agent to whom it will send such item for collection, and the Company will not be responsible for any act, omission, default, suspension, or insolvency or want of care, negligence, or fault of such bank, correspondent, carrier, or agent, nor for any delay in remittance lost in exchange or loss during transmission, or while in the course of collection.

10. General Lien on Any Property. The Company shall have a general lien on any and all property (and documents relating thereto) of the Customer, in its possession, custody, or control or en route, for all claims for charges, expenses, or advances incurred by the Company in connection with any shipments of the Customer, and if such claim remains unsatisfied for thirty (30) days after demand for its payment is made, the Company may sell at public auction or private sale, upon ten (10) days written notice registered mail (R.R.R.) to the Customer, the goods wares and/or merchandise, or so much thereof as may be necessary to satisfy such lien, and apply the net proceeds of such sale to the payment of the amount due to the Company. Any surplus from such sale shall be transmitted to the Customer, and the Customer shall be liable for any deficiency in the sale.

11. Compensation of Company. The compensation of the Company for its services shall be included with and is in addition to the rates and charges of all carriers and other agencies selected by the Company to transport and deal with the goods and such compensation shall be exclusive of any brokerage commissions, dividends, or other revenue received by the Company from carriers, insurers, and others in connection with the shipment. On ocean exports, upon request, we shall provide a detailed breakout of the components of all charges assessed and a true copy of each pertinent document relating to these charges. In any referral for collection or action against the Customer for monies due to the Company, upon recovery by the Company, the Customer shall pay the expenses of collection and/or litigation including a reasonable attorney fee.

12. Picking Up Shipments Or Samples. The Company shall not itself be obligated to pick up a shipment from a carrier, or a sample from U.S. Customs and Border Protection. Should the Company render such a service for and on behalf of the Customer, the Company shall not be responsible for loss or damage to the shipment unless it is in the actual custody and control of the Company or its employee and the loss or damage is of the Company or its employee.

13. No Responsibility For Governmental Requirements. It is the responsibility of the Customer to know and comply with the marking requirements of U.S. Customs and Border Protection, the regulation of the U.S. Food and Drug Administration and all other requirements of law or official regulations. The Company shall not be responsible for action taken or fines or penalties assessed by any governmental agency against the shipment because of the failure of the Customer to comply with the law or the requirements or regulations of any governmental agency or with a notification issued to the Customer by any such agency.

14. Loss, Damage, or Expense Due To Delay. Unless the services to be performed by the Company on behalf of the Customer are unduly delayed by reason of the negligence or other fault of the Company, the Company shall not be responsible for any loss, damage, or expense incurred by the Customer because of such delay.

15. Except for Customs entries and duties, we are independent contractors.

**Nancy Tsai DBA Accord Customs Service**
**360 N Sepulveda Blvd #1015**
**El Segundo, CA 90245**
**T:310-640-3455 F:310-640-0642**
**E mail : info@accordcustoms.com**

# Invoice

Invoice No: 0315861
Invoice Date: 03/09/15

Bill To
CREATE NEW TECHNOLOGY (HK) LTD
ROOM D 10/F, TOWER A BILLION CTR
1 WANG KWONG ROAD
KOWLOON BAY, HONG KONG

| Payment Terms | | | |
|---|---|---|---|
| Entry Number<br>DO2-0315861-6 | Customer Reference No<br>OILAX15020954 | Master B/L No<br>HJSC SZP4L1430200 | House B/L No<br>NAQA ZLAX5852596V |
| Manifest Quantity<br>101 CTN | Gross Weight<br>1,440 Kgs | Commercial Description<br>SET TOP BOX | |
| Arrival Date<br>03/06/15 | Carrier<br>HJSC HANJIN SHIPPING COMPANY LTD | | Vessel Name<br>COSCO DEVELOPMENT |
| Country of Export<br>China | | Importer of Record<br>CREATE NEW TECHNOLOGY (HK) LTD | |
| Containers<br>BMOU9809488 | | | |

| Description | Amount |
|---|---|
| ESTIMATED DUTY DEPOSIT | $141.61 |
| ENTRY:CONSUMPTION/FORMAL | $85.00 |
| **Total** | **$226.61** |

Notes
Duties and Fees of $141.61 are due by 03/19/15

PLS REVIEW ENTRY SUMMARY FOR DISCREPANCY. NOTIFY
BROKER WITHIN 8 DAYS OF INVOICE. CHANGES ARE NOT
ALLOWED AFTER 8 DAYS FROM INVOICE DATE. THANK YOU.
*********************************************************
*********************************************************
NOTICE
1. IF YOU ARE THE IMPORTER OF RECORD, PAYMENT TO THE BROKER WILL
NOT RELIEVE YOU OF LIABILITY FOR CUSTOMS CHARGES, DUTIES, TAXES OR
OTHER DEBITS OWED CUSTOMS IN THE EVENT THE CHARGES ARE NOT PAID BY
THE BROKER, THEREFORE, IF YOU PAY BY CHECK, CUSTOMS CHARRGES MAY BE
PAID WITH A SEPARATE CHECK PAYABLE TO "US CUSTOMS AND BORDER
PROTECTION" WHICH SHALL BE DELIVERED TO CUSTOMS BY THE BROKER.
2. EXCEPT FOR CUSTOMS ENTRIES AND DUTIES, WE ARE INDEPENDENT
CONTRACTORS, THIS SUBMISSION OR INCOMPLETE OR INACCURATE INFORMATION
RELATED TO AN IMPORT ENTRY (INCLUDING DESCRIPTIONS, QUANTITIES,
WEIGHTS, PURCHASE PRICES, DISCOUNTS, COMMISSIONS, CHANGED SELLING
PRICES AT THE TIME OF EXPORTATION, ASSISTS, COUNTRY OF ORIGIN, ETC)
MAKES YOU LIABLE TO SEVER GOVERNMENTAL PENALTIES AND SANCTIONS, IN
THE EVENT THE INFORMATION FORWARDED TO US, OR WHICH ACCOMPANIED THE
SHIPMENT, DOES NOT ACCURATELY REFLECT THE ENTIRE TRANSACTION, IT IS
ESSENTIAL THAT YOU IMMEDIATLY NOTIFY US SO THAT WE CAN TAKE
CORRECTIVE ACTION.

Form Approved OMB No. 1651-0022
EXP. 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY**

| 1. Filer Code/Entry No. DO2-0315861-6 | 2. Entry Type 01 ABI/A | 3. Summary Date 03/19/15 037 |
|---|---|---|
| 4. Surety No. 036 | 5. Bond Type 8 | 6. Port Code 2704 | 7. Entry Date 03/09/15 |

| 8. Importing Carrier COSCO DEVELOPMENT | 9. Mode of Transport 10 | 10. Country of Origin CN | 11. Import Date 03/06/15 |
|---|---|---|---|

| 12. B/L or AWB No. HJSC SZP4L1430200, ZLAX5852596V | 13. Manufacturer ID HKCRENEW707MON | 14. Exporting Country CN | 15. Export Date 02/20/15 |
|---|---|---|---|

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 57078 | 20. U.S. Port of Unlading 2704 |
|---|---|---|---|---|

| 21. Location of Goods/G.O. No. Z165 Voyage: 0022E | 22. Consignee No. 95-446816100 | 23. Importer No. 122704-08325 | 24. Reference No. |
|---|---|---|---|

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| YTC SUMMIT INTERNATIONAL INC<br>12037 CLARK ST<br><br>Destination: CA    Customer Reference # OILAX15020954<br>City ARCADIA         State CA Zip 91006-5829 | CREATE NEW TECHNOLOGY (HK) LTD<br>ROOM D 10/F, TOWER A BILLION CTR<br>1 WANG KWONG ROAD<br><br>City KOWLOON BAY       State FN Zip      HK |

| 27. | 28. Description of Merchandise | | 32. | 33. | | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| Line No. | 29.<br>A. HTSUS No.<br>B. ADA/CVD No. | 30.<br>A. Grossweight<br>B. Manifest Qty. | 31.<br>Net Quantity in<br>HTSUS Units | A. Entered Value<br>B. CHGS<br>C. Relationship | A. HTSUS Rate<br>B. ADA/CVD Rate<br>C. IRC Rate<br>D. Visa No. | Dollars | Cents |
| | | | 101 CTN | | | | |
| 001 | COL.TV,N/VIDEO REC,SET W/COMM.<br>8528.71.2000 | 1,438 KG | 2,000.00 NO | $30,000<br>C $390<br>Y | FREE | | $0.00 |
| | | 499 - Merchandise Processing Fee<br>501 - Harbor Maintenance Fee | | | 0.3464%<br>0.1250% | | $103.92<br>$37.50 |
| 002 | OTHR TRADE ADVERTISING MATERIA<br>4911.10.0080 | 2 KG | 2.00 KG | $40<br>C $1<br>Y | FREE | | $0.00 |
| | | 499 - Merchandise Processing Fee<br>501 - Harbor Maintenance Fee | | | 0.3464%<br>0.1250% | | $0.14<br>$0.05 |
| 003 | POSTERS N/LITHOGRAPH ON PAPR<br>4911.91.4020 | 1 KG | 1.00 KG | $1<br>C $1 | FREE | | $0.00 |

| Other Fee Summary for Block 39 | 35. Total Entered Value | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| 499 - MPF        $104.06<br>501 - HMF          $37.55 | $ 30,041 | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| | Total Other Fees | | | $0.00 |
| | $ 141.61 | REASON CODE | C. Ascertained Tax | 38. Tax |

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| | D. Ascertained Other | 39. Other |
|---|---|---|
| | | $141.61 |
| | D. Ascertained Total | 40. Total |
| | | $141.61 |

| 41. DECLARANT NAME                    TITLE<br>N. TSAI DBA ACCORD CUSTOMS SERVICE | SIGNATURE | DATE 03/09/15 |
|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number)<br>NANCY TSAI DBA ACCORD CUSTOMS SERVICE<br>360 N SEPULVEDA BLVD #1015<br>EL SEGUNDO, CA 90245   310-640-3455 | 43. Broker/Importer File No.<br>0315861 / OILAX15020954 |
|---|---|

CBP Form 7501 (06/09)

PAPERLESS   Page 2
OMB No. 1651-0022
EXP.  10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

| 1. Filer Code/Entry No. |
|---|
| DO2-0315861-6 |

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. | |
|---|---|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Duty and I.R. Tax | |
| | | | | | | Dollars | Cents |
| | | | | Y | | | |
| | 499 - Merchandise Processing Fee | | | | 0.3464% | | $0.00 |
| | 501 - Harbor Maintenance Fee | | | | 0.1250% | | $0.00 |
| | Totals for Invoice | Invoice Value | | +/- MMV | Exchange | Entered Value | |
| | 1 | 30,041.00 USD | | | 1.00000 | 30,041.00 USD | |

CBP Form 7501 (06/09)



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 7, 2015** |
| Invoice number | 00006V0067105 |
| Shipper number | 6V0067 |
| Control ID | 18U9 |
| Page 1 of 11 | |

0392A00006V00674

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

Sign up for electronic billing today!
Visit ups.com/billing

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

## Incentive Savings

Total incentive savings this period          $ 80.67
Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 388.87 |
| Amount Outstanding (prior invoices) | $ 0.00 |
| Total Amount Outstanding | $ 388.87 |

### Questions about your charges?
To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at ups.com/invoiceguide.

*Thank you for using UPS.*
## Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS WorldShip | $ 388.87 |
| **Amount due this period** | | **$ 388.87** |

UPS payment terms require payment of this bill by March 16, 2015.

Payments received late are subject to a late payment fee of 6% of the Amount Due This Period. (see Tariff/Terms and Conditions of Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.5% for UPS Ground Services and 3.5% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*

---

 Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips.

*Return Portion*

| | | |
|---|---|---|
| Invoice Date | **March 7, 2015** | |
| Invoice Number | 00006V0067105 | |
| Shipper Number | 6V0067 | |

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

| | |
|---|---|
| Amount due this period | $ 388.87 |
| Amount enclosed | |

If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

6V0067 3 030715 0392 1 00000388870 3



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 7, 2015** |
| Invoice number | 00006V0067105 |
| Shipper number | 6V0067 |

Page 2 of 11

## Incentives

**Outbound**

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| Fuel Surcharge | 03/07/2015 | | |
| | | | -4.20 |
| Ground Commercial Package | 03/07/2015 | | EZZB121 |
| Electronic Processed Custom | 5 | 75.12 | -13.53 |
| Ground Commercial Package | 03/07/2015 | | EZZB122 |
| Electronic Processed Tier | 5 | 75.12 | -6.76 |
| Tier incentive based on an average weekly revenue of $5,714.64 for W/E: 03/08/2014 - W/E: 02/28/2015. | | | |
| Ground Residential Package | 03/07/2015 | | EZZB140 |
| Electronic Processed Custom | 27 | 282.48 | -48.97 |
| Ground Residential Package | 03/07/2015 | | EZZB141 |
| Electronic Processed Tier | 27 | 282.48 | -7.21 |
| Tier incentive based on an average weekly revenue of $5,714.64 for W/E: 03/08/2014 - W/E: 02/28/2015. | | | |
| **Total Outbound** | | | **-80.67** |
| **Total Incentives** | | | **-80.67** |

## Account Status

**Weekly Payment Plan**

**Payments Applied**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 00006V0067095 | 02/28/2015 | $ 28.92 |

**Reference Number Summary**

| | |
|---|---|
| 20291 | 376.86 |
| 2091 | 12.01 |
| **Total** | **388.87** |



***Delivery Service Invoice***

Invoice date     **March 7, 2015**
Invoice number   00006V0067105
Shipper number   6V0067

Page 3 of 11

## Outbound

UPS WorldShip

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02 | 1752098703 | 1 | 1Z6V00670344332090 | Ground Commercial | 96818 | 44 | 4 | 33.50 | -9.05 | 24.45 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 1.84 | -0.50 | 1.34 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 35.34 | -9.55 | 25.79 |

1st ref: 20291                2nd ref : 1 TV PAD HI
Sender   : MANAGER       Receiver: WENQIAO LIN
                                 WENQIAO LIN
                                 HONOLULU HI 96818

     Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670343597708 | Ground Residential | 94112 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291                2nd ref : 1 TV PAD -SF
Sender   : MANAGER       Receiver: WEN WEI LEI
                                 WEN WEI LEI
                                 SAN FRANCISCO CA 94112

     Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670344517515 | Ground Residential | 91745 | 2 | 4 | 7.59 | -0.98 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291                2nd ref : 1 TV PAD -Hacienda Heights
Sender   : MANAGER       Receiver: JUSTIN SU
                                 JUSTIN SU
                                 HACIENDA HEIGHTS CA 91745

     Message Codes : r  ag

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670344415527 | Ground Residential | 60616 | 7 | 4 | 10.48 | -2.20 | 8.28 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 14.33 | -2.32 | 12.01 |

1st ref: 2091                2nd ref : 1TV PAD- CHICAGO
Sender   : MANAGER       Receiver: JACKY WU
                                 JACKY WU
                                 CHICAGO IL 60616

     Message Codes : r





**Delivery Service Invoice**

Invoice date      **March 7, 2015**
Invoice number    00006V0067105
Shipper number    6V0067

Page 4 of 11

**Outbound**
UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02 | 1752098703 | 5 | 1Z6V00670345895730 | Ground Residential | 02420 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                          2nd ref : 1 TV PAD LEXINGTON
Sender : MANAGER                        Receiver: KWOK FONG
                                                 KWOK FONG
                                        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
                                        LEXINGTON MA 02420

Message Codes : r

| | | 6 | 1Z6V00670345442148 | Ground Residential | 96822 | 44 | 4 | 33.50 | -7.04 | 26.46 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 2.01 | -0.39 | 1.62 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 38.61 | -7.43 | 31.18 |

1st ref: 20291                          2nd ref : 2 TV PADS- HI
Sender : MANAGER                        Receiver: GARY SU
                                                 GARY SU
                                        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
                                        HONOLULU HI 96822

Message Codes : r

| | | 7 | 1Z6V00670343018753 | Ground Residential | 78266 | 6 | 4 | 10.01 | -2.10 | 7.91 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.12 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.83 | -2.22 | 11.61 |

1st ref: 20291                          2nd ref : 1 TV PAD- TX
Sender : MANAGER                        Receiver: CHIN KEUNG SHIU
                                                 CHIN KEUNG SHIU
                                        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
                                        SAN ANTONIO TX 78266

Message Codes : r

| | | 8 | 1Z6V00670345669565 | Ground Commercial | 30004 | 8 | 4 | 11.15 | -3.01 | 8.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 3 | | | |
| | | | | Fuel Surcharge | | | | 0.61 | -0.16 | 0.45 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.76 | -3.17 | 8.59 |

1st ref: 20291                          2nd ref : 2 TV PAD -GA
Sender : MANAGER                        Receiver: FNU ROBINSON
                                                 FNU ROBINSON
                                        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
                                        ALPHARETTA GA 30004

Message Codes : r



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 7, 2015** |
| Invoice number | 00006V0067105 |
| Shipper number | 6V0067 |

Page 5 of 11

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02 | 1752098703 | 9 | 1Z6V0670344118572 | Ground Residential | 94502 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291                                    2nd ref : 1TV PAD- CA
Sender  : MANAGER                         Receiver: STAM;EU WONG
                                                          STANLEY WONG

                                                          ALAMEDA CA 94502

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 10 | 1Z6V0670343369786 | Ground Residential | 07039 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                                    2nd ref : 1 TV PAD - NJ
Sender  : MANAGER                         Receiver: JENNY
                                                          JENNY

                                                          LIVINGSTON NJ 07039

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 11 | 1Z6V0670345307197 | Ground Residential | 77030 | 6 | 4 | 10.01 | -2.10 | 7.91 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.12 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.83 | -2.22 | 11.61 |

1st ref: 20291                                    2nd ref : 1 TV PAD- TX
Sender  : MANAGER                         Receiver: ERIC YIP
                                                          ERIC YIP

                                                          HOUSTON TX 77030

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12 | 1Z6V0670343294802 | Ground Residential | 11228 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                                    2nd ref : 1 TV PAD - NY
Sender  : MANAGER                         Receiver: QITIAN HUANG
                                                          QITIAN HUANG

                                                          BROOKLYN NY 11228

Message Codes : r



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 7, 2015** |
| Invoice number | 00006V0067105 |
| Shipper number | 6V0067 |

Page 6 of 11

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02 | 1752098703 | 13 | 1Z6V00670343776612 | Ground Commercial | 20176 | 8 | 4 | 11.15 | -3.01 | 8.14 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.61 | -0.16 | 0.45 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.76 | -3.17 | 8.59 |

1st ref: 20291         2nd ref : 1 TV PAD- VIRGINIA
Sender : MANAGER      Receiver: YUEBIN TEN
                                 YUEBIN TENG

                                 LEESBURG VA 20176

Message Codes : r

| | | 14 | 1Z6V00670345876626 | Ground Residential | 89117 | 3 | 4 | 8.33 | -1.72 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.06 | -1.81 | 10.25 |

1st ref: 20291         2nd ref : 1 TV PAD- NV
Sender : MANAGER      Receiver: VINCENT LAU
                                 VINCENT LAU

                                 LAS VEGAS NV 89117

Message Codes : r  ag

| | | 15 | 1Z6V00670344998836 | Ground Residential | 94112 | 4 | 4 | 9.31 | -1.96 | 7.35 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291         2nd ref : 1 TV PAD -CA
Sender : MANAGER      Receiver: HUAXIN LI
                                 HUAXIN LI

                                 SAN FRANCISCO CA 94112

Message Codes : r

| | | 16 | 1Z6V00670345427245 | Ground Residential | 93551 | 2 | 4 | 7.59 | -0.98 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291         2nd ref : 2 TV PAD -CA
Sender  : MANAGER     Receiver: EDWARD CHEN
                                 EDWARD CHEN

                                 PALMDALE CA 93551

Message Codes : r  ag



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 7, 2015** |
| Invoice number | 00006V0067105 |
| Shipper number | 6V0067 |

Page 7 of 11

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02 | 1752098703 | 17 | 1Z6V00670345925859 | Ground Residential | 92688 | 2 | 4 | 7.59 | -0.98 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291          2nd ref : 1 TV PAD- CA
Sender  : MANAGER     Receiver: ERCI WU
                                  ERIC WU
                                  RANCHO SANTA MARGARITA CA 92688

