1  CARLA A. McCAULEY (State Bar No. 223910)
      carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800 Fax: (213) 633-6899

4  ROBERT D. BALIN (*pro hac vice*)
      robbalin@dwt.com
5  LACY H. KOONCE, III (*pro hac vice*)
      lancekoonce@dwt.com
6  SAMUEL BAYARD (*pro hac vice*)
      samuelbayard@dwt.com
7  GEORGE WUKOSON (*pro hac vice*)
      georgewukoson@dwt.com
8  DAVIS WRIGHT TREMAINE LLP
   1251 Avenue of the Americas, 21st Floor
9  New York, New York 10020
   Tel.: (212) 489-8230 Fax: (212) 489-8340
10 ATTORNEYS FOR PLAINTIFFS

11             **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
12

13 CHINA CENTRAL TELEVISION, a China       ) Case No.
   company; CHINA INTERNATIONAL            ) **CV 15-1869 MMM (AJWx)**
14 COMMUNICATIONS CO., LTD., a China       )
   company; TVB HOLDINGS (USA), INC., a    )
15 California corporation; and DISH        ) **COMPENDIUM OF**
   NETWORK L.L.C., a Colorado corporation, ) **EVIDENCE**
16                                         ) **IN SUPPORT OF**
                         Plaintiffs,       ) **PLAINTIFFS' MOTION FOR**
17          vs.                            ) **DEFAULT JUDGMENT**
                                           ) **AGAINST CREATE NEW**
18 CREATE NEW TECHNOLOGY (HK)              ) **TECHNOLOGY (HK)**
   LIMITED, a Hong Kong company; HUA       ) **LIMITED AND HUA YANG**
19 YANG INTERNATIONAL TECHNOLOGY           ) **INTERNATIONAL**
   LIMITED, a Hong Kong company;           ) **TECHNOLOGY LIMITED**
20 SHENZHEN GREATVISION NETWORK            ) **VOL 4 OF 5**
   TECHNOLOGY CO. LTD., a China            )
21 company; CLUB TVPAD, INC., a California ) [[Proposed] Order; Motion For
   corporation; BENNETT WONG, an           ) Default Judgment; Application To
22 individual, ASHA MEDIA GROUP INC.       ) Seal concurrently submitted]
   d/b/a TVPAD.COM, a Florida corporation; )
23 AMIT BHALLA, an individual;             )
   NEWTVPAD LTD. COMPANY d/b/a             ) Date: November 23, 2015
24 NEWTVPAD.COM a/k/a TVPAD USA, a         ) Time: 10:00 a.m.
   Texas corporation; LIANGZHONG ZHOU,     )
25 an individual; HONGHUI CHEN d/b/a E-    ) Courtroom: 780
   DIGITAL, an individual; JOHN DOE 1 d/b/a) Judge:      Hon. Margaret M.
26 BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN    )            Morrow
   DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; )
27 JOHN DOE 5 d/b/a GANG YUE; JOHN         ) Complaint Filed: March 13, 2015
   DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7    )
28 d/b/a GANG TAI WU XIA; and JOHN DOES    )
   8-10,                                   )
                      Defendants.          )
   _____

# INDEX

## VOLUME 4

Exhibit 50

Exhibit 51

Exhibit 52

Exhibit 53

Exhibit 54

Exhibit 55

Exhibit 56

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT 50**

Login  |  Register



Home        Store        TVpad4        **TVpad News**



**TVpad Blog**

**Best TV−Box for Overseas Chinese**

RSS Feeds

You are here:--> Home-->Blogs -->TVPAD NEWS -->Tvpad upgrade,TVPAD COUPON,TVPAD EVENT -->The latest app BETV   for TVpad2 released on June 5, 2013

Tags   TVpad upgrade,TVPAD COUPON,TVPAD EVENT

**The latest app BETV      for TVpad2 released on June 5, 2013**

From:TVpad   By:liubj

BETV     is an exclusively designed for overseas Chinese to provide local Chinese TV programming application. A new replay function for BETV     added into TVpad2 with the brand new user interface.

By this new function, users can reply 32+ Chinese (mainland) live channels of BETV at anywhere and anytime to solve time shift issue. It is really good news for users who have much trouble with jet lag that they can optionally choose view history within 72 hrs.

**How to install**   (*Follow screenshots guide below*)

 BETV   -Install

*Attention: BETV   is only available for TVpad 3.62 version or higher.*

### Blog Category

All articles [31]

TVPAD NEWS [27]

TVPAD INTRODUCE [4]

### Hot Tags

speacial/deal/sale/promotion game TVpad Mall The King of Fighters shipping arrangement YOHA gamepad gift app tvpad4 tvpad hktv HD Live TV TVpad upgrade TVPAD COUPON TVPAD EVENT TVPAD2 TVPAD

### Hot blogs

Tons of Apps in ……

Tvpad Firmware U……

Tvpad 2 Reduce S……

Good news for ne……

The New English……

EXHIBIT 50

The latest app BETV□ for TVpad2 released on June 5, 2013_TVpad Mall



Turn on your TVpad2 -Go to TVpad Manager



-TVpad Store- BETV



BETV -Install



Switch what you'd like to watch atwill

*At last, enjoy it.*





BETV , stable, clear and smooth etc have won living overseas Chinese your consistent high praise, covers all news finance, science and technology, sports, drama, children dozens of sets of Chinese channel resources. From now on you can lie on the sofa, with remote control operation, relaxed and comfortable to watch the high quality of Chinese local TV show. Whatever you want, up to you!

Prev Article  Good news fo......        Next Article  New Release ......

Posted by: liubj | Category    TVPAD NEWS | Reply    0 | Views    3618



**All comments**

**Leave comments**

Sorry, you are current logged out! Login Register

Public

**Help Center**

Shopping Guide
My Order
FAQ
App Publishing

**Shipping**

Shipping Range
Logistics
About Tariffs
About Receipt

**Payment**

Credit Card
Alipay
Security

**After-sale Service**

Commitment
App Installation
About Return
Check Warranty

**About Us**

Brand Introduction
Statement
Contact Us
Media Support

**Contact Us**



(00852)2134-9910

24 hours customer service

**Global Service Center**

The latest app BETV☐ for TVpad2 released on June 5, 2013_TVpad Mall

Copyright © 2007-2015 mtvpad.com All Rights Reserved



Home    Store    TVpad4    **TVpad News**





🏠 You are here:--> Home--> Blogs -->TVPAD NEWS -->Tvpad upgrade,TVPAD COUPON,TVPAD EVENT -->The latest app BETV   for TVpad2 released on June 5, 2013

Tags  TVpad upgrade,TVPAD COUPON,TVPAD EVENT

**The latest app BETV    for TVpad2 released on June 5, 2013**

From:TVpad   By:liubj

BETV    is an exclusively designed for overseas Chinese to provide local Chinese TV programming application. A new replay function for BETV    added into TVpad2 with the brand new user interface.

By this new function, users can reply 32+ Chinese (mainland) live channels of BETV at anywhere and anytime to solve time shift issue. It is really good news for users who have much trouble with jet lag that they can optionally choose view history within 72 hrs.

**How to install**   (*Follow screenshots guide below*)

 BETV   -Install

*Attention: BETV   is only available for TVpad 3.62 version or higher.*



Turn on your TVpad2 -Go to TVpad Manager

**Blog Category**

All articles [31]

TVPAD NEWS [27]

TVPAD INTRODUCE [4]

**Hot Tags**

speacial/deal/sale/promotion game TVpad Mall The King of Fighters shipping arrangement YOHA gamepad gift app tvpad4 tvpad hktv HD Live TV TVpad upgrade TVPAD COUPON TVPAD EVENT TVPAD2 TVPAD

**Hot blogs**

Tons of Apps in ......

TVpad Firmware U......

TVpad 2 Reduce S......

Good news for ne......

The New English......





-TVpad Store- BETV



BETVⅡ -Install



Switch what you'd like to watch atwill

*At last, enjoy it.*





BETV ，stable, clear and smooth etc have won living overseas Chinese your consistent high praise, covers all news finance, science and technology, sports, drama, children dozens of sets of Chinese channel resources. From now on you can lie on the sofa, with remote control operation, relaxed and comfortable to watch the high quality of Chinese local TV show. Whatever you want, up to you!

Prev Article   Good news fo……        Next Article   New Release ……

Posted by: liubj | Category   TVPAD NEWS | Reply   0 | Views   3618

Share on:   Copy URL   Facebook   QQ-zone

All comments

Leave comments

Sorry, you are current logged out! Login Register

Public

The latest app BETV□ for TVpad2 released on June 5, 2013_TVpad Mall

My Order

FAQ

App Publishing

Logistics

About Tariffs

About Receipt

Alipay

Security

App Installation

About Return

Check Warranty

Statement

Contact Us

Media Support



(00852)2134-9910

24 hours customer service

Global Service Center

Copyright © 2007-2015 mtvpad.com All Rights Reserved

**EXHIBIT 51**

facebook Sign Up

Email or Phone Password

Keep me logged in Forgot your password?

To connect with TVpad, sign up for Facebook today.

Sign Up Log In

2015
2014
2013
2012
2011

**TVpad**
Product/Service

Timelineselected | About | Photos | 曬新春有獎活動 | More

**PEOPLE**

**3,896** likes

**ABOUT**

Let all Chinese people around the world exclusively stream on Chinese TV & VOD without monthly fees because of TVpad
http://www.mtvpad.com/

http://www.mtvpad.com/

**PHOTOS**

**APPS**

曬新春有獎活動

**TVpad YouTube**主页

**TVpad**
August 4 ·

親愛的TVpad用戶，由於TVpad facebook 工作人員不是全天候在線，答疑如需要即時服務，請聯系熱線電話或官網在線客服，或者到fans club 留言，以下聯系方式全天候在線。

TVpad官網線上客服：http://www.mtvpad.com/
TVpad官方論壇（fans club）：http://www.tvpadfans.com/
7*24小時銷售/售後熱線：
(00852)2134-9910、(00852)2134-9901

Dear TVpad Users,
As TVpad facebook don't support 24/7 online service, you can contact us via the online help on TVpad official website, 24/7 hot line or leave a message on fans club if necessary.

TVpad official website: http://www.mtvpad.com/
TVpad official forum (fans club): http://www.tvpadfans.com/
24/7 hot line: (00852)2134-9910/(00852)2134-9901

TVpad海外高清中文直播電視—TVpad官方商城

TVpad為全球華人提供海量高清中文電視節目，是目前最流行的电视盒子，擁有中文节目直播、點播，时移等多种形式，提供最新最熱中文影视、体育，财经，教育，宗教，港澳臺及日韓經典影視點播。

MTVPAD.COM

Like Comment Share

Endy Lam, Veronica Santos, Seong Chun Lee and 17 others like this.

Top Comments

2 shares

EXHIBIT 51



禮品券

**VIDEOS** >



👍 1

 👍 2 💬 4

 💬 6

**NOTES** >

北京时间5月26日欧冠决赛前瞻
May 24, 2013

About TVpad
December 25, 2012

爆！PPS、PPTV、YOUKU、BETV、迅雷、UUSEE、51...
June 2, 2011

**VISITOR POSTS** >


**Puishan Kwok**
Today at 7:37am 🌐

为什么突然出了一个红色的感叹号，然后连不上wifi？

Like · Comment · Share


**Katherine Kwan**
Yesterday at 9:04pm 🌐

I order the tvpad but didnt received it yet what no.should I call?

Like · Comment · Share 💬 1


**Tri Luong**
September 7 at 8:42pm 🌐

I bought a TVPad from mtvpad.com. I am not able to get it to work. ... See More

Like · Comment · Share 💬 1

**LIKED BY THIS PAGE**

---


**Lilly Ly** Which of the app I can upload to watch Hong Kong TVB show or drama. Thanks
August 6 at 5:35pm


**TVpad** 港粵網絡電視，HKTV，粵海時移，粵海寬頻等
August 6 at 7:05pm


**Sophine Chang** TVPad
港粵網絡電視，是否沒有了？我在N+Store找不到下載呢！
Thanks... See More
August 17 at 12:57am


**TVpad** 港粵網絡電視只在TVpad4上有
September 6 at 10:48pm


**Sophine Chang** TVPad
噢！但我的TVPad3只是買了不夠一年呢？有些節目在追看中......
September 7 at 7:43am


**TVpad** 您可以用港粵快看~
September 7 at 8:56pm


**Simon Gor** Well the speed is so freaken slow now can't watch anything. Speed used to be good but not anymore. Fix the damn thing
👍 1 · August 25 at 6:14am


**TVpad** Could you tell me which apps are not streaming?
September 6 at 1:15am


**TVpad** You can try to change the DNS address into 8.8.8.8 in the network setting.
September 6 at 1:19am


**Simon Gor** Tried. Didn't work
September 6 at 5:55am · Edited


**TVpad** In order to solve the problems efficiently, please go to our official website and click the online help.
September 7 at 9:00pm


**Simon Gor** The problem started when you released tvpad 4. I guess its your server
September 7 at 9:41pm

View 34 more comments

---


**TVpad** added 7 new photos — with 輝哥.
September 6 at 9:01pm · 🌐

悉尼的小夥伴們注意啦！TVpad悉尼南區旗艦店開業啦，新張期間凡進店就有禮送，憑TVpad（1.2.3代）舊機購買TVpad4還有額外優惠哦！這麼多優惠心動了沒有？快來看看吧？
身在悉尼的華人們，如有意願了解或購買TVpad，質量保障，售後無憂，歡迎來TVpad悉尼旗艦店：
店鋪地址：8/8 CROFTS AVE HURSTVILLE NSW 2220
購買熱線：02 80333072







**BETV**



**bananaTV**

English (US) · Privacy · Terms · Cookies · Advertising ·
Ad Choices ▷ · More ▾
Facebook © 2015



👍 Like    💬 Comment

Connie Cheung, Raymond Cheung, Jenny Yuen and 17 others like this.    Top Comments ▾

2 shares

 **René Rana** 在美国有没有以旧换新的优惠活动?
👍 1 · September 6 at 9:29pm

   **TVpad** 有的，您可以在官網上換也可以尋找就近經銷商更換
   September 6 at 10:52pm
   ↳ View more replies

 **Robert Li** 旧换新是否带着旧机上门就可以？因为盒子已经找不到了😂😂 我的是tvpad2
September 7 at 2:36pm

   **TVpad** 無需帶著舊機上門，但必須要能提供舊機的MAC碼
   September 7 at 8:26pm
   ↳ View more replies

View 12 more comments

 **TVpad** updated their cover photo.
September 6 at 12:09am · 🌐



 Like  Comment  Share

張清華, Ang Seng Nguang and 2 others like this.

 **TVpad** updated their cover photo.
August 16 at 7:33pm · 



 Like  Comment Share

Yuet Wong, 陈斯波, Voon Chin Soon and 4 others like this.     Top Comments ▾

 **Wyman Suen** Where can I buy this?
September 6 at 12:59am

 **TVpad** http://www.itvpad.com/index.html



**TVpad海外高清中文直播電視—TVpad官方商城**

TVpad為全球華人提供海量高清中文電視節目，是目前最流行的电视盒子，擁有中文节目直播、點

September 6 at 1:20am

View 2 more comments

 **TVpad** added **2 new photos**.
August 16 at 7:32pm · 

七夕又到了，你以為你在國外就不用過七夕了嗎？就不用買禮物了嗎？NONONO,女人可不會這麼想，你女朋友會會撕了你的！TVpad特別貼心推出：七夕約"惠"，告白"神機"活動！中文電視盒TVpad4 心動價僅售$249！你還等什麼？ 快給心愛的她買一部吧！活動地址：O网页链接 ...
m_campaign=20150812





👍 Like    💬 Comment

Ricky Leung, Voon Chin Soon and Mario Su like this.

 **TVpad** added 2 new photos.

August 16 at 7:30pm · 🌐

【《無心法師》膽小的絕對夠慮，膽大的絕對合你口味！】你想知道800万特效的电视是怎么样的？高清到纤毫毕现的怪物，诡异而新奇的剧情，这绝对是2015年最让人期待的鬼怪电视剧！想看吗？TVpad4 BETV plus 电视剧频道为你实时更新！



👍 Like    💬 Comment

Yuet Wong likes this.

 **TVpad**

August 4 · 🌐

浙江衛視第四季《中國好聲音》於7月17日正式開錄了，海外TVpad的fans朋友們不僅僅可以看直播，也可以用TVpad看點播了，實時更新的哦！點播地址：TVpad4 BETV_PLUS綜藝



👍 Like      💬 Comment      ↪ Share

Agooda Liu, Ophelia Seeto, Mei Kuen Mow and 2 others like this.

 **Mary Ng** Just upgrade to TV pad 4, all TV drama in cantonese, even the Taiwan drama, what do I need to download for mandarin speaking.
August 6 at 10:43pm

    📺 **TVpad** You can try BETV、BETV plus
    August 10 at 8:31pm

 **TVpad** added 2 new photos.
July 20 · 🌐

这个夏天，选择TVpad4,给你超高清流畅快感。300+中港台电视同步直播 冰爽放价：$249 免邮（非偏远地区） 立即购买：http://cn.itvpad.com/group.html…



👍 Like      💬 Comment

Sherman Hong, Ken Leung, Eric But and 12 others like this.      Top Comments ▾

**Pui Yee Keung** 聽聞tvpad 1,2,3 到11月無得睇 有啲人話要加錢舊機換新機 真


定假啊？ 成日先**update**個少少節目咩都無得睇 以前精彩回放有**4**頁 依加得番**1**頁 搞咩啊 回覆下得唔得啊

July 26 at 5:48pm

 **TVpad** 這是不實的傳言，以舊換新暫時只針對TVpad1，而且要以舊換新的機器會受到通知的，請大不必擔心

August 4 at 1:41am

 **Shing Heida** 可以寄来英国吗

August 4 at 6:59am

 View 2 more replies

 **TVpad** 官網以舊換新活動地址：www.mtvpad.com/3 ,DHL發貨，寄到你家裡

August 5 at 3:10am · Edited

View 14 more comments

---

 **TVpad** updated their cover photo.
July 20 · 🌐



👍 Like　　💬 Comment　　↗ Share

Sam Rong and Carmen Truong like this.

 **William Tan** TVpad4 可以看TVB 台吗？在日本要馬上訂一台！有网友评论下吗？

July 28 at 11:01pm

 **TVpad** 可以看

August 4 at 1:35am

↳ View more replies

---

 **TVpad**
July 13 · 🌐

【TVpad 又发奖啦！TVpad4有獎征集全球用戶評測】 只要你有使用過TVpad 4便可參與評測，將你在使用TVpad 4中遇到的各種感受、建議、想法寫出來，就有機會獲得大獎啦！！！參与网址：http://www.tvpadfans.com/thread-374582-1-1.html



👍 Like　　💬 Comment　　↗ Share

Brenda Liew, TW Chan and Jimmy Wong like this.

Top Comments ▾

 **Tom Cordon** Taiwan app 516. All the channels changed. Why? I don't want to see channel " mom ". Other channels has " unsupported input signal ". I want to watch " 大學生了沒 " and " 康熙來了 "

👍 1 · July 20 at 1:04pm

 **Lilly Ly** Which TVpad 4 I should get most of the Hong Kong TVB show.

July 18 at 12:48pm

View 1 more comment

---

 **TVpad** updated their cover photo.

July 13 · 🌐



👍 Like      💬 Comment      ↗ Share

Colin Lee likes this.

---

 **TVpad** updated their cover photo.

June 15 · 🌐



👍 Like      💬 Comment      ↗ Share

, Ann Lo and Ken Leung like this.

Top Comments ▾

 **Maverick Koe** I used 130$ deal to get tvpad4 from the website. There is a security issue with your website (mtvpad.com). It is not Https, which is not secure. After purchasing tvpad from your website, my credit card is being stolen by someone. Please fix it asap.

 **TVpad**海外高清中文直播電視—**TVpad**官方商城

TVpad為全球華人提供海量高清中文電視節目，是目前最暢行的電視盒子，擁有中文節目直播、點播，时移等多种

👍 1 · July 8 at 7:02pm

 **TVpad** 不可能吧 我们支付方式都是经过SSL安全认证的啊.而且支付方我们是和第三方合作的

July 20 at 11:17pm

↳ View more replies

**Aaron Cheng** I have the model M121S and I received a message that you'll

 stop your service in Europe, from June 27 2015. Is it true that TVpad will stop working?

👍 1 · June 21 at 10:05am

View 5 more comments

 **TVpad**
June 15 · 🌐

【论坛专属活动】父亲节征文：我和父亲的那些年

從青絲到耄耋，時間在變，記憶不變，父親節將至，邀請各位閑話家常，分享壹下那些年和自己老爹的有趣/感動的故事吧。

參與活動獎品：10美金的亞馬遜現金券

... See More



👍 Like　　💬 Comment　　↗ Share

likes this.　　　　　　　　　　　　　　　　Top Comments ▾

 浪漫 爲什麼這兩天 [粵海時移] 這app的翡翠台和高清翡翠台又不能看了?連不上幾阿,其他app都沒問題的說
June 17 at 6:15pm

　　 **TVpad** 好的，已經收到您的反饋，我們會發回第三方跟進修復
　　June 18 at 8:42pm

 **Aaron Cheng** I have the model M121S and I received a message that you'll stop your service in Europe, from June 27 2015. Is it true that TVpad will stop working?

