CARLA A. McCAULEY (State Bar No. 223910)
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>            Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 5 OF 5**<br><br>[[Proposed] Order; Motion For Default Judgment; Application To Seal concurrently submitted]<br><br>Date: November 23, 2015<br>Time: 10:00 a.m.<br>Courtroom: 780<br>Judge:       Hon. Margaret M. Morrow<br>Complaint Filed: March 13, 2015 |

# INDEX

## VOLUME 5

Exhibit 57

Exhibit 58

Exhibit 59

Exhibit 60

Exhibit 61

Exhibit 62

Exhibit 63

Exhibit 64

Exhibit 65

Exhibit 66

Exhibit 67

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

COMPENDIUM OF EVIDENCE
DWT 27833804v1 0094038-000021

**EXHIBIT 57**



Login │ Register        0


[中文版]



Home        Store        TVpad4 GCN        TVpad4 CN        Investment        TVpad News

🏠 Home-->**Product Details**

**Store Info**

Name : **TVpad Mall**



正品保障   7天包退   一年保修

**Products&Accessories**

**TVpad**

Special Offer—TVpad4 CN

Special Offer—TVpad4 GCN

TVpad4 GCN Edition Package for

TVpad4 GCN Edition Package for

**Accessories**



**Special Offer—TVpad4 CN Edition (I
Streaming Player**

Price :  USD 199.00  <u>View Reference Currency</u>

Shipping Cost :  Free shipping   ( excluding remote areas )
<u>Check Shipping Zones</u>

Service : **TVpad Mall** will ship the goods and offer after service to
you.

Quan ity :  [ - ]  [ 1 ]  [ + ]

Tips : Customers shall bear any duties generated by
overseas shopping.

Product details        Specification        Packing        Comments ( 17 )

### Special Offer
**(Instructions:** The Chinese New Year promotion is not applicable to the TVpad4 CN edition that
is paid with our $100 promotion coupon from Jan 21, 2015 to Feb 15, 2015)



TVpad4 GCN Edition  $299  Buy Now

① Tons of Programs
  GCN edition packs massive contents from mainland China, Taiwan and HK

② Exclusive apps
  Exclusive mandarin and Cantonese contents and massive third party apps

③ Massive programs

EXHIBIT 57

Hundreds of live, time-shifting, playback programs from mainland China, Taiwan and HK.

TVpad4 CN Edition  $199  **Buy Now**

① Cost-effective
CN edition is tailored for mandarin-speaking overseas Chinese

② Tons of exclusive apps
Exclusive mandarin contents and massive third party apps

③ Fantastic contents
Over dozens of live channelsand 10 thousands of hit VODs, films and entertainments



1. TVpad has received praises from millions of oversea users for 5 years, newly launched its cost-effective —TVpad4 CN edition.



2. Can't understand English or Cantonese contents? Only wanna enjoy mandarin programs?
        —TVpad4 (CN), most preferred one for mandarin-speaking overseas Chinese.





3. Wanna get rid of  VPN and enjoy mandarin contents?
   —TVpad4 (CN), most reasonable one for mandarin-speaking users.



4. 24/7customer support available via hotline, online help and email !



5. TVpad Mall support third party platform payments, like Alipay, Visa, Master and

Paydollar.

**Famous Payment Platforms Secure Your Account!**

   

6. Multiple international logistics like DHL, UPS and TNT are available. Deliver your global packages within 2-5 days!





Recommended

TVpad4 GCN Edi ion Package
for 3 Sets —Special Offer
Price : USD 859.0

| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
| --- | --- | --- | --- | --- | --- |
| Shopping Guide | Shipping Range | Credit Card | Commitment | Company Profile | |
| My Order | Logis ics | Alipay | App Installation | Statement | **(00852)2134-9910** |
| FAQ | About Tariffs | Security | About Return | Contact Us | |
| App Publishing | About Receipt | | Check Warranty | Media Support | |

Copyright © 2007-2015 啟創科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) L MITED）All Rights Reserved



Login ｜ Register        0


[中文版]



Home     Store     TVpad4 GCN     TVpad4 CN     Investment     TVpad News

🏠 Home-->**Product Details**

### Store Info

Name : **TVpad Mall**

正品保障   7天包退   一年保修

### Products&Accessories

**TVpad**

Special Offer—TVpad4 CN

Special Offer—TVpad4 GCN

TVpad4 GCN Edition Package for

TVpad4 GCN Edition Package for

**Accessories**



   

**Special Offer—TVpad4 GCN Edition M418) Streaming Player**

Price : **USD 299.00** <u>View Reference Currency</u>

Shipping Cost : Free shipping   ( excluding remote areas )
<u>Check Shipping Zones</u>

Service : **TVpad Mall** will ship the goods and offer after service to
you.

Quanity :  –  1  +

Tips : Customers shall bear any duties generated by
overseas shopping.

---

**Product details**    Specification    Packing        FAQ        Comments ( 175 )

### Special Offer



TVpad4 GCN Edition  $299  **Buy Now**

① Tons of Programs
   GCN edition packs massive programs from mainland China, Taiwan and HK

② Exclusive apps
   Exclusive mandarin and Cantonese contents and massive third party apps

③ Massive programs
   Hundreds of live, time-shifting, playback programs from mainland China, Taiwan and HK.

TVpad4 CN Edition  $199  **Buy Now**

① Cost-effective
   CN edition is tailored for mandarin-speaking overseas Chinese

② Tons of exclusive apps
   Exclusive mandarin programs and massive third party apps

③ Fantastic contents
   Over dozens of live channelsand 10 thousands of hit VODs, films and entertainments

TVpad4 INT Edition  Coming soon...



# What's TVpad4?

TVpad4 is a smart streaming player running on customized Android system, on which massive 3rd party apps are ready for your download. Just connect TVpad4 to your network and TV set, and you are free to enjoy tons of entertainment and video contents. From TVpad1 to TVpad4, we have been always focusing on the overseas market, making TVpad products the best streaming player for overseas Chinese.



# Updated contents? Licensed apps? Or Latest news?

## Yes! We all have!

TVpad4 has introduced and cooperated with thousands of excellent content providers which include Wasu, ready to offer you a worry-free environment to enjoy tons of movies, sports, entertainments, news and more fantastic copyrighted contents.



# Low picture quality? Get stuck often? And get your eye hurt?

## Say NO!!

Upgraded hardware, quad-core CPU and H.265* standard make TVpad4 stronger and more stable than ever. Faster loading speed and excellent visual display lead you into an amazing high definition visual world.
*TVpad4 is the world's first streaming player that takes the H.265 (HEVC) standard. With the technology, you can enjoy the same image quality with 50% less bandwidth than before.



# Is it easy to get started?
## Yes! Always!

Connect it to your TV set and network, and it's that simple! And easy operation and fast response of TVpad remote makes things easier for you, even for kid and grandma.



# Is it safe to purchase in TVpad Mall?

We have cooperated with the world well-known 3rd party payment platform, providing you with a safe and secure purchasing environment. Learn more






# How to get customer service support?

Please feel free to contact our Online help or call us at (00852)2134-9910, we will provide 24/7 intimate service for you.

Recommended





TVpad4 GCN Edition Package
for 3 Sets —Special Offer
Price：USD 859.0

Help Center
Shopping Guide
My Order
FAQ
App Publishing

Shipping
Shipping Range
Logis ics
About Tariffs
About Receipt

Payment
Credit Card
Alipay
Security

After-sale Service
Commitment
App Installation
About Return
Check Warranty

About Us
Company Profile
Statement
Contact Us
Media Support

Contact Us

(00852)2134-9910

Copyright © 2007-2015 啟創科技（香港）有限公司（CREATE NEW TECHNOLOGY (HK) L MITED）All Rights Reserved

**EXHIBIT 58**

Login | Register 

   [中文版]



Home    Store    **TVpad4**    TVpad News



EXHIBIT 58



STABLE

This's What Make TVpad the Best.

16
security mechanism,
powerful backing support

30000+
hours testing,
24-hour security service,
and mature emergence
response mechanism

500
technicians,
5-year technologies
accumulation,
and well-secured app

Buy Now

Stable





# Rich Contents,Find Everything You Love on TVpad4

Cooperated with tens of excellent app providers worldwide, TVpad offers you massive customized apps, making it possible for you to enjoy live shows, VOD, time-shifting, and more Chinese contents abroad.The latest 1080P movies, TV dramas from Chinese mainland/HK/Taiwan/USA/Japan/South Korea or the sports shows you just missed are all on TVpad4.

Sports | VOD | 12-hour time-shifting | 72-hour playback

Born for overseas Chinese

Buy Now

Content▶



Buy Now

Operation ▶

## Simple Operation, Just Plug and Play

Say NO to firewall and IP restriction, just 2 steps to get TVpad4 started!
User-friendly OS and fast response make it much easier to search and watch shows.
You can control TVpad4 by TVpad remote, your iPhone, iPad or other OS mobiles.

Step 1: Plug in power

Step 2: Start up



Intimate Services, Far More Convenient

24/7

hotline
customer service

Seamless

online help on
TVpad Mall

Numerous
outlets

cover in more than 200
cities in over
40 countries

One-stop
Services

make your purchase
infinitely convenient



## Installation

Follow the above steps to install TVpad4:



# Specifications

## Basic

| Device Name | TVpad4 |
| --- | --- |
| Model | M418 |

## Ports & Interfaces

| Video Output | HDMI/AV |
| --- | --- |
| USB Port | USB2.0 port ×1 |
| Memory Card | TF card slot ×1 |
| Ethernet Port | Ethernet port×1/Built-in Wi-Fi |
| Power Port | Input: DC5V, 2A |

## Software

| System Language | Multi-language (简体中文/繁體中文/English/日本語/한국어) |
| --- | --- |

## Certification

| Certified by | CE, C-TICK, FCC, IC, RoHS, HDMI |
| --- | --- |

## Specifications

| Network | Bandwidth≥2M/span> |
| --- | --- |
| L*W*H | TVpad device: 100*100*21mm Package: 149*149*82mm |
| Weight | N.W.: 135g; G.W.: 620g |
| CPU | quad-core |
| CPU Frequency | 1.4G |
| FLASH (built-in memory) | 4G |
| RAM | 1G |
| Power | Working power ＜ 5W; Standby power ＜ 0.5W |

## Audio/Video

| Video Decorder | MPEG1/2/4, H.263, Xvid, WMV9,H.264, VC-1, H.265, etc. |
| --- | --- |
| Video Format | AVI、MKV、WMV、MPG、VOB、MP4、ASF、TS、MOV 等 |
| Audio Decorder | MP3、WMA、OGG、WAV、AAC、PCM、AC3、M4A等 |

Specifications 


Help Center    Shipping    Payment    After-sale Service    About Us    Contact Us



Login | Register

Home    Store    TVpad4    TVpad News

Home-->Product Details

### Store Info

Name  TVpad Mall

正品保障    7天包退    一年保修

### Products&Accessories

TVpad

TVpad4 (Model M418) Streaming

TVpad4 (Model M418) Package

TVpad4 (Model M418) Package

Accessories



**TVpad4 (Model M418) Streaming Player**

Price   **USD 299.00**   View Reference Currency

Shipping Cost    Free shipping    excluding remote areas

Check Shipping Zones

Service    TVpad Mall will ship the goods and offer after service to you.

Quantity    -    +

> Buy Now      + Add to Cart

Tips   Customers shall bear any duties generated by overseas shopping.



| Product details | Specification | Packing | FAQ | Comments 271 |



## What's TVpad4?

TVpad4 is a smart streaming player running on customized Android system, on which massive 3rd party apps are ready for your download. Just connect TVpad4 to your network and TV set, and you are free to enjoy tons of entertainment and video contents. From TVpad1 to TVpad4, we have been always focusing on the overseas market, making TVpad products the best streaming player for overseas Chinese.



## Updated contents? Licensed apps? Or Latest news?
## Yes! We all have!

TVpad4 has introduced and cooperated with thousands of excellent content providers which include Wasu, ready to offer you a worry-free environment to enjoy tons of movies, sports, entertainments, news and more fantastic copyrighted contents.



## Low picture quality? Get stuck often? And get your eye hurt?
## Say NO!!

Upgraded hardware, quad-core CPU and H.265* standard make TVpad4 stronger and more stable than ever. Faster loading speed and excellent visual display lead you into an amazing high definition visual world.

*TVpad4 is the world's first streaming player that takes the H.265 (HEVC) standard. With the technology, you can enjoy the same image quality with 50% less bandwidth than before.



