1  CARLA A. McCAULEY (State Bar No. 223910)
     carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice* pending)
5    robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice* pending)
6    lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice* pending)
7    samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice* pending)
8    georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas
   New York, New York 10020
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
                 UNITED STATES DISTRICT COURT
12               CENTRAL DISTRICT OF CALIFORNIA

13 CHINA CENTRAL TELEVISION, a China ) Case No.
   company; CHINA INTERNATIONAL      ) **CV 15-1869 MMM (AJWx)**
14 COMMUNICATIONS CO., LTD., a China )
   company; TVB HOLDINGS (USA), INC., a )
15 California corporation; and DISH     ) **PROOF OF SERVICE BY HAND**
   NETWORK L.L.C., a Colorado limited   ) **DELIVERY OF MOTION FOR**
16 liability company,                   ) **DEFAULT JUDGMENT ON**
                                        ) **DEFENDANT CREATE NEW**
17                Plaintiffs,           ) **TECHNOLOGY (HK) LIMITED**
          vs.                           )
18 CREATE NEW TECHNOLOGY (HK)           )
   LIMITED, a Hong Kong company; HUA    )
19 YANG INTERNATIONAL TECHNOLOGY        )
   LTD., a Hong Kong company; SHENZHEN  )
20 GREATVISION NETWORK                  )
   TECHNOLOGY CO. LTD., a China         )
21 company; CLUB TVPAD, INC., a California )
   corporation; BENNETT WONG, an        )
22 individual; ASHA MEDIA GROUP INC.    )
   d/b/a TVPAD.COM, a Florida corporation; )
23 AMIT BHALLA, an individual;          )
   NEWTVPAD LTD CO. a/k/a TVPAD USA,    )
24 a Texas corporation; LIANGZHONG ZHOU,)
   an individual; HONGHUI CHEN d/b/a e- )
25 Digital, an individual; JOHN DOE 1 d/b/a )
   BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN )
26 DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; )
   JOHN DOE 5 d/b/a GANG YUE; JOHN      )
27 DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 )
   d/b/a GANG TAI WU XIA; and JOHN DOES )
28 8-10,                                )
                 Defendants.            )

PROOF OF SERVICE BY HAND DELIVERY
DWT 27857834v1 0094038-000021

# PROOF OF SERVICE BY HAND DELIVERY

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On September 15, 2015, I served the following document(s):

1. PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMETN AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED; MEMORANDUM OF POINTS AND AUTHORITIES

2. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL LIMITED TECHNOLOGY

3. NOTICE OF MANUAL FILING OR LODGING

4. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 1 OF 5

5. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 2 OF 5

6. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 3 OF 5

7. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 4 OF 5

8. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 5 OF 5

9. PLAINTIFFS' APPLICATION FOR ORDER FOR UNDER SEAL FILING OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CARLA A. MCCAULEY

10. [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR UNDER SEAL FILING OF EXHIBITS 14, 15, 17, 19, 20, 24, 25, 27, 28, 31, 34 AND 36 IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

11. UNDER SEAL VERSION OF EXHIBITS 17, 19, 20, 25, 27, 28 AND 36 IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CREATE NEW TECHNOLOGY(HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED

PROOF OF SERVICE BY HAND DELIVERY
DWT 27857834v1 0094038-000021

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| 1 | 12. [UNDER SEAL] LODGED EXHIBITS 14, 15, 24, 31 AND 34 IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED |

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in four box files, to the addressee(s) at the following address(es):

**Create New Technology (HK) Limited, Room D, 10/F., Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong**

Executed on September 15, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

HUNG KIN WING
Print Name                                           Signature

PROOF OF SERVICE BY HAND DELIVERY
DWT 27857834v1 0094038-000021

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899