CARLA A. McCAULEY (State Bar No. 223910)
carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800  Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 489-8230  Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,

  Plaintiffs,

vs.

CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,

  Defendants.

Case No.
**CV 15-1869 MMM (AJWx)**

**PROOF OF SERVICE BY HAND DELIVERY OF MOTION FOR DEFAULT JUDGMENT ON DEFENDANT HUA YANG INTERNATIONAL TECHNOLOGY LIMITED**

**PROOF OF SERVICE BY HAND DELIVERY**

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On September 15, 2015, I served the following document(s):

1. PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMETN AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED; MEMORANDUM OF POINTS AND AUTHORITIES

2. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL LIMITED TECHNOLOGY

3. NOTICE OF MANUAL FILING OR LODGING

4. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 1 OF 5

5. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 2 OF 5

6. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 3 OF 5

7. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 4 OF 5

8. COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED VOL 5 OF 5

9. PLAINTIFFS' APPLICATION FOR ORDER FOR UNDER SEAL FILING OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CARLA A. MCCAULEY

10. [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR UNDER SEAL FILING OF EXHIBITS 14, 15, 17, 19, 20, 24, 25, 27, 28, 31, 34 AND 36 IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

11. UNDER SEAL VERSION OF EXHIBITS 17, 19, 20, 25, 27, 28 AND 36 IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CREATE NEW TECHNOLOGY(HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED

PROOF OF SERVICE BY HAND DELIVERY
DWT 27858009v1 0094038-000021

1

Davis Wright Tremaine LLP
865 S. Figueroa St, Suite 2400
Los Angeles, California 90017-2566
(213) 633-6800
Fax: (213) 633-6899

12.    [UNDER SEAL] LODGED EXHIBITS 14, 15, 24, 31 AND 34 IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in four box files, to the addressee(s) at the following address(es):

**Hua Yang International Technology Limited, Room 1103, Hang Seng Mongkok Building, 677 Nathan Road, Mongkok, Kowloon, Hong Kong.**

Executed on September 15, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

HUNG KIN WING
Print Name

_Signature_

2

PROOF OF SERVICE BY HAND DELIVERY
DWT 27858009v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899