| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
|   |    carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
|   | Tel.: (213) 633-6800  Fax: (213) 633-6899 |
| 4 | |
|   | ROBERT D. BALIN (*pro hac vice*) |
| 5 |    robbalin@dwt.com |
|   | LACY H. KOONCE, III (*pro hac vice*) |
| 6 |    lancekoonce@dwt.com |
|   | SAMUEL BAYARD (*pro hac vice*) |
| 7 |    samuelbayard@dwt.com |
|   | GEORGE WUKOSON (*pro hac vice*) |
| 8 |    georgewukoson@dwt.com |
|   | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas, 21st Floor |
|   | New York, New York 10020 |
| 10 | Tel.: (212) 489-8230  Fax: (212) 489-8340 |
|    | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>            Defendants. | Case No.<br>**CV 15-1869 MMM (AJWx)**<br><br>**PROOF OF SERVICE VIA OVERNIGHT MAIL OF APPLICATION TO SEAL EXHIBITS; LODGED EXHIBITS; UNDER SEAL VERSION OF EXHIBITS, AND [PROPOSED] ORDER GRANTING APPLICATION TO FILE EXHIBITS UNDER SEAL**<br><br>Date: November 23, 2015<br>Time: 10:00 a.m.<br>Courtroom: 780<br>Judge: Hon. Margaret M. Morrow<br><br>Complaint Filed: March 13, 2015 |

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On September 14, 2015, I served the foregoing document(s) described as: **PLAINTIFFS' APPLICATION FOR ORDER FOR UNDER SEAL FILING OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CARLA A. MCCAULEY** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on September 14, 2015, at Los Angeles, California.

☑  Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | *Frank M. Romero* |
|---|---|
| Print Name | Signature |

## SERVICE LIST

| | |
|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>5900 Wilshire Blvd., Suite 2250<br>Los Angeles, CA 90036 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Mark Clark<br>Traverse Legal, PLC<br>810 Cottageview Drive G-20<br>Traverse City, MI  49684 | Attorneys for Asha Media Group, Inc. and Amit Bhalla |
| Jeff Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street, #560<br>City of Industry, CA  91748 | Attorneys for Honghui Chen, d/b/a e-Digital |

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On September 14, 2015, I served the foregoing document(s) described as: **LODGED EXHIBITS 14, 15, 24, 31, AND 34 IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on September 14, 2015, at Los Angeles, California.

☑ Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | *[signature]* Frank M. Romero |
|---|---|
| Print Name | Signature |

## SERVICE LIST

| | |
|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>5900 Wilshire Blvd., Suite 2250<br>Los Angeles, CA 90036 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Mark Clark<br>Traverse Legal, PLC<br>810 Cottageview Drive G-20<br>Traverse City, MI  49684 | Attorneys for Asha Media Group, Inc. and Amit Bhalla |
| Jeff Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street, #560<br>City of Industry, CA  91748 | Attorneys for Honghui Chen, d/b/a e-Digital |

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On September 14, 2015, I served the foregoing document(s) described as: **UNDER SEAL VERSION OF EXHIBITS 17, 19, 20, 25, 27, 28, AND 36 IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CREATE NEW TECHNOLOGY(HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on September 14, 2015, at Los Angeles, California.

☑  Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | *Frank M. Romero* |
|---|---|
| Print Name | Signature |

## SERVICE LIST

| | |
|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>5900 Wilshire Blvd., Suite 2250<br>Los Angeles, CA 90036 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Mark Clark<br>Traverse Legal, PLC<br>810 Cottageview Drive G-20<br>Traverse City, MI 49684 | Attorneys for Asha Media Group, Inc. and Amit Bhalla |
| Jeff Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748 | Attorneys for Honghui Chen, d/b/a e-Digital |

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On September 14, 2015, I served the foregoing document(s) described as: **[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR UNDER SEAL FILING OF EXHIBITS 14, 15, 17, 19, 20, 24, 25, 27, 28, 31, 34, AND 36 IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

SEE ATTACHED SERVICE LIST

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on September 14, 2015, at Los Angeles, California.

☑   Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

|  Frank M. Romero  | _/s/ Frank M. Romero_ |
| :---: | :---: |
| Print Name | Signature |

## SERVICE LIST

| | |
|---|---|
| Francis S. Ryu, Esq.<br>Ryu Law Firm<br>5900 Wilshire Blvd., Suite 2250<br>Los Angeles, CA 90036 | Attorney for Club TVpad, Inc. and Bennett Wong |
| Mark Clark<br>Traverse Legal, PLC<br>810 Cottageview Drive G-20<br>Traverse City, MI 49684 | Attorneys for Asha Media Group, Inc. and Amit Bhalla |
| Jeff Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street, #560<br>City of Industry, CA 91748 | Attorneys for Honghui Chen, d/b/a e-Digital |