Davis Wright Tremaine LLP
Carla A. McCauley SBN 223910
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Ph: (213) 633-6800 Fax: (213) 633-6899
Email: carlamccauley@dwt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

China Central Television, et al.

Plaintiff(s)

v.

Create New Technology (HK) Limited, et al.

Defendant(s).

CASE NUMBER:
CV 15-1869 MMM (AJWx)

**STIPULATION REGARDING
SELECTION OF PANEL MEDIATOR**

**CHECK ONLY ONE BOX:**

☒ The parties stipulate that Gail Migdal Title may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: _____

Dated: September 21, 2015      /s Carla A. McCauley
                                Attorney For Plaintiffs China Central Television, et al.
                                Carla A. McCauley

Dated: September 21, 2015      /s Adrianos Matthew Facchetti
                                Attorney For Defendants Asha Media and Amit Bhalla
                                Adrianos Matthew Facchetti

Dated: September 21, 2015      /s Francis S. Ryu
                                Attorney For Defendant Clubtvpad and Bennett Wong
                                Francis S. Ryu

Dated: September 21, 2015      /s Jen-Feng Lee
                                Attorney For Defendant Honghui Chen
                                Jen-Feng Lee

Attorney for Plaintiff to electronically file original document.

ADR-02 (01/12)     STIPULATION REGARDING SELECTION OF PANEL MEDIATOR     Page 1 of 1
DWT 27929921v1 0094038-000021

