1  CARLA A. McCAULEY (State Bar No. 223910)
        carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice*)
5      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
6      lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice*)
7      samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas, 21st Floor
   New York, New York  10020
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. <br> **CV 15-1869 MMM (AJWx)** <br><br> **REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT; DECLARATION OF CARLA A. MCCAULEY AND EXHIBITS A AND B** <br><br> Date:  October 13, 2015 <br> Time:  10:00 a.m. <br> Courtroom:  780 <br> Judge:  Hon. Margaret M. Morrow <br><br> Complaint Filed:  March 13, 2015 |

Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. (collectively "Plaintiffs") respectfully request that Plaintiffs' Motion to Hold Create New Technology (HK) Limited in Contempt ("Contempt Motion") be submitted without the necessity for a hearing, as no oral argument is required given the failure of Create New Technology (HK) Limited ("CNT") to file any opposition to the Motion, and that the Court enter Plaintiffs' requested relief as soon as practical.

Plaintiffs filed the Contempt Motion against CNT on August 26, 2015, concurrently filing an *ex parte* requesting that the hearing on the Contempt Motion be advanced to the earliest possible date on the Court's calendar. *See* Dkt. No. 110. Plaintiffs gave notice to CNT of both the Contempt Motion and the pending *ex parte* through personal service on CNT's registered offices in Hong Kong on August 26, 2015. *See* Dkt. No. 109-4. The Court granted Plaintiffs' request for an advanced hearing date of October 13, 2015 by Order dated August 27, 2015. *See* Dkt. No. 112. Plaintiffs promptly gave CNT notice of the advanced hearing date, again through personal service of the Court's Order on CNT's registered offices in Hong Kong. *See* Declaration of Carla A. McCauley ("McCauley Decl.") Ex. A.

Based on the Court's Order, any opposition to the Motion to Contempt by CNT had to be filed not later than September 22, 2015. Local Rule 7-9. CNT failed to file any Opposition. McCauley Decl. ¶3. CNT's violation of this Court's preliminary injunction order also continues unabated, as CNT'S efforts to sell and advertise the TVpad through websites that also encourage the continuing infringement of Plaintiffs' copyrighted programming has not ceased. McCauley Decl. Ex. B. Furthermore, as detailed in Plaintiffs' pending Motion for Default Judgment, CNT continues to stream Plaintiffs' copyrighted content through the TVpad devices—again, in continuing violation of this Court's preliminary injunction order. *See* Dkt. No. 125 at pp. 92-93 (Declaration of Nicholas Braak ¶¶12-14).

1

REPLY IN SUPPORT OF MOTION FOR CONTEMPT
DWT 27968805v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

In light of CNT's failure to respond to the Contempt Motion notwithstanding receiving personal service of the Motion and this Court's Order advancing the hearing, and CNT's ongoing violation of the preliminary injunction order, Plaintiffs' respectfully request that the Court submit this matter without a hearing, unless the Court determines that it requires additional information that Plaintiffs can provide to the Court at the hearing during oral argument. In the event this matter is submitted, Plaintiffs request that the Court enter Plaintiffs' requested relief, including a coercive daily fine and Plaintiffs' attorneys' fees, as soon as practical and without further delay.

DATED: September 28, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)


By: /s/Carla A. McCauley
　　　　Carla A. McCauley

Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

2
REPLY IN SUPPORT OF MOTION FOR CONTEMPT
DWT 27968805v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**DECLARATION**

## DECLARATION OF CARLA A. MCCAULEY

I, Carla A. McCauley, declare as follows:

1. I am licensed to practice law before all the courts in the State of California and am admitted to the Central District of California and the United States Court of Appeals for the Ninth Circuit. I am a partner at Davis Wright Tremaine LLP, counsel for Plaintiffs in the above-entitled matter. I submit this Declaration in support of Plaintiffs' Motion to Hold Defendant Create New Technology (HK) Limited ("CNT") in Contempt of Court (the "Contempt Motion"). I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.

