UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:15–cv–01869–MMM–AJW | Date | 10/13/2015 |
| Title | CHINA CENTRAL TELEVISION ET AL V. CREATE NEW TECHNOLOGY HK LIMITED ET AL | | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carla McCauley | Frances S. Ryu |
| Lance Koonce | |

**Proceedings:** Plaintiff's Motion for Contempt[109]

The court, having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court grants the motion to compel. Final order to issue.

00:06
Initials of Deputy Clerk:  ah