| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
|   |    carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California  90017-2566 |
|   | Tel.:  (213) 633-6800  Fax:  (213) 633-6899 |
| 4 | |
|   | ROBERT D. BALIN (*pro hac vice*) |
| 5 |    robbalin@dwt.com |
|   | LACY H. KOONCE, III (*pro hac vice*) |
| 6 |    lancekoonce@dwt.com |
|   | SAMUEL BAYARD (*pro hac vice*) |
| 7 |    samuelbayard@dwt.com |
|   | GEORGE WUKOSON (*pro hac vice*) |
| 8 |    georgewukoson@dwt.com |
|   | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas, 21st Floor |
|   | New York, New York  10020 |
| 10 | Tel.:  (212) 489-8230  Fax:  (212) 489-8340 |
|   | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br>              Plaintiffs, <br><br>vs. <br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br>              Defendants. | Case No. <br>**CV 15-1869 MMM (AJWx)** <br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD.** <br><br>Courtroom:  780 <br>Judge:  Hon. Margaret M. Morrow <br><br>Complaint Filed:  March 13, 2015 <br>Trial Date: |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs China Central
2  Television, China International Communications Co., Ltd., TVB Holdings (USA),
3  Inc. and DISH Network L.L.C. hereby dismiss this action as to defendant Shenzhen
4  Greatvision Network Technology Co. Ltd. only without prejudice and without costs
5  or fees to any party.

7  DATED: November 9, 2015           DAVIS WRIGHT TREMAINE LLP
                                     CARLA A. McCAULEY
8                                    ROBERT D. BALIN (*pro hac vice*)
                                     LACY H. KOONCE, III (*pro hac vice*)
9                                    SAMUEL BAYARD (*pro hac vice*)
                                     GEORGE WUKOSON (*pro hac vice*)

12                                   By: _____/s/Carla A. McCauley_____
                                              Carla A. McCauley

                                     Attorneys for Plaintiffs
14                                   CHINA CENTRAL TELEVISION; CHINA
                                     INTERNATIONAL COMMUNICATIONS
15                                   CO., LTD.; TVB HOLDINGS (USA), INC.;
                                     AND DISH NETWORK L.L.C.

1

NOTICE OF VOLUNTARY DISMISSAL
DWT 28332401v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899