| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
|  | carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|  | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
|  | Tel.: (213) 633-6800  Fax: (213) 633-6899 |
| 4 | |
|  | ROBERT D. BALIN (*pro hac vice* pending) |
| 5 | robbalin@dwt.com |
|  | LACY H. KOONCE, III (*pro hac vice* pending) |
| 6 | lancekoonce@dwt.com |
|  | SAMUEL BAYARD (*pro hac vice* pending) |
| 7 | samuelbayard@dwt.com |
|  | GEORGE WUKOSON (*pro hac vice* pending) |
| 8 | georgewukoson@dwt.com |
|  | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas |
|  | New York, New York 10020 |
| 10 | Tel.: (212) 489-8230  Fax: (212) 489-8340 |
|  | ATTORNEYS FOR PLAINTIFFS |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,

    Plaintiffs,

vs.

CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,

    Defendants.

Case No.
**CV 15-1869 MMM (AJWx)**

**PROOF OF SERVICE BY HAND DELIVERY**

## PROOF OF SERVICE BY HAND DELIVERY

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 57/F Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

On November 6, 2015, I served the following document(s):

1. REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDATNS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED; DECLARATIONS OF GEORGE WUKOSON AND NICHOLAS BRAAK WITH EXHIBITS A THROUGH C

2. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JDUGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LTD.

on the below parties in this action or proceeding, by personally delivering a copy thereof, enclosed in a box file(s), to the addressee(s) at the following address(es):

**Create New Technology (HK) Limited, Room D, 10/F, Tower A, Billion Centre, 1 Wang Kwong Road, Kowloon Bay, Kowloon, Hong Kong**

**Hua Yang International Technology Limited, Room 1103, Hang Seng Mongkok Building, 677 Nathan Road, Mongkok, Kowloon, Hong Kong.**

Executed on November 6, 2015, at Hong Kong Special Administrative Region of the People's Republic of China.

☑ Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have served the above referenced documents at the direction of a member of the bar of this Court.

HUNG KIN WING
Print Name                                                _____
                                                         Signature
1

PROOF OF SERVICE BY HAND DELIVERY
DWT 28300026v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899