CARLA A. McCAULEY (State Bar No. 223910)
  carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice* pending)
  robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice* pending)
  lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice* pending)
  samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice* pending)
  georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. <br> **CV 15-1869 MMM (AJWx)** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED APPLICATION FOR UNDER SEAL FILING OF EXHIBITS 14, 15, 17, 19, 20, 24, 25, 27, 28, 31, 34 AND 36 IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

This Court has considered the submissions of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") in support of Plaintiffs' Renewed Application for Under Seal Filing of Exhibits filed in support of Plaintiffs' Motion for Default Judgment, which was originally set for hearing on November 23, 2015 and which the Court ordered submitted without oral argument by Order dated November 17, 2015.

Good cause having been shown, Plaintiffs' Application is GRANTED.  The concurrently submitted Under Seal Version of Exhibits 14, 15, 17, 18, 20, 24, 25, 27, 28, 31, 34 and 36, filed in support of Plaintiffs' Motion for Default Judgment shall be filed Under Seal in accordance with Local Rule 79-5.1.

**IT IS SO ORDERED.**

_____, 2015                    _____

                                                      Hon. Margaret M. Morrow
                                                 United States District Court Judge

_____
[Proposed] Order Granting Application to Seal
DWT 28415515v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899