| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
|  | carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|  | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
|  | Tel.: (213) 633-6800  Fax: (213) 633-6899 |
| 4 | |
|  | ROBERT D. BALIN (*pro hac vice* pending) |
| 5 | robbalin@dwt.com |
|  | LACY H. KOONCE, III (*pro hac vice* pending) |
| 6 | lancekoonce@dwt.com |
|  | SAMUEL BAYARD (*pro hac vice* pending) |
| 7 | samuelbayard@dwt.com |
|  | GEORGE WUKOSON (*pro hac vice* pending) |
| 8 | georgewukoson@dwt.com |
|  | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas, 21st Floor |
|  | New York, New York 10020 |
| 10 | Tel.: (212) 489-8230  Fax: (212) 489-8340 |
|  | ATTORNEYS FOR PLAINTIFFS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. <br> **CV 15-1869 MMM (AJWx)** <br><br> **REDACTED VERSION OF EXHIBITS 14, 15, 17, 19, 20, 24, 25, 27, 28, 31, 34 AND 36 FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LTD.** <br><br> [[Proposed] Order; Renewed Application to Seal; Under Seal Version of Exhibits concurrently submitted] <br><br> Date:  November 23, 2015 <br> Time:  10:00 a.m. <br> Courtroom:  780 <br> Judge:  Hon. Margaret M. Morrow <br><br> Complaint Filed:  March 13, 2015 |

Redacted Version of Exhibits ISO Motion for Default Judgment
DWT 28426562v1 0094038-000021

1  In accordance with the Court's Order dated November 20, 2015, Plaintiffs
2  China Central Television, China International Communications Co., Ltd., TVB
3  Holdings (USA), Inc., and DISH Network L.L.C. (collectively "Plaintiffs") resubmit
4  in Exhibits 14, 15, 17, 19, 20, 24, 25, 27, 28, 31, 34 and 36 in redacted format,
5  concurrently with their Renewed Application for Under Seal Filing.  The attached
6  exhibits are resubmitted in support of Plaintiffs' Motion for Default Judgment,
7  which motion was originally set for hearing on November 23, 2015 before the
8  Honorable Margaret M. Morrow, located at Courtroom 780, 255 East Temple Street
9  Los Angeles, California, and submitted without oral argument by Order dated
10 November 17, 2015.

11 DATED: November 25, 2015        DAVIS WRIGHT TREMAINE LLP

                                  By: /s/Carla A. McCauley
                                      Carla A. McCauley
                                  Attorneys for Plaintiffs
                                  CHINA CENTRAL TELEVISION; CHINA
                                  INTERNATIONAL COMMUNICATIONS
                                  CO., LTD.; TVB HOLDINGS (USA), INC.;
                                  AND DISH NETWORK L.L.C.

1

Redacted Version of Exhibits ISO Motion for Default Judgment
DWT 28426562v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899