PackageID: 1Z060Y6F0442397379   ShipmentID: 060Y6FGDBTV



PackageID: 1Z060Y6F0442397379   ShipmentID: 060Y6FGDBTV



Packing List (Shipment ID/主运单号)：   1Z060Y6F0442397379   PCS/总箱数: 17

Currency:   USD

| 箱编号<br>CTN# | 分支尺寸<br>Width (in) | 货品描述(中英文)<br>Description<br>(Eng/Chn) | 每箱数量<br>Qty | 单位<br>Unit | 单价<br>Unit Price | 总价/子合计<br>Total price | 货品编码<br>HS Code |
|---|---|---|---|---|---|---|---|
| 1-15 | 16 | Media player<br><br>机顶盒 | 20 | PCS | 130.00 | 2,600.00 | 8528718000 |
| 16 | 3 | remote<br>control<br><br>遥控器 | 6 | PCS | 2.00 | 12.00 | |
| 17 | 1 | show shelf<br><br>展示架 | 1 | PCS | 2.00 | 2.00 | |

1Z 060 Y6F 04 4239 7379

**PackageID: 1Z060Y6F0442397379   ShipmentID: 060Y6FGDBTV**



# Invoice

Page 1

| FROM | |
|---|---|
| TaxID/VAT No: | |
| Contact Name: chenlp | |
| Create New Technology (HK) Limited | |
| (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | |
| University Park of Hi-Tech Ind Park | |
| Keyuan Rd West,Nanshan Dist | |
| SZX.  518057 | |
| China, People's Republic of | |
| Phone: 075582077971240 | |

Waybill Number: 1Z060Y6F0442397379

Shipment ID: 060Y6FGDBTV

1Z 060 Y6F 04 4239 7379

Invoice No.:
Date: 21-MAY-2013
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SOLD TO INFORMATION**

Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| SHIP TO | |
|---|---|
| Tax ID/VAT No: | |
| Contact Name: Hui Xu | |
| Walon International Inc | |
| REDACTED | |
| NEW YORK, NY 10010 | |
| United States | |
| Phone:  REDACTED | |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 1 | EA | Iron Authorization brand | | CN | 1.00 | 1.00 USD |
| 300 | EA | Media Player | 8528718000 | CN | 130.00 | 39,000.00 USD |
| 6 | EA | Power adapter | | CN | 1.00 | 6.00 USD |
| 6 | EA | remote control | | CN | 2.00 | 12.00 USD |
| 6 | EA | show shelf | | CN | 2.00 | 12.00 USD |
| 6 | EA | TF card | | CN | 2.00 | 12.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 39,043.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 39,043.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 39,043.00 |
| Total Number of Packages:  17 | Currency: USD |
| Total Weight:  244.0 KGS | |

Shipper                    Date

**PackageID: 1Z060Y6F0442397379   ShipmentID: 060Y6FGDBTV**



# Invoice

Revised                          Page 1

**FROM**
TaxID/VAT No:
Contact Name: chen/p
Create New Technology (HK) Limited
(PLD)(N3P)NORTH GATE BLDG R2-A XUNI
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SZX,  518057

China, People's Republic of
Phone: 075582077971240

Waybill Number: 1Z060Y6F0442397379
Shipment ID:  060Y6FGDBTV

1Z 060 Y6F 04 4239 7379

Invoice No.:
Date:  21-MAY-2013
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SHIP TO**
Tax ID/VAT No:
Contact Name: Hui Xu
Walon International Inc:

REDACTED

NEW YORK, NY 10010

United States
Phone          REDACTED

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|-----------|-------------|
| 1 EA | Iron Authorization brand | | | CN | 1.00 | 1.00 USD |
| 300 EA | Media Player  *Plastic* | 8528718000 | | CN | 130.00 | 39,000.00 USD |
| 6 EA | Power adapter | | | CN | 1.00 | 6.00 USD |
| 6 EA | remote control | | | CN | 2.00 | 12.00 USD |
| 6 EA | show shelf | | | CN | 2.00 | 12.00 USD |
| 6 EA | TF card | | | CN | 2.00 | 12.00 USD |

*mode of Plastic*

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 39,043.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 39,043.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 39,043.00 |

Total Number of Packages:  17     Currency: USD
Total Weight:  244.0 KGS

Shipper                                Date



PackageID: 1Z060Y6F0441863107   ShipmentID: 060Y6FG99SY

PackageID: 1Z060Y6F0441863107   ShipmentID: 060Y6FG99SY



# Invoice

Page 1

| FROM | | Waybill Number: 1Z060Y6F0441863107 |
|---|---|---|
| TaxID/VAT No: | | Shipment ID: 060Y6FG99SY |
| Contact Name: chenlp | | |
| Create New Technology (HK) Limited | | |
| (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | | |
| University Park of Hi-Tech Ind Park | | |
| Keyuan Rd West,Nanshan Dist | | Invoice No.: |
| SZX,  518057 | | Date: 03-JUL-2013 |
| | | Purchase No.: |
| China, People's Republic of | | |
| Phone: 075582077971240 | | Terms of Sale (Incoterm): |
| | | Reason for Export:  Sale |

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID/VAT No: | Tax ID/VAT No: |
| Contact Name: Hui Xu | Contact Name: |
| Walon International Inc. | Same as Ship To |
| REDACTED | |
| JACKSON HEIGHTS, NY 11372 | |
| United States | |
| Phone:  REDACTED | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | Media Player | 8528718000 | CN | 15.00 | 4,500.00 USD |

**Additional Comments:**

| Declaration Statement: | | |
|---|---|---|
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Invoice Line Total: | 4,500.00 |
| | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 4,500.00 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 4,500.00 |
| Shipper                    Date | Total Number of Packages: 15      Currency: USD |
| | Total Weight: 240.0 KGS |

PackageID: 1Z060Y6F0441863107   ShipmentID: 060Y6FG99SY



Packing List (Shipment ID/主运单号：    1Z060Y6F0441863107    PCS/总箱数：15

Currency: USD

| Declaration # | 箱号<br>CTN# | 每箱重量<br>Weight (kg) | 商品描述(中/英文)<br>Description<br>(Eng/Chn) | 每箱数量<br>Qty | 单位<br>Unit | 单价<br>Unit Price | 可报关价<br>Total price | 项目编码<br>HS Code |
|---|---|---|---|---|---|---|---|---|
| | 1-15 | 16 | Media Player<br><br>机顶盒 | 20 | PCS | 15.00 | 300.00 | 8528718000 |

**PackageID: 1Z060Y6F0461029418   ShipmentID: 060Y6FLGC3L**



**PackageID: 1Z060Y6F0461029418   ShipmentID: 060Y6FLGC3L**



Child Package Tracking Numbers (Continued):

18. 1Z060Y6F0453872586
19. 1Z060Y6F0461611992
20. 1Z060Y6F0462056208

UPS Waybill No.
1Z060Y6F0461029418

Collection Date: 16/JUL/2013

UPS WorldShip 16.0.25  Euro PDF Writer

**PackageID: 1Z060Y6F0461029418   ShipmentID: 060Y6FLGC3L**

12 060 Y6F 04 6102 9418

Shipper:

Create New Technology (HK) Limited

North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Keyuan Rd West, Nanshan Dist,
Shen Zhen, Guang Dong
China, People's Republic
Contact Name:    Li Ping Chen
Phone:    075582077971 240

Ship To:
Wixion International Inc.

REDACTED

-USA
Contact Name:    Hui Xu
Phone:    REDACTED
Postal code:    11372

## Commercial Invoice

| Date | 2013-07-17 |
|---|---|
| Invoice Number: | XK-1307150003 |
| Number of Pieces: | 20 |
| Remark: | |

| Description of Goods | Quantity | HS Tariff Code | Country of Origin | Unit Weight (KGS) | Total Weight (KGS) | Unit Value (USD) | Total Value (USD) |
|---|---|---|---|---|---|---|---|
| media player | 400 | 8528718000 | China | 0.8 | 320.000 | 130 | 52000.00 |
| | | | | Total Weight | 320.000 | Total Dec. Value | 52000.00 |
| | | | | | | Freight Charges | 0 |
| | | | | | | Insurance | 0 |
| | | | | | | Other Charges | 0 |
| | | | | | | Invoice Total | 52000.00 |

I/we hereby certify that the information on this invoice is ture andcorrect and that the contents of this shipment are as statedabove.

Name of company:    Create New Technology (HK) Limited   Signature:

第1页 共1页

PackageID: 1Z060Y6F0442666766   ShipmentID: 060Y6FGFSPY



UPS COPY — INV

| SHIPPER | | | |
|---|---|---|---|
| UPS Account Number:  060Y6F | | | |
| Tax ID/VAT No.: | | | |
| Contact:  chenlp | | | |
| Create New Technology (HK) Limited | | | |
| Phone:  075582077971240 | | | |
| (PLD)(N3P)NORTH GATE BLDG R2-A XUNI University Park of Hi-Tech Ind Park Keyuan Rd West,Nanshan Dist 518057 SZX CHINA, PEOPLE'S REPUBLIC OF | | | CN |

EXPRESS SAVER          1P

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|---|---|---|---|
| 6 | 0 | 82.0 | 82.0 |
| | | Kg | Kg |

Description of Goods:
mediaplayer

Declared Value for Carriage:

**UPS WAYBILL/TRACKING NUMBER**
1Z060Y6F0442666766

**UPS SHIPMENT ID**
060Y6FGFSPY

**SPECIAL INSTRUCTIONS**
[X]Package

DGG

| SHIP TO | | |
|---|---|---|
| UPS Account Number: | | |
| Tax ID/VAT No.: | | |
| Contact:  Jietao(Richard)Sun | | |
| WORLD EXPLORER ENTERPRISE LTD | | |
| REDACTED | | |
| V6X3X2 RICHMOND BC CANADA | | CA |

Additional Handling:
Residential:  No
Reference 1:
Reference 2:

**PAYMENT OF CHARGES**
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

45X35X33X5
35X26X22

| Carrier Use | | | |
|---|---|---|---|
| Received For UPS By | | Date | Time |
| No. of packages for which the Additional Handling charge applies | | 15 | 15 |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.
1Z060Y6F0440710774
1Z060Y6F0442236988
1Z060Y6F0440615396
1Z060Y6F0441084002
1Z060Y6F0440368814

6633 N9

1Z 060 Y6F 04 4266 6766

**PackageID: 1Z060Y6F0442666766   ShipmentID: 060Y6FGFSPY**



# Invoice

Page 1

**FROM**

TaxID/VAT No:
Contact Name: chenjp
Create New Technology (HK) Limited
(PLO)(N3P)NORTH GATE BLDG R2-A XUNI
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SZX,   518057

China, People's Republic of
Phone: 07558207971240

**SHIP TO**

Tax ID/VAT No:
Contact Name: Jietao (Richard)Sun
WORLD EXPLORER ENTERPRISE LTD

REDACTED

RICHMOND, BC V6X3X2

Canada
Phone:        REDACTED

**Waybill Number:** 1Z060Y6F0442666766
**Shipment ID:** 060Y6FGFSPY

1Z 060 Y6F 04 4266 6766

**Invoice No.:**
**Date:** 15-MAR-2013
**Purchase No.:**

**Terms of Sale (Incoterm):**

**Reason for Export:**  Sale

**SOLD TO INFORMATION**

Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|------------|-------------|
| 210 | NMB | Instructions *paper* | | CN | 0.01 | 2.10 USD |
| 102 | NMB | Media Player *plastic* | 8528718000 | CN | 99.00 | 10,098.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 10,100.10 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 10,100.10 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 10,100.10 |

Total Number of Packages:  6          Currency: USD
Total Weight:  82.0 KGS

Shipper                          Date

**PackageID: 1Z060Y6F0442666766   ShipmentID: 060Y6FGFSPY**

Packing List (Shipment ID/主运单号 :  1Z060Y6F0442666766   PCS/总箱数: 6

Currency: **USD**

| Declaration # | 数编号 CTN# | 每箱重量 Weight (kg) | 货品描述(中英文) Description (Eng/Chn) | 每箱数量 Qty | 单位 Unit | 单价 Unit Price | 当栏总价 Total price | 海关编码 HS Code |
|---|---|---|---|---|---|---|---|---|
| | | | media player | | | | | |
| | 1-5 | 16 | | 20 | PCS | 99.00 | 1,980.00 | 8528718000 |
| | | | 机顶盒 | | | | | |
| | | | media player | | | | | |
| | 6 | 2 | | 2 | PCS | 99.00 | 198.00 | 8528718000 |
| | | | 机顶盒 | | | | | |

PackageID: 1Z060Y6F0455486883   ShipmentID: 060Y6FK8R87



UPS COPY      **INV**

| SHIPPER | | |
|---|---|---|
| UPS Account Number:  060Y6F | | |
| Tax ID/VAT No.: | | |
| Contact: Huang XiaoYan | | |
| Create New Technology (HK) Limited | | |
| Phone: 86-75582077971 | | |
| (PLDI/DGG)\N0PIO AREA 5F BLDG R1-A | | |
| University Park of Hi-Tech Ind Park | | |
| Kexuan Rd West Nanshan Dist | | |
| 518021 | | |
| SHENZHEN | | |
| CHINA, PEOPLE'S REPUBLIC OF | | |
| | | CN |

| SHIP TO | | |
|---|---|---|
| UPS Account Number: | | |
| Tax ID/VAT No.: | | |
| Contact: Wellington Hui | | |
| XTREME GADGET COMPANY | | |
| **REDACTED** | | |
| 92126 | | |
| SAN DIEGO CA | | |
| UNITED STATES | | |
| | | US |

EXPRESS SAVER     1P

| SHIPMENT INFORMATION | | | |
|---|---|---|---|
| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
| 6 | 0 | 83.0 | 83.0 |
| | | Kg | Kg |

Description of Goods:
Media Player

Declared Value for Carriage:

Additional Handling:
Residential:   No
Reference 1:

Reference 2:

UPS WAYBILL/TRACKING NUMBER
1Z060Y6F0455486883

UPS SHIPMENT ID
060Y6FK8R87

SPECIAL INSTRUCTIONS
[X] Package

**6633 N9**

PAYMENT OF CHARGES
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

D6/6?

| Carrier Use | | | |
|---|---|---|---|
| Received For UPS By | | Date | Time |
| No. of packages for which the Additional Handling charge applies | | 13/6 | 14 |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.
1Z060Y6F0456937090
1Z060Y6F0456181101
1Z060Y6F0456782917
1Z060Y6F0455226529
1Z060Y6F0456515938

1Z 060 Y6F 04 5548 6883

Collection Date: 13/JUN/2013

UPS WorldShip 16.0.31  pdfFactory Pro

**PackageID: 1Z060Y6F0455486883   ShipmentID: 060Y6FK8R87**



# Invoice

Page 1

**FROM**

TaxID/VAT No:

Contact Name: Huang XiaoYan
Create New Technology (HK) Limited
(PLD)(DGG)(N3P)O AREA 5F BLDG R1-A
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SHENZHEN 518021

China, People's Republic of
Phone: 86-75582077971

Waybill Number: 1Z060Y6F0455486883

Shipment ID: 060Y6FK8R87

1Z 060 Y6F 04 5548 6883

Invoice No.:

Date: 13/JUN/2013

Purchase No.:

Terms of Sale (Incoterm):

Reason for Export: Sale

**SHIP TO**

Tax ID/VAT No:

Contact Name: Wellington Hui
XTREME GADGET COMPANY

REDACTED

SAN DIEGO, CA 92126

United States
Phone:       REDACTED

**SOLD TO INFORMATION**

Tax ID/VAT No:

Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|-----------|-------------|
| 100 | EA | Media Player | 8528718000 | CN | 15.00 | 1,500.00 USD |
| 2 | EA | remote control | ........ | CN | 2.00 | 4.00 USD |
| 2 | EA | power adapter | ........ | CN | 1.00 | 2.00 USD |
| 2 | EA | tf card | ........ | CN | 2.00 | 4.00 USD |
| 4 | EA | cable | ........ | CN | 1.00 | 4.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 1,514.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 1,514.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 1,514.00 |

Total Number of Packages: 6   Currency: USD
Total Weight: 83.0 KGS

Shipper _____   Date _____

PackageID: 1Z060Y6F0455486883   ShipmentID: 060Y6FK8R87

| Packing List (Shipment ID/主运单号：| | | 1Z060Y6F0455486883 | | PKG PCS/总箱数: 6 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Currency: | USD |
| Declaration # | 箱号 CTN# | 每箱毛重 Weights (kg) | 品名描述(中英文) Description (Eng/Chn) | 每箱数量 Vty | 单位 Unit | 单价 Unit Price | 总价 Total price | 商品编码 HS Code |
| <br> *568999680682* | 1-5 | 16 | media player<br><br>机顶盒 | 20 | sets | 15.00 | 300.00 | 8528710000 |
| *568999680684* | 6 | 3 | remote control<br><br>遥控器 | 2 | pcs | 2.00 | 4.00 | |
| *568999680685*<br><br>*568999680686* | | | | | | | | |



## UPS COPY

# KEY

| SHIPPER | | | | |
|---|---|---|---|---|
| UPS Account Number: 1985V3 | | | | |
| Tax ID/VAT No.: | | | | |
| Contact: MR PAUL | | | | |
| CREATE NEW TECHNOLOGY HK | | | | |
| Phone: 27579053 | | | | |
| 3F CHENG LIAN BUILDING NO 6 LANHUA AVE FUTIAN FREE TRADE ZONE SHENZHEN CHINA KWAI CHUNG HONG KONG | | | | |
| | | | | HK |

**EXPRESS SAVER**     **1P**

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|---|---|---|---|
| 3 | 0 | 45.0 | 0.0 |
| | | Kg | Kg |

Description of Goods:
COMPUTER HDD MEMORY PLAYER

Declared Value for Carriage:

Additional Handling:
Residential: No
Reference 1: H9348946708

Reference 2:

**UPS WAYBILL/TRACKING NUMBER**

1Z1985V30466171888

**UPS SHIPMENT ID**

1985V3MKKSC

**SPECIAL INSTRUCTIONS**

[X] Package

ATL T2
1845

**PAYMENT OF CHARGES**

[X] PRE
[X] Bill Transportation to Shipper 1985V3
[X] Bill Duty and Tax to Receiver

| SHIP TO | |
|---|---|
| UPS Account Number: | |
| Tax ID/VAT No.: | |
| Contact: ANDREW CHONG | |
| ANDREW CHONG | |
| REDACTED | |
| ROTTERDAM NETHERLANDS | |
| | NL |



**Carrier Use**

| Received For UPS By | | Date | Time |
|---|---|---|---|
| | | | |
| No. of packages for which the Additional Handling charge applies: | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

2. 1Z1985V30465862893

3. 1Z1985V30465953508

Collection Date: 11/OCT/2013

UPS WorldShip 15.0.16   RICOH Aficio 2020 PCL 6

12 1985V30466171883

# COMMERCIAL INVOICE

| International Air Waybill No: | | Date of Exportation | |
|---|---|---|---|
| 航空运单 | | 日期 | 10-Oct-13 |
| Shipper/Exporter(complete name and addre: 发件人： Create New Technology (HK) Contact Name:Li Ping Chen<br><br>3F Cheng Lian Building ,NO.6 LanHua Ave,Futian Free Trade Zone,Shen Zhen,China<br><br>0755-82077971240 | | Consignee(complete name and address)<br>收件人： Andrew Chong<br><br><span style="color:red">REDACTED</span><br>Holland<br><br><span style="color:red">REDACTED</span><br>Tel | Rotterdam, |

| NO.of<br>件数 | Description of Goods<br>货物描述 | Qty<br>数量 | Unit Value<br>单价 | Total Value<br>总价 |
|---|---|---|---|---|
| 1 | Computer HDD memory player HS: 85198140 | 52 | US$15.00 | US$780.00 |
| 2 | Instructions | 100 | US$0.01 | US$1.00 |
| 3 | non-woven shopping bag | 20 | US$0.10 | US$2.00 |
| 4 | Freight charges | 1 | US$80.00 | US$80.00 |
|  | 外箱尺寸：435X320X330MM 每箱毛重： | | | |

| Total No. of Pkgs （总件数）<br>3 | 每个标准箱装20台，共3箱。 | Totalinv.Value （总价值）<br><br>US$863.00 |
|---|---|---|

I certify and pledge that all information fillde in this document is conformed to the details declared to the Customs and conformed to the actual conditions of the goods in the shipment.



