**EXHIBIT 17**
**REDACTED**

DWT Summary of UPS International Shipments to US: Calculating Total TVpad Units

| SHIPMENT NUMBER | DWT: TVPAD UNITS PER UPS INVOICES | SHIPMENT DESCRIPTION | SHIPPER NAME | SHIPPER CITY | SHIPPER COUNTRY | SHIPPER ADDR LINE 1 | SHIPPER ADDR LINE 2 | NAME IMPORTER CONTACT | IMPORTER NAME | IMPORTER ADDR LINE 1 | IMPORTER CITY | IMPORTER STATE | IMPORTER POST CODE | IMPORT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 060Y6FFV74S | 60 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | CHUN XIANG LI | CHUN XIANG LI | | SAN FRANCISCO | CA | 94127 | 120903 |
| 060Y6FFV74S | 60 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | CHUN XIANG LI | CHUN XIANG LI | | SAN FRANCISCO | CA | 94127 | 120903 |
| 060Y6FFZB7Y | 40 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | EUGENE ZHOU | OCEANIC RESTAURANT | | SAN FRANCISCO | CA | 94112 | 120903 |
| 060Y6FFZB7Y | 40 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | EUGENE ZHOU | OCEANIC RESTAURANT | | SAN FRANCISCO | CA | 94112 | 120903 |
| 060Y6FH4SPB | 60 | MEDIA PLAYER/ | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | NORTH GATE, BLOCK R2-A, VIRTUAL | UNIVERSITY PARK OF HI-TECH IND PARK | MR. CHANG | | | SOUTH SAN FRANCISCO | CA | 94080 | 120912 |
| 060Y6FG8TFZ | 40 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | QING LI | QING LI | | ALHAMBRA | CA | 91801 | 121219 |
| 060Y6FKCLXC | 54 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | NORTH GATE, BLOCK R2-A, VIRTUAL | UNIVERSITY PARK OF HI-TECH IND PARK | EUGENE ZHOU | OCEANIC RESTAURANT/ EUGENE ZHOU | | SAN FRANCISCO | CA | 94112 | 121214 |
| 060Y6FGDL9M | 40 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | QING LI | QING LI | | ALHAMBRA | CA | 91801 | 121219 |
| 060Y6FFTC7S | 1 | SET TOP BOX | HUA YANG INTERNATIONAL | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | JESSICA WU | JESSICA WU | | CHICAGO | IL | 60616 | 121223 |
| 060Y6FG8F3W | 105 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | MICHAEL KANG | RED STAR INTERNET, INC. | | BOCA RATON | FL | 33431 | 130106 |
| 060Y6FG8RJ7 | 100 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | YOUJIA QIN | MUSIC BOX QIN INC | | LAS VEGAS | NV | 89178 | 130127 |
| 060Y6FGHF7Z | 1 | SET TOP BOX | HUA YANG INTERNATIONAL | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | ERIC WONG | ERIC WONG | | JACKSONVILLE | FL | 32216 | 130201 |
| 060Y6FG9BFM | 102 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | YOUJIA QIN | MUSIC BOX QIN INC | | LAS VEGAS | NV | 89178 | 130225 |
| 060Y6FFZRQH | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | HUI XU | WALON INTERNATIONAL INC | | NEW YORK | NY | 10010 | 130411 |
| 060Y6FGDBTV | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | HUI XU | WALON INTERNATIONAL INC. | | NEW YORK | NY | 10010 | 130523 |
| 060Y6FG4NVV | 153 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | | KWOK LI | | SAN FRANCISCO | CA | 94116 | 130531 |
| 060Y6FZQJK | 150 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | | KWOK LI | | SAN FRANCISCO | CA | 94116 | 130605 |
| 060Y6FG3JCV | 200 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | KLEIN ASHER | UA GROUP USA | | LAKEWOOD | NJ | 08701 | 130607 |
| 060Y6FFWKKY | 102 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | | CLUB TVPAD | | PLEASANTON | CA | 94588 | 130609 |
| 060Y6FGGPQG | 101 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | ERIC CHAN | ECR INTERNATIONAL(USA)INC. | | WOODSIDE | NY | 11377 | 130611 |
| 060Y6FFXVN4 | 103 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | EUGENE ZHOU | NEW LEAF MEDIA INC. | | SAN FRANCISCO | CA | 94112 | 130611 |
| 060Y6FFXTRC | 200 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | SHALLY LI | SKY DRAGON APPLICANCE INC. | REDACTED | SAN FRANCISCO | CA | 94133 | 130611 |
| 060Y6FG7WZK | 81 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | BENNETT WONG | CLUB TVPAD | | PLEASANTON | CA | 94588 | 130612 |
| 060Y6FK8R87 | 100 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(DGG)(N3P)2F AREA 5F BLDG R1-A | UNIVERSITY PARK OF HI-TECH IND PARK | WELLINGTON HUI | XTREME GADGET COMPANY | | SAN DIEGO | CA | 92126 | 130616 |
| 060Y6FG9S5Y | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (PLD)(N3P)NORTH GATE BLDG R2-A XUNI | UNIVERSITY PARK OF HI-TECH IND PARK | HUI XU | WALON INTERNATIONAL INC | | JACKSON HEIGHTS | NY | 11372 | 130705 |
| 060Y6FLGC3L | 400 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | NORTH GATE, BLOCK R2-A, | VIRTUAL UNIVERSITY PARK | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 130718 |
| 060Y6FMGGRX | 153 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | 3F CHENG LIAN BUILDING, | NO.6LANHUA AVE, FTZ | | KWOK LI | | JACKSON HEIGHTS | NY | 11372 | 130806 |
| 060Y6FMLQWB | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | 3F CHENG LIAN BUILDING, | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 130807 |
| 060Y6FMKYG7 | 122 | MEDIA PLAYER | CREATE NEW TECHNOLOGY(HK) LIMITED | SHENZHEN | CN | 3F CHENG LIAN BUILDING, | NO.6LANHUA AVE, FTZ | EUGENE ZHOU | NEW LEAF MEDIA INC. | | SAN FRANCISCO | CA | 94112 | 130812 |
| 060Y6FMN9QL | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | 3F CHENG LIAN BUILDING, | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 130815 |
| 060Y6FMF4GQ | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | 3F CHENG LIAN BUILDING, | NO.6LANHUA AVE, FTZ | KLEIN ASHER | UA GROUP USA | | LAKEWOOD | NJ | 08701 | 130815 |
| 060Y6FM7PD3 | 1 | SET TOP BOX | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | DAVY HUA | DAVY HUA | | SAN JOSE | CA | 95132 | 130917 |
| 060Y6FMLRGV | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 130910 |
| 060Y6FM4FBK | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 130926 |
| 060Y6FMHX7X | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 131009 |
| 060Y6FMH94R | 328 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 131128 |
| 060Y6FMHXP4 | 251 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 131203 |
| 060Y6FM3TKC | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 131218 |
| 060Y6FM8XRG | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 140101 |
| 060Y6FMKCDR | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 140117 |
| 060Y6FMBBP3 | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 140124 |
| 060Y6FMPF89 | 300 | MEDIA PLAYER | CREATE NEW TECHNOLOGY (HK) LIMITED | SHENZHEN | CN | (GC)(N3P) 3F CHENGLIAN MANSION NO.6 | NO.6LANHUA AVE, FTZ | HUI XU | WALON INTERNATIONAL INC. | | JACKSON HEIGHTS | NY | 11372 | 140311 |
| GRAND TOTAL | | | | | | | | | | | | | | |
| TVPAD UNITS: | 7348 | | | | | | | | | | | | | |

EXHIBIT 17