**EXHIBIT 19**
**REDACTED**

DWT Summary of UPS Shipments by YTC Summit to Individual Consumers

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Shipments Made by Account Number Provided Track Num | 1Z Shipper Num | TVpad Quantity Based on YTC Summit UPS Invoices | Delivery Date | Street Number | Street Prefix Name | Street Name | ST Suffix | ST Type | BDG FLR Num | Suite Num Name | City | State | Postal Code | Package Release Location | Clarified Signature |
| 2 | 1Z6V00670344432026 | 6V0067 | 1 | 2015-04-06 | | | | | | | | EVERETT | WA | 98208 | MET CUST GRL | |
| 3 | 1Z6V00670344135286 | 6V0067 | 1 | 2015-03-16 | | | | | | | | OAKLAND | CA | 94606 | FRONT DESK | MA |
| 4 | 1Z6V00670343294802 | 6V0067 | 1 | 2015-03-09 | | | | | | | | BROOKLYN | NY | 11228 | PORCH | |
| 5 | 1Z6V00670344378247 | 6V0067 | 2 | 2015-03-26 | | | | | | | | SAN FRANCISCO | CA | 94103 | IN GATE | |
| 6 | 1Z6V00670343338667 | 6V0067 | 1 | 2015-03-06 | | | | | | | | MIAMI | FL | 33145 | | |
| 7 | 1Z6V00670343338667 | 6V0067 | 1 | 2015-03-09 | | | | | | | | MIAMI | FL | 33145 | RESIDENTIAL | LIN |
| 8 | 1Z6V00670344674079 | 6V0067 | 1 | 2015-03-16 | | | | | | | | SEATTLE | WA | 98106 | MET CUST WOM | |
| 9 | 1Z6V00670343775168 | 6V0067 | 1 | 2015-04-13 | | | | | | | | WHITESTONE | NY | 11357 | MET CUST WOM | |
| 10 | 1Z6V00670343282888 | 6V0067 | 2 | 2015-03-04 | | | | | | | | SAN FRANCISCO | CA | 94122 | U STAIR FD | |
| 11 | 1Z6V00670344415527 | 6V0067 | 1 | 2015-03-06 | | | | | | | | CHICAGO | IL | 60616 | RESIDENTIAL | WU |
| 12 | 1Z6V00670344577102 | 6V0067 | 1 | 2015-04-03 | | | | | | | | FLUSHING | NY | 11354 | FRONT DOOR | |
| 13 | 1Z6V00670345945337 | 6V0067 | 1 | 2015-04-13 | | | | | | | | BROOKLYN | NY | 11220 | SIDE DOOR | |
| 14 | 1Z6V00670345480777 | 6V0067 | 1 | 2015-03-10 | | | | | | | | FOREST HILLS | NY | 11375 | FRONT DOOR | |
| 15 | 1Z6V00670343468722 | 6V0067 | 1 | 2015-03-30 | | | | | | | | AUSTIN | TX | 78703 | FRONT DOOR | |
| 16 | 1Z6V00670344375320 | 6V0067 | 1 | 2015-04-14 | | | | | | | | SARATOGA | CA | 95070 | FRONT DOOR | |
| 17 | 1Z6V00670343212480 | 6V0067 | 1 | 2015-04-13 | | | | | | | | CUPERTINO | CA | 95014 | FRONT DOOR | |
| 18 | 1Z6V00670344246988 | 6V0067 | 1 | 2015-03-30 | | | REDACTED | | | | | HONOLULU | HI | 96814 | FRONT DOOR | |
| 19 | 1Z6V00670343628791 | 6V0067 | 1 | 2015-04-10 | | | | | | | | HONOLULU | HI | 96814 | RESIDENTIAL | YAMAUCHI |
