Case 2:15-cv-01869-SVW-AJW   Document 147-13   Filed 11/25/15   Page 1 of 5   Page ID #:10871

**EXHIBIT 36**
REDACTED

HSBC Wire Transfers to CNT

| TRANSACTION DATE RANGE | ORIGINATOR | ADDRESS | CITY | STATE | ZIP | SUBTOTALS |
|---|---|---|---|---|---|---|
| 2/21/2013 – 5/14/2014 | 3G TV BOX LLC | | MORRIS PLAINS | NJ | 07950 | 120,836.00 |
| 8/24/2012 – 9/20/2013 | A-DE TRADING CORP | | NEW YORK | NY | 10002-7546 | 418,259.00 |
| 12/9/2013 | AMILKAR TRADING INC | | BROOKLYN | NY | 11235-5601 | 11,190.00 |
| 12/10/2012 – 12/23/2013 | ANTON INTERNATIONAL INC. | | BALDWIN PARK | CA | 91706 | 36,335.00 |
| 8/14/2013 – 10/11/2013 | ATA CHUNGS TAEKWONDO, INC | | DALLAS | TX | 75287 | 15,136.00 |
| 8/16/2012 – 8/26/2014 | AVC GROUP INC | | NEW YORK | NY | 10002 | 412,820.00 |
| 8/12/2013 – 4/23/2014 | B.K.A. TRADING INC | | BROOKLYN | NY | 11214 | 136,681.00 |
| 10/3/2012 | BAY MEDIA STAR INC. | | DUBLIN | CA | 94568 | 12,440.00 |
| 1/8/2013 | BEE LIN TEY    PETER K. TSUI | | PLANO | TX | 75094 | 6,310.00 |
| 8/24/2012 – 2/25/2015 | BI XIAN MEI HONGHUI CHEN  / HONGHUI CHEN BI XIAN MEI | | ALHAMBRA | CA | 91801-3222 | 271,534.20 |
| 10/19/2012 – 5/14/2014 | CAYTAN ENTERPRISE LLC | | LAKEWOOD | NJ | 08701 | 400,393.00 |
| 9/12/2012 – 8/26/2014 | CHIN CHEN CHANG       CHEETAH TRADING CO | | BOSTON | MA | 02111 | 143,603.00 |
| 9/4/2012 – 4/15/2014 | CHM INT'L TRADING INC. | | STATEN ISLAND | NY | 10305 | 229,710.00 |
| 8/8/2013 | CHONG SEON YI OR YOUNG OK WOO | | FILLMORE | CA | 93015-1601 | 2,078.00 |
| 12/2/2013 | CHRISTINE ENTERPRISES,INC. | | HOUSTON | TX | 77036 | 3,260.00 |
| 4/9/2013 – 10/15/2013 | CHRISTINE TANG OR WAI K TANG | | RICHMOND | TX | 77407-5079 | 9,620.00 |
| 3/9/2014 – 1/20/2015 | CITIUS33           CITIBANK NA NEW YORK | REDACTED | NEW YORK | NY | | 113,401.00 |
| 5/27/2014 – 6/24/2014 | CITY HOME IMPROVEMENT CORP DBA 8TH AVE ELECTRONIC & APPLIANCE | | BROOKLYN | NY | 11220-3913 | 31,106.00 |
| 4/17/2014 | CITY HOME IMPROVEMENT CORP. | | BROOKLYN | NY | 11220 | 15,525.00 |
| 1/24/2013 – 4/24/2013 | COLLECTION OF BEAUTY LLC | | HONOLULU | HI | 96817 | 56,898.00 |
| 8/17/2012 | CRYSTAL CLEAR SATELLITE INC | | ROSEMEAD | CA | 91770 | 6,335.00 |
| 12/3/2013 | DAMING HUANG | | MONTEBELLO | CA | 90640 | 6,493.00 |
| 8/29/2013 | DYNAMIC DISTRIBUTION  WAREHOU | | PASADENA | CA | 91108 | 7,300.00 |
