CARLA A. McCAULEY (State Bar No. 223910
   carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
   robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
   lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
   samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
   georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a NEWTVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. **CV 15-1869 MMM (AJWx)** <br><br> **STIPULATION FOR BRIEF CONTINUANCE OF DISCOVERY CUT-OFF FOR THE TAKING OF THE DEPOSITION OF AMIT BHALLA** <br><br> Courtroom: 780 <br> Judge: Hon. Margaret M. Morrow <br><br> Action Filed: March 13, 2015 |

This Stipulation is entered by and between Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network  L.L.C. ("Plaintiffs") and Defendants Asha Media Group Inc. and Amit Bhalla ("Asha Media Defendants") through their respective counsel of record, with reference to the following facts:

1.     Plaintiffs filed the Complaint in this action on March 13, 2015.

2.     By Order dated August 31, 2015, the Court set the fact discovery cut-off in this action for December 31, 2015;

3.     Due to conflicts of counsel for Asha Media and Amit Bhalla, the parties have been unable to set a deposition for Mr. Bhalla prior to the current discovery cut-off;

4.     The parties have agreed to conduct Mr. Bhalla's deposition on January 15, 2016, provided that the Court grants a brief extension to the fact discovery cut-off to allow this deposition to occur;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the fact discovery cut-off is continued from December 31, 2015 to January 15, 2016 to allow Plaintiffs to take the deposition of Amit Bhalla.  No other scheduling order

///
///
///
///
///
///
///
///
///
///
///

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

deadlines are impacted by the above stipulation.

DATED: December 8, 2015

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By:_____/s/ Carla A. McCauley_____
                    Carla A. McCauley

Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA
INTERNATIONAL COMMUNICATIONS CO.,
LTD.; TVB HOLDINGS (USA), INC.; AND
DISH NETWORK L.L.C.

DATED: December 8, 2015

TRAVERSE LEGAL, PLC

By:_____/s/ Mark Clark_____
                    Mark Clark

Attorneys for Defendants
Asha Media Group Inc. and Amit Bhalla

STIPULATION REGARDING DISCOVERY CUT-OFF
DWT 28502747v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899