1  CARLA A. McCAULEY (State Bar No. 223910
      carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice*)
5     robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
6     lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice*)
7     samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8     georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1633 Broadway
   New York, New York  10019
10 Tel.:  (212) 489-8230  Fax:  (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. **CV 15-1869 MMM (AJWx)** <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF FOR THE TAKING OF DEPOSITION OF AMIT BHALLA** <br><br> Courtroom:  780 <br> Judge:  Hon. Margaret M. Morrow <br><br> Action Filed:  March 13, 2015 <br><br> Current discovery cut-off: December 30, 2015 <br> Extended fact discovery cut-off: January 15, 2016 |

# [Proposed] Order

Having considered the Stipulation by and between Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. ("Plaintiffs") and Defendants Asha Media Group and Amit Bhalla ("Asha Media Defendants") and good cause having been shown for an extension of the fact discovery cut-off for purposes of taking the deposition of Amit Bhalla on January 15, 2016, the Court Orders as follows:

The fact discovery cut-off in this action is continued from December 31, 2015 to January 15, 2016 for purposes of the taking of the deposition of Amit Bhalla. No other scheduling deadlines are impacted by this Order.

**SO ORDERED:**

December \_\_\_\_, 2015

_____
Hon. Margaret M. Morrow
United States District Judge

1

[PROPOSED] ORDER GRANTING EXTENSION OF DISCOVERY CUT-OFF
DWT 28512479v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899