UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-1869 MMM (AJWx) | Date | December 9, 2015 |
| Title | *China Central Television et al v. Create New Technology HK Limited et al* | | |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |
| ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carla McCauley | Francis S Ryu |
| | Mark G Clark |
| | Jen-Feng Lee |

**Proceedings:**      **Telephone Status Conference**

    Telephone status conference is held and counsel are present. The parties and the court discuss the status of discovery and settlement discussions.

:   15

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk <u>AH</u>