# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

China Central Television, et al.

Case Number: CV 15-1869 MMM (AJWx)

V.

Create New Technology (HK) Limited, et al.

Judgment was entered in this action on 12/07/2015 /153 against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited ,
Date   Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 | 1,700.00 |
| Fees for service of process: see L.R. 54-3.2 | 14,746.45 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | 1,277.80 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | 23,642.84 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 | |
| State Court costs: see L.R, 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | 41,367.09 |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have charged were actually and necessarily performed. A copy of this bill has been served on all parties by:

☒ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other

/s/Carla A. McCauley                                    Carla A. McCauley
Signature                                                          Print Name

Attorney for:  Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Hldings (USA), Inc. and DISH Network LLC

Costs are taxed in the amount of  41,367.09

By: _____

Clerk of Court                        Deputy Clerk                                              Date

American LegalNet, Inc.
www.FormsWorkFlow.com

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | **TOTAL** | 0.00 |

American LegalNet, Inc.
www.FormsWorkFlow.com