**FILING FEES**

| NO. | Date | Description of Charge | Amount |
|---|---|---|---|
| 1 | 3/13/2015 | Filing Complaint with the U.S. District Court. | $400.00 |
| 2 | 3/13/2015 | Filing Pro Hac Vice Application with the U.S. District Court for Robert D. Balin. | $325.00 |
| 3 | 3/13/2015 | Filing Pro Hac Vice Application with the U.S. District Court for Samuel M. Bayard. | $325.00 |
| 4 | 3/13/2015 | Filing Pro Hac Vice Application with the U.S. District Court Lacy H. Koonce III. | $325.00 |
| 5 | 3/13/2015 | Filing Pro Hac Vice Application with the U.S. District Court for George P Wukoson. | $325.00 |
| **TOTAL** | | | $1,700.00 |

Subject: Pay.gov Payment Confirmation: CACD CM ECF
Date:    3/13/2015 2:01 PM
From:    "paygovadmin@mail.doc.twai.gov" <paygovadmin@mail.doc.twai.gov>
To:      "frankromero@dwl.com" <frankromero@dwl.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF H

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25K9R13K
Agency Tracking ID: 0973-15367664
Transaction Type: Sale
Transaction Date: Mar 13, 2015 5:00:34 PM

Account Holder Name: Davis Wright Tremaine
Transaction Amount: $400.00
Billing Address: 865 South Figueroa Streeet  Suite 2400
City: Los Angeles
State/Province: CA
Zip/Postal Code: 90017-2566
Country: USA
Card Type: Visa
Card Number: ************1840

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Subject:** Pay.gov Payment Confirmation: CACD CM ECF
**Date:** 3/16/2015 10:45 AM
**From:** "paygovadmin@mail.doc.twai.gov" <paygovadmin@mail.doc.twai.gov>
**To:** "frankromero@dwt.com" <frankromero@dwt.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF H

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25KAVN4F
Agency Tracking ID: 0973-15373997
Transaction Type: Sale
Transaction Date: Mar 16, 2015 1:45:52 PM

Account Holder Name: Davis Wright Tremaine
Transaction Amount: $325.00
Billing Address: 865 South Figueroa Streeet  Suite 2400
City: Los Angeles
State/Province: CA
Zip/Postal Code: 90017-2566
Country: USA
Card Type: Visa
Card Number: ************1840

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Subject:** Pay.gov Payment Confirmation: CACD CM ECF
**Date:** 3/16/2015 10:49 AM
**From:** "paygovadmin@mail.doc.twai.gov" <paygovadmin@mail.doc.twai.gov>
**To:** "frankromero@dwt.com" <frankromero@dwt.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF H

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25KAVNII
Agency Tracking ID: 0973-15374094
Transaction Type: Sale
Transaction Date: Mar 16, 2015 1:49:45 PM

Account Holder Name: Davis Wright Tremaine
Transaction Amount: $325.00
Billing Address: 865 South Figueroa Streeet  Suite 2400
City: Los Angeles
State/Province: CA
Zip/Postal Code: 90017-2566
Country: USA
Card Type: Visa
Card Number: ************1840

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Subject:** Pay.gov Payment Confirmation: CACD CM ECF
**Date:** 3/16/2015 10:52 AM
**From:** "paygovadmin@mail.doc.twai.gov" <paygovadmin@mail.doc.twai.gov>
**To:** "frankromero@dwt.com" <frankromero@dwt.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF H

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25KAVPTF
Agency Tracking ID: 0973-15374156
Transaction Type: Sale
Transaction Date: Mar 16, 2015 1:52:32 PM

Account Holder Name: Davis Wright Tremaine
Transaction Amount: $325.00
Billing Address: 865 South Figueroa Streeet  Suite 2400
City: Los Angeles
State/Province: CA
Zip/Postal Code: 90017-2566
Country: USA
Card Type: Visa
Card Number: ************1840

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Subject: Pay.gov Payment Confirmation: CACD CM ECF
Date: 3/16/2015 10:55 AM
From: "paygovadmin@mail.doc.twai.gov" <paygovadmin@mail.doc.twai.gov>
To: "frankromero@dwt.com" <frankromero@dwt.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF H

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25KAVQ6J
Agency Tracking ID: 0973-15374198
Transaction Type: Sale
Transaction Date: Mar 16, 2015 1:55:01 PM

Account Holder Name: Davis Wright Tremaine
Transaction Amount: $325.00
Billing Address: 865 South Figueroa Streeet  Suite 2400
City: Los Angeles
State/Province: CA
Zip/Postal Code: 90017-2566
Country: USA
Card Type: Visa
Card Number: ************1840

THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

## FEES FOR SERVICE OF PROCESS

| NO. | Date | Description of Charge | Amount |
|---|---|---|---|
| 1 | 5/20/2015 | Service of Process of Summons, Complaint and Motion for Preliminary Injunction on Defendants CNT and HYIT by Vivien Chan & Co. - Hong Kong | $6,435.00 |
| 2 | 6/25/2015 | Service of Subpoena by Apex Attorney Services to DHL Express. | $55.00 |
| 3 | 6/25/2015 | Service of Subpoena by Apex Attorney Services to UPS. | $185.00 |
| 4 | 6/25/2015 | Service of Subpoena by Apex Attorney Services to YTC Summit International. | $131.75 |
| 5 | 6/30/2015 | Service of Subpoena by Nationwide Legal to Krypt Technologies. | $122.00 |
| 6 | 6/30/2015 | Service of Subpoena by Nationwide Legal to China Telecom Corp. | $122.00 |
| 7 | 6/30/2015 | Service of Subpoena by Nationwide Legal to Leaseweb USA Inc. | $38.00 |
| 8 | 6/30/2015 | Service of Subpoena by Nationwide Legal to Hostspace Networks LLC. | $270.70 |
| 9 | 6/30/2015 | Service of Subpoena by Nationwide Legal to Gorilla Servers Inc. | $122.00 |
| 10 | 6/30/2015 | Service of Subpoena by Global Network Attorney Services to TNT USA Inc. | $245.00 |
| 11 | 6/30/2015 | Service of Subpoena by Global Network Attorney Services to ClouDDOS Technology. | $245.00 |
| 12 | 6/30/2015 | Service of Subpoena by Global Network Attorney Services to DataShack LLC. | $245.00 |
| 13 | 6/30/2015 | Service of Subpoena by Global Network Attorney Services to Enzu Inc. | $245.00 |
| 14 | 6/30/2015 | Service of Subpoena by Global Network Attorney Services to Esited LLC. | $245.00 |
| 15 | 6/30/2015 | Service of Subpoena by Global Network Attorney Services to to Nobis Technology Group. | $245.00 |
| 16 | 6/30/2015 | Service of Subpoena by Global Network Attorney Services to Sharktech Inc. | $245.00 |
| 17 | 6/30/2015 | Service of Subpoena by Global Network Attorney Services to Solidtools Technology. | $175.00 |
| 18 | 7/1/2015 | Service of Subpoena by Global Network Attorney Services | $245.00 |

