UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
January 4, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

In the Matter of the Transfer of Cases from the Calendar

of

Judge MARGARET M. MORROW

ORDER OF THE CHIEF JUDGE

16-025

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Margaret M. Morrow to the calendar of Judge Stephen V. Wilson for all further proceedings:

| Case Number | Judge Code | Case Name |
|---|---|---|
| 2:14-cv-04274 | MMM(MRWx) | Tami Ohana v. Edward Louis Marriott et al |
| 2:15-cv-01065 | MMM(PJWx) | FT Travel New York, LLC v. Your Travel Center, Inc. et al |
| 2:15-cv-01869 | MMM(AJWx) | China Central Television et al v. Create New Technology HK Limited et al |
| 2:15-cv-02062 | MMM(JPRx) | Rafael Velasquez v. CEC Entertainment, Inc. |
| 2:15-cv-03659 | MMM(JEMx) | Lisa Sandler v. IStockphoto LP et al. |
| 2:15-cv-05098 | MMM(E) | Tremaine Bailey v. Unknown Captain et al |
| 5:15-cv-01262 | MMM(AS) | James Daniel Napuunoa v. Kalib et al |
| 5:15-cv-01877 | MMM(DTBx) | Farmasino Inc. v. Farmasino Pharmaceuticals (Jiangsu)Co., Ltd et al |
| 8:15-cv-01154 | MMM(KK) | Ivin Mood v. City of Costa Mesa et al |

Dated: January 4, 2016

_____
Chief Judge George H. King