**EXHIBIT A**



**2014 NLJ Billing Survey**

**Source:National Law Journal**

**Category: National Law Journal**

ALM Legal Intelligence, in association with The National Law Journal, reached out to the nation's 350 largest law firms (the"NLJ 350") to provide a range of hourly billing rates for partners and associates. For firms that did not report their rates to ALI directly, in many cases we were able to supplement rate data derived from public records. For 2014, we have rates for 169 of the nation's 350 largest firms.

Copyright ©  ALM Media Properties, LLC. All rights reserved.

EXHIBIT A

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm Name | Location | Average FTE Attorneys | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Avg | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Avg |
|------|-----------|----------|-----------------------|---------------------------|--------------------------|--------------------------|-----------------------------|----------------------------|----------------------------|
| 2014 | **Adams and Reese** | New Orleans, LA | 318 | $700.00 | $305.00 | $420.00 | $315.00 | $220.00 | $270.00 |
| 2014 | **Akerman** | Miami, FL | 523 | $880.00 | $360.00 | $535.00 | $465.00 | $205.00 | $305.00 |
| 2014 | **Akin Gump Strauss Hauer & Feld** | Washington, DC | 809 | $1220.00 | $615.00 | $785.00 | $660.00 | $365.00 | $525.00 |
| 2014 | **Allen Matkins Leck Gamble Mallory & Natsis** | Los Angeles, CA | 181 | $680.00 | $525.00 | $615.00 | | | |
| 2014 | **Alston & Bird** | Atlanta, GA | 789 | $875.00 | $495.00 | $675.00 | $575.00 | $280.00 | $425.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

