**EXHIBIT C**

| Attorney Deductions - August 31, 2014 | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Time Deducted** | **X Hourly Rate** | **Total Deduction** | | |
| R. Cai | 1 | | | | |
| R. Cai | 0.5 | | | | |
| **Total** | **1.5** | $558.00 | $837.00 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Fees August Bill: | $46,538.55 |
| | | | | R. Cai deduction | ($837.00) |
| | | | | | |
| | | | | **Grand Total** | **$45,701.55** |

EXHIBIT C

| Attorney Deductions - September 30, 2014 | | | | | |
|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| S. Bayard | 0.8 | | | | |
| Total | 0.8 | $436.50 | $349.20 | | |
| | | | | | |
| R. Cai | 1 | | | | |
| Total | 1 | $558.00 | $558.00 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Fees September Bill: | $57,838.50 |
| | | | | S. Bayard deduction | ($349.20) |
| | | | | R. Cai deduction | ($558.00) |
| | | | | | |
| | | | | Grand Total | $56,931.30 |

| Attorney Deductions - October 31, 2014 | | | | | |
|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| R. Balin | 0.8 | | | | |
| R. Balin | 0.5 | | | | |
| **Total** | 1.3 | $585.00 | $760.50 | | |
| | | | | | |
| | | | | | |
| | | | | Total Fees October Bill: | $58,180.50 |
| | | | | R. Balin deduction | ($760.50) |
| | | | | | |
| | | | | **Grand Total** | **$57,420.00** |

| Attorney Deductions - November 30, 2014 | | | | | |
|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.1 | | | | |
| **Total** | 0.5 | $585.00 | $292.50 | | |
| | | | | | |
| | | | | | |
| | | | | Total Fees November Bill: | $45,381.60 |
| | | | | R. Balin deduction | ($292.50) |
| | | | | | |
| | | | | **Grand Total** | **$45,089.10** |

| Attorney Deductions -December 18, 2014 | | | | | |
|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.3 | | | | |
| **TOTAL** | 0.5 | $585.00 | $292.50 | | |
| | | | | | |
| L. Koonce | 0.3 | | | | |
| **TOTAL** | 0.3 | $495.00 | $148.50 | | |
| | | | | | |
| G. Wukoson | 0.2 | | | | |
| G. Wukoson | 0.3 | | | | |
| **TOTAL** | 0.5 | $414.00 | $207.00 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Fees December Bill: | $89,931.75 |
| | | | | R. Balin deduction | ($292.50) |
| | | | | L. Koonce deduction | ($148.50) |
| | | | | G. Wukoson deduction | ($207.00) |
| | | | | | |
| | | | | **Grand Total** | **$89,283.75** |

| Attorney Deductions -January 31, 2015 | | | | | |
|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| A. Huang | 4.5 | | | | |
| **TOTAL** | 4.5 | $211.50 | $951.75 | | |
| | | | | | |
| G. Wukoson | 0.2 | | | | |
| G. Wukoson | 0.4 | | | | |
| G. Wukoson | 0.2 | | | | |
| G. Wukoson | 0.9 | | | | |
| **TOTAL** | 1.7 | $414.00 | $703.80 | | |
| | | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 1 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 0.8 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 1.1 | | | | |
| L. Koonce | 0.2 | | | Total Fees January Bill: | $198,098.55 |
| L. Koonce | 0.6 | | | A. Huang deduction | ($951.75) |
| **TOTAL** | 4.7 | $495.00 | $2,326.50 | G. Wukoson deduction | ($703.80) |
| | | | | L. Koonce deduction | ($2,326.50) |
| R. Balin | 0.1 | | | R. Balin deduction | ($1,111.50) |
| R. Balin | 0.1 | | | S. Bayard deduction | ($1,927.80) |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.1 | | | **Grand Total** | **$191,077.20** |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 0.2 | | | | |
| **TOTAL** | 1.9 | $585.00 | $1,111.50 | | |
| | | | | | |
| S. Bayard | 2.1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| S. Bayard | 0.7 | | | | |
| S. Bayard | 0.5 | | | | |
| S. Bayard | 0.2 | | | | |
| S. Bayard | 0.7 | | | | |
| **TOTAL** | 4.2 | $459.00 | $1,927.80 | | |

