UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHINA CENTRAL TELEVISION, a
China company, et al.

    Plaintiffs,

v.

CREATE NEW TECHNOLOGY, (HK)
LIMITED, a Hong Kong Company, et. al.,

    Defendants.
_____/

Case No.: 2:15-cv-01869-MMM
Hon. Margaret M. Morrow

## SUGGESTION OF BANKRUPTCY

Amit Bhalla (the "**Debtor**") hereby gives notice that on January 13, 2016, he filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, under case number 8:16-bk-00265 (the "Bankruptcy Case"), see **Exhibit 1** – docket report.

As a result of the filing of the Bankruptcy Case, certain acts and proceedings against the Debtor and his property are stayed as provided in 11 U.S.C. § 362.  The effect of this stay is generally equivalent to an automatic restraining order against all entities from commencing and continuing any lawsuit or enforcing any judgment against the Debtor, from enforcing any lien against, or attempting to obtain possession of, Debtor's property, or from the setoff of any debt owing to Debtor.

Dated:  January 14, 2016

*/s/ Mark G. Clark*
Mark G. Clark  (*Pro Hac Vice* )
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636

mark@traverselegal.com

Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com


*Attorneys for Defendants Asha and Bhalla*

### *CERTIFICATE OF SERVICE*

I hereby certify that on the 14th day of January, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.


*/s/ Mark G. Clark*
Mark G. Clark  (*Pro Hac Vice* )
TRAVERSE LEGAL, PLC


*Attorneys for Defendant Asha and Bhalla*