# EXHIBIT 1

DebtEdDue, MEANSNO

# U.S. Bankruptcy Court
# Middle District of Florida (Tampa)
# Bankruptcy Petition #: 8:16-bk-00265-KRM

*Date filed:* 01/13/2016

*Assigned to:* K. Rodney May
Chapter 7
Voluntary
Asset

| | |
|---|---|
| *Debtor* | represented by **Suzy Tate** |
| **Amit Bhalla** | Suzy Tate, P.A. |
| 3102 W. El Prado Blvd., Unit 1 | 14502 North Dale Mabry Highway |
| Tampa, FL 33629 | Suite 200 |
| HILLSBOROUGH-FL | Tampa, FL 33618 |
| SSN / ITIN: xxx-xx-2363 | (813) 264-1685 |
| | Fax : 813 540 8024 |
| | Email: suzy@suzytate.com |

*Trustee*
**Douglas N Menchise**
2963 Gulf to Bay Boulevard
Suite 300
Clearwater, FL 33759
727-797-8384

*U.S. Trustee*
**United States Trustee - TPA7/13**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

| Filing Date | # | Docket Text |
|---|---|---|
| 01/13/2016 | [1](#) (21 pgs) | Voluntary Petition under Chapter 7. (Fee Paid.). Schedules A-F and Summary of Assets. *Statement of Financial Affairs Not Filed. Disclosure of Compensation Not Filed or Not Required. Statement of Income and Means Test Calculation Not Filed.* Filed by Suzy Tate on behalf of Amit Bhalla. (Tate, Suzy) (Entered: 01/13/2016) |

| | | |
|---|---|---|
| 01/13/2016 | | Receipt of Filing Fee for Voluntary Petition (Chapter 7)(8:16-bk-00265) [misc,volp7a2] ( 335.00). Receipt Number 48455532, Amount Paid $ 335.00 (U.S. Treasury) (Entered: 01/13/2016) |
| 01/13/2016 | [2](#) (1 pg) | Certificate of Credit Counseling. Date Course was Completed: 01/13/2016. Filed by Suzy Tate on behalf of Debtor Amit Bhalla. (Tate, Suzy) (Entered: 01/13/2016) |
| 01/14/2016 | | Assignment of the Honorable K. Rodney May, Bankruptcy Judge to this case. The Trustee appointed to this case is Douglas N Menchise . (autojtr) (Entered: 01/14/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/14/2016 10:13:12 | | | |
| **PACER Login:** | tp0942:2975288:0 | **Client Code:** | Asha |
| **Description:** | Docket Report | **Search Criteria:** | 8:16-bk-00265-KRM Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |