Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark  (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha Media and Bhalla*

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al.,<br><br>        Defendants. | Case No. 2:15-cv-01869-MMM<br>Hon. Steven V. Wilson<br><br>**NOTICE OF MOTION AND MOTION TO ABATE PROCEEDINGS AGAINST ASHA MEDIA GROUP, INC.; AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Date: February 22, 2016<br>Time: 1:30 p.m.<br>Crtrm.: 6**<br><br>Action Filed:  March 13, 2015 |

1

NOTICE OF MOTION AND MOTION TO ABATE PROCEEDINGS AGAINST ASHA MEDIA GROUP

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on **February 22, 2016 at 1:30 p.m**., or as soon thereafter as the matter may be heard, in Courtroom 6 of the Honorable Stephen V. Wilson, located at 312 North Spring Street, Los Angeles, California, Defendants Amit Bhalla and Asha Media Group, Inc., will and hereby do move this Court for an order to abate proceedings against Asha Media Group, Inc. ("Asha")

As set forth in the accompanying declarations and memorandum of points and authorities, all proceedings against Asha should be stayed until the Chapter 7 trustee appointed in the Bankruptcy Case is able to evaluate whether to further defend Asha in this case.

Defendants therefore respectfully requests that this Court enter an order granting this Motion abating proceedings, including but not limited to discovery and mediation, against Asha, and such other and further relief as the Court deems appropriate.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the attached Declaration of Suzy Tate (**Exhibit 1**) and the attached [proposed] Order Granting Amit Bhalla's Motion to Abate proceedings, including but not limited to discovery and mediation, against Asha Media Group, Inc., and

1 any additional evidence and arguments as may be presented at or before any

2 hearing on this matter.

3

4     This motion is made following conference of counsel by e-mail

5 correspondence to Plaintiff's counsel, pursuant to Central District Local Rule 7-3,

6 on January 19, 2016.

7

8 Dated:  January 19, 2016         */s/ Mark G. Clark*
                                    Mark G. Clark  (*Pro Hac Vice* )
9                                   TRAVERSE LEGAL, PLC
                                    810 Cottageview Drive, Unit G-20
10                                  Traverse City, Michigan 49684
                                    Tel.:   (231) 932-0411
11                                  Fax:   (231) 932-0636
                                    mark@traverselegal.com
12
13                                  Adrianos Facchetti (SBN. 243213)
                                    Of Counsel for TRAVERSE LEGAL, PLC
14                                  301 East Colorado Boulevard, Suite 514
                                    Pasadena, CA  91101
15                                  Tel.:  (626) 793-8607
                                    Fax:  (626) 793-7293
16                                  adrianos@facchettilaw.com
17
                                    *Attorneys for Defendants Asha and Bhalla*
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **INDEX OF AUTHORITIES** |
| 2 | Page |

Cases

*Hillsborough County v. Lanier*, 898 So2d141(Fla. 2d DCA 2005)…………..5

Statutes

11 U.S.C. § 362.  ……………………………………………………………….5

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On January 13, 2016, Mr. Bhalla filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the Middle District of Florida, Tampa Division (Case No. 8:16-bk-00265) (the "Bankruptcy Case") (Dkt 168).

2. As a result of the filing of the Bankruptcy Case, certain acts and proceedings against Mr. Bhalla and his property are stayed as provided in 11 U.S.C. § 362.

3. On September 28, 2015, Asha assigned its assets for liquidation in Hillsborough County Circuit Court in Florida (Case No. 15-CA-007919) (the "Asha Assignment") (Dkt 114).

4. Pursuant to Florida Statute Section 727.105, the filing of the Asha Assignment essentially operates as a stay with respect to certain proceedings. Furthermore, the exclusive remedy of an unsecured creditor of Asha is to file a proof of claim in the assignment for the benefit of creditors case. See, *Hillsborough County v. Lanier,* 898 So2d141(Fla. 2d DCA 2005).

5. Plaintiffs in this case filed proofs of claims in the Asha Assignment.

6. Because of the Asha Assignment and the Bankruptcy Case, Defendant Bhalla does not intend to further defend Asha in this instant case and has so advised its counsel in this case.

7. Further, because of the filing of the Bankruptcy Case, Mr. Bhalla's

interests in Asha, as the sole owner of Asha, became property of the bankruptcy estate so he cannot make decisions in regards to Asha only a trustee appointed in the Bankruptcy case can make those determinations which is unlikely given the Asha Assignment liquidating Asha's assets.

8. Asha therefore has no one with authority to attend mediation and further all its assets are subject to the Asha Assignment for the benefit of its creditors.

9. Accordingly, all proceedings against Asha should be stayed until the Chapter 7 trustee appointed in the Bankruptcy Case is able to evaluate whether to further defend Asha in this case.

Respectfully submitted this 19th day of January, 2016.

        */s/ Mark G.Clark*_____
        Mark G. Clark (*Pro Hac Vice*)
        TRAVERSE LEGAL, PLC
        810 Cottageview Drive, Unit G-20
        Traverse City, Michigan 49684
        Tel.: (231) 932-0411
        Fax: (231) 932-0636
        mark@traverselegal.com

        Adrianos Facchetti (SBN. 243213)
        Of Counsel for TRAVERSE LEGAL, PLC
        301 East Colorado Boulevard, Suite 514
        Pasadena, CA 91101
        Tel.: (626) 793-8607
        Fax: (626) 793-7293
        adrianos@facchettilaw.com

        *Attorneys for Defendants Asha and Bhalla*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 19th day of January, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.


        */s/Mark G.Clark*_____
        Mark G. Clark  (*Pro Hac Vice*)
        TRAVERSE LEGAL, PLC

        *Attorneys for Defendant Asha and Bhalla*