# EXHIBIT 1

Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark  (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha Media and Bhalla*

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al.,<br><br>Defendants. | Case No. 2:15-cv-01869-MMM<br>Hon. Steven V. Wilson<br><br>**DECLARATION OF SUZY TATE** |

1

I, Suzy Tate, declare as follows:

1. I am licensed to practice law in the state of Florida and am representing Amit Bhalla in his Chapter 7 bankruptcy proceeding and Asha Media Group, Inc., in its Florida State Court Liquidation proceeding as indicated in Plaintiff's Motion to Abate.

2. I filed the Petition for Chapter 7 bankruptcy on behalf of Amit Bhalla on Wednesday, January 23, 2016.

3. The bankruptcy petition identifies Amit Bhalla's shares of stock in Asha Media Group, Inc., as assets of the bankruptcy estate. I am further advised that Amit Bhalla is the sole owner of Asha Media Group, Inc.

4. I acknowledge that the Plaintiffs in the above-captioned matter have filed a Proof of Claim in the Florida State Court liquidation proceeding for Asha Media Group, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January, 2016.

_____
SUZY TATE

SUBSCRIBED AND SWORN to before me this 19th day of January, 2016.

```
 1   _____
 2                                   , Notary Public
 3   County of Hillsborough, State of Florida
 4   My commission expires: 04-21-2017
 5
 6
 7   [Notary Seal: Notary Public State of Florida
 8    Tina Capriola
       My Commission FF 010324
       Expires 04/21/2017]
 9
10
```

Notary Public State of Florida
Tina Capriola
My Commission FF 010324
Expires 04/21/2017

3