1  Adrianos Facchetti (SBN. 243213)
2  Of Counsel for TRAVERSE LEGAL, PLC
   301 East Colorado Boulevard, Suite 514
3  Pasadena, CA  91101
4  Tel.:  (626) 793-8607
   Fax:  (626) 793-7293
5  adrianos@facchettilaw.com

6
7  Mark G. Clark  (*Pro Hac Vice*)
   TRAVERSE LEGAL, PLC
8  810 Cottageview Drive, Unit G-20
   Traverse City, Michigan 49684
9  Tel.:  (231) 932-0411
10 Fax:  (231) 932-0636
   mark@traverselegal.com
11

12 *Attorneys for Defendants Asha Media and Bhalla*

13

14          UNITED STATES DISTRICT COURT FOR
            THE CENTRAL DISTRICT OF CALIFORNIA
15

16 | CHINA CENTRAL TELEVISION, a China company, et al. | Case No. 2:15-cv-01869-MMM |
17 | | Hon. Steven V. Wilson |
18 |     Plaintiffs, | |
19 | | **[PROPOSED] ORDER TO ABATE PROCEEDINGS AGAINST ASHA MEDIA GROUP, INC.** |
20 | v. | |
21 | CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al., | Action Filed:  March 13, 2015 |
22 | | |
23 | | |
24 |     Defendants. | |

25

26
27          **[PROPOSED] ORDER TO ABATE PROCEEDINGS
            AGAINST ASHA MEDIA GROUP, INC.**
28

                              1

1
2
3
4

Having considered the Motion to Abate Proceedings filed by Defendants

Asha Media Group and Amit Bhalla ("Asha Media Defendants") the Court Orders

as follows:

5
6
7
8

The Court grants this Motion abating proceedings, including but not limited

to discovery and mediation, against Asha Media Group, Inc., until further order of

the Court.

9

**SO ORDERED.**

10
11

January _____, 2016                          _____

12
13

Hon. Stephen V. Wilson
United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2