# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

China Central Television, et al.

Case Number: CV 15-1869 MMM (AJWx)

V.

Create New Technology (HK) Limited, et al.

Judgment was entered in this action on 12/07/2015 (Date) /153 (Docket No.) against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited,

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---:|
| Filing fees: see L.R. 54-3.1 | 1,700.00 |
| Fees for service of process: see L.R. 54-3.2 | 14,746.45 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | 1,277.80 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | 23,642.84 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 | |
| State Court costs: see L.R, 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **41,367.09** |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have charged were actually and necessarily performed. A copy of this bill has been served on all parties by:

☒ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other

/s/Carla A. McCauley
Signature

Carla A. McCauley
Print Name

Attorney for: Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Hldings (USA), Inc. and DISH Network LLC

Costs are taxed in the amount of 41,367.09 - no objection.

KIRY K. GRAY
Clerk of Court

By: [signature]
Deputy Clerk
Rosa Morales

February 2, 2016
Date