| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910 |
| | carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
| | Tel.: (213) 633-6800  Fax: (213) 633-6899 |
| 4 | |
| | ROBERT D. BALIN (*pro hac vice*) |
| 5 | robbalin@dwt.com |
| | LACY H. KOONCE, III (*pro hac vice*) |
| 6 | lancekoonce@dwt.com |
| | SAMUEL BAYARD (*pro hac vice*) |
| 7 | samuelbayard@dwt.com |
| | GEORGE WUKOSON (*pro hac vice*) |
| 8 | georgewukoson@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas, 21st Floor |
| | New York, New York 10020 |
| 10 | Tel.: (212) 489-8230  Fax: (212) 489-8340 |
| | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. <br> **CV 15-1869 MMM (AJWx)** <br><br> **PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION TO ABATE PROCEEDINGS AGAINST ASHA MEDIA GROUP, INC.** <br><br><br> Courtroom: 6 <br> Date: February 22, 2016 <br> Time: 1:30 p.m. <br><br><br> Complaint Filed: March 13, 2015 |

Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. ("Plaintiffs") do not oppose the motion to abate proceedings as to Asha Media Group, Inc. ("Asha Media"), pending evaluation by the Chapter 7 trustee appointed in the Bankruptcy Case of whether to defend Asha Media in this action.

The Chapter 7 Trustee, Douglas N. Menchise, was appointed on January 14, 2016. Plaintiffs do not believe that it is appropriate to have an unlimited abatement, and would request that the Court set a reasonable time limitation on the abatement of no more than two months, after which the action shall resume with respect to defendant Asha Media, unless the Chapter 7 trustee timely moves to extend the this deadline.

DATED: February 5, 2016

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By: /s/Carla A. McCauley
Carla A. McCauley

Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

1
NOTICE OF NON-OPPOSITION
DWT 28881069v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899