1  CARLA A. McCAULEY (State Bar No. 223910)
    carlamccauley@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice*)
5      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
6      lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice*)
7      samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas, 21st Floor
   New York, New York 10020
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 SVW (AJWx)**<br><br>**STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT HONGHUI CHEN D/B/A E-DIGITAL**<br><br>[Proposed Consent Judgment and Permanent Injunction concurrently submitted]<br><br>Courtroom: 6<br>Judge: Hon. Stephen V. Wilson<br><br>Action Filed: March 13, 2015 |

This Stipulation is entered by and between Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. (collectively, "Plaintiffs") and Defendant Honghui Chen d/b/a/ E-Digital ("Defendant") through their respective counsel of record, with reference to the following facts:

1. Plaintiffs filed the Complaint in this action on March 13, 2015, against, among others, Defendant, with claims including: (1) secondary copyright infringement under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*; (2) federal trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. § 1125(a); (3) common law trademark infringement and unfair competition; and (4) violation of California Business and Professions Code § 17200, *et seq*.

2. Plaintiffs and Defendant have agreed to resolve their dispute, and have entered into a Settlement Agreement wherein Defendant has agreed to entry of a consent judgment and permanent injunctive relief in favor of Plaintiffs and in accordance with other terms as set forth in the Settlement Agreement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. A true and correct copy of the Consent Judgment and Permanent Injunction agreed to by the parties pursuant to this Stipulation and the parties' Settlement Agreement (the "Consent Judgment") is attached hereto as **Exhibit 1**;

2. The parties agree that all facts set forth in the Consent Judgment are true and accurate to their best knowledge and support entry of the Consent Judgment;

3. Defendant agrees to be bound by and abide by all permanent injunctive relief set forth in the Consent Judgment entered by the Court;

4. The Parties hereby enter into this Stipulation with the advice of counsel knowing its content and effect;

5. The Parties request that the Court enter the Consent Judgment in the form attached as **Exhibit 1**; and

1
STIPULATION FOR ENTRY OF CONSENT JUDGMENT
DWT 28339494v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6. The Parties request the Court retain jurisdiction to enforce the Consent Judgment, once entered, as required.

So Stipulated.

DATED: February 8, 2016

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By: /s/Carla A. McCauley
    Carla A. McCauley

Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C.

DATED: February 8, 2016

LT PACIFIC LAW GROUP LLP

By: /s/Jen-Feng Lee
    Jen-Feng Lee

Attorneys for Defendant
HONGHUI CHEN d/b/a E-DIGITAL

2
STIPULATION FOR ENTRY OF CONSENT JUDGMENT
DWT 28339494v2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899