| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910 |
| |    carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California  90017-2566 |
| | Tel.:  (213) 633-6800  Fax:  (213) 633-6899 |
| 4 | |
| | ROBERT D. BALIN (*pro hac vice*) |
| 5 |    robbalin@dwt.com |
| | LACY H. KOONCE, III (*pro hac vice*) |
| 6 |    lancekoonce@dwt.com |
| | SAMUEL BAYARD (*pro hac vice*) |
| 7 |    samuelbayard@dwt.com |
| | GEORGE WUKOSON (*pro hac vice*) |
| 8 |    georgewukoson@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas, 21st Floor |
| | New York, New York  10020 |
| 10 | Tel.:  (212) 489-8230  Fax:  (212) 489-8340 |
| | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br>               Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>               Defendants. | Case No.<br>**CV 15-1869 SVW (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION REGARDING SUBMISSION OF AMENDED ORDER RE: PERMANENT INJUNCTIVE RELIEF**<br><br>Courtroom:  6<br>Judge:  Hon. Stephen V. Wilson<br><br>Action Filed:  March 13, 2015 |

# [Proposed] Order

Having considered the Ex Parte Application of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and DISH Network L.L.C. ("Plaintiffs") and good cause having been shown, the Court Orders as follows:

Plaintiffs' Amended Proposed Order Granting Default Judgment and Permanent Injunction Against Defendants Create New Technology (HK) Limited and Hua Yang Technology International Ltd. is hereby lodged and accepted for consideration with the Court.

[Alternatively:] [The Court sets a status conference for _____, 2016].

**SO ORDERED:**

February \_\_\_\_, 2016

_____
Hon. Stephen V. Wilson
United States District Judge

1

[PROPOSED] ORDER GRANTING EX PARTE
DWT 28918662v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899