Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendant
HONGHUI CHEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, Plaintiffs, vs. CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; et al., Defendants. | No. 2:15-cv-01869-MMM-AJW  **NOTICE OF Corrected Filing** |

   PLEASE TAKE NOTICE THAT defendant HongHui Chen submitted a declaration to the Court's ECF filing system, ECF Docket No. 177, pursuant to the issued order of Consent Judgment and Permanent Injunction, docket No. 175.

   Some paragraphs of the declaration in No. 177 appeared to be cut off from the viewable area, in bottom of page one.

---

Defendant has since made a corrected refiling for said needed declaration.

Dated: February, 17, 2016

                                    LT Pacific Law Group LLP

                                    /s/Jen-Feng Lee_____

                                    Jen-Feng (Jeff) Lee
                                    Attorney for Defendant, HongHui Chen

**Notice of Corrected Filing**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document, Notice of Corrected Filing, was filed electronically in compliance with Local Rule 5 – 3.2 and Federal Rules of Civil Procedure. As such, this document was served on all counsel deemed to have consented to electronic service. Local Rule 5 – 4.1.3. All other counsel of record or per se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, as identified below:

NONE.

On this 17th Day of February, 2016.

/s/Jen-Feng Lee_____
Jen-Feng Lee

---

**Notice of Corrected Filing**