UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-01869-SVW-AJW | Date | February 22, 2016 |
|---|---|---|---|
| Title | China Central Television et al v. Create New Technology HK Limited et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lacy H Koonce, III | Mindy S. Bae |
| Sean M. Sullivan | Adrianos Facchetti |

**Proceedings:** [170] MOTION to hold Case in Abeyance pending Chapter 7 Bankruptcy filed by Defendants Asha Media Group, Amit Bhalla

Hearing held. The motion is granted.

: 05

Initials of Preparer  PMC