**EXHIBIT C**

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
| --- | --- | --- |
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club, Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club, Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

EXHIBIT C

**Registered TVB Programs (Video-on-Demand)**

| Title of Work and Episode Numbers | Copyright Registration Number |
|---|---|
| A Change of Destiny, Ep. 1 through 20 | PA0001388870 |
| A Change of Heart, Ep. 1 through 30 | PA0001866892 |
| A Great Way To Care II, Ep. 1 through 25 | PA0001847097 |
| A Step into the Past, Ep. 1 through 40 | PA0001074513 |
| All That Is Bitter Is Sweet, Ep. 1 through 29 | PA0001922865 |
| Always And Ever, Ep 1 through 31 | PA0001866873 |
| Awfully Lawful, Ep. 1 through 20 | PA0001866872 |
| Beauty At War, Ep. 1 through 30 | PA0001849236 |
| Black Heart White Soul, Ep. 1 through 30 | PA0001920529 |
| Bounty Lady, Ep. 1 through 19 | PA0001890407 |
| Brother's Keeper, Ep. 1 through 31 | PA0001878628 |
| Bullet Brain, Ep. 1 through 25 | PA0001847052 |
| Coffee Cat Mama, Ep. 1 through 20 | PA0001910249 |
| Come Home Love, Ep. 1 through 162 | PA0001872347 |
| Come Home Love, Ep. 610 through 614 | PA0001922874 |
| Daddy Good Deeds, Ep. 1 through 20 | PA0001857840 |
| Divas In Distress, Ep. 1 through 20 | PA0001827059 |
| Don Juan De Mercado, Ep. 1 through 6 | PA0001712850 |
| Duke of Mount Deer, Ep. 1 through 45 | PA0000923706 |
| Friendly Fire, Ep. 1 through 24 | PA0001840636 |
| Ghetto Justice II, Ep. 1 through 20 | PA0001827048 |
| Ghost Dragon of Cold Mountain, Ep. 1 through 30 | PA0001918949 |
| Gilded Chopsticks, Ep. 1 through 25 | PA0001906159 |
| Gloves Come Off, Ep. 1 through 25 | PA0001857855 |
| Gods of Honour, Ep. 1 through 40 | PA0001063318 |
| Grace Under Fire, Ep. 1 through 32 | PA0001776413 |
| Heaven Sword and Dragon Sabre, Ep. 1 through 42 | PA0001012498 |
| Highs and Lows, Ep. 1 through 29 | PA0001840632 |
| House of Harmony and Vengeance, Ep. 1 through 30 | PA0001857846 |

| Title of Work and Episode Numbers | Copyright Registration Number |
|---|---|
| | |
| Inbound Troubles, Ep. 1 through 20 | PA0001848886 |
| Karma Rider, Ep. 1 through 20 | PA0001863828 |
| King Maker, Ep. 1 through 26 | PA0001827056 |
| Line Walker, Ep. 1 through 30 | PA0001922863 |
| Man In Charge, Ep. 1 through 20 | PA0001738145 |
| Missing You, Ep. 1 through 20 | PA0001840634 |
| Never Dance Alone, Ep. 1 through 30 | PA0001919570 |
| No Good Either Way, Ep. 1 through 20 | PA0001827058 |
| Outbound Love, Ep. 1 through 21 | PA0001891391 |
| Overachievers, Ep. 1 through 30 | PA0001936095 |
| Queen Divas, Ep. 1 through 14 | PA0001894494 |
| Reality Check, Ep. 1 through 20 | PA0001845356 |
| Rear Mirror, Ep. 1 through 20 | PA0001924137 |
| Return of the Silver Tongue, Ep. 1 through 25 | PA0001910251 |
| Ruse of Engagement, Ep. 1 through 25 | PA0001901753 |
| Season of Love, Ep. 1 through 20 | PA0001840377 |
| Sergeant Tabloid, Ep. 1 through 20 | PA0001827198 |
| Silver Spoon, Sterling Shackles, Ep. 1 through 40 | PA0001840638 |
| Slow Boat Home, Ep. 1 through 25 | PA0001857765 |
| Sniper Standoff, Ep. 1 through 25 | PA0001881211 |
| Storm in a Cocoon, Ep. 1 through 31 | PA0001901640 |
| Sweetness in the Salt, Ep. 1 through 25 | PA0001660153 |
| Swipe Tap Love, Ep. 1 through 20 | PA0001900069 |
| The Confidant, Ep. 1 through 33 | PA0001840635 |
| The Day of Days, Ep. 1 through 20 | PA0001839833 |
| The Four, Ep. 1 through 25 | PA0001638548 |
| The Greatness of A Hero, Ep. 1 through 20 | PA0001660075 |
| The Greed Of Man, Ep. 1 through 40 | PA0000593136; PA0000593128; PA0000593127; PA0000593126; PA0000593122; PA0000593125; PA0000593141; PA0000593129; |

| Title of Work and Episode Numbers | Copyright Registration Number |
|---|---|
|  | PA0000593124; PA0000593121; PA0000593120; PA0000593123; PA0000593133 |
| The Hippocratic Crush, Ep. 1 through 25 | PA0001857863 |
| The Hippocratic Crush II, Ep. 1 through 30 | PA0001883626 |
| The Last Steep Ascent, Ep. 1 through 24 | PA0001827043 |
| The Master of Tai Chi, Ep. 1 through 25 | PA0001619042 |
| The Ultimate Addiction, Ep. 1 through 30 | PA0001916638 |
| Three Kingdoms RPG, Ep. 1 through 24 | PA0001827052 |
| Tiger Cubs, Ep. 1 through 13 | PA0001827044 |
| Triumph in The Skies II, Ep. 1 through 41 | PA0001877655 |
| Twin of Brothers, Ep. 1 through 42 | PA0001242731 |
| Whatever It Takes, Ep. 1 through 20 | PA0001102787 |
| Will Power, Ep.1 through 31 | PA0001884284 |
| Witness Insecurity, Ep. 1 through 19 | PA0001827051 |
| Witness to a Prosecution, Ep. 1 through 22 | PA0000980415 |