**EXHIBIT E**

## Exhibit E – Infringing TVpad Apps

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |

DWT 28713093v1 0094038-000021

EXHIBIT E

|  | **TVpad3** | **TVpad4** |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粵海時移 (Yue Hai Shi Yi) | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粵海寬頻 (Yue Hai Kuan Pin) | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粵海寬頻2 (Yue Hai Kuan Pin 2) | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |

2

|  | **TVpad3** | **TVpad4** |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi) | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live) <br><br> TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live) <br><br> TVB programs on demand |
| 粵海直播 (Yue Hai Zhi Bo) | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV | TVBS (live) | |
| 516網路電視 (516 Online TV) | CCTV4 (live) <br><br> TVBS (live) | CCTV4 (live) <br><br> TVBS (live) <br><br> TVBS News (live) |

3

|  | **TVpad3** | **TVpad4** |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| HITV | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online) | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫.网球 (CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan) | TVB programs on demand | |
| 港台武俠(Gang Tai Wu Xia) | TVB programs on demand | TVB programs on demand |

DWT 28713093v1 0094038-000021