**FILED**
CLERK, U.S. DISTRICT COURT

Mar 28, 2016

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____PMC_____ DEPUTY

# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. <br> **CV 15-1869 SVW (AJWx)** <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS BENNETT WONG AND CLUB TVPAD, INC.** |

WHEREAS, Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)"), and DISH Network L.L.C. ("DISH") (collectively, "Plaintiffs"), on the one hand, and **Defendant Bennett Wong** ("Wong")  and **Defendant Club TVpad, Inc.** ("ClubTVpad") (collectively the "ClubTVpad Defendants"), on the other hand, have agreed in a separate confidential agreement to settle the matters in issue between them and have further stipulated to entry of this Consent Judgment and Permanent Injunction, it is hereby **ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Any findings of fact or conclusions of law herein are made only as to the parties to this Consent Judgment and Permanent Injunction.

**Findings of Fact and Conclusions of Law**

1.      Plaintiffs bring claims against the ClubTVpad Defendants for (1) secondary copyright infringement under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*; (2) federal trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. § 1125(a); (3) common law trademark infringement and unfair competition; (4) and violation of California Business and Professions Code § 17200*, et seq.*

2.      This Court has jurisdiction over Plaintiffs and the ClubTVpad Defendants in this action and over the subject matter in issue based on 28 U.S.C. §§ 1331, 1338 and 17 U.S.C. § 101 *et seq.* and 15 U.S.C. § 1051 *et seq.* with supplemental subject matter jurisdiction under 28 U.S.C. § 1367.  This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §§ 1391(b)( and 1391(c), as well as 28 U.S.C. § 1400 (b).

3.      Plaintiff China Central Television ("CCTV") is a state-owned company existing under the laws of the People's Republic of China with its principal place of business in Beijing, China.  CCTV is China's most influential television program

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

producer, creating and broadcasting a wide variety of television programs, including news, dramas, comedies, sports, documentaries, and entertainment programming. CCTV has 42 television channels.  Its flagship over-the-air channels in China are CCTV1 through CCTV14.  CCTV owns the copyrights to a large number of television programs, including highly successful programs such as Star Walk, Art Life, and Across the Strait.  CCTV television channels are broadcast in mainland China, and certain CCTV television channels and programs are licensed for international distribution.

4.      Plaintiff China International Communications Co., Ltd. ("CICC") is a state-owned company existing under the laws of the People's Republic of China with its principal place of business in Beijing, China.  CICC is an indirect wholly owned subsidiary of CCTV.  CICC is responsible for, among other things, licensing and distributing CCTV programming in the United States.

5.      Plaintiff TVB Holdings (USA), Inc. ("TVB (USA)") is a corporation organized under the laws of the State of California with its principal place of business in Norwalk, California.  TVB (USA) is a wholly owned indirect subsidiary of TVB, a Hong Kong company that is the largest producer of Cantonese-language television programming in the world.  TVB (USA) distributes and licenses TVB television programming in the United States.  TVB (USA)'s ultimate parent company, TVB, operates five over-the-air television channels—Jade, J2, Jade HD, iNews (Cantonese), and Pearl (English)—and 13 pay TV channels in Hong Kong. TVB also has operations in Taiwan, owning the popular TVBS, TVBS-News, and TVBS-G channels.

6.      Plaintiff DISH Network L.L.C. ("DISH") is a limited liability company organized under the laws of the State of Colorado with its principal place of business in Englewood, Colorado.  DISH is the nation's third-largest pay television service, delivering video services to approximately 14 million customers nationwide through both satellite and Internet platforms.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

7.      Defendant Wong is a resident of Oakland, California who has sold TVpads to residents of the County of Los Angeles.

8.      Defendant ClubTVpad is a California corporation with its principal place of business in Hayward, California that has sold TVpads to residents of the County of Los Angeles.

9.      CCTV is the legal and/or beneficial owner of all right, title, and interest in the copyrights of certain television programs and broadcasts created by or for it for public performance and/or distribution.  As CCTV's television programs are foreign works, registration with the United States Copyright Office is not a prerequisite to filing a copyright infringement action with respect to them.  17 U.S.C. §§ 101, 411(a). A list of representative CCTV television programs is attached hereto as **Exhibit A**, and copies of the certificates of registration for those programs are attached as **Exhibit B.**

10.      Certain CCTV television channels and programs that originally air in mainland China are distributed in the United States as part of a package of television channels called the "Great Wall Package."  CCTV's Great Wall Package consists of programming from 22 Chinese television channels including the following CCTV channels:  CCTV-4; CCTV-E; CCTV-Entertainment; CCTV-News; CCTV-Movies; and CCTV-Opera (collectively, the "CCTV U.S. channels").  Plaintiff CICC distributes the Great Wall Package in the United States through three authorized distribution partners, including Plaintiff DISH.

11.      TVB (USA) is the exclusive licensee in the United States of certain programming owned by TVB and/or TVB's wholly owned subsidiary, TVBO Production Limited ("TVBO"), for certain media.  As TVB and TVBO's television programs are foreign works, registration with the United States Copyright Office is not a prerequisite to filing a copyright infringement action with respect to them.  17 U.S.C. §§ 101, 411(a).  A list of representative TVB television programs is attached

1  hereto as **Exhibit C**, and copies of the certificates of registration for those programs

2  are attached as **Exhibit D.**

3      12.     Certain TVB television programs and TVB channels that originally air

4  in Hong Kong and Taiwan are distributed by TVB (USA) in the United States under

5  license from TVBO and/or its affiliate TVBI Company Limited, including the

6  following channels:  TVB1; TVB2; TVBe; TVB Pearl; TVBHD; TVB8; TVB

7  Drama; TVBS; Jade SF; Jade NY; and Jade LA (collectively, the "TVB U.S.

8  channels").  TVB (USA)'s most popular television package is called the "Jadeworld"

9  Package, which includes TVB1, TVB2, TVBe, and TVBS.

10      13.     DISH's primary service is satellite television, which DISH provides to

11  subscribers in the United States in return for subscription fees.  Separately, DISH

12  offers OTT television services through, *inter alia*, "Sling International," an OTT

13  streaming service that provides international television programming on numerous

14  viewing devices including Apple iPhones and iPads, Android phones and tablets,

15  Samsung Smart TVs and Blu-Ray devices, Amazon Fire, personal computers, and

16  the Roku Streaming Player.

17      14.     Under a license agreement, DISH owns the exclusive right to retransmit

18  CCTV's Great Wall Package of television channels and programs in the United

19  States via satellite, and also has a non-exclusive right to distribute CCTV's Great

20  Wall Package of television channels and programs over the Internet (including OTT)

21  in the United States.  In return for monthly subscription fees, DISH offers its United

22  States subscribers access to the Great Wall Package.

23      15.     Under a license agreement, DISH owns the exclusive rights to

24  retransmit certain TVB U.S. channels and the TVB programs via satellite in the

25  United States and via OTT television services in the United States, except for video-

26  on-demand content.  In return for monthly subscription fees, DISH offers its United

27  States subscribers access to TVB programming through the Jadeworld Package.

28

[Proposed] Consent Judgment and Permanent Injunction
DWT 28513180v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

16.     Plaintiffs are the legal and beneficial owners of exclusive rights to exploit copyrighted CCTV and TVB television programming in the United States. Among the bundle of rights afforded Plaintiffs under United States copyright law is the exclusive right to "perform the copyrighted work publicly."  17 U.S.C. § 106(4). This includes the exclusive right "to transmit or otherwise communicate a performance or display of" Plaintiffs' copyrighted television broadcasts and programs "to the public by means of any device or process whether the members of the public capable of receiving the performance or display receive it in the same place or in separate places and at the same time or at different times."  *Id.* § 101.

17.     This copyright and trademark infringement action arises out of a global television service (the "TVpad Retransmission Service") provided to customers over the "TVpad" set-top box (the "TVpad Device").  The TVpad Device uses certain software applications, or "Apps," that without authorization or permission from copyright owners stream intercepted television programming over the Internet to United States users of the TVpad device, twenty-four hours a day, seven days a week (the "Infringing TVpad Apps").  For a one-time, up-front payment to purchase the TVpad device, TVpad customers in the United States receive unlicensed television channels and television programs from China, Hong Kong, Taiwan, and other Asian countries, including CCTV and TVB programming.

18.     The TVpad Retransmission Service works in part by means of a peer-to-peer network, through which TVpad users not only receive unauthorized streams of CCTV and TVB programming in the United States, but also simultaneously retransmit that programming to large numbers of other TVpad users in the United States.  The retransmissions of CCTV and TVB programs by TVpad users constitute infringing performances of Plaintiffs' copyrighted works.  The TVpad Retransmission Service also directly streams CCTV and TVB programs to U.S. TVpad users from servers located in the United States and elsewhere.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

19.     The ClubTVpad Defendants advertise, sell, distribute and promote the TVpad device, the TVpad Retransmission Service and the Infringing TVpad Apps in the United States.  The ClubTVpad Defendants are part of the international distribution network for the TVpad Retransmission Service.  The ClubTVpad Defendants have actual and constructive knowledge that the TVpad Retransmission Service infringes CCTV and TVB copyrighted programming and has taken affirmative steps to aid, materially contribute to, promote, foster, and induce infringing public performances of CCTV and TVB copyrighted programming by the Retransmission Service Defendants and by TVpad customers.

20.     The ClubTVpad Defendants are secondarily liable under the Copyright Act for inducing the infringing acts committed by TVpad customers.  The ClubTVpad Defendants distribute the TVpad device, the TVpad Retransmission Service and the Infringing TVpad Apps with the object of promoting and encouraging its use to infringe copyrighted television programs, including but not limited to Plaintiffs' copyrighted works, and such infringement has resulted and continues to result.  Through their purposeful conduct, the ClubTVpad Defendants knowingly and intentionally induce unauthorized public performances by TVpad customers in the United States of copyrighted television programs, including but not limited to Plaintiffs' copyrighted works, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106.

21.     The ClubTVpad Defendants are also liable as a contributory infringer for materially contributing to, aiding, and assisting the infringing acts of TVpad customers.  The ClubTVpad Defendants have actual and constructive knowledge of specific infringing activity carried out by TVpad customers.  Through their distribution and promotion of the TVpad Device, the TVpad Retransmission Service and the Infringing TVpad Apps, with knowledge of specific acts of infringement, the ClubTVpad Defendants knowingly caused, and/or otherwise materially contributed to, unauthorized public performances and reproductions by TVpad customers in the

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

United States of copyrighted television programs, including but not limited to Plaintiffs' copyrighted works, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106.

22.     CCTV brands its television broadcasting services and television programming under the CCTV family of trademarks and service marks (collectively, the "CCTV Marks"), which denote unique and high-quality television content.  The CCTV Marks include the word marks "CCTV" and "CCTV AMERICA" and the stylized CCTV logo (**CCTV**), all of which are used in conjunction with CCTV's television broadcasting services, programming, and related entertainment services.

23.     CCTV authorizes CICC to use the CCTV Marks in connection with its distribution of CCTV programming in the United States.

