Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark  (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha Media and Bhalla*

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al.,<br><br>Defendants. | Case No. 2:15-cv-01869-MMM<br>Hon. Steven V. Wilson<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR ASHA MEDIA GROUP, INC., AND AMIT BHALLA; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MARK G. CLARK**<br><br>**Date: May 16, 2016**<br>**Time: 1:30 p.m.**<br>**Crtrm.: 6**<br><br>Action Filed:  March 13, 2015 |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 16, 2016 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the Honorable Stephen V. Wilson, located at 312 North Spring Street, Los Angeles, California, the law firms of Traverse Legal, PLC will move to be relieved as attorneys of record for Defendants Amit Bhalla and Asha Media Group, Inc., ("Asha") in this action pursuant to Local Rule 83-2.32.

The reasons for this request are that (1) Defendant Amit Bhalla, the sole shareholder in Defendant Asha, has filed for Chapter 7 bankruptcy; (2) The Trustee in the Bhalla Bankruptcy who has the beneficial interest in Asha has indicated that he does not wish to continue to defend this action on behalf of Asha; and (3) any claims against Amit Bhalla will be determined in the Chapter 7 Bankruptcy proceeding of which Plaintiffs have been provided notice and an opportunity to participate in that proceeding.

The Motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Mark G. Clark filed concurrently herewith, the pleadings and papers on file in this action, and such further oral or documentary evidence or argument as may be presented prior to or at the hearing on this matter.

It is respectfully requested that the Court make its determination in this

matter *without oral argument* to conserve expenses and costs.

Defendants' counsel therefore respectfully requests that this Court enter an order granting this Motion Withdrawing from this case, and such other and further relief as the Court deems appropriate.

Dated:  April 12, 2016  /s/ *Mark G. Clark*
Mark G. Clark  (*Pro Hac Vice* )
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

*Attorneys for Defendants Asha and Bhalla*

3

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On or about April 23, 2015, the undersigned counsel, Traverse Legal, PLC by Mark Clark and Adrianos Facchetti of counsel to Traverse Legal, PLC and Law Office of Adrianos Facchetti filed its Answer to Plaintiff's Complaint on behalf of Defendants Asha Media Group, Inc., and its sole shareholder, Amit Bhalla.

2. On August 28, 2015, Defendant Asha Media filed its Petition in the Circuit Court for the 13th Judicial District in Hillsborough County, Florida for assignment of all assets for the benefit of creditors which is essentially a state court bankruptcy proceeding liquidating all assets of the business for the benefit of creditors.  *See* Declaration of Mark Clark, **Exhibit A**, (Petition for the assignment of Creditors).

3. The Plaintiffs in this lawsuit were provided with a Notice of Assignment for the benefit of creditors and Plaintiffs are in fact participating in the liquidation and distribution of assets for Asha Media Group, Inc., in Florida. *See* Declaration of Mark Clark, **Exhibit B** (Notice of Assignment for the Benefit of Creditors).

4. On or about January 13, 2016, Defendant Amit Bhalla filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the Middle District of Florida, Tampa Division (Case No. 8:16-bk-00265) (the "Bankruptcy Case")

(Dkt 168), resulting in a Stay of these proceedings against Amit Bhalla. *See* **Exhibit C** (Suggestion of Bankruptcy Notice).

5. On February 22, 2016 (Dkt 180), the court issued its abatement of proceedings pending a determination of the Chapter 7 Bankruptcy Trustee, as the beneficial owner of all of the shares of stock of Asha, whether to defend Asha in this matter.

6. The undersigned Counsel for Defendants Amit Bhalla and Asha Media Group has been advised by counsel for Amit Bhalla in the Chapter 7 bankruptcy proceeding, Suzy Tate, that the Trustee does not wish to continue to defend this action on behalf of Asha, which continues the process of liquidation for the benefit of creditors. See Declaration of Mark Clark ¶ 6.

7. Any claims against Amit Bhalla will be determined in the Chapter 7 Bankruptcy proceeding of which Plaintiffs have been provided notice and an opportunity to participate in that proceeding and any claims against Asha are being determined in the Florida state court liquidation proceeding so there is no prejudice to these Defendant's in withdrawing from representation in this matter.

8. The undersigned counsel have been advised by the Trustee through Amit Bhalla's Bankruptcy counsel, to cease defending the matter on behalf of Amit Bhalla and Asha, and instructed the undersigned counsel to withdraw from the case.

