# EXHIBIT B

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

In re:

ASHA MEDIA GROUP, INC.,

    Assignor,

Case No. 15-CA-007919
Division  B

to

ANDREA BAUMAN,

    Assignee.

_____/

## NOTICE OF ASSIGNMENT FOR THE BENEFIT OF CREDITORS

TO:    ALL CREDITORS AND OTHER INTERESTED PARTIES please take notice that:

    1.    On August 28, 2015, a Petition was filed commencing an Assignment for the Benefit of Creditors, pursuant to Chapter 727, Fla. Stat. (1997), made by Asha Media Group, Inc., Assignor, with its principal place of business in Hillsborough County, Florida at c/o Suzy Tate, PA, 14502 N. Dale Mabry Highway, Suite 200, Tampa, FL 33618, and Andrea Bauman, Assignee, whose address is PO Box 5530, Lakeland, Florida 33807.

    2.    Pursuant to §727.105, Fla. Stat. (1997), no proceeding may be commenced against the Assignee except as provided in Chapter 727, and excepting the case of the secured creditor enforcing its rights in collateral under Chapter 679, there shall be no levy, execution, attachment or the like, in connection with any judgment or claim against assets of the Estate, other than real property, in the possession, custody or control of the Assignee.

    3.    YOU ARE HEREBY FURTHER NOTIFIED that in order to receive any dividend in this proceeding, you must file a Proof of Claim (a copy of which is enclosed) with the Assignee, Andrea Bauman, PO Box 5530, Lakeland, Florida 33807, on or before **December 28, 2015.**

EXHIBIT B

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **Notice of Assignment for the Benefit of Creditors** has been sent, by regular U.S. Mail on August 31, 2015, to: Andrea Bauman, Assignee, PO Box 5530, Lakeland, FL 33807 (*For service on all parties in interest. Upon service to such parties in interest, a representative of the Assignee will file with the Court an affidavit of service*).

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Angelina E. Lim
Angelina E. Lim (FBN 158313)
403 E. Madison Street (33602)
P.O. Box 1100
Tampa, FL  33601-1100
Telephone:     813-225-2500
Facsimile:      813-223-7118
Email:  AngelinaL@jpfirm.com
Attorneys for Assignee, Andrea Bauman

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

In re:

ASHA MEDIA GROUP, INC.,

        Assignor,

Case No. 15-CA-007919
Division B

to

ANDREA BAUMAN,

        Assignee.
_____/

**PROOF OF CLAIM**

TO RECEIVE ANY DIVIDEND IN THIS PROCEEDING, YOU MUST COMPLETE AND
MAIL THIS PROOF OF CLAIM SO THAT THE ASSIGNEE RECEIVES IT NO LATER THAN
**December 28, 2015**

THE ASSIGNEE'S NAME AND ADDRESS ARE AS FOLLOWS:
Andrea Bauman, Assignee
PO Box 5530
Lakeland, FL 33807
Phone: (863) 701-7047, Fax: 863-701-8291

1) **NAME OF CREDITOR**:
   **ADDRESS OF CREDITOR**:

   **TELEPHONE NUMBER OF CREDITOR**:

2) **BASIS FOR CLAIM**:
   ☐ Goods Sold      Wages, Salaries and Compensations
   ☐ Services Performed      Taxes
   ☐ Money Loaned      Other: _____

3) **DATE DEBT WAS INCURRED**: _____

4) **AMOUNT OF CLAIM**: $_____

5) **SUPPORTING DOCUMENTS**: **ATTACH COPIES OF SUPPORTING DOCUMENTS**, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

6) **SIGNATURE**: Sign and print name and title, if any, of the creditor or other person authorized to file this claim:

**DATED:** _____      By: _____
                                                             Signature of Claimant or Representative

                                                                     Print Name and Title here

Asha Media Group, Inc.
c/o Suzy Tate, PA
14502 North Dale Mabry Hwy #200
Tampa, FL 33618

Suzy Tate, Esq.
14502 North Dale Mabry Highway
Suite 200
Tampa, FL 33618

Andrea Bauman
PO Box 5530
Lakeland, FL 33807

Angelina Lim, Esq.
Johnson Pope Bokor Ruppel & Burns, LLP
PO Box 1100
Tampa, FL 33602

Internal Revenue Service
Internal Revenue Service
Ogden, UT 84201-0038

Florida Department of Revenue
PO Box 37372
Tallahassee, FL 32315

Doug Beldon, Tax Collector
2506 North Falkenburg Road
Tampa, FL 33619

City of Tampa
Occupational Licenses
2105 North Nebraska Ave.
Tampa, FL 33602

Amit Bhalla
c/o Suzy Tate, PA
14502 North Dale Mabry Hwy #200
Tampa, FL 33618

China Central Television
c/o Carla A. McCauley
865 Figuerosa St., 24th FL
Los Angeles, CA 90017-2566

China International Comm. Co, Ltd
c/o Carla A. McCauley
865 Figuerosa St., 24th FL
Los Angeles, CA 90017-2566

TVB Holdings (USA), Inc.
c/o Carla A. McCauley
865 Figuerosa St., 24th FL
Los Angeles, CA 90017-2566

Dish Network, LLC
c/o Carla A. McCauley
865 Figuerosa St., 24th FL
Los Angeles, CA 90017-2566