# EXHIBIT C

1 Adrianos Facchetti (SBN. 243213)
2 Of Counsel for TRAVERSE LEGAL, PLC
3 301 East Colorado Boulevard, Suite 514
Pasadena, CA 91101
4 Tel.: (626) 793-8607
Fax: (626) 793-7293
5 adrianos@facchettilaw.com

6
7 Mark G. Clark (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
8 810 Cottageview Drive, Unit G-20
9 Traverse City, Michigan 49684
Tel.: (231) 932-0411
10 Fax: (231) 932-0636
11 mark@traverselegal.com

12 *Attorneys for Defendants Asha Media and Bhalla*

13

14 UNITED STATES DISTRICT COURT FOR
15 THE CENTRAL DISTRICT OF CALIFORNIA

16 CHINA CENTRAL TELEVISION, a
17 China company, et al.

18          Plaintiffs,
19                                           Case No. 2:15-cv-01869-MMM
   v.                                        Hon. Margaret M. Morrow
20
21 CREATE NEW TECHNOLOGY, (HK)
   LIMITED, A Hong Kong Company, et
22 al.,
23
          Defendants.
24

25

26
27 **SUGGESTION OF THE FILING OF
   ASSIGNMENT FOR THE BENEFIT OF CREDITORS**
28

1

EXHIBIT C

Defendant, ASHA MEDIA GROUP, INC., by and through its undersigned attorney, hereby files the following Suggestion of the Filing of Assignment For The Benefit of Creditors and says that:

1. The caption and number of the Assignment For the Benefit of Creditors case is as follows.

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

In re:

ASHA MEDIA GROUP, INC.,

    Assignor,                                             Case No. 2015CA-007919

to

ANDREA BAUMAN,

    Assignee.
_____/

2. The Assignment was filed on August 28, 2015. See attached file-stamped copy of Petition only as **Exhibit 1**.

2

3. Pursuant to Florida Statute Section 727.105, the filing of the Assignment essentially operates as a stay with respect to certain proceedings. Furthermore, the **exclusive** remedy of an unsecured creditor is to file a proof of claim in the assignment for the benefit of creditors case. See, <u>Hillsborough County v. Lanier</u>, 898 So2d141(Fla. 2d DCA 2005).

4. The filing of this Suggestion is not a waiver or consent by the Assignor of any jurisdictional, venue or other related matters but is simply filed as a courtesy to the Court and parties in interest so that notice of the Defendant's Assignment for the Benefit of Creditors filing is provided.

Respectfully submitted this 28th day of August, 2015.

*/s/ Mark G. Clark*
Mark G. Clark  (*Pro Hac Vice* )
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.: (626) 793-8607
Fax: (626) 793-7293
adrianos@facchettilaw.com

*Attorneys for Defendants Asha and Bhalla*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System.

> */s/ Mark G. Clark*
> Mark G. Clark  (*Pro Hac Vice* )
> TRAVERSE LEGAL, PLC
>
>
> *Attorneys for Defendant Asha and Bhalla*

4

Case 2:15-cv-01869-SVW-AJW Document 186-3 Filed 04/12/16 Page 6 of 7 Page ID #:3293
Case 2:15-cv-01869-MMM-AJW Document 1-15 Filed 08/28/15 Page 1 of 2 Page ID #:18885
Filing # 31451324 E-Filed 08/28/2015 02:00:21 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

In re:

ASHA MEDIA GROUP, INC.,

    Assignor,

Case No. 15- 007919
Division

to

ANDREA BAUMAN,

    Assignee.

_____/

### PETITION FOR ASSIGNMENT FOR BENEFIT OF CREDITORS

    Andrea Bauman ("Assignee"), as Assignee of Asha Media Group, Inc. ("Assignor"), hereby petitions the Court to administer the attached Assignment for the Benefit of Creditors from Assignor to Assignee accordance with Chapter 727, Fla. Stat. (1997), and states the following in support thereof:

    1.    Assignee has filed this Petition under §727.104(2)(b), Fla. Stat. (1997).

    2.    This Court has jurisdiction over these proceedings, as Assignor's principal place of business is in Hillsborough County, Florida at c/o Suzy Tate, PA, 14502 N. Dale Mabry Highway, Suite 200, Tampa, FL 33618.

    3.    Assignee is located at PO Box 5530, Lakeland, Florida 33807.

    4.    Assignor has numerous creditors. It is unable to pay the amounts due to these creditors, and wishes to pay these creditors debts insofar as possible through the assignment of its assets for their benefit.

    5.    A copy of the Assignment, together with Schedules A and B, are attached hereto as **Composite Exhibit "A"** and are incorporated by reference herein.



EXHIBIT 1

6. Assignee requests that the Court fix an amount of the Assignee's bond to be filed with the Clerk of the Court upon appropriate motion.

7. Assignee shall provide notice to all parties in accordance with §727.111 Fla. Stat. (1997).

Dated this 28th day of August, 2015.

Respectfully submitted,

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Angelina E. Lim
Angelina E. Lim (FBN 158313)
403 E. Madison Street (33602)
P.O. Box 1100
Tampa, FL 33601-1100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AngelinaL@jpfirm.com
Attorneys for Assignee, Andrea Bauman

2