Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Mark G. Clark  (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636
mark@traverselegal.com

*Attorneys for Defendants Asha Media and Bhalla*

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>CREATE NEW TECHNOLOGY, (HK) LIMITED, A Hong Kong Company, et al.,<br><br>        Defendants. | Case No. 2:15-cv-01869-MMM<br>Hon. Steven V. Wilson<br><br>**[PROPOSED] ORDER TO WITHDRAW AS COUNSEL FOR ASHA MEDIA GROUP, INC., AND AMIT BHALLA**<br><br>Action Filed:  March 13, 2015 |

**[PROPOSED] ORDER TO WITHDRAW AS COUNSEL FOR
ASHA MEDIA GROUP, INC., AND AMIT BHALLA**

1

Having considered the Motion to Withdraw as Counsel for Asha Media Group, Inc., and Amit Bhalla filed by Traverse Legal, PLC and Law Office of Adrianos Facchetti the Court Orders as follows:

The Court grants this Motion for Traverse Legal, PLC and Law Office of Adrianos Facchetti to withdraw as counsel for Defendants Asha Media Group, Inc., and Amit Bhalla effective immediately.

**SO ORDERED.**

April ____, 2016                            _____
                                            Hon. Stephen V. Wilson
                                            United States District Judge