1  CARLA A. McCAULEY (State Bar No. 223910)
       carlamccauley@dwt.com
2  SEAN M. SULLIVAN (State Bar No. 229104)
       seansullivan@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
5
   ROBERT D. BALIN (*pro hac vice*)
6      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
7      lancekoonce@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas, 21st Floor
   New York, New York  10020
10 Tel.:  (212) 489-8230  Fax:  (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
                   **UNITED STATES DISTRICT COURT**
12                 **CENTRAL DISTRICT OF CALIFORNIA**

13 CHINA CENTRAL TELEVISION, a China ) Case No.
   company; CHINA INTERNATIONAL       ) **CV 15-1869 SVW (AJWx)**
14 COMMUNICATIONS CO., LTD., a China  )
   company; TVB HOLDINGS (USA), INC., a ) **DECLARATIONS IN SUPPORT**
15 California corporation; and DISH    ) **OF PLAINTIFFS' REQUEST**
   NETWORK L.L.C., a Colorado corporation, ) **FOR ATTORNEYS FEES**
16                 Plaintiffs,         ) **AGAINST DEFENDANTS**
                                       ) **CREATE NEW TECHNOLOGY**
17        vs.                          ) **HK LIMITED AND HUA YANG**
   CREATE NEW TECHNOLOGY (HK)          ) **TECHNOLOGY LIMITED**
18 LIMITED, a Hong Kong company; HUA   )
   YANG INTERNATIONAL TECHNOLOGY       )
19 LIMITED, a Hong Kong company;       )
   SHENZHEN GREATVISION NETWORK        )
20 TECHNOLOGY CO. LTD., a China        )
   company; CLUB TVPAD, INC., a California ) Courtroom:   6
21 corporation; BENNETT WONG, an       )
   individual, ASHA MEDIA GROUP INC.   ) Judge:  Hon. Stephen V. Wilson
22 d/b/a TVPAD.COM, a Florida corporation; )
   AMIT BHALLA, an individual;         )
23 NEWTVPAD LTD. COMPANY d/b/a         )
   NEWTVPAD.COM a/k/a TVPAD USA, a     ) Complaint Filed:  March 13, 2015
24 Texas corporation; LIANGZHONG ZHOU, )
   an individual; HONGHUI CHEN d/b/a E- )
25 DIGITAL, an individual; JOHN DOE 1 d/b/a )
   BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN )
26 DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; )
   JOHN DOE 5 d/b/a GANG YUE; JOHN     )
27 DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 )
   d/b/a GANG TAI WU XIA; and JOHN DOES )
28 8-10,                               )
                   Defendants.         )

DECLARATIONS ISO PLAINTIFFS' REQUEST FOR ATTORNEYS FEES
DWT 29348312v1 0094038-000021

1   |   Plaintiffs China Central Television, China International Communications Co.,

2   Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively

3   "Plaintiffs") hereby submit the attached declarations of Carla McCauley, and exhibits

4   thereto, in support of their request for attorneys' fees in connection with their

5   application for permanent injunction against Defendants Create New Technology HK

6   Limited ("CNT") and Hua Yang Technology Limited ("HYIT"), pursuant to the

7   Court's directive in its April 4, 2016 Order granting Plaintiffs' application for

8   permanent injunction as to Defendants CNT and HYIT (Dkt. No. 185).  These

9   declarations and exhibits were previously submitted under Docket Nos. 159 and 164.

10

11   DATED: April 15, 2016        DAVIS WRIGHT TREMAINE LLP
                                   CARLA A. McCAULEY
12                                 SEAN M. SULLIVAN
                                   ROBERT D. BALIN (*pro hac vice*)
13                                 LACY H. KOONCE, III (*pro hac vice*)
                                   GEORGE WUKOSON (*pro hac vice*)
14

15                                 By:_____/s/Sean M. Sullivan_____
16                                          Sean M. Sullivan

17                                 Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

DECLARATIONS ISO PLAINTIFFS' REQUEST FOR ATTORNEYS FEES
DWT 29348312v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899