| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
| | carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
| | Tel.: (213) 633-6800 Fax: (213) 633-6899 |
| 4 | |
| | ROBERT D. BALIN (*pro hac vice*) |
| 5 | robbalin@dwt.com |
| | LACY H. KOONCE, III (*pro hac vice*) |
| 6 | lancekoonce@dwt.com |
| | SAMUEL BAYARD (*pro hac vice*) |
| 7 | samuelbayard@dwt.com |
| | GEORGE WUKOSON (*pro hac vice*) |
| 8 | georgewukoson@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas, 21st Floor |
| | New York, New York 10020 |
| 10 | Tel.: (212) 489-8230 Fax: (212) 489-8340 |
| | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,

  Plaintiffs,

vs.

CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,

  Defendants.

Case No.
**CV 15-1869 MMM (AJWx)**

**DECLARATION OF CARLA A. MCCAULEY IN SUPPORT OF PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES RE: ORDER GRANTING DEFAULT JUDGMENT AS TO DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LIMITED**

Courtroom: 780
Judge: Hon. Margaret M. Morrow

Complaint Filed: March 13, 2015

I, Carla A. McCauley, declare as follows:

1. I am licensed to practice law before all the courts in the State of California and am admitted to the Central District of California and the United States Court of Appeals for the Ninth Circuit. I am a partner at Davis Wright Tremaine LLP, counsel for Plaintiffs in the above-entitled matter. I submit this Declaration in further support of Plaintiffs' request for attorneys' fees made in conjunction with Plaintiffs' Motion for Default Judgment Against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Limited (Motion for Default Judgment). I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.

2. By Order dated December 7, 2015, the Court granted Plaintiffs' Motion for Default Judgment. In the Order, the Court directed Plaintiffs to file a declaration "stating the hourly rates of the attorneys who have worked on this matter and the number of hours expended litigating matters related to the liability of CNT and HYIT." *See* Order at 44:5-7.

3. Consistent with the Court's Order, I analyzed all of Plaintiffs' invoiced billing entries to ascertain both the hourly rates and the total invoiced billable hours and amounts billed to Plaintiffs that related to litigating CNT and HYIT's liability, consistent with the Court's Order.

4. Seven attorneys in the United States and China and two paralegals assisted on this matter. The billing rate for Rob Balin, a partner in DWT's New York office, was $585 per hour for this matter. The billing rate for Rongwai Cai, a partner in DWT's Shanghai office, was $580.50 per hour for this matter. The billing rate for Lacy H. Koonce, a partner in DWT's New York office, was $495 per hour for this matter. The billing rate for Carla A. McCauley, a partner in DWT's Los Angeles office, was $459 per hour for this matter. The billing rate for Samuel Bayard, an

1
DECLARATION OF CARLA A. MCCAULEY ISO ATTORNEYS' FEES
DWT 28539780v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

associate in DWT's New York office, was $459 per hour for this matter. The billing rate for George Wukoson, an associate in DWT's New York office, was $414 per hour for this matter. The billing rate for Alan Huang, an associate in DWT's Shanghai office, was $211.50 per hour for this matter. The billing rate for John Arweiler, a paralegal in DWT's New York office, was $171 per hour in this matter. The billing rate for Warren Keville, a paralegal in DWT's Los Angeles office, was $139.50 per hour for this matter.

5. When totaling all time entries that related to CNT and HYIT's liability in this action, the total hours billed to Plaintiffs equal 3,217 hours. Plaintiffs have incurred attorneys' fees of $1,451,490 for the billed hours associated with CNT and HYIT's liability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of December, 2015.

                                                      /s/ Carla A. McCauley
                                                    Carla A. McCauley

2
DECLARATION OF CARLA A. MCCAULEY ISO ATTORNEYS' FEES
DWT 28539780v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899