1  CARLA A. McCAULEY (State Bar No. 223910)
       carlamccauley@dwt.com
2  SEAN M. SULLIVAN (State Bar No. 229104)
       seansullivan@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
5
   ROBERT D. BALIN (*pro hac vice*)
6      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
7      lancekoonce@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas, 21st Floor
   New York, New York  10020
10 Tel.:  (212) 489-8230  Fax:  (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 SVW (AJWx)**<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR ASHA MEDIA GROUP, INC., AND AMIT BHALLA**<br><br>Date:  May 16, 2016<br>Time:  1:30 p.m.<br>Courtroom:  6<br><br>Judge:  Hon. Stephen V. Wilson<br><br>Complaint Filed:  March 13, 2015 |

| | |
|---|---|
| 1 | Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively "Plaintiffs") do not oppose the motion by the law firm Traverse Legal, PLC for leave to withdraw as counsel for Defendants Asha Media Group, Inc. ("Asha Media") and Amit Bhalla. |

**Plaintiffs respectfully request, however, that if the Court permits Asha Media's counsel to withdraw, the Court strike the answer filed by Asha Media and Amit Bhalla [Dkt. No. 58], solely as to Asha Media**.

Asha Media, as a corporate defendant, cannot appear in this action *pro se*. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202, 113 S. Ct. 716, 121 L. Ed. 2d 656 (1993), and C.D. Cal. L.R. 83-2.10.1). Moreover, Asha Media has acknowledged in its motion papers that it does not intend to defend itself in this action. *See* Dkt. No. 186, Memorandum of Points and Authorities, ¶ 6; Declaration of Mark G. Clark, ¶ 6.

Striking Asha Media's answer will therefore allow Plaintiffs to move forward with requesting default and default judgment against Asha Media. *See Rojas v. Hawgs Seafood Bar, Inc.*, No. C08-03819 JF (PVT), 2009 U.S. Dist. LEXIS 41435, at *1 (N.D. Cal. May 5, 2009) ("When a corporation fails to retain counsel to represent it in an action, its answer may be stricken and a default judgment entered against it.") (*citing Employee Painters' Trust v. Ethan Enters., Inc.*, 480 F.3d 993 (9th Cir. 2007) (holding that failure to retain counsel on behalf of corporation supported entry of default judgment); *Myers v. LHR, Inc.*, 543 F. Supp. 2d 1215, 1217 (S.D. Cal. 2008) (addressing plaintiff's motion for entry of default judgment and noting that court had previously granted plaintiff's motion to strike corporate defendant's answer for failure to retain counsel in order to appear in federal court); *see also Microsoft Corp. v. Marturano*, No. 1:06cv1747 OWW GSA, 2009 U.S. Dist. LEXIS 44450, at **2, 6 (E.D. Cal. May 27, 2009) (striking answer in advance of entering default judgment against defendant who persistently failed to participate in

1

PLAINTIFF'S STATEMENT OF NON-OPPOSITION
DWT 29411974v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

the action); *United States v. Uptergrove*, No. 1:06-CV-1630-AWI-GSA, 2008 U.S. Dist. LEXIS 73489, at *3 (E.D. Cal. Aug. 13, 2008) (same). In light of the fact that Asha Media **cannot** continue to defend this action, and has stated on the record that it **does not** intend to defend this action, striking Asha Media's answer and allowing Plaintiffs to proceed immediately to default judgment is a necessary adjunct to defense counsel's withdrawal, and will promote judicial efficiency.

DATED: April 22, 2016

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
SEAN M. SULLIVAN
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By: */s/Sean M. Sullivan*
      Sean M. Sullivan

Attorneys for Plaintiffs

2

PLAINTIFF'S STATEMENT OF NON-OPPOSITION
DWT 29411974v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899