UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-01869-SVW-AJW | Date | May 16, 2016 |
|---|---|---|---|
| Title | China Central Television et al v. Create New Technology HK Limited et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Pat Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sean M. Sullivan | Adrianos Facchetti |

**Proceedings:**   [186]  MOTION of Traverse Legal, PLC and Law Office of Adrianos Facchetti to Withdraw as Attorney for Defendants Asha Media Group and Amit Bhalla filed by Defendants

The motion is granted.

Plaintiff's counsel requests that the Court strike the answer [58] to the complaint, filed by defendant Asha Media Group.

The Court will consider the request.

:   03

Initials of Preparer   PMC