UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-01869-SVW-AJW | Date | May 19, 2016 |
|---|---|---|---|
| Title | China Central Television et al v. Create New Technology HK Limited et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re PLAINTIFF'S REQUEST TO STRIKE ANSWER

   In light of the withdrawal of counsel, the Court orders attorney Facchetti to give notice to the defendants Asha Media Group, and Amit Bhalla.

   Defendants shall have twenty-one days from this order to retain new counsel. If new counsel is not retained, the answer will be stricken.

|  | : | 03 |
|---|---|---|
|  | Initials of Preparer | PMC |