# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-871**

Effective date of registration:

November 20, 2014

## Title

Title of Work: Pleasure And Leisure 2014-10-2

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 2, 2014          Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

    Author Created: entire motion picture

    Work made for hire: Yes

    Domiciled in: Hong Kong

- Author: TVBO Production Limited

    Author Created: entire motion picture

    Work made for hire: Yes

    Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:   PA0001922871

Service Request #:   1-1913059349



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-868

**Effective date of registration:**

November 20, 2014

---

## Title ───────────────

Title of Work: Pleasure And Leisure 2014-09-30

## Completion/Publication ───────────────

Year of Completion: 2014

Date of 1st Publication: September 30, 2014    Nation of 1st Publication: Hong Kong

## Author ───────────────

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant ───────────────

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification ───────────────

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:  PA0001922868
Service Request #:  1-1910425068



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-388-870

EFFECTIVE DATE OF REGISTRATION

6 22 07
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

A Change Of Destiny – Episodes 1-20

PREVIOUS OR ALTERNATIVE TITLES ▼

天機算

NATURE OF THIS WORK ▼ See Instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

**2**

a   NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b   NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

c   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2007 ◀ Year

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 04   Day ▶ 16   Year ▶ 2007
Hong Kong SAR   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JUN 2 2 2007
ONE DEPOSIT RECEIVED
JUN 2 2 2007
TWO DEPOSITS RECEIVED
(05)SKN-1A
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

**7**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                                              PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Be sure to
give your
daytime phone
▼ number.

Area Code & Telephone Number ▶  (562) 802-8868

**8**

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of    TVBO PRODUCTION LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
KAREN P. Y. WAN                                             date ▶  – 4 JUN 2007

              Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-866-892**

**Effective date of registration:**

August 8, 2013

---

**Title**

Title of Work: A Change Of Heart

**Completion/Publication**

Year of Completion: 2013

Date of 1st Publication: June 3, 2013                Nation of 1st Publication: Hong Kong

**Author**

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

**Copyright claimant**

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

**Certification**

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Registration #:  PA0001866892
Service Request #:  1-954007490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-847-097**

**Effective date of registration:**

June 4, 2013

## Title

Title of Work: A Great Way to Care II

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: March 18, 2013     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

Registration #:  PA0001847097
Service Request #:  1-919803001



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-974-513

EFFECTIVE DATE OF REGISTRATION

1    29    02

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

A Step Into The Past – Episodes 1 - 20

PREVIOUS OR ALTERNATIVE TITLES ▼

尋秦記

NATURE OF THIS WORK ▼  See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**
NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _
Domiciled in ▶ _

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2001  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
10    15    2001
Hong Kong Special Administrative Region ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JAN 29 2002
ONE DEPOSIT RECEIVED
JAN 29 2002
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 2

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes __X__ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a.    This is the first published edition of a work previously registered in unpublished form.

b.    This is the first application submitted by this author as copyright claimant.

c.    This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____   **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b.   **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____   **Account Number** ▼ _____

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PHILIP TAM, ESQ

TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE.
NORWALK, CA 90650

Area code and daytime telephone number ►   (562) 802-8868

Be sure to give your daytime phone number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of   TVB (OVERSEAS) LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN   date ►  1 6 JAN 2002

_____ Handwritten signature (X) ▼

| MAIL<br>CERTIFI-<br>CATE TO | Name ▼<br>7/F., SHAW HOUSE, TV CITY | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apartment Number ▼<br>CLEAR WATER BAY ROAD | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1 Application form<br>2 Nonrefundable $20 filing fee |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | City/State/Zip ▼<br>KOWLOON, HONG KONG | in check or money order<br>payable to Register of Copyrights<br>3 Deposit material<br>MAIL TO<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. 20559 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1992—50,000

U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM PA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**PA 1-074-512**

PA                          PAU

EFFECTIVE DATE OF REGISTRATION

JAN                29            02
Month            Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**

A Step Into The Past – Episodes 21 - 40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

荐泰記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ► HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ► BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◄ Year in all cases
2001

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Day 12  Year 2001
Hong Kong Special Administrative Region  ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JAN 25 2002
ONE DEPOSIT RECEIVED
JAN 2  00  (/0) 2 ¬ VTLL
TWO DEPOSITS RECEIVED
JAN 25 2002
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement

---

**MORE ON BACK ►**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY    Y    FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

### DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No If your answer is "Yes" why is another registration being sought? Check appropriate box ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**      **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.      PHILIP TAM, ESQ

15411 BLACKBURN AVE

NORWALK, CA 90650

Area code & daytime telephone ▶   **(562) 802-8868**

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **TVB (OVERSEAS) LIMITED**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN      date ▶ **1 6 JAN 2002**

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

**Name ▼**
7/F., SHAW HOUSE, TV CITY

**Number/Street/Apt ▼**
CLEAR WATER BAY ROAD

**City/State/ZIP ▼**
KOWLOON, HONG KONG

**Certificate will be mailed in window envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-865**

Effective date of registration:
November 20, 2014

---

## Title

Title of Work: All That Is Bitter Is Sweet - 30 Episodes

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 8, 2014     Nation of 1st Publication: Hong Kong

