Name: KAREN P Y WAN
Date: March 25, 2009

Page 2 of 2

Case 2:15-cv-01869-SVW-AJW   Document 192-4   Filed 05/31/16   Page 2 of 17   Page ID #:19597

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA   593 136

PA            PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
THE GREED OF MAN - EPISODES 1, 2 & 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**
大時代

**NATURE OF THIS WORK ▼** See instructions
WITH CHINESE SOUNDTRACK
MOTION PICTURE

**2  NAME OF AUTHOR ▼**
a  TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
a  1992 ◀ Year  *in all cases.*

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b  Complete this information   Month ▶ 10   Day ▶ 15   Year ▶ 1992
ONLY if this work has been published.
UNITED KINGDOM (HONG KONG) ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG

See instructions before completing this space.

**APPLICATION RECEIVED**
DEC 14 1992
**ONE DEPOSIT RECEIVED**
DEC 14 1992
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

|  |  |  |
|---|---|---|
| *Special relief granted under 202.20(d) of the C. O. reg. | EXAMINED BY ~S LG  CHECKED BY | FORM PA |
| PA 593 136 | ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHAEN, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG   date ▶ NOV 17 1992

Handwritten signature (X) ▼

| MAIL CERTIFI- CATE TO | Name ▼ DENNIS S. KAHANE, ESQ. DENNIS SPENCER KAHANE ATTORNEY AT LAW | YOU MUST • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 3130 CROW CANYON PLACE, SUITE 270 City/State/ZIP ▼ SAN RAMON, CA 94583, USA. | SEND ALL ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO Register of Copyrights Library of Congress Washington, D.C. 20559 |

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000   ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 593 128

PA     PAU

EFFECTIVE DATE OF REGISTRATION

Month DEC 14 1992 Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 4, 5 & 6

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE     WITH CHINESE SOUNDTRACK

**2 a** NAME OF AUTHOR ▼
TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10  Day ▶ 15  Year ▶ 1992
UNITED KINGDOM (HONG KONG)   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
            • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

*Special relief granted under 202.20(d) of the C. O. reg.

EXAMINED BY: LG
CHECKED BY:

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

PA 593-128

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                  date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | Name ▼ DENNIS S. KAHANE, ESQ.<br>DENNIS SPENCER KAHANE ATTORNEY AT LAW |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼<br>3130 CROW CANYON PLACE, SUITE 270<br>City/State/ZIP ▼<br>SAN RAMON, CA 94583, USA. |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                                                 ☆ U.S. GOVERNMENT PRINTING OFFICE 1991: 282-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 593 127

PA / PAU

EFFECTIVE DATE OF REGISTRATION
**DEC 14 1992**
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN – EPISODES 7, 8 & 9

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE    **WITH CHINESE SOUNDTRACK**

**2** NAME OF AUTHOR ▼
TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE** Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 10  Day 15  Year 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

*Special relief granted under 202.20(d) of the C. O. reg.

PA 593 127

EXAMINED BY SLG
CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                         Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                          date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | Name ▼ DENNIS S. KAHANE, ESQ. |
| --- | --- |
| | DENNIS SPENCER KAHANE ATTORNEY AT LAW |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 3130 CROW CANYON PLACE, SUITE 270 |
| | City/State/ZIP ▼ SAN RAMON, CA 94583, USA. |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                                          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 593 126**
PA / PAU

EFFECTIVE DATE OF REGISTRATION
**DEC 14 1992**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 10, 11 & 12

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE   WITH CHINESE SOUNDTRACK

**2 NAME OF AUTHOR ▼**
a TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992   VT-D
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

*Special relief granted under 202.20(d) of the C. O. reg.

