1  CARLA A. McCAULEY (State Bar No. 223910)
      carlamccauley@dwt.com
2  SEAN M. SULLIVAN (State Bar No. 229104)
      seansullivan@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
5
   ROBERT D. BALIN (*pro hac vice*)
6     robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
7     lancekoonce@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8     georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas, 21st Floor
   New York, New York  10020
10 Tel.:  (212) 489-8230  Fax:  (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 SVW (AJWx)**<br><br>**PLAINTIFFS' NOTICE REGARDING MODIFICATIONS NECESSARY TO MAY 31, 2016 ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LTD. [DKT. NO. 192]**<br><br>Judge:  Hon. Stephen V. Wilson<br><br>Complaint Filed:  March 13, 2015 |

Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively "Plaintiffs") hereby submit this notice to advise the Court of certain requested modifications to the Court's May 31, 2016 Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Ltd. [Dkt. No. 192] (hereafter the "May 31 Order"). The May 31 Order contains the incorrect amount of damages awarded to Plaintiffs and left blank the amount of the award of attorneys' fees to Plaintiffs, as detailed below:

- *First*, in paragraph 7 on page 4 of the May 31 Order, the Court states that "Defendants are ordered to pay damages to Plaintiffs in the amount of $**326,360,691**." (Emphasis added). However, in Judge Morrow's December 7, 2015 Amended Order granting Plaintiffs' motion for default judgment against Defendants Create New Technology (HK) Limited ("CNT") and Hua Yang International Technology Ltd. ("HYIT") [Dkt. No. 158], the Court awarded Plaintiffs only $**55,460,691** in copyright and trademark damages. Plaintiffs respectfully request that the amount of the damages awarded in paragraph 7 on page 4 of the May 31 Order be modified such that Defendants are ordered to pay damages to Plaintiffs in the amount of $55,460,691, rather than $326,360,691.

- *Second*, in paragraph 8 on page 4 of the May 31 Order, the Court left blank the amount of the attorneys' fees awarded to Defendants. Plaintiffs have submitted all declarations and supporting evidence in support of Plaintiffs' request for attorneys' fees in the amount of $**1,451,490** for the billed hours associated with CNY and HYIT's liability. On April 4, 2016, the Court, in its Order granting Plaintiffs' request for a permanent injunction against CNT and HYIT, directed

1

PLAINTIFF'S NOTICE RE MODIFICATIONS TO ORDER [DKT. NO. 192]
DWT 29734906v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Plaintiffs to file declarations in support of their request for attorneys' fees no later than April 15, 2016. Dkt. No. 185. Plaintiffs, on April 15, 2016, filed two declarations of Carla McCauley, and exhibits thereto, in support of their request for attorneys' fees, in accordance with the Court's directive. Dkt. No. 187. These declarations and exhibits had been previously submitted under Docket Nos. 159 and 164. *See id.* Accordingly, the Court has before it all of Plaintiffs' support for the attorneys' fees it is requesting against CNT and HYIT and Plaintiffs respectfully request that the Court enter an award of attorneys' fees for Plaintiffs in the amount of $1,451,490.

For these reasons, Plaintiffs respectfully request that the Court issue an Amended Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Ltd., correctly identifying the amount of damages awarded, and setting forth an amount of attorneys' fees awarded to Plaintiffs.

DATED: June 6, 2016

DAVIS WRIGHT TREMAINE LLP
CARLA A. McCAULEY
SEAN M. SULLIVAN
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
GEORGE WUKOSON (*pro hac vice*)

By: */s/Sean M. Sullivan*
Sean M. Sullivan

Attorneys for Plaintiffs

2
PLAINTIFF'S NOTICE RE MODIFICATIONS TO ORDER [DKT. NO. 192]
DWT 29734906v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899