Exhibit B

# Sullivan, Sean

| | |
|---|---|
| **From:** | Sullivan, Sean |
| **Sent:** | Friday, May 20, 2016 3:21 PM |
| **To:** | 'adrianos@facchettilaw.com' |
| **Cc:** | Koonce, Lance |
| **Subject:** | FW: Activity in Case 2:15-cv-01869-SVW-AJW China Central Television et al v. Create New Technology HK Limited et al Motion Hearing |
| **Attachments:** | ORDER In Chambers re Pltf_s Request to Strike Answer - Doc 191.pdf |

Adrianos

It appears as though the Court removed you from the service list for this case right before issuing the attached order, which directs you to give notice to the defendants Asha Media Group and Amit Bhalla of the attached Order.

Thank you

Sean

**Sean Sullivan** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8644 | Fax: (213) 633-6899
Email: seansullivan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Friday, May 20, 2016 8:35 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:15-cv-01869-SVW-AJW China Central Television et al v. Create New Technology HK Limited et al Motion Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 5/20/2016 at 8:34 AM PDT and filed on 5/19/2016
**Case Name:** China Central Television et al v. Create New Technology HK Limited et al
**Case Number:** 2:15-cv-01869-SVW-AJW
**Filer:**
**Document Number:** 191

1

**Docket Text:**
**MINUTES of Motion Hearing held before Judge Stephen V. Wilson: Proceedings: Order Re: Plaintiff's Request to Strike Answer. In light of the withdrawal of counsel, the Court orders attorney Facchetti to give notice to the defendants Asha Media Group, and Amit Bhalla. Defendants shall have twenty-one days from this order to retain new counsel. If new counsel is not retained, the answer will be stricken. Court Reporter: N/A. (mg)**


**2:15-cv-01869-SVW-AJW Notice has been electronically mailed to:**

Samuel M Bayard     samuelbayard@dwt.com

Francis S Ryu     mindy@ryulaw.com, francis@ryulaw.com

Jennifer So Young Chang     jennifer@ryulaw.com

Carla A McCauley     frankromero@dwt.com, laxdocket@dwt.com, carlamccauley@dwt.com

Kenneth K Tanji     ktanji@yahoo.com, dhsu@ltpacificlaw.com, ktanji@ltpacificlaw.com, jflee@ltpacificlaw.com

Sean M Sullivan     seansullivan@dwt.com, deekeegan@dwt.com, laxdocket@dwt.com

George P Wukoson     georgewukoson@dwt.com

Kris Le Fan     kris@lowelaw.com

Lacy H Koonce     lancekoonce@dwt.com

Robert D Balin     robbalin@dwt.com

Jen-Feng Lee     jflee@ipfirm.us, jflnbacer@gmail.com, dhsu@ipfirm.us, jflee@ltpacificlaw.com

**2:15-cv-01869-SVW-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-01869-SVW-AJW | Date | May 19, 2016 |
|---|---|---|---|
| Title | China Central Television et al v. Create New Technology HK Limited et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

N/A   N/A

**Proceedings:**   IN CHAMBERS ORDER re PLAINTIFF'S REQUEST TO STRIKE ANSWER

    In light of the withdrawal of counsel, the Court orders attorney Facchetti to give notice to the defendants Asha Media Group, and Amit Bhalla.

    Defendants shall have twenty-one days from this order to retain new counsel. If new counsel is not retained, the answer will be stricken.

: 03

Initials of Preparer   PMC

## Sullivan, Sean

| | |
|---|---|
| **From:** | Adrianos Facchetti <adrianos@facchettilaw.com> |
| **Sent:** | Friday, May 20, 2016 3:51 PM |
| **To:** | Sullivan, Sean |
| **Cc:** | Koonce, Lance; Mark Clark; Reagan Hyland; Pam Burton |
| **Subject:** | Re: Activity in Case 2:15-cv-01869-SVW-AJW China Central Television et al v. Create New Technology HK Limited et al Motion Hearing |

Thanks for the heads-up Sean.

> On May 20, 2016, at 3:20 PM, Sullivan, Sean <SeanSullivan@dwt.com> wrote:
>
> Adrianos
>
> It appears as though the Court removed you from the service list for this case right before issuing the attached order, which directs you to give notice to the defendants Asha Media Group and Amit Bhalla of the attached Order.
>
> Thank you
>
> Sean
>
> **Sean Sullivan** | Davis Wright Tremaine LLP
> 865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
> Tel: (213) 633-8644 | Fax: (213) 633-6899
> Email: seansullivan@dwt.com | Website: www.dwt.com
>
> Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.
>
> **From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
> **Sent:** Friday, May 20, 2016 8:35 AM
> **To:** ecfnef@cacd.uscourts.gov
> **Subject:** Activity in Case 2:15-cv-01869-SVW-AJW China Central Television et al v. Create New Technology HK Limited et al Motion Hearing
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
>
> **Notice of Electronic Filing**

The following transaction was entered on 5/20/2016 at 8:34 AM PDT and filed on 5/19/2016

**Case Name:**   China Central Television et al v. Create New Technology HK Limited et al
**Case Number:**   2:15-cv-01869-SVW-AJW
**Filer:**
**Document Number:** 191

**Docket Text:**
**MINUTES of Motion Hearing held before Judge Stephen V. Wilson: Proceedings: Order Re: Plaintiff's Request to Strike Answer. In light of the withdrawal of counsel, the Court orders attorney Facchetti to give notice to the defendants Asha Media Group, and Amit Bhalla. Defendants shall have twenty-one days from this order to retain new counsel. If new counsel is not retained, the answer will be stricken. Court Reporter: N/A. (mg)**

**2:15-cv-01869-SVW-AJW Notice has been electronically mailed to:**

Samuel M Bayard     samuelbayard@dwt.com

Francis S Ryu     mindy@ryulaw.com, francis@ryulaw.com

Jennifer So Young Chang     jennifer@ryulaw.com

Carla A McCauley     frankromero@dwt.com, laxdocket@dwt.com, carlamccauley@dwt.com

Kenneth K Tanji     ktanji@yahoo.com, dhsu@ltpacificlaw.com, ktanji@ltpacificlaw.com,jflee@ltpacificlaw.com

Sean M Sullivan     seansullivan@dwt.com, deekeegan@dwt.com, laxdocket@dwt.com

George P Wukoson     georgewukoson@dwt.com

Kris Le Fan     kris@lowelaw.com

Lacy H Koonce     lancekoonce@dwt.com

Robert D Balin     robbalin@dwt.com

Jen-Feng Lee     jflee@ipfirm.us, jflnbacer@gmail.com, dhsu@ipfirm.us, jflee@ltpacificlaw.com

**2:15-cv-01869-SVW-AJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

<ORDER In Chambers re Pltf_s Request to Strike Answer - Doc 191.pdf>

2

Adrianos Facchetti
Attorney at Law
301 E. Colorado Blvd., Suite 514
Pasadena, CA 91101
Tel: (626) 793-8607
Fax: (626) 793-7293

Blog: California Defamation Law

***NOTICE***
This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited.  If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer.  Thank you.