UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-01869-SVW-AJW | Date | July 8, 2016 |
|---|---|---|---|
| Title | China Central Television et al v. Create New Technology HK Limited et al | | |

| Present: The Honorable | STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ASIDE DEFENDANT ASHA MEDIA GROUP AND AMIT BHALLA'S ANSWER [58]**

　　　　Pursuant to the Court's order of May 19, 2016, [191] defendants Asha Media Group and Amit Bhalla were to retain new counsel twenty-one days from the date of the Court's order. If no counsel was retained, defendants' answer would be stricken.

　　　　To date, there has been no response to the May 19, 2016 order. Therefore, the Answer of Asha Media Group and Amit Bhalla is hereby stricken from the record. Plaintiff's request for Clerk to Enter Default [194] is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　
　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　CR