## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

PA 1-857-846

Effective date of registration:

August 20, 2012

## Title

**Title of Work:** House Of Harmony And Vengeance - Episodes 1 - 30

**Nature of Work:** Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 30, 2012      **Nation of 1st Publication:** Hong Kong

## Author

**Author:** Television Broadcasts Limited

**Author Created:** Co-Author of Motion Picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

**Anonymous:** No                      **Pseudonymous:** No

**Author:** TVBO Production Limited

**Author Created:** Co-Author of Motion Picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

**Anonymous:** No                      **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Page 1 of 2

Name:   KAREN P.Y. WAN



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-848-886**

**Effective date of registration:**

April 17, 2013

---

### Title

**Title of Work:** Inbound Troubles

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 14, 2013      **Nation of 1st Publication:** Hong Kong

### Author

- **Author:** Television Broadcasts Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 12, 2013

---

Page 1 of 1

**Registration #:** PA0001848886
**Service Request #:** 1-919742251



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-863-828

**Effective date of registration:**

September 16, 2013

---

### Title

**Title of Work:** Karma Rider

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 15, 2013    **Nation of 1st Publication:** Hong Kong

### Author

■    **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■    **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** August 21, 2013

---

Registration #:  PA0001863828
Service Request #:  1-982100250



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-827-056

**Effective date of registration:**

December 11, 2012

---

## Title

**Title of Work:** King Maker - Episodes 1 - 28

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 13, 2012    **Nation of 1st Publication:** Hong Kong

## Author

■   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P.Y. WAN

**Date:** November 29, 2012

---

Page 1 of 1

Registration #:  PA0001827056
Service Request #:  1-853902652



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-863

**Effective date of registration:**

November 20, 2014

---

## Title

Title of Work: Line Walker - 31 Episodes

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: August 25, 2014     Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

- Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:   PA0001922863

Service Request #:   1-1910424768



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-738-145**

Effective date of registration:

July 10, 2009

---

### Title

Title of Work: Man In Charge - Episodes 1 - 20

Previous or Alternative Title: [title in non-Roman characters]

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

### Completion/Publication

Year of Completion: 2007

Date of 1st Publication: April 6, 2009          Nation of 1st Publication: Hong Kong

### Author

■       Author: Television Broadcasts Limited

Author Created: Co-author of motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                         Pseudonymous: No

■       Author: TVBO Production Limited

Author Created: Co-author of motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                         Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

Previously registered: No

### Certification

Page 1 of 2

Name:   Karen P.Y. Wan

Date:   June 2, 2009



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-046**

**Effective date of registration:**

December 11, 2012

---

## Title

Title of Work: Master Of Play - Episodes 1-30

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: May 21, 2012    Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all worldwide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 19, 2012

---

Page 1 of 1

**Registration #:**  PA0001827046

**Service Request #:**  1-850927501



Television Broadcasts Limited
10/F., TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-634**

**Effective date of registration:**

March 7, 2013

---

### Title

**Title of Work:** Missing You - Episodes 1-20

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 18, 2012     **Nation of 1st Publication:** Hong Kong

### Author

■     **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■     **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P.Y. WAN

**Date:** February 28, 2013

---

Page 1 of 1

**Registration #:** PA0001840634

**Service Request #:** 1-898699148



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-919-570**

**Effective date of registration:**

June 23, 2014

---

## Title

Title of Work: Never Dance Alone

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: April 21, 2014          Nation of 1st Publication: Hong Kong

## Author

■      **Author:** Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      **Author:** TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: June 16, 2014

---

Registration #:   PA0001919570
Service Request #:   1-1514304791



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-827-058

**Effective date of registration:**

December 11, 2012

---

### Title

Title of Work: No Good Either Way - Episodes 1 - 21

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: June 11, 2012          Nation of 1st Publication: Hong Kong

### Author

- **Author:** Television Broadcasts Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

**Registration #:**  PA0001827058
**Service Request #:**  1-853893475



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-891-391**

Effective date of registration:

March 10, 2014

---

## Title

**Title of Work:** Outbound Love

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** January 20, 2014      **Nation of 1st Publication:** Hong Kong

## Author

■      **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■      **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** February 27, 2014

---

Registration #:   PA0001891391
Service Request #:   1-1248796161



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-936-095

**Effective Date of Registration:**
January 16, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Overachievers - 30 Episodes |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | November 03, 2014 |
| **Nation of 1st Publication:** | Hong Kong |

## Author

| | |
|---|---|
| • **Author:** | Television Broadcasts Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Hong Kong |
| • **Author:** | TVBO Production Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Bermuda Islands |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands |
| **Transfer statement:** | Claimant obtained all world-wide right except Hong Kong by written agreement. |

## Certification

| | |
|---|---|
| **Name:** | KAREN P. Y. WAN |
| **Date:** | January 08, 2015 |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-894-494**

Effective date of registration:

March 5, 2014

---

### Title

Title of Work: Queen Divas

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: January 20, 2014    Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: February 27, 2014

---

Page 1 of 1

Registration #:   PA0001894494
Service Request #:   1-1248822631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong