# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-845-356**

**Effective date of registration:**

April 24, 2013

---

## Title

Title of Work: Reality Check

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: February 18, 2013

Nation of 1st Publication: Hong Kong

## Author

- **Author:** Television Broadcasts Limited

  **Author Created:** entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- **Author:** TVBO Production Limited

  **Author Created:** entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Page 1 of 1

Registration #: PA0001845356
Service Request #: 1-919827490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-924-137

**Effective date of registration:**

September 29, 2014

---

## Title

**Title of Work:** Rear Mirror – Episodes 1 – 20

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** August 11, 2014          **Nation of 1st Publication:** Hong Kong

## Author

■  **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■  **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** September 16, 2014

---

**Registration #:** PA0001924137

**Service Request #:** 1-1749097802



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
## PA 1-910-251

Effective date of registration:

July 3, 2014

## Title
Title of Work: Return Of The Silver Tongue

## Completion/Publication
Year of Completion: 2013

Date of 1st Publication: December 17, 2013      Nation of 1st Publication: Hong Kong

## Author
Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: January 21, 2014

Correspondence: Yes

Page 1 of 1

Registration #:  PA0001910251

Service Request #:  1-1157200661



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-901-753**

**Effective date of registration:**

May 12, 2014

---

### Title

**Title of Work:** Ruse Of Engagement

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** March 17, 2014          **Nation of 1st Publication:** Hong Kong

### Author

- **Author:** Television Broadcasts Limited
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** Hong Kong

- **Author:** TVBO Production Limited
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 29, 2014

---

Page 1 of 1

Registration #:   PA0001901753

Service Request #:   1-1394798571



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-840-377**

**Effective date of registration:**
April 23, 2013

---

### Title

**Title of Work:** Season Of Love

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 11, 2013     **Nation of 1st Publication:** Hong Kong

### Author

■     **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■     **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 12, 2013

---

Page 1 of 1

Registration #:  PA0001840377

Service Request #:  1-919827462



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-827-198

Effective date of registration:

August 21, 2012

---

## Title

**Title of Work:** Sergeant Tabloid - Episodes 1 - 21

**Nature of Work:** Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 6, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Television Broadcasts Limited

**Author Created:** Co-Author of Motion Picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

**Anonymous:** No     **Pseudonymous:** No

**Author:** TVBO Production Limited

**Author Created:** Co-Author of Motion Picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

**Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM, 12, Bermuda

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

Name:   KAREN P Y. WAN

Date:   August 8, 2012

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-840-638

**Effective date of registration:**

March 7, 2013

---

### Title

**Title of Work:** Silver Spoon, Sterling Shackles - Episodes 1-40

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** October 22, 2012     **Nation of 1st Publication:** Hong Kong

### Author

■      **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■      **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P.Y. WAN

**Date:** February 28, 2013

---

Registration #:  PA0001840638

Service Request #:  1-898667929



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-857-765

**Effective date of registration:**

July 17, 2013

---

## Title

**Title of Work:** Slow Boat Home

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 13, 2013     **Nation of 1st Publication:** Hong Kong

## Author

**Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

**Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** June 24, 2013

---

Registration #:  PA0001857765
Service Request #:  1-954007451



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-881-211

**Effective date of registration:**

November 12, 2013

---

## Title

          **Title of Work:** Sniper Standoff

## Completion/Publication

          **Year of Completion:** 2013

          **Date of 1st Publication:** September 9, 2013     **Nation of 1st Publication:** Hong Kong

## Author

    ■     **Author:** Television Broadcasts Limited

          **Author Created:** entire motion picture

          **Work made for hire:** Yes

          **Domiciled in:** Hong Kong

    ■     **Author:** TVBO Production Limited

          **Author Created:** entire motion picture

          **Work made for hire:** Yes

          **Domiciled in:** Bermuda Islands

## Copyright claimant

          **Copyright Claimant:** TVBO Production Limited

          Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

          **Transfer Statement:** Claimant obtained all world-wide rights except Hong Kong by written agreement.

## Certification

          **Name:** KAREN P. Y. WAN

          **Date:** October 10, 2013

---

Registration #:  PA0001881211
Service Request #:  1-1004936761



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-901-640

**Effective date of registration:**

April 21, 2014

---

### Title

**Title of Work:** Storm In A Cocoon

### Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** February 17, 2014   **Nation of 1st Publication:** Hong Kong

### Author

■ **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■ **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 3, 2014

---

Page 1 of 1

Registration #:   PA0001901640
Service Request #:   1-1333902201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-660-153**

Effective date of registration:

April 28, 2009

---

### Title

| | |
|---|---|
| Title of Work: | Sweetness In The Salt - Episodes 1 - 20 |
| Nature of Work: | MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES |

### Completion/ Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2008 | | |
| Date of 1st Publication: | January 6, 2009 | Nation of 1st Publication: | United States |

### Author

| | | |
|---|---|---|
| ■ | Author: | TELEVISION BROADCASTS LIMITED |
| | Author Created: | CO-AUTHOR OF MOTION PICTURE |
| | Work made for hire: | Yes |
| | Domiciled in: | Hong Kong |
| | Anonymous: | No    Pseudonymous:  No |
| ■ | Author: | TVBO PRODUCTION LIMITED |
| | Author Created: | CO-AUTHOR OF MOTION PICTURE |
| | Work made for hire: | Yes |
| | Domiciled in: | Bermuda Islands |
| | Anonymous: | No    Pseudonymous:  No |

### Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TVBO PRODUCTION LIMITED |
| | CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

### Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

### Certification

---

Name: KAREN P Y WAN

Date: March 25, 2009

**Copyright Office notes:**   Regarding title information: Alternative title in non-Roman characters.

Page 2 of 2

Registration #:   PA0001660153

Service Request #:   1-192977399

TSEUNG KWAN O INDL ESTATE
1G/F MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON, HONG KONG

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

**PA 1-727-287**

Effective date of registration:

April 28, 2009

---

### Title

Title of Work: Sweetness In The Salt - Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/Publication

Year of Completion: 2008

Date of 1st Publication: February 3, 2009      Nation of 1st Publication: United States

### Author

- Author: TELEVISION BROADCASTS LIMITED

  Author Created: CO-AUTHOR OF MOTION PICTURE

  Work made for hire: Yes

  Domiciled in: Hong Kong

  Anonymous: No                    Pseudonymous: No

- Author: TVBO PRODUCTION LIMITED

  Author Created: CO-AUTHOR OF MOTION PICTURE

  Work made for hire: Yes

  Anonymous: No                    Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

Previously registered: No

### Certification

---

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   March 25, 2009

