Certification

Name: KAREN P. Y. WAN

Date: April 10, 2008

Page 2 of 2

IPN#:

Registration #:   PA0001619041

Service Request #:   1-68414807

TSEUNG KWAN O IND'L ESTATE
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON,   Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-916-638**

**Effective date of registration:**

July 31, 2014

---

## Title

**Title of Work:** The Ultimate Addiction - Episodes 1 - 30

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 2, 2014          **Nation of 1st Publication:** Hong Kong

## Author

■          **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■          **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** July 8, 2014

---

Page 1 of 1

**Registration #:**  PA0001916638
**Service Request #:**  1-1569924231



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-052**

**Effective date of
registration:**

December 11, 2012

---

### Title

Title of Work: Three Kingdoms RPG - Episodes 1 - 25

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: July 9, 2012          Nation of 1st Publication: Hong Kong

### Author

■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

### Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

**Registration #:**  PA0001827052
**Service Request #:**  1-853885631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-827-044

Effective date of
registration:

December 11, 2012

---

## Title

Title of Work: Tiger Cubs - Episodes 1 - 13

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: June 24, 2012     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #:   PA0001827044
Service Request #:   1-853902697



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-877-655

Effective date of
registration:

October 1, 2013

## Title

Title of Work: Triumph In The Skies II

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: July 15, 2013      Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

Correspondence: Yes

Page 1 of 1

Registration #: PA0001877655

Service Request #: 1-982100201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-731

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Twin Of Brothers– Episodes 1-20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

a  TELEVISION BROADCASTS LIMITED 電視廣播有限公司

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b  TVBO PRODUCTION LIMITED

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ▼
2004   ◀ Year   in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ _____ Day ▶ _____ Year ▶ 2004
ONLY if this work has been published.
United States of America   ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 2 8 2004
ONE DEPOSIT RECEIVED
SEP 2 8 2004
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
Chinese Subtitles

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained worldwide copyright ownership of the copyright by written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                    Account Number ▼

**7**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE.,
NORWALK, CA 90650                                          PHILIP TAM, ESQ

Area Code & Telephone Number ▶  (562) 802-8868

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)      TVBO PRODUCTION LIMITED
☐ authorized agent of ____
     Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
CHERRY T.N. YUEN                                          date ▶

Handwritten signature (X) ▼

**8**

Be sure to
give your
daytime phone
◀ number

MAIL
CERTIFI-
CATE TO

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-730

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004
Month       Day       Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Twin Of Brothers– Episodes 21-40

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**a** NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { ☐ Citizen of ▶
☐ Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { ☐ Citizen of ▶
☐ Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2004 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month▶ September Day▶ 26 Year▶ 2004
ONLY if this work has been published. United States of America ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 2 8 2004

ONE DEPOSIT RECEIVED
SEP 2 8 2004

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

Chinese subtitles

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright in written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.       DO NOT WRITE HERE

EXAMINED BY ~~DbC~~           FORM PA

CHECKED BY

☐ CORRESPONDENCE     ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.          PHILIP TAM, ESQ

13411 BLACKBURN AVE.,

NORWALK, CA 90650

**8**

Be sure to give your daytime phone number

Area Code & Telephone Number ►    (562) 802-8868

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   TVBO PRODUCTION LIMITED
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN          date ►

Handwritten signature (X) ▼

**9**

**MAIL CERTIFI-CATE TO**

Name ▼

10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Number/Street/Apt ▼

TSEUNG KWAN O IND'L ESTATE

Certificate will be mailed in window envelope

City/State/Zip ▼

KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1–242–739**

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Twin Of Brothers– Episodes 41-42

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

b TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given 2004 ◀ Year in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
United States of America
Month 10  Day 10  Year 2004  ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 28 2004

ONE DEPOSIT RECEIVED
SEP 28 2004

TWO DEPOSITS RECEIVED
4771D
Chinese subtitles

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
claimant obtained all rights of the author by assignment in a written agreement.

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                                        PHILIP TAM, ESQ
13411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8808

**8**

Be sure to
give your
daytime phone
number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive rights▶ TVBO PRODUCTION LIMITED
☐ authorized agent of
          Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY T.N. YUEN                                              date ▶

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE

City/State/Zip ▼
KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-102-787

EFFECTIVE DATE OF REGISTRATION

Month 6  Day 27  Year 02

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Whatever It Takes -- 20 Episodes

**PREVIOUS OR ALTERNATIVE TITLES ▼**

天子尋龍

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2001 ◄ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 15  Day ▶ 31  Year ▶ 2001
ONLY if this work has been published.
Nation U.S.A.  ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JUN 27, 2002
ONE DEPOSIT RECEIVED
JUN 27, 2002  (10)'2' vT/ D
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  • See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

**\*Special Relief granted under Sec. 202.20(d) of the C.O. Reg.**

EXAMINED BY _____

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼       Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                    PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

CERTIFICATION*  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ___ TVB (OVERSEAS) LIMITED
   Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                                   date ▶  -8 MAR 2002

Handwritten signature (X) ▼

MAIL CERTIFI-CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,013

EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-884-284

**Effective date of registration:**

December 23, 2013

---

## Title

**Title of Work:** Will Power

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 14, 2013       **Nation of 1st Publication:** Hong Kong

## Author

■       **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■       **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** November 27, 2013

---

Registration #:   PA0001884284
Service Request #:   1-1023063471



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-051**

**Effective date of registration:**

December 11, 2012

---

### Title

Title of Work:  Witness Insecurity - Episodes 1 - 20

### Completion/Publication

Year of Completion:  2012

Date of 1st Publication:  July 2, 2012          Nation of 1st Publication:  Hong Kong

### Author

- Author:  Television Broadcasts Limited
  Author Created:  entire motion picture

  Work made for hire:  Yes
  Domiciled in:  Hong Kong

- Author:  TVBO Production Limited
  Author Created:  entire motion picture

  Work made for hire:  Yes
  Domiciled in:  Bermuda Islands

### Copyright claimant

Copyright Claimant:  TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement:  Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name:  KAREN P.Y. WAN

Date:  November 29, 2012

---

Page  1 of 1

**Registration #:**   PA0001827051
**Service Request #:**   1-853893605



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 980-415**

PA          PAU

EFFECTIVE DATE OF REGISTRATION

| 2 | 2 | 00 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Witness To A Prosecution – 22 Episodes

PREVIOUS OR ALTERNATIVE TITLES ▼

洗冤錄

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

b TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 20   Day ▶ 20   Year ▶ 99
Hong Kong Special Administrative Region ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

See instructions before completing this space



APPLICATION RECEIVED
FEB. 0 2 2000
ONE DEPOSIT RECEIVED
FEB. 0 2. 2000  (II)½ VT—D
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
*Claimant obtained all world-wide right except Hong Kong by written agreement.*

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____   FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

✱ SPECIAL RELIEF GRANTED
   under 202.20(D) of the
   Copyright Office regulations

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                   Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Be sure to
give your
daytime phone
◀ number

Area Code & Telephone Number ▶   (562) 802-8868

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   TVB (OVERSEAS) LIMITED
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                          date ▶  1 5 JAN 2003

Handwritten signature (X) ▼

**8**

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

Certificate
will be
mailed in
window
envelope

City/State/Zip ▼
KOWLOON, HONG KONG

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                                   ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

**EXHIBIT B**