UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-01869-SVW-AJW | Date | August 31, 2016 |
|---|---|---|---|
| Title | China Central Television et al v. Create New Technology HK Limited et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER

The Court inadvertently entered default, as to Defendant Amit Bhalla. The case, as to Defendant Bhalla, is stayed pursuant to the a pending bankruptcy (Dkt 180).

Default is set aside, as to Defendant Bhalla. The case as to Defendant Bhalla remains stayed, however, his matter is moved to the Court's inactive calendar. The parties shall notify the Court, in writing, when the stay should be lifted and the matter restored to the Court's active calendar.

|  | : |
|---|---|
| Initials of Preparer | PMC |