**EXHIBIT A**

| Registered CCTV Programs | | |
|---|---|---|
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-289**

**Effective date of registration:**

November 19, 2014

## Title
- **Title of Work:** Across the Strait
- **Contents Titles:** Across the Strait Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** China Central Television
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** China

## Copyright claimant
- **Copyright Claimant:** China Central Television
- No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
- **Organization Name:** China Central Television

## Certification
- **Name:** Wengian Wang
- **Date:** December 29, 2014

**Correspondence:** Yes

Page 1 of 1

Registration #: PAU003751289
Service Request #: 1-1866733960



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-288**

**Effective date of registration:**

November 19, 2014

## Title
- **Title of Work:** Around China
- **Contents Titles:** Around China Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** China Central Television
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** China

## Copyright claimant
- **Copyright Claimant:** China Central Television
  No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
- **Organization Name:** China Central Television

## Certification
- **Name:** Wengian Wang
- **Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:** PAU003751288
**Service Request #:** 1-1866734056



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PAu 3-751-290**

**Effective date of registration:**
November 18, 2014

## Title
- **Title of Work:** Art life
- **Contents Titles:** Art life Episodes 37, 38

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** China Central Television
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** China

## Copyright claimant
- **Copyright Claimant:** China Central Television
  No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
- **Organization Name:** China Central Television

## Certification
- **Name:** Wengian Wang
- **Date:** December 29, 2014

- **Correspondence:** Yes

Page 1 of 1

**Registration #:** PAU003751290
**Service Request #:** 1-1866733912



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-295**

**Effective date of registration:**

November 17, 2014

## Title
- **Title of Work:** Echo clear
- **Contents Titles:** Echo clear Episodes 38, 39, 41

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** China Central Television
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** China

## Copyright claimant
- **Copyright Claimant:** China Central Television
  No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
- **Organization Name:** China Central Television

## Certification
- **Name:** Wengian Wang
- **Date:** December 29, 2014

**Correspondence:** Yes

Page 1 of 1

**Registration #:** PAU003751295
**Service Request #:** 1-1855728507



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-281**

**Effective date of registration:**

November 18, 2014

## Title

**Title of Work:** Fashion Infinite

**Contents Titles:** Fashion Infinite Episodes 39,40

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television
No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang
**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:** PAU003751281
**Service Request #:** 1-1855755671



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-285**

**Effective date of registration:**

November 18, 2014

## Title

Title of Work: I want to go to the Spring Festival gala
Contents Titles: I want to go to the Spring Festival gala Episodes 35, 36

## Completion/Publication

Year of Completion: 2014

## Author

- Author: China Central Television
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: China

## Copyright claimant

Copyright Claimant: China Central Television
No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

Organization Name: China Central Television

## Certification

Name: Wengian Wang
Date: December 29, 2014

Correspondence: Yes

Page 1 of 1

**Registration #:** PAU003751285
**Service Request #:** 1-1855755635



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-292**

**Effective date of registration:**

November 18, 2014

## Title
**Title of Work:** Star Walk
**Contents Titles:** Star Walk Episode 31, Special 3, and Special 4

## Completion/Publication
**Year of Completion:** 2014

## Author
- **Author:** China Central Television
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright claimant
**Copyright Claimant:** China Central Television
No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
**Organization Name:** China Central Television

## Certification
**Name:** Wengian Wang
**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:**   PAU003751292
**Service Request #:**   1-1866733862



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-746-792**

**Effective date of registration:**

November 18, 2014

## Title

**Title of Work:** To a happy departure Episode 37

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television
No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang
**Date:** December 29, 2014

---

**Correspondence:** Yes

Page 1 of 1

**Registration #:** PAU003746792
**Service Request #:** 1-1855728599



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-293**

**Effective date of registration:**

November 17, 2014

---

## Title
**Title of Work:** Variety festival Episode 36

## Completion/Publication
**Year of Completion:** 2014

## Author
- **Author:** China Central Television
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** China

## Copyright claimant
**Copyright Claimant:** China Central Television
No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions
**Organization Name:** China Central Television

## Certification
**Name:** Wengian Wang
**Date:** December 29, 2014

---

**Correspondence:** Yes

Page 1 of 1

**Registration #:** PAU003751293
**Service Request #:** 1-1855688331



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019 United States