**EXHIBIT 1**

CARLA A. McCAULEY (State Bar No. 223910)
    carlamccauley@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
    samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
    georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, | Case No. **CV 15-1869 SVW (AJWx)** |
| Plaintiffs, | **[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT ASHA MEDIA GROUP INC.** |
| vs. | |
| CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court having granted the Motion for Default Judgment and Permanent Injunction of Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)"), and DISH Network L.L.C. ("DISH") (collectively, "Plaintiffs"), against Defendant Asha Media Group Inc. ("Asha Media") on November 7, 2016, **IT IS HEREBY ORDERED** that Default Judgment and Permanent Injunctive Relief shall be entered as to Defendant Asha Media as follows:

1.      For purposes of this Default Judgment and Permanent Injunction, the following definitions shall apply:

a.      "Plaintiffs' Copyrighted Programming" shall mean each of those broadcast television programming works, or portions thereof, whether now in existence or later created, in which the Plaintiffs, or any of them (or any parent, subsidiary, or affiliate of any of the Plaintiffs), own or control an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*., including without limitation all copyrighted programs identified in **Exhibits A and B** hereto;

b.      "STB" shall mean a television set-top box or other similar device, including all devices sold under the name "TVpad";

c.      "STB App" shall mean any software application or associated service that is designed for use on any STB, including any software application that is preloaded on a STB or available for download by the user of a STB;

d.      "Infringing TVpad App" shall mean any STB App whereby Plaintiffs' Copyrighted Programming is publicly performed without authorization by transmission to members of the public, including but not limited to each STB App identified in **Exhibit C** hereto;

[Proposed] Default Judgment and Permanent Injunction
DWT 30754552v1 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

e.      "TVpad Device" shall mean any STB that offers or operates in conjunction with an Infringing TVpad App;

f.      "TVpad Store" shall mean any combination of software and/or services whereby users can select and download software applications onto the TVpad Device;

g.      "TVpad Service" shall mean transmission of Plaintiffs Copyrighted Programming through the TVpad Device and the Infringing TVpad Apps;

h.      "Comparable System" shall mean any device, data transmission service or application that provides users unauthorized access to Plaintiffs' Copyrighted Programming, using any peer-to-peer or Internet-based transmission, file sharing or content delivery technology;

i.      "TVpad Websites" shall mean the websites located at the domain name tvpad.com and any other websites maintained by Asha Media or pursuant to its direction, that distribute, sell, advertise or promote any TVpad Device, the TVpad Service, or any Comparable System, or are otherwise utilized in furtherance of any of the activities enjoined in Paragraphs 9, 10, or 13 hereinbelow;

j.      "CCTV Marks" shall mean the word marks "CCTV" and "CCTV AMERICA" and the stylized CCTV logo, and the design mark "CCTV AMERICA" registered with the U.S. Patent and Trademark Office, Registration No. 4730301, in connection with, among other things, "[t]elevision broadcasting services; streaming of audio, visual and audiovisual material via a global computer network; transmission of news; transmission of sound, video and information";

k.      "TVB Marks" shall mean (a) the word mark JADE (Registration No. 2752223); (b) the JADE logo (Registration No. 2831375 and U.S. Application Serial No. 86171201); (c) the word mark TVB (U.S. Application

Serial No. 86171162); and the Chinese-language word mark for THE JADE CHANNEL (Registration No. 3072394); and

l.    "Plaintiffs' Marks" shall mean the CCTV Marks and TVB Marks.

**IT IS HEREBY ORDERED, ADJUDED AND DECREED AS FOLLOWS:**

2.    Asha Media is ordered to pay damages to Plaintiffs in the amount of $9,030,000.

3.    Asha Media is ordered to pay Plaintiffs' attorneys fees in the amount of $115,625.

4.    Post judgment interest at a rate equal to .66% shall accrue from and after November 8, 2016.

5.    Asha Media, and all of its parents, subsidiaries, affiliates, officers, agents, servants and employees, and all those persons or entities acting in active concert or participation with Asha Media and all persons and entities who receive actual notice of this Order (collectively, the "Enjoined Parties") are immediately and permanently enjoined from engaging in any of the following activities:

a.    Distributing, selling, advertising, marketing, or promoting any TVpad Device;

b.    Transmitting, retransmitting, assisting in the transmission of, requesting transmission of, streaming, hosting, or providing unauthorized access to, or otherwise publicly performing, directly or indirectly, by means of any device or process, Plaintiffs' Copyrighted Programming;

c.    Authorizing, hosting, reproducing, downloading, selling, or otherwise distributing the Infringing TVpad Apps, including without limitation offering them in the TVpad Store, loading them onto any TVpad Device or any Comparable System, offering or providing them on Internet

[Proposed] Default Judgment and Permanent Injunction
DWT 30754552v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

websites, or providing the Infringing TVpad Apps to consumers on separate media;

d.     Creating or providing assistance to others who wish to create an Infringing TVpad App;

e.     Advertising, displaying, marketing, or otherwise promoting any of the Infringing TVpad Apps, including without limitation publicly displaying any of the Plaintiffs' Copyrighted Programming in connection therewith or in connection with the TVpad Device or any Comparable System, including without limitation via the TVpad Websites;

f.     Distributing, selling, advertising, marketing, or promoting any TVpad Device or any Comparable System that contains, connects to, or offers for download any Infringing TVpad App, or promotes any Infringing TVpad App through the inclusion of icons for said Infringing TVpad App;

g.     Distributing, selling, advertising, marketing, or promoting any TVpad Device or any Comparable System that contains, connects to, offers for download, transmits, assists in the transmission of, streams, hosts, provides access to, or otherwise publicly performs, directly or indirectly, by means of any device or process, Plaintiffs' Copyrighted Programming without permission;

h.     Distributing, selling, advertising, marketing, or promoting any Comparable System that contains, connects to, offers for download, transmits, assists in the transmission of, streams, hosts, provides access to, or otherwise publicly performs, directly or indirectly, by means of any device or process, Plaintiffs' Copyrighted Programming without permission;

i.     Providing or controlling servers that contain any of Plaintiffs' Copyrighted Programming; and

j.     Assisting with end-user reproductions or transmissions of any of Plaintiffs' Copyrighted Programming through a tracker server, or any other

[Proposed] Default Judgment and Permanent Injunction
DWT 30754552v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

server or software that assists users or devices in locating, identifying, or obtaining reproductions or transmissions of any of Plaintiffs' Copyrighted Programming, including from other users offering reproductions or transmissions of any of Plaintiffs' Copyrighted Programming; and

     k.    Otherwise infringing Plaintiffs' rights in their Copyrighted Programming, whether directly, contributorily, vicariously or in any other manner.

     6.    The Enjoined Parties are further immediately and permanently enjoined from engaging in any activities having the object or effect of fostering infringement of Plaintiffs' Copyrighted Programming, whether through the Infringing TVpad Apps or otherwise, including without limitation engaging in any of the following activities:

     a.    Advertising or promoting unauthorized access to or the availability of Plaintiffs' Copyrighted Programing;

     b.    Encouraging or soliciting others to transmit or reproduce Plaintiffs' Copyrighted Programming;

     c.    Encouraging or soliciting others to upload, post or index any files that constitute, correspond, point or lead to any of Plaintiffs' Copyrighted Programming;

     d.    Encouraging or soliciting others to offer transmission of Plaintiffs' Copyrighted Programming;

     e.    Providing technical assistance, support services, or servers to others engaged in infringement of, or seeking to infringe, Plaintiffs' Copyrighted Programming;

     f.    Creating, maintaining, highlighting, or otherwise providing access to lists or forums that include, refer to, or signal the availability of Plaintiffs' Copyrighted Programming;

5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

g.      Including references to Plaintiffs' Copyrighted Programming or the Infringing TVpad Apps in promotional materials; and

h.      Creating, maintaining, or providing access to the Infringing TVpad Apps.

7.      Further, the Enjoined Parties are immediately and permanently enjoined from engaging in any of the following activities:

a.      Using the CCTV or TVB Marks, or any other mark, design reproduction, copy, or symbol that is a colorable imitation thereof, or confusing similar thereto, in connection with broadcasting or entertainment services, or related goods or services, not originating from or authorized by Plaintiffs;

b.      Using the CCTV or TVB Marks, or any other mark, design reproduction, copy, or symbol that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

c.      Representing in any manner, or by any method whatsoever, that goods and services provided by the Enjoined Parties are licensed, sponsored, approved, authorized by, or originate from Plaintiffs, or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or license of such goods or services;

d.      Committing any acts calculated or likely to cause consumers to believe that the Enjoined Parties' products and services are authorized by Plaintiffs;

e.      Infringing or diluting, whether directly or indirectly, the distinctive quality of the CCTV Marks or the TVB Marks; and

f.      Unfairly competing with Plaintiffs in any manner.

8.      As the Court has personal jurisdiction over Asha Media and has concluded that the conduct of Asha Media induces infringement of Plaintiffs'

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Copyrighted Programming in the United States under the copyright laws of the United States and infringes the CCTV Marks and TVB Marks under the trademark laws of the United States, this Permanent Injunction enjoins the conduct of Asha Media wherever it may be found.

9.     The domain name registries (including but not limited to VeriSign, Inc.) and/or registrars holding or listing the domain names tvpad.com, tvpad-2.com, tvpad-3.com, tvpad-4.com and tvboxplayer.com, and who receive actual notice of this Order, shall (1) temporarily disable these domain names, or any subset of these domain names specified by Plaintiffs, through a registry hold or otherwise, and make them inactive and non-transferable; and (2) at the direction of Plaintiffs, transfer these domain names to Plaintiffs' ownership and control, including, *inter alia*, by changing the registrar of record to the registrar of Plaintiffs' choosing.

