

FILED
CLERK, U.S. DISTRICT COURT

Nov 16, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHINA CENTRAL TELEVISION, a China
company; CHINA INTERNATIONAL
COMMUNICATIONS CO., LTD., a China
company; TVB HOLDINGS (USA), INC., a
California corporation; and DISH
NETWORK L.L.C., a Colorado limited
liability company,

                                Plaintiffs,

        vs.

CREATE NEW TECHNOLOGY (HK)
LIMITED, a Hong Kong company; HUA
YANG INTERNATIONAL TECHNOLOGY
LTD., a Hong Kong company; SHENZHEN
GREATVISION NETWORK
TECHNOLOGY CO. LTD., a China
company; CLUB TVPAD, INC., a California
corporation; BENNETT WONG, an
individual; ASHA MEDIA GROUP INC.
d/b/a TVPAD.COM, a Florida corporation;
AMIT BHALLA, an individual;
NEWTVPAD LTD CO. a/k/a TVPAD USA,
a Texas corporation; LIANGZHONG ZHOU,
an individual; HONGHUI CHEN d/b/a e-
Digital, an individual; JOHN DOE 1 d/b/a
BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN
DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV;
JOHN DOE 5 d/b/a GANG YUE; JOHN
DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7
d/b/a GANG TAI WU XIA; and JOHN DOES
8-10,

                                Defendants.

Case No.
**CV 15-1869 SVW (AJWx)**

**DEFAULT JUDGMENT AND
PERMANENT INJUNCTION
AGAINST DEFENDANT ASHA
MEDIA GROUP INC.**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court having granted the Motion for Default Judgment and Permanent Injunction of Plaintiffs China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB (USA)"), and DISH Network L.L.C. ("DISH") (collectively, "Plaintiffs"), against Defendant Asha Media Group Inc. ("Asha Media") on November 7, 2016, **IT IS HEREBY ORDERED** that Default Judgment and Permanent Injunctive Relief shall be entered as to Defendant Asha Media as follows:

1.      For purposes of this Default Judgment and Permanent Injunction, the following definitions shall apply:

a.      "Plaintiffs' Copyrighted Programming" shall mean each of those broadcast television programming works, or portions thereof, whether now in existence or later created, in which the Plaintiffs, or any of them (or any parent, subsidiary, or affiliate of any of the Plaintiffs), own or control an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*., including without limitation all copyrighted programs identified in **Exhibits A and B** hereto;

b.      "STB" shall mean a television set-top box or other similar device, including all devices sold under the name "TVpad";

c.      "STB App" shall mean any software application or associated service that is designed for use on any STB, including any software application that is preloaded on a STB or available for download by the user of a STB;

d.      "Infringing TVpad App" shall mean any STB App whereby Plaintiffs' Copyrighted Programming is publicly performed without authorization by transmission to members of the public, including but not limited to each STB App identified in **Exhibit C** hereto;

1

**DAVIS WRIGHT TREMAINE** LLP
865 S  FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

e.     "TVpad Device" shall mean any STB that offers or operates in conjunction with an Infringing TVpad App;

f.     "TVpad Store" shall mean any combination of software and/or services whereby users can select and download software applications onto the TVpad Device;

g.     "TVpad Service" shall mean transmission of Plaintiffs Copyrighted Programming through the TVpad Device and the Infringing TVpad Apps;

h.     "Comparable System" shall mean any device, data transmission service or application that provides users unauthorized access to Plaintiffs' Copyrighted Programming, using any peer-to-peer or Internet-based transmission, file sharing or content delivery technology;

i.     "TVpad Websites" shall mean the websites located at the domain name tvpad.com and any other websites maintained by Asha Media or pursuant to its direction, that distribute, sell, advertise or promote any TVpad Device, the TVpad Service, or any Comparable System, or are otherwise utilized in furtherance of any of the activities enjoined in Paragraphs 9, 10, or 13 hereinbelow;

j.     "CCTV Marks" shall mean the word marks "CCTV" and "CCTV AMERICA" and the stylized CCTV logo, and the design mark "CCTV AMERICA" registered with the U.S. Patent and Trademark Office, Registration No. 4730301, in connection with, among other things, "[t]elevision broadcasting services; streaming of audio, visual and audiovisual material via a global computer network; transmission of news; transmission of sound, video and information";

k.     "TVB Marks" shall mean (a) the word mark JADE (Registration No. 2752223); (b) the JADE logo (Registration No. 2831375 and U.S. Application Serial No. 86171201); (c) the word mark TVB (U.S. Application

[Proposed] Default Judgment and Permanent Injunction
DWT 30754552v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Serial No. 86171162); and the Chinese-language word mark for THE JADE CHANNEL (Registration No. 3072394); and

l.      "Plaintiffs' Marks" shall mean the CCTV Marks and TVB Marks.

