Special relief granted under 202.20(d) of the C. O. reg.

PA 593 123

EXAMINED BY TC G FORM PA

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶  415-901-1100

Be sure to give your daytime phone number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  TELEVISION BROADCASTS LIMITED
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                    date ▶ NOV 1 7 1992

Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼  DENNIS S. KAHANE, ESQ.
        DENNIS SPENCER KAHANE ATTORNEY AT LAW

Number/Street/Apartment Number ▼  3130 CROW CANYON PLACE, SUITE 270

City/State/ZIP ▼  SAN RAMON, CA 94583, USA.

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE 1991  17 432 40.007

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA          593 133

PA          PAU

EFFECTIVE DATE OF REGISTRATION

**DEC 14 1992**
Month       Day       Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

THE GREED OF MAN - EPISODES 37, 38, 39 & 40

PREVIOUS OR ALTERNATIVE TITLES ▼

大時代

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE          WITH CHINESE SOUNDTRACK

**2**

NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____   HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10  Day ▶ 15  Year ▶ 1992
UNITED KINGDOM (HONG KONG)  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TELEVISION BROADCASTS LIMITED
TV CITY, CLEAR WATER BAY ROAD,
KOWLOON, HONG KONG.

See instructions before completing this space

APPLICATION RECEIVED
DEC 14 1992
ONE DEPOSIT RECEIVED
DEC 14 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE

*Special relief granted under 202.20(d) of the C. O. reg.

PA   593 133

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

DENNIS S. KAHANE, ESQ.
DENNIS SPENCER KAHANE ATTORNEY AT LAW
3130 CROW CANYON PLACE, SUITE 270
SAN RAMON, CA 94583, USA.

Area Code & Telephone Number ▶ 415-901-1100

Be sure to give your daytime phone number

**8**

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of TELEVISION BROADCASTS LIMITED
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S.T. TANG                                    date ▶ NOV   1992

Handwritten signature (X) ▼

**9**

| MAIL CERTIFICATE TO | Name ▼ DENNIS S. KAHANE, ESQ. DENNIS SPENCER KAHANE ATTORNEY AT LAW |
|---|---|
| | Number/Street/Apartment Number ▼ 3130 CROW CANYON PLACE, SUITE 270 |
| Certificate will be mailed in window envelope | City/State/Zip ▼ SAN RAMON, CA 94583, USA. |

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1991—200,000

☆ U.S. GOVERNMENT PRINTING OFFICE 1991: 1 412 40 007

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-857-863**

Effective date of
registration:

August 20, 2012

---

## Title

Title of Work: The Hippocratic Crush - Episodes 1 - 25

Nature of Work: Motion Picture with Chinese Soundtrack & Subtitles

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: February 13, 2012    Nation of 1st Publication: Hong Kong

## Author

■    Author: Television Broadcasts Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No    Pseudonymous: No

■    Author: TVBO Production Limited

Author Created: Co-Author of Motion Picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No    Pseudonymous: No

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court 22, Victoria Street, Hamilton, HM, 12 Bermuda

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by
written agreement.

## Certification

---

Page 1 of 2

Name:   KAREN P.Y. WAN

Date:   August 8, 2012

Correspondence:   Yes

Page 2 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-883-626**

Effective date of registration:

January 7, 2014

---

## Title

**Title of Work:** The Hippocratic Crush II

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 4, 2013     **Nation of 1st Publication:** Hong Kong

## Author

▪   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

▪   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** November 27, 2013

---

Page 1 of 1

Registration #:  PA0001883626
Service Request #:  1-1033044235



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-043**

Effective date of
registration:

December 11, 2012

---

### Title

Title of Work: The Last Steep Ascent - Episodes 1 - 25.5

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: September 17, 2012    Nation of 1st Publication: Hong Kong

### Author

■    Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■    Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written
agreement.

### Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #:  PA0001827043
Service Request #:  1-853902732



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

PA 1-619-042

**Effective date of registration:**

May 8, 2008

---

### Title

Title of Work: The Master Of Tai Chi Episodes 1 - 20

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: February 25, 2008      Nation of 1st Publication: Hong Kong

### Author

■    Author: TELEVISION BROADCASTS LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Hong Kong

Anonymous: No                                  Pseudonymous: No

■    Author: TVBO PRODUCTION LIMITED

Author Created: CO-AUTHOR OF MOTION PICTURE

Work made for hire: Yes

Domiciled in: Bermuda Islands

Anonymous: No                                  Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STREET, HAMILTON, HM12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

Previously registered: No

Certification

Name:   KAREN P. Y. WAN
Date:   April 10, 2008

Type:

Registration #:  PA0001619042

Service Request #:  1-68414566

TSEUNG KWAN O IND'L ESTATE
10/F., MAIN BLOCK, TVB CITY
77 CHUN CHOI ST.
KOWLOON,

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-619-041**

Effective date of registration:

