## FILING FEES

| NO. | Date | Description of Charge | Amount |
|---|---|---|---|
| 1 | 3/13/2015 | Filing Complaint with the U.S. District Court. | $400.00 |
| Total | | | $400.00 |

## SERVICE OF PROCESS

| NO. | Date | Description of Charge | Amount |
|---|---|---|---|
| 1 | 3/26/2015 | Service of Order Ex Parte by Nationwide Legal to Rena Mehta. | $580.00 |
| 2 | 3/26/2015 | Service of Order Ex Parte by Nationwide Legal to. Asha Media Group | $105.00 |
| 3 | 3/16/2015 | Service of Summons and Complaint by Nationwide Legal to Asha Media Group | $471.00 |
| 4 | 3/17/2015 | Service of Summons and Complaint by Nationwide Legal to Asha Media Group | $1,207.32 |
| 5 | 3/17/15 | Service of Summon and Complaint by Nationwide Legal to Amit Bhalla | $3,248.72 |
| Total | | | $5,612.04 |

## DEPOSITIONS

| NO. | Date | Description of Charge | Amount |
|---|---|---|---|
| 2 | 2/4/2016 | Deposition services and transcript copies from Ben Hyatt Certified Deposition Reporters for the non-appearance of deposition of Amit Bhalla | $170.20 |
| 3 | 7/20/2016 | Deposition services and transcript copies from Veritext Certified Deposition Reporters for the deposition of Amit Bhalla | $1,493.28 |
| 4 | 7/20/2016 | Deposition services and transcript copies from Veritext Certified Deposition Reporters for the deposition of Amit Bhalla | $1,510.01 |
| Total | | | $3,173.49 |

| | |
|---|---|
| Subject: | FW: Pay.gov Payment Confirmation: CACD CM ECF |
| Date: | 3/13/2015 2:26 PM |
| From: | "Romero, Frank" <frankromero@dwt.com> |
| To: | "Hensinger, Michael" <michaelhensinger@dwt.com> |

94038-21

```
-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Friday, March 13, 2015 2:01 PM
To: Romero, Frank
Subject: Pay.gov Payment Confirmation: CACD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF H

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25K9R13K
Agency Tracking ID: 0973-15367664
Transaction Type: Sale
Transaction Date: Mar 13, 2015 5:00:34 PM

Account Holder Name: Davis Wright Tremaine Transaction Amount: $400.00 Billing Address: 865 South Figueroa Streeet  Suite 2400
City: Los Angeles
State/Province: CA
Zip/Postal Code: 90017-2566
Country: USA
Card Type: Visa
Card Number: ************1840


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.
```



# INVOICE

**NATIONWIDE LEGAL, LLC**
1609 JAMES M WOOD BLVD | LOS ANGELES | CA 90015
T 213.249.9999 | F 213.249.9990 | www.nationwideasap.com

| Invoice No. | Customer No. |
|---|---|
| 133691 | 126 |
| Invc Date | Total Due |
| 3/31/15 | 13,321.74 |

