| | |
|---|---|
| 1 | CARLA A. McCAULEY (State Bar No. 223910) |
| | carlamccauley@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
| | Tel.: (213) 633-6800 Fax: (213) 633-6899 |
| 4 | |
| | ROBERT D. BALIN (*pro hac vice*) |
| 5 | robbalin@dwt.com |
| | LACY H. KOONCE, III (*pro hac vice*) |
| 6 | lancekoonce@dwt.com |
| | SAMUEL BAYARD (*pro hac vice*) |
| 7 | samuelbayard@dwt.com |
| | GEORGE WUKOSON (*pro hac vice*) |
| 8 | georgewukoson@dwt.com |
| | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas, 21st Floor |
| | New York, New York 10020 |
| 10 | Tel.: (212) 489-8230 Fax: (212) 489-8340 |
| | ATTORNEYS FOR PLAINTIFFS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br>Plaintiffs, <br><br>vs. <br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br>Defendants. | Case No. <br>**CV 15-1869 SVW (AJWx)** <br><br>**DECLARATION OF GEORGE P. WUKOSON IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND DEFAULT JUDGMENT AND PERMANENT INJUNCTION** <br><br>Courtroom: 10A <br>Judge: Hon. Steven V. Wilson |

---

DECLARATION OF GEORGE P. WUKOSON
NG-S40TG52V 4850-0886-9447v.1 0094038-000021

## DECLARATION OF GEORGE P. WUKOSON

I, George P. Wukoson, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit. I am an associate with the law firm of Davis Wright Tremaine LLP ("DWT"), counsel to the Plaintiffs in this action, admitted *pro hac vice*.

2. Attached hereto as Exhibit 11 is a true and correct copy of a redline showing proposed changes to the Court's Amended Default Judgment and Permanent Injunction. Also attached are the proposed additions to Exhibits B and C to the Court's order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of April, 2017 in New York, New York.

_____
George P. Wukoson

1

DECLARATION OF GEORGE P. WUKOSON
NG-S40TG52V 4850-0886-9447v.1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899