# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-877-655**

Effective date of
registration:

October 1, 2013

## Title

Title of Work: Triumph In The Skies II

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: July 15, 2013          Nation of 1st Publication: Hong Kong

## Author

■  Author: Television Broadcasts Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Hong Kong

■  Author: TVBO Production Limited

Author Created: entire motion picture

Work made for hire: Yes

Domiciled in: Bermuda Islands

## Copyright claimant

Copyright Claimant: TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

Transfer Statement: Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

Name: KAREN P. Y. WAN

Date: August 21, 2013

Correspondence: Yes

Registration #:   PA0001877655

Service Request #:   1-982100201



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1–242–731

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Twin Of Brothers– Episodes 1-20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶ 2004
United States of America   ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all right, title and interest including copyright by written agreement.

APPLICATION RECEIVED
SEP 2 8 2004
ONE DEPOSIT RECEIVED
SEP 2 8 2004
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
Chinese Subtitles

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                   Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                   PHILIP TAM, ESQ

15411 BLACKBURN AVE.,

NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8868

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive rights

☐ authorized agent of  TVBO PRODUCTION LIMITED

  Name of author or other copyright claimant, or owner of exclusive rights) ▲

**8**

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                                   date ▶

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼

10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Number/Street/Apt ▼

TSEUNG KWAN O IND'L ESTATE

City/State/Zip ▼

KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application at space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   Payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-242-730

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Twin Of Brothers– Episodes 21-40

PREVIOUS OR ALTERNATIVE TITLES ▼

大唐雙龍傳

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

NAME OF AUTHOR ▼

a   TELEVISION BROADCASTS LIMITED  電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

b   TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2004   ◀ Year

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ _____ Day ▶ _____ Year ▶ 2004 ◀ Nation
ONLY if this work has been published.
United States of America

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 28 2004
ONE DEPOSIT RECEIVED
SEP 28 2004
TWO DEPOSITS RECEIVED
10/12/2004
REMITTANCE NUMBER AND DATE

Chinese subtitles

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
written agreement.

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   DO NOT WRITE HERE

EXAMINED BY **DbC**

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.                              PHILIP TAM, ESQ
13411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶ **(562) 802-8868**

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of **TVBO PRODUCTION LIMITED**
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**CHERRY T.N. YUEN**                                                   date ▶

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
**10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.**

Number/Street/Apt ▼
**TSEUNG KWAN O IND'L ESTATE**

City/State/Zip ▼
**KOWLOON, HONG KONG**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1  Application form
2  Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3  Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*MaryBeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1–242–739**

EFFECTIVE DATE OF REGISTRATION

Sept 28, 2004

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Twin Of Brothers– Episodes 41-42

**PREVIOUS OR ALTERNATIVE TITLES ▼**

大唐雙龍傳

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b TVBO PRODUCTION LIMITED

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information
2004 ◀ Year must be given in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
SEP 28 2004   United States of America  ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
SEP 2 8 2004

ONE DEPOSIT RECEIVED
SEP 2 8 2004

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese subtitles

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
claimant obtained all rights of the author except Hong Kong by written agreement.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
    Yes

**FORM PA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____   **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____   **Account Number** ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   **Name/Address/Apt/City/State/Zip** ▼

TVB HOLDINGS (USA) INC.                                    PHILIP TAM, ESQ

13411 BLACKBURN AVE.,

NORWALK, CA 90650

Area Code & Telephone Number ▶   **(562) 802-8808**

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive rights   TVBO PRODUCTION LIMITED

☐ authorized agent of _____
                      Name of author or other copyright claimant, or owner of exclusive rights ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                                         date ▶ _____

Handwritten signature (X) ▼

_____

| **MAIL CERTIFICATE TO** | **Name** ▼ |
|---|---|
| | 10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST. |
| **Certificate will be mailed in window envelope** | **Number/Street/Apt** ▼ |
| | TSEUNG KWAN O IND'L ESTATE |
| | **City/State/Zip** ▼ |
| | KOWLOON, HONG KONG |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-102-787**

EFFECTIVE DATE OF REGISTRATION

March 6 Day 27 Year 02

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Whatever It Takes -- 20 Episodes

PREVIOUS OR ALTERNATIVE TITLES ▼

天子尋龍

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2** NAME OF AUTHOR ▼

**a** TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

**b** TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ONLY if this work has been published.
2001 ◀ Year

**3b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 12  Day ▶ 31  Year ▶ 2001
Nation ▶ U.S.A.   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
CEDAR HOUSE, 41 CEDAR AVENUE,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
JUN 27 2002
ONE DEPOSIT RECEIVED
JUN 27 2002 (10)⅛ "VT/D
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

**Special Relief granted under
Sec. 202.20(d) of the C.O. Reg.**

| EXAMINED BY | NLC | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

○ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                    PHILIP TAM, ESQ.
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Area Code & Telephone Number ▶ (562) 802-8868

CERTIFICATION*   I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ TVB (OVERSEAS) LIMITED
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN                                    date▶  -8 MAR 2002

Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | Name ▼ |
|---|---|
| | 7/F., SHAW HOUSE, TV CITY |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ |
| | CLEAR WATER BAY ROAD |
| | City/State/Zip ▼ |
| | KOWLOON, HONG KONG |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,015

FORM PA

EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-884-284

**Effective date of registration:**

December 23, 2013

---

## Title

**Title of Work:** Will Power

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 14, 2013    **Nation of 1st Publication:** Hong Kong

## Author

■    **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■    **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

## Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

## Certification

**Name:** KAREN P. Y. WAN

**Date:** November 27, 2013

---

Page 1 of 1

Registration #:  PA0001884284
Service Request #:  1-1023063471



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-827-051

**Effective date of registration:**
December 11, 2012

---

### Title

**Title of Work:** Witness Insecurity - Episodes 1 - 20

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 2, 2012     **Nation of 1st Publication:** Hong Kong

### Author

■   **Author:** Television Broadcasts Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Hong Kong

