| | |
|---|---|
| 1 | SEAN M. SULLIVAN (State Bar No. 229104) |
|   | seansullivan@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California 90017-2566 |
|   | Tel.: (213) 633-6800  Fax: (213) 633-6899 |
| 4 | |
|   | ROBERT D. BALIN (*pro hac vice*) |
| 5 | robbalin@dwt.com |
|   | LACY H. KOONCE, III (*pro hac vice*) |
| 6 | lancekoonce@dwt.com |
|   | SAMUEL BAYARD (*pro hac vice*) |
| 7 | samuelbayard@dwt.com |
|   | GEORGE WUKOSON (*pro hac vice*) |
| 8 | georgewukoson@dwt.com |
|   | DAVIS WRIGHT TREMAINE LLP |
| 9 | 1251 Avenue of the Americas, 21st Floor |
|   | New York, New York 10020 |
| 10 | Tel.: (212) 489-8230  Fax: (212) 489-8340 |
|    | ATTORNEYS FOR PLAINTIFFS |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company, | ) ) ) ) ) ) ) ) | Case No. **CV 15-1869 SVW (AJWx)** **[PROPOSED] ORDER SUPPLEMENTING EXHIBIT C TO SECOND AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LTD.** |
| Plaintiffs, | ) | |
| vs. | ) | |
| CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court has considered the Request by Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") to Supplement Exhibit C to the Second Amended Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Ltd. [ECF No. 214] (the "Permanent Injunction"), and all documents in support thereof. Good cause appearing to enter the requested relief, IT IS HEREBY ORDERED that Plaintiffs' Request is GRANTED, and Exhibit C to the Permanent Injunction is hereby supplemented to include the materials appended hereto as <u>Exhibits 1</u> and <u>2</u>. The Permanent Injunction otherwise remains in force as entered.

IT IS SO ORDERED.

_____, 2017

_____
Hon. Stephen V. Wilson
Judge of the United States District Court

1
[PROPOSED] ORDER SUPPLEMENTING EXHIBIT C TO PERMANENT INJUNCTION
4834-0978-5418v.2 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899