# Exhibit 1

**TVpad/blueTV Second-Level Domains**

| | | |
|---|---|---|
| boxepg.com | wsxepg.com | jsjaa.nz |
| padepg.com | rfvstb.com | goodbox.nz |
| listebox.com | tepgstb.com | mzvgt.top |
| wsxlist.com | yoyub.es | yejawow.com |
| qaxlist.com | stblist.es | vietnsteo.com |
| xqlzoy.com | dzjmd.nz | ngpmb.nz |
| livetvpad.com | xqlzoy.nz | zuqcj.es |
| force2009web.net | tgblist.com | tailadviw.com |
| plbegy.com | hzxzbox.com | xquxt.nz |
| oyhrtp.com | lpvlj.nz | woabzr.nz |
| prsolive.com | wwcwd.es | monysc.es |
| vdese.com | blhhn.nz | ditienay.es |
| qazlist.com | thryee.es | uwwhv.nz |
| ukshix.com | ugddb.nz | |
| kkpsg.es | grgog.top | |
| soppp.net | blueseae.top | |
| gvplayer.com | edijv.top | |
| lighope.top | pxhdy.top | |
| qabaao.com | hhnff.top | |
| cngvnet.com | hrsnos.com | |
| tgstblist.com | yhnbox.com | |
| ccohi.nz | adynd.top | |
| qkmfe.es | appepg.es | |
| plbegy.com | zuqcj.es | |