# Exhibit 2

**blueTV Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| YesUp | 198.144.156.69 | July 10, 2017 | stbepg.zuqcj.es sproxy.jsjaa.nz caepg2.goodbox.nz caepg2.mzvgt.top | blueTV Authentication blueTV Operational Content |
| YesUp | 198.144.148.64 | July 10, 2017 | tpres.yejawow.com sres.vietnsteo.com | blueTV Operational Content |
| Hostspace | 23.252.163.56 | July 10, 2017 | xml.ngpmb.nz | blueTV Operational Content |
| YesUp | 198.144.148.55 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.25 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.31 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.37 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.8 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.78 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.15 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.106 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.141 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.38 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Clear DDOS | 162.221.15.120 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.156.69 | July 7, 2017 | stbepg.zuqcj.es sproxy.jsjaa.nz caepg2.goodbox.nz caepg2.mzvgt.top | blueTV Authentication blueTV Operational Content |
| YesUp | 198.144.148.64 | July 7, 2017 | tpres.yejawow.com sres.vietnsteo.com | blueTV Operational Content |
| Hostspace | 23.252.163.56 | July 7, 2017 | xml.ngpmb.nz | blueTV Operational Content |
| YesUp | 198.144.148.55 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |

4815-2095-4699v.1 0094038-000021

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| YesUp | 198.144.148.25 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.31 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.37 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.78 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.15 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.106 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.141 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Clear DDOS | 162.221.15.120 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.156.69 | June 26, 2017 | stbepg.zuqcj.es | blueTV Authentication |
| YesUp | 198.144.148.43 | June 26, 2017 | sproxy.jsjaa.nz | blueTV apps store/download |
| Hostspace | 23.252.162.212 | June 26, 2017 | caepg2.goodbox.nz | blueTV Operational Content |
| Hostspace | 23.252.163.56 | June 26, 2017 | xml.ngpmb.nz | blueTV Operational Content |
| | | | | |
| YesUp | 198.144.148.37 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.128.136 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.136.133 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.128.107 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 23.236.123.10 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.15 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.141 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Clear DDOS | 162.221.15.120 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |

4815-2095-4699v.1 0094038-000021

**TVPad4 Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| YesUp | 198.144.156.64 | July 10, 2017 | tpres.tailadviw.com | TVPad Operational Content |
| YesUp | 198.144.156.63 | July 10, 2017 | xml.xquxt.nz | TVPad Operational Content |
| YesUp | 198.144.156.68 | July 10, 2017 | poxydig.woabzr.nz poxy.monysc.es poxydig.ditienay.es | TVPad Operational Content |
| YesUp | 198.144.156.64 | July 7, 2017 | tpres.tailadviw.com | TVPad Operational Content |
| YesUp | 198.144.156.63 | July 7, 2017 | xml.xquxt.nz | TVPad Operational Content |
| YesUp | 198.144.156.68 | July 7, 2017 | poxydig.woabzr.nz poxy.monysc.es poxydig.ditienay.es | TVPad Operational Content |
| Nobis | 173.208.83.230 | June 26, 2017 | atpres.tailadviw.com | TVPad Operational Content |
| YesUp | 198.144.156.63 | June 26, 2017 | xml.xquxt.nz | TVPad Operational Content |
| YesUp | 198.144.156.68 | June 26, 2017 | poxydig.woabzr.nz | TVPad Operational Content |
| Zenlayer | 107.151.129.78 | June 26, 2017 | appepg.uwwhv.nz | TVPad Operational Content |
| Zenlayer | 128.1.226.34 | June 26, 2017 | poxy.thryee.es | TVPad Operational Content |
| | | | | |
| YesUp | 198.144.156.25 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Hostspace | 23.234.51.187 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Hostspace | 23.234.51.179 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.122 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.33 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.180 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| ZeroDDOS | 104.167.81.53 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 23.236.123.54 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.155.5.137 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.129.20 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.129.45 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.170.190 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.160.19 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |

4815-2095-4699v.1 0094038-000021

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| Zenlayer | 107.151.136.22 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.128.171 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |

4815-2095-4699v.1 0094038-000021