SEAN M. SULLIVAN (State Bar No. 229104)
   seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800 Fax: (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
   robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
   lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
   samuelbayard@dwt.com
GEORGE WUKOSON (*pro hac vice*)
   georgewukoson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel.: (212) 489-8230 Fax: (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

==AMENDED==

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>                Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>                Defendants. | Case No.<br>**CV 15-1869 SVW (AJWx)**<br><br>**ORDER SUPPLEMENTING EXHIBIT C TO SECOND AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CREATE NEW TECHNOLOGY (HK) LIMITED AND HUA YANG INTERNATIONAL TECHNOLOGY LTD.** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court has considered the Request by Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively, "Plaintiffs") to Supplement Exhibit C to the Second Amended Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants Create New Technology (HK) Limited and Hua Yang International Technology Ltd. [ECF No. 214] (the "Permanent Injunction"), and all documents in support thereof. Good cause appearing to enter the requested relief, IT IS HEREBY ORDERED that Plaintiffs' Request is GRANTED, and Exhibit C to the Permanent Injunction is hereby supplemented to include the materials appended hereto as Exhibits 1 and 2. The Permanent Injunction otherwise remains in force as entered.

IT IS SO ORDERED.

July 11, 2017

_____
Hon. Stephen V. Wilson
Judge of the United States District Court

1
ORDER SUPPLEMENTING EXHIBIT C TO PERMANENT INJUNCTION
4834-0978-5418v.2 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# Exhibit 1

## TVpad/blueTV Second-Level Domains

| | | |
|---|---|---|
| boxepg.com | wsxepg.com | jsjaa.nz |
| padepg.com | rfvstb.com | goodbox.nz |
| listebox.com | tepgstb.com | mzvgt.top |
| wsxlist.com | yoyub.es | yejawow.com |
| qaxlist.com | stblist.es | vietnsteo.com |
| xqlzoy.com | dzjmd.nz | ngpmb.nz |
| livetvpad.com | xqlzoy.nz | zuqcj.es |
| force2009web.net | tgblist.com | tailadviw.com |
| plbegy.com | hzxzbox.com | xquxt.nz |
| oyhrtp.com | lpvlj.nz | woabzr.nz |
| prsolive.com | wwcwd.es | monysc.es |
| vdese.com | blhhn.nz | ditienay.es |
| qazlist.com | thryee.es | uwwhv.nz |
| ukshix.com | ugddb.nz | |
| kkpsg.es | grgog.top | |
| soppp.net | blueseae.top | |
| gvplayer.com | edijv.top | |
| lighope.top | pxhdy.top | |
| qabaao.com | hhnff.top | |
| cngvnet.com | hrsnos.com | |
| tgstblist.com | yhnbox.com | |
| ccohi.nz | adynd.top | |
| qkmfe.es | appepg.es | |
| plbegy.com | zuqcj.es | |

# Exhibit 2

**blueTV Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| YesUp | 198.144.156.69 | July 10, 2017 | stbepg.zuqcj.es sproxy.jsjaa.nz caepg2.goodbox.nz caepg2.mzvgt.top | blueTV Authentication blueTV Operational Content |
| YesUp | 198.144.148.64 | July 10, 2017 | tpres.yejawow.com sres.vietnsteo.com | blueTV Operational Content |
| Hostspace | 23.252.163.56 | July 10, 2017 | xml.ngpmb.nz | blueTV Operational Content |
| YesUp | 198.144.148.55 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.25 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.31 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.37 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.8 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.78 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.15 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.106 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.141 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.38 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| Clear DDOS | 162.221.15.120 | July 10, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.156.69 | July 7, 2017 | stbepg.zuqcj.es sproxy.jsjaa.nz caepg2.goodbox.nz caepg2.mzvgt.top | blueTV Authentication blueTV Operational Content |
| YesUp | 198.144.148.64 | July 7, 2017 | tpres.yejawow.com sres.vietnsteo.com | blueTV Operational Content |
| Hostspace | 23.252.163.56 | July 7, 2017 | xml.ngpmb.nz | blueTV Operational Content |
| YesUp | 198.144.148.55 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |

1

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| YesUp | 198.144.148.25 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.31 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.37 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.78 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.15 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.106 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.141 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| Clear DDOS | 162.221.15.120 | July 7, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.156.69 | June 26, 2017 | stbepg.zuqcj.es | blueTV Authentication |
| YesUp | 198.144.148.43 | June 26, 2017 | sproxy.jsjaa.nz | blueTV apps store/download |
| Hostspace | 23.252.162.212 | June 26, 2017 | caepg2.goodbox.nz | blueTV Operational Content |
| Hostspace | 23.252.163.56 | June 26, 2017 | xml.ngpmb.nz | blueTV Operational Content |
| | | | | |
| YesUp | 198.144.148.37 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| YesUp | 198.144.148.49 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.128.136 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.136.133 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.128.107 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 23.236.123.10 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 104.171.230.15 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.141 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Clear DDOS | 162.221.15.120 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |

4815-2095-4699v.1 0094038-000021

**TVPad4 Server IP Addresses and Domain Names**

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| YesUp | 198.144.156.64 | July 10, 2017 | tpres.tailadviw.com | TVPad Operational Content |
| YesUp | 198.144.156.63 | July 10, 2017 | xml.xquxt.nz | TVPad Operational Content |
| YesUp | 198.144.156.68 | July 10, 2017 | poxydig.woabzr.nz poxy.monysc.es poxydig.ditienay.es | TVPad Operational Content |
| YesUp | 198.144.156.64 | July 7, 2017 | tpres.tailadviw.com | TVPad Operational Content |
| YesUp | 198.144.156.63 | July 7, 2017 | xml.xquxt.nz | TVPad Operational Content |
| YesUp | 198.144.156.68 | July 7, 2017 | poxydig.woabzr.nz poxy.monysc.es poxydig.ditienay.es | TVPad Operational Content |
| Nobis | 173.208.83.230 | June 26, 2017 | atpres.tailadviw.com | TVPad Operational Content |
| YesUp | 198.144.156.63 | June 26, 2017 | xml.xquxt.nz | TVPad Operational Content |
| YesUp | 198.144.156.68 | June 26, 2017 | poxydig.woabzr.nz | TVPad Operational Content |
| Zenlayer | 107.151.129.78 | June 26, 2017 | appepg.uwwhv.nz | TVPad Operational Content |
| Zenlayer | 128.1.226.34 | June 26, 2017 | poxy.thryee.es | TVPad Operational Content |
| | | | | |
| YesUp | 198.144.156.25 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Hostspace | 23.234.51.187 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Hostspace | 23.234.51.179 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.122 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.33 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Azure Tech | 45.61.239.180 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| ZeroDDOS | 104.167.81.53 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 23.236.123.54 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.155.5.137 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.129.20 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.129.45 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.170.190 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.160.19 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |

4815-2095-4699v.1 0094038-000021

| Host | IP address | Date of detection | Domain Name | Function |
|---|---|---|---|---|
| Zenlayer | 107.151.136.22 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |
| Zenlayer | 107.151.128.171 | June 26, 2017 | | Live, Replay Live and VOD Streaming Video |

4