SEAN M. SULLIVAN (State Bar No. 229104)
   seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
   robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
   lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
   samuelbayard@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
Tel.:  (212) 489-8230  Fax:  (212) 489-8340
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10, <br><br> Defendants. | Case No. <br> **CV 15-1869 SVW (AJWx)** <br><br> **DECLARATION OF NICHOLAS BRAAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT** <br><br> Courtroom:  10A <br> Judge:  Hon. Steven V. Wilson |

## DECLARATION OF NICHOLAS BRAAK

I, Nicholas Braak, declare as follows:

1.      I make this declaration in support of Plaintiffs' present motion for contempt. I have personal knowledge of the facts contained herein and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which are matters I believe to be true.

2.      I am a licensed private investigator and have worked as a computer forensics investigator for more than nine years. I am employed by the Mintz Group LLC ("Mintz"), a corporate research and investigations firm based in New York, with offices in Washington D.C., London, Hong Kong, Beijing, Nairobi, and six other cities throughout the world. I have worked for Mintz since January 2014. During my career in information security and digital forensics, I have participated in hundreds of investigations involving intellectual property rights, cybercrime, Internet forensics, and other matters.

3.      Mintz was retained in 2014 by Plaintiffs China Central Television ("CTV"), China International Communications Co., Ltd., TVB Holdings (USA), Inc. ("TVB"), and DISH Network L.L.C. (collectively "Plaintiffs") to investigate the TVpad device manufactured by defendant Create New Technology (HK) Limited ("CNT") and the unlicensed international television programming provided to U.S. consumers through the TVpad device.

4.      As discussed in my prior declarations, I have managed the forensic investigation for this matter and conducted research at the direction of Christopher Weil, the lead Mintz investigator. During the course of our investigation, Mintz purchased TVpad3, TVpad4 and blueTV devices. I personally forensically tested each of these devices and confirmed their consistent functionality among devices of the same model. I also personally viewed and caused to be recorded streamed content delivered by these devices and have periodically monitored the continued availability

1

DECLARATION OF NICHOLAS BRAAK

of that streamed content through these devices and the services provided on them. As part of this work, I have periodically identified IP addresses and domain names that the TVpad and blueTV devices and their infringing applications ("apps") use to function and deliver CCTV and TVB television programming.

5. As I stated in my April 17, 2017 and July 10, 2017 declarations [Doc. Nos. 211-1 & 215-1], in my experience, manufacturers (such as CNT) of devices used for copyright infringement—like the TVpad and blueTV devices—often attempt to thwart enforcement actions taken against them by changing the IP addresses and domain names of the online resources utilized by such devices.  As I discussed in my prior declarations, since this Court's issuance of its preliminary injunction order in June 2015, I have observed that CNT has done just this. Plaintiffs have regularly sought to enforce this Court's injunctions by serving them on third party internet service providers ("ISPs") who control the domain names and servers that CNT and other Enjoined Parties are using to maintain the functionality of TVpad and blueTV infringing apps and to stream video through those apps; and the Enjoined Parties have responded by speedily setting up new domain names and new servers at new IP addresses in an effort to evade Plaintiffs' enforcement of this Court's injunctions.

6. In particular, it now appears that the Enjoined Parties are making use of a few select ISPs that—as Plaintiffs' counsel informs me—have ignored correspondence notifying them of this Court's injunctions: Azure Technology Co., Ltd. ("Azure Tech"); ZERO DDOS LLC ("Zero DDOS"); and ClearDDoS Technologies ("Clear DDOS").

7. According to Colorado Secretary of State records, Azure Tech is a Colorado corporation that was originally incorporated as CLOUDDDOS TECHNOLOGY CO., LIMITED ("Cloud DDOS"). According to records maintained by the American Registry for Internet Numbers, an organization that allocates internet resources in North America, Azure Tech and Cloud DDOS share common IP addresses and both are associated with the website located at cloudddos.com and

DECLARATION OF NICHOLAS BRAAK

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

email addresses containing the domain name azure-tech.com. This indicates that Azure Tech and Cloud DDOS are commonly owned or operated. True and correct copies of these Colorado Secretary of State and ARIN records are attached hereto as Exhibit 1 hereto.

