# EXHIBIT 4

## Raghu, Jamie

| | |
|---|---|
| **From:** | Nico.Zheng <nico.zheng@clear-ddos.com> |
| **Sent:** | Monday, October 12, 2015 11:33 PM |
| **To:** | 'cs@clear-ddos.com'; 'support@clear-ddos.com'; Wukoson, George |
| **Cc:** | Koonce, Lance |
| **Subject:** | Re: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW) |

Hello,

We have inform user to check, thanks.

Regards
Nico Zheng

Original Message
**Sender:** George" <GeorgeWukoson@dwt.com>
**Recipient:** 'cs@clear-ddos.com'<cs@clear-ddos.com>; 'support@clear-ddos.com'<support@clear-ddos.com>
**Cc:** Lance" <lancekoonce@dwt.com>
**Date:** Tuesday, Oct 13, 2015  06:15
**Subject:** Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

To Whom it May Concern,

Please see the attached correspondence and Word version of Exhibit 2.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6479 | Fax: (212) 489-8340
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.