# EXHIBIT 5

**Raghu, Jamie**
___

| | |
|---|---|
| **From:** | Wukoson, George |
| **Sent:** | Tuesday, October 13, 2015 10:17 AM |
| **To:** | 'Nico.Zheng'; 'cs@clear-ddos.com'; 'support@clear-ddos.com' |
| **Cc:** | Koonce, Lance |
| **Subject:** | RE: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW) |

Dear Mr. Zheng:

Thank you for your email. Please be advised that, whether or not you provide notice to your subscriber, ClearDDoS must immediately obey the Preliminary Injunction Order issued by the Federal District Court for the Central District of California.

The Preliminary Injunction Order bars third parties like ClearDDoS from providing web, server and file hosting services to the enjoined parties. ClearDDoS is bound by the Preliminary Injunction Order now that it has received notice of it, and the Order requires ClearDDoS to immediately stop providing hosting services regardless of any statement by any of its customers or account holders.

Compliance with the Preliminary Injunction Order is mandatory. As it states, "[v]iolation of this injunction will expose Defendants and all other persons bound by the injunction to all penalties, including contempt of Court." Preliminary Injunction Order ¶ 4 (Exhibit 1 to the October 12 Koonce letter to ClearDDoS).

Please confirm that ClearDDoS will comply with the Preliminary Injunction Order.

Best regards,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Nico.Zheng [mailto:nico.zheng@clear-ddos.com]
**Sent:** Monday, October 12, 2015 11:33 PM
**To:** 'cs@clear-ddos.com'; 'support@clear-ddos.com'; Wukoson, George
**Cc:** Koonce, Lance
**Subject:** Re: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

Hello,

We have inform user to check, thanks.


Regards
Nico Zheng

 Original Message
**Sender:** George" <GeorgeWukoson@dwt.com>
**Recipient:** 'cs@clear-ddos.com'<cs@clear-ddos.com>; 'support@clear-ddos.com'<support@clear-ddos.com>
**Cc:** Lance" <lancekoonce@dwt.com>

1

**Date:** Tuesday, Oct 13, 2015  06:15
**Subject:** Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

To Whom it May Concern,

Please see the attached correspondence and Word version of Exhibit 2.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6479 | Fax: (212) 489-8340
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.