# EXHIBIT 8

**Raghu, Jamie**

| | |
|---|---|
| **From:** | Wukoson, George |
| **Sent:** | Friday, October 16, 2015 12:11 AM |
| **To:** | 'Nico.Zheng'; 'cs@clear-ddos.com'; 'support@clear-ddos.com' |
| **Cc:** | Koonce, Lance |
| **Subject:** | RE: Preliminary Injunction Order, China Central Television, etal.v.Create New Technology HK Limited, et al., Civil ActionNo.15-cv-01869(MMM)(AJW) |

Dear Nico Zheng,

Thank you for your reply, but it appears that you misunderstand our communications. We have not sent you a "request," "email notice" or other copyright takedown notice of the type you might often receive. Rather, we have sent you a *court order* that you must comply with or face sanctions for non-compliance.

You do not need to evaluate the content hosted by the enjoined parties' accounts. A U.S. federal court has already determined that the content is infringing and illegal. This *court order* does not allow for a delay for your client to respond. Your client's response does not matter. Other ISPs that we have provided notice to have quickly complied by disabling the accounts we asked them to disable.

We can discuss the order by telephone at the below contact number if that is helpful to you. **If you continue to delay, however, Plaintiffs may seek relief from the court, possibly as soon as 48 hours from this email. This means that plaintiffs would seek sanctions against ClearDDoS for contempt, including possible civil fines and other penalties. ClearDDoS would be called to appear before the court to answer Plaintiffs' motion.**

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6479 | Fax: (212) 489-8340
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Nico.Zheng [mailto:nico.zheng@clear-ddos.com]
**Sent:** Thursday, October 15, 2015 11:41 PM
**To:** 'cs@clear-ddos.com'; 'support@clear-ddos.com'; Wukoson, George
**Cc:** Koonce, Lance
**Subject:** RE: Preliminary Injunction Order, China Central Television, etal.v.Create New Technology HK Limited, et al., Civil ActionNo.15-cv-01869(MMM)(AJW)

Hello,

We will fully assist for your request. However, we have no idea about the clients content if there's any copyright issue. And we also has contract and SLA with the client. So its not that easy for us to simply shutdown all their service just based your email notice. We will escalate this issue to the client, hopefully to get this issue be fixed asap.

Regards
Nico Zheng

Original Message
**Sender:** George" <GeorgeWukoson@dwt.com>
**Recipient:** Nico.Zheng<nico.zheng@clear-ddos.com>; 'cs@clear-ddos.com'<cs@clear-ddos.com>; 'support@clear-ddos.com'<support@clear-ddos.com>

1

**Cc:** Lance" <lancekoonce@dwt.com>
**Date:** Friday, Oct 16, 2015  02:58
**Subject:** RE: Preliminary Injunction Order, China Central Television, etal.v.Create New Technology HK Limited, et al., Civil ActionNo.15-cv-01869(MMM)(AJW)

Dear Nico Zheng,

Your reply does not respond to our email below, and is <u>wholly insufficient</u>.  Your company is subject to a court order from a US federal court, and must comply immediately or be subject to contempt of court.

To comply with the court order, **ClearDDoS must <u>immediately disable</u> the accounts associated with the IP addresses identified in Exhibit 2. It does not matter what the user says. The Preliminary Injunction Order does not allow for any delay to consult with users.  This is not a "take-down" notice, again, it is a court ORDER and you must comply.**

If ClearDDoS does not disable these accounts, **Plaintiffs will enforce their rights, including possibly bringing a motion for contempt of court against ClearDDoS.** If it is found in contempt, ClearDDoS might have to pay fines to the Court or even be subject to criminal penalties.

Please promptly confirm whether ClearDDoS will immediately comply with the Preliminary Injunction Order.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Nico.Zheng [mailto:nico.zheng@clear-ddos.com]
**Sent:** Thursday, October 15, 2015 2:54 AM
**To:** 'cs@clear-ddos.com'; 'support@clear-ddos.com'; Wukoson, George
**Cc:** Koonce, Lance
**Subject:** RE: Preliminary Injunction Order, China Central Television, et al.v.Create New Technology HK Limited, et al., Civil Action No.15-cv-01869(MMM)(AJW)

Hello,

We are still chasing user to deal with their service as you mentioned. If any new we will inform to you.

Regards

Nico Zheng


Original Message

**Sender:** George" <GeorgeWukoson@dwt.com>

**Recipient:** Nico.Zheng<nico.zheng@clear-ddos.com>; 'cs@clear-ddos.com'<cs@clear-ddos.com>; 'support@clear-ddos.com'<support@clear-ddos.com>

**Cc:** Lance" <lancekoonce@dwt.com>

**Date:** Tuesday, Oct 13, 2015  22:16

**Subject:** RE: Preliminary Injunction Order, China Central Television, et al.v.Create New Technology HK Limited, et al., Civil Action No.15-cv-01869(MMM)(AJW)


Dear Mr. Zheng:


Thank you for your email. Please be advised that, whether or not you provide notice to your subscriber, ClearDDoS must immediately obey the Preliminary Injunction Order issued by the Federal District Court for the Central District of California.


The Preliminary Injunction Order bars third parties like ClearDDoS from providing web, server and file hosting services to the enjoined parties.  ClearDDoS is bound by the Preliminary Injunction Order now that it has received notice of it, and the Order requires ClearDDoS to immediately stop providing hosting services regardless of any statement by any of its customers or account holders.


Compliance with the Preliminary Injunction Order is mandatory. As it states, "[v]iolation of this injunction will expose Defendants and all other persons bound by the injunction to all penalties, including contempt of Court." Preliminary Injunction Order ¶ 4 (Exhibit 1 to the October 12 Koonce letter to ClearDDoS).


Please confirm that ClearDDoS will comply with the Preliminary Injunction Order.

Best regards,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.


**From:** Nico.Zheng [mailto:nico.zheng@clear-ddos.com]
**Sent:** Monday, October 12, 2015 11:33 PM
**To:** 'cs@clear-ddos.com'; 'support@clear-ddos.com'; Wukoson, George
**Cc:** Koonce, Lance
**Subject:** Re: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

Hello,

We have inform user to check, thanks.



Regards

Nico Zheng


 Original Message

**Sender:** George" <GeorgeWukoson@dwt.com>

**Recipient:** 'cs@clear-ddos.com'<cs@clear-ddos.com>; 'support@clear-ddos.com'<support@clear-ddos.com>

**Cc:** Lance" <lancekoonce@dwt.com>

**Date:** Tuesday, Oct 13, 2015  06:15

**Subject:** Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)


To Whom it May Concern,

Please see the attached correspondence and Word version of Exhibit 2.


Sincerely,


**George Wukoson** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6479 | Fax: (212) 489-8340
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.