# EXHIBIT 14

**Raghu, Jamie**
___

| | |
|---|---|
| **From:** | Wukoson, George |
| **Sent:** | Thursday, October 15, 2015 3:00 PM |
| **To:** | 'ts'; 'abuse@azure-tech.com'; 'gdxnfx@gmail.com' |
| **Cc:** | Koonce, Lance |
| **Subject:** | RE: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW) |

Dear Nico Zheng,

Following up on our prior email, to comply with the court order, **CloudDDOS must immediately disable the accounts associated with the IP addresses identified in Exhibit 2. It does not matter what the user says. The Preliminary Injunction Order does not allow for any delay to consult with users. This is not a "take-down" notice, again, it is a court ORDER and you must comply.**

If CloudDDOS does not disable these accounts, **Plaintiffs will enforce their rights, including possibly bringing a motion for contempt of court against** CloudDDOS. If it is found in contempt, CloudDDOS might have to pay fines to the Court or even be subject to criminal penalties.

Please promptly confirm whether CloudDDOS will immediately comply with the Preliminary Injunction Order.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

___

**From:** Wukoson, George
**Sent:** Tuesday, October 13, 2015 10:17 AM
**To:** 'ts'; 'abuse@azure-tech.com'; 'gdxnfx@gmail.com'
**Cc:** Koonce, Lance
**Subject:** RE: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

Dear Mr. Zheng:

Thank you for your email. Please be advised that, whether or not you provide notice to your subscriber, CloudDDOS must immediately obey the Preliminary Injunction Order issued by the Federal District Court for the Central District of California.

The Preliminary Injunction Order bars third parties like CloudDDOS from providing web, server and file hosting services to the enjoined parties. CloudDDOS is bound by the Preliminary Injunction Order now that it has received notice of it, and the Order requires CloudDDOS to immediately stop providing hosting services regardless of any statement by any of its customers or account holders.

Compliance with the Preliminary Injunction Order is mandatory. As it states, "[v]iolation of this injunction will expose Defendants and all other persons bound by the injunction to all penalties, including contempt of Court." Preliminary Injunction Order ¶ 4 (Exhibit 1 to the October 12 Koonce letter to CloudDDOS).

Please confirm that CloudDDOS will comply with the Preliminary Injunction Order.

Best regards,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** ts [mailto:ts@azure-tech.com]
**Sent:** Monday, October 12, 2015 11:23 PM
**To:** 'abuse@azure-tech.com'; 'gdxnfx@gmail.com'; Wukoson, George
**Cc:** Koonce, Lance
**Subject:** Re: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

Hello,

We have inform our user to check, thanks.


Nico Zheng


 Original Message
**Sender:** George" <GeorgeWukoson@dwt.com>
**Recipient:** 'abuse@azure-tech.com'<abuse@azure-tech.com>; 'gdxnfx@gmail.com'<gdxnfx@gmail.com>
**Cc:** Lance" <lancekoonce@dwt.com>
**Date:** Tuesday, Oct 13, 2015  06:14
**Subject:** Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)


To Whom it May Concern,


Please see the attached correspondence and Word version of Exhibit 2.


Sincerely,


**George Wukoson** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6479 | Fax: (212) 489-8340
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.