# EXHIBIT 15

## Raghu, Jamie

| | |
|---|---|
| **From:** | Wukoson, George |
| **Sent:** | Friday, October 16, 2015 12:11 AM |
| **To:** | 'ts'; 'abuse@azure-tech.com'; 'gdxnfx@gmail.com' |
| **Cc:** | Koonce, Lance |
| **Subject:** | RE: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW) |
| **Attachments:** | RE: Preliminary Injunction Order, China Central Television, etal.v.Create New Technology HK Limited, et al., Civil ActionNo.15-cv-01869(MMM)(AJW) |

Dear Nico Zheng,

Based on your email on behalf of ClearDDoS (attached), it appears that you misunderstand our communications. We have not sent you a "request," "email notice" or other copyright takedown notice of the type you might often receive. Rather, we have sent you a *court order* that you must comply with or face sanctions for non-compliance.

You do not need to evaluate the content hosted by the enjoined parties' accounts. A U.S. federal court has already determined that the content is infringing and illegal. This *court order* does not allow for a delay for your client to respond. Your client's response does not matter. Other ISPs that we have provided notice to have quickly complied by disabling the accounts we asked them to disable.

We can discuss the order by telephone at the below contact number if that is helpful to you. **If you continue to delay, however, Plaintiffs may seek relief from the court, possibly as soon as 48 hours from this email.** **This means that plaintiffs would seek sanctions against CloudDDOS for contempt, including possible civil fines and other penalties. CloudDDOS would be called to appear before the court to answer Plaintiffs' motion.**

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6479 | Fax: (212) 489-8340
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Wukoson, George
**Sent:** Thursday, October 15, 2015 3:00 PM
**To:** ts; 'abuse@azure-tech.com'; 'gdxnfx@gmail.com'
**Cc:** Koonce, Lance
**Subject:** RE: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

Dear Nico Zheng,

Following up on our prior email, to comply with the court order, **CloudDDOS must <u>immediately disable</u> the accounts associated with the IP addresses identified in Exhibit 2. It does not matter what the user says. The Preliminary Injunction Order does not allow for any delay to consult with users.  This is not a "take-down" notice, again, it is a court ORDER and you must comply.**

If CloudDDOS does not disable these accounts, **Plaintiffs will enforce their rights, including possibly bringing a motion for contempt of court against** CloudDDOS. If it is found in contempt, CloudDDOS might have to pay fines to the Court or even be subject to criminal penalties.

Please promptly confirm whether CloudDDOS will immediately comply with the Preliminary Injunction Order.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Wukoson, George
**Sent:** Tuesday, October 13, 2015 10:17 AM
**To:** 'ts'; 'abuse@azure-tech.com'; 'gdxnfx@gmail.com'
**Cc:** Koonce, Lance
**Subject:** RE: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

Dear Mr. Zheng:

Thank you for your email. Please be advised that, whether or not you provide notice to your subscriber, CloudDDOS must immediately obey the Preliminary Injunction Order issued by the Federal District Court for the Central District of California.

The Preliminary Injunction Order bars third parties like CloudDDOS from providing web, server and file hosting services to the enjoined parties. CloudDDOS is bound by the Preliminary Injunction Order now that it has received notice of it, and the Order requires CloudDDOS to immediately stop providing hosting services regardless of any statement by any of its customers or account holders.

Compliance with the Preliminary Injunction Order is mandatory. As it states, "[v]iolation of this injunction will expose Defendants and all other persons bound by the injunction to all penalties, including contempt of Court." Preliminary Injunction Order ¶ 4 (Exhibit 1 to the October 12 Koonce letter to CloudDDOS).

Please confirm that CloudDDOS will comply with the Preliminary Injunction Order.

Best regards,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** ts [mailto:ts@azure-tech.com]
**Sent:** Monday, October 12, 2015 11:23 PM
**To:** 'abuse@azure-tech.com'; 'gdxnfx@gmail.com'; Wukoson, George
**Cc:** Koonce, Lance
**Subject:** Re: Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

Hello,

We have inform our user to check, thanks.

Nico Zheng

Original Message
**Sender:** George" <GeorgeWukoson@dwt.com>
**Recipient:** 'abuse@azure-tech.com'<abuse@azure-tech.com>; 'gdxnfx@gmail.com'<gdxnfx@gmail.com>
**Cc:** Lance" <lancekoonce@dwt.com>
**Date:** Tuesday, Oct 13, 2015  06:14
**Subject:** Preliminary Injunction Order, China Central Television, et al. v.Create New Technology HK Limited, et al., Civil Action No. 15-cv-01869(MMM)(AJW)

To Whom it May Concern,

Please see the attached correspondence and Word version of Exhibit 2.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1633 Broadway, 27th Floor | New York, NY 10019
Tel: (212) 603-6479 | Fax: (212) 489-8340
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

3