# EXHIBIT 18

**Raghu, Jamie**

| | |
|---|---|
| **From:** | Wukoson, George |
| **Sent:** | Tuesday, July 11, 2017 5:50 PM |
| **To:** | 'terry@azure-tech.com'; 'abuse@azure-tech.com'; 'ts@azure-tech.com' |
| **Cc:** | Koonce, Lance |
| **Subject:** | RE: Second Amended Default Judgment and Permanent Injunction Order, China Central Television, et al. v. Create New Technology HK Limited, et al., No. 15-cv-01869 (SVW)(AJW) |
| **Attachments:** | 2017.07.11 Exhibit 2 to Azure Technology letter.docx |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'terry@azure-tech.com' | |
| | 'abuse@azure-tech.com' | |
| | 'ts@azure-tech.com' | |
| | Koonce, Lance | Delivered: 7/11/2017 5:50 PM |

Dear Sir or Madam,

We have not heard from you further on this matter. The enjoined parties continue to use Azure Technology servers to conduct their infringing activities in violation of the court-ordered injunction. In fact, the enjoined parties are now using additional Azure Technology servers to conduct their infringing activities. We thus attach an updated Exhibit 2 containing those additional servers.

As stated in paragraph 16 of the injunction, because Azure Technology is on notice of these activities, its failure to disable accounts associated with its IP addresses identified to it also violates the injunction. **As the injunction specifically notes in paragraph 21, this exposes Azure Technology to penalties including contempt of court. As soon as possible, as we have requested multiple times, disable the accounts associated with the identified IP addresses, which are controlled by the enjoined parties.**

Best regards,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Wukoson, George
**Sent:** Thursday, June 01, 2017 12:06 PM
**To:** 'terry@azure-tech.com'; 'abuse@azure-tech.com'; 'ts@azure-tech.com'
**Cc:** Koonce, Lance
**Subject:** RE: Second Amended Default Judgment and Permanent Injunction Order, China Central Television, et al. v. Create New Technology HK Limited, et al., No. 15-cv-01869 (SVW)(AJW)
**Importance:** High

Dear Sir or Madam,

Please confirm receipt of the below correspondence. Please also confirm you are taking the action requested in the letter. The letter and its exhibits are reattached for your reference.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Wukoson, George
**Sent:** Monday, May 22, 2017 3:38 PM
**To:** terry@azure-tech.com; abuse@azure-tech.com; ts@azure-tech.com
**Cc:** Balin, Robert
**Subject:** Second Amended Default Judgment and Permanent Injunction Order, China Central Television, et al. v. Create New Technology HK Limited, et al., No. 15-cv-01869 (SVW)(AJW)

Dear Sir or Madam,

Please see the attached correspondence.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

## Exhibit 2

| Network | IP Address | Date Accessed | Function |
|---|---|---|---|
| Azure Technology | 104.171.230.8 | July 10, 2017 | Streaming Video |
| Azure Technology | 104.171.230.78 | July 10, 2017 | Streaming Video |
| Azure Technology | 104.171.230.15 | July 10, 2017 | Streaming Video |
| Azure Technology | 104.171.230.106 | July 10, 2017 | Streaming Video |
| Azure Technology | 45.61.239.141 | July 10, 2017 | Streaming Video |
| Azure Technology | 45.61.239.38 | July 10, 2017 | Streaming Video |
| Azure Technology | 104.171.230.78 | July 7, 2017 | Streaming Video |
| Azure Technology | 104.171.230.15 | July 7, 2017 | Streaming Video |
| Azure Technology | 104.171.230.106 | July 7, 2017 | Streaming Video |
| Azure Technology | 45.61.239.141 | July 7, 2017 | Streaming Video |
| Azure Technology | 104.171.230.15 | June 26, 2017 | Streaming Video |
| Azure Technology | 45.61.239.141 | June 26, 2017 | Streaming Video |
| Azure Technology | 45.61.239.11 | April 14, 2017 | TVpad Operational Content |
| Azure Technology | 45.61.239.33 | April 14, 2017 | Streaming Video |
| Azure Technology | 104.171.230.80 | April 14, 2017 | Streaming Video |
| Azure Technology | 104.171.230.102 | April 14, 2017 | Streaming Video |
| Azure Technology | 45.61.239.122 | April 14, 2017 | Streaming Video |
| Azure Technology | 104.171.230.3 | April 14, 2017 | Streaming Video |
| Azure Technology | 45.61.239.180 | April 14, 2017 | Streaming Video |
| Azure Technology | 104.171.230.15 | April 4, 2017 | Streaming Video |
| Azure Technology | 45.61.239.141 | April 4, 2017 | Streaming Video |

4846-6942-1129v.1 0094038-000021
4822-7134-5483v.1 0094038-000021