**EXHIBIT 21**

# Raghu, Jamie

| | |
|---|---|
| **From:** | Wukoson, George |
| **Sent:** | Wednesday, July 12, 2017 10:54 AM |
| **To:** | ts@azure-tech.com; terry; abuse |
| **Cc:** | Balin, Robert; Koonce, Lance |
| **Subject:** | RE: RE: Second Amended Default Judgment and Permanent Injunction Order, China Central Television, et al. v. Create New Technology HK Limited, et al., No. 15-cv-01869 (SVW)(AJW) |
| **Attachments:** | 2017.07.11 Exhibit 2 to Azure Technology letter.docx |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | ts@azure-tech.com | |
| | terry | |
| | abuse | |
| | Balin, Robert | Delivered: 7/12/2017 10:54 AM |
| | Koonce, Lance | Delivered: 7/12/2017 10:54 AM |

Dear Simon,

Please clarify what you mean. **Has Azure Technology _disabled the accounts_ associated with the IP addresses Plaintiffs have identified?** We reattach Exhibit 2, identifying those IP addresses, for your reference.

**If Azure Technology has not disabled the accounts associated with the IP addresses Plaintiffs have identified, Azure Technology is _disobeying and violating the court-ordered injunction._**

To be clear, Azure Technology's obligations under the court-ordered injunction cannot be satisfied by notifying its customer of the infringement. Specifically, the U.S. Federal District Court for the Central District of California ordered:

> "**Third parties providing web, server and file hosting services**, data center and colocation services, and primary and backup storage services (including but not limited to cloud storage services) **used in connection with the activities enjoined under Paragraphs 9, 10 and 13 hereinabove, including but not limited to the third parties providing hosting services for the Internet servers identified in Exhibit C hereto** (including but not limited to servers providing streaming video, application files, TVpad Store functionality, and TVpad Device initialization, operation and authentication) **and who receive actual notice of this Order, are immediately and permanently enjoined from providing such hosting services to (i) any Enjoined Parties in connection with the activities enjoined under Paragraphs 9, 10 and 13 hereinabove; (ii) any server, IP address, domain name or website used in conjunction with the TVpad Device, Infringing TVpad Apps or any Comparable System; and (iii) the TVpad Websites**."

Plaintiffs reserve all rights to seek relief from the court to remedy any violations of the court-ordered injunction by Azure Technology.

Best regards,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221

Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** ts@azure-tech.com [mailto:ts@azure-tech.com]
**Sent:** Tuesday, July 11, 2017 9:03 PM
**To:** Wukoson, George; terry; abuse
**Cc:** Koonce, Lance
**Subject:** Re: RE: Second Amended Default Judgment and Permanent Injunction Order, China Central Television, et al. v. Create New Technology HK Limited, et al., No. 15-cv-01869 (SVW)(AJW)

Dear Support ,

We have been informed our Customer and dealing with it .Thanks for contact us.

Regards,
Simon

---

**From:** Wukoson, George
**Date:** 2017-07-12 05:50
**To:** 'terry@azure-tech.com'; 'abuse@azure-tech.com'; 'ts@azure-tech.com'
**CC:** Koonce, Lance
**Subject:** RE: Second Amended Default Judgment and Permanent Injunction Order, China Central Television, et al. v. Create New Technology HK Limited, et al., No. 15-cv-01869 (SVW)(AJW)

Dear Sir or Madam,

We have not heard from you further on this matter. The enjoined parties continue to use Azure Technology servers to conduct their infringing activities in violation of the court-ordered injunction. In fact, the enjoined parties are now using additional Azure Technology servers to conduct their infringing activities. We thus attach an updated Exhibit 2 containing those additional servers.

As stated in paragraph 16 of the injunction, because Azure Technology is on notice of these activities, its failure to disable accounts associated with its IP addresses identified to it also violates the injunction. **As the injunction specifically notes in paragraph 21, this exposes Azure Technology to penalties including contempt of court. As soon as possible, as we have requested multiple times, disable the accounts associated with the identified IP addresses, which are controlled by the enjoined parties.**

Best regards,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Wukoson, George
**Sent:** Thursday, June 01, 2017 12:06 PM
**To:** 'terry@azure-tech.com'; 'abuse@azure-tech.com'; 'ts@azure-tech.com'
**Cc:** Koonce, Lance
**Subject:** RE: Second Amended Default Judgment and Permanent Injunction Order, China Central Television, et al. v. Create New Technology HK Limited, et al., No. 15-cv-01869 (SVW)(AJW)
**Importance:** High

Dear Sir or Madam,

Please confirm receipt of the below correspondence. Please also confirm you are taking the action requested in the letter. The letter and its exhibits are reattached for your reference.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Wukoson, George
**Sent:** Monday, May 22, 2017 3:38 PM
**To:** terry@azure-tech.com; abuse@azure-tech.com; ts@azure-tech.com
**Cc:** Balin, Robert
**Subject:** Second Amended Default Judgment and Permanent Injunction Order, China Central Television, et al. v. Create New Technology HK Limited, et al., No. 15-cv-01869 (SVW)(AJW)

Dear Sir or Madam,

Please see the attached correspondence.

Sincerely,

**George Wukoson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6479 | Fax: (212) 379-5221
Email: georgewukoson@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/georgepwukoson

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.