# EXHIBIT 26




**To**
Zero DDoS LLC
502 Oak Creek Ave.
Florence , CO   81226
United States
775-538-2588

**From**
George Wukoson (2315)
Davis Wright Tremaine, LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
United States

*phone/extension*

*office*
New York

**Billing**

*type*
Client/Matter

*account*
CHINA TELEVISION
   CORPORATION
Contracts for Conten...iders
(0094038-000020)

**Operator**

*name*
Arley Murphy

*phone/ext*
212-603-6425

*e-mail*
murpa@dwt.com

**Shipping**

*vendor*
FedEx

*ship date*
05/22/17

*tracking number*
786654687352

*service*
FedEx Express Saver®

*packaging*
FedEx® Envelope

**Notification**

*notification type*
Delivery

*signature*
Adult Signature Required

*options*
Insurance on declared value of 20.00

*courtesy quote*
18.50 USD
*Quote may not reflect all accessorial charges*

*notification recipients*
GeorgeWukoson@dwt.com

**Log**

Activity for package id: 0101631    More tracking details

| Date | Action | By | Comment |
|---|---|---|---|
| 05/31/17, 6:59PM | Exported | DWT-DOMAIN\GrifL | Invoice: 581485259, $ 24.08 |
| 05/24/17, 3:20PM | Delivered | FedEx | Signed by: A.RAYMOND |
| 05/22/17, 8:49PM | En route | FedEx | Scheduled delivery date: 05/25/17 |
| 05/22/17, 8:20PM | Created | DWT-DOMAIN\MurpA | 786654687352 |