1  SEAN M. SULLIVAN (State Bar No. 229104)
       seansullivan@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice*)
5      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
6      lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice*)
7      samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas, 21st Floor
   New York, New York 10020
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
                **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

13 | CHINA CENTRAL TELEVISION, a China | ) | Case No. |
14 | company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China | ) | **CV 15-1869 SVW (AJWx)** |
15 | company; TVB HOLDINGS (USA), INC., a California corporation; and DISH | ) | |
16 | NETWORK L.L.C., a Colorado corporation, | ) | **PROOF OF SERVICE** |
   | Plaintiffs, | ) | |
17 | vs. | ) | |
   | CREATE NEW TECHNOLOGY (HK) | ) | |
18 | LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY | ) | Courtroom: 10A |
19 | LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK | ) | Judge: Hon. Steven V. Wilson |
20 | TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California | ) | |
21 | corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. | ) | |
22 | d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; | ) | |
23 | NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a | ) | |
24 | Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E- | ) | |
25 | DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN | ) | |
26 | DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN | ) | |
27 | DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES | ) | |
28 | 8-10, Defendants. | ) | |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On October 17, 2017, I served the foregoing document(s) described as:

1. **NOTICE OF MOTION AND MOTION TO HOLD THIRD PARTIES AZURE TECHNOLOGY CO., LTD.; ZERO DDOS LLC; AND CLEARDDOS TECHNOLOGIES IN CONTEMPT;**

2. **DECLARATION OF GEORGE WUKOSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT;**

3. **DECLARATION OF NICHOLAS BRAAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT;**

4. **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO HOLD THIRD PARTIES AZURE TECHNOLOGY CO., LTD.; ZERO DDOS LLC; AND CLEARDDOS TECHNOLOGIES IN CONTEMPT**

on the interested parties in this action as stated below:

Azure Technology Co., Ltd./Cloud DDOS Technology Co., Limited
1644 Sherman Street
Denver, CO 80203

terry@azure-tech.com
abuse@azure-tech.com
ts@azure-tech.com

ZERO DDOS LLC
530 W 6th Street
Los Angeles, CA 90017

ZERO DDOS LLC
5711 W. Kentucky Avenue
Lakewood, CO 80202

ZERO DDOS LLC
115 S. Pikes Peak
Florence, CO 81226
colin@zeroddos.com

☒ (BY ELECTRONIC MAIL) I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

☒ (BY CERTIFIED MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for

1

PROOF OF SERVICE
4823-2587-6049v.1 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

1  collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

> ClearDDoS Technologies
> 215-5625 Senlac Street
> Vancouver, BC V5R 6G8
> Canada
>
> ClearDDoS Technologies
> 14/F., Kowloon Building,
> 555 Nathan Road, Mongkok, Kowloon,
> Hong Kong
> cs@clear-ddos.com
> support@clear-ddos.com
> herotm@gmail.com

☒   (BY ELECTRONIC MAIL) I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

☒   (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

Executed on October 17, 2017, at Los Angeles, California.

☒   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dee Keegan                              /s/ Dee Keegan
Print Name                              Signature