1  SEAN M. SULLIVAN (State Bar No. 229104)
      seansullivan@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800  Fax: (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice*)
5      robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
6      lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice*)
7      samuelbayard@dwt.com
   GEORGE WUKOSON (*pro hac vice*)
8      georgewukoson@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  1251 Avenue of the Americas, 21st Floor
   New York, New York 10020
10 Tel.: (212) 489-8230  Fax: (212) 489-8340
   ATTORNEYS FOR PLAINTIFFS
11
                  **UNITED STATES DISTRICT COURT**
12                **CENTRAL DISTRICT OF CALIFORNIA**

13 CHINA CENTRAL TELEVISION, a China      ) Case No.
   company; CHINA INTERNATIONAL            ) **CV 15-1869 SVW (AJWx)**
14 COMMUNICATIONS CO., LTD., a China      )
   company; TVB HOLDINGS (USA), INC., a   )
15 California corporation; and DISH       )
   NETWORK L.L.C., a Colorado corporation,) **AMENDED**
16                                         ) **PROOF OF SERVICE**
                 Plaintiffs,               )
17      vs.                                )
   CREATE NEW TECHNOLOGY (HK)              )
18 LIMITED, a Hong Kong company; HUA       )
   YANG INTERNATIONAL TECHNOLOGY ) Courtroom:   10A
19 LIMITED, a Hong Kong company;           ) Judge:      Hon. Steven V.
   SHENZHEN GREATVISION NETWORK            )             Wilson
20 TECHNOLOGY CO. LTD., a China            )
   company; CLUB TVPAD, INC., a California )
21 corporation; BENNETT WONG, an           )
   individual, ASHA MEDIA GROUP INC.       )
22 d/b/a TVPAD.COM, a Florida corporation; )
   AMIT BHALLA, an individual;             )
23 NEWTVPAD LTD. COMPANY d/b/a             )
   NEWTVPAD.COM a/k/a TVPAD USA, a         )
24 Texas corporation; LIANGZHONG ZHOU,     )
   an individual; HONGHUI CHEN d/b/a E-    )
25 DIGITAL, an individual; JOHN DOE 1 d/b/a)
   BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN    )
26 DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; )
   JOHN DOE 5 d/b/a GANG YUE; JOHN         )
27 DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7    )
   d/b/a GANG TAI WU XIA; and JOHN DOES    )
28 8-10,                                   )
                  Defendants.              )

# AMENDED PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On October 19, 2017, I served the foregoing document(s) described as:

1. NOTICE OF MOTION AND MOTION TO HOLD THIRD PARTIES AZURE TECHNOLOGY CO., LTD.; ZERO DDOS LLC; AND CLEARDDOS TECHNOLOGIES IN CONTEMPT;

2. DECLARATION OF GEORGE WUKOSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT;

3. DECLARATION OF NICHOLAS BRAAK IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT;

4. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO HOLD THIRD PARTIES AZURE TECHNOLOGY CO., LTD.; ZERO DDOS LLC; AND CLEARDDOS TECHNOLOGIES IN CONTEMPT

on the interested parties in this action as stated below:

> Azure Technology Co., Ltd./
> Cloud DDOS Technology Co., Limited
> terry@azure-tech.com
> abuse@azure-tech.com
> ts@azure-tech.com
>
> ZERO DDOS LLC
> colin@zeroddos.com
>
> ClearDDoS Technologies
> cs@clear-ddos.com
> support@clear-ddos.com
> herotm@gmail.com

☒ (BY ELECTRONIC MAIL) I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

Executed on October 19, 2017, at Los Angeles, California.

☒   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dee Keegan
Print Name                                         Signature