SEAN M. SULLIVAN (State Bar No. 229104)
    seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Tel.:  (213) 633-6800  Fax:  (213) 633-6899

ROBERT D. BALIN (*pro hac vice*)
    robbalin@dwt.com
LACY H. KOONCE, III (*pro hac vice*)
    lancekoonce@dwt.com
SAMUEL BAYARD (*pro hac vice*)
    samuelbayard@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York  10020
Tel.:  (212) 489-8230  Fax:  (212) 489-8340

ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LIMITED, a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual, ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD. COMPANY d/b/a NEWTVPAD.COM a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a E-DIGITAL, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 SVW (AJWx)**<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO HOLD THIRD PARTIES AZURE TECHNOLOGY CO., LTD.; ZERO DDOS LLC; AND CLEARDDOS TECHNOLOGIES IN CONTEMPT**<br><br>Date:  November 27, 2017<br>Time:  1:30 p.m.<br>Courtroom:    10A<br>Judge:        Hon. Stephen V. Wilson<br><br>Complaint Filed:  March 13, 2015 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 17, 2017 at 1:30 p.m.,

Plaintiffs filed a Notice of Motion and Motion to Hold the third-party internet service

providers Azure Technology Co., Ltd. ("Azure Tech"), ZERO DDOS LLC ("Zero

DDOS"), and ClearDDoS Technologies ("Clear DDOS") (collectively, the "Non-

Compliant ISPs") in Contempt, which is set for hearing on November 27, 2017, at

1:30 p.m. in Courtroom 10A.  *See* Dkt. No. 218.  Given this hearing date, the Non-

Compliant ISPs' opposition to the motion was due on or before Monday, November

6, 2017.  *See* L.R. 7-9 (opposition must be filed no later than 21 days before hearing

date).

The Non-Compliant ISPs were all properly served with the Notice of Motion

and Motion to Hold the Non-Complaint ISPs in Contempt and all supporting papers,

and provided notice of the hearing date.  *See* Proof of Service [ECF Dkt. 218-28];

Amended Proof of Service [ECF Dkt. 219]; Declaration of Sean M. Sullivan in

Support of Notice of Non-Opposition.  To date, no opposition has been filed or

served on Plaintiffs.

The Non-Compliant ISPs' failure to oppose the motion may be deemed

consent to the granting of the motion.  *See* L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52,

53 (9th Cir. 1995) (affirming dismissal of action where *pro se* party failed to oppose

motion); *Canon Sols. Am., Inc. v. Gungap*, No. SACV141990JLSRNBX, 2016 WL

9108916, at *2 (C.D. Cal. Feb. 8, 2016) (finding defendants' failure to file an

opposition to plaintiffs' contempt motion is "sufficient grounds for granting the

Motion.").  As a result and for good cause shown, the Court should grant this motion,

and enter an order (a) holding each of the Non-Compliant ISPs in contempt of court;

(b) directing that each Non-Compliant ISP promptly comply with the Permanent

Injunction Order; (c) assessing against the Non-Complaint ISPs the attorneys' fees

incurred by Plaintiffs in making this motion; and (d) directing that any Non-

Compliant ISP that fails to comply with the Permanent Injunction Order within five

NOTICE OF NON-OPPOSITION RE MOTION FOR CONTEMPT
4845-8638-0884v.3 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566

(5) court days of receiving notice of the Compliance Order shall pay to the Court a fine of $1,000 per day until such time as that Non-Compliant ISP complies with the Permanent Injunction Order.

DATED:  November 13, 2017      DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
ROBERT D. BALIN (*pro hac vice*)
LACY H. KOONCE, III (*pro hac vice*)
SAMUEL BAYARD (*pro hac vice*)


By:       /s/Sean M. Sullivan
              Sean M. Sullivan

Attorneys for Plaintiffs
CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD.; TVB HOLDINGS (USA), INC.; AND DISH NETWORK L.L.C

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566