1  SEAN M. SULLIVAN (State Bar No. 229104)
     seansullivan@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Tel.:  (213) 633-6800  Fax:  (213) 633-6899
4
   ROBERT D. BALIN (*pro hac vice*)
5     robbalin@dwt.com
   LACY H. KOONCE, III (*pro hac vice*)
6     lancekoonce@dwt.com
   SAMUEL BAYARD (*pro hac vice*)
7     samuelbayard@dwt.com
   DAVIS WRIGHT TREMAINE LLP
8  1251 Avenue of the Americas, 21st Floor
   New York, New York  10020
9  Tel.:  (212) 489-8230  Fax:  (212) 489-8340

10  ATTORNEYS FOR PLAINTIFFS

11            **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
12

13  CHINA CENTRAL TELEVISION, a China      ) Case No.
   company; CHINA INTERNATIONAL          ) **CV 15-1869 SVW (AJWx)**
14  COMMUNICATIONS CO., LTD., a China     )
   company; TVB HOLDINGS (USA), INC., a  )  **DECLARATION OF**
15  California corporation; and DISH       )  **SEAN M. SULLIVAN IN**
   NETWORK L.L.C., a Colorado corporation, ) **SUPPORT OF**
16            Plaintiffs,                   )  **PLAINTIFFS' NOTICE**
                                            )  **OF NON-OPPOSITION**
17        vs.                               )  **TO HOLD THIRD**
   CREATE NEW TECHNOLOGY (HK)             )  **PARTIES AZURE**
18  LIMITED, a Hong Kong company; HUA      )  **TECHNOLOGY CO.,**
   YANG INTERNATIONAL TECHNOLOGY         )  **LTD.; ZERO DDOS LLC;**
19  LIMITED, a Hong Kong company;          )  **AND CLEARDDOS**
   SHENZHEN GREATVISION NETWORK          )  **TECHNOLOGIES IN**
20  TECHNOLOGY CO. LTD., a China           )  **CONTEMPT**
   company; CLUB TVPAD, INC., a California )
21  corporation; BENNETT WONG, an         )
   individual, ASHA MEDIA GROUP INC.      )
22  d/b/a TVPAD.COM, a Florida corporation; )
   AMIT BHALLA, an individual;            )  Courtroom:    10A
23  NEWTVPAD LTD. COMPANY d/b/a           )  Judge:        Hon. Steven V.
   NEWTVPAD.COM a/k/a TVPAD USA, a        )               Wilson
24  Texas corporation; LIANGZHONG ZHOU,    )
   an individual; HONGHUI CHEN d/b/a E-   )
25  DIGITAL, an individual; JOHN DOE 1 d/b/a )
   BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN   )
26  DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; )
   JOHN DOE 5 d/b/a GANG YUE; JOHN        )
27  DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7   )
   d/b/a GANG TAI WU XIA; and JOHN DOES   )
28  8-10,                                  )
            Defendants.                    )

DECLARATION OF SEAN M. SULLIVAN
4832-5174-0756v.1 0094038-000021

## <u>DECLARATION OF SEAN M. SULLIVAN</u>

I, Sean M. Sullivan, declare as follows:

1.      I am an attorney with Davis Wright Tremaine LLP and am one of the attorneys of record for Plaintiffs.  I have personal knowledge of the matters herein.

2.      On October 17, 2017, copies of the Notice of Motion and Motion to Hold Third Parties Azure Technology Co., LTD, Zero DDOS LLC, and ClearDDOS Technologies In Contempt; Declaration of George Wukoson In Support of Plaintiffs' Motion for Contempt; Declaration of Nicholas Braak In Support of Plaintiffs' Motion for Contempt; and [Proposed] Order Granting Plaintiffs' Motion to Hold Third Parties Azure Technology Co., LTD, Zero DDOS LLC, and ClearDDOS Technologies in Contempt (the "Service Documents") were sent via certified mail to Azure Technology Co., LTD ("Azure Tech") at the following physical address associated with Azure Tech in public records:  1644 Sherman Street, Denver, Colorado, 80203.  *See* ECF Dkt. 218-28; *see also* Certified Mail Receipt attached hereto as Exhibit 1.  The Service Documents were returned to Davis Wright Tremaine LLP, with a notation that they were "returned to sender."  *See* Exhibit 2.

3.      On October 19, 2017, copies of the Service Documents were also sent to Azure Tech via email at the following email addresses associated with Azure Tech in public records or obtained through counsel's prior communications with Azure Tech: terry@azure-tech.com, abuse@azure-tech.com, and ts@azure-tech.com.   Exhibit 3; ECF Dkt. 219.  On the same day, a person signing as "Simon" and using the email address ts@azure-tech.com responded by email stating "We have been informed [sic] our Customer and dealing with it.  Thanks for contacting us."  Exhibit 4.

4.      On October 17, 2017, copies of the Service Documents were sent via certified mail to ZERO DDOS LLC ("Zero DDOS") at the following physical addresses associated with Zero DDOS in public records:  530 W. 6th Street, Los Angeles, California; 5711 W. Kentucky Avenue, Lakewood, Colorado, 80202; and 115 S. Pikes Peak, Florence, Colorado, 81226.  *See* ECF Dkt. 218-28; *see also*

DECLARATION OF SEAN M. SULLIVAN

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Exhibit 1.  The current resident of 5711 W. Kentucky Avenue, Lakewood, Colorado,

2  80202 informed Davis Wright Tremaine LLP that Zero DDOS was not located at that

3  address.  No response has been received regarding the Service Documents sent to the

4  two other addresses.

5          5.      On October 19, 2017, copies of the Service Documents were also sent to

6  Zero DDOS via email at the following email address associated with Zero DDOS in

7  public records or obtained through counsel's prior communications with Zero

8  DDOS:  colin@zeroddos.com.  Exhibit 5; ECF Dkt. 219.  On the same day, a person

9  using the email address support@esited.com responded by email stating "We have

10  received your support request and will respond to it within 24 hours.  However we

11  normally respond to most requests within a few hours."  Exhibit 6.

12          6.      On October 17, 2017, copies of the Service Documents were sent via

13  federal express to ClearDDOS Technologies ("Clear DDOS") at the following

14  physical addresses associated with Clear DDOS in public records:  215-5625 Senlac

15  Street, Vancouver, BC, V5R 6G8, Canada; and 14/F, Kowloon Building, 555 Nathan

16  Road, Mongkok, Kowloon, Hong Kong.  *See* ECF Dkt. 218-28; *see also* Federal

17  Express Tracking Receipt attached hereto as Exhibit 7.

18          7.      On October 19, 2017, copies of the Service Documents were also sent to

19  Clear DDOS via email at the following email addresses associated with Clear DDOS

20  in public records or obtained through counsel's prior communications with Clear

21  DDOS:  cs@clear-ddos.com, support@clear-ddos.com, and herotm@gmail.com.

22  Exhibit 8; ECF Dkt. 219.  On the same day, a person signing as "Simon" and using

23  the email address simon.gao@data99.com responded by email stating "We have been

24  informed [sic] our Customer and dealing with it.  Thanks for contacting us."  Exhibit

25  9.

26          I declare under penalty of perjury under the laws of the United States of

27  America that the foregoing is true and correct.

28  Executed this 13th day of November, 2017 in Los Angeles, California.

DECLARATION OF SEAN M. SULLIVAN

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1

2                                    /s/ Sean M. Sullivan
3                                      Sean M. Sullivan

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF SEAN M. SULLIVAN

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899