# EXHIBIT 1



Sent To: ZERO DDOS LLC
Street, Apt. No.; or PO Box No.: 530 W. 6TH STREET
City, State, ZIP+4: LOS ANGELES, CA 90017



Sent To: ZERO DDOS LLC
Street, Apt. No.; or PO Box No.: 5711 W. KENTUCKY AVENUE
City, State, ZIP+4: LAKEWOOD, CO 80202



Sent To: AZURE TECHNOLOGY CO. LTD
Street, Apt. No.; or PO Box No.: 1644 SHERMAN STREET
City, State, ZIP+4: DENVER, CO 80203



Sent To: ZERO DDOS LLC
Street, Apt. No.; or PO Box No.: 115 S. PIKES PEAK
City, State, ZIP+4: FLORENCE, CO 81226