# EXHIBIT 2

**Davis Wright Tremaine LLP**
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566

213.633.6800 main
213.633.6899 fax
www.dwt.com

US POSTAGE $027.05 PITNEY BOWES OCT 17 2017
MAILED FROM ZIP CODE 90017

CERTIFIED MAIL
7012 1640 0000 6273 1532

NIXIE  80203-RFS-1N  1?3/17
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

*RFS*