# EXHIBIT 3

# Raghu, Jamie

| | |
|---|---|
| **From:** | Keegan, Dee |
| **Sent:** | Thursday, October 19, 2017 1:24 PM |
| **To:** | 'terry@azure-tech.com'; 'abuse@azure-tech.com'; 'ts@azure-tech.com' |
| **Cc:** | Sullivan, Sean |
| **Subject:** | EMAIL 1 OF 2    Electronic service to Azure Technology Co., Ltd./Cloud DDOS Technology Co., Limited |
| **Attachments:** | Amended Proof of Service.pdf; 218 Ntc-Mtn for Contempt.pdf; 218-01 Decl of N. Braak; Exh 1 & 2.pdf; 218-27 [proposed] Order Granting Mtn to Hold 3rd Parties In Contempt.pdf; 218-28 Proof of Service.pdf |

Regarding *China Central Television vs. Create New Technology, et al.*, US District Court Case No. CV 15-1869, attached are electronic service copies of Notice of Motion and Motion for Contempt and related documents.

**Dee Keegan | Davis Wright Tremaine LLP**
**Legal Secretary**
**Assistant to Sean Sullivan, Nicolas Jampol,**
   **Dayna Nicholson and Jonathan Levinson**
**865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017**
**Tel: (213) 633-6893 | Fax: (213) 633-6899**
Email: deekeegan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**Raghu, Jamie**

| | |
|---|---|
| **From:** | Keegan, Dee |
| **Sent:** | Thursday, October 19, 2017 1:43 PM |
| **To:** | 'terry@azure-tech.com'; 'abuse@azure-tech.com'; 'ts@azure-tech.com' |
| **Cc:** | Sullivan, Sean |
| **Subject:** | EMAIL 2 OF 3    Electronic service to Azure Technology Co., Ltd./Cloud DDOS Technology Co., Limited |
| **Attachments:** | Wukuson Decl and Exhs 3-16.zip |

Regarding *China Central Television vs. Create New Technology, et al.*, US District Court Case No. CV 15-1869, attached are electronic service copies of documents related to Notice of Motion and Motion for Contempt.

**Dee Keegan | Davis Wright Tremaine LLP**
**Legal Secretary**
**Assistant to Sean Sullivan, Nicolas Jampol,**
  **Dayna Nicholson and Jonathan Levinson**
**865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017**
**Tel: (213) 633-6893 | Fax: (213) 633-6899**
Email: deekeegan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

# Raghu, Jamie

| | |
|---|---|
| **From:** | Keegan, Dee |
| **Sent:** | Thursday, October 19, 2017 1:51 PM |
| **To:** | 'terry@azure-tech.com'; 'abuse@azure-tech.com'; 'ts@azure-tech.com' |
| **Cc:** | Sullivan, Sean |
| **Subject:** | EMAIL 3 OF 3    Electronic service to Azure Technology Co., Ltd./Cloud DDOS Technology Co., Limited |
| **Attachments:** | Decl of Wukuson Exhs 17-26.zip |

Regarding *China Central Television vs. Create New Technology, et al.*, US District Court Case No. CV 15-1869, attached are electronic service copies of documents related to Notice of Motion and Motion for Contempt.

**Dee Keegan | Davis Wright Tremaine LLP**
**Legal Secretary**
**Assistant to Sean Sullivan, Nicolas Jampol,**
  **Dayna Nicholson and Jonathan Levinson**
**865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017**
**Tel: (213) 633-6893 | Fax: (213) 633-6899**
Email: deekeegan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.