# EXHIBIT 4

# Sullivan, Sean

| | |
|---|---|
| **From:** | ts@azure-tech.com |
| **Sent:** | Thursday, October 19, 2017 9:27 PM |
| **To:** | Keegan, Dee; terry; abuse |
| **Cc:** | Sullivan, Sean |
| **Subject:** | Re: EMAIL 1 OF 2 Electronic service to Azure Technology Co., Ltd./Cloud DDOS Technology Co., Limited |

Dear Support ,

We have been informed our Customer and dealing with it .Thanks for contact us.

Regards,
Simon

**From:** Keegan, Dee
**Date:** 2017-10-20 01:24
**To:** 'terry@azure-tech.com'; 'abuse@azure-tech.com'; 'ts@azure-tech.com'
**CC:** Sullivan, Sean
**Subject:** EMAIL 1 OF 2 Electronic service to Azure Technology Co., Ltd./Cloud DDOS Technology Co., Limited
Regarding *China Central Television vs. Create New Technology, et al.*, US District Court Case No. CV 15-1869, attached are electronic service copies of Notice of Motion and Motion for Contempt and related documents.

Dee Keegan | Davis Wright Tremaine LLP
Legal Secretary
Assistant to Sean Sullivan, Nicolas Jampol,
  Dayna Nicholson and Jonathan Levinson
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6893 | Fax: (213) 633-6899
Email: deekeegan@dwt.com | Website: www.dwt.com
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

1