# EXHIBIT 6

**Keegan, Dee**

| | |
|---|---|
| **From:** | support@esited.com |
| **Sent:** | Thursday, October 19, 2017 10:56 AM |
| **To:** | Keegan, Dee |
| **Subject:** | [#220425] EMAIL 1 OF 3    Electronic service to ZERO DDOS LLC |

Hello "Keegan, Dee" <DeeKeegan@dwt.com>,

Our support is here 24/7/365 to assist your needs.

We have received your support request and will respond to it within 24 hours. However we normally respond to most requests within a few hours.

Your submission is as follows
--------------------------------------
Subject: EMAIL 1 OF 3 Electronic service to ZERO DDOS LLC

Regarding China Central Television vs. Create New Technology, et al., US District Court Case No. CV 15-1869, attached are electronic service copies of Notice of Motion and Motion for Contempt and related documents.


Dee Keegan | Davis Wright Tremaine LLP
Legal Secretary
Assistant to Sean Sullivan, Nicolas Jampol,
Dayna Nicholson and Jonathan Levinson
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6893 | Fax: (213) 633-6899
Email: deekeegan@dwt.com<mailto:deekeegan@dwt.com> | Website: www.dwt.com<http://www.dwt.com/>
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

--------------------------------------
Thank You,
Server Pals Team

**Keegan, Dee**

| | |
|---|---|
| **From:** | support@esited.com |
| **Sent:** | Thursday, October 19, 2017 10:59 AM |
| **To:** | Keegan, Dee |
| **Subject:** | [#220426] EMAIL 2 OF 3   Electronic service to ZERO DDOS LLC |

Hello "Keegan, Dee" <DeeKeegan@dwt.com>,

Our support is here 24/7/365 to assist your needs.

We have received your support request and will respond to it within 24 hours. However we normally respond to most requests within a few hours.

Your submission is as follows
---------------------------------------
Subject: EMAIL 2 OF 3 Electronic service to ZERO DDOS LLC

Regarding China Central Television vs. Create New Technology, et al., US District Court Case No. CV 15-1869, attached are electronic service copies of Notice of Motion and Motion for Contempt and related documents.


Dee Keegan | Davis Wright Tremaine LLP
Legal Secretary
Assistant to Sean Sullivan, Nicolas Jampol,
Dayna Nicholson and Jonathan Levinson
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6893 | Fax: (213) 633-6899
Email: deekeegan@dwt.com<mailto:deekeegan@dwt.com> | Website: www.dwt.com<http://www.dwt.com/>
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.


---------------------------------------
Thank You,
Server Pals Team

## Keegan, Dee

| | |
|---|---|
| **From:** | support@esited.com |
| **Sent:** | Thursday, October 19, 2017 11:01 AM |
| **To:** | Keegan, Dee |
| **Subject:** | [#220427] EMAIL 3 OF 3     Electronic service to ZERO DDOS LLC |

Hello "Keegan, Dee" <DeeKeegan@dwt.com>,

Our support is here 24/7/365 to assist your needs.

We have received your support request and will respond to it within 24 hours. However we normally respond to most requests within a few hours.

Your submission is as follows
---------------------------------------
Subject: EMAIL 3 OF 3 Electronic service to ZERO DDOS LLC

Regarding China Central Television vs. Create New Technology, et al., US District Court Case No. CV 15-1869, attached are electronic service copies of Notice of Motion and Motion for Contempt and related documents.


Dee Keegan | Davis Wright Tremaine LLP
Legal Secretary
Assistant to Sean Sullivan, Nicolas Jampol,
Dayna Nicholson and Jonathan Levinson
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6893 | Fax: (213) 633-6899
Email: deekeegan@dwt.com<mailto:deekeegan@dwt.com> | Website: www.dwt.com<http://www.dwt.com/>
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.


---------------------------------------
Thank You,
Server Pals Team