# EXHIBIT 9

# Sullivan, Sean

| | |
|---|---|
| **From:** | Simon.Gao <simon.gao@data99.com> |
| **Sent:** | Thursday, October 19, 2017 9:26 PM |
| **To:** | Keegan, Dee; cs; support; 'herotm@gmail.com' |
| **Cc:** | Sullivan, Sean |
| **Subject:** | Re: EMAIL 1 OF 3    Electronic Service to ClearDDoS Technologies |

Dear Support ,

We have been informed our Customer and dealing with it .Thanks for contact us.

Regards,
Simon

**From:** Keegan, Dee
**Date:** 2017-10-20 02:07
**To:** 'cs@clear-ddos.com'; 'support@clear-ddos.com'; 'herotm@gmail.com'
**CC:** Sullivan, Sean
**Subject:** EMAIL 1 OF 3 Electronic Service to ClearDDoS Technologies
Regarding *China Central Television vs. Create New Technology, et al.*, US District Court Case No. CV 15-1869, attached are electronic service copies of Notice of Motion and Motion for Contempt and related documents.

**Dee Keegan | Davis Wright Tremaine LLP**
**Legal Secretary**
**Assistant to Sean Sullivan, Nicolas Jampol,**
    **Dayna Nicholson and Jonathan Levinson**
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6893 | Fax: (213) 633-6899
Email: deekeegan@dwt.com | Website: www.dwt.com
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

1