UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>  Plaintiffs,<br>  vs.<br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br>  Defendants. | Case No.<br>**CV 15-1869 SVW (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO HOLD THIRD PARTIES AZURE TECHNOLOGY CO., LTD.; ZERO DDOS LLC; AND CLEARDDOS TECHNOLOGIES IN CONTEMPT** |

This Court has considered the submission of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively "Plaintiffs") in support of Plaintiffs'

Motion to Hold Azure Technology Co., Ltd. ("Azure Tech"); ZERO DDOS LLC ("Zero DDOS"); and ClearDDoS Technologies ("Clear DDOS") (collectively, the "Non-Compliant ISPs") in Contempt of Court.

Good cause having been shown, the Contempt Motion is **GRANTED**.

This Court finds the Non-Compliant ISPs in contempt of this Court's Second Amended Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction [ECF No. 214] (the "Permanent Injunction Order").

This Court also assesses against the Non-Compliant ISPs the attorneys' fees and costs incurred by Plaintiffs in making this motion and direct that Plaintiffs submit a declaration itemizing their attorneys' fees and costs within fourteen (14) days of the date of this order.

Plaintiffs shall serve Azure Tech with a copy of this order at abuse@azure-tech.com, ts@azure-tech.com, terry@azure-tech.com, and gdxnfx@gmail.com, shall serve Clear DDOS with a copy of this Order at cs@clear-ddos.com and support@clear-ddos.com, and shall serve Zero DDOS with a copy of this order at colin@zeroddos.com and herotm@gmail.com. Plaintiffs shall promptly file a Proof of Service detailing the method of service.

Within five (5) days after service of the Order, Azure Tech, Zero DDOS, and Clear DDOS shall each file a report with the Court detailing compliance with the Court's Permanent Injunction Order.  If no report is timely filed or any of Azure Tech, Zero DDOS, and Clear DDOS fails to comply with all aspects of the Court's Permanent Injunction Order, that Non-Compliant ISP shall pay to the Court a sanction of $1,000 per day for each day that no report is filed and/or that Non-Compliant ISP fails to comply with the Court's Permanent Injunction Order.

**IT IS SO ORDERED.**

December 1, 2017

Hon. Stephen V. Wilson
United States District Court Judge

1

[Proposed] Order Re: Contempt
4822-6280-9937v.2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

[Proposed] Order Re: Contempt
4822-6280-9937v.2 0094038-000021

**DAVIS WRIGHT TREMAINE** LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899