# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  STEPHEN V. WILSON

From: Paul M. Cruz                    , Deputy Clerk    Date Received: December 11, 2017

Case No.: 2:15-cv-01869-SVW-AJW    Case Title: China Central Television et al v. Create New Technology HK

Document Entitled: Letter

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☒ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☒ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☒ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☒ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☒ | Local Rule 83-2.5 | No letters to the judge |
| ☒ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ | Other: | |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                       U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

December 12, 2017         /s/ Stephen V. Wilson
Date                       U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

| COPY 1 - ORIGINAL - OFFICE | COPY 2 - JUDGE | COPY 3 - SIGNED & RETURNED TO FILER | COPY 4 - FILER RECEIPT |

CV-104A (06/13)            NOTICE OF DOCUMENT DISCREPANCIES

CASE #: CV 15-1869 SVW (AJWx)

To Whom it may Concern,

My name is Jun Yang, I am the English translator for DATA99 Technology (www.data99.com) which owns Azure Tech, Zero DDOS, and Clear DDoS. We are a reseller of webhosting services for many companies across the globe, and our company is located in China. We had received several complaints about a customer hosting illegal copyrighted contents from CCTV/TVB from the lawyer firm and our staff had took actions to disable them within 48 hours after it was received. Due to insufficient english, some staffs just removes the content without properly replying to the lawyer firm. We cancelled ALL of the services associated with the client with our ISPs and did not take any more orders from the associated client. We had ask the lawyer firm if there was any of the contents still hosted and never got a response, so I am not sure if the client had used any other names to sign up with us. We comply with all regulations and do not condone ANY illegal activities. We do not have a physical address in the United States. Please let us know if there is anything else we can assist in this case, the lawyer firm can contact email at support@data99.com

Regards,

| Translator | DATA99 Network Representative |
|---|---|
| **Jun Yang** | **Simon Gao** |
| *(signature: Jun Yang)* | *(signature: Simon Gao)* |

# Exhibit 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CENTRAL TELEVISION, a China company; CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., a China company; TVB HOLDINGS (USA), INC., a California corporation; and DISH NETWORK L.L.C., a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATE NEW TECHNOLOGY (HK) LIMITED, a Hong Kong company; HUA YANG INTERNATIONAL TECHNOLOGY LTD., a Hong Kong company; SHENZHEN GREATVISION NETWORK TECHNOLOGY CO. LTD., a China company; CLUB TVPAD, INC., a California corporation; BENNETT WONG, an individual; ASHA MEDIA GROUP INC. d/b/a TVPAD.COM, a Florida corporation; AMIT BHALLA, an individual; NEWTVPAD LTD CO. a/k/a TVPAD USA, a Texas corporation; LIANGZHONG ZHOU, an individual; HONGHUI CHEN d/b/a e-Digital, an individual; JOHN DOE 1 d/b/a BETV; JOHN DOE 2 d/b/a YUE HAI; JOHN DOE 3 d/b/a 516; JOHN DOE 4 d/b/a HITV; JOHN DOE 5 d/b/a GANG YUE; JOHN DOE 6 d/b/a SPORT ONLINE; JOHN DOE 7 d/b/a GANG TAI WU XIA; and JOHN DOES 8-10,<br><br>Defendants. | Case No.<br>**CV 15-1869 SVW (AJWx)**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO HOLD THIRD PARTIES AZURE TECHNOLOGY CO., LTD.; ZERO DDOS LLC; AND CLEARDDOS TECHNOLOGIES IN CONTEMPT** |

This Court has considered the submission of Plaintiffs China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc., and DISH Network L.L.C. (collectively "Plaintiffs") in support of Plaintiffs'

Motion to Hold Azure Technology Co., Ltd. ("Azure Tech"); ZERO DDOS LLC ("Zero DDOS"); and ClearDDoS Technologies ("Clear DDOS") (collectively, the "Non-Compliant ISPs") in Contempt of Court.

Good cause having been shown, the Contempt Motion is **GRANTED**.

This Court finds the Non-Compliant ISPs in contempt of this Court's Second Amended Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction [ECF No. 214] (the "Permanent Injunction Order").

This Court also assesses against the Non-Compliant ISPs the attorneys' fees and costs incurred by Plaintiffs in making this motion and direct that Plaintiffs submit a declaration itemizing their attorneys' fees and costs within fourteen (14) days of the date of this order.

Plaintiffs shall serve Azure Tech with a copy of this order at abuse@azure-tech.com, ts@azure-tech.com, terry@azure-tech.com, and gdxnfx@gmail.com, shall serve Clear DDOS with a copy of this Order at cs@clear-ddos.com and support@clear-ddos.com, and shall serve Zero DDOS with a copy of this order at colin@zeroddos.com and herotm@gmail.com. Plaintiffs shall promptly file a Proof of Service detailing the method of service.

Within five (5) days after service of the Order, Azure Tech, Zero DDOS, and Clear DDOS shall each file a report with the Court detailing compliance with the Court's Permanent Injunction Order. If no report is timely filed or any of Azure Tech, Zero DDOS, and Clear DDOS fails to comply with all aspects of the Court's Permanent Injunction Order, that Non-Compliant ISP shall pay to the Court a sanction of $1,000 per day for each day that no report is filed and/or that Non-Compliant ISP fails to comply with the Court's Permanent Injunction Order.

**IT IS SO ORDERED.**

December 1, 2017

Hon. Stephen V. Wilson
United States District Court Judge

[Proposed] Order Re: Contempt
4822-6280-9937v.2 0094038-000021

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[Proposed] Order Re: Contempt
4822-6280-9937v.2 0094038-000021

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



USPS TRACKING #

9470 1118 9956 0810 6328 31

SHIP TO:
US District Court Central District of California
350 W 1st St Suite 4311
Los Angeles CA 90012-4565

WAIVER OF SIGNATURE

SCHEDULED DELIVERY BY 3:00 PM

Simon Gao
Universiade Software Park Building 12 #201
Shenzhen, Guangdong 518000
China

(510) 757-8333

0007

PRIORITY MAIL EXPRESS 2-DAY™

12/07/2017
stamps.com

US POSTAGE & FEES PAID
1 LB PRIORITY MAIL EXPRESS RATE
ZONE 5
COMMERCIAL BASE PRICING
FROM 98119
0625000951375-4

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY
★ MAIL ★
EXPRESS™
OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EMS

EP13F July 2013  OD: 12.5 x 9.5
PS10001000006

UNITED STATES POSTAL SERVICE

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. Please recycle - again.