# EXHIBIT 1

**Summary of Fees and Costs Requested Through November 2017**

| Timekeeper (position) | Hours Worked | Reduced Hourly Rate | Total |
|---|---|---|---|
| Robert Balin (Partner) | 20 | $616.50 | $12,330.00 |
| Lance Koonce (Partner) | 1.3 | $522.00 | $678.60 |
| Sean Sullivan (Partner) | 9.5 | $468.00 | $4,446.00 |
| George Wukoson (Associate) | 26.7 | $450.00 | $12,015.00 |
| Jamie Raghu (Associate) | 23 | $396.00 | $9,108.00 |
| | | **Total Fees:** | **$38,577.60** |
| | | | |
| **Professional Services** | | | |
| Mintz Group LLC | | **Total Costs:** | **$8,710.00** |
| | | | |
| | | **Total Fees and Costs:** | **$47,287.60** |



**Davis Wright Tremaine** LLP

Suite 220
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Federal ID #91-0839480

www.dwt.com

DISH Network LLC

████████████████████
████████████████████
████████████████████

Englewood, CO 80112

September 30, 2017
Invoice No. ████████
**SENT ELECTRONICALLY**

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.: ████████████████
TV PAD Litigation

DISH

| **DATE** | **PROFESSIONAL** | **ABA CODE** | **ACT. CODE** | **TIME** | **AMOUNT** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|---|---|---|
| 08/01/17 | G. Wukoson | L470 | A103 | 0.80 | 420.00 | Prepare motion for contempt against U.S. ISPs and strategize thereon |
| 08/01/17 | R. Balin | L470 | A105 | ███ | ███ | ████████████████ ████████████████ ████████████████ phone conferences with G. Wukoson regarding proposed enforcement actions against non-compliant ISPs (.3) |
| 08/01/17 | S. Sullivan | L470 | A105 | 0.30 | 165.00 | Communicate with G. Wukoson regarding method and strategy for filing papers to address additional infringing activities and sites |
| 08/03/17 | G. Wukoson | L470 | A106 | 1.00 | 525.00 | Strategize regarding possible contempt motion against U.S. ISPs ████████ and call with Mr. Fonoroff and email clients thereon |
| 08/03/17 | R. Balin | L470 | A106 | ███ | ███ | Emails with Mr. Fonoroff regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



DISH Network LLC
Invoice No. ████████
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| | | | | | | enforcement of permanent injunction against non-compliant ISPs (.1); phone conferences with G. Wukoson and Mr. Fonoroff regarding same (.4); review and revise email to clients regarding ████████ and contempt motion against non-compliant U.S. ISPs (.2); |
| 08/04/17 | G. Wukoson | L470 | A106 | ███ | ███ | ████████ |
| | | | | | | call with Mr. Tsang regarding enforcement of permanent injunction via contempt proceeding ████ (.1) |
| 08/04/17 | R. Balin | L470 | A101 | ███ | ███ | ████████ phone conference with Mr. Tsang and G. Wukoson regarding enforcement actions against non-compliant ISPs (.1); send email to Mr. Fonoroff regarding same (.2) |
| 08/07/17 | G. Wukoson | L470 | A103 | ███ | ███ | ████████ prepare contempt motion against U.S. ISPs refusing to comply with permanent injunction (.2) |
| 08/07/17 | R. Balin | L470 | A105 | ███ | ███ | ████████ |





DISH Network LLC
Invoice No. ██████
Page 3

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|------------------------|
| 08/08/17 | G. Wukoson | L470 | A107 | ██ | ██ | ████████ |
| 08/08/17 | R. Balin | L470 | A107 | ██ | ██ | ████████ |
| 08/08/17 | S. Sullivan | L470 | A105 | 0.10 | 55.00 | Communicate with G. Wukoson regarding strategy for motion for contempt to be filed as to certain sites |
| 08/11/17 | G. Wukoson | L470 | A103 | ██ | ██ | Analyze correspondence with non-compliant ISPs and prepare contempt motion against non-compliant ISPs (2.8); ████████ |
| 08/11/17 | R. Balin | L470 | A107 | ██ | ██ | ████████ |
| 08/16/17 | G. Wukoson | L470 | A103 | 0.60 | 315.00 | Prepare memorandum of law in support of motion for contempt against non-compliant U.S. ISPs (.6) |
| 08/17/17 | G. Wukoson | L470 | A103 | ██ | ██ | Prepare investigator declaration in support of motion for contempt against ISPs and call with investigator thereon and concerning tvchina app (2.0); ████████ |





DISH Network LLC
Invoice No. ███████
Page 4

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| 08/17/17 | R. Balin | L470 | A107 | ██ | ███ | ███████ |
| 08/18/17 | G. Wukoson | L470 | A106 | ██ | ███ | ███████ prepare memorandum of law in support of motion for contempt against non-compliant ISPs (.2) |
| 08/18/17 | R. Balin | L470 | A106 | ██ | ███ | ███████ |
| 08/19/17 | G. Wukoson | L470 | A103 | 3.20 | 1,680.00 | Prepare investigator and attorney declarations in support of motion for contempt against ISPs and proposed contempt order and correspond with investigator thereon (3.2) |
| 08/21/17 | G. Wukoson | L470 | A103 | 1.30 | 682.50 | Analyze investigator reporting relating to motion for contempt against ISPs and correspond with investigator thereon (.5); prepare attorney declaration in support of motion for contempt against ISPs (.8) |
| 08/22/17 | G. Wukoson | L470 | A103 | 1.00 | 525.00 | Prepare attorney declaration in support of motion for contempt against ISPs |
| 08/23/17 | R. Balin | L470 | A106 | ██ | ███ | ███████ |



DISH Network LLC
Invoice No.
Page 5

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|-------------------------|
| | | | | | | |
| 08/24/17 | G. Wukoson | L470 | A108 | | | |
| 08/24/17 | R. Balin | L470 | A107 | | | |
| 08/25/17 | R. Balin | L470 | A106 | | | send email to G. Wukoson regarding status of contempt motion against non-compliant ISPs (.1); emails with G. Wukoson regarding US contempt motion against non-compliant ISPs (.2); |
| 08/26/17 | G. Wukoson | L470 | A108 | | | |





DISH Network LLC
Invoice No. ███████
Page 6

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|------------------------|
| 08/28/17 | J. Raghu | L470 | A106 | 0.80 | 372.00 | Telephone conference with Sam Tsang; Wengian Wang; Alex Fonoroff; R. Balin and L. Koonce regarding enforcement actions. |
| 08/28/17 | R. Balin | L470 | A106 | 1.00 | 695.00 | Prepare for client call to discuss enforcement strategy (.2); telephone conference with clients, L. Koonce and J. Raghu regarding strategy for enforcing permanent injunction against non-compliant ISPs in U.S. and Canada (.8) |
| 08/28/17 | L. Koonce | L470 | A106 | 0.90 | 544.50 | Prepare for and participate in telephone conference with clients regarding ███████ and other enforcement issues |
| | Total Services | | | ████ | $████ | |

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| ████████████████████████████████████ | | |
| Total Current Disbursements | | ████ |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $████ |
| Total Current Disbursements | ████ |
| Total Current Invoice | $████ |
| Your Portion of Amount Due at ████ | $████ |



DISH Network LLC
Invoice No. ███████
Page 7

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | ███ | 616.50 | ███ |
| Koonce, L. | | 522.00 | |
| Sullivan, S. | | 468.00 | |
| Total | ███ | | ███ |
| **Associate** | | | |
| Raghu, J. | ███ | 396.00 | ███ |
| Wukoson, G. | | 450.00 | |
| Total | ███ | | ███ |
| Total All Classes | ███ | | $███ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $███ |
| Current Invoice | $███ |
| Total Balance Due This Matter | $███ |

Robert D. Balin



Davis Wright
Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

MatterID  ▬▬▬▬

September 30, 2017
Invoice No: ▬▬▬

DISH Network LLC

▬▬▬▬▬▬▬▬▬

Englewood, CO 80112

## STATEMENT OF ACCOUNT
### as of August 31, 2017

Current Invoice – ▬▬▬▬                 $▬▬▬

**Total Balance Due This Matter**            $▬▬▬

### PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

DISH Network LLC

██████████████████████████
██████████████████████████
██████████████████████████

Englewood, CO 80112

October 31, 2017
Invoice No. ████████
**SENT ELECTRONICALLY**

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
# ELECTRONIC BILLING - DO NOT MAIL
FOR FILING PURPOSES ONLY

Matter No.: ████████████
**TV PAD Litigation**

**DISH**

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|------------------------|
| 09/01/17 | L. Koonce | L470 | A105 | ██ | ██ | ████████████████████ |
| 09/05/17 | G. Wukoson | L470 | A108 | ██ | ██ | ████████████████████ |
| 09/05/17 | L. Koonce | L470 | A104 | ██ | ██ | ████████████████████ |
| 09/07/17 | G. Wukoson | L470 | A108 | ██ | ██ | ████████████████████ |
| 09/07/17 | R. Balin | L470 | A105 | ██ | ██ | ████████████████████ |
| 09/07/17 | L. Koonce | L470 | A105 | ██ | ██ | ████████████████████ |
| 09/08/17 | G. Wukoson | L470 | A103 | 2.40 | 1,260.00 | Prepare brief and attorney declaration |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**

