UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-01869-SVW-AJW | Date | August 9, 2019 |
|---|---|---|---|
| Title | China Central Television et al v. Create New Technology HK Limited et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER

( )   Case previously closed in error. Make JS-5.

(X)   Case should have been administratively closed on entry [200] dated, August 31, 2016. Make JS-6.

( )   Case settled but may be reopened if settlement is not consummated within  days. Make JS-6.

( )   Other:

( )   Entered:

                                                                                                            :  _____
                                                            Initials of Preparer         PMC