AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Central District of California, Western Division  on the following

☒ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV 15-1869 | DATE FILED<br>March 13, 2015 | U.S. DISTRICT COURT<br>Central District of California, Western Division |
|---|---|---|
| PLAINTIFF<br>China Central Television; China International Communications CO., LTD.; TVB Holdings (USA), Inc.; and Dish Network L.L.C. | | DEFENDANT<br>Create New Technology (HK) Limited; Hua Yang International Technology Ltd.; Shenzhen Greatvision Network Technology Co., Ltd; Club TVpad, Inc.; Bennett Wong; Asha Media Group; Amit Bhalla; new TVpad Ltd. Company d/b/a newtvpad.com a/k/a/ TVPad USA; Liangzhong Zhou; Honghui Chen d/b/a e-Digital; John Doe 1 d/b/a BETV; John Doe 2 d/b/a Yue Hai; John Doe 3 d/b/a 516; John Doe 4 d/b/a HITV; John Doe 5 d/b/a Gang Yue; John Doe 6 d/b/a Sport Online; John Doe 7 d/b/a Gang Tai Wu Xia; and John Does 8 through 10 |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  76406416 | 8/19/2003 | Television Broadcasts Limited |
| 2  76445114 | 4/13/2004 | Television Broadcasts Limited |
| 3  76407746 | 3/28/20016 | Television Broadcasts Limited |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order staying case; order administratively closing case |



| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry K. Gray | /s/ Margo Mead | 8/9/2019 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