Message Codes : r ag

| | | | 18 | 1Z6V00670343338667 | Ground Residential | 33145 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291          2nd ref : 1 TV PAD- FL
Sender  : MANAGER     Receiver: FENFANG LIN
                                  FENFANG LIN
                                  MIAMI FL 33145

Message Codes : r

| | | | 19 | 1Z6V00670345189673 | Ground Residential | 90004 | 2 | 4 | 7.59 | -0.98 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291          2nd ref : 1 TV PAD- CA
Sender  : MANAGER     Receiver: JENG YUH
                                  JENG YUH
                                  LOS ANGELES CA 90004

Message Codes : r ag

| | | | 20 | 1Z6V00670343282888 | Ground Residential | 94122 | 4 | 4 | 9.31 | -1.96 | 7.35 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291          2nd ref : 2 TV PADS - CA
Sender  : MANAGER     Receiver: HOI CHAN
                                  HOU CHAN
                                  SAN FRANCISCO CA 94122

Message Codes : r






**Delivery Service Invoice**

Invoice date **March 7, 2015**
Invoice number  00006V0067105
Shipper number  6V0067

Page  8 of 11

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02 | 1752098703 | 21 | 1Z6V00670344302292 | Ground Residential | 94544 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291                2nd ref : 1 TV PAD- CA
Sender  : MANAGER            Receiver: HA DAU TAT
                             HA DAU TAT

                             HAYWARD CA 94544

Message Codes : r

| | | 22 | 1Z6V00670343411907 | Ground Residential | 30062 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                2nd ref : 1 TV PAD- GA
Sender  : MANAGER            Receiver: GUOHAU SHA
                             GUOHAU SHA

                             MARIETTA GA 30062

Message Codes : r

| | | 23 | 1Z6V00670345855710 | Ground Residential | 07104 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                2nd ref : 1 TV PAD -NJ
Sender  : MANAGER            Receiver: IVELINA ACEVEDO
                             IVELINA ACEVEDO

                             NEWARK NJ 07104

Message Codes : r

| | | 24 | 1Z6V00670343557724 | Ground Residential | 95050 | 3 | 4 | 8.33 | -1.72 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.06 | -1.81 | 10.25 |

1st ref: 20291                2nd ref : 1 TV PAD -CA
Sender  : MANAGER            Receiver: CHAOTING
                             CHAOTING

                             SANTA CLARA CA 95050

Message Codes : r  ag



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 7, 2015** |
| Invoice number | 00006V0067105 |
| Shipper number | 6V0067 |

Page 9 of 11

## Outbound
#### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/02 | 1752098703 | 25 | 1Z6V00670345721935 | Ground Residential | 89148 | 3 | 4 | 8.33 | -1.72 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.06 | -1.81 | 10.25 |

1st ref: 20291                                         2nd ref : 1 TV PAD- NV
Sender  : MANAGER                              Receiver: LEE LI
                                                                    LEE LI ▮▮▮▮▮▮▮▮▮▮▮

                                                                    LAS VEGAS NV 89148

Message Codes : r  ag

| Total for Pickup Number: 1752098703 | | | | | 25 Package(s) | | | 376.39 | -64.80 | 311.59 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/04 | 1752098714 | 1 | 1Z6V00670343432340 | Ground Commercial | 94621 | 4 | 4 | 9.31 | -2.52 | 6.79 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.51 | -0.14 | 0.37 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 9.82 | -2.66 | 7.16 |

1st ref: 20291                                         2nd ref : 1 TV PAD- OAKLAND
Sender  : MANAGER                              Receiver: ERIK HO
                                                                    ERIK HO ▮▮▮▮▮▮▮▮▮▮▮

                                                                    OAKLAND CA 94621

Message Codes : r

| | | 2 | 1Z6V00670343252955 | Ground Residential | 91104 | 2 | 4 | 7.59 | -0.98 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291                                         2nd ref : 1 TV PAD- PASADENA
Sender  : MANAGER                              Receiver: JACKSON PAN
                                                                    JACKSON PAN ▮▮▮▮▮▮▮▮▮▮▮

                                                                    PASADENA CA 91104

Message Codes : r  ag

| | | 3 | 1Z6V00670343827763 | Ground Residential | 94158 | 4 | 4 | 9.31 | -1.96 | 7.35 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291                                         2nd ref : 2 TV PADS -SAN FRANCISCO
Sender  : MANAGER                              Receiver: PRISCILLA CHANG
                                                                    PRISCILLA CHANG ▮▮▮▮▮▮▮▮▮▮

                                                                    SAN FRANCISCO CA 94158

Message Codes : r



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 7, 2015** |
| Invoice number | 00006V0067105 |
| Shipper number | 6V0067 |

Page 10 of 11

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/04 | 1752098714 | 4 | 1Z6V00670345480777 | Ground Residential | 11375 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                    2nd ref : 1 TV PAD -FOREST HILLS
Sender  : MANAGER            Receiver: JOHN KWOK
                                                    JOHN KWOK

                                                    FOREST HILLS NY 11375

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Pickup Number: 1752098714 | | | | | | 4 Package(s) | | 49.22 | -8.23 | 40.99 |
| 03/05 | 1752098725 | 1 | 1Z6V00670344815969 | Ground Commercial | 75042 | 6 | 4 | 10.01 | -2.70 | 7.31 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.55 | -0.15 | 0.40 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 10.56 | -2.85 | 7.71 |

1st ref: 20291                    2nd ref : 1 TV PAD -GARLAND
Sender  : MANAGER            Receiver: KIT KWOK
                                                    KIT KWOK

                                                    GARLAND TX 75042

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Pickup Number: 1752098725 | | | | | | 1 Package(s) | | 10.56 | -2.85 | 7.71 |
| 03/06 | 1752098736 | 1 | 1Z6V00670344317393 | Ground Residential | 53508 | 7 | 4 | 10.48 | -2.20 | 8.28 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Delivery Area Surcharge - Extended | | | | 3.80 | | 3.80 |
| | | | | Fuel Surcharge | | | | 0.96 | -0.12 | 0.84 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 18.34 | -2.32 | 16.02 |

1st ref: 20291                    2nd ref : 1 TV PAD -WISCONSIN
Sender  : MANAGER            Receiver: MEICHUN TAN
                                                    MEICHUN TAN

                                                    BELLEVILLE WI 53508

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670343949006 | Ground Residential | 28655 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                    2nd ref : 1 TV PAD-NORTH CAROLINA
Sender  : MANAGER            Receiver: WAINAM SZETO
                                                    WAINAM SZETO

                                                    MORGANTON NC 28655

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Pickup Number: 1752098736 | | | | | | 2 Package(s) | | 33.37 | -4.79 | 28.58 |
| **Total UPS WorldShip** | | | | | | 32 Package(s) | | 469.54 | -80.67 | 388.87 |
| **Total Outbound** | | | | | | 32 Package(s) | | 469.54 | -80.67 | 388.87 |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 7, 2015** |
| Invoice number | 00006V0067105 |
| Shipper number | 6V0067 |

Page  11 of 11

**Invoice Messaging**

| Code | Message |
|------|---------|
| r | Dimensional weight applied |
| ag | Minimum Rates Applied |





**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 14, 2015** |
| Invoice number | 00006V0067115 |
| Shipper number | 6V0067 |
| Control ID | 84S3 |
| Page 1 of 8 | |

0392A00006V00674

<div style="border:1px solid #000; padding:4px;">
Sign up for electronic billing today!
Visit ups.com/billing
</div>

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

### Incentive Savings

| | |
|---|---|
| Total incentive savings this period | $ 204.11 |

Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 482.02 |
| Amount Outstanding (prior invoices) | $ 0.00 |
| Total Amount Outstanding | $ 482.02 |

### Questions about your charges?
To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at ups.com/invoiceguide.

### Thank you for using UPS.
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS WorldShip | $ 482.02 |
| **Amount due this period** | | **$ 482.02** |

UPS payment terms require payment of this bill by March 23, 2015.

Payments received late are subject to a late payment fee of 6% of the Amount Due This Period. (see Tariff/Terms and Conditions of Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.5% for UPS Ground Services and 3.5% for UPS Air Services, UPS 3 Day Select, and international services. For more information, visit ups.com.*

— — — — — Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips. — — — — —

*Return Portion*

| | |
|---|---|
| Invoice Date | March 14, 2015 |
| Invoice Number | 00006V0067115 |
| Shipper Number | 6V0067 |

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

| | |
|---|---|
| Amount due this period | $ 482.02 |
| Amount enclosed | |

If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

6V0067 4 031415 0392 1 00000482020 1



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 14, 2015** |
| Invoice number | 00006V0067115 |
| Shipper number | 6V0067 |

Page 2 of 8

**Incentives**

**Outbound**

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Ground Commercial Package** | | | |
| | 03/14/2015 | | EZZB121 |
| Electronic Processed Custom | 18 | 452.48 | -115.30 |
| **Ground Commercial Package** | | | |
| | 03/14/2015 | | EZZB122 |
| Electronic Processed Tier | 18 | 452.48 | -40.78 |
| Tier incentive based on an average weekly revenue of $5,755.68 for W/E: 03/15/2014 - W/E: 03/07/2015. | | | |
| **Fuel Surcharge** | | | |
| | 03/14/2015 | | |
| | | | -10.60 |
| **Ground Residential Package** | | | |
| | 03/14/2015 | | EZZB140 |
| Electronic Processed Custom | 13 | 157.52 | -33.23 |
| **Ground Residential Package** | | | |
| | 03/14/2015 | | EZZB141 |
| Electronic Processed Tier | 13 | 157.52 | -4.20 |
| Tier incentive based on an average weekly revenue of $5,755.68 for W/E: 03/15/2014 - W/E: 03/07/2015. | | | |
| **Total Outbound** | | | -204.11 |
| **Total Incentives** | | | -204.11 |

**Account Status**

**Weekly Payment Plan**

**Payments Applied**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 00006V0067105 | 03/07/2015 | $ 388.87 |

**Reference Number Summary**

| | |
|---|---|
| | 45.68 |
| ORDER 20291 | 262.49 |
| 20291 | 173.85 |
| **Total** | **482.02** |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 14, 2015** |
| Invoice number | 00006V0067115 |
| Shipper number | 6V0067 |

Page 3 of 8

## Outbound
### UPS WorldShip

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/09 | 1752098740 | 1 | 1Z6V00670344754812 | Ground Residential | 32811 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291          2nd ref : 2 TV PADS -Orlando
Sender  : MANAGER          Receiver: DAVID TUNG
                                        DAVID TUNG
                                        ██████████
                                        ORLANDO FL 32811

Message Codes : r

| | | | 2 | 1Z6V00670343458822 | Ground Residential | 19149 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Customer Weight | | | 2 | | | |
| | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291          2nd ref : 1 TV PAD ORDER -PHILADELP HIA
Sender  : MANAGER          Receiver: MINGZHU LIANG
                                        MINGZHU LIANG
                                        ██████████
                                        PHILADELPHIA PA 19149

Message Codes : r

| | | | 3 | 1Z6V00670345065038 | Ground Residential | 91770 | 2 | 4 | 7.59 | -0.98 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Customer Weight | | | 3 | | | |
| | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291          2nd ref : 2 TV PADS ORDER-ROSEMEAD
Sender  : MANAGER          Receiver: RAYMOND WONG
                                        RAYMOND WONG
                                        ██████████
                                        ROSEMEAD CA 91770

Message Codes : r  ag

| | | | 4 | 1Z6V00670345457445 | Ground Commercial | 94804 | 4 | 30 | 16.65 | -5.83 | 10.82 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fuel Surcharge | | | | 0.92 | -0.32 | 0.60 |
| | | | | | Total | | | | 17.57 | -6.15 | 11.42 |

Sender  : MANAGER          Receiver: ZI KANG GUAN
                                        ZI KANG GUAN
                                        ██████████
                                        RICHMOND CA 94804

| | | | 5 | 1Z6V00670344000055 | Ground Commercial | 94804 | 4 | 30 | 16.65 | -5.83 | 10.82 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fuel Surcharge | | | | 0.92 | -0.32 | 0.60 |
| | | | | | Total | | | | 17.57 | -6.15 | 11.42 |

Sender  : MANAGER          Receiver: ZI KANG GUAN
                                        ZI KANG GUAN
                                        ██████████
                                        RICHMOND CA 94804

| | | | 6 | 1Z6V00670344136865 | Ground Commercial | 94804 | 4 | 30 | 16.65 | -5.83 | 10.82 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fuel Surcharge | | | | 0.92 | -0.32 | 0.60 |
| | | | | | Total | | | | 17.57 | -6.15 | 11.42 |

Sender  : MANAGER          Receiver: ZI KANG GUAN
                                        ZI KANG GUAN
                                        ██████████
                                        RICHMOND CA 94804



**Delivery Service Invoice**

Invoice date **March 14, 2015**
Invoice number 00006V0067115
Shipper number 6V0067

Page 4 of 8

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/09 | 1752098740 | 7 | 1Z6V00670344991679 | Ground Commercial | 94804 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.92 | -0.32 | 0.60 |
| | | | | Total | | | | 17.57 | -6.15 | 11.42 |

Sender : MANAGER  Receiver: ZI KANG GUAN
ZI KANG GUAN

RICHMOND CA 94804

| | | 8 | 1Z6V00670344969082 | Ground Commercial | 94804 | 4 | 30 | 16.65 | -5.83 | 10.82 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.92 | -0.32 | 0.60 |
| | | | | Total | | | | 17.57 | -6.15 | 11.42 |

1st ref : ORDER 20291  2nd ref : 100 TV PADS -RICHMOND
Sender : MANAGER  Receiver: ZI KANG GUAN
ZI KANG GUAN

RICHMOND CA 94804

| | | 9 | 1Z6V00670345352496 | *Shaded area denotes 11 package shipment* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref : ORDER 20291  2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID
Sender : MANAGER  Receiver: ERIC CHEN
ERIC CHEN

WOODSIDE NY 11377

Message Codes : a

| | | 10 | 1Z6V00670344906103 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref : ORDER 20291  2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID
Message Codes : a

| | | 11 | 1Z6V00670343473912 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref : ORDER 20291  2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID
Message Codes : a

| | | 12 | 1Z6V00670345579920 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref : ORDER 20291  2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID
Message Codes : a

| | | 13 | 1Z6V00670343028135 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref : ORDER 20291  2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID
Message Codes : a

| | | 14 | 1Z6V00670345502547 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref : ORDER 20291  2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID
Message Codes : a





**Delivery Service Invoice**

| Invoice date | **March 14, 2015** |
|---|---|
| Invoice number | 00006V0067115 |
| Shipper number | 6V0067 |

Page 5 of 8

## Outbound
### UPS WorldShip (continued)





| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/09 | 1752098740 | 15 | 1Z6V00670345167151 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |
| | | | 1st ref : ORDER 20291 | | | | 2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID | | | |
| | | | Message Codes : a | | | | | | | |
| | | 16 | 1Z6V00670344265967 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |
| | | | 1st ref : ORDER 20291 | | | | 2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID | | | |
| | | | Message Codes : a | | | | | | | |
| | | 17 | 1Z6V00670343722074 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |
| | | | 1st ref : ORDER 20291 | | | | 2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID | | | |
| | | | Message Codes : a | | | | | | | |
| | | 18 | 1Z6V00670343742185 | Ground Commercial | 11377 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |
| | | | 1st ref : ORDER 20291 | | | | 2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID | | | |
| | | | Message Codes : a | | | | | | | |
| | | 19 | 1Z6V00670344407590 | Ground Commercial | 11377 | 8 | 3 | 10.41 | -2.81 | 7.60 |
| | | | | Fuel Surcharge | | | | 0.57 | -0.15 | 0.42 |
| | | | | Total | | | | 10.98 | -2.96 | 8.02 |
| | | | 1st ref : ORDER 20291 | | | | 2nd ref : 200 TV PADS & 20 REMOTE B LK-WOODSID | | | |
| | | | Message Codes : a | | | | | | | |
| | | 20 | 1Z6V00670343283207 | Ground Residential | 92064 | 2 | 6 | 7.97 | -1.36 | 6.61 |
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.07 | 0.54 |
| | | | | Customer Entered Dimensions = 16 x 13 x 4 In | | | | | | |
| | | | | Total | | | | 11.68 | -1.43 | 10.25 |
| | | | 1st ref : ORDER 20291 | | | | 2nd ref : 15 POSTER ORDER | | | |
| | | | Sender : MANAGER | | | | Receiver: PHILLIP JIA | | | |
| | | | | | | | | PHILLIP JIA | | | |
| | | | | | | | | POWAY CA 92064 | | | |
| | | | Message Codes : r  ag | | | | | | | |
| | **Total for Pickup Number: 1752098740** | | | | | **20 Package(s)** | | 510.05 | -166.51 | 343.54 |
| 03/10 | 1752098751 | 1 | 1Z6V00670345013012 | Ground Residential | 08540 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 In | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |
| | | | 1st ref: 20291 | | | | 2nd ref : 1 TV PAD -PRINCETON | | | |
| | | | Sender : MANAGER | | | | Receiver: KEXING XU | | | |
| | | | | | | | | KEXING XU | | | |
| | | | | | | | | PRINCETON NJ 08540 | | | |
| | | | Message Codes : r | | | | | | | |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 14, 2015** |
| Invoice number | 00006V0067115 |
| Shipper number | 6V0067 |

Page 6 of 8

## Outbound
**UPS WorldShip** (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/10 | 1752098751 | 2 | 1Z6V00670343921026 | Ground Residential | 80016 | 5 | 30 | 19.72 | -5.72 | 14.00 |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 1.26 | -0.32 | 0.94 |
| | | | | Total | | | | 24.08 | -6.04 | 18.04 |

1st ref: 20291       2nd ref : 60 TV PAD & ASSC.
Sender : MANAGER       Receiver: YAN BIAN
         YAN BIAN
         ████████████████
         AURORA CO 80016

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670345611232 | Ground Residential | 80016 | 5 | 30 | 19.72 | -5.72 | 14.00 |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 1.26 | -0.32 | 0.94 |
| | | | | Total | | | | 24.08 | -6.04 | 18.04 |

1st ref: 20291       2nd ref : 60 TV PAD & ASSC.
Sender : MANAGER       Receiver: YAN BIAN
         YAN BIAN
         ████████████████
         AURORA CO 80016

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670343567642 | Ground Residential | 80016 | 5 | 30 | 19.72 | -5.72 | 14.00 |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 1.26 | -0.32 | 0.94 |
| | | | | Total | | | | 24.08 | -6.04 | 18.04 |

1st ref: 20291       2nd ref : 60 TV PAD & ASSC.
Sender : MANAGER       Receiver: YAN BIAN
         YAN BIAN
         ████████████████
         AURORA CO 80016

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 1Z6V00670343754252 | Ground Residential | 80016 | 5 | 14 | 11.83 | -3.07 | 8.76 |
| | | | | Customer Weight | | | 11 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.82 | -0.17 | 0.65 |
| | | | | Customer Entered Dimensions = 18 x 15 x 8 in | | | | | | |
| | | | | Total | | | | 15.75 | -3.24 | 12.51 |

1st ref: 20291       2nd ref : 60 TV PAD & ASSC.
Sender : MANAGER       Receiver: YAN BIAN
         YAN BIAN
         ████████████████
         AURORA CO 80016

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total for Pickup Number: 1752098751** | | | | | | 5 Package(s) | | 103.02 | -23.83 | 79.19 |
| 03/11 | 1752098762 | 1 | 1Z6V00670344215065 | Ground Residential | 80232 | 5 | 4 | 9.73 | -2.04 | 7.69 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.71 | -0.11 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.54 | -2.15 | 11.39 |

1st ref: 20291       2nd ref : 1 TV PAD -LAKEWOOD
Sender : MANAGER       Receiver: XIAN L YANG
         XIAN L YANG
         ████████████████
         DENVER CO 60232

Message Codes : r





**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 14, 2015** |
| Invoice number | 00006V0067115 |
| Shipper number | 6V0067 |

Page 7 of 8

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/11 | 1752098762 | 2 | 1Z6V00670344674079 | Ground Residential | 98106 | 5 | 4 | 9.73 | -2.04 | 7.69 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.71 | -0.11 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.54 | -2.15 | 11.39 |

        1st ref: 20291                      2nd ref : 1 TV PAD- SEATTLE
        Sender  : MANAGER            Receiver: SHIEWN GUAN
                                           SHIEWN GUAN
                                           SEATTLE WA 98106

        Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total for Pickup Number: 1752098762** | | | | | **2 Package(s)** | | 27.08 | -4.30 | 22.78 |
| 03/12 | 1752098773 | 1 | 1Z6V00670344135286 | Ground Commercial | 94606 | 4 | 4 | 9.31 | -2.52 | 6.79 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.51 | -0.14 | 0.37 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 9.82 | -2.66 | 7.16 |

        1st ref: 20291                      2nd ref : 1 TV PAD / OAKLAND
        Sender  : MANAGER            Receiver:
                                           MA FU TIAN
                                           OAKLAND CA 94606

        Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total for Pickup Number: 1752098773** | | | | | **1 Package(s)** | | 9.82 | -2.66 | 7.16 |
| 03/13 | 1752098784 | 1 | 1Z6V00670344482697 | Ground Commercial | 77077 | 6 | 4 | 10.01 | -2.70 | 7.31 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.55 | -0.15 | 0.40 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 10.56 | -2.85 | 7.71 |

        1st ref: 20291                      2nd ref : 1 / HOUSTON TX
        Sender  : MANAGER            Receiver:
                                           CHUNHUI ZHANG
                                           HOUSTON TX 77077

        Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670345080306 | Ground Residential | 89113 | 3 | 4 | 8.33 | -1.72 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.06 | -1.81 | 10.25 |

        1st ref: 20291                      2nd ref : 1 / LV NV
        Sender  : MANAGER            Receiver:
                                           NENG CHUANG TAN
                                           LAS VEGAS NV 89113

        Message Codes : r  ag





**Delivery Service Invoice**

Invoice date **March 14, 2015**
Invoice number 00006V0067115
Shipper number 6V0067

Page 8 of 8

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/13 | 1752098784 | 3 1Z6V00670343372110 | Ground Residential | 97229 | 5 | 4 | 9.73 | -2.04 | 7.69 |
| | | | Customer Weight | | | 2 | | | |
| | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | Fuel Surcharge | | | | 0.71 | -0.11 | 0.60 |
| | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | Total | | | | 13.54 | -2.15 | 11.39 |

1st ref: 20291                                       2nd ref : 1/PORTLAND OR
Sender  : MANAGER                          Receiver:

DONALD WONG
██████████████
PORTLAND OR 97229

Message Codes : r

| | | | | |
|---|---|---|---|---|
| Total for Pickup Number: 1752098784 | 3 Package(s) | 36.16 | -6.81 | 29.35 |
| **Total UPS WorldShip** | 31 Package(s) | 686.13 | -204.11 | 482.02 |
| **Total Outbound** | 31 Package(s) | 686.13 | -204.11 | 482.02 |

## Invoice Messaging

| Code | Message |
|---|---|
| r | Dimensional weight applied |
| ag | Minimum Rates Applied |
| a | Package Hundredweight Eligible, however, Lowest Rate (Single Piece) Applied. |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 21, 2015** |
| Invoice number | **00006V0067125** |
| Shipper number | **6V0067** |
| Control ID | **K305** |
| Page 1 of 9 | |

0392A00006V00674

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

Sign up for electronic billing today!
Visit ups.com/billing

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

### Incentive Savings

Total incentive savings this period          $ 132.60
Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 831.45 |
| Amount Outstanding (prior invoices) | $ 0.00 |
| Total Amount Outstanding | $ 831.45 |

### Questions about your charges?

To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at ups.com/invoiceguide.

*Thank you for using UPS.*
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS WorldShip | $ 831.45 |
| **Amount due this period** | | **$ 831.45** |

UPS payment terms require payment of this bill by March 30, 2015.

Payments received late are subject to a late payment fee of 6% of the Amount Due This Period. (see Tariff/Terms and Conditions of Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.5% for UPS Ground Services and 3.5% for UPS Air Services, UPS 3 Day Select, and international services. For more information, visit ups.com.*

- - - - - - Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips.

**Return Portion**

| | |
|---|---|
| Invoice Date | March 21, 2015 |
| Invoice Number | 00006V0067125 |
| Shipper Number | 6V0067 |

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

| | |
|---|---|
| Amount due this period | $ 831.45 |
| Amount enclosed | |

If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

6V0067 5 032115 0392 1 00000831450 0



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | March 21, 2015 |
| Invoice number | 00006V0067125 |
| Shipper number | 6V0067 |

Page 2 of 9

## Incentives

### Outbound

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Ground Hundredweight** | | | |
| | 03/21/2015 | | EZZB143 |
| Electronic Processed Tier | 35 | 790.28 | -101.15 |
| Tier incentive based on an average weekly revenue of $5,777.07 for W/E: 03/22/2014 - W/E: 03/14/2015. | | | |
| **Ground Commercial Package** | | | |
| | 03/21/2015 | | EZZB121 |
| Electronic Processed Custom | 3 | 32.31 | -5.82 |
| **Ground Commercial Package** | | | |
| | 03/21/2015 | | EZZB122 |
| Electronic Processed Tier | 3 | 32.31 | -2.90 |
| Tier incentive based on an average weekly revenue of $5,777.07 for W/E: 03/22/2014 - W/E: 03/14/2015. | | | |
| **Fuel Surcharge** | | | |
| | 03/21/2015 | | |
| | | | -6.81 |
| **Ground Residential Package** | | | |
| | 03/21/2015 | | EZZB140 |
| Electronic Processed Custom | 5 | 75.82 | -13.65 |
| **Ground Residential Package** | | | |
| | 03/21/2015 | | EZZB141 |
| Electronic Processed Tier | 5 | 75.82 | -2.27 |
| Tier incentive based on an average weekly revenue of $5,777.07 for W/E: 03/22/2014 - W/E: 03/14/2015. | | | |
| **Total Outbound** | | | -132.60 |
| **Total Incentives** | | | -132.60 |

## Account Status
Weekly Payment Plan

### Payments Applied

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 00006V0067115 | 03/14/2015 | $ 462.02 |

### Reference Number Summary

| | |
|---|---|
| 20291 | 831.45 |
| **Total** | 831.45 |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 21, 2015** |
| Invoice number | 00006V0067125 |
| Shipper number | 6V0067 |

Page 3 of 9

## Outbound
### UPS WorldShip

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16 | 1752096795 | 1 | 1Z6V00670344482124 | Ground Residential | 02889 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291             2nd ref : 1 TV PAD- WARWICK RI
Sender  : MANAGER       Receiver: WEN LIN
                                 WEN LIN
                                 WARWICK RI 02889

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670343814339 | Ground Residential | 19090 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291             2nd ref : 1 TV PAD- WILLOW GROVE PA
Sender  : MANAGER       Receiver: SUYING HU
                                 SUYING HU
                                 WILLOW GROVE PA 19090

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670345652742 | Ground Commercial | 77036 | 6 | 4 | 10.01 | -2.70 | 7.31 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.55 | -0.15 | 0.40 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 10.56 | -2.85 | 7.71 |

1st ref: 20291             2nd ref : 1 TV PAD- HOUSTON TX
Sender  : MANAGER       Receiver: STEVEN CHEUNG
                                 STEVEN CHEUNG
                                 HOUSTON TX 77036

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670345761357 | Ground Commercial | 20008 | 8 | 4 | 11.15 | -3.01 | 8.14 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.61 | -0.16 | 0.45 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.76 | -3.17 | 8.59 |

1st ref: 20291             2nd ref : 1 TV PAD- WASHINGTON DC
Sender  : MANAGER       Receiver: SIU FUNG CHEUNG
                                 SIU FUNG CHEUNG
                                 WASHINGTON DC 20008

**Message Codes : r**



**Delivery Service Invoice**

Invoice date     **March 21, 2015**
Invoice number   00006V0067125
Shipper number   6V0067

Page 4 of 9

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16 | 1752098795 | 5 | 1Z6V00670343984165 | Ground Residential | 77079 | 6 | 4 | 10.01 | -2.10 | 7.91 |
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.12 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.83 | -2.22 | 11.61 |

1st ref: 20291                                     2nd ref : 2 TV PAD- HOUSTON TX
Sender  : MANAGER                          Receiver: NORY CHOU
                                                            NORTY CHOU
                                                            ▬▬▬▬▬▬▬▬
                                                            HOUSTON TX 77079

Message Codes : r

| | Total for Pickup Number: 1752098795 | | | | | 5 Package(s) | | 66.21 | -13.18 | 53.03 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/17 | 1752098806 | 1 | 1Z6V00670344845170 | Ground Residential | 77083 | 6 | 4 | 10.01 | -2.10 | 7.91 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.12 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.83 | -2.22 | 11.61 |

1st ref: 20291                                     2nd ref : 1 TV PAD- HOUSTON TX
Sender  : MANAGER                          Receiver: YinNi
                                                            YinNi
                                                            ▬▬▬▬▬▬▬▬
                                                            HOUSTON TX 77083

Message Codes : r

| | | 2 | 1Z6V00670343148381 | Ground Commercial | 30331 | 8 | 4 | 11.15 | -3.01 | 8.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.61 | -0.16 | 0.45 |
| | | | | Customer Entered Dimensions ≈ 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.76 | -3.17 | 8.59 |

1st ref: 20291                                     2nd ref : 1 TV PAD -ATLANTA GA
Sender  : MANAGER                          Receiver: ZEGUI CHEN
                                                            ZEGUI CHEN
                                                            ▬▬▬▬▬▬▬▬
                                                            ATLANTA GA 30331

Message Codes : r

| | Total for Pickup Number: 1752098806 | | | | | 2 Package(s) | | 25.59 | -5.39 | 20.20 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/18 | 1752098810 | 1 | 1Z6V00670345577799 | Ground Residential | 96817 | 44 | 4 | 33.50 | -7.04 | 26.46 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 2.01 | -0.39 | 1.62 |
| | | | | Customer Entered Dimensions = 11 x 8 x 6 in | | | | | | |
| | | | | Total | | | | 38.61 | -7.43 | 31.18 |

1st ref: 20291                                     2nd ref : 1 TV PAD-HONOLULU HI
Sender  : MANAGER                          Receiver: HENRY ZHANG
                                                            HENRY ZHANG
                                                            ▬▬▬▬▬▬▬▬
                                                            HONOLULU HI 96817

Message Codes : r



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 21, 2015** |
| Invoice number | 00006V0067125 |
| Shipper number | 6V0067 |

Page 5 of 9

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/18 | 1752098810 | 2 | | *Shaded area denotes 17 package shipment* | | | | | | |
| | | | 1Z6V00670344297405 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS NEW YORK, NY | | | |
| | | | Sender : MANAGER | | | | Receiver: KEVIN CHU | | | |
| | | | | | | | KEVIN CHU | | | |
| | | | | | | | NEW YORK NY 10002 | | | |
| | | | Message Codes : d | | | | | | | |
| | | 3 | 1Z6V00670344551219 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 4 | 1Z6V00670344263227 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 5 | 1Z6V00670343637432 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 6 | 1Z6V00670345757844 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 7 | 1Z6V00670345188450 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 8 | 1Z6V00670343573260 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 9 | 1Z6V00670344236275 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |



**Delivery Service Invoice**

Invoice date        **March 21, 2015**
Invoice number    00006V0067125
Shipper number   6V0067

Page  6 of 9

## Outbound
**UPS WorldShip** (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/18 | 1752098810 | 10 | 1Z6V00670343781482 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS_NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 11 | 1Z6V00670344692899 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS_NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 12 | 1Z6V00670343934503 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS_NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 13 | 1Z6V00670345550316 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS_NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 14 | 1Z6V00670343264326 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS_NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 15 | 1Z6V00670345080539 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS_NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 16 | 1Z6V00670343882944 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS_NEW YORK, NY | | | |
| | | | Message Codes : d | | | | | | | |
| | | 17 | 1Z6V00670345035552 | Ground Hundredweight | 10002 | 8 | 30 | 23.17 | -2.97 | 20.20 |
| | | | | Customer Weight | | | 21 | | | |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.44 | -3.13 | 21.31 |
| | | | 1st ref : 20291 | | | | 2nd ref : 301 TV PADS_NEW YORK, NY | | | |
| | | | Message Codes : d  r | | | | | | | |



**Delivery Service Invoice**
Invoice date     **March 21, 2015**
Invoice number   00006V0067125
Shipper number   6V0067

Page 7 of 9

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/18 | 1752098810 | 16 | 1Z6V00670345082369 | Ground Hundredweight | 10002 | 8 | 19 | 14.78 | -1.82 | 12.96 |
| | | | | Customer Weight | | | 7 | | | |
| | | | | Fuel Surcharge | | | | 0.81 | -0.10 | 0.71 |
| | | | | Total | | | | 15.59 | -1.92 | 13.67 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 301 TV PADS NEW YORK NY | | |
| | | | Message Codes : d  r | | | | | | | |

| | | | **Total for Pickup Number: 1752098810** | | | | 18 Package(s) | 445.24 | -59.43 | 385.81 |

| 03/19 | 1752098821 | 1 | | *Shaded area denotes 18 package shipment* | | | | | | |
| | | | 1Z6V00670345847372 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | | 2nd ref : TV PAD / FLUSHING NY | | |
| | | | Sender : MANAGER | | | | | Receiver : JIAN MING SHEN | | |
| | | | | | | | | JIAN MING SHEN | | |
| | | | | | | | | ███████████████ | | |
| | | | | | | | | FLUSHING NY 11354 | | |
| | | | Message Codes : b | | | | | | | |

| | | 2 | 1Z6V00670343034584 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | | 2nd ref : TV PAD / FLUSHING NY | | |
| | | | Message Codes : b | | | | | | | |

| | | 3 | 1Z6V00670344827994 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | | 2nd ref : TV PAD / FLUSHING NY | | |
| | | | Message Codes : b | | | | | | | |

| | | 4 | 1Z6V00670343991602 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | | 2nd ref : TV PAD / FLUSHING NY | | |
| | | | Message Codes : b | | | | | | | |

| | | 5 | 1Z6V00670343369419 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | | 2nd ref : TV PAD / FLUSHING NY | | |
| | | | Message Codes : b | | | | | | | |

| | | 6 | 1Z6V00670344485425 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | | 2nd ref : TV PAD / FLUSHING NY | | |
| | | | Message Codes : b | | | | | | | |

| | | 7 | 1Z6V00670345143631 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | | 2nd ref : TV PAD / FLUSHING NY | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 21, 2015** |
| Invoice number | 00006V0067125 |
| Shipper number | 6V0067 |

Page 8 of 9

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/19 | 1752088821 | 8 | 1Z6V00670343028046 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 9 | 1Z6V00670345302656 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 10 | 1Z6V00670345211469 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 11 | 1Z6V00670343678479 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 12 | 1Z6V00670343907686 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 13 | 1Z6V00670345983091 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 14 | 1Z6V00670344468702 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 15 | 1Z6V00670344008511 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 16 | 1Z6V00670344926529 | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref : 20291 | | | | 2nd ref : TV PAD / FLUSHING NY | | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 21, 2015** |
| Invoice number | 00006V0067125 |
| Shipper number | 6V0067 |

Page 9 of 9

## Outbound

**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/19 | 1752098821 | 17 | 1Z6V0067034382673T | Ground Hundredweight | 11354 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.27 | -0.16 | 1.11 |
| | | | | Total | | | | 24.40 | -3.13 | 21.27 |
| | | | 1st ref: 20291 | | | 2nd ref: TV PAD / FLUSHING NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 18 | 1Z6V0067034319314A | Ground Hundredweight | 11354 | 8 | 15 | 11.57 | -1.32 | 10.25 |
| | | | | Fuel Surcharge | | | | 0.64 | -0.07 | 0.57 |
| | | | | Total | | | | 12.21 | -1.39 | 10.82 |
| | | | 1st ref: 20291 | | | 2nd ref: TV PAD / FLUSHING NY | | | | |
| | | | Message Codes : b | | | | | | | |

| | | | |
|---|---|---|---|---|
| Total for Pickup Number: 1752098821 | 18 Package(s) | 427.01 | -54.60 | 372.41 |
| **Total UPS WorldShip** | 43 Package(s) | 964.05 | -132.60 | 831.45 |
| **Total Outbound** | 43 Package(s) | 964.05 | -132.60 | 831.45 |

## Invoice Messaging

| Code | Message |
|---|---|
| r | Dimensional weight applied |
| d | Deficit weight applied to minimize charges |
| b | Hundredweight eligible; Hundredweight rates applied |





**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 28, 2015** |
| Invoice number | 00006V0067135 |
| Shipper number | 6V0067 |
| Control ID | 004Y |
| Page 1 of 10 | |

0392A00006V00674

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

Sign up for electronic billing today!
Visit ups.com/billing

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

### Incentive Savings

Total incentive savings this period       $ 125.19
Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 436.68 |
| Amount Outstanding (prior invoices) | $ 0.00 |
| Total Amount Outstanding | $ 436.68 |

### Questions about your charges?

To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at ups.com/invoiceguide.

*Thank you for using UPS.*
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | **Outbound** | |
| 3 | UPS WorldShip | $ 432.82 |
| 10 | Adjustments & Other Charges | $ 3.86 |
| **Amount due this period** | | **$ 436.68** |

UPS payment terms require payment of this bill by April 6, 2015.

Payments received late are subject to a late payment fee of 6% of the Amount Due This Period. (see Tariff/Terms and Conditions of Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.5% for UPS Ground Services and 3.5% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*

---

Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips.