👍 1 · June 21 at 10:05am

　　↩ 1 Reply

View 2 more comments

 **TVpad** added **2 new photos**.
June 10 · 🌐

【TVpad官網更換域名通知】

尊敬的TVpad用戶：

感謝您一直以來對TVpad的關注與支持，因網站發展需要，從即日起，TVpad官方商城網站訪問域名正式更改為：http://www.mtvpad.com，特此通告，煩請收藏。給您帶來的不便敬請諒解！歡迎大家繼續關注TVpad。

... See More



Like    Comment

Thomas Lai, Nicola Cheung, Henry Wong and 6 others like this.    Top Comments ▾

1 share

**Jingyuan Pang** 什么时候YouTube能修好，现在还是不能用
June 11 at 10:43am

> **TVpad** 请问您是第几代的TVpad？TVpad2/3因YouTube没有针对这两代机器进行更新，所以已经下架，TVpad4正常使用
> June 11 at 11:08pm

> ↳ View more replies

**Kenneth Dai** tvpad什么时候可以把美国本地的免费中文台加进去啊。
👍 1 · June 10 at 4:32am

> **TVpad** 感谢您的建议，需求已记录，会向第三方合作应用反馈。
> June 11 at 12:41am

View 4 more comments

**TVpad** updated their cover photo.
June 9 · 🌐

Like    Comment    Share

Ricky Friend,    and 2 others like this.

**Candy Xie** 现在的tvpa香港电台有没有广东话？
June 16 at 4:07am

↩ **1 Reply**

 **TVpad** added **2 new photos**.
June 9 · 🌐

【TVpad4速賣通店鋪4週年慶】從TVpad在速賣通上開店到宜家，經過4年相伴，幾萬名鑽石級買家的選擇，積累好評率近100%。為回饋各位老用戶的支持，特別推出速賣通4週年慶促銷活動。

活動時間：北京時間2015年6月8日開始至13日零點結束，限量99臺。

活動期間在TVpad數買通店鋪可享TVpad4 17%的店慶折扣，300+中港台免費看，10,0000+電影電視綜藝隨心看，包郵3-5天送貨上門！...

**See More**



👍 **Like**        💬 **Comment**

Tina Ma, Kenneth Dai, Eric But and 6 others like this.        Top Comments ▾

**1 share**

 **TVpad** added **2 new photos**.
May 26 · 🌐

六一特別巨獻，限量200臺！TVpad4低至$249
歡樂的童年！有爸爸，有媽媽，有TVpad!
兒童節目、教育、動畫、遊戲應有盡有～～～詳情請點擊：http://cn.itvpad.com/group.html…



👍 Like    💬 Comment

Top Comments ▾

**Espi Mendes** Hello, Upgraded to TVpad 4 but "体育 on Line" has less channels? Missing KBS N Sports, MBC sports, SBS ESPN etc How can I get them on TVpad 4?
June 1 at 8:07am

 **TVpad** Dear user, please contact 7x24 hours online customer service for professional reset assist:  (00852)2134-9910
June 8 at 11:18pm

**Huy John** 請問我delete咗粵海寬頻，但在store 找不回來，怎樣才能找回來呢?謝謝你
May 31 at 8:47am

**TVpad** 请问你的TVpad版本是什么?
May 31 at 6:29pm

↪ View more replies

View 2 more comments

---

**TVpad** updated their cover photo.
May 26 · 🌐



👍 Like    💬 Comment    ↪ Share

Wen He likes this.



**TVpad** added **2 new photos**.
May 19 · 🌐

#TVpad速賣通店鋪#迎夏優惠大派送！進店領取50美金優惠券，下單即減50刀！店鋪鏈接：http://www.aliexpress.com/store/315267



👍 Like       💬 Comment

Tan Jay, Eric But and Ma Lei Wong like this.                    Top Comments ▾

 **Omar Kitchell** my tvpad2 old movies apps is not working all the time ,why should I be interest of buying a new.
👍 1 · May 31 at 4:37am

 **TVpad** if your device is malfunctioning you may contact our aftersale service, you can have it repaired, exchanged or returned.
June 8 at 11:26pm

**TVpad** updated their cover photo.
May 19 · 🌐



👍 Like       💬 Comment       ↪ Share

Eric But and René Rana like this.

See More Stories ▾

EARLIER IN 2015                    HIGHLIGHTS ALL STORIES ▾

See More Stories ▾

TVpad

See More Stories ▼

See More Stories ▼

See More Stories ▼

See More Stories ▼



Email or Phone     Password

Keep me logged in     Forgot your password?

**TVpad**
**is on Facebook.**

To connect with TVpad, sign up for Facebook today.

Sign Up     Log In

**TVpad**
Product/Service

Timeline | **About** selected | Photos | 嚟新春有獎活動 | More ⌄

## About TVpad

**Page Info**

### PAGE INFO

| | |
|---|---|
| Short Description | Let all Chinese people around the world exclusively stream on Chinese TV & VOD without monthly fees because of TVpad http://www.mtvpad.com |
| Company Overview | TVpad can watch HD Chinese TV shows, and also can optionally FREE download tons of apps that the third part supplier provided. |
| Long Description | TVpad delivers the biggest & best selection of streaming live TV & VOD to your TV.Enjoy the best movies and TV shows, live sports, music, games and more. |
| General Information | Chat with us: 2389075307 (QQ Wechat Official Account: TVpad TVpad blog:http://www.mtvpad.com/blog.html Follow Sina weibo: h... See More |
| Mission | Where there is a family, there is TVpad! |
| Products | TVpad streaming box based on Android OS |
| Website | http://www.mtvpad.com/ |

Sign Up | Log In | Messenger | Facebook Lite | Mobile | Find Friends | Badges | People | Pages | Places
Games | Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Ad Choices ▷
Terms | Help | Settings | Activity Log

Facebook © 2015
English (US)

https://www.facebook.com/mytvpad/info?tab=page_info[9/10/2015 2:34:51 PM]

**EXHIBIT 52**

TVpad · 【客户意见收集】为了更好的服务于广大海外用户，让广大的海外tvpad...

facebook   Sign Up

Email or Phone        Password
Keep me logged in · Forgot your password?

## News Feed



**TVpad**
August 18, 2013 · New York, NY · 🌐

【客户意见收集】为了更好的服务于广大海外用户，让广大的海外tvpad 用户获得更好的中文电视服务，小编特别发个帖子征求广大用户的意见，比如需要新增电视频道，直播或者点播；如何更好的提高服务质量等等，后期小编会对意见进行汇总提交给相关工作人员，感谢大家的支持哟！！！有家就有TVpad！！！

See Translation

Like · Comment

👍 Eric But, Ann Lo, Vivien Shin and 6 others like this.

Top Comments ▾



**Tommy Fung** 請考慮加入香港由綫電視和Now TV的新聞和財經頻道和體育頻道。明年世界杯舉行，TVB會有足球頻道，請加入。謝謝!
👍 2 · August 19, 2013 at 12:23am

 2 Replies



**Yap LP** TvPad2真的很适合身在马来西亚的我，能看到非常多的中文节目，我先后已代朋友买了6台，下来还要再买。我希望在体育频道上多增加更多直播兼回放的频道，如北京本台，ESPN英语，EuroSport英语，SuperSport英语；另外，广东体育台不很清晰，希望能改进；还有，希望第三方做一个软件看体育盘合：足球、篮球、乒乓球、羽毛球、方便大家寻找节目。此外，在每海频道2和BETV2的回放，经常出现时段不连续，如回放下午二时至四时，下一段去下午七时至九时，中间时段不见了。现在我朋友只能电影下载电影和美剧，利用TvPad2播放。美剧又下内容都不足，无论新旧剧，很多都搜寻不到。电影方面最好第三方做出『快播软件』直接搜索点播。hot韩剧社做的真好，希望也有一个『hot日剧社』能播放配有中文字幕的日本连续剧，现在泰国连续剧也很多人看，当然也希望有一个配上中文字幕的『hot泰剧社』。
👍 1 · August 21, 2013 at 4:12am

 **TVpad** 感谢您的建议，关于节目应用的调整和增加我们会与第三方应用开发商进行沟通，不过一定程度上也需要遵循从他们的开发计划，不过还是很感谢您的建议
August 21, 2013 at 6:21pm



**Thomas Ye** 更多粤語頻道
👍 1 · August 19, 2013 at 1:59am

  **TVpad** 好的，谢谢
August 19, 2013 at 2:33am



**John Shiu** 在(BETV HD)现已有6個高清台，是否可以加多幾個高清台嗎？謝謝!
👍 2 · August 18, 2013 at 11:35pm

 **TVpad** 已记录
👍 1 · August 19, 2013 at 2:33am



**Yap LP** 希望能增加澳门、新加坡、马来西亚等地的中文电视台；另外，越南电视台只有国家台用北越语，南部地区听不懂；希望增加越南的南部地方台VTV Huế, VTV Đà Nẵng, VTV Phú Yên, VTV Cần Thơ 1, VTV Cần Thơ 2。

语言方面现在只有二个幼教英语和轻松学汉语，希望多增加中文学韩语、日语、泰语、俄语、法语、西班牙语等；作为传承地方语言加中文学四川话、上海话、湘、鄂、粤语、闽南语、客家话等之类App。
September 1, 2013 at 1:01am

 **TVpad** 不好意思，小编最近生病，没有及时回复！！！您的宝贵意见小编已经记录，会及时提交给相关工作人员，再次感谢喽
September 5, 2013 at 8:32pm



**Josie Keung** 强烈建议TV PAD增加一个可上网的浏览器，用户可以直接从电视机上网站浏览APP。我家的电视机本来就是自带浏览器的smart TV，没装TV PAD之前就可以直接上不同网站，现在装了TV PAD后电视机自带的全部APP就不方便使用了，如果要用只能拔除TV PAD，非常不方便。请确绝建议及考虑开发上网浏览器造福广大用户，谢谢!
August 19, 2013 at 11:41am · Edited

 **TVpad** 谢谢您的建议，我们会参考的，因为产品一直定位于电视服务，在网络方面暂时未考虑，不过还是感谢您的建议，也许下一代产品就会有哦
August 19, 2013 at 6:26pm

English (US) · Privacy · Terms · Cookies · Advertising
· More ▾
Facebook © 2014

**EXHIBIT 52**

 **SM Tie** 请考虑马来西亚，新加坡，印尼等东南亚。。谢谢。
August 19, 2013 at 1:43am

↳ **2 Replies**

 **Jerry Choo** I wanna watch wwe wrestling and basketball nba, also fashion TV channel
August 19, 2013 at 12:58am

 **TVpad** mark
August 19, 2013 at 2:32am

 **Ivan See** Please improve all streaming sound bit rate and enable stereo (allow choosing different languages during bilingual programs too). The current sound quality on all Chinese and Hong Kong channels are just not ideal.
August 18, 2013 at 11:46pm

 **TVpad** thx a lot，the application providers are working on this issue
August 19, 2013 at 2:30am

 ちょう せん 增加更多日本和錄影功能,還有日本直播那7個台常10-15MINS卡一次(PS:我用有線上網看,沒用WIFI,網速100MB,香港寬頻)其他APPS都成日重開APPS幾次先load到片子)
August 18, 2013 at 11:44pm

 **TVpad** 谢谢您的建议
August 19, 2013 at 2:24am

 **Yap LP** 美剧和电影在TvPad2里的内容很不足，很多朋友都是用电脑先下载了，再播到TvPad2中，利用MVod播放，希望第三方能做一个『快播』软件搜寻播放。
👍 **1** · August 21, 2013 at 4:17am

 **Joan Chua** 请问马来西亚能看Tvb所有的台吗?
July 28 at 8:04pm

 **Wei Song** 北京体育!！谢谢
April 15 at 8:28pm

 **Fun-fun Tse** 點解由昨晚開始,全部機都用唔到.........
October 5, 2013 at 12:22am

 **Cathy Zhang** tvpad升級tvpad2計劃
August 19, 2013 at 3:29am

 **Ivan See** Agree with previous comment, NIJI app lags every 10 to 15 mins. This is only an issue in NIJI. I never had the same problem in BeTV or 粵海.
August 18, 2013 at 11:51pm

 ちょう せん 重開APPS前已load過2MINS左右係load唔到
August 18, 2013 at 11:45pm



450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/522523404483771

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| facebook Sign Up | | Email or Phone | Password |
|---|---|---|---|
| | | Keep me logged in | Forgot your password? |
| | News Feed | | English<br>(US) · Privacy · Terms · Cookies<br>· Advertising |
| | TVpad | | · More |
| | August 18, 2013 · New York, NY · | | Facebook © 2014 |
| | [Customer opinion collection] In order to better serve our overseas customers and allow overseas TVpad users to enjoy better Chinese TV services, I am sending this post to collect the opinions of our customers, such as adding new TV channels, live broadcast or VOD, and how to improve the service quality. I will summarize the customers' opinions and submit them to relevant personnel. Thank you for your support! Wherever your home is, there is TVpad! | | |
| | See Translation | | |
| | Like · Comment | | |
| | Eric But, Ann Lo, Vivien Shin and 6 others like this. | Top Comments | |
| | Tommy Fung: Please consider adding HK Cable TV and Now TV News, Finance, and Sports channels. Next year, there will be the World Cup, and TVB will launch a football channel. Please add it. Thanks!<br>2 · August 19, 2013 at 12:23am | | |
| | 2 Replies | | |
| | Yap LP   TVPad2 is very suitable for me here in Malaysia, allowing me to watch many Chinese TV programs. I have bought six TVpads for my friends, and I will buy more. I hope that more live and playback sports channels, for example, BTV Sports, ESPN English, EuroSport English, and SuperSport English, will be added. In addition, I hope that the video definition of GDTV Sports will be improved. I also hope that a third-party App will be provided that collects football, basketball, table tennis, and badminton matches, to make program query more convenient. In addition, the playback on Yue Hai 2 and that on BETV 2 is often interrupted. For example, immediately after the program played from 14:00 p.m. to 16:00 p.m. is played back, the program played from 19:00 p.m. to 21:00 p.m. is played back, with the program played during the intervening time period gone missing. Now, my friends can only download movies and US TV dramas to their TVpad2 for playback. The US TV dramas provided are very insufficient. Many US TV dramas, old or new, are not available. It would be best if a third-party "quick VOD application" is developed for directly searching and playing movies on demand. "Hot Korean TV Dramas" is very good. I hope that "Hot Japanese TV Dramas" will also be provided for playing Japanese TV dramas with Chinese subtitles. Nowadays, Thai TV dramas are also very popular; I also hope that "Hot Thai TV Dramas" with Chinese subtitles will also be provided.<br>1 · August 21, 2013 at 4:12am | | |
| | TVpad   Thank you for your suggestion. Regarding the adjustment and adding of program applications, we will communicate with third-party application developers, as we need to give consideration to their development plans. Still, I'd like to thank you again for your suggestion.<br>August 21, 2013 at 6:21pm | | |
| | Thomas Ye   More Cantonese channels, please.<br>1 · August 19, 2013 at 1:59am | | |
| | TVpad: OK, thanks.<br>August 19, 2013 at 2:33am | | |
| | John Shiu   BETV HD has six HD channels. Can more HD channels be added? Thank you!<br>2 · August 18, 2013 at 11:35pm | | |
| | TVpad   Noted.<br>1 · August 19, 2013 at 2:33am | | |
| | Yap LP   I hope that Chinese channels of Macao, Singapore, and Malaysia can be added. In addition, for Vietnamese channels, only the National Channel uses the language of North Vietnam, which is not understood in southern Vietnam. I hope that south Vietnamese channels VTV Huế, VTV ĐàNẵng, VTV Phú Yên, VTV Cần Thơ 1, and VTV Cần Thơ 2 will be added. | | |
| | For teaching and learning languages, only two channels "English for Children" and "Learn Chinese Easily", are available. I hope that more channels will be added for learning Chinese, Korean, Japanese, Thai, Russian, French, and Spanish. In addition, I hope that more Apps can be provided for learning and passing down dialects such as Sichuan dialect, Shanghai dialect, Hunan dialect, Hubei dialect, Cantonese, southern Fujian dialect, and Hakka.<br>September 1, 2013 at 1:01am | | |
| | TVpad   Sorry, as I have been recently taken ill, I could not reply to your post sooner. I have recorded your valuable suggestion and will forward it to relevant personnel. Thank you again!<br>September 5, 2013 at 8:32pm | | |
| | Josie Keung   I strongly advise adding a browser with Internet access to TVpad so that a user can browse APPs on the Internet directly using a TV set.   My TV set is a Smart TV that comes with a browser, which allows me to directly visit websites before TVpad is installed. Now, with TVpad installed, it is inconvenient to use the APPs available on the TV set. I have to remove TVpad before I can use the APPs. This is very inconvenient.   Please accept my suggestion and consider developing a browser with Internet access for benefiting the users. Thanks.<br>August 19, 2013 at 11:41am · Edited | | |
| | TVpad   Thank you for your suggestion. We will consider it. The product has been positioned to provide TV services, so far giving little consideration to network support. Still, I'd like to thank you again for your suggestion. Maybe, the next-generation product will provide the function you suggested.<br>August 19, 2013 at 6:26pm | | |

| | | |
|---|---|---|
| | SM Tie   Please consider adding channels for Southeast Asian countries, such as Malaysia, Singapore, and Indonesia. Thanks.<br>August 19, 2013 at 1:43am | |
| | 2 Replies | |
| | Jerry Choo I wanna watch wwe wrestling and basketball nba, also fashion TV channel<br>August 19, 2013 at 12:58am | |
| | TVpad mark<br>August 19, 2013 at 2:32am | |
| | Ivan See Please improve all streaming sound bit rate and enable stereo (allow choosing different languages during bilingual programs too). The current sound quality on all Chinese and Hong Kong channels are just not ideal.<br>August 18, 2013 at 11:46pm | |
| | TVpad thx a lot, the application providers are working on this issue<br>August 19, 2013 at 2:30am | |
| | Please add more Japanese channels and the recording function. In addition, for the seven live Japanese channels, the video often becomes unsmooth every 10 minutes to 15 minutes (PS: I watch the programs by using a wired Internet connection, without WIFI connection. The Internet access speed is 100 Mbps. The ISP is HK Broadband). Other APPs need to be restarted for several times before movies can be loaded.<br>August 18, 2013 at 11:44pm | |
| | TVpad   Thanks for your suggestion.<br>August 19, 2013 at 2:24am | |
| | Yap LP   The US TV dramas and movies available on TVpad2 are very lacking. Many friends download US TV dramas to their TVpad2 for playback using MVod. I hope that a third-party "quick VOD application" is developed for directly searching and playing movies.<br>1 · August 21, 2013 at 4:17am | |
| | Joan Chua   Can all the TVB channels be watched in Malaysia?<br>July 28 at 8:04pm | |
| | Wei Song   BTV Sports. Thanks.<br>April 15 at 8:28pm | |
| | Fun-fun Tse   All the channels have failed since last night. Why is that?<br>October 5, 2013 at 12:22am | |
| | Cathy Zhang   Plan for upgrading TVpad to TVpad2.<br>August 19, 2013 at 3:29am | |
| | Ivan See Agree with previous comment, NIJI app lags every 10 to 15 mins. This is only an issue in NIJI. I never had the same problem in BETV or Yue TV.<br>August 18, 2013 at 11:51pm | |
| | After APP restart, loading of the about 2-minute movie already loaded before the restart failed.<br>August 18, 2013 at 11:45pm | |



**facebook** Sign Up

Email or Phone          Password

Keep me logged in          Forgot your password?

## News Feed



**TVpad**
May 3, 2013 · Redwood City, CA · 🌐

重磅好消息！！！516网络电视 APP新增台视频道：中天综合、中天娱乐、中天新闻、东森财经、东森幼幼、东森戏曲、东森电影、东森洋片、三立国际、三立台湾等电视台

See Translation

Like · Comment

👍 Ann Lo, Joanna Lee, TVpad and 3 others like this.