## Is it easy to get started?
## Yes! Always!

Connect it to your TV set and network, and it's that simple! And easy operation and fast response of TVpad remote makes things easier for you, even for kid and grandma.



## Is it safe to purchase in TVpad Mall?

We have cooperated with the world well-known 3rd party payment platform, providing you with a safe and secure purchasing environment. Learn more

   

## How to get customer service support?

Please feel free to contact our Online help or call us at (00852)2134-9910, we will provide 24/7 intimate service for you.

**Recommended**



TVpad4 (Model M418) Package for 2 Sets
Price   USD 579.0

TVpad4 (Model M418) Package for 3 Sets
Price   USD 859.0

TVpad4 (Model M418) Package for 2 Sets
Price   USD 579.0

TVpad4 (Model M418) Package for 3 Sets
Price   USD 859.0

**Help Center**

Shopping Guide

My Order

FAQ

App Publishing

**Shipping**

Shipping Range

Logistics

About Tariffs

About Receipt

**Payment**

Credit Card

Alipay

Security

**After-sale Service**

Commitment

App Installation

About Return

Check Warranty

**About Us**

Brand Introduction

Statement

Contact Us

Media Support

**Contact Us**

86-755-86089507

(00852)2134-9910

Global Service Center

Copyright © 2007-2015 mtvpad.com All Rights Reserved

CHZZ

**EXHIBIT 59**

**Payment Result**

**Your payment transaction is completed**

| | |
|---|---|
| **Merchant :** | Yukun Technology (Hong Kong) Co., Limited |
| **Amount :** | USD 249.00 |
| **Payment method :** | VISA *(Verified by VISA)* |
| **Card Number :** | \*\*\*\* - \*\*\*\* - \*\*\*\* - 8061 |
| **Expiry Date (mm/yyyy) :** | \*\* / \*\*\*\* |
| **Name as shown on credit card :** | Clara A Ho |
| **Merchant Reference No. :** | T022015072819295850684 |
| **Transaction IP :** | 69.171.20.94 |
| **Payment Reference No. :** | 000057974443 |

Note: This transaction will be recorded in
your bank / credit card account statement
as with merchant name " YUKUN TECHNOLOGY (HONG KONG) CO., LIMITED "

Please contact your merchant " Yukun Technology (Hong Kong) Co., Limited " for any order and delivery
queries.

Continue    Print

PayDollar Payment Service 

Copyright © 2015 AsiaPay Limited. All rights reserved.

EXHIBIT 59

# Transaction Details

Description:               YUKUN TECH (HK) CO., LTD

Transaction Date:          7/28/2015

Posted Date:               7/29/2015

Amount:                    $249.00

Category:                  Merchandise

Details:                   Electronics



Home        Store

### User Center

**Order Center**

My Order

My Cart

My Reviews

**Account Center**

Account Info

Account Security

Account Balance

My coupons

My Prizes

Transactions

Shipping Address

**Seller：** **TVpad中文店铺**  **Current Status：** Paid, Delivered

| | | | |
|---|---|---|---|
| **Order No.：** | B012015072909465526417 | **Time of Order：** | |
| **Amount：** | USD 249.0 | **Payment：** | |
| **Full Name：** | Clara Ho | **Email：** | |
| **Mobile No.：** | REDACTED | **Phone No.：** | REDACTED |
| **Zip：** | | | |
| **Billing Address：** | REDACTED | | Studio City California |
| **Other requirements：** | 客户输入收货地址错误，故重新手工提单，原华扬订单：T02201507281929585<br>第三方支付订单号：57974443,实收款：USD 24 | | |

**Logistics Details**(View Logistics status)

| | | | |
|---|---|---|---|
| **Express Company：** | 华源达货代DHL | **Tracking No.：** | 客 |
| **Delivery time：** | 2015-07-31 15:33:08.0 | **Remark：** | 单<br>付<br>单 |

| Item Name | Price | Quantity |
|---|---|---|
|  TVpad4（型號M418）高清… | USD299.0 | 1 |

Total：U

Ar

Back







**Help Center**        **Shipping**        **Payment**        **After-sale Service**        **About Us**        Cont

Shopping Guide        Shipping Range        Credit Card        Commitment        Brand Introduction

| My Order | Logistics | Alipay | App Installation | Statement |
| FAQ | About Tariffs | Security | About Return | Contact Us |
| App Publishing | About Receipt | | Check Warranty | Media Support |

Copyright © 2007-2015 mtvpad.com All Rights Reserved

CH22



Home          Store

**User Center**

**Order Center**

My Order

My Cart

My Reviews

**Account Center**

Account Info

Account Security

Account Balance

My coupons

My Prizes

Transactions

Shipping Address





**Seller :** TVpad Mall  **Current Status :**  Paid, Await delivery

| Order No. : | T022015072819295850684 | Time of Order : |
| Amount : | USD 249.0 | Payment : |
| Full Name : | Clara Ho | Email : |
| Mobile No. : | **REDACTED** | Phone No. : |
| Zip : | **REDACTED** | |
| Billing Address : | **REDACTED** San Mateo California USA | |
| Other requirements : | my shipping address is different 我的送货地址是？ | |

| Item Name | Price | Quantity |
|---|---|---|
| TVpad4 (Model M418) Strea… | **USD249.0** | 1 |

Total : U

Ar

**Back**





**Help Center**          **Shipping**

Shopping Guide          Shipping Range

My Order          Logistics

FAQ          About Tariffs



App Publishing          About Receipt

**Payment**              **After-sale Service**      **About Us**               **Cont**
Credit Card              Commitment                  Brand Introduction
Alipay                   App Installation            Statement
Security                 About Return                Contact Us
                         Check Warranty              Media Support

Copyright © 2007-2015 mtvpad.com All Rights Reserved

**EXHIBIT 60**

| Subject: | [Club TVpad] Order Received |
| --- | --- |
| From: | [Club TVpad Orders] (orders@clubtvpad.com) |
| To: | slau1014@yahoo.com; |
| Date: | Sunday, October 26, 2014 4:13 PM |

# Order Received

Thank you, we are now processing your order. Your order's details are below.

# Order: #1819

| Product | Quantity | Price |
| --- | --- | --- |
| TVpad3 M358 (#TVpad3) | 1 | $259 |
| **Cart Subtotal:** | | $259 |
| **Cart Discount:** | | -$40 |
| **Shipping:** | | Free Shipping |
| **Tax (9%)** | | $19.71 |
| **Order Total:** | | $238.71 |

# Order information

**Note:** I spoke to Bennett Wong on 10/26/14. He said that since I am ordering TVpad from NY and shipping it to CA, I do not need to pay taxes on it.

**Coupons:** clubtvpad326

# Customer details

**Email:** slau1014@yahoo.com

EXHIBIT 60

**Tel:** <span style="color:red">REDACTED</span>

# Billing address

Shuk Lau
<span style="color:red">REDACTED</span>
West Hills, California 91307

# Shipping address

Shuk Lau
<span style="color:red">REDACTED</span>
West Hills, California 91307

Club TVpad

**EXHIBIT 61**

| Subject: | TV Pad Store: Order Confirmation For Order # TVP-14061053 |
|---|---|
| From: | TVpad. com Authorized Store (support@tvpad.com) |
| To: | shuklau555@yahoo.com; |
| Date: | Monday, June 2, 2014 11:33 PM |



# Hello, Shuk Lau

Thank you for your order from TV Pad Store. We appreciate your business! Once your package ships we will send an email with a link to track your order.

You can check the status of your order by logging into your account. If you have any questions about your order please contact us at support@tvpad.com

Your order confirmation is below. Thank you again for your business.

## Your Order #TVP-14061053 (placed on June 2, 2014 10:33:16 PM CDT)

**Billing Information:**

Shuk Lau
REDACTED

New York, New York, 10002
United States
T: REDACTED

**Payment Method:**

**Credit Card (Secure)**

### Credit Card Type:
Visa
### Credit Card Number:
xxxx-2340

**Shipping Information:**

Shuk Lau
REDACTED

New York, New York, 10001
United States
T: REDACTED

**Shipping Method:**

FREE SHIPPING (3-5 Business Days ) - Best Carrier ( DHL, USPS, FedEx, or UPS )

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| **TVpad 3 M358 - 1 Year Standard Warranty - Smart TV Streaming Media Player** | TVPAD-004 | 1 | $259.00 |
| **FREE - FREE 8GB USB Drive ( With Preloaded Apps) Holiday Promotion** | HGIFT2 | 1 | $0.00 |

EXHIBIT 61

| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| | | Subtotal | $259.00 |
| | | Shipping & Handling | $0.00 |
| | Discount (FIFA2014 Gift Voucher, Free Gifts Promotion, Store Credit Gift Voucher) | | -$20.00 |
| | | **Grand Total** | **$239.00** |

Thank you, **TV Pad Store**

| Subject: | TV Pad Store: Order Confirmation For Order # TVP-14101205 |
| --- | --- |
| From: | TVpad. com Authorized Store (support@tvpad.com) |
| To: | slau1014@yahoo.com; |
| Date: | Friday, October 17, 2014 6:11 PM |



# Hello, Shuk Lau

Thank you for your order from TV Pad Store. We appreciate your business! Once your package ships we will send an email with a link to track your order.

You can check the status of your order by logging into your account. If you have any questions about your order please contact us at support@tvpad.com

Your order confirmation is below. Thank you again for your business.

## Your Order #TVP-14101205 (placed on October 17, 2014 5:11:40 PM CDT)

**Billing Information:**

Shuk Lau
REDACTED

West Hills, California, 91307
United States
T: REDACTED

**Payment Method:**

Credit Card (Secure)

### Credit Card Type:
Visa
### Credit Card Number:
xxxx-1214

**Shipping Information:**

Shuk Lau
REDACTED

West Hills, California, 91307
United States
T: REDACTED

**Shipping Method:**

FREE SHIPPING (3-5 Business Days ) - Best Carrier ( DHL, USPS, FedEx, or UPS )

| Item | Sku | Qty | Subtotal |
| --- | --- | --- | --- |
| **TVpad 3 M358 - 1 Year Standard Warranty - Smart TV Streaming Media Player** | TVPAD-004 | 1 | $259.00 |
| **FREE - FREE 8GB USB Drive ( With Preloaded Apps) Promotion** | HGIFT2 | 1 | $0.00 |

| | |
|---|---:|
| Subtotal | $259.00 |
| Shipping & Handling | $0.00 |
| Discount (Free Gifts Promotion, OCT20, Store Credit Gift Voucher) | -$20.00 |
| **Grand Total** | **$239.00** |

Thank you, **TV Pad Store**

**EXHIBIT 62**

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85905065**
**Filing Date: 04/16/2013**

*NOTE: Data fields with the* * *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [TVPAD](TVPAD) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TVPAD |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Create New Technology (HK) Limited |
| INTERNAL ADDRESS | Unit 04, 7/F, Bright Way Tower |
| *STREET | No. 33, Mong Kok Road |
| *CITY | Kowloon |
| *COUNTRY | Hong Kong |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Hong Kong |

EXHIBIT 62

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **\*INTERNATIONAL CLASS** | 009 |
| **\*IDENTIFICATION** | Apparatus for transmission of communication; Audio-video receivers; Computer monitors; Computer software for **use in database management, use as a spreadsheet, and word processing**; Data processing apparatus; Data processors; Electric relays; Electronic and optical communications instruments and components, namely, optical receivers; Electronic and optical communications instruments and components, namely, optical transceivers; Electronic and optical communications instruments and components, namely, optical transmitters; Optical cables; Radio transmitters; Set-top boxes; Telecommunications transmitters; Telephone apparatus; Telephone transmitters; Transmitters of electronic signals; TV monitors; Video monitors |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/30/2011 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 06/21/2011 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\859\050\85905065\xml1\ FTK0003.JPG |
| **SPECIMEN DESCRIPTION** | packaging |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| **\*TRANSLATION** (if applicable) | |
| **\*TRANSLITERATION** (if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | John Alumit |
| **FIRM NAME** | ALUMIT IP |

| | |
|---|---|
| **STREET** | 135 South Jackson Street, Suite 200 |
| **CITY** | Glendale |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 91205 |
| **PHONE** | 8182444861 |
| **EMAIL ADDRESS** | john@alumitip.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **\*NAME** | John Alumit |
| **FIRM NAME** | ALUMIT IP |
| **\*STREET** | 135 South Jackson Street, Suite 200 |
| **\*CITY** | Glendale |
| **\*STATE**<br>**(Required for U.S. applicants)** | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 91205 |
| **PHONE** | 8182444861 |
| **\*EMAIL ADDRESS** | john@alumitip.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| **\*TOTAL FEE PAID** | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **\* SIGNATURE** | /john alumit/ |
| **\* SIGNATORY'S NAME** | John Alumit |
| **\* SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 818 |
| **\* DATE SIGNED** | 04/15/2013 |