2. On August 28, 2015, I emailed to Plaintiffs' local counsel in Hong Kong a copy of this Court's Order granting Plaintiffs' *ex parte* to advance the hearing date on Plaintiffs' Contempt Motion, with instructions to have a solicitor personally serve the Order on CNT at its registered office in Hong Kong. Plaintiffs' Hong Kong solicitor executed service on August 31, 2015, and promptly returned to me a Proof of Service, a true and correct copy of which is attached hereto as **Exhibit A**.

3. CNT's deadline to file a response to Plaintiffs' Contempt Motion was September 22, 2015. CNT has not filed any response to the Contempt Motion.

4. Since the filing of Plaintiffs' Contempt Motion, CNT continues to offer for sale the TVpad device on its website (mtvpad.com), continues to sponsor the fan forum (where users post recommendations for accessing infringing content, including CCTV and TVB content), and advertise the device on Facebook, including by referencing Plaintiffs' content. Attached as **Exhibit B** are an assortment of true and

///

///

3
REPLY IN SUPPORT OF MOTION FOR CONTEMPT
DWT 27968805v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 correct print-outs from the TVpad store on mtvpad.com, the TVpad Facebook page,
2 and the fan forum (with a translation I rendered using Google Translate while I
3 visited the fan forum website), all of which I printed on September 25, 2015.

4     I declare under penalty of perjury under the laws of the United States of
5 America that the foregoing is true and correct.
6 Executed this 28th day of September, 2015.

                                                        /s/ Carla A. McCauley
                                                      Carla A. McCauley

4
REPLY IN SUPPORT OF MOTION FOR CONTEMPT
DWT 27968805v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT A**

| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
|   | carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
|   | Tel.: (213) 633-6800 Fax: (213) 633-6899 |
| 4 | |
|   | ROBERT D. BALIN (*pro hac vice* pending) |
| 5 | robbalin@dwt.com |
|   | LACY H. KOONCE, III (*pro hac vice* pending) |
| 6 | lancekoonce@dwt.com |
|   | SAMUEL BAYARD (*pro hac vice* pending) |
| 7 | samuelbayard@dwt.com |
|   | GEORGE WUKOSON (*pro hac vice* pending) |
| 8 | georgewukoson@dwt.com |
|   | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas |
|   | New York, New York 10020 |
| 10 | Tel.: (212) 489-8230 Fax: (212) 489-8340 |
|   | ATTORNEYS FOR PLAINTIFFS |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, | ) ) ) ) ) ) ) ) | Case No. **CV 15-1869 MMM (AJWx)** **PROOF OF SERVICE BY HAND DELIVERY** |
| Plaintiffs, | ) | |
| vs. | ) | |
| CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

EXHIBIT A

## PROOF OF SERVICE BY HAND DELIVERY

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On August 31, 2015, I served the following document(s):

1. ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTION TO HOLD DEFENDANT CREATE NEW TECHNOLOGY (HK) LIMITED IN CONTEMPT

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in a sealed envelope(s), to the addressee(s) at the following address(es):

**Create New Technology (HK) Limited, Room D, 10/F., Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong**

Executed on August 31, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑     Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

HUNG KIN WING
Print Name

_[Signature]_

PROOF OF SERVICE BY HAND DELIVERY
DWT 27752197v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

GZJ KDKV'D"

Login | Register  0  [中文版]



Home  Store  TVpad4  TVpad News


Home > New Arrivals ( 3 )


TVpad4 (Model M418) Streaming Player
Price : USD 299.0


TVpad4 (Model M418) Package for 2 Sets
Price : USD 579.0


TVpad4 (Model M418) Package for 3 Sets
Price : USD 859.0



| Help Center | Shipping | Payment | After-sale Service | About Us | Contact Us |
|---|---|---|---|---|---|
| Shopping Guide | Shipping Range | Credit Card | Commitment | Brand Introduction | |
| My Order | Logistics | Alipay | App Installation | Statement | 86-755-86089507 |
| FAQ | About Tariffs | Security | About Return | Contact Us | (00852)2134-9910 |
| App Publishing | About Receipt | | Check Warranty | Media Support | |



Copyright © 2007-2015 mtvpad.com All Rights Reserved

EXHIBIT B













Webmaster Statistics