MADE IN CHINA



```
                                            DAGTEKENING : 16 OKTOBER  2013

*** SAGITTA ***   Verzameluitnodiging tot betaling
=================================================================================
Mededeling beëindigde verificatie           Datum/tijd afgedrukt: 16-10-2013 10:43
---------------------------------                          Datum: 16-10-2013
Belanghebbende                                            Tijdstip: 10:32
--------------
Douanenummer      : NL 0077.26.892/00                     Bladnr: 001
Naam              : |1] United Parcel Service Nederland BV


Adres             :   REDACTED
Woonplaats        :


Kantoor           : Team Koeriers 144
Referentienummer  : 1985V3MKKSC
Aangiftenummer    : 0077.26.892/00 13 46375021          Aantal artikelen: 02
Aanvaardingsdatum: 16-10-2013

     TEGEN DE HIERNA VOLGENDE UITNODIGING(EN) TOT BETALING (C.Q. TERUGGAAF) KUNT
     U BEZWAAR MAKEN.
     IN DAT GEVAL MOET  U BINNEN ZES WEKEN NA DAGTEKENING VAN DE UITNODIGING(EN)
     TOT BETALING (C.Q. TERUGGAAF) EEN BEZWAARSCHRIFT INDIENEN BIJ DE INSPECTEUR
     VAN DE BELASTINGDIENST/DOUANE,
     03070 TE 6401DN HEERLEN.
=================================================================================
Uitnodiging tot betaling Aangiftenummer: 0077.26.892/00 13 46375021    Artikel: 01
=================================================================================
Middel: DOUANERECHT INDUSTR.

Belastbare maatstaf: **.***.606,0000
Tarief: EUR  ***.**4,500000 per   100 WAARDE DW

Middel: BTW

Belastbare maatstaf: **.***.642,0000
Tarief: EUR  ***.*21,000000 per   100 WAARDE OB

Totaal artikel: 01                       Krediet/zekerheid      Verschuldigd
                  DOUANERECHT INDUSTR.    EUR **.***.**0,00  EUR **.***.*27,27
                  BTW                     EUR **.***.**0,00  EUR **.***.134,82
                                          -------------     -------------
                                          EUR **.***.**0,00  EUR **.***.162,09
=================================================================================
Uitnodiging tot betaling Aangiftenummer: 0077.26.892/00 13 46375021    Artikel: 02
=================================================================================
Middel: DOUANERECHT INDUSTR.

Belastbare maatstaf: **.***.*22,0000
Tarief: EUR  ***.**3,700000 per   100 WAARDE DW

Middel: BTW

Belastbare maatstaf: **.***.*31,0000
Tarief: EUR  ***.*21,000000 per   100 WAARDE OB


            Subtotaal transporteren       Krediet/zekerheid      Verschuldigd

                                          EUR **.***.**0,00  EUR **.***.162,09
```

PackageID: 1985V3M4564710388 ShipmentID: 1985V3MKKSC



```
                                       DAGTEKENING  : 16 OKTOBER   2013
*** SAGITTA ***    Verzameluitnodiging tot betaling
=======================================================================
Mededeling beëindigde verificatie
---------------------------------
Kantoor       : Team Koeriers 144                      Datum: 16-10-2013
Referentienummer : 1985V3MKKSC                     Tijdstip: 10:32
Aangiftenummer  : 0077.26.892/00 13 46375021
Aanvaardingsdatum: 16-10-2013                        Bladnr: 002
=======================================================================
Uitnodiging tot betaling Aangiftenummer: 0077.26.892/00 13 46375021   Artikel: 02
=======================================================================
               Subtotaal transport    Krediet/zekerheid     Verschuldigd

                                       EUR **.***.**0,00  EUR **.***.162,09

Totaal artikel: 02                     Krediet/zekerheid       Verschuldigd
               DOUANERECHT INDUSTR.    EUR **.***.**0,00  EUR **.***.**0,81
               BTW                     EUR **.***.**0,00  EUR **.***.**6,51
                                       --------------     --------------
                                       EUR **.***,**0,00  EUR **.***,**7,32
-----------------------------------------------------------------------
Totaal uitnodiging(en)
                                   Krediet/zekerheid  EUR     NIHIL

                             Definitief verschuldigd  EUR  **.***.168,60
                               Eerder vastgesteld     EUR     NIHIL
                                                           ---------------
                               Meer verschuldigd      EUR     NIHIL
=======================================================================
Verificatie mededelingen
------------------------

Artikel 01
Wijze van controle      : ADM.AFHANDL.
Uitslag van de controle : Conform

Artikel 02
Wijze van controle      : ADM.AFHANDL.
Uitslag van de controle : Conform
Bevindingen:




=======================================================================
EINDE OVERZICHT
```



```
*** SAGITTA ***      TOESTEMMING TOT WEGVOERING                    BLAD: 1

KANTOOR    : 144 Team Koeriers 144              DATUM TOEST. : 16-10-2013
AANGIFTE-ID: 0077.26.892/00 13 46375021   AANTAL ART.  :  2  TOT.COLLI:    3
AANGIFTE   : IM-Y                         REFERENTIENR.: 1985V3MKKSC
AANG./VERT.: NL 0077.26.892/00            GEADRESSEERDE: NL 0091.11.578
[1] United Parcel Service Nederland BV    A CHONG
REDACTED                                  REDACTED

VERTEGENWOORDIGDE:                        ROTTERDAM, , 3031EE, NL




LAND VERZ./UITV: HK HONGKONG              VERVOERMIDDEL:
PLAATS GOEDEREN: LOODS UPS 3113AN 72
```

```
ART.: 1   REGELING: 40  00  | 000
GOEDERENCODE      : 8519 8145 90 0000 0000 00
GOEDERENOMSCHRIJVING: TOESTELLEN VOOR HET WEERGEVEN VAN GELUID / 1Z1985V30466171
888


AANTAL/SOORT/MERKEN/NUMMERS:
    3 CT                      |                  BRUTO: 22.500
                              |                  NETTO: 22.500
CONTNR:


LAND VAN OORSPRONG: CN CHINA              WAARDE: USD          781,00
COMM.PREFERENTIE      : 100 ERGA OMNES
PREFERENTIE/CONTINGENT:                            |
VOORAFGAAND DOCUMENT IDENTIFICATIE:




BIJZONDERE VERMELDINGEN:
```

```
ART.: 2   REGELING: 40  00  | 000
GOEDERENCODE      : 4202 2290 90 0000 0000 00
GOEDERENOMSCHRIJVING: TASSEN E.D V TEXTIEL / 1Z1985V30466171888


AANTAL/SOORT/MERKEN/NUMMERS:
    CT                        |                  BRUTO: 22.500
                              |                  NETTO: 22.500
CONTNR:


LAND VAN OORSPRONG: CN CHINA              WAARDE: USD            2,00
COMM.PREFERENTIE      : 100 ERGA OMNES
PREFERENTIE/CONTINGENT:                            |
VOORAFGAAND DOCUMENT IDENTIFICATIE:




BIJZONDERE VERMELDINGEN:
```

```
CONTROLE BIJ UITSLAG/WEGVOERING           |AFTEKENING DOOR AANG./VERT
DATUM EN TIJDSTIP:                        |
HANDTEKENING:                             |
```

PackageID: 1Z1985V30466136458 ShipmentID: 1985V3MKDKZ



## UPS COPY                                    KEY

**SHIPPER**

UPS Account Number: 1985V3

Tax ID/VAT No.:

Contact: MR PAUL

CREATE NEW TECHNOLOGY HK

Phone: 27579053

3F CHENG LIAN BUILDING NO 6 LANHUA
AVE FUTIAN FREE TRADE ZONE
SHENZHEN CHINA
KWAI CHUNG
HONG KONG

HK

**SHIP TO**

UPS Account Number:

Tax ID/VAT No.:

Contact: DR ISAMU YONG ZHANG

DR ISAMU YONG ZHANG

**REDACTED**

DEN HAAG
NETHERLANDS

NL

**EXPRESS SAVER**                    **1P**

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs | Act Wt | Dim Wt |
|------|----------|--------|--------|
| 3    | 0        | 45.0   | 0.0    |
|      |          | Kg     | Kg     |

Description of Goods:
MEDIA PLAYER

Declared Value for Carriage:

Additional Handling:

Residential:   No

Reference 1: H9348946717

Reference 2:

**UPS WAYBILL/TRACKING NUMBER**

1Z1985V30466136452

**UPS SHIPMENT ID**        1985V3MKDKZ

**SPECIAL INSTRUCTIONS**

[X] Package

ATL T2
1845

**PAYMENT OF CHARGES**

[X] PRE
[X] Bill Transportation to Shipper 1985V3
[X] Bill Duty and Tax to Receiver

| Carrier Use | | | |
|-------------|--|------|------|
| Received For UPS By | | Date | Time |
| | | | |
| No. of packages for which the Additional Handling charge applies | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

2. 1Z1985V30466524667

3. 1Z1985V30465224475



1Z1985V3046613645 2

# COMMERCIAL INVOICE

| International Air Waybill No: | | Date of Exportation | |
|---|---|---|---|
| 航空运单 | | 日期 | 10-Oct-13 |
| Shipper/Exporter(complete name and addre: | | Consignee(complete name and address) | |
| 发件人： Create New Technology (HK) | | 收件人： | Dr. Isamu (Yong) Zhang |
| Contact Name:Li Ping Chen | | | REDACTED |
| 3F Cheng Lian Building ,NO.6 LanHua Ave,Futian Free Trade Zone,Shen Zhen,China | | | The Netherlands |
| 0755-82077971240 | | Tel:REDACTED | |

| NO.of 件数 | Description of Goods 货物描述 | Qty 数量 | Unit Value 单价 | Total Value 总价 |
|---|---|---|---|---|
| 1 | Media Player | 2 | US$15.00 | US$30.00 |
| 2 | Media Player HS:851767 | 50 | US$15.00 | US$750.00 |
| 3 | Instructions | 100 | US$0.01 | US$1.00 |
| 4 | non-woven shopping bag | 20 | US$0.10 | US$2.00 |
| | 外箱尺寸：435X320X330MM 每箱毛重： | | | |

| Total No. of Pkgs （总件数） | | Totalinv.Value （总价值） |
|---|---|---|
| 3 | 每个标准箱装20台，共3箱。 | US$783. 00 |

I certify and pledge that all information fillde in this document is conformed to the details declared to the Customs and conformed to the actual conditions of the goods in the shipment.





```
*** SAGITTA ***    TOESTEMMING TOT WEGVOERING                    BLAD: 1

KANTOOR    : 144 Team Koeriers 144              DATUM TOEST. : 16-10-2013
AANGIFTE-ID: 0077.26.892/00 13 46374951   AANTAL ART.  :  3  TOT.COLLI:    3
AANGIFTE   : IM-Y                          REFERENTIENR.: 1985V3MKDKZ
AANG./VERT.: NL 0077.26.892/00             GEADRESSEERDE: NL 2186.39.405
[1] United Parcel Service Nederland BV     I YONG ZHANG
    REDACTED                               REDACTED

VERTEGENWOORDIGDE:                         DEN HAAG, , 2512AV, NL




LAND VERZ./UITV: HK HONGKONG         VERVOERMIDDEL:
PLAATS GOEDEREN: LOODS UPS 3113AN 72
```

ART.: 1   REGELING: 40  00  | 000
GOEDERENCODE        : 8528 7220 00 0000 0000 00
GOEDERENOMSCHRIJVING: TOESTEL + INGEBOUWD VIDEO-OPNAME OF WEEGAVETOESTEL / 1Z198
5V30466136452

AANTAL/SOORT/MERKEN/NUMMERS:
    3 CT                                   |            BRUTO: 15.000
                                           |            NETTO: 15.000
CONTNR:

LAND VAN OORSPRONG: CN CHINA                   WAARDE: USD          780,00
COMM.PREFERENTIE     : 100 ERGA OMNES
PREFERENTIE/CONTINGENT:                    |              |
VOORAFGAAND DOCUMENT IDENTIFICATIE:




BIJZONDERE VERMELDINGEN:

ART.: 2   REGELING: 40  00  | 000
GOEDERENCODE        : 4901 9900 00 0000 0000 00
GOEDERENOMSCHRIJVING: BOEKEN, BROCHURES EN DERGELIJKE DRUKWERK / 1Z1985V30466136
452

AANTAL/SOORT/MERKEN/NUMMERS:
    CT                                     |            BRUTO: 15.000
                                           |            NETTO: 15.000
CONTNR:

LAND VAN OORSPRONG: CN CHINA                   WAARDE: USD            1,00
COMM.PREFERENTIE     : 100 ERGA OMNES
PREFERENTIE/CONTINGENT: 051 LAAG TAR.OB    |              |
VOORAFGAAND DOCUMENT IDENTIFICATIE:




BIJZONDERE VERMELDINGEN:



CONTROLE BIJ UITSLAG/WEGVOERING           |AFTEKENING DOOR AANG./VERT
DATUM EN TIJDSTIP:                        |
HANDTEKENING:                             |



VERVOLGBLAD        TOESTEMMING TOT WEGVOERING                    BLAD:  2

AANGIFTE-ID: 0077.26.892/00 13 46374951    AANTAL ART.  :  3  TOT.COLLI:        3

AANG./VERT.: NL 0077.26.892/00        GEADRESSEERDE: NL 2186.39.405
[1] United Parcel Service Nederland BV   I YONG ZHANG
REDACTED                               REDACTED
VERTEGENWOORDIGDE:                     DEN HAAG, , 2512AV, NL

ART.: 3   REGELING: 40  00  | 000
GOEDERENCODE       : 4202 2290 90 0000 0000 00
GOEDERENOMSCHRIJVING: TASSEN E.D V TEXTIEL / 1Z1985V30466136452

AANTAL/SOORT/MERKEN/NUMMERS:
        CT                   |                    BRUTO: 15.000
                             |                    NETTO: 15.000
CONTNR:

LAND VAN OORSPRONG: CN CHINA              WAARDE: USD           2,00
COMM.PREFERENTIE      : 100 ERGA OMNES
PREFERENTIE/CONTINGENT:               |              |
VOORAFGAAND DOCUMENT IDENTIFICATIE:
                                      |
                                      |
                                      |
BIJZONDERE VERMELDINGEN:              |
                                      |  |

CONTROLE BIJ UITSLAG/WEGVOERING          |AFTEKENING DOOR AANG./VERT
DATUM EN TIJDSTIP:                       |
HANDTEKENING:                            |



```
                                            DAGTEKENING  : 16 OKTOBER   2013
*** SAGITTA ***   Verzameluitnodiging tot betaling
========================================================================
Mededeling beëindigde verificatie          Datum/tijd afgedrukt: 16-10-2013 10:43
----------------------------------                      Datum: 16-10-2013
Belanghebbende                             Tijdstip: 10:32
--------------
Douanenummer       : NL 0077.26.892/00                  Bladnr: 001
Naam               : |1] United Parcel Service Nederland BV

Adres              :   REDACTED
Woonplaats         :


Kantoor            : Team Koeriers 144
Referentienummer  : 1985V3MKDKZ
Aangiftenummer     : 0077.26.892/00 13 46374951       Aantal artikelen: 03
Aanvaardingsdatum: 16-10-2013

   TEGEN DE HIERNA VOLGENDE UITNODIGING(EN) TOT BETALING (C.Q. TERUGGAAF) KUNT
   U BEZWAAR MAKEN.
   IN DAT GEVAL MOET  U BINNEN ZES WEKEN NA DAGTEKENING VAN DE UITNODIGING(EN)
   TOT BETALING (C.Q. TERUGGAAF) EEN BEZWAARSCHRIFT INDIENEN BIJ DE INSPECTEUR
   VAN DE BELASTINGDIENST/DOUANE,
   03070 TE 6401DN HEERLEN.
========================================================================
Uitnodiging tot betaling Aangiftenummer: 0077.26.892/00 13 46374951    Artikel: 01
========================================================================
Middel: DOUANERECHT INDUSTR.

Belastbare maatstaf: **.***.619,0000
Tarief: EUR  ***.*14,000000 per   100 WAARDE DW

Middel: BTW

Belastbare maatstaf: **.***.721,0000
Tarief: EUR  ***.*21,000000 per   100 WAARDE OB

Totaal artikel: 01                    Krediet/zekerheid      Verschuldigd
                    DOUANERECHT INDUSTR.  EUR **.***.**0,00  EUR **.***.*86,66
                    BTW                   EUR **.***.**0,00  EUR **.***.151,41
                                          -------------      -------------
                                          EUR **.***.**0,00  EUR **.***.238,07
========================================================================
Uitnodiging tot betaling Aangiftenummer: 0077.26.892/00 13 46374951    Artikel: 02
========================================================================
Middel: DOUANERECHT INDUSTR.

Belastbare maatstaf: **.***.*36,0000
Tarief: EUR  ***.**0,000000 per   100 WAARDE DW

Middel: BTW

Belastbare maatstaf: **.***.*51,0000
Tarief: EUR  ***.**6,000000 per   100 WAARDE OB


          Subtotaal transporteren        Krediet/zekerheid      Verschuldigd

                                          EUR **.***.**0,00  EUR **.***.238,07
```

PackageID: 9219365x30460x36483  ShipmentID: 1e80v3MKDKZ



```
                                    DAGTEKENING  : 16 OKTOBER   2013
*** SAGITTA ***   Verzameluitnodiging tot betaling
=====================================================================
Mededeling beëindigde verificatie
---------------------------------
Kantoor       : Team Koeriers 144              Datum: 16-10-2013
Referentienummer : 1985V3MKDKZ                 Tijdstip: 10:32
Aangiftenummer : 0077.26.892/00 13 46374951
Aanvaardingsdatum: 16-10-2013                  Bladnr: 002
=====================================================================
Uitnodiging tot betaling Aangiftenummer: 0077.26.892/00 13 46374951   Artikel: 02
=====================================================================
             Subtotaal transport       Krediet/zekerheid    Verschuldigd

                                        EUR **.***.**0,00  EUR **.***.238,07

Totaal artikel: 02                      Krediet/zekerheid    Verschuldigd
             DOUANERECHT INDUSTR.       EUR **.***.**0,00  EUR **.***.**0,00
             BTW                        EUR **.***.**0,00  EUR **.***.**3,06
                                        --------------     --------------
                                        EUR **.***.**0,00  EUR **.***.**3,06

=====================================================================
Uitnodiging tot betaling Aangiftenummer: 0077.26.892/00 13 46374951   Artikel: 03
=====================================================================
Middel: DOUANERECHT INDUSTR.

Belastbare maatstaf: **.***.*36,0000
Tarief: EUR ***.**3,700000 per   100 WAARDE DW

Middel: BTW

Belastbare maatstaf: **.***.*51,0000
Tarief: EUR ***.*21,000000 per   100 WAARDE OB

Totaal artikel: 03                      Krediet/zekerheid    Verschuldigd
             DOUANERECHT INDUSTR.       EUR **.***.**0,00  EUR **.***.**1,33
             BTW                        EUR **.***.**0,00  EUR **.***.*10,71
                                        --------------     --------------
                                        EUR **.***.**0,00  EUR **.***.*12,04

---------------------------------------------------------------------
Totaal uitnodiging(en)
                                        Krediet/zekerheid  EUR    NIHIL

                             Definitief verschuldigd  EUR  **.***.251,84
                             Eerder vastgesteld       EUR    NIHIL
                                                             --------------
                                        Meer verschuldigd  EUR    NIHIL

=====================================================================
Verificatie mededelingen
------------------------

Artikel 01
Wijze van controle        : ADM.AFHANDL.
Uitslag van de controle : Conform
```