| 20 | 1Z6V00670344845812 | 6V0067 | 1 | 2015-04-02 | | | | | | | | AMHERST | NY | 14226 | | |
| 21 | 1Z6V00670344845812 | 6V0067 | 1 | 2015-04-03 | | | | | | | | AMHERST | NY | 14226 | FRONT DOOR | |
| 22 | 1Z6V00670345405509 | 6V0067 | 1 | 2015-04-10 | | | | | | | | LAS VEGAS | NV | 89139 | FRONT DOOR | |
| 23 | 1Z6V00670345721935 | 6V0067 | 1 | 2015-03-03 | | | | | | | | LAS VEGAS | NV | 89148 | FD POST | |
| 24 | 1Z6V00670345759137 | 6V0067 | 1 | 2015-04-03 | | | | | | | | BROOKLYN | NY | 11228 | RESIDENTIAL | CHEN |
| 25 | 1Z6V00670343596030 | 6V0067 | 1 | 2015-04-02 | | | | | | | | PI NEVILLE | NC | 28134 | FRONT DOOR | |
| 26 | 1Z6V00670343827763 | 6V0067 | 2 | 2015-03-06 | | | | | | | | SAN FRANCISCO | CA | 94158 | RESIDENTIAL | CHANG |
| 27 | 1Z6V00670343597708 | 6V0067 | 1 | 2015-03-04 | | | | | | | | SAN FRANCISCO | CA | 94112 | RESIDENTIAL | LI |
| 28 | 1Z6V00670344482697 | 6V0067 | 1 | 2015-03-17 | | | | | | | | HOUSTON | TX | 77077 | RECEIVER | ZHANG |
| 29 | 1Z6V00670344587628 | 6V0067 | 1 | 2015-03-26 | | | | | | | | ORINDA | CA | 94563 | FRONT DOOR | |
| 30 | 1Z6V00670345925859 | 6V0067 | 1 | 2015-03-03 | | | | | | | | RANCHO SANTA MARGARITA | CA | 92688 | POST/PILLA | |
| 31 | 1Z6V00670344890924 | 6V0067 | 1 | 2015-03-31 | | | | | | | | ALHAMBRA | CA | 91803 | FRONT DOOR | |
| 32 | 1Z6V00670343943897 | 6V0067 | 1 | 2015-04-10 | | | | | | | | LAS VEGAS | NV | 89118 | FRONT DOOR | |
| 33 | 1Z6V00670345623952 | 6V0067 | 1 | 2015-03-27 | | | | | | | | SAN RAMON | CA | 94583 | FRONT DOOR | |
| 34 | 1Z6V00670343372110 | 6V0067 | 1 | 2015-03-18 | | | | | | | | PORTLAND | OR | 97229 | FRONT DOOR | |
| 35 | 1Z6V00670344504010 | 6V0067 | 1 | 2015-04-02 | | | | | | | | LAS VEGAS | NV | 89148 | FRONT DOOR | |
| 36 | 1Z6V00670345652742 | 6V0067 | 1 | 2015-03-19 | | | | | | | | 210 HOUSTON | TX | 77036 | FRONT DESK | LU |
| 37 | 1Z6V00670345895730 | 6V0067 | 1 | 2015-03-09 | | | | | | | | LEXINGTON | MA | 02420 | FRONT DOOR | |
| 38 | 1Z6V00670345669565 | 6V0067 | 1 | 2015-03-06 | | | | | | | | ALPHARETTA | GA | 30004 | FRONT DESK | GAHAFER |
| 39 | 1Z6V00670343814339 | 6V0067 | 1 | 2015-03-20 | | R | | | | | | WILLOW GROVE | PA | 19090 | REAR DOOR | |
| 40 | 1Z6V00670344285070 | 6V0067 | 3 | 2015-04-07 | | | | | | | | UNION CITY | CA | 94587 | FRONT DOOR | |

EXHIBIT 19

DWT Summary of UPS Shipments by XTC Summit to Individual Consumers