| 10/24/2012 – 11/2/2015 | ECR INTERNATIONAL USA INC | | ELMHURST | NY | 11373-4321 | 998,819.00 |
| 10/23/2012 | EFFULGENT INC | | BROOKLYN | NY | 11220-5506 | 6,900.00 |
| 9/6/2012 – 1/28/2015 | ELECTRONIC LAND INC | | FLUSHING | NY | 11358 | 188,560.00 |
| 12/6/2013 – 8/11/2014 | EUGENE ZHOU OR BILL DAO BIAN QI OR CHI WING \MA | | SAN FRANCISCO | CA | 94116 | 93,202.00 |
| 8/23/2012 – 12/16/2013 | FACE ENTERTAINMENT LTD | | SAN FRANCISCO | CA | 94121 | 338,941.00 |
| 3/15/2013 – 7/23/2013 | FACE ENTERTAINMENT LTD          2 | | SAN FRANCISCO | CA | 94118 | 43,810.00 |
| 1/25/2013 | FENG LIN | | PHILADELPHIA | PA | 19107 | 3,984.00 |
| 2/20/2013 – 11/4/2013 | FORMARK RESOURCE & ASSET MANAGEMENT | | HOUSTON | TX | 77042-3208 | 101,495.00 |
| 7/26/2013  – 12/26/2013 | GALAXY TALK INC | | BROOKLYN | NY | 11220-2802 | 113,465.00 |
| 8/13/2012 – 9/16/2013 | GEORGE H THAI           KATHERINE THAI | | CHATSWORTH | CA | 91311-1927 | 64,708.00 |
| 9/24/2014 – 1/30/2015 | GERSHON ZILBER | | LAKEWOOD | NJ | 08701-4832 | 145,222.00 |
| 12/17/2013 | GERSHON ZILBER | | LAKEWOOD | NJ | 08701-5157 | 30,980.00 |
| 5/2/2013 – 11/2/2015 | GOLDEN OCEAN SALES, INC. | | ALHAMBRA | CA | 91801 | 646,340.00 |
| 8/12/2013 – 9/13/2013 | HAIR PLAZA, INC | | LAUREL | MD | 20707 | 14,580.00 |
| 8/7/2012 – 6/17/2013 | HENDA INTERNATIONAL TRADING IN    DBA HENGDA INTERNATIONAL TRADI | | BALWIN PARK | CA | 91706 | 44,033.00 |
| 10/16/2012 | HESTER FASHION OF CHINATOWN IN | | NEW YORK | NY | 10013 | 12,450.00 |
| 11/14/2013 | HESTER FASHION OF CHINATOWN INC | | NEW YORK | NY | 10002-6936 | 15,025.00 |
| 1/30/2013 – 7/30/2013 | HONDA FCU           JAMES CHUNG | | CULVER CITY | CA | 90230 | 3,585.00 |
| 3/19/2014 – 7/16/2014 | HONGHUI CHEN | | ALHAMBRA | CA | 91801- | 89,842.85 |
| 11/20/2013 | HUI DUAN CHEN           DINGREN LUO | | PHILADELPHIA | PA | 19116 | 49,990.00 |
| 8/25/2014 | JA-DE TRADING CORP. | | NEW YORK | NY | 10002 | 47,140.00 |
| 10/31/2013 | JAMES T CHAN | | ELK GROVE | CA | 95757-2806 | 14,834.60 |
| 8/20/2012 – 5/30/2013 | JIA R CHEN | | NEW YORK | NY | 10002 | 66,708.00 |
| 12/13/2012 – 5/7/2014 | JIAJIE SHEN | | COLLEGE POINT | NY | 11356-1721 | 38,350.00 |

EXHIBIT 36

HSBC Wire Transfers to CNT

| TRANSACTION DATE RANGE | ORIGINATOR | ADDRESS | CITY | STATE | ZIP | SUBTOTALS |
|---|---|---|---|---|---|---|