|  |  | to Sharktech Inc. |  |
|---|---|---|---|
| 19 | 7/2/2015 | Service of Subpoena by Global Network Attorney Services to Defender Cloud International. | $245.00 |
| 20 | 7/2/2015 | Service of Subpoena by Global Network Attorney Services to Zero DDOS LLC. | $245.00 |
| 21 | 7/2/2015 | Service of Subpoena by Global Network Attorney Services to Zero DDOS LLC. | $245.00 |
| 22 | 7/8/2015 | Service of Subpoena by Nationwide Legal to Zero DDOS LLC. | $122.00 |
| 23 | 7/8/2015 | Service of Subpoena by Nationwide Legal to China Unicom Operations. | $137.00 |
| 24 | 8/13/2015 | Service of Subpoena by Nationwide Legal to HSBC Bank. | $157.00 |
| 25 | 8/31/2015 | Service of Process of Motion for Contempt on Defendant CNT by Vivien Chan & Co. - Hong Kong | $3,979.00 |
| **TOTAL** |  |  | $14,746.45 |

*In Account with*

陳韻雲律師行
VIVIEN CHAN & CO.

SOLICITORS & NOTARIES
AGENTS FOR TRADE MARKS & PATENTS

57/F, CHEUNG KONG CENTER,
2 QUEEN'S ROAD CENTRAL,
HONG KONG

| | |
|---|---|
| TEL : | (852)2522 9183 |
| FAX : | (852)2530 9627 |
| E-MAIL: | vivchan@vcclawservices.com |
| WEBSITE: | www.vcclawservices.com |

Davis Wright Tremaine LLP
1633 Broadway, 27th Floor,
New York,
NY 10019
United States

Date       : 2 0 MAY 2015

Bill No.  : AE**7 2 1 9**

Attn: Mr. George Wukoson (Email: GeorgeWukoson@dwt.com)

HK$

**Re: US federal court lawsuit service of process in HK**

TO OUR PROFESSIONAL CHARGES for services rendered from 17th March 2015 to 28th April 2015 in respect of the following:-

☑  Conducting company searches and attending service of the documents provided on Create New Technology (HK) Limited at its registered office on 17th March 2015 and 18th March 2015, signing the Proof of Service by Hand Delivery on 18th March 2015 and Proof of Service of Summons on 23rd March 2015;                                                                            10,000.00

☑  Conducting company searches and attending service of the documents provided on Hua Yang International Technology Limited at its registered office on 17th March 2015, signing the Proof of Service by Hand Delivery on 18th March 2015 and Proof of Service of Summons on 23rd March 2015                                                          10,000.00

☑  Conducting company searches, attending service of a letter dated 25th March 2015 on Create New Technology (HK) Limited on 25th March 2015                                       5,000.00

☑  Conducting company searches, attending service of two documents on Create New Technology (HK) Technology on 26th March 2015, signing the Proof of Service by Hand Delivery on 26th March 2015                                                                            10,000.00

.../P.2

*In Account with*

RECEIVED/ACCTS PAYABLE

JUN 17 2015

REBEKAH TONNESSEN

陳韻雲律師行
VIVIEN CHAN & CO.
SOLICITORS & NOTARIES
AGENTS FOR TRADE MARKS & PATENTS

**We're Moving!**
As of August 3rd, our address will be:
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104

57/F, CHEUNG KONG CENTER,
2 QUEEN'S ROAD CENTRAL,
HONG KONG

Davis Wright Tremaine LLP
1633 Broadway, 27th Floor,
New York,
NY 10019
United States

Date      : 20 MAY 2015

Bill No. : AE**7219**

Attn: Mr. George Wukoson (Email: GeorgeWukoson@dwt.com)

|  | HK$ |
|---|---|
| -2- | |
| ☑ Advising on the mode of service under the laws of Hong Kong on 20th March 2015, checking the old Companies Ordinance, reviewing and revising the declaration on 21st April 2015, signing the declaration on 22nd April 2015, and attending to correspondence with you from time to time | 10,000.00 |
| **DISBURSEMENTS** ☑ Courier / Company Searches / Photocopying / Printing charges / Travelling / Miscellaneous expenses | 4,800.00 |
| **Total:-** | **49,800.00** |
| US$ equivalent:- | 6,435.00 |

**WITH COMPLIMENTS**
LIT: DGU150591/205/211
L:\Bills\2015\0591DGU01.doc
adp:.17.0315 –27.0415

Please wire the funds to the following bank account:

| Banker : | Standard Chartered Bank, Hong Kong | Banker: Standard Chartered Bank, Hong Kong |
|---|---|---|
| Swift Code: | SCBLHKHHXXX | Swift Code: SCBLHKHHXXX |
| In favour of : | VIVIEN CHAN & CO | In favour of: VIVIEN CHAN & CO |
| Account : | 003-343-2-000357-4 (HKD) | Account: 003-411-2-990391-2 (USD) |
| Bank address: | 4-4A, Des Voeux Road Central, Hong Kong | Bank Address: 4-4A, Des Voeux Road Central, Hong Kong |

**PLEASE NOTE**

OUR TERMS OF PAYMENT ARE NET 14 DAYS FROM FEE NOTE DATE.
WE WOULD APPRECIATE RECEIVING YOUR CHEQUE BY THEN.

---

**REMITTANCE ADVICE**          LIT: DGU150591/205/211          BILL NO.:   AE**7219**
VIVIEN CHAN & CO.
SOLICITORS & NOTARIES
AGENTS FOR TRADE MARKS & PATENTS          Davis Wright Tremaine LLP          AMOUNT DUE : HK$49,800.00
57/F, Cheung Kong Center,          Attn: Mr. George Wukoson
2 Queen's Road Central, Hong Kong

We enclose cheque/cash for HK$          49,800.00          in payment of your fee note.
*Please complete and return this remittance advice when making payment.
**If a receipt is required for this remittance, please advise of the same in writing.