1

| Counsel Avg | Counsel Low | Counsel High | NLJ Billing Source | Notes |
|---|---|---|---|---|
| $500.00 | $425.00 | $575.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Andrews Kurth** | Houston, TX | 337 | $1090.00 | $745.00 | $890.00 | $1090.00 | $265.00 | $670.00 |
| 2014 | **Archer & Greiner** | Haddonfield, NJ | 194 | $460.00 | $330.00 | $400.00 | $295.00 | $200.00 | $245.00 |
| 2014 | **Arent Fox** | Washington, DC | 330 | $860.00 | $500.00 | $650.00 | $595.00 | $275.00 | $395.00 |
| 2014 | **Arnall Golden Gregory** | Atlanta, GA | 140 | $520.00 | $430.00 | $490.00 | | | |
| 2014 | **Arnold & Porter** | Washington, DC | 720 | $950.00 | $670.00 | $815.00 | $610.00 | $345.00 | $500.00 |
| 2014 | **Arnstein & Lehr** | Chicago, IL | 144 | $595.00 | $350.00 | $465.00 | $350.00 | $175.00 | $250.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Baker & Hostetler** | Cleveland, OH | 798 | $670.00 | $275.00 | $449.00 | $350.00 | $210.00 | $272.00 |
| 2014 | **Baker & McKenzie** | Chicago, IL | 4087 | $1130.00 | $260.00 | $755.00 | $925.00 | $100.00 | $395.00 |
| 2014 | **Baker, Donelson, Bearman, Caldwell & Berkowitz** | Memphis, TN | 588 | $495.00 | $340.00 | $400.00 | $465.00 | $245.00 | $295.00 |
| 2014 | **Ballard Spahr** | Philadelphia, PA | 483 | $650.00 | $395.00 | $475.00 | $495.00 | $235.00 | $315.00 |
| 2014 | **Barnes & Thornburg** | Indianapolis, IN | 522 | $580.00 | $330.00 | $480.00 | $370.00 | $260.00 | $320.00 |
| 2014 | **Benesch, Friedlander, Coplan & Aronoff** | Cleveland, OH | 150 | $635.00 | $360.00 | $455.00 | $475.00 | $155.00 | $280.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | | |
|------|------|----------|---|---|---|---|---|---|---|
| 2014 | **Best Best & Krieger** | Riverside, CA | 176 | $655.00 | $340.00 | $455.00 | $385.00 | $235.00 | $280.00 |
| 2014 | **Bingham McCutchen** | Boston, MA | 795 | $1080.00 | $220.00 | $795.00 | $605.00 | $185.00 | $450.00 |
| 2014 | **Blank Rome** | Philadelphia, PA | 447 | $940.00 | $445.00 | $640.00 | $565.00 | $175.00 | $350.00 |
| 2014 | **Bond, Schoeneck & King** | Syracuse, NY | 198 | $520.00 | $240.00 | $355.00 | $310.00 | $160.00 | $225.00 |
| 2014 | **Bowles Rice** | Charleston, WV | 140 | $285.00 | $165.00 | $230.00 | $180.00 | $115.00 | $135.00 |
| 2014 | **Bracewell & Giuliani** | Houston, TX | 441 | $1125.00 | $575.00 | $760.00 | $700.00 | $275.00 | $440.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| $439.83 | $340.00 | $595.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $360.00 | $275.00 | $485.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Bradley Arant Boult Cummings** | Birmingham, AL | 413 | $605.00 | $325.00 | $430.00 | $340.00 | $200.00 | $260.00 |
| 2014 | **Broad and Cassel** | Orlando, FL | 150 | $465.00 | $295.00 | $380.00 | | | |
| 2014 | **Brown Rudnick** | Boston, MA | 187 | $1045.00 | $650.00 | $856.00 | | | |
| 2014 | **Brownstein Hyatt Farber Schreck** | Denver, CO | 214 | $700.00 | $310.00 | $520.00 | $345.00 | $265.00 | $305.00 |
| 2014 | **Bryan Cave** | St. Louis, MO | 985 | $900.00 | $410.00 | $620.00 | $595.00 | $220.00 | $405.00 |
| 2014 | **Buchalter Nemer** | Los Angeles, CA | 139 | $695.00 | $475.00 | $605.00 | $375.00 | $350.00 | $365.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $635.00 | $355.00 | $865.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Burr & Forman** | Birmingham, AL | 261 | $525.00 | $300.00 | $371.00 | $275.00 | $200.00 | $241.00 |
| 2014 | **Butler Snow** | Ridgeland, MS | 280 | $335.00 | $235.00 | $302.00 | | | |
| 2014 | **Cadwalader, Wickersham & Taft** | New York, NY | 437 | $1050.00 | $800.00 | $930.00 | $750.00 | $395.00 | $605.00 |
| 2014 | **Carlton Fields** | Tampa, FL | 272 | $840.00 | $455.00 | $600.00 | | | |
| 2014 | **Cole, Schotz, Meisel, Forman & Leonard** | Hackensack, NJ | 118 | $730.00 | $590.00 | $653.00 | $340.00 | $275.00 | $302.00 |
| 2014 | **Connell Foley** | Roseland, NJ | 129 | $575.00 | $275.00 | $425.00 | $325.00 | $200.00 | $265.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | | |
|------|------|----------|---|---|---|---|---|---|---|
| 2014 | **Cooley** | Palo Alto, CA | 673 | $990.00 | $660.00 | $820.00 | $640.00 | $335.00 | $515.00 |
| 2014 | **Covington & Burling** | Washington, DC | 760 | $890.00 | $605.00 | $780.00 | $565.00 | $320.00 | $415.00 |
| 2014 | **Cozen O'Connor** | Philadelphia, PA | 495 | $1135.00 | $275.00 | $570.00 | $640.00 | $180.00 | $355.00 |
| 2014 | **Curtis, Mallet-Prevost, Colt & Mosle** | New York, NY | 323 | $860.00 | $730.00 | $800.00 | $785.00 | $345.00 | $480.00 |
| 2014 | **Davis Graham & Stubbs** | Denver, CO | 145 | $635.00 | $315.00 | $435.00 | $350.00 | $200.00 | $255.00 |
| 2014 | **Davis Polk & Wardwell** | New York, NY | 810 | $985.00 | $850.00 | $975.00 | $975.00 | $130.00 | $615.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