| Attorney Deductions -February 28, 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | | |
| | | | | | | |
| A. Huang | 1.4 | | | | | |
| **TOTAL** | 1.4 | $211.50 | $296.10 | | | |
| | | | | | | |
| C. McCauley | 0.6 | | | | | |
| **TOTAL** | 0.6 | $459.00 | $275.40 | | | |
| | | | | | | |
| G. Wukoson | 0.1 | | | | | |
| **TOTAL** | 0.1 | $414.00 | $41.40 | | | |
| | | | | | | |
| K. Baker | 0.8 | | | | | |
| **TOTAL** | 0.8 | $481.50 | $385.20 | | Total Fees February Bill: | $144,239.40 |
| | | | | | A. Huang deduction | ($296.10) |
| L. Koonce | 2.3 | | | | C. McCauley deduction | ($275.40) |
| L. Koonce | 0.2 | | | | G. Wukoson deduction | ($41.40) |
| L. Koonce | 0.1 | | | | K. Baker deduction | ($385.20) |
| L. Koonce | 0.3 | | | | L. Koonce deduction | ($1,683.00) |
| L. Koonce | 0.2 | | | | R. Balin deduction | ($468.00) |
| L. Koonce | 0.3 | | | | S. Bayard deduction | ($367.20) |
| **TOTAL** | 3.4 | $495.00 | $1,683.00 | | | |
| | | | | | **Grand Total** | **$140,723.10** |
| R. Balin | 0.4 | | | | | |
| R. Balin | 0.1 | | | | | |
| R. Balin | 0.2 | | | | | |
| R. Balin | 0.1 | | | | | |
| **TOTAL** | 0.8 | $585.00 | $468.00 | | | |
| | | | | | | |
| S. Bayard | 0.7 | | | | | |
| S. Bayard | 0.1 | | | | | |
| **TOTAL** | 0.8 | $459.00 | $367.20 | | | |

| Attorney Deductions -March 31, 2015 | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Time Deducted** | **X Hourly Rate** | **Total Deduction** | | |
| | | | | | |
| C. McCauley | 0.7 | | | | |
| C. McCauley | 0.7 | | | | |
| **TOTAL** | 1.4 | $459.00 | $642.60 | | |
| | | | | | |
| G. Wukoson | 1.1 | | | | |
| **TOTAL** | 1.1 | $414.00 | $455.40 | | |
| | | | | | |
| L. Koonce | 0.2 | | | | |
| **TOTAL** | 0.2 | $495.00 | $99.00 | | |
| | | | | | |
| R. Balin | 0.3 | | | | |
| **TOTAL** | 0.3 | $585.00 | $175.50 | | |
| | | | | | |
| S. Bayard | 0.9 | | | Total Fees March Bill: | $118,743.30 |
| S. Bayard | 0.2 | | | C. McCauley deduction | ($642.60) |
| **TOTAL** | 1.1 | $459.00 | $504.90 | G. Wukoson deduction | ($455.40) |
| | | | | L. Koonce deduction | ($99.00) |
| | | | | R. Balin deduction | ($175.50) |
| | | | | S. Bayard deduction | ($504.90) |
| | | | | | |
| | | | | **Grand Total** | **$116,865.90** |