24.     CCTV's affiliate has registered the design mark "CCTV AMERICA" with the U.S. Patent and Trademark Office, Registration No. 4730301, in connection with, among other things, "[t]elevision broadcasting services; streaming of audio, visual and audiovisual material via a global computer network; transmission of news; transmission of sound, video and information."

25.     Long before the acts of the ClubTVpad Defendants discussed herein, CCTV and CICC adopted and began using the CCTV Marks in commerce in the United States in connection with their television broadcasting services, programming, and related entertainment services.  CCTV and CICC have used and continue to use the CCTV Marks in interstate commerce in the United States in connection with the advertising and sale of their goods and services.  The CCTV Marks have acquired secondary meaning in that they have come to be associated by the trade and consuming public exclusively with CCTV and its authorized affiliate, CICC, and have come to signify CCTV as the source of authorized broadcasts and programs bearing the CCTV Marks.

26.     TVB brands its television broadcasting services and television programming under the TVB family of trademarks and service marks, which denote

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

unique and high-quality television content.  These trademarks and service marks include the following: (a) the word mark JADE (U.S. Registration No. 2752223); (b) the JADE logo (U.S. Registration No. 2831375 and U.S. Application No. 86171201); (c) the word mark TVB (U.S. Application Serial No. 86171162); and the Chinese-language word mark for THE JADE CHANNEL (U.S. Registration No. 3072394) (collectively, the "TVB Marks").  TVB uses the TVB Marks in conjunction with its television broadcasting services, programming, and related entertainment services throughout the world.

27.    TVB authorizes TVB (USA) to use the TVB Marks in the United States and to bring enforcement actions against the unauthorized use of the TVB Marks in the United States.  TVB (USA) uses the TVB Marks in connection with its distribution of TVB programming in the United States.

28.    Long before the acts of the ClubTVpad Defendants discussed herein, and starting in 1984, TVB (USA) adopted and began using the TVB Marks in commerce in the United States in connection with its television broadcasting services, programming, and related entertainment services.  TVB (USA) has used and continues to use the TVB Marks in interstate commerce in the United States in connection with the advertising and sale of its goods and services.  The TVB Marks have acquired secondary meaning in that they have come to be associated by the trade and consuming public exclusively with TVB and its authorized affiliate, TVB (USA), and have come to signify TVB and TVB (USA) as the source of authorized broadcasts and programs bearing the TVB Marks.

29.    By using the CCTV and/or TVB Marks in connection with the advertising, promotion, and sale of the TVpad Device, the Infringing TVpad Apps, and the TVpad Retransmission Service, the ClubTVpad Defendants have caused and are likely to cause confusion in the minds of consumers and to create a false impression in the minds of consumers that Plaintiffs are affiliated, connected, or associated with the ClubTVpad Defendants' products and/or services, and/or that

Plaintiffs sponsor or approve of such products and/or services, in violation of 15 U.S.C. § 1125(a), common law trademark infringement and unfair competition and California Business & Professions Code § 17200, *et seq.*

**Permanent Injunction**

30. For purposes of this Permanent Injunction, the following definitions shall apply:

a. "Plaintiffs' Copyrighted Programming" shall mean each of those broadcast television programming works, or portions thereof, whether now in existence or later created, in which the Plaintiffs, or any of them (or any parent, subsidiary, or affiliate of any of the Plaintiffs), owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 et seq., including without limitation all copyrighted programs identified in **Exhibits A through D** hereto;

b. "STB" shall mean a television set-top box or other similar device, including all devices sold under the name "TVpad";

c. "STB App" shall mean any software application or associated service that is designed for use on any STB, including any software application that is preloaded on a STB or available for download by the user of a STB;

d. "Infringing TVpad App" shall mean any STB App whereby Plaintiffs' Copyrighted Programming is publicly performed without authorization by transmission to members of the public, including but not limited to each STB App identified in **Exhibit E**;

e. "TVpad Device" shall mean any STB that offers an Infringing TVpad App;

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

f. "TVpad Store" shall mean any combination of software and/or services whereby users can select and download or otherwise transfer software applications onto the TVpad Device;

g. "Comparable System" shall mean any device, data transmission service or application that provides users unauthorized access to Plaintiffs' Copyrighted Programming, using any peer-to-peer or internet-based transmission, file sharing or content delivery technology;

h. "CCTV Marks" shall mean the word marks "CCTV" and "CCTV AMERICA", the stylized CCTV logo, and the design mark "CCTV AMERICA" registered with the U.S. Patent and Trademark Office, Application Serial No. 86239098; and

i. "TVB Marks" shall mean (a) the word mark JADE (U.S. Serial No. 76406416); (b) the JADE logo (U.S. Serial No. 76445114 and U.S. Application Serial No. 86171201); (c) the word mark TVB (U.S. Application Serial No. 86171162); and the Chinese-language word mark for THE JADE CHANNEL (U.S. Serial No. 76407746).

31. The ClubTVpad Defendants, and all of their affiliates, d/b/a's, agents, officers, servants, employees, successors, assigns, and those persons or entities acting in active concert or participation with them who receive actual notice of this Order (collectively, the "Enjoined Parties"), are immediately and permanently enjoined from engaging in any of the following activities:

a. Distributing, selling, advertising, marketing or promoting any TVpad Device;

b. Transmitting, retransmitting, assisting in the transmission of, requesting transmission of, streaming, hosting or providing unauthorized access to, or otherwise publicly performing, directly or

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

indirectly, by means of any device or process, Plaintiffs'
Copyrighted Programming;

c.  Authorizing, hosting, reproducing, downloading or otherwise
distributing the Infringing TVpad Apps, including without limitation
offering them in the TVpad Store, loading them onto any TVpad
Device or any Comparable System, or providing the Infringing
TVpad Apps to consumers on separate media;

d.  Creating or providing assistance to others who wish to create an
Infringing TVpad App;

e.  Advertising, displaying, marketing or otherwise promoting any of
the Infringing TVpad Apps, including without limitation publicly
displaying any of the Plaintiffs' Copyrighted Programming in
connection therewith or in connection with the TVpad Device or any
Comparable System, including without limitation via the TVpad
Websites;

f.  Distributing, selling, advertising, marketing or promoting any
TVpad Device that contains, connects to, or offers for download any
Infringing TVpad App, or promotes any Infringing TVpad App
through the inclusion of icons for said Infringing TVpad App;

g.  Distributing, selling, advertising, marketing or promoting any
Comparable System that contains, connects to, offers for download,
transmits, assists in the transmission of, streams, hosts, provides
access to, or otherwise publicly performs, directly or indirectly, by
means of any devise of process, Plaintiffs' Copyrighted
Programming without permission;

h.  Distributing, selling, advertising, marketing or promoting any
Comparable System that contains, connects to, offers for download,
transmits, assists in the transmission of, streams, hosts, provides

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

access to, or otherwise publicly performs, directly or indirectly, by means of any devise of process, Plaintiffs' Copyrighted Programming without permission;

    i.  Providing or controlling servers that contain any of Plaintiffs' Copyrighted Programming;

    j.  Assisting with end-user reproductions or transmissions of any of Plaintiffs' Copyrighted Programming through a tracker server, or any other server or software that assists users in locating, identifying or obtaining reproductions or transmission of any of Plaintiffs' Copyrighted Programming, including from other users offering reproductions or transmissions of any of Plaintiffs' Copyrighted Programming; and

    k.  Otherwise infringing Plaintiffs' rights in Plaintiffs' Copyrighted Programming, whether directly, contributorily, vicariously or in any other manner.

32.    The Enjoined Parties shall further be immediately and permanently enjoined from engaging in any activities having the object or effect of fostering infringement of Plaintiffs' Copyrighted Programming, whether through the Infringing TVpad Apps or otherwise, including without limitation engaging in any of the following activities:

    a.  Advertising or promoting unauthorized access to or the availability of Plaintiffs' Copyrighted Programing;

    b.  Encouraging or soliciting others to transmit or reproduce Plaintiffs' Copyrighted Programming;

    c.  Encouraging or soliciting others to upload, post or index any files that constitute, correspond, point or lead to any of Plaintiffs' Copyrighted Programming;

12

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

d.  Encouraging or soliciting others to offer transmission of Plaintiffs' Copyrighted Programming;

e.  Providing technical assistance, support services or servers to others engaged in infringement of, or seeking to infringe, Plaintiffs' Copyrighted Programming;

f.  Creating, maintaining, highlighting or otherwise providing access to lists or forums that include, refer to or signal the availability of Plaintiffs' Copyrighted Programming;

g.  Including references to Plaintiffs' Copyrighted Programming or the Infringing TVpad Apps in promotional materials; and

h.  Creating, maintaining or providing access to the Infringing TVpad Apps.

33.  The terms of Paragraphs 31 and 32 of this Permanent Injunction shall not apply to any use by the ClubTVpad Defendants of Plaintiffs' Copyrighted Programming for which the ClubTVpad Defendants have obtained express written authorization or license for such use from each Plaintiff that owns or controls the rights to such Copyrighted Programming, provided such authorization or license is in force and valid at the time of the ClubTVpad Defendants' use of the Copyrighted Programming.

34.  The ClubTVpad Defendants shall not enter into any agreement or transaction whatsoever to sell, lease, license, assign, convey, distribute, loan, encumber, pledge or otherwise transfer, whether or not for consideration or compensation, any part of the system, software, source code, data file, other technology, domain names, trademarks, brands, or files used in connection with the TVpad Device, Infringing TVpad Apps or any Comparable System.

35.  The Enjoined Parties shall identify all domain names and IP addresses and the physical locations of all servers owned, leased or operated by any of the

13

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Enjoined Parties that are used in connection with the activities enjoined under Paragraphs 31 and 32, above.

36.    The Enjoined Parties are further hereby permanently enjoined from engaging in any of the following activities:

  a. Using the CCTV Marks or TVB Marks, or any other mark, design reproduction, copy or symbol that is a colorable imitation thereof, or confusingly similar thereto, in connection with broadcasting or entertainment services, or related goods or services, not originating from or authorized by Plaintiffs;

  b. Using the CCTV or TVB Marks, or any other mark, design reproduction, copy or symbol that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

  c. Representing in any manner, or by any method whatsoever, that goods and services provided by the ClubTVpad Defendants or by any other party are licensed, sponsored, approved, authorized by, or originate from Plaintiffs or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship or license of such goods or services;

  d. Committing any acts calculated or likely to cause consumers to believe that he ClubTVpad Defendants' products and services or the products and services of any other party are authorized by Plaintiffs unless the ClubTVpad Defendants receive express written authorization from Plaintiffs to so state;

  e. Infringing or diluting, whether directly or indirectly, the distinctive quality of the CCTV Marks or the TVB Marks; and

  f. Unfairly competing with Plaintiffs in any manner.

14

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

37. As the Court has personal jurisdiction over the ClubTVpad Defendants and has concluded that the conduct of the ClubTVpad Defendants induces infringement of Plaintiffs' Copyrighted Programming in the United States under the copyright laws of the United States and infringes the CCTV Marks and TVB Marks under the trademark laws of the United States, this Permanent Injunction enjoins the conduct of the ClubTVpad Defendants wherever they may be found.