9. This motion for Application for Leave to Withdraw as Counsel is filed pursuant to Local Rule 83-2.32. A copy of this motion is being served on attorney Suzy Tate who is the counsel for Amit Bhalla in the Chapter 7 Bankruptcy proceedings and Asha, in the State Court liquidation proceeding, as well as the Chapter 7 trustee, Doug Menchise, as the beneficial holder and trusteed of all of the shares of stock of Asha Media Group, Inc.

10. For the reasons set forth above, it is respectfully requested that the court issue an Order permitting Traverse Legal, PLC and Law Offices of Adrianos Facchetti to withdraw as counsel for Defendants Asha Medial Group, Inc., and Amit Bhalla.

11. It is respectfully requested that the Court make its determination in this matter without oral argument to conserve expenses and costs.

Respectfully submitted this 12th day of April, 2016.

>*/s/ Mark G.Clark*
> Mark G. Clark  (*Pro Hac Vice*)
> TRAVERSE LEGAL, PLC
> 810 Cottageview Drive, Unit G-20
> Traverse City, Michigan 49684
> Tel.:  (231) 932-0411
> Fax:  (231) 932-0636
> mark@traverselegal.com
>
> Adrianos Facchetti (SBN. 243213)
> Of Counsel for TRAVERSE LEGAL, PLC
> 301 East Colorado Boulevard, Suite 514
> Pasadena, CA  91101

Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

*Attorneys for Defendants Asha and Bhalla*

## DECLARATION OF MARK G. CLARK

I, Mark G. Clark, having personal and firsthand knowledge of the matters set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of Michigan and before this court as Pro Hac Vice and am a partner in the law firm of Traverse Legal, PLC, attorneys of record for Defendants Amit Bhalla and Asha Media Group, Inc.

2. During the course of representing Bhalla and Asha Media in this matter, I was advised by Asha's bankruptcy counsel, Suzy Tate, that Defendant Asha filed its Petition in the Circuit Court for the 13th Judicial District in Hillsborough County, Florida for assignment of all assets for the benefit of creditors On August 28, 2015. See **Exhibit A**, (Petition for the assignment of Creditors).

3. Plaintiffs in this matter were provided with a Notice of Assignment for the benefit of creditors and Plaintiffs are participating in the liquidation and distribution of assets for Asha Media Group, Inc., Florida in that matter. See **Exhibit B** (Notice of Assignment for the Benefit of Creditors).

4. On or about January 13, 2016, Defendant Amit Bhalla filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the Middle District

of Florida, Tampa Division (Case No. 8:16-bk-00265) (the "Bankruptcy Case") (Dkt 168), resulting in a Stay of these proceedings against Amit Bhalla. *See* **Exhibit C** (Suggestion of Bankruptcy Notice).

5. On February 22, 2016 (Dkt 180), the court issued its abatement of proceedings pending a determination of the Chapter 7 Bankruptcy Trustee, as the beneficial owner of all of the shares of stock of Asha Media Group whether to continue to defend Asha in this case.

6. I, as counsel for Defendants Amit Bhalla and Asha Media Group, have been advised by counsel for Amit Bhalla in the Chapter 7 bankruptcy proceeding, Suzy Tate, that the trustee does not wish to continue to defend this action on behalf of Asha Media Group, Inc., which also remains in the process of liquidation for the benefit of creditors including Plaintiffs in this case.

7. I have been advised by Bankruptcy Trustee Doug Menchise, through counsel Suzy Tate, to cease defending the matter on behalf of Amit Bhalla and Asha Media Group, Inc., and advised by my clients through their Bankruptcy counsel to move to withdraw from the case.

8. Any claims against Amit Bhalla will be determined in the Chapter 7 Bankruptcy proceeding of which Plaintiffs have been provided notice and an opportunity to participate in that proceeding.

9. The undersigned counsel advised counsel for Asha Media Group and

9

Amit Bhalla of the consequences of Asha's inability to appear *pro se* in this matter under LR 83-2.3.4.

10. For the reasons set forth above, I respectfully request that the court issue an Order permitting Traverse Legal, PLC and Law Offices of Adrianos Facchetti to withdraw as counsel for Defendants Asha Media Group, Inc., and Amit Bhalla.

Respectfully submitted this 12th day of April, 2016.

>  */s/ Mark G.Clark*  
> Mark G. Clark  (*Pro Hac Vice*)  
> TRAVERSE LEGAL, PLC  
> 810 Cottageview Drive, Unit G-20  
> Traverse City, Michigan 49684  
> Tel.:  (231) 932-0411  
> Fax:   (231) 932-0636  
> mark@traverselegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.

                      */s/ Mark G.Clark*
                      Mark G. Clark (*Pro Hac Vice*)
                      TRAVERSE LEGAL, PLC

                      *Attorneys for Defendant Asha and Bhalla*