## Author

■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #:   PA0001922865

Service Request #:   1-1910377512



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-866-873**

**Effective date of registration:**

October 10, 2013

---

## Title

Title of Work: Always And Ever

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: August 12, 2013        Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

---

Registration #:   PA0001866873

Service Request #:   1-982100296



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-866-872

**Effective date of
registration:**

August 8, 2013

---

## Title

Title of Work: Awfully Lawful

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: June 17, 2013      Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Registration #:  PA0001866872
Service Request #:  1-954007545



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-849-236

**Effective date of registration:**

June 19, 2013

---

### Title

Title of Work: Beauty At War

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: April 22, 2013          Nation of 1st Publication: Hong Kong

### Author

■      Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: June 3, 2013

---

Registration #:   PA0001849236

Service Request #:   1-944099531



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-920-529**

**Effective date of registration:**
September 11, 2014

---

## Title

**Title of Work:** Black Heart White Soul - 30 Episodes

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** July 14, 2014     **Nation of 1st Publication:** Hong Kong

## Author

■     **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■     **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** August 21, 2014

---

Registration #: PA0001920529

Service Request #: 1-1682737480



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-890-407

**Effective date of registration:**

January 21, 2014

### Title

**Title of Work:** Bounty Lady

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 25, 2013      **Nation of 1st Publication:** Hong Kong

### Author

■     **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■     **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** January 21, 2014

Registration #:  PA0001890407

Service Request #:  1-1157015981



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-878-628

**Effective date of registration:**

November 21, 2013

---

## Title

**Title of Work:** Brother's Keeper

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 23, 2013     **Nation of 1st Publication:** Hong Kong

## Author

**Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

**Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** October 10, 2013

---

Registration #:   PA0001878628
Service Request #:   1-1004936788

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-847-052**

**Effective date of registration:**

June 4, 2013

---

### Title

**Title of Work:** Bullet Brain

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 8, 2013          **Nation of 1st Publication:** Hong Kong

### Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 12, 2013

---

Registration #:  PA0001847052

Service Request #:  1-919803040



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-910-249**

Effective date of
registration:

July 3, 2014

---

## Title
Title of Work: Coffee Cat Mama

## Completion/Publication
Year of Completion: 2013

Date of 1st Publication: December 23, 2013    Nation of 1st Publication: Hong Kong

## Author
■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

## Certification
Name: KAREN P. Y. WAN

Date: January 21, 2014

---

Correspondence: Yes

Page 1 of 1

Registration #:  PA0001910249
Service Request #:  1-1159506501



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-872-347**

**Effective date of registration:**

October 28, 2013

---

## Title

Title of Work: Come Home Love (Episodes 1 to 162)

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: May 14, 2012          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: October 20, 2013

---

Page 1 of 1

Registration #:  PA0001872347
Service Request #:  1-1008978451



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-874

Effective date of registration:

November 20, 2014

---

## Title
Title of Work: Come Home Love - Episodes 610 - 614

## Completion/Publication
Year of Completion: 2014

Date of 1st Publication: September 29, 2014     Nation of 1st Publication: Hong Kong

## Author
- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #:  PA0001922874

Service Request #:  1-1910424814



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-840**

Effective date of registration:

August 20, 2012

---

## Title

| | |
|---|---|
| Title of Work: | Daddy Good Deeds - Episodes 1-20 |
| Nature of Work: | Motion Picture with Chinese Soundtrack & Subtitles |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2012 | | |
| Date of 1st Publication: | March 19, 2012 | Nation of 1st Publication: | Hong Kong |

## Author

| | |
|---|---|
| ■ Author: | Television Broadcasts Limited |
| Author Created: | Co-Author of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | Hong Kong |
| Anonymous: | No     Pseudonymous: No |
| ■ Author: | TVBO Production Limited |
| Author Created: | Co-Author of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | Bermuda Islands |
| Anonymous: | No     Pseudonymous: No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TVBO Production Limited |
| | Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

## Certification

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-827-059

Effective date of registration:

December 11, 2012

---

### Title

**Title of Work:** Divas In Distress - Episodes 1 - 22

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 27, 2012          **Nation of 1st Publication:** Hong Kong

### Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P.Y. WAN

**Date:** November 29, 2012

---

**Registration #:**  PA0001827059
**Service Request #:**  1-853902627



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street,
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number
PA 1-712-850

Effective date of registration:
September 8, 2010

## Title

Title of Work: Don Juan DeMercado - Episodes 1-6

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: February 15, 2010    Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Written agreement

## Rights and Permissions

Organization Name: TVBO Production Limited

Address: Canon's Court

22 Victoria Street

Hamilton HM12,   Bermuda Islands

## Certification

Page 1 of 2

Name:  KAREN P. Y. WAN
Date:  August 4, 2010

---

Page 2 of 2

Registration #:   PA0001712850

Service Request #:   1-492300831



Television Broadcasts Limited
10/F., Main Block, TVB City
77 Chun Choi Street, Tseung Kwan O Industrial Estate
Kowloon,   Hong Kong