PA 593 126

| EXAMINED BY | BLG |
|---|---|
| CHECKED BY | |

| CORRESPONDENCE | |
|---|---|
| ☐ Yes | |

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

**7**

Be sure to give your daytime phone ◀ number

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                                date ▶ NOV 17 1992

Handwritten signature (X) ▼

**8**

---

| MAIL CERTIFI-CATE TO | Name ▼ DENNIS S. KAHANE, ESQ. |
|---|---|
| | DENNIS SPENCER KAHANE ATTORNEY AT LAW |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 3130 CROW CANYON PLACE, SUITE 270 |
| | City/State/ZIP ▼ SAN RAMON, CA 94583, USA. |

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

---

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                             ☆ U S GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 593 122

PA / PAU

EFFECTIVE DATE OF REGISTRATION
**DEC 14 1992**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
THE GREED OF MAN – EPISODES 13, 14 & 15

**PREVIOUS OR ALTERNATIVE TITLES ▼**
大時代

**NATURE OF THIS WORK ▼** See instructions
MOTION PICTURE          WITH CHINESE SOUNDTRACK

**2  NAME OF AUTHOR ▼**
a  TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1992  ◀ Year
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information
ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM (HONG KONG)   ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992   VT-D
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

054456889

*Special relief granted under 202.20(d) of the C. O. reg.

PA 593 122

EXAMINED BY SLG

CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶ 415-901-1100

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                              date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

MAIL CERTIFI-CATE TO
Name ▼ DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                      ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991 –312-432/40,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 593 125

PA / PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 16, 17 & 18

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE           **WITH CHINESE SOUNDTRACK**

**2  NAME OF AUTHOR ▼**                                   DATES OF BIRTH AND DEATH
                                                          Year Born ▼   Year Died ▼

**a** TELEVISION BROADCASTS LIMITED

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions).

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NAME OF AUTHOR ▼**                                      DATES OF BIRTH AND DEATH
                                                          Year Born ▼   Year Died ▼

**b**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**                                      DATES OF BIRTH AND DEATH
                                                          Year Born ▼   Year Died ▼

**c**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
**a** 1992  ◀ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 1992
UNITED KINGDOM ( HONG KONG )   ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                    • See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

*Special relief granted under 202.20(d) of the C.O. reg.
PA 593 125

| EXAMINED BY | B L G | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                        Area Code & Telephone Number ▶  415-901-1100

Be sure to give your daytime phone number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T TANG                                                                              date ▶ NOV 1 7 1992

         Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | Name ▼ DENNIS S. KAHANE, ESQ. DENNIS SPENCER KAHANE ATTORNEY AT LAW | • Complete all necessary spaces • Sign your application in space 8 SEND ALL ELEMENTS IN THE SAME PACKAGE |
| --- | --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 3130 CROW CANYON PLACE, SUITE 270 City/State/ZIP ▼ SAN RAMON, CA 94583, USA. | 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO Register of Copyrights Library of Congress Washington, D.C. 20559 |

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                                   ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 593 141**

PA   PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN – EPISODES 19, 20 & 21

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE    **WITH CHINESE SOUNDTRACK**

---

**2** NAME OF AUTHOR ▼

a  TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer, not the em-

NATURE OF AUTHORSHIP
ENTIRE WORK

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP

---

**3** a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1992  ◀ Year

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ 10  Day ▶ 15  Year ▶ 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992   2 VT-D
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

*Special relief granted under 202.20(d) of the C. O. reg.

PA 593 141

EXAMINED BY TWG
CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of TELEVISION BROADCASTS LIMITED
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                    date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

MAIL CERTIFICATE TO

Name ▼ DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                               ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 593 129

PA / PAU

EFFECTIVE DATE OF REGISTRATION
**DEC 14 1992**
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 22, 23 & 24

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE     **WITH CHINESE SOUNDTRACK**

---

**2** NAME OF AUTHOR ▼
a  TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

NOTE
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions)

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**
a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10  Day ▶ 15  Year ▶ 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

\*Special relief granted under 202.20(d) of the C. O. reg.

PA 593 129

EXAMINED BY  J|LG

CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶ 415-901-1100

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG      date ▶ NOV 1, 1992

Handwritten signature (X) ▼

MAIL CERTIFICATE TO

Name ▼ DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNTY AT LAW
Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270
City/State/ZiP ▼
SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000      ☆ U.S GOVERNMENT PRINTING OFFICE 1991 312-432/40,007