10.     Service by mail upon Asha Media of a copy of this Default Judgment and Permanent Injunction once entered by the Court is deemed sufficient notice to Asha Media under Federal Rule of Civil Procedure 65.  It shall not be necessary for Asha Media to sign any form of acknowledgement of service.

11.     This Permanent Injunction shall bind the Enjoined Parties.  Asha Media shall provide a copy of this Permanent Injunction to its officers, agents, servants, employees, attorneys, principals, shareholders, members, and current and future administrators or moderators of the any online forums associated with Asha Media, the TVpad Device, the TVpad Apps, or Comparable System.

12.     Violation of this Permanent Injunction shall expose Asha Media and all other persons bound by this Permanent Injunction to all applicable penalties, including contempt of Court.

13.     Within 14 days of the date the Court enters this Permanent Injunction, Asha Media shall file and serve a report in writing and under oath setting forth in detail the manner and form with which Asha Media has complied with the Permanent Injunction.

[Proposed] Default Judgment and Permanent Injunction
DWT 30754552v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14.     The Court finds there is no just reason for delay in entering this Default Judgment and Permanent Injunction and, pursuant to Fed. R. Civ. P. 54(a), the Court directs immediate entry of this Default Judgment and Permanent Injunction.

15.     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment and Permanent Injunction.

IT IS SO ORDERED.


November ___, 2016                    _____

Hon. Stephen V. Wilson
Judge of the United States District Court

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT A**

| Registered CCTV Programs | | |
| --- | --- | --- |
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

EXHIBIT A

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-289

**Effective date of registration:**

November 19, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Across the Strait |
| **Contents Titles:** | Across the Strait Episodes 265, 266, 267, 268, 270, 271, 277, 278 |

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television
- **Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:** PAU003751289

**Service Request #:** 1-1866733960



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-288

**Effective date of registration:**

November 19, 2014

---

## Title

**Title of Work:** Around China

**Contents Titles:** Around China Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

---

**Registration #:** PAU003751288

**Service Request #:** 1-1866734056



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-290**

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** Art life

**Contents Titles:** Art life Episodes 37, 38

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:** PAU003751290

**Service Request #:** 1-1866733912



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PAu 3-751-295**

**Effective date of registration:**

November 17, 2014

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Echo clear

**Contents Titles:** Echo clear Episodes 38, 39, 41

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2014

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■   **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions ━━━━━━━━━━━━━━━━━━━━━

**Organization Name:** China Central Television

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:**   PAU003751295

**Service Request #:**   1-1855728507



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-281**

**Effective date of registration:**

November 18, 2014

## Title

**Title of Work:** Fashion Infinite

**Contents Titles:** Fashion Infinite Episodes 39,40

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:** PAU003751281
**Service Request #:** 1-1855755671



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-285

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** I want to go to the Spring Festival gala

**Contents Titles:** I want to go to the Spring Festival gala Episodes 35, 36

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751285
**Service Request #:**  1-1855755635



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-292**

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** Star Walk

**Contents Titles:** Star Walk Episode 31, Special 3, and Special 4

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** China Central Television

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:** PAU003751292
**Service Request #:** 1-1866733862



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-746-792**

**Effective date of registration:**

November 18, 2014

## Title

**Title of Work:** To a happy departure Episode 37

## Completion/Publication

**Year of Completion:** 2014

## Author

**Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:**  PAU003746792

**Service Request #:**  1-1855728599



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-293

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Variety festival Episode 36

## Completion/Publication

**Year of Completion:** 2014

## Author

**Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:** PAU003751293

**Service Request #:** 1-1855688331



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

**EXHIBIT C**

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
|---|---|---|
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club,  Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club,  Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

Exhibit B

**Registered TVB Programs (Video-on-Demand)**

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| A Change of Destiny, Ep. 1 through 20 | PA0001388870 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| A Change of Heart, Ep. 1 through 30 | PA0001866892 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| A Great Way To Care II, Ep. 1 through 25 | PA0001847097 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| A Step into the Past, Ep. 1 through 40 | PA0001074513 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| All That Is Bitter Is Sweet, Ep. 1 through 29 | PA0001922865 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Always And Ever, Ep 1 through 31 | PA0001866873 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Awfully Lawful, Ep. 1 through 20 | PA0001866872 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Beauty At War, Ep. 1 through 30 | PA0001849236 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Black Heart White Soul, Ep. 1 through 30 | PA0001920529 | 8/24/2015 | Gang Yue Wang Luo Dian Shi |
| Bounty Lady, Ep. 1 through 19 | PA0001890407 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Brother's Keeper, Ep. 1 through 31 | PA0001878628 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Bullet Brain, Ep. 1 through 25 | PA0001847052 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Coffee Cat Mama, Ep. 1 through 20 | PA0001910249 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Come Home Love, Ep. 1 through 142 | PA0001872347 | 6/19/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 143 through 160 | PA0001872347 | 6/19/2015 8/4/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 161 through 162 | PA0001872347 | 6/20/2015 8/4/2015 | Gang Yue Kuai Kan |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Come Home Love, Ep. 610 through 614 | PA0001922874 | 6/21/2015 8/4/2015 | Gang Yue Kuai Kan |
| Daddy Good Deeds, Ep. 1 through 20 | PA0001857840 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Divas In Distress, Ep. 1 through 20 | PA0001827059 | 6/18/2015 | Gang Yue Wang Luo Dian Shi |
| Don Juan De Mercado, Ep. 1 through 6 | PA0001712850 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Duke of Mount Deer, Ep. 1 through 45 | PA0000923706 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Friendly Fire, Ep. 1 through 24 | PA0001840636 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Ghetto Justice II, Ep. 1 through 20 | PA0001827048 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Ghost Dragon of Cold Mountain, Ep. 1 through 30 | PA0001918949 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Gilded Chopsticks, Ep. 1 through 25 | PA0001906159 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Gloves Come Off, Ep. 1 through 25 | PA0001857855 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Gods of Honour, Ep. 1 through 40 | PA0001063318 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Grace Under Fire, Ep. 1 through 32 | PA0001776413 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Heaven Sword and Dragon Sabre, Ep. 1 through 42 | PA0001012498 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Highs and Lows, Ep. 1 through 29 | PA0001840632 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| House of Harmony and Vengeance, Ep. 1 through 30 | PA0001857846 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Inbound Troubles, Ep. 1 through 20 | PA0001848886 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Karma Rider, Ep. 1 through 20 | PA0001863828 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| King Maker, Ep. 1 through 26 | PA0001827056 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Line Walker, Ep. 1 through 30 | PA0001922863 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Man In Charge, Ep. 1 through 20 | PA0001738145 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Missing You, Ep. 1 through 20 | PA0001840634 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Never Dance Alone, Ep. 1 through 30 | PA0001919570 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| No Good Either Way, Ep. 1 through 20 | PA0001827058 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Outbound Love, Ep. 1 through 21 | PA0001891391 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Overachievers, Ep. 1 through 30 | PA0001936095 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Queen Divas, Ep. 1 through 14 | PA0001894494 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Reality Check, Ep. 1 through 20 | PA0001845356 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Rear Mirror, Ep. 1 through 20 | PA0001924137 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Return of the Silver Tongue, Ep. 1 through 25 | PA0001910251 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Ruse of Engagement, Ep. 1 through 25 | PA0001901753 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Season of Love, Ep. 1 through 20 | PA0001840377 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sergeant Tabloid, Ep. 1 through 20 | PA0001827198 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Silver Spoon, Sterling Shackles, Ep. 1 through 40 | PA0001840638 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Slow Boat Home, Ep. 1 through 25 | PA0001857765 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sniper Standoff, Ep. 1 through 25 | PA0001881211 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Storm in a Cocoon, Ep. 1 through 31 | PA0001901640 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sweetness in the Salt, Ep. 1 through 25 | PA0001660153 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Swipe Tap Love, Ep. 1 through 20 | PA0001900069 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Confidant, Ep. 1 through 33 | PA0001840635 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| The Day of Days, Ep. 1 through 20 | PA0001839833 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Four, Ep. 1 through 25 | PA0001638548 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| The Greatness of A Hero, Ep. 1 through 20 | PA0001660075 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Greed Of Man, Ep. 1 through 40 | PA0000593136; PA0000593128; PA0000593127; PA0000593126; PA0000593122; PA0000593125; PA0000593141; PA0000593129; PA0000593124; PA0000593121; PA0000593120; PA0000593123; PA0000593133 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| The Hippocratic Crush, Ep. 1 through 25 | PA0001857863 | 6/19/2015 | Gang Yue Wang Luo Dian Shi |
| The Hippocratic Crush II, Ep. 1 through 30 | PA0001883626 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Last Steep Ascent, Ep. 1 through 24 | PA0001827043 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Master of Tai Chi, Ep. 1 through 25 | PA0001619042 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| The Ultimate Addiction, Ep. 1 through 30 | PA0001916638 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Three Kingdoms RPG, Ep. 1 through 24 | PA0001827052 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Tiger Cubs, Ep. 1 through 13 | PA0001827044 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Triumph in The Skies II, Ep. 1 through 41 | PA0001877655 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Twin of Brothers, Ep. 1 through 42 | PA0001242731 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Whatever It Takes, Ep. 1 through 20 | PA0001102787 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Will Power, Ep.1 through 31 | PA0001884284 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Witness Insecurity, Ep. 1 through 19 | PA0001827051 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Witness to a Prosecution, Ep. 1 through 22 | PA0000980415 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-870**