**IT IS HEREBY ORDERED, ADJUDED AND DECREED AS FOLLOWS:**

2.      Asha Media is ordered to pay damages to Plaintiffs in the amount of $9,030,000.

3.      Asha Media is ordered to pay Plaintiffs' attorneys fees in the amount of $115,625.

4.      Post judgment interest at a rate equal to .66% shall accrue from and after November 8, 2016.

5.      Asha Media, and all of its parents, subsidiaries, affiliates, officers, agents, servants and employees, and all those persons or entities acting in active concert or participation with Asha Media and all persons and entities who receive actual notice of this Order (collectively, the "Enjoined Parties") are immediately and permanently enjoined from engaging in any of the following activities:

a.      Distributing, selling, advertising, marketing, or promoting any TVpad Device;

b.      Transmitting, retransmitting, assisting in the transmission of, requesting transmission of, streaming, hosting, or providing unauthorized access to, or otherwise publicly performing, directly or indirectly, by means of any device or process, Plaintiffs' Copyrighted Programming;

c.      Authorizing, hosting, reproducing, downloading, selling, or otherwise distributing the Infringing TVpad Apps, including without limitation offering them in the TVpad Store, loading them onto any TVpad Device or any Comparable System, offering or providing them on Internet

3

**DAVIS WRIGHT TREMAINE** LLP
865 S  FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

websites, or providing the Infringing TVpad Apps to consumers on separate media;

   d.   Creating or providing assistance to others who wish to create an Infringing TVpad App;

   e.   Advertising, displaying, marketing, or otherwise promoting any of the Infringing TVpad Apps, including without limitation publicly displaying any of the Plaintiffs' Copyrighted Programming in connection therewith or in connection with the TVpad Device or any Comparable System, including without limitation via the TVpad Websites;

   f.   Distributing, selling, advertising, marketing, or promoting any TVpad Device or any Comparable System that contains, connects to, or offers for download any Infringing TVpad App, or promotes any Infringing TVpad App through the inclusion of icons for said Infringing TVpad App;

   g.   Distributing, selling, advertising, marketing, or promoting any TVpad Device or any Comparable System that contains, connects to, offers for download, transmits, assists in the transmission of, streams, hosts, provides access to, or otherwise publicly performs, directly or indirectly, by means of any device or process, Plaintiffs' Copyrighted Programming without permission;

   h.   Distributing, selling, advertising, marketing, or promoting any Comparable System that contains, connects to, offers for download, transmits, assists in the transmission of, streams, hosts, provides access to, or otherwise publicly performs, directly or indirectly, by means of any device or process, Plaintiffs' Copyrighted Programming without permission;

   i.   Providing or controlling servers that contain any of Plaintiffs' Copyrighted Programming; and

   j.   Assisting with end-user reproductions or transmissions of any of Plaintiffs' Copyrighted Programming through a tracker server, or any other

4

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

server or software that assists users or devices in locating, identifying, or obtaining reproductions or transmissions of any of Plaintiffs' Copyrighted Programming, including from other users offering reproductions or transmissions of any of Plaintiffs' Copyrighted Programming; and

k.    Otherwise infringing Plaintiffs' rights in their Copyrighted Programming, whether directly, contributorily, vicariously or in any other manner.

6.    The Enjoined Parties are further immediately and permanently enjoined from engaging in any activities having the object or effect of fostering infringement of Plaintiffs' Copyrighted Programming, whether through the Infringing TVpad Apps or otherwise, including without limitation engaging in any of the following activities:

a.    Advertising or promoting unauthorized access to or the availability of Plaintiffs' Copyrighted Programing;

b.    Encouraging or soliciting others to transmit or reproduce Plaintiffs' Copyrighted Programming;

c.    Encouraging or soliciting others to upload, post or index any files that constitute, correspond, point or lead to any of Plaintiffs' Copyrighted Programming;

d.    Encouraging or soliciting others to offer transmission of Plaintiffs' Copyrighted Programming;

e.    Providing technical assistance, support services, or servers to others engaged in infringement of, or seeking to infringe, Plaintiffs' Copyrighted Programming;

f.    Creating, maintaining, highlighting, or otherwise providing access to lists or forums that include, refer to, or signal the availability of Plaintiffs' Copyrighted Programming;

DAVIS WRIGHT TREMAINE LLP
865 S  FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

g.      Including references to Plaintiffs' Copyrighted Programming or the Infringing TVpad Apps in promotional materials; and

h.      Creating, maintaining, or providing access to the Infringing TVpad Apps.