May 8, 2008

---

### Title

Title of Work: The Master Of Tai Chi Episodes 21 - 25

Nature of Work: MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

### Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: March 24, 2008      Nation of 1st Publication: Hong Kong

### Author

- Author: TELEVISION BROADCASTS LIMITED

  Author Created: CO-AUTHOR OF MOTION PICTURE

  Work made for hire: Yes

  Domiciled in: Hong Kong

  Anonymous: No                     Pseudonymous: No

- Author: TVBO PRODUCTION LIMITED

  Author Created: CO-AUTHOR OF MOTION PICTURE

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

  Anonymous: No                     Pseudonymous: No

### Copyright claimant

Copyright Claimant: TVBO PRODUCTION LIMITED

CANON'S COURT, 22 VICTORIA STUET, HAMILTON HM 12, BERMUDA

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Limitation of copyright claim

Previously registered: No

Page 1 of 2

Certification

Name:   KAREN P. Y. WAN
Date:   April 10, 2008

Page 2 of 2

JPN#:

Registration #:   PA0001619041

Service Request #:  1-65614807

TSEUNG KWAN O INDYL ESTATE
10F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
KOWLOON,   Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-916-638

Effective date of registration:
July 31, 2014

---

### Title

Title of Work: The Ultimate Addiction - Episodes 1 - 30

### Completion/Publication

Year of Completion: 2014

Date of 1st Publication: June 2, 2014    Nation of 1st Publication: Hong Kong

### Author

■         Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■         Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: July 8, 2014

---

Page 1 of 1

Registration #:  PA0001916638
Service Request #:  1-1569924231



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-052**

Effective date of registration:

December 11, 2012

---

## Title

Title of Work: Three Kingdoms RPG - Episodes 1 - 25

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: July 9, 2012     Nation of 1st Publication: Hong Kong

## Author

■ Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■ Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #:  PA0001827052
Service Request #:  1-853885631



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-827-044**

Effective date of registration:

December 11, 2012

---

### Title

Title of Work: Tiger Cubs - Episodes 1 - 13

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: June 24, 2012     Nation of 1st Publication: Hong Kong

### Author

Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Registration #:  PA0001827044
Service Request #:  1-853902697



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-877-655**

Effective date of
registration:
October 1, 2013

## Title

Title of Work: Triumph In The Skies II

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: July 15, 2013          Nation of 1st Publication: Hong Kong

## Author

▪         Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

▪         Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P.Y. WAN

Date: August 21, 2013

Correspondence: Yes

Registration #:  PA0001877655
Service Request #:  1-982100201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon, 0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-731

EFFECTIVE DATE OF REGISTRATION

Sept 22, 2004
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Twin Of Brothers- Episodes 1-20

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**
a
NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b
NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

c
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**
a
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2004 ◀ Year  in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month    Day    Year
ONLY if this work has been published. United States of America    ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA,

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
written agreement

APPLICATION RECEIVED
SEP 2 8 2004
ONE DEPOSIT RECEIVED
SEP 2 8 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Chinese subtitles

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐ Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                  Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                   Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                              PHILIP TAM, ESQ
13111 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8868

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of____ TVB PRODUCTION LIMITED
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHERRY T.N. YUEN                                               date ▶

Handwriting Signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE
City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-730

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Twin Of Brothers- Episodes 21-40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2** **NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

| Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ HONG KONG } | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No |

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b TVBO PRODUCTION LIMITED

| Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ BERMUDA } | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No |

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

| Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No | AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ _____ Domiciled in ▶ _____ } | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No |

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3** a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given 2004 ◄ Year in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ SEP Day ▶ 28 Year ▶ 2004 Nation ▶ United States of America

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 28 2004

ONE DEPOSIT RECEIVED
SEP 28 2004

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese subtitles

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
written agreement

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE

EXAMINED BY _____   FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
      Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.      PHILIP TAM, ESQ

13411 BLACKBURN AVE.,

NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8808

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)  TVBO PRODUCTION LIMITED

☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN      date ▶

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
10/F, MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
TSEUNG KWAN O IND'L ESTATE

Certificate will be mailed in window envelope

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-739



EFFECTIVE DATE OF REGISTRATION

Sept 28 2004

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Twin Of Brothers~ Twin Of Brothers - Episodes 41-42

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◄ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month SEP Day 28 Year 2004 Nation United States of America ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

**APPLICATION RECEIVED**
SEP 28 2004

**ONE DEPOSIT RECEIVED**
SEP 28 2004

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Obtained all rights under the terms of employment and/or ownership of the copyright by written agreement.