DAVIS WRIGHT & TREMAINE LLP
865 S. FIGUEROA ST. 24TH FLOOR
ATTN: MR. HOWARD MURRAY
LOS ANGELES, CA 90017

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 126 | 133691 | 3/31/15 | 13,321.74 | 5 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/24/15 SPECIAL RESEARCH | 737379 | SPR | COURT OF APPEALS / LOS ANGELES<br>300 SOUTH SPRING STREET<br>LOS ANGELES      CA 90013<br>Caller: ELLEN DUNCAN<br>Case Number: B245475<br>Client/Matter: 99-10073<br>Pieces/Pages:  600<br>Waiting Time: 120mins | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES      CA 90017<br><br>Case Title: MCNAIR VS. NCAA<br>Signed by: ELLEN DUNCAN | Base Chg  :    80.00<br>Wait/Rsrch:    78.00<br>PDF/Pages :   300.00 | 458.00 |
| | | | Total  Charges for Ref. - 99-10073:   517.25 | | | |
| 3/19/15 SPECIAL DEL-IMMEDIATE | 736130 | SPD | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES      CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV15-1869-MMM(AJWX)<br>Documents: S&C/RELATED<br>Client/Matter: ASHA MEDIA GROUP/BHALLA<br>Pieces/Pages:   1 | NATIONWIDE LEGAL, LLC<br>1609 JAMES M WOOD BLVD<br>LOS ANGELES      CA 90015<br><br>Case Title: CHINA V. CREATE<br><br>Signed by: MARCUS | Base Chg  :    33.00<br>Weights    :     8.75 | 41.75 |
| | | | Total  Charges for Ref. - ASHA MEDIA GROUP/BHALLA:   41.75 | | | |
| 3/26/15 SPECIAL OUT STATE PROCESS | 738132 | SP | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES      CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV15-1869 MMM(AJWX)<br>Documents: ORDER EX PARET APPL<br>Client/Matter: CHINA CENTRAL V CREATE<br>Pieces/Pages:   35<br>Rate Comment: 2/ADDRESSES | RENA MEHTA<br>10031 REMINGTON DRIVE<br>RIVERVIEW       FL 33578<br>2/ADDRESSES<br>Case Title: CHINA V. CREATE<br><br>Signed by: BHARTI MEHTA, PIC | Base Chg  :   275.00<br>PDF/Pages :    35.00<br>Atmpt/addl:   245.00<br>Fed Ex    :    25.00 | 580.00 |
| 3/26/15 RELATED ENTITY | 738138 | REL | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES      CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV15-1869 MMM(AJWX)<br>Documents: ORDER EX PARET APPL<br>Client/Matter: CHINA CENTRAL V CREATE<br>Pieces/Pages:   35 | ASHA MEDIA GROUP<br>10031 REMINGTON DRIVE<br>RIVERVIEW       FL 33578<br><br>Case Title: CHINA V. CREATE<br><br>Signed by: BHARTI MEHTA, PIC | Base Chg  :    70.00<br>PDF/Pages :    35.00 | 105.00 |
| | | | Total  Charges for Ref. - CHINA CENTRAL V CREATE:   685.00 | | | |
| 3/16/15 SPECIAL OUT STATE PROCESS | 734863 | SP | DAVIS WRIGHT & TREMAINE LLP<br>865 S. FIGUEROA STREET<br>LOS ANGELES      CA 90017<br>Caller: FRANK ROMERO<br>Case Number: CV15-1869-MMM(AJWX)<br>Documents: SUMMONS & COMPLAINT W/SUPPORTING DOCS<br>Client/Matter: CHINA V. CREATE<br>Pieces/Pages:   342 | ASHA MEDIA GROUP<br>10031 REMINGTON DRIVE<br>RIVERVIEW       FL 33568<br><br>Case Title: CHINA V. CREATE<br><br>Signed by: SERVED UNDER 736722 | Base Chg  :   275.00<br>PDF/Pages :   171.00<br>Fed Ex    :    25.00 | 471.00 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# NATIONWIDE LEGAL LLC

1609 JAMES M WOOD BLVD | LOS ANGELES | CA 90015
T 213.249.9999 | F 213.249.9990 | www.nationwideasap.com

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 133691 | 126 |
| Invc Date | Total Due |
| 3/31/15 | 13,321.74 |