■   **Author:** TVBO Production Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** Bermuda Islands

### Copyright claimant

**Copyright Claimant:** TVBO Production Limited

Canon's Court, 22 Victoria Street, Hamilton, HM 12, Bermuda Islands

**Transfer Statement:** Claimant obtained all world-wide right except Hong Kong by written agreement.

### Certification

**Name:** KAREN P.Y. WAN

**Date:** November 29, 2012

---

Page 1 of 1

**Registration #:**   PA0001827051
**Service Request #:**   1-853893605



Television Broadcasts Limited
Pony Sin
10/F., Main Block, TVB City, 77 Chun Choi Street
Tseung Kwan O Industrial Estate
Kowloon,  0000  Hong Kong

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 980-415**

( PA )      PAU

EFFECTIVE DATE OF REGISTRATION

| 2 | 2 | 00 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Witness To A Prosecution – 22 Episodes

PREVIOUS OR ALTERNATIVE TITLES ▼

洗冤錄

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**
NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

b TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1999 ◀ Year In all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ 20 Day ▶ 20 Year ▶ 99
ONLY if this work has been published.
Hong Kong Special Administrative Region ◀ Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED FEB. 0 2. 2000
ONE DEPOSIT RECEIVED FEB. 0 2. 2000 (11)½ VT–D ½
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____   FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

✱ SPECIAL RELIEF GRANTED
under 202.20(D) of the
Copyright Office regulations

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ

15411 BLACKBURN AVE.

NORWALK, CA 90650

Be sure to
give your
daytime phone
◀ number

Area Code & Telephone Number ▶  (562) 802-8868

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of  TVB (OVERSEAS) LIMITED
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.  1 5 JAN 2003

WILSON H.S. WONG                                        date ▶

Handwritten signature (X) ▼

**8**

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                                        ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

**EXHIBIT B**

**Exhibit B – Infringing TVpad Apps**

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| BETV PLUS  | | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live) |
| BETV_HD  | CCTV 1 HD (live), CCTV 5 HD (live) | |
| BETV II  | CCTV 1 (live & replay live), CCTV 2 (live), CCTV 3 (live & replay live), CCTV 4 (live & replay live), CCTV 5 (live & replay live), CCTV 5+ (live), CCTV6 (live & replay live), CCTV 10 (live), CCTV 11 (live), CCTV12 (live), CCTV13 (live & replay live), CCTV14 (live & replay live), CCTV风云足球（CCTV fengyun soccer) (live) | |

1

EXHIBIT B

| | TVpad3 | TVpad4 |
|---|---|---|
| Infringing TVpad App and icon | Plaintiffs' Programming and Mode | Plaintiffs' Programming and Mode |
| BETV  | CCTV 1, CCTV 2, CCTV 3, CCTV 4, CCTV 5+, CCTV6, CCTV 10, CCTV 11, CCTV12, CCTV13, CCTV14, CCTV风云足球（CCTV fengyun soccer) (all live) | |
| 粤海時移 (Yue Hai Shi Yi)  | JADE HD, JADE (both time-shifted by 12 hours) | JADE HD, JADE (both time-shifted by 12 hours) |
| 粤海寬頻 (Yue Hai Kuan Pin)  | JADE HD, JADE HD, J2, JADE, PEARL, iNews (all live) | |
| 粤海寬頻2 (Yue Hai Kuan Pin 2)  | JADE HD, JADE, J2 (Live and replay live) PEARL, iNews (live) | |

DWT 27849257v1 0094038-000021

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| 港粵網絡電視 (Gang Yue Wang Luo Dian Shi)  | JADE HD, JADE, J2 (live and replay live); PEARL, iNews (live)<br><br>TVB programs on demand | JADE HD, JADE, J2, PEARL (live and replay live); iNews (live)<br><br>TVB programs on demand |
| 粵海直播 (Yue Hai Zhi Bo)  | iNews, J2, PEARL, JADE, JADE HD (live) | |
| 516TV  | TVBS (live) | |
| 516網路電視 (516 Online TV)  | CCTV4 (live)<br><br>TVBS (live) | CCTV4 (live)<br><br>TVBS (live)<br><br>TVBS News (live) |

DWT 27849257v1 0094038-000021

| | TVpad3 | TVpad4 |
|---|---|---|
| **Infringing TVpad App and icon** | **Plaintiffs' Programming and Mode** | **Plaintiffs' Programming and Mode** |
| HITV  | JADE HD, J2, JADE, PEARL, iNews (live) | |
| 体育online (Sport Online)  | CCTV 1, CCTV 5, CCTV 5+, CCTV风云足球（CCTV fengyun soccer) (all live) | CCTV 5, CCTV 5+, CCTV风云足球 (CCTV fengyun soccer), CCTV 高尔夫. 网球（CCTV Golf/ Tennis) (all live) |
| 港粤快看 (Gang Yue Kuai Kan)  | TVB programs on demand | |
| 港台武侠(Gang Tai Wu Xia)  | TVB programs on demand | TVB programs on demand |

4

**Exhibit B – Infringing Apps**

| Infringing blueTV App and icon | Plaintiffs' Programming and Mode |
|---|---|
| | |
| Storm TV  | CCTV 1, CCTV 3, CCTV 4, CCTV 5, CCTV 5+,CCTV 云足球（CCTV fengyun soccer), CCTV 6, CCTV 11, CCTV 12, CCTV 13, CCTV 14 (Live, Replay Live, VOD) <br><br> JADE, JADE HD, J2, J5,  Pearl, iNews (Live, Replay Live and VOD) |
| Storm TV Chinese interface  | CCTV 1, CCTV 3, CCTV 4, CCTV 5, CCTV 5+,CCTV 云足球（CCTV fengyun soccer), CCTV 6, CCTV 11, CCTV 12, CCTV 13, CCTV 14 (Live, Replay Live and VOD) <br><br> JADE, JADE HD, J2, J5,  Pearl, iNews (Live, Replay Live, VOD) |