8. In Exhibit 2 hereto I have identified the hosting ISPs, server IP addresses, and domain names that the Enjoined Parties are currently using to evade enforcement of this Court's permanent injunction and to continue perpetrating their infringement of CCTV and TVB television programs. As shown in Exhibit 2, testing conducted from July through September, 2017 shows that Azure Tech and Zero DDOS have continued to provide hosting services to the Enjoined Parties in connection with their enjoined, infringing activities, and testing conducted in July and August, 2017 shows that Clear DDOS has continued to provide hosting services to the Enjoined Parties in connection with their enjoined, infringing activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of October, 2017 in New York, New York.

Nicholas Braak

DECLARATION OF NICHOLAS BRAAK

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 1

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

**E-Filed**

Colorado Secretary of State
Date and Time: 07/04/2016 04:33 AM
ID Number: 20141229002

Document number: 20161457965
Amount Paid: $100.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement Curing Delinquency
filed pursuant to §7-90-904 of the Colorado Revised Statutes (C.R.S)

1. For the delinquent entity, its ID number, entity name and jurisdiction of formation are

ID number          20141229002
                   *(Colorado Secretary of State ID number)*

Entity name        AZURE TECHNOLOGY CO., LIMITED

Jurisdiction where formed   Colorado                                          .

2. By providing the information required herein, this statement corrects all grounds for delinquency cited by the secretary of state.

3. The registered agent name and registered agent address of the registered agent are

Name
(if an individual)    GU                Guosheng
                      *(Last)*          *(First)*          *(Middle)*      *(Suffix)*

**OR**

(if an entity)
   *(Caution:  Do not provide both an individual and an entity name).*

The person appointed as registered agent above has consented to being so appointed.

Street address       1644 Sherman Street
                     *(Street number and name)*

                     Denver                    CO    80203
                     *(City)*                 *(State)*   *(Zip Code)*

Mailing address
(**leave blank** if same as street address)    *(Street number and name or Post Office Box information)*

                                              CO
                     *(City)*                 *(State)*   *(Zip Code)*

*(If the following statement applies, adopt the statement by marking the box.)*
☐  The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

4.  The principal office address of the entity's principal office is

Street address

780 Epperson Dr.,
*(Street number and name)*

City of Industry      CA    91748
*(City)*      *(State)*      *(Postal/Zip Code)*

United States
*(Province – if applicable)*      *(Country – if not US)*

Mailing address
(**leave blank** if same as street address)

*(Street number and name or Post Office Box information)*

*(City)*      *(State)*      *(Postal/Zip Code)*

*(Province – if applicable)*      *(Country – if not US)*

*(If the following statement applies, adopt the statement by marking the box.)*

☐ The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

5. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

6. (**Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____.
*(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. The true name and mailing address of the individual causing the document to be delivered for filing are

GU      GUOSHENG
*(Last)*      *(First)*      *(Middle)*      *(Suffix)*

780 Epperson Dr.
*(Street number and name or Post Office Box information)*

city of industry      CA    91748
*(City)*      *(State)*      *(Postal/Zip Code)*

*(Province – if applicable)*      *(Country – if not US)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐  This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

**E-Filed**

Colorado Secretary of State
Date and Time: 05/02/2016 11:14 PM
ID Number: 20141229002

Document number: 20161315832
Amount Paid: $25.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Amendment
filed pursuant to §7-90-301, et seq. and §7-110-106 of the Colorado Revised Statutes (C.R.S.)

ID number: _____ 20141229002 _____

1. Entity name: ___ CLOUDDDOS TECHNOLOGY CO., LIMITED ___
*(If changing the name of the corporation, indicate name before the name change)*

2. New Entity name: ___ AZURE TECHNOLOGY CO., LIMITED ___
   (if applicable)

3. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box)*:

   ☐ "bank" or "trust" or any derivative thereof
   ☐ "credit union"   ☐ "savings and loan"
   ☐ "insurance", "casualty", "mutual", or "surety"

4. Other amendments, if any, are attached.

5. If the amendment provides for an exchange, reclassification or cancellation of issued shares, the attachment states the provisions for implementing the amendment.