Davis Wright
Tremaine LLP

DISH Network LLC
Invoice No. ████████
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| | | | | | | in support of motion for contempt against non-compliant ISPs |
| 09/10/17 | G. Wukoson | L470 | A103 | 0.50 | 262.50 | Prepare attorney declaration in support of motion for contempt |
| 09/11/17 | G. Wukoson | L470 | A103 | 2.20 | 1,155.00 | Prepare investigator declaration and brief in support of motion for contempt and correspond with investigator thereon |
| 09/11/17 | R. Balin | L470 | A104 | 0.40 | 278.00 | Review various reports from investigator N. Braak regarding continuing functionality of TVPad/BlueTV devices Azure Tech, Clear DDOS and Cloud DDOS |
| 09/12/17 | G. Wukoson | L470 | A103 | ███ | ███ | ████████ Prepare brief and investigator declaration in support of motion for contempt (1.3) |
| 09/12/17 | R. Balin | L470 | A106 | ███ | ███ | ████████ |
| 09/12/17 | L. Koonce | L470 | A106 | ███ | ███ | ████████ |
| 09/13/17 | G. Wukoson | L470 | A103 | ███ | ███ | ████████ prepare motion for contempt against non-compliant U.S. ISPs (4.7) |
| 09/13/17 | R. Balin | L470 | A103 | ███ | ███ | Review and revise draft motion to hold U.S. ISPs in contempt for failing to comply with permanent injunction (1.9); ████████ |
| 09/14/17 | G. Wukoson | L470 | A103 | ███ | ███ | Prepare brief and attorney and |

**Davis Wright Tremaine LLP**

DISH Network LLC
Invoice No. ███████
Page 3

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| | | | | | | investigator declarations in support of motion for contempt against U.S. ISPs and proposed order (1.8); ████ |
| 09/14/17 | R. Balin | L470 | A103 | ██ | ████ | Review and revise draft motion for contempt finding against non-compliant ISPs (2.5); review Mr. Fonoroff's edits to draft contempt motion papers (.1); emails with G. Wukoson regarding same (.1); ████ |
| 09/15/17 | G. Wukoson | L470 | A103 | ██ | ███ | ████ prepare brief and attorney declaration in support of motion for contempt against U.S. ISPs (0.6) |
| 09/15/17 | R. Balin | L470 | A105 | 0.30 | 208.50 | Review email from G. Wukoson regarding contempt motion exhibits (.1); review G. Wukoson's edits to draft contempt motion papers (.2) |
| 09/19/17 | R. Balin | L470 | A106 | ██ | ███ | ████ |
| 09/19/17 | L. Koonce | L470 | A108 | ██ | ███ | ████ |
| 09/21/17 | R. Balin | L470 | A106 | ██ | ███ | Emails with Mr. Fonoroff regarding status of contempt motion against non-compliant ISPs (.1); ████ |



DISH Network LLC
Invoice No. ███████
Page 4

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| | | | | | | ███████████████ |
| 09/26/17 | R. Balin | L470 | A107 | ██ | ███ | ███████████████ |
| | | | | | | ███████████████ |
| 09/27/17 | R. Balin | L470 | A107 | ██ | ███ | ███████████████ |
| | | | | | | ███████████████ |
| 09/28/17 | R. Balin | L470 | A103 | ██ | ███ | ███████████████ review and revise draft papers in support of motion to hold non-compliant ISPs in contempt (1.3) |
| 09/29/17 | R. Balin | L470 | A103 | ██ | ███ | █████████████ review and revise draft contempt motion against non-compliant ISPs (.8); ███████████████ |
| | Total Services | | | ██ | $███ | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**





DISH Network LLC
Invoice No. ██████
Page 5

| | |
|---|---|
| Total Current Services | $ ████ |
| Total Current Disbursements | ████ |
| Total Current Invoice | $ ████ |
| Your Portion of Amount Due at ████ | $ ████ |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | █ | 616.50 | ██ |
| Balin, R. | | 616.33 | |
| Koonce, L. | | 522.00 | |
| Total | ██ | | ██ |
| **Associate** | | | |
| Wukoson, G. | ██ | 450.00 | ██ |
| Total | ██ | | ██ |
| Total All Classes | ██ | | $ ██ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $ ████ |
| Current Invoice | $ ████ |
| Total Balance Due This Matter | $ ████ |

Robert D. Balin



Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage   New York   Seattle
Bellevue    Portland   Shanghai
Los Angeles San Francisco Washington D.C.

MatterID   ███████████

October 31, 2017
Invoice No. ███████████

**DISH Network LLC**

████████████████████████

Englewood, CO 80112

## STATEMENT OF ACCOUNT
### as of September 30, 2017

Current Invoice - ███████         $ ██████

**Total Balance Due This Matter**        $ ██████

PLEASE REMIT WITH PAYMENT

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington D.C.

Federal ID #91-0839480

www.dwt.com

DISH Network LLC

November 22, 2017
Invoice No. ███████
**SENT ELECTRONICALLY**

Englewood, CO 80112

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.: ███████
TV PAD Litigation

DISH

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| 10/01/17 | R. Balin | L470 | A106 | ██ | ██ | |
| 10/02/17 | L. Koonce | L470 | A106 | ██ | ██ | |
| 10/03/17 | R. Balin | L470 | A103 | ██ | ██ | Conference with J. Raghu regarding draft contempt motion (.2); |
| 10/03/17 | L. Koonce | L470 | A105 | ██ | ██ | interoffice conference with R. Balin |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



DISH Network LLC
Invoice No. ████████
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| 10/04/17 | R. Balin | L470 | A107 | ██ | ██ | regarding contempt motion (.1) ████████ |
| 10/05/17 | R. Balin | L470 | A103 | ██ | ██ | Telephone conference with Mr. Fonoroff regarding ████ US contempt motion against non-compliant ISPs (.6); ████ review and revise draft contempt motion against non-compliant ISPs (2.0) |
| 10/08/17 | R. Balin | L470 | A107 | ██ | ██ | ████████ |
| 10/11/17 | R. Balin | L470 | A107 | ██ | ██ | ████████ |
| 10/11/17 | R. Balin | L470 | A105 | 0.20 | 139.00 | Emails J. Raghu regarding edits to draft contempt motion against non-compliant ISPs |
| 10/12/17 | R. Balin | L470 | A105 | 0.10 | 69.50 | Emails with J. Raghu regarding status of draft contempt motion against non-compliant ISPs |
| 10/12/17 | S. Sullivan | L470 | A105 | 0.20 | 110.00 | Communicate with J. Raghu regarding motion for contempt and filing of same |
| 10/14/17 | R. Balin | L470 | A105 | 0.10 | 69.50 | Emails with J. Raghu regarding status of draft contempt motion against non-compliant ISPs |
| 10/16/17 | R. Balin | L470 | A105 | ██ | ██ | ████████ various emails with S. Sullivan and J. Raghu regarding status of draft contempt motion against non-compliant |

**Davis Wright
Tremaine LLP**

DISH Network LLC
Invoice No. ██████████
Page 3

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| | | | | | | ISPs (.4); read email from Mr. Tsang requesting update ████████ ████████████████ contempt motion against non-compliant ISPs. ████████████████ (.1) |
| 10/16/17 | S. Sullivan | L470 | A103 | 1.90 | 1,045.00 | Review and revise motion for contempt and supporting papers (.8); communicate with R. Balin and J. Raghu regarding same and requirements for Rule 7-3 conference (.5); analyze issues regarding same (.6) |
| 10/17/17 | R. Balin | L470 | A103 | ████ | ████ | Phone conference with J. Raghu and S. Gibson regarding finalization and service of contempt motion on non-compliant ISPs (.4); final revisions to contempt motion papers (.9); various emails with S. Sullivan and J. Raghu regarding service of same (.3); review ECF notice of filing of contempt motion (.1); ████████████████████ ████████████████████ ████████████████████ ████████████████████ send status report to clients regarding ████████████████ contempt motion against non-compliant ISPs ████████████ (1.1); review ECF notice of filing of contempt motion, and send email to Mr. Fonoroff regarding same (.1); ████████████████ |
| 10/17/17 | S. Sullivan | L470 | A107 | 1.50 | 825.00 | Telephone conference with R. Balin and J. Raghu regarding filing and service of motion for contempt (.2); communicate with J. Raghu and R. Balin regarding method for service of motion (.2); review and revise motion and supporting papers for filing (1.1) |
| 10/18/17 | R. Balin | L470 | A107 | ████ | ████ | ████████████████████ ████████████████████ |



DISH Network LLC
Invoice No. ████████
Page 4

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|------------------------|
| 10/20/17 | R. Balin | L470 | A107 | ██ | ██ | ████████████████ read email from S. Sullivan regarding automated responses from non-compliant ISPs to email service of contempt motion (.1); ████████ |
| 10/20/17 | S. Sullivan | L470 | A105 | 0.30 | 165.00 | Communicate with R. Balin and J. Raghu regarding email receipts from service emails |
| 10/23/17 | R. Balin | L470 | A107 | ██ | ██ | ████████████████████ |
| 10/23/17 | L. Koonce | L470 | A108 | ██ | ██ | ████████████████████ |
| 10/24/17 | R. Balin | L470 | A106 | ██ | ██ | ████████████████████ |
| 10/26/17 | R. Balin | L470 | A107 | ██ | ██ | ████████████████████ |
| 10/30/17 | L. Koonce | L470 | A105 | 0.30 | 181.50 | Emails with R. Balin and J. Raghu regarding enforcement issues |
| | Total Services | | | ██ | $██ | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**



DISH Network LLC
Invoice No. ███████
Page 5

| | | |
|---|---|---|
| Total Current Services | | $██████ |
| Total Current Disbursements | | ██████ |
| Total Current Invoice | | $██████ |
| Your Portion of Amount Due at ██████ | | $██████ |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | ██ | 616.50 | ███ |
| Koonce, L. | | 522.00 | |
| Sullivan, S. | | 468.00 | |
| Total | ██ | | ███ |
| Total All Classes | ██ | | $██ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $██████ |
| Less Payments Received as of 11/27/17 - DISH - CHECK ██████ | ($██████ |
| Current Invoice | $██████ |
| Total Balance Due This Matter | $██████ |

Robert D. Balin



Anchorage · New York · Seattle
Bellevue · Portland · Shanghai
Los Angeles · San Francisco · Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

MatterID 

November 22, 2017
Invoice No.