**Return Portion**

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

| | |
|---|---|
| Invoice Date | March 28, 2015 |
| Invoice Number | 00006V0067135 |
| Shipper Number | 6V0067 |

| Amount due this period | $ 436.68 |
|---|---|
| Amount enclosed | |

If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

6V0067 8 032815 0392 1 00000436680 0



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 28, 2015** |
| Invoice number | 00006V0067135 |
| Shipper number | 6V0067 |

Page 2 of 10

## Incentives

### Outbound

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Ground Commercial Package** | | | |
| | 03/28/2015 | | EZZB121 |
| Electronic Processed Custom | 8 | 200.02 | -49.61 |
| **Ground Commercial Package** | | | |
| | 03/28/2015 | | EZZB122 |
| Electronic Processed Tier | 8 | 200.02 | -18.02 |
| Tier incentive based on an average weekly revenue of $5,859.04 for W/E: 03/29/2014 - W/E: 03/21/2015. | | | |
| **Fuel Surcharge** | | | |
| | 03/28/2015 | | |
| | | | -6.54 |
| **Ground Residential Package** | | | |
| | 03/28/2015 | | EZZB140 |
| Electronic Processed Custom | 23 | 251.62 | -44.19 |
| **Ground Residential Package** | | | |
| | 03/28/2015 | | EZZB141 |
| Electronic Processed Tier | 23 | 251.62 | -6.83 |
| Tier incentive based on an average weekly revenue of $5,859.04 for W/E: 03/29/2014 - W/E: 03/21/2015. | | | |
| **Total Outbound** | | | **-125.19** |
| **Total Incentives** | | | **-125.19** |

### Account Status
Weekly Payment Plan

**Payments Applied**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 00006V0067125 | 03/21/2015 | $ 831.45 |

**Reference Number Summary**

| | |
|---|---|
| 20291 | 436.68 |
| **Total** | **436.68** |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 28, 2015** |
| Invoice number | 00006V0067135 |
| Shipper number | 6V0067 |

Page 3 of 10

## Outbound

**UPS WorldShip**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/23 | 1752098832 | 1 | 1Z6V00670345989755 | Ground Residential | 94566 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291              2nd ref : 1 TV PAD-PLEASANTON CA
Sender : MANAGER          Receiver: KAYO HSU
                                              KAYO HSU

                                              PLEASANTON CA 94566

**Message Codes : r**

| | | 2 | 1Z6V00670344260560 | Ground Residential | 53818 | 7 | 4 | 10.48 | -2.20 | 8.28 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Delivery Area Surcharge - Extended | | | | 3.80 | | 3.80 |
| | | | | Fuel Surcharge | | | | 0.96 | -0.12 | 0.84 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 18.34 | -2.32 | 16.02 |

1st ref: 20291              2nd ref : 1 TV PAD- PLATTEVILLE WI
Sender : MANAGER          Receiver: JUAN YANG
                                              JUAN YANG

                                              PLATTEVILLE WI 53818

**Message Codes : r**

| | | 3 | 1Z6V00670343729575 | Ground Commercial | 42164 | 7 | 4 | 10.48 | -2.83 | 7.65 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Delivery Area Surcharge - Extended | | | | 2.20 | | 2.20 |
| | | | | Fuel Surcharge | | | | 0.70 | -0.16 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.38 | -2.99 | 10.39 |

1st ref: 20291              2nd ref : 1 TV PAD-SCOTTSVILLE KY
Sender : MANAGER          Receiver: QINGXIA LIN
                                              QINGXIA LIN

                                              SCOTTSVILLE KY 42164

**Message Codes : r**

| | | 4 | 1Z6V00670343400786 | Ground Commercial | 94568 | 4 | 4 | 9.31 | -2.52 | 6.79 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.51 | -0.14 | 0.37 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 9.82 | -2.66 | 7.16 |

1st ref: 20291              2nd ref : 1 TV PAD-DUBLIN, CA
Sender : MANAGER          Receiver: LIU ZHILIANG
                                              LIU ZHILIANG

                                              DUBLIN CA 94568

**Message Codes : r**

**Total for Pickup Number: 1752098832**          4 Package(s)          54.63          -10.04          44.59





**Delivery Service Invoice**

Invoice date       **March 28, 2015**
Invoice number   00006V0067135
Shipper number   6V0067

Page 4 of 10

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/24 | 1752098843 | 1 | 1Z6V00670345158198 | Ground Residential | 95823 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | **Total** | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291                                          2nd ref : 2 TV PADS- SACRAMENTO CA
Sender  : MANAGER                                 Receiver: RAYMOND LIM
                                                                    RAYMOND LIM
                                                                    ▬▬▬▬▬▬▬▬
                                                                    SACRAMENTO CA 95823

Message Codes : r

| | | 2 | 1Z6V00670345365802 | Ground Residential | 90631 | 2 | 4 | 7.59 | -0.98 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | **Total** | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291                                          2nd ref : 1 TV PAD-LA HARBRA CA
Sender  : MANAGER                                 Receiver: MUI SEL KO
                                                                    MUI SEL KO
                                                                    ▬▬▬▬▬▬▬▬
                                                                    LA HABRA CA 90631

Message Codes : r  ag

| | | 3 | 1Z6V00670344467614 | Ground Residential | 18103 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | **Total** | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                                          2nd ref : 1 TV PAD-ALLENTOWN PA
Sender  : MANAGER                                 Receiver: CHIH-SIAN CHEN
                                                                    CHIH-SIAN CHEN
                                                                    ▬▬▬▬▬▬▬▬
                                                                    ALLENTOWN PA 18103

Message Codes : r

| | | 4 | 1Z6V00670344587628 | Ground Residential | 94563 | 4 | 4 | 9.31 | -1.96 | 7.35 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | **Total** | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291                                          2nd ref : 1 TV PAD-ORINDA CA
Sender  : MANAGER                                 Receiver: ALAIN CHAN
                                                                    ALAIN CHAN
                                                                    ▬▬▬▬▬▬▬▬
                                                                    ORINDA CA 94563

Message Codes : r



**Delivery Service Invoice**
Invoice date **March 28, 2015**
Invoice number **00006V0067135**
Shipper number **6V0067**

Page 5 of 10

## Outbound
UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/24 | 1752098843 | 5 | 1Z6V00670344129837 | Ground Residential | 92603 | 2 | 4 | 7.59 | -0.98 | 6.61 |
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 In | | | | | | |
| | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291                                  2nd ref : 2 TVPAD- IRVINE CA
Sender  : MANAGER                        Receiver: ADAM WANG
                                                                ADAM WANG
                                                                ▓▓▓▓▓▓▓▓▓▓
                                                                IRVINE CA 92603

Message Codes : r ag

| | | | 6 | 1Z6V00670344378247 | Ground Residential | 94103 | 4 | 4 | 9.31 | -1.96 | 7.35 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Customer Weight | | | 2 | | | |
| | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | | Customer Entered Dimensions = 9 x 8 x 8 In | | | | | | |
| | | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291                                  2nd ref : 1 TV PAD-SAN FRANCISCO CA
Sender  : MANAGER                        Receiver: KHEE LIM
                                                                KHEE LIM
                                                                ▓▓▓▓▓▓▓▓▓▓
                                                                SAN FRANCISCO CA 94103

Message Codes : r

| | | | 7 | 1Z6V00670344086855 | Ground Residential | 20906 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Customer Weight | | | 3 | | | |
| | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | | Customer Entered Dimensions = 9 x 8 x 8 In | | | | | | |
| | | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                                  2nd ref : 2 TV PAD-silver spring MD
Sender  : MANAGER                        Receiver: HUU HUYNH
                                                                HUU HUYNH
                                                                ▓▓▓▓▓▓▓▓▓▓
                                                                SILVER SPRING MD 20906

Message Codes : r

| | | | 8 | 1Z6V00670343129660 | Ground Commercial | 60515 | 7 | 4 | 10.48 | -2.83 | 7.65 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Customer Weight | | | 2 | | | |
| | | | | | Fuel Surcharge | | | | 0.58 | -0.16 | 0.42 |
| | | | | | Customer Entered Dimensions = 9 x 8 x 8 In | | | | | | |
| | | | | | Total | | | | 11.06 | -2.99 | 8.07 |

1st ref: 20291                                  2nd ref : 1 TV PAD- DOWNERS GROVE I L
Sender  : MANAGER                        Receiver: MING KWONG TAM
                                                                MING KWONG TAM
                                                                ▓▓▓▓▓▓▓▓▓▓
                                                                DOWNERS GROVE IL 60515

Message Codes : r

| | | | 9 | 1Z6V00670343000673 | Ground Commercial | 33166 | 8 | 30 | 33.95 | -11.89 | 22.06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref: 20291                                  2nd ref : 100 TV PADS-MIAMI FL
Sender  : MANAGER                        Receiver:
                                                                MOBIL ELECTRONICS PTY.
                                                                ▓▓▓▓▓▓▓▓▓▓
                                                                MIAMI FL 33166



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 28, 2015** |
| Invoice number | 00006V0067135 |
| Shipper number | 6V0067 |

Page 6 of 10

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/24 | 1752098843 | 10 | 1Z6V00670344513886 | Ground Commercial | 33166 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref: 20291   2nd ref : 100 TV PADS-MIAMI FL
Sender : MANAGER   Receiver:
MOBIL ELECTRONICS PTY.
MIAMI FL 33166

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 11 | 1Z6V00670345353299 | Ground Commercial | 33166 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref: 20291   2nd ref : 100 TV PADS-MIAMI FL
Sender : MANAGER   Receiver:
MOBIL ELECTRONICS PTY.
MIAMI FL 33166

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12 | 1Z6V00670343682900 | Ground Commercial | 33166 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref: 20291   2nd ref : 100 TV PADS-MIAMI FL
Sender : MANAGER   Receiver:
MOBIL ELECTRONICS PTY.
MIAMI FL 33166

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 13 | 1Z6V00670344746714 | Ground Commercial | 33166 | 8 | 30 | 33.95 | -11.89 | 22.06 |
| | | | | Fuel Surcharge | | | | 1.87 | -0.65 | 1.22 |
| | | | | Total | | | | 35.82 | -12.54 | 23.28 |

1st ref: 20291   2nd ref : 100 TV PADS-MIAMI FL
Sender : MANAGER   Receiver:
MOBIL ELECTRONICS PTY.
MIAMI FL 33166

| Total for Pickup Number: 1752098843 | | | | 13 Package(s) | | | | 282.05 | -78.90 | 203.15 |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25 | 1752098854 | 1 | 1Z6V00670343468722 | Ground Residential | 78703 | 6 | 4 | 10.01 | -2.10 | 7.91 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.12 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 6 x 8 in | | | | | | |
| | | | | Total | | | | 13.83 | -2.22 | 11.61 |

1st ref: 20291   2nd ref : 1 TV PAD-AUSTIN TX
Sender : MANAGER   Receiver: RUI WANG
RUI WANG
AUSTIN TX 78703

Message Codes : r



### Delivery Service Invoice

| | |
|---|---|
| Invoice date | **March 28, 2015** |
| Invoice number | 00006V0067135 |
| Shipper number | 6V0067 |

Page 7 of 10

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25 | 1752098854 | 2 | 1Z6V00670343052939 | Ground Residential | 94014 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref : 20291                 2nd ref : 1 TV PAD- DALY CITY CA
Sender  : MANAGER             Receiver: ZHIJIN LIANG
                                      ZHIJIN LIANG

                                      DALY CITY CA 94014

Message Codes : r

| | | | | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670343583348 | Ground Residential | 07302 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 6 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref : 20291                 2nd ref : 1 TV PAD -JERSEY CITY NJ
Sender  : MANAGER             Receiver: DAVID LEE
                                      DAVID LEE

                                      JERSEY CITY NJ 07302

Message Codes : r

| | | | | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670345823952 | Ground Residential | 94583 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref : 20291                 2nd ref : 1 TV PAD- SAN RAMON, CA
Sender  : MANAGER             Receiver: WALLACE WEI
                                      WALLACE WEI

                                      SAN RAMON CA 94583

Message Codes : r

| | | | | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 1Z6V00670344818782 | Ground Residential | 75025 | 6 | 4 | 10.01 | -2.10 | 7.91 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.12 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.83 | -2.22 | 11.61 |

1st ref : 20291                 2nd ref : 1 TV PAD-PLANO
Sender  : MANAGER             Receiver: SAIMING CHAN
                                      SAIMING CHAN

                                      PLANO TX 75025

Message Codes : r



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 28, 2015** |
| Invoice number | 00006V0067135 |
| Shipper number | 6V0067 |

Page 8 of 10

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25 | 1752098854 | 6 | 1Z6V00670344491776 | Ground Residential | 91011 | 2 | 4 | 7.59 | -0.98 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291              2nd ref : 1 TV PAD- LA CANADA FLINT RIDGE CA
Sender  : MANAGER          Receiver: HARRY FUNG
                           HARRY FUNG
                           ███████████████
                           LA CANADA FLINTRIDGE CA 91011

Message Codes : r  ag

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7 | 1Z6V00670344246988 | Ground Residential | 96814 | 44 | 4 | 33.50 | -7.04 | 26.46 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 2.01 | -0.39 | 1.62 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 38.61 | -7.43 | 31.18 |

1st ref: 20291              2nd ref : 1 TV PAD- HONOLULU HI
Sender  : MANAGER          Receiver: JOHN CHO
                           JOHN CHO
                           ███████████████
                           HONOLULU HI 96814

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total for Pickup Number: 1752098854** | | | | | 7 Package(s) | | 118.76 | -19.51 | 99.25 |
| 03/26 | 1752098865 | 1 | 1Z6V00670343568392 | Ground Residential | 11375 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291              2nd ref : 1 TV PAD-FOREST HILLS NY
Sender  : MANAGER          Receiver: JADE HO
                           JADE HO
                           ███████████████
                           FOREST HILLS NY 11375

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670345420000 | Ground Residential | 94124 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291              2nd ref : 1 TV PAD- SAN FRANCISCO C A
Sender  : MANAGER          Receiver: GUANG FENG CHEN
                           GUANG FENG CHEN
                           ███████████████
                           SAN FRANCISCO CA 94124

Message Codes : r



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 28, 2015** |
| Invoice number | 00006V0067135 |
| Shipper number | 6V0067 |

Page  9 of 10

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/26 | 1752098865 | 3 | 1Z6V00670344845812 | Ground Residential | 14226 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291     2nd ref : 1 TV PAD-AMHERST NY
Sender  : MANAGER     Receiver: JIEWI ZHAO
JIWEI ZHAO
BUFFALO NY 14226

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total for Pickup Number: 1752098865** | | | | | 3 Package(s) | | | 43.15 | -7.01 | 36.14 |
| 03/27 | 1752098876 | 1 | 1Z6V00670344569826 | Ground Residential | 30040 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291     2nd ref : 1 TV PAD-CUMMING GA
Sender  : MANAGER     Receiver: FIONA NG
FIONA NG
CUMMING GA 30040

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670343596030 | Ground Residential | 28134 | 8 | 4. | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291     2nd ref : 1 TV PAD-PINEVILLE NC
Sender  : MANAGER     Receiver: KUNG LEE
KUNG LEE
PINEVILLE NC 28134

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670343808444 | Ground Residential | 11731 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291     2nd ref : EAST NORTHPORT, NY
Sender  : MANAGER     Receiver: YUANYUAN ARANA
YUANYUAN ARANA
EAST NORTHPORT NY 11731

Message Codes : r





**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 28, 2015** |
| Invoice number | 00006V0067135 |
| Shipper number | 6V0067 |

Page 10 of 10

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/27 | 1752098876 | 4 | 1Z6V00670344571055 | Ground Residential | 60608 | 7 | 4 | 10.48 | -2.20 | 8.28 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 ln | | | | | | |
| | | | | Total | | | | 14.33 | -2.32 | 12.01 |

1st ref: 20291            2nd ref : 1 TV PAD- CHICAGO IL
Sender : MANAGER       Receiver: MING HONG CHAN
                                MING HONG CHAN
                                CHICAGO IL 60608

Message Codes : r

| | | | | |
|---|---|---|---|---|
| Total for Pickup Number: 1752098876 | 4 Package(s) | 59.42 | -9.73 | 49.69 |
| Total UPS WorldShip | 31 Package(s) | 558.01 | -125.19 | 432.82 |
| Total Outbound | 31 Package(s) | 558.01 | -125.19 | 432.82 |

## Adjustments & Other Charges
Residential/Commercial Adjustments
### UPS WorldShip

| Shipped Date | Pickup Record | Entry | Tracking Number | Recorded Corrected | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|
| 03/23 | 1752098832 | 4 | 1Z6V00670343400786 | Commercial | -9.31 | 2.52 | -6.79 | |
| | | | | Residential | 9.31 | -1.96 | 7.35 | |
| | | | | Residential Surcharge | 3.10 | | 3.10 | |
| | | | | Fuel Surcharge | 0.20 | | 0.20 | 3.86 |

1st ref: 20291            2nd ref : 1 TV PAD- DUBLIN, CA

| | | | |
|---|---|---|---|
| Total UPS WorldShip | 1 Package(s) | | 3.86 |
| Total Residential/Commercial Adjustments | 1 Package(s) | | 3.86 |
| Total Adjustments & Other Charges | | | 3.86 |

## Invoice Messaging

| Code | Message |
|---|---|
| r | Dimensional weight applied |
| ag | Minimum Rates Applied |

APR





| Date | Type | Description | Debit | Credit | Balance |
|------|------|-------------|-------|--------|---------|
| | | CHIPS CREDIT VIA: HSBC BANK USA, N.A./0108 B/O: CREATE NEW TECHNOLOGY (HK) LIMITED UANGDONG CHINA I D: | | | |
| Pending | Incoming Wire Transfer | | | $4,199.88 | |

# YTC SUMMIT INTERNATIONAL INC.

12037 Clark Street
Arcadia, CA 91006

Phone:   (626) 359-4801
Fax:     (626) 359-8031
Email:   jennifer@ytcsummit.com

## *STATEMENT*

Statement #:   112
Date:          May 6, 2015
Customer ID:   QI CHUANG TECHNOLOGY

Bill To:   QI CHUANG TECHNOLOGY
           Shengzhen, China

| Date | Type | Invoice # | Description | Amount | Payment | Balance |
|------|------|-----------|-------------|--------|---------|---------|
| 04/28/15 | AR | | WIRE RECEIVED | | $ 2,754.63 | $ - |
| 04/04/15 | SHIPMENT | 00006V0067145 | UPS WEEKLY STATEMENT | $ 279.24 | | $ 279.24 |
| 04/04/15 | FEES | 23 SHIPMENTS | YTC HANDLING FEES | $ 92.00 | | $ 92.00 |
| 04/11/15 | SHIPMENT | 00006V0067155 | UPS WEEKLY STATEMENT | $ 350.48 | | $ 350.48 |
| 04/11/15 | FEES | 21 SINGLE SHIPMENTS + 1 MUTLI SHIPMENT | YTC HANDLING FEES | $ 91.00 | | $ 91.00 |
| 04/18/15 | SHIPMENT | 00006V0067165 | UPS WEEKLY STATEMENT | $ 3,443.22 | | $ 3,443.22 |
| 04/18/15 | FEES | 8 SHIPMENTS | UPS HANDLING FEES | $ 56.00 | | $ 56.00 |
| 04/30/15 | BANK CHARGE | | | $ 25.00 | | $ 25.00 |
| 05/01/15 | CREDIT | REIMBURSE LOST SHIPMENT | CHAOTING ZHOU | $ (112.06) | | $ (112.06) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total Amount Due: | $ 4,224.88 |

BANKING INFORMATION:

Beneficiary:        YTC SUMMIT INTERNATIONAL INC.
Beneficiary Acct #  ████████████
Beneficiary Bank:   JP Morgan Chase Bank
Address:            700 W. Huntington Dr
                    Arcadia, CA 91007
SWIFT NO:           CHASUS33
Routing Number:     ██████████

**Jennifer Chen - YTC Summit**

| | |
|---|---|
| **From:** | huangxy <huangxy@yourfk.com> |
| **Sent:** | Wednesday, April 8, 2015 8:53 PM |
| **To:** | Jennifer Chen - YTC Summit |
| **Cc:** | 黄纯芳 |
| **Subject:** | QI MONTHLY STATEMENT |

**Dear Jenni,**

**Could you please send us the Billing Statement for March asap?**

**Thank you!**

Best Wishes！
黄晓燕（Nature）
Email:huangxy@yourfk.com
QQ:470083876
因公司组织架构变动，个人邮箱已变更为：huangxy@yourfk.com 其它联系方式不变，后续请按照此邮箱地址联络我，谢谢！
本邮件及其附件含有保密信息，仅限于发送给上面地址中列出的个人或群组。禁止任何其他人以任何形式使用（包括但不限于全部或部分地泄露、复制、或散发）本邮件中的信息。如果您错收了本邮件，请您立即电话或邮件通知发件人并删除本邮件！
This e-mail and its attachments contain confidential information, which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

发件人：luph
发送时间：2015-04-03 12:03
收件人：Jennifer Chen - YTC Summit
抄送：黄纯芳；huangxy
主题：notice about change at work

Dear Jenni,
For the following part of my work, they will be take over by Miss
Huang（huangxy<huangxy@yourfk.com>），please find Miss Huang if there is anything.
Thank you!

因公司组织架构变动，个人邮箱已变更为：luph@yourfk.com 其它联系方式不变，后续请按照此邮箱地址联络我，谢谢！

商务中心    卢佩虹(Cass)
QQ：649682268



*Delivery Service Invoice*

| | |
|---|---|
| Invoice date | **April 11, 2015** |
| Invoice number | 00006V0067155 |
| Shipper number | 6V0067 |
| Control ID | T435 |
| Page | 1 of 9 |

0392A00006V00674

Sign up for electronic billing today!
Visit ups.com/billing

For questions about your invoice, call:
**(800) 811-1648**
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

### Incentive Savings

| | |
|---|---|
| Total Incentive savings this period | $ 68.77 |

Your amount due this period includes these savings.
See Incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 350.48 |
| Amount Outstanding (prior Invoices) | $ 0.00 |
| Total Amount Outstanding | $ 350.48 |

### Questions about your charges?

To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at ups.com/invoiceguide.

*Thank you for using UPS.*

### Summary of Charges

| Page | | Charge |
|---|---|---|
| 3 | Outbound | |
| | UPS WorldShip | $ 346.58 |
| 9 | Adjustments & Other Charges | $ 3.90 |
| **Amount due this period** | | **$ 350.48** |

UPS payment terms require payment of this bill by April 20, 2015.