Top Comments ▾



**Kenny Huang** 能不能增加多些广东电视台直播（广东话），这样在海外华人更加值得高兴啦！
May 4, 2013 at 11:46am



**TVpad** 您好，我们已经把这样的需求提交给我们的第三方APP运营商了，相信很快这样的问题就会被解决
May 5, 2013 at 7:14pm



**Kenneth Dai** 如果能做到720p，才值得高兴啊
May 3, 2013 at 8:14am



**TVpad** 您好，您的建议我们会转给第三方APP运营商，感谢您的建议
May 3, 2013 at 7:10pm

English (US) · Privacy · Terms · Cookies · Advertising · More ▴

Facebook © 2014



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- https://www.facebook.com/mytvpad/posts/476502815752497

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

TVpad - Blockbuster good news!!!   516 Web TV…

| facebook Sign Up | | | Email or Phone | Password |
|---|---|---|---|---|
| | | | Keep me logged in | Forgot your password? |
| | News Feed | | | English (US) · Privacy · Terms · Cookies · Advertising · More |
| | TVpad<br>May 3, 2013 · Redwood City, CA · | | | Facebook © 2014 |
| | Blockbuster good news!!! The following Taiwanese channels have been added to 516 Web TV: CTI Variety, CTI Entertainment, CTI News, ETTV Finance, ETTV Yo Yo, ETTV Drama, ETTV Movies, ETTV Foreign Movies, SETInternational, and SET Taiwan. | | | |
| | See Translation<br>Like · Comment | | | |
| | Ann Lo, Joanna Lee, TVpad and 3 others like this. | Top Comments | | |
| | Kenny Huang   Can more live Guangdong TV channels (in Cantonese) be added? That will make overseas Chinese even happier!<br>May 4, 2013 at 11:46am | | | |
| | TVpad   Hi, we have forwarded your request to our third-party APP operator. We believe that this issue will be solved soon.<br>May 5, 2013 at 7:14pm | | | |
| | Kenneth Dai   It will be truly great if 720p video is provided.<br>May 3, 2013 at 8:14am | | | |
| | TVpad   Hi, we will forward your suggestion to the third-party APP operator. Thank you for your suggestion.<br>May 3, 2013 at 7:10pm | | | |

**EXHIBIT 53**

设为首页　收藏本站



用QQ帐号登录　　用户名 ▢ ▢ 自动登录　找回密码
只需一步，快速开始　　密码 ▢ ▢ 登录　　立即注册

论坛　TVpad产品库　App内容区　盒粉交流区　问题反馈　**购买TVpad**　TVpad 招商　　　　**快捷导航**

请输入搜索内容　　　　　　　　　本版　搜索　热搜：TVpad2　TVpad　wifi设置　使用心得　BETV

论坛　TVpad产品库　TVpad产品交流区　新一代TVpad4大不同

**发帖** ▾　　　　　　　　　　　　　　　　　　　返回列表　1　2　下一页

查看: 2387 | 回复: 16

admin

[产品交流] **新一代TVpad4大不同** [复制链接]

发表于 2014-12-1 10:34:54 | 只看该作者 | 倒序浏览　　　　　分享到：　　　　精华　　　　　　电梯直达

管理员
😊😊⭐

TA的每日心情
**奋斗**
昨天 18:14

签到天数: 105 天
[LV.6]常住居民II

串个门　加好友
打招呼　发消息

### 新一代TVpad4大不同

备受期待的TVpad4终于上市，很多TVpad的粉丝们这几天一直在说一个问题，说TVpad4与其他盒子比有何不同，甚至跟上一代的TVpad3有什么创新或者突破，到底有多牛x，下面就让小编来给大家整理，整理，希望对大家了解TVpad4有好处。（为了跟更形象直观，我直接用对比形势来展示给大家看）

1、首先咱来看一下外观：



TVpad4比起其他盒子更纤薄、更轻巧、更圆润、更精致。

2、播放更清晰了，TVpad4采用最新的H.265高清解码技术，什么叫H.265技术，这个直接看图更能明白。






H.265视频编码技术首次尝试海外中文盒子商业化，实属国际领先水平。
H.265技术下TVpad4播放1080P超高清播放效果，比TVpad3的画质清晰不少。

3、顶配硬件

内芯强劲，才够持久动力

| 品牌 | TVpad4 | 某米 | 某模仿品牌 |
|------|--------|------|-----------|
| CPU | 四核 | 双核 | 双核 |

四核CPU，操作反应、视频播放处理速度秒杀同行，加之首款使用H.265技术的盒子，播放，不卡机，体验飞起来！！！

4、UI界面对比



UI越来越人性化，操作更实用、更高效简单，切换速度极快。

5、节目内容（这个是最牛x之处，其他地方完全没有）





直播：



港台剧都正常播放
300多个国内台+40多个港台直播
国内盒子受限政策因素，不支持直播功能，海外同类盒子收费或少量直播台



点播：

覆盖中、港、台、美、日、韩等几乎所有热门经典电影、电视剧，以及新闻、体育、娱乐节目。



时移：

国内盒子受限政策因素，不支持时移功能，海外同类盒子少有时移功能。

6、特有直播APP



独家拥有粤海宽频、粤海宽频2、粤海时移、港粤快看等10余个APP。

最近最火的HKTV？？看图有惊喜~



更多精彩，请购买体验.........

本主题由 candice 于 7 天前 提升

分享到： 😊QQ空间 🐧腾讯微博 🍀腾讯朋友

❤️分享 0  ⭐收藏 0  ⬆️支持 0  ⬇️反对 0

做人不能太红X字，所以我来签到了

使用道具　举报

---



hicuagain

金牌会员

发表于 2014-12-1 11:10:54 | 只看该作者

沙发

哇~~ TVpad4的频道有300多个国内台+40多个港台直播! 这要比TVpad3的可视资源增加了不知道多少倍！！！

顶TVpad！！！！！！~~~ 



TA的每日心情

开心
21 小时前

签到天数: 928 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

天天都有好心情！

举报

cheungyingfun



发表于 2014-12-1 11:13:07 | 只看该作者　板凳

加頂TVpad



中级会员



TA的每日心情

开心
23 小时前

签到天数: 922 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

kl789456

发表于 2014-12-1 11:29:16 | 只看该作者　地板

great.. new tvpad4



中级会员



TA的每日心情



开心
13 小时前

签到天数: 346 天
[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

携带好一天的好心情，汇入TVpadfans滴滚滚洪流

举报



kl789456

中级会员

TA的每日心情
开心
13 小时前

签到天数: 346 天
[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

发表于 2014-12-1 12:31:48 | 只看该作者　　　　　5#

what is the channel list?? can provide?

携带好一天的好心情，汇入TVpadfans滴滚滚洪流

举报

yuanbo1998

新手上路

该用户从未签到

串个门　加好友
打招呼　发消息

发表于 2014-12-1 12:55:58 | 只看该作者　　　　　6#

刚买TVPAD3！

举报

Dxxiaofeng

新手上路

TA的每日心情
难过
10 小时前

签到天数: 10 天
[LV.3]偶尔看看II

串个门　加好友
打招呼　发消息

发表于 2014-12-1 13:14:23 | 只看该作者　　　　　7#

great. 支持

做人不能太红X字，所以我来签到 ...



举报

傳団 ✔

发表于 2014-12-1 14:39:19 | 只看该作者      8#

國内300+頻道可以正常播放嗎？可以3天或者7天回放嗎？
有釣魚頻道嗎？謝謝·

金牌会员

TVpad认证用户

TA的每日心情

擦汗
11 小时前

签到天数: 795 天
[LV.10]以坛为家III

串个门     加好友
打招呼     发消息

做人不能太红X字，所以我来签到了

举报

tanjerome

发表于 2014-12-1 23:44:21 | 只看该作者      9#

顶TVpad!买TVPAD4！

中级会员

TA的每日心情

郁闷
23 小时前

签到天数: 156 天
[LV.7]常住居民III

串个门     加好友
打招呼     发消息

做人不能太红X字，所以我来签到了

举报

edwin0108 ✔

发表于 7 天前 | 只看该作者      10#

我個人還是看直播居多, 在youtube看到換畫速度很快 估計是換格式了.支持TVpad:DDD

關注一下小編新開通的facebook page, 第一手最新消息 隨時有驚喜喔:D
https://www.facebook.com/pages/TVpad-Overseas-Page/551670044970177

超级版主

TVpad认证用户



TA的每日心情

开心
16 小时前

签到天数: 1063 天

[LV.10]以坛为家Ⅲ

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

发帖

返回列表　| 1 | 2 | 下一页

您需要登录后才可以回帖 登录 | 立即注册　用QQ帐号登录

发表回复　☐ 回帖后跳转到最后一页

Powered by Discuz! X2
© 2001-2011 Comsenz Inc.

Archiver | 手机版 | TVpad Fans

GMT+8, 2014-12-9 23:26 , Processed in 0.059653 second(s), 25 queries .



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread271105-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Set as homepage.
Bookmark this page.

Login with my QQ account

| Only one step away. Quick start. | User name | | Automatic login | Retrieve password |
| | Password | | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | | Fast Navigation |

Please enter the content to be searched.

This forum    Search    Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Product Exchange Section | New-Generation TVpad4 Truly Unique |

Write a post

Return to the list.    1, 2    Next page

| Views: 2387 | Replies: 16 | [Product Information Exchange] New-Generation TVpad4 Truly Unique [copy link] |

| admin | Posted at 10:34:54, 12/01/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |

**Administrator**

His (her) daily mood
**Striving**
18:14, yesterday

Sign-in by days: 105 days

[LV.6] Inhabitant II

| Pay a visit | Add as buddy |
| Say hello | Send a message |

### New-Generation TVpad4 Truly Unique

The long-awaited TVpad4 has finally been launched. For the last few days, TVpad fans have been talking about the differences between TVpad4 and other boxes, its new features or breakthroughs compared with TVpad3, and how good TVpad4 is. The following summarizes the features of TVpad4 to help you better understand TVpad4. (For more visual description, TVpad4 will be directly compared with other TV boxes side by side).

1. First, let us compare their appearances.

| | The thickness is only 18 mm. |
| TVpad4 is thinner, smaller, and more streamline. | |
| | |

Compared with other TV boxes, TVpad4 is thinner, lighter, more streamline, and more refined.

2. The video definition is higher. TVpad4 adopts the latest H.265 high-definition decoding technology. The advantage of the H.265 technology is clearly shown in the following screenshots.

| Effect of live broadcast on TVpad4 | Effect of live broadcast on TVpad3 |
| Effect of video playing on TVpad4 | Effect of video playing on oonBox |

This is the first time the H.265 video encoding technology has been used in an attempt to commercialize Chinese boxes overseas. Its technological level is world-leading.

With the H.265 technology, the definition of a 1080P super HD video played on a TVpad4 is much higher than that on a TVpad3.

3. Top-configuration hardware.
The powerful CPU used provides lasting driving force.

| Brand | **TVpad4** | A brand name containing "Mi" | An imitative brand |
|---|---|---|---|
| CPU | **Quad-core** | Dual-core | Dual-core |

Adopting a quad-core CPU, TVpad4 delivers much higher performance than similar products in terms of operation response, video playing, and processing speed. In addition, as the first box that uses the H.265 technology, TVpad4 plays videos very smoothly, providing you with a swift experience.

4. UI comparison.



| TVpad4 UI | |
|---|---|
| This can be hidden. | TVpad3 UI |

The TVpad4 UI is more customer-centered, easier-to-operate, more efficient, and simpler, and allows very fast switching.

5. Program contents (This is what makes TVpad4 unique, not available in any other product.)

| Open Android system, wireless APP installation (Duet to policy restrictions, the TV boxes provided in China can only use a closed platform.) | |
|---|---|
| APPs can be added and updated infinitely. | |

|  |  |
|---|---|
| | Live channels of mainland China: 370+ <br> Live channels of Hong Kong and Taiwan: 40+ <br> Live channels of other regions: 30+ |

Live broadcasting:

Hong Kong and Taiwanese TV dramas can be played normally.
Over 300 channels from main China and over 40 Hong Kong and Taiwan channels can be broadcast live.
Due to policy restrictions, the TV boxes provided by manufacturers in China do not support live broadcasting. Similar TV boxes developed by manufacturers outside China charge for live broadcasting or broadcast live only a few channels.

| Security is low. | |
| Other TV boxes | Few programs can be watched; most are invalid. |

VOD:

TVpad4 covers almost all the popular and classic movies, TV dramas, news, sports programs, and variety shows provided in mainland China, Hong Kong, Taiwan, the United States, Japan, and Korea.

| | VOD contents: over two million |
| | |

Time shift:

Due to policy restrictions, none of the TV boxes provided by manufacturers in China supports time shift. Few of the similar TV boxes developed by manufacturers outside China support time shift.

6. Special live APP

It exclusively owns over 10 APPs including Yue Hai Broadband, Yue Hai Broadband 2, Yue Hai Time Shift, and Gang Yue Kuai Kan.
Most popular HKTV?? See the following figure for a pleasant surprise.

Buy TVpad4 for more wonderful experience…

This topic was elevated by candice seven days ago.

| Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|
| Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

| To behave myself, I am signing in. | | Tool used | Report an abuse. |
|---|---|---|---|
| hicuagain | Posted at 11:10:54, 12/01/2014 | Posts by this author | Sofa |

| | |
|---|---|
| Gold member | Wow, TVpad4 provides live broadcasting of over 300 channels of mainland China and over 40 Hong Kong and Taiwan channels, which are many times the number of channels available on TVpad3.<br><br>TVpad is great!!! |
| His (her) daily mood **Happy** 21 hours ago | |
| Sign-in by days: 928 days | |
| [LV.10] Make the forum a home. III | |
| Pay a visit / Add as buddy | |
| Say hello / Send a message | |

| | Have a good mood every day! | | Report an abuse. |
|---|---|---|---|

| cheungyingfun | | Posted at 11:13:07, 12/01/2014 | Posts by this author | | Bench |
|---|---|---|---|---|---|
| Semi-senior member | | I also support TVpad.<br><br>Great, great, great. | | | |
| TVpad-certified user | | | | | |
| His (her) daily mood<br>**Happy**<br>23 hours ago | | | | | |
| Sign-in by days: 922 days | | | | | |
| [LV.10] Make the forum a home. III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |
| kl789456 | | Posted at 11:29:16, 12/01/2014 | Posts by this author | | Floor |
| Semi-senior member | | great.. new tvpad4 | | | |
| His (her) daily mood<br>**Happy**<br>13 hours ago | | | | | |
| Sign-in by days: 346 days | | | | | |
| [LV.8] Make the forum a home. I | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | Join TVpad fans every day with a good mood. | | Report an abuse. | |

| kl789456 | | Posted at 12:31:48, 12/01/2014 | Posts by this author | | 5# |
|---|---|---|---|---|---|
| Semi-senior member | | what is the channel list?? can provide? | | | |
| His (her) daily mood **Happy** 13 hours ago | | | | | |
| Sign-in by days: 346 days | | | | | |
| [LV.8] Make the forum a home. I | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | Join TVpad fans every day with a good mood. | | Report an abuse. | |
| yuanbo1998 | | Posted at 12:55:58, 12/01/2014 | Posts by this author | | 6# |
| Freshman | | I have just bought a TVpad3! | | | |
| This user has never signed in. | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | Report an abuse. | |
| Dxxiaofeng | | Posted at 13:14:23, 12/01/2014 | Posts by this author | | 7# |
| Freshman | | Great. Support. | | | |
| His (her) daily mood **Grieved** 10 hours ago | | | | | |
| Sign-in by days: 10 days | | | | | |
| [LV.3] Occasional visit II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |

| Chuang Jian | | Posted at 14:39:19, 12/01/2014 | Posts by this author | | 8# |
|---|---|---|---|---|---|
| Gold member | | Can the over 300 channels of mainland China play normally? Can the programs played three days or seven days ago be played back? Are there any fishing channels? Thanks. | | | |
| TVpad-certified user | | | | | |
| His (her) daily mood **Wiping sweat** 11 hours ago | | | | | |
| Sign-in by days: 795 days | | | | | |
| [LV.10] Make the forum a home. III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |
| tanjerome | | Posted at 23:44:21, 12/01/2014 | Posts by this author | | 9# |
| Semi-seni or member | | TVpad is great! Buy a TVpad4! | | | |
| His (her) daily mood **Depressed** 23 hours ago | | | | | |
| Sign-in by days: 156 days | | | | | |
| [LV.7] Inhabitant III | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. | |

| edwin0108 | Posted seven days ago | Posts by this author | | 10# |
|---|---|---|---|---|
| Super moderator | I mainly watch live broadcast. I found that the channel switching on YouTube was very fast. I reckon that the video format has been changed. I support TVpad. | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 16 hours ago | Please click the following URL to visit our new Facebook page. Learn the latest information firsthand and there may also be pleasant surprises! :D | | | |
| Sign-in by days: 1063 days | https://www.facebook.com/pages/TVpad-Overseas-Page/551670044970177 | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode You need to log in before replying to a post. Login | Register | | |
| | Submit reply Go to the last page after the reply. | | |

| Powered by Discuz! X2 © 2001-2011 Comsenz Inc. | Archiver | Mobile Edition | TVpad Fans GMT+8, 2014-12-9 23:26 , Processed in 0.059653 second(s), 25 queries . |
|---|---|

设为首页　收藏本站



用QQ帐号登录　　　用户名　[　　　　]　☐ 自动登录　　找回密码
只需一步，快速开始　　密码　　[　　　　]　　[登录]　　立即注册

论坛　　TVpad产品区　　App内容区　　盒粉交流区　　　问题反馈　　购买TVpad　　TVpad 招商　　　　　　快捷导航

 请输入搜索内容　　　　　　　　　　　　　　本版　[搜索]　热搜：TVpad2　TVpad　wifi设置　使用心得　BETV

论坛　App内容区　影音交流　TVpad 高清看2013蛇年春晚

[发帖 ▾]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[返回列表]

查看: 2388 | 回复: 9

**admin**

管理员
😊😊⭐

TA的每日心情
**奋斗**
前天 09:30

签到天数: 104 天
[LV.6]常住居民Ⅱ

串个门　加好友
打招呼　发消息

**TVpad 高清看2013蛇年春晚** [复制链接]

发表于 2013-1-29 17:20:10 | 只看该作者 | 倒序浏览　　　　　楼主　电梯直达 [　]

分享到



春晚节目曝光了！曝光了！各大卫视大比拼，拼爹拼娘能否拼得过央视？？？
还是让【TVpad春晚节目】早知道来告诉你吧！千万Hold住啊！

[2013年中央电视台春节联欢晚会]



直播频道：CCTV-1,3,4等
播出时间：2月9日 8:00 PM

朱军、李咏、董卿、毕福剑、撒贝宁、李思思担任主持。本届春晚将延续2012春晚无广告风格，保持圆桌式聚会形式。张靓颖、那英、SHE等众多明星均应邀参加。2013年01月18日，春晚官方微博表示赵本山始终觉得作品未能达到自己的心理预期，决定放弃登上蛇年春晚的机会

节目单：
1 开场歌舞《龙腾虎跃》赵薇、王力宏 孙悦等
2 歌曲《和谐世界》宋祖英
3 相声剧《一块钱的事》冯巩 朱军 牛莉
4 歌舞《巨龙》群星(成龙 黄晓明 韩庚 等)
5 小品《火车站》郭冬临 王宝强
6 杂技《翻跟头》龙虎队
7 儿童歌舞剧《爸爸妈妈我爱你》林妙可 孔莹等
8、相声《说酒》姜昆 戴志成
9 民族歌舞
10 歌曲《追寻》孙楠
11 小品《家》黄宏 韩雪 林永健 巩汉林
12 歌舞《唱响欢乐》上海选送
13 我要上春晚歌曲《半城烟沙》许嵩歌曲《错错错》六哲
14 相声《三蛋子》刘天龙 徐永新
15 歌曲《烟花易冷》周杰伦
16 豫剧《朝阳沟》王奇 宋浪 周国君 韩志强
17 小品《承诺》郭达 蔡明
18 歌曲《看得最远的地方》张韶涵
19 魔术《奇迹》刘谦
20 小品《和谐就是好啊》句号 邵峰 金玉婷
21 歌曲 《天使的翅膀》徐誉腾
22 杂技《独木桥》南京杂技团选送
23 小品《偶像之约》小沈阳王小虎周杰伦
24 歌舞《共和国之辉》谭晶
0点倒计时
25 舞蹈《腾飞》晨鸿艺术团选送
26 小品《拍卖诚实》大兵 赵卫国
27 歌曲《岁月》毛阿敏
28 歌曲《铁军》沈阳军区
29 武术 河南少林寺
30 歌曲《向天再借五百年》韩磊
31 相声《没关系》贾玲 白凯楠
32 老歌联唱《明天会更好》《同桌的你》《再回首》《黄种人》

33　歌曲《春天来了》李晓志 王耀辉
34　歌曲《幸福时刻》赵贾乐 张腾龙
35　歌曲《难忘今宵》李谷一 关牧村 佟铁鑫

**[江苏卫视2013蛇年春晚]**



直播频道：江苏卫视
播出时间：2月10日 7:30 PM

跨年晚会收视惜败湖南，江苏卫视在"春晚"上无疑狠下功夫，江苏卫视总编室相关负责人表示，2013年荔枝春晚将重点打造完全原创的语言类节目，数量多至7个，占节目总量的40%。目前已邀请到郭德纲、于谦、小沈阳、沈春阳、郭冬临、贾玲、沈腾等众多一线语言类明星，组成语言节目的"最强阵容"。
据说下面是表演嘉宾的全名单：
PSY(鸟叔)、陈奕迅、汪峰、孙楠萧亚轩、李宇春、梁静茹、舒淇、林忆莲、潘长江、范伟、郭冬临、小沈阳、赵本山、刘谦、关喆、庾澄庆、吴莫愁、那英、张玮、龚琳娜、吴建豪、言承旭、杨丽萍、龚琳娜、延参法师

**[辽宁卫视2013蛇年春晚]**



直播频道：辽宁卫视
播出时间：2月8日 7:30 PM
主持人：姜昆、柳岩、王旭、徐璐璐、于洋、密密、杨悦、蝈蝈

辽宁卫视对本山大叔的朋友也来者不拒，刚跟赵本山合作《河东狮吼》的张柏芝，也将在辽宁春晚上之重聚，是携手合作还是各展风采?这谜底只有当天揭晓。在"本山帮"之外，今年大热的"哈林"庾澄庆还会与姜昆携手，在辽宁卫视春晚来一场混搭秀

[湖南卫视2013小年夜春节联欢晚会]



直播频道：湖南卫视
播出时间：2月4日 8:00 PM

湖南卫视将现场直播"小年夜春节联欢晚会"，著名笑星赵本山、英国歌手莎拉布莱曼，歌手张杰 等著名明星将登台亮相。另王祖蓝、贾玲这对"百变情侣"助阵春晚上演"百变斗嘴秀，07快男"回家" 俞灏明再现身，萨顶顶经典曲目等等各种看点，值得期待。

[安徽卫视2013蛇年春晚]



直播频道：安徽卫视
播出时间：2月9日 7:35 PM

2013年的春晚除了极具徽风皖韵的节目外，两岸叁地的明星们也是一大特色，今年的明星有韩国当红组合T-ara，还有台湾着名音乐人齐秦、赵传，音乐王子林俊杰、实力歌手胡夏、中国摇滚音乐之父崔健，以及月亮公主孟庭苇等等，流行音乐歌手林俊杰更是带来极具徽州特色的歌曲《江南》，实力歌手胡夏带我们一起回顾《那些年》

[北京电视台2013蛇年春晚]



直播频道：北京电视台
播出时间：2月10日 7:35 PM

继2010、2011、2012三届环球春晚成功举办之后，2013BTV环球春晚又将拉开帷幕啦。
2013BTV春晚的明星阵容初见端倪，宋祖英、谭晶、崔健、汪峰、韩磊、李玉刚、费玉清、童安格、戴玉强、莫华伦、魏松等实力歌手将倾情加盟。

以上由你任意选，可不要错过哟。

<div align="center" style="color:red">~ 最后祝大家蛇年吉祥 Happy New Year ~</div>

2013, 春晚节目

分享到：    QQ空间   腾讯微博   腾讯朋友

♥ 分享 0    ⭐ 收藏 0    👍 支持 0    反对 0

相关帖子

• 笑死我啦 ！！                • TVpad在线直播收看 2013年元宵晚会

做人不能太红X字，所以我来签到了

使用道具    举报

---

edwin0108 ✅      发表于 2013-1-30 06:52:56 | 只看该作者      沙发



**超级版主**



果断看湖南TV的春節晚會 哦耶

TA的每日心情
开心
昨天 12:18

签到天数: 1060 天
[LV.10]以坛为家III




串个门     加好友
打招呼     发消息

做人不能太红X字，所以我来签到了

举报

---

DNA



发表于 2013-1-30 10:32:25 | 只看该作者       板凳

where are the HD channels ????????