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85905065**
**Filing Date: 04/16/2013**

# To the Commissioner for Trademarks:

**MARK:** TVPAD (Standard Characters, see mark)
The literal element of the mark consists of TVPAD.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Create New Technology (HK) Limited, a limited company (ltd.) legally organized under the laws of Hong Kong, having an address of
    Unit 04, 7/F, Bright Way Tower,
    No. 33, Mong Kok Road
    Kowloon
    Hong Kong


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Apparatus for transmission of communication; Audio-video receivers; Computer monitors; Computer software for use in database management, use as a spreadsheet, and word processing; Data processing apparatus; Data processors; Electric relays; Electronic and optical communications instruments and components, namely, optical receivers; Electronic and optical communications instruments and components, namely, optical transceivers; Electronic and optical communications instruments and components, namely, optical transmitters; Optical cables; Radio transmitters; Set-top boxes; Telecommunications transmitters; Telephone apparatus; Telephone transmitters; Transmitters of electronic signals; TV monitors; Video monitors


In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/30/2011, and first used in commerce at least as early as 06/21/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) packaging.
Specimen File1

The applicant's current Attorney Information:
    John Alumit of ALUMIT IP
    135 South Jackson Street, Suite 200
    Glendale, California 91205
    United States

The applicant's current Correspondence Information:
    John Alumit
    ALUMIT IP
    135 South Jackson Street, Suite 200
    Glendale, California 91205
    8182444861(phone)
    john@alumitip.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /john alumit/   Date Signed: 04/15/2013
Signatory's Name: John Alumit
Signatory's Position: Attorney of record, California bar member


RAM Sale Number: 85905065
RAM Accounting Date: 04/16/2013

Serial Number: 85905065
Internet Transmission Date: Tue Apr 16 01:25:24 EDT 2013
TEAS Stamp: USPTO/FTK-75.85.23.87-201304160125245362
22-85905065-500479c1f948061511361743c534
ea4339e6d290f25c5def2e492fd0568bf3ba6c-C
C-8103-20130416005711315220

TVPAD



# United States of America
## United States Patent and Trademark Office

# TVPAD

Reg. No. 4,443,369

Registered Dec. 3, 2013

Int. Cl.: 9

**TRADEMARK**

**PRINCIPAL REGISTER**

CREATE NEW TECHNOLOGY (HK) LIMITED (HONG KONG LIMITED COMPANY (LTD.))
UNIT 04, 7/F, BRIGHT WAY TOWER
NO. 33, MONG KOK ROAD
KOWLOON, HONG KONG

FOR: APPARATUS FOR TRANSMISSION OF COMMUNICATION; AUDIO-VIDEO RECEIV-ERS; COMPUTER MONITORS; COMPUTER SOFTWARE FOR USE IN DATABASE MAN-AGEMENT, USE AS A SPREADSHEET, AND WORD PROCESSING; DATA PROCESSING APPARATUS; DATA PROCESSORS; ELECTRIC RELAYS; ELECTRONIC AND OPTICAL COMMUNICATIONS INSTRUMENTS AND COMPONENTS, NAMELY, OPTICAL RECEIV-ERS; ELECTRONIC AND OPTICAL COMMUNICATIONS INSTRUMENTS AND COMPON-ENTS, NAMELY, OPTICAL TRANSCEIVERS; ELECTRONIC AND OPTICAL COMMUNIC-ATIONS INSTRUMENTS AND COMPONENTS, NAMELY, OPTICAL TRANSMITTERS; OPTICAL CABLES; RADIO TRANSMITTERS; SET-TOP BOXES; TELECOMMUNICATIONS TRANSMITTERS; TELEPHONE APPARATUS; TELEPHONE TRANSMITTERS; TRANSMIT-TERS OF ELECTRONIC SIGNALS; TV MONITORS; VIDEO MONITORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-30-2011; IN COMMERCE 6-21-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-905,065, FILED 4-16-2013.

PAUL CROWLEY, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Create New Technology (HK), Limited | | |
|---|---|---|---|
| Entity | Limited Company | Citizenship | Hong Kong |
| Address | Unit 4, 7/F, Bright Way Tower No. 33, Mong Kok Road<br>Kowloon,<br>HONG KONG | | |

| Correspondence information | John Alumit<br>ALUMIT IP<br>135 South Jackson Street, Suite 200<br>Glendale, CA 91205<br>UNITED STATES<br>john@alumitip.com Phone:8182444861 |
|---|---|

## Applicant Information

| Application No | 85728075 | Publication date | 03/12/2013 |
|---|---|---|---|
| Opposition Filing Date | 04/10/2013 | Opposition Period Ends | 04/11/2013 |
| Applicant | Madison Ave B<br>990 Chedarbridge Ave<br>Brick, NJ 08723<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| Class 009. First Use: 2012/06/01 First Use In Commerce: 2012/06/01<br>All goods and services in the class are opposed, namely: Computer hardware and computer peripheral devices; Computer hardware and computer peripherals |
|---|

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|

## Mark Cited by Opposer as Basis for Opposition

| U.S. Application/ Registration No. | NONE | Application Date | NONE |
|---|---|---|---|
| Registration Date | NONE | | |
| Word Mark | TVPAD | | |
| Goods/Services | set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals | | |

| Attachments | Opposition - TTAB - TV PAD.pdf ( 5 pages )(68706 bytes ) |

# Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /john alumit/ |
| --- | --- |
| Name | John Alumit |
| Date | 04/10/2013 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Create New Technology (HK), Limited | ) |
| | ) |
| | ) |
| Opposer | ) |
| | ) |
| | ) |
| v. | ) Opposition No. |
| | ) Application Serial No. 85728075 |
| | ) Mark: TVPAD |
| Madison Ave B | ) |
| | ) |
| | ) |
| Applicant | ) |
| | ) |
| | ) |

## NOTICE OF OPPOSITION

Opposer, Create New Technology (HK), Limited, a limited company of Hong Kong located at Unit 4, 7/F, Bright Way Tower, No. 33, Mong Kok Road, Kowloon, Hong Kong, hereby opposes registration of the mark TVPAD by Madison Ave B, a limited liability company of New Jersey with its principal place of business located at 990 Chedarbridge Ave, Brick, New Jersey  08723, that is the subject of Application Serial No. 85728075, published in the Official Gazette on March 12, 2013, and requests that registration to Applicant be refused.

As grounds in support of its opposition, Opposer(s) asserts as follows:

## COUNT 1

## LIKELIHOOD OF CONFUSION

The grounds for opposition are as follows:

1.  On information and belief, Applicant is a limited liability company organized under the laws of New Jersey with a principal place of business at 990 Chedarbridge Ave,

Brick, New Jersey 08723.

2. Since at least as early as October of 2011, Opposer has sold or distributed "set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals" (hereinafter "Opposer's Goods") under the mark TVPAD (hereinafter "Applicant's Mark") in the United States.

3. Since at least as early as October of 2011, Opposer has sold or distributed "set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals" under the mark TVPAD in the Hong Kong, China, Canada, Australia, the United Kingdom, Singapore, South Korea, Japan, Malaysia, Indonesia, Philippines, France, Italy, Germany, Russia and South Africa.

4. Through extensive use, advertising, marketing and promotion of Opposer's goods under the TVPAD mark, Opposer has built up, at great expense and effort, a valuable reputation and goodwill symbolized by its strong and distinctive TVPAD mark.

5. By reason of the adoption and continuous use of the TVPAD mark in connection with Opposer's set-top boxes, computer terminals, monitors, electronic pads, computer hardware and computer peripherals, Opposer has established valuable public recognition in the TVPAD mark as identifying Opposer as the trusted source of said goods. By way of Opposer's substantial and exclusive use of the TVPAD mark in U.S. commerce since October 2011, the TVPAD mark has achieved a distinctive quality and has acquired special and particular significance as identifying Opposer and its goods.

6. Nevertheless, on September 17, 2012, Applicant filed U.S. Trademark Application Ser. No. 85728075 for the mark "TVPAD" (hereinafter "Applicant's Mark") for use

in connection with "Computer hardware and computer peripheral devices; Computer hardware and computer peripherals" in International Class 9 (hereinafter "Applicant's Goods").

7. Applicant's alleged date of first use in U.S. interstate commerce is listed as June 1, 2012, nearly eight months (8 months) after Opposer first began using its TVPAD mark.

8. Applicant's U.S. filing date is listed as September 13, 2012, approximately eleven months (11 months) after Opposer first began using its TVPAD mark.

9. Applicant's Mark is identical, or very similar to, Opposer's mark.

10. Applicant's Goods are identical, or closely related to, Opposer's goods.

11. Given the aforementioned dates of first use, there is no dispute as to priority of use.

12. Applicant's Mark is confusingly similar and substantially identical to Opposer's TVPAD mark in connection with the goods with which each mark is used.

13. Registration of Applicant's Mark and continued use by Applicant on its goods is likely to cause confusion, mistake and deception as to the origin, sponsorship and approval of Applicant's Goods by Opposer.

14. Continued use of Applicant's confusingly similar trademark on identical or closely related goods would irreparably damage and injure the valuable reputation and goodwill Opposer has established over the last two years.


WHEREFORE, Opposer prays that the opposition be sustained and that registration to Applicant be refused.

Respectfully submitted,

Dated: April 11, 2013

By: _/john Alumit/_____
     John Alumit

ALUMIT IP
135 South Jackson Street, Suite 200
Glendale, CA  91205
(818) 380-1900
Attorneys for Opposer,
Create New Technology (HK), Limited

## <u>PROOF OF SERVICE</u>

I hereby certify that a true and complete copy of the foregoing **NOTICE OF**

**OPPOSITION** has been served on the following person, on April 11, 2013, via First

Class U.S. Mail, postage prepaid to:

MADISON AVE B
990 CHEDARBRIDGE AVE
BRICK, NEW JERSEY 08723-4159
UNITED STATES

_____/joe robroo/_____

Joe "Pantep" Robroo

**EXHIBIT 63**

USA Bills Import HOUSES    Client: James Mintz Group,
01/01/2004 to 08/12/2015    08/13/2015 - 18:07

Retrieve all Bills of Lading (USA Bills Import HOUSES) 01/01/2011 to 08/12/2015 where :
Entire B/L : "create new technology*"
results

| Date | Consignee Declared | Consignee Declared Address | Shipper Declared | Shipper Address | Notify Name | Notify Address | Bill of lading Nbr. | Short Container Description | IMO Code | In Transit | Foreign Destination | Country by Port of Departure | Port of Departure | Arrival Port | Place of Receipt | Quantity | Quantity Unit | Weight | Weight Unit | Measure Unit | Container Quantity | Metric Tons | Container | Pieces | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/2015 | CREATE NEW TECHNOLOGY(H K)LIMITED | 12037 CLARK ST. ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(H K)LIMITED | ROOM D 10/F TOWER A BILLION CENTRE 1 WANG KWONG ROAD KOWLO ON BAY HONG KONG HK CN | | | NAQAZLAX58525 96V | SET TOP BOX FLYER POSTER INVOICE NO.:GN2 0150212 5PACKAGES=101 CTNS | COSCO DEVELOPMENT | No | | | CHINA | YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | SHENZHEN | 101 | CTN | 1440 | KG | CM | 0.13 | 1.44 | BMOU9809488 | 101 | SET TOP BOX FLYER POSTER INVOICE NO.:GN2 0150212 5PACKAGES=101 CTNS |
| 2/21/2015 | CREATE NEW TECHNOLOGY(H K)LIMITED | 12037 CLARK ST. ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(H K)LIMITED | ROOM D 10/F TOWER A BILLION CENTRE 1 WANG KWONG ROAD KOWLO ON BAY HONG KONG HK CN | | | NAQAZLAX58501 49V | SET TOP BOX FLYER POSTER REMOTE CONTROL HDMI CABLE 7PACKAGES=152 CTNS | COSCO HARMONY | No | | | CHINA | YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | SHENZHEN | 152 | CTN | 2236 | KG | CM | 0.1 | 2.24 | TCLU1312655 | 152 | SET TOP BOX FLYER POSTER REMOTE CONTROL HDMI CABLE 7PACKAGES=152 CTNS |
| 10/2/2014 | CREATE NEW TECHNOLOGY(H K)LIMITED | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. | CREATE NEW TECHNOLOGY(H K) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,M ONG KOK HONG KONG CHINA | CREATE NEW TECHNOLOGY(H K)LIMITED | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. | BNXCLAX490525 5 | SET TOP BOXHS CODE:85 28.71.20 005PLT=150CTNS | YM MUTUALITY | No | | | CHINA | YANTIAN,CHINA MAINLAND | LOS ANGELE,CA | YANTIAN | 150 | CTN | 2300 | KG | | 0.11 | 2.3 | SEGU4923828 | 150 | SET TOP BOXHS CODE:85 28.71.20 005PLT=150CTNS |
| 9/5/2014 | CREATE NEW TECHNOLOGY(H K)LTD. | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. | CREATE NEW TECHNOLOGY(H K) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,M ONG KOK HONG KONG CHINA | CREATE NEW TECHNOLOGY(H K)LTD. | 12037 CLARK ST. ARCADIA CA 91006 U.S.A. | MGNGLAX480925 1 | SET TOP BOX | XIN DA YANG ZHOU | No | | | CHINA | YANTIAN,CHINA MAINLAND | LOS ANGELE,CA | YANTIAN | 100 | CTN | 1600 | KG | | 0.1 | 1.6 | CCLU7386598 | 100 | SET TOP BOX |