PackageID: 121985V3MKDKZ39483   ShipmentID: 1985V3MKDKZ



```
                                                    DAGTEKENING  : 16 OKTOBER   2013
*** SAGITTA ***    Verzameluitnodiging tot betaling
=================================================================================
Mededeling beëindigde verificatie
---------------------------------
Kantoor        : Team Koeriers 144                           Datum: 16-10-2013
Referentienummer : 1985V3MKDKZ                           Tijdstip: 10:32
Aangiftenummer  : 0077.26.892/00 13 46374951
Aanvaardingsdatum: 16-10-2013                            Bladnr: 003
=================================================================================
Verificatie mededelingen
------------------------

Artikel 02
Wijze van controle       : ADM.AFHANDL.
Uitslag van de controle  : Conform
Bevindingen:
```

PackageID: 121985V3MKDKZ  ShipmentID: 1985V3MKDKZ



```
                                          DAGTEKENING  : 16 OKTOBER   2013
*** SAGITTA ***    Verzameluitnodiging tot betaling
=================================================================================
Mededeling beëindigde verificatie
---------------------------------
Kantoor         : Team Koeriers 144                      Datum: 16-10-2013
Referentienummer : 1985V3MKDKZ                           Tijdstip: 10:32
Aangiftenummer   : 0077.26.892/00 13 46374951
Aanvaardingsdatum: 16-10-2013                            Bladnr: 004
=================================================================================
Verificatie mededelingen
------------------------

Artikel 03
Wijze van controle       : ADM.AFHANDL.
Uitslag van de controle : Conform
Bevindingen:

=================================================================================
EINDE OVERZICHT
```



## UPS COPY

## KEY

### SHIPPER
UPS Account Number: 1985V3
Tax ID/VAT No.:
Contact: MR PAUL
CREATE NEW TECHNOLOGY HK
Phone: 27579053
3F CHENG LIAN BUILDING NO 6 LANHUA
AVE FUTIAN FREE TRADE ZONE
SHENZHEN CHINA
KWAI CHUNG
HONG KONG

HK

### SHIP TO
UPS Account Number:
Tax ID/VAT No.:
Contact: NIKLAS MAN
NIKLAS MAN
REDACTED

MALMOE
SWEDEN

SE

### EXPRESS SAVER 1P

### SHIPMENT INFORMATION.

| Pkgs. | Lg. Pkgs. | Act Wt | Dim Wt |
|-------|-----------|--------|--------|
| 3 | 0 | 45.0 | 0.0 |
| | | Kg | Kg |

Description of Goods:
MEDIA PALYER

Declared Value for Carriage:

Additional Handling:
Residential: No
Reference 1: H9348946726

Reference 2:

### UPS WAYBILL/TRACKING NUMBER:
1Z1985V30465896679

### UPS SHIPMENT ID
1985V3MHY3S

### SPECIAL INSTRUCTIONS
[X] Package

ATL T2
1845

### PAYMENT OF CHARGES
[X] PRE
[X] Bill Transportation to Shipper 1985V3
[X] Bill Duty and Tax to Receiver

| Carrier Use | | | |
|-------------|---|------|------|
| Received For UPS By | | Date | Time |
| | | | |
| No. of packages for which the Additional Handling charge applies. | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

2. 1Z1985V30464756081

3. 1Z1985V30464879092



PackageID#Z1985V30465896679 ShipmentID:19e0c0acac98f575

IZ1985V30465896679

# COMMERCIAL INVOICE

| International Air Waybill No: | | Date of Exportation | |
|---|---|---|---|
| 航空运单 | | 日期 | 10-Oct-13 |
| Shipper/Exporter(complete name and addre: | | Consignee(complete name and address) | |
| 发件人： | Create New Technology (HK) | 收件人： | Niklas Man |
| Contact Name:Li Ping Chen | | | |
| | **3F Cheng Lian Building ,NO.6 LanHua Ave,Futian Free Trade Zone,Shen Zhen,China** | Delivery address: REDACTED      Malmoe, SWEDEN | |
| 0755-82077971240 | | Tel:REDACTED | |

| NO.of Items 件数 | Description of Goods 货物描述 | Qty 数量 | Unit Value 单价 | Total Value 总价 |
|---|---|---|---|---|
| 1 | Media player HS:8519814050 | 50 | US$15.00 | US$750.00 |
| 2 | Instructions | 100 | US$0.01 | US$1.00 |
| 3 | non-woven shopping bag | 20 | US$0.10 | US$2.00 |
| 4 | game stick | 10 | US$2.00 | US$20.00 |
| | 外箱尺寸：435X320X330MM 每箱毛重： | | | |

| Total No. of Pkgs （总件数） | | Totalinv.Value （总价值） |
|---|---|---|
| 3 | 每个标准箱装20台，共3箱。 | US$773.00 |

I certify and pledge that all information fillde in this document is conformed to the details declared to the Customs and conformed to the actual conditions of the goods in the shipment.





## UPS COPY

### KEY

**SHIPPER**

UPS Account Number: 936E3E

Tax ID/VAT No.:

Contact: .

CREATE NEW TECHNOLOGY HK LIMITED

Phone: 0755-23458569

ROOM 1101 FU FENG STREET 11
BUILDING RONG GANG
KOWLOON BAY
HONG KONG

HK

**EXPRESS SAVER**    1P

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|------|-----------|--------|--------|
| 7 | 0 | 54.0 | 0.0 |
| | | Kg | Kg |

Description of Goods:
SET TOP BOX

Declared Value for Carriage:

**UPS WAYBILL/TRACKING NUMBER**

1Z936E3E0443557066

**UPS SHIPMENT ID**

936E3EGLVG9

**SPECIAL INSTRUCTIONS**

[X] Package

ATL T2
1845

**SHIP TO**

UPS Account Number:

Tax ID/VAT No.:

Contact: MR LUCA

MR LUCA

REDACTED

RHO
ITALY

IT

Additional Handling:

Residential:  No

Reference 1: H8936354762

Reference 2: U28-N-18

**PAYMENT OF CHARGES**

[X] PRE
[X] Bill Transportation to Shipper 936E3E
[X] Bill Duty and Tax to Receiver

**Carrier Use**

| Received For UPS By | Date | Time |
|---------------------|------|------|
| | | |

No. of packages for which the Additional Handling charge applies.

| Amount Received | | ( ) Cheque | ( ) Cash |
|-----------------|--|------------|----------|
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

2. 1Z936E3E0444560872

3. 1Z936E3E0445652280

4. 1Z936E3E0445727299

5. 1Z936E3E0445841905

6. 1Z936E3E0443812119

7. 1Z936E3E0443813921



936E3EGLVG9

## Commercial Invoice

| TO | Consignee | Mr.Luca | Postal code | — |
|---|---|---|---|---|
| | Company Name | — | TEL: | REDACTED |
| | ADDRESS | REDACTED Italia | Destination | Italia |

| FROM | Consigner | Miss Huang | TEL: | |
|---|---|---|---|---|
| | Company Name | CREATE NEW TECHNOLOGY(HK) LIMITED | ADDRESS | |
| | Date | 2012-11-14 | HS Code | 8528718000 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| N/W | set top box | 100sets | 14 | 1400 | 80 |
| N/W | Wireless card | 100pcs | 1 | 100 | 4 |
| N/W | Recycle bag | 100pcs | 0.1 | 10 | 2.5 |
| N/W | Instruction | 400pcs | 0.01 | 4 | 3.5 |
| | TOTAL: | | | 1514 | 90 |

CREATE NEW TECHNOLOGY(HK) LIMITED

Co-A W

Made in china

PackageID: 1Z936E3E0443557066   ShipmentID: 936E3EGLVG9

1Z936E3E0443557066

## Commercial Invoice

| TO | Consignee | Mr.Luca | Postal code | 20017 |
|---|---|---|---|---|
| | Company Name | S&D ITALIA SRL | TEL: | REDACTED |
| | ABN No. | IT06138650962 | | |
| | ADDRESS | REDACTED  Italia | Destination | Italia |

| FROM | Consigner | Miss Huang | TEL: | 86-755-82077971 |
|---|---|---|---|---|
| | Company Name | CREATE NEW TECHNOLOGY(HK) LIMITED | ADDRESS | North Gate, Block R2-A, Virtual University Park of Hi-Tech Industrial Park, Ke Yuan Road West, Nan Shan District, Shen Zhen |
| | Certificate No. | 39232668-000-04-12-7 | | |
| | Date | 2012-11-14 | HS Code | 8528711500 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| N/W | Media Player | 100sets | 14 | 1400 | 80 |
| N/W | Wireless card | 100pcs | 1 | 100 | 4 |
| N/W | Recycle bag | 100pcs | 0.1 | 10 | 2.5 |
| N/W | Instruction | 400pcs | 0.01 | 4 | 3.5 |
| | TOTAL: | | | 1514 | 90 |

CREATE NEW TECHNOLOGY(HK) LIMITED

1Z 936 E3E 04 4355 7066

**PackageID: 1Z060Y6F0464438140   ShipmentID: 060Y6FM7PD3**



**PackageID: 1Z060Y6F0464438140   ShipmentID: 060Y6FM7PD3**



# Invoice

Page 1

**FROM**
TaxID/VAT No:
Contact Name: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
3F Cheng Lian Building,
NO.8LanHua AVE, FTZ

SHENZHEN, GD 518038

China, People's Republic of
Phone: 8675582077971

**SHIP TO**
Tax ID/VAT No:
Contact Name: Davy Hua
Davy Hua

REDACTED

SAN JOSE, CA 95132

United States

REDACTED

Waybill Number: 1Z060Y6F0464438140
Shipment ID:  060Y6FM7PD3

1Z 060 Y6F 04 6443 8140

Invoice No.:
Date:  05/SEP/2013
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|------------|-------------|
| 1 | EA | set top box | 8528718000 | CN | 25.00 | 25.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 25.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.00 |
| Total Number of Packages:  1 | Currency: USD |
| Total Weight:  0.8 KGS | |

Shipper                              Date

PackageID: 1Z060Y6F0466074262   ShipmentID: 060Y6FMJYDT



**PackageID: 1Z060Y6F0466074262   ShipmentID: 060Y6FMJYDT**



## Invoice

Page 1

| FROM | | Waybill Number: 1Z060Y6F0466074262 |
|---|---|---|
| TaxID/VAT No: | | Shipment ID: 060Y6FMJYDT |
| Contact Name: LI PING CHEN | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | |
| (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | | |
| NO.6Lanhua AVE, FTZ | | Invoice No.: |
| SHENZHEN, GD 518067 | | Date:  07/NOV/2013 |
| China, People's Republic of | | Purchase No.: |
| Phone: 8675582077971 | | Terms of Sale (Incoterm): |
| | | Reason for Export:  Sale |
| SHIP TO | | SOLD TO INFORMATION |
| Tax ID/VAT No: | | Tax ID/VAT No: |
| Contact Name: VICTOR LU | | Contact Name: |
| Green Net Systems Ltd | | Same as Ship To |
| REDACTED | | |
| RICHMOND, BC V6V2R4 | | |
| Canada | | |
| Phone:  REDACTED | | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 104 | NMB | media player | 8527.21.00.00 | CN | 20.00 | 2,080.00 USD |
| 100 | NMB | non-woven shopping bag | ----- | CN | 0.10 | 10.00 USD |
| 100 | NMB | instructions | ----- | CN | 0.01 | 1.00 USD |

**Additional Comments:**

| Declaration Statement: | Invoice Line Total: | 2,091.00 |
|---|---|---|
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 2,091.00 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 2,091.00 |
| Shipper          Date | Total Number of Packages: 6     Currency: USD | |
| | Total Weight: 87.0 KGS | |

PackageID: 1Z060Y6F0466074262   ShipmentID: 060Y6FMJYDT



**PackageID: 1Z060Y6F0466074262   ShipmentID: 060Y6FMJYDT**



## Invoice

Page 1

| FROM | | Waybill Number: 1Z060Y6F0466074262 |
|---|---|---|
| TaxID/VAT No: | | Shipment ID: 060Y6FMJYDT |
| Contact Name: LI PING CHEN | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | |
| (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | | |
| NO.6Lanhua AVE, FTZ | | Invoice No.: |
| SHENZHEN, GD 518067 | | Date:  07/NOV/2013 |
| China, People's Republic of | | Purchase No.: |
| Phone: 8675582077971 | | Terms of Sale (Incoterm): |
| | | Reason for Export   Sale |
| SHIP TO | | SOLD TO INFORMATION |
| Tax ID/VAT No: | | Tax ID/VAT No: |
| Contact Name: VICTOR LU | | Contact Name: |
| Green Net Systems Ltd | | Same as Ship To |
| REDACTED | | |
| RICHMOND, BC V6V2R4 | | |
| Canada | | |
| Phone:   REDACTED | | Phone: |

| Units | UM | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 104 | NMB | media player | 8527.21.00.00 | CN | 20.00 | 2,080.00 USD |
| 100 | NMB | non-woven shopping bag | ..... | CN | 0.10 | 10.00 USD |
| 100 | NMB | instructions | ..... | CN | 0.01 | 1.00 USD |

| Additional Comments: | | | |
|---|---|---|---|
| **Declaration Statement:** | | Invoice Line Total: | 2,091.00 |
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | | Discount/Rebate: | 0.00 |
| | | Invoice Sub-Total: | 2,091.00 |
| | | Freight: | 0.00 |
| | | Insurance: | 0.00 |
| | | Other: | 0.00 |
| | | Total Invoice Amount: | 2,091.00 |
| Shipper                     Date | | Total Number of Packages: 6    Currency: USD | |
| | | Total Weight: 87.0 KGS | |

PackageID: 1Z060Y6F0465624231   ShipmentID: 060Y6FMGGRX



PackageID: 1Z060Y6F0465624231 ShipmentID: 060Y6FMGGRX



# Invoice

Page 1

**FROM**
TaxID/VAT No:
Contact Name: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
3F Cheng Lian Building,
NO.6LanHua AVE, FTZ

SHENZHEN, GD 518038

China, People's Republic of
Phone: 8875582077971

**SHIP TO**
Tax ID/VAT No:
Contact Name: Kwok Fai Li
Kwok Li

REDACTED

SAN FRANCISCO, CA 94116

United States
Phone: REDACTED

**Waybill Number:** 1Z060Y6F0465624231
**Shipment ID:** 060Y6FMGGRX

1Z 060 Y6F 04 6562 4231

Invoice No.:
Date: 02/AUG/2013
Purchase No:

Terms of Sale (Incoterm):

Reason for Export: Sale

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 153 | EA | Media Player | 8528718000 | CN | 15.00 | 2,295.00 USD |
| 3 | EA | remote control | ...... | CN | 2.00 | 6.00 USD |
| 3 | EA | tf card | ...... | CN | 2.00 | 6.00 USD |
| 300 | EA | instructions | ...... | CN | 0.01 | 3.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 2,310.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 2,310.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 2,310.00 |

Shipper                    Date

Total Number of Packages: 8      Currency: USD
Total Weight: 129.0 KGS

PackageID: 1Z060Y6F0466245050   ShipmentID: 060Y6FMKXMQ



PackageID: 1Z060Y6F0466245050   ShipmentID: 060Y6FMKXMQ



## Commercial Invoice

| TO | Consignee | Lee Lee Chong | Postal code | V6X3X2 |
|---|---|---|---|---|
| | Company Name | Game Boutique Multimedia Game Boutique | TEL: | REDACTED |
| | ADDRESS | REDACTED l,Richmond B.C. V6X3X2 Canada | Destination | Canada |

| FROM | Consigner | chenlp | TEL: | 86-755-82077971 |
|---|---|---|---|---|
| | Company Name | CREATE NEW TECHNOLOGY(HK) LIMITED | ADDRESS | 3F Cheng Lian Building,NO.6LanHua Ave, Futian Free Trade Zone ShenZhen, China |
| | Date | 2013-9-25 | HS Code | 8528718000 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| N/W | M233(Media player) | 100sets | 25 | 2500 | 80 |
| N/W | non-woven shopping bag | 100pcs | 0.1 | 10 | 3 |
| | TOTAL: | | | 2510 | 83 |

CREATE NEW TECHNOLOGY(HK) LIMITED

12 060 Y6F 04 6624 5050

MADE IN CHINA

PackageID: 1Z060Y6F0464456782   ShipmentID: 060Y6FM7S3R



PackageID: 1Z060Y6F0464456782   ShipmentID: 060Y6FM7S3R

1Z 060 Y6F 04 6445 6752

**Commercial Invoice**



| TO | Consignee | Lee Lee Chong | Postal code | V6X3X2 |
|---|---|---|---|---|
| | Company Name | Game Boutique<br>Multimedia Game Boutique | TEL: | REDACTED |
| | ADDRESS | REDACTED Richmond<br>B.C. V6X3X2 Canada | Destination | Canada |

| FROM | Consigner | chenlp | TEL: | 86-755-82077971 |
|---|---|---|---|---|
| | Company Name | CREATE NEW TECHNOLOGY(HK) LIMITED | ADDRESS | 3F Cheng Lian Building,NO.6LanHua Ave, Futian Free Trade Zone ShenZhen, China |
| | Date | 2014-1-7 | HS Code | 8528718000 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| N/W | M358 Media player | 202sets | 25 | 5050 | 161.2 |
| N/W | A128 Media player | 1sets | 25 | 25 | 0.8 |
| N/W | non-woven shopping bag | 200pcs | 0.1 | 20 | 5 |
| N/W | 4gb tf card | 202pcs | 1 | 202 | 2 |
| | TOTAL: | | | 5297 | 169 |

CREATE NEW TECHNOLOGY(HK) LIMITED

PackageID: 1Z060Y6F0465490420   ShipmentID: 060Y6FMFNYC



UPS COPY   **INV**

| SHIPPER | EXPRESS SAVER | 1P | UPS WAYBILL/TRACKING NUMBER |
|---|---|---|---|
| UPS Account Number: 060Y6F | | | 1Z060Y6F0465490420 |

SHIPPER
UPS Account Number: 060Y6F
Tax ID/VAT No.:
Contact: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
Phone: 8675582577971
(GC)(NDP) 3F CHENGLIAN MANSION NO.9
NO.8,LanHua AVE, FTZ
518057
SHENZHEN GD
CHINA, PEOPLE'S REPUBLIC OF
                                    CN

EXPRESS SAVER                1P

SHIPMENT INFORMATION
Pkgs    Lg. Pkgs.   Act Wt    Dim Wt
6       0           85.0      85.0
                    Kg        Kg