|    | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 1Z6V00670345803490 | 6V0067 | 1 | 2015-04-03 | | | | | | | | PI NEVILLE | NC | 28134 | FRONT DOOR | |
| 42 | 1Z6V00670343776612 | 6V0067 | 1 | 2015-03-09 | | | | | | | | LEESBURG | VA | 20176 | OFFICE | TENG |
| 43 | 1Z6V00670344154201 | 6V0067 | 1 | 2015-04-01 | | | | | | | | LAS VEGAS | NV | 89117 | FRONT DOOR | |
| 44 | 1Z6V00670344318641 | 6V0067 | 1 | 2015-04-02 | | | | | | | | LAS VEGAS | NV | 89117 | FRONT DOOR | |
| 45 | 1Z6V00670344215065 | 6V0067 | 1 | 2015-03-16 | | | | | | | | LAKEWOOD | CO | 80232 | FRONT DOOR | |
| 46 | 1Z6V00670343052939 | 6V0067 | 1 | 2015-03-27 | | | | | | | | DALY CITY | CA | 94014 | FRONT DOOR | |
| 47 | 1Z6V00670344260560 | 6V0067 | 1 | 2015-03-27 | | | | | | | | PLATTEVILLE | WI | 53818 | FRONT DOOR | |
| 48 | 1Z6V00670344482124 | 6V0067 | 1 | 2015-03-23 | | | | | | | | WARWICK | RI | 02889 | SIDE DOOR | |
| 49 | 1Z6V00670344571055 | 6V0067 | 1 | 2015-04-02 | | | | | | | | CHICAGO | IL | 60608 | RESIDENTIAL | CHAN |
| 50 | 1Z6V00670343058595 | 6V0067 | 1 | 2015-04-02 | | | | | | | | SAN FRANCISCO | CA | 94121 | | |
| 51 | 1Z6V00670343058595 | 6V0067 | 1 | 2015-04-03 | | | | | | | | SAN FRANCISCO | CA | 94121 | | |
| 52 | 1Z6V00670343058595 | 6V0067 | 1 | 2015-04-06 | | | | | | | | SAN FRANCISCO | CA | 94121 | MET CUST MAN | |
| 53 | 1Z6V00670344517515 | 6V0067 | 1 | 2015-03-03 | | | | | | | | HACIENDA HEIGHTS | CA | 91745 | PORCH | |
| 54 | 1Z6V00670344151302 | 6V0067 | 1 | 2015-04-08 | | | | | | | | MONTEREY PARK | CA | 91754 | | ANDY KWONG |
| 55 | 1Z6V00670344151302 | 6V0067 | 1 | 2015-04-08 | | | | | | | | MONTEREY PARK | CA | 91754 | RECEIVER | MAYCEE |
| 56 | 1Z6V00670343932354 | 6V0067 | 1 | 2015-04-08 | | | | | | | | SAN GABRIEL | CA | 91776 | RESIDENTIAL | TAN |
| 57 | 1Z6V00670345876626 | 6V0067 | 1 | 2015-03-03 | | | | | | | | LAS VEGAS | NV | 89117 | FD POST | |
| 58 | 1Z6V00670343148381 | 6V0067 | 1 | 2015-03-23 | | | | | | | | BIO ATLANTA | GA | 30331 | OFFICE | CHEIN |
| 59 | 1Z6V00670344129837 | 6V0067 | 2 | 2015-03-25 | | | | | | | | IRVINE | CA | 92603 | FRONT DOOR | |
| 60 | 1Z6V00670345989755 | 6V0067 | 1 | 2015-03-25 | | | | | | | | PLEASANTON | CA | 94566 | FRONT DOOR | |
| 61 | 1Z6V00670343949006 | 6V0067 | 1 | 2015-03-12 | | | | | | | | MORGANTON | NC | 28655 | PORCH | |
| 62 | 1Z6V00670345202871 | 6V0067 | 1 | 2015-04-03 | | | | REDACTED | | | | GLOUCESTER | MA | 01930 | GARAGE | |