| 12/21/2012 – 11/5/2013 | JIANMING SHEN | | COLLEGE POINT | NY | 11356 | 35,070.00 |
| 1/14/2013 – 11/28/2014 | JIN FENG LI  /  YONG QING HUANG | | PHILADELPHIA | PA | 19124 | 13,891.00 |
| 12/12/2012 – 11/6/2013 | JOHNSON CHAU | | OLD WESTBURY | NY | 11568-1544 | 37,770.00 |
| 12/6/2012 – 5/8/2013 | K & K COMPUTER REPAIRS CENTER INC. | | NEW YORK | NY | 10002-4937 | 15,990.00 |
| 8/20/2012 | K & M STORE LLC | | SAN GABRIEL | CA | 91776-1739 | 6,330.00 |
| 8/23/2013 – 10/2/2015 | K & M STORE LLC / KEN'S ELECTRONICS LLC | | HONOLULU | HI | 96817 | 162,541.00 |
| 2/4/2013 – 11/2/2015 | K & Y CAR ACCESSORIES | | QUINCY | MA | 02170 | 802,676.20 |
| 9/28/2012 | KAIYEE NG | | ELK GROVE | CA | 95757 | 6,500.00 |
| 9/3/2013 – 12/20/2013 | KA-LING LEUNG | | OAKLAND | CA | 94606-3216 | 29,560.00 |
| 10/18/2012 – 3/19/2013 | KA-LING LEUNG DBA GLOBAL MULTIMEDIA | | OAKLAND | CA | 94601-5007 | 36,955.00 |
| 9/27/2013 | KAR LI WONG            NGAN YING MUI | | MALDEN | MA | 02148-3654 | 7,255.00 |
| 9/26/2012 – 12/19/2012 | KENNETH W CHAN | | MACUNGIE | PA | 18062-9505 | 18,605.00 |
| 12/10/2013 – 4/17/2014 | KWOK LI | | SAN FRANCISCO | CA | 94116 | 109,605.00 |
| 5/28/2013 – 10/9/2013 | LAURA TONG | | SAN BRUNO | CA | 94066 | 93,035.00 |
| 12/11/2012 | LCL GENERAL CONTRACTOR INC | | BROOKLYN | NY | 11214 | 11,560.00 |
| 11/9/2012 – 9/15/2014 | LI PO WU | | NEW YORK | NY | 10013 | 267,718.00 |
| 10/9/2012 | LI SHU LIANG | | BOSTON | MA | 02111 | 4,050.00 |
| 8/20/2012 – 4/30/2013 | LIANGZHONG ZHOU | | DALLAS | TX | 75248 | 120,903.00 |
| 11/30/2012 – 10/15/2013 | LIANJU ZHANG | | COLLEGE POINT | NY | 11356 | 20,455.00 |
| 12/6/2012 | LI-JUN TAN | | MORRISTOWN | NJ | 07960-5131 | 6,381.00 |
| 1/25/2013 | LINHUI YANG | REDACTED | PHILADELPHIA | PA | 19124 | 2,922.00 |
| | MARIANNE H S CHOI         KWONG HON CHAN | | BRAINTREE | MA | 02184-8239 | 13,745.00 |
| 8/12/2013 – 11/21/2014 | MAVSAK INC | | BROOKLYN | NY | 11235 | 136,088.00 |
| 5/19/2014 – 10/9/2014 | MEDIA JOURNAL INC | | LOS ANGELES | CA | 90005 | 63,320.00 |
| 9/16/2014 – 10/30/2014 | MEDIA JOURNAL INC | | LOS ANGELES | CA | 90005 | 18,560.00 |
| 8/24/2012 – 12/16/2013 | MINERVA SYNERGY LLC | | NEW YORK | NY | 10002-3956 | 357,464.00 |
| 11/13/2012 | MIRAGE ENTERTAINMENT | | QUINCY | MA | 02171-2406 | 7,845.00 |
| 8/28/2012 | MR ZI RUI LIN | | BROOKLYN | NY | 11220-4613 | 3,144.00 |