**business solutions**
Western Union Business Solutions (USA), LLC
WA Lic.550-MT-28272

## Future Payment Confirmation

| | |
|---|---|
| Confirmation Number: | **OTR4188515** |
| | |
| Account Number: | **DW3150** |
| Order Commit Date & Time: | **06-23-15 09:39:46** |

## Payment Instructions

| | |
|---|---|
| Item Number | OTR4188515-9 |
| Transaction Type | Electronic Funds Transfer |
| | |
| Foreign Currency | HKD |
| Foreign Amount | 49,800.00 |
| Exchange Rate | 0.136500 |
| Fee | 3.00 |
| Beneficiary Name | VIVIEN CHAN & CO |
| Account Number | XXXXXXXXXX3574 |
| Beneficiary Bank | STANDARD CHARTERED BANK (HONG KONG) LIMITED |
| Beneficiary Bank Address | |
| | |
| Country | Hong Kong |
| SWIFT Code | SCBLHKHH |
| Routing Code | |
| Re | AE7219 |
| | |
| Settlement Method | Electronic Funds Transfer |
| Amount Due to | 6,800.70 USD |

1152 15th Street, NW
Washington, DC 20005
202.408.1211

Foreign exchange services are provided in the United States by Western Union Business Solutions (USA), LLC, a company within the Western Union Business Solutions division of The Western Union Company.  Western Union Business Solutions (USA), LLC is a wholly-owned subsidiary of The Western Union Company, a world-wide leader in consumer and business payments and financial services.

# APEX ATTORNEY SERVICES, INC.

**TEL (213) 488-1500 • (310) 300-1200**
**FAX (213) 488-1550** #26

☐ SPECIAL ☐ REGULAR ☐ OUT OF COUNTY ☐ SCH. P/U

DATE: 6/25/15
CONF. NO: 288871
REF. NO: 94038-24

CLIENT:

**Davis Wright Tremaine LLP**
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017

ATTY/SEC: *Carla McCauley* EXT. NO:

☐ COURT FILING ☑ SERVICE OF PROCESS ☐ INDEX/DOC. RESEARCH ☐ OTHER

COURT:

CASE NAME: *China Central Television v. Create New Technology*
CASE NO: FILE/COPY DOC(S) BY:

DOCUMENTS TO FILE/ SERVE/COPY:
*Subpoena to Testify at a Deposition*

SERVE: Please indicate name exactly as it should appear on proof of service.
*Custodian of Records - DHL Express*

BEST TIME: LAST DAY TO SERVE:

ADDRESS (ES):
*C/o CT Corporation System*
*818 W. Seventh Street, Suite 930*
*Los Angeles, CA 90017*

SPECIAL INSTRUCTIONS: *Please deliver to Custodian of Records for DHL Express*

PHONE: OK TO SUB-SERVE? ☐ YES ☐ NO

DESCRIPTION:

FILING FEE: $ _____ WITNESS FEE: $ _____

COPY FEE: $ _____ CHECK NO: _____

CHECK WRITTEN BY: ☐ CLIENT ☐ APEX

PERSON SERVED/TITLE:

SERVER: DATE/TIME SERVED:

| COURT FILING | SERVICE OF PROCESS | INDEX / DOC. RESEARCH | WAITING TIME STAKE OUT | MILEAGE | FEES ADVANCED | CHECK CHARGE | SPECIAL HANDLING | OTHER | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 55 |

RECIPIENT'S NAME: _____ SIGNATURE: _____ 48

WHITE - APEX COPY     YELLOW - BILLING COPY     PINK - RECIPIENT COPY     GOLD - CLIENT COPY

# APEX
# ATTORNEY
# SERVICES

TEL (213) 488-1500 • (310) 300-1200
FAX (213) 488-1550   A, S.

DATE: ___06/25/15___

CONF. NO: ___288870___

REF. NO: ___947038-21___

☑ SPECIAL  ☐ REGULAR  ☐ OUT OF COUNTY  ☐ SCH. P/U ✓

| CLIENT: | |
|---|---|
| **Davis Wright Tremaine LLP**<br>**865 S Figueroa Street, Suite 2400**<br>**Los Angeles, CA 90017** | ☐ COURT FILING  ☑ SERVICE OF PROCESS  ☐ INDEX/DOC. RESEARCH  ☐ OTHER |

ATTY/SEC: Tania             EXT. NO: _____

COURT:

CASE NAME:

CASE NO:                    FILE/COPY DOC(S) BY:

DOCUMENTS TO FILE/ SERVE/COPY:

Subpoena for Records

SERVE: (Please indicate name exactly as it should appear on proof of service.)

COR United Parcel Service of America

BEST TIME:                 LAST DAY TO SERVE:

ADDRESS (ES):

CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr., 100N
Sacramento, CA 95833

SPECIAL INSTRUCTIONS:

PHONE:                     OK TO SUB-SERVE?   YES ☐   NO ☐

DESCRIPTION:

FILING FEE: $ _____   WITNESS FEE: $ _____

COPY FEE: $ _____     CHECK NO: _____

CHECK WRITTEN BY: ☐ CLIENT  ☐ APEX

PERSON SERVED/TITLE:

SERVER:                    DATE/TIME SERVED:

| COURT FILING | SERVICE OF PROCESS | INDEX / DOC. RESEARCH | WAITING TIME STAKE OUT | MILEAGE | FEES ADVANCED | CHECK CHARGE | SPECIAL HANDLING | OTHER | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 18F |

RECIPIENT'S NAME: _____

SIGNATURE: _____

WHITE - APEX COPY    [Print Form]    [Send via Email]    GOLD - CLIENT COPY    [Clear Form]

## APEX ATTORNEY SERVICES, INC.

TEL (213) 488-1500 • (310) 300-1200
FAX (213) 488-1550

DATE: 6/25/15
CONF. NO: 288872
REF. NO: 94038-23

☐ SPECIAL  ☐ REGULAR  ☐ OUT OF COUNTY  ☐ SCH. FAX

☐ COURT FILING  ☒ SERVICE OF PROCESS  ☐ INDEX/DOC. RESEARCH  ☐ OTHER

**CLIENT:**
Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017

ATTY/SEC: Carla McCauley     EXT. NO:

**COURT:**

CASE NAME: China Central Television v. Create New Technology

CASE NO:     FILE/COPY DOC(S) BY:

**DOCUMENTS TO FILE/SERVE/COPY:**
Subpoena to Testify at a Deposition

SERVE: (Please indicate name exactly as it should appear on proof of service):
Steven Shiang Chen, CEO and President
YTC Summit International, Inc

BEST TIME:     LAST DAY TO SERVE:

ADDRESS (ES):
12037 Clark Street
Arcadia, CA 91006

**SPECIAL INSTRUCTIONS:**
Please deliver to YTC Summit International and Serve today

PHONE:

OK TO SUB-SERVE?  ☐ YES  ☐ NO

DESCRIPTION:

FILING FEE: $     WITNESS FEE: $
COPY FEE: $     CHECK NO:
CHECK WRITTEN BY: ☐ CLIENT  ☐ APEX

PERSON SERVED/TITLE:

SERVER:     DATE/TIME SERVED:

| COURT FILING | SERVICE OF PROCESS | INDEX / DOC. RESEARCH | WAITING TIME STAKE OUT | MILEAGE | FEES ADVANCED | CHECK CHARGE | SPECIAL HANDLING | OTHER | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 131.75 |

RECIPIENT'S NAME: Yvonne Gonzalez     SIGNATURE:

WHITE - APEX COPY     YELLOW - BILLING COPY     PINK - RECIPIENT COPY     GOLD - CLIENT COPY



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 135831 | 126 |
| Invc Date | Total Due |
| 6/30/15 | 1,963.00 |
| | |
| | |
| | |

DAVIS WRIGHT & TREMAINE LLP
865 S. FIGUEROA ST. 24TH FLOOR
ATTN: MR. HOWARD MURRAY
LOS ANGELES, CA 90017

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 126 | 135831 | 6/30/15 | 1,963.00 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|

## REDACTED

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/30/15 SPECIAL PROCESS | 764825 | SPP | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES        CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV151869MMMAJWX<br>Documents: FED SUB TO PRODUCE  7.13.15<br>Client/Matter: 94038-21<br>Pieces/Pages:   12 | KRYPT TECHNOLOGIES LLC<br>1875 CENTURY PARK EAST<br>LOS ANGELES      CA 90067<br>Case Title: CHINA V CREATE NEW<br>Signed by: ADRIAN FLANSBERG | Base Chg : 122.00 | 122.00 |
| 6/30/15 SPECIAL PROCESS | 764829 | SPP | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES        CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV151869MMMAJWX<br>Documents: FED SUB TO PRODUCE  7.13.15<br>Client/Matter: 94038-21<br>Pieces/Pages:   12 | CHINA TELECOM (AMERICAS) CORP.<br>818 W. 7TH STREET<br>LOS ANGELES      CA 90017<br>Case Title: CHINA V CREATE NEW<br>Signed by: VIVIAN IMPERIAL | Base Chg : 122.00 | 122.00 |
| 6/30/15 RELATED ENTITY | 764833 | REL | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES        CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV15186MMMAJWX<br>Documents: FED SUB TO PRODUCE  7.13.15<br>Client/Matter: 94038-21<br>Pieces/Pages:   12 | LEASEWEB USA INC.<br>818 W. 7TH STREET<br>LOS ANGELES      CA 90017<br>Case Title: CHINA V CREATE NEW<br>Signed by: VIVIAN IMPERIAL | Base Chg : 38.00 | 38.00 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 135831 | 126 |
| Invc Date | Total Due |
| 6/30/15 | 1,963.00 |
| | |
| | |
| | |

**NATIONWIDE LEGAL** LLC

1609 JAMES M WOOD BLVD | LOS ANGELES | CA 90015
T 213.249.9909 | F 213.249.9990 | www.nationwidessp.com

DAVIS WRIGHT & TREMAINE LLP
865 S. FIGUEROA ST. 24TH FLOOR
ATTN: MR. HOWARD MURRAY
LOS ANGELES, CA 90017

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 126 | 135831 | 6/30/15 | 1,963.00 | 4 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 6/30/15 | 764834 | SPP | DAVIS WRIGHT & TREMAINE LLP | HOSTSPACE NETWORKS LLC | Base Chg : | 122.00 | |
| SPECIAL PROCESS | | | 865 S. FIGUEROA STREET | 600 W. 7TH STREET | Atmpt/addl: | 143.00 | |
| | | | LOS ANGELES     CA 90017 | SAN GABRIEL      CA 91776 | Fuel Chrg : | 5.70 | 270.70 |
| | | | Caller: FRANK ROMERO | 2/ADDRESSES | | | |
| | | | Case Number: CV151869MMMAJWX | Case Title: CHINA V CREATE NEW | | | |
| | | | Documents: FED SUB TO PRODUCE  7.13.15 | | | | |
| | | | Client/Matter: 94038-21 | Signed by: EUGENE CHENG | | | |
| | | | Pieces/Pages:  12 | | | | |
| | | | Rate Comment: 2/ADDRESSES | | | | |
| 6/30/15 | 764835 | SPP | DAVIS WRIGHT & TREMAINE LLP | GORILLA SERVERS, INC. | Base Chg : | 122.00 | 122.00 |
| SPECIAL PROCESS | | | 865 S. FIGUEROA STREET | 800 S. HOPE STREET | | | |
| | | | LOS ANGELES     CA 90017 | LOS ANGELES      CA 90017 | | | |
| | | | Caller: FRANK ROMERO | | | | |
| | | | Case Number: CV151869MMMAJWX | Case Title: CHINA V CREATE NEW | | | |
| | | | Documents: FED SUB TO PRODUCE  7.13.15 | | | | |
| | | | Client/Matter: 94038-21 | Signed by: EDWARD RIOS | | | |
| | | | Pieces/Pages:  12 | | | | |
| | | | Total  Charges for Ref. - 94038-21:      674.70 | | | | |

## REDACTED

Continued

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 136198 | 126 |
| Invc Date | Total Due |
| 7/15/15 | 1,230.65 |
| | |
| | |
| | |