13

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| 2014 | Debevoise & Plimpton | New York, NY | 595 | $1075.00 | $955.00 | $1055.00 | $760.00 | $120.00 | $490.00 |
| 2014 | Dechert | New York, NY | 845 | $1095.00 | $670.00 | $900.00 | $735.00 | $395.00 | $530.00 |
| 2014 | Dentons | New York, NY | 2503 | $1050.00 | $345.00 | $700.00 | $685.00 | $210.00 | $425.00 |
| 2014 | Dickstein Shapiro | Washington, DC | 254 | $1250.00 | $590.00 | $750.00 | $585.00 | $310.00 | $475.00 |
| 2014 | Dinsmore & Shohl | Cincinnati, OH | 415 | $850.00 | $250.00 | $411.00 | $365.00 | $160.00 | $238.00 |
| 2014 | DLA Piper | New York, NY | 3962 | $1025.00 | $450.00 | $765.00 | $750.00 | $250.00 | $510.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $360.00 | $150.00 | $615.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Dorsey & Whitney** | Minneapolis, MN | 501 | $585.00 | $340.00 | $435.00 | $510.00 | $215.00 | $315.00 |
| 2014 | **Duane Morris** | Philadelphia, PA | 613 | $960.00 | $415.00 | $589.00 | $585.00 | $280.00 | $373.00 |
| 2014 | **Edwards Wildman Palmer** | Boston, MA | 540 | $765.00 | $210.00 | $535.00 | $415.00 | $245.00 | $325.00 |
| 2014 | **Faegre Baker Daniels** | Minneapolis, MN | 673 | $580.00 | $355.00 | $455.00 | $315.00 | $110.00 | $260.00 |
| 2014 | **Foley & Lardner** | Milwaukee, WI | 844 | $860.00 | $405.00 | $600.00 | $470.00 | $210.00 | $335.00 |
| 2014 | **Foley Hoag** | Boston, MA | 221 | $775.00 | $590.00 | $670.00 | $385.00 | $290.00 | $325.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