| Attorney Deductions -April 30, 2015 | | | | | |
|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| C. McCauley | 0.4 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.5 | | | | |
| C. McCauley | 3 | | | | |
| C. McCauley | 2.4 | | | | |
| C. McCauley | 2.4 | | | | |
| C. McCauley | 0.3 | | | | |
| C. McCauley | 1.2 | | | | |
| C. McCauley | 0.1 | | | | |
| TOTAL | 10.7 | $459.00 | $4,911.30 | | |
| | | | | | |
| L. Koonce | 1.2 | | | | |
| L. Koonce | 0.6 | | | Total Fees April Bill: | $86,125.05 |
| L. Koonce | 0.6 | | | C. McCauley deduction | ($4,911.30) |
| L. Koonce | 0.3 | | | L. Koonce deduction | ($3,168.00) |
| L. Koonce | 0.6 | | | R. Balin deduction | ($3,510.00) |
| L. Koonce | 1.1 | | | R. Cai deduction | ($1,567.35) |
| L. Koonce | 0.9 | | | S. Bayard deduction | ($321.30) |
| L. Koonce | 1.1 | | | | |
| TOTAL | 6.4 | $495.00 | $3,168.00 | Grand Total | $72,647.10 |
| | | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.5 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 1.3 | | | | |
| R. Balin | 1.6 | | | | |
| R. Balin | 0.9 | | | | |
| R. Balin | 0.2 | | | | |

| R. Balin | 1 | | | | | |
|----------|---|------------|-----------|--|--|--|
| **TOTAL** | 6 | $585.00 | $3,510.00 | | | |
| | | | | | | |
| R. Cai | 0.5 | | | | | |
| R. Cai | 1.2 | | | | | |
| R. Cai | 1 | | | | | |
| **TOTAL** | 2.7 | $580.50 | $1,567.35 | | | |
| | | | | | | |
| S. Bayard | 0.5 | | | | | |
| S. Bayard | 0.2 | | | | | |
| **TOTAL** | 0.7 | $459.00 | $321.30 | | | |