38. Service by mail upon the ClubTVpad Defendants, care of Francis Ryu at Ryu Law Group, 5900 Wilshire Blvd., Suite 2250, Los Angeles, California 90036 of a copy of this Consent Judgment and Permanent Injunction once entered by the Court is deemed sufficient notice to the ClubTVpad Defendants under Federal Rule of Civil Procedure 65. It shall not be necessary for the ClubTVpad Defendants to sign any form of acknowledgement of service.

39. This Permanent Injunction shall bind the Enjoined Parties. The ClubTVpad Defendants shall provide a copy of this Permanent Injunction to their affiliates, agents, servants, employees, attorneys, and current and future administrators or moderators of the any online forums associated with the ClubTVpad Defendants and the TVpad Device or TVpad Apps, or Comparable System.

40. Violation of this Permanent Injunction shall expose the ClubTVpad Defendants and all other persons bound by this Permanent Injunction to all applicable penalties, including contempt of Court.

41. Within 14 days of the date the Court enters this Permanent Injunction, the ClubTVpad Defendants shall file and serve a report in writing and under oath setting forth in detail the manner and form with which the ClubTVpad Defendants have complied with the Permanent Injunction, and all information required under Paragraph 35.

15

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

42.     All other claims, defenses or counterclaims, either actually asserted in this action or which could have been asserted in this action, by either party against the other, are hereby dismissed with prejudice.

43.     The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

March 28, 2016

Stephen V. Wilson
Judge of the United States District Court

[Proposed] Consent Judgment and Permanent Injunction
DWT 28513180v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT A**

| Registered CCTV Programs | | |
| --- | --- | --- |
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

EXHIBIT A

EXHIBIT "D"

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-289**

**Effective date of registration:**

November 19, 2014

---

## Title

**Title of Work:** Across the Strait

**Contents Titles:** Across the Strait Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

EXHIBIT B                    Page 1 of 1

**Registration #:**   PAU003751289

**Service Request #:**   1-1866733960



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-288**

**Effective date of registration:**

November 19, 2014

## Title

**Title of Work:** Around China

**Contents Titles:** Around China Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:** PAU003751288

**Service Request #:** 1-1866734056



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-290**

**Effective date of registration:**

November 18, 2014

---

## Title
- **Title of Work:** Art life
- **Contents Titles:** Art life Episodes 37, 38

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** China Central Television
- **Author Created:** entire motion picture

- **Work made for hire:** Yes
- **Domiciled in:** China

## Copyright claimant
- **Copyright Claimant:** China Central Television

  No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
- **Organization Name:** China Central Television

## Certification
- **Name:** Wengian Wang
- **Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**   PAU003751290

**Service Request #:**   1-1866733912



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-295

**Effective date of registration:**

November 17, 2014

## Title

**Title of Work:** Echo clear

**Contents Titles:** Echo clear Episodes 38, 39, 41

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:** PAU003751295

**Service Request #:** 1-1855728507



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-281

**Effective date of
registration:**

November 18, 2014

---

## Title
Title of Work: Fashion Infinite

Contents Titles: Fashion Infinite Episodes 39,40

## Completion/Publication
Year of Completion: 2014

## Author

■ Author: China Central Television

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: China

## Copyright claimant
Copyright Claimant: China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
Organization Name: China Central Television

## Certification
Name: Wengian Wang

Date: December 29, 2014

Correspondence: Yes

**Registration #:**  PAU003751281

**Service Request #:**  1-1855755671



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-285**

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** I want to go to the Spring Festival gala

**Contents Titles:** I want to go to the Spring Festival gala Episodes 35, 36

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751285

**Service Request #:**  1-1855755635



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-292

**Effective date of registration:**

November 18, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Star Walk |
| **Contents Titles:** | Star Walk Episode 31, Special 3, and Special 4 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |

## Author

| | |
|---|---|
| **Author:** | China Central Television |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | China Central Television |
| | No.11 Fuxinglu, Beijing, 100859, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | China Central Television |

## Certification

| | |
|---|---|
| **Name:** | Wengian Wang |
| **Date:** | December 29, 2014 |

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:** PAU003751292

**Service Request #:** 1-1866733862



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-746-792

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** To a happy departure Episode 37

## Completion/Publication

**Year of Completion:** 2014

## Author

**Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**   PAU003746792

**Service Request #:**   1-1855728599



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-293

**Effective date of registration:**

November 17, 2014

---

## Title
**Title of Work:** Variety festival Episode 36

## Completion/Publication
**Year of Completion:** 2014

## Author
■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant
**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
**Organization Name:** China Central Television

## Certification
**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751293

**Service Request #:**  1-1855688331



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

**EXHIBIT C**

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
|---|---|---|
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club,  Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club,  Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

EXHIBIT C

**Registered TVB Programs (Video-on-Demand)**

| Title of Work and Episode Numbers | Copyright Registration Number |
|---|---|
| A Change of Destiny, Ep. 1 through 20 | PA0001388870 |
| A Change of Heart, Ep. 1 through 30 | PA0001866892 |
| A Great Way To Care II, Ep. 1 through 25 | PA0001847097 |
| A Step into the Past, Ep. 1 through 40 | PA0001074513 |
| All That Is Bitter Is Sweet, Ep. 1 through 29 | PA0001922865 |
| Always And Ever, Ep 1 through 31 | PA0001866873 |
| Awfully Lawful, Ep. 1 through 20 | PA0001866872 |
| Beauty At War, Ep. 1 through 30 | PA0001849236 |
| Black Heart White Soul, Ep. 1 through 30 | PA0001920529 |
| Bounty Lady, Ep. 1 through 19 | PA0001890407 |
| Brother's Keeper, Ep. 1 through 31 | PA0001878628 |
| Bullet Brain, Ep. 1 through 25 | PA0001847052 |
| Coffee Cat Mama, Ep. 1 through 20 | PA0001910249 |
| Come Home Love, Ep. 1 through 162 | PA0001872347 |
| Come Home Love, Ep. 610 through 614 | PA0001922874 |
| Daddy Good Deeds, Ep. 1 through 20 | PA0001857840 |
| Divas In Distress, Ep. 1 through 20 | PA0001827059 |
| Don Juan De Mercado, Ep. 1 through 6 | PA0001712850 |
| Duke of Mount Deer, Ep. 1 through 45 | PA0000923706 |
| Friendly Fire, Ep. 1 through 24 | PA0001840636 |
| Ghetto Justice II, Ep. 1 through 20 | PA0001827048 |
| Ghost Dragon of Cold Mountain, Ep. 1 through 30 | PA0001918949 |
| Gilded Chopsticks, Ep. 1 through 25 | PA0001906159 |
| Gloves Come Off, Ep. 1 through 25 | PA0001857855 |
| Gods of Honour, Ep. 1 through 40 | PA0001063318 |
| Grace Under Fire, Ep. 1 through 32 | PA0001776413 |
| Heaven Sword and Dragon Sabre, Ep. 1 through 42 | PA0001012498 |
| Highs and Lows, Ep. 1 through 29 | PA0001840632 |
| House of Harmony and Vengeance, Ep. 1 through 30 | PA0001857846 |

| Title of Work and Episode Numbers | Copyright Registration Number |
|---|---|
|  |  |
| Inbound Troubles, Ep. 1 through 20 | PA0001848886 |
| Karma Rider, Ep. 1 through 20 | PA0001863828 |
| King Maker, Ep. 1 through 26 | PA0001827056 |
| Line Walker, Ep. 1 through 30 | PA0001922863 |
| Man In Charge, Ep. 1 through 20 | PA0001738145 |
| Missing You, Ep. 1 through 20 | PA0001840634 |
| Never Dance Alone, Ep. 1 through 30 | PA0001919570 |
| No Good Either Way, Ep. 1 through 20 | PA0001827058 |
| Outbound Love, Ep. 1 through 21 | PA0001891391 |
| Overachievers, Ep. 1 through 30 | PA0001936095 |
| Queen Divas, Ep. 1 through 14 | PA0001894494 |
| Reality Check, Ep. 1 through 20 | PA0001845356 |
| Rear Mirror, Ep. 1 through 20 | PA0001924137 |
| Return of the Silver Tongue, Ep. 1 through 25 | PA0001910251 |
| Ruse of Engagement, Ep. 1 through 25 | PA0001901753 |
| Season of Love, Ep. 1 through 20 | PA0001840377 |
| Sergeant Tabloid, Ep. 1 through 20 | PA0001827198 |
| Silver Spoon, Sterling Shackles, Ep. 1 through 40 | PA0001840638 |
| Slow Boat Home, Ep. 1 through 25 | PA0001857765 |
| Sniper Standoff, Ep. 1 through 25 | PA0001881211 |
| Storm in a Cocoon, Ep. 1 through 31 | PA0001901640 |
| Sweetness in the Salt, Ep. 1 through 25 | PA0001660153 |
| Swipe Tap Love, Ep. 1 through 20 | PA0001900069 |
| The Confidant, Ep. 1 through 33 | PA0001840635 |
| The Day of Days, Ep. 1 through 20 | PA0001839833 |
| The Four, Ep. 1 through 25 | PA0001638548 |
| The Greatness of A Hero, Ep. 1 through 20 | PA0001660075 |
| The Greed Of Man, Ep. 1 through 40 | PA0000593136; PA0000593128; PA0000593127; PA0000593126; PA0000593122; PA0000593125; PA0000593141; PA0000593129; |

| Title of Work and Episode Numbers | Copyright Registration Number |
|---|---|
| | PA0000593124; PA0000593121; PA0000593120; PA0000593123; PA0000593133 |
| The Hippocratic Crush, Ep. 1 through 25 | PA0001857863 |
| The Hippocratic Crush II, Ep. 1 through 30 | PA0001883626 |
| The Last Steep Ascent, Ep. 1 through 24 | PA0001827043 |
| The Master of Tai Chi, Ep. 1 through 25 | PA0001619042 |
| The Ultimate Addiction, Ep. 1 through 30 | PA0001916638 |
| Three Kingdoms RPG, Ep. 1 through 24 | PA0001827052 |
| Tiger Cubs, Ep. 1 through 13 | PA0001827044 |
| Triumph in The Skies II, Ep. 1 through 41 | PA0001877655 |
| Twin of Brothers, Ep. 1 through 42 | PA0001242731 |
| Whatever It Takes, Ep. 1 through 20 | PA0001102787 |
| Will Power, Ep.1 through 31 | PA0001884284 |
| Witness Insecurity, Ep. 1 through 19 | PA0001827051 |
| Witness to a Prosecution, Ep. 1 through 22 | PA0000980415 |

**EXHIBIT D**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-870**

Effective date of registration:
November 20, 2014

---

### Title

Title of Work: Big Boys Club 2014-09-29 (Episode 1200)

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 29, 2014          Nation of 1st Publication: Hong Kong

### Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

EXHIBIT D

Registration #:  PA0001922870
Service Request #:  1-1913059455



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-866**

Effective date of registration:

November 20, 2014

---

### Title
Title of Work: Big Boys Club 2014-09-30 (Episode 1201)

### Completion/Publication
Year of Completion: 2014

Date of 1st Publication: September 30, 2014     Nation of 1st Publication: Hong Kong

### Author
■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #:  PA0001922866
Service Request #:  1-1913059501



*0000PA0001922866010I*

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-875**

Effective date of registration:

November 20, 2014

---

### Title
Title of Work: Big Boys Club 2014-10-01 (Episode 1202)

### Completion/Publication
Year of Completion: 2014

Date of 1st Publication: October 1, 2014          Nation of 1st Publication: Hong Kong

### Author
- Author: Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:  PA0001922875
Service Request #:  1-1913059537



Television Broadcasts Limited
Pony Siu
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-872**

Effective date of registration:

November 20, 2014

## Title

Title of Work: Big Boys Club 2014-10-02 (Episode 1203)

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 2, 2014    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of 1

Registration #:  PA0001922872
Service Request #:  1-1913059573



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-873**

Effective date of registration:

November 20, 2014

---

## Title ——————————————————————

Title of Work: News At Seven-Thirty (Pearl) 2014-10-01

## Completion/Publication ——————————

Year of Completion: 2014

Date of 1st Publication: October 1, 2014          Nation of 1st Publication: Hong Kong

## Author ——————————————————————

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant ————————————

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification ————————————————

Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of 1

Registration #:   PA0001922873
Service Request #:   1-1910424932



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-869**

Effective date of
registration:
November 20, 2014

---

## Title

Title of Work: News At Seven-Thirty (Pearl) 2014-09-29

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 29, 2014    Nation of 1st Publication: Hong Kong

## Author

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:  PA0001922869
Service Request #:  1-1910424850



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-867**

Effective date of registration:

November 20, 2014

---

## Title

Title of Work: News At Seven-Thirty (Pearl) 2014-09-30

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014          Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #:  PA0001922867
Service Request #:  1-1910424886



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-864**

Effective date of registration:
November 20, 2014

---

### Title

Title of Work: Pleasure And Leisure 2014-10-1

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 1, 2014            Nation of 1st Publication: Hong Kong

### Author

■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #: PA0001922864
Service Request #: 1-1910425153



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-871**

Effective date of registration:

November 20, 2014

## Title

Title of Work: Pleasure And Leisure 2014-10-2

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 2, 2014          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes.

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:   PA0001922871
Service Request #:   1-1913059349



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-868**

Effective date of registration:
November 20, 2014

---

### Title

Title of Work: Pleasure And Leisure 2014-09-30

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014          Nation of 1st Publication: Hong Kong

### Author

■         Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■         Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #:  PA0001922868
Service Request #:  1-1910425068



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-388-870

EFFECTIVE DATE OF REGISTRATION

6　22　07
Month　Day　Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

A Change Of Destiny – Episodes 1-20

PREVIOUS OR ALTERNATIVE TITLES ▼

天機算

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

---

**2**

**a** NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2007 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 04   Day ▶ 16   Year ▶ 2007
Hong Kong SAR   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by
written agreement.

APPLICATION RECEIVED
JUN 2 2 2007
ONE DEPOSIT RECEIVED
JUN 2 2 2007
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. ・DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

FORM PA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼           Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** - Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                               Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                         PHILIP TAM, ESQ
13411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8868

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____ TVBO PRODUCTION LIMITED
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

KAREN P. Y. WAN                                     date ▶  — 4 JUN 2007

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
TSEUNG KWAN O IND'L ESTATE

Number/Street/Apt ▼

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-866-892**

Effective date of registration:

August 8, 2013

---

## Title
           **Title of Work:** A Change Of Heart

## Completion/Publication
           **Year of Completion:** 2013
           **Date of 1st Publication:** June 3, 2013           **Nation of 1st Publication:** Hong Kong

## Author
      ■      **Author:** Television Broadcasts Limited
         **Author Created:** entire motion picture

      **Work made for hire:** Yes
         **Domiciled in:** Hong Kong
      ■      **Author:** TVBO Production Limited
         **Author Created:** entire motion picture

      **Work made for hire:** Yes
         **Domiciled in:** Bermuda Islands

## Copyright claimant
         **Copyright Claimant:** TVBO Production Limited
           Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands
         **Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
           **Name:** KAREN P. Y. WAN
           **Date:** June 24, 2013

Registration #:  PA0001866892
Service Request #:  1-954007490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-847-097**

**Effective date of registration:**

June 4, 2013

---

### Title

Title of Work: A Great Way to Care II

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: March 18, 2013     Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Page 1 of 1

Registration #:  PA0001847097
Service Request #:  1-919803001



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# CERTIFICATE OF REGISTRATION



**THE UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

# FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-074-513**



EFFECTIVE DATE OF REGISTRATION

| 1 | 29 | 02 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

A Step Into The Past ~ Episodes 1 - 20

PREVIOUS OR ALTERNATIVE TITLES ▼

尋秦記

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶
      Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶
      Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2001   ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Day ▶ 10   Day ▶ 15   Year ▶ 2001
Hong Kong Special Administrative Region   ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

JAN 29 2002
JAN 29 2002 (10)

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

DO NOT WRITE HERE



EXAMINED BY

CHECKED BY

FORM PA

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☐ No ☐ If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                  PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area code and daytime telephone number ▶ (562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TVB (OVERSEAS) LIMITED
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY T. N. YUEN                                    date ▶  1 6 JAN 2002

       Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY
Number/Street/Apt ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate
will be
mailed in
window
envelope

☆ U.S. GOVERNMENT PRINTING OFFICE 1999 313 432 40 012

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM PA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**PA 1-074-512**

PA PAU

EFFECTIVE DATE OF REGISTRATION

| 1 | 29 | 02 |
|---|---|---|
| Mo | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

A Step Into The Past -- Episodes 21 - 40

PREVIOUS OR ALTERNATIVE TITLES ▼

尋秦記

NATURE OF THIS WORK ▼

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NOTE**



NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶ ____
    { Domiciled in ▶ HONG KONG ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶ ____
    { Domiciled in ▶ BERMUDA ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶ ____
    { Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
**2001** ◀ Year  in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ ____ Day ▶ ____ Year ▶ **2001**
ONLY if this work has been published.
Hong Kong Special Administrative Region ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JAN 29 2002

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 2

EXAMINED BY ____ Y

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a.  ☐ This is the first published edition of a work previously registered in unpublished form.
b.  ☐ This is the first application submitted by this author as copyright claimant.
c.  ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____   **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____   **Account Number** ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                      PHILIP TAM, ESQ

15411 BLACKBURN AVE.

NORWALK, CA 90650

Area code & daytime telephone number ► (562) 802-8668

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   TVB (OVERSEAS) LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN                                          date ► 1 6 JAN 2002

☒ Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apt ▼
CLEAR WATER BAY ROAD

City/State/ZIP ▼
KOWLOON, HONG KONG

**9**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000                                          U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/59,013

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-865**

Effective date of registration:
November 20, 2014

### Title

Title of Work: All That Is Bitter Is Sweet - 30 Episodes

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 8, 2014     Nation of 1st Publication: Hong Kong

### Author

■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of

Registration #:  PA0001922865
Service Request #:  1-1910377512



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-866-873**

Effective date of registration:

October 10, 2013

---

### Title
Title of Work: Always And Ever

### Completion/Publication
Year of Completion: 2013

Date of 1st Publication: August 12, 2013      Nation of 1st Publication: Hong Kong

### Author

- **Author:** Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- **Author:** TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P. Y. WAN

Date: August 21, 2013

---

Page 1 of 1

Registration #:  PA0001866873
Service Request #:  1-982100296



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-866-872**

Effective date of registration:

August 8, 2013

---

## Title

Title of Work: Awfully Lawful

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: June 17, 2013          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Registration #:   PA0001866872
Service Request #:   1-954007545



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-849-236

Effective date of registration:

June 19, 2013

---

## Title

**Title of Work:** Beauty At War

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 22, 2013      **Nation of 1st Publication:** Hong Kong

## Author

■ **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■ **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** June 3, 2013

---

Page 1 of 1

Registration #:  PA0001849236
Service Request #:  1-944099531



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-920-529**

Effective date of registration:
September 11, 2014

## Title

Title of Work: Black Heart White Soul - 30 Episodes

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: July 14, 2014    Nation of 1st Publication: Hong Kong

## Author

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2014

Registration #:  PA0001920529
Service Request #:  1-1682737480



Television Broadcasts Limited
Pony Sio
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-890-407**

Effective date of registration:

January 21, 2014

---

### Title
  Title of Work: Bounty Lady

### Completion/Publication
  Year of Completion: 2013
  Date of 1st Publication: November 25, 2013  Nation of 1st Publication: Hong Kong

### Author
  ■ Author: Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

  ■ Author: TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

### Copyright claimant
  Copyright Claimant: TVBO Production Limited

  Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

  Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
  Name: KAREN P. Y. WAN
  Date: January 21, 2014

---

Registration #:  PA0001890407
Service Request #:  1-1157015981



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-878-628

Effective date of registration:

November 21, 2013

---

## Title

| | |
|---|---|
| Title of Work: | Brother's Keeper |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2013 | | |
| Date of 1st Publication: | September 23, 2013 | Nation of 1st Publication: | Hong Kong |

## Author

| | | |
|---|---|---|
| ■ | Author: | Television Broadcasts Limited |
| | Author Created: | entire motion picture |
| | Work made for hire: | Yes |
| | Domiciled in: | Hong Kong |
| ■ | Author: | TVBO Production Limited |
| | Author Created: | entire motion picture |
| | Work made for hire: | Yes |
| | Domiciled in: | Bermuda Islands |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

## Certification

| | |
|---|---|
| Name: | KAREN P. Y. WAN |
| Date: | October 10, 2013 |

---



Registration #:  PA0001878628
Service Request #:  1-1004936788

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-847-052**
Effective date of registration:
June 4, 2013

---

### Title

Title of Work: Bullet Brain

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: April 8, 2013        Nation of 1st Publication: Hong Kong

### Author

■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Registration #:  PA0001847052
Service Request #:  1-919803040



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-910-249**

Effective date of registration:

July 3, 2014

---

## Title

Title of Work: Coffee Cat Mama

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: December 23, 2013.    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: January 21, 2014

---

Correspondence: Yes

Registration #:  PA0001910249
Service Request #:  1-1159506501



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-872-347

Effective date of registration:

October 28, 2013

---

## Title
Title of Work: Come Home Love (Episodes 1 to 162)

## Completion/Publication
Year of Completion: 2012

Date of 1st Publication: May 14, 2012        Nation of 1st Publication: Hong Kong

## Author
■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: October 20, 2013

---

Registration #:  PA0001872347
Service Request #:  1-1008978451



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-874**

Effective date of registration:
November 20, 2014

---

### Title

Title of Work: Come Home Love - Episodes 610 - 614

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 29, 2014   Nation of 1st Publication: Hong Kong

### Author

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement,

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of .