Effective date of registration:

November 20, 2014

## Title

Title of Work: Big Boys Club 2014-09-29 (Episode 1200)

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 29, 2014    Nation of 1st Publication: Hong Kong

## Author

■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:  PA0001922870
Service Request #: 1-1913059455



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-866**

Effective date of registration:
November 20, 2014

---

## Title

Title of Work: Big Boys Club 2014-09-30 (Episode 1201)

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #:  PA0001922866
Service Request #:  1-1913059501



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-875**

Effective date of registration:

November 20, 2014

---

### Title

Title of Work: Big Boys Club 2014-10-01 (Episode 1202)

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 1, 2014　　　　Nation of 1st Publication: Hong Kong

### Author

■　　　Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■　　　Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:  PA0001922875
Service Request #:  1-1913059537



Television Broadcasts Limited
Pony Siu
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-872**

Effective date of registration:
November 20, 2014

---

### Title

Title of Work: Big Boys Club 2014-10-02 (Episode 1203)

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 2, 2014   Nation of 1st Publication: Hong Kong

### Author

■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of 1

Registration #:  PA0001922872
Service Request #:  1-1913059573



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
PA 1-922-873

Effective date of registration:
November 20, 2014

---

## Title

Title of Work: News At Seven-Thirty (Pearl) 2014-10-01

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 1, 2014          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of 1

Registration #:   PA0001922873
Service Request #:   1-1910424932



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-869**

Effective date of
registration:
November 20, 2014

## Title
Title of Work: News At Seven-Thirty (Pearl) 2014-09-29

## Completion/Publication
Year of Completion: 2014

Date of 1st Publication: September 29, 2014    Nation of 1st Publication: Hong Kong

## Author
Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

## Certification
Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of 1

Registration #:  PA0001922869
Service Request #:  1-1910424850



Television Broadcasts Limited
Pony Sin
10/E., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-867**

Effective date of
registration:

November 20, 2014

## Title
Title of Work: News At Seven-Thirty (Pearl) 2014-09-30

## Completion/Publication
Year of Completion: 2014

Date of 1st Publication: September 30, 2014     Nation of 1st Publication: Hong Kong

## Author
- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of

Registration #:  PA0001922867
Service Request #:  1-1910424886



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-922-864

Effective date of registration:

November 20, 2014

---

## Title

Title of Work: Pleasure And Leisure 2014-10-1

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 1, 2014          Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:  PA0001922864
Service Request #: 1-1910425153



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-871**

Effective date of registration:

November 20, 2014

---

### Title

Title of Work: Pleasure And Leisure 2014-10-2

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 2, 2014     Nation of 1st Publication: Hong Kong

### Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:   PA0001922871
Service Request #:   1-1913059349



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-922-868

Effective date of
registration:

November 20, 2014

## Title

Title of Work: Pleasure And Leisure 2014-09-30

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014          Nation of 1st Publication: Hong Kong

## Author

■         Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■         Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:  PA0001922868
Service Request #: 1-1910425068



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

**Certificate of Registration**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-388-870

EFFECTIVE DATE OF REGISTRATION

6    22    07
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

A Change Of Destiny – Episodes 1-20

PREVIOUS OR ALTERNATIVE TITLES ▼

天機算

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

---

**2**

**a** NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given ▼
2007   Year   In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.   Month ▶ 04   Day ▶ 16   Year ▶ 2007
Hong Kong SAR   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JUN 2 2 2007
ONE DEPOSIT RECEIVED
JUN 2 2 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • DO NOT WRITE HERE



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-866-892**

Effective date of registration:

August 8, 2013

---

## Title
Title of Work: A Change Of Heart

## Completion/Publication
Year of Completion: 2013

Date of 1st Publication: June 3, 2013          Nation of 1st Publication: Hong Kong

## Author
- **Author:** Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- **Author:** TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Page 1 of 1

Registration #:  PA0001866892
Service Request #:  1-954007490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-847-097**

Effective date of registration:

June 4, 2013

## Title

Title of Work: A Great Way to Care II

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: March 18, 2013     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

Page 1 of 1

Registration #:  PA0001847097
Service Request #:  1-919803001



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM PA
UNITED STATES COPYRIGHT OFFICE


REGISTRATION NUMBER

PA 1-074-513


EFFECTIVE DATE OF REGISTRATION

| 1 | 29 | 02 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

A Step Into The Past ~ Episodes 1 - 20

PREVIOUS OR ALTERNATIVE TITLES ▼

尋秦記

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

TVB (OVERSEAS) LIMITED

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2001  ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 15   Year ▶ 2001
Hong Kong Special Administrative Region  ◄ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JAN 29 2002

ONE DEPOSIT RECEIVED
JAN 29 2002

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE  OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☐ No ☐ If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**    **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**    **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.    PHILIP TAM, ESQ.
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Daytime Telephone Number    (562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive rights

☐ authorized agent of    TVB (OVERSEAS) LIMITED
Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN    date ▶ 1 6 JAN 2002

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
7/F., SHAW HOUSE, TV CITY
Number/Street/Apt ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

1 January 1997: 50,000    U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432-40,012

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

# FORM PA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

## PA 1-074-512

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

1        29        02
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

A Step Into The Past -- Episodes 21 - 40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

尋秦記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
{ Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?        ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
{ Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?        ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?        ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼



**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2001 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information
Month ▶ December        Day ▶ 23        Year ▶ 2001
Nation        Hong Kong Special Administrative Region

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JAN 29 2002

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.        **DO NOT WRITE HERE**
• See detailed instructions.        • Sign the form at line 8.

Page 2

EXAMINED BY                    Y                    FORM PA

CHECKED BY

☐ CORRESPONDENCE                                    FOR
   Yes                                              COPYRIGHT
                                                    OFFICE
                                                    USE
                                                    ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a.  ☐ This is the first published edition of a work previously registered in unpublished form.

b.  ☐ This is the first application submitted by this author as copyright claimant.

c.  ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

b.  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_____

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                  Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                     PHILIP TAM, ESQ

15411 BLACKBURN AVE

NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8668

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TVB (OVERSEAS) LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN                              date ▶ 1 6 JAN 2002

☐ Handwritten signature (X) ▼

_____

MAIL
CERTIFI-
CATE TO

Name ▼

7/F., SHAW HOUSE, TV CITY

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼

CLEAR WATER BAY ROAD

City/State/Zip ▼

KOWLOON, HONG KONG

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington D.C. 20559

June 1999—50,000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-865

Effective date of registration:
November 20, 2014

---

## Title

Title of Work: All That Is Bitter Is Sweet - 30 Episodes

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 8, 2014    Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:   PA0001922865
Service Request #:   1-1910377512



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-866-873**

Effective date of registration:

October 10, 2013

---

### Title

Title of Work: Always And Ever

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: August 12, 2013          Nation of 1st Publication: Hong Kong

### Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

---

Page 1 of 1

Registration #:   PA0001866873
Service Request #:   1-982100296



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
PA 1-866-872

Effective date of registration:
August 8, 2013

---

### Title

Title of Work: Awfully Lawful

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: June 17, 2013     Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Page 1 of 1

Registration #:   PA0001866872
Service Request #:   1-954007545



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-849-236

Effective date of registration:

June 19, 2013

---

## Title

**Title of Work:** Beauty At War

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 22, 2013     **Nation of 1st Publication:** Hong Kong

## Author

■   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** June 3, 2013

---

Page 1 of 1

Registration #:  PA0001849236
Service Request #:  1-944099531



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-920-529**

Effective date of registration:

September 11, 2014

## Title
Title of Work: Black Heart White Soul - 30 Episodes

## Completion/Publication
Year of Completion: 2014

Date of 1st Publication: July 14, 2014          Nation of 1st Publication: Hong Kong

## Author
■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: August 21, 2014

Registration #:   PA0001920529
Service Request #:   1-1682737480



Television Broadcasts Limited
Pony Sio
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-890-407**

Effective date of registration:

January 21, 2014

## Title
Title of Work: Bounty Lady

## Completion/Publication
Year of Completion: 2013

Date of 1st Publication: November 25, 2013    Nation of 1st Publication: Hong Kong

## Author
- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: January 21, 2014

Registration #:  PA0001890407
Service Request #:  1-1157015981



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-878-628

**Effective date of registration:**

November 21, 2013

## Title

Title of Work: Brother's Keeper

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: September 23, 2013     Nation of 1st Publication: Hong Kong

## Author

■      Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: October 10, 2013



Registration #:  PA0001878628
Service Request #:  1-1004936788

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-847-052**

Effective date of registration:
June 4, 2013

## Title

Title of Work: Bullet Brain

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: April 8, 2013    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

Registration #: PA0001847052
Service Request #: 1-919803040



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-910-249**

Effective date of registration:

July 3, 2014

## Title

Title of Work: Coffee Cat Mama

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: December 23, 2013.        Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: January 21, 2014

Correspondence: Yes

Registration #:   PA0001910249

Service Request #:   1-1159506501



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwun O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-872-347**

Effective date of registration:
October 28, 2013

## Title

Title of Work: Come Home Love (Episodes 1 to 162)

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: May 14, 2012

Nation of 1st Publication: Hong Kong

## Author

■      Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: October 20, 2013

Registration #:  PA0001872347
Service Request #:  1-1008978451



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-874**

Effective date of registration:

November 20, 2014

---

## Title

Title of Work:  Come Home Love - Episodes 610 - 614

## Completion/Publication

Year of Completion:  2014

Date of 1st Publication:  September 29, 2014    Nation of 1st Publication:  Hong Kong

## Author

Author:  Television Broadcasts Limited

Author Created:  entire motion picture

Work made for hire:  Yes

Domiciled in:  Hong Kong

Author:  TVBO Production Limited

Author Created:  entire motion picture

Work made for hire:  Yes.