7.      Further, the Enjoined Parties are immediately and permanently enjoined from engaging in any of the following activities:

a.      Using the CCTV or TVB Marks, or any other mark, design reproduction, copy, or symbol that is a colorable imitation thereof, or confusing similar thereto, in connection with broadcasting or entertainment services, or related goods or services, not originating from or authorized by Plaintiffs;

b.      Using the CCTV or TVB Marks, or any other mark, design reproduction, copy, or symbol that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

c.      Representing in any manner, or by any method whatsoever, that goods and services provided by the Enjoined Parties are licensed, sponsored, approved, authorized by, or originate from Plaintiffs, or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or license of such goods or services;

d.      Committing any acts calculated or likely to cause consumers to believe that the Enjoined Parties' products and services are authorized by Plaintiffs;

e.      Infringing or diluting, whether directly or indirectly, the distinctive quality of the CCTV Marks or the TVB Marks; and

f.      Unfairly competing with Plaintiffs in any manner.

8.      As the Court has personal jurisdiction over Asha Media and has concluded that the conduct of Asha Media induces infringement of Plaintiffs'

DAVIS WRIGHT TREMAINE LLP
865 S  FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Copyrighted Programming in the United States under the copyright laws of the United States and infringes the CCTV Marks and TVB Marks under the trademark laws of the United States, this Permanent Injunction enjoins the conduct of Asha Media wherever it may be found.

9.     The domain name registries (including but not limited to VeriSign, Inc.) and/or registrars holding or listing the domain names tvpad.com, tvpad-2.com, tvpad-3.com, tvpad-4.com and tvboxplayer.com, and who receive actual notice of this Order, shall (1) temporarily disable these domain names, or any subset of these domain names specified by Plaintiffs, through a registry hold or otherwise, and make them inactive and non-transferable; and (2) at the direction of Plaintiffs, transfer these domain names to Plaintiffs' ownership and control, including, *inter alia*, by changing the registrar of record to the registrar of Plaintiffs' choosing.

10.     Service by mail upon Asha Media of a copy of this Default Judgment and Permanent Injunction once entered by the Court is deemed sufficient notice to Asha Media under Federal Rule of Civil Procedure 65.  It shall not be necessary for Asha Media to sign any form of acknowledgement of service.

11.     This Permanent Injunction shall bind the Enjoined Parties.  Asha Media shall provide a copy of this Permanent Injunction to its officers, agents, servants, employees, attorneys, principals, shareholders, members, and current and future administrators or moderators of the any online forums associated with Asha Media, the TVpad Device, the TVpad Apps, or Comparable System.

12.     Violation of this Permanent Injunction shall expose Asha Media and all other persons bound by this Permanent Injunction to all applicable penalties, including contempt of Court.

13.     Within 14 days of the date the Court enters this Permanent Injunction, Asha Media shall file and serve a report in writing and under oath setting forth in detail the manner and form with which Asha Media has complied with the Permanent Injunction.

[Proposed] Default Judgment and Permanent Injunction
DWT 30754552v1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S  FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14.    The Court finds there is no just reason for delay in entering this Default Judgment and Permanent Injunction and, pursuant to Fed. R. Civ. P. 54(a), the Court directs immediate entry of this Default Judgment and Permanent Injunction.

15.    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment and Permanent Injunction.

IT IS SO ORDERED.

November 16, 2016

_____
Hon. Stephen V. Wilson
Judge of the United States District Court

8

DAVIS WRIGHT TREMAINE LLP
865 S  FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**EXHIBIT A**