REMITTANCE NUMBER AND DATE
Chinese subtitles

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE

EXAMINED BY _____ FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____  **Account Number** ▼ _____

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                 PHILIP TAM, ESQ
13411 BLACKBURN AVE,,
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8808

Be sure to
give your
daytime phone
▲ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  TVBO PRODUCTION LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                                Date ▶

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Number/Street/Apt ▼
TSEUNG KWAN O IND'L ESTATE

City/State/Zip ▼
KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate
will be
mailed in
window
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-102-787**

EFFECTIVE DATE OF REGISTRATION

Mo. 6   Day 27   Yr. 02

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Whatever It Takes -- 20 Episodes

PREVIOUS OR ALTERNATIVE TITLES ▼

天子尋龍

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2** NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in ► HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

b TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in ► BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
2001   ◄ Year  in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month 12   Day 31   Year 2001
ONLY if this work
has been published.   Nation U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JUN 27 2002
ONE DEPOSIT RECEIVED
JUN 27 2002
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ►   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

*Special Relief granted under
Sec. 202.20(d) of the C.O. Reg.

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                 Account Number ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

TVB HOLDINGS (USA) INC.                                PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number   (562) 802-8868

CERTIFICATION*   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   TVB (OVERSEAS) LIMITED
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                                date ► - 8 MAR 2002

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apt ▼
CLEAR WATER BAY ROAD

City/State/ZIP ▼
KOWLOON, HONG KONG

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1992—50,000                                        U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,002

EXHIBIT D

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-884-284**

Effective date of registration:

December 23, 2013

---

### Title

Title of Work: Will Power

### Completion/Publication

Year of Completion: 2013

Date of 1st Publication: October 14, 2013    Nation of 1st Publication: Hong Kong

### Author

- Author: Television Broadcasts Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Hong Kong

- Author: TVBO Production Limited

  Author Created: entire motion picture

  Work made for hire: Yes

  Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P. Y. WAN

Date: November 27, 2013

---

Page 1 of 1

Registration #:  PA0001884284
Service Request #:  1-1023063471



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-827-051**

Effective date of registration:

December 11, 2012

---

### Title

Title of Work: Witness Insecurity - Episodes 1 - 20

### Completion/Publication

Year of Completion: 2012

Date of 1st Publication: July 2, 2012     Nation of 1st Publication: Hong Kong

### Author

■     Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■     Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

### Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

Name: KAREN P.Y. WAN

Date: November 29, 2012

---

Page 1 of 1

Registration #:   PA0001827051
Service Request #:   1-853893605



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF REGISTRATION

REGISTRATION NUMBER

**PA 980-415**

PA                                    PAU



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

EFFECTIVE DATE OF REGISTRATION

2      2      00
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Witness To A Prosecution – 22 Episodes

**PREVIOUS OR ALTERNATIVE TITLES ▼**

洗冤錄

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|---|
| ☒ Yes ☐ No | or { Citizen of ▶ _____ Domiciled in ▶ HONG KONG | Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No | | |

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b TVB (OVERSEAS) LIMITED

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|---|
| ☒ Yes ☐ No | or { Citizen of ▶ _____ Domiciled in ▶ BERMUDA | Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☐ No | | |

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|---|
| ☐ Yes ☐ No | or { Citizen of ▶ _____ Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No | | |

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
1999 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month 12 Day 20 Year 99
Hong Kong Special Administrative Region ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
*Claimant obtained all world-wide right except Hong Kong by written agreement.*

APPLICATION RECEIVED
FEB. 0 2. 2000

ONE DEPOSIT RECEIVED
FEB. 0 2. 2000   (11)½ VT–D ✗

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ 2 ____ pages

EXAMINED BY ~~Gn/i.66~~                          FORM PA

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

✱ SPECIAL RELIEF GRANTED
under 202.20(D) of the
Copyright Office regulations

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ
15411 BLACKBURN AVE.
NORWALK, CA 90650

Area Code & Telephone Number ►  (562) 802-8868

Be sure to give your daytime phone ◄ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the—

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of  TVB (OVERSEAS) LIMITED
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                          date ► 1 5 JAN 2000

Handwritten signature (X) ▼

**8**

**MAIL CERTIFI-CATE TO**

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—60,000                          ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

**EXHIBIT C**

**Exhibit C – Infringing TVpad Apps**

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS  | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |

1

EXHIBIT C

| | TVpad3 | TVpad4 |
|---|---|---|
| Infringing TVpad App and icon | Plaintiffs' Programming and Mode | Plaintiffs' Programming and Mode |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云 足球（CCTV fengyun soccer) (all live) | |
| 粵海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粵海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粵海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |

2

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港粤網絡電視 (Gang Yue Wang Luo Dian Shi) | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live) <br><br> TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live) <br><br> TVB programs on demand |
| 粤海直播 (Yue Hai Zhi Bo) | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV | TVBS (live) | |
| 516網路電視 (516 Online TV) | CCTV4 (live) <br><br> TVBS (live) | CCTV4 (live) <br><br> TVBS (live) <br><br> TVBS News (live) |

DWT 30394987v1 0094038-000021

| | TVpad3 | TVpad4 |
|---|---|---|
| Infringing TVpad App and icon | Plaintiffs' Programming and Mode | Plaintiffs' Programming and Mode |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球（CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |
| 港台武侠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

4