DAVIS WRIGHT & TREMAINE LLP
865 S. FIGUEROA ST. 24TH FLOOR
ATTN: MR. HOWARD MURRAY
LOS ANGELES, CA 90017

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 126 | 133691 | 3/31/15 | 13,321.74 | 7 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/17/15 SPECIAL PROCESS | 736722 | SPP | DAVIS WRIGHT & TREMAINE LLP      ASHA MEDIA GROUP<br>865 S. FIGUEROA STREET          10031 REMINGTON DRIVE<br>LOS ANGELES    CA 90017           RIVERVIEW        FL 33578<br>Caller: FRANK ROMERO<br>Case Number: CV15-1869-MMM(AJWX)   Case Title: CHINA V. CREATE<br>Documents: S&C/RELATED<br>Client/Matter: CHINA V. CREATE   Signed by: PERSONALLY SERVED | Base Chg  :   285.00<br>Wait/Rsrch:   500.00<br>PDF/Pages :    91.82<br>Add'l fees:   143.00<br>Ship/Misc.:   187.50 | 1,207.32 |
| 3/17/15 SPECIAL PROCESS | 736726 | SPP | DAVIS WRIGHT & TREMAINE LLP      AMIT BHALLA<br>865 S. FIGUEROA STREET          3102 W. EL PRADO BLVD, UNIT 1<br>LOS ANGELES    CA 90017           TAMPA            FL 33629<br>Caller: FRANK ROMERO<br>Case Number: CV15-1869-MMM(AJWX)   Case Title: CHINA V. CREATE<br>Documents: S&C/RELATED<br>Client/Matter: CHINA V. CREATE   Signed by: PERSONALLY SERVED | Base Chg  :   285.00<br>Wait/Rsrch:  2500.00<br>Add'l fees:   186.82<br>Ship/Misc.:   276.90 | 3,248.72 |
| | | | Total  Charges for Ref. - CHINA V. CREATE:    8,227.44 | | |
| 3/18/15 COURTESY COPY | 735827 | C/C | DAVIS WRIGHT & TREMAINE LLP      USDC/SANTA ANA<br>865 S. FIGUEROA STREET          411 WEST FOURTH STREET<br>LOS ANGELES    CA 90017           SANTA ANA        CA 92701<br>Caller: EVELYN DACUAG<br>Case Number: 8:15-CV-00379-AG-RNB    Case Title: U.S.A V COMMERCEWEST<br>Documents: NTC OF APPEARANCE    PLS DELIVER CC TO JU<br>Client/Matter: U.S.A V COMMERCEWEST   Signed by: DEL CC GUILFORD<br>Pieces/Pages:    3 | Base Chg  :    27.00<br>PDF/Pages :     1.65<br>Blue Backs:     1.05 | 29.70 |
| 3/18/15 COURTESY COPY | 735828 | C/C | DAVIS WRIGHT & TREMAINE LLP      USDC/SANTA ANA<br>865 S. FIGUEROA STREET          411 WEST FOURTH STREET<br>LOS ANGELES    CA 90017           SANTA ANA        CA 92701<br>Caller: EVELYN DACUAG<br>Case Number: 8:15-CV-00379-AG-RNB    Case Title: U.S.A V COMMERCEWEST<br>Documents: NTC OF APPEARANCE    PLS DELIVER CC TO JU<br>Client/Matter: U.S.A V COMMERCEWEST   Signed by: DEL CC BLOCK<br>Pieces/Pages:    3 | Base Chg  :    27.00<br>PDF/Pages :     1.65<br>Blue Backs:     1.05 | 29.70 |
| | | | Total  Charges for Ref. - U.S.A V COMMERCEWEST:    59.40 | | |

Total      13,321.74

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

**BENHYATT**
Certified Deposition Reporters
17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1100021 | 2/4/2016 | 1038332 |

| Job Date | Case No. |
|---|---|
| 1/15/2016 | CV 15-1869 MMM (AJWx) |

| Case Name |
|---|
| China Central Television vs. Create New Technology (HK) |

| Payment Terms |
|---|
| Due upon receipt |

Carla A. McCauley, Esq.
Davis Wright Tremaine LLP - Los Angeles
865 S. Figueroa St.
Suite 2400
Los Angeles, CA 90017-2566