5

**EXHIBIT C**

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| ClearDDoS Technologies<br>Los Angeles, California | 103.240.140.142 | September 3, 2015 | xz.boxepg.com | Initialization<br>TVpad3 Operational Content |
| Defender cloud international<br>Los Angeles, California | 23.234.42.71 | September 3, 2015 | xzsec.boxepg.com | Initialization<br>TVpad3 Operational Content |
| Defender cloud international<br>Los Angeles, California | 23.234.42.65 | September 3, 2015 | xzsec.padepg.com | Initialization<br>TVpad3 Operational Content |
| Defender cloud international<br>Los Angeles, California | 23.234.42.72 | September 3, 2015 | xzsec.listebox.com | Initialization<br>TVpad3 Operational Content |
| Perfect International, Inc<br>Los Angeles, California | 70.36.96.245 | September 3, 2015 | stbepg.wsxlist.com | TVpad3 Authentication |
| Enzu<br>Los Angeles, California | 23.245.203.54 | September 3, 2015 | stbepg.qaxlist.com | TVpad4 Authentication |
| Defender cloud international<br>Los Angeles, California | 23.234.41.173 | September 3, 2015 | | Streaming Video |
| ClearDDoS Technologies<br>Los Angeles, California | 104.193.92.42 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies<br>San Jose, California | 104.171.230.101 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies<br>San Jose, California | 45.61.239.39 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies<br>San Jose, California | 104.167.81.51 | September 3, 2015 | | Streaming Video |
| Sharktech<br>Los Angeles, California | 170.178.188.195 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies<br>San Jose, California | 45.61.239.26 | September 3, 2015 | | Streaming Video |
| Sharktech<br>Los Angeles, California | 170.178.188.194 | September 3, 2015 | | Streaming Video |
| Sharktech<br>Los Angeles, California | 107.167.9.243 | September 3, 2015 | | Streaming Video |
| Sharktech<br>Los Angeles, California | 170.178.172.19 | September 3, 2015 | | Streaming Video |