6. If the corporation's period of duration as amended is less than perpetual, state the date on which the period of duration expires: _____
*(mm/dd/yyyy)*

   or

   If the corporation's period of duration as amended is perpetual, mark this box:  ☐

7. *(Optional)* Delayed effective date: _____
*(mm/dd/yyyy)*

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

8. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| GU | | GUOSHENG | | | |
|---|---|---|---|---|---|
| *(Last)* | | *(First)* | | *(Middle)* | *(Suffix)* |

36 South 18th Ave

*(Street name and number or Post Office information)*

| Brighton | | CO | 80601 | |
|---|---|---|---|---|
| *(City)* | | *(State)* | | *(Postal/Zip Code)* |

United States

*(Province – if applicable)*                    *(Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

**E-Filed**

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 04/07/2014 07:05 PM
ID Number: 20141229002

Document number: 20141229002
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Incorporation for a Profit Corporation
filed pursuant to § 7-102-101 and § 7-102-102 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name for the corporation is

CLOUDDDOS TECHNOLOGY CO., LIMITED.

*(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the corporation's initial principal office is

Street address      SHUIKOU,WENSHUI VILLAGE,BAIDU TOWN
                                       *(Street number and name)*

MEI COUNTY            514700
     *(City)*         *(State)*       *(ZIP/Postal Code)*
GUANGDONG PROVINCE    China
   *(Province – if applicable)*       *(Country)*

Mailing address
(leave blank if same as street address)
                         *(Street number and name or Post Office Box information)*

      *(City)*        *(State)*       *(ZIP/Postal Code)*

     *(Province – if applicable)*       *(Country)*

3. The registered agent name and registered agent address of the corporation's initial registered agent are

Name
(if an individual)      GU           Guosheng
                      *(Last)*       *(First)*      *(Middle)*     *(Suffix)*

or

(if an entity)

*(Caution:  Do not provide both an individual and an entity name.)*

Street address      1644 Sherman Street
                                   *(Street number and name)*

Denver            CO     80203
     *(City)*        *(State)*       *(ZIP/Postal Code)*

Mailing address
(leave blank if same as street address)
                         *(Street number and name or Post Office Box information)*

                CO
      *(City)*        *(State)*       *(ZIP/Postal Code)*

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent above has consented to being so appointed.

4. The true name and mailing address of the incorporator are

Name
(if an individual)      GU_____   Guosheng___   _____ ____
                        *(Last)*              *(First)*         *(Middle)*      *(Suffix)*

or

(if an entity)      _____
*(Caution:  Do not provide both an individual and an entity name.)*

Mailing address      SHUIKOU,WENSHUI VILLAGE,BAIDU TOWN___
                     *(Street number and name or Post Office Box information)*

                     _____

                     MEI COUNTY_____   OR__   514700_____
                     *(City)*                   *(State)*     *(ZIP/Postal Code)*
                     GUANGDONG PROVINCE___   United States .
                     *(Province – if applicable)*         *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ The corporation has one or more additional incorporators and the name and mailing address of each additional incorporator are stated in an attachment.

5. The classes of shares and number of shares of each class that the corporation is authorized to issue are as follows.

   ⦿ The corporation is authorized to issue  50,000___  common shares that shall have unlimited voting rights and are entitled to receive the net assets of the corporation upon dissolution.

   ○ Information regarding shares as required by section 7-106-101, C.R.S., is included in an attachment.

6. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

   ☐ This document contains additional information as provided by law.