DISH Network LLC

Englewood, CO 80112

### STATEMENT OF ACCOUNT
### as of October 31, 2017

Current Invoice -                    $

**Total Balance Due This Matter**          $

PLEASE REMIT WITH PAYMENT



## Davis Wright Tremaine LLP

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

DISH Network LLC

███████████████████████

Englewood, CO 80112

November 30, 2017
Invoice No. ████████
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:  ████████████
TV PAD Litigation

DISH

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|---|---|
| 10/02/17 | J. Raghu | L250 | A103 | 0.80 | 372.00 | Revise motion for contempt against ISPs |
| 10/03/17 | J. Raghu | L250 | A103 | 1.50 | 697.50 | Revise motion for contempt against ISPs |
| 10/04/17 | J. Raghu | L120 | A104 | ████ | ████ | |
| 10/05/17 | J. Raghu | L250 | A103 | 3.40 | 1,581.00 | Meeting with R. Balin regarding motion to hold ISPs in contempt (.6); revise contempt motion (2.5); conference call with Mr. Foronoff regarding contempt motion (.3) |
| 10/06/17 | J. Raghu | L250 | A103 | 3.30 | 1,534.50 | Research request for attorneys fees on motion for contempt (2.5); revise motion for contempt to incorporate research (.8) |
| 10/11/17 | J. Raghu | L250 | A103 | 2.20 | 1,023.00 | Revise motion for contempt |
| 10/12/17 | J. Raghu | L250 | A103 | 2.70 | 1,255.50 | Revise motion for contempt |
| 10/17/17 | J. Raghu | L250 | A103 | 2.00 | 930.00 | Revise motion for contempt |
| | Total Services | | | ████ | $████ | |

**TOTAL SERVICES AND DISBURSEMENTS** - THIS INVOICE

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



DISH Network LLC
Invoice No. ███████
Page 2

| | | |
|---|---|---|
| Total Current Services | | $ ██████ |
| Total Current Disbursements | | ████ |
| | | |
| Total Current Invoice | | $ ██████ |
| Your Portion of Amount Due at ████████ | | $ ████ |

---

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Raghu, J. | ███ | 396.00 | ███ |
| Total | ███ | | ███ |
| Total All Classes | ███ | | $ ███ |

---

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $ ████ |
| Less Payments Received as of 12/04/17 - DISH - CHECK ████████ | ($ ████ |
| Current Invoice | $ ████ |
| Total Balance Due This Matter | $ ████ |

Robert D. Balin



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

MatterID ▇▇▇▇▇▇▇▇

November 30, 2017
Invoice No.▇▇▇▇▇▇

DISH Network LLC
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Englewood, CO 80112

STATEMENT OF ACCOUNT
as of October 31, 2017

Current Invoice - ▇▇▇▇▇▇          $▇▇▇▇

Total Balance Due This Matter     $▇▇▇▇

PLEASE REMIT WITH PAYMENT

**Davis Wright Tremaine LLP**

1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

DISH Network LLC

█████████████████████████

Englewood, CO 80112

December 13, 2017
Invoice No. ████████
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
## ELECTRONIC BILLING - DO NOT MAIL
FOR FILING PURPOSES ONLY

Matter No.: ████████████

**TV PAD Litigation**

**DISH**

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|---|---|
| 11/03/17 | R. Balin | L120 | A104 | ██ | ███ | ████████████████████████████ |
| 11/07/17 | J. Raghu | L250 | A103 | 0.40 | 186.00 | Draft notice of non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/07/17 | S. Sullivan | L250 | A102 | 1.70 | 935.00 | Analyze success of service methods on various contempt defendants; work on chart summarizing same for support for motion for contempt; communicate with J. Raghu regarding same |
| 11/08/17 | J. Raghu | L240 | A103 | 1.70 | 790.50 | Draft notice of non-opposition to plaintiff's motion for contempt and supporting declaration |
| 11/08/17 | R. Balin | L470 | A107 | ██ | ███ | █████████████████████████████ |
| 11/09/17 | J. Raghu | L250 | A103 | 0.70 | 325.50 | Revise notice of non-opposition to Plaintiffs' motion for contempt and |

**Davis Wright Tremaine LLP**

DISH Network LLC
Invoice No. ████████
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| | | | | | | supporting declaration |
| 11/09/17 | R. Balin | L240 | A104 | ██ | ██ | Review Sullivan declaration and notice of non-opposition by ISPs to contempt motion (.2); conferences and emails with J. Raghu and S. Sullivan regarding same (.1); ████████ |
| 11/09/17 | L. Koonce | L470 | A108 | ██ | ██ | ████████ |
| 11/09/17 | S. Sullivan | L240 | A103 | 0.50 | 275.00 | Review and revise notice of non-opposition to motion for contempt and supporting papers (.4); communicate with R. Balin and J. Raghu regarding same (.1) |
| 11/10/17 | J. Raghu | L250 | A105 | 0.10 | 46.50 | Telephone conference with S. Sullivan regarding revisions to non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/10/17 | L. Koonce | L470 | A108 | ██ | ██ | ████████ |
| 11/10/17 | S. Sullivan | L250 | A103 | 0.30 | 165.00 | Telephone conference with J. Raghu regarding edits to declaration and motion for contempt (.1); analyze same (.2) |
| 11/12/17 | J. Raghu | L250 | A103 | 1.80 | 837.00 | Revise non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/12/17 | R. Balin | L190 | A107 | ██ | ██ | ████████ |
| 11/13/17 | J. Raghu | L250 | A103 | 1.40 | 651.00 | Revise non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/13/17 | R. Balin | L250 | A103 | ██ | ██ | ████████ review S. Sullivan's edits to draft notice of non-opposition to contempt motion against non-compliant ISPs (.2); review ECF notice of filing of same (.1); review and edit draft notice of non-opposition to contempt motion against non-compliant ISPs (.2); various emails with S. Sullivan and J. Raghu regarding same (.3) |
| 11/13/17 | L. Koonce | L470 | A108 | ██ | ██ | ████████ |



DISH Network LLC
Invoice No. ████████
Page 3

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| 11/13/17 | S. Sullivan | L250 | A103 | 2.50 | 1,375.00 | Finalize and file motion for contempt with exhibits (1.4); work on issues related to service of documents (.9); communicate with J. Raghu regarding same (.2) |
| 11/14/17 | R. Balin | L250 | A108 | ██ | ██ | Review email from "Simon" at Clear DDOS responding to service of notice of non-opposition to contempt motion (.1); ████████ ████████ emails with J. Raghu regarding further investigation by Mintz to confirm whether Azure Tech/Cloud DDOS still providing hosting services to TVpad device (.1) |
| 11/14/17 | S. Sullivan | L250 | A108 | 0.20 | 110.00 | Review responses by third parties to contempt motion notice |
| 11/16/17 | R. Balin | L190 | A106 | ██ | ██ | ████████ |
| 11/17/17 | J. Raghu | L120 | A105 | 0.20 | 93.00 | Review investigator report on infringing ISPs (.1); telephone conference with R. Balin regarding report (.1) |
| 11/17/17 | R. Balin | L120 | A106 | ██ | ██ | ████████ US motion to hold non-compliant ISPs in contempt (1.2); send email to S. Sullivan regarding upcoming hearing on contempt motion (.1); read report from N. Braak regarding his testing of TVpad/Blue TV devices to ascertain if 3 non-compliant ISPs are still providing hosting services and conference with J. Raghu regarding same (.3) |
| 11/20/17 | L. Koonce | L470 | A108 | ██ | ██ | ████████ |
| 11/21/17 | R. Balin | L190 | A107 | ██ | ██ | ████████ |
| 11/22/17 | R. Balin | L190 | A107 | ██ | ██ | ████████ review ECF notice of court order canceling oral hearing on motion to hold non-compliant ISPs in contempt (.1); |


**Davis Wright Tremaine LLP**

DISH Network LLC
Invoice No. ███████
Page 4

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|------------------------|
| | | | | | | various emails with S. Sullivan regarding same (.1); send email to clients regarding same (.1) |
| 11/24/17 | R. Balin | L190 | A107 | ██ | ██ | ██████ |
| 11/28/17 | R. Balin | L470 | A106 | ██ | ██ | ██████ |
| 11/30/17 | R. Balin | L470 | A106 | ██ | ██ | ██████ |
| 11/30/17 | L. Koonce | L470 | A108 | ██ | ██ | ██████ |
| | Total Services | | | ██ | $██ | |



## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $████ |
| Total Current Disbursements | ████ |
| Total Current Invoice | ████ |
| Your Portion of Amount Due at ████ | $████ |



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|-------------|-------------|------------------|-------------|
| **Partner** | | | |
| Balin, R. | | 616.50 | |
| Koonce, L. | ██ | 522.00 | ██ |
| Sullivan, S. | | 468.00 | |
| Total | ██ | | ██ |
| **Associate** | | | |
| Raghu, J. | ██ | 396.00 | ██ |
| Total | ██ | | ██ |
| Total All Classes | ██ | | $██ |



DISH Network LLC
Invoice No. ██████
Page 5

## STATEMENT OF ACCOUNT

Balance from Previous Statement                                    $████

Less Payments Received as of 12/04/17 -
DISH - CHECK # ████████                                          ($████

Current Invoice                                                   $████

Total Balance Due This Matter                                     $████

Robert D. Balin



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

MatterID ███████████        December 13, 2017
                             Invoice No. ████████

**DISH Network LLC**
████████████████████████
████████████████████████
████████████████████████

Englewood, CO 80112

### STATEMENT OF ACCOUNT
as of November 30, 2017

Current Invoice - ████████              $ ██████

Total Balance Due This Matter           $ ██████

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

To: █████████████████████████████
CC: █████████████████████████████
CC: █████████████████████████████
CC: █████████████████████████████
Attention: █████████████