Payments received late are subject to a late payment fee of 6% of the Amount Due This Period. (see Tariff/Terms and Conditions of Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.25% for UPS Ground Services and 4.75% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*

---

— — — Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips. — — —

 *Return Portion*

| | |
|---|---|
| Invoice Date | **April 11, 2015** |
| Invoice Number | 00006V0067155 |
| Shipper Number | 6V0067 |

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

| | |
|---|---|
| Amount due this period | $ 350.48 |
| Amount enclosed | |

If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

6V0067 6 041115 0392 1 00000350480 4



**_Delivery Service Invoice_**

Invoice date      **April 11, 2015**
Invoice number   00006V0067155
Shipper number   6V0067

Page  2 of 9

## Incentives

### Outbound

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Ground  Hundredweight** | | | |
| | 04/11/2015 | | EZZB143 |
| Electronic Processed Tier | 8 | 72.86 | -9.34 |
| Tier Incentive based on an average weekly revenue of $5,877.71 for W/E: 04/12/2014 - W/E: 04/04/2015. | | | |
| **Ground Commercial  Package** | | | |
| | 04/11/2015 | | EZZB121 |
| Electronic Processed Custom | 2 | 56.68 | -10.66 |
| **Ground Commercial  Package** | | | |
| | 04/11/2015 | | EZZB122 |
| Electronic Processed Tier | 2 | 56.68 | -5.10 |
| Tier Incentive based on an average weekly revenue of $5,877.71 for W/E: 04/12/2014 - W/E: 04/04/2015. | | | |
| **Fuel Surcharge** | | | |
| | 04/11/2015 | | |
| | | | -3.43 |
| **Ground Residential  Package** | | | |
| | 04/11/2015 | | EZZB140 |
| Electronic Processed Custom | 19 | 203.86 | -35.18 |
| **Ground Residential  Package** | | | |
| | 04/11/2015 | | EZZB141 |
| Electronic Processed Tier | 19 | 203.86 | -5.06 |
| Tier Incentive based on an average weekly revenue of $5,877.71 for W/E: 04/12/2014 - W/E: 04/04/2015. | | | |
| **Total Outbound** | | | -68.77 |
| **Total Incentives** | | | -68.77 |

## Account Status
### Weekly Payment Plan

**Payments Applied**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 00006V0067145 | 04/04/2015 | $ 279.24 |

**Reference Number Summary**

| | |
|---|---|
| 20291 | 350.48 |
| Total | 350.48 |



### Delivery Service Invoice

| | |
|---|---|
| Invoice date | **April 11, 2015** |
| Invoice number | 00006V0067155 |
| Shipper number | 6V0067 |

Page 3 of 9

## Outbound
**UPS WorldShip**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/07 | 1752098935 | 1 | 1Z6V00670344333697 | Ground Residential | 92620 | 2 | 4 | 7.59 | -0.98 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.56 | -0.05 | 0.51 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.25 | -1.03 | 10.22 |

1st ref: 20291          2nd ref : 1 TV PAD- IRVINE CA
Sender  : MANAGER          Receiver: CHICH PING KUO
                                                      CHICH PING KUO
                                                      ███████████
                                                      IRVINE CA 92620

**Message Codes : r ag**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670344151302 | Ground Residential | 91755 | 2 | 4 | 7.59 | -0.98 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.56 | -0.05 | 0.51 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.25 | -1.03 | 10.22 |

1st ref: 20291          2nd ref : 1 TV PAD- MONTEREY PARK C A
Sender  : MANAGER          Receiver: ADNY KWONG
                                                      ANDY KWONG
                                                      ███████████
                                                      MONTEREY PARK CA 91755

**Message Codes : r ag**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670344063112 | Ground Commercial | 28504 | 8 | 4 | 11.15 | -3.01 | 8.14 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Delivery Area Surcharge | | | | 2.20 | | 2.20 |
| | | | | Fuel Surcharge | | | | 0.70 | -0.16 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 14.05 | -3.17 | 10.88 |

1st ref: 20291          2nd ref : 1 TV PAD- KINSTON, NC
Sender  : MANAGER          Receiver: QUN LI
                                                      QUN LI
                                                      ███████████
                                                      KINSTON NC 28504

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670343193126 | Ground Residential | 77042 | 6 | 4 | 10.01 | -2.10 | 7.91 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.69 | -0.11 | 0.58 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.80 | -2.21 | 11.59 |

1st ref: 20291          2nd ref : 1 TV PAD- HOUSTON TX
Sender  : MANAGER          Receiver: JOHNNY LIN
                                                      JOHNNY LIN
                                                      ███████████
                                                      HOUSTON TX 77042

**Message Codes : r**





*Delivery Service Invoice*

| | |
|---|---|
| Invoice date | **April 11, 2015** |
| Invoice number | 00006V0067155 |
| Shipper number | 6V0067 |

Page 4 of 9

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/07 | 1752098935 | 5 | 1Z6V00670345945337 | Ground Residential | 11220 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.00 | -2.46 | 12.54 |

1st ref: 20291      2nd ref : 1 TV PAD-BROOKLYN NY
Sender  : MANAGER    Receiver: ZHIRONG LAI
                                    ZHIRONG LAI
                                    BROOKLYN NY 11220

Message Codes : r

| | | | | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 1Z6V00670343932354 | Ground Residential | 91776 | 2 | 4 | 7.59 | -0.98 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.56 | -0.05 | 0.51 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.25 | -1.03 | 10.22 |

1st ref: 20291      2nd ref : 1 TV PAD- SAN GABRIEL CA
Sender  : MANAGER    Receiver: TIFFANY TAN
                                      TIFFANY TAN
                                    SAN GABRIEL CA 91776

Message Codes : r  ag

| | | | | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7 | 1Z6V00670343775168 | Ground Residential | 11357 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.00 | -2.46 | 12.54 |

1st ref: 20291      2nd ref : 1 TV PAD-WHITESTONE, NY
Sender  : MANAGER    Receiver: ALLISON WEI
                                      ALLISON WEI
                                    WHITESTONE NY 11357

Message Codes : r

| | | | | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 8 | 1Z6V00670345656177 | Ground Residential | 02170 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.00 | -2.46 | 12.54 |

1st ref: 20291      2nd ref : 1 TV PAD-QUINCY,  MA
Sender  : MANAGER    Receiver: ALLEN ZHAO
                                      ALLEN ZHAO
                                    QUINCY MA 02170

Message Codes : r

| | | | | | | | | Published | Incentive | Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Pickup Number: 1752098935 | | | | | | 8 Package(s) | | 106.60 | -15.85 | 90.75 |





**Delivery Service Invoice**

| Invoice date | **April 11, 2015** |
|---|---|
| Invoice number | 00006V0067155 |
| Shipper number | 6V0067 |

Page 5 of 9

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/08 | 1752098946 | 1 | 1Z6V00670344379380 | Ground Residential | 01862 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.00 | -2.46 | 12.54 |

1st ref: 20291      2nd ref : 1 TV PAD- NORTH BILLERICA , MA
Sender  : MANAGER      Receiver: FAN ZHANG
               FAN ZHANG      /
               NORTH BILLERICA MA 01862

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670343628791 | Ground Residential | 96814 | 44 | 4 | 33.50 | -7.04 | 26.46 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 1.92 | -0.37 | 1.55 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 38.52 | -7.41 | 31.11 |

1st ref: 20291      2nd ref : 1 TV PAD- HONOLULU, HI
Sender  : MANAGER      Receiver: JOHN CHO
               JOHN CHO      /
               HONOLULU HI 96814

Message Codes : r

*Shaded area denotes 8 package shipment*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670344568407 | Ground Hundredweight | 92126 | 2 | 30 | 9.64 | -1.24 | 8.40 |
| | | | | Fuel Surcharge | | | | 0.51 | -0.07 | 0.44 |
| | | | | Total | | | | 10.15 | -1.31 | 8.84 |

1st ref : 20291      2nd ref : 150 TV PADS- SAN DIEGO, C A
Sender : MANAGER      Receiver: WELLINGTON HUI
               WELLINGTON HUI
               SAN DIEGO CA 92126

Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670343442213 | Ground Hundredweight | 92126 | 2 | 30 | 9.64 | -1.24 | 8.40 |
| | | | | Fuel Surcharge | | | | 0.51 | -0.07 | 0.44 |
| | | | | Total | | | | 10.15 | -1.31 | 8.84 |

1st ref : 20291      2nd ref : 150 TV PADS- SAN DIEGO, C A
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 1Z6V00670344174225 | Ground Hundredweight | 92126 | 2 | 30 | 9.64 | -1.24 | 8.40 |
| | | | | Fuel Surcharge | | | | 0.51 | -0.07 | 0.44 |
| | | | | Total | | | | 10.15 | -1.31 | 8.84 |

1st ref : 20291      2nd ref : 150 TV PADS- SAN DIEGO, C A
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 1Z6V00670343968432 | Ground Hundredweight | 92126 | 2 | 30 | 9.64 | -1.24 | 8.40 |
| | | | | Fuel Surcharge | | | | 0.51 | -0.07 | 0.44 |
| | | | | Total | | | | 10.15 | -1.31 | 8.84 |

1st ref : 20291      2nd ref : 150 TV PADS- SAN DIEGO, C A
Message Codes : b





**Delivery Service Invoice**

Invoice date **April 11, 2015**
Invoice number 00006V0067155
Shipper number 6V0067

Page 6 of 9

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/08 | 1752098946 | 7 | 1Z6V00670345908641 | Ground Hundredweight | 92126 | 2 | 30 | 9.64 | -1.24 | 8.40 |
| | | | | Fuel Surcharge | | | | 0.51 | -0.07 | 0.44 |
| | | | | Total | | | | 10.15 | -1.31 | 8.84 |

1st ref : 20291                       2nd ref : 150 TV PADS- SAN DIEGO, C A
Message Codes : b

| | | 8 | 1Z6V00670344559453 | Ground Hundredweight | 92126 | 2 | 30 | 9.64 | -1.24 | 8.40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.51 | -0.07 | 0.44 |
| | | | | Total | | | | 10.15 | -1.31 | 8.84 |

1st ref : 20291                       2nd ref : 150 TV PADS- SAN DIEGO, C A
Message Codes : b

| | | 9 | 1Z6V00670344564269 | Ground Hundredweight | 92126 | 2 | 30 | 9.64 | -1.24 | 8.40 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.51 | -0.07 | 0.44 |
| | | | | Total | | | | 10.15 | -1.31 | 8.84 |

1st ref : 20291                       2nd ref : 150 TV PADS- SAN DIEGO, C A
Message Codes : b

| | | 10 | 1Z6V00670343247274 | Ground Hundredweight | 92126 | 2 | 17 | 5.48 | -0.66 | 4.82 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.29 | -0.03 | 0.26 |
| | | | | Total | | | | 5.77 | -0.69 | 5.08 |

1st ref : 20291                       2nd ref : 150 TV PADS- SAN DIEGO, C A
Message Codes : b

| Total for Pickup Number: 1752098946 | | | | | 10 Package(s) | | | 130.34 | -19.73 | 110.61 |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/09 | 1752098950 | 1 | 1Z6V00670343212480 | Ground Residential | 95014 | 3 | 4 | 8.33 | -1.72 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.60 | -0.09 | 0.51 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.03 | -1.81 | 10.22 |

1st ref: 20291                       2nd ref : 1 TV PAD-CUPERTINO, CA
Sender  : MANAGER                    Receiver: JUN ZHU
                                     JUN ZHU
                                     ▮▮▮▮▮▮▮▮▮▮▮▮
                                     CUPERTINO CA 95014
Message Codes : r  ag

| | | 2 | 1Z6V00670343943897 | Ground Residential | 89118 | 3 | 4 | 8.33 | -1.72 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.60 | -0.09 | 0.51 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.03 | -1.81 | 10.22 |

1st ref: 20291                       2nd ref : 1 TV PAD- LAS VEGAS, NV
Sender  : MANAGER                    Receiver: ICY FANG
                                     ICY FANG
                                     ▮▮▮▮▮▮▮▮▮▮▮▮
                                     LAS VEGAS NV 89118

Message Codes : r  ag



**Delivery Service Invoice**

Invoice date   **April 11, 2015**
Invoice number  **00006V0067155**
Shipper number  **6V0067**

Page 7 of 9

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/09 | 1752098950 | 3 | 1Z6V00670345405509 | Ground Residential | 89139 | 3 | 4 | 8.33 | -1.72 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.60 | -0.09 | 0.51 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.03 | -1.81 | 10.22 |

1st ref: 20291              2nd ref : 1 TV PAD-LAS VEGAS, NV
Sender  : MANAGER        Receiver: HUANG HUA
                              HUANG HUA

                              LAS VEGAS NV 89139

Message Codes : r ag

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Pickup Number: 1752098950 | | | | | 3 Package(s) | | | 36.09 | -5.43 | 30.66 |
| 04/10 | 1752098961 | 1 | 1Z6V00670345641316 | Ground Residential | 19152 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.00 | -2.46 | 12.54 |

1st ref: 20291              2nd ref : 1 TV PAD-PHILADELPHIA, PA
Sender  : MANAGER        Receiver: CAI YU
                              CAI YU

                              PHILADELPHIA PA 19152

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670344375320 | Ground Residential | 95070 | 3 | 4 | 8.33 | -1.72 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.60 | -0.09 | 0.51 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.03 | -1.81 | 10.22 |

1st ref: 20291              2nd ref : 1 TV PAD-SARATOGA, CA
Sender  : MANAGER        Receiver:
                              HUNG CHENG SUNG

                              SARATOGA CA 95070

Message Codes : r ag

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670343611530 | Ground Residential | 20901 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.00 | -2.46 | 12.54 |

1st ref: 20291              2nd ref : 1 TV PAD-SILVER SPRING, M D
Sender  : MANAGER        Receiver:
                              CHENG HUNG HUANG

                              SILVER SPRING MD 20901

Message Codes : r





**Delivery Service Invoice**

Invoice date     **April 11, 2015**
Invoice number   00006V0067155
Shipper number   6V0067

Page 8 of 9

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/10 | 1752098961 | 4 | 1Z6V00670345233945 | Ground Residential | 94587 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.65 | -0.10 | 0.55 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.06 | -2.06 | 11.00 |

1st ref: 20291                                          2nd ref : 1 TV PAD-UNION CITY, CA
Sender  : MANAGER                          Receiver:
                                           JOHN FONG

                                           UNION CITY CA 94587

Message Codes : r

| | | 5 | 1Z6V00670345606551 | Ground Residential | 11375 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.75 | -0.12 | 0.63 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.00 | -2.46 | 12.54 |

1st ref: 20291                                          2nd ref : 1 TV PAD-FOREST HILLS, NY
Sender  : MANAGER                          Receiver:
                                           JINYANG ZOU

                                           FOREST HILLS NY 11375

Message Codes : r

| | | 6 | 1Z6V00670345173366 | Ground Residential | 94560 | 4 | 4 | 9.31 | -1.96 | 7.35 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.65 | -0.10 | 0.55 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.06 | -2.06 | 11.00 |

1st ref: 20291                                          2nd ref : 1 TV PAD-NEWARK, CA
Sender  : MANAGER                          Receiver:
                                           CHESTER TSE

                                           NEWARK CA 94560

Message Codes : r

| | | 7 | 1Z6V00670343058371 | Ground Residential | 91741 | 2 | 4 | 7.59 | -0.98 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.56 | -0.05 | 0.51 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 11.25 | -1.03 | 10.22 |

1st ref: 20291                                          2nd ref : 1 TV PAD-GLENDORA, CA
Sender  : MANAGER                          Receiver:
                                           MEI SANJENIS

                                           GLENDORA CA 91741

Message Codes : r  ag



### Delivery Service Invoice

| | |
|---|---|
| Invoice date | **April 11, 2015** |
| Invoice number | 00006V0067155 |
| Shipper number | 6V0067 |

Page 9 of 9



## Outbound

### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/10 | 1752098961 | 8 1Z6V00670343665581 | | Ground Commercial | 96817 | 44 | 9 | 45.53 | -12.75 | 32.78 |
| | | | | Customer Weight | | | 5 | | | |
| | | | | Fuel Surcharge | | | | 2.39 | -0.67 | 1.72 |
| | | | | Customer Entered Dimensions = 13 x 11 x 10 in | | | | | | |
| | | | | Total | | | | 47.92 | -13.42 | 34.50 |

1st ref: 20291             2nd ref : 3 TV PAD-HONOLULU-HI
Sender : MANAGER        Receiver :
                                    YUHENG LUO
                                    HONOLULU HI 96817

Message Codes : r

| | | | | |
|---|---|---|---|---|
| Total for Pickup Number: 1752098961 | 8 Package(s) | 142.32 | -27.76 | 114.56 |
| **Total UPS WorldShip** | 29 Package(s) | 415.35 | -68.77 | 346.58 |
| **Total Outbound** | 29 Package(s) | 415.35 | -68.77 | 346.58 |

## Adjustments & Other Charges
### Residential/Commercial Adjustments
### UPS WorldShip

| Shipped Date | Pickup Record | Entry | Tracking Number | Recorded Corrected | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|
| 04/01 | 1752098902 | 5 1Z6V00670343725257 | | Commercial | -10.01 | 2.70 | -7.31 | |
| | | | | Residential | 10.01 | -2.10 | 7.91 | |
| | | | | Residential Surcharge | 3.10 | | 3.10 | |
| | | | | Fuel Surcharge | 0.20 | 0.20 | 0.20 | 3.90 |

1st ref: 20291             2nd ref : 1 TV PAD- MISSOURI CITY, TX

| | | |
|---|---|---|
| **Total UPS WorldShip** | 1 Package(s) | 3.90 |
| **Total Residential/Commercial Adjustments** | 1 Package(s) | 3.90 |
| **Total Adjustments & Other Charges** | | 3.90 |

## Invoice Messaging

| Code | Message |
|---|---|
| r | Dimensional weight applied |
| ag | Minimum Rates Applied |
| b | Hundredweight eligible; Hundredweight rates applied |







### Delivery Service Invoice

| | |
|---|---|
| Invoice date | **April 4, 2015** |
| Invoice number | 00006V0067145 |
| Shipper number | 6V0067 |
| Control ID | 9U62 |
| Page | 1 of 9 |

2 3 Singles

0392A00006V00674

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

> Sign up for electronic billing today!
> Visit ups.com/billing

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

### Incentive Savings

| | |
|---|---|
| Total incentive savings this period | $ 55.90 |

Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 279.24 |
| Amount Outstanding (prior invoices) | $ 0.00 |
| Total Amount Outstanding | $ 279.24 |

### Questions about your charges?
To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at ups.com/invoiceguide.

### Thank you for using UPS.
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS WorldShip | $ 275.30 |
| 9 | Adjustments & Other Charges | $ 3.94 |
| **Amount due this period** | | **$ 279.24** |

UPS payment terms require payment of this bill by April 13, 2015.