注册会员
🌙

┌─ TA的每日心情 ─┐
怒
2013-3-22
06:44:16
└──────────┘

签到天数: 56 天
[LV.5]常住居民I

串个门     加好友
打招呼     发消息

做人不能太红X字，所以我来签到了

举报

---

eleven11 ✓



发表于 2013-1-30 13:37:40 | 只看该作者       地板

> DNA 发表于 2013-1-30 10:32 🔴
> where are the HD channels ????????

http://www.tvpadfans.com/thread-45951-1-2.html

[发帖际遇]：eleven11 买了张彩票，刮开发现中了 1 T币.

中级会员

🌙⭐

┌─ TA的每日心情 ─┐
郁闷
2013-8-20
09:11:54
└──────────┘

签到天数: 100 天
[LV.6]常住居民II

串个门     加好友
打招呼     发消息

做人不能太红X字，所以我来签到了

举报

猪猪

高级会员

TA的每日心情
**开心**
2014-3-28
11:31:39

签到天数: 631 天
[LV.9]以坛为家II

串个门      加好友
打招呼      发消息

发表于 2013-1-30 16:03:56 | 只看该作者      5#

期待

开心

举报

---

birch1580

金牌会员

TA的每日心情
**无聊**
2014-11-
26
12:15:23

签到天数: 852 天
[LV.10]以坛为家III

串个门      加好友
打招呼      发消息

发表于 2013-1-31 00:35:48 | 只看该作者      6#

可移时收看最好.不用早起！

做人不能太红X字，所以我来签到了

举报

---

江南才子

发表于 2013-1-31 00:56:06 | 只看该作者      7#

好消息！

12/4/2014 TVpad 高清看2013蛇年春晚 - 影音交流 - TVpad Fans



新手上路

该用户从未签到

串个门　加好友
打招呼　发消息

举报

hairfly



发表于 2013-1-31 14:15:41 | 只看该作者

8#

这是哪来的节目单啊？好像不对呀！说赵本山不上春晚，但是节目单还有他；听说有郭德纲，这个单子上也没有。如下这个靠谱：

http://www.tvmao.com/CCTV_chunwan_jiemudan.html

新手上路


TA的每日心情

开心
2012-5-16
05:05:01

签到天数: 6 天
[LV.2]偶尔看看I

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

twoten



发表于 2013-2-20 14:38:50 | 只看该作者

9#

hairfly 发表于 2013-1-31 14:15
这是哪来的节目单啊？好像不对呀！说赵本山不上春晚，但是节目单还有他；听说有郭德纲，这个单子上也没有。 ...



事实证明 靠谱

版主


TA的每日心情
开心
2014-4-14
16:10:38

签到天数: 66 天
[LV.6]常住居民II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了



举报

随便呼呼

发表于 2013-2-26 06:59:22 │只看该作者                                          10#

阿米尔汗，8岁时出演一部轰动印度的电影，是公认的童星。

新手上路
☆
该用户从未签到

串个门      加好友
打招呼      发消息

举报

发帖 ▾                                                                          返回列表

高级模式

您需要登录后才可以回帖 登录 │ 立即注册        用QQ帐号登录

发表回复      □ 回帖后跳转到最后一页

Powered by Discuz! X2                                      Archiver │ 手机版 │ TVpad Fans
© 2001-2011 Comsenz Inc.                          GMT+8, 2014-12-5 03:37 , Processed in 0.097092 second(s), 27 queries .



450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

* http://www.tvpadfans.com/thread-46824-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Set as homepage. Bookmark this page.

Login with my QQ account

Only one step away. Quick start.

User name

Password

Automatic login

Log in

Retrieve password

Register now

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched.

This forum    Search    Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

Forum    App Content Section    Audio & Video    Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake)

Write a post    Return to the list.

| Views: 2388 | Replies: 9 | Using TVpad to Watch HD Spring Festival Galas for 2013 (the Year of the Snake) [copy link] |
|---|---|---|
| admin | Posted at 17:20:10, 01/29/2013 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Administrator | TVpad |
| His (her) daily mood **Striving** | Wherever your home is, there is TVpad. |
| 9:30, the day before yesterday. | You can use your TVpad to watch live HD Spring Festival Galas for 2013 (the Year of the Snake). |
| Sign-in by days: 104 days | For overseas Chinese, TVpad will broadcast live the Spring Festival Galas for 2013 of CCTV, |
| [LV.6] Inhabitant II | major local satellite stations of mainland China, TV stations of Hong Kong, and TV stations of |
| Pay a visit / Add as buddy | Taiwan. |
| Say hello / Send a message | |

| For your elderlies | For your juniors | For your friends |
|---|---|---|
| The most hearty care | Best education environment for Chinese | Most special gift |

The program list for the Spring Festival Galas for 2013 came out! Yes it did!   All the major local satellite televisions are in the game, will give all they've got and out do CCTV?

Let the "TVpad Program List of the Spring Festival Gala" tell you about that. Sit tight!
[CCTV 2013 Spring Festival Gala]

Snake
2013
CCTV
2013 Spring Festival Gala
Live broadcast channels: CCTV-1, CCTV-3, CCTV-4
Broadcast time:    20:00, 02/09/2013

The gala will be emceed by Zhu Jun, Li Yong, Dong Qing, Bi Fujian, Sa Beining, and Li Sisi. The gala will keep the advertisement-free round table party format adopted by the Gala for 2012. A number of pop stars including Zhang Liangying, Na Ying, and SHE will join the gala. According to the official blog of the Spring Festival Gala on January 18, 2013, Zhao Benshan, feeling that his comedy skit had failed to meet his expectation, had decided not to go on the stage of the Spring Festival Gala for the Year of the Snake.

Program list:
1. Opening song and dance number "Dragons Rising and Tigers Leaping " by Zhao Wei, Wang Lihong, Sun Yue, etc.
2. Song "Harmonious World" by Song Zuying.
3 Crosstalk drama "One Yuan Affair" by Feng Gong, Zhu Jun, and Niu Li.
4 Song and dance number "Giant Dragon" by various artists, including Jackie Chen, Huang Xiaoming, and Han Geng.
5 Comedy skit "Railway Station" by Guo Donglin and Wang Baoqiang.
6. Acrobatics "Somersault" by the Dragons and Tigers Team.
7. Children's song and dance screenplay "I Love You, Dad and Mom" by Lin Miaoke, Kong Ying, etc.
8. Crosstalk "On Wine" by Jiang Kun and Dai Zhicheng
9. Folk songs and dances
10. Song "Pursuit" by Sun Nan.
11. Comedy skit "Home" by Huang Hong, Han Xue, Lin Yongjian, and Gong Hanlin.
12. Song and dance number "Song of Joy" selected and sent from Shanghai.
13. Songs of "I Want To Go on the Stage of Spring Festival Gala": "Misty City" by Xu Song; "Wrong, Wrong, Wrong" by Liu Zhe.
14 Crosstalk "San dan zi" by Liu Tianlong and Xu Yongxin
15 Song "Transient Fireworks" by Jay Chou.
16 Henan opera "Chao Yang Valley" by Wang Qi, Song Lang, Zhou Guojun, and Han Zhiqiang.
17. Comedy skit "Promise" by Guo Da and Cai Ming.
18 Song "A Place with the Farthest View" by Angela Chang.
19. Magic "Miracle" by Lu Chen.
20. Comedy skit "Harmony is Simply Great" by Ju Hao, Shao Feng, and Jin Yuting.
21. Song "Angel's Wings" by Xu Yuteng.
22. Acrobatics "Single-Plank Bridge" selected and sent by Nanjing Acrobatic Troupe.
23. Comedy skit "Meeting My Idol" by Xiao Shenyang, Wang Xiaohu, and Jay Chou.
24. Song and dance number "Glory of the Republic" by Tan Jing.
Countdown to 24:00.
25. Dance number "Takeoff" selected and sent by Chen Hong Ensemble.
26 Comedy skit "Honesty for Auction" by Da Bing and Zhao Weiguo.
27 Song "Years" by Mao Amin.
28 Song "Iron Army" by Shenyang Military Region.
29. Martial art by Henan Shaolin Temple.
30. Song "Asking God for Another Five Hundred Years" by Han Lei.
31. Crosstalk "Never Mind" by Jia Ling and Bai Kainan.
32 Classical songs: "It Will Be Better Tomorrow", "Desk Mate", "Looking Back", and "Yellow Race".

33. Song "Spring Is Here" by Li Xiaozhi and Wang Yaohui.
34. Song "Happy Hour" by Zhao Jiale and Zhang Tenglong.
35. Song "Unforgettable Night" by Li Guyi, Guan Mucun, and Tong, Texin.

[Jiangsu TV 2013 Spring Festival Gala]
Jiangsu TV
Spring Festival Gala

Broadcast channel: Jiangsu TV
Broadcast time: 19:30, 02/10/2013

Narrowly defeated by Hunan TV in the New Year's Day Evening Party, Jiangsu has undoubtedly concentrated their efforts on the Spring Festival Gala. According to a person in charge of the general editorial department of Jiangsu TV, Jiangsu TV 2013 Spring Festival Gala will focus on fully original comedian programs, there are 7 in total and they account from 40% of all the programs. Many top comedians, including Guo Degang, Yu Qian, Xiao Shenyang, Shen Chunyang, Guo Donglin, Jia Ling, and Shen Teng, have been invited, forming the "strongest lineup" of comedian programs.
The following is allegedly a full list of the invited artists:
PSY, Eason Chan, Wang Feng, Sun Nan, Elva Hsiao, Li Yuchun, Fish Leong, Shu Qi, Sandy Lam, Pan Changjiang, Fan Wei, Guo Donglin, Xiao Shenyang, Zhao Benshan, Lu Chen, Guan Zhe, Harlem Yu, Wu Mochou, Na Ying, Zhang Wei, Gong Linna, Van Ness Wu, Jerry Yan, Yang Liping, Gong Linna, Master Yancan.

[Liaoning TV 2013 Spring Festival Gala]
Who Will Benshan Take to the Spring Festival Gala?
Broadcast channel: Liaoning TV
Broadcast time: 19:30, 02/08/2013
Emcees: Jiang Kun, Liu Yan, Wang Xu, Xu Lulu, Yu Yang, Mi Mi, Yang Yue, Guo Guo

Liaoning TV also welcomed Zhao Benshan's friends. Cecilia Cheung, who had just worked with Zhao Benshan in "My Shrewish Wife", will also appear again in Liaoning TV Spring Festival Gala. Will they perform together or separately? The answer will be revealed tomorrow night. In addition to Zhao Benshan and his friends and disciples, Harlem Yu, who had been in the headlines this year, will partner up with Jiang Kun in an exceptional show in Liaoning TV Spring Festival Gala.

[[Hunan TV 2013 Spring Festival Gala]]
2013 Spring Festival Gala
Delivering Happiness to Your Home.

Broadcast channel: Hunan TV
Broadcast time: 20:00, 02/04/2013

Hunan TV will broadcast live the 2013 Spring Festival Gala, in which famous artists, including the famous comedian Zhao Benshan, British singer Sarah Brightman, and singer Zhang Jie, will perform on the stage. In addition, Wang Zulan and Jia Ling will partner in a hilarious comedian show in the Spring Festival Gala; the "Happy Boys" of 2007 will "return home; Yu Haoming will appear again; Sa Dingding will sing classical songs. The various wonderful performances are worthy of expectations.

[Anhui TV 2013 Spring Festival Gala]
Anhui TV 2013 Spring Festival Gala

Broadcast channel: Anhui TV
Broadcast time: 19:35, 02/09/2013

In addition to having a lingering "Anhui charm", Anhui TV 2013 Spring Festival Gala boasts the participation of famous artists of mainland China, Hong Kong, and Taiwan. The invited artists include the popular Korean band T-ara, famous Taiwanese singers Qi Qin and Zhao Chuan, music prince Lin Junjie, singer Hu Xia, father of Chinese Rock & Roll Cui Jian, and moon princess Meng Tingwei. Pop singer Lin Junjie will sing "South of the Yangtze River", which has a unique Anhui characteristic. Singer Hu Xia will sing "Those Years", allowing us to look back on the past.

[BTV 2013 Spring Festival Gala]

Love Beijing, Love Spring Festival Gala
BTV 2013 Spring Festival Gala
Spring Festival Gala Tailored to Your Needs.
Broadcast channel: BTV
Broadcast time: 19:35, 02/10/2013

After successfully holding global Spring Festival Galas for 2010, 2011, and 2012, BTV will continue to hold the 2013 Spring Festival Gala.
Famous artists, including Song Zuying, Tan Jing, Cui Jian, Wang Feng, Han Lei, Li Yugang, Fei Yuqing, Tong Ange, Dai Yuqiang, Mo Hualun, and Wei Song, will join the BTV 2013 Spring Festival Gala.

These are all for you to choose from! Don't miss out!

~ Happy New Year! Wish you luck and success in the year of the Snake! ~

2013, spring festival gala programs

| Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|
| Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

Related posts

| • Dying of laughter!! | • Using TVpad to watch live the 2013 Lantern Festival Evening Party. |
|---|---|

| To behave myself, I am signing in. | | Tool used | Report an abuse. |
|---|---|---|---|
| edwin0108 | Posted at 06:52:56, 01/30/2013 | Posts by this author | | Sofa |
| Super moderator | I will certainly be watching Hunan TV 2013 Spring Festival Gala. | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 12:18, yesterday | | | | |
| Sign-in by days: 1060 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |

| DNA | Posted at 10:32:25, 01/30/2013 | Posts by this author | | Bench |
|---|---|---|---|---|
| Registered member | | where are the HD channels ???????? | | |
| His (her) daily mood **Angry** 2013-3-22 06:44:16 | | | | |
| Sign-in by days: 56 days | | | | |
| [LV.5] Inhabitant I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | To behave myself, I am signing in. | | Report an abuse. |
| eleven11 | Posted at 13:37:40, 01/30/2013 | Posts by this author | | Floor |
| Semi-senior member | | Posted by DNA at 10:32, 01/30/2013 | | |
| TVpad-certified user | | where are the HD channels ???????? | | |
| His (her) daily mood **Depressed** 2013-8-20 09:11:54 | | http://www.tvpadfans.com/thread-45951-1-2.html | | |
| Sign-in by days: 100 days | | [Post fortune]: eleven11 bought a lottery ticket, scratched off the coating, and found that she won 1 T. | | |
| [LV.6] Inhabitant II | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | | To behave myself, I am signing in. | | Report an abuse. |

| Zhuzhu | Posted at 16:03:56, 01/30/2013 | Posts by this author | | 5# |
|---|---|---|---|---|
| Senior member | Excited | | | |
| His (her) daily mood **Happy** 2014-3-28 11:31:39 | | | | |
| Sign-in by days: 631 days | | | | |
| [LV.9] Make the forum a home. II | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | Happy | | | Report an abuse. |
| birch1580 | Posted at 00:35:48, 01/31/2013 | Posts by this author | | 6# |
| Gold member | It would be best if the time-shift function is supported for the galas, so that I don't need to get up early. | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Bored** 2014-11-26 12:15:23 | | | | |
| Sign-in by days: 852 days | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| [LV.10] Make the forum a home. III | | | | |
| | To behave myself, I am signing in. | | | Report an abuse. |
| Gifted scholar of the south of the Yangtze River | Posted at 00:56:06, 01/31/2013 | Posts by this author | | 7# |
| Freshman | This is good news! | | | |
| This user has never signed in. | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | | | | Report an abuse. |

| hairfly | Posted at 14:15:41, 01/31/2013 | Posts by this author | | 8# |
|---|---|---|---|---|
| Freshman | Where did you get these programs? They don't seem right. It is said that Zhao Benshan will not go up on the stage of a spring festival gala, but the program still mentions him. It is said that Guo Degang will appear in the spring festival gala, but the program list does not mention him. The program list available at the following URL is more reliable:<br><br>http://www.tvmao.com/CCTV_chunwan_jiemudan.html | | | |
| His (her) daily mood<br>**Happy**<br>2012-5-16<br>05:05:01 | | | | |
| Sign-in by days: 6 days | | | | |
| [LV.2] Occasional visit I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |
| twoten | Posted at 14:38:50, 02/20/2013 | Posts by this author | | 9# |
| Moderator | Posted by hairfly at 14:15, 01/31/2013<br><br>Where did you get the program lists? They don't seem right. It is said that Zhao Benshan will not go up on the stage of a spring festival gala, but the program lists still mention him. It is said that Guo Degang will appear in the spring festival gala, but the program list does not mention him.    ...<br><br>They are proved right. | | | |
| His (her) daily mood<br>**Happy**<br>2014-4-14<br>16:10:38 | | | | |
| Sign-in by days: 66 days | | | | |
| [LV.6] Inhabitant II | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |

| Casual call | | Posted at 06:59:22, 02/26/2013 | Posts by this author | | 10# |
|---|---|---|---|---|---|
| Freshman | | Aamir Khan, who at the age of eight played a role in a movie that caused a sensation in India, was an famous child actor. | | | |
| This user has never signed in. | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | | | Report an abuse. | |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br>Go to the last page after the reply. | | |

| Powered by Discuz! X2 | Archiver \| Mobile Edition \| TVpad Fans |
|---|---|
| © 2001-2011 Comsenz Inc. | GMT+8, 2014-12-5 03:37 , Processed in 0.097092 second(s), 27 queries . |



设为首页　收藏本站

Fans

| 论坛 | TVpad产品区 | App内容区 | 盒粉交流区 | | 问题反馈 | 购买TVpad | TVpad 招商 | | 快捷导航 |

请输入搜索内容　　　　　　　　　本版　搜索　热搜：TVpad2 TVpad wifi设置 使用心得 BETV

论坛　App内容区　体育赛事　欧冠四强排位竞猜（4.17发布）

发帖　　　　　　　　　　　　　　　　　　　　　　　　返回列表　1　2　3　下一页

查看: 1058 | 回复: 23

brightlook



**超级版主**


TA的每日心情
开心
2014-6-11
11:37:15

签到天数: 382 天
[LV.9]以坛为家II

串个门　　加好友
打招呼　　发消息

[足球天下] 欧冠四强排位竞猜（4.17发布） [复制链接]

分享到

发表于 2014-4-17 10:13:09 | 只看该作者 | 倒序浏览　　　　　　　　　楼主　电梯直达

本帖最后由 brightlook 于 2014-4-17 10:37 编辑

鉴于本版伙伴们的推荐，先把欧冠四强活动继续下去。
感谢 cheungyingfun hicuagain candice 的热心。

欧冠四强超出乎我们的意料，马竞成为一匹黑马搅动欧冠时局，当然，每场比赛都很精彩，球队都是百分百的投入激情进行战斗，即使8强中那些落败者，也是真英雄，因为他们和4强一起的奉献，我们才看到了那些激动人心的比赛，翻盘、逆转、强势......