EXHIBIT 63

| Date | Consignee | Address1 | Shipper | Address2 | Container | Description | Vessel | Flag | Origin | Load Port | Unload Port | Port | Qty | Weight | UOM | M1 | M2 | Container No | Description2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/21/2014 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK ST ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY HK LIMITED | FLATRM 704 7F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HK CN | NAQAZLAX49208 62V | SET TOP BOX INVOICE NO GN20140 6 30 1 NON-WOVEN SHOPPI NG BAG INVOICE NO GN20140 6 30 2 6 PACKAG ES 78 CTNS | APL SOUTHA MPTON | No | | CHINA | YANTIAN ,CHINA MAINLAN D | LOS ANGELE S,CA | SHENZH EN | 78 CTN | 1336 KG | CM | 0.14 | 1.34 | TCLU106 3629 | SET TOP BOX INVOICE NO GN20140 6 30 1 NON-WOVEN SHOPPI NG BAG INVOICE NO GN20140 6 30 2 6 PACKAG ES 78 CTNS |
| 7/15/2014 | YTC SUMMIT INTERNA TIONAL INC. | 12037 CLARK ST. ARCADIA CA 91006 US | CREATE NEW TECHNO LOGY(H K) LIMITED | FLAT/RM 704 7F BRIGHT WAY TOWER 33 MONG KOK ROAD,M ONG KOK HONG KONG HK CN | NAQAZL AX49191 40V | SET TOP BOX GN20140 6-18 5 PALLETS =150 CTNS | COSCO EXCELL ENCE | No | | CHINA | YANTIAN ,CHINA MAINLAN D | LONG BEACH,C A | SHENZH EN | 150 CTN | 2290 KG | CM | 0.11 | 2.29 | CRLU138 5171 | SET TOP BOX GN20140 6-18 5 PALLETS =150 CTNS |
| 6/6/2014 | YTC SUMMIT INTERNA TIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNO LOGY(H K) LIMITED | FLAT/RM 704 7F BRIGHT WAY TOWER 33 MONG KOK ROAD,M ONG KOK HONG KONG HK CN | NAQAZL AX49149 40V | SET TOP BOX GN20140 5-15 3 PALLETS =90 CTNS | 9247766 | No | | CHINA | YANTIAN ,CHINA MAINLAN D | LOS ANGELE S,CA | SHENZH EN | 90 CTN | 1351 KG | CM | 0.09 | 1.35 | SEGU90 74699 | SET TOP BOX GN20140 5-15 3 PALLETS =90 CTNS |
| 5/29/2014 | YTC SUMMIT INTERNA TIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNO LOGY(H K) LIMITED | FLAT/RM 704 7F BRIGHT WAY TOWER, 33 MONG KOK ROAD,M ONG KOK HONG KONG HK CN | NAQAZL AX49135 60V | SET TOP BOX | 9399193 | No | | CHINA | YANTIAN ,CHINA MAINLAN D | LONG BEACH,C A | SHENZH EN | 4 PKG | 1700 KG | CM | 0.09 | 1.7 | CGMU50 90458 | SET TOP BOX |
| 5/15/2014 | YTC SUMMIT INTERNA TIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNO LOGY(H K) LIMITED | 704 7F BRIGHT WAY TOWER, 33 MONG KOK ROAD,M ONG KOK HONG KONG HK CN | NAQAZL AX49115 50V | POSTER FLYER NON-WOVEN SHOPPI NG BAG SET TOP BOX | 9410777 | No | | CHINA | CHIWAN, CHINA MAINLAN D | LONG BEACH,C A | GUANGZ HOU | 11 CTN | 2402 KG | CM | 0.09 | 2.4 | CGMU49 13839 | POSTER FLYER NON-WOVEN SHOPPI NG BAG SET TOP BOX |

| Date | Shipper | Shipper Address | Consignee | Consignee Address | Container/Mark | Description | Bill # | | Origin | Load Port | Discharge | Dest | Qty | Weight | | Vol | | Measure | Container # | Description | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/2/2014 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN | NAQAZLAX4910213V | SET TOP BOX 90 CTNS=3 PALLETS | 9247742 | No | | CHINA | YANTIAN ,CHINA MAINLAND | LOS ANGELES,CA | SHENZHEN | 90 CTN | 1367 KG | CM | 0.08 | | 1.37 | TCLU1145985 | SET TOP BOX 90 CTNS=3 PALLETS | 90 |
| 4/4/2014 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 US | CREATE NEW TECHNOLOGY(HK) LIMITED | FLAT/RM 704 7/F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG HK CN | NAQAZLAX4906094V | FLYER NON WOVEN SHOPPING BAG REMOTE CONTROL POWER ADAPTER HDMI CABLE USB CABLE POSTER COLOR BOX LID | CMA CGM CENTAURUS | No | | CHINA | YANTIAN ,CHINA MAINLAND | LONG BEACH,CA | SHENZHEN | 14 CTN | 194 KG | CM | 0.08 | | 0.19 | CXRU1320365 | FLYER NON WOVEN SHOPPING BAG REMOTE CONTROL POWER ADAPTER HDMI CABLE USB CABLE POSTER COLOR BOX LID | 14 |
| 3/19/2014 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 USA | CREATE NEW TECHNOLOGY(HK) LIMITED | 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HONG KONG HONG KONG | CTYOGZCRUNB0169 | SET TOP BOX | 9231262 | No | | CHINA | YANTIAN ,CHINA MAINLAND | LOS ANGELES,CA | YANTIAN , CHINA | 250 CTN | 3841 K | | | 1 | 3.84 | CSLU1322621 | SET TOP BOX | 250 |
| 1/12/2014 | YTC SUMMIT INTERNATIONAL INC. | 12037 CLARK STREET, ARCADIA CA 91006 USA | CREATE NEW TECHNOLOGY(HK) LIMITED | 704 7/F BRIGHT WAY TOWER 33 MONG KOK ROAD MONG KOK HONG KONG HONG KONG | CTYOGZCRUML0300 | SET TOP BOX | 9293789 | No | | CHINA | YANTIAN ,CHINA MAINLAND | LOS ANGELES,CA | YANTIAN , CHINA | 250 CTN | 3841 K | | | 1 | 3.84 | DFSU2333848 | SET TOP BOX | 250 |

| Date | Consignee | Consignee Address | Shipper | Shipper Address | Notify | Marks | Container/ID | Description | Bill | AMS | | | Origin | Lading Port | Discharge Port | Port | Qty | Unit | Weight | UOM | | Value1 | Value2 | Container | Pieces | Description2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2013 | YTC SUMMIT INTERNATIONAL, INC. | 12037 CLARK ST.ARCADIA, CA. 91006,USA ATTN JENNIFER CHEN TEL 626-359-4801 EMAIL JENNIFER YTCSUMMIT.COM | CREATE NEW TECHNOLOGY(HK)LIMITED | FLAT RM 704 7.F BRIGHT WAY TOWER, 33 MONG KOK ROAD,MONG KOK HONG KONG EMAIL SHANT GVTV.COM.CN TEL 86-755-8207797 1-854 CC ERIC SHA | SAME AS CONSIGNEE | CO91006 NOT AVAILABLE NOT AVAILABLE | CHNJ2Y TJAR100 000 | GENERAL SET TOP BOX HS CODE 8528.71.2000 INVOICE NO.GN20 1311-01 | 9293789 | No | | | CHINA | YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | YANTIAN | 200 | CTN | 3040 | K | | 1 | 3.04 | CSLU101 9240 | 200 | GENERAL SET TOP BOX HS CODE 8528.71.2000 INVOICE NO.GN20 1311-01 |
| 12/23/2011 | METRO VISTA INC | 114 E ADAMS AVENUE ALHAMBRA CA 91801 US | CREATE NEW TECHNOLOGY (HK) LIMITED | KINGHILL BUILDING,RM 10E,SHANGBU ROAD,F UTIAN DISTRIC T SHENZHEN GD CN | | | NAQAZL GB19107 32V | INTERNET TV BOX COLOR PAGE | 9293765 | No | | | CHINA | YANTIAN,CHINA MAINLAND | LOS ANGELES,CA | SHENZHEN | 41 | PKG | 360 | KG | CM | 0.08 | 0.36 | CCLU857 7135 | 41 | INTERNET TV BOX COLOR PAGE |

Obs.: TENTATIVE DATA SUBJECT TO MODIFICATIONS

Source: U.S. Customs and Border Protection (CBP)

http://www.datamyne.com

Email: contact@datamyne.com

2005-2015 Datamyne - Terms of Use

Privacy Policy

**EXHIBIT 64**



**EXPRESS WORLDWIDE**
XML PI.v4.0

**WPX**

Origin:
**SZX**

From: B. Wen Liu
B. Wen Liu
LanHua Ave,Futian Free Trade Zone,
ShenZhen,China

Pi:00852-21349910

ShenZhen 518000
China, People's Republic

Ph: REDACTED

To: Shuk Lau
Shuk Lau

REDACTED

West-Hills-CA-USA

Hills 91307
United States Of America

## US-VNY-VNY

**C**

Day        Time

Ref:                    Piece Weight **0.70 Kg**        Piece
                        Data 2014-12-10              **1/1**

Content: (B01201412100918316900 4)Set Top Box 1 sets.0a4300



WAYBILL 20 8673 5604



(2L) US91307+48000001



(J)JD01 4600 0014 1634 8307

EXHIBIT 64



**_DHL_** WORLDWIDE  NPX

From **Hua Zhi Mei CO LTD**
**Jack Chen**
C/O BYGLOBAL NB NANERHENG
**KWAI CHUNG**
**Hong Kong**

Origin:
**HKG**

Contact: 35860920

To **No**
**Clara Ho**
REDACTED

Contact REDACTED

**91604 Studio City**
**UNITED STATES**
**US-VNY-VNY**

**C**

Day  Time

Ref: B0120150729094655264
17

Date:
2015-07-30

Pce/Shpt WeightPiece
**0.7 kg  1/1**

Contents :
set top box/ACB
67E0B4898

WAYBILL 31 6249 9535

(2L)US91604+48000001

(J) JD01 4600 0021 1240 3243

AFFIX NETWORK LABEL HERE

**EXHIBIT 65**

# Exhibit 65- TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| ClearDDoS Technologies Los Angeles, California | 103.240.140.142 | September 3, 2015 | xz.boxepg.com | Initialization TVpad3 Operational Content |
| Defender cloud international Los Angeles, California | 23.234.42.71 | September 3, 2015 | xzsec.boxepg.com | Initialization TVpad3 Operational Content |
| Defender cloud international Los Angeles, California | 23.234.42.65 | September 3, 2015 | xzsec.padepg.com | Initialization TVpad3 Operational Content |
| Defender cloud international Los Angeles, California | 23.234.42.72 | September 3, 2015 | xzsec.listebox.com | Initialization TVpad3 Operational Content |
| Perfect International, Inc Los Angeles, California | 70.36.96.245 | September 3, 2015 | stbepg.wsxlist.com | TVpad3 Authentication |
| Enzu Los Angeles, California | 23.245.203.54 | September 3, 2015 | stbepg.qaxlist.com | TVpad4 Authentication |
| Defender cloud international Los Angeles, California | 23.234.41.173 | September 3, 2015 | | Streaming Video |
| ClearDDoS Technologies Los Angeles, California | 104.193.92.42 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.101 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.39 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.167.81.51 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.188.195 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.26 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.188.194 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 107.167.9.243 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.172.19 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.33 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.82 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.181.227 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.182.3 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 107.167.4.227 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 107.167.18.227 | September 3, 2015 | | Streaming Video |