Description of Goods:
media player

Declared Value for Carriage:

UPS WAYBILL/TRACKING NUMBER
1Z060Y6F0465490420

UPS SHIPMENT ID
060Y6FMFNYC

SPECIAL INSTRUCTIONS
[X] Package

SHIP TO
UPS Account Number:
Tax ID/VAT No.:
Contact: Lee Lee Chong
Multimedia Game Boutique

**REDACTED**

M3X3X2
RICHMOND BC
CANADA
                                    CA

Additional Handling:
Residential:  No
Reference 1:

Reference 2:

PAYMENT OF CHARGES
[X] P4E
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

| Carrier Use | | | |
|---|---|---|---|
| Received For UPS By | | Date | Time |
| no. of packages for which the Additional Handling charge applies | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.
2. 1Z060Y6F0454877238
3. 1Z060Y6F0466657445
4. 1Z060Y6F0464597057
5. 1Z060Y6F0488742007
6. 1Z060Y6F0466619476

1Z 060 Y6F 04 6549 0420

PackageID: 1Z060Y6F0465490420   ShipmentID: 060Y6FMFNYC

## Commercial Invoice

| TO | Consignee | Lee Lee Chong | Postal code | V6X3X2 |
|---|---|---|---|---|
| | Company Name | Game Boutique / Multimedia Game Boutique | TEL: | REDACTED |
| | ADDRESS | REDACTED   Richmond   B.C. V6X3X2 Canada | Destination | Canada |

| FROM | Consigner | chenlp | TEL: | 86-755-82077971 |
|---|---|---|---|---|
| | Company Name | CREATE NEW TECHNOLOGY(HK) LIMITED | ADDRESS | 3F Cheng Lian Building,NO.6LanHua Ave, Futian Free Trade Zone ShenZhen, China |
| | Date | 2014-3-20 | HS Code | 8528718000 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| N/W | TVPAD M358   Media player | 100sets | 25 | 2500 | 80 |
| N/W | non-woven shopping bag | 100pcs | 0.1 | 10 | 2 |
| N/W | remote control | 10pcs | 1 | 10 | 0.8 |
| N/W | 4gb microSD card | 105 pcs | 1 | 105 | 1.05 |
| N/W | instructions | 100pcs | 0.01 | 1 | 0.8 |
| | TOTAL: | | | 2626 | 84.65 |

CREATE NEW TECHNOLOGY(HK) LIMITED

PackageID: 1Z060Y6F0465432288   ShipmentID: 060Y6FMFDFP



PackageID: 1Z060Y6F0465432288   ShipmentID: 060Y6FMFDFP



## Commercial Invoice

| TO | Consignee | ee Lee Chong | Postal code | V6X3X2 |
|---|---|---|---|---|
| | Company Name | Game Boutique<br>Multimedia Game Boutique | TEL: | REDACTED |
| | ADDRESS REDACTED | ,Richmond<br>B.C. V6X3X2 Canada | Destination | Canada |

| FROM | Consigner | chenb | TEL: | 86-755-82077971 |
|---|---|---|---|---|
| | Company Name | CREATE NEW TECHNOLOGY(HK) LIMITED | ADDRESS | 3F Cheng Lian Building,NO.6LanHua Ave, Futian Free Trade Zone ShenZhen, China |
| | Date | 2014-4-3 | HS Code | 8528718000 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| N/W | TVPAD M358   Media player | 103sets | 25 | 2575 | 82.4 |
| N/W | non-woven shopping bag | 100pcs | 0.1 | 10 | 2 |
| N/W | 4gb microSD card | 103 pcs | 1 | 103 | 1 |
| N/W | instructions | 100pcs | 0.01 | 1 | 1 |
| | TOTAL: | | | 2689 | 86.4 |

CREATE NEW TECHNOLOGY(HK) LIMITED



Commercial Invoice

CREATE NEW TECHNOLOGY(HK) LIMITED

| | Company Name | CREATE NEW TECHNOLOGY(HK) LIMITED | Date | 2014-6-19 | HS Code | 85287800O |
|---|---|---|---|---|---|---|
| FROM | ADDRESS | 3F Cheng Lian Building,NO.4LanHua Ave, Futian Free Trade Zone Shenzhen, China | | | | |
| | Consignee | Charlie Huang | TEL. | 00852-21349910 | | |

| | Company Name | Game Boutique / Multimedia Game Boutique | ADDRESS | Richmond REDACTED B.C. V6X3X2 Canada | Destination | Canada |
|---|---|---|---|---|---|---|
| TO | Consignee | Lee Lee Chong | Postal code | V6X3X2 | | |
| | | | TEL. | REDACTED | | |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| NVW | TVPAD M358 Media Player (Trial Version) | 200sets | 25 | 5000 | 160 |
| NVW | non-woven shopping bag | 200pcs | 0.1 | 20 | 5 |
| NVW | 4gb microSD card | 200 pcs | 1 | 200 | 2 |
| NVW | Remote control | 10pcs | 1 | 10 | 1 |
| | TOTAL: | 610 | | 5230 | 168 |

12 090 Y6F 04 6601 6540

PackageID: 1Z060Y6F0466250366   ShipmentID: 060Y6FMKYG7



PackageID: 1Z060Y6F0466250366   ShipmentID: 060Y6FMKYG7



# Invoice

Page 1

**FROM**
TaxID/VAT No:
Contact Name: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
3F Cheng Lian Building,
NO.6LanHua AVE, FTZ.

SHENZHEN, GD 518038

China, People's Republic of
Phone: 8675582077971

**SHIP TO**
Tax ID/VAT No:
Contact Name: Eugene Zhou
New Leaf Media Inc.

REDACTED

SAN FRANCISCO, CA 94112

United States
Phone:        REDACTED

Waybill Number: 1Z060Y6F0466250366
Shipment ID:  060Y6FMKYG7

1Z 060 Y6F 04 6625 0366

Invoice No.:
Date:  09/AUG/2013
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 122 | EA | MEDIA PLAYER | 8528718000 | CN | 15.00 | 1,830.00 USD |
| 120 | EA | non-woven shopping bag | | CN | 0.10 | 12.00 USD |
| 800 | EA | instructions | | CN | 0.01 | 8.00 USD |
| 6 | EA | remote control | | CN | 2.00 | 12.00 USD |
| 2 | EA | power adapter | | CN | 1.00 | 2.00 USD |
| 2 | EA | Iron Authorization brand | | CN | 1.00 | 2.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 1,866.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 1,866.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 1,866.00 |

Total Number of Packages:  7     Currency: USD
Total Weight:  113.0 KGS

Shipper                        Date

**PackageID: 1Z060Y6F0466496164   ShipmentID: 060Y6FMMFRK**



UPS COPY                    INV

| SHIPPER | EXPRESS SAVER | 1P | UPS WAYBILL/TRACKING NUMBER |
|---|---|---|---|
| UPS Account Number: 060Y6F | | | 1Z060Y6F0466496164 |
| Tax ID/VAT No.: | | | |
| Contact: LI PING CHEN | SHIPMENT INFORMATION | | UPS SHIPMENT ID |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | | 060Y6FMMFRK |
| Phone: 8675582077971 | | | SPECIAL INSTRUCTIONS |
| 3F Chang Lian Building | | | [X] Package |
| NO.8LanHua AVE, FTZ | | | |
| 518038 | | | |
| SHENZHEN GD | | | |
| CHINA, PEOPLE'S REPUBLIC OF | | | |

SHIPMENT INFORMATION
Pkgs   Lg. Pkgs.   Act Wt   Dim Wt
5        0           60.0      0.0
                     Kg        Kg

Description of Goods:
Media Player

Declared Value for Carriage:

| SHIP TO | |
|---|---|
| UPS Account Number: | |
| Tax ID/VAT No.: | |
| Contact: John Xie | |
| SOKE ELECTRONICS INC | |
| REDACTED | |
| L3R0Y5 | |
| MARKHAM ON | |
| CANADA | |

Additional Handling:
Residential:  No
Reference 1:

Reference 2:

PAYMENT OF CHARGES
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

Carrier Use
Received For UPS By            Date        Time

No. of packages for which the Additional Handling charge applies
Amount Received                   ( ) Cheque   ( ) Cash
Other Information

Fold Here and Place in Pouch

1Z 060 Y6F 04 6649 6164

Tracking Numbers for additional packages in the shipment

2  1Z060Y6F0466496575
3  1Z060Y6F0466494360
4  1Z060Y6F0466475594
5  1Z060Y6F0466266298

46X33.5X33.5

Collection Date: 09/AUG/2013                UPS WorldShip 16.0.31 HP LaserJet 1020

**PackageID: 1Z060Y6F0466496164   ShipmentID: 060Y6FMMFRK**



# Invoice

Page 1

| FROM | | |
|---|---|---|
| Tax ID/VAT No: | | |
| Contact Name: LI PING CHEN | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | |
| 3F Cheng Lian Building, | | |
| NO.6LanHua AVE, FTZ | | |
| SHENZHEN, GD 518038 | | |
| China, People's Republic of | | |
| Phone: 8575582077971 | | |

Waybill Number: 1Z060Y6F0466496164
Shipment ID: 060Y6FMMFRK

1Z 060 Y6F 04 6649 6164

Invoice No.:
Date: 05/AUG/2013
Purchase No.:

Terms of Sale (Incoterm):
Reason for Export: Sale

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID/VAT No: | Tax ID/VAT No: |
| Contact Name: John Xie | Contact Name: |
| JSOKE ELECTRONICS INC. | Same as Ship To |
| **REDACTED** | |
| MARKHAM, ON L3R0Y5 | |
| Canada | |
| Phone: **REDACTED** | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 100 | NMB | Media Player | 8528718000 | CN | 20.00 | 2,000.00 USD |

Additional Comments:

| Declaration Statement: | | |
|---|---|---|
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Invoice Line Total: | 2,000.00 |
| | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 2,000.00 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 2,000.00 |
| Shipper                    Date | Total Number of Packages: 5      Currency: USD |
| | Total Weight: 80.0 KGS |

PackageID: 1Z060Y6F0466018411   ShipmentID: 060Y6FMJP3Z



PackageID: 1Z060Y6F0466018411   ShipmentID: 060Y6FMJP3Z



# Invoice

Page 1

| FROM | | | | | Waybill Number: 1Z060Y6F0466018411 | |
|---|---|---|---|---|---|---|
| Tax ID/VAT No: | | | | | Shipment ID: 060Y6FMJP3Z | |
| Contact Name: LI PING CHEN | | | | | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | | | | 1Z 060 Y6F 04 6601 8411 | |
| (GC)(N3F) 3F CHENGLIAN MANSION NO.6 | | | | | | |
| NO.6LanHua AVE, FTZ | | | | | | |
| | | | | | Invoice No.: | |
| SHENZHEN, GD 518067 | | | | | Date: 22/JAN/2014 | |
| | | | | | Purchase No.: | |
| China, People's Republic of | | | | | | |
| Phone: 8675582077971 | | | | | Terms of Sale (Incoterm): | |
| | | | | | Reason for Export: Sale | |
| SHIP TO | | | | | SOLD TO INFORMATION | |
| Tax ID/VAT No: | | | | | Tax ID/VAT No: | |
| Contact Name: John Xie | | | | | Contact Name: | |
| SOKE ELECTRONICS INC | | | | | Same as Ship To | |
| REDACTED | | | | | | |
| MARKHAM, ON L3R3Y5 | | | | | | |
| Canada | | | | | | |
| Phone: REDACTED | | | | | Phone: | |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 302 | NMB | media player | 8528718000 | CN | 20.00 | 6,040.00 USD |
| 5 | NMB | power adapter | ...... | CN | 1.00 | 5.00 USD |
| 302 | NMB | TF card | ...... | CN | 1.00 | 302.00 USD |
| 5 | NMB | USB cable | ...... | CN | 1.00 | 5.00 USD |
| 300 | NMB | non-woven shopping bag | ...... | CN | 0.10 | 30.00 USD |
| 300 | NMB | instructions | ...... | CN | 0.01 | 3.00 USD |

| Additional Comments: | | |
|---|---|---|
| Declaration Statement: | Invoice Line Total: | 6,385.00 |
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 6,385.00 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 6,385.00 |
| Shipper _____ Date _____ | Total Number of Packages: 17    Currency: USD | |
| | Total Weight: 254.0 KGS | |

PackageID: 1Z060Y6F0465427865   ShipmentID: 060Y6FMFCQP



PackageID: 1Z060Y6F0465427865   ShipmentID: 060Y6FMFCQP



## Invoice

Page 1

7.3

| FROM | | Waybill Number: 1Z060Y6F0465427865 |
| --- | --- | --- |
| TaxID/VAT No: | | Shipment ID:  060Y6FMFCQP |
| Contact Name: LI PING CHEN | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | |
| (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | | Invoice No.: |
| NO.9LanHua AVE, FTZ | | Date:  17/MAR/2014 |
| SHENZHEN, GD 518067 | | Purchase No.: |
| China, People's Republic of | | Terms of Sale (Incoterm): |
| Phone: 8675582077971 | | Reason for Export:  Sale |

| SHIP TO | SOLD TO INFORMATION |
| --- | --- |
| Tax ID/VAT No: | Tax ID/VAT No: |
| Contact Name: John Xie | Contact Name: |
| SOKE ELECTRONICS INC | Same as Ship To |
| REDACTED | |
| MARKHAM, ON L3R0Y5 | |
| Canada | |
| Phone: REDACTED | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
| --- | --- | --- | --- | --- | --- | --- |
| 307 | NMB | media player | 8528718000 | CN | 20.00 | 6,140.00 USD |
| 307 | NMB | tf card | ......... | CN | 1.00 | 307.00 USD |
| 300 | NMB | instructions | ......... | CN | 0.01 | 3.00 USD |

| Additional Comments: | | |
| --- | --- | --- |
| Declaration Statement: | Invoice Line Total: | 6,450.00 |
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 6,450.00 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 6,450.00 |

PackageID: 1Z060Y6F0465391993   ShipmentID: 060Y6FMF4GQ



**UPS COPY**   /3° **INV**

**SHIPPER**
UPS Account Number: 060Y6F
Tax ID/VAT No.:
Contact: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
Phone: 8675583377971
3F Cheng Lian Building,
NO.6LanHua AVE. FTZ
S16038
SHENZHEN GD
CHINA, PEOPLE'S REPUBLIC OF

CN

**SHIP TO:**
UPS Account Number:
Tax ID/VAT No.:
Contact: Peter
UA Group USA

REDACTED

08701
LAKEWOOD NJ
UNITED STATES

US

**EXPRESS SAVER**   1P

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs | Act Wt | Dim Wt |
|------|----------|--------|--------|
| 15 | 0 | 241.0 | 241.0 |
| | | Kg | Kg |

Description of Goods:
Media player

Declared Value for Carriage:

Additional Handling:
Residential:   No
Reference 1:
Reference 2:

**UPS WAYBILL/TRACKING NUMBER**
1Z060Y6F0465391993

**UPS SHIPMENT ID**
060Y6FMF4GQ

**SPECIAL INSTRUCTIONS**
[X] Package

**PAYMENT OF CHARGES**
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

1Z 060 Y6F 04 6539 1993

**Carrier Use**

| Received For UPS By | | Date | Time |
|---------------------|--|------|------|
| No of packages for which the Additional Handling charge applies | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment

2. 1Z060Y6F0465278656
3. 1Z060Y6F0466730614
4. 1Z060Y6F0464504023
5. 1Z060Y6F0466194838
6. 1Z060Y6F0465839045
7. 1Z060Y6F0465512656
8. 1Z060Y6F0466931686
9. 1Z060Y6F0466052071
10. 1Z060Y6F0465669881
11. 1Z060Y6F0464021090
12. 1Z060Y6F0464381700
13. 1Z060Y6F0466667710
14. 1Z060Y6F0465035127
15. 1Z060Y6F0466479932

46X35.5X35.5

Collection Date: 14/AUG/2013

UPS WorldShip 16.0.31  HP LaserJet 1220

**PackageID: 1Z060Y6F0465391993   ShipmentID: 060Y6FMF4GQ**



## Invoice

Page 1

**FROM**

TaxID/VAT No:
Contact Name: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
3F Cheng Lian Building,
NO.6LanHua AVE, FTZ

SHENZHEN, GD 518038

China, People's Republic of
Phone: 8675582077971

**Waybill Number:** 1Z060Y6F0465391993
**Shipment ID:** 060Y6FMF4GQ

1Z 060 Y6F 04 6538 1993

**Invoice No.:**
**Date:** 14/AUG/2013
**Purchase No.:**

**Terms of Sale (Incoterm):**

**Reason for Export:** Sale

**SHIP TO**

Tax ID/VAT No:
**Contact Name:** Peter
UA Group USA

REDACTED

LAKEWOOD, NJ 08701

United States
**Phone:** REDACTED

**SOLD TO INFORMATION**

Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|-----------|-------------|
| 300 EA | | Media player | 8528718000 | CN | 15.00 | 4,500.00 USD |
| 100 EA | | Instructions | ...... | CN | 0.01 | 1.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 4,501.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 4,501.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 4,501.00 |

**Total Number of Packages:** 15    **Currency:** USD
**Total Weight:** 241.0 KGS

Shipper _____   Date _____

PackageID: 1Z060Y6F0466382214  ShipmentID: 060Y6FMLQWB



UPS COPY

INV

**SHIPPER**
UPS Account Number: 060Y6F
Tax ID/VAT No.:
Contact: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
Phone: 8675582077971
3F Cheng Lian Building,
NO.8LanHua AVE, FTZ
518038
SHENZHEN GD
CHINA, PEOPLE'S REPUBLIC OF
CN

**SHIP TO**
UPS Account Number:
Tax ID/VAT No.:
Contact: Hui Xu
Walex International Inc.

REDACTED

11372
JACKSON HEIGHTS NY
UNITED STATES
US

EXPRESS SAVER  1P

UPS WAYBILL/TRACKING NUMBER
1Z060Y6F0466382214

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act.Wt | Dim.Wt |
|------|-----------|--------|--------|
| 15 | 0 | 240.0 | 0.0 |
| | | Kg | Kg |

UPS SHIPMENT ID
060Y6FMLQWB

SPECIAL INSTRUCTIONS
[X] Package

Description of Goods:
Media Player

Declared Value for Carriage:

**PAYMENT OF CHARGES**
[X] PRE:
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

Additional Handling:
Residential:  No
Reference 1:

Reference 2:

**Carrier Use**

| Received For UPS By | | Date | Time |
|---|---|---|---|
| No. of packages for which the Additional Handling charge applies. | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

1Z 060 Y6F 04 6638 2214

Tracking Numbers for additional packages in the shipment.
2. 1Z060Y6F0464779820
3. 1Z060Y6F0464454435
4. 1Z060Y6F0464842640
5. 1Z060Y6F0464420257
6. 1Z060Y6F0464303288
7. 1Z060Y6F0465847670
8. 1Z060Y6F0465249487
9. 1Z060Y6F0465144696
10. 1Z060Y6F0465209305
11. 1Z060Y6F0464769311
12. 1Z060Y6F0464350725
13. 1Z060Y6F0464379333
14. 1Z060Y6F0466581749
15. 1Z060Y6F0466133359

46X355X335

Collection Date: 05/AUG/2013

UPS WorldShip 16.0.31  HP LaserJet 1020

PackageID: 1Z060Y6F0466382214   ShipmentID: 060Y6FMLQWB



# Invoice

Page 1

**FROM**

TaxID/VAT No:

Contact Name: LI PING CHEN

CREATE NEW TECHNOLOGY(HK) LIMITED

3F Cheng Lian Building,

NO.6LanHua AVE, FTZ

SHENZHEN, GD 518038

China, People's Republic of

Phone: 8675582077971

**SHIP TO**

Tax ID/VAT No:

Contact Name: Hui Xu

Walon International Inc.