| 63 | 1Z6V00670345307197 | 6V0067 | 1 | 2015-03-06 | | | | | | | | HOUSTON | TX | 77030 | FRONT DOOR | |
| 64 | 1Z6V00670343568392 | 6V0067 | 1 | 2015-04-01 | | | | | | | | FOREST HILLS | NY | 11375 | RESIDENTIAL | ORTIZ |
| 65 | 1Z6V00670344317393 | 6V0067 | 1 | 2015-03-12 | | | | | | | | BELLEVILLE | WI | 53508 | PORCH | |
| 66 | 1Z6V00670344118572 | 6V0067 | 1 | 2015-03-04 | | | | | | | | ALAMEDA | CA | 94502 | FRONT DOOR | |
| 67 | 1Z6V00670345761357 | 6V0067 | 1 | 2015-03-20 | | | | | | | | WASHINGTON | DC | 20008 | RECEIVER | SAM |
| 68 | 1Z6V00670345420000 | 6V0067 | 1 | 2015-03-30 | | | | | | | | SAN FRANCISCO | CA | 94124 | RESIDENTIAL | CHEN |
| 69 | 1Z6V00670345656177 | 6V0067 | 1 | 2015-04-13 | | | | | | | | QUINCY | MA | 02170 | FRONT DOOR | |
| 70 | 1Z6V00670345076688 | 6V0067 | 1 | 2015-03-06 | | | | | | | | MC LEAN | VA | 22102 | OFFICE | XE |
| 71 | 1Z6V00670345189673 | 6V0067 | 1 | 2015-03-03 | | | | | | | | LOS ANGELES | CA | 90004 | PORCH | |
| 72 | 1Z6V00670344764918 | 6V0067 | 1 | 2015-04-01 | | | | | | | | MILPITAS | CA | 95035 | PORCH | |
| 73 | 1Z6V00670344379380 | 6V0067 | 1 | 2015-04-14 | | | | | | | | NORTH BILLERICA | MA | 01862 | FRONT DOOR | |
| 74 | 1Z6V00670343458822 | 6V0067 | 1 | 2015-03-13 | | | | | | | | PHILADELPHIA | PA | 19149 | FRONT DOOR | |
| 75 | 1Z6V00670343808444 | 6V0067 | 1 | 2015-04-02 | | | | | | | | EAST NORTHPORT | NY | 11731 | MET CUST MAN | |
| 76 | 1Z6V00670344491776 | 6V0067 | 1 | 2015-03-26 | | | | | | | | LA CANADA FLINTRIDGE | CA | 91011 | MC MAN | |
| 77 | 1Z6V00670345442148 | 6V0067 | 2 | 2015-03-05 | | | | | | | | HONOLULU | HI | 96822 | FRONT DOOR | |
| 78 | 1Z6V00670345365802 | 6V0067 | 1 | 2015-03-25 | | | | | | | | LA HABRA | CA | 90631 | FD WALL | |
| 79 | 1Z6V00670343729575 | 6V0067 | 1 | 2015-03-27 | | | | | | | | SCOTTSVILLE | KY | 42164 | FRONT DESK | LIM |
| 80 | 1Z6V00670344656964 | 6V0067 | 1 | 2015-04-06 | | | | | | | | WICHITA | KS | 67209 | PORCH | |
| 81 | 1Z6V00670345080306 | 6V0067 | 1 | 2015-03-16 | | | | | | | | LAS VEGAS | NV | 89113 | FRONT DOOR | |
| 82 | 1Z6V00670343129660 | 6V0067 | 1 | 2015-03-30 | | | | | | | | DOWNERS GROVE | IL | 60515 | FRONT DOOR | TAM |
| 83 | 1Z6V00670344815989 | 6V0067 | 1 | 2015-03-10 | | | | | | | | GARLAND | TX | 75042 | RECEPTION | SUN |
| 84 | 1Z6V00670343583348 | 6V0067 | 1 | 2015-03-31 | | | | | | | | JERSEY CITY | NJ | 07302 | MET CUST MAN | |