| 8/29/2013 – 10/11/2013 | NY TONER INC | | BROOKLYN | NY | 11231-2501 | 37,509.00 |
| 4/24/2013 – 3/14/2014 | PA SECURITY CAMERA | | PHILADELPHIA | PA | 19107 | 34,527.00 |
| 9/25/2013 | QAMAR ABBAS | | BROOKLYN | NY | 11235-5601 | 14,110.00 |
| 8/22/2012 – 3/28/2013 | QING HUA LI            JIE LIN | | ALHAMBRA | CA | 91801-4601 | 148,475.00 |
| 2/4/2013 – 8/20/2014 | RAYMOND TAM | | SAN FRANCISCO | CA | 94124 | 110,362.00 |
| 9/25/2012 – 11/5/2013 | RED STAR INTERNET INC | | BOCA RATON | FL | 33433-3487 | 397,297.49 |
| 8/3/2012 – 8/22/2012 | REDSEA CONSULTANTS CORP | | DIX HILLS | NY | 11746-6812 | 17,432.00 |
| 11/28/2014 – 1/15/2015 | S.D.H. ENTERTAINMENT, INC | | LOS ANGELES | CA | 90005 | 57,539.00 |
| 2/19/2013 | SIU C NG | | NORWICH | CT | 06360-3827 | 6,175.00 |
| 3/15/2013 – 8/5/2014 | SKY DRAGON APPLIANCE INC. | | SAN FRANCISCO | CA | 94133 | 417,729.00 |
| 8/8/2012 – 9/5/2012 | STV SATELLITE CO. | | NEW YORK | NY | 10013 | 39,030.00 |
| 6/19/2013 – 8/13/2013 | TONER.COM INC | | BROOKLYN | NY | 11231 | 42,400.00 |
| 7/6/2012 | TOP STAR SATELLITE INC | | COLLEGE POINT | NY | 11356-1721 | 12,590.00 |
| 9/21/2012 | TRUE BEAUTY TRADING INC. | | NEW YORK | NY | 10001-6207 | 12,490.00 |
| 2/25/2013 – 11/12/2013 | TU DA TRADING INC | | NEW YORK | NY | 10013-4803 | 55,501.00 |
| 11/13/2012 – 1/31/2013 | TVPAD CENTER INC DBA TV PAD CENTER | | SAN FRANCISCO | CA | 94116-2105 | 37,715.00 |
| 5/3/2013 | W SWEET & SWEET INC DBA OCEAN5 INC | | LOS ANGELES | CA | 90031 | 14,110.00 |
| 6/11/2013 – 12/10/2015 | WAI KWONG TANG | | RICHMOND | TX | 77407 | 10,215.00 |
| 8/12/2013 – 7/31/2013 | WALON INTERNATIONAL INC | | FLUSHING | NY | 113583440 | 1,191,205.88 |

HSBC Wire Transfers to CNT

| TRANSACTION DATE RANGE | ORIGINATOR | ADDRESS | CITY | STATE | ZIP | SUBTOTALS |
|---|---|---|---|---|---|---|
| 11/19/2014 – 5/19/2015 | WALON INTERNATIONAL INC | REDACTED | FLUSHING | NY | 11358 | 55,075.00 |
| 8/8/2012 – 3/19/2013 | WATSING INC | | BROOKLYN | NY | 11220-2802 | 138,241.00 |
| 9/11/2012 | WEI HUA LIANG | | FLUSHING | NY | 11367 | 5,735.00 |
| 1/22/2013 – 10/6/2015 | WEI YEM LUM | | CHICAGO | IL | 60608 | 168,618.00 |
| 6/9/2014 | WEIDONG LU         LING SHENG | | TUSTIN | CA | 92780 | 9,448.00 |
| 9/21/2012 – 4/14/2014 | WESTFIELD INDUSTRIAL CORP | | COLLEGE POINT | NY | 11356-1721 | 21,205.00 |