1809 JAMES M WOOD BLVD | LOS ANGELES | CA 90015
T 213.249.9990 | F 213.249.9990 | www.nationwideasp.com

DAVIS WRIGHT & TREMAINE LLP
865 S. FIGUEROA ST. 24TH FLOOR
ATTN: MR. HOWARD MURRAY
LOS ANGELES, CA 90017

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 126 | 136198 | 7/15/15 | 1,230.65 | 2 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |

## REDACTED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/30/15 | 764831 | SPP | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES    CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV151869MMPAJWX<br>Documents: FED SUB TO PRODUCE 7.13.15<br>Pieces/Pages:  12 | ZERO DDOS LLC<br>530 W. 6TH STREET<br>LOS ANGELES    CA 90017<br><br>Case Title: CHINA V CREATE NEW<br>Signed by: CLOSED OUT PER | Base Chg | 122.00 | 122.00 |
| SPECIAL PROCESS | | | | | | | |
| 7/08/15 | 766826 | SPP | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES    CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV-15-1869 MMM(AJWX)<br>Documents: SUBP TO PRODUCE   DATE 7/20/15<br>Client/Matter: 94038-21<br>Pieces/Pages:  12 | CHINA UNICOM (AMERICAS) OPERATIONS<br>555 SOUTH FLOWER STREET<br>LOS ANGELES    CA 90071<br><br>Case Title: CHINA V. CREATE NEW<br>Signed by: PATRICK FIELDS | Base Chg<br>Adv Fees | 122.00<br>15.00 | 137.00 |
| SPECIAL PROCESS | | | | | | | |

Client/Matter: 94038-21 (for 6/30/15 row)

Total Charges for Ref. - 94038-21:   259.00

## REDACTED

Continued

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 136869 | 126 |
| Invc Date | Total Due |
| 8/15/15 | 834.25 |
| | |
| | |
| | |

1609 JAMES M WOOD BLVD | LOS ANGELES | CA 90015
T 213.249.9090 | F 213.249.9090 | www.nationwideasp.com

DAVIS WRIGHT & TREMAINE LLP
865 S. FIGUEROA ST. 24TH FLOOR
ATTN: MR. HOWARD MURRAY
LOS ANGELES, CA 90017

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 126 | 136869 | 8/15/15 | 834.25 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|

## REDACTED

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/13/15 | 776968 | SPP | DAVIS WRIGHT & TREMAINE<br>865 SOUTH FIGUEROA STREET<br>LOS ANGELES   CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV15-1869<br>Documents: SUBPOENA<br>Client/Matter: 94038-21 | HSBC BANK<br>725 S. FIGUEROA ST<br>LOS ANGELES   CA 90017<br><br>Case Title: CHINA CENTRAL<br><br>Signed by: ANGELA YAO | Base Chg : 122.00<br>Adv Fees : 35.00 | 157.00 |
| | SPECIAL PROCESS | | | | | |

Total Charges for Ref. - 94038-21:   157.00

## REDACTED

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

*Global Network Attorney Service*
316 W. 2nd Street
Ste. #1110
Los Angeles CA  90012

# INVOICE

| Account No: | 100 |
|---|---|
| Invoice No: | 950 |
| Invoice Date: | 07/09/15 |
| Invoice Period: | 06/16-06/30 |

*Davis Wright Tremaine LLP*
Attn: Howard Murray
865 South Figueroa Street
Suite 2400
Los Angeles CA  90017

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/15 | 11019 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA  90017 Frank Romero | ClouDDOS Technology 1644 Sherman Street Denver, CO  80203 Bad Address/ Does not Exist Company not coming up in SOS search or google 7/01 | Base | 245.00 | $245.00 |
| Comment: | | | CV15-1869/China Central Vs. Creative New Tech/ Subpoena to Produce documents | | | | | | |
| 06/30/15 | 11026 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA  90017 | TNT USA INC Attn: Mary LaPonte 68 S. Service Road, #340 Melville, NY  11747 Not Served was not in. client closed out. | Base | 245.00 | $245.00 |
| Comment: | | | CV15-1869/China Central Vs. Creative New Tech/ Subpoena to Testify and Letter | | | | | | |

# REDACTED

Created by:
Patricia Romero-Cubero
May 19, 2011

13

7/9/2015
7:40 PM

*Global Network Attorney Service*
316 W. 2nd Street
Ste. #1110
Los Angeles CA 90012

# INVOICE

| Account No: | 100 |
|---|---|
| Invoice No: | 960 |
| Invoice Date: | 07/16/15 |
| Invoice Period: | 07/01-07/15 |

*Davis Wright Tremaine LLP*
Attn: Accounts Payable
865 South Figueroa Street
Suite 2400
Los Angeles CA 90017

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|

## REDACTED

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/15 | 11020 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA 90017 Frank Romero | DataShack, LLC 201 East 16th Avenue North Kansas, MO 64116 Served Bob James 07/01 at 11:57 am | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |
| 06/30/15 | 11021 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA 90017 Frank Romero | Enzu Inc. 2360 Corporate Circle, #400 Henderson, NV 89074 Served 07/01/15 Melanie Galero | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |
| 06/30/15 | 11022 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA 90017 Frank Romero | Esited LLC 115 S. Pikes Peak Avenue Florence, CO 81226 Served Bryan Ramey on 07/01/15 at 11:51 am | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |
| 06/30/15 | 11023 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA 90017 Frank Romero | Nobis Technology Group LLC 5350 E. High Street, #300 Phoenix, AZ 85054 Served Max Doe/ 07/01/15 | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |

Continued

Created by:
Patricia Romero-Cubero
May 19, 2011

1

7/16/2015
9:16 PM

*Global Network Attorney Service*
316 W. 2nd Street
Ste. #1110
Los Angeles CA 90012

# INVOICE

| Account No: | 100 |
|---|---|
| Invoice No: | 960 |
| Invoice Date: | 07/16/15 |
| Invoice Period: | 07/01-07/15 |

*Davis Wright Tremaine LLP*
Attn: Accounts Payable
865 South Figueroa Street
Suite 2400
Los Angeles CA 90017