17

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| $638.00 | $460.00 | $1015.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Fox Rothschild** | Philadelphia, PA | 531 | $750.00 | $335.00 | $530.00 | $500.00 | $245.00 | $310.00 |
| 2014 | **Fried, Frank, Harris, Shriver & Jacobson** | New York, NY | 450 | $1100.00 | $930.00 | $1000.00 | $760.00 | $375.00 | $595.00 |
| 2014 | **Frost Brown Todd** | Cincinnati, OH | 414 | $600.00 | $220.00 | $387.00 | $315.00 | $150.00 | $234.00 |
| 2014 | **Gardere Wynne Sewell** | Dallas, TX | 218 | $775.00 | $430.00 | $635.00 | $330.00 | $290.00 | $303.00 |
| 2014 | **Gibbons** | Newark, NJ | 201 | $865.00 | $440.00 | $560.00 | $475.00 | $295.00 | $360.00 |
| 2014 | **Gibson, Dunn & Crutcher** | New York, NY | 1154 | $1800.00 | $765.00 | $980.00 | $930.00 | $175.00 | $590.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $417.00 | $350.00 | $540.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Gordon Rees Scully Mansukhani** | San Diego, CA | 478 | $475.00 | $375.00 | $420.00 | $325.00 | $285.00 | $300.00 |
| 2014 | **Greenberg Traurig** | New York, NY | 1690 | $955.00 | $535.00 | $763.00 | $570.00 | $325.00 | $470.00 |
| 2014 | **Harris Beach** | Rochester, NY | 198 | $400.00 | $298.00 | $348.00 | $285.00 | $175.00 | $230.00 |
| 2014 | **Harter Secrest & Emery** | Rochester, NY | 132 | $465.00 | $300.00 | $385.00 | $290.00 | $195.00 | $250.00 |
| 2014 | **Haynes and Boone** | Dallas, TX | 483 | $1020.00 | $450.00 | $670.00 | $580.00 | $310.00 | $405.00 |
| 2014 | **Hogan Lovells** | Washington, DC | 2313 | $1000.00 | $705.00 | $835.00 | | | |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $287.50 | $175.00 | $400.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Holland & Hart** | Denver, CO | 423 | $725.00 | $305.00 | $442.00 | $425.00 | $175.00 | $277.00 |
| 2014 | **Holland & Knight** | Washington, DC | 956 | $1085.00 | $355.00 | $625.00 | $595.00 | $210.00 | $340.00 |
| 2014 | **Honigman Miller Schwartz and Cohn** | Detroit, MI | 231 | $560.00 | $290.00 | $390.00 | $225.00 | $205.00 | $220.00 |
| 2014 | **Hughes Hubbard & Reed** | New York, NY | 351 | $995.00 | $725.00 | $890.00 | $675.00 | $365.00 | $555.00 |
| 2014 | **Husch Blackwell** | St. Louis, MO | 539 | $785.00 | $250.00 | $449.00 | $440.00 | $190.00 | $275.00 |
| 2014 | **Ice Miller** | Indianapolis, IN | 291 | $530.00 | $335.00 | $450.00 | $305.00 | $245.00 | $270.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| $363.00 | $225.00 | $535.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $575.00 | $420.00 | $910.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $418.00 | $240.00 | $625.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| 2014 | Irell & Manella | Los Angeles, CA | 166 | $975.00 | $800.00 | $890.00 | $750.00 | $395.00 | $535.00 |
|------|-----------------|-----------------|-----|---------|---------|---------|---------|---------|---------|
| 2014 | Jackson Kelly | Charleston, WV | 179 | $535.00 | $270.00 | $345.00 | $315.00 | $200.00 | $243.00 |
| 2014 | Jackson Lewis | Los Angeles, CA | 724 | $440.00 | $310.00 | $380.00 | $315.00 | $275.00 | $290.00 |
| 2014 | Jackson Walker | Dallas, TX | 333 | $675.00 | $575.00 | $622.00 | $385.00 | $255.00 | $335.00 |
| 2014 | Jeffer, Mangels, Butler & Mitchell | Los Angeles, CA | 125 | $875.00 | $560.00 | $690.00 | | | |
| 2014 | Jenner & Block | Chicago, IL | 434 | $925.00 | $565.00 | $745.00 | $550.00 | $380.00 | $465.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Jones Day** | New York, NY | 2464 | $975.00 | $445.00 | $745.00 | $775.00 | $205.00 | $435.00 |
| 2014 | **Jones Walker** | New Orleans, LA | 363 | $425.00 | $275.00 | $385.00 | $240.00 | $200.00 | $225.00 |
| 2014 | **Kasowitz, Benson, Torres & Friedman** | New York, NY | 372 | $1195.00 | $600.00 | $835.00 | $625.00 | $200.00 | $340.00 |
| 2014 | **Katten Muchin Rosenman** | Chicago, IL | 612 | $745.00 | $500.00 | $615.00 | $595.00 | $340.00 | $455.00 |
| 2014 | **Kaye Scholer** | New York, NY | 392 | $1250.00 | $725.00 | $860.00 | $795.00 | $370.00 | $597.00 |
| 2014 | **Kelley Drye & Warren** | New York, NY | 293 | $815.00 | $435.00 | $640.00 | $600.00 | $305.00 | $430.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| 2014 | Kilpatrick Townsend & Stockton | Atlanta, GA | 561 | $775.00 | $400.00 | $550.00 | $475.00 | $315.00 | $385.00 |
| 2014 | King & Spalding | Atlanta, GA | 874 | $995.00 | $545.00 | $775.00 | $735.00 | $125.00 | $460.00 |
| 2014 | Kirkland & Ellis | Chicago, IL | 1554 | $995.00 | $590.00 | $825.00 | $715.00 | $235.00 | $540.00 |
| 2014 | Knobbe Martens Olson & Bear | Irvine, CA | 260 | $810.00 | $450.00 | $575.00 | $455.00 | $305.00 | $360.00 |
| 2014 | Kramer Levin Naftalis & Frankel | New York, NY | 313 | $1100.00 | $745.00 | $921.00 | $815.00 | $515.00 | $675.00 |
| 2014 | Lane Powell | Seattle, WA | 170 | $675.00 | $375.00 | $516.00 | $425.00 | $260.00 | $331.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $477.00 | $300.00 | $650.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Latham & Watkins** | New York, NY | 2060 | $1110.00 | $895.00 | $990.00 | $725.00 | $465.00 | $605.00 |
| 2014 | **Lathrop & Gage** | Kansas City, MO | 283 | $700.00 | $285.00 | $420.00 | $375.00 | $195.00 | $250.00 |
| 2014 | **Lewis Roca Rothgerber** | Phoenix, AZ | 228 | $695.00 | $380.00 | $505.00 | $525.00 | $205.00 | $400.00 |
| 2014 | **Lindquist & Vennum** | Minneapolis, MN | 178 | $600.00 | $460.00 | $520.00 | $470.00 | $275.00 | $365.00 |
| 2014 | **Littler Mendelson** | San Francisco, CA | 1002 | $615.00 | $395.00 | $550.00 | $420.00 | $245.00 | $290.00 |
| 2014 | **Lowenstein Sandler** | Roseland, NJ | 261 | $990.00 | $600.00 | $765.00 | $650.00 | $300.00 | $450.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|--|--|--|--|--|
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | Count | | | | | | |
|------|------|----------|-------|---|---|---|---|---|---|
| 2014 | **Manatt, Phelps & Phillips** | Los Angeles, CA | 329 | $795.00 | $640.00 | $740.00 | | | |
| 2014 | **McCarter & English** | Newark, NJ | 371 | $625.00 | $450.00 | $530.00 | $370.00 | $220.00 | $300.00 |
| 2014 | **McDermott Will & Emery** | Chicago, IL | 1021 | $835.00 | $525.00 | $710.00 | | | |
| 2014 | **McElroy, Deutsch, Mulvaney & Carpenter** | Morristown, NJ | 274 | $560.00 | $325.00 | $445.00 | $335.00 | $200.00 | $295.00 |
| 2014 | **McGuireWoods** | Richmond, VA | 931 | $725.00 | $450.00 | $595.00 | $525.00 | $285.00 | $360.00 |
| 2014 | **McKenna Long & Aldridge** | Atlanta, GA | 518 | $650.00 | $480.00 | $530.00 | $425.00 | $375.00 | $395.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