| Attorney Deductions - May 27, 2015 | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Time Deducted** | **X Hourly Rate** | **Total Deduction** | | |
| | | | | | |
| A. Huang | 1.5 | | | | |
| **TOTAL** | 1.5 | $211.50 | $317.25 | | |
| | | | | | |
| C. Johnson | 0.2 | | | | |
| **TOTAL** | 0.2 | $202.50 | $40.50 | | |
| | | | | | |
| C. McCauley | 0.3 | | | | |
| C. McCauley | 0.6 | | | | |
| C. McCauley | 0.1 | | | | |
| C. McCauley | 0.1 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.4 | | | | |
| C. McCauley | 0.3 | | | Total Fees May Bill: | $84,298.50 |
| **TOTAL** | 2 | $459.00 | $918.00 | | |
| | | | | A. Huang deduction | ($317.25) |
| E. Ou | 4.2 | | | C. Johnson deduction | ($40.50) |
| E. Ou | 3.3 | | | C. McCauley deduction | ($918.00) |
| E. Ou | 2.6 | | | E. Ou deduction | ($2,876.40) |
| E. Ou | 3.5 | | | G. Wukoson deduction | ($5,009.40) |
| **TOTAL** | 13.6 | $211.50 | $2,876.40 | J. Arweiler deduction | ($222.30) |
| | | | | L. Koonce deduction | ($17,473.50) |
| G. Wukoson | 0.2 | | | R. Balin deduction | ($9,477.00) |
| G. Wukoson | 0.4 | | | R. Cai deduction | ($290.25) |
| G. Wukoson | 1.1 | | | S. Bayard deduction | ($1,652.40) |
| G. Wukoson | 0.8 | | | S. Zhang deduction | ($1,240.20) |
| G. Wukoson | 1.2 | | | | |
| G. Wukoson | 0.5 | | | **Grand Total** | **$44,781.30** |
| G. Wukoson | 0.1 | | | | |
| G. Wukoson | 0.6 | | | | |
| G. Wukoson | 0.3 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| G. Wukoson | 0.6 | | | | |
| G. Wukoson | 0.4 | | | | |
| G. Wukoson | 0.5 | | | | |
| G. Wukoson | 3 | | | | |
| G. Wukoson | 1.8 | | | | |
| G. Wukoson | 0.3 | | | | |
| G. Wukoson | 0.3 | | | | |
| **TOTAL** | 12.1 | $414.00 | $5,009.40 | | |
| | | | | | |
| J. Arweiler | 1.3 | | | | |
| **TOTAL** | 1.3 | $171.00 | $222.30 | | |
| | | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 0.8 | | | | |
| L. Koonce | 1 | | | | |
| L. Koonce | 5.3 | | | | |
| L. Koonce | 2.8 | | | | |
| L. Koonce | 1.1 | | | | |
| L. Koonce | 1.8 | | | | |
| L. Koonce | 0.5 | | | | |
| L. Koonce | 0.5 | | | | |
| L. Koonce | 4.9 | | | | |
| L. Koonce | 0.8 | | | | |
| L. Koonce | 5.4 | | | | |
| L. Koonce | 2.2 | | | | |
| L. Koonce | 2.1 | | | | |
| L. Koonce | 0.6 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 2.1 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 1.7 | | | | |
| L. Koonce | 0.2 | | | | |
| **TOTAL** | 35.3 | $495.00 | $17,473.50 | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| R. Balin | 0.2 | | | | |
| R. Balin | 0.8 | | | | |
| R. Balin | 0.6 | | | | |
| R. Balin | 0.7 | | | | |
| R. Balin | 0.7 | | | | |
| R. Balin | 0.5 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 1.1 | | | | |
| R. Balin | 0.8 | | | | |
| R. Balin | 2.1 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 1.1 | | | | |
| R. Balin | 2.2 | | | | |
| R. Balin | 1.4 | | | | |
| R. Balin | 0.6 | | | | |
| R. Balin | 0.9 | | | | |
| R. Balin | 1.4 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.2 | | | | |
| **TOTAL** | 16.2 | $585.00 | $9,477.00 | | |
| | | | | | |
| R. Cai | 0.3 | | | | |
| R. Cai | 0.2 | | | | |
| **TOTAL** | 0.5 | $580.50 | $290.25 | | |
| | | | | | |
| S. Bayard | 0.9 | | | | |
| S. Bayard | 0.4 | | | | |
| S. Bayard | 1.5 | | | | |
| S. Bayard | 0.6 | | | | |
| S. Bayard | 0.2 | | | | |
| **TOTAL** | 3.6 | $459.00 | $1,652.40 | | |
| | | | | | |
| S. Zhang | 2 | | | | |
| S. Zhang | 3.2 | | | | |