Registration #:  PA0001922874
Service Request #:  1-1910424814

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-857-840

Effective date of registration:

August 20, 2012

---

### Title

Title of Work: Daddy Good Deeds - Episodes 1-20

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: March 19, 2012   Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited

  Author Created: Co-Author of Motion Picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

  Anonymous: No   Pseudonymous: No

- Author: TVBO Production Limited

  Author Created: Co-Author of Motion Picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

  Anonymous: No   Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

---

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:  Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-827-059**

Effective date of registration:

December 11, 2012

---

## Title

Title of Work: Divas In Distress - Episodes 1 - 22

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: August 27, 2012          Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #:  PA0001827059
Service Request #:  1-853902627

0000PA0001827059 0101

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street,
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-712-850

Effective date of registration:

September 8, 2010

## Title

Title of Work: Don Juan DeMercado - Episodes 1-6

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: February 15, 2010      Nation of 1st Publication: Hong Kong

## Author

■      Author: Television Broadcasts Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Written agreement

## Rights and Permissions

Organization Name: TVBO Production Limited

Address: Canon's Court

22 Victoria Street

Hamilton HM12,   Bermuda Islands

## Certification

Page 1 of 2

Name:   KAREN P. Y. WAN

Date:   August 4, 2010



Registration #:    PAU001712850

Service Request #:    1-492300831



Television Broadcasts Limited
10/F., Main Block, TVB City
77 Chun Choi Street, Tseung Kwan O Industrial Estate
Kowloon,   Hong Kong

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

 

PA 923-706

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

JAN 1 3 1999

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 – Episodes 1-20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿鼎記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

| DATES OF BIRTH AND DEATH |
| Year Born ▼   Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b TVB (OVERSEAS) LIMITED

| DATES OF BIRTH AND DEATH |
| Year Born ▼   Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

| DATES OF BIRTH AND DEATH |
| Year Born ▼   Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1998 ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information
ONLY if this work has been published.
Month ▶ 06    Day ▶ 01    Year ▶ 98
Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
JAN 13 1999

ONE DEPOSIT RECEIVED
JAN 13 1999  (10)  ½"VT/D

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

SPECIAL RELIEF GRANTED under authority of the Reg. Regulations

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.        PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ (562) 802-8168

CERTIFICATION*   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   TVB (OVERSEAS) LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG        date ▶  2 0 DEC 1998

Handwritten signature (X) ▼

MAIL CERTIFICATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY
Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1992—50,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,012

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**PA 923-708**
PAU

EFFECTIVE DATE OF REGISTRATION

**JAN 1 3 1999**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 ~ Episodes 21-40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿 鼎 記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

| | NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|---|
| a | TELEVISION BROADCASTS LIMITED 電視廣播有限公司 | Year Born ▼   Year Died ▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes ☐ No | Name of Country OR Citizen of ▶ _____ Domiciled in ▶ HONG KONG | Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No |

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

| | NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|---|
| b | TVB (OVERSEAS) LIMITED | Year Born ▼   Year Died ▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes ☐ No | Name of Country OR Citizen of ▶ _____ Domiciled in ▶ BERMUDA | Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No |

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

| | NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|---|
| c | | Year Born ▼   Year Died ▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | Name of Country OR Citizen of ▶ _____ Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No |

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

| YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given | DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK |
|---|---|
| 1998  ◄ Year in all cases | Complete this information ONLY if this work has been published.  Month ▶ 06  Day ▶ 29  Year ▶ 98   Nation U.S.A |

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
TVB (OVERSEAS) BUILDING,
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
JAN 13 1999
ONE DEPOSIT RECEIVED
JAN 13 1999
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page. · See detailed instructions. · Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

SPECIAL RELIEF GRANTED under §202.20 of the C.O. Regulations

COMMISSIONER
CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC          PHILIP TAM, ESQ
15411 BLACKBURN AVE
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 402-1888

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   TVB (OVERSEAS) LIMITED
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG          date ▶ 2 8 DEC 1998

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

7/F, SHAW HOUSE, TV CITY
CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

• 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992 - 300,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-313-438/60,012

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 922-071**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**JAN 1 3 1999**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 – Episodes 41-45

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿鼎記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
on Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
on Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
on Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1998 ◀ Year in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 07   Day ▶ 27   Year ▶ 98
Nation ▶ U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, (HAMILTON HM), BERMUDA.

APPLICATION RECEIVED
JAN 1 2 1999
ONE DEPOSIT RECEIVED
JAN 1 3 1999
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

✻ SPECIAL RELIEF GRANTED under
202.25(d) of the C.O. Regulations

EXAMINED BY _____ FORM PA

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

PHILIP TAM, ESQ

TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE.
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-1868   Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___TVB (OVERSEAS) LIMITED_____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG   date ▶ 20 DEC 1998

Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼

7/F., SHAW HOUSE, TV CITY
Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1997 – 50,000          ☉ U.S. GOVERNMENT PRINTING OFFICE: 1900-210-438/40,013

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-840-636**

Effective date of registration:

March 7, 2013

---

### Title

Title of Work: Friendly Fire - Episodes 1-26

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: December 18, 2012     Nation of 1st Publication: Hong Kong

### Author

■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Page 1 of 1

Registration #:  PA0001840636
Service Request #:  1-898699080



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-827-048**

Effective date of registration:

December 11, 2012

---

### Title

Title of Work: Ghetto Justice II - Episodes 1 - 21

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: July 30, 2012    Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #:  PA0001827048
Service Request #:  1-853902601



Television Broadcasts Limited
Pony Siu
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-918-949**

Effective date of registration:
August 29, 2014

---

### Title

Title of Work: Ghost Dragon Of Cold Mountain - 30 Episodes

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: June 30, 2014          Nation of 1st Publication: Hong Kong

### Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: August 21, 2014

---

Registration #:   PA0001918949
Service Request #:   1-1682737431



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-906-159**

Effective date of registration:
April 9, 2014

---

### Title

Title of Work: Gilded Chopsticks

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: February 10, 2014          Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: April 3, 2014

---

Registration #:  PA0001906159
Service Request #:  1-1334156341



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-855**

Effective date of registration:

August 20, 2012

## Title ─────────────

Title of Work: Gloves Come Off - Episodes 1 - 25

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication ─────

Year of Completion: 2012

Date of 1st Publication: April 16, 2012        Nation of 1st Publication: Hong Kong

## Author ───────────

Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                    Pseudonymous: No

Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                    Pseudonymous: No

## Copyright claimant ─────────

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification ──────────

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

**CERTIFICATE OF REGISTRATION**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

PA 1-063-318

EFFECTIVE DATE OF REGISTRATION

Oct 26 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Gods Of Honour – Episodes 1 – 20

PREVIOUS OR ALTERNATIVE TITLES ▼

封神榜

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2** NAME OF AUTHOR ▼
a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼
b TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2001   ◀ Year in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month▶ Day▶ Year▶ 2001
ONLY if this work has been published. Hong Kong Special Administrative Region   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
OCT 26 2001
ONE DEPOSIT RECEIVED
OCT 26 2001
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY                                    FORM PA

CHECKED BY

CORRESPONDENCE                          FOR
☐ Yes                                   COPYRIGHT
                                        OFFICE
                                        USE
                                        ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
    TVB HOLDINGS (USA) INC.                        PHILIP TAM, ESQ
    15411 BLACKBURN AVE.
    NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8998

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of     TVB (OVERSEAS) LIMITED
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
    CHERRY T. N. YUEN                        date ▶  2 5 SEP 2001

                          Handwritten signature (X) ▼

MAIL CERTIFI- CATE TO
Name ▼
    7/F., SHAW HOUSE, TV CITY
Number/Street/Apt ▼
    CLEAR WATER BAY ROAD
City/State/Zip ▼
    KOWLOON, HONG KONG

Certificate will be mailed in window envelope

CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

PA 1-063-319

EFFECTIVE DATE OF REGISTRATION

Oct   26   2001

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Gods Of Honour – Episodes 21 - 40

PREVIOUS OR ALTERNATIVE TITLES ▼

封神榜

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2** NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

**b** TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2001   ◀ Year   in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month 08   Day 20   Year 2001
ONLY if this work has been published.
Nation Hong Kong Special Administrative Region   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

ONE DEPOSIT RECEIVED
OCT 26 2001
TWO DEPOSITS RECEIVED
OCT 26 2001
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by
written agreement.

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY    P·P·s    FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC     PHILIP TAM, ESQ

15411 BLACKHURN AVE

NORWALK, CA 90650

Area Code & Daytime Telephone Number ▶ (501) 921-1868

**CERTIFICATION**  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of __TVB (OVERSEAS) LIMITED__
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHEUNG T.N. YUEN     date ▶ 2 5 SEP 2001

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1997—50,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1993:318-491/60.019

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-776-413**

Effective date of registration:
July 5, 2011

---

### Title
Title of Work: Grace Under Fire - Episodes 1-32

### Completion/Publication
Year of Completion: 2011

Date of 1st Publication: March 7, 2011    Nation of 1st Publication: Hong Kong

### Author
■ Author: Television Broadcasts Limited, dba Television Broadcasts Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited, dba TVBO Production Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited, dba TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Written agreement

### Rights and Permissions
Organization Name: TVBO Production Limited

Address: Canon's Court

22 Victoria Street

Hamilton HM12,   Bermuda Islands

### Certification

---

Name:   Karen P Y Wan

Date:   May 24, 2011

---

Correspondence:   Yes

Copyright Office notes:   Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.



**CERTIFICATE OF REGISTRATION**

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-012-498

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

EFFECTIVE DATE OF REGISTRATION

AUG 28 2000

*Marybeth Peters*

REGISTER OF COPYRIGHTS
OFFICIAL SEAL

United States of America

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Heaven Sword & The Dragon Sabre 2000 – Episodes 1 - 20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

倚天屠龍記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**NAME OF AUTHOR ▼**
a. TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NOTE

**NAME OF AUTHOR ▼**
b. TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**
c.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2000 ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information
ONLY if this work
has been published.
Month ▶ 09   Day ▶ 29   Year ▶ 2000
Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
AUG 28 2000

ONE DEPOSIT RECEIVED
AUG 28 2000   JAN 12 2001

TWO DEPOSITS RECEIVED

1/2" VTR)

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY                                          FORM PA

CHECKED BY

☐ CORRESPONDENCE                                     FOR
   Yes                                               COPYRIGHT
                                                     OFFICE
                                                     USE
                                                     ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**                    **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                          **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                             PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Area Code & Telephone Number   (562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TVB (OVERSEAS) LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                                    date ▶

Handwritten signature (X) ▼

MAIL CERTIFI- CATE TO

**Name ▼**
7/F., SHAW HOUSE, TV CITY
CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1992— 50,000                                ✰U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,018

**CERTIFICATE OF REGISTRATION**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

PA 1-012-450

EFFECTIVE DATE OF REGISTRATION

AUG 28 2000

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

The Heaven Sword & The Dragon Sabre 2000 – Episodes 21 - 42

**PREVIOUS OR ALTERNATIVE TITLES ▼**

倚天屠龍記

**NATURE OF THIS WORK ▼**

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NOTE

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2000 ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 06   Day 26   Year 2000
Nation U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
AUG 28 2000
ONE DEPOSIT RECEIVED
AUG 28 2000 JAN 12 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY *DBC*

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No • If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**        **Account Number ▼**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TYB HOLDINGS (USA) INC.             PHILIP TAM, ESQ.