Domiciled in:  Bermuda Islands

## Copyright claimant

Copyright Claimant:  TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement:  Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name:  KAREN P. Y. WAN.

Date:  November 18, 2014

---

Page 1 of .

Registration #:  PA0001922874
Service Request #:  1-1910424814

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
PA 1-857-840

Effective date of registration:
August 20, 2012

## Title

Title of Work: Daddy Good Deeds - Episodes 1-20

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: March 19, 2012          Nation of 1st Publication: Hong Kong

## Author

■ Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No          Pseudonymous: No

■ Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No          Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-059**

Effective date of registration:

December 11, 2012

## Title
Title of Work: Divas In Distress - Episodes 1 - 22

## Completion/Publication
Year of Completion: 2012

Date of 1st Publication: August 27, 2012     Nation of 1st Publication: Hong Kong

## Author
- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P.Y. WAN

Date: November 29, 2012

Registration #:  PA0001827059
Service Request #:  1-853902627

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street,
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number
**PA 1-712-850**
Effective date of registration:
September 8, 2010

---

## Title

Title of Work: Don Juan DeMercado - Episodes 1-6

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: February 15, 2010      Nation of 1st Publication: Hong Kong

## Author

■      Author: Television Broadcasts Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: motion picture/audiovisual

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Written agreement

## Rights and Permissions

Organization Name: TVBO Production Limited

Address: Canon's Court

22 Victoria Street

Hamilton HM12,   Bermuda Islands

## Certification

Page 1 of 2

Name:   KAREN P. Y. WAN

Date:   August 4, 2010



Page 2 of 2

Registration #:    PA0001712850

Service Request #:    1-492300831



Television Broadcasts Limited
10/F., Main Block, TVB City
77 Chun Choi Street, Tseung Kwan O Industrial Estate
Kowloon,   Hong Kong

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 923-706



PA                    PAU

EFFECTIVE DATE OF REGISTRATION

JAN 13 1999

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 – Episodes 1-20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿鼎記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

NOTE

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1998 ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month ▶ 06   Day ▶ 01   Year ▶ 98
ONLY if this work has been published.   Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
JAN 13 1999
ONE DEPOSIT RECEIVED
JAN 13 1999 (10) ½"VT/D
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Claimant obtained all world-wide right except Hong Kong by
written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

SPECIAL PLUS GRANTED under
_____ _____ ___ ____ Regulations

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                              PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Area Code & Daytime Number ▶   (562) 802-8168

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   TVB (OVERSEAS) LIMITED.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
WILSON H.S. WONG                                      date ▶   2 0 DEC 1998

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO
Certificate
will be
mailed in
window
envelope

Name ▼
7/F., SHAW HOUSE, TV CITY
Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992 - 50,000                                                        ✰U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,012

CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 923-708

PAU

EFFECTIVE DATE OF REGISTRATION

JAN 1 3 1999

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 ~ Episodes 21-40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿鼎記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**NAME OF AUTHOR ▼**

a  TELEVISION BROADCASTS LIMITED 電視廣播有限公司

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☒ Yes | OR Citizen of ▶ | Anonymous? ☐ Yes ☒ No | If the answer to either of these questions is "Yes," see detailed |
| ☐ No | Domiciled in ▶ HONG KONG | Pseudonymous? ☐ Yes ☒ No | instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b  TVB (OVERSEAS) LIMITED

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☒ Yes | OR Citizen of ▶ | Anonymous? ☐ Yes ☐ No | |
| ☐ No | Domiciled in ▶ BERMUDA | Pseudonymous? ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR Citizen of ▶ | Anonymous? ☐ Yes ☐ No | |
| ☐ No | Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**

Month 06   Day 29   Year 98   Nation U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
JAN 1 3 1999

ONE DEPOSIT RECEIVED
JAN 1 3 1999

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶

Page 1 of _____ pages

* SPECIAL RELIEF GRANTED under
  § 202.3(c) of the C.O. Regulations

COMMISSION _____ FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                                    PHILIP TAM, ESQ.
15411 BLACKBURN AVE.
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-1868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of TVB (OVERSEAS) LIMITED
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
WILSON H.S. WONG                                    date ▶ 28 DEC 1998

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

7/F., SHAW HOUSE, TV CITY
Number/Street/Apartment Number ▼

CLEAR WATER BAY ROAD
City/State/Zip ▼

KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—300,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-319-432/60,012

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL.



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 922-071

PA            PAU

EFFECTIVE DATE OF REGISTRATION

JAN 13 1999

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Duke Of The Mount Deer 1998 – Episodes 41-45

**PREVIOUS OR ALTERNATIVE TITLES ▼**

鹿 鼎 記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2** NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes | Name of Country | Anonymous? ☐ Yes ☒ No |
| ☐ No | on { Citizen of ▶ Domiciled in ▶ HONG KONG | Pseudonymous? ☐ Yes ☒ No |

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**b** TVB (OVERSEAS) LIMITED

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes | Name of Country | Anonymous? ☐ Yes ☒ No |
| ☐ No | on { Citizen of ▶ Domiciled in ▶ BERMUDA | Pseudonymous? ☐ Yes ☒ No |

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**c**

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes | Name of Country | Anonymous? ☐ Yes ☐ No |
| ☐ No | on { Citizen of ▶ Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No |

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Day ▶ 27  Year ▶ 98
Month ▶ 07  Nation ▶ U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, (HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
JAN 13 1999
ONE DEPOSIT RECEIVED
JAN 13 1999
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

✳ SPECIAL RELIEF GRANTED under
202.2(d) of the C.O. Regulations

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼              Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ

15411 BLACKBURN AVE.

NORWALK, CA 90650

Area Code & Telephone Number ▶  (402) 802-1868

CERTIFICATION*  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  TVB (OVERSEAS) LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                          date ▶  2 0 DEC 1998

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
7/F, SHAW HOUSE, TV CITY
Number/Street/Apt ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992 - 50,000                    ☼ U.S. GOVERNMENT PRINTING OFFICE: 1990-319 & 38/43,012

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-636**

Effective date of registration:

March 7, 2013

---

### Title

Title of Work: Friendly Fire - Episodes 1-26

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: December 18, 2012   Nation of 1st Publication: Hong Kong

### Author

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Page 1 of 1

Registration #:  PA0001840636
Service Request #:  1-898699080



Television Broadcasts Limited
Pony Sin
10/F,, Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-048**

Effective date of registration:

December 11, 2012

---

## Title

Title of Work:   Ghetto Justice II - Episodes 1 - 21

## Completion/Publication

Year of Completion:   2012

Date of 1st Publication:   July 30, 2012        Nation of 1st Publication:   Hong Kong

## Author

■      Author:   Television Broadcasts Limited

Author Created:   entire motion picture

Work made for hire:   Yes

Domiciled in:   Hong Kong

■      Author:   TVBO Production Limited

Author Created:   entire motion picture

Work made for hire:   Yes

Domiciled in:   Bermuda Islands

## Copyright claimant

Copyright Claimant:   TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement:   Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name:   KAREN P.Y. WAN

Date:   November 29, 2012

---

Registration #:  PA0001827048
Service Request #:  1-853902601



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-918-949**

Effective date of registration:

August 29, 2014

---

## Title
Title of Work: Ghost Dragon Of Cold Mountain - 30 Episodes

## Completion/Publication
Year of Completion: 2014

Date of 1st Publication: June 30, 2014          Nation of 1st Publication: Hong Kong

## Author
- **Author:** Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- **Author:** TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: August 21, 2014

---

Registration #:   PA0001918949

Service Request #:   1-1682737431



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-906-159**

Effective date of registration:

April 9, 2014

## Title

Title of Work: Gilded Chopsticks

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: February 10, 2014        Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 3, 2014

Page 1 of 1

Registration #:  PA0001906159
Service Request #:  1-1334156341



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-857-855**

Effective date of registration:

August 20, 2012

## Title

Title of Work: Gloves Come Off - Episodes 1 - 25

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 16, 2012        Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                    Pseudonymous: No

Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

**CERTIFICATE OF REGISTRATION**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

PA 1-063-318

EFFECTIVE DATE OF REGISTRATION

Oct 26 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Gods Of Honour – Episodes 1 – 20

PREVIOUS OR ALTERNATIVE TITLES ▼

封神榜

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2** NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

**b** TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2001 ◄ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ ___ Day ▶ ___ Year ▶ 2001
ONLY if this work has been published.
Hong Kong Special Administrative Region ◄ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
OCT 26 2001

ONE DEPOSIT RECEIVED
OCT 26 2001

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY     FORM PA

CHECKED BY

CORRESPONDENCE    FOR
☐ Yes        COPYRIGHT
           OFFICE
           USE
           ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
PHILIP TAM, ESQ
TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE.
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8858

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   TVBI (OVERSEAS) LIMITED

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.    Date ▶ 2 5 SEP 2001
CHERRY Y. N. YUEN

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**
Name ▼
7/F., SHAW HOUSE, TV CITY
Number/Street/Apt ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-063-319

EFFECTIVE DATE OF REGISTRATION

Oct  26  2001

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Gods Of Honour – Episodes 21 - 40

PREVIOUS OR ALTERNATIVE TITLES ▼

封神榜

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼

a  TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

b  TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2001  ◀ Year  in all cases.