| Registered CCTV Programs | | |
|---|---|---|
| **Title of Work and Episode Number** | **Date Broadcast** | **Copyright Registration Number** |
| Across the Strait, Ep. 265 | September 22, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 266 | September 23, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 267 | September 24, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 268 | September 25, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 270 | September 27, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 271 | September 28, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 277 | October 4, 2014 | PAu 3-751-289 |
| Across the Strait, Ep. 278 | October 5, 2014 | PAu 3-751-289 |
| Around China, Ep. 265 | September 22, 2014 | PAu 3-751-288 |
| Around China, Ep. 266 | September 23, 2014 | PAu 3-751-288 |
| Around China, Ep. 267 | September 24, 2014 | PAu 3-751-288 |
| Around China, Ep. 268 | September 25, 2014 | PAu 3-751-288 |
| Around China, Ep. 270 | September 27, 2014 | PAu 3-751-288 |
| Around China, Ep. 271 | September 28, 2014 | PAu 3-751-288 |
| Around China, Ep. 277 | October 4, 2014 | PAu 3-751-288 |
| Around China, Ep. 278 | October 5, 2014 | PAu 3-751-288 |
| Art Life, Ep. 37 | September 25, 2014 | PAu 3-751-290 |
| Art Life, Ep. 38 | October 3, 2014 | PAu 3-751-290 |
| Echo Clear, Ep. 38 | September 26, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 39 | October 3, 2014 | PAu 3-751-295 |
| Echo Clear, Ep. 41 | October 5, 2014 | PAu 3-751-295 |
| Fashion Infinite, Ep. 39 | September 28, 2014 | PAu 3-751-281 |
| Fashion Infinite, Ep. 40 | October 5, 2014 | PAu 3-751-281 |
| I want to go to the Spring Festival gala, Ep. 35 | September 28, 2014 | PAu 3-751-285 |
| I want to go to the Spring Festival gala, Ep. 36 | October 5, 2014 | PAu 3-751-285 |
| Star Walk, Ep. 31 | September 25, 2014 | PAu 3-751-292 |
| Star Walk, Special 3 | October 3, 2014 | PAu 3-751-292 |
| Star Walk, Special 4 | October 4, 2014 | PAu 3-751-292 |
| To a happy departure, Ep. 37 | September 22, 2014 | PAu 3-746-792 |
| Variety Festival, Ep. 36 | September 23, 2014 | PAu 3-751-293 |

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-289**

**Effective date of registration:**

November 19, 2014

---

## Title

**Title of Work:** Across the Strait

**Contents Titles:** Across the Strait Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:** PAU003751289

**Service Request #:** 1-1866733960



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-288**

**Effective date of registration:**

November 19, 2014

## Title

**Title of Work:** Around China

**Contents Titles:** Around China Episodes 265, 266, 267, 268, 270, 271, 277, 278

## Completion/Publication

**Year of Completion:** 2014

## Author

■  **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:** PAU003751288

**Service Request #:** 1-1866734056



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-290

**Effective date of registration:**

November 18, 2014

## Title

**Title of Work:** Art life

**Contents Titles:** Art life Episodes 37, 38

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:** PAU003751290

**Service Request #:** 1-1866733912



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-751-295**

**Effective date of registration:**

November 17, 2014

## Title

**Title of Work:** Echo clear

**Contents Titles:** Echo clear Episodes 38, 39, 41

## Completion/Publication

**Year of Completion:** 2014

## Author

■   **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

**Correspondence:** Yes

**Registration #:**  PAU003751295

**Service Request #:**  1-1855728507



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-281

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** Fashion Infinite

**Contents Titles:** Fashion Infinite Episodes 39,40

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

---

**Registration #:** PAU003751281
**Service Request #:** 1-1855755671



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-285

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** I want to go to the Spring Festival gala

**Contents Titles:** I want to go to the Spring Festival gala Episodes 35, 36

## Completion/Publication

**Year of Completion:** 2014

## Author

■    **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**   PAU003751285

**Service Request #:**   1-1855755635



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-292

**Effective date of registration:**

November 18, 2014

---

### Title

**Title of Work:** Star Walk

**Contents Titles:** Star Walk Episode 31, Special 3, and Special 4

### Completion/Publication

**Year of Completion:** 2014

### Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

### Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

### Rights and Permissions

**Organization Name:** China Central Television

### Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751292
**Service Request #:**  1-1866733862



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-746-792

**Effective date of registration:**

November 18, 2014

---

## Title

**Title of Work:** To a happy departure Episode 37

## Completion/Publication

**Year of Completion:** 2014

## Author

**Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003746792
**Service Request #:**  1-1855728599



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-751-293

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Variety festival Episode 36

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** China Central Television

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** China Central Television

No.11 Fuxinglu, Beijing, 100859, China

## Rights and Permissions

**Organization Name:** China Central Television

## Certification

**Name:** Wengian Wang

**Date:** December 29, 2014

---

**Correspondence:** Yes

**Registration #:**  PAU003751293

**Service Request #:**  1-1855688331



Davis Wright Tremaine LLP
George P. Wukoson
1633 Broadway
27th Floor
New York, NY 10019  United States

**EXHIBIT B**

**Registered TVB Programs (Live)**

| Title of Work and Episode Number | Date Broadcast | Copyright Registration Number |
|---|---|---|
| Big Boys Club, Ep. 1200 | September 29, 2014 | PA 1-922-870 |
| Big Boys Club, Ep. 1201 | September 30, 2014 | PA 1-922-866 |
| Big Boys Club,  Ep. 1202 | October 1, 2014 | PA 1-922-875 |
| Big Boys Club,  Ep. 1203 | October 2, 2014 | PA 1-922-872 |
| News At Seven Thirty (Pearl) 2014 9/29 | September 29, 2014 | PA 1-922-869 |
| News At Seven Thirty (Pearl) 2014 9/30 | September 30, 2014 | PA 1-922-867 |
| News At Seven Thirty (Pearl) 2014 10/1 | October 1, 2014 | PA 1-922-873 |
| Pleasure and Leisure 2014 9/30 | September 30, 2014 | PA 1-922-868 |
| Pleasure and Leisure 2014 10/1 | October 1, 2014 | PA 1-922-864 |
| Pleasure and Leisure 2014 10/2 | October 2, 2014 | PA 1-922-871 |