94038-23

| | | | | |
|---|---|---|---|---|
| Original and One Certified Affidavit of: | | | | |
| Amit Bhalla | 4.00 Pages | @ | 5.05 | 20.20 |
| Appearance | | | 95.00 | 95.00 |
| Certificate of Non-Appearance | | | 10.00 | 10.00 |
| Shipping & Handling | | | 45.00 | 45.00 |
| | | **TOTAL DUE >>>** | | **$170.20** |

**We accept all major credit cards. If you would like to pay with a credit card, please send a request to settings@benhyatt.com with the invoice number(s) and amount you would like to pay and we will forward the credit card link.**

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Carla A. McCauley, Esq.
Davis Wright Tremaine LLP - Los Angeles
865 S. Figueroa St.
Suite 2400
Los Angeles, CA 90017-2566

Invoice No.  : 1100021
Invoice Date : 2/4/2016
**Total Due**  : **$ 170.20**

Remit To: **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA 91316**

Job No.    : 1038332
BU ID      : 1-HYATT
Case No.   : CV 15-1869 MMM (AJWx)
Case Name  : China Central Television vs. Create New Technology (HK)

**Veritext Florida Reporting Co.**
2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | George Wukoson<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY, 10020 | Invoice #: | FLA2694331 |
|---|---|---|---|
| | | Invoice Date: | 7/20/2016 |
| | | Balance Due: | $1,510.01 |

| | |
|---|---|
| **Case:** | In Re: Amit Bhalla v. |
| **Job #:** | 2348529 \| Job Date: 7/13/2016 \| Delivery: Expedited |
| **Billing Atty:** | George Wukoson |
| **Location:** | A Pro Video<br>442 W. Kennedy Blvd \| Suite 240 \| Tampa, FL 33606 |
| **Sched Atty:** | Gregory Grossman, Esq. \| Astigarraga Davis |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 99.00 | $6.68 | $661.32 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 2.00 | $60.00 | $120.00 |
| Amit Bhalla , Vol 2 | Exhibits - Color | Per Page | 79.00 | $2.00 | $158.00 |
| | Exhibits | Per Page | 887.00 | $0.40 | $354.80 |
| | Litigation Package | 1 | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling - Expedited | Package | 1.00 | $77.39 | $77.39 |

**Notes:** (9:30-12:15)
Four-Day Expedite

| | |
|---|---|
| Invoice Total: | $1,510.01 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,510.01 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | FLA2694331 |
|---|---|
| Job #: | 2348529 |
| Invoice Date: | 7/20/2016 |
| Balance: | $1,510.01 |

42632

**Veritext Florida Reporting Co.**
2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | George Wukoson<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY, 10020 | Invoice #: | FLA2693899 |
|---|---|---|---|
| | | Invoice Date: | 7/20/2016 |
| | | Balance Due: | $1,493.28 |

| Case: | In Re: Amit Bhalla v. |
|---|---|
| Job #: | 2319917 \| Job Date: 7/12/2016 \| Delivery: Expedited |
| Billing Atty: | George Wukoson |
| Location: | A Pro Video |
| | 442 W. Kennedy Blvd \| Suite 240 \| Tampa, FL 33606 |
| Sched Atty: | Gregory Grossman, Esq. \| Astigarraga Davis |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 133.00 | $6.23 | $828.59 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 3.00 | $60.00 | $180.00 |
| Amit Bhalla | Exhibits - Color | Per Page | 10.00 | $2.00 | $20.00 |
| | Exhibits | Per Page | 622.00 | $0.40 | $248.80 |
| | Litigation Package | 1 | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $77.39 | $77.39 |

| Notes: | (1:00-4:42)<br>Five-Day Expedite | Invoice Total: | $1,493.28 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,493.28 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | Invoice #: | FLA2693899 |
|---|---|---|---|
| To pay online, go to<br>www.veritext.com | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Job #: | 2319917 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Invoice Date: | 7/20/2016 |
| | | Balance: | $1,493.28 |

42632