EXHIBIT C

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| CloudDDoS Technologies San Jose, California | 45.61.239.33 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.82 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.181.227 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 170.178.182.3 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 107.167.4.227 | September 3, 2015 | | Streaming Video |
| Sharktech Los Angeles, California | 107.167.18.227 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.74 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.19 | September 3, 2015 | | Streaming Video |
| ClearDDoS Technologies Los Angeles, California | 162.221.13.98 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.89.100.59 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 45.61.239.75 | September 3, 2015 | | Streaming Video |
| ZeroDDOS Los Angeles, California | 104.201.61.3 | September 3, 2015 | | Streaming Video |
| ZeroDDOS Los Angeles, California | 167.88.205.116 | September 3, 2015 | | Streaming Video |
| Cloudflare | 104.20.4.235 | September 3, 2015 | | Streaming Video |
| Defender cloud international Los Angeles, California | 23.234.41.171 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 104.202.82.178 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 98.126.0.98 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 107.183.113.242 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.245.73.18 | September 3, 2015 | | Streaming Video |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| Krypt Technologies Los Angeles, California | 98.126.4.194 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 23.89.185.2 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 174.139.162.50 | September 3, 2015 | | Streaming Video |
| Krypt Technologies Los Angeles, California | 174.139.83.4 | September 3, 2015 | | Streaming Video |
| Enzu Los Angeles, California | 107.183.246.226 | September 3, 2015 | | Streaming Video |
| CloudDDoS Technologies San Jose, California | 104.171.230.86 | September 3, 2015 | | Streaming Video |
| Cloudflare (res.sinohao.com.cdn.cloudflare.net) | 104.20.4.235 104.20.5.235 104.20.7.235 104.20.8.235 | September 3, 2015 | | TVpad Store Menus/Graphics Infringing Apps |
| ClearDDoS Technologies Los Angeles, California | 104.193.92.29 | September 3, 2015 | cmres.wsxlist.com | TVpad Store Menus/ Graphics Infringing Apps |
| Enzu Los Angeles, California | 23.245.203.54 | September 3, 2015 | bi4.wsxlist.com | TVpad4 Store Menus/Graphics |
| Enzu Los Angeles, California | 23.245.203.54 | September 3, 2015 | btvstb.xqlzoy.com | TVpad4 Store Menus/Graphics |
| Enzu Los Angeles, California | 23.245.203.54 | September 3, 2015 | stbepg.qaxlist.com | TVpad4 Store Menus/Graphics |
| ZeroDDOS Los Angeles, California | 167.88.196.51 | September 3, 2015 | res.qaxlist.com | TVpad Operational Content |
| Enzu Los Angeles, California | 23.245.203.54 | September 3, 2015 | sepg.qaxlist.com | TVpad Operational Content Infringing Apps' Program Guides |
| ClearDDoS Technologies Los Angeles, California | 162.221.15.79 | September 3, 2015 | ykhp.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies Los Angeles, California | 162.221.15.79 | September 3, 2015 | gqfc.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies Los Angeles, California | 162.221.15.79 | September 3, 2015 | fc.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies Los Angeles, California | 162.221.15.79 | September 3, 2015 | yhsy.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies Los Angeles, California | 162.221.15.79 | September 3, 2015 | dlgq.livetvpad.com | TVpad3 Operational Content |
| ClearDDoS Technologies Los Angeles, California | 162.221.15.79 | September 3, 2015 | sports.livetvpad.com | TVpad3 Operational Content |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| PEER 1 Network Inc Santa Ana, CA | 107.6.45.86 | September 3, 2015 | bsap.wsxlist.com | TVpad3 Operational Content |
| Krypt Technologies Los Angeles, California | 174.139.233.3 | September 3, 2015 | tytuepg.wsxlist.com | TVpad3 Operational Content |
| Nobis Technology Seattle, Washington | 23.19.131.19 | September 3, 2015 | force2009web.net | TVpad3 Operational Content |
| LimeStone Networks Dallas, Texas | 63.143.43.171 | September 3, 2015 | vistv.plbegy.com | TVpad4 Operational Content |
| ClearDDoS Technologies Los Angeles, California | 162.221.12.143 | September 3, 2015 | gyyyer.plbegy.com | TVpad4 Operational Content |
| Hostspace Networks Los Angeles, California | 198.44.250.177 | September 3, 2015 | mhleve.oyhrtp.com | TVpad4 Operational Content |
| LimeStone Networks Dallas, Texas | 74.63.227.30 | September 3, 2015 | npxyc.prsolive.com | TVpad4 Operational Content |
| Hostspace Networks Los Angeles, California | 23.234.51.152 | September 3, 2015 | canpic.vdese.com | VOD Thumbnail graphics |
| Hostspace Networks | 162.211.182.49 | December 14, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.71 | December 14, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.65 | November 25, 2014 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.72 | December 14.2014 | | DNS Lookup TVpad Operational Content |
| ClearDDoS Technologies | 104.193.92.29 | January 30, 2015 | | TVpad Authorization |
| Defender cloud international | 23.234.42.67 | January 30, 2015 | | TVpad Authorization |
| ClearDDoS Technologies | 23.234.42.66 | November 25, 2014 | | TVpad Store Menus/Graphics |
| Datashack | 198.204.242.5 | November 25, 2014 | | TVpad Store Menus/ Graphics Infringing Apps |
| ClearDDoS Technologies | 103.240.140.149 | January 30, 2015 | | TVpad4 Store Menus/Graphics |
| CloudDDOS | 168.235.240.115 | January 30, 2015 | | TVpad Operational Content |
| Sharktech | 107.167.14.146 | November 25, 2014 | | TVpad Operational Content |
| CloudDDOS | 168.235.240.115 | January 30, 2015 | | TVpad Operational Content Infringing Apps' Program Guides |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| Defender cloud international | 23.234.40.235 | November 25, 2014 | | TVpad Operational Content |
| China Telecom | 23.234.40.235 | November 25, 2014 | | TVpad Operational Content |
| Hostspace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Hostpace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Hostpace Networks | 162.211.182.173 | November 25, 2014 | | TVpad Operational Content |
| Nobis Technology | 23.105.74.107 | November 25, 2014 | | TVpad Operational Content |
| Enzu | 23.88.131.131 | January 30, 2015 | | TVpad4 Operational Content |
| Protected by Cloudflare Location unknown | 104.28.24.55 | January 30, 2015 | | TVpad4 Operational Content |
| Sharktech | 107.167.7.34 | January 30, 2015 | | TVpad4 Operational Content |
| Chinanet China | 61.174.48.109 | January 30, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.13.44 | January 30, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | January 30, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | January 30, 2015 | | TVpad4 Operational Content |
| Sharktech | 107.167.15.67 | November 25, 2014 | | VOD Thumbnail graphics |
| ClearDDoS Technologies | 103.240.140.142 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.71 | June 24, 2015 | | DNS Lookup TVpad Operational Content |
| Defender cloud international | 23.234.42.65 | June 24, 2015 | | DNS Lookup TVpad Operational Content |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| Defender cloud international | 23.234.42.72 | June 24, 2015 | | DNS Lookup<br>TVpad Operational Content |
| ClearDDoS Technologies | 104.193.92.29 | June 24, 2015 | | TVpad Authorization |
| Defender cloud international | 23.234.42.67 | June 24, 2015 | | TVpad Authorization |
| Sharktech | 107.167.14.141 | June 24, 2015 | | TVpad Store Menus/Graphics |
| ClearDDoS Technologies | 104.193.92.8 | June 24, 2015 | | TVpad Store Menus/ Graphics Infringing Apps |
| Enzu | 23.245.203.53 | June 24, 2015 | | TVpad4 Store Menus/Graphics |
| Hostspace Networks | 162.211.182.173 | June 24, 2015 | | TVpad Operational Content |
| Sharktech | 107.167.14.140 | June 24, 2015 | | TVpad Operational Content Infringing Apps' Program Guides |
| Defender cloud international | 23.234.40.235 | June 24, 2015 | | TVpad Operational Content |
| Defender cloud international | 23.234.40.235 | June 24, 2015 | | TVpad Operational Content |
| Cloud-CN | 103.232.215.133 | June 24, 2015 | | TVpad Operational Content |
| Cloud-CN | 103.232.215.133 | June 24, 2015 | | TVpad Operational Content |
| Nobis Technology | 23.105.74.107 | June 24, 2015 | | TVpad Operational Content |
| Hostspace Networks | 23.234.51.85 | June 24, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.12.143 | June 24, 2015 | | TVpad4 Operational Content |
| Chinanet China | 61.174.48.109 | June 24, 2015 | | TVpad4 Operational Content |
| ClearDDoS Technologies | 162.221.13.44 | June 24, 2015 | | TVpad4 Operational Content |
| Gorilla Servers | 146.71.102.90 | June 24, 2015 | | TVpad4 Operational Content |
| Hostspace Networks | 162.211.182.173 | June 24, 2015 | | TVpad4 Operational Content |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| CloudDDOS | 168.235.240.115 | June 24, 2015 | | VOD Thumbnail graphics |
| Enzu | 104.151.28.194 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.30 | January 30, 2015 | | Streaming Video |
| Enzu | 23.89.39.194 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.240.149 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 104.193.92.111 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.41 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 104.193.92.60 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |
| Esited | 104.171.230.23 | January 30, 2015 | | Streaming Video |
| Esited | 104.171.230.16 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.240.65 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.10 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 23.234.41.9 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.30 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.240.149 | January 23, 2015 | | Streaming Video |
| ClearDDoS Technologies | 104.193.92.111 | January 23, 2015 | | Streaming Video |
| Esited | 192.225.233.202 | January 23, 2015 | | Streaming Video |
| Enzu | 104.151.28.194 | January 23, 2015 | | Streaming Video |
| Enzu | 199.48.69.146 | January 23, 2015 | | Streaming Video |
| Enzu | 23.89.39.194 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.70 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.70 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 23, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 23, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 104.171.230.72 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |

7

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| Cloudddos Technology | 104.171.230.72 | January 30, 2015 | | Streaming Video |
| Clearddos Technologies | 162.221.12.215 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.60 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.26 | January 30, 2015 | | Streaming Video |
| Cloudddos Technology | 168.235.241.77 | January 30, 2015 | | Streaming Video |
| Leaseweb | 162.210.198.179 | January 30, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | January 30, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.12 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.173 | June 25, 2015 | | Streaming Video |
| ClearDDOS | 104.193.92.62 | June 25, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 25, 2015 | | Streaming Video |
| Sharktech | 107.167.15.100 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.32 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 168.235.241.12 | June 25, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.25 | June 25, 2015 | | Streaming Video |
| Defender cloud international | 23.234.41.14 | June 25, 2015 | | Streaming Video |
| Enzu | 107.183.236.115 | June 23-25, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | June 23-25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.87 | June 24-25, 2015 | | Streaming Video |
| Krypt Technologies | 174.139.162.52 | June 24-25, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.25 | June 26, 2015 | | Streaming Video |
| Defender cloud international | 23.234.41.14 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 104.171.230.32 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.79 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.173 | June 26, 2015 | | Streaming Video |
| ZERO DDOS LLC | 104.167.81.52 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 174.139.83.4 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.115 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.192.3 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.4.194 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 98.126.14.27 | June 26, 2015 | | Streaming Video |
| Hostspace Networks | 162.211.182.173 | June 26, 2015 | | TVpad 3 Operational Content |
| ClearDDoS Technologies | 162.221.15.179 | June 26, 2015 | | TVpad 3 Operational Content |
| Sharktech | 208.98.26.130 | June 26, 2015 | | TVpad 3 Operational Content |