7. *(Caution:  Leave blank if the document does not have a delayed effective date.  Stating a delayed effective date has significant legal consequences.  Read instructions before entering a date.)*

   *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
   The delayed effective date and, if applicable, time of this document is/are  _____.
                                                                              *(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing the document to be delivered for filing are

GU _____ Guosheng ____ _____ ____
*(Last)*           *(First)*        *(Middle)*      *(Suffix)*

SHUIKOU,WENSHUI VILLAGE,BAIDU TOWN _____
*(Street number and name or Post Office Box information)*

_____

MEI COUNTY _____ ____ 514700 _____
*(City)*             *(State)*      *(ZIP/Postal Code)*

GUANGDONG PROVINCE   China _____ .
*(Province – if applicable)*          *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☑ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

Entity Name:CLOUDDDOS TECHNOLOGY CO., LIMITED

The corporation is authorized to issue 50000 common shares that shall have unlimited voting rights and are entitled to receive the net assets of corporation upon dissolution.

1.Guosheng GU(Director&Shareholder)

| #of Shares | Type of Stock | $Value per Share |
|---|---|---|
| 12500 | Per Value | 1 |

SHUIKOU,WENSHUI VILLAGE,BAIDU TOWN,
MEI COUNTY,
GUANGDONG PROVINCE,CHINA
Postal:514700

2.Guan WANG(Director&Shareholder)

| #of Shares | Type of Stock | $Value per Share |
|---|---|---|
| 12500 | Per Value | 1 |

NO.12,WANGWU,DAWOLI,MEIZI VILLAGE,
FUXING SUBDISTRICT OFFICE,
XINGNING CITY,GUANGDONG PROVINCE,CHINA
Postal:514500

3.Binyan JI(Director&Shareholder)

| #of Shares | Type of Stock | $Value per Share |
|---|---|---|
| 12500 | Per Value | 1 |

3/F,NO.23,LANE 11,JINHE,ANHE ST.,XINJIN SUBDISTRICT,
LONGHU DISTRICT,SHANTOU CITY,
GUANGDONG PROVINCE,CHINA
Postal:515000

4.Fan ZHANG(Director&Shareholder)

| #of Shares | Type of Stock | $Value per Share |
|------------|---------------|-------------------|
| 12500 | Per Value | 1 |

RM405,BLDG 15,NO.53,RENMIN AVE.,
XIASHAN DISTRICT,ZHANJIANG CITY,
GUANGDONG PROVINCE,CHINA
Postal:524000

## WHOIS-RWS

You searched for: **AS53587**

| Autonomous System Number | |
|---|---|
| Number | 53587 |
| Name | AZT |
| Handle | AS53587 |
| Organization | AZURE TECHNOLOGY CO., LIMITED (CTC-211) |
| Registration Date | 2014-06-12 |
| Last Updated | 2017-01-13 |
| Comments | www.cloudddos.com |
| RESTful Link | https://whois.arin.net/rest/asn/AS53587 |
| See Also | Organization's POC records. |

| Organization | |
|---|---|
| Name | AZURE TECHNOLOGY CO., LIMITED |
| Handle | CTC-211 |
| Street | 1644 Sherman Street |
| City | Denver |
| State/Province | CO |
| Postal Code | 80203 |
| Country | US |
| Registration Date | 2014-04-30 |
| Last Updated | 2017-01-28 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/org/CTC-211 |

| Function | Point of Contact |
|---|---|
| Admin | LUUOK-ARIN (LUUOK-ARIN) |
| Abuse | ABUSE4790-ARIN (ABUSE4790-ARIN) |
| Tech | TST194-ARIN (TST194-ARIN) |
| NOC | TST194-ARIN (TST194-ARIN) |

| Point of Contact | |
|---|---|
| Note | ARIN has attempted to validate the data for this POC, but has received no response from the POC since 2017-08-04 |
| Name | Luuo , Ken |
| Handle | LUUOK-ARIN |

| | |
|---|---|
| Company | Azure Technology Co.,Limited |
| Street | 1644 Sherman Street |
| City | Denver |
| State/Province | CO |
| Postal Code | 80203 |
| Country | US |
| Registration Date | 2014-04-29 |
| Last Updated | 2016-08-05 |
| Comments | www.SANLAYER.COM<br>Standard Noc Hours are 7am to 11PM PST |
| Phone | +1-805-334-5945 (Office) |
| Email | terry@azure-tech.com |
| RESTful Link | https://whois.arin.net/rest/poc/LUUOK-ARIN |