September 30, 2017
Invoice No. ████████

### SEPTEMBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.:   █████████████████
TV PAD Litigation

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 08/01/17 | G. Wukoson | 0.80 | Prepare motion for contempt against U.S. ISPs and strategize thereon |
| 08/01/17 | R. Balin | ██ | ████████████████████████████████ phone conferences with G. Wukoson regarding proposed enforcement actions against non-compliant ISPs (.3) |
| 08/01/17 | S. Sullivan | 0.30 | Communicate with G. Wukoson regarding method and strategy for filing papers to address additional infringing activities and sites |
| 08/03/17 | G. Wukoson | 1.00 | Strategize regarding possible contempt motion against U.S. ISPs ███████████████ and call with Mr. Fonoroff and email clients thereon |
| 08/03/17 | R. Balin | ██ | Emails with Mr. Fonoroff regarding enforcement of permanent injunction against non-compliant ISPs (.1); phone conferences with G. Wukoson and Mr. Fonoroff regarding same (.4); review and revise email to clients regarding ████████ and contempt motion against non-compliant U.S. ISPs (.2); ████████████ |
| 08/04/17 | G. Wukoson | ██ | ████████████████████████████████ call with Mr. Tsang regarding enforcement |

**Davis Wright Tremaine** LLP

To: ███████████████████████████

Invoice No. ████████

Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | of permanent injunction via contempt proceeding ███ (.1) |
| 08/04/17 | R. Balin | ██ | |
| | | | ███████████████████ phone conference with Mr. Tsang and G. Wukoson regarding enforcement actions against non-compliant ISPs (.1); send email to Mr. Fonoroff regarding same (.2) |
| 08/07/17 | G. Wukoson | ██ | ███████████████ prepare contempt motion against U.S. ISPs refusing to comply with permanent injunction (.2) |
| 08/07/17 | R. Balin | ██ | |
| 08/08/17 | G. Wukoson | ██ | |
| 08/08/17 | R. Balin | ██ | |
| 08/08/17 | S. Sullivan | 0.10 | Communicate with G. Wukoson regarding strategy for motion for contempt to be filed as to certain sites |
| 08/11/17 | G. Wukoson | ██ | Analyze correspondence with non-compliant ISPs and prepare contempt motion against non-compliant ISPs (2.8); |
| 08/11/17 | R. Balin | ██ | |
| 08/16/17 | G. Wukoson | 0.60 | Prepare memorandum of law in support of motion for contempt against non-compliant U.S. ISPs (.6) |
| 08/17/17 | G. Wukoson | ██ | Prepare investigator declaration in support of motion for |



To: ███████████████████████

Invoice No. ████████████

Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | contempt against ISPs and call with investigator thereon and concerning tvchina app (2.0); ████████████████ |
| 08/17/17 | R. Balin | ██ | |
| 08/18/17 | G. Wukoson | ██ | ████████████████ prepare memorandum of law in support of motion for contempt against non-compliant ISPs (.2) |
| 08/18/17 | R. Balin | ██ | ████████████████ |
| 08/19/17 | G. Wukoson | 3.20 | Prepare investigator and attorney declarations in support of motion for contempt against ISPs and proposed contempt order and correspond with investigator thereon (3.2) |
| 08/21/17 | G. Wukoson | 1.30 | Analyze investigator reporting relating to motion for contempt against ISPs and correspond with investigator thereon (.5); prepare attorney declaration in support of motion for contempt against ISPs (.8) |
| 08/22/17 | G. Wukoson | 1.00 | Prepare attorney declaration in support of motion for contempt against ISPs |
| 08/23/17 | R. Balin | ██ | ████████████████ |



To: ██████████████████████
Invoice No. ████████
Page 4

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 08/24/17 | G. Wukoson | ██ | ████████████████████ |
| 08/24/17 | R. Balin | ██ | ████████████████████ |
| 08/25/17 | R. Balin | ██ | ████████ send email to G. Wukoson regarding status of contempt motion against non-compliant ISPs (.1); emails with G. Wukoson regarding US contempt motion against non-compliant ISPs (.2); ████ |
| 08/26/17 | G. Wukoson | ██ | ████████████████████ |
| 08/28/17 | J. Raghu | 0.80 | Telephone conference with Sam Tsang; Wengian Wang; Alex Fonoroff; R. Balin and L. Koonce regarding enforcement actions. |
| 08/28/17 | R. Balin | 1.00 | Prepare for client call to discuss enforcement strategy (.2); telephone conference with clients, L. Koonce and J. Raghu regarding strategy for enforcing permanent injunction against non-compliant ISPs in U.S. and Canada (.8) |
| 08/28/17 | L. Koonce | 0.90 | Prepare for and participate in telephone conference with clients regarding ████████ other enforcement issues |
| | Total Hours Worked | ██ | |

---

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| ████████████████████████ | | |





To: ██████████████████████████████
Invoice No. ████████████
Page 5

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Total Current Disbursements | | ████████ |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $██████ |
| Total Current Disbursements | ████████ |
| Total Current Invoice | $██████ |
| Your Portion of Amount Due at ██████ | $██████ |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | ███ | 616.50 | ███ |
| Koonce, L. | | 522.00 | |
| Sullivan, S. | | 468.00 | |
| Total | ███ | | ███ |
| **Associate** | | | |
| Raghu, J. | ███ | 396.00 | ███ |
| Wukoson, G. | | 450.00 | |
| Total | ███ | | ███ |
| Total All Classes | ███ | | $███ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $████ |
| Current Invoice | $████ |
| Total Balance Due This Matter | $████ |

Robert D. Balin



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

MatterID ██████████          September 30, 2017
                             Invoice No. ████████

To: ██████████████████████████████████
CC: ██████████████████████████████████
CC: ██████████████████████████████████
CC: ██████████████████████████████████
Attention: ███████████

## STATEMENT OF ACCOUNT
### as of August 31, 2017

Current Invoice - ██████████          $██████

Total Balance Due This Matter         $██████

### PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

To: ██████████████████████

CC: ██████████████████████

CC: ██████████████████████

CC: ██████████████████████

Attention: ████████

October 31, 2017

Invoice No. ████████

---

### OCTOBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

---

Matter No.: ████████
TV PAD Litigation

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 09/01/17 | L. Koonce | ██ | ████████████████████ |
| 09/05/17 | G. Wukoson | ██ | ████████████████████ |
| 09/05/17 | L. Koonce | ██ | ████████████████████ |
| 09/07/17 | G. Wukoson | ██ | ████████████████████ |
| 09/07/17 | R. Balin | ██ | ████████████████████ |
| 09/07/17 | L. Koonce | ██ | ████████████████████ |
| 09/08/17 | G. Wukoson | 2.40 | Prepare brief and attorney declaration in support of motion for contempt against non-compliant ISPs |
| 09/10/17 | G. Wukoson | 0.50 | Prepare attorney declaration in support of motion for contempt |
| 09/11/17 | G. Wukoson | 2.20 | Prepare investigator declaration and brief in support of motion for contempt and correspond with investigator thereon |
| 09/11/17 | R. Balin | 0.40 | Review various reports from investigator N. Braak regarding continuing functionality of TVPad/BlueTV devices Azure Tech, Clear DDOS and Cloud DDOS |
| 09/12/17 | G. Wukoson | ██ | ████████████████████ |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



To: ██████████████████████
Invoice No. ████████
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | Prepare brief and investigator declaration in support of motion for contempt (1.3) |
| 09/12/17 | R. Balin | ██ | ████████████████████████ |
| 09/12/17 | L. Koonce | ██ | ████████████████████████ |
| 09/13/17 | G. Wukoson | ██ | ████████████████████████ prepare motion for contempt against non-compliant U.S. ISPs (4.7) |
| 09/13/17 | R. Balin | ██ | Review and revise draft motion to hold U.S. ISPs in contempt for failing to comply with permanent injunction (1.9); ████████████████████████ |
| 09/14/17 | G. Wukoson | ██ | Prepare brief and attorney and investigator declarations in support of motion for contempt against U.S. ISPs and proposed order (1.8); |
| 09/14/17 | R. Balin | ██ | Review and revise draft motion for contempt finding against non-compliant ISPs (2.5); review Mr. Fonoroff's edits to draft contempt motion papers (.1); emails with G. Wukoson regarding same (.1); ████████████████████████ |
| 09/15/17 | G. Wukoson | ██ | ████████████████████████ prepare brief and attorney declaration in support of motion for contempt against U.S. ISPs (0.6) |
| 09/15/17 | R. Balin | 0.30 | Review email from G. Wukoson regarding contempt motion exhibits (.1); review G. Wukoson's edits to draft contempt motion papers (.2) |
| 09/19/17 | R. Balin | ██ | ████████████████████████ |

**Davis Wright Tremaine LLP**

To: ████████████████████████
Invoice No. ████████
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 09/19/17 | L. Koonce | ██ | ███████████████████████ |
| 09/21/17 | R. Balin | ██ | Emails with Mr. Fonoroff regarding status of contempt motion against non-compliant ISPs (.1); ████████████ |
| 09/26/17 | R. Balin | ██ | ████████████████████ |
| 09/27/17 | R. Balin | ██ | ████████████████████ |
| 09/28/17 | R. Balin | ██ | ████████ review and revise draft papers in support of motion to hold non-compliant ISPs in contempt (1.3) |
| 09/29/17 | R. Balin | ██ | ███████ review and revise draft contempt motion against non-compliant ISPs (.8); ████████ |
|  | Total Hours Worked | ██ |  |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $████ |
| Total Current Disbursements | ████ |
| Total Current Invoice | $████ |
| Your Portion of Amount Due at ████ | $████ |



To: ███████████████████████████

Invoice No. █████████

Page 4

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | ██ | 616.50 | ██ |
| Balin, R. | | 616.33 | |
| Koonce, L. | | 522.00 | |
| Total | ██ | | ██ |
| **Associate** | | | |
| Wukoson, G. | ██ | 450.00 | ██ |
| Total | ██ | | ██ |
| Total All Classes | ██ | | $██ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $███ |
| Current Invoice | $███ |
| Total Balance Due This Matter | $███ |

Robert D. Balin



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

MatterID     ████████████          October 31, 2017
                                    Invoice No. ████████