Payments received late are subject to a late payment fee of 6% of the Amount Due This Period. (see Tariff/Terms and Conditions of Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.5% for UPS Ground Services and 3.5% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*

---

— — Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips. — —

 **Return Portion**

| | |
|---|---|
| Invoice Date | April 4, 2015 |
| Invoice Number | 00006V0067145 |
| Shipper Number | 6V0067 |

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

| | |
|---|---|
| Amount due this period | $ 279.24 |
| Amount enclosed | |

☐ If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820

6V0067 5 040415 0392 1 00000279240 6



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 4, 2015** |
| Invoice number | 00006V0067145 |
| Shipper number | 6V0067 |

Page 2 of 9

## Incentives

### Outbound

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Ground Commercial  Package** | 04/04/2015 | | EZZB121 |
| Electronic Processed Custom | 2 | 20.02 | -3.60 |
| **Ground Commercial  Package** | 04/04/2015 | | EZZB122 |
| Electronic Processed Tier | 2 | 20.02 | -1.80 |
| Tier incentive based on an average weekly revenue of $5,821.08 for W/E: 04/05/2014 - W/E: 03/28/2015. | | | |
| Fuel Surcharge | 04/04/2015 | | |
| | | | -2.91 |
| **Ground Residential  Package** | 04/04/2015 | | EZZB140 |
| Electronic Processed Custom | 21 | 228.83 | -41.13 |
| **Ground Residential  Package** | 04/04/2015 | | EZZB141 |
| Electronic Processed Tier | 21 | 228.83 | -6.46 |
| Tier incentive based on an average weekly revenue of $5,821.08 for W/E: 04/05/2014 - W/E: 03/28/2015. | | | |
| **Total Outbound** | | | **-55.90** |
| **Total Incentives** | | | **-55.90** |

### Account Status
Weekly Payment Plan

**Payments Applied**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 00006V0067135 | 03/28/2015 | $ 436.68 |

**Reference Number Summary**

| | |
|---|---|
| 20291 | 279.24 |
| Total | 279.24 |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 4, 2015** |
| Invoice number | 00006V0067145 |
| Shipper number | 6V0067 |

Page 3 of 9

## Outbound

UPS WorldShip

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/30 | 1752098680 | 1 | 1Z6V00670343327866 | Ground Residential | 65308 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291          2nd ref : 1 TV PAD-GLENDALE AZ
Sender  : MANAGER          Receiver: FEI LIN
                              FEI LIN
                              ████████████████████
                              GLENDALE AZ 65308

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670345202871 | Ground Residential | 01930 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291          2nd ref : 1 TV PAD- GLOUCESTER MA
Sender  : MANAGER          Receiver: LANA LOW
                              LANA LOW
                              ████████████████████
                              GLOUCESTER MA 01930

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670345600084 | Ground Residential | 28227 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291          2nd ref : 1 TV PAD-CHARLOTTE NC
Sender  : MANAGER          Receiver: JUAN SHI
                              JUAN SHI
                              ████████████████████
                              CHARLOTTE NC 28227

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670345803490 | Ground Residential | 28134 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291          2nd ref : 1 TV PAD-PINEVILLE, NC
Sender  : MANAGER          Receiver: LEUNG CHEUNG
                              LEUNG CHEUNG
                              ████████████████████
                              PINEVILLE NC 28134

**Message Codes : r**



*Delivery Service Invoice*

| | |
|---|---|
| Invoice date | **April 4, 2015** |
| Invoice number | 00006V0067145 |
| Shipper number | 6V0067 |

Page 4 of 9

**Outbound**

**UPS WorldShip** (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/30 | 1752098880 | 5 | 1Z6V00670344577102 | Ground Residential | 11354 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                                2nd ref : 1 TV PAD-FLUSHING, NY
Sender  : MANAGER                    Receiver: TAK FOK
                                                            TAK FOK

                                                            FLUSHING NY 11354

**Message Codes : r**

| | | | | 6 | 1Z6V00670344764918 | Ground Residential | 95035 | 3 | 4 | 8.33 | -1.72 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Customer Weight | | | 2 | | | |
| | | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | | | Total | | | | 12.06 | -1.81 | 10.25 |

1st ref: 20291                                2nd ref : 1 TV PAD-MILPITAS-CA
Sender  : MANAGER                    Receiver: XIANG ZHOU
                                                            XIANG ZHOU

                                                            MILPITAS CA 95035

**Message Codes : r  ag**

| | | | | 7 | 1Z6V00670344890924 | Ground Residential | 91803 | 2 | 4 | 7.59 | -0.98 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Customer Weight | | | 2 | | | |
| | | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | | Fuel Surcharge | | | | 0.59 | -0.05 | 0.54 |
| | | | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | | | Total | | | | 11.28 | -1.03 | 10.25 |

1st ref: 20291                                2nd ref : 1 TV PAD-ALHAMBRA, CA
Sender  : MANAGER                    Receiver: JOSEPH LUK
                                                            JOSEPH LUK

                                                            ALHAMBRA CA 91803

**Message Codes : r  ag**

| | | | | 8 | 1Z6V00670345759137 | Ground Residential | 11228 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Customer Weight | | | 2 | | | |
| | | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                                2nd ref : 1 TV PAD-BROOKLYN-NY
Sender  : MANAGER                    Receiver: YONG CHEN-NY
                                                            YONG CHEN-NY

                                                            BROOKLYN NY 11228

**Message Codes : r**



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 4, 2015** |
| Invoice number | 00006V0067145 |
| Shipper number | 6V0067 |

Page 5 of 9

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/30 | 1752098880 | 9 | 1Z6V00670345053541 | Ground Residential | 96817 | 44 | 4 | 33.50 | -7.04 | 26.46 |
| | | | | Customer Weight | | | 3 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 2.01 | -0.39 | 1.62 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 38.61 | -7.43 | 31.18 |

1st ref: 20291  
Sender : MANAGER  
2nd ref : 2 TV PAD- HONOLULU, HI  
Receiver: HENRY ZHANG  
HENRY ZHANG  
████████  
HONOLULU HI 96817

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total for Pickup Number: 1752098880** | | | | 9 Package(s) | | | 150.19 | -24.69 | 125.50 |
| 03/31 | 1752098881 | 1 | 1Z6V00670343938152 | Ground Residential | 83651 | 5 | 4 | 9.73 | -2.04 | 7.69 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.71 | -0.11 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.54 | -2.15 | 11.39 |

1st ref: 20291  
Sender : MANAGER  
2nd ref : 1 TV PAD_NAMPA, ID  
Receiver: MINHUA ZHANG  
MINHUA ZHANG  
████████  
NAMPA ID 83651

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670344656964 | Ground Residential | 67209 | 6 | 4 | 10.01 | -2.10 | 7.91 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.12 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.83 | -2.22 | 11.61 |

1st ref: 20291  
Sender : MANAGER  
2nd ref : 1 TV PAD- WICHITA, KS  
Receiver: ZHUOMEI WENG  
ZHUOMEI WENG  
████████  
WICHITA KS 67209

**Message Codes : r**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670345133973 | Ground Commercial | 75243 | 6 | 4 | 10.01 | -2.70 | 7.31 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Fuel Surcharge | | | | 0.55 | -0.15 | 0.40 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 10.56 | -2.85 | 7.71 |

1st ref: 20291  
Sender : MANAGER  
2nd ref : 1 TV PAP- DALLAS, TX  
Receiver: CHRISTINA THAI  
CHRISTINA THAI  
████████  
DALLAS TX 75243

**Message Codes : r**





**Delivery Service Invoice**
Invoice date    **April 4, 2015**
Invoice number   00006V0067145
Shipper number   6V0067

Page 6 of 9

## Outbound
**UPS WorldShip** (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31 | 1752098891 | 4 | 1Z6V00670345573186 | Ground Residential | 24502 | 8 | 4 | 11.15 | -2.34 | 8.81 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291                            2nd ref : 1 TV PAD- LYNCHBURG, VA
Sender  : MANAGER            Receiver: ZINIU YU
                                          ZINIU YU
                                          LYNCHBURG VA 24502

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 1Z6V00670343058696 | Ground Residential | 94121 | 4 | 4 | 9.31 | -1.96 | 7.35 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.68 | -0.11 | 0.57 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.09 | -2.07 | 11.02 |

1st ref: 20291                            2nd ref : 1 TV PAD- SAN FRANCISCO,  CA
Sender  : MANAGER            Receiver: SAI MAN YIP
                                          SAI MAN YIP
                                          SAN FRANCISCO CA 94121

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 1Z6V00670344154201 | Ground Residential | 89117 | 3 | 4 | 8.33 | -1.72 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.06 | -1.81 | 10.25 |

1st ref: 20291                            2nd ref : 1 TV PAD- LAS VEGAS, NV
Sender  : MANAGER            Receiver: JUSTIN WONG
                                          JUSTIN WONG
                                          LAS VEGAS NV 89117

Message Codes : r  ag

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total for Pickup Number: 1752098891** | | | | | | 6 Package(s) | 78.11 | -13.57 | 64.54 |
| 04/01 | 1752098902 | 1 | 1Z6V00670344504010 | Ground Residential | 89148 | 3 | 4 | 8.33 | -1.72 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.06 | -1.81 | 10.25 |

1st ref: 20291                            2nd ref : 1 TV PAD-LAS VEGAS, NV
Sender  : MANAGER            Receiver: JIE HUANG
                                          JIE HUANG
                                          LAS VEGAS NV 89148

Message Codes : r  ag



### Delivery Service Invoice

| | |
|---|---|
| Invoice date | **April 4, 2015** |
| Invoice number | 00006V0067145 |
| Shipper number | 6V0067 |

Page 7 of 9

## Outbound
**UPS WorldShip** (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01 | 1752098902 | 2 | 1Z6V00670344432026 | Ground Residential | 98208 | 5 | 4 | 9.73 | -2.04 | 7.69 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.71 | -0.11 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.54 | -2.15 | 11.39 |

1st ref: 20291　　　　　　　　　　　　　　2nd ref : 1 TV PAD- EVERETT, WA
Sender　: MANAGER　　　　　　　　Receiver: RICK DAI
　　　　　　　　　　　　　　　　　　　RICK DAI

EVERETT WA 98208

Message Codes : r

| | | | 3 | 1Z6V00670343542230 | Ground Residential | 02135 | 8 | 4 | 11.15 | -2.34 | 8.81 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Customer Weight | | | 2 | | | |
| | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | Fuel Surcharge | | | | 0.78 | -0.13 | 0.65 |
| | | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | | Total | | | | 15.03 | -2.47 | 12.56 |

1st ref: 20291　　　　　　　　　　　　　　2nd ref : 1 TV PAD-BRIGHTON, MA
Sender　: MANAGER　　　　　　　　Receiver: ALBERT LI
　　　　　　　　　　　　　　　　　　　ALBERT LI

BRIGHTON MA 02135

Message Codes : r

| | | | 4 | 1Z6V00670344318641 | Ground Residential | 89117 | 3 | 4 | 8.33 | -1.72 | 6.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Customer Weight | | | 2 | | | |
| | | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | | Total | | | | 12.06 | -1.81 | 10.25 |

1st ref: 20291　　　　　　　　　　　　　　2nd ref : 1 TV PAD- LAS VEGAS, NV
Sender　: MANAGER　　　　　　　　Receiver: JUSTIN WONG
　　　　　　　　　　　　　　　　　　　JUSTIN WONG

LAS VEGAS NV 89117

Message Codes : r ag

| | | | 5 | 1Z6V00670343725257 | Ground Commercial | 77459 | 6 | 4 | 10.01 | -2.70 | 7.31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Customer Weight | | | 2 | | | |
| | | | | | Fuel Surcharge | | | | 0.55 | -0.15 | 0.40 |
| | | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | | Total | | | | 10.56 | -2.85 | 7.71 |

1st ref: 20291　　　　　　　　　　　　　　2nd ref : 1 TV PAD- MISSOURI CITY, TX
Sender　: MANAGER　　　　　　　　Receiver: TAK C LAM  /
　　　　　　　　　　　　　　　　　　　TAK C LAM

MISSOURI CITY TX 77459

Message Codes : r

| Total for Pickup Number: 1752098902 | | | | | | 5 Package(s) | | | 63.25 | -11.09 | 52.16 |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Delivery Service Invoice**

Invoice date **April 4, 2015**
Invoice number 00006V0067145
Shipper number 6V0067

Page 8 of 9

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/02 | 1752098913 | 1 | 1Z6V00670345806066 | Ground Residential | 75993 | 6 | 4 | 10.01 | -2.10 | 7.91 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.12 | 0.60 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 13.83 | -2.22 | 11.61 |

1st ref : 20291
Sender : MANAGER

2nd ref : 1 TV PAD-PLANO TX
Receiver: THIEC AUDUONG
THIEC AUDUONG
▊▊▊▊▊▊▊▊▊▊
PLANO TX 75093

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total for Pickup Number: 1752098913** | | | | 1 Package(s) | | | 13.83 | -2.22 | 11.61 |
| 04/03 | 1752098924 | 1 | 1Z6V00670344285070 | Ground Residential | 94587 | 4 | 7 | 9.94 | -2.39 | 7.55 |
| | | | | Customer Weight | | | 5 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.72 | -0.13 | 0.59 |
| | | | | Customer Entered Dimensions = 11 x 11 x 9 in | | | | | | |
| | | | | Total | | | | 13.76 | -2.52 | 11.24 |

1st ref : 20291
Sender : MANAGER

2nd ref : 3 TV PADS-UNION CITY, CA
Receiver: ALBERT H TSHU
ALBERT H TSHU
▊▊▊▊▊▊▊▊▊▊
UNION CITY CA 94587

Message Codes : r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670344166289 | Ground Residential | 89139 | 3 | 4 | 8.33 | -1.72 | 6.61 |
| | | | | Customer Weight | | | 2 | | | |
| | | | | Residential Surcharge | | | | 3.10 | | 3.10 |
| | | | | Fuel Surcharge | | | | 0.63 | -0.09 | 0.54 |
| | | | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | |
| | | | | Total | | | | 12.06 | -1.81 | 10.25 |

1st ref : 20291
Sender : MANAGER

2nd ref : 1 TV PAD- LAS VEGAS, NV
Receiver: YU YU
YU YU
▊▊▊▊▊▊▊▊▊▊
LAS VEGAS NV 89139

Message Codes : r  ag

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total for Pickup Number: 1752098924** | | | | 2 Package(s) | | | 25.82 | -4.33 | 21.49 |
| **Total UPS WorldShip** | | | | | 23 Package(s) | | | 331.20 | -55.90 | 275.30 |
| **Total Outbound** | | | | | 23 Package(s) | | | 331.20 | -55.90 | 275.30 |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 4, 2015** |
| Invoice number | 00006V0067145 |
| Shipper number | 6V0067 |

Page 9 of 9

## Adjustments & Other Charges
### Residential/Commercial Adjustments
#### UPS WorldShip

| Shipped Date | Pickup Record | Entry | Tracking Number | Recorded Corrected | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|
| 03/24 | 1752098843 | 8 | 1Z6V00670343129660 | Commercial | -10.48 | 2.83 | -7.65 | |
| | | | | Residential | 10.48 | -2.20 | 8.28 | |
| | | | | Residential Surcharge | 3.10 | | 3.10 | |
| | | | | Fuel Surcharge | 0.21 | | 0.21 | 3.94 |
| | | | 1st ref: 20291 | 2nd ref : 1 TV PAD- DOWNERS GROVE I L | | | | |

| | | | |
|---|---|---|---|
| **Total UPS WorldShip** | | 1 Package(s) | 3.94 |
| **Total Residential/Commercial Adjustments** | | 1 Package(s) | 3.94 |
| **Total Adjustments & Other Charges** | | | 3.94 |

### Invoice Messaging

| Code | Message |
|---|---|
| r | Dimensional weight applied |
| ag | Minimum Rates Applied |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |
| Control ID | 21Z7 |
| Page | 1 of 27 |



0392A00006V00674

> Sign up for electronic billing today!
> Visit ups.com/billing

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

## Incentive Savings

| | |
|---|---|
| Total incentive savings this period | $ 567.70 |

Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 3,443.22 |
| Amount Outstanding (prior invoices) | $ 0.00 |
| Total Amount Outstanding | $ 3,443.22 |

### Questions about your charges?
To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at ups.com/invoiceguide.

*Thank you for using UPS.*
## Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS WorldShip | $ 3,442.78 |
| 27 | Adjustments & Other Charges | $ 0.44 |
| **Amount due this period** | | **$ 3,443.22** |

UPS payment terms require payment of this bill by April 27, 2015.

Payments received late are subject to a late payment fee of 6% of the Amount Due This Period. (see Tariff/Terms and Conditions of Service at ups.com for details)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.25% for UPS Ground Services and 4.75% for UPS Air Services, UPS 3 Day Select, and international services. For more information, visit ups.com.*

---

Please tear off and send with your payment in the enclosed envelope. Do not use staples or paper clips.

 *Return Portion*

| | |
|---|---|
| Invoice Date | April 18, 2015 |
| Invoice Number | 00006V0067165 |
| Shipper Number | 6V0067 |

QI CHUANG TECHNOLOGY
MANAGER
12037 CLARK ST
ARCADIA, CA 91006-5829

| | |
|---|---|
| Amount due this period | $ 3,443.22 |
| Amount enclosed | |

☐ If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

**UPS**
**PO BOX 894820**
**LOS ANGELES, CA 90189-4820**

6V0067 9 041815 0392 1 00003443220 8



*Delivery Service Invoice*

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page  2 of 27

## Incentives

### Outbound

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| Fuel Surcharge | | | |
| | 04/18/2015 | | |
| | | | -28.53 |
| Ground  Hundredweight | | | |
| | 04/18/2015 | | EZZB143 |
| Electronic Processed Tier | 189 | 3483.44 | -445.89 |

Tier incentive based on an average weekly revenue of $5,683.56 for W/E: 04/19/2014 - W/E: 04/11/2015.

| | | | |
|---|---|---|---|
| **Ground Commercial  Package** | | | |
| | 04/18/2015 | | EZZB121 |
| Electronic Processed Custom | 16 | 266.40 | -69.28 |
| **Ground Commercial  Package** | | | |
| | 04/18/2015 | | EZZB122 |
| Electronic Processed Tier | 16 | 266.40 | -24.00 |

Tier incentive based on an average weekly revenue of $5,683.56 for W/E: 04/19/2014 - W/E: 04/11/2015.

| | |
|---|---|
| Total Outbound | -567.70 |
| Total Incentives | -567.70 |

## Account Status
Weekly Payment Plan

### Payments Applied

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 00006V0067155 | 04/11/2015 | $ 350.48 |

### Reference Number Summary

| | |
|---|---|
| 20291 | 3,443.22 |
| Total | 3,443.22 |



**Delivery Service Invoice**

Invoice date    **April 18, 2015**

Invoice number    00006V0067165

Shipper number    6V0067

Page 3 of 27

## Outbound

**UPS WorldShip**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/13 | 1752098972 | 1 | *Shaded area denotes 11 package shipment* | | | | | | | |
| | | | 1Z6V00670345278997 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | |
| | | | Sender : MANAGER | | | | | Receiver: SHAN LAN LIU | | |
| | | | | | | | | SHAN LAN LIU | | |
| | | | | | | | | SAN FRANCISCO,CA 94133 | | |
| | | | Message Codes : b | | | | | | | |
| | | 2 | 1Z6V00670343662800 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | |
| | | | Message Codes : b | | | | | | | |
| | | 3 | 1Z6V00670344680413 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | |
| | | | Message Codes : b | | | | | | | |
| | | 4 | 1Z6V00670343796421 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | |
| | | | Message Codes : b | | | | | | | |
| | | 5 | 1Z6V00670344874639 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | |
| | | | Message Codes : b | | | | | | | |
| | | 6 | 1Z6V00670345579046 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | |
| | | | Message Codes : b | | | | | | | |
| | | 7 | 1Z6V00670344073656 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | |
| | | | Message Codes : b | | | | | | | |
| | | 8 | 1Z6V00670345602466 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**
Invoice date **April 18, 2015**
Invoice number  00006V0067165
Shipper number  6V0067

Page  4 of 27

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/13 | 1752098972 | 9 | 1Z6V00670345089478 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | 2nd ref : 200 TV PADS-San Francisco, CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 10 | 1Z6V00670345738687 | Ground Hundredweight | 94133 | 4 | 30 | 12.82 | -1.64 | 11.18 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.49 | -1.73 | 11.76 |
| | | | 1st ref : 20291 | | | | 2nd ref : 200 TV PADS-SanFrancisco, CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 11 | 1Z6V00670344634095 | Ground Hundredweight | 94133 | 4 | 2 | 0.91 | -0.13 | 0.78 |
| | | | | Fuel Surcharge | | | | 0.05 | -0.01 | 0.04 |
| | | | | Total | | | | 0.96 | -0.14 | 0.82 |
| | | | 1st ref : 20291 | | | | 2nd ref : 200 TV PADS-SanFrancisco, CA | | | |
| | | | Message Codes : b | | | | | | | |

*Shaded area denotes 15 package shipment*

| | | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12 | 1Z6V00670345339706 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | | 2nd ref : 300 TV PADS-San Francisco  CA | | | |
| | | | Sender  : MANAGER | | | | **Receiver:** BAO BEI HUANG | | | |
| | | | | | | | | BAO BEI HUANG | | | |
| | | | | | | | | SAN FRANCISCO CA 94108 | | | |
| | | | Message Codes : a | | | | | | | |
| | | 13 | 1Z6V00670343499510 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | | 2nd ref : 300 TV PADS-San Francisco  CA | | | |
| | | | Message Codes : a | | | | | | | |
| | | 14 | 1Z6V00670345437529 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | | 2nd ref : 300 TV PADS-San Francisco  CA | | | |
| | | | Message Codes : a | | | | | | | |
| | | 15 | 1Z6V00670344757739 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | | 2nd ref : 300 TV PADS-San Francisco  CA | | | |
| | | | Message Codes : a | | | | | | | |
| | | 16 | 1Z6V00670343944145 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | | 2nd ref : 300 TV PADS-San Francisco  CA | | | |
| | | | Message Codes : a | | | | | | | |



**Delivery Service Invoice**

| Invoice date | April 18, 2015 |
|---|---|
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 5 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/13 | 1752098972 | 17 | 1Z6V00670345960758 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |
| | | 18 | 1Z6V00670345651553 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |
| | | 19 | 1Z6V00670343340574 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |
| | | 20 | 1Z6V00670343431788 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |
| | | 21 | 1Z6V00670345009199 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |
| | | 22 | 1Z6V00670344436808 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |
| | | 23 | 1Z6V00670345158616 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |
| | | 24 | 1Z6V00670343298620 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |
| | | 25 | 1Z6V00670343260839 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-San Francisco CA | | | | |
| | | | Message Codes : a | | | | | | | |