8强有个定律，不知道伙伴们发现了没有？？？
主队不败，胜率更是高的惊人，达75%。
而皇马的德国行依旧沿袭了传统。此番对战拜仁，能够完成逆袭吗？？？
马竞和切尔西不得不说精神可嘉，在不被看好的前提下，两队表现惊人的战力，半决赛中两队直接碰撞也是值得期待！！！
试问今年谁能站在里斯本光明球场之巅？？？？C罗在家乡捧杯？？？拜仁强势5年4进决赛，欧冠2连霸？切尔西王者归来？马竞一黑到底？？？

好了，现在来讲下活动规则了。。。

活动介绍：欧冠半决赛即将燃起战火，即日起我们将推出欧冠竞猜活动，评选出多位"**最佳球迷**"，将获赠神秘大奖，赶快打开TVpad收看欧冠赛事。
欧冠4强球队和对阵名单：（赛程和活动时间皆为北京时间）
马竞、皇马、切尔西、拜仁



TVpad赛事直播平台：



| 语言 | 直播频道 | 所属应用 |
|---|---|---|
| 粤语 | 1.翡翠台<br>2.高清翡翠台<br>3.高清翡翠台HD<br>4.广东体育台 | 粤海宽频<br><br>HiTV<br><br>体育online |
| 普通话 | 1.CCTV5<br>2.CCTV5高清<br>3.CCTV5+体育赛事<br>4.风云足球<br>5.欧洲足球 | BETV<br><br>BETV HD版 |

竞猜方式：四强竞猜，回帖预测进军四强的球队及排名：
回帖格式：
冠军：XXX
亚军：XXX
季军：XXX
殿军：XXX
最喜欢的解说员：XXX（如：贺炜）
最用哪个应用看欧冠直播：（如：BETV）
（由于欧冠不进行三四名排位赛，但考虑到竞猜的难易程度，此次以欧冠小组积分规则进行三四名排位）
竞猜截止时间：2014年4月23日2点整（北京时间）

竞猜规则：
1. 每个ID在此期间只能竞猜一次，重复或无效帖将作废；
2. 截止时间后参与竞猜和修改竞猜结果将作废处理；
3. 竞猜获奖结果按回帖最终编辑时间排序。

活动奖品：
| TVpad白色版 | 1台 | 首位猜中者（竞猜修改后按最近一次修改的时间计数） |
| TVpad3代金券 $50 | 5张 | 2-6顺位猜中者 |

兑奖时间：
1. 决赛后7日内统计并私信获奖者，若无答复则作废，顺延给下一位猜中者；
2. 奖品将在收到获奖者有效信息后7日内寄出。

白色版中奖者须知：
1. 目前白色版还在内测中，公开版发售时间还未定（最晚世界杯前1个月），so，若您获得白色版TVpad，可能需要暂缓收到礼品（brightlook提前说一句抱歉）。若您不介意，也可以工程机或者TVpad3进行奖品替代（死私信沟通）。
2.TVpad白色版获奖者需在收到礼品后10天内，提供最少一篇详细评测文章（评测内容包括但不限定：拆图包、包装、配件、产品外观设计、应用安装和使用、玩法攻略、应用推荐等）。

其他主题活动：
欧冠4强赛事下注帖：http://tvpadfans.com/forum.php?mod=viewthread&tid=158028&page=1&extra=#pid305944

获奖攻略：参加微信活动，不断的有TVpad白色版作为奖品

顺便留心下，所有活动可以点击下方图片：



北京时间, 王者归来, 切尔西, 半决赛, 里斯本

本主题由 brightlook 于 2014-4-17 10:49:06 设置高亮

分享到： QQ空间 腾讯微博 腾讯朋友

分享0 收藏0 支持0 反对0

相关帖子

- 2012 欧洲杯 前三名竞猜 率先猜对者将获赠TVpad M121
- 2013/14赛季世界那诺克英国锦标赛
- 【每周正能量】第2期周盖楼拿奖活动（4.2-4.8获奖已公布）
- 2014世界杯赛程（北京时间）一张小图便简单明了
- 2013中国足协杯赛程：3月30日开打 12月7日争冠
- 2013世俱杯半决赛：恒大0比3不敌拜仁将争季军
- 【TVpad劲能量】2014欧冠半决赛下注竞猜（5.4开奖）

做人不能太红X字，所以我来签到了

使用道具　举报

**lfengyw**



高级会员

TA的每日心情
奋斗
13 小时前

签到天数：86 天

发表于 2014-4-17 13:48:50 | 只看该作者　　　　　　　　　　　　　　　　　　沙发

冠军：拜仁
亚军：马竞
季军：切尔西
殿军：皇马
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

[LV.6]常住居民II
串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

香茅



注册会员

TA的每日心情

衰
2014-4-22
10:23:01

签到天数: 9 天
[LV.3]偶尔看看II
串个门　加好友
打招呼　发消息

发表于 2014-4-17 14:57:21　| 只看该作者

板凳

冠军：皇马
亚军：切尔西
季军：拜仁
殿军：马竞
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

做人不能太红X字，所以我来签到 ...

举报

brightlook



超级版主

TA的每日心情

开心
2014-6-11
11:37:15

签到天数: 382 天
[LV.9]以坛为家II
串个门　加好友
打招呼　发消息

发表于 2014-4-17 16:28:19　| 只看该作者

地板

本帖最后由 brightlook 于 2014-4-17 16:29 编辑

我也来猜

冠军：皇马
亚军：马竞
季军：拜仁
殿军：切尔西
最喜欢的解说员：刘宁 何辉 陈熙荣（被迫无奈看央视5，解说员把自己喜欢的队简直当成北京队，听刘建宏段的那群直接静音）
最用哪个应用看欧冠直播：粤海宽频

做人不能太红X字，所以我来签到了

举报

hicuagain



金牌会员

TA的每日心情

发表于 2014-4-18 02:21:54　| 只看该作者

5#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：廣東体育台



开心
21 小时前

签到天数: 928 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

天天都有好心情！

举报

hicuagain

发表于 2014-4-18 02:37:40 | 只看该作者　　　　　　　　　　6#

本帖最后由 hicuagain 于 2014-4-18 02:58 编辑

cheungyingfun 发表于 2014-4-18 02:24
哈哈!!!

冠军：马竞 - 會不會真的好眼光呢???

这叫出奇制胜，哈哈哈！~

不过，我也不看好马竞。但是，今年的联赛成绩不错的说，嘿嘿

天天都有好心情！

金牌会员

TA的每日心情
开心
21 小时前

签到天数: 928 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

举报

ans

发表于 2014-4-18 03:29:50 | 只看该作者　　　　　　　　　　7#

本帖最后由 ans 于 2014-4-22 02:37 编辑

冠军：皇马
亚军：切尔西
季军：拜仁
殿军：马竞
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

新手上路

该用户从未签到

串个门　加好友
打招呼　发消息

举报

timmyng

发表于 2014-4-18 07:36:47 | 只看该作者　　　　　　　　　　8#

冠军：拜仁
亚军：马竞
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：粤海宽频

高级会员


TVpad认证用户

TA的每日心情
开心
昨天 13:50



签到天数: 367 天
[LV.9]以坛为家II

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

moresales

发表于 2014-4-18 09:53:58  | 只看该作者                          9#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：何辉
最用哪个应用看欧冠直播：廣東體育台

新手上路
☆
该用户从未签到

串个门    加好友
打招呼    发消息

举报

candice

发表于 2014-4-18 11:50:21  | 只看该作者                         10#

冠军：马竞
亚军：拜仁
季军：皇马
殿军：切尔西
最喜欢的解说员：没时间看。。。呜呜呜
最用哪个应用看欧冠直播：粤海宽频

虽然没时间看，太晚了。。。但是我还是支持马竞一路黑到低！！

皇马的贝尔开始爆发，但是不看好皇马的欧冠运气。哈哈哈

网站编辑
😊😫

TA的每日心情
开心
2014-4-4
09:07:21

签到天数: 2 天
[LV.1]初来乍到

串个门    加好友
打招呼    发消息

点评

brightlook  你说有没有可能欧冠最后来个同城大战？？？皇马客战德国的宿命要打破才有戏。。。  详情 回复 发表于 2014-4-18
13:42:53

放假咯~~TVpad有你更精彩

举报

发帖 ▾

返回列表    1  2  3  下一页

高级模式

您需要登录后才可以回帖 登录 | 立即注册    用QQ帐号登录

发表回复    ☐ 回帖后跳转到最后一页

Powered by Discuz! X2                                                    Archiver | 手机版 | TVpad Fans
© 2001-2011 Comsenz Inc.                                              GMT+8, 2014-12-9 23:36 , Processed in 0.060950 second(s), 27 queries .



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 18, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread-158026-1-3.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Set as homepage. Bookmark this page.

Login with my QQ account

Only one step away. Quick start.

User name

Password

Automatic login

Login

Retrieve password

Register now

| Forum | TVpad Product Section | App Content Section | TVpad Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched.

This forum

Search

Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | App Content Section | Sports Events | Guess About the Ranking of the Final Four of the UEFA Champions League (published on April 17) |

Write a post

Return to the list.    1 2 3    Next page

| Views: 1058 | Replies: 23 | [Total Soccer] Guess the Ranking of the Final Four of the UEFA Champions League (published on April 17) [Copy link] |
|---|---|---|
| brightlook | | Posted at 10:13:09, 04/17/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Super moderator | | Last edited by brightlook at 10:37, 04/17/2014 |
| His (her) daily mood **Happy** 2014-6-11 11:37:15 | | Thanks to the recommendation by friends of this forum, we will continue the guess of the ranking of the final four of the UEFA Champions League. We'd like to thank cheungyingfun, hicuagain, and candice for their enthusiasm. |
| Sign-in by days: 382 days [LV.9] Make the forum a home. II | | The final four of the UEFA Champions League was not what we expected. As a dark horse, Atlético De Madrid shook the UEFA Champions League. Every game was wonderful. Every team spared no effort in the games. Even the teams defeated in the quarterfinals are true heroes who, along with the final four, presented us with those exciting moments, including lead changes and mighty offensive... |
| Pay a visit | Add as buddy | I don't know whether you are aware of a "law" of the final eight. The home teams remained largely undefeated, with a surprisingly high victory rate of 75%. |
| Say hello | Send a message | As it has been before, Real Madrid was defeated in Germany. Can they rewrite history and beat FC Bayern München this time??? |
| | | Though formerly underestimated, Atlético De Madrid and Chelsea, with splendid spirit, delivered spectacular performance. The semifinal between them is going to be exciting. Who will be crowned in Estadio da Luz in Lisbon this year? Will Cristiano Ronaldo hold the trophy in front of home audience? Will FC Bayern München, who have reached the semifinal four times in the last five years, win the championship twice in row? Will Chelsea make a triumphant comeback? Or will Atlético De Madrid remain a dark horse till the end? |
| | | The rules of the guess games are as follows. |
| | | Games information: The semifinals of the UEFA Champions League will start soon. From now on, we will launch the UEFA Champions League guess games and select a number of "Best Fans" who will be awarded big prizes. Please tune in to the UEFA Champions League matches on your TVpad. Final four of the UEFA Champions League: (The match schedule and activity schedule are both in Beijing time.) Atlético De Madrid vs. FC Bayern München, Atlético De Madrid vs. Chelsea |

| Group phase | | | | | | Knockout phase | | | Finale |
|---|---|---|---|---|---|---|---|---|---|
| Round 1 | Round 2 | Round 3 | Round 4 | Round 5 | Round 6 | Eighth-final | Quarterfinal | Semifinal | |

| Group phase | Knockout phase |
|---|---|
| 02:45, 04/23/2014, Wednesday<br>Atlético De Madrid vs. Chelsea<br>Match report   Video   Statistics   Images | 02:45, 04/24/2014, Thursday<br>Real Madrid vs. FC Bayern München<br>Match report   Video   Statistics   Images |
| 02:45, 05/21/2014, Thursday<br>Chelsea vs. Atlético De Madrid<br>Match report   Video   Statistics   Images | 02:45, 04/30/2014, Wednesday<br>FC Bayern München vs. Real Madrid<br>Match report   Video   Statistics   Images |

TVpad match live broadcast platform:

| Language | Live TV channel | App |
|---|---|---|
| Cantonese | 1. Jade<br>2. HD Jade<br>3. HD Jade (HD)<br>4. GDTV Sports | Yue Hai Broadband<br><br>HITV<br><br>Sports Online<br><br>BETV<br><br>BETV HD |
| Mandarin | 1. CCTV5<br>2. CCTV5 HD<br>3. CCTV5+ Sports Events<br>4. Total Soccer<br>5. European Soccer | |

**Guess method:** For the final four guess, write posts to predict the four teams that will reach the semifinals and their final ranking.
**Post format:**
Champion: XXX
Runner-up: XXX
Third place: XXX
Fourth place: XXX
Favorite commentator: XXX (for example, He Wei)
Favorite app used to watch the UEFA Champions League matches: (for example, BETV)
(There is no final to determine the third and fourth places in the UEFA Champions League. Considering the difficulty of the guess, the third place and fourth place will be ranked according to their points accumulated during the group phase. The deadline for participation is 02:00, April 23, 2014 (Beijing time)).

**Guess rules:**
1. An ID can be used to guess only once during this period. Any repeated posts or any other invalid posts will not be accepted.
2. Any guesses or guess changes made after the deadline will not be accepted.
3. Guess results will be sorted according to the time when posts are last edited. Prizes:

| TVpad (white) | 1 | First person who made the right guess (according to the last modified guess) |
|---|---|---|
| TVpad3 coupon ($50) | 5 | Second person to sixth person who made the right guess |

**Time for giving prizes:**
1. Within seven days after the finale, statistics will be collected and the prize-winners informed individually. If we receive no reply from a prize winner within 7 days, he or she will become ineligible for the prize, which will be given to the next person who made the right guess.
2. After receiving the valid information about a prize winner, we will send the prize within seven days.
**Notice to the winners of white TVpad:**
1. Currently, the white edition is still undergoing internal testing. The release date of the public edition is yet to be determined (not later than one month before the World Cup). Therefore, if you win a white TVpad, you may need to wait some time before receiving your prize. (brightlook would like to say sorry in advance.)If you don't mind it, the prize can be replaced by an engineering machine or TVpad3 (through individual communication).
2. A winner of a white TVpad needs to, within 10 days after receiving his or her prize, post at least one detailed evaluation article (The evaluation contents should include, but are not restricted to, packaging, unpacking photos, accessories, product appearance design, application installation and use, use strategy , and application recommendation).
**Relevant activities:**
Post for making a bet on the UEFA Champions League semifinals: http://tvpadfans.com/forum.php?mod=viewthread&tid=158028&page=1&extra=#pid305944

**Prize-winning strategy:** Participate in WeChat activities in which white TVpads are often provided as prizes.

Beijing time, triumphant comeback, Chelsea, semifinal, Lisbon

This topic was highlighted by brightlook at 10:49:06, 04/17/2014.

| Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|
| Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

Related posts

- Guess the final three of Euro 2012: The first person who makes the right guess will be awarded a TVpad M121.
- World Snooker U.K. Championships for the 2013/14 Season

- [Weekly Positive Energy] Phase-2 weekly post sending for wining prizes (winners for April 2 to April 8 published)
- 2014 World Cup Schedule (Beijing time) in a picture

- 2013 CFA Cup schedule: from April 30 to December 7

- 2013 FIFA Club World Cup semifinal: Defeated by Bayern München 0 to 3, Guangzhou Evergrande vie for the third place.

- [TVpad powerful energy] Make a bet on guess about 2014 UEFA Champions League semifinals (winners to be announced on May 4).

To behave myself, I am signing in.

| | | Tool used | Report an abuse |
|---|---|---|---|

| lfengyw | Posted at 13:48:50, 04/17/2014 | Posts by this author | | First to reply |
|---|---|---|---|---|
| Senior member | Champion: Bayern München | | | |
| His (her) daily mood | Runner-up: Atlético De Madrid | | | |
| **Striving** | Third place: Chelsea | | | |
| 13 hours ago | Fourth place: Real Madrid | | | |
| Sign-in by days: 86 days | Favorite commentator: He Hui | | | |
| [LV.6] Inhabitant II | Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |

| Xiang Mao | | Posted at 14:57:21, 04/17/2014 | Posts by this author | | Bench |
|---|---|---|---|---|---|
| Registered member | | Champion: Real Madrid | | | |
| His (her) daily mood **Depressed** | | Runner-up: Chelsea | | | |
| 2014-4-22 10:23:01 | | Third place: Bayern München | | | |
| Sign-in by days: 9 days | | Fourth place: Atlético De Madrid | | | |
| [LV.3] Occasional visit II | | Favorite commentator: He Hui | | | |
| Pay a visit | Add as buddy | Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | Report an abuse | |
| brightlook | | Posted at 16:28:19, 04/17/2014 | Posts by this author | | Floor |
| Super moderator | | Last edited by brightlook at 16:29, 04/17/2014 | | | |
| His (her) daily mood **Happy** | | Let me guess also. | | | |
| 2014-6-11 11:37:15 | | Champion: Real Madrid | | | |
| Sign-in by days: 382 days | | Runner-up: Atlético De Madrid | | | |
| [LV.9] Make the forum a home. II | | Third place: Bayern München Fourth place: Chelsea | | | |
| Pay a visit | Add as buddy | Favorite commentator: Liu Ning, He Hui, Chen Xirong (I was compelled to watch the matches on CCTV5. CCTV5 commentators virtually think of their favorite teams as the Beijing team. For a match commented by Liu Jianhong or Duan Xuan, I directly turned off the sound.) | | | |
| Say hello | Send a message | Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | Report an abuse | |
| hicuagain | | Posted at 02:21:54, 04/18/2014 | Posts by this author | | 5# |
| Gold member | | Champion: Atlético De Madrid | | | |
| His (her) daily mood **Happy** | | Runner-up: Bayern München | | | |
| 21 hours ago | | Third place: Real Madrid | | | |
| Sign-in by days: 928 days | | Fourth place: Chelsea | | | |
| [LV.10] Make the forum a home. III | | Favorite commentator: He Hui | | | |
| Pay a visit | Add as buddy | Favorite app used to watch the UEFA Champions League matches: GD TV Sports | | | |
| Say hello | Send a message | | | | |
| | | | | | |

| hicuagain | Posted at 02:37:40, 04/18/2014 | Posts by this author | | 6# |
|---|---|---|---|---|
| Gold member | Last edited by hicuagain at 02:58, 04/018/2014 | | | |
| His (her) daily mood **Happy** 21 hours ago | Posted by cheungyingfun at 02:24, 04/18/2014 Ha-ha! Champion: Atlético De Madrid. Will my insight be proved right? This is what we call winning by surprise. Ha-ha! Though not promising in the UEFA Champions League semifinal, Atlético De Madrid had done a good job in La Liga in this season. | | | |
| Sign-in by days: 928 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | Have a good mood every day! | | Report an abuse | |
| ans | Posted at 03:29:50, 04/18/2014 | Posts by this author | | 7# |
| Freshman | Last edited by ans at 02:37, 04/22/2014 | | | |
| This user has never signed in. | Champion: Real Madrid Runner-up: Chelsea Third place: Bayern München Fourth place: Atlético De Madrid Favorite commentator: He Hui Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | | | Report an abuse | |
| timmyng | Posted at 07:36:47, 04/18/2014 | Posts by this author | | 8# |
| Senior member | Champion: Bayern München Runner-up: Atlético De Madrid Third place: Real Madrid Fourth place: Chelsea Favorite commentator: He Hui Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 13:50, yesterday | | | | |
| Sign-in by days: 367 days | | | | |
| [LV.9] Make the forum a home. II | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | | | |
| | To behave myself, I am signing in. | | Report an abuse | |

| moresales | Posted at 09:53:58, 04/18/2014 | Posts by this author | | 9# |
|---|---|---|---|---|
| Freshman | Champion: Atlético De Madrid | | | |
| This user has never signed in. | Runner-up: Bayern München | | | |
| | Third place: Real Madrid | | | |
| Pay a visit | Add as buddy | Fourth place: Chelsea | | |
| | | Favorite commentator: He Hui | | |
| Say hello | Send a message | Favorite app used to watch the UEFA Champions League matches: GD TV Sports | | |
| | | | | Report an abuse |
| candice | Posted at 11:50:21, 04/18/2014 | Posts by this author | | 10# |
| Website editor | Champion: Atlético De Madrid | | | |
| | Runner-up: Bayern München | | | |
| His (her) daily mood | Third place: Real Madrid | | | |
| **Happy** | Fourth place: Chelsea | | | |
| 2014-4-4 09:07:21 | Favorite commentator: I had no time to watch the matches…This is too bad. | | | |
| | Favorite app used to watch the UEFA Champions League matches: Yue Hai Broadband | | | |
| Sign-in by days: 2 days | | | | |
| [LV.1] New comer | Though I did not watch the matches, which were too late into the night, I will continue supporting Atlético De Madrid in ultimately winning the trophy as a dark horse! | | | |
| Pay a visit | Add as buddy | Real Madrid's Bale is beginning to prove his talent, but I still don't think that Real Madrid will have good luck in the Champions League. Ha-ha! | | |
| Say hello | Send a message | | | |
| | | Comments: | | |
| | | brightlook  Do you think that the final will be a derby?  A derby final is possible only if Real Madrid put an end to their defeats in Germany.  Details  Reply    Posted at 13:42:53, 04/18/2014 | | |
| | TVpad makes your holiday more wonderful. | | | Report an abuse |

| Write a post | | | Return to the list 1 2 3 Next page |
|---|---|---|---|
| | Advanced mode | | |
| | You need to log in before replying to a post. Login \| Register | | |

| | Submit reply |
|---|---|
| | Go to the last page after the reply. |

| Powered by Discuz! X2 | Archiver \| Mobile Edition \| TVpad Fans |
|---|---|
| © 2001-2011 Comsenz Inc. | GMT+8, 2014-12-9 23:36 , Processed in 0.060950 second(s), 27 queries . |

设为首页  收藏本站



Fans

用QQ帐号登录    用户名 [　　　　] ☐ 自动登录    找回密码
只需一步，快速开始    密码 [　　　　] [登录]    立即注册

论坛    TVpad产品区    App内容区    盒粉交流区    问题反馈    购买TVpad    TVpad 招商    快捷导航

请输入搜索内容     本版 [搜索]    热搜：TVpad2   Tvpad   wifi设置   使用心得   BETV

论坛   TVpad产品区   TVpad产品交流区   '占领中环' 开始后TVB全部看不到

[发帖 ▾]                                       [返回列表]

查看: 849 | 回复: 3

vincent29

新手上路
⭐
该用户从未签到

串个门   加好友
打招呼   发消息

---

**[产品交流] '占领中环'开始后TVB全部看不到** [复制链接]      🖨 🖨 ◁ ▷

发表于 2014-10-1 08:34:25 | 只看该作者 | 倒序浏览      楼主 电梯直达 [　] 🔧

互动新闻台，翡翠台全部当机，咩事啊，又被五毛攻击啊？

分享到：

分享到: 🔵 QQ空间   🔵 腾讯微博   🟢 腾讯朋友

❤️ 分享 0    ⭐ 收藏 0    👍 支持 0    👍 反对 0

使用道具   举报

---

terryfong2011 ✅

金牌会员
🔶 TVpad认证用户 🔶
😊🌙

TA的每日心情
😡
怒
昨天 01:05

签到天数: 903 天
[LV.10]以坛为家III

串个门   加好友
打招呼   发消息

---

发表于 2014-10-7 00:11:50 | 只看该作者      沙发

Mine is working fine, no interuption so far. I am in USA Boston...