EXHIBIT 65

# Exhibit 65- TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| CloudDDoS Technologies San Jose, California | 104.171.230.74 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.19 | September 3, 2015 | | Streaming Video |
| ClearDDoS Technologies Los Angeles, California | 162.221.13.98 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.89.100.59 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.75 | September 3, 2015 | | Streaming Video |
| ZeroDDOS Los Angeles, California | 104.201.61.3 | September 3, 2015 | | Streaming Video |
| ZeroDDOS Los Angeles, California | 167.88.205.116 | September 3, 2015 | | Streaming Video |
| Cloudflare | 104.20.4.235 | September 3, 2015 | | Streaming Video |
| Defender cloud international Los Angeles, California | 23.234.41.171 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 104.202.82.178 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 98.126.0.98 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 107.183.113.242 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.245.73.18 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 98.126.4.194 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.89.185.2 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 174.139.162.50 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 174.139.83.4 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 107.183.246.226 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.86 | September 3, 2015 | | Streaming Video |
| Cloudflare (res.sinohao.com .cdn.cloudflare.net) | 104.20.4.235 104.20.5.235 104.20.7.235 104.20.8.235 | September 3, 2015 | | TVpad Store Menus/Graphics Infringing Apps |
| ClearDDoS Technologies Los Angeles, California | 104.193.92.29 | September 3, 2015 | cmsres.wsxlist.com | TVpad Store Menus/ Graphics Infringing Apps |
| Enzu Los Angeles, California | 23.245.203.54 | September 3, 2015 | bi4.wsxlist.com | TVpad4 Store Menus/Graphics |

# Exhibit 65- TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| Enzu<br>Los Angeles, California | 23.245.203.54 | September 3, 2015 | btvstb.xqlzoy.com | TVpad4 Store Menus/Graphics |
| Enzu<br>Los Angeles, California | 23.245.203.54 | September 3, 2015 | stbepg.qaxlist.com | TVpad4 Store Menus/Graphics |
| ZeroDDOS<br>Los Angeles, California | 167.88.196.51 | September 3, 2015 | res.qaxlist.com | TVpad Operational Content |
| Enzu<br>Los Angeles, California | 23.245.203.54 | September 3, 2015 | sepg.qaxlist.com | TVpad Operational Content<br>Infringing Apps' Program Guides |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | ykhp.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | gqfc.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | fc.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | yhsy.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | dlgq.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.15.79 | September 3, 2015 | sports.livetvpad.com | TVpad3 Operational Content |
| PEER 1 Network Inc<br>Santa Ana, CA | 107.6.45.86 | September 3, 2015 | bsap.wsxlist.com | TVpad3 Operational Content |
| Krypt Technologies<br>Los Angeles, California | 174.139.233.3 | September 3, 2015 | tytuepg.wsxlist.com | TVpad3 Operational Content |
| Nobis Technology<br>Seattle, Washington | 23.19.131.19 | September 3, 2015 | force2009web.net | TVpad3 Operational Content |
| LimeStone Networks<br>Dallas, Texas | 63.143.43.171 | September 3, 2015 | vistv.plbegy.com | TVpad4 Operational Content |
| ClearDDoS Technologies<br>Los Angeles, California | 162.221.12.143 | September 3, 2015 | gyyyer.plbegy.com | TVpad4 Operational Content |
| Hostspace Networks<br>Los Angeles, California | 198.44.250.177 | September 3, 2015 | mhleve.oyhrtp.com | TVpad4 Operational Content |
| LimeStone Networks<br>Dallas, Texas | 74.63.227.30 | September 3, 2015 | npxyc.prsolive.com | TVpad4 Operational Content |
| Hostspace Networks<br>Los Angeles, California | 23.234.51.152 | September 3, 2015 | canpic.vdese.com | VOD Thumbnail graphics |
| Hostspace Networks | 162.211.182.49 | December 14, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.71 | December 14, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.65 | November 25, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.72 | December 14.2014 | | DNS Lookup TVpad Operational Content |
| ClearDDoS Technologies | 104.193.92.29 | January 30, 2015 | | TVpad Authorization |

# Exhibit 65- TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Defender cloud international | 23.234.42.67 | January 30, 2015 | | TVpad Authorization |
| ClearDDoS Technologies | 23.234.42.66 | November 25, 2014 | | TVpad Store Menus/Graphics |
| Datashack | 198.204.242.5 | November 25, 2014 | | TVpad Store Menus/ Graphics Infringing Apps |
| ClearDDoS Technologies | 103.240.140.149 | January 30, 2015 | | TVpad4 Store Menus/Graphics |
| CloudDDOS | 168.235.240.115 | January 30, 2015 | | TVpad Operational Content |
| Sharktech | 107.167.14.146 | November 25, 2014 | | TVpad Operational Content |
| CloudDDOS | 168.235.240.115 | January 30, 2015 | | TVpad Operational Content Infringing Apps' Program Guides |
| Defender cloud international | 23.234.40.235 | November 25, 2014 | | TVpad Operational Content |
| China Telecom | 23.234.40.235 | November 25, 2014 | | TVpad Operational Content |
| Hostspace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Hostpace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Hostpace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Nobis Technology | 23.105.74.107 | November 25, 2014 | | TVpad Operational Content |
| Enzu | 23.88.131.131 | January 30, 2015 | | TVpad4 Operational Content |
| Protected by Cloudflare Location unknown | 104.28.24.55 | January 30, 2015 | | TVpad4 Operational Content |
| Sharktech | 107.167.7.34 | January 30, 2015 | | TVpad4 Operational Content |
| Chinanet China | 61.174.48.109 | January 30, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.13.44 | January 30, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | January 30, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | January 30, 2015 | | TVpad4 Operational Content |
| Sharktech | 107.167.15.67 | November 25, 2014 | | VOD Thumbnail graphics |
| ClearDDoS Technologies | 103.240.140.142 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.71 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.65 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.72 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| ClearDDoS Technologies | 104.193.92.29 | June 24, 2015 | | TVpad Authorization |

# Exhibit 65- TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Defender cloud international | 23.234.42.67 | June 24, 2015 | | TVpad Authorization |
| Sharktech | 107.167.14.141 | June 24, 2015 | | TVpad Store Menus/Graphics |
| ClearDDoS Technologies | 104.193.92.8 | June 24, 2015 | | TVpad Store Menus/ Graphics Infringing Apps |
| Enzu | 23.245.203.53 | June 24, 2015 | | TVpad4 Store Menus/Graphics |
| Hostspace Networks | 162.211.182.173 | June 24, 2015 | | TVpad Operational Content |
| Sharktech | 107.167.14.140 | June 24, 2015 | | TVpad Operational Content Infringing Apps' Program Guides |
| Defender cloud international | 23.234.40.235 | June 24, 2015 | | TVpad Operational Content |
| Defender cloud international | 23.234.40.235 | June 24, 2015 | | TVpad Operational Content |
| Cloud-CN | 103.232.215.133 | June 24, 2015 | | TVpad Operational Content |
| Cloud-CN | 103.232.215.133 | June 24, 2015 | | TVpad Operational Content |
| Nobis Technology | 23.105.74.107 | June 24, 2015 | | TVpad Operational Content |
| Hostspace Networks | 23.234.51.85 | June 24, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.12.143 | June 24, 2015 | | TVpad4 Operational Content |
| Chinanet China | 61.174.48.109 | June 24, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.13.44 | June 24, 2015 | | TVpad4 Operational Content |
| Gorilla Servers | 146.71.102.90 | June 24, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | June 24, 2015 | | TVpad4 Operational Content |
| CloudDDOS | 168.235.240.115 | June 24, 2015 | | VOD Thumbnail graphics |
| Enzu | 104.151.28.194 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.30 | January 30, 2015 | | Streaming Video |
| Enzu | 23.89.39.194 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.240.149 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 104.193.92.111 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.41 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 104.193.92.60 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |

# Exhibit 65- TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Esited | 104.171.230.23 | January 30, 2015 | | Streaming Video |
| Esited | 104.171.230.16 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.240.65 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.10 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 23.234.41.9 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.30 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.240.149 | January 23, 2015 | | Streaming Video |
| ClearDDoS Technologies | 104.193.92.111 | January 23, 2015 | | Streaming Video |
| Esited | 192.225.233.202 | January 23, 2015 | | Streaming Video |
| Enzu | 104.151.28.194 | January 23, 2015 | | Streaming Video |
| Enzu | 199.48.69.146 | January 23, 2015 | | Streaming Video |
| Enzu | 23.89.39.194 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.70 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.70 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |

# Exhibit 65- TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Leaseweb | 162.210.198.179 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | January 30, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.12 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.173 | June 25, 2015 | | Streaming Video |
| ClearDDOS | 104.193.92.62 | June 25, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 25, 2015 | | Streaming Video |
| Sharktech | 107.167.15.100 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.32 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.241.12 | June 25, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.25 | June 25, 2015 | | Streaming Video |
| Defender cloud international | 23.234.41.14 | June 25, 2015 | | Streaming Video |
| Enzu | 107.183.236.115 | June 23-25, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | June 23-25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.87 | June 24-25, 2015 | | Streaming Video |
| Krypt Technologies | 174.139.162.52 | June 24-25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.25 | June 26, 2015 | | Streaming Video |
| Defender cloud international | 23.234.41.14 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.32 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.173 | June 26, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 174.139.83.4 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.115 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.4.194 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.27 | June 26, 2015 | | Streaming Video |
| Hostspace Networks | 162.211.182.173 | June 26, 2015 | | TVpad 3 Operational Content |
| ClearDDoS Technologies | 162.221.15.179 | June 26, 2015 | | TVpad 3 Operational Content |

## Exhibit 65- TVpad Server IP Addresses and Domain Names

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Sharktech | 208.98.26.130 | June 26, 2015 | | TVpad 3 Operational Content |
| Hostspace Networks | 162.211.182.166 | June 26, 2015 | | TVpad3 Operational Content |
| Enzu | 198.56.193.123 | June 26, 2015 | | Streaming Video |
| ZERO DDOS LLC | 167.88.195.51 | June 26, 2015 | | Streaming Video |
| Sharktech | 104.171.230.3 | June 26, 2015 | | Streaming Video |
| Enzu | 23.89.197.35 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.158.171 | June 26, 2015 | | Streaming Video |
| SolidTools | 198.40.56.19 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.20 | June 26, 2015 | | Streaming Video |

**EXHIBIT 66**



**公司註冊處**
**Companies Registry**

更改公司秘書及董事通知書(委任／停任)
**Notice of Change of Company Secretary and Director (Appointment／Cessation)**

表格
Form **ND2A**

公司編號 Company Number
1232601

註 Note

**1  公司名稱 Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啓創科技(香港)有限公司

**2  公司秘書／董事的停任 Cessation to Act as Company Secretary／Director**
*(如超過一名公司秘書／董事停任，請用補頁 A 填報 Use Continuation Sheet A if more than 1 company secretary／director ceased to act)*

**A.  現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry**
*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

身分
Capacity

☐ 公司秘書 Company Secretary  ☑ 董事 Director  ☐ 候補董事 Alternate Director  代替 Alternate to

公司秘書／董事的詳情 (自然人) **Particulars of Company Secretary／Director (Natural Person)**

中文姓名
Name in Chinese   田志剛

英文姓名
Name in English

姓氏 Surname   TIAN

名字 Other Names   ZHIGANG

身分證明
Identification

N/A

香港身分證號碼
Hong Kong Identity Card Number

G28965052

護照號碼
Passport Number

**或 OR**

公司秘書／董事的詳情 (法人團體) **Particulars of Company Secretary／Director (Body Corporate)**
中文及英文名稱 Chinese and English Names

N/A

**B.  停任詳情 Details of Cessation**

停任原因
Reason for Cessation

☑ 辭職／其他 Resignation／Others   ☐ 去世 Deceased

停任日期
Date of Cessation

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| 23 | 06 | 2014 |

上述董事或候補董事在停任日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of cessation?