**REDACTED**

JACKSON HEIGHTS, NY 11372

United States

Phone: **REDACTED**

Waybill Number: 1Z060Y6F0466382214

Shipment ID:  060Y6FMLQWB

1Z 060 Y6F 04 6838 2214

Invoice No.:

Date:  05/AUG/2013

Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SOLD TO INFORMATION**

Tax ID/VAT No:

Contact Name:

Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | Media Player | 8528718000 | CN | 130.00 | 39,000.00 USD |

**Additional Comments:**

**Declaration Statement:**

I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

Skipper                                    Date

| | |
|---|---|
| Invoice Line Total: | 39,000.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 39,000.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 39,000.00 |

Total Number of Packages:  15     Currency: USD

Total Weight:  240.0 KGS

PackageID: 1Z060Y6F6666644637   ShipmentID: 060Y6FMN9QL



| SHIPPER: | | | |
|---|---|---|---|
| UPS Account Number: 060Y6F | | | |
| Tax ID/VAT No.: | | | |
| Contact: LI PING CHEN | | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | | |
| Phone: 8675582077871 | | | |
| 3F Cheng Lian Building, | | | |
| NO.6LanHua AVE, FTZ | | | |
| 518038 | | | |
| SHENZHEN GD | | | |
| CHINA, PEOPLE'S REPUBLIC OF | | | |

**REDACTED**

UPS COPY   INV

EXPRESS   1

UPS WAYBILL/TRACKING NUMBER
1Z060Y6F6666644637

UPS SHIPMENT ID
060Y6FMN9QL

SHIPMENT INFORMATION
Pkgs  Lg. Pkgs. ActWt  Dim Wt
16    0    241.0    241.0
            Kg    Kg

Description of Goods:
Media player

Declared Value for Carriage:

SPECIAL INSTRUCTIONS
[X] Package

PAYMENT OF CHARGES
[X] FRT
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

Additional Handling:
Residential:  No
Reference 1:
Reference 2:

SHIP TO:
UPS Account Number:
Tax ID/VAT No.:
Contact: Hui Xu
Walon International Inc.

11372
JACKSON HEIGHTS NY
UNITED STATES

US

CN

| Carrier Use | | Date | Time |
|---|---|---|---|
| Received For UPS By | | | |
| No. of packages for which the Additional Handling charge applies. | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

2. 1Z060Y6F6665460646
3. 1Z060Y6F6665385454
4. 1Z060Y6F6665337460
5. 1Z060Y6F6665466874
6. 1Z060Y6F6666779080
7. 1Z060Y6F6666702896
8. 1Z060Y6F6666715506
9. 1Z060Y6F6664933515
10. 1Z060Y6F6665712921
11. 1Z060Y6F6665249730
12. 1Z060Y6F6664179948
13. 1Z060Y6F6665179553
14. 1Z060Y6F6664564567
15. 1Z060Y6F6664890973
16. 1Z060Y6F6666554780

Collection Date: 13/AUG/2013

UPS WorldShip 16.0.51 HP LaserJet 1020

PackageID: 1Z060Y6F6666644637   ShipmentID: 060Y6FMN9QL



# Invoice

Page 1

| FROM | | | WAYBILL | |
|---|---|---|---|---|
| TaxID/VAT No: | | | Waybill Number: 1Z060Y6F6666644637 | |
| Contact Name: LI PING CHEN | | | Shipment ID:  060Y6FMN9QL | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | | | |
| 3F Cheng Lian Building, | | | 1Z 060 Y6F 66 6664 4637 | |
| NO.6LanHua AVE, FTZ | | | | |
| SHENZHEN, GD 518038 | | | Invoice No.: | |
| | | | Date: 13/AUG/2013 | |
| China, People's Republic of | | | Purchase No.: | |
| Phone: 8675582077971 | | | | |
| | | | Terms of Sale (Incoterm): | |
| | | | Reason for Export:  Sale | |
| SHIP TO | | | SOLD TO INFORMATION | |
| Tax ID/VAT No: | | | Tax ID/VAT No: | |
| Contact Name: Hui Xu | | | Contact Name: | |
| Welon International Inc. | | | Same as Ship To | |
| REDACTED | | | | |
| JACKSON HEIGHTS, NY 11372 | | | | |
| United States | | | | |
| Phone: REDACTED | | | Phone: | |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | Media player | 8528718000 | CN | 130.00 | 39,000.00 USD |
| 10 | EA | remote control | | CN | 2.00 | 20.00 USD |

| Additional Comments: | | |
|---|---|---|
| **Declaration Statement:** | Invoice Line Total: | 39,020.00 |
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 39,020.00 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 39,020.00 |
| Shipper                    Date | Total Number of Packages: 16   Currency: USD | |
| | Total Weight:  241.0 KGS | |

PackageID: 1Z060Y6F0466385757   ShipmentID: 060Y6FMLRGV



PackageID: 1Z060Y6F0466385757   ShipmentID: 060Y6FMLRGV



**Invoice** 16

Page

| FROM | | | | | | |
|---|---|---|---|---|---|---|
| TaxID/VAT No: | | | | | | |
| Contact Name: LI PING CHEN | | | Waybill Number: 1Z060Y6F0466385757 | | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | | Shipment ID:  060Y6FMLRGV | | | |
| 3F Cheng Lian Building, | | | | | | |
| NO.6LanHua AVE, FTZ | | | 12  060  Y6F  84  6636  5757 | | | |
| SHENZHEN, GD 518038 | | | Invoice No.: | | | |
| China, People's Republic of | | | Date:  05/SEP/2013 | | | |
| Phone: 8675582077971 | | | Purchase No.: | | | |
| | | | Terms of Sale (Incoterms): | | | |
| SHIP TO | | | Reason for Export:  Sale | | | |
| Tax ID/VAT No: | | | SOLD TO INFORMATION | | | |
| Contact Name: Hui Xu | | | Tax ID/VAT No: | | | |
| Welon International Inc. | | | Contact Name: | | | |
| REDACTED | | | Same as Ship To | | | |
| JACKSON HEIGHTS, NY 11372 | | | | | | |
| United States | | | | | | |
| Phone: REDACTED | | | Phone: | | | |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 900 EA | | Media player | 8528718000 | CN | 130.00 | 39,000.00 USD |

| Additional Comments: | | |
|---|---|---|
| **Declaration Statement:** | | |
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | | |

| | | |
|---|---|---|
| Invoice Line Total: | 39,000.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 39,000.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| **Total Invoice Amount:** | 39,000.00 |

| | | |
|---|---|---|
| Shipper | Date | |
| Total Number of Packages:  15 | Currency: USD |
| Total Weight: 225.0 KGS | |

PackageID: 1Z060Y6F0464207907   ShipmentID: 060Y6FM4FBK



PackageID: 1Z060Y6F0464207907   ShipmentID: 060Y6FM4FBK



## Invoice

**FROM**

TaxID/VAT No:

Contact Name: LI PING CHEN

CREATE NEW TECHNOLOGY(HK) LIMITED

(GC)(N3F) 3F CHENGLIAN MANSION NO.6

NO.6LanHua AVE, FTZ

SHENZHEN, GD 518036

China, People's Republic of

Phone: 8675582077971

**SHIP TO**

Tax ID/VAT No:

Contact Name: Hui Xu

Welon International Inc

REDACTED

JACKSON HEIGHTS, NY 11372

United States

Phone:   REDACTED

Page 1

Waybill Number: 1Z060Y6F0464207907

Shipment ID: 060Y6FM4FBK

1Z 060 Y6F 04 6420 7907

Invoice No:

Date: 24/SEP/2013

Purchase No:

Terms of Sale (Incoterm):

Reason for Export: Sale

**SOLD TO INFORMATION**

Tax ID/VAT No:

Contact Name:

Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|------------|-------------|
| 300 | EA | Media Player | 8528718000 | CN | 130.00 | 39,000.00 USD |

**Additional Comments:**

**Declaration Statement:**

I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 39,000.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 39,000.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 39,000.00 |
| Total Number of Packages: 15 | Currency: USD |
| Total Weight: 240.0 KGS | |

Shipper                                      Date

PackageID: 1Z060Y6F0465761726   ShipmentID: 060Y6FMH94R



# Invoice

Page 1

**FROM :**
TaxID/VAT No:
Contact Name: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
(GC)(N3P) 3F CHENGLIAN MANSION NO.8
NO.6LanHua AVE, FTZ
SHENZHEN, GD 518057
China, People's Republic of
Phone: 8675582077971

Waybill Number: 1Z060Y6F0465761726
Shipment ID: 060Y6FMH94R

1Z 060 Y6F 04 6576 1726

Invoice No.:
Date: 28/NOV/2013
Purchase No.:
Terms of Sale (Incoterm):
Reason for Export:   Sale

**SHIP TO**
Tax ID/VAT No:
Contact Name: Hai Xu
Walon International Inc.

REDACTED

JACKSON HEIGHTS, NY 11372
United States
Phone:   REDACTED

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 328 | EA | Media Player | 8528718000 | CN | 140.00 | 45,920.00 USD |
| 50 | EA | remote cdntrol | | CN | 2.00 | 100.00 USD |
| 50 | EA | instructions | | CN | 0.01 | 0.50 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 46,020.50 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 46,020.50 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 46,020.50 |

Shipper                    Date

Total Number of Packages: 17    Currency: USD
Total Weight: 268.5 KGS



UPS COPY     INV

**SHIPPER**
UPS Account Number: 060Y6F
Tax ID/VAT No.:
Contact: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
Phone: 8675582077971
(GC)(N3P) 3F CHENGLIAN MANSION NO.6
NO.6LanHua AVE, FTZ
518057
SHENZHEN GD
CHINA, PEOPLE'S REPUBLIC OF

      CN

**EXPRESS SAVER**    1P

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|------|-----------|--------|--------|
| 17 | 0 | 268.5 Kg | 268.5 Kg |

Description of Goods:
Media Player

Declared Value for Carriage:
280,273.40 RMB

Additional Handling:
Residential: No
Reference 1:

Reference 2:

**UPS WAYBILL/TRACKING NUMBER**
1Z060Y6F0465761726

**UPS SHIPMENT ID**
060Y6FMH94R

**SPECIAL INSTRUCTIONS**
[X] Package

**PAYMENT OF CHARGES**
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

**SHIP TO**
UPS Account Number:
Tax ID/VAT No.:
Contact: Hui Xu
Walon International Inc.
<span style="color:red">REDACTED</span>

11372
JACKSON HEIGHTS NY
UNITED STATES

      US

**Carrier Use**

| Received For UPS By | | Date | Time |
|---------------------|---|------|------|
| No. of packages for which the Additional Handling charge applies. | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.
2. 1Z060Y6F0466330538
3. 1Z060Y6F0465772749
4. 1Z060Y6F0464964358
5. 1Z060Y6F0464421363
6. 1Z060Y6F0465899776
7. 1Z060Y6F0464995584
8. 1Z060Y6F0464744792
9. 1Z060Y6F0464223407
10. 1Z060Y6F0465147417
11. 1Z060Y6F0465472822
12. 1Z060Y6F0464995637
13. 1Z060Y6F0464951644
14. 1Z060Y6F0466617452
15. 1Z060Y6F0465908469
16. 1Z060Y6F0465980874
17. 1Z060Y6F0464830680

1Z 060 Y6F 04 6576 1726

**PackageID: 1Z060Y6F0465893898   ShipmentID: 060Y6FMHXP4**



PackageID: 1Z060Y6F0465893898   ShipmentID: 060Y6FMHXP4



# Invoice

Page 1

**FROM**

TaxID/VAT No:

Contact Name: LI PING CHEN

CREATE NEW TECHNOLOGY(HK) LIMITED

(GC)(N3P) 3F CHENGLIAN MANSION NO 6 NO.6LianHua AVE, FTZ

SHENZHEN, GD 518057

China, People's Republic of

Phone: 8675582077971

**SHIP TO**

Tax ID/VAT No:

Contact Name: Hui Xu

Walton International Inc

**REDACTED**

JACKSON HEIGHTS, NY 11372

United States

Phone: **REDACTED**

Waybill Number: 1Z060Y6F0465893898

Shipment ID: 060Y6FMHXP4

1Z 060 Y6F 04 6589 3898

Invoice No.:

Date: 29/NOV/2013

Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SOLD TO INFORMATION**

Tax ID/VAT No:

Contact Name:

Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 251 | EA | Media Player | 8528718000 | CN | 140.00 | 35,140.00 USD |
| 340 | EA | instructions | — | CN | 0.01 | 3.40 USD |

**Additional Comments:**

**Declaration Statement:**

I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 35,143.49 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 35,143.40 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 35,143.40 |
| Total Number of Packages: 13 | Currency: USD |
| Total Weight: 199.0 KGS | |

Shipper                                      Date

PackageID: 1Z060Y6F0464115024   ShipmentID: 060Y6FM3TKC



PackageID: 1Z060Y6F0464115024   ShipmentID: 060Y6FM3TKC

4b

## Invoice

Page 1

| FROM | | Waybill Number: 1Z060Y6F0464115024 |
|---|---|---|
| TaxID/VAT No: | | Shipment ID: 060Y6FM3TKC |
| Contact Name: LI PING CHEN | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | 1Z 060 Y6F 04 6411 5024 |
| (GC)(X3P) 3F CHENGLIAN MANSION NO.6 | | |
| NO.6LanHua AVE, FTZ | | |
| | | Invoice No.: |
| SHENZHEN, GD 518057 | | Date: 17/DEC/2013 |
| | | Purchase No.: |
| China, People's Republic of | | |
| Phone: 8675582077971 | | Terms of Sale (Incoterm): |
| | | Reason for Export:   Sale |
| SHIP TO | | SOLD TO INFORMATION |
| Tax ID/VAT No: | | Tax ID/VAT No: |
| Contact Name: Hui Xu | | Contact Name: |
| Walon International Inc. | | Same as Ship To |
| **REDACTED** | | |
| JACKSON HEIGHTS, NY 11372 | | |
| United States | | |
| Phone: **REDACTED** | | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | media player | 8528718000 | CN | 140.00 | 42,000.00 USD |
| 300 | EA | instructions | ——— | CN | 0.01 | 3.00 USD |

Additional Comments:

| Declaration Statement: | | |
|---|---|---|
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Invoice Line Total: | 42,003.00 |
| | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 42,003.00 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 42,003.00 |
| | Total Number of Packages:  15    Currency: USD | |
| Shipper                    Date | Total Weight:  234.9 KGS | |

PackageID: 1Z060Y6F0465816113   ShipmentID: 060Y6FMHK7X



PackageID: 1Z060Y6F0465816113   ShipmentID: 060Y6FMHK7X



## Invoice

Page 1

| FROM | |
|---|---|
| TaxID/VAT No: | |
| Contact Name: LI PING CHEN | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | |
| (GC)(N3P) 3F CHENGLIAN MANSION NO 6 | |
| NO.6LanHua AVE, FTZ | |
| SHENZHEN, GD 518038 | |
| China, People's Republic of | |
| Phone: 8675582077971 | |

Waybill Number: 1Z060Y6F0465816113
Shipment ID: 060Y6FMHK7X

1Z 060 Y6F 04 6551 6113

Invoice No.:
Date: 03/NOV/2013
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export: Sale

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID/VAT No: | Tax ID/VAT No: |
| Contact Name: Hai Xu | Contact Name: |
| Walon International Inc. | Same as Ship To |

REDACTED

JACKSON HEIGHTS, NY 11372

United States
Phone: REDACTED

Phone:

| Units | UM | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | Media Player | 8528718000 | CN | 140.00 | 42,000.00 USD |
| 30 | EA | Instructions | | CN | 0.01 | 0.30 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| Invoice Line Total: | 42,000.30 |
|---|---|
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 42,000.30 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 42,000.30 |
| Total Number of Packages: 15 | Currency: USD |
| Total Weight: 240.0 KGS | |

Shipper                    Date

**PackageID: 1Z060Y6F0464664173   ShipmentID: 060Y6FM8XRG**



UPS COPY | INV

| SHIPPER | EXPRESS SAVER | 1P | UPS WAYBILL/TRACKING NUMBER |
UPS Account Number: 060Y6F
Tax ID/VAT No.:
Contact: LI PING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
Phone: 8675582077971
(DC)(KN3P) 3/F CHENGLIAN MANSION NO 6
NO.6 Lanhua AVE, FTZ
518057
SHENZHEN GD
CHINA, PEOPLE'S REPUBLIC OF

SHIP TO
UPS Account Number:
Tax ID/VAT No.:
Contact: HUI XU
Walen International Inc.