| 85 | 1Z6V00670343411907 | 6V0067 | 1 | 2015-03-06 | | | | | | | | MARIETTA | GA | 30062 | FRONT DOOR | |

DWT Summary of UPS Shipments by XTC Summit to Individual Consumers

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 1Z6V00670345065038 | 6V0067 | 2 | 2015-03-10 |  |  |  |  |  |  |  | ROSEMEAD | CA | 91770 | FRONT DOOR |  |
| 87 | 1Z6V00670343432340 | 6V0067 | 1 | 2015-03-06 |  |  |  |  |  |  |  | OAKLAND | CA | 94621 | OFFICE | CLARK |
| 88 | 1Z6V00670345173368 | 6V0067 | 1 | 2015-04-14 |  |  |  |  |  |  |  | NEWARK | CA | 94560 | FRONT DOOR |  |
| 89 | 1Z6V00670344333697 | 6V0067 | 1 | 2015-04-08 |  |  |  |  |  |  |  | IRVINE | CA | 92620 | FRONT DOOR |  |
| 90 | 1Z6V00670343938152 | 6V0067 | 1 | 2015-04-03 |  |  |  |  |  |  |  | NAMPA | ID | 83651 | PORCH |  |
| 91 | 1Z6V00670343369786 | 6V0067 | 1 | 2015-03-09 |  |  |  |  |  |  |  | LIVINGSTON | NJ | 07039 | FRONT DOOR |  |
| 92 | 1Z6V00670344754812 | 6V0067 | 2 | 2015-03-16 |  |  |  |  |  |  |  | ORLANDO | FL | 32811 | FRONT DOOR |  |
| 93 | 1Z6V00670345427245 | 6V0067 | 1 | 2015-03-03 |  |  |  |  |  |  |  | PALMDALE | CA | 93551 | FD PILLAR |  |
| 94 | 1Z6V00670343542230 | 6V0067 | 1 | 2015-04-07 |  |  |  |  |  |  |  | BRIGHTON | MA | 02135 | FRONT DOOR |  |
| 95 | 1Z6V00670345158198 | 6V0067 | 2 | 2015-03-26 |  |  |  |  |  |  |  | SACRAMENTO | CA | 95823 | PORCH |  |
| 96 | 1Z6V00670344166289 | 6V0067 | 1 | 2015-04-06 |  |  |  |  |  |  |  | LAS VEGAS | NV | 89139 | FD POST |  |
| 97 | 1Z6V00670345577799 | 6V0067 | 1 | 2015-03-20 |  |  |  |  |  |  |  | HONOLULU | HI | 96817 | GARAGE |  |
| 98 | 1Z6V00670345053541 | 6V0067 | 2 | 2015-04-02 |  |  |  |  |  |  |  | HONOLULU | HI | 96817 | GARAGE |  |
| 99 | 1Z6V00670345606551 | 6V0067 | 1 | 2015-04-16 |  |  |  |  |  |  |  | FOREST HILLS | NY | 11375 | RESIDENTIAL | BASDEO |
| 100 | 1Z6V00670343984165 | 6V0067 | 2 | 2015-03-19 |  |  |  |  |  |  |  | HOUSTON | TX | 77079 | FRONT DOOR |  |
| 101 | 1Z6V00670344569826 | 6V0067 | 1 | 2015-04-02 |  |  |  |  |  |  |  | CUMMING | GA | 30040 | FRONT DOOR |  |
| 102 | 1Z6V00670343252955 | 6V0067 | 1 | 2015-03-05 |  |  |  |  |  |  |  | PASADENA | CA | 91104 | FRONT DOOR |  |
| 103 | 1Z6V00670344096855 | 6V0067 | 2 | 2015-03-30 |  |  |  |  |  |  |  | SILVER SPRING | MD | 20906 | FT PORCH |  |
| 104 | 1Z6V00670343327866 | 6V0067 | 1 | 2015-04-01 |  |  |  |  |  |  |  | GLENDALE | AZ | 85308 | FD POST |  |