| 1/3/2013 | WING HING WOOD FURNISHING INC | | HOLLYWOOD | FL | 33020 | 11,580.00 |
| 7/3/2014 | XIU YING HUANG | | BROOKLYN | NY | 11220 | 7,815.00 |
| 11/9/2012 – 5/23/2014 | Y S INTERNATL INC T/A       TRAVEL GALLERIA | | ELLICOTT CITY | MD | 21043-4126 | 92,429.00 |
| 8/13/2012 – 9/3/2015 | YAN BIAN | | CENTENIAL | CO | 80016 | 420,160.00 |
| 4/15/2014 | YAN NI GU | | ARCADIA | CA | 9 1006 | 15,585.00 |
| 4/15/2013 | YAN ZHEN YANG | | BROOKLYN | NY | 11220 | 6,984.00 |
| 10/10/2012 | YANJIE SHEN | | COLLEGE POINT | NY | 11356-1721 | 6,000.00 |
| 8/31/2012 – 9/25/2012 | YEON SOO BYUN         YOUNG S BYUN | | SEVERN | MD | 21144-2825 | 9,621.00 |
| 2/22/2013 – 5/7/2014 | YONG JI TAN | | SAN FRANCISCO | CA | 94112 | 46,095.00 |
| 10/10/2012 | ZANG Z ZHONG | | COLLEGE POINT | NY | 11356-1721 | 4,239.00 |
| 8/20/2012 – 1/22/2013 | ZHONG T HUANG | | QUINCY | MA | 02170-1612 | 217,774.00 |
| | | | | | Total: | $ 11,943,182.22 |

HSBC Wire Transfers to Yukun Technology

| TRANSACTION DATE RANGE | ORIGINATOR | ADDRESSEE1 | ADDRESS | CITY | STATE | ZIP | SUBTOTALS |
|---|---|---|---|---|---|---|---|
| 12/21/2012 | ASIAN TRADE VENTURES INC | ASIAN TRADE VENTURES INC | | NORWICH | CT | 06360 | $ 5,320.00 |
| 1/5/2012 – 7/27/2012 | CHIN CHEN CHANG CHEETAH TRADING CO | CHIN CHEN CHANG CHEETAH TRADING CO | | BOSTON | MA | 02111 | $ 55,272.00 |
| 8/3/2012 | CHM INT'L TRADING INC. | CHM INT'L TRADING INC. | | STATEN ISLAND | NY | 10305 | $ 6,500.00 |
| 7/13/2011 – 4/27/2012 | CHUANG WEI TECHNOLOGY LLC (YU SHAO ) | CHUANG WEI TECHNOLOGY LLC (YU SHAO ) | | FLUSHING | NY | 11354-5305 | $ 1,670.00 |
| 7/26/2011 – 5/5/2015 | CITIUS33 | CITIUS33 | | NEW YORK | NY | | $ 70,037.34 |
| 5/24/2012 – 7/30/2012 | CRYSTAL CLEAR SATELLITE INC | CRYSTAL CLEAR SATELLITE INC | | SAN GABRIEL | CA | 91776 | $ 14,275.00 |
| 12/13/2011 – 1/10/2012 | CV CONSTRUCTION LLC | CV CONSTRUCTION LLC | | HON | HI | 96817 | $ 33,429.00 |
| 6/19/2012 | DYNAMIC SPORTS GROUP, INC. | DYNAMIC SPORTS GROUP, INC. | | LOS ANGELES | CA | 90045 | $ 6,640.00 |
| 2/28/2012 – 7/17/2012 | ECR INTERNATIONAL USA INC | ECR INTERNATIONAL USA INC | | ELMHURST | NY | 11373-4321 | $ 23,275.00 |
| 6/12/2012 – 7/30/2012 | ELECTRONIC LAND INC | ELECTRONIC LAND INC | | FLUSHING | NY | 11358 | $ 28,389.00 |
| 5/30/2012 – 6/26/2012 | FINANCIAL SYSTEMS SUPPORT INC ROMOLO DEPAOLIS | FINANCIAL SYSTEMS SUPPORT INC ROMOLO DEPAOLIS | | CHATSWORTH | CA | 91311 | $ 47,401.00 |