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/15 | 11024 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP<br>865 S. Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017<br>Frank Romero | Sharktech Inc.<br>3315 E. Russell Road, A4 #112<br>Las Vegas, NV 89120<br>Not Served P.O. Box location<br>Served at second address. | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |
| 06/30/15 | 11025 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP<br>865 S. Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017<br>Frank Romero | Solidtools Technology<br>1600 Gomes road<br>Fremont, CA 94539<br>Peter Sun 07/01 @ 5:02 pm<br>Residence | Base | 175.00 | $175.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |
| 07/01/15 | 11026 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP<br>865 S. Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017<br>Frank Romero | Sharktech Inc<br>2681 E Hacienda Avenue<br>Las Vegas, NV 89120<br>Residence<br>Erin Jimrawi | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |

## REDACTED

Continued

*Global Network Attorney Service*
316 W. 2nd Street
Ste. #1110
Los Angeles CA  90012

**INVOICE**

| Account No: | 100 |
| Invoice No: | 960 |
| Invoice Date: | 07/16/15 |
| Invoice Period: | 07/01-07/15 |

*Davis Wright Tremaine LLP*
Attn: Accounts Payable
865 South Figueroa Street
Suite 2400
Los Angeles CA  90017

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|------|---------|-------|---------------|----------|----------------|-----------------|--------|-----------|-------|

REDACTED

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|------|---------|-------|---------------|----------|----------------|-----------------|--------|-----------|-------|
| 07/02/15 | 11042 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA  90017 Frank Romero | Defender Cloud International 113 Barksdale Professional Ctr. Newark, DE  19711 Served Kelly McGaw 07/06/15 2:25 pm | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |
| 07/02/15 | 11043 | | 94038-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA  90017 | ZERO DDOS LLC 502 Oak Creek Avenue Florence, CO  81226 Not Served, home is 5 blocks from gate and people in front did not let server in. | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |

Continued

Created by:
Patricia Romero-Cubero
May 19, 2011

3

7/16/2015
9:16 PM

*Global Network Attorney Service*
316 W. 2nd Street
Ste. #1110
Los Angeles CA  90012

**INVOICE**

| Account No: | 100 |
| Invoice No: | 960 |
| Invoice Date: | 07/16/15 |
| Invoice Period: | 07/01-07/15 |

*Davis Wright Tremaine LLP*
Attn: Accounts Payable
865 South Figueroa Street
Suite 2400
Los Angeles CA  90017

For billing inquiries please contact Gonzalo Ponce
213-922-9400

| Date | Job No. | Dept. | Reference No. | Svc Type | Origin Details | Destination/POD | Charge | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/02/15 | 11044 | | 94036-21 | Spec Serve | Davis Wright Tremaine LLP 865 S. Figueroa Street Suite 2400 Los Angeles, CA  90017 | ZERO DDOS LLC 115 S Pikes Peak Avenue Florence, CO  81226 Served Bryan Ramey 07/08/15 | Base | 245.00 | $245.00 |
| Comment: | | | 151869 China Central Vs. Create New Tech/ Subpoena to produce documents | | | | | | |

REDACTED

Continued

Created by:
Patricia Romero-Cubero
May 19, 2011

4

7/16/2015
9:16 PM

*In Account with* 24248

## 陳韻雲律師行
## VIVIEN CHAN & CO.

SOLICITORS & NOTARIES
AGENTS FOR TRADE MARKS & PATENTS

57/F, CHEUNG KONG CENTER,
2 QUEEN'S ROAD CENTRAL,
HONG KONG

8/31/15

TEL :       (852)2522 9183
FAX :       (852)2530 9627
E-MAIL:    vivchan@vcclawservices.com
WEBSITE:   www.vcclawservices.com

Davis Wright Tremaine LLP
1633 Broadway, 27th Floor,
New York,
NY 10019
United States

Date      : 31 JUL 2015

Bill No.: AF 1 6 9 2

Attn: Mr. George Wukoson (Email: GeorgeWukoson@dwt.com)

94038-23

RECEIVED
SEP 03 2015
Paul H. Thang

| | HK$ |
|---|---|

| Re: US federal court lawsuit service of process in HK | |
|---|---|
| TO OUR PROFESSIONAL CHARGES for services rendered from 1st July 2015 to 31st July 2015 in respect of the following:- | |
| ☑ Considering the documents to be served, conducting company searches and attending service of the documents provided on Create New Technology (HK) Limited as its registered office on 17th June 2015, signing the Proof of Service on 18th June 2015 and sending the same to you; and | 15,000.00 |
| ☑ Considering the documents to be served, conducting company searches and attending service of the documents provided on Hua Yang International Technology Limited as its registered office on 17th June 2015, signing the Proof of Service on 18th June 2015 and sending the same to you. | 15,000.00 |
| **DISBURSEMENTS** | |
| ☑ Photocopying / Travelling / Miscellaneous expenses | 800.00 |
| **Total:-** | **30,800.00** |
| **US$ equivalent:-** | **3,979.00** |

**WITH COMPLIMENTS**
LIT: DGU150591/205/211          L:\Bills\2015\0591DGU02.doc          adp.\7.0515 –31.0715

Please wire the funds to the following bank account:-
Banker:          Standard Chartered Bank, Hong Kong
Swift Code:      SCBLHKHHXXX
In favour of:    VIVIEN CHAN & CO.
Account No.:     003-343-2-000357-4   (HK$)
Bank address:    4-4A, Des Voeux Road Central, Hong Kong

RECEIVED ACCTS PAYABLE
SEP 0 2015
REBEKAH TONNESSEN

**PLEASE NOTE**
OUR TERMS OF PAYMENT ARE NET 14 DAYS FROM FEE NOTE DATE.
WE WOULD APPRECIATE RECEIVING YOUR CHEQUE BY THEN.