33

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Michael, Best & Friedrich** | Milwaukee, WI | 189 | $650.00 | $235.00 | $445.00 | $425.00 | $200.00 | $283.00 |
| 2014 | **Miles & Stockbridge** | Baltimore, MD | 226 | $740.00 | $340.00 | $478.00 | $425.00 | $230.00 | $290.00 |
| 2014 | **Moore & Van Allen** | Charlotte, NC | 274 | $870.00 | $315.00 | $490.00 | $430.00 | $190.00 | $280.00 |
| 2014 | **Morgan, Lewis & Bockius** | Philadelphia, PA | 1363 | $765.00 | $430.00 | $620.00 | $585.00 | $270.00 | $390.00 |
| 2014 | **Morris, Manning & Martin** | Atlanta, GA | 148 | $575.00 | $400.00 | $480.00 | | | |
| 2014 | **Morrison & Foerster** | San Francisco, CA | 1020 | $1195.00 | $595.00 | $865.00 | $725.00 | $230.00 | $525.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $419.00 | $225.00 | $695.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Nelson Mullins** | Columbia, SC | 466 | $800.00 | $250.00 | $444.00 | $395.00 | $215.00 | $271.00 |
| 2014 | **Nixon Peabody** | Boston, MA | 584 | $850.00 | $295.00 | $520.00 | $550.00 | $180.00 | $300.00 |
| 2014 | **Norris McLaughlin & Marcus** | Bridgewater, NJ | 128 | $505.00 | $485.00 | $495.00 | $365.00 | $185.00 | $275.00 |
| 2014 | **Norton Rose Fulbright** | Houston, TX | 3537 | $900.00 | $525.00 | $775.00 | $515.00 | $300.00 | $400.00 |
| 2014 | **Nossaman** | Los Angeles, CA | 148 | $800.00 | $370.00 | $579.00 | $490.00 | $255.00 | $340.00 |
| 2014 | **Nutter McClennen & Fish** | Boston, MA | 146 | $715.00 | $470.00 | $575.00 | $460.00 | $295.00 | $375.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| $376.00 | $195.00 | $600.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $495.00 | $440.00 | $550.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Ogletree Deakins** | Atlanta, GA | 668 | $650.00 | $250.00 | $360.00 | $365.00 | $200.00 | $260.00 |
| 2014 | **O'Melveny & Myers** | Los Angeles, CA | 721 | $950.00 | $615.00 | $715.00 | | | |
| 2014 | **Orrick Herrington & Sutcliffe** | New York, NY | 954 | $1095.00 | $715.00 | $845.00 | $375.00 | $710.00 | $560.00 |
| 2014 | **Parker Poe Adams & Bernstein** | Charlotte, NC | 185 | $500.00 | $425.00 | $450.00 | | | |
| 2014 | **Paul Hastings** | New York, NY | 889 | $900.00 | $750.00 | $815.00 | $755.00 | $335.00 | $540.00 |
| 2014 | **Paul, Weiss, Rifkind, Wharton & Garrison** | New York, NY | 854 | $1120.00 | $760.00 | $1040.00 | $735.00 | $595.00 | $678.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| $315.00 | $230.00 | $555.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $735.00 | $685.00 | $850.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Pepper Hamilton** | Philadelphia, PA | 510 | $950.00 | $465.00 | $645.00 | $525.00 | $280.00 | $390.00 |
| 2014 | **Perkins Coie** | Seattle, WA | 861 | $1000.00 | $330.00 | $615.00 | $610.00 | $215.00 | $425.00 |
| 2014 | **Pillsbury Winthrop Shaw Pittman** | Washington, DC | 591 | $1070.00 | $615.00 | $865.00 | $860.00 | $375.00 | $520.00 |
| 2014 | **Polsinelli** | Kansas City, MO | 616 | $775.00 | $325.00 | $435.00 | $350.00 | $235.00 | $279.00 |
| 2014 | **Proskauer Rose** | New York, NY | 712 | $950.00 | $725.00 | $880.00 | $675.00 | $295.00 | $465.00 |
| 2014 | **Quarles & Brady** | Milwaukee, WI | 422 | $625.00 | $425.00 | $519.00 | $600.00 | $210.00 | $335.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