| TOTAL | 5.2 | $238.50 | $1,240.20 | | |

| Attorney Deductions - June 26, 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | | |
| | | | | | | |
| A. Huang | 1 | | | | | |
| A. Huang | 2.6 | | | | | |
| **TOTAL** | 3.6 | $211.50 | $761.40 | | | |
| | | | | | | |
| C. McCauley | 0.3 | | | | | |
| C. McCauley | 2.7 | | | | | |
| C. McCauley | 3.4 | | | | | |
| C. McCauley | 0.4 | | | | | |
| C. McCauley | 0.4 | | | | | |
| C. McCauley | 0.2 | | | | | |
| C. McCauley | 1.3 | | | | Total Fees June Bill: | $51,440.40 |
| C. McCauley | 6.2 | | | | A. Huang deduction | ($761.40) |
| C. McCauley | 1.7 | | | | C. McCauley deduction | ($7,619.40) |
| **TOTAL** | 16.6 | $459.00 | $7,619.40 | | G. Wukoson deduction | ($1,035.00) |
| | | | | | L. Koonce deduction | ($8,365.50) |
| G. Wukoson | 0.9 | | | | R. Balin deduction | ($7,956.00) |
| G. Wukoson | 1.3 | | | | S. Bayard deduction | ($229.50) |
| G. Wukoson | 0.2 | | | | | |
| G. Wukoson | 0.1 | | | | **Grand Total** | **$25,473.60** |
| **TOTAL** | 2.5 | $414.00 | $1,035.00 | | | |
| | | | | | | |
| L. Koonce | 1.3 | | | | | |
| L. Koonce | 1.4 | | | | | |
| L. Koonce | 0.7 | | | | | |
| L. Koonce | 0.2 | | | | | |
| L. Koonce | 0.8 | | | | | |
| L. Koonce | 0.3 | | | | | |
| L. Koonce | 1.3 | | | | | |
| L. Koonce | 0.6 | | | | | |
| L. Koonce | 0.5 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.9 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.5 | | | | |
| L. Koonce | 1.5 | | | | |
| L. Koonce | 3.8 | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 1.8 | | | | |
| L. Koonce | 0.5 | | | | |
| **TOTAL** | 16.9 | $495.00 | $8,365.50 | | |
| | | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.7 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 0.5 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.8 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.6 | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 2 | | | | |
| R. Balin | 6.1 | | | | |
| **TOTAL** | 13.6 | $585.00 | $7,956.00 | | |
| | | | | | |
| S. Bayard | 0.5 | | | | |
| **TOTAL** | 0.5 | $459.00 | $229.50 | | |

| Attorney Deductions - July 31, 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | | |
| | | | | | | |
| A. Huang | 0.3 | | | | | |
| **Total** | 0.3 | $211.50 | $63.45 | | | |
| | | | | | | |
| C. McCauley | 0.4 | | | | | |
| C. McCauley | 0.1 | | | | | |
| C. McCauley | 0.3 | | | | | |
| C. McCauley | 0.2 | | | | | |
| C. McCauley | 0.1 | | | | | |
| **Total** | 1.1 | $459.00 | $504.90 | | | |
| | | | | | | |
| D. Palacios | 4.1 | | | | | |
| D. Palacios | 2.6 | | | | | |
| D. Palacios | 0.6 | | | | | |
| **Total** | 7.3 | $301.50 | $2,200.95 | | | |
| | | | | | | |
| G. Wukoson | 1 | | | | | |
| G. Wukoson | 0.6 | | | | Total Fees July Bill: | $112,846.50 |
| **Total** | 1.6 | $414.00 | $662.40 | | | |
| | | | | | A. Huang deduction | ($63.45) |
| L. Koonce | 1.8 | | | | C. McCauley deduction | ($504.90) |
| L. Koonce | 1.7 | | | | D. Palacios deduction | ($2,200.95) |
| L. Koonce | 0.2 | | | | G. Wukoson deduction | ($662.40) |
| L. Koonce | 0.2 | | | | L. Koonce deduction | ($9,553.50) |
| L. Koonce | 1.3 | | | | R. Balin deduction | ($2,398.50) |
| L. Koonce | 2.2 | | | | S. Sullivan deduction | ($5,468.40) |
| L. Koonce | 0.8 | | | | | |
| L. Koonce | 2.1 | | | | **Grand Total** | **$91,994.40** |
| L. Koonce | 0.4 | | | | | |
| L. Koonce | 0.5 | | | | | |
| L. Koonce | 0.6 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L. Koonce | 0.2 | | | | |
| L. Koonce | 1.8 | | | | |
| L. Koonce | 1.4 | | | | |
| L. Koonce | 0.8 | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 2.9 | | | | |
| **Total** | 19.3 | $495.00 | $9,553.50 | | |
| | | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.6 | | | | |
| R. Balin | 0.3 | | | | |
| **Total** | 4.1 | $585.00 | $2,398.50 | | |
| | | | | | |
| S. Sullivan | 2.5 | | | | |
| S. Sullivan | 6 | | | | |
| S. Sullivan | 1.8 | | | | |
| S. Sullivan | 2.1 | | | | |
| **Total** | 12.4 | $441.00 | $5,468.40 | | |