15411 BLACKBURN AVE.

NORWALK, CA 90650

(562) 802-8869

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TYB (OVERSEAS) LIMITED

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼**  If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                          date ▶

**Handwritten signature (X) ▼**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

7/F., SHAW HOUSE, TV CITY

CLEAR WATER BAY ROAD

KOWLOON, HONG KONG

January 1995—300,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1993-312-432/20,013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-840-632**

Effective date of registration:
March 7, 2013

## Title
Title of Work: Highs And Lows - Episodes 1-30

## Completion/Publication
Year of Completion: 2012
Date of 1st Publication: September 24, 2012          Nation of 1st Publication: Hong Kong

## Author
■   Author: Television Broadcasts Limited
Author Created: entire motion picture

Work made for hire: Yes
Domiciled in: Hong Kong

■   Author: TVBO Production Limited
Author Created: entire motion picture

Work made for hire: Yes
Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands
Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P.Y. WAN
Date: February 28, 2013

Registration #:   PA0001840632
Service Request #:   1-898097191



Television Broadcasts Limited
Pony Sin.
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 9000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-846**

Effective date of registration:

August 20, 2012

## Title

Title of Work: House Of Harmony And Vengeance - Episodes 1 - 30

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 30, 2012    Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No    Pseudonymous: No

Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No    Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Page 1 of 2

Name:   KAREN P.Y. WAN



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-848-886**

Effective date of registration:

April 17, 2013

---

### Title

| | |
|---|---|
| Title of Work: | Inbound Troubles |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | January 14, 2013     Nation of 1st Publication:  Hong Kong |

### Author

| | |
|---|---|
| ■    Author: | Television Broadcasts Limited |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | Hong Kong |
| ■    Author: | TVBO Production Limited |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | Bermuda Islands |

### Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

### Certification

| | |
|---|---|
| Name: | KAREN P. Y. WAN |
| Date: | April 12, 2013 |

---

Registration #:   PA0001848886
Service Request #:   1-919742251



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-863-828**

Effective date of registration:

September 16, 2013

---

## Title

Title of Work: Karma Rider

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: July 15, 2013          Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

---

Registration #:   PA0001863828
Service Request #:   1-982100250



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-827-056**

Effective date of registration:

December 11, 2012

---

### Title
Title of Work: King Maker - Episodes 1 - 28

### Completion/Publication
Year of Completion: 2012

Date of 1st Publication: August 13, 2012      Nation of 1st Publication: Hong Kong

### Author
■      Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #:  PA0001827056
Service Request #:  1-853902652



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-863**

Effective date of registration:
November 20, 2014

## Title

Title of Work: Line Walker - 31 Episodes

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: August 25, 2014    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of 1

Registration #:   PA0001922863
Service Request #:   1-1910424768



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-738-145**

Effective date of registration:

July 10, 2009

---

### Title

| | |
|---|---|
| Title of Work: | Man In Charge - Episodes 1 - 20 |
| Previous or Alternative Title: | [title in non-Roman characters] |
| Nature of Work: | Motion Picture with Chinese Soundtrack & Subtitles |

### Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2007 | | |
| Date of 1st Publication: | April 6, 2009 | Nation of 1st Publication: | Hong Kong |

### Author

| | |
|---|---|
| ■ Author: | Television Broadcasts Limited |
| Author Created: | Co-author of motion picture |
| Work made for hire: | Yes |
| Domiciled in: | Hong Kong |
| Anonymous: No | Pseudonymous: No |
| ■ Author: | TVBO Production Limited |
| Author Created: | Co-author of motion picture |
| Work made for hire: | Yes |
| Domiciled in: | Bermuda Islands |
| Anonymous: No | Pseudonymous: No |

### Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

### Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

### Certification

Name:   Karen P.Y. Wan
Date:   June 2, 2009



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-046**

Effective date of registration:

December 11, 2012

---

## Title

Title of Work: Master Of Play - Episodes 1-30

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: May 21, 2012          Nation of 1st Publication: Hong Kong

## Author

■  **Author:** Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■  **Author:** TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all worldwide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 19, 2012

---

Page 1 of 1

Registration #:  PA0001827046
Service Request #:  1-850927501



Television Broadcasts Limited
10/F., TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-840-634**

Effective date of registration:
March 7, 2013

---

### Title
Title of Work: Missing You - Episodes 1-20

### Completion/Publication
Year of Completion: 2012

Date of 1st Publication: December 18, 2012       Nation of 1st Publication: Hong Kong

### Author
Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Page 1 of 1

Registration #:  PA0001840634
Service Request #:  1-898699148

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-919-570**

Effective date of registration:

June 23, 2014

---

## Title
      Title of Work: Never Dance Alone

## Completion/Publication
      Year of Completion: 2014

      Date of 1st Publication: April 21, 2014     Nation of 1st Publication: Hong Kong

## Author
    ■    Author: Television Broadcasts Limited

      Author Created: entire motion picture

      Work made for hire: Yes

      Domiciled in: Hong Kong

    ■    Author: TVBO Production Limited

      Author Created: entire motion picture

      Work made for hire: Yes

      Domiciled in: Bermuda Islands

## Copyright claimant
      Copyright Claimant: TVBO Production Limited

           Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

      Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
      Name: KAREN P. Y. WAN

      Date: June 16, 2014

Registration #:  PA0001919570
Service Request #:  1-1514304791



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-827-058**

Effective date of registration:
December 11, 2012

---

## Title

Title of Work: No Good Either Way - Episodes 1 - 21

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: June 11, 2012          Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #:  PA0001827058
Service Request #: 1-853893475



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-891-391**

Effective date of registration:

March 10, 2014

## Title

Title of Work: Outbound Love

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: January 20, 2014     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: February 27, 2014

Registration #:   PA0001891391
Service Request #:   1-1248796161



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-936-095**

**Effective Date of Registration:**
January 16, 2015

## Title

**Title of Work:** Overachievers - 30 Episodes

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 03, 2014
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Television Broadcasts Limited
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Bermuda Islands

## Copyright Claimant

**Copyright Claimant:** TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands
**Transfer statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN
**Date:** January 08, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-894-494

Effective date of
registration:
March 5, 2014

---

## Title

Title of Work: Queen Divas

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: January 20, 2014     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: February 27, 2014

---

Page 1 of 1

Registration #:   PA0001894494
Service Request #:   1-1248822631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-845-356**

Effective date of registration:

April 24, 2013

---

## Title

Title of Work: Reality Check

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: February 18, 2013      Nation of 1st Publication: Hong Kong

## Author

■      Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Registration #:  PA0001845356
Service Request #:  1-919827490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-924-137**

Effective date of registration:

September 29, 2014

---

### Title

Title of Work: Rear Mirror - Episodes 1 - 20

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: August 11, 2014    Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: September 16, 2014

---

Registration #:  PA0001924137

Service Request #:  1-1749097802



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-910-251**

Effective date of registration:

July 3, 2014

---

### Title
Title of Work: Return Of The Silver Tongue

### Completion/Publication
Year of Completion: 2013

Date of 1st Publication: December 17, 2013     Nation of 1st Publication: Hong Kong

### Author
■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P. Y. WAN

Date: January 21, 2014

---

Correspondence: Yes

Page 1 of 1

Registration #:  PA0001910251
Service Request #:  1-1157200661



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-901-753

Effective date of registration:

May 12, 2014

---

## Title
    Title of Work: Ruse Of Engagement

## Completion/Publication
    Year of Completion: 2012
    Date of 1st Publication: March 17, 2014    Nation of 1st Publication: Hong Kong

## Author
    ■  Author: Television Broadcasts Limited
    Author Created: entire motion picture

    Work made for hire: Yes
    Domiciled in: Hong Kong
    ■  Author: TVBO Production Limited
    Author Created: entire motion picture

    Work made for hire: Yes
    Domiciled in: Bermuda Islands

## Copyright claimant
    Copyright Claimant: TVBO Production Limited

    Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

    Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
    Name: KAREN P. Y. WAN
    Date: April 29, 2014

---

Registration #:  PA0001901753
Service Request #:  1-1394798571



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-840-377**

Effective date of registration:

April 23, 2013

---

## Title

Title of Work: Season Of Love

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: February 11, 2013     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Page 1 of 1

Registration #:  PA0001840377
Service Request #:  1-919827462

Television Broadcasts Limited
Pony Siu
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-827-198**

Effective date of registration:
August 21, 2012

## Title

Title of Work: Sergeant Tabloid - Episodes 1 - 21
Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 6, 2012     Nation of 1st Publication: United States

## Author

Author: Television Broadcasts Limited
Author Created: Co-Author of Motion Picture

Work made for hire: Yes
Domiciled in: Hong Kong

Anonymous: No        Pseudonymous: No

Author: TVBO Production Limited
Author Created: Co-Author of Motion Picture

Work made for hire: Yes
Domiciled in: Bermuda Islands

Anonymous: No        Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton, HM, 12, Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim

Previously registered: No

## Certification

Name:   KAREN P Y. WAN

Date:   August 8, 2012

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-840-638**

Effective date of registration:
March 7, 2013

---

### Title

Title of Work: Silver Spoon, Sterling Shackles - Episodes 1-40

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: October 22, 2012　　　　Nation of 1st Publication: Hong Kong

### Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Page 1 of 1

Registration #:  PA0001840638
Service Request #:  1-898667929



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-765**

Effective date of registration:

July 17, 2013

---

## Title

**Title of Work:** Slow Boat Home

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 13, 2013      **Nation of 1st Publication:** Hong Kong

## Author

■      **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■      **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** June 24, 2013

---

Page 1 of 1

Registration #: PA0001857765
Service Request #: 1-954007451



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-881-211**

Effective date of registration:
November 12, 2013

---

### Title

Title of Work: Sniper Standoff

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: September 9, 2013     Nation of 1st Publication: Hong Kong

### Author

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide rights except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: October 10, 2013

---

Registration #:  PA0001881211
Service Request #:  1-1004936761



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-901-640**

**Effective date of registration:**

April 21, 2014

---

## Title

Title of Work: Storm In A Cocoon

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: February 17, 2014        Nation of 1st Publication: Hong Kong

## Author

■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 3, 2014

---

Page 1 of 1

Registration #:  PA0001901640
Service Request #:  1-1333902201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000 Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**PA 1-660-153**

Effective date of registration:

April 28, 2009

---

### Title
Title of Work: Sweetness In The Salt - Episodes 1 - 20

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication
Year of Completion: 2008

Date of 1st Publication: January 6, 2009     Nation of 1st Publication: United States

### Author
■      Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                     Pseudonymous: No

■      Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                     Pseudonymous: No

### Copyright claimant
Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim
Previously registered: No

### Certification

Page 1 of 2

Name:   KAREN P Y WAN
Date:   March 25, 2009

Copyright Office notes:   Regarding title information: Alternative title in non-Roman characters.