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ 08  Day ▶ 20  Year ▶ 2001
ONLY if this work has been published.
Hong Kong Special Administrative Region  ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
OCT 2 6 2001

ONE DEPOSIT RECEIVED
OCT 2 6 2001

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY _____ FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates ▼

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                        Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC                              PHILIP TAM, ESQ

15411 BLACKBURN AVE

NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-0868

**CERTIFICATION**   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   TVB (OVERSEAS) LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHEURY T.N. YUEN                                      date ▶  2 5 SEP 2001

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼

7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼

CLEAR WATER BAY ROAD

City/State/Zip ▼

KOWLOON, HONG KONG

Certificate will be mailed in window envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1999—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1999:310-493/48,613

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-776-413**

Effective date of registration:
July 5, 2011

---

### Title
Title of Work: Grace Under Fire - Episodes 1-32

### Completion/Publication
Year of Completion: 2011
Date of 1st Publication: March 7, 2011          Nation of 1st Publication: Hong Kong

### Author

■   Author: Television Broadcasts Limited, dba Television Broadcasts Limited
Author Created: motion picture/audiovisual

Work made for hire: Yes
Domiciled in: Hong Kong

■   Author: TVBO Production Limited, dba TVBO Production Limited
Author Created: motion picture/audiovisual

Work made for hire: Yes
Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited, dba TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands
Transfer Statement: Written agreement

### Rights and Permissions
Organization Name: TVBO Production Limited
Address: Canon's Court
22 Victoria Street
Hamilton HM12,   Bermuda Islands

### Certification

Name:  Karen P Y Wan

Date:  May 24, 2011

---

Correspondence:  Yes

Copyright Office notes:  Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

FORM PA
UNITED STATES COPYRIGHT OFFICE

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

PA 1-012-498

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

AUG 28 2000

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

TITLE OF THIS WORK ▼

The Heaven Sword & The Dragon Sabre 2000 – Episodes 1 - 20

PREVIOUS OR ALTERNATIVE TITLES ▼

倚 天 屠 龍 記

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born ▼   Year Died ▼ |
|---|---|---|
| TELEVISION BROADCASTS LIMITED 電視廣播有限公司 | | |
| Was this contribution to the work a "work made for hire"?<br>☒ Yes<br>☐ No | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country<br>OR { Citizen of ▶<br>Domiciled in ▶ HONG KONG | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK<br>Anonymous?  ☐ Yes ☒ No<br>Pseudonymous? ☐ Yes ☒ No |
| NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼<br>CO-AUTHOR OF MOTION PICTURE | | |

NOTE

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born ▼   Year Died ▼ |
|---|---|---|
| TVB (OVERSEAS) LIMITED | | |
| Was this contribution to the work a "work made for hire"?<br>☒ Yes<br>☐ No | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country<br>OR { Citizen of ▶<br>Domiciled in ▶ BERMUDA | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK<br>Anonymous?  ☐ Yes ☒ No<br>Pseudonymous? ☐ Yes ☒ No |
| NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼<br>CO-AUTHOR OF MOTION PICTURE | | |

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born ▼   Year Died ▼ |
|---|---|---|
| | | |
| Was this contribution to the work a "work made for hire"?<br>☐ Yes<br>☐ No | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country<br>OR { Citizen of ▶<br>Domiciled in ▶ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK<br>Anonymous?  ☐ Yes ☐ No<br>Pseudonymous? ☐ Yes ☐ No |
| NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼ | | |

| YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given | DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK |
|---|---|
| 2000 ◀ Year in all cases. | Complete this information ONLY if this work has been published. Day ▶  Year ▶ 2000  Nation ▶ U.S.A. |

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED AUG 28 2000
ONE DEPOSIT RECEIVED AUG 28 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED JAN 12 2001
1/2" VTR

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page _____ of _____

EXAMINED BY

FORM PA

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☐ No ☐ If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼         Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                    PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Area Code & Telephone Number   (562) 802-8868

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive rights

☐ authorized agent of   TVB (OVERSEAS) LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
WILSON H.S. WONG                                                           date ▶

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY
CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992— 50,000                                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1992-343-432/60,018

# CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1 – 012 – 450

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

AUG 2 8 2000

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

The Heaven Sword & The Dragon Sabre 2000 – Episodes 21 - 42

**PREVIOUS OR ALTERNATIVE TITLES ▼**

倚 天 屠 龍 記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**NAME OF AUTHOR ▼**

a  TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b  TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
06   Day 26   Year 2000
Month
Nation U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED AUG 2 8 2000

ONE DEPOSIT RECEIVED JAN 12 2001

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY **DBC** FORM PA

CHECKED BY

☒ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.   PHILIP TAM, ESQ.
15411 BLACKBURN AVE.
NORWALK, CA 90650

(562) 802-8868

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   TVB (OVERSEAS) LIMITED

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG   date

Handwritten signature (X) ▼

MAIL CERTIFICATE TO

7/F., SHAW HOUSE, TV CITY
CLEAR WATER BAY ROAD
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-632**

Effective date of registration:

March 7, 2013

## Title

Title of Work: Highs And Lows - Episodes 1-30

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: September 24, 2012          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

Registration #:  PA0001840632
Service Request #:  1-898097191



Television Broadcasts Limited
Pony Sin.
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 9000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-857-846

Effective date of registration:

August 20, 2012

## Title

Title of Work: House Of Harmony And Vengeance - Episodes 1 - 30
Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: April 30, 2012     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited
Author Created: Co-Author of Motion Picture

Work made for hire: Yes
Domiciled in: Hong Kong
Anonymous: No          Pseudonymous: No

■     Author: TVBO Production Limited
Author Created: Co-Author of Motion Picture

Work made for hire: Yes
Domiciled in: Bermuda Islands
Anonymous: No          Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited
Canon's Court 22, Victoria Street, Hamilton, HM 12 Bermuda
Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name:   KAREN P.Y. WAN



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-848-886**

Effective date of registration:

April 17, 2013

## Title
Title of Work: Inbound Troubles

## Completion/Publication
Year of Completion: 2013

Date of 1st Publication: January 14, 2013     Nation of 1st Publication: Hong Kong

## Author
**■**  Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

**■**  Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: April 12, 2013

Page 1 of 1

Registration #:   PA0001848886
Service Request #:   1-919742251



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-863-828**

Effective date of registration:
September 16, 2013

---

## Title

Title of Work: Karma Rider

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: July 15, 2013    Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

---

Registration #:  PA0001863828
Service Request #:  1-982100250



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-827-056**

Effective date of registration:

December 11, 2012

---

### Title
Title of Work: King Maker - Episodes 1 - 28

### Completion/Publication
Year of Completion: 2012

Date of 1st Publication: August 13, 2012          Nation of 1st Publication: Hong Kong

### Author
■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #: PA0001827056
Service Request #: 1-853902652



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-863**

Effective date of registration:

November 20, 2014

---

## Title
Title of Work: Line Walker - 31 Episodes

## Completion/Publication
Year of Completion: 2014

Date of 1st Publication: August 25, 2014          Nation of 1st Publication: Hong Kong

## Author
■   Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■   Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:   PA0001922863
Service Request #:   1-1910424768



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-738-145**

Effective date of registration:

July 10, 2009

---

## Title

| | |
|---|---|
| Title of Work: | Man In Charge - Episodes 1 - 20 |
| Previous or Alternative Title: | [title in non-Roman characters] |
| Nature of Work: | Motion Picture with Chinese Soundtrack & Subtitles |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2007 | | |
| Date of 1st Publication: | April 6, 2009 | Nation of 1st Publication: | Hong Kong |

## Author

| | | |
|---|---|---|
| ■ Author: | Television Broadcasts Limited | |
| Author Created: | Co-author of motion picture | |
| Work made for hire: | Yes | |
| Domiciled in: | Hong Kong | |
| Anonymous: | No | Pseudonymous:  No |
| ■ Author: | TVBO Production Limited | |
| Author Created: | Co-author of motion picture | |
| Work made for hire: | Yes | |
| Domiciled in: | Bermuda Islands | |
| Anonymous: | No | Pseudonymous:  No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TVBO Production Limited |
| | Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda |
| Transfer Statement: | Claimant obtained all world-wide right except Hong Kong by written agreement. |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

---

Page 1 of 2

Name:  Karen P.Y. Wan

Date:  June 2, 2009



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-046**

Effective date of registration:

December 11, 2012

---

## Title ────────────────────────────────

Title of Work: Master Of Play - Episodes 1-30

## Completion/Publication ───────────────

Year of Completion: 2012

Date of 1st Publication: May 21, 2012     Nation of 1st Publication: Hong Kong

## Author ───────────────────────────────

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant ───────────────────

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all worldwide right except Hong Kong by written agreement.