Exhibit B

**Registered TVB Programs (Video-on-Demand)**

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| A Change of Destiny, Ep. 1 through 20 | PA0001388870 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| A Change of Heart, Ep. 1 through 30 | PA0001866892 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| A Great Way To Care II, Ep. 1 through 25 | PA0001847097 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| A Step into the Past, Ep. 1 through 40 | PA0001074513 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| All That Is Bitter Is Sweet, Ep. 1 through 29 | PA0001922865 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Always And Ever, Ep 1 through 31 | PA0001866873 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Awfully Lawful, Ep. 1 through 20 | PA0001866872 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Beauty At War, Ep. 1 through 30 | PA0001849236 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Black Heart White Soul, Ep. 1 through 30 | PA0001920529 | 8/24/2015 | Gang Yue Wang Luo Dian Shi |
| Bounty Lady, Ep. 1 through 19 | PA0001890407 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Brother's Keeper, Ep. 1 through 31 | PA0001878628 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Bullet Brain, Ep. 1 through 25 | PA0001847052 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Coffee Cat Mama, Ep. 1 through 20 | PA0001910249 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Come Home Love, Ep. 1 through 142 | PA0001872347 | 6/19/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 143 through 160 | PA0001872347 | 6/19/2015 8/4/2015 | Gang Yue Kuai Kan |
| Come Home Love, Ep. 161 through 162 | PA0001872347 | 6/20/2015 8/4/2015 | Gang Yue Kuai Kan |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Come Home Love, Ep. 610 through 614 | PA0001922874 | 6/21/2015 8/4/2015 | Gang Yue Kuai Kan |
| Daddy Good Deeds, Ep. 1 through 20 | PA0001857840 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Divas In Distress, Ep. 1 through 20 | PA0001827059 | 6/18/2015 | Gang Yue Wang Luo Dian Shi |
| Don Juan De Mercado, Ep. 1 through 6 | PA0001712850 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Duke of Mount Deer, Ep. 1 through 45 | PA0000923706 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Friendly Fire, Ep. 1 through 24 | PA0001840636 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Ghetto Justice II, Ep. 1 through 20 | PA0001827048 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Ghost Dragon of Cold Mountain, Ep. 1 through 30 | PA0001918949 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Gilded Chopsticks, Ep. 1 through 25 | PA0001906159 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Gloves Come Off, Ep. 1 through 25 | PA0001857855 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Gods of Honour, Ep. 1 through 40 | PA0001063318 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Grace Under Fire, Ep. 1 through 32 | PA0001776413 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Heaven Sword and Dragon Sabre, Ep. 1 through 42 | PA0001012498 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Highs and Lows, Ep. 1 through 29 | PA0001840632 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| House of Harmony and Vengeance, Ep. 1 through 30 | PA0001857846 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Inbound Troubles, Ep. 1 through 20 | PA0001848886 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Karma Rider, Ep. 1 through 20 | PA0001863828 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| King Maker, Ep. 1 through 26 | PA0001827056 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Line Walker, Ep. 1 through 30 | PA0001922863 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Man In Charge, Ep. 1 through 20 | PA0001738145 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Missing You, Ep. 1 through 20 | PA0001840634 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Never Dance Alone, Ep. 1 through 30 | PA0001919570 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| No Good Either Way, Ep. 1 through 20 | PA0001827058 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Outbound Love, Ep. 1 through 21 | PA0001891391 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Overachievers, Ep. 1 through 30 | PA0001936095 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Queen Divas, Ep. 1 through 14 | PA0001894494 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Reality Check, Ep. 1 through 20 | PA0001845356 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Rear Mirror, Ep. 1 through 20 | PA0001924137 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |
| Return of the Silver Tongue, Ep. 1 through 25 | PA0001910251 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Ruse of Engagement, Ep. 1 through 25 | PA0001901753 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Season of Love, Ep. 1 through 20 | PA0001840377 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sergeant Tabloid, Ep. 1 through 20 | PA0001827198 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| Silver Spoon, Sterling Shackles, Ep. 1 through 40 | PA0001840638 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Slow Boat Home, Ep. 1 through 25 | PA0001857765 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sniper Standoff, Ep. 1 through 25 | PA0001881211 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Storm in a Cocoon, Ep. 1 through 31 | PA0001901640 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Sweetness in the Salt, Ep. 1 through 25 | PA0001660153 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Swipe Tap Love, Ep. 1 through 20 | PA0001900069 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Confidant, Ep. 1 through 33 | PA0001840635 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| The Day of Days, Ep. 1 through 20 | PA0001839833 | 6/21/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Four, Ep. 1 through 25 | PA0001638548 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| The Greatness of A Hero, Ep. 1 through 20 | PA0001660075 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Greed Of Man, Ep. 1 through 40 | PA0000593136; PA0000593128; PA0000593127; PA0000593126; PA0000593122; PA0000593125; PA0000593141; PA0000593129; PA0000593124; PA0000593121; PA0000593120; PA0000593123; PA0000593133 | 8/20/2015 | Gang Yue Wang Luo Dian Shi |