8

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| Hostspace Networks | 162.211.182.166 | June 26, 2015 | | TVpad3 Operational Content |
|---|---|---|---|---|
| Enzu | 198.56.193.123 | June 26, 2015 | | Streaming Video |
| ZERO DDOS LLC | 167.88.195.51 | June 26, 2015 | | Streaming Video |
| Sharktech | 104.171.230.3 | June 26, 2015 | | Streaming Video |
| Enzu | 23.89.197.35 | June 26, 2015 | | Streaming Video |
| Krypt Technologies | 67.198.158.171 | June 26, 2015 | | Streaming Video |
| SolidTools | 198.40.56.19 | June 26, 2015 | | Streaming Video |
| CloudDDOS | 168.235.240.20 | June 26, 2015 | | Streaming Video |
| C3 Networks | 206.226.64.44 | October 14, 2015 | | Streaming Video |
| C3 Networks | 206.226.64.179 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.129.22 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.131.5 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.28.205 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.155.8.40 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.155.5.42 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.128.54 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.146.14 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.128.102 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.128.114 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.128.98 | October 14, 2015 | | Streaming Video |
| C3 Networks | 107.151.131.134 | October 21, 2015 | | Streaming Video |
| Hostspace | 192.126.116.213 | October 21, 2015 | | TVpad  Operational Content |
| Sharktech | 104.37.247.147 | October 21, 2015 | xz.boxepg.com | DNS Lookup<br>TVpad Operational Content |
| Sharktech | 208.98.42.195 | October 15, 2015 | bi4.wsxlist.com<br>stbepg.qaxlist.com | TVpad  Operational Content |
| Sharktech | 174.128.243.36 | October 15, 2015 | btvstb.xqlzoy.com | Streaming Video |
| Limestone Networks | 63.143.43.171 | October 15, 2015 | vistv.plbegy.com | TVpad  Operational Content |
| ZBUSA | 192.225.233.60 | October 14, 2015 | | TVpad  Operational Content |
| Perfect International | 70.36.96.245 | October 15, 2015 | stbepg.wsxlist.com<br>cmsres.wsxlist.com | TVpad  Operational Content |
| Enzu | 104.171.230.102 | October 21, 2015 | | Streaming Video |
| Enzu | 104.171.230.79 | October 21, 2015 | | Streaming Video |
| Enzu | 104.171.230.74 | October 21, 2015 | | Streaming Video |
| Enzu | 107.155.5.42 | October 21, 2015 | | Streaming Video |
| Enzu | 23.244.42.226 | October 21, 2015 | | Streaming Video |
| Enzu | 104.167.81.52 | October 21, 2015 | | Streaming Video |
| Enzu | 23.244.84.226 | October 21, 2015 | | Streaming Video |
| Enzu | 23.89.197.34 | October 21, 2015 | | Streaming Video |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| Enzu | 104.183.113.245 | October 15, 2015 | | Streaming Video |
| Enzu | 104.151.28.205 | October 15, 2015 | | Streaming Video |
| Enzu | 104.171.230.92 | October 15, 2015 | | Streaming Video |
| Enzu | 107.183.246.229 | October 15, 2015 | | Streaming Video |
| Krypt | 98.126.0.102 | October 15, 2015 | | Streaming Video |
| Krypt | 98.126.4.198 | October 15, 2015 | | Streaming Video |
| Krypt | 67.198.128.30 | October 15, 2015 | | Streaming Video |
| Leaseweb | 207.244.83.48 | October 15, 2015 | | Streaming Video |
| Enzu | 104.202.82.182 | October 15, 2015 | | Streaming Video |
| Enzu | 107.183.113.246 | October 15, 2015 | | Streaming Video |
| Enzu | 107.183.236.118 | October 15, 2015 | | Streaming Video |
| Enzu | 23.244.76.190 | October 15, 2015 | | Streaming Video |
| Enzu | 199.48.69.142 | October 15, 2015 | | Streaming Video |
| Enzu | 107.183.246.118 | October 15, 2015 | | Streaming Video |
| Enzu | 23.89.185.6 | October 15, 2015 | | Streaming Video |
| Enzu | 104.151.28.206 | October 15, 2015 | | Streaming Video |
| Enzu | 23.88.126.14 | October 15, 2015 | | Streaming Video |
| Enzu | 107.183.246.230 | October 15, 2015 | | Streaming Video |
| Enzu | 23.244.76.189 | October 15, 2015 | | Streaming Video |
| Enzu | 23.244.82.102 | October 15, 2015 | | Streaming Video |
| Enzu | 107.183.246.117 | October 15, 2015 | | Streaming Video |
| Enzu | 23.234.51.153 | October 15, 2015 | | Streaming Video |
| Enzu | 23.234.51.193 | October 15, 2015 | | Streaming Video |
| Enzu | 23.244.76.186 | October 15, 2015 | | Streaming Video |
| Enzu | 199.48.69.138 | October 15, 2015 | | Streaming Video |
| Enzu | 23.88.126.10 | October 15, 2015 | | Streaming Video |
| Enzu | 104.151.28.202 | October 15, 2015 | | Streaming Video |
| Enzu | 107.183.246.114 | October 15, 2015 | | Streaming Video |
| Enzu | 107.183.236.114 | October 15, 2015 | | Streaming Video |
| Tzulo | 206.226.64.44 | October 14, 2015 | | Streaming Video |
| Tzulo | 206.226.64.179 | October 14, 2015 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.129.77 | February 9, 2016 | epg.qazlist.com | TVpad  Operational Content |
| Limestone Networks | 63.143.43.170 | February 9, 2016 | tmwk.ukshix.com | TVpad Operational Content |
| Cloudflare | 104.24.126.11 | February 9, 2016 | res.kkpsg.es | TVpad  Operational Content |
| C3 Networks / Zenlayer | 23.236.123.18 | February 9, 2016 | res.qazlist.com | TVpad  Operational Content |
| OVH Hosting | 167.114.100.171 | February 9, 2016 | | TVpad  Operational Content |
| Amazon | 52.8.86.95 | February 9, 2016 | | TVpad  Operational Content |
| Amazon | 54.67.50.87 | February 9, 2016 | | TVpad  Operational Content |
| ClearDDoS | 162.221.13.139 | February 9, 2016 | | TVpad  Operational Content |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| Hosting Solutions International | 209.239.123.16 | February 9, 2016 | | TVpad  Operational Content |
| C3 Networks / Zenlayer | 107.151.136.46 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.136.62 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.136.78 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.160.32 | February 9, 2016 | | Streaming Video |
| Enzu | 107.183.246.230 | February 9, 2016 | | Streaming Video |
| Enzu | 23.88.29.222 | February 9, 2016 | | Streaming Video |
| Enzu | 23.88.117.214 | February 9, 2016 | | Streaming Video |
| Enzu | 23.236.123.38 | February 9, 2016 | | Streaming Video |
| Enzu | 23.244.84.27 | February 9, 2016 | | Streaming Video |
| Enzu | 104.171.230.127 | February 9, 2016 | | Streaming Video |
| Enzu | 104.171.230.92 | February 9, 2016 | | Streaming Video |
| ClearDDoS | 162.221.13.139 | February 9, 2016 | | Streaming Video |
| ClearDDoS | 162.221.12.54 | February 9, 2016 | | Streaming Video |
| Enzu | 199.231.208.242 | February 9, 2016 | pydjosm.soppp.net | TVpad  Operational Content |
| C3 Networks / Zenlayer | 23.236.123.18 | February 9, 2016 | res.qazlist.com | TVpad Operational Content |
| C3 Networks / Zenlayer | 107.151.129.77 | February 9, 2016 | epg.qazlist.com | TVpad  Operational Content |
| Cloudflare | 104.24.127.11 | February 9, 2016 | res.kkpsg.es | TVpad  Operational Content |
| Cloudflare | 104.24.126.11 | February 9, 2016 | res.kkpsg.es | TVpad Store Menus/Graphics Infringing Apps |
| ClearDDoS | 162.221.13.44 | February 9, 2016 | psle.ukshix.com | TVpad  Operational Content |
| ClearDDoS | 162.221.12.143 | February 9, 2016 | mhleve.oyhrtp.com | TVpad  Operational Content |
| Limestone Networks | 63.143.43.170 | February 9, 2016 | tmwk.ukshix.com | TVpad Operational Content |
| CLOUDDDOS | 45.61.239.11 | February 9, 2016 | ngdvc.gvplayer.com | TVpad  Operational Content |
| HOSTSPACE NETWORKS | 192.126.116.213 | February 9, 2016 | vistv.plbegy.com | TVpad  Operational Content |
| China Unicom Guangdong | 112.90.22.156 | February 9, 2016 | soreq.soppp.net | TVpad  Operational Content |
| Amazon | 52.32.186.81 | February 9, 2016 | | TVpad  Operational Content |
| CLOUDDDOS | 45.61.29.11 | January 25, 2016 | poxy.lighope.top | TVpad  Operational Content |
| Nobis | 23.81.180.58 | February 11, 2016 | download.qabaao.com | App download |
| Henderson Data Centre (HK) | 49.213.10.163 | January 25, 2016 | | DNS Lookup |
| Limestone Networks | 63.143.43.174 | February 9, 2016 | cibn.cngvnet.com | TVpad  Operational Content |
| Limestone Networks | 69.162.119.190 | February 9, 2016 | cn1video.cngvnet.com | TVpad  Operational Content |
| Enzu | 23.244.43.235 | February 9, 2016 | sepg.tgstblist.com | TVpad  Operational Content |
| Enzu | 23.244.43.238 | February 9, 2016 | epg.ccohi.nz | TVpad  Operational Content |