| Point of Contact | |
|---|---|
| Name | Abuse |
| Handle | ABUSE4790-ARIN |
| Company | CouldDDoS Technology Co.,Limited |
| Street | 1644 Sherman Street |
| City | Denver |
| State/Province | CO |
| Postal Code | 80203 |
| Country | US |
| Registration Date | 2014-07-02 |
| Last Updated | 2017-07-19 |
| Comments | www.cloudddos.com |
| Phone | +1-805-334-5945 (Office) |
| Email | abuse@azure-tech.com |
| RESTful Link | https://whois.arin.net/rest/poc/ABUSE4790-ARIN |

| Point of Contact | |
|---|---|
| Name | Tech Support Team |
| Handle | TST194-ARIN |
| Company | CouldDDoS Technology Co.,Limited |
| Street | 1644 Sherman Street |
| City | Denver |
| State/Province | CO |
| Postal Code | 80203 |
| Country | US |

| | |
|---|---|
| Registration Date | 2014-08-19 |
| Last Updated | 2016-08-23 |
| Comments | Standard NOC hours are 7am to 11pm EST |
| Phone | +1-805-334-5945 (Office) |
| Email | ts@azure-tech.com |
| RESTful Link | https://whois.arin.net/rest/poc/TST194-ARIN |

# EXHIBIT 2

**TVpad TV China app Server IP Addresses and Domain Names July 2017, August 2017, September 2017**

| Host | IP address | Date of detection | Function |
|---|---|---|---|
| **TVPad 4 connected through a US IP address** | | | |
| Zero DDOS | 104.167.81.54 | July 28, 2017<br>August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Azure Tech | 104.171.230.78 | August 8, 2017<br>August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Azure Tech | 104.171.230.8 | July 28, 2017<br>August 8, 2017 | Live Streaming Video |
| Azure Tech | 104.171.230.15 | July 28, 2017<br>August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Azure Tech | 104.171.230.106 | July 28, 2017<br>August 11, 2017 | Live Streaming Video |
| Azure Tech | 45.61.239.141 | August 8, 2017<br>August 11, 2017 | Live Streaming Video |
| Azure Tech | 45.61.239.127 | July 28, 2017<br>August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Azure Tech | 45.61.239.185 | August 8, 2017<br>August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Clear DDOS | 162.221.15.117 | August 8, 2017<br>August 11, 2017 | Live Streaming Video |
| Clear DDOS | 162.221.15.120 | July 28, 2017 | Live Streaming Video |

1

**blueTV Server IP Addresses and Domain Names July 2017, August 2017, September 2017**

| Host | IP address | Date of detection | Function |
|------|-----------|-------------------|----------|
| **blueTV connected through a US IP address** | | | |
| Zero DDOS | 104.167.81.54 | August 11, 2017 | Live Streaming Video |
| Azure Tech | 104.171.230.78 | August 8, 2017<br>August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Azure Tech | 104.171.230.8 | July 28, 2017<br>August 8, 2017 | Live Streaming Video |
| Azure Tech | 104.171.230.15 | August 8, 2017<br>August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Azure Tech | 104.171.230.106 | August 8, 2017<br>August 11, 2017 | Live Streaming Video |
| Azure Tech | 45.61.239.141 | August 8, 2017<br>August 11, 2017 | Live Streaming Video |
| Azure Tech | 45.61.239.127 | August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Azure Tech | 45.61.239.185 | July 28, 2017<br>August 8, 2017<br>August 11, 2017<br>September 11, 2017 | Live Streaming Video |
| Azure Tech | 45.61.239.38 | July 28, 2017<br>August 8, 2017 | Live Streaming Video |
| Clear DDOS | 162.221.15.117 | August 8, 2017<br>August 11, 2017 | Live Streaming Video |