To: ████████████████████████████████
CC: ████████████████████████████████
CC: ████████████████████████████████
CC: ████████████████████████████████
Attention: ████████

## STATEMENT OF ACCOUNT
### as of September 30, 2017

Current Invoice - ████████          $████████

Total Balance Due This Matter       $████████

### PLEASE REMIT WITH PAYMENT

REMITTANCE



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Federal ID #91-0839480

www.dwt.com

To: ███████████████████████
CC: ███████████████████████
CC: ███████████████████████
CC: ███████████████████████
Attention: ███████

November 22, 2017
Invoice No. ███████

### NOVEMBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.: ███████████████
TV PAD Litigation



| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 10/01/17 | R. Balin | ██ | ████████████████████████ |
| 10/02/17 | L. Koonce | ██ | ████████████████ |
| 10/03/17 | R. Balin | ██ | Conference with J. Raghu regarding draft contempt motion (.2); ████████████████ |
| 10/03/17 | L. Koonce | ██ | ███████ interoffice conference with R. Balin regarding contempt motion (.1) |
| 10/04/17 | R. Balin | ██ | ████████████████ |
| 10/05/17 | R. Balin | ██ | Telephone conference with Mr. Fonoroff regarding ████████ US contempt motion against non-compliant ISPs (.6); ████████ |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



To: ████████████████████████████████
Invoice No. ██████████████████
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | ██████████ review and revise draft contempt motion against non-compliant ISPs (2.0) |
| 10/08/17 | R. Balin | ██ | ████████████████████████████████████ |
| 10/11/17 | R. Balin | ██ | ████████████████████████████████████ |
| 10/11/17 | R. Balin | 0.20 | Emails J. Raghu regarding edits to draft contempt motion against non-compliant ISPs |
| 10/12/17 | R. Balin | 0.10 | Emails with J. Raghu regarding status of draft contempt motion against non-compliant ISPs |
| 10/12/17 | S. Sullivan | 0.20 | Communicate with J. Raghu regarding motion for contempt and filing of same |
| 10/14/17 | R. Balin | 0.10 | Emails with J. Raghu regarding status of draft contempt motion against non-compliant ISPs |
| 10/16/17 | R. Balin | ██ | ████████████████████████████ various emails with S. Sullivan and J. Raghu regarding status of draft contempt motion against non-compliant ISPs (.4); read email from Mr. Tsang requesting update █████████ contempt motion against non-compliant ISPs, ████ (.1) |
| 10/16/17 | S. Sullivan | 1.90 | Review and revise motion for contempt and supporting papers (.8); communicate with R. Balin and J. Raghu regarding same and requirements for Rule 7-3 conference (.5); analyze issues regarding same (.6) |
| 10/17/17 | R. Balin | ██ | Phone conference with J. Raghu and S. Gibson regarding finalization and service of contempt motion on non-compliant ISPs (.4); final revisions to contempt motion papers (.9); various emails with S. Sullivan and J. Raghu regarding service of same (.3); review ECF notice of filing of contempt motion (.1); ████████████████████████████████ send status report to clients regarding ████ contempt motion against non-compliant ISPs and █████████████ (1.1); review ECF notice of filing of contempt motion, and send email to Mr. Fonoroff regarding same (.1); ████████████ |



To: ██████████████████████████

Invoice No. ██████████

Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/17/17 | S. Sullivan | 1.50 | Telephone conference with R. Balin and J. Raghu regarding filing and service of motion for contempt (.2); communicate with J. Raghu and R. Balin regarding method for service of motion (.2); review and revise motion and supporting papers for filing (1.1) |
| 10/18/17 | R. Balin | ██ | ████████████████████████ |
| 10/20/17 | R. Balin | ██ | read email from S. Sullivan regarding automated responses from non-compliant ISPs to email service of contempt motion (.1); ████████ |
| 10/20/17 | S. Sullivan | 0.30 | Communicate with R. Balin and J. Raghu regarding email receipts from service emails |
| 10/23/17 | R. Balin | ██ | |
| 10/23/17 | L. Koonce | ██ | |
| 10/24/17 | R. Balin | ██ | |
| 10/26/17 | R. Balin | ██ | |
| 10/30/17 | L. Koonce | 0.30 | Emails with R. Balin and J. Raghu regarding enforcement issues |
| | Total Hours Worked | ██ | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**



To: ████████████████████████████
Invoice No. ████████████
Page 4

| | | |
|---|---|---|
| Total Current Services | | $████ |
| Total Current Disbursements | | ███ |
| Total Current Invoice | | $████ |
| Your Portion of Amount Due at ████ | | $████ |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | █ | 616.50 | █ |
| Koonce, L. | | 522.00 | |
| Sullivan, S. | | 468.00 | |
| Total | █ | | █ |
| Total All Classes | █ | | $█ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $████ |
| Current Invoice | $████ |
| Total Balance Due This Matter | $████ |

Robert D. Balin



# Davis Wright
# Tremaine LLP

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington D.C. | |

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com



MatterID  ████████████

November 22, 2017
Invoice No. ████████

To: ████████████████████
CC: ████████████████████
CC: ████████████████████
CC: ████████████████████
Attention: ████████

### STATEMENT OF ACCOUNT
### as of October 31, 2017

Current Invoice - ████████          $████████

Total Balance Due This Matter       $████████

### PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

CGTN America

November 30, 2017
Invoice No. ████

████████████████████████████

## NOVEMBER INVOICE FOR STATEMENT OF SERVICES AND DISBURSEMENTS

Matter No.: ████████
TV PAD Litigation

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 10/02/17 | J. Raghu | 0.80 | Revise motion for contempt against ISP |
| 10/03/17 | J. Raghu | 1.50 | Revise motion for contempt against ISP |
| 10/04/17 | J. Raghu | ████ | ██████████████████████ |
| 10/05/17 | J. Raghu | 3.40 | Meeting with R. Balin regarding motion to hold ISPs in contempt (.6); revise contempt motion (2.5); conference call with Mr. Foronoff regarding contempt motion (.3) |
| 10/06/17 | J. Raghu | 3.30 | Research request for attorneys fees on motion for contempt (2.5); revise motion for contempt to incorporate research (.8) |
| 10/11/17 | J. Raghu | 2.20 | Revise motion for contempt |
| 10/12/17 | J. Raghu | 2.70 | Revise motion for contempt |
| 10/17/17 | J. Raghu | 2.00 | Revise motion for contempt |
| | Total Hours Worked | ████ | |

**TOTAL SERVICES AND DISBURSEMENTS** - **THIS INVOICE**

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Davis Wright
Tremaine LLP

CGTN America
Invoice No. ███████
Page 2

| | | |
|---|---|---|
| Total Current Services | | $ ███ |
| Total Current Disbursements | | ███ |
| Total Current Invoice | | $ ███ |
| Your Portion of Amount Due at ███ | | $ ███ |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Raghu, J. | ███ | 396.00 | ███ |
| Total | ███ | | ███ |
| Total All Classes | ███ | | $ ███ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $ ███ |
| Current Invoice | $ ███ |
| Total Balance Due This Matter | $ ███ |

Robert D. Balin



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

MatterID ██████████          November 30, 2017
                              Invoice No. ██████

**CGTN America**

████████████████████████████████
████████████████████████████████
████████████████████████████████

STATEMENT OF ACCOUNT
as of October 31, 2017

Current Invoice - ███████              $ ██████

Total Balance Due This Matter          $ ██████

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

CGTN America

December 13, 2017
Invoice No. ▇▇▇▇▇▇



## DECEMBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.: ▇▇▇▇▇▇▇▇▇▇
TV PAD Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 11/03/17 | R. Balin | ▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 11/07/17 | J. Raghu | 0.40 | Draft notice of non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/07/17 | S. Sullivan | 1.70 | Analyze success of service methods on various contempt defendants; work on chart summarizing same for support for motion for contempt; communicate with J. Raghu regarding same |
| 11/08/17 | J. Raghu | 1.70 | Draft notice of non-opposition to plaintiff's motion for contempt and supporting declaration |
| 11/08/17 | R. Balin | ▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 11/09/17 | J. Raghu | 0.70 | Revise notice of non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/09/17 | R. Balin | ▇ | Review Sullivan declaration and notice of non-opposition by ISPs to contempt motion (.2); conferences and emails with J. Raghu and S. Sullivan regarding same (.1); emails |
| 11/09/17 | L. Koonce | ▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 11/09/17 | S. Sullivan | 0.50 | Review and revise notice of non-opposition to motion for contempt and supporting papers (.4); communicate with R. Balin and J. Raghu regarding same (.1) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



CGTN America
Invoice No. ████████
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/10/17 | J. Raghu | 0.10 | Telephone conference with S. Sullivan regarding revisions to non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/10/17 | L. Koonce | ██ | ██████████ |
| 11/10/17 | S. Sullivan | 0.30 | Telephone conference with J. Raghu regarding edits to declaration and motion for contempt (.1); analyze same (.2) |
| 11/12/17 | J. Raghu | 1.80 | Revise non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/12/17 | R. Balin | ██ | █████████████ |
| 11/13/17 | J. Raghu | 1.40 | Revise non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/13/17 | R. Balin | ██ | ████████ review S. Sullivan's edits to draft notice of non-opposition to contempt motion against non-compliant ISPs (.2); review ECF notice of filing of same (.1); review and edit draft notice of non-opposition to contempt motion against non-compliant ISPs (.2); various emails with S. Sullivan and J. Raghu regarding same (.3) |
| 11/13/17 | L. Koonce | ██ | █████████████ |
| 11/13/17 | S. Sullivan | 2.50 | Finalize and file motion for contempt with exhibits (1.4); work on issues related to service of documents (.9); communicate with J. Raghu regarding same (.2) |
| 11/14/17 | R. Balin | ██ | Review email from "Simon" at Clear DDOS responding to service of notice of non-opposition to contempt motion (.1); █████ emails with J. Raghu regarding further investigation by Mintz to confirm whether Azure Tech/Cloud DDOS still providing hosting services to TVpad device (.1) |
| 11/14/17 | S. Sullivan | 0.20 | Review responses by third parties to contempt motion notice |
| 11/16/17 | R. Balin | ██ | █████████████ |
| 11/17/17 | J. Raghu | 0.20 | Review investigator report on infringing ISPs (.1); telephone conference with R. Balin regarding report (.1) |
| 11/17/17 | R. Balin | ██ | ████████ US motion to hold non-compliant ISPs in contempt (1.2); send email to S. Sullivan regarding upcoming hearing on contempt motion (.1); read report from N. Braak regarding his testing of TVpad/Blue TV devices to ascertain if 3 non-compliant ISPs are still providing hosting services and conference with J. Raghu regarding same (.3) |
| 11/20/17 | L. Koonce | ██ | █████████████ |
| 11/21/17 | R. Balin | ██ | █████████████ |