**Delivery Service Invoice**
Invoice date     **April 18, 2015**
Invoice number   00006V0067165
Shipper number   6V0067

Page  6 of 27

## Outbound
UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/13 | 1752098972 | 26 | 1Z6V00670343329248 | Ground Commercial | 94108 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |

1st ref : 20291                                   2nd ref : 300 TV PADS-San Francisco  CA
Message Codes : a

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total for Pickup Number: 1752098972 | | | | | 26 Package(s) | | 398.66 | -109.39 | 289.27 |
| 04/14 | 1752098963 | 1 | | *Shaded area denotes 18 package shipment* | | | | | | |
| | | | 1Z6V00670345267856 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |

1st ref : 20291                                   2nd ref : 300 TV PADS-ALHAMBRA,CA
Sender  : MANAGER                          Receiver: JASON LI
                                                          JASON LI
                                                          ALHAMBRA CA 91801

Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670345920667 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |

1st ref : 20291                                   2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670343811672 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |

1st ref : 20291                                   2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670345744885 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |

1st ref : 20291                                   2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 1Z6V00670343404291 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |

1st ref : 20291                                   2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 1Z6V00670343953902 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |

1st ref : 20291                                   2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 7 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14 | 1752098983 | 7 | 1Z6V00670343637718 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-ALHAMBRA,CA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 8 | 1Z6V00670343379720 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-ALHAMBRA,CA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 9 | 1Z6V00670343383939 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-ALHAMBRA,CA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 10 | 1Z6V00670343734345 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-ALHAMBRA,CA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 11 | 1Z6V00670344694956 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-ALHAMBRA,CA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 12 | 1Z6V00670345809761 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-ALHAMBRA,CA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 13 | 1Z6V00670343502774 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |
| | | | 1st ref : 20291 | | | 2nd ref : 300 TV PADS-ALHAMBRA,CA | | | | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**
Invoice date     **April 18, 2015**
Invoice number   00006V0067165
Shipper number   6V0067

Page  8 of 27

## Outbound
UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14 | 1752098983 | 14 | 1Z6V00670343677989 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |

1st ref : 20291     2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b

| | | 15 | 1Z6V00670345819394 | Ground Hundredweight | 91801 | 2 | 30 | 8.53 | -1.09 | 7.44 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.54 | -0.06 | 0.48 |
| | | | | Total | | | | 10.75 | -1.15 | 9.60 |

1st ref : 20291     2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b

| | | 16 | 1Z6V00670343891005 | Ground Hundredweight | 91801 | 2 | 53 | 15.07 | -1.93 | 13.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 32 | | | |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.88 | -0.10 | 0.78 |
| | | | | Total | | | | 17.63 | -2.03 | 15.60 |

1st ref : 20291     2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b  r

| | | 17 | 1Z6V00670344936812 | Ground Hundredweight | 91801 | 2 | 53 | 15.07 | -1.93 | 13.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Customer Weight | | | 32 | | | |
| | | | | Shipment Residential Surcharge | | | | 1.68 | | 1.68 |
| | | | | Fuel Surcharge | | | | 0.88 | -0.10 | 0.78 |
| | | | | Total | | | | 17.63 | -2.03 | 15.60 |

1st ref : 20291     2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b  r

| | | 18 | 1Z6V00670345680828 | Ground Hundredweight | 91801 | 2 | 21 | 6.07 | -0.80 | 5.27 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Shipment Residential Surcharge | | | | 1.74 | | 1.74 |
| | | | | Fuel Surcharge | | | | 0.41 | -0.04 | 0.37 |
| | | | | Total | | | | 8.22 | -0.84 | 7.38 |

1st ref : 20291     2nd ref : 300 TV PADS-ALHAMBRA,CA
Message Codes : b

| | | 19 | | *Shaded area denotes 28 package shipment* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1Z6V00670345127033 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |

1st ref : 20291     2nd ref : 500 TV PADS-BOSTON MA
Sender  : MANAGER     Receiver : KENNY WONG

ALLSTON MA 02134

Message Codes : b

| | | 20 | 1Z6V00670345159446 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |

1st ref : 20291     2nd ref : 500 TV PADS-BOSTON MA
Message Codes : b



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 9 of 27

## Outbound
### UPS WorldShip (continued)





| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14 | 1752098983 | 21 | 1Z6V00670345142052 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 22 | 1Z6V00670345518861 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 23 | 1Z6V00670345413676 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 24 | 1Z6V00670343231085 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 25 | 1Z6V00670343254499 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 26 | 1Z6V00670344248100 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 27 | 1Z6V00670343055918 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 28 | 1Z6V00670344201927 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 29 | 1Z6V00670345490131 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | **Message Codes : b** | | | | | | | |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 10 of 27

## Outbound
**UPS WorldShip** (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14 | 1752098983 | 30 | 1Z6V00670344604546 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 31 | 1Z6V00670345709155 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 32 | 1Z6V00670345047969 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 33 | 1Z6V00670343544970 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 34 | 1Z6V00670344404182 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 35 | 1Z6V00670344709595 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 36 | 1Z6V00670345025205 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 37 | 1Z6V00670343995019 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 38 | 1Z6V00670344943028 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | 2nd ref : 500 TV PADS-BOSTON MA | | | | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 11 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14 | 1752098983 | 39 | 1Z6V00670344473232 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 40 | 1Z6V00670345069641 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 41 | 1Z6V00670343696253 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 42 | 1Z6V00670344397066 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 43 | 1Z6V00670343696073 | Ground Hundredweight | 02134 | 8 | 30 | 23.13 | -2.97 | 20.16 |
| | | | | Fuel Surcharge | | | | 1.21 | -0.16 | 1.05 |
| | | | | Total | | | | 24.34 | -3.13 | 21.21 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 44 | 1Z6V00670344197282 | Ground Hundredweight | 02134 | 8 | 53 | 40.86 | -5.23 | 35.63 |
| | | | | Customer Weight | | | 32 | | | |
| | | | | Fuel Surcharge | | | | 2.15 | -0.28 | 1.87 |
| | | | | Total | | | | 43.01 | -5.51 | 37.50 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | Message Codes : b  r | | | | | | | |
| | | 45 | 1Z6V00670344184698 | Ground Hundredweight | 02134 | 8 | 53 | 40.86 | -5.23 | 35.63 |
| | | | | Customer Weight | | | 32 | | | |
| | | | | Fuel Surcharge | | | | 2.15 | -0.28 | 1.87 |
| | | | | Total | | | | 43.01 | -5.51 | 37.50 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | Message Codes : b  r | | | | | | | |
| | | 46 | 1Z6V00670343222308 | Ground Hundredweight | 02134 | 8 | 22 | 16.97 | -1.94 | 15.03 |
| | | | | Fuel Surcharge | | | | 0.89 | -0.10 | 0.79 |
| | | | | Total | | | | 17.86 | -2.04 | 15.82 |
| | | | 1st ref : 20291 | | | | 2nd ref : 500 TV PADS-BOSTON MA | | | |
| | | | Message Codes : b | | | | | | | |
| **Total for Pickup Number: 1752098983** | | | | | | 46 Package(s) | | 917.11 | -113.46 | 803.65 |



**Delivery Service Invoice**
Invoice date    **April 18, 2015**
Invoice number   00006V0067165
Shipper number   6V0067

Page 12 of 27

## Outbound
UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15 | 1752098994 | 1 | | *Shaded area denotes 58 package shipment* | | | | | | |
| | | | 1Z6V00670344754116 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

**1st ref : 20291**    **2nd ref : 1000-TV PADS-OAKLAND CA**
Sender  : MANAGER                Receiver : ALEX GUANG
                                           ALEX GUANG
                                           ███████████
                                           OAKLAND CA 94607
**Message Codes : b**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670344904123 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

**1st ref : 20291**    **2nd ref : 1000-TV PADS-OAKLAND CA**
**Message Codes : b**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 1Z6V00670345076339 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

**1st ref : 20291**    **2nd ref : 1000-TV PADS-OAKLAND CA**
**Message Codes : b**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 1Z6V00670343554745 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

**1st ref : 20291**    **2nd ref : 1000-TV PADS-OAKLAND CA**
**Message Codes : b**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 1Z6V00670345103353 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

**1st ref : 20291**    **2nd ref : 1000-TV PADS-OAKLAND CA**
**Message Codes : b**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 1Z6V00670343566161 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

**1st ref : 20291**    **2nd ref : 1000-TV PADS-OAKLAND CA**
**Message Codes : b**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7 | 1Z6V00670343467170 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

**1st ref : 20291**    **2nd ref : 1000-TV PADS-OAKLAND CA**
**Message Codes : b**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 8 | 1Z6V00670345610366 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

**1st ref : 20291**    **2nd ref : 1000-TV PADS-OAKLAND CA**
**Message Codes : b**



**Delivery Service Invoice**

Invoice date    **April 18, 2015**

Invoice number   00006V0067165

Shipper number   6V0067

Page 13 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15 | 1752098994 | 9 | 1Z6V00670344679798 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 10 | 1Z6V00670344839409 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 11 | 1Z6V00670345333211 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 12 | 1Z6V00670344085223 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 13 | 1Z6V00670344299430 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 14 | 1Z6V00670343059843 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 15 | 1Z6V00670343930454 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 16 | 1Z6V00670345555268 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |
| | | 17 | 1Z6V00670345258277 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | **Message Codes : b** | | | | | | | |



**Delivery Service Invoice**

Invoice date    **April 18, 2015**
Invoice number    00006V0067165
Shipper number    6V0067

Page 14 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15 | 1752098994 | 18 | 1Z6V00670345643485 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 19 | 1Z6V00670343194894 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 20 | 1Z6V00670343876504 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 21 | 1Z6V00670345732316 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 22 | 1Z6V00670345486324 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 23 | 1Z6V00670345142534 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 24 | 1Z6V00670343584945 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 25 | 1Z6V00670343177555 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |
| | | 26 | 1Z6V00670344364369 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**

Invoice date    **April 18, 2015**
Invoice number    00006V0067165
Shipper number    6V0067

Page 15 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15 | 1752098994 | 27 | 1Z6V00670343269376 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 28 | 1Z6V00670344296586 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 29 | 1Z6V00670345729991 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 30 | 1Z6V00670343333608 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 31 | 1Z6V00670345951419 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 32 | 1Z6V00670343107424 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 33 | 1Z6V00670344605634 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 34 | 1Z6V00670345130947 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 35 | 1Z6V00670345844651 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | | |
| | | | Message Codes : b | | | | | | | |






**Delivery Service Invoice**

Invoice date **April 18, 2015**
Invoice number   00006V0067165
Shipper number   6V0067

Page 16 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15 | 1752098994 | 36 | 1Z6V00670345993464 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b

| | | 37 | 1Z6V00670343500472 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b

| | | 38 | 1Z6V00670344569684 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b

| | | 39 | 1Z6V00670343285090 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b

| | | 40 | 1Z6V00670343210704 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b

| | | 41 | 1Z6V00670345990510 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b

| | | 42 | 1Z6V00670345948521 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b

| | | 43 | 1Z6V00670345688731 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b

| | | 44 | 1Z6V00670344695145 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |

1st ref : 20291     2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b



**Delivery Service Invoice**

Invoice date   **April 18, 2015**

Invoice number   00006V0067165

Shipper number   6V0067

Page 17 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15 | 1752098994 | 45 | 1Z6V00670345931753 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b | | | | | | |
| | | 46 | 1Z6V00670344442560 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b | | | | | | |
| | | 47 | 1Z6V00670345951571 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b | | | | | | |
| | | 48 | 1Z6V00670343462782 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b | | | | | | |
| | | 49 | 1Z6V00670344860199 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b | | | | | | |
| | | 50 | 1Z6V00670343507804 | Ground Hundredweight | 94607 | 4 | 30 | 11.63 | -1.49 | 10.14 |
| | | | | Fuel Surcharge | | | | 0.61 | -0.08 | 0.53 |
| | | | | Total | | | | 12.24 | -1.57 | 10.67 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b | | | | | | |
| | | 51 | 1Z6V00670345849810 | Ground Hundredweight | 94607 | 4 | 33 | 12.80 | -1.64 | 11.16 |
| | | | | Fuel Surcharge | | | | 0.67 | -0.09 | 0.58 |
| | | | | Total | | | | 13.47 | -1.73 | 11.74 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b | | | | | | |
| | | 52 | 1Z6V00670345009825 | Ground Hundredweight | 94607 | 4 | 57 | 22.11 | -2.83 | 19.28 |
| | | | | Fuel Surcharge | | | | 1.16 | -0.15 | 1.01 |
| | | | | Total | | | | 23.27 | -2.98 | 20.29 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b | | | | | | |
| | | 53 | 1Z6V00670345391837 | Ground Hundredweight | 94607 | 4 | 53 | 20.56 | -2.63 | 17.93 |
| | | | | Customer Weight | | | 31 | | | |
| | | | | Fuel Surcharge | | | | 1.08 | -0.14 | 0.94 |
| | | | | Total | | | | 21.64 | -2.77 | 18.87 |
| | | | | 1st ref : 20291 | | | 2nd ref : 1000-TV PADS-OAKLAND CA | | | |
| | | | | Message Codes : b  r | | | | | | |



**Delivery Service Invoice**

Invoice date **April 18, 2015**

Invoice number   00006V0067165

Shipper number   6V0067

Page 18 of 27

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15 | 1752098994 | 54 | 1Z6V00670345280242 | Ground Hundredweight | 94607 | 4 | 53 | 20.56 | -2.63 | 17.93 |
| | | | | Customer Weight | | | 31 | | | |
| | | | | Fuel Surcharge | | | | 1.08 | -0.14 | 0.94 |
| | | | | Total | | | | 21.64 | -2.77 | 18.87 |

1st ref : 20291      2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b  r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 55 | 1Z6V00670343438853 | Ground Hundredweight | 94607 | 4 | 56 | 21.72 | -2.78 | 18.94 |
| | | | | Customer Weight | | | 31 | | | |
| | | | | Fuel Surcharge | | | | 1.14 | -0.15 | 0.99 |
| | | | | Total | | | | 22.86 | -2.93 | 19.93 |

1st ref : 20291      2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b  r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 56 | 1Z6V00670345711660 | Ground Hundredweight | 94607 | 4 | 56 | 21.72 | -2.78 | 18.94 |
| | | | | Customer Weight | | | 31 | | | |
| | | | | Fuel Surcharge | | | | 1.14 | -0.15 | 0.99 |
| | | | | Total | | | | 22.86 | -2.93 | 19.93 |

1st ref : 20291      2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b  r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 57 | 1Z6V00670344622679 | Ground Hundredweight | 94607 | 4 | 56 | 21.72 | -2.78 | 18.94 |
| | | | | Customer Weight | | | 31 | | | |
| | | | | Fuel Surcharge | | | | 1.14 | -0.15 | 0.99 |
| | | | | Total | | | | 22.86 | -2.93 | 19.93 |

1st ref : 20291      2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b  r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 58 | 1Z6V00670343975880 | Ground Hundredweight | 94607 | 4 | 25 | 10.24 | -1.25 | 8.99 |
| | | | | Customer Weight | | | 9 | | | |
| | | | | Fuel Surcharge | | | | 0.54 | -0.07 | 0.47 |
| | | | | Total | | | | 10.78 | -1.32 | 9.46 |

1st ref : 20291      2nd ref : 1000-TV PADS-OAKLAND CA
Message Codes : b  r

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total for Pickup Number: 1752098994** | | | | | | | 58 Package(s) | 771.38 | -98.86 | 672.52 |
| 04/16 | 1752097001 | 1 | | *Shaded area denotes 65 package shipment* | | | | | | |
| | | | 1Z6V00670344455298 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291      2nd ref : 1300 TV PADS-NEW YORK NY
Sender  : MANAGER      Receiver: ERIC CHEN
     ERIC CHEN
     WOODSIDE NY 11377

Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 1Z6V00670344224902 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291      2nd ref : 1300 TV PADS-NEW YORK NY
Message Codes : b



**Delivery Service Invoice**

Invoice date **April 18, 2015**
Invoice number   00006V0067165
Shipper number   6V0067

Page  19 of 27

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 3 | 1Z6V00670345528716 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |
| | | 4 | 1Z6V00670343290726 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |
| | | 5 | 1Z6V00670343714938 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |
| | | 6 | 1Z6V00670343865343 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |
| | | 7 | 1Z6V00670344436957 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |
| | | 8 | 1Z6V00670343600764 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |
| | | 9 | 1Z6V00670345513777 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |
| | | 10 | 1Z6V00670343108987 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |
| | | 11 | 1Z6V00670345070399 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**

Invoice date **April 18, 2015**
Invoice number   00006V0067165
Shipper number   6V0067

Page  20 of 27

**Outbound**
UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 12 | 1Z6V00670345362001 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 13 | 1Z6V00670345027810 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 14 | 1Z6V00670343791828 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 15 | 1Z6V00670343658035 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 16 | 1Z6V00670343510443 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 17 | 1Z6V00670345713051 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 18 | 1Z6V00670344709862 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 19 | 1Z6V00670345624871 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 20 | 1Z6V00670343862082 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 21 of 27

## Outbound
**UPS WorldShip** (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 21 | 1Z6V00670343705493 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 22 | 1Z6V00670343918100 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 23 | 1Z6V00670344346914 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 24 | 1Z6V00670343512923 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 25 | 1Z6V00670345221136 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 26 | 1Z6V00670344155540 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 27 | 1Z6V00670344480153 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 28 | 1Z6V00670345438966 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 29 | 1Z6V00670344955971 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**
Invoice date      **April 18, 2015**
Invoice number   00006V0067165
Shipper number   6V0067

Page  22 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 30 | 1Z6V00670343235189 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**

| | | 31 | 1Z6V00670343360598 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**

| | | 32 | 1Z6V00670345896202 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**

| | | 33 | 1Z6V00670343466015 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**

| | | 34 | 1Z6V00670345454028 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**

| | | 35 | 1Z6V00670345404233 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**

| | | 36 | 1Z6V00670345820640 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**

| | | 37 | 1Z6V00670343667258 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**

| | | 38 | 1Z6V00670345988069 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |

1st ref : 20291    2nd ref : 1300 TV PADS-NEW YORK NY
**Message Codes : b**



**Delivery Service Invoice**

Invoice date    **April 18, 2015**

Invoice number    00006V0067165

Shipper number    6V0067

Page 23 of 27

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 39 | 1Z6V00670343507073 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 40 | 1Z6V00670344228284 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 41 | 1Z6V00670344035698 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 42 | 1Z6V00670345293309 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 43 | 1Z6V00670345445118 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 44 | 1Z6V00670343615125 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 45 | 1Z6V00670344207332 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 46 | 1Z6V00670345505740 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |
| | | 47 | 1Z6V00670343274351 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**

Invoice date **April 18, 2015**
Invoice number 00006V0067165
Shipper number 6V0067

Page 24 of 27

## Outbound
UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 48 | 1Z6V00670343357164 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 49 | 1Z6V00670344278177 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 50 | 1Z6V00670343841381 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 51 | 1Z6V00670345730792 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 52 | 1Z6V00670345110407 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 53 | 1Z6V00670344224215 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 54 | 1Z6V00670343996223 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 55 | 1Z6V00670344630437 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 56 | 1Z6V00670343210848 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |



### Delivery Service Invoice

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 25 of 27

## Outbound
**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 57 | 1Z6V00670343301455 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 58 | 1Z6V00670343546263 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 59 | 1Z6V00670344269276 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 60 | 1Z6V00670345074484 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 61 | 1Z6V00670345445896 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 62 | 1Z6V00670345347500 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 63 | 1Z6V00670345823316 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 64 | 1Z6V00670343597324 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -3.05 | 20.71 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.16 | 1.09 |
| | | | | Total | | | | 25.01 | -3.21 | 21.80 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |
| | | 65 | 1Z6V00670343673536 | Ground Hundredweight | 11377 | 8 | 30 | 23.76 | -2.48 | 21.28 |
| | | | | Fuel Surcharge | | | | 1.25 | -0.13 | 1.12 |
| | | | | Total | | | | 25.01 | -2.61 | 22.40 |
| | | | 1st ref : 20291 | | | | 2nd ref : 1300 TV PADS-NEW YORK NY | | | |
| | | | Message Codes : b | | | | | | | |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 26 of 27