[发帖际遇]：terryfong2011 买了张彩票，刮开发现中了 3 T币。

T币滚滚来，麻利麻利哄

举报

---

hksea ✅

发表于 2014-10-7 10:29:50 | 只看该作者      板凳

9hk67 发表于 2014-10-7 00:22 🕐
冇事



一直用TVPad收看"佔中",完全冇问题。

大家好

举报

admin

发表于 2014-10-9 14:11:45 | 只看该作者 地板

现在已经恢复正常了,请大家安心观看节目!

管理员

TA的每日心情

奋斗
前天 09:30

签到天数: 104 天

[LV.6]常住居民II

串个门  加好友
打招呼  发消息

做人不能太红X字,所以我来签到了

举报

发帖

返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册 用QQ帐号登录

发表回复  □ 回帖后就跳转到最后一页

Powered by Discuz! X2
© 2001-2011 Comsenz Inc.

Archiver | 手机版 | TVpad Fans
GMT+8, 2014-12-5 03:06 , Processed in 0.065007 second(s), 21 queries .

http://www.tvpadfans.com/thread-191223-1-1.html 2/3



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- http://www.tvpadfans.com/thread-191223-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Set as homepage. Bookmark this page.

Login with my QQ account

| Only one step away. Quick start. | User name | | Automatic login | Retrieve password |
| | Password | | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | | Fast Navigation |

Please enter the content to be searched.

This forum    Search    Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Product Exchange Section | Since "Occupy Central" started, all the TVB channels have been unavailable. |

Write a post

Return to the list.

| Views: 849 | Replies: 3 | [Product Information Exchange] Since "Occupy Central" started, all the TVB channels have been unavailable. [copy link] |
|---|---|---|

| vincent29 | | Posted at 08:34:25, 10/01/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
|---|---|---|---|---|---|---|
| Freshman | | iNews and Jade are both down. What happened? Were they under attack? | | | | |
| This user has never signed in. | | Share to: | QQ Space | Tencent microblog | Tencent Friends | |
| Pay a visit | Add as buddy | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 | |
| Say hello | Send a message | | | | | |

| | | | | | Tool used | Report an abuse. |
|---|---|---|---|---|---|---|
| terryfong2011 | | Posted at 00:11:50, 10/07/2014 | Posts by this author | | Sofa | |
| Gold member | | Mine is working fine, no interruption so far. I am in USA Boston... | | | | |
| TVpad-certified user | | | | | | |
| His (her) daily mood **Angry** 1:05:00 AM, yesterday | | [Post fortune]: terryfong2011 bought a lottery ticket, scratched off the coating, and found out that he won 3 T coins. | | | | |
| Sign-in by days: 903 day | | | | | | |
| [LV.10] Make the forum a home. III | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |

| | | God bless me. Wish I gain torrents of T coins. | | | Report an abuse. |
|---|---|---|---|---|---|

| hksea | Posted at 10:29:50, 10/07/2014 | Posts by this author | | Bench |
|---|---|---|---|---|
| Gold member | Posted by 9hk67 at 00:22, 10/07/2014 | | | |
| TVpad-certified user | | | | |
| His (her) daily mood | No problem. | | | |
| **Happy** | | | | |
| 10:06, the day before yesterday. | I have been following "Occupy Central" on my TVpad, no problem at all. | | | |
| Sign-in by days: 896 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | Hi, everybody! | | Report an abuse. | |
| admin | Posted at 14:11:45, 10/09/2014 | Posts by this author | | Floor |
| Administrator | Problems are resolved. Now you can watch TV programs normally again. | | | |
| His (her) daily mood | | | | |
| **Striving** | | | | |
| 9:30, the day before yesterday. | | | | |
| Sign-in by days: 104 days | | | | |
| [LV.6] Inhabitant II | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode | | |
| | You need to log in before replying to a post. Login \| Register | | |
| | Submit reply | | |
| | Go to the last page after the reply. | | |

Powered by Discuz! X2
© 2001-2011 Comsenz Inc.

Archiver \| Mobile Edition \| TVpad Fans
GMT+8, 2014-12-5 03:06 , Processed in 0.065007 second(s),
21 queries .



设为首页　收藏本站

用QQ帐号登录　　用户名　　　　　　　　□ 自动登录　　找回密码

只需一步，快速开始　　密码　　　　　　　　登录　　立即注册

论坛　　TVpad产品区　　App内容区　　盒粉交流区　　问题反馈　　购买TVpad　　TVpad 招商　　快捷导航

请输入搜索内容　　　　　　　本版　搜索　热搜：TVpad2　TVpad　wifi设置　使用心得　BETV

论坛　App内容区　App内容交流区　※港粤网络电视※最新应用包

**发帖**

查看: 13264 | 回复: 75

传奇



版主


TA的每日心情
慵懒
2012-3-28
16:25:42

签到天数: 3 天
[LV.2]偶尔看看I

串个门　　加好友
打招呼　　发消息

返回列表　　1　2　3　4　5　6　7　8　下一页

[综合] ※港粤网络电视※最新应用包 [复制链接]

发表于 2014-4-18 11:10:16 | 只看该作者 | 倒序浏览　　楼主　电梯直达

分享到

本帖最后由 brightlook 于 2014-4-27 23:23 编辑

**应用基本介绍**



港粤网络电视是一款粤语视频综合软件，汇集了热门的粤语直播、热播节目，并提供节目预告、直播预约、精彩回放等功能，同时，港粤网络电视有着丰富的栏目设计，如热播剧、经典剧、娱乐、休闲、戏曲等栏目，可满足粤语用户全方位的节目需求。港粤网络电视，一个应用，足够精彩！

**应用类型**

综合（直播+回放+点播）

**应用下载渠道**

1、线下U盘安装

2、N+商城 下载

另外说明一下，原先的港粤网络电视测试版应用包已无法正常使用，所有安装测试版的用户需要重新卸载安装新应用，请大家自行去应用下载渠道下载。

有任何问题，可随时联系客服！

本主题由 admin 于 2014-5-23 14:59:24 设置高亮

分享到： 🔵 QQ空间 🔵 腾讯微博 🍀 腾讯朋友

❤️ 分享 0　⭐ 收藏 0　⬆️ 支持 0　⬇️ 反对 0

岁月刀刀催人老

使用道具　举报

---

**candice**



网站编辑


TA的每日心情

开心
2014-4-4
09:07:21

签到天数: 2 天
[LV.1]初来乍到

串个门　加好友
打招呼　发消息

発表于 2014-4-18 13:01:27 | 只看该作者　　　　　　　　　　　　　　　　沙发

哇哦～～下载地址N+商城

http://www.appnnn.com/topic/app_3914.html
各位坛友需要的赶紧下载啊

[发帖际遇]：一个袋子砸在了 candice 头上，candice 赚了 3 T币.

放假咯～～TVpad有你更精彩

举报

---

**ywcj**



高级会员


TA的每日心情

开心
2 小时前

签到天数: 509 天
[LV.9]以坛为家II

串个门　加好友
打招呼　发消息

発表于 2014-4-18 14:57:43 | 只看该作者　　　　　　　　　　　　　　　　板凳

 一個就足夠.

做人不能太红X字，所以我来签到了

举报



ielppa

金牌会员

TA的每日心情
擦汗
5 小时前

签到天数: 991 天
[LV.10]以坛为家III

串个门　　加好友
打招呼　　发消息

发表于 2014-4-18 21:24:28 ｜ 只看该作者　　　　　　　　　　　　　　　　地板

做人不能太红X字，所以我来签到了

举报

kkericb

金牌会员

TA的每日心情
开心
7 小时前

签到天数: 935 天
[LV.10]以坛为家III

串个门　　加好友
打招呼　　发消息

发表于 2014-4-19 00:09:57 ｜ 只看该作者　　　　　　　　　　　　　　　　5#

M120/M121/M121S V3.26

做人不能太红X字，所以我来签到了

举报

nav

金牌会员
海外用户

TA的每日心情
开心
7 小时前

签到天数: 301 天

发表于 2014-4-19 00:17:12 ｜ 只看该作者　　　　　　　　　　　　　　　　6#

本帖最后由 nav 于 2014-5-14 16:57 编辑

[LV.8]以坛为家I

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

nav

发表于 2014-4-19 02:15:13  | 只看该作者                    7#

TVpad3 & 2 only

金牌会员
海外用户

TA的每日心情
开心
7 小时前

签到天数: 301 天
[LV.8]以坛为家I

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

nav

发表于 2014-4-19 02:16:10  | 只看该作者                    8#

sextant340 发表于 2014-4-18 08:57
不知TVPAD1(M121)可用?謝謝!

金牌会员
海外用户

TA的每日心情
开心
7 小时前

這版本不能

签到天数: 301 天
[LV.8]以坛为家I

串个门    加好友
打招呼    发消息

做人不能太红X字，所以我来签到了

举报

cbc123456

发表于 2014-4-19 03:57:18  | 只看该作者                    9#

nav 发表于 2014-4-19 02:16
這版本不能

金牌会员
海外用户

工作中

TA的每日心情



开心
5 小时前

签到天数: 709 天
[LV.9]以坛为家II

串个门　　加好友
打招呼　　发消息

nav

发表于 2014-4-19 03:58:46 | 只看该作者　　10#

cbc123456 发表于 2014-4-18 12:57
工作中

明白了!

金牌会员
海外用户

TA的每日心情
开心
7 小时前

签到天数: 301 天
[LV.8]以坛为家I

串个门　　加好友
打招呼　　发消息

做人不能太红X字，所以我来签到了

举报

发帖　返回列表　1　2　3　4　5　6　7　8　下一页

高级模式

您需要登录后才可以回帖 登录 | 立即注册　用QQ帐号登录

发表回复　回帖后跳转到最后一页

Powered by Discuz! X2
© 2001-2011 Comsenz Inc.

Archiver｜手机版｜TVpad Fans
GMT+8, 2014-12-9 07:13 , Processed in 0.078729 second(s), 25 queries .



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://tvpadfans.com/thread-158188-1-5.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

Set    as homepage. Bookmark this page.

Login with my    QQ account

Only    one step away. Quick start.

User name

Password

Automatic login

Log in

Retrieve password

Register now

| Forum | TVpad Product Section | App Content Section | Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched.    This forum    search    Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | App Content Section | App Content Exchange Section | ※ Guang Yue Web TV ※Latest Application Package |

Write    a post    Return    to the list.    Next page

| Views: 13264 | Replies: 75 | [Integrated] ※Gang Yue Web TV※Latest Application Package [copy link] | | | |
|---|---|---|---|---|---|
| Legend | | Posted at  11:10:16 , 04/18/2014 | Posts by this author | Browse   in   inverted order | Thread starter | Go to post No. |
| Moderator | | Last edited by brightlook at 23:23, 04/27/2014 | | | | |
| His (her) daily mood **Lazy** 2012-3-28 16:25:42 | | APP introduction Gang Yue Web TV is a Cantonese video integration application. It has a collection of popular Cantonese live and VOD programs and provides functions including program advance notice, live broadcast appointment, and playback. In addition, Gang Yue Web TV is designed with abundant columns, such as popular teleplays, classic dramas, entertainment, leisure, and traditional operas, to meet the all-round program needs of Cantonese-speaking users. A single application, Gang Yue Web TV, is good enough. | | | | |
| Sign-in by days: 3 days | | | | | | |
| [LV.2] Occasional visit I | | | | | | |
| Pay a visit | Add    as buddy | **Application type** Integrated (live + playback + VOD) **Application download channels** 1. Store it in a USB disk for offline installation. 2. Download from N+ mall. Note that the original Gang Yue Web TV beta version no longer works. Users who are using the beta version need to uninstall the beta version and install the new application. Please download the application from the preceding download URL. For any problems, please feel free to contact the customer service team. This topic was highlighted by admin at 14:59:24, 05/23/2014. | | | | |
| Say hello | Send    a message | | | | | |
| | | Share to: | QQ Space | Tencent microblog | Tencent Friends | |
| | | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 | |
| | | Life is short and time is swift. | | | Tool used | Report an abuse |

| candice | | Posted at 13:01:27, 04/18/2014 | Posts by this author | | Sofa |
|---|---|---|---|---|---|
| Website editor | | Wow! Download URL for the N+ mall: | | | |
| His (her) daily mood **Happy** 2014-4-4 09:07:21 | | http://www.appnnn.com/topic/app_3914.html | | | |
| Sign-in by days: 2 days | | If you need the application, you can download it from this URL. | | | |
| [LV.1] New comer | | [Post fortune]: A bag fell upon candice's head, and candice gained 3 T coins. | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | TVpad makes your holiday more wonderful. | | Report an abuse | |
| ywcj | | Posted at 14:57:43, 04/18/2014 | Posts by this author | | Bench |
| Senior member | | One is sufficient. | | | |
| His (her) daily mood **Happy** 2 hours ago | | | | | |
| Sign-in by days: 509 days | | | | | |
| [LV.9] Make the forum a home. II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | | | | |
| | | To behave myself, I am signing in. | | Report an abuse | |

| ielppa | Posted at 21:24:28, 04/18/2014 | Posts by this author | | Floor |
|---|---|---|---|---|
| Gold member | | | | |
| His (her) daily mood **Wiping sweat** 5 hours ago | | | | |
| Sign-in by days: 991 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | | Report an abuse |
| kkericb | Posted at 00:09:57, 04/19/2014 | Posts by this author | | 5# |
| Gold member | M120/M121/M121S V3.26 | | | |
| TVpad-certified user | | | | |
| His (her) daily mood **Happy** 7 hours ago | | | | |
| Sign-in by days: 935 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | | Report an abuse |
| nav | Posted at 12:17:12 AM, 04/19/2014 | Posts by this author | | 6# |
| Gold member Overseas user | Last edited by nav at 16:57, 05/14/2014 [Working] | | | |
| His (her) daily mood **Happy** 7 hours ago | | | | |
| Sign-in by days: 301 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | | Report an abuse |

| nav | Posted at 02:15:13, 04/19/2014 | Posts by this author | | 7# |
|---|---|---|---|---|
| Gold member Overseas user | | TVpad3 & 2 only | | |
| His (her) daily mood **Happy** 7 hours ago | | | | |
| Sign-in by days: 301 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | To behave myself, I am signing in. | | Report an abuse |
| nav | Posted at 02:16:10, 04/19/2014 | Posts by this author | | 8# |
| Gold member Overseas user | | Posted by sextant340 at 08:57, 04/18/2014 Can TVPAD1(M121) be used? Thanks. This version cannot be used. | | |
| His (her) daily mood **Happy** 7 hours ago | | | | |
| Sign-in by days: 301 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | To behave myself, I am signing in. | | Report an abuse |
| cbc123456 | Posted at 03:57:18, 04/19/2014 | Posts by this author | | 9# |
| Gold member | | Posted by nav at 02:16, 04/19/2014 This version cannot be used. Working. | | |
| His (her) daily mood **Happy** 5 hours ago | | | | |
| Sign-in by days: 709 days | | | | |
| [LV.9] Make the forum a home. II | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | To behave myself, I am signing in. | | Report an abuse |

| nav | Posted at 03:58:46, 04/19/2014 | Posts by this author | | 10# |
|---|---|---|---|---|
| Gold member Overseas user | Posted by cbc123456 at 12:57, 04/18/2014<br><br>Working.<br><br> | | | |
| His (her) daily mood **Happy** 7 hours ago | Got it! | | | |
| Sign-in by days: 301 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | To behave myself, I am signing in. | | Report an abuse | |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login | Register | | |
| | Submit reply<br>Go to the last page after the reply. | | |

| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver | Mobile Edition | TVpad Fans<br>GMT+8, 2014-12-9 07:13 , Processed in 0.078729 second(s),<br>25 queries . |
|---|---|



设为首页　收藏本站

| 论坛 | TVpad产品区 | App内容区 | 盒粉交流区 | 问题反馈 | 购买TVpad | TVpad 招商 | 快捷导航 |

请输入搜索内容　　　　　　　　本版　搜索　热搜：TVpad2　TVpad　wifi设置　使用心得　BETV

论坛　TVpad产品区　TVpad问题求助&客服　看CCTV5 高清要收费？

**发帖** ▾



查看: 1310 | 回复: 8

华森国际

新手上路 ⭐

TA的每日心情
怒
2013-10-5 18:55:31

签到天数: 2 天
[LV.1]初来乍到

串个门　加好友
打招呼　发消息

nav

金牌会员
海外用户

TA的每日心情
开心
3 小时前

签到天数: 297 天
[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

看CCTV5 高清要收费？　[复制链接]

发表于 2014-6-12 22:37:37 | 只看该作者 | 倒序浏览　　　　　　　　　　楼主　电梯直达

有段时间没开TVPAD3了，今天打开看CCTV5高清的看了一会，说让我充值，然后就不能看了？为什么会这样？

CCTV5

分享到: QQ空间　腾讯微博　腾讯朋友

分享 0　收藏 0　支持 0　反对 0

相关帖子

- CCTV5 频道聲音
- ［好消息］CCTV5+体育赛事频道正式上线！
- 世界杯快开始了 希望能添加cctv 5 cctv5+ cctv1 全高清频道
- 澳大利亚，连不上服务器，小人头是灰的

- CCTV5+频道
- 我对TVPAD的一些意见，希望TVPAD能够听得进去！
- 今天CCTV5 高清的画面很差？

为什么不能登入啊

使用道具　举报

发表于 2014-6-12 23:44:31 | 只看该作者　　　　　　　　　　沙发

你的 TVpad 可能有少许問題！·

做人不能太红X字，所以我来签到了

举报

hicuagain



金牌会员

TA的每日心情
开心
2 小时前

签到天数: 924 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

发表于 2014-6-12 23:45:17 | 只看该作者                    板凳

哦? 真的吗？现在还是不能收看嘛？ 我回家也去查看一下。

天天都有好心情！

举报

nav

金牌会员
海外用户

TA的每日心情
开心
3 小时前

签到天数: 297 天
[LV.8]以坛为家I

串个门　加好友
打招呼　发消息

发表于 2014-6-13 01:16:31 | 只看该作者                    地板

> hicuagain 发表于 2014-6-12 08:45
> 哦? 真的吗？现在还是不能收看嘛？ 我回家也去查看一下。

可以看！ 我總覺得 Server 反應比較慢！

做人不能太红X字，所以我来来签到了

举报

hicuagain

金牌会员

TA的每日心情
开心
2 小时前

发表于 2014-6-13 01:38:29 | 只看该作者                    5#

> nav 发表于 2014-6-13 01:16
> 可以看！ 我總覺得 Server 反應比較慢！

最近一直都是换台缓冲时间太长，下载速度前6，7秒钟里尚不去100，糟糕的时候甚至只有各位数的下载速度。不过，等的时间长点儿也无所谓了，能看就好！

希望TVpad到时候别掉链子！～

签到天数: 924 天
[LV.10]以坛为家III

串个门　　加好友
打招呼　　发消息

天天都有好心情！

举报

nav

金牌会员
海外用户
😭🌙

TA的每日心情
开心
3 小时前

签到天数: 297 天
[LV.8]以坛为家I

串个门　　加好友
打招呼　　发消息

发表于 2014-6-13 01:48:45 | 只看该作者　　6#

本帖最后由 nav 于 2014-6-12 11:03 编辑

hicuagain 发表于 2014-6-12 10:38 ⤴
最近一直都是换台冲缓冲时间太长，下载速度前6，7秒钟里尚不去100，糟糕的时候甚至只有各位数的下载速度。 ...

我相信很多 TVpad 的工作人員都一齊看，他們是会見到問題的存在！我相信大家都会盡量看本地高清台．

因樓主説 "看CCTV5 高清要收费"

不要忘記 black Friday again！(玩笑而矣!)

做人不能太红X字，所以我来签到了

举报

admin

管理员
😭😭⭐

TA的每日心情
奋斗
前天 09:30

签到天数: 104 天
[LV.6]常住居民II

串个门　　加好友
打招呼　　发消息

发表于 2014-6-13 10:31:24 | 只看该作者　　7#

亲，不需要充值，点充值后可以继续看，是个bug我们正在解决！

做人不能太红X字，所以我来签到了

举报

old_old_7

发表于 2014-6-13 11:37:16 | 只看该作者　　8#

admin 发表于 2014-6-13 10:31 ⤴
亲，不需要充值，点充值后可以继续看，是个bug我们正在解决！



注册会员

TA的每日心情
奋斗
2014-7-18
19:59:51

签到天数: 70 天
[LV.6]常住居民II

串个门    加好友
打招呼    发消息

嚇死!以為要比錢

hi, hi, hi

举报

华森国际

发表于 2014-6-13 22:22:25 | 只看该作者      9#

现在进不去了,说没有授权

新手上路

TA的每日心情
怒
2013-10-5
18:55:31

签到天数: 2 天
[LV.1]初来乍到

串个门    加好友
打招呼    发消息

为什么不能登入啊

举报

发帖 ▾      返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册    用QQ帐号登录

发表回复    ☐ 回帖后跳转到最后一页



# TRANSLATOR CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/thread-167543-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Anna Lee

| | |
|---|---|
| Set as homepage. Bookmark this page. | Login with my QQ account |

| | | | | |
|---|---|---|---|---|
| | Only one step away. Quick start. | User name | Automatic login | Retrieve password |
| | | Password | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |
|---|---|---|---|---|---|---|---|

Please enter the content to be searched.