☐ 是 Yes  ☑ 否 No

提交人資料 **Presentor's Reference**

姓名 Name:  SBC CORPORATE SERVICES LIMITED
地址 Address:  ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel:  852-2507 7219   傳真 Fax:  852-2507 7225
電郵 Email:  formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 For Official Use

22901191828
ND2A              1232601
23/06/2014

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0116

EXHIBIT 66

**3** 委任公司秘書／董事（自然人）Appointment of Company Secretary／Director (Natural Person)

*(如委任超過一名自然人為公司秘書／董事，請用續頁 B 號紙 Use Continuation Sheet B if more than 1 natural person is appointed as company secretary／director)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑫** 身分 Capacity
- [ ] 公司秘書 Company Secretary
- [✓] 董事 Director
- [ ] 候補董事 Alternate Director

代替 Alternate to

| | |
|---|---|
| 中文姓名 Name in Chinese | 張文偉 |
| 英文姓名 Name in English | 姓氏 Surname: ZHANG |
| | 名字 Other Names: WENWEI |
| 前用姓名 Previous Names | 中文 Chinese: N/A |
| | 英文 English: N/A |
| 別名 Alias | 中文 Chinese: N/A |
| | 英文 English: N/A |

**⑬** 地址 Address

ROOM 102, NO. 19, YUAN NAN YI VILLAGE,

XU HUI DISTRICT, SHANG HAI, CHINA.

國家／地區 Country／Region

**⑭** 電郵地址 Email Address: N/A

**⑮** 身分證明 Identification: 310104196907014015 (CHINA ID)

(a) 香港身分證號碼 Hong Kong Identity Card Number: N/A

(b) 護照 Passport
- 簽發國家 Issuing Country: N/A
- 號碼 Number: N/A

委任日期 Date of Appointment

| 23 | 06 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**⑯** 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?
- [ ] 是 Yes
- [✓] 否 No

**⑰** 提示 Advisory Note: 所有公司董事均須閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

**⑰** 出任董事職位同意書 Consent to Act as Director *請刪去不適用者 Delete whichever does not apply*

本人同意擔任公司的董事／~~候補董事~~*，並確認本人已年滿 18 歲。
I consent to act as director／~~alternate director~~* of this company and confirm that I have attained the age of 18

簽署 Signed : *[signature]* ZHANG WENWEI

**4** 委任公司秘書／董事 (法人團體) Appointment of Company Secretary／Director (Body Corporate)

*(如委任超過一個法人團體為公司秘書／董事，請用續頁 C 填報 Use Continuation Sheet C if more than 1 body corporate is appointed as company secretary／director)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑱** 身分 Capacity
☐ 公司秘書 Company Secretary ☐ 董事 Director ☐ 候補董事 Alternate Director

代替 Alternate to

**⑲** 中文名稱 Name in Chinese — N/A

**⑲** 英文名稱 Name in English

**⑳** 地址 Address

國家／地區 Country／Region

**㉑** 電郵地址 Email Address

公司編號 Company Number
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

委任日期 Date of Appointment

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|

**㉒** 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?
☐ 是 Yes ☐ 否 No

**㉓** 提示 Advisory Note
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

**㉓** 出任董事職位同意書 Consent to Act as Director

本人謹代表上述公司確認，上述公司同意擔任公司的董事／候補董事* 。
I, acting on behalf of the above named company, confirm that the above company consents to act as director／alternate director* of this company.

簽署 Signed :

董事(法人團體)的董事／公司秘書／獲授權人士*
Director／Company Secretary／Authorized Person of the Director (Body Corporate)*

本通知書包括下列續頁 This Notice includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

**5** 確認(適用的話) Confirmation (If applicable)
名列本通知書內的每一名獲委任為公司秘書的自然人通常居於香港。
Each natural person appointed as company secretary and named in this Notice ordinarily resides in Hong Kong.

簽署 Signed :

姓名 Name : TIAN ZHIGANG

日期 Date : 23/06/2014

| 日 DD | / | 月 MM | / | 年 YYYY |

董事 Director／公司秘書 Company Secretary *

*請刪去不適用者 Delete whichever does not apply

存案 Filed

**CR**
公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格
**Form** **NAR1**

公司編號 **Company Number**

1232601

註 Note

**1** 公司名稱 **Company Name**

CREATE NEW TECHNOLOGY (HK) LIMITED
啟創科技(香港)有限公司

**7** **2** 商業名稱(如有的話) **Business Name (If any)**

N/A

**3** 公司類別 **Type of Company**

請在適用的空格內加上 ✓ 號 *Please tick the relevant box*

[✓] 私人公司
Private company

[ ] 公眾公司
Public company

[ ] 擔保有限公司
Company limited by guarantee

**8** **4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司,本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司,申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司,申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**9** **5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**

*(私人公司無需填報此項 A private company need not complete this section)*

| - | - | - | 至 To | - | - | - |
|---|---|---|---|---|---|---|
| 日 DD | 月 MM | 年 YYYY | | 日 DD | 月 MM | 年 YYYY |

**10** **6** 註冊辦事處地址 **Address of Registered Office**

Room D, 10/F., Tower A, Billion Centre, 1 Wang Kwong Road,
Kowloon Bay, Kowloon, Hong Kong.

**3** 提交人資料 **Presentor's Reference**

姓名 Name: SBC CORPORATE SERVICES LIMITED
地址 Address: ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel: 852-2507 7219 傳真 Fax: 852-2507 7225
電郵 Email: formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 **For Official Use**

```
22400988893
NAR1L          1232601
30/04/2014
```

指明編號 1/2014 (2014年 3 月) Specification No. 1/2014 (March 2014)

0001

**7 電郵地址 Email Address**

| N/A |
|---|

**8 按揭及押記 Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| N/A |
|---|

**9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital**

*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**   | N/A

**10 股本 Share Capital**

*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | |
|---|---|---|---|---|
| | | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| ORDINARY | HKD | 10,000,000 | HKD10,000,000.00 | HKD10,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 10,000,000 | HKD10,000,000.00 | HKD10,000,000.00 |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0002

## 11 公司秘書 Company Secretary

### A. 公司秘書（自然人）Company Secretary (Natural Person)
*(如超過一名公司秘書屬自然人，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | N/A |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**13** 香港通訊地址<br>Hong Kong Correspondence Address

| | |
|---|---|
| | |
| | |
| | |
| 地區<br>Region | |

**14** 電郵地址<br>Email Address

**15** 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

| | | | | | | | ( | ) |

(b) 護照
Passport

| 簽發國家<br>Issuing Country | |
| 號碼<br>Number | |

### B. 公司秘書（法人團體）Company Secretary (Body Corporate)
*(如超過一名公司秘書屬法人團體，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

**16** 中文名稱<br>Name in Chinese

駿業秘書服務有限公司

**16** 英文名稱<br>Name in English

SBC CORPORATE SERVICES LIMITED

**17** 香港地址<br>Hong Kong Address

ROOM B, 10/F., TOWER A,

BILLION CENTRE, 1 WANG KWONG ROAD,

KOWLOON BAY, KOWLOON, HONG KONG.

地區<br>Region

**14** 電郵地址<br>Email Address

formation@sbcincorp.com

公司編號 Company Number

618863

公司編號 **Company Number**

1232601

## 12 董事 Directors

### A. 董事 （自然人） Director (Natural Person)

(如超過一名董事屬自然人，請用續頁 B 填報 *Use Continuation Sheet B if more than 1 director is a natural person*)

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**18** 身分
**Capacity**

☑ 董事
Director

☐ 候補董事
Alternate Director

代替 Alternate to

| | |
|---|---|
| 中文姓名<br>**Name in Chinese** | 田志剛 |
| 英文姓名<br>**Name in English** 姓氏 Surname | TIAN |
| 名字<br>Other Names | ZHIGANG |
| 前用姓名<br>**Previous Names** 中文 Chinese | N/A |
| 英文 English | N/A |
| 別名<br>**Alias** 中文 Chinese | N/A |
| 英文 English | N/A |

**19** 住址
**Residential Address**

NO. 57, TIAN ZHONG ROAD, ZHANG QI JU WEI, ZHANG QI TOWN, CI XI, ZHEJIANG, CHINA.

國家／地區
Country／Region

**20** 電郵地址
**Email Address**

N/A

**21** 身分證明 Identification

(a) 香港身分證號碼
Hong Kong Identity Card Number

N/A

(b) 護照
Passport

簽發國家
Issuing Country

CHINA

號碼
Number

G28965052

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0004

**12  董事 Directors** (續上頁  cont'd)

**B.  董事 (法人團體) Director (Body Corporate)**
*(如超過兩名董事乃屬法人團體，請用續頁 C 填報  Use Continuation Sheet C if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**⑱  1  身分**
**Capacity**
☐ 董事  Director
☐ 候補董事  Alternate Director
代替  Alternate to

**中文名稱**
**Name in Chinese**
N/A

**英文名稱**
**Name in English**

**㉒  地址**
**Address**

國家／地區
Country／Region

**⑳  電郵地址**
**Email Address**
N/A

**公司編號 Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)*

**⑱  2  身分**
**Capacity**
☐ 董事  Director
☐ 候補董事  Alternate Director
代替  Alternate to

**中文名稱**
**Name in Chinese**
N/A

**英文名稱**
**Name in English**

**㉒  地址**
**Address**

國家／地區
Country／Region

**⑳  電郵地址**
**Email Address**
N/A

**公司編號 Company Number**
*(只適用於在香港註冊的法人團體)*
*(Only applicable to body corporate registered in Hong Kong)*

**12 董事 Directors** (續上頁 cont'd)

**C. 備任董事 Reserve Director**

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名<br>Name in Chinese | | N/A |
| --- | --- | --- |
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**⑲ 住址 Residential Address**

| | |
| --- | --- |
| | |
| | |
| 國家／地區<br>Country／Region | |

**⑳ 電郵地址 Email Address**

**㉑ 身分證明 Identification**

(a) 香港身分證號碼
Hong Kong Identity Card Number

| | | | | | | | ( | ) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

(b) 護照
Passport

| 簽發國家<br>Issuing Country | |
| --- | --- |
| 號碼<br>Number | |

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0006

**(23)** 13 有股本公司的成員詳情 **Particulars of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項 Company having a share capital must complete this section )*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

**(24)** 14 公司紀錄 **Company Records**
*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

15 陳述書 **Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現聲明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的
日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如或成員人數於
本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2)
條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the
first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company
and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists
wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the
number of members of the company.

**(25)**

> 提示 **Advisory Note**
> 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
> All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and
> acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 **This Return includes the following Continuation Sheet(s)**

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**(6)** 簽署 Signed :

姓名 Name ：SBC CORPORATE SERVICES LIMITED    日期 Date : 30 APR 2014

~~董事 Director~~／公司秘書 Company Secretary *

日 DD ／ 月 MM ／ 年 YYYY

*請刪去不適用者 Delete whichever does not apply

本申報表的結算日期
**Date to which this Return is Made Up**

| 29 | 04 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

| 1232601 |
|---|

**㉖** 非上市公司的成員詳情　(第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**

| ORDINARY |
|---|

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**

| 10,000,000 |
|---|

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓*<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| ZHANG MIN<br>張民 | ROOM 302, UNIT 2, BLOCK 3, GUAN HAI TAI GARDEN, NO. 4, CHUANG YE ROAD, NAN SHAN DISTRICT, SHEN ZHEN, GUANGDONG, CHINA. | 0 | 10,000,000 | 31/07/2013 | Transferred to CREATE NEW TECHNOLOGY INTERNATIONAL LIMITED |
| CREATE NEW TECHNOLOGY INTERNATIONAL LIMITED | TMF CHAMBERS, P. O. BOX 3269, APIA, SAMOA. | 10,000,000 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任
何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
\* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0008



Company Number

972653

SPECIAL RESOLUTION

OF

YUKUN TECHNOLOGY (HONGKONG) CO., LIMITED

譽坤科技(香港)有限公司

Passed on 27/06/2014

At an EXTRAORDINARY GENERAL MEETING of the Company duly convened and held at correspondence address, the following Resolution was duly passed:-

TRANSFER(S) OF SHARE(S)

It was resolved that the following transfer(s) of share(s) be approved:-

| Transferor | Transferee | No. of Share(s) to be transferred |
|---|---|---|
| CREATE NEW TECHNOLOGY INTERNATIONAL LIMITED | 張文偉 ZHANG WENWEI | 10,000 |

It was further resolved that when properly executed instruments of transfer are received, the transfer(s) of share(s) be duly entered into the register of members and transfers, and that shares certificate(s) be issued to the above named transferee(s) in respect of the transfer(s) and the common seal be affixed thereto in accordance with the Articles of Association of the Company.