**REDACTED**

11372
JACKSON HEIGHTS NY
UNITED STATES

1Z060Y6F0464664173

Tracking Numbers for additional packages in the shipment.
2. 1Z060Y6F0460376982
3. 1Z060Y6F0465081195
4. 1Z060Y6F0466156808
5. 1Z060Y6F0466215814
6. 1Z060Y6F0465717220
7. 1Z060Y6F0460056032
8. 1Z060Y6F0466086242
9. 1Z060Y6F0460623800
10. 1Z060Y6F0464256864
11. 1Z060Y6F0465705279
12. 1Z060Y6F0465571082
13. 1Z060Y6F0460869291
14. 1Z060Y6F0465738903
15. 1Z060Y6F0464583291

1Z 060 Y6F 04 6468 4173

PackageID: 1Z060Y6F0464664173   ShipmentID: 060Y6FM8XRG



40

# Invoice

Page 1

| FROM | | Waybill Number: 1Z060Y6F0464664173 |
|---|---|---|
| Tax ID/VAT No: | | Shipment ID: 060Y6FM8XRG |
| Contact Name: LI PING CHEN | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | 1Z 060 Y6F 04 6466 4173 |
| (GC)(N3F) 3F CHENGLIAN MANSION NO.6 | | |
| NO.6LuoHua AVE, FTZ | | |
| SHENZHEN, GD 518057 | | Invoice No.: |
| | | Date: 30/DEC/2013 |
| China, People's Republic of | | Purchase No.: |
| Phone: 8675582077971 | | |
| | | Terms of Sale (Incoterm): |
| | | Reason for Export: Sale |
| SHIP TO | | SOLD TO INFORMATION |
| Tax ID/VAT No: | | Tax ID/VAT No: |
| Contact Name: Hui Xu | | Contact Name: |
| Waton International Inc. | | Same as Ship To |
| REDACTED | | |
| JACKSON HEIGHTS, NY 11372 | | |
| United States | | |
| Phone: REDACTED | | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | media player | 8528718000 | CN | 140.00 | 42,000.00 USD |

Additional Comments:

| Declaration Statement: | | |
|---|---|
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Invoice Line Total: | 42,000.00 |
| | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 42,000.00 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 42,000.00 |
| | Total Number of Packages: 15 | Currency: USD |
| Shipper          Date | Total Weight: 240.0 KGS | |

PackageID: 1Z060Y6F0466128329   ShipmentID: 060Y6FMKCDR



## Invoice

Page 1

| FROM | | Waybill Number: 1Z060Y6F0466128329 |
|---|---|---|
| TaxID/VAT No: | | Shipment ID: 060Y6FMKCDR |
| Contact Name: LI PING CHEN | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | 1Z 060 Y6F 04 6612 8329 |
| (GCI)(N3P) 3F CHENGLIAN MANSION NO.6 | | |
| NO.6LanHua AVE, FTZ | | |
| SHENZHEN, GD 518057 | | Invoice No.: |
| | | Date: 14/JAN/2014 |
| China, People's Republic of | | Purchase No.: |
| Phone: 8675582077971 | | Terms of Sale (Incoterm): |
| | | Reason for Export:  Sale |

| SHIP TO | | SOLD TO INFORMATION |
|---|---|---|
| Tax ID/VAT No: | | Tax ID/VAT No: |
| Contact Name:  Hui Xu | | Contact Name: |
| Weilon International Inc. | | Same as Ship To |
| <span style="color:red">REDACTED</span> | | |
| JACKSON HEIGHTS, NY 11372 | | |
| United States | | |
| Phone: <span style="color:red">REDACTED</span> | | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | media player | 8528718000| | CN | 140.00 | 42,000.00 USD |
| 300 | EA | TF card | ...... | CN | 2.00 | 600.00 USD |
| 3 | EA | instructions | ...... | CN | 0.01 | 0.03 USD |

Additional Comments:

| Declaration Statement: | Invoice Line Total: | 42,600.03 |
|---|---|---|
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | Discount/Rebate: | 0.00 |
| | Invoice Sub-Total: | 42,000.03 |
| | Freight: | 0.00 |
| | Insurance: | 0.00 |
| | Other: | 0.00 |
| | Total Invoice Amount: | 42,600.03 |
| | Total Number of Packages:  15    Currency: USD | |
| Shipper              Date: | Total Weight: 234.5 KGS | |

**PackageID: 1Z060Y6F0466128329   ShipmentID: 060Y6FMKCDR**



PackageID: 1Z060Y6F0464981286   ShipmentID: 060Y6FMBRP3



UPS COPY    INV

**SHIPPER**
UPS Account Number: 060Y6F
Tax ID/VAT No.:
Contact: LI YING CHEN
CREATE NEW TECHNOLOGY(HK) LIMITED
Phone: 9675562077971
(3C)(K3F)3F CHENGLIAN MANSION NO.6
NO.6Lantua AVE, FTZ
51905F
SHENZHEN GD
CHINA, PEOPLE'S REPUBLIC OF            CN

**EXPRESS SAVER**    1P

**SHIPMENT INFORMATION**

| Pkgs | Lc. Pkgs. | Act Wt | Dim Wt |
|------|-----------|--------|--------|
| 16 | 0 | 241.0 | 241.0 |
|  |  | Kg | Kg |

Description of Goods:
Media Player

Declared Value for Carriage:
254,100.00 RMB

**UPS WAYBILL/TRACKING NUMBER**
1Z060Y6F0464981286

**UPS SHIPMENT ID:**
060Y6FMBRP3

**SPECIAL INSTRUCTIONS**
[X] Package

**SHIP TO**
UPS Account Number:
Tax ID/VAT No.:
Contact: Hui Xu
Weion International Inc.

REDACTED

11372
JACKSON HEIGHTS NY
UNITED STATES                          US

**PAYMENT OF CHARGES**
[X] FRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

Additional Handling:
Residential: No
Reference 1:
Reference 2:

1Z 060 Y6F 04 5493 1286

**Carrier Use**

| Received For UPS By |  | Date | Time |
|---|---|---|---|
| No. of packages for which the Additional Handling charge applies. |  |  |  |
| Amount Received |  | [ ] Cheque | [ ] Cash |
| Other Information: |  |  |  |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.
2. 1Z060Y6F0465528438
3. 1Z060Y6F0466625104
4. 1Z060Y6F0465487112
5. 1Z060Y6F0466170923
6. 1Z060Y6F0466471333
7. 1Z060Y6F0466525944
8. 1Z060Y6F0466200151
9. 1Z060Y6F0465238168
10. 1Z060Y6F0466265575
11. 1Z060Y6F0466199281
12. 1Z060Y6F0466257892
13. 1Z060Y6F0464728201
14. 1Z060Y6F0464524216
15. 1Z060Y6F0466501629
16. 1Z060Y6F0466558438

PackageID: 1Z060Y6F0464981286   ShipmentID: 060Y6FMBRP3



## Invoice

Page 1

| FROM | | | | | | |
|---|---|---|---|---|---|---|
| Tax ID/VAT No: | | | Waybill Number: 1Z060Y6F0464981286 | | | |
| Contact Name: LI PING CHEN | | | Shipment ID: 060Y6FMBRP3 | | | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | | | | | | |
| (GO)(N3P) 3F CHENGLIAN MANSION NO.6 | | | 1Z 060 Y6F 04 6498 1286 | | | |
| NO./LanHua AVE, FTZ | | | | | | |
| SHENZHEN, GD 518057 | | | Invoice No.: | | | |
| | | | Date: 22/JAN/20... | | | |
| China, People's Republic of | | | Purchase No.: | | | |
| Phone: 8675582077971 | | | | | | |
| | | | Terms of Sale (Incoterm): | | | |
| | | | Reason for Export: Sale | | | |
| SHIP TO | | | SOLD TO INFORMATION | | | |
| Tax ID/VAT No: | | | Tax ID/VAT No: | | | |
| Contact Name: Hui Xu | | | Contact Name: | | | |
| Walon International Inc. | | | Same as Ship To | | | |
| REDACTED | | | | | | |
| JACKSON HEIGHTS, NY 11372 | | | | | | |
| United States | | | | | | |
| Phone: REDACTED | | | Phone: | | | |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | Media Player | 8528718000 | CN | 140.00 | 42,000.00 USD |
| 300 | EA | TF card | ------ | CN | 2.00 | 600.00 USD |

| Additional Comments: | | |
|---|---|---|
| **Declaration Statement:** | **Invoice Line Total:** | 42,600.00 |
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | **Discount/Rebate:** | 0.00 |
| | **Invoice Sub-Total:** | 42,600.00 |
| | **Freight:** | 0.00 |
| | **Insurance:** | 0.00 |
| | **Other:** | 0.00 |
| | **Total Invoice Amount:** | 42,600.00 |
| | **Total Number of Packages:** 16   Currency: USD | |
| Shipper:                    Date: | **Total Weight:** 241.0 KGS | |

PackageID: 1Z060Y6F0466843707   ShipmentID: 060Y6FMPF89



UPS COPY                                   INV

| SHIPPER | | EXPRESS SAVER | | 1P | UPS WAYBILL/TRACKING NUMBER |
| UPS Account Number: 060Y6F | | | | | 1Z060Y6F0466843707 |

SHIPMENT INFORMATION

Tax ID/VAT No.:

Contact: LI PING CHEN

CREATE NEW TECHNOLOGY(HK) LIMITED

Phone: 8675530077971

(DC)(NSP) 3F CHENGLIAN MANSION NO.E

NO.XuanHua AVE, FTZ

518057

SHENZHEN GD

CHINA, PEOPLE'S REPUBLIC OF                        CN

| Pkgs | Lg. Pkgs | Act Wt | Dim Wt |
| 16 | 0 | 241.0 | 241.0 |
| | | Kg | Kg |

UPS SHIPMENT ID

060Y6FMPF89

SPECIAL INSTRUCTIONS

[X] Package

Description of Goods:
Media Player

Declared Value for Carriage:
257,300.00 RMB

PAYMENT OF CHARGES

[X] FRT
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

SHIP TO

UPS Account Number:

Tax ID/VAT No.:

Contact: Hui Xu

Wuxin International Inc.

**REDACTED**

11372
JACKSON HEIGHTS NY
UNITED STATES                                      US

Additional Handling:

Residential:  No

Reference 1:

Reference 2:

1Z 060 Y6F 04 6684 3707

| Carrier Use | | | |
| Received For UPS By | | Date | Time |
| No. of packages to which the Additional Handling charge applies. | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

2. 1Z060Y6F0466849712
3. 1Z060Y6F0466057129
4. 1Z060Y6F0466641533
5. 1Z060Y6F0466520144
6. 1Z060Y6F0466247756
7. 1Z060Y6F0464498076
8. 1Z060Y6F0466575179
9. 1Z060Y6F0466562980
10. 1Z060Y6F0466572193
11. 1Z060Y6F0466526802
12. 1Z060Y6F0466466019
13. 1Z060Y6F0464412822
14. 1Z060Y6F0464407034
15. 1Z060Y6F0466150242
16. 1Z060Y6F0466660855

**PackageID: 1Z060Y6F0466843707   ShipmentID: 060Y6FMPF89**



# Invoice

Page 1

| | |
|---|---|
| **FROM** | **Waybill Number:** 1Z060Y6F0466843707 |
| **Tax ID/VAT No:** | **Shipment ID:** 060Y6FMPF89 |
| **Contact Name:** LI PING CHEN | |
| CREATE NEW TECHNOLOGY(HK) LIMITED | |
| (GC)(N3F) 3F CHENGUAN MANSION NO.6 | 1Z 060 Y6F 04 6684 3707 |
| NO.6LanHua AVE, FTZ | |
| | **Invoice No.:** |
| SHENZHEN, GD 518057 | **Date:** 07/MAR/2014 |
| | **Purchase No.:** |
| China, People's Republic of | |
| **Phone:** 8675582077971 | **Term of Sale (Incoterm):** |
| | **Reason for Export:** Sale |
| **SHIP TO** | **SOLD TO INFORMATION** |
| **Tax ID/VAT No:** | **Tax ID/VAT No:** |
| **Contact Name:** Hui Xu | **Contact Name:** |
| Welon International Inc | Same as Ship To |
| **REDACTED** | |
| JACKSON HEIGHTS, NY 11372 | |
| United States | |
| **Phone:** **REDACTED** | **Phone:** |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 300 | EA | Media Player | 8528718000 | CN | 140.00 | 42,000.00 USD |
| 300 | EA | TF card | | CN | 2.00 | 600.00 USD |

**Additional Comments:**

| **Declaration Statement:** | | |
|---|---|---|
| I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above. | **Invoice Line Total:** | 42,600.00 |
| | **Discount/Rebate:** | 0.00 |
| | **Invoice Sub-Total:** | 42,600.00 |
| | **Freight:** | 0.00 |
| | **Insurance:** | 0.00 |
| | **Other:** | 0.00 |
| | **Total Invoice Amount:** | 42,600.00 |
| **Shipper:** ____ **Date:** ____ | **Total Number of Packages:** 16   **Currency:** USD |
| | **Total Weight:** 241.0 KGS |







































# Invoice

Page 1

| FROM | |
|---|---|
| TaxID/VAT No: | |
| Contact Name: chenliping | |
| HUA YANG INTERNATIONAL | |
| (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | |
| University Park of Hi-Tech Ind Park | |
| Keyuan Rd West,Nanshan Dist | |
| SZX,  518057 | |
| China, People's Republic of | |
| Phone: 075582077971240 | |

Waybill Number: 1Z060Y6F0442940290
Shipment ID: 060Y6FGHF7Z

1Z 060 Y6F 04 4294 0290

Invoice No.:
Date: 31-JAN-2013
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID/VAT No: | Tax ID/VAT No: |
| Contact Name: Eric Wong | Contact Name: |
| Eric Wong | Same as Ship To |
| REDACTED | |
| JACKSONVILLE, FL 32216 | |
| United States | |
| Phone REDACTED | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 2 | EA | paper card | | CN | 0.10 | 0.20 USD |
| 1 | EA | set top box | 8528718000 | CN | 25.00 | 25.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 25.20 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.20 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.20 |

Total Number of Packages:  1     Currency: USD
Total Weight:  1.0 KG

| Shipper | Date |
|---|---|

Package ID: 1Z060Y6F0442940290 Shipment ID: 060Y6FGHF7Z



## UPS COPY

**INV**

### SHIPPER
UPS Account Number: 060Y6F

Tax ID/VAT No.:

Contact: chenliping

HUA YANG INTERNATIONAL

Phone: 075582077971240

(PLD)(N3P)NORTH GATE BLDG R2-A XUNI
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
518057
SZX
CHINA, PEOPLE'S REPUBLIC OF

CN

### SHIP TO
UPS Account Number:

Tax ID/VAT No.:

Contact: Eric Wong

Eric Wong

**REDACTED**

32216
JACKSONVILLE FL
UNITED STATES

US

**EXPRESS SAVER**    **1P**

### SHIPMENT INFORMATION

| Pkgs | Lg Pkgs. | Act Wt | Dim Wt |
|------|----------|--------|--------|
| 1 | 0 | 1.0 | 0.0 |
| | | Kg | Kg |

Description of Goods:

set top box

Declared Value for Carriage:

Additional Handling:

Residential: No

Reference 1:

Reference 2:

### UPS WAYBILL/TRACKING NUMBER
1Z060Y6F0442940290

### UPS SHIPMENT ID
060Y6FGHF7Z

### SPECIAL INSTRUCTIONS
[X] Package

### PAYMENT OF CHARGES
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

#### Carrier Use

| Received For UPS By | | Date | Time |
|---|---|---|---|

No. of packages for which the Additional Handling charge applies:

| Amount Received | | ( ) Cheque | ( ) Cash |
|---|---|---|---|
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.



1Z 060 Y6F 04 4294 0290

6633 N5

Collection Date: 31/JAN/2013

UPS WorldShip 15.0.16 pdfFactory Pro

**PackageID: 1Z060Y6F0456143536   ShipmentID: 060Y6FKDJCQ**



UPS COPY

INV

**SHIPPER**

UPS Account Number:  060Y6F
Tax ID/VAT No.:
Contact:  Huang XiaoYan
Hua yang international
Phone:  86-75582077971
North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Kexuan Rd West,Nanshan Dist
518021
SHENZHEN
CHINA, PEOPLE'S REPUBLIC OF

CN

**EXPRESS SAVER**     1P

**UPS WAYBILL/TRACKING NUMBER**
1Z060Y6F0456143536

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|------|-----------|--------|--------|
| 1 | 0 | 1.0 | 0.0 |
|   |   | Kg | Kg |

Description of Goods:
set top box for gift

Declared Value for Carriage

**UPS SHIPMENT ID**
060Y6FKDJCQ

**SPECIAL INSTRUCTIONS**
[X] Package

**SHIP TO**

UPS Account Number:
Tax ID/VAT No.:
Contact:  Jason Wong
Jason Wong

REDACTED

J4W1L5
BROSSARD QC
CANADA

CA

Additional Handling:
Residential   No
Reference 1:

Reference 2:

**PAYMENT OF CHARGES**
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Recover

**Carrier Use**
Received For UPS By                        Date        Time
No. of packages for which the Additional Handling charge applies.
Amount Received                            ( ) Cheque   ( ) Cash
Other Information

Fold Here and Place in Pouch

racking Numbers for additional packages in the shipment.

1Z 060 Y6F 04 5614 3536

6633 N5

Collection Date: 01/FEB/2013                UPS WorldShip 15.0.16  pdfFactory Pro

**PackageID: 1Z060Y6F0456143536   ShipmentID: 060Y6FKDJCQ**



# Invoice

Page 1

| FROM | | Waybill Number: 1Z060Y6F0456143536 |
| --- | --- | --- |

**FROM**

TaxID/VAT No:
Contact Name: Huang XiaoYan
Hua yang international
North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SHENZHEN,  518021

China, People's Republic of
Phone: 86-75582077971

**Waybill Number: 1Z060Y6F0456143536**

1Z 060 Y6F 04 5614 3536

Invoice No.:
Date: 01-FEB-2013
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SHIP TO**

Tax ID/VAT No:
Contact Name: Jason Wong
Jason Wong

REDACTED

BROSSARD, QC J4W1L5

Canada
Phone: REDACTED

**SOLD TO INFORMATION**

Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | NMB | paper card for gift | | CN | 0.10 | 0.10 USD |
| 1 | NMB | set top box for gift | 8528718000 | CN | 25.00 | 25.00 USD |
| 1 | NMB | table calendar for gift | | CN | 0.20 | 0.20 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
| --- | --- |
| Invoice Line Total: | 25.30 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.30 |
| Freight: | 0.00 |
| Insurance | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.30 |

Total Number of Packages:  1          Currency: USD
Total Weight:  1.0 KG

Shipper                         Date

**PackageID: 1Z060Y6F0440114552   ShipmentID: 060Y6FFTC7S**



UPS COPY

INV

**SHIPPER**

UPS Account Number:  060Y6F

Tax ID/VAT No.:

Contact: chenlying

HUA YANG INTERNATIONAL

Phone:  075582077971240

(PLD)(NSP)NORTH GATE BLDG R2-A XUN)
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
518057
SZX
CHINA, PEOPLE'S REPUBLIC OF

CN

**SHIP TO**

UPS Account Number:

Tax ID/VAT No.:

Contact: JESSICA WU

JESSICA WU

REDACTED

60616
CHICAGO IL
UNITED STATES

US

**EXPRESS SAVER**          1P

**SHIPMENT INFORMATION**

Pkgs     Lg. Pkgs    Act Wt    Dim Wt
1              0            1.0         0.0
                                Kg

Description of Goods:
set top box

机顶盒

Declared Value for Carriage:

Additional Handling:

Residential:    No

Reference 1:

Reference 2:

**UPS WAYBILL/TRACKING NUMBER**

1Z060Y6F0440114552

**UPS SHIPMENT ID**

060Y6FFTC7S

**SPECIAL INSTRUCTIONS**

[X] Package

**PAYMENT OF CHARGES**

[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

**Carrier Use**

Received For UPS By                Date        Time

No. of packages for which the Additional Handling charge applies.

AmountReceived                              ( ) Cheque     ( ) Cash

OtherInformation

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

1Z 060 Y6F 04 4011 4552

6633 N5

PackageID: 1Z060Y6F0440114552   ShipmentID: 060Y6FFTC7S



# Invoice

Page 1

| FROM: | |
|---|---|
| Tax ID/VAT No: | |
| Contact Name: chenliping | |
| HUA YANG INTERNATIONAL | |
| (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | |
| University Park of Hi-Tech Ind Park | |
| Keyuan Rd West,Nanshan Dist | |
| SZX,  518057 | |
| | |
| China, People's Republic of | |
| Phone: 075582077971240 | |

Waybill Number: 1Z060Y6F0440114552

Shipment ID: 060Y6FFTC7S

12 060 Y6F 04 4011 4552

Invoice No.:
Date: 21-DEC-2012
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SHIP TO**
Tax ID/VAT No:
Contact Name: JESSICA WU
JESSICA WU
REDACTED

CHICAGO, IL 60616

United States
Phone: REDACTED

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 1 | EA | set top box | 8528718000 | CN | 25.00 | 25.00 USD |

Additional Comments:

Declaration Statement:
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 25.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.00 |
| Freight: | 0.00 |
| Insurance | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.00 |
| Total Number of Packages: 1 | Currency: USD |
| Total Weight:  1.0 KG | |

Shipper                                    Date

# Invoice

Page 1

| FROM | |
|---|---|
| TaxID/VAT No: | |
| Contact Name: Huang XiaoYan | |
| Hua yang international | |
| North Gate, Block R2-A, Virtual | |
| University Park of Hi-Tech Ind Park | |
| Keyuan Rd West,Nanshan Dist | |
| SHENZHEN 518021 | |
| | |
| China, People's Republic of | |
| Phone: 86-75582077971 | |

Waybill Number: 1Z060Y6F0455061224

Shipment ID: 060Y6FK4D8Y



1Z 060 Y6F 04 5506 1224

Invoice No.:

Date: 20/FEB/2013

Purchase No.:

Terms of Sale (Incoterm):

Reason for Export: Sale

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID/VAT No: | Tax ID/VAT No: |
| Contact Name: N Li | Contact Name: |
| N Li | Same as Ship To |
| <span style="color:red">REDACTED</span> | |
| | |
| WEST MIDLANDS DY2 9PT | |
| | |
| United Kingdom | |
| Phone: <span style="color:red">REDACTED</span> | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 1 | EA | set top box | 8528718000 | CN | 25.00 | 25.00 USD |

Additional Comments:

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 25.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.00 |

Total Number of Packages: 1    Currency: USD

Total Weight: 1.0 KGS

| Shipper | Date |
|---|---|



## UPS COPY — INV

**SHIPPER**
UPS Account Number: 060Y6F
Tax ID/VAT No.:
Contact: Huang XiaoYan
Hua yang international
Phone: 86-75582077971
North Gate, Block R2-A, Virtual University Park of Hi-Tech Ind Park Kexuan Rd West, Nanshan Dist
518021
SHENZHEN
CHINA, PEOPLE'S REPUBLIC OF
CN

**SHIP TO**
UPS Account Number:
Tax ID/VAT No.:
Contact: N Li
N Li
REDACTED
DY2 9PT
WEST MIDLANDS
UNITED KINGDOM
GB

**EXPRESS SAVER** 1P

**SHIPMENT INFORMATION**
Pkgs 1, Lg. Pkgs. 0, Act Wt 1.0 Kg, Dim Wt 0.0 Kg

Description of Goods: set top box
Declared Value for Carriage:
Additional Handling:
Residential: No
Reference 1:
Reference 2:

**UPS WAYBILL/TRACKING NUMBER**
1Z060Y6F0455061224

**UPS SHIPMENT ID**
060Y6FK4D8Y

**SPECIAL INSTRUCTIONS**
[X] Package

**PAYMENT OF CHARGES**
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

**6633 N1**

**Carrier Use**
Received For UPS By ... Date ... Time
No. of packages for which the Additional Handling charge applies.
Amount Received ... ( ) Cheque ( ) Cash
Other Information

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.