| 105 | 1Z6V00670343193126 | 6V0067 | 1 | 2015-04-10 |  |  |  |  |  |  |  | HOUSTON | TX | 77042 | FRONT DOOR |  |
| 106 | 1Z6V00670343611530 | 6V0067 | 1 | 2015-04-16 |  |  |  | REDACTED |  |  |  | SILVER SPRING | MD | 20901 | FRONT DOOR |  |
| 107 | 1Z6V00670345233945 | 6V0067 | 1 | 2015-04-14 |  |  |  |  |  |  |  | UNION CITY | CA | 94587 | FRONT DOOR |  |
| 108 | 1Z6V00670344302292 | 6V0067 | 1 | 2015-03-04 |  |  |  |  |  |  |  | HAYWARD | CA | 94544 | FRONT DOOR |  |
| 109 | 1Z6V00670344332090 | 6V0067 | 1 | 2015-03-05 |  |  |  |  |  |  |  | HONOLULU | HI | 96818 | INSIDE DELIV | LIN |
| 110 | 1Z6V00670343058371 | 6V0067 | 1 | 2015-04-13 |  |  |  |  |  |  |  | GLENDORA | CA | 91741 | FRONT DOOR |  |
| 111 | 1Z6V00670343557724 | 6V0067 | 1 | 2015-03-04 |  |  |  |  |  |  |  | SANTA CLARA | CA | 95050 | FRONT DOOR |  |
| 112 | 1Z6V00670343557724 | 6V0067 | 1 | 2015-03-10 |  |  |  |  |  |  |  | SANTA CLARA | CA | 95050 |  |  |
| 113 | 1Z6V00670346665581 | 6V0067 | 3 | 2015-04-13 |  |  |  |  |  |  |  | HONOLULU | HI | 96817 | FRONT DOOR |  |
| 114 | 1Z6V00670343725257 | 6V0067 | 1 | 2015-04-06 |  |  |  |  |  |  |  | MISSOURI CITY | TX | 77459 | RESIDENTIAL | LAM |
| 115 | 1Z6V00670344818762 | 6V0067 | 1 | 2015-03-30 |  |  |  |  |  |  |  | PLANO | TX | 75025 | FLOWER POT |  |
| 116 | 1Z6V00670343400786 | 6V0067 | 1 | 2015-03-25 |  |  |  |  |  |  |  | DUBLIN | CA | 94568 | PORCH |  |
| 117 | 1Z6V00670345573186 | 6V0067 | 1 | 2015-04-07 |  |  |  |  |  |  |  | LYNCHBURG | VA | 24502 | FRONT DOOR |  |
| 118 | 1Z6V00670344845170 | 6V0067 | 1 | 2015-03-20 |  |  |  |  |  |  |  | HOUSTON | TX | 77083 | FRONT DOOR |  |
| 119 | 1Z6V00670345855710 | 6V0067 | 1 | 2015-03-09 |  |  |  |  |  |  |  | NEWARK | NJ | 07104 | RESIDENTIAL | GARCIA |
| 120 | 1Z6V00670343018753 | 6V0067 | 1 | 2015-03-05 |  |  |  |  |  |  |  | SAN ANTONIO | TX | 78266 | PORCH |  |
| 121 | 1Z6V00670344467614 | 6V0067 | 1 | 2015-03-30 |  |  |  |  |  |  |  | ALLENTOWN | PA | 18103 | FRNT PORCH |  |
| 122 | 1Z6V00670345013012 | 6V0067 | 1 | 2015-03-16 |  |  |  |  |  |  |  | PRINCETON | NJ | 08540 | FRONT DOOR |  |
| 123 | 1Z6V00670344063112 | 6V0067 | 1 | 2015-04-13 |  |  |  |  |  |  |  | KINSTON | NC | 28504 | FRONT DESK | LEI |
| 124 | 1Z6V00670344998836 | 6V0067 | 1 | 2015-03-04 |  |  |  |  |  |  |  | SAN FRANCISCO | CA | 94112 | RESIDENTIAL | LI |
| 125 | 1Z6V00670345641316 | 6V0067 | 1 | 2015-04-16 |  |  |  |  |  |  |  | PHILADELPHIA | PA | 19152 | FRONT DOOR |  |