| 5/14/2012 – 9/12/2012 | FORMARK RESOURCE & ASSET MANAGEMENT | FORMARK RESOURCE & ASSET MANAGEMENT | | HOUSTON | TX | 77057-1501 | $ 60,410.00 |
| 12/15/2011 – 1/17/2012 | HAWAIIAN TEL FCU GARY SU/ACCT 67189 | HAWAIIAN TEL FCU GARY SU/ACCT 67189 | | HONOLULU | HI | 96822 | $ 21,455.00 |
| 5/4/2012 | HE ZHEN LI | HE ZHEN LI | REDACTED | NEW YORK | NY | 10013 | $ 5,500.00 |
| 2/1/2012 – 5/9/2012 | HONGHUI CHEN BI XIAN MEI | HONGHUI CHEN BI XIAN MEI | | ALHAMBRA | CA | 91801-3222 | $ 7,900.00 |
| 11/28/2011 – 7/27/2012 | JA-DE TRADING CORP | JA-DE TRADING CORP | | NEW YORK | NY | 10002-7546 | $ 114,872.00 |
| 6/14/2012 – 8/14/2012 | JIA CHEN | JIA CHEN | | NEW YORK | NY | 10002 | $ 60,035.00 |
| 1/11/2012 | JING WEN LI | JING WEN LI | | HONOLULU | HI | 96817 | $ 11,600.00 |
| 10/13/2011 – 5/4/2012 | KAIYEE NG | KAIYEE NG | | ELK GROVE | CA | | $ 5,087.00 |
| 9/7/2012 | KENNETHWCHAN | KENNETHWCHAN | | MACUNGIE | PA | 18062-9505 | $ 5,580.00 |
| 5/22/2012 – 7/24/2012 | LI PO / STV SATELLITE CO. | LI PO / STV SATELLITE CO. | | NEW YORK | NY | 10013 | $ 52,048.00 |
| 3/21/2012 – 8/14/2012 | LIANJU ZHANG OR ZHONG ZHONG ZANG | LIANJU ZHANG OR ZHONG ZHONG ZANG | | COLLEGE POINT | NY | 11356 | $ 29,824.00 |
| 7/31/2012 – 9/5/2012 | M & J ELECTRONICS 2012 INC | M & J ELECTRONICS 2012 INC | | BROOKLYN | NY | 112144812 | $ 13,702.00 |
| 4/2/2012 | MAY DANG | MAY DANG | | TEMPLE CITY | CA | 91780 | $ 1,595.00 |
| 6/20/2012 | MR ZI RUI LIN | MR ZI RUI LIN | | BROOKLYN | NY | 11220-4613 | $ 3,035.00 |
| 8/1/2012 | RBS CITIZENS, NA | RBS CITIZENS, NA | | PROVIDENCE | RI | 02903-1339 | $ 6,845.00 |
| 8/3/2012 | REDSEA CONSULTANTS CORP | REDSEA CONSULTANTS CORP | | DIX HILLS | NY | 117466812 | $ 5,852.00 |
| 8/23/2011 – 8/6/2012 | SIU C NG | SIU C NG | | NORWICH | CT | | $ 18,224.00 |
| 6/25/2012 – 1/28/2013 | TU DA TRADING INC | TU DA TRADING INC | | NEW YORK | NY | 10013-4803 | $ 120,974.00 |
| 6/18/2012 | WESTFIELD INDUSTRIAL CORP | WESTFIELD INDUSTRIAL CORP | | COLLEGE POINT | NY | 11356-1721 | $ 15,740.00 |
| 12/20/2011 – 1/18/2012 | YAN BIAN | YAN BIAN | | CENTENIAL | CO | 80016 | $ 21,310.00 |
| 4/30/2012 – 8/7/2012 | ZHONG T HUANG ZHONG LIANG HUANG | ZHONG T HUANG ZHONG LIANG HUANG | | QUINCY | MA | 02170-1612 | $ 231,921.00 |
| | | | | | | | $ 1,105,717.34 |