**REMITTANCE ADVICE**          LIT: DGU150591/205/211          BILL NO.: AF 1 6 9 2
VIVIEN CHAN & CO.
SOLICITORS & NOTARIES
AGENTS FOR TRADE MARKS & PATENTS          Davis Wright Tremaine LLP          AMOUNT DUE : HK$30,800.00
57/F, Cheung Kong Center,          Attn: Mr. George Wukoson
2 Queen's Road Central, Hong Kong



**business solutions**
Western Union Business Solutions (USA), LLC
WA Lic.550-MT-28272

# Future Payment Confirmation

Confirmation Number: **OTR4215668**

Account Number: **DW3150**
Order Commit Date & Time: **09-03-15 09:08:33**

## Payment Instructions

| | |
|---|---|
| Item Number | OTR4215668-4 |
| Transaction Type | Electronic Funds Transfer |
| | |
| Foreign Currency | HKD |
| Foreign Amount | 30,800.00 |
| Exchange Rate | 7.323200/ |
| Fee | 3.00 |
| Beneficiary Name | VIVIEN CHAN & CO |
| Account Number | XXXXXXX3574 |
| Beneficiary Bank | STANDARD CHARTERED BANK (HONG KONG) LIMITED |
| Beneficiary Bank Address | |
| | |
| Country | Hong Kong |
| SWIFT Code | SCBLHKHH |
| Routing Code | 003343 |
| Re | AF1692 |
| | DGU150591/205/211 |
| | Electronic Funds Transfer |
| Settlement Method | 4,208.81 USD |
| Amount Due to | |

1152 15th Street, NW
Washington, DC 20005
202.408.1211

Foreign exchange services are provided in the United States by Western Union Business Solutions (USA), LLC, a company within the Western Union Business Solutions division of The Western Union Company.  Western Union Business Solutions (USA), LLC is a wholly-owned subsidiary of The Western Union Company, a world-wide leader in consumer and business payments and financial services.

9/3/2015  12:18:28PM

*In Account with* 242 48

# 陳韻雲律師行
## VIVIEN CHAN & CO.
### SOLICITORS & NOTARIES
### AGENTS FOR TRADE MARKS & PATENTS

57/F, CHEUNG KONG CENTER,
2 QUEEN'S ROAD CENTRAL,
HONG KONG

8/31/15

TEL :        (852)2522 9183
FAX :        (852)2530 9627
E-MAIL:   vivchan@vcclawservices.com
WEBSITE:  www.vcclawservices.com

Davis Wright Tremaine LLP
1633 Broadway, 27th Floor,
New York,
NY 10019
United States

Date       : 31 JUL 2015

Bill No. : AF **1 6 9 2**

CLIENT#: 94038-23

Attn: Mr. George Wukoson (Email: GeorgeWukoson@dwt.com)

RECEIVED
SEP 03 2015
Paul H. Thang

HK$

**Re: US federal court lawsuit service of process in HK**

TO OUR PROFESSIONAL CHARGES for services rendered from 1st July 2015 to 31st July 2015 in respect of the following:-

☑ Considering the documents to be served, conducting company searches and attending service of the documents provided on Create New Technology (HK) Limited as its registered office on 17th June 2015, signing the Proof of Service on 18th June 2015 and sending the same to you; and | 15,000.00

☑ Considering the documents to be served, conducting company searches and attending service of the documents provided on Hua Yang International Technology Limited as its registered office on 17th June 2015, signing the Proof of Service on 18th June 2015 and sending the same to you. | 15,000.00

**DISBURSEMENTS**
☑ Photocopying / Travelling / Miscellaneous expenses | 800.00

**Total:-** | **30,800.00**

US$ equivalent:- | 3,979.00

**WITH COMPLIMENTS**
LIT: DGU150591/205/211          L:\Bills\2015\0591DGU02.doc          adp:17.0515 –31.0715

Please wire the funds to the following bank account:-
Banker:          Standard Chartered Bank, Hong Kong
Swift Code:     SCBLHKHHXXX
In favour of:    VIVIEN CHAN & CO.
Account No.:   003-343-2-000357-4 (HK$)
Bank address:  4-4A, Des Voeux Road Central, Hong Kong

RECEIVED/ACCTS PAYABLE
SEP 03 2015
REBEKAH TONNESSEN

**PLEASE NOTE**
OUR TERMS OF PAYMENT ARE NET 14 DAYS FROM FEE NOTE DATE.
WE WOULD APPRECIATE RECEIVING YOUR CHEQUE BY THEN.

**REMITTANCE ADVICE**                    LIT: DGU150591/205/211          BILL NO.:   AF **1 6 9 2**
VIVIEN CHAN & CO.
SOLICITORS & NOTARIES
AGENTS FOR TRADE MARKS & PATENTS          Davis Wright Tremaine LLP          AMOUNT DUE : HK$30,800.00
57/F, Cheung Kong Center,                 Attn: Mr. George Wukoson
2 Queen's Road Central, Hong Kong

**DEPOSITIONS**

| NO. | Date | Description of Charge | Amount |
|---|---|---|---|
| 1 | 7/15/2015 | Deposition services and transcript copies from Ben Hyatt Certified Deposition Reporters for the deposition of Shiang Chen, Rule 30(b)(6) witness for YTC Summit. | $1,277.80 |
| TOTAL | | | $1,277.80 |

# INVOICE



**Certified Deposition Reporters**

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1095374 | 7/31/2015 | 1033166 |

| Job Date | Case No. | |
|---|---|---|
| 7/15/2015 | CV 15-1869 MMM (AJWx) | |

| Case Name | |
|---|---|
| China Central Television vs. Create New Technology (HK) | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Carla A. McCauley, Esq.
Davis Wright Tremaine LLP - Los Angeles
865 S. Figueroa St.
Suite 2400
Los Angeles, CA  90017-2566

Original and One Certified Transcript of:

| | | | | | |
|---|---|---|---|---|---|
| Steven Shiang Chen | 221.00 | Pages | @ | 4.70 | 1,038.70 |
| Exhibits / Black & White | 365.00 | Pages | @ | 0.40 | 146.00 |
| Exhibits / Color | 4.00 | Pages | @ | 1.75 | 7.00 |
| Exhibit Tabs (each) | 34.00 | Each | @ | 0.15 | 5.10 |
| Litigation Support Package | | | | 0.00 | 0.00 |
| Condensed | | | | 0.00 | 0.00 |
| Parking | | | | 12.00 | 12.00 |
| Transcript Handling | | | | 45.00 | 45.00 |
| Shipping | | | | 24.00 | 24.00 |

**TOTAL DUE  >>>    $1,277.80**

**We accept all major credit cards. If you would like to pay with a credit card, please send a request to settings@benhyatt.com with the invoice number(s) and amount you would like to pay and we will forward the credit card link.**

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Carla A. McCauley, Esq.
Davis Wright Tremaine LLP - Los Angeles
865 S. Figueroa St.
Suite 2400
Los Angeles, CA  90017-2566

| | | |
|---|---|---|
| Invoice No. | : | 1095374 |
| Invoice Date | : | 7/31/2015 |
| **Total Due** | : | **$ 1,277.80** |