41

| | | | | |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $635.00 | $280.00 | $800.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $376.00 | $300.00 | $450.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Quinn Emanuel Urquhart & Sullivan** | New York, NY | 673 | $1075.00 | $810.00 | $915.00 | $675.00 | $320.00 | $410.00 |
| 2014 | **Reed Smith** | Pittsburgh, PA | 1555 | $890.00 | $605.00 | $737.00 | $530.00 | $295.00 | $420.00 |
| 2014 | **Richards, Layton & Finger** | Wilmington, DE | 124 | $800.00 | $600.00 | $678.00 | $465.00 | $350.00 | $414.00 |
| 2014 | **Riker Danzig Scherer Hyland & Perretti** | Morristown, NJ | 146 | $495.00 | $430.00 | $455.00 | $295.00 | $210.00 | $250.00 |
| 2014 | **Robinson & Cole** | Hartford, CT | 201 | $700.00 | $295.00 | $500.00 | $445.00 | $215.00 | $300.00 |
| 2014 | **Rutan & Tucker** | Costa Mesa, CA | 147 | $675.00 | $345.00 | $490.00 | $500.00 | $230.00 | $320.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Saul Ewing** | Philadelphia, PA | 240 | $875.00 | $375.00 | $546.00 | $590.00 | $225.00 | $344.00 |
| 2014 | **Schiff Hardin** | Chicago, IL | 317 | | | | $415.00 | $250.00 | $333.00 |
| 2014 | **Sedgwick** | San Francisco, CA | 342 | $615.00 | $305.00 | $425.00 | $475.00 | $250.00 | $325.00 |
| 2014 | **Seward & Kissel** | New York, NY | 143 | $850.00 | $625.00 | $735.00 | $600.00 | $290.00 | $400.00 |
| 2014 | **Seyfarth Shaw** | Chicago, IL | 779 | $860.00 | $375.00 | $610.00 | $505.00 | $225.00 | $365.00 |
| 2014 | **Sheppard Mullin Richter & Hampton** | Los Angeles, CA | 549 | $875.00 | $490.00 | $685.00 | $535.00 | $275.00 | $415.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

45

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Shumaker Loop & Kendrick** | Toledo, OH | 224 | $595.00 | $305.00 | $413.00 | $330.00 | $160.00 | $256.00 |
| 2014 | **Shutts & Bowen** | Miami, FL | 230 | $660.00 | $250.00 | $430.00 | $345.00 | $195.00 | $260.00 |
| 2014 | **Skadden, Arps, Slate, Meagher & Flom** | New York, NY | 1664 | $1150.00 | $845.00 | $1035.00 | $845.00 | $340.00 | $620.00 |
| 2014 | **Snell & Wilmer** | Phoenix, AZ | 411 | $845.00 | $325.00 | $525.00 | $470.00 | $180.00 | $280.00 |
| 2014 | **Spilman Thomas & Battle** | Charleston, WV | 131 | | | | | | |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $280.00 | $215.00 | $350.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| 2014 | **Squire Patton Boggs** | | | $950.00 | $350.00 | $655.00 | $530.00 | $250.00 | $355.00 |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Sterne, Kessler, Goldstein & Fox** | Washington, DC | 122 | $795.00 | $450.00 | $577.00 | $470.00 | $265.00 | $346.00 |
| 2014 | **Stevens & Lee** | Reading, PA | 154 | $800.00 | $525.00 | $625.00 | | | |
| 2014 | **Stoel Rives** | Portland, OR | 365 | $800.00 | $300.00 | $492.00 | $465.00 | $205.00 | $287.00 |
| 2014 | **Strasburger & Price** | Dallas, TX | 217 | $690.00 | $290.00 | $435.00 | $365.00 | $210.00 | $270.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