| Attorney Deductions - August 31, 2015 | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Time Deducted** | **X Hourly Rate** | **Total Deduction** | | |
| | | | | | |
| C. McCauley | 0.3 | | | | |
| C. McCauley | 0.3 | | | | |
| C. McCauley | 0.5 | | | | |
| C. McCauley | 0.5 | | | | |
| **TOTAL** | 1.6 | $459.00 | $734.40 | | |
| | | | | | |
| G. Wukoson | 0.2 | | | | |
| G. Wukoson | 0.7 | | | | |
| G. Wukoson | 0.2 | | | | |
| G. Wukoson | 0.8 | | | | |
| G. Wukoson | 2.3 | | | | |
| G. Wukoson | 0.1 | | | | |
| G. Wukoson | 0.4 | | | | |
| G. Wukoson | 0.4 | | | | |
| **TOTAL** | 5.1 | $414.00 | $2,111.40 | | |
| | | | | | |
| J. Arweiler | 1.5 | | | | |
| **TOTAL** | 1.5 | $171.00 | $256.50 | Total Fees August Bill: | $83,191.05 |
| | | | | | |
| L. Koonce | 0.7 | | | C. McCauley deduction | ($734.40) |
| L. Koonce | 0.1 | | | G. Wukoson deduction | ($2,111.40) |
| L. Koonce | 0.3 | | | J. Arweiler deduction | ($256.50) |
| L. Koonce | 1 | | | L. Koonce deduction | ($13,860.00) |
| L. Koonce | 1.3 | | | R. Balin deduction | ($2,925.00) |
| L. Koonce | 0.7 | | | R. Cai deduction | ($290.25) |
| L. Koonce | 1 | | | | |
| L. Koonce | 0.6 | | | **Grand Total** | **$63,013.50** |
| L. Koonce | 1.8 | | | | |
| L. Koonce | 0.7 | | | | |
| L. Koonce | 0.6 | | | | |
| L. Koonce | 0.2 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L. Koonce | 9.5 | | | | |
| L. Koonce | 1.8 | | | | |
| L. Koonce | 3.8 | | | | |
| L. Koonce | 3.9 | | | | |
| **TOTAL** | 28 | $495.00 | $13,860.00 | | |
| | | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 1.2 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.7 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.8 | | | | |
| R. Balin | 0.4 | | | | |
| **TOTAL** | 5 | $585.00 | $2,925.00 | | |
| | | | | | |
| R. Cai | 0.5 | | | | |
| **TOTAL** | 0.5 | $580.50 | $290.25 | | |

| Attorney Deductions - September 30, 2015 | | | | | |
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| A. Huang | 3.5 | | | | |
| A. Huang | 1 | | | | |
| **TOTAL** | 4.5 | $211.50 | $951.75 | | |
| | | | | | |
| C. McCauley | 0.5 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.1 | | | | |
| C. McCauley | 0.1 | | | | |
| C. McCauley | 0.4 | | | | |
| C. McCauley | 0.1 | | | | |
| **TOTAL** | 1.6 | $459.00 | $734.40 | | |
| | | | | | |
| G. Wukoson | 1.3 | | | | |
| G. Wukoson | 3.3 | | | | |
| G. Wukoson | 1 | | | Total Fees September Bill: | $116,922.60 |
| G. Wukoson | 1.3 | | | | |
| **TOTAL** | 6.9 | $414.00 | $2,856.60 | A. Huang deduction | ($951.75) |
| | | | | C. McCauley deduction | ($734.40) |
| J. Arweiler | 1.7 | | | G. Wukoson deduction | ($2,856.60) |
| **TOTAL** | 1.7 | $171.00 | $290.70 | J. Arweiler deduction | ($290.70) |
| | | | | L. Koonce deduction | ($3,366.00) |
| L. Koonce | 0.8 | | | R. Balin deduction | ($5,206.50) |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.3 | | | **Grand Total** | **$103,516.65** |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 0.6 | | | | |
| L. Koonce | 0.1 | | | | |
| L. Koonce | 2.6 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.3 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L. Koonce | 0.2 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.5 | | | | |
| **TOTAL** | 6.8 | $495.00 | $3,366.00 | | |
| | | | | | |
| R. Balin | 0.9 | | | | |
| R. Balin | 0.7 | | | | |
| R. Balin | 4.3 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 0.9 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.2 | | | | |
| **TOTAL** | 8.9 | $585.00 | $5,206.50 | | |