Registration #:   PA0001660153

Service Request #:  1-192977399

TSEUNG KWAN O INDL ESTATE
10/F MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON, HONG KONG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-727-287**

Effective date of registration:

April 28, 2009

## Title
                    _____

Title of Work: Sweetness In The Salt - Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/Publication
                    _____

Year of Completion: 2008

Date of 1st Publication: February 3, 2009          Nation of 1st Publication: United States

## Author
                    _____

Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                          Pseudonymous: No

Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Anonymous: No                          Pseudonymous: No

## Copyright claimant
                    _____

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim
                    _____

Previously registered: No

## Certification
                    _____

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   March 25, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-900-069

Effective date of registration:

May 14, 2014

## Title

|  |  |
|---|---|
| Title of Work: | Swipe Tap Love |

## Completion/Publication

|  |  |  |  |
|---|---|---|---|
| Year of Completion: | 2014 | | |
| Date of 1st Publication: | March 31, 2014 | Nation of 1st Publication: | Hong Kong |

## Author

|  |  |
|---|---|
| ■ Author: | Television Broadcasts Limited |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | Hong Kong |
| ■ Author: | TVBO Production Limited |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | Bermuda Islands |

## Copyright claimant

|  |  |
|---|---|
| Copyright Claimant: | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

## Certification

|  |  |
|---|---|
| Name: | KAREN P. Y. WAN |
| Date: | April 29, 2014 |

Registration #:  PA0001900069
Service Request #:  1-1395137609



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-635**

Effective date of registration:

March 7, 2013

---

### Title
Title of Work: The Confidant - Episodes 1-33

### Completion/Publication
Year of Completion: 2012

Date of 1st Publication: November 5, 2012     Nation of 1st Publication: Hong Kong

### Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Page 1 of 1

Registration #:  PA0001840635
Service Request #:  1-898699051



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street.
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-839-833

Effective date of
registration:

April 22, 2013

---

### Title

Title of Work: The Day Of Days

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: January 21, 2013          Nation of 1st Publication: Hong Kong

### Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

### Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Page 1 of 1

Registration #:  PA0001839833
Service Request #:  1-919827424



Television Broadcasts Limited
Pony Sin  :
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-638-548**

Effective date of registration:

December 16, 2008

---

### Title

Title of Work: The Four - Episodes 1 - 20

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: September 22, 2008     Nation of 1st Publication: Hong Kong

### Author

■    Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No          Pseudonymous: No

■    Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No          Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

Previously registered: No

### Certification

Page 1 of 2

Name:   Karen P. Y. Who
Date:   November 19, 2008

Registration #:   PA0001638548

Service Request #:  1-190221222

10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
TSEUNG KWAN O INDL ESTATE
KOWLOON, HONG KONG

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-638-550**

Effective date of registration:

December 16, 2008

---

### Title
Title of Work: The Four - Episodes 21 - 25
Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/Publication
Year of Completion: 2008
Date of 1st Publication: October 22, 2008    Nation of 1st Publication: Hong Kong

### Author
■    Author: TELEVISION BROADCASTS LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Hong Kong
Anonymous: No                    Pseudonymous: No

■    Author: TVBO PRODUCTION LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Bermuda Islands
Anonymous: No                    Pseudonymous: No

### Copyright claimant
Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA
Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim
Previously registered: No

### Certification

---

Page 1 of 2

Name:   KAREN P. Y. WAN
Date:   November 19, 2008

Registration #:    PA0001638550

Service Request #:    1-190221290

10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
TSEUNG KWAN O INDL ESTATE
KOWLOON, HONG KONG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

**PA 1-660-075**

Effective date of registration:
April 28, 2009

---

## Title

Title of Work: The Greatness Of A Hero - Episodes 1 - 20
Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/Publication

Year of Completion: 2008
Date of 1st Publication: February 10, 2009          Nation of 1st Publication: United States

## Author

■        Author: TELEVISION BROADCASTS LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Hong Kong
Anonymous: No                          Pseudonymous: No

■        Author: TVBO PRODUCTION LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Bermuda Islands
Anonymous: No                          Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA,
Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim

Previously registered: No

## Certification

---

Name:   KAREN P Y WAN

Date:   March 25, 2009

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA        593 136

PA          PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 1, 2 & 3

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

**WITH CHINESE SOUNDTRACK**

MOTION PICTURE

**2**

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 10   Day ▶ 16   Year ▶ 1992
ONLY if this work has been published.
UNITED KINGDOM (HONG KONG) ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

*Special relief granted under 202.20(d) of the C. O. reg.

EXAMINED BY ~SLG~

CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

PA 593 136

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHAEN, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of   TELEVISION BROADCASTS LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG          date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432-40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 128
PA                    PAU

EFFECTIVE DATE OF REGISTRATION

Month **DEC 14 1992** Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 4, 5 & 6

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

## 2

**NAME OF AUTHOR ▼**

**TELEVISION BROADCASTS LIMITED**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶  HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month 10 Day 15 Year 1992
ONLY if this work has been published.
UNITED KINGDOM (HONG KONG) ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**APPLICATION RECEIVED**
DEC 14 1992

**ONE DEPOSIT RECEIVED**
DEC 14 1992

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE

*Special relief granted under
202.20(d) of the C. O. reg.

EXAMINED BY  BLG

CHECKED BY

FORM PA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA  593-128

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space.

**6**

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**7**

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶   415-901-1100

CERTIFICATION*   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                          date ▶  NOV 1 7 1992

☒  Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼   DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼   3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼   SAN RAMON, CA 94583, USA.

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE  1991  112-402 40 007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 127
PA                    PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 7, 8 & 9

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2**
**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 10   Day 15   Year 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**
See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

054456567

*Special relief granted under
202.20(d) of the C. O. reg.

PA    593 127

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                     Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                          date ▶ NOV 17 1992

        Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
         DENNIS SPENCER KAHANE ATTORNEY AT LAW

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apartment Number ▼
         3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
         SAN RAMON, CA 94583, USA.

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432-40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    593 126

PA    PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 10, 11 & 12

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE            **WITH CHINESE SOUNDTRACK**

---

**2**

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶        HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month 10 Day 15 Year 1992
ONLY if this work has been published.
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992* [VT-D]
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

*Special relief granted under
202.20(d) of the C. O. reg.

PA   593 126

EXAMINED BY   B.L.G

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                          Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
number

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                          date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**
Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/Zip ▼
SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                      ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 122

PA                                PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 1 4 1992**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 13, 14 & 15

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

---

**2**  NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☑ No   "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No   Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No   Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information
1992  ◀ Year   must be given
              in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month 10   Day 15   Year 1992
ONLY if this work
has been published.        UNITED KINGDOM (HONG KONG)  ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 1 4 1992

ONE DEPOSIT RECEIVED
DEC 1 4 1992

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

0 5 4 4 5 6 8 8 9

*Special relief granted under
202.20(d) of the C. O. reg.

PA 593 122

| | |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG        date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/Zip ▼
SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**OFFICIAL SEAL**

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 125

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 16, 17 & 18

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

**2** NAME OF AUTHOR▼

TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For...

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀ Year in all cases.

1992

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 10   Day ▶ 15   Year ▶ 1992
ONLY if this work has been published.   UNITED KINGDOM( HONG ONG)   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG,

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

*Special relief granted under
202.20(d) of the C.O. reg.

PA 593 125

EXAMINED BY  B L G          FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                        Area Code & Telephone Number ▶   415-901-1100

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  TELEVISION BROADCASTS LIMITED
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T TANG                                              date ▶  NOV 1 1992

Handwritten signature (X) ▼

**8**

MAIL
CERTIFI-
CATE TO

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
        SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                         ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA  593 141

PA          PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN – EPISODES 19, 20 & 21

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE     **WITH CHINESE SOUNDTRACK**

**2**

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the em-...

**a** NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
1992   ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10  Day ▶ 15  Year ▶ 1992
UNITED KINGDOM (HONG KONG)   ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON HONG KONG.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

\*Special relief granted under
202.20(d) of the C. O. reg.

PA    593 141

| EXAMINED BY | TKG | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                                    Area Code & Telephone Number ▶  415-901-1100

Be sure to give your daytime phone number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                              date ▶ NOV 17 1992

Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**
Name  DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                              ⬥ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 129

PA          PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 22, 23 & 24

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          WITH CHINESE SOUNDTRACK

**2** NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given ONLY if this work has been published.
a 1992   ◀ Year   In all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
b Complete this information   Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM (HONG KONG)   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1

*Special relief granted under 202.20(d) of the C. O. reg.

PA 593 129

EXAMINED BY  D/LG
CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to
give your
daytime phone
number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  TELEVISION BROADCASTS LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                          date ▶  NOV 1, 1992

✎ Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
         DENNIS SPENCER KAHANE ATTORNY AT LAW

Number/Street/Apartment Number ▼
         3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
         SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                ☆ U.S. GOVERNMENT PRINTING OFFICE  1991  312 432 40 007

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA   593 124**

PA                                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 1 4 1992**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN -- EPISODES 25, 26 & 27

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See Instructions

MOTION PICTURE          WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼

a  TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire"

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This Information must be given
a  1992   ◀ Year   in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 10   Day ▶ 15   Year ▶ 1992
ONLY if this work has been published.   UNITED KINGDOM (HONG KONG)   ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 1 4 1992
ONE DEPOSIT RECEIVED
DEC 14,1992
TWO DEPOSITS RECEIVED

Σ VT-D

**4**

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                 • See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE



*Special relief granted under 202.20(d) of the C. O. reg.

EXAMINED BY ☐LG

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

PA 593 124

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG          date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000          ☆ U.S. GOVERNMENT PRINTING OFFICE  1991  1 1 2 432 40 007

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

PA     593 121

PA     PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 28, 29 & 30

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

**2**

**NAME OF AUTHOR ▼**

a  TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ HONG KONG
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

b  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 10   Day 15   Year 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
**DEC 14 1992**
ONE DEPOSIT RECEIVED
**DEC 14 1992**
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

*Special relief granted under
202.20(d) of the C. O. reg.

PA   593 121

EXAMINED BY                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE                               FOR
☐ Yes                                          COPYRIGHT
                                               OFFICE
                                               USE
                                               ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼              Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCAST LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                          date ▶  NOV   1 7 1992

✏ Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
        SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 593 120

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

THE GREED OF MAN – EPISODES 31, 32 & 33

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See Instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2** **NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work in all cases. has been published.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM (HONG KONG)   ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

*Special relief granted under
202.20(d) of the C. O. reg.

PA   593 120

| EXAMINED BY | W LG | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                      Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶   415-901-1100

Be sure to give your daytime phone number

**8**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                          date ▶  NOV 17 1992

✍ Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                    ☆ U.S. GOVERNMENT PRINTING OFFICE 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

PA          593 123

PA                          PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 34, 35 & 36

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ ___ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   [ ] Yes [X] No
Pseudonymous?  [ ] Yes [X] No

If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   [ ] Yes [ ] No
Pseudonymous?  [ ] Yes [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   [ ] Yes [ ] No
Pseudonymous?  [ ] Yes [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 10  Day 15  Year 1992
UNITED KINGDOM (HONG KONG)

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE

**Special relief granted under 202.20(d) of the C. O. reg.**

PA   593 123

EXAMINED BY   [signature]   FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

---

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶   415-901-1100

Be sure to give your daytime phone number

---

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TELEVISION BROADCASTS LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                               date ▶   NOV 1 7 1992

Handwritten signature (X) ▼

[signature]

**8**

---

**MAIL CERTIFI-CATE TO**

Name ▼   DENNIS S. KAHANE, ESQ.
         DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼   3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼   SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

---

• 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                    ☆ U.S. GOVERNMENT PRINTING OFFICE 1991  0 - 432-40-007

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA  593 133

PA                          PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 37, 38,39 & 40

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          WITH CHINESE SOUNDTRACK

**2**

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
     Domiciled in ► HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
     Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
     Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992  ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ► 10  Day ► 15  Year ► 1992
ONLY if this work has been published.
UNITED KINGDOM (HONG KONG)

**4**
See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ►**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                     • See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE

*Special relief granted under
202.20(d) of the C. O. reg.