## Certification ────────────────────────

Name: KAREN P. Y. WAN

Date: November 19, 2012

---

Page 1 of 1

Registration #:   PA0001827046
Service Request #:   1-850927501



Television Broadcasts Limited
10/F., TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-840-634**

Effective date of registration:

March 7, 2013

---

### Title

Title of Work: Missing You - Episodes 1-20

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: December 18, 2012     Nation of 1st Publication: Hong Kong

### Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Registration #:  PA0001840634
Service Request #:  1-898699148

*0000PA0001840634010*

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-919-570

Effective date of registration:
June 23, 2014

---

### Title

Title of Work: Never Dance Alone

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: April 21, 2014          Nation of 1st Publication: Hong Kong

### Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: June 16, 2014

---

Registration #:   PA0001919570
Service Request #:   1-1514304791



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-827-058**

Effective date of registration:
December 11, 2012

---

### Title
Title of Work: No Good Either Way - Episodes 1 - 21

### Completion/Publication
Year of Completion: 2012

Date of 1st Publication: June 11, 2012          Nation of 1st Publication: Hong Kong

### Author
■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #: PA0001827058
Service Request #: 1-853893475



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-891-391**

Effective date of registration:

March 10, 2014

## Title

Title of Work: Outbound Love

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: January 20, 2014          Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: February 27, 2014

Registration #:   PA0001891391

Service Request #:   1-1248796161



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-936-095**
Effective Date of Registration:
January 16, 2015

## Title

Title of Work:  Overachievers - 30 Episodes

## Completion/Publication

Year of Completion:  2014
Date of 1st Publication:  November 03, 2014
Nation of 1st Publication:  Hong Kong

## Author

• Author:  Television Broadcasts Limited
Author Created:  entire motion picture
Work made for hire:  Yes
Domiciled in:  Hong Kong

• Author:  TVBO Production Limited
Author Created:  entire motion picture
Work made for hire:  Yes
Domiciled in:  Bermuda Islands

## Copyright Claimant

Copyright Claimant:  TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands
Transfer statement:  Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name:  KAREN P. Y. WAN
Date:  January 08, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-894-494**

Effective date of
registration:

March 5, 2014

---

## Title

Title of Work: Queen Divas

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: January 20, 2014          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: February 27, 2014

---

Page 1 of 1

Registration #:   PA0001894494
Service Request #:   1-1248822631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-845-356**

Effective date of registration:

April 24, 2013

---

### Title

Title of Work: Reality Check

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: February 18, 2013     Nation of 1st Publication: Hong Kong

### Author

■       Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■       Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Registration #:   PA0001845356
Service Request #:   1-919827490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  000Q  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-924-137

Effective date of registration:

September 29, 2014

---

## Title ————————————————————————

Title of Work: Rear Mirror – Episodes 1 - 20

## Completion/Publication ————————————————

Year of Completion: 2014

Date of 1st Publication: August 11, 2014      Nation of 1st Publication: Hong Kong

## Author ———————————————————————

■      Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant ——————————————————

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification ————————————————————

Name: KAREN P. Y. WAN

Date: September 16, 2014

---

Page 1 of 1

**Registration #:**   PA0001924137
**Service Request #:**   1-1749097802



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-910-251**

Effective date of registration:

July 3, 2014

---

## Title

Title of Work: Return Of The Silver Tongue

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: December 17, 2013     Nation of 1st Publication: Hong Kong

## Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: January 21, 2014

---

Correspondence: Yes

Page 1 of 1

Registration #:  PA0001910251
Service Request #:  1-1157200661



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-901-753**

Effective date of registration:

May 12, 2014

## Title

Title of Work: Ruse Of Engagement

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: March 17, 2014        Nation of 1st Publication: Hong Kong

## Author

■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 29, 2014

Page 1 of 1

Registration #:  PA0001901753
Service Request #:  1-1394798571



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-377**

Effective date of registration:

April 23, 2013

---

### Title

**Title of Work:** Season Of Love

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 11, 2013        **Nation of 1st Publication:** Hong Kong

### Author

■    **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■    **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P. Y. WAN

**Date:** April 12, 2013

---

Page  1 of 1

Registration #: PA0001840377
Service Request #: 1-919827452

Television Broadcasts Limited
Pony Siu
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-827-198**

Effective date of registration:

August 21, 2012

---

## Title

Title of Work: Sergeant Tabloid - Episodes 1 - 21
Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: April 6, 2012    Nation of 1st Publication: United States

## Author

Author: Television Broadcasts Limited
Author Created: Co-Author of Motion Picture

Work made for hire: Yes
Domiciled in: Hong Kong

Anonymous: No    Pseudonymous: No

Author: TVBO Production Limited
Author Created: Co-Author of Motion Picture

Work made for hire: Yes
Domiciled in: Bermuda Islands

Anonymous: No    Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton, HM, 12, Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim

Previously registered: No

## Certification

Page 1 of 2

Name:  KAREN P Y. WAN

Date:  August 8, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-840-638**

Effective date of registration:

March 7, 2013

---

## Title

Title of Work: Silver Spoon, Sterling Shackles - Episodes 1-40

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: October 22, 2012        Nation of 1st Publication: Hong Kong

## Author

■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Page 1 of 1

Registration #:  PA0001840638
Service Request #:  1-898667929



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-765**

Effective date of registration:

July 17, 2013

---

### Title

Title of Work: Slow Boat Home

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: May 13, 2013          Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Registration #:  PA0001857765

Service Request #:  1-954007451



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-881-211**

Effective date of registration:

November 12, 2013

---

### Title

Title of Work: Sniper Standoff

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: September 9, 2013     Nation of 1st Publication: Hong Kong

### Author

- **Author:** Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- **Author:** TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide rights except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: October 10, 2013

---

Page 1 of 1

Registration #:  PA0001881211
Service Request #:  1-1004936761



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-901-640**

Effective date of registration:

April 21, 2014

---

## Title

Title of Work: Storm In A Cocoon

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: February 17, 2014          Nation of 1st Publication: Hong Kong

## Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 3, 2014

---

Registration #:  PA0001901640
Service Request #:  1-1333902201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000 Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**PA 1-660-153**

Effective date of registration:

April 28, 2009

___

### Title

Title of Work: Sweetness In The Salt - Episodes 1 - 20

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: January 6, 2009          Nation of 1st Publication: United States

### Author

■          Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                    Pseudonymous: No

■          Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                    Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

Previously registered: No

### Certification

Page 1 of 2

Name:   KAREN P Y WAN
Date:   March 25, 2009

Copyright Office notes:   Regarding title information: Alternative title in non-Roman characters.

Registration #:   PA0001660153

Service Request #:   1-192977399

TSEUNG KWAN O IND'L ESTATE
10/F MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON, HONG KONG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-727-287**

Effective date of registration:

April 28, 2009

---

## Title

Title of Work: Sweetness In The Salt - Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: February 3, 2009          Nation of 1st Publication: United States

## Author

- Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                    Pseudonymous: No

- Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim

Previously registered: No

## Certification

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   March 25, 2009

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-900-069

**Effective date of registration:**
May 14, 2014

---

### Title

Title of Work: Swipe Tap Love

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: March 31, 2014    Nation of 1st Publication: Hong Kong

### Author

■  Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■  Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: April 29, 2014

---

Page 1 of 1

Registration #:   PA0001900069
Service Request #:   1-1395137609



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-840-635**

Effective date of registration:

March 7, 2013

---

### Title

Title of Work: The Confidant - Episodes 1-33

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: November 5, 2012    Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: February 28, 2013

---

Page 1 of 1

Registration #:   PA0001840635
Service Request #:   1-898699051



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street.
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
PA 1-839-833

Effective date of registration:
April 22, 2013

---

## Title

Title of Work: The Day Of Days

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: January 21, 2013    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Page 1 of 1

Registration #:  PA0001839833
Service Request #:  1-919827424



Television Broadcasts Limited
Pony Sin  :
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-638-548**

Effective date of registration:

December 16, 2008

---

### Title

**Title of Work:** The Four - Episodes 1 - 20

**Nature of Work:** MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 22, 2008     **Nation of 1st Publication:** Hong Kong

### Author

■  **Author:** TELEVISION BROADCASTS LIMITED

**Author Created:** CO-AUTHOR OF MOTION PICTURE

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

**Anonymous:** No                 **Pseudonymous:** No

■  **Author:** TVBO PRODUCTION LIMITED

**Author Created:** CO-AUTHOR OF MOTION PICTURE

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

**Anonymous:** No                 **Pseudonymous:** No

### Copyright claimant

**Copyright Claimant:** TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

**Previously registered:** No

### Certification

Page 1 of 2

Name:   Karen P. Y. Woo
Date:   November 19, 2008

Registration #:   PA0001638548

Service Request #:  1-190221222

10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
TSEUNG KWAN O INDL ESTATE
KOWLOON, HONG KONG

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-638-550**

Effective date of registration:

December 16, 2008

---

### Title ────────────────────────────────

Title of Work: The Four - Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication ──────────────

Year of Completion: 2008

Date of 1st Publication: October 22, 2008     Nation of 1st Publication: Hong Kong

### Author ───────────────────────────────

■   Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                     Pseudonymous: No

■   Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                     Pseudonymous: No

### Copyright claimant ──────────────────

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim ──────────

Previously registered: No

### Certification ────────────────────────

Page 1 of 2

Name:   KAREN P. Y. WAN
Date:   November 19, 2008

Registration #:   PA0001638550

Service Request #:   1-190221290

10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
TSEUNG KWAN O INDT. ESTATE
KOWLOON, HONG KONG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

## PA 1-660-075

Effective date of registration:

April 28, 2009

## Title _____

Title of Work: The Greatness Of A Hero - Episodes 1 - 20
Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

## Completion/Publication _____

Year of Completion: 2008
Date of 1st Publication: February 10, 2009     Nation of 1st Publication: United States

## Author _____

Author: TELEVISION BROADCASTS LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Hong Kong
Anonymous: No     Pseudonymous: No

Author: TVBO PRODUCTION LIMITED
Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes
Domiciled in: Bermuda Islands
Anonymous: No     Pseudonymous: No

## Copyright claimant _____

Copyright Claimant: TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM12, BERMUDA,
Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Limitation of copyright claim _____

Previously registered: No

## Certification _____

Name:   KAREN P Y WAN

Date:   March 25, 2009

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 136

PA          PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 1, 2 & 3

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

## 2

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992      ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 10   Year ▶ 1992
UNITED KINGDOM (HONG KONG)      ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

*Special relief granted under
202.20(d) of the C. O. reg.