| Title of Work and Episode Numbers | Copyright Registration Number | Dates Infringement Confirmed | Infringing Application |
|---|---|---|---|
| The Hippocratic Crush, Ep. 1 through 25 | PA0001857863 | 6/19/2015 | Gang Yue Wang Luo Dian Shi |
| The Hippocratic Crush II, Ep. 1 through 30 | PA0001883626 | 6/20/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| The Last Steep Ascent, Ep. 1 through 24 | PA0001827043 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| The Master of Tai Chi, Ep. 1 through 25 | PA0001619042 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| The Ultimate Addiction, Ep. 1 through 30 | PA0001916638 | 6/18/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Three Kingdoms RPG, Ep. 1 through 24 | PA0001827052 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Tiger Cubs, Ep. 1 through 13 | PA0001827044 | 6/21/2015 | Gang Yue Wang Luo Dian Shi |
| Triumph in The Skies II, Ep. 1 through 41 | PA0001877655 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Twin of Brothers, Ep. 1 through 42 | PA0001242731 | 6/19/2015 8/7/2015 | Gang Tai Wu Xia |
| Whatever It Takes, Ep. 1 through 20 | PA0001102787 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |
| Will Power, Ep.1 through 31 | PA0001884284 | 6/19/2015 8/10/2015 | Gang Yue Wang Luo Dian Shi |
| Witness Insecurity, Ep. 1 through 19 | PA0001827051 | 6/20/2015 | Gang Yue Wang Luo Dian Shi |
| Witness to a Prosecution, Ep. 1 through 22 | PA0000980415 | 6/18/2015 8/7/2015 | Gang Tai Wu Xia |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-870**

Effective date of
registration:
November 20, 2014

---

### Title

Title of Work: Big Boys Club 2014-09-29 (Episode 1200)

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 29, 2014     Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of 1

Registration #:  PA0001922870
Service Request #: 1-1913059455



Television Broadcasts Limited
Pony Siu
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-866**

Effective date of
registration:

November 20, 2014

---

### Title
Title of Work: Big Boys Club 2014-09-30 (Episode 1201)

### Completion/Publication
Year of Completion: 2014

Date of 1st Publication: September 30, 2014        Nation of 1st Publication: Hong Kong

### Author
■        Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■        Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant
Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

### Certification
Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:   PA0001922866
Service Request #:   1-1913059501



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-875**

Effective date of
registration:
November 20, 2014

---

### Title

Title of Work: Big Boys Club 2014-10-01 (Episode 1202)

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 1, 2014       Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of 1

Registration #:  PA0001922875
Service Request #:  1-1913059537



Television Broadcasts Limited
Pony Siu
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-872**

Effective date of registration:
November 20, 2014

---

## Title

Title of Work: Big Boys Club 2014-10-02 (Episode 1203)

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 2, 2014          Nation of 1st Publication: Hong Kong

## Author

- Author: Television Broadcasts Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Hong Kong

- Author: TVBO Production Limited
  Author Created: entire motion picture

  Work made for hire: Yes
  Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited
Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:  PA0001922872
Service Request #:  1-1913059573



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-873**

Effective date of
registration:

November 20, 2014

---

### Title

Title of Work: News At Seven-Thirty (Pearl) 2014-10-01

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: October 1, 2014        Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Registration #:   PA0001922873
Service Request #:   1-1910424932



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-869**

Effective date of registration:
November 20, 2014

## Title

Title of Work: News At Seven-Thirty (Pearl) 2014-09-29

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 29, 2014       Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Registration #:   PA0001922869
Service Request #:   1-1910424850



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-867**

Effective date of
registration:
November 20, 2014

---

### Title

Title of Work: News At Seven-Thirty (Pearl) 2014-09-30

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014      Nation of 1st Publication: Hong Kong

### Author

■      Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■      Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of