11

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| ClearDDoS | 104.193.92.32 | February 9, 2016 | bsap.qkmfe.es | TVpad  Operational Content |
| ClearDDoS | 162.221.12.143 | February 9, 2016 | poxy.plbegy.com | TVpad  Operational Content |
| Sharktech | 104.37.247.140 | February 9, 2016 | xzsec.wsxepg.com xzsec.rfvstb.com | TVpad  Operational Content |
| Sharktech | 208.98.42.200 | February 9, 2016 | xzsec.tepgstb.com | TVpad  Operational Content |
| HOSTSPACE NETWORKS | 23.234.13.32 | February 9, 2016 | bi.yoyub.es | TVpad  Operational Content |
| HOSTSPACE NETWORKS | 23.234.51.192 | February 9, 2016 | stbepg.stblist.es | TVpad  Operational Content |
| HOSTSPACE NETWORKS | 192.126.116.213 | February 9, 2016 | gyyyer.plbegy.com | TVpad  Operational Content |
| C3 Networks / Zenlayer | 23.236.123.34 | February 9, 2016 | adepg.dzjmd.nz | TVpad  Operational Content |
| C3 Networks / Zenlayer | 23.236.123.33 | February 9, 2016 | asepg.xqlzoy.nz | TVpad  Operational Content |
| C3 Networks / Zenlayer | 23.236.123.31 | February 9, 2016 | xz.tgblist.com | TVpad  Operational Content |
| C3 Networks / Zenlayer | 23.236.123.35 | February 9, 2016 | btvstb.hzxzbox.com | TVpad  Operational Content |
| Sourceforge | 216.34.181.59 | February 9, 2016 | | TVpad  Operational Content |
| Sourceforge | 216.34.181.60 | February 9, 2016 | | TVpad  Operational Content |
| Cloudflare | 104.24.127.11 | February 9, 2016 | res.kkpsg.es | Streaming Video / TVpad Store Menus/Graphics Infringing Apps |
| Cloudflare | 104.24.126.11 | February 9, 2016 | res.kkpsg.es | Streaming Video / TVpad Store Menus/Graphics Infringing Apps |
| Enzu | 23.88.69.26 | February 9, 2016 | | Streaming Video |
| Enzu | 23.88.69.23 | February 9, 2016 | | Streaming Video |
| Enzu | 104.202.31.139 | February 9, 2016 | | Streaming Video |
| Enzu | 104.151.25.61 | February 9, 2016 | | Streaming Video |
| Enzu | 172.246.237.6 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 23.236.123.10 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 23.236.123.43 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.131.54 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.131.166 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.131.133 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.146.12 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.151.129.94 | February 9, 2016 | | Streaming Video |
| C3 Networks / Zenlayer | 107.155.5.137 | February 9, 2016 | | Streaming Video |

**Exhibit C - TVpad Server IP Addresses and Domain Names**

| | | | | |
|---|---|---|---|---|
| CloudDDOS | 45.61.239.52 | February 9, 2016 | | Streaming Video |
| CloudDDOS | 45.61.239.19 | February 9, 2016 | | Streaming Video |
| CloudDDOS | 45.61.239.26 | February 9, 2016 | | Streaming Video |
| CloudDDOS | 45.61.239.136 | February 9, 2016 | | Streaming Video |
| CloudDDOS | 45.61.239.122 | February 9, 2016 | | Streaming Video |
| CloudDDOS | 45.61.239.180 | February 9, 2016 | | Streaming Video |
| CloudDDOS | 104.171.230.50 | February 9, 2016 | | Streaming Video |
| CloudDDOS | 104.171.230.102 | February 9, 2016 | | Streaming Video |
| CloudDDOS | 104.171.230.3 | February 9, 2016 | | Streaming Video |
| HOSTSPACE NETWORKS | 23.234.13.27 | February 9, 2016 | | Streaming Video |
| HOSTSPACE NETWORKS | 23.234.51.179 | February 9, 2016 | | Streaming Video |
| Hostkey/Mir Network | 141.105.65.146 | February 9, 2016 | | Streaming Video |
| Hostkey/Mir Network | 141.105.65.148 | February 9, 2016 | | Streaming Video |
| Hostkey | 5.39.216.124 | February 9, 2016 | | Streaming Video |
| Voxility | 5.254.104.22 | February 9, 2016 | | Streaming Video |

13

**TVpad4 IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| **TVpad4 connected through a US IP address** | | | | |
| Alibaba (Hong Kong) | 47.90.105.42 | April 14, 2017 | appepg.lpvlj.nz | TVpad4 Authentication |
| Enzu (US) | 23.244.43.236 | April 14, 2017 | xml.wwcwd.es | TVpad4 Operational Content |
| Cloudflare (US) | 104.27.153.76 | April 14, 2017 | res.blhhn.nz | TVpad4 Operational Content |
| eNom (US) | 69.64.147.242 | April 14, 2017 | res.kkpsg.es | TVpad4 Operational Content |
| AZURE TECHNOLOGY (US) | 45.61.239.11 | April 14, 2017 | poxy.thryee.es | TVpad4 Operational Content |
| Defender Network (US) | 23.234.13.27 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| AZURE TECHNOLOGY (US) | 45.61.239.33 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| AZURE TECHNOLOGY (US) | 104.171.230.80 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| AZURE TECHNOLOGY (US) | 104.171.230.102 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| AZURE TECHNOLOGY (US) | 45.61.239.122 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| AZURE TECHNOLOGY (US) | 104.171.230.3 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| AZURE TECHNOLOGY (US) | 45.61.239.180 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer (US) | 23.236.123.39 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer (US) | 107.151.128.172 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer (US) | 107.155.5.136 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer (US) | 23.236.123.53 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer (US) | 107.151.129.45 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |

14

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| Zenlayer (US) | 107.151.129.22 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| HostSpace (US) | 23.234.51.208 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| HostSpace (US) | 23.234.13.40 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| HostSpace (US) | 23.234.51.105 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |
| ZERO DDOS (US) | 104.167.81.53 | April 14, 2017 | | Live, Replay Live and VOD Streaming Video |

NG-S40TG52V 4824-1397-1783v.1 0094038-000021

**blueTV Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|------|-----------|-------------------|-------------|----------|
| blueTV connected through a US IP address ||||
| Nobis Technology (US) | 23.81.180.59 | April 4, 2017 | stbepg.adynd.top | blueTV Authentication |
| Cloudflare | 104.31.84.32 | April 4, 2017 | djres.grgog.top | blueTV apps store/download |
| Enzu (US) | 23.244.43.238 | April 4, 2017 | bi.ugddb.nz | blueTV Operational Content |
| Enzu (US) | 23.244.76.2 | April 4, 2017 | poxy.blueseae.top | blueTV Operational Content |
| Zenlayer (US) | 107.151.136.130 | April 4, 2017 | poxy.hrsnos.com | blueTV Operational Content |
| Nobis Technology (US) | 23.81.180.62 | April 4, 2017 | xml.edijv.top | blueTV Operational Content |
| Nobis Technology (US) | 23.81.180.61 | April 4, 2017 | appepg2.appepg.es xz.yhnbox.com | blueTV Operational Content |
| Cloudflare | 104.31.84.109 | April 4, 2017 | res.kkpsg.es | blueTV Operational Content |
| Cloudflare | 104.28.8.33 | April 4, 2017 | res.pxhdy.top | blueTV Operational Content |
| Clear DDOS (US) | 104.193.92.6 | April 4, 2017 | cnpic.hhnff.top | blueTV Operational Content |
| Defender Network (US) | 23.234.13.22 | April 4, 2017 | | Live, Replay Live and VOD Streaming Video |
| Defender Network (US) | 23.234.51.96 | April 4, 2017 | | Live, Replay Live and VOD Streaming Video |
| Clear DDOS (US) | 162.221.12.64 | April 4, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech (US) | 104.171.230.15 | April 4, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech (US) | 45.61.239.141 | April 4, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer (US) | 107.151.128.38 | April 4, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer (US) | 107.151.136.131 | April 4, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer (US) | 107.151.128.108 | April 4, 2017 | | Live, Replay Live and VOD Streaming Video |

16

**EXHIBIT D**

**Exhibit D**
**Third-Party TVpad Distributors**

3G TV Box LLC

Amilkar Trading Inc

Anton International Inc.

Asian Trade Ventures Inc

ATA Chungs Taekwondo, Inc

AVC Group Inc

B.K.A. Trading Inc

Bay Media Star Inc

Bee Lin Tey / Peter K. Tsui

Caytan Enterprise LLC

Chin Chen Chang / Cheetah Trading Co

CHM Int'l Trading Inc.

Chong Seon Yi / Young Ok Woo

Christine Enterprises, Inc.

Christine Tang / Wai K Tang

Chuang Wei Technology LLC (Yu Shao)

City Home Improvement Corp d/b/a 8th Ave Electronic & Appliance

Collection of Beauty LLC

CR Trading Co.

Crystal Clear Satellite Inc

CV Construction LLC

Daming Huang

Dynamic Distribution Warehouse

Dynamic Sports Group, Inc.

ECR International USA Inc

Effulgent Inc

Electronic Land Inc

Eugene Zhou / Bill Dao Bian Qi / Chi Wing Ma

Face Entertainment Ltd

Feng Lin

Financial Systems Support Inc / Romolo Depaolis

Formark Resource & Asset Management

Galaxy Talk Inc

George Thai / Katherine Thai

Gershon Zilber

Golden Ocean Sales, Inc.

Hair Plaza, Inc

Hawaiian Tel FCU / Gary Su

He Zhen Li

Henda International Trading Inc d/b/a Hengda International Trading

Hester Fashion of Chinatown Inc

Hui Duan Chen / Dingren Luo

Ja-De Trading Corp

Ja-De Trading Corp.

James T Chan

James Yang

Jia R Chen

Jiajie Shen

Jianming Shen

Jin Feng Li / Yong Qing Huang

Jing Wen Li

Johnson Chau

K & K Computer Repairs Center Inc.

K & M Store LLC / Ken's Electronics LLC

K & Y Car Accessories Inc

Kaiyee Ng

Ka-Ling Leung d/b/a Global Multimedia

Kar Li Wong

EXHIBIT D

| | |
|---|---|
| Ken's Electronics LLC | Top Star Satellite Inc |
| Kenneth W Chan | True Beauty Trading Inc. |
| Kwok Li | Tu Da Trading Inc |
| L&D | TV Pad Center Inc d/b/a TV Pad Center |
| Laura Tong | W Sweet & Sweet Inc d/b/a Ocean5 Inc |
| LCL General Contractor Inc | Wai Kwong Tang |
| Li Po Wu | Walon International Inc |
| Li Shu Liang | Watsing Inc |
| Lianju Zhang / Zhong Zhong Zang | Wei Hua Liang |
| Li-Jun Tan | Wei Yem Lum |
| Linhui Yang | Weidong Lu / Ling Sheng |
| M & J Electronics 2012 Inc | Westfield Industrial Corp |
| Marianne H S Choi / Kwong Hon Chan | Wing Hing Wood Furnishing Inc |
| Mavsak Inc | Xiu Ying Huang |
| May Dang | Y S International Inc t/a Travel Galleria |
| Media Journal Inc | Yan Bian |
| Minerva Synergy LLC | Yan Ni Gu |
| Mirage Entertainment | Yan Zheng Yang |
| Mr Zi Rui Lin | Yanjie Shen |
| NY Toner Inc | Yeon Soo Byun / Young S Byun |
| PA Security Camera | Yong Ji Tan |
| Qamar Abbas | Zhang Z Zhong |
| Qing Hua Li / Jie Lin | Zhong T Huang / Zhong Liang Huang |
| Raymond Tam | |
| RBS Citizens, NA | |
| Red Star Internet Inc | |
| Redsea Consultants Corp | |
| S . D Italia SRL | |
| S.D.H. Entertainment, Inc | |
| Siu C Ng | |
| Sky Dragon Appliance Inc. | |
| STV Satellite Co. | |
| Toner.com Inc | |