 Davis Wright Tremaine LLP

CGTN America
Invoice No. ████████
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 11/22/17 | R. Balin | ██ | ████████████████████████ ████████ review ECF notice of court order canceling oral hearing on motion to hold non-compliant ISPs in contempt (.1); various emails with S. Sullivan regarding same (.1); send email to clients regarding same (.1) |
| 11/24/17 | R. Balin | ██ | ████████████████ |
| 11/28/17 | R. Balin | ██ | ████████████████ |
| 11/30/17 | R. Balin | ██ | ████████████████ |
| 11/30/17 | L. Koonce Total Hours Worked | ██ | ████████████████ |



## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $ ████ |
| Total Current Disbursements | ████ |
| Total Current Invoice | $ ████ |
| Your Portion of Amount Due at ████████ | $ ████ |



## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Balin, R. | ██ | 616.50 | ██ |
| Koonce, L. | | 522.00 | |
| Sullivan, S. | | 468.00 | |
| Total | ██ | | ██ |
| **Associate** | | | |
| Raghu, J. | ██ | 396.00 | ██ |
| Total | ██ | | ██ |
| Total All Classes | ██ | | $ ██ |



CGTN America
Invoice No ███████
Page 4

## STATEMENT OF ACCOUNT

Balance from Previous Statement                    $████████

Current Invoice                                    $████████

Total Balance Due This Matter                      $████████

Robert D. Balin



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

MatterID ███████████        December 13, 2017
                            Invoice No. ███████

**CGTN America**

████████████████████████████████

## STATEMENT OF ACCOUNT
as of November 30, 2017

Current Invoice - ███████            $ ███████

Total Balance Due This Matter        $ ███████

PLEASE REMIT WITH PAYMENT

REMITTANCE



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

www.dwt.com

TVB Holdings (USA) Inc.
██████████████████

Norwalk, CA 90650

September 30, 2017
Invoice No. ███████

<hr>

## SEPTEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

<hr>

Matter No.: ████████████
TV PAD Litigation

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 08/01/17 | G. Wukoson | 0.80 | Prepare motion for contempt against U.S. ISPs and strategize thereon |
| 08/01/17 | R. Balin | ██ | █████████████████████████████ phone conferences with G. Wukoson regarding proposed enforcement actions against non-compliant ISPs (.3) |
| 08/01/17 | S. Sullivan | 0.30 | Communicate with G. Wukoson regarding method and strategy for filing papers to address additional infringing activities and sites |
| 08/03/17 | G. Wukoson | 1.00 | Strategize regarding possible contempt motion against U.S. ISPs ███████████████ and call with Mr. Fonoroff and email clients thereon |
| 08/03/17 | R. Balin | ██ | Emails with Mr. Fonoroff regarding enforcement of permanent injunction against non-compliant ISPs (.1); phone conferences with G. Wukoson and Mr. Fonoroff regarding same (.4); review and revise email to clients regarding ███████ and contempt motion against non-compliant U.S. ISPs (.2); ████████████ |
| 08/04/17 | G. Wukoson | ██ | █████████████████████████████ call with Mr. Tsang regarding |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



TVB Holdings (USA) Inc.
Invoice No. ███████
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | enforcement of permanent injunction via contempt proceeding (.1) |
| 08/04/17 | R. Balin | ██ | ████████████████████████████ ██████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████ ████████████ phone conference with Mr. Tsang and G. Wukoson regarding enforcement actions against non-compliant ISPs (.1); send email to Mr. Fonoroff regarding same (.2) |
| 08/07/17 | G. Wukoson | ██ | ████████████████████████████ prepare contempt motion against U.S. ISPs refusing to comply with permanent injunction (.2) |
| 08/07/17 | R. Balin | ██ | ██████████████████████████████ |
| 08/08/17 | G. Wukoson | ██ | ████████████████████████████████ |
| 08/08/17 | R. Balin | ██ | ████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████ ██████████████████ |
| 08/08/17 | S. Sullivan | 0.10 | Communicate with G. Wukoson regarding strategy for motion for contempt to be filed as to certain sites |
| 08/11/17 | G. Wukoson | ██ | Analyze correspondence with non-compliant ISPs and prepare contempt motion against non-compliant ISPs (2.8); ██████████████████████████████ |
| 08/11/17 | R. Balin | ██ | ████████████████████████████████ ██████████████████████████████████ ██████████████████████ |
| 08/16/17 | G. Wukoson | 0.60 | Prepare memorandum of law in support of motion for contempt against non-compliant U.S. ISPs (.6) |
| 08/17/17 | G. Wukoson | ██ | Prepare investigator declaration in support of motion for |



TVB Holdings (USA) Inc.
Invoice No. ████████
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | contempt against ISPs and call with investigator thereon and concerning tvchina app (2.0); ████████ |
| 08/17/17 | R. Balin | ██ | ████████ |
| 08/18/17 | G. Wukoson | ██ | ████████ prepare memorandum of law in support of motion for contempt against non-compliant ISPs (.2) |
| 08/18/17 | R. Balin | ██ | ████████ |
| 08/19/17 | G. Wukoson | 3.20 | Prepare investigator and attorney declarations in support of motion for contempt against ISPs and proposed contempt order and correspond with investigator thereon (3.2) |
| 08/21/17 | G. Wukoson | 1.30 | Analyze investigator reporting relating to motion for contempt against ISPs and correspond with investigator thereon (.5); prepare attorney declaration in support of motion for contempt against ISPs (.8) |
| 08/22/17 | G. Wukoson | 1.00 | Prepare attorney declaration in support of motion for contempt against ISPs |
| 08/23/17 | R. Balin | ██ | ████████ |



TVB Holdings (USA) Inc.
Invoice No. ██████████
Page 4

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 08/24/17 | G. Wukoson | ██ | ████████████████████████████ |
| 08/24/17 | R. Balin | ██ | ████████████████████ |
| 08/25/17 | R. Balin | ██ | ████████████ send email to G. Wukoson regarding status of contempt motion against non-compliant ISPs (.1); emails with G. Wukoson regarding US contempt motion against non-compliant ISPs (.2); ████████ |
| 08/26/17 | G. Wukoson | ██ | ████████████████████ |
| 08/28/17 | J. Raghu | 0.80 | Telephone conference with Sam Tsang; Wengian Wang; Alex Fonoroff; R. Balin and L. Koonce regarding enforcement actions. |
| 08/28/17 | R. Balin | 1.00 | Prepare for client call to discuss enforcement strategy (.2); telephone conference with clients, L. Koonce and J. Raghu regarding strategy for enforcing permanent injunction against non-compliant ISPs in U.S. and Canada (.8) |
| 08/28/17 | L. Koonce | 0.90 | Prepare for and participate in telephone conference with clients regarding ████████ and other enforcement issues |
| | Total Hours Worked | ██ | |

---

## DISBURSEMENT DETAIL

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| ████████████████████████████████████████ | | |


Davis Wright Tremaine LLP

TVB Holdings (USA) Inc.
Invoice No. ███████
Page 5

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Total Current Disbursements | | ████ |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $████ |
| Total Current Disbursements | ████ |
| Total Current Invoice | $████ |
| Your Portion of Amount Due at ████ | $████ |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | ████ | 616.50 | ████ |
| Koonce, L. | | 522.00 | |
| Sullivan, S. | | 468.00 | |
| Total | ████ | | ████ |
| **Associate** | | | |
| Raghu, J. | ████ | 396.00 | ████ |
| Wukoson, G. | | 450.00 | |
| Total | ████ | | ████ |
| Total All Classes | ████ | | $████ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $████ |
| Current Invoice | $████ |
| Total Balance Due This Matter | $████ |

Robert D. Balin



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

MatterID  ███████████

September 30, 2017
Invoice No. ███████

TVB Holdings (USA) Inc.
███████████

Norwalk, CA 90650

## STATEMENT OF ACCOUNT
### as of August 31, 2017

Current Invoice - ███████              $██████

Total Balance Due This Matter          $██████

### PLEASE REMIT WITH PAYMENT



# Davis Wright Tremaine LLP

1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

TVB Holdings (USA) Inc.