### Outbound
UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 66 | 1Z6V00670344935948 | Ground Commercial | 94116 | 4 | 30 | 16.65 | -5.83 | 10.82 |
| | | | | Fuel Surcharge | | | | 0.87 | -0.30 | 0.57 |
| | | | | Total | | | | 17.52 | -6.13 | 11.39 |

1st ref : 20291       2nd ref : 20 TV PADS-SAN FRANCISCO CA
Sender : MANAGER      Receiver: KWOK FAI LI
                          KWOK FAI LI
                          SAN FRANCISCO CA 94116

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 67 | | *Shaded area denotes 9 package shipment* | | | | | | |
| | | | 1Z6V00670343748554 | Ground Hundredweight | 08701 | 8 | 30 | 26.21 | -3.36 | 22.85 |
| | | | | Shipment Residential Surcharge | | | | 3.36 | | 3.36 |
| | | | | Fuel Surcharge | | | | 1.55 | -0.18 | 1.37 |
| | | | | Total | | | | 31.12 | -3.54 | 27.58 |

1st ref : 20291       2nd ref : 180 TV PADS-LAKEWOOD NJ
Sender : MANAGER      Receiver: JASON FRANK
                          JASON FRANK
                          LAKEWOOD NJ 08701

Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 68 | 1Z6V00670343555360 | Ground Hundredweight | 08701 | 8 | 30 | 26.21 | -3.36 | 22.85 |
| | | | | Shipment Residential Surcharge | | | | 3.36 | | 3.36 |
| | | | | Fuel Surcharge | | | | 1.55 | -0.18 | 1.37 |
| | | | | Total | | | | 31.12 | -3.54 | 27.58 |

1st ref : 20291       2nd ref : 180 TV PADS-LAKEWOOD NJ
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 69 | 1Z6V00670343480379 | Ground Hundredweight | 08701 | 8 | 30 | 26.21 | -3.36 | 22.85 |
| | | | | Shipment Residential Surcharge | | | | 3.36 | | 3.36 |
| | | | | Fuel Surcharge | | | | 1.55 | -0.18 | 1.37 |
| | | | | Total | | | | 31.12 | -3.54 | 27.58 |

1st ref : 20291       2nd ref : 180 TV PADS-LAKEWOOD NJ
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 70 | 1Z6V00670344927582 | Ground Hundredweight | 08701 | 8 | 30 | 26.21 | -3.36 | 22.85 |
| | | | | Shipment Residential Surcharge | | | | 3.36 | | 3.36 |
| | | | | Fuel Surcharge | | | | 1.55 | -0.18 | 1.37 |
| | | | | Total | | | | 31.12 | -3.54 | 27.58 |

1st ref : 20291       2nd ref : 180 TV PADS-LAKEWOOD NJ
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 71 | 1Z6V00670343180998 | Ground Hundredweight | 08701 | 8 | 30 | 26.21 | -3.36 | 22.85 |
| | | | | Shipment Residential Surcharge | | | | 3.36 | | 3.36 |
| | | | | Fuel Surcharge | | | | 1.55 | -0.18 | 1.37 |
| | | | | Total | | | | 31.12 | -3.54 | 27.58 |

1st ref : 20291       2nd ref : 180 TV PADS-LAKEWOOD NJ
Message Codes : b

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 72 | 1Z6V00670343004606 | Ground Hundredweight | 08701 | 8 | 30 | 26.21 | -3.36 | 22.85 |
| | | | | Shipment Residential Surcharge | | | | 3.36 | | 3.36 |
| | | | | Fuel Surcharge | | | | 1.55 | -0.18 | 1.37 |
| | | | | Total | | | | 31.12 | -3.54 | 27.58 |

1st ref : 20291       2nd ref : 180 TV PADS-LAKEWOOD NJ
Message Codes : b





**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 18, 2015** |
| Invoice number | 00006V0067165 |
| Shipper number | 6V0067 |

Page 27 of 27

## Outbound
### UPS WorldShip (continued)

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16 | 1752097001 | 73 | 1Z6V00670344242419 | Ground Hundredweight | 08701 | 8 | 30 | 26.21 | -3.36 | 22.85 |
| | | | | Shipment Residential Surcharge | | | | 3.36 | | 3.36 |
| | | | | Fuel Surcharge | | | | 1.55 | -0.18 | 1.37 |
| | | | | Total | | | | 31.12 | -3.54 | 27.58 |
| | | | 1st ref : 20291 | | | | 2nd ref : 180 TV PADS-LAKEWOOD NJ | | | |
| | | | Message Codes : b | | | | | | | |
| | | 74 | 1Z6V00670345418424 | Ground Hundredweight | 08701 | 8 | 30 | 26.21 | -3.36 | 22.85 |
| | | | | Shipment Residential Surcharge | | | | 3.36 | | 3.36 |
| | | | | Fuel Surcharge | | | | 1.55 | -0.18 | 1.37 |
| | | | | Total | | | | 31.12 | -3.54 | 27.58 |
| | | | 1st ref : 20291 | | | | 2nd ref : 180 TV PADS-LAKEWOOD NJ | | | |
| | | | Message Codes : b | | | | | | | |
| | | 75 | 1Z6V00670344336630 | Ground Hundredweight | 08701 | 8 | 30 | 26.22 | -3.32 | 22.90 |
| | | | | Shipment Residential Surcharge | | | | 3.42 | | 3.42 |
| | | | | Fuel Surcharge | | | | 1.56 | -0.17 | 1.39 |
| | | | | Total | | | | 31.20 | -3.49 | 27.71 |
| | | | 1st ref : 20291 | | | | 2nd ref : 180 TV PADS-LAKEWOOD NJ | | | |
| | | | Message Codes : b | | | | | | | |
| | Total for Pickup Number: 1752097001 | | | | | | 75 Package(s) | 1,923.33 | -245.99 | 1,677.34 |
| **Total UPS WorldShip** | | | | | | | **205 Package(s)** | **4,010.48** | **-567.70** | **3,442.78** |
| **Total Outbound** | | | | | | | **205 Package(s)** | **4,010.48** | **-567.70** | **3,442.76** |

## Adjustments & Other Charges
### Shipping Charge Corrections    Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/07 | 1Z6V00670345945337 | Ground | 11220 | 8 | 4 | 11.15 | -2.34 | 8.81 | |
| | | Ground | 11220 | 8 | 5.0 | 11.70 | -2.46 | 9.24 | |
| | | Audited Dimensions = 11 x 8 x 8 in | | | | | | | |
| | | Customer Entered Dimensions = 9 x 8 x 8 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.02 | -0.01 | 0.01 | 0.44 |
| | | 1st ref : 20291 | | | | 2nd ref : 1 TV PAD-BROOKLYN NY | | | |
| | | Sender : MANAGER | | | | Receiver: ZHIRONG LAI | | | |
| | | QI CHUANG TECHNOLOGY | | | | ZHIRONG LAI | | | |
| | | ARCADIA CA 91006 | | | | BROOKLYN NY 11220 | | | |
| **Total Shipping Charge Corrections** | | | | | | 1 Package(s) | | | 0.44 |
| **Total Adjustments & Other Charges** | | | | | | | | | 0.44 |

## Invoice Messaging

| Code | Message |
|---|---|
| b | Hundredweight eligible; Hundredweight rates applied |
| a | Package Hundredweight Eligible, however, Lowest Rate (Single Piece) Applied. |
| r | Dimensional weight applied |

MAY

JUN

JUL

AUG

SEP

OCT

NOV

**EXHIBIT 13**

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| CHINA CENTRAL TELEVISION, et al. | ) | |
| *Plaintiff* | ) | Civil Action No. CV 15-1869 MMM (AJWx) |
| v. | ) | |
| | ) | |
| CREATE NEW TECHNOLOGY (HK) Limited, et al. | ) | |
| *Defendant* | | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Custodian of Records, United Parcel Service of America, Inc., c/o CSC-Lawyers Incorporating Service, 2710 Gateway Oaks Dr., Suite 150N, Sacramento CA 95833

*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
Please see Schedule A

| Place: Davis Wright Tremaine LLP<br>865 S. Figueroa St., Ste. 2400<br>Los Angeles, CA 90017 | Date and Time:<br>July 15, 2015 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method:  stenographically, by audio and video

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Please see Schedule B

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: June 25, 2015

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *[signature]* |
| Signature of Clerk or Deputy Clerk | | *Attorney's signature* |
| | | Carla A. McCauley |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. , who issues or requests this subpoena, are:
Carla A. McCauley, Davis Wright Tremaine LLP, 865 S. Figueroa St. Suite 2400, Los Angeles, CA 90017, carlamccauley@dwt.com, (213) 633-8665

EXHIBIT 13

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:



AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
  (A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
  (A) When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    (i) disclosing a trade secret or other confidential research, development, or commercial information; or
    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
  (A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
  (D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
  (A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).


American LegalNet, Inc.
www.FormsWorkFlow.com

## **SCHEDULE A**

## **DEFINITIONS**

1.    The terms "YOU" and "YOUR" shall mean United Parcel Service of America, Inc. or "UPS" and its parents and subsidiaries, and their authorized current and former employees, officers, directors or agents or persons controlled by or acting on their behalf.

2.    The term "CNT" shall mean and include defendant Create New Technology (HK) Limited together with its authorized current and former employees, officers, directors or agents.

3.    The term "HYIT" shall mean defendant Hua Yang International Technology Limited together with its authorized current and former employees, officers, directors or agents.

4.    The term "GVTV" shall mean defendant Shenzhen Greatvision Network Technology Co. Ltd. together with its authorized current and former employees, officers, directors or agents.

5.    The term "TVPAD" shall mean any television set top box bearing the mark TVpad, including but not limited to TVpad 1, TVpad 2, TVpad 3, TVpad 4, or any other TVpad device generation.

6.    The term "PERSON" or "PERSONS" shall include a natural person, firm, association, organization, partnership, business, trust, limited liability company, corporation, or entity of any sort.

## **TOPICS FOR TESTIMONY**

1.    Authentication of all documents produced by YOU in response to the Documents and Things Requested in Schedule B, below.

2.    Identification of the source of all shipments by YOU on behalf of CNT, HYIT or GVTV from January 1, 2011 to present, including, to the extent known, of TVPADS.

3.     Identification of the recipients of all shipments by YOU on behalf of CNT, HYIT or GVTV from January 1, 2011 to present, including, to the extent known, of TVPADS.

4.     Identification of all shipping records for all shipments made by YOU on behalf of CNT, HYIT or GVTV from January 1, 2011 to present including, to the extent known, of TVPADS.

5.     Total number of shipments by YOU on behalf of CNT from January 1, 2011 to the present including, to the extent known, of TVPADS.

6.     Total number of shipments delivered by YOU on behalf of CNT from January 1, 2011 to the present including, to the extent known, of TVPADS.

7.     Total value of shipments delivered by YOU on behalf of CNT from January 1, 2011 to the present including, to the extent known, of TVPADS.

8.     Total value of shipments delivered by YOU on behalf of HYIT from January 1, 2011 to the present.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## SCHEDULE B

## DEFINITIONS

1.     The terms "YOU" and "YOUR" shall mean United Parcel Service of America, Inc. or "UPS" and its parents and subsidiaries, and their authorized current and former employees, officers, directors or agents or persons controlled by or acting on their behalf.

2.     The term "CNT" shall mean and include defendant Create New Technology (HK) Limited together with its authorized current and former employees, officers, directors or agents.

3.     The term "HYIT" shall mean defendant Hua Yang International Technology Limited together with its authorized current and former employees, officers, directors or agents.

4.     The term "GVTV" shall mean defendant Shenzhen Greatvision Network Technology Co. Ltd. together with its authorized current and former employees, officers, directors or agents.

5.     The term "PERSON" or "PERSONS" shall include a natural person, firm, association, organization, partnership, business, trust, limited liability company, corporation, or entity of any sort.

6.     The term "TVPAD" shall mean any television set top box bearing the mark TVpad, including but not limited to TVpad 1, TVpad 2, TVpad 3, TVpad 4, or any other TVpad device generation.

7.     The term "IDENTIFY" shall mean the name, company name, address, telephone, fax, email address, web address, account number, payment information or other identifying information.

8.     The term "CONTENTS" shall mean any description of the item or items shipped, the quantity shipped, and/or the weight of the item or items shipped.

9.     The term "DOCUMENTS" is used in the broadest possible sense as interpreted under the Federal Rules of Civil Procedure and shall include, without

SCHEDULES TO UPS SUBPOENA
DWT 27206921v1 0094038-000021
3
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

limitation, all originals and copies, duplicates, drafts, and recordings of any written, graphic or otherwise recorded matter, however produced or reproduced, and all "writings" as defined in Section 1001 of the Federal Rules of Evidence, including, without limitation, any tangible thing upon which any information has been recorded by any means, including by writing, printing, typing, transcribing, charting, photographing, or photocopying, or by digital, electronic, magnetic or mechanical recording. The term "DOCUMENTS" includes emails and electronic files, audio and video tapes, microfilm, microfiche, and other electronically stored information, all non-identical copies or drafts, all attachments and enclosures, and any and all notations on the foregoing.

10. The term "COMMUNICATION" shall include any meeting, telephone call, letter, memorandum, document, facsimile, electronic message, or other form of communication, whether verbal or nonverbal.

11. "All" and "any" mean "any and all" as appropriate in order to bring within the scope of these requests for production information and documents which might otherwise be considered to be beyond their scope. "Including" means "including, but not limited to" as appropriate in order to bring within the scope of these requests for production information and documents which might otherwise be considered to be beyond their scope. "And" and "or" shall be construed either disjunctively or conjunctively as appropriate in order to bring within the scope of these requests for production information and documents which might otherwise be considered to be beyond their scope. "Each" and "every" shall both mean "each and every" as appropriate in order to bring within the scope of these requests for production information and documents which might otherwise be considered to be beyond their scope.

12. The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender of any word used herein includes

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

the feminine.  The past tense of a verb used herein includes the present tense, and the present tense includes the past tense.

## INSTRUCTIONS

1.     If YOU claim that a Request for Production is overly broad, please respond to that portion of the Request for Production to which YOU do not object and specifically state why YOU claim the Request for Production is overly broad.

2.     If YOU object to any portion of a Request for Production, please respond to any portion of the Request for Production to which YOU do not object.

3.     If YOU contend that any information, document, or thing otherwise called for by any request is excluded from production or discovery, YOU are to answer so much of the discovery request as is not subject to the claimed objection and, for each document or thing:

    a)     State whether the item shall not be produced because:

        1)     It is claimed to be privileged; or

        2)     It once existed but can no longer be located; or

        3)     It has been lost; or

        4)     It has been destroyed; and

    b)     If, under a claim of privilege, any documents or things are not produced, YOU must state for each document:

        1)     the type and title of the document or thing; and

        2)     the general subject matter of the content of the document or description of the thing; and

        3)     the date of its creation and/or revision; and

        4)     the identity of the document's author(s), addressee(s), and recipient(s); and

        5)     the nature of the privilege being claimed; and

        6)     in detail, all facts upon which YOU base YOUR claim of privilege.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

4.     In producing these documents and things, YOU are requested to identify and produce for inspection and copying not only those documents and things in YOUR custody, but all documents and things in the custody of YOUR attorneys, consultants, advisors, agents, other representatives, and other persons or entities subject to YOUR control.

5.     In producing these documents and things, please produce the documents and things as they are kept in the ordinary course of business, with appropriate markings or designation so that it may be determined to what request they are responsive.

6.     Please produce the original and all copies of each requested document and thing, as well as the file in which they are kept, including all copies which bear any additional file stamps, marginal notes, or other additional markings or writings that do not appear on the original.

7.     For purposes of this Subpoena, terms not specifically defined shall be given their ordinary meaning as YOU understand them to be used in the trade and in each such case YOU shall state YOUR definition of such term.

8.     Complete production is to be made on the date and at the time indicated above. The inspection and copying will begin at that time and will continue from day to day thereafter until complete.

9.     Unless otherwise specified, the relevant time period for this Subpoena is January 1, 2011 to the present.

## DOCUMENTS AND THINGS REQUESTED

REQUEST FOR PRODUCTION NO. 1:

All DOCUMENTS reflecting or evidencing shipping records for each delivery made by YOU on behalf of CNT.

REQUEST FOR PRODUCTION NO. 2:

All DOCUMENTS reflecting or evidencing shipping records for each delivery made by YOU on behalf of HYIT.

SCHEDULES TO UPS SUBPOENA          6
DWT 27206921v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

REQUEST FOR PRODUCTION NO. 3:

All DOCUMENTS reflecting or evidencing shipping records for each delivery made by YOU on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 4:

All DOCUMENTS sufficient to show the date of each shipment by YOU on behalf of CNT.

REQUEST FOR PRODUCTION NO. 5:

All DOCUMENTS sufficient to IDENTIFY the PERSONS from CNT who were involved with each shipment by YOU on behalf of CNT.

REQUEST FOR PRODUCTION NO. 6:

All DOCUMENTS sufficient to IDENTIFY the recipient of all shipments by YOU on behalf of CNT.

REQUEST FOR PRODUCTION NO. 7:

All DOCUMENTS sufficient to show the CONTENTS of each shipment by YOU on behalf of CNT.

REQUEST FOR PRODUCTION NO. 8:

All DOCUMENTS sufficient to show all shipments of TVPADS by YOU on behalf of CNT.

REQUEST FOR PRODUCTION NO. 9:

All DOCUMENTS sufficient to show the date of each shipment by YOU on behalf of HYIT.

REQUEST FOR PRODUCTION NO. 10:

All DOCUMENTS sufficient to IDENTIFY all PERSONS from HYIT who were involved with each shipment by YOU on behalf of HYIT.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

REQUEST FOR PRODUCTION NO. 11:

All DOCUMENTS sufficient to IDENTIFY the recipient of all shipments by YOU on behalf of HYIT.

REQUEST FOR PRODUCTION NO. 12:

All DOCUMENTS sufficient to show the CONTENTS of each shipment by YOU on behalf of HYIT.

REQUEST FOR PRODUCTION NO. 13:

All DOCUMENTS sufficient to show all shipments of TVPADS by YOU on behalf of HYIT.

REQUEST FOR PRODUCTION NO. 14:

All DOCUMENTS sufficient to show the date of each shipment by YOU on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 15:

All DOCUMENTS sufficient to IDENTIFY all PERSONS from GVTV who were involved with each shipment by YOU on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 16:

All DOCUMENTS sufficient to IDENTIFY the recipient of all shipments by YOU on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 17:

All DOCUMENTS sufficient to show the CONTENTS of each shipment by YOU on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 18:

All DOCUMENTS sufficient to show all shipments of TVPADS by YOU on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 19:

All DOCUMENTS sufficient to show the total number of shipments by YOU on behalf of CNT.

SCHEDULES TO UPS SUBPOENA
DWT 27206921v1 0094038-000021

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

REQUEST FOR PRODUCTION NO. 20:

All DOCUMENTS sufficient to show the total number of shipments by YOU on behalf of HYIT.

REQUEST FOR PRODUCTION NO. 21:

All DOCUMENTS sufficient to show the total number of shipments by YOU on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 22:

All DOCUMENTS sufficient to show the total value of all shipments delivered by YOU on behalf of CNT.

REQUEST FOR PRODUCTION NO. 23:

All DOCUMENTS sufficient to show the total value of all shipments delivered by YOU on behalf of HYIT.

REQUEST FOR PRODUCTION NO. 24:

All DOCUMENTS sufficient to show the total value of all shipments delivered by YOU on behalf of GVTV.

REQUEST FOR PRODUCTION NO. 25:

All DOCUMENTS sufficient to show the total number of shipments of TVPADS by YOU on behalf of Shenzhen G. Credit Electronics Co., Ltd. relating to the TVPAD.

REQUEST FOR PRODUCTION NO. 26:

All DOCUMENTS sufficient to show the total number of shipments of TVPADS by YOU on behalf of Shenzhen Gosonic Supply Chain Management Co., Ltd. relating to the TVPAD.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT 14**

**LODGED UNDER SEAL**

**EXHIBIT 14**

**EXHIBIT 15**

**LODGED UNDER SEAL**

**EXHIBIT 15**