This forum | Search | Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Help & Customer Service | Do I need to pay for watching the CCTV5 HD channel? |
|---|---|---|---|

Write a post                                                                 Return to the list.

| Views: 1310 | Replies: 8 | Do I need to pay for watching the CCTV5 HD channel? [copy link] | | |
|---|---|---|---|---|
| Huasen International | Posted at 22:37:37, 06/12/2014 | Posts by this author | Browse in inverted order | Thread starter |
| | | | | Go to post No. |
| Freshman | It had been a long time since I used TVpad3 last. Today, after watching CCTV HD for a while, I was asked to recharge. Then, I found that I could not watch that channel. Why is that? | | | |
| His (her) daily mood **Angry** | | | | |
| 2013-10-5 18:55:31 | CCTV5 | | | |

| Sign-in by days: 2 days | Share to: | QQ Space | Tencent microblog | Tencent Friends |
|---|---|---|---|---|
| [LV.1] New comer | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 |

| Pay a visit | Add as buddy |
|---|---|
| Say hello | Send a message |

Related posts

| • | CCTV5 audio | • | CCTV5+ |
|---|---|---|---|
| • | [Good News] The CCTV5+ Sports Events channel has been formally launched! | • | I have some opinions regarding TVpad, and I hope that those opinions will be accepted. |
| • | As the World Cup is around the corner, I hope that CCTV 5, CCTV5+, and CCTV1 HD channels will be added. | • | The CCTV5 stream quality was poor today. |
| • | The server failed to be connected, and the connection icon turned gray. I am in Australia. | | |

| | Why did the login fail? | | Tool used | Report an abuse. |
|---|---|---|---|---|
| nav | Posted at 23:44:31, 06/12/2014 | Posts by this author | | Sofa |
| Gold member Overseas user | There may be problems with your TVpad. | | | |
| His (her) daily mood **Happy** | | | | |
| 3 hours ago | | | | |
| Sign-in by days: 297 days | | | | |
| [LV.8] Make the forum a home. I | | | | |

| Pay a visit | Add as buddy |
|---|---|
| Say hello | Send a message |

| | To behave myself, I am signing in. | | Report an abuse. |
|---|---|---|---|

| hicuagain | Posted at 23:45:17, 06/12/2014 | Posts by this author | | Bench |
|---|---|---|---|---|
| Gold member | | Oh, really? Are you still unable to watch it? I will check it out after I get home. | | |
| His (her) daily mood **Happy** 2 hours ago | | | | |
| Sign-in by days: 924 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| [LV.10] Make the forum a home. III | | | | |
| | | Have a good mood every day! | | Report an abuse. |
| nav | Posted at 01:16:31, 06/13/2014 | Posts by this author | | Floor |
| Gold member Overseas user | | Posted by hicuagain at 8:45, 06/12/2014 Oh, Really? Are you still unable to watch it? I will check it out after I get home. Works for me. I always felt the server response is slow. | | |
| His (her) daily mood **Happy** 3 hours ago | | | | |
| Sign-in by days: 297 days | | | | |
| [LV.8] Make the forum a home. I | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | To behave myself, I am signing in. | | Report an abuse. |
| hicuagain | Posted at 01:38:29, 06/13/2014 | Posts by this author | | 5# |
| Gold member | | Posted by nav at 01:16, 06/13/2014 Works for me. I always feel that the server response is slow. Recently, when I change channels, the buffering always takes too long. For the first six seconds to seven seconds, the download speed can't even get higher than 100 kbps; at its worst, the download speed would stay in the single digits. But the long buffering is not unacceptable as long as the program works. I hope that TVpad will keep working normally. | | |
| His (her) daily mood **Happy** 2 hours ago | | | | |
| Sign-in by days: 924 days | | | | |
| [LV.10] Make the forum a home. III | | | | |
| Pay a visit | Add as buddy | | | |
| Say hello | Send a message | | | |
| | | Have a good mood every day! | | Report an abuse. |

| nav | Posted at 01:48:45, 06/13/2014 | Posts by this author | | 6# |
|---|---|---|---|---|
| Gold member<br>Overseas user | Last edited by nav at 11:03, 06/12/2014 | | | |
| His (her) daily mood<br>**Happy**<br>3 hours ago | Posted by hicuagain at 10:38, 06/12/2014 | | | |
| Sign-in by days: 297 days | Recently, when I change channels, the buffering always takes too long. For the first six seconds to | | | |
| [LV.8] Make the forum a home. I | seven seconds, the download speed can't even get higher than 100 kbps; at its worst, the download | | | |
| Pay a visit / Add as buddy | speed would stay in the single digits.... | | | |
| Say hello / Send a message | | | | |
| | I believe that many TVpad personnel read the posts and will become aware of the problems. I think people will try and watch a local HD channel whenever possible.<br><br>The OP said that a user needed to pay for watching CCTV HD.<br><br>Don't forget black Friday again!     (This is a joke.) | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |
| admin | Posted at 10:31:24, 06/13/2014 | Posts by this author | | 7# |
| Administrator | Hi buddy, there is no need to recharge. After clicking the Recharge button, you can continue | | | |
| His (her) daily mood<br>**Striving**<br>9:30, the day before yesterday. | watching the program. It is a bug that we are trying to solve. | | | |
| Sign-in by days: 104 days | | | | |
| [LV.6] Inhabitant II | | | | |
| Pay a visit / Add as buddy | | | | |
| Say hello / Send a message | | | | |
| | To behave myself, I am signing in. | | Report an abuse. | |

| old_old_7 | | Posted at 11:37:16, 06/13/2014 | Posts by this author | | 8# |
|---|---|---|---|---|---|
| Registered member | | Posted by admin at 10:31, 06/13/2014 | | | |
| His (her) daily mood **Striving** | | Hi, buddy, there is no need to recharge. After clicking the Recharge button, you can continue watching the program. It is a bug that we are trying to solve. | | | |
| 2014-7-18 19:59:51 | | | | | |
| Sign-in by days: 70 days | | I thought that we had to pay. So scary…phew! | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | hi, hi, hi | | | Report an abuse. |
| Huasen International | | Posted at 22:22:25, 06/13/2014 | Posts by this author | | 9# |
| Freshman | | I can't access it now. It says no authorization. | | | |
| His (her) daily mood **Angry** | | | | | |
| 2013-10-5 18:55:31 | | | | | |
| Sign-in by days: 2 days | | | | | |
| [LV.1] New comer | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | Why did the login fail? | | | Report an abuse. |

| Write a post | | | Return to the list. | Next page |
|---|---|---|---|---|
| | Advanced mode You need to log in before replying to a post. Login | Register | | | |
| | Submit reply Go to the last page after the reply. | | | |

| Powered by Discuz! X2 © 2001-2011 Comsenz Inc. | Archiver | Mobile Edition | TVpad Fans GMT+8, 2014-12-5 03:44, Processed in 0.087241 second(s), 22 queries . |
|---|---|



设为首页 收藏本站

论坛　　TVpad产品区　　App内容区　　盒粉交流区　　问题反馈　　购买TVpad　　TVpad 招商　　　　快捷导航

请输入搜索内容　　　　　　　　　　　　本版　搜索　　热搜：TVpad2　TVpad　wifi设置　使用心得　BETV

论坛　　TVpad产品区　　TVpad产品交流区　　高清 CCTV 5/CCTV 5+

发帖 ▾　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　返回列表



查看: 658 | 回复: 4

**kwokwil0323**

新手上路
★
该用户从未签到

串个门　加好友
打招呼　发消息

[产品交流] 高清 CCTV 5/ CCTV 5+ [复制链接]

发表于 2014-6-4 13:42:53 | 只看该作者 | 倒序浏览　　　　　　　　楼主　电梯直达

請問 TVPAD - OL Sports app 有無可能將 CCTV 5/CCTV 5+ 變成高清?

小米上的 VST 同埋怒風直播都有 HD CCTV 5 source.

Thanks

分享到：　QQ空间　腾讯微博　腾讯朋友

♥分享 0　☆收藏 0　👍支持 0　👎反对 0

使用道具　举报

**hicuagain**

金牌会员
😊🌙

TA的每日心情
开心
2 小时前

签到天数: 924 天
[LV.10]以坛为家III

串个门　加好友
打招呼　发消息

发表于 2014-6-5 03:29:09 | 只看该作者　　　　　　　　　　　　沙发

OL Sports app無CCTV 5+ 高清. 但是CCTV 5的高清在BETV HD 的app中可以看到，
同意楼主，如果能有CCTV 5+的高清频道就更好了。

天天都有好心情！

举报

**candice**

发表于 2014-6-5 11:54:25 | 只看该作者　　　　　　　　　　　　板凳

在betv hd里有的



网站编辑

TA的每日心情
开心
2014-4-4
09:07:21

签到天数: 2 天
[LV.1]初来乍到

串个门　加好友
打招呼　发消息

放假咯~~TVpad有你更精彩

举报

hk234234　发表于 2014-6-5 13:41:54 | 只看该作者　地板

總會有的......

金牌会员

TA的每日心情
慵懒
13 分钟前

签到天数: 623 天
[LV.9]以坛为家II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

admin　发表于 2014-6-5 17:37:15 | 只看该作者　5#

目前只有BETVHD里面的CCTV5是高清的　回复姗姗来迟，望各位海涵啊！sorry ~

管理员

TA的每日心情
奋斗
前天 09:30



签到天数: 104 天

[LV.6]常住居民II

串个门　加好友
打招呼　发消息

做人不能太红X字，所以我来签到了

举报

发帖 ▾

返回列表

高级模式

您需要登录后才可以回帖 登录 | 立即注册 　用QQ帐号登录

发表回复 　☐ 回帖后跳转到最后一页

Powered by Discuz! X2
© 2001-2011 Comsenz Inc.

Archiver | 手机版 | TVpad Fans 
GMT+8, 2014-12-5 03:33 , Processed in 0.136265 second(s), 20 queries .



450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: February 9. 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- http://www.tvpadfans.com/thread-165359-1-1.html

Anna Lee, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Anna Lee*
Signature of Anna Lee

Set as homepage. Bookmark this page.

Login with my QQ account

| Only one step away. Quick start. | User name |  | Automatic login | Retrieve password |
| --- | --- | --- | --- | --- |
|  | Password |  | Log in | Register now |

| Forum | TVpad Product Section | App Content Section | TV Box Fans Exchange Section | Feedback | Buy TVpad | TVpad Investment | Fast Navigation |

Please enter the content to be searched.

This forum    Search

Popular search: TVpad2 TVpad WIFI Setting Use Tips BETV

| Forum | TVpad Product Section | TVpad Product Exchange Section | HD CCTV 5/CCTV 5+ |

Write a post

Return to the list.

---

| Views: 658 | Replies: 4 | [Product Information Exchange] HD CCTV 5 /CCTV 5+ [copy link] | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| kwokwil0323 | | Posted at 13:42:53, 06/04/2014 | Posts by this author | Browse in inverted order | Thread starter | Go to post No. |
| Freshman | | Question: Is it possible to turn CCTV 5/CCTV 5+ into HD channels in the OL Sports App on TVpad? | | | | |
| This user has never signed in. | | HD CCTV 5 sources are provided on both Xiao MI's VST and Nufeng Live. | | | | |
| Pay a visit | Add as buddy | Thanks | | | | |
| Say hello | Send a message | | | | | |
| | | Share to: | QQ Space | Tencent microblog | Tencent Friends | |
| | | Share: 0 | Add to favorite: 0 | Support 0 | Object 0 | |
| | | | | | Tool used | Report an abuse. |
| hicuagain | | Posted at 03:29:09, 06/05/2014 | Posts by this author | | Sofa | |
| Gold member | | OL Sports App does not provide CCTV 5+ HD. But CCTV 5+ HD is available with the BETV HD App. | | | | |
| His (her) daily mood **Happy** | | I agree with kwokwil0323; it would be best if a CCTV 5+ HD channel is provided. | | | | |
| 2 hours ago | | | | | | |
| Sign-in by days: 924 days | | | | | | |
| [LV.10] Make the forum a home. III | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |
| | | Have a good mood every day! | | | Report an abuse. | |
| candice | | Posted at 11:54:25, 06/05/2014 | Posts by this author | | Bench | |
| Website editor | | It is available on BETV HD. | | | | |
| His (her) daily mood **Happy** | | | | | | |
| 2014-4-4 09:07:21 | | | | | | |
| Sign-in by days: 2 days | | | | | | |
| [LV.1] New comer | | | | | | |
| Pay a visit | Add as buddy | | | | | |
| Say hello | Send a message | | | | | |
| | | TVpad makes my holiday more wonderful. | | | Report an abuse. | |

| hk234234 | | Posted at 13:41:54, 06/05/2014 | Posts by this author | | Floor |
|---|---|---|---|---|---|
| Gold member | | They will be available someday… | | | |
| TVpad-certified user | | | | | |
| His (her) daily mood **Lazy** 13 minutes ago. | | | | | |
| Sign-in by days: 623 days | | | | | |
| [LV.9] Make the forum a home. II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse. |
| admin | | Posted at 17:37:15, 06/05/2014 | Posts by this author | | 5# |
| Administrator | | Currently, only the CCTV5 source on BETV HD is high-definition. I am sorry for replying late.　sorry ~ | | | |
| His (her) daily mood **Striving** 9:30, the day before yesterday. | | | | | |
| Sign-in by days: 104 days | | | | | |
| [LV.6] Inhabitant II | | | | | |
| Pay a visit | Add as buddy | | | | |
| Say hello | Send a message | | | | |
| | | To behave myself, I am signing in. | | | Report an abuse. |

| Write a post | | Return to the list. | Next page |
|---|---|---|---|
| | Advanced mode<br>You need to log in before replying to a post. Login \| Register | | |
| | Submit reply<br>Go to the last page after the reply. | | |

| Powered by Discuz! X2<br>© 2001-2011 Comsenz Inc. | Archiver \| Mobile Edition \| TVpad Fans<br>GMT+8, 2014-12-5 03:33 , Processed in 0.136265 second(s),<br>20 queries . |
|---|---|

**EXHIBIT 54**



请输入搜索内容　　帖子　　　　　　　　　　　　　　　　　　　　　　　　登录 | 注册

| 门户 | 论坛 | TVpad产品区 | fans休闲区 | 站务管理区 | 购买TVpad | TVpad 招商 |
|---|---|---|---|---|---|---|
| Portal | BBS | Products | Fans | Service | Buy | Investment |

论坛　TVpad专区　TVpad交流区　希望TvPad 不要讓客戶失望

返回列表　　1　2　　[1] / 2 页　　下一页

查看: 1053 | 回复: 12

**[产品交流] 希望TvPad 不要讓客戶失望** [复制链接]



ykong124 发表于 2015-7-22 23:37:18 | 只看该作者 ▶　　　　楼主　电梯直达

本帖最后由 ykong124 于 2015-7-23 00:22 编辑

收到TvPad 4 已經超過兩個個星期了。前些日子我在交流區貼過 "希望TvPad不要讓客戶失望"。admin曾提議寫一個評測，對比一下新舊機的不同。我覺得挺搞好玩，想談談我個人對TvPad的感受與與其他品牌的對比，仍然選用同樣的標題。

我大約在4～5年前買第一代TvPad 的，當時買的原因是由於TvPad是唯一可以看直播香港台節目而不需付月費的。買TvPad之前，我是付月費$39.99（美元，下同）看香港翡翠台，雖然付費卻只有3台可看，而且是播TVB USA 節目，大多節目除新聞外都是過時的。

買了第一代TvPad 後，的確很開心，雖然當時播放經常會卡，但是我已覺得非常值得，因而成為TvPad 的粉絲，並介紹過不少的朋友買這機頂。他們大多也都覺得滿意。

由於最近因TvPad 宣布不能支持舊機而需換機，我買了TvPad4，但由於TvPad暫時的技術問題，有時播放的時候比較卡，而且我也想試試與其他機頂對比看看TvPad有何優勢，所以我又買了一部其他品牌的機頂可以互補，也方便比較兩種品牌的功能。

總的來說，與第一代TvPad 對比，新的一代的確有許多改進，比如很多台都有高清，換台的速度也相對較快，播放粵語台的流暢度也較好（不包括最近暫時卡的問題，希望也相信很快會得到解決）。但我更想談談一下與其他機頂的比較（由於試機時間較短，對有些功能不是非常了解，有些比較不很全面甚至不一定都正確）：

1. 粵語直播：（我買TvPad最主要的原因是給家人看粵語直播）
清晰度：兩種品牌不相上下
　　兩種品牌都有許多高清台，所播放的台數也都差不多。另一個品牌比TvPad多了HKTV直播，但兩個都有HkTV點播。(感覺上好像TvPad 高清比另一個品牌的高清相對差一些，但我不知道是不是由於設定的問題）

流暢度：TvPad 較好
　　TvPad相對比較流暢（不包括最近經常卡機。由於我用TvPad 已經多年相對比較有信心，所以相信問題應該會很快得到解決）。至於另外也個播放大多時候還算流暢，但有些台（比如J2 或新聞台等）每播放30至60分鐘後左右畫面就卡住了，如果我立刻退出後進去就會繼續播放，但畫面會倒退十幾二十的時間。感覺上好像是伺服器上載跟不上播放速度的問題。

換台速度：不相上下
TvPad 平均換台速度為3～4秒，另一個品牌的換台速度微微快一些，大約2～3秒，但我覺得兩個都可接受，相差少過一秒可以接受。

國內直播：不相上下

點播：各有所長（TvPad 粵語點播較好，另一個品牌國內點播較好）
TvPad 粵語點播較好，也比較全面。但另一個品牌國內節目相對較多，而且國內點播流暢度比TvPad 好。注：由於另一個品牌可以直接從google play 下載，我也曾試過下載一些粵語點播的App來彌補一些只有在TvPad可以看到的節目，但下載的app清晰度與流暢度都不如TvPad。(我並沒有花很多時間在store內查找，所以也許會有一些app的清晰度和流暢度都比較好但我並不知道的)

桌面設計：
TvPad: 我現在的設定是每頁有九個app,每個app位置是固定的，不能自由移動。（如需移動必須拆除所有的app然後在按次序安裝，這樣比較麻煩時），我不知道有沒有功能可以自由移動app,但我至少到現在還沒有找到移動app 的功能。
至於另一個品牌設有 "我的桌面" ，優點是可以自己選擇自己最常用的12個頻道。但缺點是在 "我的桌面 "的右邊有非常大的廣告畫面，不能移去或更換，個人覺得非常厭煩。

鼠標遙控：兩種機型都支持鼠標，但TvPad很多功能不能用鼠標遙控，例如不能用鼠標遙控打開菜單選台。而另一種品牌基本上可以用鼠標遙控所有的功能。



TA的每日心情
奮斗
昨天 00:46

签到天数: 88 天
[LV.6]常住居民II

價格：在我住的附近代理商店（北美，波士頓地區）TvPad售價為$250.00，另一個品牌的售價為$220.00。如果TvPad 用三年就必須換機，而其品牌並不需要換機的話，我假設可以用5～6年（也許更久）那麼買TvPad 花費平均每年為$83.33，另一個品牌平均每年價格為每年 $40.00(假設可用5年半）

其他：如果用戶除了看電視以外，也想利用電視行其他應用程序，由於另一個品牌只要登錄google 賬戶，可以直接從google play 上直接下載所的app（我查過大多<br>TvPad 更靈活一些。但我私人覺得這並不是非<br>
在在電話上所運用的app都可以兼容並下載到電視機頂上的）所以他比，由於大多數人買盒子的原因是用它來看中文電視。

總結：如果客戶想用來看香港節目，相信TvPad 現在仍然是首選，雖然價格會比較貴一些，對清晰度，流暢度，和信譽都相對比較好。但是我想順便提一下，雖然新一代TvPad加上很多其他不同的功能（比如遊戲等），但由於許多客戶買TvPad的主要原因是要看電視而不是玩遊戲或用於其他的運用程式。當然，加上其他不同的程式可錦上添花固然好，但如果只把注意力放在這上面而忽略電視播放的問題（比如最近一兩個星期播放非常卡，而問題並沒有及時解決），那麼其他的功能再強也只不過是畫蛇添足。

五年前，TvPad是市場上唯一一個機頂可以看粵語直播+點播而又經濟的（不需付$40左右的月費）。但如今，在我住的附近的經銷商店已經可以看到4種不同品牌的機頂了。雖然TvPad相對還是其中最好的，但是由於價錢較貴，而且不可否認，其他品牌的機頂這幾年在質量上這都有了不少的改進。如果TvPad 不再努力的話，可能會在不久的將來會失去現在的領先地位。我衷心希望TvPad 可以，不斷改善其產品，多採納客戶的意見，而保持市場上的領先地位。