For and on behalf of
CREATE NEW TECHNOLOGY INTERNATIONAL LIMITED

Chairman of the meeting
CREATE NEW TECHNOLOGY
INTERNATIONAL LIMITED

Signature(s)

提交人資料 Presentor's Reference

姓名 Name: SBC CORPORATE SERVICES LIMITED
地址 Address: ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.
電話 Tel: 852-2507 7219 傳真 Fax: 852-2507 7225
電郵 Email: formation@sbcincorp.com

請勿填寫本欄 For Official Use

22601109044
SR
30/06/2014        0972653

0115



公司註冊處
**Companies Registry**

# 公司秘書及董事辭職通知書
## Notice of Resignation of
## Company Secretary and Director

表格
Form **ND4**

公司編號 **Company Number**

972653

註 Note

## 1 公司名稱 Company Name

YUKUN TECHNOLOGY (HONGKONG) CO., LIMITED
譽坤科技(香港)有限公司

## 2 公司秘書／董事的辭職 Resignation of Company Secretary／Director

### A. 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

❻ 身分
Capacity

☐ 公司秘書 Company Secretary    ☑ 董事 Director    ☐ 候補董事 Alternate Director    代替 Alternate to

#### 公司秘書／董事的詳情 (自然人) Particulars of Company Secretary／Director (Natural Person)

| 中文姓名 Name in Chinese | 田志剛 |
|---|---|
| 英文姓名 Name in English | 姓氏 Surname — TIAN |
| | 名字 Other Names — ZHIGANG |

330222197305173138 (CHINA ID)

❼ 身分證明
Identification

| 香港身分證號碼 Hong Kong Identity Card Number | 護照號碼 Passport Number |
|---|---|
| N/A | N/A |

## 或 OR

❽ 公司秘書／董事的詳情 (法人團體) Particulars of Company Secretary／Director (Body Corporate)

中文及英文名稱 Chinese and English Names

N/A

### B. 辭職詳情 Details of Resignation

辭職日期
Date of Resignation

| 27 | 06 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

❾ 上述董事或候補董事在辭職日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of resignation?

☐ 是 Yes    ☑ 否 No

❸ 提交人資料 **Presenter's Reference**

姓名 Name: SBC CORPORATE SERVICES LIMITED
地址 Address: ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel: 852-2507 7219    傳真 Fax: 852-2507 7225
電郵 Email: formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 For Official Use

22601109046
ND4              0972653
30/06/2014

⑩ 3 辭職通知 Notice of Resignation

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

[✓] 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知；本人亦已按照該規定發出辭職通知。
I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company and I have given notice of resignation in accordance with the requirement.

[ ] 按照上述公司的章程細則或本人與該公司訂立的協議的規定，本人須向該公司發出辭職通知。本人並未按照該規定發出通知，但已將辭職通知的印本送交該公司；或將該通知的電子版發送予該公司；或將該通知留在該公司的註冊辦事處。
I am required by the articles of the above-named Company or by an agreement with the Company to give notice of resignation to the Company. I have not given notice of resignation in accordance with the requirement but I have sent the notice of resignation to the Company in hard copy form or in electronic form, or have left it at the registered office of the Company.

[ ] 按照上述公司的章程細則或本人與該公司訂立的任何協議，本人不須向該公司發出辭職通知。
I am not required by the articles of the above-named Company or by any agreement with the Company to give notice of resignation to the Company.

⑤ 簽署 Signed :

姓名 Name : TIAN ZHIGANG

日期 Date : 27/06/2014

日 DD / 月 MM / 年 YYYY

辭職的 ~~公司秘書~~ / 董事 *
Resigning ~~Company Secretary~~ / Director *

* *請刪去不適用者 Delete whichever does not apply*

存案 Filed



**公司註冊處**
**Companies Registry**

更改公司秘書及董事通知書(委任／停任)
## Notice of Change of Company Secretary and Director (Appointment／Cessation)

表格
Form **ND2A**

公司編號 Company Number

972653

註 Note

**1** 公司名稱 Company Name

YUKUN TECHNOLOGY (HONGKONG) CO., LIMITED
譽坤科技(香港)有限公司

**2** 公司秘書／董事的停任 Cessation to Act as Company Secretary／Director

*(如超過一名公司秘書／董事停任，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary／director ceased to act)*

**A.** 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

❼
身分
Capacity

☐ 公司秘書 Company Secretary
☑ 董事 Director
☐ 候補董事 Alternate Director

代替 Alternate to

公司秘書／董事的詳情 (自然人) Particulars of Company Secretary／Director (Natural Person)

| 中文姓名 Name in Chinese | | 田志剛 |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | TIAN |
| | 名字 Other Names | ZHIGANG |

330222197305173138 (CHINA ID)

❻
身分證明
Identification

| N/A | N/A |
|---|---|
| 香港身分證號碼 Hong Kong Identity Card Number | 護照號碼 Passport Number |

**或 OR**

❾
公司秘書／董事的詳情 (法人團體) Particulars of Company Secretary／Director (Body Corporate)

中文及英文名稱 Chinese and English Names

N/A

**B.** 停任詳情 Details of Cessation

停任原因
Reason for Cessation

☑ 辭職／其他 Resignation／Others
☐ 去世 Deceased

❿
停任日期
Date of Cessation

| 27 | 06 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

⓫
上述董事或候補董事在停任日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of cessation?

☐ 是 Yes
☑ 否 No

❹
提交人資料 Presentor's Reference

姓名 Name: SBC CORPORATE SERVICES LIMITED
地址 Address: ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

電話 Tel: 852-2507 7219    傳真 Fax: 852-2507 7225
電郵 Email: formation@sbcincorp.com
檔號 Reference:

請勿填寫本欄 For Official Use

||||||| 22601109045 |||||||
ND2A        0972653
30/06/2014

**3　委任公司秘書／董事 (自然人) Appointment of Company Secretary／Director (Natural Person)**

*(如委任超過一名自然人為公司秘書／董事，請用續頁 B 撔頁 Use Continuation Sheet B if more then 1 natural person is appointed as company secretary／director)*

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

⑫ 身分　　　　　☐ 公司秘書 ✓ 董事　　☐ 候補董事　　　代替 Alternate to
Capacity　　Company　　Director　　Alternate
　　　　　　Secretary　　　　　　　Director

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | 張文偉 |
| 英文姓名<br>Name in English | 姓氏<br>Surname | ZHANG |
| | 名字<br>Other Names | WENWEI |
| 前用姓名<br>Previous Names | 中文<br>Chinese | N/A |
| | 英文<br>English | N/A |
| 別名<br>Alias | 中文<br>Chinese | N/A |
| | 英文<br>English | N/A |

⑬ 地址　　　　　ROOM 102, NO. 19, YUAN NAN YI VILLAGE,
Address

　　　　　　　　XU HUI DISTRICT, SHANG HAI, CHINA.

　　　　　國家／地區
　　　　　Country／Region

⑭ 電郵地址　　　N/A
Email Address

⑮ 身分證明 Identification　　310104196907014015 (CHINA ID)

　(a) 香港身分證號碼　　N/A
　　　Hong Kong Identity Card Number

　(b) 護照　　簽發國家　　N/A
　　　Passport　Issuing Country

　　　　　　　號碼　　N/A
　　　　　　　Number

委任日期 Date of Appointment

| 27 | 06 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

⑯ 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？　　　☐ 是 Yes
　　Is this director or alternate director already an existing alternate director or director in this
　　company at the time of this appointment?　　　　　　　　　　　　　　　　　　　　✓ 否 No

⑰ 提示　　　　　所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
Advisory Note　All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry
　　　　　　　　and acquaint themselves with the general duties of directors outlined in the Guide.

⑰ **出任董事職位同意書 Consent to Act as Director** *請刪去不適用者 Delete whichever does not apply*

本人同意擔任公司的董事／候補董事*，並確認本人已年滿 18 歲。
I consent to act as director／~~alternate director~~* of this company and confirm that I have attained the age of 18

簽署 Signed　：　　　　　　　　　　ZHANG WENWEI

**4  委任公司秘書／董事 (法人團體) Appointment of Company Secretary／Director (Body Corporate)**

(如委任超過一個法人團體公司秘書／董事，則用續頁C 填報 Use Continuation Sheet C if more than 1 body corporate is appointed as company secretary／director)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

| ⑱ | 身分<br>Capacity | ☐ 公司秘書<br>Company Secretary | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|---|---|

| ⑲ | 中文名稱<br>Name in Chinese | N/A |
|---|---|---|

| ⑲ | 英文名稱<br>Name in English | |
|---|---|---|

| ⑳ | 地址<br>Address | |
|---|---|---|

|  | 國家／地區<br>Country／Region | |
|---|---|---|

| ㉑ | 電郵地址<br>Email Address | |
|---|---|---|

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

委任日期 Date of Appointment

日 DD　　月 MM　　年 YYYY

| ㉒ | 上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？<br>Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment? | ☐ 是 Yes<br>☐ 否 No |
|---|---|---|

| ㉓ | 提示<br>Advisory Note | 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所述的董事一般責任。<br>All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide. |
|---|---|---|

**㉓ 出任董事職位同意書 Consent to Act as Director**

本人謹代表上述公司確認，上述公司同意擔任公司的董事／候補董事*。
I, acting on behalf of the above named company, confirm that the above company consents to act as director／alternate director* of this company.

簽署 Signed :

董事 (法人團體)的董事／公司秘書／獲授權人士*
Director／Company Secretary／Authorized Person of the Director (Body Corporate)*

本通知書包括下列續頁 This Notice includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C |
|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 |

**5  確認 (適用的話) Confirmation (If applicable)**

名列本通知書內的每一名獲委任為公司秘書的自然人通常居於香港。
Each natural person appointed as company secretary and named in this Notice ordinarily resides in Hong Kong.

| ㉕ | 簽署 Signed | : | _[signature]_ |
|---|---|---|---|

姓名 Name　　:　　TIAN ZHIGANG　　　　　　　日期 Date　　:　　27/06/2014

董事 Director／公司秘書 Company Secretary *　　　　　　　　日 DD　／　月 MM　／　年 YYYY

*請刪去不適用者 Delete whichever does not apply

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

0114

**CR**

公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

表格
Form **NAR1**

公司編號 **Company Number**

972653

註 Note

**1** 公司名稱 **Company Name**

YUKUN TECHNOLOGY (HONGKONG) CO., LIMITED
譽坤科技(香港)有限公司

**❼ 2** 商業名稱(如有的話) **Business Name (If any)**

N/A

**3** 公司類別 **Type of Company**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 私人公司
Private company

☐ 公眾公司
Public company

☐ 擔保有限公司
Company limited by guarantee

**❽ 4** 本申報表的結算日期
**Date to which this Return is Made Up**

| 25 | 05 | 2014 |
|----|----|------|
| 日 DD | 月 MM | 年 YYYY |

*(如屬私人公司，本申報表應列載截至公司成立為法團的周年日期的資料。*
*如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。*
*如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。*

*For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.*
*For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.*
*For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)*

**❾ 5** 隨本表格交付的財務報表所涵蓋的會計期
**Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項 A private company need not complete this section)*

| - | - | - |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

至
To

| - | - | - |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

**❿ 6** 註冊辦事處地址 **Address of Registered Office**

Unit 503, 5/fl., Silvercord Tower 2,
30 Canton Road, Tsimshatsui, Hong Kong.

**❸** 提交人資料 **Presentor's Reference**

姓名 Name: SBC CORPORATE SERVICES LIMITED
地址 Address: ROOM B, 10/F., TOWER A,
BILLION CENTRE, 1 WANG KWONG ROAD,
KOWLOON BAY, KOWLOON, HONG KONG.