1Z 060 Y6F 04 5506 1224

Collection Date: 20/FEB/2013

UPS WorldShip 16.0.23 pdfFactory Pro



































# Invoice

Page 1

| FROM | |
|---|---|
| TaxID/VAT No: | |
| Contact Name: chenliping | |
| HUA YANG INTERNATIONAL | |
| (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | |
| University Park of Hi-Tech Ind Park | |
| Keyuan Rd West,Nanshan Dist | |
| SZX, 518057 | |
| China, People's Republic of | |
| Phone: 075582077971240 | |

Waybill Number: 1Z060Y6F0442940290
Shipment ID: 060Y6FGHF7Z

1Z 060 Y6F 04 4294 0290

Invoice No.:
Date: 31-JAN-2013
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export: Sale

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID/VAT No: | Tax ID/VAT No: |
| Contact Name: Eric Wong | Contact Name: |
| Eric Wong | Same as Ship To |
| | |
| JACKSONVILLE, FL 32216 | |
| United States | |
| Phone | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 2 | EA | paper card | | CN | 0.10 | 0.20 USD |
| 1 | EA | set top box | 8528718000 | CN | 25.00 | 25.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 25.20 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.20 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.20 |

Total Number of Packages: 1     Currency: USD
Total Weight: 1.0 KG

| Shipper | Date |
|---|---|

## UPS COPY

### INV

| | | |
|---|---|---|
| **SHIPPER** | **EXPRESS SAVER** | **1P** |

**UPS WAYBILL/TRACKING NUMBER**

**UPS Account Number:** 060Y6F

1Z060Y6F0442940290

**Tax ID/VAT No.:**

**SHIPMENT INFORMATION**

**UPS SHIPMENT ID**

**Contact:** chenliping

| Pkgs | Lg Pkgs. | Act Wt | Dim Wt |
|------|----------|--------|--------|
| 1 | 0 | 1.0 | 0.0 |
| | | Kg | Kg |

**060Y6FGHF7Z**

HUA YANG INTERNATIONAL

**Phone:** 075582077971240

**SPECIAL INSTRUCTIONS**

(PLD)(N3P)NORTH GATE BLDG R2-A XUNI
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
518057
SZX
CHINA, PEOPLE'S REPUBLIC OF

CN

Description of Goods:

set top box 机顶盒

[X]Package

Declared Value for Carriage:

**PAYMENT OF CHARGES**

**SHIP TO**

**UPS Account Number:**

AdditionalHandling:

[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

**Tax ID/VAT No.:**

Residential: No

**Contact:** Eric Wong

Reference 1:

Eric Wong

Reference 2:

32216
JACKSONVILLE FL
UNITED STATES

US

| **Carrier Use** | | |
|---|---|---|
| Received For UPS By | | Date | Time |
| No. of packages for which the Additional Handling charge applies: | | |
| AmountReceived | | ( ) Cheque | ( ) Cash |
| OtherInformation | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment:



1Z 060 Y6F 04 4294 0290

6633 N5

Collection Date 31/JAN/2013

UPS WorldShip 15.0.16  pdfFactory Pro

**PackageID: 1Z060Y6F0456143536   ShipmentID: 060Y6FKDJCQ**



**UPS COPY**                                    **INV**

| SHIPPER | | EXPRESS SAVER | 1P | UPS WAYBILL/TRACKING NUMBER |
| UPS Account Number:  060Y6F | | | | 1Z060Y6F0456143536 |
| Tax ID/VAT No.: | | SHIPMENT INFORMATION | | UPS SHIPMENT ID |
| Contact:  Huang XiaoYan | | | | 060Y6FKDJCQ |

SHIPPER
UPS Account Number:  060Y6F
Tax ID/VAT No.:
Contact:  Huang XiaoYan
Hua yang International
Phone:  86-75582077971
North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Kevuan Rd West,Nanshan Dist
518021
SHENZHEN
CHINA, PEOPLE'S REPUBLIC OF
                                        CN

SHIP TO
UPS Account Number:
Tax ID/VAT No.:
Contact:  Jason Wong
Jason Wong

J4W1L5
BROSSARD QC
CANADA
                                        CA

EXPRESS SAVER          1P

SHIPMENT INFORMATION

| Pkgs | Lg. Pkgs | Act Wt | Dim Wt |
| 1 | 0 | 1.0 | 0.0 |
| | | Kg | Kg |

Description of Goods:
set top box for gift

Declared Value for Carriage

Additional Handling:
Residential    No
Reference 1:

Reference 2:

UPS WAYBILL/TRACKING NUMBER
1Z060Y6F0456143536

UPS SHIPMENT ID
060Y6FKDJCQ

SPECIAL INSTRUCTIONS
[X] Package

PAYMENT OF CHARGES
[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

Carrier Use
Received For UPS By
No. of packages for which the Additional Handling charge applies.
Amount Received                        ( ) Cheque   ( ) Cash
Other Information

Fold Here and Place in Pouch

racking Numbers for additional packages in the shipment.

1Z 060 Y6F 04 5614 3536

6633 N5

Collection Date: 01/FEB/2013                    UPS WorldShip 15.0.16 pdfFactory Pro

**PackageID: 1Z060Y6F0456143536   ShipmentID: 060Y6FKDJCQ**



# Invoice

Page 1

| FROM | | | | |
|---|---|---|---|---|
| TaxID/VAT No: | | | | |

Contact Name: Huang XiaoYan
Hua yang international
North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SHENZHEN,  518021

China, People's Republic of
Phone: 86-75582077971

**Waybill Number:** 1Z060Y6F0456143536

1Z 060 Y6F 04 5614 3536

**Invoice No.:**
**Date:** 01-FEB-2013
**Purchase No.:**

**Terms of Sale (Incoterm):**

**Reason for Export:**  Sale

**SHIP TO**
Tax ID/VAT No:
Contact Name: Jason Wong
Jason Wong

BROSSARD, QC J4W1L5

Canada
Phone:

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 1 | NMB | paper card for gift | | CN | 0.10 | 0.10 USD |
| 1 | NMB | set top box for gift | 8528718000 | CN | 25.00 | 25.00 USD |
| 1 | NMB | table calendar for gift | | CN | 0.20 | 0.20 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 25.30 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.30 |
| Freight: | 0.00 |
| Insurance | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.30 |

Shipper                    Date

| | | |
|---|---|---|
| Total Number of Packages: 1 | | Currency: USD |
| Total Weight:  1.0 KG | | |

PackageID: 1Z060Y6F0440114552   ShipmentID: 060Y6FFTC7S



PackageID: 1Z060Y6F0440114552   ShipmentID: 060Y6FFTC7S



## Invoice
Page 1

| FROM | |
|---|---|
| Tax ID/VAT No: | |
| Contact Name: chenliping | |

HUA YANG INTERNATIONAL
(PLD)(N3P)NORTH GATE BLDG R2-A XUNI
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SZX, 518057

China, People's Republic of
Phone: 075582077971240

**SHIP TO**
Tax ID/VAT No:
Contact Name: JESSICA WU
JESSICA WU

CHICAGO, IL 60616

United States
Phone:

Waybill Number: 1Z060Y6F0440114552
Shipment ID: 060Y6FFTC7S

1Z 060 Y6F 04 4011 4552

Invoice No.:
Date: 21-DEC-2012
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export: Sale

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 1 | EA | set top box | 8528718000 | CN | 25.00 | 25.00 USD |

Additional Comments:

Declaration Statement:
I hereby certify that the information on this Invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 25.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.00 |
| Freight: | 0.00 |
| Insurance | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.00 |
| Total Number of Packages: 1 | Currency: USD |
| Total Weight: 1.0 KG | |

Shipper                     Date

# Invoice

Page 1

| FROM | |
|---|---|
| TaxID/VAT No: | |
| Contact Name: Huang XiaoYan | |
| Hua yang international | |
| North Gate, Block R2-A, Virtual | |
| University Park of Hi-Tech Ind Park | |
| Keyuan Rd West, Nanshan Dist | |
| SHENZHEN 518021 | |
| China, People's Republic of | |
| Phone: 86-75582077971 | |

Waybill Number: 1Z060Y6F0455061224

Shipment ID: 060Y6FK4D8Y

1Z 060 Y6F 04 5506 1224

Invoice No.:

Date: 20/FEB/2013

Purchase No.:

Terms of Sale (Incoterm):

Reason for Export: Sale

| SHIP TO | SOLD TO INFORMATION |
|---|---|
| Tax ID/VAT No: | Tax ID/VAT No: |
| Contact Name: N Li | Contact Name: |
| N Li | Same as Ship To |
| WEST MIDLANDS DY2 9PT | |
| United Kingdom | |
| Phone: | Phone: |

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 1 | EA | set top box | 8528718000 | CN | 25.00 | 25.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 25.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.00 |

Total Number of Packages: 1    Currency: USD

Total Weight: 1.0 KGS

| Shipper | Date |
|---|---|

PackagID:1Z060Y6F0455061224 ShipmentID: 060Y6FK4D8Y



UPS COPY

INV

**SHIPPER**

UPS Account Number: 060Y6F

Tax ID/VAT No.:

Contact: Huang XiaoYan

Hua yang international

Phone: 86-75582077971

North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Kevuan Rd West,Nanshan Dist
518021
SHENZHEN
CHINA, PEOPLE'S REPUBLIC OF

CN

**EXPRESS SAVER** 1P

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|------|-----------|--------|--------|
| 1 | 0 | 1.0 | 0.0 |
| | | Kg | Kg |

Description of Goods:

set top box

Declared Value for Carriage:

Additional Handling:

Residential: No

Reference 1:

Reference 2:

**UPS WAYBILL/TRACKING NUMBER**

1Z060Y6F0455061224

**UPS SHIPMENT ID**

060Y6FK4D8Y

**SPECIAL INSTRUCTIONS**

[X] Package

**PAYMENT OF CHARGES**

[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

6633 N1

**SHIP TO**

UPS Account Number:

Tax ID/VAT No.:

Contact: N Li

N Li

DY2 9PT
WEST MIDLANDS
UNITED KINGDOM

GB

**Carrier Use**

Received For UPS By

Date Time



No. of packages for which the Additional Handling charge applies.

| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

1Z 060 Y6F 04 5506 1224

Collection Date: 20/FEB/2013

UPS WorldShip 16.0.23 pdfFactory Pro





**UPS COPY**

**INV**

### SHIPPER

UPS Account Number: 060Y6F

Tax ID/VAT No.:

Contact: Huang XiaoYan

Create New Technology (HK) Limited

Phone: 86-75582077971

North Gate, Block R2-A, Virtual University Park of Hi-Tech Ind Park Keyuan Rd West,Nanshan Dist

518021

SHENZHEN

CHINA, PEOPLE'S REPUBLIC OF

CN

**EXPRESS SAVER**   1P

#### SHIPMENT INFORMATION

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|------|-----------|--------|--------|
| 7 | 0 | 104.0 | 104.0 |
| | | Kg | Kg |

Description of Goods:

media player

Declared Value for Carriage:

Additional Handling:

Residential:   No

Reference 1:

Reference 2:

### UPS WAYBILL/TRACKING NUMBER

1Z060Y6F0457763463

### UPS SHIPMENT ID

060Y6FKPPX9

### SPECIAL INSTRUCTIONS

[X] Package

### PAYMENT OF CHARGES

[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

### SHIP TO

UPS Account Number:

Tax ID/VAT No.:

Contact: Richard Ng

FUNG LEE TRADING CO. LTD

**REDACTED**

V6X1T4
RICHMOND BC
CANADA

CA

### Carrier Use

Received For UPS By

No. of packages for which the Additional Handling charge applies.

| Amount Received | ( ) Cheque | ( ) Cash |
|---|---|---|
| Other Information | | |

Date     Time

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

- 1Z060Y6F0457686074
- 1Z060Y6F0456074487
- 1Z060Y6F0455652694
- 1Z060Y6F0456864703
- 1Z060Y6F0455474510
- 1Z060Y6F0455166120





1Z 060 Y6F 04 5776 3463

Collection Date: 29/JAN/2013

UPS WorldShip 15.0.16 pdfFactory Pro

# Invoice

Page

**FROM**

TaxID/VAT No:

Contact Name: Huang XiaoYan

Create New Technology (HK) Limited

North Gate, Block R2-A, Virtual

University Park of Hi-Tech Ind Park

Keyuan Rd West,Nanshan Dist

SHENZHEN, 518021

China, People's Republic of

Phone: 86-75582077971

---

**SHIP TO**

Tax ID/VAT No:

Contact Name: Richard Ng

FUNG LEE TRADING CO. LTD

REDACTED

RICHMOND, BC V6X1T4

Canada

Phone: REDACTED

---

Waybill Number: 1Z060Y6F0457763463

Shinment ID: 060Y6FKPPX9

1Z 060 Y6F 04 5776 3463

Invoice No.:

Date: 29-JAN-2013

Purchase No.:

Terms of Sale (Incoterm):

Reason for Export: Sale

**SOLD TO INFORMATION**

Tax ID/VAT No:

Contact Name:

Same as Ship To

Phone:

---

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|------------|-------------|
| 200 | NMB | Instructions | ...... | CN | 0.01 | 2.00 USD |
| 100 | NMB | media player | 8528718000 | CN | 20.00 | 2,000.00 USD |
| 200 | NMB | paper card | ...... | CN | 0.10 | 20.00 USD |
| 100 | NMB | remote control | ...... | CN | 2.00 | 200.00 USD |

---

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 2,222.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 2,222.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 2,222.00 |

Total Number of Packages: 7     Currency: USD

Total Weight: 104.0 KGS

Shipper                     Date

**Packing List (Shipment ID/主运单号 :**    **1Z060Y6F0457763463**    **PCS/总箱数:** 7

Currency:

| Declaration # | 箱编号 CTN# | 均重/毛重 Weight (kg) | 货品描述(中英文) Description (Eng/Chn) | 每箱数量 Qty | 单位 Unit | 单价 Unit Price | 总价 Total price | 商 HS |
|---|---|---|---|---|---|---|---|---|
| | 1-5 | 16 | media player / 机顶盒 | 20 | PCS | 20.00 | 400.00 | 852871 |
| *3689999355203* ** NCN bar code ** / *3689999355204* | 6 | 9 | remote control / 游戏手柄 | 100 | PCS | 2.00 | 200.00 | |
| *3689999355205* | 7 | 15 | paper card / 红包对联 | 200 | PCS | 0.10 | 20.00 | |



1Z 060 Y6F 04 5776 3463

# Invoice



Page 1

**FROM**
TaxID/VAT No:
Contact Name: Huang XiaoYan
Create New Technology (HK) Limited
North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SHENZHEN, 518021

China, People's Republic of
Phone: 86-75582077971

Waybill Number: 1Z060Y6F0457763463
Shipment ID: 060Y6FKPPX9

**Revised**

1Z 060 Y6F 04 5776 3463

Invoice No.:
Date: 29-JAN-2013
Purchase No.:

Terms of Sale (Incoterm):
Reason for Export: Sale

**SHIP TO**
Tax ID/VAT No:
Contact Name: Richard Ng
FUNG LEE TRADING CO. LTD
**REDACTED**

RICHMOND, BC V6X1T4

Canada
Phone: **REDACTED**

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 200 | NMB | instructions *paper* | ...... | CN | 0.01 | 2.00 USD |
| 100 | NMB | media player | 8528718000 | CN | 20.00 | 2,000.00 USD |
| 200 | NMB | paper card *Used for test, jet out* | ...... | CN | 0.10 | 20.00 USD |
| 100 | NMB | remote control | ...... | CN | 2.00 | 200.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 2,222.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 2,222.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 2,222.00 |

Total Number of Packages: 7 Currency: USD
Total Weight: 104.0 KGS

Shipper              Date

**PackageID: 1Z060Y6F0445188830   ShipmentID: 060Y6FGX7SB**



UPS COPY

KEY

| SHIPPER | | EXPRESS SAVER | 1P | UPS WAYBILL/TRACKING NUMBER |
|---|---|---|---|---|

UPS Account Number: 060Y6F

Tax ID/VAT No.:

Contact: Huang xiaoyan

SHENZHEN GREAT VISION NETWORK TECHN

Phone: 75682077971

North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
518000
SHENZHEN
CHINA, PEOPLE'S REPUBLIC OF

CN

1Z060Y6F0445188830

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|---|---|---|---|
| 7 | 0 | 85.0 | 0.0 |
| | | Kg | Kg |

Description of Goods:

SET TOP BOX / Homeplug

Declared Value for Carriage:

**UPS SHIPMENT ID**

060Y6FGX7SB

**SPECIAL INSTRUCTIONS**

[X] Package

44×35×33×1⁵
40×32×30
43×38×31

**SHIP TO**

UPS Account Number:

Tax ID/VAT No.:

Contact: GUOAN ZHAN

GUOAN ZHAN

REDACTED

96817
HONOLULU HI
UNITED STATES

US

Additional Handling:

Residential:  No

Reference 1:

Reference 2:

**PAYMENT OF CHARGES**

[X] PRE
[X] Bill Transportation to Shipper 060Y6F
[X] Bill Duty and Tax to Receiver

DGG

6633 N9

**Carrier Use**

| Received For UPS By | Date | Time |
|---|---|---|
| | 7/9 | |

No. of packages for which the Additional Handling charge applies.

| Amount Received | ( ) Cheque | ( ) Cash |
|---|---|---|
| Other Information | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