| 126 | 1Z6V00670345133973 | 6V0067 | 1 | 2015-04-03 |  |  |  |  |  |  |  | DALLAS | TX | 75243 | OFFICE | THAI |
| 127 | 1Z6V00670345806068 | 6V0067 | 1 | 2015-04-07 |  |  |  |  |  |  |  | PLANO | TX | 75093 | FRONT DOOR |  |
| 128 | 1Z6V00670345600084 | 6V0067 | 1 | 2015-04-03 |  |  |  |  |  |  |  | MINT HILL | NC | 28227 | MET CUST WOM |  |
| 129 |  | Total: | 142 |  |  |  |  |  |  |  |  |  |  |  |  |  |

DWT Summary of UPS Shipments by XTQ Summit to Individual Consumers

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Shipments Made by Account Number Provided Track Num | 1Z Shipper Num | TVpad Quantity Assuming 1 Unit Only Per Order | Delivery Date | Street Number | Street Prefix Name | Street Name | ST Suffix | ST Type | BDG FLR Num | Suite Num Name | City | State | Postal Code | Package Release Location | Clarified Signature |
| 130 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 131 | 1Z6V00670345080860 | 6V0067 | 1 | 2014-02-18 |  |  |  |  |  |  |  | SAN FRANCISCO | CA | 94116 |  | DIMARTINI |
| 132 | 1Z6V00670345267472 | 6V0067 | 1 | 2015-03-02 |  |  |  |  |  |  |  | REGO PARK | NY | 11374 |  |  |
| 133 | 1Z6V00670345267472 | 6V0067 | 1 | 2015-03-03 |  |  |  |  |  |  |  | REGO PARK | NY | 11374 | FRONT DOOR |  |
| 134 | 1Z6V00670343842497 | 6V0067 | 1 | 2014-05-30 |  |  |  |  |  |  |  | LAUREL | MD | 20707 | FRONT DESK | KIM |
| 135 | 1Z6V00670344688831 | 6V0067 | 1 | 2014-05-23 |  |  |  |  |  |  |  | MORRIS PLAINS | NJ | 07950 | FRONT DOOR |  |
| 136 | 1Z6V00670343842497 | 6V0067 | 1 | 2014-05-28 |  |  |  |  |  |  |  | LAUREL | MD | 20707 |  |  |
| 137 | 1Z6V00670344820464 | 6V0067 | 1 | 2015-02-25 |  |  |  |  |  |  |  | SAN FRANCISCO | CA | 94117 | RESIDENTIAL | YU |
| 138 | 1Z6V00670344283527 | 6V0067 | 1 | 2014-04-28 |  |  |  |  |  |  |  |  | GA | 30078 | OFFICE | JACKSN |
| 139 | 1Z6V00670340979695 | 6V0067 | 1 | 2012-04-06 |  |  |  |  |  |  |  | TEMPLE CITY | CA | 91780 | FRONT DOOR |  |
| 140 | 1Z6V00670345985508 | 6V0067 | 1 | 2013-08-09 |  |  |  |  |  |  |  | HERNDON | VA | 20171 | FRONT DOOR |  |
| 141 |  | Total: | 10 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 142 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 143 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 144 |  | **GRAND TOTAL: 152 UNITS** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

REDACTED