**Remit To: Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA  91316**

| | | |
|---|---|---|
| Job No. | : | 1033166 |
| BU ID | : | 1-HYATT |
| Case No. | : | CV 15-1869 MMM (AJWx) |
| Case Name | : | China Central Television vs. Create New Technology (HK) |

## CERTIFICATION, EXEMPLIFICATION, AND REPRODUCTION OF DOCUMENTS

| NO. | Date | Description of Charge | Amount |
|---|---|---|---|
| 1 | 3/19/2015 | Color copies and binding by Copisolutions for Complaint and case initiating documents for court courtesy copy and service copies. | $481.00 |
| 2 | 3/31/2015 | Color copying and binding by Pacific Document Solutions for Motion for Contempt and 5 volumes of Exhibits . | $6,974.58 |
| 3 | 9/22/2015 | Printing 5 volumes of Compendium of Evidence in support of Motion for Default Judgment. | $1,123.93 |
| 4 | 11/30/2015 | Printing 1 court courtesy copy set and service copy sets of exhibits filed under seal and redacted courtesy copy set of exhibits filed in support of Motion for Default Judgment. | $15,063.15 |
| **TOTAL** | | | $23,642.84 |



**COPiSolutions**

*An Offsite Service of Copies On Premise, Inc.*

444 South Flower Street - Suite 555
Los Angeles, CA 90071
tel: 213.622.2674  fax: 213.362.0333

# Invoice

*FID:95-4250980*

| | |
|---|---|
| Invoice No: | 0138094-IN |
| Invoice Date: | 3/31/15 |
| Salesperson: | MH |

| | |
|---|---|
| Customer No: | 02-DAVIWRI |
| Ordered By: | F. ROMERO |
| Order date: | 3/19/15 |
| Client Matter: | 94038-000021 |

DAVIS WRIGHT TREMAINE LLP
865 SOUTH FIGUEROA STREET
SUITE 2400
Los Angeles, CA  90017

Attn:  Accounts Payable

| Description | Quantity | Price | Amount |
|---|---|---|---|
| FIG1503081 | | | |
| COLOR BLOWBACK | 512.00 | 0.850 | 435.20 |
| Acco Binding | 5.00 | 1.250 | 6.25 |

4/14/15

94038-21

RECEIVED/ACCTS PAYABLE

APR 15 2015

JACKIE FELLER

*Terms:*  Net 30 Days
*Due Date:*  4/30/2015

| | |
|---|---|
| Net Invoice: | 441.45 |
| Non-Taxable: | 0.00 |
| Sales Tax: | 39.73 |
| **Invoice Total:** | **$481.18** |



# PACIFIC DOCUMENT SOLUTIONS

**Invoice**

350 South Figueroa Street
Suite 213
Los Angeles, CA 90071
Tel: (213) 613-0600
Fax: (213) 346-1220

| Date | Invoice # |
|------|-----------|
| 3/24/2015 | 93460 |

| Bill To | Originals From |
|---------|----------------|
| Davis Wright Tremaine<br>865 S. Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017 | **RECEIVED/ACCTS PAYABLE**<br><br>MAY 08 2015<br><br>JACKIE FELLER |

| Requested By | Terms | Rep | Shipped on | Client Billing # | Job Name |
|--------------|-------|-----|------------|------------------|----------|
| Frank Romero | Net 30 | NSN | 3/19/2015 | 94038-21 | PI Motion |

| Item Code | Description | Quantity | Price Each | Amount |
|-----------|-------------|----------|------------|--------|
| CC | 1 Sided Color Copy 24# Laser 8.5 x 11 | 8,442 | 0.75 | 6,331.50T |
| AB | Acco Binding | 42 | 1.50 | 63.00T |
| 110# | 110# White Index/Cardstock 8.5" x 11" | 42 | 0.10 | 4.20T |

5/7/15

94038-21

All past due invoices will accrue 1.5% interest per month after 30 day.
Federal Tax I.D.#80-0618041

We accept credit card payments.

*A Certified WMBE (Women and/or Minority-Owned) Business*

| | |
|---|---|
| **Subtotal** | $6,398.70 |
| **Sales Tax (9.0%)** | $575.88 |
| **Total** | $6,974.58 |



Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2015 | B158666 |

Tax ID - 47-1377551

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---------|---------|
| Davis Wright Tremaine LLP<br>Attn:Accounts Payable<br>865 South Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017-2566 | Davis Wright Tremaine LLP<br>Attn: Gabriel Peralto / Carla McCauley<br>865 South Figueroa St<br>Suite 2400<br>Los Angeles, CA 90017-2566 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| LA021699 | Net 30 | 10/22/2015 | JP LA | 94038-23 | 94038-23 | Gabriel Peralto / Carla... |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Print  5 volumes of compendium of evidence<br>9/14/15 | | |
| 2,799 | Blowback Printing - B/W (8.5x11) | 0.07 | 195.93T |
| 201 | Index Tabs | 0.25 | 50.25T |
| 897 | Blowback Printing - Color (8.5x11) | 0.85 | 762.45T |
| 15 | Acco Bind | 1.50 | 22.50T |
| | ***THANK YOU*** | | |

94038-23

Ok

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Client has 30 days from receipt of Advanced Discovery completed work to inspect for quality.  If no objection is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | $1,031.13 |
| **Sales Tax  (9.0%)** | $92.80 |
| **Invoice Total** | $1,123.93 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,123.93 |



Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2015 | B164839 |

Tax ID - 47-1377551

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---------|---------|
| Davis Wright Tremaine LLP<br>Attn:Accounts Payable<br>865 South Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017-2566 | Davis Wright Tremaine LLP<br>Attn: Gabriel Peralta<br>865 South Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017-2566 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| LA022544 | Net 30 | 12/30/2015 | JP LA | 94038-23 | 94038-23 | Gabriel Peralta |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Exhibits to print x5 and 2-hole punch<br>11/24/15 | | |
| 15,890 | Blowback Printing - B/W (8.5x11) | 0.06 | 953.40T |
| 73 | Index Tabs | 0.25 | 18.25T |
| 15,115 | Blowback Printing - Color (8.5x11) | 0.85 | 12,847.75T |
| | ***THANK YOU*** | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and paybale within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 10 days from receipt of invoice to inspect Advanced Discovery completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | $13,819.40 |
| **Sales Tax (9.0%)** | $1,243.75 |
| **Invoice Total** | $15,063.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,063.15 |