49

|  |  |  | National Law Journal, December 2014 | Location data not available due to merger in 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| $483.57 | $450.00 | $520.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|  |  |  | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $312.00 | $280.00 | $510.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| $475.00 | $300.00 | $690.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Stroock & Stroock & Lavan** | New York, NY | 285 | $1125.00 | $675.00 | $960.00 | $840.00 | $350.00 | $549.00 |
| 2014 | **Taft Stettinius & Hollister** | Cincinnati, OH | 357 | $535.00 | $285.00 | $415.00 | $475.00 | $200.00 | $285.00 |
| 2014 | **Thompson & Knight** | Dallas, TX | 290 | $740.00 | $425.00 | $535.00 | $610.00 | $240.00 | $370.00 |
| 2014 | **Thompson Coburn** | St. Louis, MO | 317 | $510.00 | $330.00 | $440.00 | $350.00 | $220.00 | $270.00 |
| 2014 | **Troutman Sanders** | Atlanta, GA | 567 | $975.00 | $400.00 | $620.00 | $570.00 | $245.00 | $340.00 |
| 2014 | **Ulmer & Berne** | Cleveland, OH | 178 | $415.00 | $315.00 | $380.00 | | | |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | |
|---|---|---|---|---|
| $979.00 | $745.00 | $1095.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | **Varnum** | Grand Rapids, MI | 133 | $465.00 | $290.00 | $390.00 | | | |
| 2014 | **Venable** | Washington, DC | 533 | $1075.00 | $470.00 | $660.00 | $575.00 | $295.00 | $430.00 |
| 2014 | **Vinson & Elkins** | Houston, TX | 650 | $770.00 | $475.00 | $600.00 | $565.00 | $275.00 | $390.00 |
| 2014 | **Waller Lansden Dortch & Davis** | Nashville, TN | 178 | $600.00 | $350.00 | $460.00 | $335.00 | $190.00 | $245.00 |
| 2014 | **Weil, Gotshal & Manges** | New York, NY | 1157 | $1075.00 | $625.00 | $930.00 | $790.00 | $300.00 | $600.00 |
| 2014 | **White & Case** | New York, NY | 1895 | $1050.00 | $700.00 | $875.00 | $1050.00 | $220.00 | $525.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

53

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| 2014 | **Wiley Rein** | Washington, DC | 277 | $950.00 | $550.00 | $665.00 | $535.00 | $320.00 | $445.00 |
| 2014 | **Williams Mullen** | Richmond, VA | 233 | $410.00 | $360.00 | $385.00 | $350.00 | $260.00 | $295.00 |
| 2014 | **Willkie Farr & Gallagher** | New York, NY | 526 | $1090.00 | $790.00 | $950.00 | $790.00 | $350.00 | $580.00 |
| 2014 | **Wilmer Cutler Pickering Hale and Dorr** | Washington, DC | 988 | $1250.00 | $735.00 | $905.00 | $695.00 | $75.00 | $290.00 |
| 2014 | **Winston & Strawn** | Chicago, IL | 822 | $995.00 | $650.00 | $800.00 | $590.00 | $425.00 | $520.00 |
| 2014 | **Wolff & Samson** | West Orange, NJ | 125 | $450.00 | $325.00 | $400.00 | $450.00 | $225.00 | $340.00 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
|---|---|---|---|---|
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| 2014 | **Womble Carlyle Sandridge & Rice** | Winston-Salem, NC | 492 | $640.00 | $470.00 | $554.00 | | | |
| 2014 | **Wyatt Tarrant & Combs** | Louisville, KY | 202 | $500.00 | $280.00 | $418.00 | | | |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| --- | --- | --- | --- | --- |
| | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com