| Attorney Deductions - October 30, 2015 | | | | | |
|---|---|---|---|---|---|
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| C. McCauley | 0.4 | | | | |
| C. McCauley | 1.1 | | | | |
| C. McCauley | 0.3 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.4 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.4 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.3 | | | | |
| C. McCauley | 1.4 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 2.6 | | | | |
| C. McCauley | 0.5 | | | | |
| C. McCauley | 0.6 | | | | |
| C. McCauley | 1.1 | | | | |
| C. McCauley | 0.1 | | | Total Fees October Bill: | $129,947.85 |
| C. McCauley | 0.1 | | | | |
| C. McCauley | 0.1 | | | C. McCauley deduction | ($4,681.80) |
| **TOTAL** | **10.2** | $459.00 | $4,681.80 | G. Wukoson deduction | ($7,369.20) |
| | | | | L. Koonce deduction | ($5,544.00) |
| G. Wukoson | 0.1 | | | R. Balin deduction | ($1,638.00) |
| G. Wukoson | 0.1 | | | R. Cai deduction | ($580.50) |
| G. Wukoson | 3.7 | | | | |
| G. Wukoson | 1.9 | | | **Grand Total** | **$110,134.35** |
| G. Wukoson | 2.2 | | | | |
| G. Wukoson | 4 | | | | |
| G. Wukoson | 0.6 | | | | |
| G. Wukoson | 0.1 | | | | |
| G. Wukoson | 0.7 | | | | |
| G. Wukoson | 4.4 | | | | |
| **TOTAL** | 17.8 | $414.00 | $7,369.20 | | |

| | | | | | |
|---|---|---|---|---|---|
| L. Koonce | 0.4 | | | | |
| L. Koonce | 2.5 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 1.7 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 2.6 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 0.6 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.2 | | | | |
| **TOTAL** | 11.2 | $495.00 | $5,544.00 | | |
| | | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.6 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.7 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.6 | | | | |
| R. Balin | 0.1 | | | | |
| **TOTAL** | 2.8 | $585.00 | $1,638.00 | | |
| | | | | | |
| R. Cai | 0.5 | | | | |
| R. Cai | 0.5 | | | | |
| **TOTAL** | 1 | $580.50 | $580.50 | | |

| Attorney Deductions - November 20, 2015 | | | | | |
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.1 | | | | |
| C. McCauley | 0.8 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.2 | | | | |
| **TOTAL** | 1.7 | $459.00 | $780.30 | | |
| | | | | | |
| G. Wukoson | 0.3 | | | | |
| G. Wukoson | 1.4 | | | | |
| G. Wukoson | 0.1 | | | | |
| G. Wukoson | 0.6 | | | | |
| G. Wukoson | 0.5 | | | | |
| G. Wukoson | 0.7 | | | Total Fees November Bill: | $72,108.90 |
| G. Wukoson | 1.1 | | | | |
| G. Wukoson | 0.3 | | | C. McCauley deduction | ($780.30) |
| G. Wukoson | 0.1 | | | G. Wukoson deduction | ($2,152.80) |
| G. Wukoson | 0.1 | | | L. Koonce deduction | ($3,861.00) |
| **TOTAL** | 5.2 | $414.00 | $2,152.80 | R. Balin deduction | ($1,579.50) |
| | | | | | |
| L. Koonce | 1.2 | | | **Grand Total** | **$63,735.30** |
| L. Koonce | 0.1 | | | | |
| L. Koonce | 0.1 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.5 | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 0.1 | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 0.6 | | | | |
| L. Koonce | 2.1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L. Koonce | 0.2 | | | | |
| L. Koonce | 0.6 | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 0.5 | | | | |
| L. Koonce | 0.2 | | | | |
| **TOTAL** | 7.8 | $495.00 | $3,861.00 | | |
| | | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.8 | | | | |
| R. Balin | 0.5 | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 0.5 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 0.3 | | | | |
| **TOTAL** | 2.7 | $585.00 | $1,579.50 | | |