PA   593 133

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Be sure to
give your
daytime phone
◀ number

Area Code & Telephone Number ▶ 415-901-1100

CERTIFICATION*   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of TELEVISION BROADCASTS LIMITED
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                          date ▶ NOV    1992

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270

City/State/Zip ▼
        SAN RAMON, CA 94583, USA.

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-863**

Effective date of registration:

August 20, 2012

---

## Title

Title of Work: The Hippocratic Crush - Episodes 1 - 25

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: February 13, 2012     Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                                 Pseudonymous: No

■    Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                                 Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

---

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-883-626

**Effective date of registration:**

January 7, 2014

---

### Title

Title of Work: The Hippocratic Crush II

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: November 4, 2013     Nation of 1st Publication: Hong Kong

### Author

■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 27, 2013

---

Page 1 of 1

Registration #:  PA0001883626
Service Request #:  1-1033044235



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-827-043**

Effective date of registration:

December 11, 2012

---

## Title
Title of Work: The Last Steep Ascent - Episodes 1 - 25.5

## Completion/Publication
Year of Completion: 2012

Date of 1st Publication: September 17, 2012      Nation of 1st Publication: Hong Kong

## Author
- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #:  PA0001827043
Service Request #:  1-853902732



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-619-042**

Effective date of registration:

May 8, 2008

### Title ───────────────

Title of Work: The Master Of Tai Chi Episodes 1 - 20
Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication ───────────────

Year of Completion: 2008
Date of 1st Publication: February 25, 2008      Nation of 1st Publication: Hong Kong

### Author ───────────────

- Author: TELEVISION BROADCASTS LIMITED
  Author Created: CO-AUTHOR OF MOTION PICTURE

  Work made for hire: Yes
  Domiciled in: Hong Kong
  Anonymous: No                     Pseudonymous: No

- Author: TVBO PRODUCTION LIMITED
  Author Created: CO-AUTHOR OF MOTION PICTURE

  Work made for hire: Yes
  Domiciled in: Bermuda Islands
  Anonymous: No                     Pseudonymous: No

### Copyright claimant ───────────────

Copyright Claimant: TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA
Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim ───────────────

Previously registered: No

Page 1 of 2

Certification

Name:  KAREN P. Y. WAN
Date:  April 10, 2008

IPN#:

Registration #:   PA0001619042

Service Request #:   1-68414566

TSEUNG KWAN O INDL ESTATE
10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
KOWLOON,

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## PA 1-619-041

Effective date of registration:

May 8, 2008

### Title
Title of Work: The Master Of Tai Chi Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication
Year of Completion: 2008

Date of 1st Publication: March 24, 2008          Nation of 1st Publication: Hong Kong

### Author
■          Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                              Pseudonymous: No

■          Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                              Pseudonymous: No

### Copyright claimant
Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STUET, HAMILTON HM 12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim
Previously registered: No

Page 1 of 2

Certification _____

Name:  KAREN P. Y. WAN
Date:  April 10, 2008

_____

JPN#:

Registration #:   PA0001615041

Service Request #:   1-65614807

TSEUNG KWAN O IND'L ESTATE
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON,   Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-916-638**

Effective date of registration:

July 31, 2014

---

### Title

Title of Work: The Ultimate Addiction - Episodes 1 - 30

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: June 2, 2014          Nation of 1st Publication: Hong Kong

### Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: July 8, 2014

---

Page 1 of 1

Registration #:  PA0001916638
Service Request #:  1-1569924231



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-052**

Effective date of registration:

December 11, 2012

---

## Title

Title of Work: Three Kingdoms RPG - Episodes 1 - 25

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: July 9, 2012     Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #:   PA0001827052
Service Request #:   1-853885631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-827-044

Effective date of registration:

December 11, 2012

---

## Title

Title of Work: Tiger Cubs - Episodes 1 - 13

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: June 24, 2012   Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #: PA0001827044
Service Request #: 1-853902697



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-877-655**

Effective date of
registration:
October 1, 2013

## Title

Title of Work: Triumph In The Skies II

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: July 15, 2013            Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

Correspondence: Yes

Page 1 of 1

Registration #:  PA0001877655
Service Request #: 1-982100201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-731

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Twin Of Brothers– Episodes 1-20

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**a** NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2004 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ Day ▶ Year ▶
ONLY if this work has been published.
United States of America Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

See instructions before completing this space.

APPLICATION RECEIVED
SEP 28 2004
ONE DEPOSIT RECEIVED
SEP 28 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED DATE
Chinese Subtitles

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

work made for hire and/or transfer by assignment of copyright in written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.      DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ
13411 BLACKBURN AVE.
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8868

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TVBO PRODUCTION LIMITED
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY T.N. YUEN                          date ▶

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

TSEUNG KWAN O IND'L ESTATE

KOWLOON, HONG KONG

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-730

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Twin Of Brothers– Episodes 21-40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NAME OF AUTHOR ▼**

**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the original created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**b** TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
United States of America
SEP 28 2004

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author.

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 28 2004

ONE DEPOSIT RECEIVED
SEP 28 2004

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese subtitles

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE

EXAMINED BY                                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE                                              FOR
   Yes                                                        COPYRIGHT
                                                              OFFICE
                                                              USE
                                                              ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                    PHILIP TAM, ESQ

13411 BLACKBURN AVE.,

NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8606

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)   TVBO PRODUCTION LIMITED

☐ authorized agent of ____     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                                          date ▶

Handwritten signature (X) ▼

**MAIL**
**CERTIFI-**          Name ▼
**CATE TO**           10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
                      TSEUNG KWAN O IND'L ESTATE
Certificate           Number/Street/Apt ▼
will be
mailed in             City/State/Zip ▼
window                KOWLOON, HONG KONG
envelope

1 • Application form
2 • Nonrefundable $20 filing fee
  in check or money order
  payable to Register of Copyrights
3 • Deposit material

Mail to: Register of Copyrights
Library of Congress
Washington, D.C. 20559

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-242-739**

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Twin Of Brothers~ Episodes 41-42

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2004 ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ SEP Day ▶ 28 Year ▶ 2004
ONLY if this work has been published.
United States of America ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 28 2004

ONE DEPOSIT RECEIVED
SEP 28 2004

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese Subtitle

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY                                              FORM PA

CHECKED BY

☐ CORRESPONDENCE                                        FOR
  Yes                                                   COPYRIGHT
                                                        OFFICE
                                                        USE
                                                        ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                                 PHILIP TAM, ESQ
13411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶   (562) 802-8808

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TVBO PRODUCTION LIMITED
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY I.N. YUEN                                        date ▶

                Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**
            Name ▼
            10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
            Number/Street/Apt ▼
            TSEUNG KWAN O IND'L ESTATE
Certificate
will be      City/State/Zip ▼
mailed in    KOWLOON, HONG KONG
window
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-102-787

EFFECTIVE DATE OF REGISTRATION

Dec 6   Day 27   Yr 02

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Whatever It Takes – 20 Episodes

**PREVIOUS OR ALTERNATIVE TITLES ▼**

天子尋龍

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

| | DATES OF BIRTH AND DEATH |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ................
Domiciled in ▶ ..... HONGKONG .......

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

b TVB (OVERSEAS) LIMITED

| | DATES OF BIRTH AND DEATH |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ................
Domiciled in ▶ ..... BERMUDA .......

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

| | DATES OF BIRTH AND DEATH |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ................
Domiciled in ▶ ................

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.

2001   ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 12   Day ▶ 31   Year ▶ 2001
Nation   U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

APPLICATION RECEIVED
DEC 27 2002
ONE DEPOSIT RECEIVED
DEC 27 2002
TWO DEPOSITS RECEIVED
DEC 27 2002   (10)1/5 v T/1)
REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

*Special Relief granted under
Sec. 202.20(d) of the C.O. Reg.

EXAMINED BY                          FORM PA

CHECKED BY

☐ CORRESPONDENCE                     FOR
                                     COPYRIGHT
                                     OFFICE
                                     USE
                                     ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                  PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  TVB (OVERSEAS) LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                    date ▶  – 8 MAR 2002

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apt ▼
CLEAR WATER BAY ROAD

City/State/Zip ▼
KOWLOON, HONG KONG

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1992—500,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60012

EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-884-284**

Effective date of registration:

December 23, 2013

## Title

Title of Work: Will Power

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: October 14, 2013          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 27, 2013

Registration #: PA0001884284
Service Request #: 1-1023063471



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-051**

Effective date of registration:

December 11, 2012

---

### Title ────────────────────────────────

Title of Work: Witness Insecurity - Episodes 1 - 20

### Completion/Publication ──────────────

Year of Completion: 2012

Date of 1st Publication: July 2, 2012        Nation of 1st Publication: Hong Kong

### Author ──────────────────────────────

■  Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■  Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant ─────────────────

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification ────────────────────────

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #:   PA0001827051
Service Request #:  1-853893605



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 980-415**

PA · PAU



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

2   2   00
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Witness To A Prosecution – 22 Episodes

PREVIOUS OR ALTERNATIVE TITLES ▼

洗冤錄

NATURE OF THIS WORK ▼ See Instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED  電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

**b** TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This Information must be given in all cases.
1999 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 12  Day ▶ 20  Year ▶ 99
ONLY if this work has been published.
Hong Kong Special Administrative Region ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
FEB. 0 2. 2000

ONE DEPOSIT RECEIVED
FEB. 0 2. 2000  (1) VT – D

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____   FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

\* SPECIAL RELIEF GRANTED
under 202.20(D) of the
Copyright Office regulations

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____   Account Number ▼ _____

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶ (562) 802-8868

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the—

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TVB (OVERSEAS) LIMITED
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                                    date ▶ 15 JAN 2000

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

**EXHIBIT E**

**Exhibit E – Infringing TVpad Apps**

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS  | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |

DWT 28713093v1 0094038-000021

EXHIBIT E

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粵海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粵海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粵海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |

2

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi)  | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live)<br><br>TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live)<br><br>TVB programs on demand |
| 粵海直播 (Yue Hai Zhi Bo)  | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV  | TVBS (live) | |
| 516網路電視 (516 Online TV)  | CCTV4 (live)<br><br>TVBS (live) | CCTV4 (live)<br><br>TVBS (live)<br><br>TVBS News (live) |

3

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球（CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |
| 港台武侠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

DWT 28713093v1 0094038-000021