EXAMINED BY  CLG          FORM PA

CHECKED BY

☐ CORRESPONDENCE
  Yes                    FOR COPYRIGHT OFFICE USE ONLY

PA  593 136

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHAEN, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
Area Code & Telephone Number ▶ 415-901-1100

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of TELEVISION BROADCASTS LIMITED
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                    date ▶ NOV 17 1992

Handwritten signature (X) ▼

MAIL CERTIFICATE TO
Name ▼ DENNIS S. KAHANE, ESQ.
       DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
       3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
       SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432-40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 128

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

Month DEC 14 1992 Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

THE GREED OF MAN – EPISODES 4, 5 & 6

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

## 2

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED

| Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ HONG KONG | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**NAME OF AUTHOR ▼**

b

| Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**NAME OF AUTHOR ▼**

c

| Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ _____ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

## 3

| a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1992 ◀ Year | b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month 10  Day 15  Year 1992  Nation UNITED KINGDOM (HONG KONG) |

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
DEC 14 1992

**ONE DEPOSIT RECEIVED**
DEC 14 1992

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

*Special relief granted under
202.20(d) of the C. O. reg.

EXAMINED BY  BLG

CHECKED BY

FORM PA

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA 593-128

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

**7**

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ►   415-901-1100

CERTIFICATION*   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   TELEVISION BROADCASTS LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                           date ► NOV 1 7 1992

✗ Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼   DENNIS S. KAHANE, ESQ.
         DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
         3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
         SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991  1 2 403 40 007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 127
PA                        PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 7, 8 & 9

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See Instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

---

**2**  NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶  HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 10  Day 15  Year 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

*Special relief granted under
202.20(d) of the C. O. reg.

PA   593 127

EXAMINED BY _____   FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TELEVISION BROADCASTS LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                          date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW

Certificate
will be 3
mailed in
window
envelope

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                        ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432-40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA    593 126

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 10, 11 & 12

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2** NAME OF AUTHOR ▼

a  TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR Domiciled in ▶  HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992  ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month  10  Day  15  Year  1992
ONLY if this work has been published.
UNITED KINGDOM (HONG KONG)  ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992 *  VT - D
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page  • See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

*Special relief granted under 202.20(d) of the C. O. reg.

PA   593 126

EXAMINED BY  B.L.G.

CHECKED BY

☐ CORRESPONDENCE
   ☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                                    Area Code & Telephone Number ▶  415-901-1100

Be sure to
give your
daytime phone
number

**8**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                          date ▶  NOV 17 1992

        Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270
City/State/Zip ▼
        SAN RAMON, CA 94583, USA.

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                      ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    593 122

PA                          PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 1 4 1992**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 13, 14 & 15

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

**2**  NAME OF AUTHOR ▼

a  TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶    HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**  a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
1992  ◀ Year  in all cases.

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 10  Day ▶ 15  Year ▶ 1992
ONLY if this work has been published.  UNITED KINGDOM (HONG KONG)  ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 1 4 1992
ONE DEPOSIT RECEIVED
DEC 1 4 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

*See instructions before completing this space*

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

*Special relief granted under 202.20(d) of the C. O. reg.

PA 593 122

| EXAMINED BY | ISLG | FORM PA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions before completing this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.

DENNIS SPENCER KAHANE ATTORNEY AT LAW

3130 CROW CANYON PLACE, SUITE 270

SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  TELEVISION BROADCASTS LIMITED
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG    date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼

3130 CROW CANYON PLACE, SUITE 270

City/State/Zip ▼

SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**OFFICIAL SEAL**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 125

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 16, 17 & 18

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          WITH CHINESE SOUNDTRACK

---

**2**  NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For ...

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼



NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1992  ◀ Year  in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 10  Day ▶ 15  Year ▶ 1992
ONLY if this work has been published.
UNITED KINGDOM( HONG ONG)  ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG,

See instructions before completing this space.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1

\*Special relief granted under
202.20(d) of the C.O. reg.

PA 593 125

EXAMINED BY   BLG

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼           Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to
give your
daytime phone
number.

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  TELEVISION BROADCASTS LIMITED
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T TANG                                                    date ▶  NOV 1 1992

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
        SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                    ☼ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA        593 141

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 19, 20 & 21

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

**2** NAME OF AUTHOR ▼

a   TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee...

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*[vertical left margin]* 05415903

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1992 ◀ Year        in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 10 Day ▶ 15 Year ▶ 1992
ONLY if this work has been published.        UNITED KINGDOM (HONG KONG)        ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON HONG KONG.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

2 VT-D

*[right margin: DO NOT WRITE HERE / FOR OFFICE USE ONLY]*

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

*Special relief granted under 202.20(d) of the C. O. reg.

PA   593 141

EXAMINED BY   TYG                                        FORM PA

CHECKED BY

☐ CORRESPONDENCE                                         FOR
    ☐ Yes                                                COPYRIGHT
                                                         OFFICE
                                                         USE
                                                         ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS ·S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to
give your
daytime phone
number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TELEVISION BROADCASTS LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                          date ▶  NOV 1 7 1992

Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Name  DENNIS S. KAHANE, ESQ.
      DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
      3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
      SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA     593 128

PA          PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

THE GREED OF MAN – EPISODES 22, 23 & 24

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See Instructions

MOTION PICTURE          **WITH CHINESE SOUNDTRACK**

---

**2**  NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions).

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
**a** 1992 ◀ Year  in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ 10   Day ▶ 15   Year ▶ 1992
ONLY if this work has been published.   UNITED KINGDOM (HONG KONG)   ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

\*Special relief granted under
202.20(d) of the C. O. reg.

PA   593 129

EXAMINED BY   JLG

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TELEVISION BROADCASTS LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                    date ▶  NOV 1, 1992

Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNY AT LAW

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                   ☆ U.S. GOVERNMENT PRINTING OFFICE  1991  312 432 40 007

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA    593 124**

PA                                PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN -- EPISODES 25, 26 & 27

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See Instructions

MOTION PICTURE          WITH CHINESE SOUNDTRACK

**2**

**NAME OF AUTHOR ▼**

a    TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire"

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1992   ◀ Year   in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information  Month ▶ 10   Day ▶ 15   Year ▶ 1992
ONLY if this work has been published.   UNITED KINGDOM (HONG KONG)   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

*[handwritten]* VT-D

*[vertical text left margin]* 054456925

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

*Special relief granted under
202.20(d) of the C. O. reg.

EXAMINED BY TLG

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA  593 124

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                        Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                                    date▶  NOV 17 1992

          Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270
City/State/ZIP ▼
        SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                    ☆ U.S. GOVERNMENT PRINTING OFFICE 1991  1 1-2 432 40 007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*(signature)*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA** 
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    593 121

PA    PAU

EFFECTIVE DATE OF REGISTRATION

DEC 14 1992
Month         Day         Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 28, 29 & 30

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE         WITH CHINESE SOUNDTRACK

---

**2** NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions...

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1992 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 10      Day 15      Year 1992
UNITED KINGDOM (HONG KONG) ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

See instructions before completing this space

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   • See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

*Special relief granted under 202.20(d) of the C. O. reg.

PA   593 121

EXAMINED BY   N L G     FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼          **5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space          **6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                Account Number ▼          **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶ 415-901-1100

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCAST LIMITED
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                          date ▶ NOV  17 1992

Handwritten signature (X) ▼          **8**

**MAIL
CERTIFI-
CATE TO**

Name ▼ DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces.
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559          **9**

• 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1991—312-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 120

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 31, 32 & 33

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

---

**2**

**NAME OF AUTHOR ▼**

a   TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is 'Yes,' see detailed instructions

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer, not the employee

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992   ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 10   Day 15   Year 1992
UNITED KINGDOM (HONG KONG)   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

See instructions before completing this space

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

0514456947

*Special relief granted under 202.20(d) of the C. O. reg.

PA   593 120

EXAMINED BY  W  CG

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                         Account Number ▼

**7**

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to give your daytime phone number

**8**

CERTIFICATION*   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                         date ▶  NOV 1 7 1992

Handwritten signature (X) ▼

**9**

MAIL CERTIFICATE TO

Name ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

Certificate will be / mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                         ☆ U.S. GOVERNMENT PRINTING OFFICE 1991—512-432/40,007

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE 

REGISTRATION NUMBER

PA   503 123

PA                                          PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE GREED OF MAN - EPISODES 34, 35 & 36

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大時代

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE        **WITH CHINESE SOUNDTRACK**

---

**2**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
1992 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 10 Day ▶ 15 Year ▶ 1992
UNITED KINGDOM (HONG KONG)

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE

**Special relief granted under 202.20(d) of the C. O. reg.**

PA 595 123

EXAMINED BY ___

CHECKED BY ___

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of TELEVISION BROADCASTS LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                    date ▶ NOV 1 ? 1992

Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
         DENNIS SPENCER KAHANE ATTORNEY AT LAW

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼
3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼
SAN RAMON, CA 94583, USA.

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000                                                    ☆ U.S. GOVERNMENT PRINTING OFFICE 1991  0-312 432-60,007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

**OFFICIAL SEAL**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   593 133

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN – EPISODES 37, 38,39 & 40

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼
TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶    HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 10   Day ▶ 15   Year ▶ 1992
ONLY if this work has been published.     UNITED KINGDOM (HONG KONG)   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

*See instructions before completing this space*

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND ...