Registration #:  PA0001922867
Service Request #:  1-1910424886



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## PA 1-922-864

Effective date of
registration:

November 20, 2014

## Title ───────────────────────────────

        Title of Work: Pleasure And Leisure 2014-10-1

## Completion/Publication ──────────────

      Year of Completion: 2014

   Date of 1st Publication: October 1, 2014     Nation of 1st Publication: Hong Kong

## Author ──────────────────────────────

    ■      Author: Television Broadcasts Limited

     Author Created: entire motion picture

  Work made for hire: Yes

      Domiciled in: Hong Kong

    ■      Author: TVBO Production Limited

     Author Created: entire motion picture

  Work made for hire: Yes

      Domiciled in: Bermuda Islands

## Copyright claimant ──────────────────

   Copyright Claimant: TVBO Production Limited

                    Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

   Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
                    agreement.

## Certification ───────────────────────

         Name: KAREN P. Y. WAN

          Date: November 18, 2014

Registration #:  PA0001922864
Service Request #:  1-1910425153



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-871**

Effective date of registration:

November 20, 2014

---

### Title
　　　　　Title of Work: Pleasure And Leisure 2014-10-2

### Completion/Publication
　　　　　Year of Completion: 2014
　　　　Date of 1st Publication: October 2, 2014　　　Nation of 1st Publication: Hong Kong

### Author
　　　　　　　　Author: Television Broadcasts Limited
　　　　　Author Created: entire motion picture

　　　Work made for hire: Yes
　　　　　Domiciled in: Hong Kong

　　　　　　　　Author: TVBO Production Limited
　　　　　Author Created: entire motion picture

　　　Work made for hire: Yes
　　　　　Domiciled in: Bermuda Islands

### Copyright claimant
　　　Copyright Claimant: TVBO Production Limited

　　　　　　　　　　　Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

　　　Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
　　　　　　　　Name: KAREN P. Y. WAN
　　　　　　　　Date: November 18, 2014

---

Registration #:   PA0001922871
Service Request #:   1-1913059349



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000 Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-922-868**

Effective date of registration:
November 20, 2014

---

### Title

Title of Work: Pleasure And Leisure 2014-09-30

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 30, 2014    Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

---

Page 1 of

Registration #:  PA0001922868
Service Request #:  1-1910425068

Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*MaryBeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-388-870

EFFECTIVE DATE OF REGISTRATION

6   22   07
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

A Change of Destiny – Episodes 1- 20

PREVIOUS OR ALTERNATIVE TITLES ▼

天機算

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

---

**2**

**a** NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2007   ◀ Year   in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 04   Day ▶ 16   Year ▶ 2007
ONLY if this work has been published.
Hong Kong SAR   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JUN 2 2 2007

ONE DEPOSIT RECEIVED
JUN 2 2 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE



EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____  Account Number ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.          PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8168

Be sure to
give your
daytime
number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of TVBO PRODUCTION LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
KAREN P. Y. WAN,                          date ▶ 4 JUN 2007

Handwritten signature (X) ▼

**8**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE
City/State/Zip ▼
KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee
  in check or money order
  payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

• 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-866-892**

Effective date of registration:

August 8, 2013

---

### Title

Title of Work: A Change Of Heart

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: June 3, 2013          Nation of 1st Publication: Hong Kong

### Author

■       Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■       Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Page 1 of 1

Registration #:  PA0001866892
Service Request #:  1-954007490



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-847-097**

Effective date of
registration:

June 4, 2013

---

**Title** ──────────────────────────────

Title of Work: A Great Way to Care II

**Completion/Publication** ──────────────

Year of Completion: 2013

Date of 1st Publication: March 18, 2013          Nation of 1st Publication: Hong Kong

**Author** ─────────────────────────────

■          Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■          Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

**Copyright claimant** ────────────────

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

**Certification** ───────────────────────

Name: KAREN P. Y. WAN

Date: April 12, 2013

---

Page 1 of 1

Registration #:  PA0001847097

Service Request #:  1-919803001



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE 

REGISTRATION NUMBER

PA 1-974-513

EFFECTIVE DATE OF REGISTRATION

| | 29 | 02 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

A Step Into The Past – Episodes 1 - 20

PREVIOUS OR ALTERNATIVE TITLES ▼

寻秦記

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2001 ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Day ▶ 10   Day ▶ 15   Year ▶ 2001
Hong Kong Special Administrative Region ◄ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE.
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JAN 29 2002

ONE DEPOSIT RECEIVED
JAN 29 2002

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or an earlier version of this work, already been made in the Copyright Office?