█████████████

Norwalk, CA 90650

October 31, 2017

Invoice No. █████████

### OCTOBER INVOICE FOR STATEMENT OF SERVICES AND DISBURSEMENTS

Matter No.: █████████████
TV PAD Litigation

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|----------|------------------|----------|------------------------------|
| 09/01/17 | L. Koonce | ███ | ████████████████████ |
| 09/05/17 | G. Wukoson | ███ | ████████████████████ |
| 09/05/17 | L. Koonce | | |
| 09/07/17 | G. Wukoson | ███ | ████████████████████ |
| 09/07/17 | R. Balin | ███ | ████████████████████ |
| 09/07/17 | L. Koonce | ███ | ████████████████████ |
| 09/08/17 | G. Wukoson | 2.40 | Prepare brief and attorney declaration in support of motion for contempt against non-compliant ISPs |
| 09/10/17 | G. Wukoson | 0.50 | Prepare attorney declaration in support of motion for contempt |
| 09/11/17 | G. Wukoson | 2.20 | Prepare investigator declaration and brief in support of motion for contempt and correspond with investigator thereon |
| 09/11/17 | R. Balin | 0.40 | Review various reports from investigator N. Braak regarding continuing functionality of TVPad/BlueTV devices Azure Tech, Clear DDOS and Cloud DDOS |
| 09/12/17 | G. Wukoson | ███ | ████████████████████ |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



TVB Holdings (USA) Inc.
Invoice No. ███████
Page 2

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| | | | ███████ Prepare brief and investigator declaration in support of motion for contempt (1.3) |
| 09/12/17 | R. Balin | ██ | |
| 09/12/17 | L. Koonce | ██ | |
| 09/13/17 | G. Wukoson | ██ | |
| | | | prepare motion for contempt against non-compliant U.S. ISPs (4.7) |
| 09/13/17 | R. Balin | ██ | Review and revise draft motion to hold U.S. ISPs in contempt for failing to comply with permanent injunction (1.9); |
| 09/14/17 | G. Wukoson | ██ | Prepare brief and attorney and investigator declarations in support of motion for contempt against U.S. ISPs and proposed order (1.8); |
| 09/14/17 | R. Balin | ██ | Review and revise draft motion for contempt finding against non-compliant ISPs (2.5); review Mr. Fonoroff's edits to draft contempt motion papers (.1); emails with G. Wukoson regarding same (.1); |
| 09/15/17 | G. Wukoson | ██ | |
| | | | prepare brief and attorney declaration in support of motion for contempt against U.S. ISPs (0.6) |
| 09/15/17 | R. Balin | 0.30 | Review email from G. Wukoson regarding contempt motion exhibits (.1); review G. Wukoson's edits to draft contempt motion papers (.2) |
| 09/19/17 | R. Balin | ██ | |

**Davis Wright Tremaine** LLP

TVB Holdings (USA) Inc.
Invoice No. █████████
Page 3

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 09/19/17 | L. Koonce | ██ | ████████████████████████ |
| 09/21/17 | R. Balin | ██ | Emails with Mr. Fonoroff regarding status of contempt motion against non-compliant ISPs (.1); |
| 09/26/17 | R. Balin | ██ | |
| 09/27/17 | R. Balin | ██ | |
| 09/28/17 | R. Balin | ██ | review and revise draft papers in support of motion to hold non-compliant ISPs in contempt (1.3) |
| 09/29/17 | R. Balin | ██ | review and revise draft contempt motion against non-compliant ISPs (.8); |
| | **Total Hours Worked** | ██ | |

---

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $ ██████ |
| Total Current Disbursements | ████ |
| Total Current Invoice | $ ██████ |
| Your Portion of Amount Due at ██████ | $ ██████ |



TVB Holdings (USA) Inc.
Invoice No. ███████
Page 4

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | | 616.50 | |
| Balin, R. | | 616.33 | |
| Koonce, L. | | 522.00 | |
| Total | | | |
| **Associate** | | | |
| Wukoson, G. | | 450.00 | |
| Total | | | |
| Total All Classes | | | $ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $ |
| Current Invoice | $ |
| Total Balance Due This Matter | $ |

Robert D. Balin



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Federal ID #91-0839480

www.dwt.com

MatterID     ███████████

October 31, 2017
Invoice No. ███████

TVB Holdings (USA) Inc.
████████████████████
████████████████████

Norwalk, CA 90650

## STATEMENT OF ACCOUNT
### as of September 30, 2017

| | | |
|---|---|---|
| Current Invoice – ████████ | $███████ |
| Total Balance Due This Matter | $███████ |

### PLEASE REMIT WITH PAYMENT



# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

TVB Holdings (USA) Inc.

█████████████████

Norwalk, CA 90650

November 22, 2017
Invoice No. ████████

## NOVEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.: ████████████████

TV PAD Litigation



| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 10/01/17 | R. Balin | ██ | ████████████████████████ |
| 10/02/17 | L. Koonce | ██ | ████████████████████████ |
| 10/03/17 | R. Balin | ██ | Conference with J. Raghu regarding draft contempt motion (.2); ████████████████ |
| 10/03/17 | L. Koonce | ██ | ██████████ interoffice conference with R. Balin regarding contempt motion (.1) |
| 10/04/17 | R. Balin | ██ | ████████████████████████ |
| 10/05/17 | R. Balin | ██ | Telephone conference with Mr. Fonoroff regarding ██████████ US contempt motion against non-compliant ISPs (.6); ████████ |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



TVB Holdings (USA) Inc.
Invoice No. ███████
Page 2

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| | | | ███████ review and revise draft contempt motion against non-compliant ISPs (2.0) |
| 10/08/17 | R. Balin | ██ | ████████████████████ |
| 10/11/17 | R. Balin | ██ | ████████████████████ |
| 10/11/17 | R. Balin | 0.20 | Emails J. Raghu regarding edits to draft contempt motion against non-compliant ISPs |
| 10/12/17 | R. Balin | 0.10 | Emails with J. Raghu regarding status of draft contempt motion against non-compliant ISPs |
| 10/12/17 | S. Sullivan | 0.20 | Communicate with J. Raghu regarding motion for contempt and filing of same |
| 10/14/17 | R. Balin | 0.10 | Emails with J. Raghu regarding status of draft contempt motion against non-compliant ISPs |
| 10/16/17 | R. Balin | ██ | ████████████ various emails with S. Sullivan and J. Raghu regarding status of draft contempt motion against non-compliant ISPs (.4); read email from Mr. Tsang requesting update ████████ contempt motion against non-compliant ISPs, ██████ (.1) |
| 10/16/17 | S. Sullivan | 1.90 | Review and revise motion for contempt and supporting papers (.8); communicate with R. Balin and J. Raghu regarding same and requirements for Rule 7-3 conference (.5); analyze issues regarding same (.6) |
| 10/17/17 | R. Balin | ██ | Phone conference with J. Raghu and S. Gibson regarding finalization and service of contempt motion on non-compliant ISPs (.4); final revisions to contempt motion papers (.9); various emails with S. Sullivan and J. Raghu regarding service of same (.3); review ECF notice of filing of contempt motion (.1); ████████████████ ; send status report to clients regarding ████████ contempt motion against non-compliant ISPs and █████████████ (1.1); review ECF notice of filing of contempt motion, and send email to Mr. Fonoroff regarding same (.1); ████████████ |



TVB Holdings (USA) Inc.
Invoice No. █████████
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 10/17/17 | S. Sullivan | 1.50 | Telephone conference with R. Balin and J. Raghu regarding filing and service of motion for contempt (.2); communicate with J. Raghu and R. Balin regarding method for service of motion (.2); review and revise motion and supporting papers for filing (1.1) |
| 10/18/17 | R. Balin | ██ | ██████████████████████████████ |
| 10/20/17 | R. Balin | ██ | ██████████████████████████████ read email from S. Sullivan regarding automated responses from non-compliant ISPs to email service of contempt motion (.1); ████████ |
| 10/20/17 | S. Sullivan | 0.30 | Communicate with R. Balin and J. Raghu regarding email receipts from service emails |
| 10/23/17 | R. Balin | ██ | █████████ |
| 10/23/17 | L. Koonce | ██ | █████████ |
| 10/24/17 | R. Balin | ██ | █████████ |
| 10/26/17 | R. Balin | ██ | █████████ |
| 10/30/17 | L. Koonce | 0.30 | Emails with R. Balin and J. Raghu regarding enforcement issues |
| | Total Hours Worked | ██ | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**



TVB Holdings (USA) Inc.
Invoice No. ███████
Page 4

| | |
|---|---|
| Total Current Services | $███ |
| Total Current Disbursements | ███ |
| | ———————— |
| Total Current Invoice | $███ |
| Your Portion of Amount Due at ███ | $███ |

## SUMMARY BY PROFESSIONAL



| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Balin, R. | ███ | 616.50 | ███ |
| Koonce, L. | | 522.00 | |
| Sullivan, S. | | 468.00 | |
| Total | ███ | | ███ |
| Total All Classes | ███ | | $███ |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $███ |
| Less Payments Received as of 11/20/17 - TVS HOLDINGS INC - CHECK ███ | ($███ |
| Current Invoice | $███ |
| Total Balance Due This Matter | $███ |

Robert D. Balin



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Federal ID #91-0839480

www.dwt.com

MatterID ██████████                     November 22, 2017
                                         Invoice No. ██████

TVB Holdings (USA) Inc.
████████████████
████████████████

Norwalk, CA 90650



## STATEMENT OF ACCOUNT
### as of October 31, 2017

Current Invoice - █████████          $ █████

Total Balance Due This Matter        $ █████

PLEASE REMIT WITH PAYMENT



## Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

www.dwt.com

TVB Holdings (USA) Inc.
████████
████████  ██████

Norwalk, CA 90650

November 30, 2017
Invoice No. ███████

---

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

---

Matter No.:  ███████████
TV PAD Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/02/17 | J. Raghu | 0.80 | Revise motion for contempt against ISPs |
| 10/03/17 | J. Raghu | 1.50 | Revise motion for contempt against ISPs |
| 10/04/17 | J. Raghu | ████ | ████████████████████ |
| 10/05/17 | J. Raghu | 3.40 | Meeting with R. Balin regarding motion to hold ISPs in contempt (.6); revise contempt motion (2.5); conference call with Mr. Foronoff regarding contempt motion (.3) |
| 10/06/17 | J. Raghu | 3.30 | Research request for attorneys fees on motion for contempt (2.5); revise motion for contempt to incorporate research (.8) |
| 10/11/17 | J. Raghu | 2.20 | Revise motion for contempt |
| 10/12/17 | J. Raghu | 2.70 | Revise motion for contempt |
| 10/17/17 | J. Raghu | 2.00 | Revise motion for contempt |
| | Total Hours Worked | ████ | |

---

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**



TVB Holdings (USA) Inc.
Invoice No. ███
Page 2

| | | |
|---|---|---|
| Total Current Services | $ | ███ |
| Total Current Disbursements | | 0.00 |
| | | _____ |
| Total Current Invoice | $ | ███ |
| Your Portion of Amount Due at ███ | $ | ███ |

---

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Raghu, J. | ███ | 396.00 | ███ |
| Total | ███ | | ███ |
| Total All Classes | ███ | | $███ |

---

## STATEMENT OF ACCOUNT

| | | |
|---|---|---|
| Balance from Previous Statement | $ | ███ |
| Current Invoice | $ | ███ |
| Total Balance Due This Matter | $ | ███ |

---

Robert D. Balin



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

MatterID ███████████          November 30, 2017
                              Invoice No █████

TVB Holdings (USA) Inc.
████████████████
████████████████

Norwalk, CA 90650

## STATEMENT OF ACCOUNT
### as of October 31, 2017

Current Invoice – ███████████          $█████

Total Balance Due This Matter          $█████

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

TVB Holdings (USA) Inc.

████████
████████

Norwalk, CA 90650

December 13, 2017
Invoice No. ████████

---

## DECEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:   ████████
TV PAD Litigation

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 11/03/17 | R. Balin | ██ | ████████████████ |
| 11/07/17 | J. Raghu | 0.40 | Draft notice of non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/07/17 | S. Sullivan | 1.70 | Analyze success of service methods on various contempt defendants; work on chart summarizing same for support for motion for contempt; communicate with J. Raghu regarding same |
| 11/08/17 | J. Raghu | 1.70 | Draft notice of non-opposition to plaintiff's motion for contempt and supporting declaration |
| 11/08/17 | R. Balin | ██ | ████████████████ |
| 11/09/17 | J. Raghu | 0.70 | Revise notice of non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/09/17 | R. Balin | ██ | Review Sullivan declaration and notice of non-opposition by ISPs to contempt motion (.2); conferences and emails with J. Raghu and S. Sullivan regarding same (.1); ████ |
| 11/09/17 | L. Koonce | ██ | ████████████████ |
| 11/09/17 | S. Sullivan | 0.50 | Review and revise notice of non-opposition to motion for contempt and supporting papers (.4); communicate with R. Balin and J. Raghu regarding same (.1) |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



TVB Holdings (USA) Inc.
Invoice No. ███████
Page 2

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 11/10/17 | J. Raghu | 0.10 | Telephone conference with S. Sullivan regarding revisions to non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/10/17 | L. Koonce | █ | █ |
| 11/10/17 | S. Sullivan | 0.30 | Telephone conference with J. Raghu regarding edits to declaration and motion for contempt (.1); analyze same (.2) |
| 11/12/17 | J. Raghu | 1.80 | Revise non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/12/17 | R. Balin | █ | █ |
| 11/13/17 | J. Raghu | 1.40 | Revise non-opposition to Plaintiffs' motion for contempt and supporting declaration |
| 11/13/17 | R. Balin | █ | █ review S. Sullivan's edits to draft notice of non-opposition to contempt motion against non-compliant ISPs (.2); review ECF notice of filing of same (.1); review and edit draft notice of non-opposition to contempt motion against non-compliant ISPs (.2); various emails with S. Sullivan and J. Raghu regarding same (.3) |
| 11/13/17 | L. Koonce | █ | █ |
| 11/13/17 | S. Sullivan | 2.50 | Finalize and file motion for contempt with exhibits (1.4); work on issues related to service of documents (.9); communicate with J. Raghu regarding same (.2) |
| 11/14/17 | R. Balin | █ | Review email from "Simon" at Clear DDOS responding to service of notice of non-opposition to contempt motion (.1); █ emails with J. Raghu regarding further investigation by Mintz to confirm whether Azure Tech/Cloud DDOS still providing hosting services to TVpad device (.1) |
| 11/14/17 | S. Sullivan | 0.20 | Review responses by third parties to contempt motion notice |
| 11/16/17 | R. Balin | █ | █ |
| 11/17/17 | J. Raghu | 0.20 | Review investigator report on infringing ISPs (.1); telephone conference with R. Balin regarding report (.1) |
| 11/17/17 | R. Balin | █ | █ US motion to hold non-compliant ISPs in contempt (1.2); send email to S. Sullivan regarding upcoming hearing on contempt motion (.1); read report from N. Braak regarding his testing of TVpad/Blue TV devices to ascertain if 3 non-compliant ISPs are still providing hosting services and conference with J. Raghu regarding same (.3) |
| 11/20/17 | L. Koonce | █ | █ |
| 11/21/17 | R. Balin | █ | █ |

Davis Wright
Tremaine LLP

TVB Holdings (USA) Inc.
Invoice No. ████████
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/22/17 | R. Balin | ██ | ██████████████████████ ██████████ review ECF notice of court order canceling oral hearing on motion to hold non-compliant ISPs in contempt (.1); various emails with S. Sullivan regarding same (.1); send email to clients regarding same (.1) |
| 11/24/17 | R. Balin | ██ | ████████████████████ |
| 11/28/17 | R. Balin | ██ | █████████████████████ |
| 11/30/17 | R. Balin | ██ | ██████████████████ |
| 11/30/17 | L. Koonce Total Hours Worked | ██ | ████████████████ |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $ ████ |
| Total Current Disbursements | ████ |
| Total Current Invoice | $ ████ |
| Your Portion of Amount Due at ████ | $ ████ |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|-------------|------------------|-------------|
| **Partner** | | | |
| Balin, R. | ██ | 616.50 | ██ |
| Koonce, L. | ██ | 522.00 | ██ |
| Sullivan, S. | | 468.00 | ██ |
| Total | ██ | | ██ |
| **Associate** | | | |
| Raghu, J. | ██ | 396.00 | ██ |
| Total | ██ | | ██ |
| Total All Classes | ██ | | $ ██ |



TVB Holdings (USA) Inc.
Invoice No. ████
Page 4

## STATEMENT OF ACCOUNT

Balance from Previous Statement                          $████

Less Payments Received as of 11/20/17 -                   ████

Current Invoice                                          $████

Total Balance Due This Matter                           $████

Robert D. Balin



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

MatterID ██████████

December 13, 2017
Invoice No. ████████

TVB Holdings (USA) Inc.
████████████████
Norwalk, CA 90650

## STATEMENT OF ACCOUNT
### as of November 30, 2017

Current Invoice - ██████████          $ ████████

Total Balance Due This Matter          $ ████████

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

DISH Network LLC

████████████████

Englewood, CO 80112

September 30, 2017
Invoice No. ████
**SENT ELECTRONICALLY**

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
## ELECTRONIC BILLING - DO NOT MAIL
FOR FILING PURPOSES ONLY

Matter No.:   ████████████
**TV PAD Litigation**

**DISH**

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Professional services - - MINTZ GROUP LLC - Through 08/31/17, per L. Koonce | 1 | $3,484.00 |
| **Total Current Disbursements** | | $3,484.00 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $██ |
| Less Courtesy Discount | ██ |
| Total Adjusted Current Services | $██ |
| Total Current Disbursements | 3,484.00 |
| **Total Current Invoice** | $3,484.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



DISH Network LLC
Invoice No. ██████
Page 2

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Balance from Previous Statement | $████ |
| Less Payments Received as of 11/06/17 - DISH - CHECK #████ | ████ |
| Current Invoice | $████ |
| | _____ |
| Total Balance Due This Matter | $████ |

Robert D. Balin



**Davis Wright Tremaine LLP**

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington D.C. | |

1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID: ▮▮▮▮▮▮

September 30, 2017
Invoice No. ▮▮▮▮▮

DISH Network LLC



Englewood, CO 80112

### STATEMENT OF ACCOUNT
as of November 10, 2017

Current Invoice - ▮▮▮▮▮   $▮▮▮▮

Total Balance Due This Matter   $▮▮▮▮

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

www.dwt.com

To: ███████████████████████████

CC: ███████████████████████████

CC: ███████████████████████████

CC: ███████████████████████████

Attention: ██████

November 07, 2017

Invoice No. ████████

## NOVEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.: ██████████████

TV PAD Litigation

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| ████████████████████ | █ | ████ |
| ████████████████████ | █ | ████ |
| ████████████████████ | █ | |
| ████████████████████ | █ | ████ |
| ████████████████████ | █ | ████ |
| Professional services - - MINTZ GROUP LLC - Through 08/31/17, per L. Koonce | 1 | $2,613.00 |
| **Total Current Disbursements** | | $████ |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



To: ██████████████████████
Invoice No. ████████
Page 2

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

Robert D. Balin



Anchorage
Bellevue
Los Angeles

New York
Portland
San Francisco

Seattle
Shanghai
Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID: ███████

November 07, 2017
Invoice No. ██████

To: ████████████████████████
CC: ████████████████████████
CC: ████████████████████████
CC: ████████████████████████
Attention: ████████

## STATEMENT OF ACCOUNT
### as of October 31, 2017

Current Invoice - ██████          ████████

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine** LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

TVB Holdings (USA) Inc.

Norwalk, CA 90650

November 07, 2017

Invoice No.

## NOVEMBER INVOICE FOR STATEMENT OF SERVICES AND DISBURSEMENTS

Matter No.:
TV PAD Litigation

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Professional services - - MINTZ GROUP LLC - Through 08/31/17, per L. Koonce | 1 | $2,613.00 |
| **Total Current Disbursements** | | $ |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



TVB Holdings (USA) Inc.
Invoice No. ███████
Page 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

Total Current Services       ███████

Total Current Disbursements      ███████

_____

Total Current Invoice       $███████

Robert D. Balin



Anchorage       New York        Seattle
Bellevue        Portland        Shanghai
Los Angeles     San Francisco   Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID: ███████████                    November 07, 2017
                                          Invoice No. █████████

TVB Holdings (USA) Inc.
████████████████
Norwalk, CA 90650

## STATEMENT OF ACCOUNT
### as of October 31, 2017

Current Invoice – ██████████                    $ ████████

PLEASE REMIT WITH PAYMENT