翡翠台, admin, 香港, 朋友, 而且

本主題由 admin 于 2015-7-23 16:13 加入精华

分享到：　⭕ QQ好友和群　　😀 QQ空间　　Ⓣ 腾讯微博　　🦋 腾讯朋友

⭐ 收藏　　❤️ 分享　　🔼 支持　　◀️ 反对

相关帖子

---

• 求助,,,HD翡翠台不能下载
• 五月港剧重頭戲，當屬HKTV《歲月樓情》！
• TVpad暑假特推，好友同行立減$120！

• TVpad4完全使用手册：技巧汇总集合（更新到20150422）
• 直播台死了？
• 颜值不低实力更强的《旋风少女》来襲BETV PLUS啦！

---

回复　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　使用道具　举报




TA的每日心情
郁闷
4 小时前

签到天数: 1014 天
[LV.10]以坛为家Ⅲ

**sextant340** 发表于 2015-7-22 23:57:10　| 只看该作者　　　　　　　　　　沙发

不久的將來會失去現在的領先地位。

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　　　　　　　举报

**hicuagain** 发表于 2015-7-23 00:08:06　| 只看该作者　　　　　　　　　板凳



TA的每日心情
开心
4 小时前

签到天数: 1162 天
[LV.10]以坛为家III

雖然TvPad相對還是其中最好的，但是由於價錢較貴，而且不可否認，其他品牌的機頂這幾年在質量上這都有了不少的改進。如果 TvPad 不再努力的話，可能會在不久的將來會失去現在的領先地位。我衷心希望TvPad 可以，不斷改善其產品，採納許多客戶的 意見，而保持市場上的領先地位。

回復　　支持　　反对                                                                                                     举报



TA的每日心情
开心
20 分钟前

签到天数: 1150 天
[LV.10]以坛为家III

**summerlu** 发表于 2015-7-23 03:44:30　|　只看该作者                                                          地板

好文。

很多龙头企业就是由于没有居安思危而一落千丈的。

回復　　支持　　反对                                                                                                     举报



TA的每日心情
开心
昨天 08:58

签到天数: 1044 天
[LV.10]以坛为家III

**hksea** 发表于 2015-7-23 05:32:50　|　只看该作者                                                          5#

有同感。其他品牌機經常來電話推銷，免費試機並免來回運費,有親友已購買，最大優點是可安裝自己網上下載的App應用，也免 了什麼綠衣人灰衣人的麻煩。本人也很想知道最新的TVPad4 是用什麼晶片，這樣就可估到它的標準如何。

回復　　支持　　反对                                                                                                     举报



TA的每日心情
慵懒
2015-2-28
11:43

签到天数: 3 天
[LV.2]偶尔看看I

**nopurelove** 发表于 2015-7-23 09:51:08　|　只看该作者                                                          6#

这位老兄意见很中肯，不偏激，希望TVpad公司能重视起来，继续为用户提供更好的产品

回复　支持　反对　　　　　　　　　　　　　　　　　　　　举报



**brightlook** 发表于 2015-7-23 10:36:07　| 只看该作者　　　　　　7#

本帖最后由 brightlook 于 2015-7-23 10:37 编辑

TVPAD4可移动APP位置，选中APP按遥控上的MENU键就可以了。支持置顶、置底以及自由移动

TA的每日心情

奋斗
2015-4-15
13:36

签到天数: 388 天
[LV.9]以坛为家II

---

回复　支持　反对　　　　　　　　　　　　　　　　　　　　举报



**ykong124**　楼主 | 发表于 2015-7-23 11:15:38　| 只看该作者　　　　8#

本帖最后由 ykong124 于 2015-7-23 11:24 编辑

> brightlook 发表于 2015-7-23 10:36
> TVPAD4可移动APP位置，选中APP按遥控上的MENU键就可以了。支持置顶、置底以及自由移动

非常感謝！

對TvPad另外一個提議，如果可以把User's Manual 放在官方網站上讓用戶隨時參考是不是更好？要不然如果隱藏功能再多，如果多數客戶都不知道，或者用了幾個月甚至更久的時間才發現這些功能，是不是很可惜？

○ 点评

TA的每日心情

奋斗
昨天 00:46

签到天数: 88 天
[LV.6]常住居民II

　　　brightlook　　确实是，需要改进的地方还很多，论坛之前有做过一个建议的操作指引，不过应该还是略显简陋，后续会慢慢着手改进。谢谢支持！http://www.tvpadfans.com/thread-372858-1-1.html 详情 回复 发表于 4 天前

---

回复　支持　反对　　　　　　　　　　　　　　　　　　　　举报



**Jack3000**　发表于 2015-7-23 11:35:35　| 只看该作者　　　　9#

I am quite happy with my new TVPad4 which is a lot faster than my old TVPad-1 v3.26.

The one thing that I am very unhappy is the lack of Japanese NIJI and Kprean KSS apps.

Can TVPad do something about this?

该用户从未签到

---

回复　支持　反对　　　　　　　　　　　　　　　　　　　　举报



**admin**　发表于 2015-7-23 16:14:14　| 只看该作者　　　　10#

写得非常好，言辞恳切，加精鼓励！

TA的每日心情

开心
2015-2-3
15:09



签到天数: 109 天

[LV.6]常住居民II

回复　　支持　　反对　　　　　　　　　　　　　　　　　　　　举报

下 一 页　»

返回列表　　1　　2　　⎡　⎤ / 2 页　　下一页



高级模式

您需要登录后才可以回帖 登录 | 立即注册

用QQ帐号登录

发表回复　　☐ 回帖后跳转到最后一页　　　　　　　　　　本版积分规则

站长统计



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: August 18, 2015

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- 希望TvPad 不要讓客戶失望 - TVpad交流区 - TVpad Fans - Powered by Discuz!

Belinda Lai, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."


Signature of Belinda Lai

Please input search content    Posts                                              Log-in | Register

Tvpad Fans  Portal | BBS | TVpad products | Fans area | Administrator's area | Buy Tvpad | Tvpad investment

Forum | TVpad Area | TVpad Discussion Area | I hope that TvPad will not let its customers down

Back to list        1        2        Page 1/2        Next page

| | |
|---|---|
| Views: 1053 \| Replies: 12 <br><br> TA's daily mood <br> Diligent <br> Yesterday 00:46 <br> Number of days signed in: 88 days <br> [LV.6] <br> Permanent resident II | [Product experience] I hope that TvPad will not let its customers down [Copy link] <br> ykong124  wrote at 2015-7-22 23:37:18  \|  Only view posts by this author   Original poster \| Go to <br> Last edited by ykong124 2015-7-23 00:22 <br> I received my TvPad 4 more than two weeks ago. Earlier, at this discussion group, I posted, "I hope that TvPad will not let its customers down." Admin recommended that I write a review to compare how the old and new models differ. I thought this was a good idea, and I wanted to talk about my personal feelings about TvPad and how it contrasts to other brands. So I've used the same title. |

<div style="border:1px solid; padding:8px;">

About 4-5 years ago, I bought the first generation TvPad. At the time, I bought it because TvPad was the only thing I could use to watch live broadcasts of Hong Kong programs without paying a monthly fee. Before buying TvPad, I paid a monthly fee of $39.99 (US dollars, same for the rest of the post) to watch Hong Kong Jade Channel. Even though I paid a fee, I could only see 3 channels, and they were TVB USA programs. Most programs were out of date other than the news.

After buying the first generation TvPad, I was really pleased. Even though playback often lagged, I already felt it was really worth it, which made me a fan of TvPad. I told many of my friends to buy this set-top box. Most of them were also satisfied.

Since recently TvPad announced that they would no longer support the old models, so people needed to replace their systems, I bought TvPad4. However, because of temporary technical problems of TvPad, sometimes playback lagged, and I wanted to compare another brand to see which advantages the TvPad had, so I bought a model from a different brand so they could supplement each other and so I could compare the functions of the two brands.

On the whole, compared with the first generation TvPad, the new generation has indeed made a lot of improvements. For example, a lot of channels have high resolution versions, the speed in changing channels is relatively fast, and playback of the Cantonese channels is smooth (not including the recent lag problems, which I hope and believe will soon be resolved). But I also want to discuss comparison with other models (since I have not tested it for very long, I am not very familiar with some functions, so some comparisons are not comprehensive or even correct):

1.  Cantonese live broadcast: (The main reason I bought TvPad was so that my family members can watch live Cantonese broadcast)

Clarity: same for the two brands

   Both models had high definition channels, and the numbers of channels were similar. The other brand has live HKTV broadcast but TvPad does not, but both models have HkTV on demand. (I feel like TvPad high definition is relatively worse than the high definition of the other brand, but I don't know if this is because of my settings)

Smooth streaming: TvPad is better

   TvPad provides relatively smooth streaming (not including the frequent recent lags. Since I have been using TvPad for many years, I am more confident, so I believe that the problem should be resolved soon).

The other model is usually smooth as well, but some channels (like J2 or news channels) get stuck after 30-60 minutes of play. If I immediately go back and then forward, it will continue play, but the image would be from ten or twenty seconds ago. I feel like maybe it's because server upload speed cannot keep up with the playback speed.

Channel change speed: similar

The average channel change speed for TvPad is about 3-4 seconds, and the channel change speed for the other brand is slightly faster, around 2-3 seconds, but I think both are acceptable, and the difference of less than one second is also acceptable.

Domestic live broadcast: similar

On-demand: Each has its own strengths (TvPad is better for Cantonese on-demand, but the other brand has better domestic on-demand)

   TvPad is better for Cantonese on-demand, and is also more comprehensive. However, the other brand has more domestic programs, and the smoothness of playback for domestic programming is better than TvPad. Note: since the other brand can be directly downloaded from google play, I also tried to download some Cantonese on-demand apps to make up for some programs that I could only see on TvPad, but the downloaded app had worse clarity and smoothness compared to TvPad. (I did not spend a lot of time searching in the store, so maybe some apps have better clarity and smoothness that I don't know about)

Desktop design:

   TvPad: My setting right now is that each page has 9 apps, and each app has a fixed position and cannot be moved around freely. (If it's necessary to move them, all apps have to be removed and then reinstalled in order, which takes more time). I don't know if there is a function to freely move apps, but at least by now I have not discovered the function to move apps.

   The other brand has "My Desktop," with the advantage that you can choose the most frequently used 12 channels. However, the con is that on the right side of "My Desktop" there is a very large advertisement image that cannot be removed or changed. I am very annoyed by this.

   Mouse controls: both models support mouse controls, but a lot of TvPad functions cannot be controlled by mouse; for instance, the mouse cannot be used to open the menu for channel selection. For the other brand, the mouse can be used to control almost all functions.

</div>

Price: At the dealer store near where I live (in the Boston area, North America), the price of a TvPad is $250.00, while the price of another brand is $220.00. If a TvPad has to be replaced after three years of use, and the other brand does not require a replacement, then I assume that I can use it for 5-6 years (maybe longer), then the average cost of a TvPad per year is $83.33, and the average annual price of the other brand would be $40.00 per year (assuming that I can use it for 5 and a half years)

Miscellaneous: If other than watching TV, the user wants to use the set-top box for other applications and programs, since the other brand only requires registration of a google account to directly download all apps from google play (I checked, most of the apps I have on my phone now can be compatible with and downloaded onto the set-top box), so it's more flexible than TvPad. However, personally I don't think this is very practical, since most people buy the box so that they can use it to watch Chinese television.

Summary: If customers want to use it to watch Hong Kong programs, I believe TvPad is still the best option. Even though it is more expensive, it has better clarity, smoothness, and reputation. However, I also want to mention that even though the new generation TvPad has added many other different functions (like games), many customers mainly buy TvPad so they can watch TV rather than play games or use other applications. Of course, it is fine for other applications to provide additional benefits, but if focus is placed on this and television playback problems are overlooked (for instance, there have been a lot of lags in playback in the last one or two weeks, and this problem has not been resolved in a timely fashion), then the strength of other functions is irrelevant.

Five year ago, TvPad was the only set-top box on the market that could be used for Cantonese live broadcasts + on-demand, and that was economical (without paying a monthly fee of around $40). But now, in the franchises near where I live, there are set-top boxes of 4 different brands. Even though TvPad is still the best, because it is more expensive, and it is undeniable that the set-top boxes of other brands have made considerable improvements in terms of quality. If TvPad does not continue to work hard, it may lose its current leadership position in the near future. I sincerely hope that TvPad can continuously improve its product, take into account its customer opinions, and maintain its leading position in the market.

Jade Channel, admin, Hong Kong, friends, and also

This thread was added by admin at 2015-7-23 16:13 into the list of best posts
Share to:  QQ friends and group   QQ space   Tencent Weibo   Tencent friends

Archive | Share | Support | Oppose

Related posts
• Help,,,HD Jade Channel will not download • Complete TVpad4 usage handbook: Compilation of techniques (updated as of 20150422)
• The heavy-duty Cantonese drama in May is HKTV's *Beyond the Rainbow*!   • Are live broadcast channels dead?
• Special summer promotion for TVpad, $120 off with a friend! • Pretty and strong *Whirlwind Girl* has invaded BETV PLUS!

Reply                            Use tool          Report

| TA's daily mood Moody 4 hours ago Number of days signed in: 1014 days [LV.10] The Forum is home III | sextant340 wrote at 2015-7-22 23:57:10  │  Only view posts by this author       Sofa It will lose its leadership position in the near future. Reply │ Support │ Oppose                                    Report |
| --- | --- |
|  | hicuagain  wrote at 2015-7-23 00:08:06  │  Only view posts by this author       Bench |

| | |
|---|---|
| TA's daily mood<br>Happy<br>4 hours ago<br>Number of days<br>signed in: 1162 days<br>[LV.10] The Forum<br>is home III | Even though TvPad is still the best in the bunch, but because it is more expensive, and it is undeniable that the set-top boxes of other brands have made considerable improvements in terms of quality. If TvPad does not continue to work hard, it may lose its current leadership position in the near future. I sincerely hope that TvPad can continuously improve its product, take into account its customer opinions, and maintain its leading position in the market.<br><br>Reply \| Support \| Oppose                                    Report |
| TA's daily mood<br>Happy<br>20 minutes ago<br>Number of days<br>signed in: 1150 days<br>[LV.10] The Forum<br>is home III | summerlu wrote at 2015-7-23 03:44:30 \| Only view posts by this author              Floor<br>Good post.<br>Many leading enterprises fall by the wayside because they didn't plan ahead for the hard times.<br><br>Reply \| Support \| Oppose                                    Report |
| TA's daily mood<br>Happy<br>Yesterday 08:58<br>Number of days<br>signed in: 1044 days<br>[LV.10] The Forum<br>is home III | hksea wrote at 2015-7-23 05:32:50 \| Only view posts by this author<br><br>I agree. Other brands call often to promote their products, allow for free trials and free two-way shipping expenses. I have family and friends who have already purchased it. The best thing is that they can install apps downloaded from online, and they can avoid the trouble with the green- and grey-shirts. I also want to know the chip used in the latest TVPad4, so I can estimate its standard.<br>Reply \| Support \| Oppose                                    Report |
| TA's daily mood<br>Lazy<br>2015-2-28<br>11:43<br>Number of days<br>signed in: 3 days<br>[LV.2] Just looking<br>around I | nopurelove wrote at 2015-7-23 09:51:08 \| Only view posts by this author<br><br>This guy has a measured opinion that is not extreme. I hope that the TVpad company can take his opinions seriously and continue to provide better products for the users. |

| | Reply \| Support \| Oppose | Report |
|---|---|---|
| TA's daily mood<br>Fight hard<br>2015-4-15<br>13:36<br>Number of days<br>signed in: 388 days<br>[LV.9] The Forum is<br>home II | brightlook wrote at 2015-7-23 10:36:07 \| Only view posts by this author<br>This post was last edited by brightlook at 2015-7-23 10:37<br>TVPAD4 allows for free movement of app locations. Choose the app and press the MENU button on the remote control. It supports placement at the top, placement at the bottom, and free movement.<br><br>Reply \| Support \| Oppose | Report |
| TA's daily mood<br>Fight hard<br>Yesterday 00:46<br>Number of days<br>signed in: 88 days<br>[LV.6] Permanent<br>resident II | ykong124  original poster \| wrote at 2015-7-23 11:15:38 \| Only view posts by this author<br>This post was last edited by ykong124 at 2015-7-23 11:24<br>brightlook wrote at 2015-7-23 10:36<br>TVPAD4 allows for free movement of app locations. Choose the app and press the MENU button on the remote control. It supports placement at the top, placement at the bottom, and free movement.<br>Thank you very much!<br>Another recommendation for TvPad: wouldn't it be better to put the User's Manual on the official website so that users can refer to it at any time? Otherwise, wouldn't it be regrettable if there are too many hidden functions and most customers and most customers don't know them, or if it takes them several months or longer to discover these functions?<br>Comment<br><br>brightlook<br>Indeed, there are a lot of things that need improvement. Previously, the Forum made a recommended operational guide, but it is probably still very simple. It will be improved in the future. Thanks for your support! http://www.tvpadfans.com/thread-372858-1-1.html  Details \| Reply \| wrote 4 days ago<br>Reply \| Support \| Oppose | Report |
| The user is not<br>logged in | Jack3000 wrote at 2015-7-23 11:35:35 \| Only view posts by this author<br>I am quite happy with my new TVPad4 which is a lot faster than my old TVPad-1 v3.26.<br><br>The one thing that I am very unhappy is the lack of Japanese NIJI and Kprean KSS apps.<br><br>Can TVPad do something about this?<br>Reply \| Support \| Oppose | Report |
| TA's daily mood<br>Happy<br>2015-2-3<br>15:09 | admin  wrote at 2015-7-23 16:14:14 \| Only view posts by this author<br>Very well-written, sincere rhetoric, added to list of best posts as encouragement! | |

| Number of days signed in: 109 days [LV.6] Permanent resident II | Reply \| Support \| Oppose                          Report |
|---|---|

Next page

Return to list        1        1        Page 1/2        Next page

Deluxe model

You need to log in before you can reply   Log-in | Register now        Register using QQ account

Send reply   Jump to last page after reply                                Scoring rules on this board

Site administrator statistics

**EXHIBIT 55**

| Subject: | slau1014 You have Been Successfully Placed |
| From: | TVpad商城 (system2@itvpad.com) |
| To: | slau1014@yahoo.com; |
| Date: | Wednesday, December 31, 1969 7:00 PM |

Dear slau1014：

We have received you order  (Order No.: C022014120502171250801 ) in  2014-12-05 02:17:12, please make payment as soon as possible so that we can arrange shipment in time. We will deal with the order  shipment once we receive the payment .

If you have any problem in payment, please  click here

Best regards.

Please do not reply to this email as we are unable to respond to messages sent to this address. Please click here to find help for On-line Service. Thanks.

All Overseas Chinese Watch Live TV with TVpad.

TVpad Customer Service Center


2014-12-05 02:17:12

EXHIBIT 55

| Subject: | Your Order (Order No.:C022014120502171250801) Have Been Succes |
|---|---|
| From: | TVpad商城 (system9@itvpad.com) |
| To: | slau1014@yahoo.com; |
| Date: | Wednesday, December 31, 1969 7:00 PM |

Dear Shuk Lau

   We have received you payment of USD279.0of the order (Order No.:C022014120502171250801) by paydollar支付. We will ship the order in 48 hours from Shenzhen , Guangdong China.

   Best regards.

   Please do not reply to this email as we are unable to respond to messages sent to this address. Please click here to find help for On-line Service. Thanks.

   All Overseas Chinese Watch Live TV with TVpad.

   TVpad Customer Service Center
   2014-12-05 02:20

| | |
|---|---|
| Subject: | TVpad service center--Order Confirmation |
| From: | enservice (enservice@tvpad.hk) |
| To: | slau1014@yahoo.com; |
| Date: | Thursday, December 4, 2014 8:46 PM |

Dear Shuk Lau,
This is TVpad service center.
We have checked that you order 1 set of Tvpad4  on our website and I am writing to confirm your shipping address so that we could deliver as soon as possible. Would you please reply with your shipping address and phone number and so we could deliver? Please note that you can not watch Japanese and Korean programs by this version of TVpad4.
Please let us know! Thanks for your support!
Have a nice day!

Should you have any further queries, please feel free to reply to this email address.

Best Regards
Jane Huang

TVPAD Customer Service Center

on line service(24hours)http://www8.53kf.com/webCompany.php?arg=lulucute&style=1

customer service hotline:+852-21349920

| Subject: | Re: Re: TVpad service center--Order Confirmation |
|----------|--------------------------------------------------|
| From:    | enservice (enservice@tvpad.hk)                   |
| To:      | slau1014@yahoo.com;                              |
| Date:    | Monday, December 8, 2014 2:55 AM                 |

Dear  Shuk Lau ,
Thank you for your reply. We will deliver within 2 business days , and it will take 3 to 5 days to reach
US.
Have a nice day!

Should you have any further queries, please feel free to reply to this email address.

Best Regards
Jane Huang

TVPAD Customer Service Center

on line service(24hours)http://www8.53kf.com/webCompany.php?arg=lulucute&style=1

customer service hotline:+852-21349920

From: Shuk Lau
Date: 2014-12-06 05:27
To: enservice
Subject: Re: TVpad service center--Order Confirmation

Shipping addresss is          REDACTED              West Hills, CA 91307
Telephone number REDACTED

From: enservice <enservice@tvpad.hk>
To: slau1014 <slau1014@yahoo.com>
Sent: Thursday, December 4, 2014 8:46 PM
Subject: TVpad service center--Order Confirmation

Dear Shuk Lau,
This is TVpad service center.
We have checked that you order 1 set of Tvpad4  on our website and I am writing to confirm
your shipping address so that we could deliver as soon as possible. Would you please reply
with your shipping address and phone number and so we could deliver? Please note that you
can not watch Japanese and Korean programs by this version of TVpad4.
Please let us know! Thanks for your support!
Have a nice day!

Should you have any further queries, please feel free to reply to this email address.

Best Regards
Jane Huang

TVPAD Customer Service Center

on line service(24hours)http://www8.53kf.com/webCompany.php?arg=lulucute&style=1

customer service hotline:+852-21349920

**EXHIBIT 56**



Copyright © 2007-2015 创通科技 香港 有限公司 CREATE NEW TECHNOLOGY (HK) LIMITED All Rights Reserved

EXHIBIT 56