請勿填寫本欄 **For Official Use**

電話 Tel: 852-2507 7219   傳真 Fax: 852-2507 7225
電郵 Email: formation@sbcincorp.com
檔號 Reference:

22601096685
NAR1L          0972653
29/05/2014

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0131

**⑪ 7 電郵地址 Email Address**

N/A

**8 按揭及押記 Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

N/A

**9 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**

N/A

**⑫ 10 股本 Share Capital**
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| | | 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | |
|---|---|---|---|---|
| 股份的類別 (如普通股／ 優先股等) Class of Shares (e.g. Ordinary／ Preference etc.) | 貨幣單位 Currency | 已發行股份 Issued Shares | | |
| | | 總數 Total Number | 總款額 Total Amount | 已繳或視作 已繳的總款額 Total Amount Paid up or Regarded as Paid up |
| ORDINARY | HKD | 10,000 | HKD10,000.00 | HKD10,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數 Total | HKD | 10,000 | HKD10,000.00 | HKD10,000.00 |

0132

**11 公司秘書 Company Secretary**

**A. 公司秘書 (自然人) Company Secretary (Natural Person)**
*(如超過一名公司秘書屬自然人,請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a natural person)*

| 中文姓名<br>Name in Chinese | | N/A |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**13** 香港通訊地址<br>Hong Kong Correspondence Address

| | |
|---|---|
| | |
| | |
| 地區<br>Region | |

**14** 電郵地址<br>Email Address

**15** 身分證明 Identification

(a) 香港身分證號碼<br>Hong Kong Identity Card Number  [ ][ ][ ] [ ][ ][ ][ ] ( )

(b) 護照<br>Passport   簽發國家<br>Issuing Country

號碼<br>Number

**B. 公司秘書 (法人團體) Company Secretary (Body Corporate)**
*(如超過一名公司秘書屬法人團體,請用續頁 A 填報   Use Continuation Sheet A if more than 1 company secretary is a body corporate)*

| **16** 中文名稱<br>Name in Chinese | 駿業秘書服務有限公司 |
|---|---|
| **16** 英文名稱<br>Name in English | SBC CORPORATE SERVICES LIMITED |

**17** 香港地址<br>Hong Kong Address

| |
|---|
| ROOM B, 10/F., TOWER A, |
| BILLION CENTRE, 1 WANG KWONG ROAD, |
| KOWLOON BAY, KOWLOON, HONG KONG. |
| 地區<br>Region |

**14** 電郵地址<br>Email Address   formation@sbcincorp.com

公司編號 Company Number   618863

## 12 董事 Directors

### A. 董事（自然人）Director (Natural Person)

*(如超過一名董事屬自然人，請用續頁 B 填報　Use Continuation Sheet B if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號　Please tick the relevant box(es)*

**(18)**

| 身分<br>Capacity | ✓ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
|---|---|---|---|

| 中文姓名<br>Name in Chinese | | 田志剛 |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | TIAN |
| | 名字<br>Other Names | ZHIGANG |
| 前用姓名<br>Previous Names | 中文<br>Chinese | N/A |
| | 英文<br>English | N/A |
| 別名<br>Alias | 中文<br>Chinese | N/A |
| | 英文<br>English | N/A |

**(19)**

| 住址<br>Residential<br>Address | ROOM 10B, JIN FENG BUILDING, SHANG BU SOUTH ROAD, NO.1001, FU TIAN DISTRICT, SHENZHEN, CHINA. |
|---|---|
| | |
| 國家／地區<br>Country／Region | |

**(20)**

| 電郵地址<br>Email Address | N/A |
|---|---|

**(21)** 身分證明 Identification　　　　CHINA ID 330222197305173138

| (a) 香港身分證號碼<br>Hong Kong Identity Card Number | N/A |
|---|---|
| (b) 護照<br>Passport | 簽發國家<br>Issuing Country | N/A |
| | 號碼<br>Number | N/A |

9134

**12 董事 Directors** (續上頁　cont'd)

**B. 董事（法人團體）Director (Body Corporate)**

(如超過兩名董事屬法人團體，請用續頁 C 填報　Use Continuation Sheet C if more than 2 directors are body corporate)

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑱** 1 身分　　☐ 董事　　　　☐ 候補董事　　　代替 Alternate to
　　 Capacity　　　Director　　　Alternate Director

中文名稱
**Name in Chinese**　　　　　N/A

英文名稱
**Name in English**

**㉒** 地址
**Address**

國家／地區
Country／Region

**⑳** 電郵地址
**Email Address**　　　　　N/A

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

**⑱** 2 身分　　☐ 董事　　　　☐ 候補董事　　　代替 Alternate to
　　 Capacity　　　Director　　　Alternate Director

中文名稱
**Name in Chinese**　　　　　N/A

英文名稱
**Name in English**

**㉒** 地址
**Address**

國家／地區
Country／Region

**⑳** 電郵地址
**Email Address**　　　　　N/A

公司編號 **Company Number**
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

12 董事 **Directors** (續上頁 cont'd)

C. 備任董事 **Reserve Director**

**(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)**
**(Only applicable to a private company with only one member who is also the sole director of the company)**

| | |
|---|---|
| 中文姓名<br>**Name in Chinese** | N/A |

| | | |
|---|---|---|
| 英文姓名<br>**Name in English** | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>**Previous Names** | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>**Alias** | 中文<br>Chinese | |
| | 英文<br>English | |

**⑲** 住址<br>**Residential Address**

| |
|---|
| |
| |
| |

| | |
|---|---|
| 國家／地區<br>Country／Region | |

**⑳** 電郵地址<br>**Email Address**

**㉑** 身分證明 **Identification**

(a) 香港身分證號碼<br>Hong Kong Identity Card Number

| | | | | | | | | ( | ) |
|---|---|---|---|---|---|---|---|---|---|

(b) 護照<br>Passport

| | |
|---|---|
| 簽發國家<br>Issuing Country | |
| 號碼<br>Number | |

0136

**23** `13` 有股本公司的成員詳情 **Particulars of Member(s) of a Company Having a Share Capital**

*(有股本的公司必須填報此項* **Company having a share capital must complete this section )**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

- [✓] 非上市公司的成員詳情列於附表一
  Particulars of members of a non-listed company are listed in Schedule 1

- [ ] 上市公司的成員詳情列於附表二
  Particulars of members of a listed company are listed in Schedule 2

**24** `14` 公司紀錄 **Company Records**

*(如空位不足,請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

`15` 陳述書 **Statement**

*(如屬私人公司,請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

- [✓] 現聲明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表,則自公司成立為法團的日期起),並沒有發出邀請,以邀請公眾人士認購公司的任何股份或債權證;同時如成員人數於本申報表的結算日期當日超過五十名之數的成員,全屬根據《公司條例》第 11(2)條於計算公司成員人數時不包括在內的人。
  The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

**25**
提示 **Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》,並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

本申報表包括下列續頁 **This Return includes the following Continuation Sheet(s)**

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 0 | 0 | 0 |

**6** 簽署 Signed :

姓名 Name : SBC CORPORATE SERVICES LIMITED

~~董事 Director~~／公司秘書 Company Secretary *

日期 Date : **2 8 MAY 2014**

日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

0137

**本申報表的結算日期**
**Date to which this Return is Made Up**

| 25 | 05 | 2014 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 **Company Number**

972653

**㉖** 非上市公司的成員詳情 **(第 13 項)**
**Particulars of Member(s) of a Non-listed Company (Section 13)**

*(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)*
*(Non-listed company having a share capital must complete this page.   If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)*

**截至本申報表的結算日期的成員詳情** Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**            ORDINARY

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**            10,000

| 姓名／名稱<br>Name | 地址<br>Address | 股份 Shares | | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | 現時持有量<br>Current Holding | 轉讓 *<br>Transferred * | | |
| | | | 數目<br>Number | 日期<br>Date | |
| TIAN ZHIGANG<br>田志剛 | ROOM 10B,<br>JIN FENG BUILDING,<br>SHANG BU SOUTH ROAD,<br>NO.1001, FU TIAN DISTRICT,<br>SHENZHEN, CHINA. | 0 | 10,000 | 30/07/2013 | Transferred to<br>CREATE NEW<br>TECHNOLOGY<br>INTERNATIONAL<br>LIMITED |
| CREATE NEW<br>TECHNOLOGY<br>INTERNATIONAL<br>LIMITED | TMF CHAMBERS,<br>P. O. BOX 3269, APIA,<br>SAMOA. | 10,000 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* 如公司的股份自上一份周年申報表日期以來 (如屬首份周年申報表，則自公司成立為法團以來)有任何轉讓，有關詳情亦需一併申報；股份受讓人的姓名／名稱應在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

**COMPANY NO.**

972653

# SPECIAL RESOLUTION
## OF
## YUKUN TECHNOLOGY (HONGKONG) CO., LIMITED
## 譽坤科技(香港)有限公司

### Passed on 30/07/2013

At an **EXTRAORDINARY GENERAL MEETING** of the Company duly convened and held at register address, the following Resolution was duly passed:-

## TRANSFERS OF SHARE

It was resolved that the following transfer(s) of share(s) be approved:-

| Transferor | Transferee | No. of Shares to be transferred |
|---|---|---|
| 田志剛<br>TIAN ZHIGANG | CREATE NEW TECHNOLOGY INTERNATIONAL LIMITED | 10,000 |

It was further resolved that when properly executed instruments of transfer are received, the transfer of share be duly entered into the register of members and transfers, and that shares certificates be issued to the above named transferee(s) in respect of the transfer(s) and the common seal be affixed thereto in accordance with the Articles of Association of the Company.



Chairman of the meeting
TIAN ZHIGANG 田志剛

提交人的資料 Presentor's Reference

姓名 Name:
**SBC CORPORATE SERVICES LIMITED**
地址 Address:
ROOM B, 10/F., TOWER A, BILLION CENTRE,
1 WANG KWONG ROAD, KOWLOON BAY,
KOWLOON, HONG KONG.
電話 Tel: 852-2507 7219    傳真 Fax: 852-2507 7225
電郵地址 E-mail Address: formation@sbc.com.hk

請勿填寫本欄 For Official Use

22700908252
SR          0972653
31/07/2013

0024

**EXHIBIT 67**

**Exhibit 67**
**Third-Party TVpad Distributors**

3G TV Box LLC

Amilkar Trading Inc

Anton International Inc.

Asian Trade Ventures Inc

ATA Chungs Taekwondo, Inc

AVC Group Inc

B.K.A. Trading Inc

Bay Media Star Inc

Bee Lin Tey / Peter K. Tsui

Caytan Enterprise LLC

Chin Chen Chang / Cheetah Trading Co

CHM Int'l Trading Inc.

Chong Seon Yi / Young Ok Woo

Christine Enterprises, Inc.

Christine Tang / Wai K Tang

Chuang Wei Technology LLC (Yu Shao)

City Home Improvement Corp d/b/a 8th Ave
Electronic & Appliance

Collection of Beauty LLC

CR Trading Co.

Crystal Clear Satellite Inc

CV Construction LLC

Daming Huang

Dynamic Distribution Warehouse

Dynamic Sports Group, Inc.

ECR International USA Inc

Effulgent Inc

Electronic Land Inc

Eugene Zhou / Bill Dao Bian Qi / Chi Wing
Ma

Face Entertainment Ltd

Feng Lin

Financial Systems Support Inc / Romolo
Depaolis

Formark Resource & Asset Management

Galaxy Talk Inc

George Thai / Katherine Thai

Gershon Zilber

Golden Ocean Sales, Inc.

Hair Plaza, Inc

Hawaiian Tel FCU / Gary Su

He Zhen Li

Henda International Trading Inc d/b/a
Hengda International Trading

Hester Fashion of Chinatown Inc

Hui Duan Chen / Dingren Luo

Ja-De Trading Corp

Ja-De Trading Corp.

James T Chan

James Yang

Jia R Chen

Jiajie Shen

Jianming Shen

Jin Feng Li / Yong Qing Huang

Jing Wen Li

Johnson Chau

K & K Computer Repairs Center Inc.

K & M Store LLC / Ken's Electronics LLC

K & Y Car Accessories Inc

Kaiyee Ng

Ka-Ling Leung d/b/a Global Multimedia

Kar Li Wong

EXHIBIT 67

Ken's Electronics LLC

Kenneth W Chan

Kwok Li

L&D

Laura Tong

LCL General Contractor Inc

Li Po Wu

Li Shu Liang

Lianju Zhang / Zhong Zhong Zang

Li-Jun Tan

Linhui Yang

M & J Electronics 2012 Inc

Marianne H S Choi / Kwong Hon Chan

Mavsak Inc

May Dang

Media Journal Inc

Minerva Synergy LLC

Mirage Entertainment

Mr Zi Rui Lin

NY Toner Inc

PA Security Camera

Qamar Abbas

Qing Hua Li / Jie Lin

Raymond Tam

RBS Citizens, NA

Red Star Internet Inc

Redsea Consultants Corp

S . D Italia SRL

S.D.H. Entertainment, Inc

Siu C Ng

Sky Dragon Appliance Inc.

STV Satellite Co.

Toner.com Inc

Top Star Satellite Inc

True Beauty Trading Inc.

Tu Da Trading Inc

TV Pad Center Inc d/b/a TV Pad Center

W Sweet & Sweet Inc d/b/a Ocean5 Inc

Wai Kwong Tang

Walon International Inc

Watsing Inc

Wei Hua Liang

Wei Yem Lum

Weidong Lu / Ling Sheng

Westfield Industrial Corp

Wing Hing Wood Furnishing Inc

Xiu Ying Huang

Y S International Inc t/a Travel Galleria

Yan Bian

Yan Ni Gu

Yan Zheng Yang

Yanjie Shen

Yeon Soo Byun / Young S Byun

Yong Ji Tan

Zhang Z Zhong

Zhong T Huang / Zhong Liang Huang