2. 1Z060Y6F0444238448

3. 1Z060Y6F0443948058

4. 1Z060Y6F0444317666

5. 1Z060Y6F0445847275

6. 1Z060Y6F0444039880

7. 1Z060Y6F0443386406

1Z 060 Y6F 04 4518 8830

Collection Date: 07/SEP/2012

UPS WorldShip 14.0.21  CutePDF Writer

PackageID: 1Z060Y6F0445188830   ShipmentID: 060Y6FGX7SB

## Commercial Invoice

| | | | | |
|---|---|---|---|---|
| **TO** | Consignee | GUOAN ZHAN | Postal code | 96817 |
| | Company Name | GUOAN ZHAN | TEL : | REDACTED |
| | ADDRESS | REDACTED<br>HONOLULU,HAWAII -USA | Destination | USA |

| | | | | |
|---|---|---|---|---|
| **FROM** | Consigner | Miss Huang | TEL₁ | 86-755-82077971 |
| | Company Name | SHENZHEN  GREAT  VISION NETWORK TECHN | ADDRESS | North Gate. Block R2-A. Virtual University Park of Hi-Tech Industrial Park, Ke Yuan Road West, Nan Shan District, Shen Zhen |
| | Date | 2012-09-7 | HS Code | 8528718000 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| N/W | SET TOP BOX | 100SETS | 15 | 1500 | 75 |
| N/W | Homeplug | 30SETS | 10 | 300 | 10 |
| | TOTAL: | MADE IN CHINA | | 1800 | 85 |

SHENZHEN GREAT VISION NETWORK TECHN

1Z 060 Y6F 04 4518 8830

PackageID: 1Z060Y6F0445188830   ShipmentID: 060Y6FGX7SB

Packing List (Shipment ID/主运单号 :          1Z060Y6F0445188830   PCS/总箱数:7

Currency:  USD

| Declaration # | 箱编号 CTN# | 每箱毛重 Weight (kg) | 商品描述(中英文) Description (Eng/Chn) | 每箱数量 Qty | 单位 Unit | 单价 Unit Price | 订单总价 Total price | 商品编码 HS Code |
|---|---|---|---|---|---|---|---|---|
| *368999 314 557* NGN bar code *368999314558* | 1-2 | 5 | Home plug 电力适配器 | 15 | SET | 10.00 | 150.00 | 8517623400 |
| *368999 314559* *368999314560* *368999314561* *368999314562* *368999314563* | 3-7 | 15 | Set Top Box 机顶盒 | 20 | PCS | 15.00 | 300.00 | 8528718000 |

1Z 060 Y6F 04 4518 8830

PackageID: 1Z060Y6F0445188830   ShipmentID: 060Y6FGX7SB



PackageID: 1Z060Y6F0445188830   ShipmentID: 060Y6FGX7SB

## Commercial Invoice

| TO | Consignee | GUOAN ZHAN | Postal code | 96817 |
|---|---|---|---|---|
| | Company Name | GUOAN ZHAN | TEL | REDACTED |
| | ADDRESS | REDACTED<br>HONOLULU,HAWAII -USA | Destination | USA |

| FROM | Consigner | Miss Huang | TEL. | 86-755-82077971 |
|---|---|---|---|---|
| | Company Name | SHENZHEN GREAT VISION NETWORK TECHN | ADDRESS | North Gate, Block R2-A, Virtual University Park of Hi-Tech Industrial Park, Ke Yuan Road West, Nan Shan District, Shen Zhen |
| | Date | 2012-09-7 | HS Code | 8528718000 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|---|---|---|---|---|---|
| N/W | (plastic) SET TOP BOX | 100SETS | 15 | 1500 | 75 |
| N/W | (plastic) Homeplug | 30SETS | 10 | 300 | 10 |
| | used for TV TOTAL: | MADE IN CHINA | | 1800 | 85 |

SHENZHEN GREAT VISION NETWORK TECHN

PackageID: 1Z060Y6F0456832783  ShipmentID: 060Y6FKJGBP



PackageID: 1Z060Y6F0456832783   ShipmentID: 060Y6FKJGBP



# Invoice

**FROM**
TaxID/VAT No:
Contact Name: Huang XiaoYan
Yukun Technology (Hongkong) Co.,Ltd
North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SHENZHEN, 518021

China, People's Republic of
Phone: 86-75582077971

**SHIP TO**
Tax ID/VAT No:
Contact Name: Kwok Fai Li
KWOK LI

REDACTED

SAN FRANCISCO, CA 94116

United States
Phone: REDACTED

Waybill Number: 1Z060Y6F0456832783
Shipment ID: 060Y6FKJGBP

1Z 060 Y6F 04 5683 2783

Invoice No.:
Date: 20-NOV-2012
Purchase No.:

Terms of Sale (Incoterm):
Reason for Export: Sale

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|------------|-------------|
| 100 | EA | Instructions | ------ | CN | 0.01 | 1.00 USD |
| 100 | EA | Media Player | 8528718000 | CN | 15.00 | 1,500.00 USD |
| 100 | EA | recycle bag | ------ | CN | 0.20 | 20.00 USD |
| 100 | EA | wireless card | 8517629200 | CN | 2.00 | 200.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 1,721.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 1,721.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 1,721.00 |

Shipper                    Date

Total Number of Packages: 7    Currency: USD
Total Weight: 88.0 KGS

**PackageID: 1Z060Y6F0456832783   ShipmentID: 060Y6FKJGBP**

Packing List (Shipment ID/主运单号：          1Z060Y6F0456832783          PKG PCS/总箱数：7

Currency:    USD$

| Declaration # | 箱号 CTN | 毛重 Weight (kg) | 品名描述(中英文) Description (Eng/Chn) | 报箱数量 Qty | 单位 Units | 单价 Unit Price | 总价 Total price | 商品编码 HS Code |
|---|---|---|---|---|---|---|---|---|
| *368999933 1509*<br>*368999933 1510* | 1 | 3 | RECYCLE BAG<br>环保袋 | 100 | PCS | 0.20 | 20.00 | |
| *368999933 1511*<br>*368999933 1512*<br>*368999933 1513* | 2 | 5 | WIRELESS CARD<br>无线网卡 | 100 | PCS | 2.00 | 200.00 | 8517159000 |
| *368999933 1514*<br>*368999933 1515* | 3-7 | 16 | media player<br>机顶盒 | 20 | SETS | 15.00 | 300.00 | 8528718000 |

1Z 060 Y6F 04 5683 2783

PackageID: 1Z060Y6F0456832783   ShipmentID: 060Y6FKJGBP



## Invoice                                          *Revised*

| FROM | | | Waybill Number: 1Z060Y6F0456832783 | | |
|---|---|---|---|---|---|

**FROM**
TaxID/VAT No:
Contact Name: Huang XiaoYan
Yukun Technology (Hongkong) Co.,Ltd
North Gate, Block R2-A, Virtual
University Park of Hi-Tech Ind Park
Keyuan Rd West,Nanshan Dist
SHENZHEN,  518021

China, People's Republic of
Phone: 86-75582077971

**Waybill Number: 1Z060Y6F0456832783**
Shipment ID:  060Y6FKJGBP

1Z 060 Y6F 04 5683 2783

Invoice No.:
Date:  20-NOV-2012
Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SHIP TO**
Tax ID/VAT No:
Contact Name: Kwok Fai Li
KWOK LI
REDACTED

SAN FRANCISCO, CA 94116

United States
Phone: REDACTED

**SOLD TO INFORMATION**
Tax ID/VAT No:
Contact Name:
Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 100 | EA | instructions  *Paper* | ...... | CN | 0.01 | 1.00 USD |
| 100 | EA | Media Player | 8528718000 | CN | 15.00 | 1,500.00 USD |
| 100 | EA | recycle bag | ...... | CN | 0.20 | 20.00 USD |
| 100 | EA | wireless card  *Plastic* | 8517629200 | CN | 2.00 | 200.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 1,721.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 1,721.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 1,721.00 |
| Total Number of Packages:  7 | Currency:  USD |
| Total Weight:  88.0 KGS | |

Shipper                          Date

**PackageID: 1Z060Y6F0443069614   ShipmentID: 060Y6FGJ4CG**



**PackageID: 1Z060Y6F0443069614   ShipmentID: 060Y6FGJ4CG**

| Packing List (Shipment ID/主运单号 : | | | 1Z060Y6F0443069614 | | PCS/总箱数: | 2 | |

Currency: USD

| Declaration # | 箱编号 CTN# | 每箱总重 净/毛 (kg) | 品名描述(中英文) Description (Eng/Chn) | 每箱数量 Qty | 单位 Unit | 单价 Unit Price | 总价合计 Total price | 商品编码 HS Code |
|---|---|---|---|---|---|---|---|---|
| * 3 6 8 9 9 9 3 1 4 5 6 4 *  ** NCN bar code **  * 3 6 8 9 9 9 3 1 4 5 8 5 * | 1-2 | 16 | Set Top Box  机顶盒 | 20 | PCS | 15.00 | 300.00 | 8528718000 |
| ** NCN bar code ** | | | | | | | | |
| ** NCN bar code ** | | | | | | | | |

1Z 060 Y6F 04 4306 9614

PackageID: 1Z060Y6F0443069614  ShipmentID: 060Y6FGJ4CG

## Commercial Invoice

| TO | Consignee | Qing Li | Postal code | 91801 |
|----|-----------|---------|-------------|-------|
| | Company Name | Qing Li | TEL : | REDACTED |
| | ADDRESS | REDACTED REDACTED Alhambra ca 91801,USA | Destination | USA |

| FROM | Consigner | Miss Huang | TEL: | 86-755-82077971 |
|------|-----------|------------|------|-----------------|
| | Company Name | SHENZHEN GREAT VISION NETWORK TECHN | ADDRESS | North Gate, Block R2-A, Virtual University Park of Hi-Tech Industrial Park, Ke Yuan Road West, Nan Shan District, Shen Zhen |
| | Date | 2012-09-7 | HS Code | 8528718000 |

| Mark & No. | Descriptions Goods | Quantities | Unit Price (USD) | Amount (USD) | Gross Weight |
|------------|--------------------|------------|------------------|--------------|--------------|
| N/W | Media Player | 40SETS | 15 | 600 | 30 |
| N/W | Remote | 5PCS | 2 | 10 | 2 |
| | TOTAL: | MADE IN CHINA | | 610 | 32 |

SHENZHEN GREAT VISION NETWORK TECHN

1Z 060 Y6F 04 4306 9614

PackageID: 1Z060Y6F0455516635   ShipmentID: 060Y6FK8WLL



**UPS COPY**  **INV**

| SHIPPER | | UPS WAYBILL/TRACKING NUMBER |
| --- | --- | --- |
| UPS Account Number: 060Y6F | EXPRESS SAVER    1P | 1Z060Y6F0455516635 |
| Tax ID/VAT No.: | | |
| Contact: Huang XiaoYan | SHIPMENT INFORMATION | UPS SHIPMENT ID |
| Hua yang international | | 060Y6FK8WLL |

SHIP TO

UPS Account Number:

Tax ID/VAT No.:

Contact: Zorina Pui

Zorina Pui

REDACTED

J4W2B6
BROSSARD QC
CANADA

6633 N5

# Invoice

Page 1

**FROM**

TaxID/VAT No:

Contact Name: Huang XiaoYan

Hua yang international

North Gate, Block R2-A, Virtual

University Park of Hi-Tech Ind Park

Keyuan Rd West,Nanshan Dist

SHENZHEN 518021

China, People's Republic of

Phone: 86-75582077971

Waybill Number: 1Z060Y6F0455516635

Shipment ID: 060Y6FK8WLL

 

Invoice No.:

Date:  06/MAR/2013

Purchase No.:

Terms of Sale (Incoterm):

Reason for Export:  Sale

**SHIP TO**

Tax ID/VAT No:

Contact Name: Zorina Pui

Zorina Pui

REDACTED

BROSSARD, QC J4W2B6

Canada

Phone: REDACTED

**SOLD TO INFORMATION**

Tax ID/VAT No:

Contact Name:

Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|-------|-----|-------------------------------|------------|-----|------------|-------------|
| 1 | NMB | set top box | 8528718000 | CN | 25.00 | 25.00 USD |

**Additional Comments:**

**Declaration Statement:**
I hereby certify that the information on this invoice is true and
correct and the contents and value of this shipment is as stated
above.

| | |
|---|---|
| Invoice Line Total: | 25.00 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 25.00 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 25.00 |

Total Number of Packages: 1     Currency: USD

Total Weight:  1.0 KGS

Shipper                    Date



## UPS COPY

## KEY

| SHIPPER | | UPS WAYBILL/TRACKING NUMBER |
| --- | --- | --- |

**SHIPPER**

UPS Account Number: 31Y63W

Tax ID/VAT No.:

Contact: SAVID LI

SHENZHEN RAD CARGO CO LTD

Phone: 86-075533813096

3 FLOOR 8 BUILDING XIMING TOWN
BAOAN DISTRICT SHENZHEN CHINA
HONG KONG
**HONG KONG**

HK

**EXPRESS SAVER**   **1P**

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
| --- | --- | --- | --- |
| 1 | 0 | 0.5 | 0.0 |
| | | Kg | Kg |

Description of Goods:
SET TOP BOX

Declared Value for Carriage:

**UPS WAYBILL/TRACKING NUMBER**

1Z31Y63W0446405101

**UPS SHIPMENT ID**

31Y63WH93Q9

**SPECIAL INSTRUCTIONS**

[X] Package

1Z 31Y 63W 04 4640 5101

**SHIP TO**

UPS Account Number:

Tax ID/VAT No.:

Contact: QIAO WEI OUYANG

HUA YANG INTERNATIONAL

REDACTED

EASTERN CAPE
**SOUTH AFRICA**

ZA

Additional Handling:

Residential:   No

Reference 1: H9141915990

Reference 2: SZ002

**PAYMENT OF CHARGES**

[X] PRE
[X] Bill Transportation to Shipper 31Y63W
[X] Bill Duty and Tax to Receiver

CLK D1
1200

**Carrier Use**

| Received For UPS By | | Date | Time |
| --- | --- | --- | --- |
| | | | |
| | | | |
| No. of packages for which the Additional Handling charge applies. | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.



Package ID: 312314a3W044040100100   Shipment ID: 31Y63WH95c0

http://119.161.145.58:5006/manager/index_index.jsp

## Commercial Invoice

31Y63WH P3Q9

| | | | | | |
|---|---|---|---|---|---|
| **T O** | Consignee | li zhen | **Postal code** | 5099 | |
| | Company Name | REDACTED | **TEL:** | REDACTED | |
| | ADDRESS | REDACTED -eastern cape. –South Africa REDACTED | **Destination** | South Africa | |

| | | | | |
|---|---|---|---|---|
| **F R O M** | Consigner | Qiao wei Ouyang | **TEL:** | 86－755－82077971 |
| | Company Name | Hua Yang International | **ADDRESS** | king Hill Building 10B,shang bu nan lu,Futian District shenzhen |
| | Date | 2012-02-07 | **HS Code** | 8528718000 |

samples with no commercial value,the invoice value only for customs reference

| 唛头及号数 Mark & No. | 货 物 名 称 Deseriptions Goods | 箱　号 Goods.No. | 数　量 Quantities | 价格 Unit Price (USD) | 总价 Amount (USD) | 毛　重 Gross Weight(KG) |
|---|---|---|---|---|---|---|
| N/W | Set Top Box | | 1 | 10 | 10 | 1 |
| | TOTAL: | | | | SAMPLE OF NO COMMERCIAL INVOICE | |

Hua Yang International

MADE IN CHINA.

第1页 共1页

2012-02-07 14:00

PackageID: 1ZWA89890472558580   ShipmentID: WA8989NWVLK

# Invoice

Page I

**FROM**

TaxID/VAT No:

Contact Name: Cecilia/Rachel

TIANMU ELECTRONICS(ShenZhen)Co. LTD

(N3P) 2F BLDG C XICHENGFENG IND PAR

ZONE NO.2 FU YUAN ROAD,HI-TECH AREA

HE PING VILLAGE,FU YONG

SZX 518103

China, People's Republic of

Phone: 0755-29773450

Waybill Number: 1ZWA89890472558580

WA8989NWVLK

12 U98 989 04 7255 8588

Invoice No.:                     IVY(TW)

Date: 07/JAN/2015

Purchase No.:          Lacey@flashbay.com

Terms of Sale (Incoterm):   DDU

Reason for Export:  Sample

**SHIP TO**

Tax ID/VAT No:

Contact Name: Ivy

Hua Yang International

REDACTED

Zhongzheng Dist.,

Taipei City 10059

Taiwan

Phone REDACTED

**SOLD TO INFORMATION**

Tax ID/VAT No:

Contact Name:

Same as Ship To

Phone:

| Units | U/M | Description of Goods/Part No. | Harm. Code | C/O | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 25 | EA | USB FLASH DRIVE DUMMY SAMPLES | 9023000000 | CN | 0.50 | 12.50 USD |

**Additional Comments:**

Declaration Statement:
I hereby certify that the information on this invoice is true and correct and the contents and value of this shipment is as stated above.

| | |
|---|---|
| Invoice Line Total: | 12.50 |
| Discount/Rebate: | 0.00 |
| Invoice Sub-Total: | 12.50 |
| Freight: | 0.00 |
| Insurance: | 0.00 |
| Other: | 0.00 |
| Total Invoice Amount: | 12.50 |

Total Number of Packages: 1      Currency: USD

Total Weight: 0.5 KGS

Shipper                     Date

**PackageID: 1ZWA89890472558580   ShipmentID: WA8989NWVLK**



UPS COPY      INV

**SHIPPER**
UPS Account Number:  WA8989
Tax ID/VAT No.:
Contact:  Cecilia/Rachel
TIANMU ELECTRONICS(ShenZhen)Co. LTD
Phone:  0755-29773450
(N3P) 2F BLDG C XICHENGFENG IND PAR
ZONE NO.2 FU YUAN ROAD,HI-TECH AREA
HE PING VILLAGE,FU YONG
518103
SZX
CHINA, PEOPLE'S REPUBLIC OF

CN

**SHIP TO**
UPS Account Number:
Tax ID/VAT No.:
Contact:  Ivy
Hua Yang International

**REDACTED**

Zhonozheng Dist.
10059
Taipei City
TAIWAN

TW

**EXPRESS SAVER**    1P

**SHIPMENT INFORMATION**

| Pkgs | Lg. Pkgs. | Act Wt | Dim Wt |
|------|-----------|--------|--------|
| 1 | 0 | 0.5 | 0.5 |
|  |  | Kg | Kg |

Description of Goods:
SAMPLE

Declared Value for Carriage:

Additional Handling:
Residential:  No
Reference 1:  SAMPLE TO IVY(TW)

Reference 2:  Lacey@flashbay.com

**UPS WAYBILL/TRACKING NUMBER**
1ZWA89890472558580

**UPS SHIPMENT ID**
WA8989NWVLK

**SPECIAL INSTRUCTIONS**
[X] Package

1 3 5 4 N 1

**PAYMENT OF CHARGES**
[X] PRE
[X] Bill Transportation to Shipper WA8989
[X] Bill Duty and Tax to Receiver

**Carrier Use**

| Received For UPS By | | Date | Time |
|---|---|---|---|
| No. of packages for which the Additional Handling charge applies. | | | |
| Amount Received | | ( ) Cheque | ( ) Cash |
| Other Information | | | |

Fold Here and Place in Pouch

Tracking Numbers for additional packages in the shipment.

1Z WA8 989 04 7255 8580

Collection Date: 07/JAN/2015        UPS WorldShip 16.0.31  pdfFactory Pro