| Attorney Deductions - December 30, 2015 | | | | | |
| Attorney | Time Deducted | X Hourly Rate | Total Deduction | | |
| | | | | | |
| C. McCauley | 0.5 | | | | |
| C. McCauley | 1.1 | | | | |
| C. McCauley | 0.4 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.6 | | | | |
| C. McCauley | 1.4 | | | | |
| C. McCauley | 1 | | | | |
| C. McCauley | 0.1 | | | | |
| C. McCauley | 0.2 | | | | |
| C. McCauley | 0.4 | | | | |
| **TOTAL** | **5.9** | $459.00 | $2,708.10 | | |
| | | | | | |
| G. Wukoson | 0.1 | | | | |
| G. Wukoson | 0.1 | | | Total Fees December Bill: | $59,309.10 |
| **TOTAL** | 0.2 | $414.00 | $82.80 | | |
| | | | | C. McCauley deduction | ($2,708.10) |
| L. Koonce | 0.3 | | | G. Wukoson deduction | ($82.80) |
| L. Koonce | 2 | | | L. Koonce deduction | ($7,276.50) |
| L. Koonce | 0.2 | | | R. Balin deduction | ($3,393.00) |
| L. Koonce | 2.2 | | | | |
| L. Koonce | 0.3 | | | **Grand Total** | **$45,848.70** |
| L. Koonce | 1.2 | | | | |
| L. Koonce | 1.9 | | | | |
| L. Koonce | 1.2 | | | | |
| L. Koonce | 0.5 | | | | |
| L. Koonce | 0.3 | | | | |
| L. Koonce | 1 | | | | |
| L. Koonce | 0.4 | | | | |
| L. Koonce | 0.2 | | | | |
| L. Koonce | 1 | | | | |
| L. Koonce | 1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L. Koonce | 1 | | | | |
| **TOTAL** | 14.7 | $495.00 | $7,276.50 | | |
| | | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.4 | | | | |
| R. Balin | 1.9 | | | | |
| R. Balin | 1.2 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.2 | | | | |
| R. Balin | 0.3 | | | | |
| R. Balin | 0.1 | | | | |
| R. Balin | 1 | | | | |
| R. Balin | 0.1 | | | | |
| **TOTAL** | 5.8 | $585.00 | $3,393.00 | | |

| Invoice Date | Invoice Amount Less Deductions |
|---|---|
| 8/31/2014 | $45,701.55 |
| 9/30/2014 | $56,931.30 |
| 10/31/2014 | $57,420.00 |
| 11/30/2014 | $45,089.10 |
| 12/18/2014 | $89,283.75 |
| 1/31/2015 | $191,077.20 |
| 2/28/2015 | $140,723.10 |
| 3/31/2015 | $116,865.90 |
| 4/30/2015 | $72,647.10 |
| 5/27/2015 | $44,781.30 |
| 6/26/2015 | $25,473.60 |
| 7/31/2015 | $91,994.40 |
| 8/31/2015 | $63,013.50 |
| 9/30/2015 | $103,516.65 |
| 10/30/2015 | $110,134.35 |
| 11/20/2015 | $63,735.30 |
| 12/30/2015 | $45,848.70 |
| **TOTAL** | **$1,364,236.80** |