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

*Special relief granted under
202.20(d) of the C. O. reg.

PA    593 133

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.
                          Area Code & Telephone Number ► 415-901-1100

Be sure to
give your
daytime phone
◄ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of TELEVISION BROADCASTS LIMITED
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
S.T. TANG                                          date ► NOV    1992

          Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼ DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW
Number/Street/Apartment Number ▼
        3130 CROW CANYON PLACE, SUITE 270
City/State/Zip ▼
        SAN RAMON, CA 94583, USA.

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE 1991 : 1-312-48-007

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-857-863**

Effective date of registration:

August 20, 2012

---

### Title

Title of Work: The Hippocratic Crush - Episodes 1 - 25

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: February 13, 2012    Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No            Pseudonymous: No

■    Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No            Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM. 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-883-626**

Effective date of registration:

January 7, 2014

---

### Title

Title of Work: The Hippocratic Crush II

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: November 4, 2013    Nation of 1st Publication: Hong Kong

### Author

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 27, 2013

---

Page 1 of 1

Registration #:  PA0001883626
Service Request #:  1-1033044235



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-827-043**

Effective date of registration:
December 11, 2012

---

## Title

Title of Work: The Last Steep Ascent - Episodes 1 - 25.5

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: September 17, 2012    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #:  PA0001827043
Service Request #:  1-853902732



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-619-042**

Effective date of registration:

May 8, 2002

### Title ───────────────────────────

Title of Work: The Master Of Tai Chi Episodes 1 - 20

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication ───────────

Year of Completion: 2008

Date of 1st Publication: February 25, 2008     Nation of 1st Publication: Hong Kong

### Author ──────────────────────────

Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                          Pseudonymous: No

Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                          Pseudonymous: No

### Copyright claimant ────────────────

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim ──────

Previously registered: No

Page 1 of 2

Certification

Name:  KAREN P. Y. WAN
Date:  April 10, 2008

IPN#:

Registration #:   PA0001619042

Service Request #:   1-68414566

TSEUNG KWAN O INDL ESTATE
10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
KOWLOON,

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-619-041**

Effective date of registration:

May 8, 2008

---

### Title

Title of Work: The Master Of Tai Chi Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/Publication

Year of Completion: 2008

Date of 1st Publication: March 24, 2008     Nation of 1st Publication: Hong Kong

### Author

■        Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                    Pseudonymous: No

■        Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                    Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STUET, HAMILTON HM 12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

Previously registered: No

Page 1 of 2

Certification ——————————————————————

Name: KAREN P. Y. WAN

Date: April 10, 2008

——————————————————————

Page 2 of 2

IPN#:

Registration #:   PA0001615041

Service Request #:   1-65614807

TSEUNG KWAN O IND'L ESTATE
10F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON,   Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-916-638

Effective date of registration:
July 31, 2014

---

### Title

Title of Work: The Ultimate Addiction - Episodes 1 - 30

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: June 2, 2014          Nation of 1st Publication: Hong Kong

### Author

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: July 8, 2014

---

Page 1 of 1

Registration #:  PA0001916638
Service Request #:  1-1569924231



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-052**

Effective date of registration:

December 11, 2012

---

## Title
Title of Work: Three Kingdoms RPG - Episodes 1 - 25

## Completion/Publication
Year of Completion: 2012

Date of 1st Publication: July 9, 2012          Nation of 1st Publication: Hong Kong

## Author
■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification
Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #: PA0001827052

Service Request #: 1-853885631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Chol Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-827-044

Effective date of registration:

December 11, 2012

---

## Title

Title of Work: Tiger Cubs - Episodes 1 - 13

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: June 24, 2012    Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #:  PA0001827044
Service Request #:  1-853902697



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-877-655**

Effective date of registration:
October 1, 2013

## Title ────────────────────────────────

Title of Work: Triumph In The Skies II

## Completion/Publication ─────────────────

Year of Completion: 2013

Date of 1st Publication: July 15, 2013          Nation of 1st Publication: Hong Kong

## Author ───────────────────────────────

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant ─────────────────────

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification ─────────────────────────

Name: KAREN P.Y. WAN

Date: August 21, 2013

─────────────────────────────────────

Correspondence: Yes

Page 1 of 1

Registration #:  PA0001877655
Service Request #: 1-982100201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-731

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Twin Of Brothers– Episodes 1-20

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

a   NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED  電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2004 ◀ Year     in all cases.

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month ▶   Day ▶   Year ▶
ONLY if this work
has been published.   United States of America   ◀ Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 28 2004
ONE DEPOSIT RECEIVED
SEP 28 2004
TWO DEPOSITS RECEIVED
10 MIND
FUNDS RECEIVED

Chinese Subtitles

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

obtained copyright through written agreement.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

FORM PA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                                PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8868

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TVBO PRODUCTION LIMITED

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY T.N. YUEN                                           date ▶

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE
City/State/Zip ▼
KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-730

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Twin Of Brothers- Episodes 21-40

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2** NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

b TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2004 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ SEP        Day ▶ 28        Year ▶ 2004
Nation United States of America

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 28 2004

ONE DEPOSIT RECEIVED
SEP 28 2004

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese subtitles

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
written agreement.

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

EXAMINED BY _____ **FORM PA**

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼            Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.            PHILIP TAM, ESQ.

13411 BLACKBURN AVE.,

NORWALK, CA 90630

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶  (562) 802-8608

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)  TVBO PRODUCTION LIMITED

☐ authorized agent of _____
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                              date ▶

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼  10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Number/Street/Apt ▼  TSEUNG KWAN O IND'L ESTATE

City/State/Zip ▼  KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-739

EFFECTIVE DATE OF REGISTRATION

Sept 28 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Twin Of Brothers– Episodes 41-42

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**
NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

b TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

NOTE

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information
2004   ◀ Year   must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month ▶ SEP   Day ▶ 28   Year ▶ 2004
ONLY if this work   United States of America
has been published.              ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 28 2004

ONE DEPOSIT RECEIVED
SEP 28 2004

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese Subtitle

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of copyright ownership by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.      DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.        PHILIP TAM, ESQ
13411 BLACKBURN AVE;
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8808

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TVBO PRODUCTION LIMITED
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY T.N. YUEN        date ▶

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
TSEUNG KWAN O IND'L ESTATE
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in line 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

**CERTIFICATE OF REGISTRATION**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-102-787

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

EFFECTIVE DATE OF REGISTRATION

Mo 6 Day 27 yr 02

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Whatever It Takes – 20 Episodes

**PREVIOUS OR ALTERNATIVE TITLES ▼**

天子尋龍

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ _____
OR Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ _____
OR Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ _____
OR Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month 12 Day 31 Year 2001
ONLY if this work has been published.
Nation U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JUN 27 2002

ONE DEPOSIT RECEIVED
JUN 27 2002

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

*Special Relief granted under
Sec. 202.20(d) of the C.O. Reg.

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼            Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

TVB HOLDINGS (USA) INC.            PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TVB (OVERSEAS) LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN            date ▶ — 8 MAR 2002

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
CLEAR WATER BAY ROAD

City/State/ZIP ▼
KOWLOON, HONG KONG

EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-884-284**

Effective date of registration:

December 23, 2013

---

## Title

Title of Work: Will Power

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: October 14, 2013    Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 27, 2013

---

Page 1 of 1

Registration #:   PA0001884284
Service Request #:   1-1023063471



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-827-051**

Effective date of registration:
December 11, 2012

---

### Title
Title of Work: Witness Insecurity - Episodes 1 - 20

### Completion/Publication
Year of Completion: 2012
Date of 1st Publication: July 2, 2012          Nation of 1st Publication: Hong Kong

### Author
■   Author: Television Broadcasts Limited
Author Created: entire motion picture

Work made for hire: Yes
Domiciled in: Hong Kong

■   Author: TVBO Production Limited
Author Created: entire motion picture

Work made for hire: Yes
Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
Name: KAREN P.Y. WAN
Date: November 29, 2012

---

Registration #:  PA0001827051

Service Request #:  1-853893605



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 980-415**

PA          PAU



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

2    2    00
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Witness To A Prosecution – 22 Episodes

**PREVIOUS OR ALTERNATIVE TITLES ▼**

洗冤錄

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

## 2

**NAME OF AUTHOR ▼**

**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
or { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b** TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
or { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
or { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month 12   Day 20   Year 99
Hong Kong Special Administrative Region ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
FEB. 0 2. 2000

ONE DEPOSIT RECEIVED
FEB. 0 2. 2000

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY _____ FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

✱ SPECIAL RELIEF GRANTED
under 202.20(D) of the
Copyright Office regulations

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Be sure to
give your
daytime phone
◀ number

Area Code & Telephone Number ▶  (562) 802-8868

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the—
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ____ TVB (OVERSEAS) LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
WILSON H.S. WONG                                    date ▶ 15 JAN 2000

✍ Handwritten signature (X) ▼

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY
Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

**EXHIBIT C**

**Exhibit C – Infringing TVpad Apps**

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS  | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |

1

EXHIBIT C

| | **TVpad3** | **TVpad4** |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粵海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粵海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粵海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |

DWT 30394987v1 0094038-000021

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi)  | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live)<br><br>TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live)<br><br>TVB programs on demand |
| 粵海直播 (Yue Hai Zhi Bo)  | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV  | TVBS (live) | |
| 516網路電視 (516 Online TV)  | CCTV4 (live)<br><br>TVBS (live) | CCTV4 (live)<br><br>TVBS (live)<br><br>TVBS News (live) |

DWT 30394987v1 0094038-000021

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球 (CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |
| 港台武侠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

4