Yes ☐ No ☐ If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.          PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   TVB (OVERSEAS) LIMITED
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN          Date ▶ 1 6 JAN 2002

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
7/F., SHAW HOUSE, TV CITY
Number/Street/Apt ▼
CLEAR WATER BAY ROAD
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

June 1999—50,000          U.S. GOVERNMENT PRINTING OFFICE: 1999-519-437/40,012

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-074-512**

PAU

EFFECTIVE DATE OF REGISTRATION

| 1 | 29 | 02 |
| Mo. | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

A Step Into The Past -- Episodes 21 - 40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

寻秦記

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶
    { Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶
    { Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
on { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼



**NOTE**

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Day 12   Year 2001
Nation Hong Kong Special Administrative Region

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JAN 2 9 2002

ONE DEPOSIT RECEIVED
JAN 2 9 2002

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY Y

CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes  X No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a.  ☐ This is the first published edition of a work previously registered in unpublished form.

b.  ☐ This is the first application submitted by this author as copyright claimant.

c.  ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____  Account Number ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.    PHILIP TAM, ESQ

15411 BLACKBURN AVE

NORWALK, CA 90650

Area Code & Telephone Number ► (562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   TVB (OVERSEAS) LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T. N. YUEN   date ► 16 JAN 2002

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼

7/F., SHAW HOUSE, TV CITY

Number/Street/Apt ▼

CLEAR WATER BAY ROAD

City/State/ZIP ▼

KOWLOON, HONG KONG

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-922-865**

Effective date of registration:

November 20, 2014

---

## Title

Title of Work: All That Is Bitter Is Sweet - 30 Episodes

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: September 8, 2014          Nation of 1st Publication: Hong Kong

## Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: November 18, 2014

Page 1 of

Registration #:  PA0001922865
Service Request #:  1-1910377512



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-866-873**

Effective date of registration:

October 10, 2013

---

**Title** ——————————————————————————

       Title of Work: Always And Ever

**Completion/Publication** ————————————————

     Year of Completion: 2013

  Date of 1st Publication: August 12, 2013     Nation of 1st Publication: Hong Kong

**Author** ——————————————————————————

            ■     Author: Television Broadcasts Limited

     Author Created: entire motion picture

  Work made for hire: Yes

      Domiciled in: Hong Kong

            ■     Author: TVBO Production Limited

     Author Created: entire motion picture

  Work made for hire: Yes

      Domiciled in: Bermuda Islands

**Copyright claimant** ————————————————————

  Copyright Claimant: TVBO Production Limited

                     Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

  Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

**Certification** ——————————————————————

          Name: KAREN P. Y. WAN

          Date: August 21, 2013

---

Page 1 of 1

Registration #:  PA0001866873
Service Request #:  1-982100296



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-866-872**

Effective date of registration:

August 8, 2013

---

### Title

Title of Work: Awfully Lawful

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: June 17, 2013     Nation of 1st Publication: Hong Kong

### Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: June 24, 2013

---

Registration #:  PA0001866872
Service Request #:  1-954007545



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-849-236

Effective date of registration:

June 19, 2013

---

### Title

Title of Work: Beauty At War

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: April 22, 2013    Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: June 3, 2013

---

Page 1 of 1

Registration #:  PA0001849236
Service Request #:  1-944099531



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-920-529**

Effective date of registration:
September 11, 2014

---

### Title

Title of Work:  Black Heart White Soul – 30 Episodes

### Completion/Publication

Year of Completion:  2014

Date of 1st Publication:  July 14, 2014       Nation of 1st Publication:  Hong Kong

### Author

■        Author:  Television Broadcasts Limited

Author Created:  entire motion picture

Work made for hire:  Yes

Domiciled in:  Hong Kong

■        Author:  TVBO Production Limited

Author Created:  entire motion picture

Work made for hire:  Yes

Domiciled in:  Bermuda Islands

### Copyright claimant

Copyright Claimant:  TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement:  Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name:  KAREN P. Y. WAN

Date:  August 21, 2014

---

Registration #:  PA0001920529
Service Request #:  1-1682737480



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-890-407**

Effective date of registration:

January 21, 2014

---

### Title
        Title of Work: Bounty Lady

### Completion/Publication
        Year of Completion: 2013
        Date of 1st Publication: November 25, 2013      Nation of 1st Publication: Hong Kong

### Author
        ■        Author: Television Broadcasts Limited
        Author Created: entire motion picture

        Work made for hire: Yes
        Domiciled in: Hong Kong

        ■        Author: TVBO Production Limited
        Author Created: entire motion picture

        Work made for hire: Yes
        Domiciled in: Bermuda Islands

### Copyright claimant
        Copyright Claimant: TVBO Production Limited

        Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

        Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification
        Name: KAREN P. Y. WAN
        Date: January 21, 2014

---

Registration #:   PA0001890407
Service Request #:   1-1157015981



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong